1  ROBERT D. EASSA (SBN: 107970)
   PAUL R. JOHNSON (SBN: 115817)
2  FILICE BROWN EASSA & McLEOD LLP
   1999 Harrison Street, 18th Floor
3  Oakland, CA 94612
   Tel: (510) 444-3131
4  Fax: (510) 839-7940

5  Attorneys for Defendant
   PHELPS DODGE INDUSTRIES, INC.
6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11  HELEN HUTCHISON, etc., et al.,        No. C 07-02824 MEJ

12              Plaintiffs,               NOTICE RE
                                          NOTICE TO STATE COURT CLERK
13      v.                                AND ADVERSE PARTY OF REMOVAL
                                          OF ENTIRE ACTION TO FEDERAL
14  A.W. CHESTERTON COMPANY; et al.,      COURT

15              Defendants.

16

17      PLEASE TAKE NOTICE THAT on May 31, 2007, after filing the notice of removal

18  herein, defendant Phelps Dodge Industries, Inc., filed and served notice to the state court clerk and

19  the adverse party of the removal of the entire action to federal court.  Attached hereto as Exhibit A

20  is a copy of the notice to the state court clerk and the adverse party (excluding exhibits), bearing

21  the filing endorsement of the state court clerk, and including proof of service on the parties having

22  then appeared in the action in state court.

23

24  DATED: June 4, 2007                   FILICE BROWN EASSA & McLEOD LLP

25

26                                        By: _____
                                             ROBERT D. EASSA
27                                           PAUL R. JOHNSON
                                             Attorneys for Defendant
28                                           PHELPS DODGE INDUSTRIES, INC.

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

                                          -1-

NOTICE RE NOTICE TO STATE COURT CLERK AND ADVERSE PARTY       No. C 07-02824 MEJ
OF REMOVAL OF ENTIRE ACTION TO FEDERAL COURT

**Exhibit A**

1  ROBERT D. EASSA (SBN: 107970)
   PAUL R. JOHNSON (SBN: 115817)
2  FILICE BROWN EASSA & McLEOD LLP
   1999 Harrison Street, 18th Floor
3  Oakland, CA 94612
   Tel: (510) 444-3131
4  Fax: (510) 839-7940

5  Attorneys for Defendant
   PHELPS DODGE INDUSTRIES, INC.
6

7

ENDORSED
FILED
ALAMEDA COUNTY

MAY 3 1 2007

CLERK OF THE SUPERIOR COURT
By [signature]   D...

8                **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                      **FOR THE COUNTY OF ALAMEDA**

10  HELEN HUTCHISON, Individually, and as        No. RG07305255
    Successor-in-Interest to the Estate of WILLIAM
11  ALBERT HUTCHISON, Deceased,
    MICHELLE STUART, and Does 1-10,
12  inclusive,                                    **NOTICE TO CLERK AND ADVERSE
                                                  PARTY OF REMOVAL OF ENTIRE
13              Plaintiffs,                        CASE TO FEDERAL COURT**

14       v.

15  A.W. CHESTERTON COMPANY;                      Removed to:
    ALLIED PACKING & SUPPLY, INC.;
16  ALLIS CHALMERS PRODUCTS LIABILITY            United States District Court
       TRUST, individually and as parent, alter   Northern District of California
17     ego, and successor-in-interest to ALLIS    San Francisco Division
       CHALMERS;                                  No. C 07-02824 MEJ
18  AMCHEM PRODUCTS, INC.;
    AMERICAN ASBESTOS COMPANY;
19  AMETEK, INC., individually and as parent,
       alter ego and successor-in-interest to
20     HAVEG CORPORATION and HAVEG
       INDUSTRIES;
21  ASBESTOS CORPORATION LTD.;
    CBS CORPORATION, a Delaware corporation,
22     f/k/a Viacom, Inc. successor by merger to
       CBS Corporation, a Pennsylvania
23     corporation, f/k/a Westinghouse Electric
       Corporation;
24  CRANE COMPANY;
    CROWN CORK & SEAL is sued herein not
25     only in its own capacity but also as
       successor in interest to MUNDET CORK
26     CORPORATION;
    EATON CORPORATION, individually and as
27     parent, alter ego, and successor in interest
       and/or successor by merger to CUTLER-
28     HAMMER;

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

-1-

NOTICE TO CLERK AND ADVERSE PARTY OF REMOVAL OF ENTIRE CASE TO FEDERAL COURT

1   EATON ELECTRICAL, INC., individually and
        as parent, alter ego, and successor in interest
2       and/or successor by merger to EATON
        CORPORATION and CUTLER-
3       HAMMER;
    EDO CORPORATION;
4   GARLOCK, INC.;
    GENERAL ELECTRIC COMPANY;
5   GRAYBAR ELECTRIC COMPANY, INC.;
    HILL BROTHERS CHEMICAL COMPANY;
6   HONEYWELL INTERNATIONAL, INC., f/k/a
        Allied Signal Inc., successor-in-interest to
7       The Bendix Corporation;
    IMO INDUSTRIES, INC. is sued herein not
8       only in its own capacity but also as parent,
        alter ego, and entities fka IMO DELAVAL,
9       INC., WORTHINGTON TURBINE, INC.,
        IMO DELAVAL, INC., DELAVAL
10      TURBINES, DELAVAL PUMPS, and/or
        WORTHINGTON TURBINE, INC.;
11  ITT INDUSTRIES, INC., as parent and
        successor-in-interest to GOULD PUMPS,
12      INC.;
    J.T. THORPE & SON, INC.;
13  KENTILE FLOORS, INC.;
    M. SLAYEN & ASSOCIATES;
14  METALCLAD INSULATION CORP.;
    MOTOROLA COMMUNICATIONS AND
15      ELECTRONICS, INC., individually and as
        parent, alter ego, and successor in interest to
16      MOTOROLA CORPORATION;
    OCCIDENTAL PETROLEUM
17      CORPORATION, individually and as
        parent, alter ego, and successor in interest
18      and/or successor by merger to DUREZ
        PLASTICS;
19  OWENS-ILLINOIS, INC.;
    PHELPS DODGE/CYPRUS AMAX
20      MINERALS CO., individually, and as
        parent, alter ego, successor in interest and
21      equitable trustee to CYPRUS MINES
        CORPORATION, SIERRA TALC &
22      CHEMICAL COMPANY, UNITED
        SIERRA DIVISION, and PAUL W. WOOD
23      COMPANY;
    PLANT INSULATION CO., individually and
24      as successor-in-interest to PLANT
        ASBESTOS COMPANY;
25  PLASTICS ENGINEERING COMPANY;
    QUINTEC INDUSTRIES, INC., successor in
26      interest to WESTERN FIBROUS GLASS
        COMPANY a.k.a. WESTGLAS;
27  RAYTHEON CORPORATION;
    RCA CORPORATION, individually and as
28      parent, alter ego and successor in interest to

FBE&M
LAKE MERRITT PLAZA
999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

-2-

NOTICE TO CLERK AND ADVERSE PARTY OF REMOVAL OF ENTIRE CASE TO FEDERAL COURT

1   RCA VICTOR;
    SCHNEIDER ELECTRIC, INC., individually
2     and as parent, alter ego, and successor in
      interest and/or successor by merger to
3     SQUARE D COMPANY;
    THORPE INSULATION CO.;
4   UNION CARBIDE CORPORATION;
    UNIROYAL, INC.;
5   WESTERN MACARTHUR CO. is used herein
      not only in its own capacity but also as
6     successor-in-interest to WESTERN
      ASBESTOS CO. and BAY CITIES
7     ASBESTOS; and
    Does 11-500, inclusive,
8
                Defendants.
9

10

11   TO THE CLERK OF THE SUPERIOR COURT, TO PLAINTIFFS AND THEIR COUNSEL,

12   AND TO ALL OTHER PARTIES APPEARING IN THE ACTION AND THEIR RESPECTIVE

13   COUNSEL:

14        PLEASE TAKE NOTICE that on May 31, 2007, defendant Phelps Dodge Industries, Inc.,

15   filed in the United States District Court for the Northern District of California a notice of removal

16   of this entire case.

17        A copy of the notice of removal (with demand for jury trial and certification of interested

18   parties and entities) is attached hereto as Exhibit 1 (including materials attached as Exhibit A to the

19   notice of removal).

20        A copy of the civil cover sheet is attached hereto as Exhibit 2.

21        A copy of the Supplementary Material provided by the District Court is attached hereto as

22   Exhibit 3.  The Supplementary Material consists of copies of:

23        (a)  Welcome notice with filing process guidelines

24        (b)  ECF Registration Information Handout

25        (c)  Notice of Assignment of Case to a United States Magistrate Judge for Trial

26        (d)  Form for Consent to Proceed before a United States Magistrate Judge

27        (e)  Form for Declination to Proceed before a Magistrate Judge and Request for

28   Reassignment to a United States District Judge

FBE&M

LAKE MERRITT PLAZA
999 HARRISON STREET
EIGHTEENTH FLOOR
AKLAND CA 94612-3541
PHONE 510.444.3131

-3-

NOTICE TO CLERK AND ADVERSE PARTY OF REMOVAL OF ENTIRE CASE TO FEDERAL COURT

1      (f)  Order Setting Initial Case Management Conference and ADR Deadlines

2      (g)  Case Management Standing Order issued by the Hon. Maria-Elena James, Magistrate

3  Judge

4      (h)  Notice of Trial Assignment to United States Magistrate Judge and Order to File

5  Consent/Request for Reassignment Form issued by the Hon. Maria-Elena James, Magistrate Judge;

6  form for Consent to Assignment or Request for Reassignment

7      (*i*)  Standing Order re: Discovery and Dispute Procedures for Cases Assigned or Referred to

8  Mag. Judge Maria-Elena James issued by the Hon. Maria-Elena James, Magistrate Judge

9      (j)  Form for the preparation of a Joint Case Management Statement and [Proposed] Case

10  Management Order

11      (k)  Standing Order for All Judges of the Northern District of California: Contents of Joint

12  Case Management Statement

13

14  DATED: May 31, 2007                         FILICE BROWN EASSA & McLEOD LLP

15

16                                              By: _____

17                                                  ROBERT D. EASSA
                                                    PAUL R. JOHNSON
18                                                  Attorneys for Defendant
                                                    PHELPS DODGE INDUSTRIES, INC.

19

20

21

22

23

24

25

26

27

28

FBE&M

LAKE MERRITT PLAZA
999 HARRISON STREET
EIGHTEENTH FLOOR
ARLAND CA 94612-3541
PHONE 510.444.3131

-4-

[Exhibits omitted]

**PROOF OF SERVICE**
*Helen Hutchinson, etc., et al. v. A.W. Chesterton Company, et al.*
Alameda County Superior Court No. RG07305255

I am a citizen of the United States, over 18 years of age, and not a party to the within action. My business address is 1999 Harrison Street, 18th Floor, Oakland, CA 94612.

On May 31, 2007, I am serving the within document:

➢ **NOTICE TO CLERK AND ADVERSE PARTY OF REMOVAL OF ENTIRE CASE TO FEDERAL COURT**

on all parties known to have appeared in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

PLEASE SEE ATTACHED SERVICE LIST

**X    BY MAIL:**   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter data is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 31, 2007, at Oakland, California.

_____
Nicole M. Tavis

05794 33915 PRJ 563971.01

BE&M
KE MERRITT PLAZA
9 HARRISON STREET
IGHTEENTH FLOOR
LAND CA 94612-3541
HONE 510.444.3131

NOTICE TO CLERK AND ADVERSE PARTY OF REMOVAL OF ENTIRE CASE TO FEDERAL COURT

**Service List**
*Helen Hutchinson, etc., et al. v. A.W. Chesterton Company, et al.*

Cheryl L. White                          Attorneys for Plaintiffs
Richard A. Brody                         Helen Hutchison and Michelle Stuart
Audrey A. Smith
Yvonne Huggins-McLean
Brent Coon & Associates
44 Montgomery Street
Suite 800
San Francisco, CA 94104
Tel. (415) 489-7420
Fax (415) 489-7426


Kenneth J. McCarthy                      Attorneys for Defendant
Gregory D. Pike                          Allis-Chalmers Corporation Product
Knox Ricksen LLP                         Liability Trust
1300 Clay Street
Suite 500
Oakland, CA 94612-1427
Tel. (510) 285-2500
Fax (510) 285-2505


Frank D. Pond                            Attorneys for Defendant
Kevin D. Jamison                         CBS Corporation
Pond North LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90071
Tel. (213) 617-6170
Fax (213) 623-3594


Henry D. Rome                            Attorneys for Defendants
Vanthara Meak                            Eaton Electrical, Inc.
Howard Rome Martini & Ridley LLP         and
1775 Woodside Road                       IMO Industries Inc.
Suite 200
Redwood City, CA 94061-3436
Tel. (650) 365-7715

David M. Glaspy                                 Attorneys for Defendant
James O. Hartman                                Garlock Sealing Technologies, LLC
Law Offices of Glaspy & Glaspy, Inc.
One Walnut Creek Center
100 Pringle Avenue
Suite 750
Walnut Creek, CA 94596
Tel. (925) 947-1300
Fax (925) 947-1594

Michael A. Vasquez                              Attorneys for Defendant
Kelli A. Herzog                                 Hill Brothers Chemical Company
Vasquez & Estrada
Courthouse Square
1000 Fourth Street
Suite 700
San Rafael, CA 94901
Tel. (415) 453-0555
Fax (415) 453-0549

David T. Biderman                               Attorneys for Defendant
Brien F. McMahon                                Honeywell International Inc.
Perkins Coie LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111
Tel. (415) 344-7000
Fax (415) 344-7288

Lisa L. Oberg                                   Attorneys for Defendants
Camille K. Fong                                 ITT Corporation (fka ITT Industries, Inc.)
McKenna Long & Aldridge LLP                     and
101 California Street                           Metalclad Insulation Corporation
41st Floor
San Francisco, CA 94111
Tel. (415) 267-4000
Fax (415) 267-4198

Jeffrey J. Fadeff                               Attorneys for Defendant
Michele M. Betti                                J.T. Thorpe & Son, Inc.
Bassi, Martini, Edlin & Blum LLP
351 California Street
Suite 200
San Francisco, CA 94104
Tel. (415) 397-9006
Fax (415) 397-1339

SERVICE LIST                                    2

Mark S. Kannett                          Attorneys for Defendant
Constance R. Fraenkel                    M. Slayen & Associates, Inc.
Becherer, Kannett & Schweitzer
2200 Powell Street
Suite 805
Emeryville, CA 94608
Tel. (510) 658-3600
Fax (510) 658-1151


Stephen C. Lewis                         Attorneys for Defendant
Barg, Coffin, Lewis & Trapp, LLP         Occidental Petroleum Corporation
One Market, Steuart Tower
Suite 2700
San Francisco, CA 94105-1475
Tel. (415) 228-5400


Anthony M. Blalock                       Attorneys for Defendant
Burnham Brown, PLC                       Plant Insulation Company
1901 Harrison Street
11th Floor
Oakland, CA 94604
Tel. (510) 444- 6800
Fax (510) 835-6666


*Courtesy copy for Alameda County Superior Court
asbestos defense liaison counsel*:

Peter R. Gilbert
Berry & Berry
2930 Lakeshore Avenue
Oakland, CA 94610
Tel. (510) 250-0200
Fax (510) 835-5117


05794 33915 TSPARKS 564197.05