ROBERT D. EASSA (SBN: 107970)
PAUL R. JOHNSON (SBN: 115817)
FILICE BROWN EASSA & McLEOD LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendant
PHELPS DODGE INDUSTRIES, INC.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HELEN HUTCHISON, etc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> A.W. CHESTERTON COMPANY; et al., <br><br> Defendants. | No. C 07-02824 MEJ <br><br> **NOTICE RE** <br> **NOTICE OF TAG-ALONG ACTION** |

PLEASE TAKE NOTICE THAT defendant Phelps Dodge Industries, Inc., is sending a notice of tag-along action to the Clerk of the Judicial Panel on Multidistrict Litigation. Attached hereto as Exhibit A is a copy of the notice of tag-along action, including proof of service on the parties. Not served on the parties are copies of enclosures consisting of the complaint, the notice of removal (excluding Exhibit A), and this Court's electronic docket sheet as of June 4, 2007.

DATED: June 4, 2007                                        FILICE BROWN EASSA & McLEOD LLP

                                                By: _____
                                                        ROBERT D. EASSA
                                                        PAUL R. JOHNSON
                                                        Attorneys for Defendant
                                                        PHELPS DODGE INDUSTRIES, INC.

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

05794 33915 PRJ 564207.01

-1-

NOTICE RE NOTICE OF TAG-ALONG ACTION                                  No. C 07-02824 MEJ

# Exhibit A

1
2
3
4
5
6
7

## BEFORE THE JUDICIAL PANEL
## ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Asbestos Product Liability Litigation (No. VI) | MDL Docket No. 875 |
| | **NOTICE OF TAG-ALONG ACTION** |

| | |
|---|---|
| HELEN HUTCHISON, Individually, and as Successor-in-Interest to the Estate of WILLIAM ALBERT HUTCHISON, Deceased, MICHELLE STUART, and Does 1-10, inclusive,<br><br>      Plaintiffs,<br><br>   v.<br><br>A.W. CHESTERTON COMPANY; ALLIED PACKING & SUPPLY, INC.; ALLIS CHALMERS PRODUCTS LIABILITY TRUST, individually and as parent, alter ego, and successor-in-interest to ALLIS CHALMERS; AMCHEM PRODUCTS, INC.; AMERICAN ASBESTOS COMPANY; AMETEK, INC., individually and as parent, alter ego and successor-in-interest to HAVEG CORPORATION and HAVEG INDUSTRIES; ASBESTOS CORPORATION LTD.; CBS CORPORATION, a Delaware corporation, f/k/a Viacom, Inc. successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric | Civil action pending in:<br><br>United States District Court Northern District of California San Francisco Division Docket No. C 07-02824 MEJ<br><br>The Honorable Maria-Elena James United States Magistrate Judge |

FBE&M
Lake Merritt Plaza
1999 Harrison Street
Eighteenth Floor
Oakland CA 94612-3541
Phone 510.444.3131

-1-

NOTICE OF TAG-ALONG ACTION

FBE&M
LAKE MERRITT PLAZA
999 HARRISON STREET
EIGHTEENTH FLOOR
AKLAND CA 94612-3541
PHONE 510.444.3131

1  Corporation;
   CRANE COMPANY;
2  CROWN CORK & SEAL is sued herein not
      only in its own capacity but also as
3     successor in interest to MUNDET CORK
      CORPORATION;
4  EATON CORPORATION, individually and as
      parent, alter ego, and successor in interest
5     and/or successor by merger to CUTLER-
      HAMMER;
6  EATON ELECTRICAL, INC., individually and
      as parent, alter ego, and successor in interest
7     and/or successor by merger to EATON
      CORPORATION and CUTLER-
8     HAMMER;
   EDO CORPORATION;
9  GARLOCK, INC.;
   GENERAL ELECTRIC COMPANY;
10 GRAYBAR ELECTRIC COMPANY, INC.;
   HILL BROTHERS CHEMICAL COMPANY;
11 HONEYWELL INTERNATIONAL, INC., f/k/a
      Allied Signal Inc., successor-in-interest to
12    The Bendix Corporation;
   IMO INDUSTRIES, INC. is sued herein not
13    only in its own capacity but also as parent,
      alter ego, and entities fka IMO DELAVAL,
14    INC., WORTHINGTON TURBINE, INC.,
      IMO DELAVAL, INC., DELAVAL
15    TURBINES, DELAVAL PUMPS, and/or
      WORTHINGTON TURBINE, INC.;
16 ITT INDUSTRIES, INC., as parent and
      successor-in-interest to GOULD PUMPS,
17    INC.;
   J.T. THORPE & SON, INC.;
18 KENTILE FLOORS, INC.;
   M. SLAYEN & ASSOCIATES;
19 METALCLAD INSULATION CORP.;
   MOTOROLA COMMUNICATIONS AND
20    ELECTRONICS, INC., individually and as
      parent, alter ego, and successor in interest to
21    MOTOROLA CORPORATION;
   OCCIDENTAL PETROLEUM
22    CORPORATION, individually and as
      parent, alter ego, and successor in interest
23    and/or successor by merger to DUREZ
      PLASTICS;
24 OWENS-ILLINOIS, INC.;
   PHELPS DODGE/CYPRUS AMAX
25    MINERALS CO., individually, and as
      parent, alter ego, successor in interest and
26    equitable trustee to CYPRUS MINES
      CORPORATION, SIERRA TALC &
27    CHEMICAL COMPANY, UNITED
      SIERRA DIVISION, and PAUL W. WOOD
28    COMPANY;

-2-

NOTICE OF TAG-ALONG ACTION

| | |
|---|---|
| 1 | PLANT INSULATION CO., individually and as successor-in-interest to PLANT ASBESTOS COMPANY; |
| 2 | PLASTICS ENGINEERING COMPANY; |
| 3 | QUINTEC INDUSTRIES, INC., successor in interest to WESTERN FIBROUS GLASS COMPANY a.k.a. WESTGLAS; |
| 4 | RAYTHEON CORPORATION; |
| 5 | RCA CORPORATION, individually and as parent, alter ego and successor in interest to RCA VICTOR; |
| 6 | |
| 7 | SCHNEIDER ELECTRIC, INC., individually and as parent, alter ego, and successor in interest and/or successor by merger to SQUARE D COMPANY; |
| 8 | THORPE INSULATION CO.; |
| 9 | UNION CARBIDE CORPORATION; UNIROYAL, INC.; |
| 10 | WESTERN MACARTHUR CO. is used herein not only in its own capacity but also as successor-in-interest to WESTERN ASBESTOS CO. and BAY CITIES ASBESTOS; and |
| 11 | |
| 12 | |
| 13 | Does 11-500, inclusive, |
| 14 | Defendants. |

TO THE CLERK OF THE PANEL:

PLEASE TAKE NOTICE THAT the civil action entitled *Helen Hutchinson, etc., et al. v. A.W. Chesterton Company, et al.* ("*Hutchinson*"), now pending in the United States District Court for the Northern District of California (Docket No. C 07-02824 MEJ) is a potential tag-along action with respect to *In re Asbestos Product Liability Litigation (No. VI)* (MDL Docket No. 875), now pending in the United States District Court for the Eastern District of Pennsylvania. The plaintiffs in *Hutchinson* allege personal injuries and death arising from their decedent's exposure to asbestos, including claims of product liability.

Under MDL Rule 1.1, a "tag-along action" is a civil action pending in a district court and involving common questions of fact with actions previously transferred under 28 U.S.C. § 1407. On January 17, 1991, the Judicial Panel on Multidistrict Litigation issued an order to show cause why all pending federal district court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos should not be centralized in a single forum.

FBE&M
LAKE MERRITT PLAZA
999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

-3-

NOTICE OF TAG-ALONG ACTION

1  On July 29, 1991, the Panel ordered the transfer of asbestos cases pending in the district courts,
2  not then in trial, to the United States District Court for the Eastern District of Pennsylvania for
3  coordinated or consolidated pretrial proceedings pursuant to § 1407. *In re Asbestos Products*
4  *Liability Litigation (No. VI)*, 771 F. Supp. 415 (J.P.M.L. 1991).
5      The Panel's transfer order and the MDL Rules provide that notice be given to the Clerk of
6  the Panel of potential tag-along actions. *See id.* at 424; MDL Rules 7.2(i), 7.3(a), and 7.5(e).
7  Accordingly, defendant Phelps Dodge Industries, Inc., gives this notice that *Hutchinson* is a
8  potential tag-along action.

                                                                                      Respectfully,

DATED: June 4, 2007

                                                                                      PAUL R. JOHNSON

Robert D. Eassa
Paul R. Johnson
Filice Brown Eassa & McLeod LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendant
Phelps Dodge Industries, Inc.

FBE&M
LAKE MERRITT PLAZA
999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

-4-

NOTICE OF TAG-ALONG ACTION

**PROOF OF SERVICE**
*Helen Hutchinson, etc., et al. v. A.W. Chesterton Company, et al.*
United States District Court for the Northern District of California
No. C 07-02824 MEJ

I am a citizen of the United States, over 18 years of age, and not a party to the within action. My business address is 1999 Harrison Street, 18th Floor, Oakland, CA 94612.

On June 4, 2007, I served the within document:

**NOTICE OF TAG-ALONG ACTION**

on all parties known to have appeared in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

PLEASE SEE ATTACHED SERVICE LIST

X    BY MAIL:    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter data is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 4, 2007, at Oakland, California.

*/s/ Nicole M. Tavis*
NICOLE M. TAVIS

05794 33915 PRJ 564210.03

FBE&M
LAKE MERRITT PLAZA
999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

-5-

NOTICE OF TAG-ALONG ACTION

**Service List**
*Helen Hutchinson, etc., et al. v. A.W. Chesterton Company, et al.*

| | |
|---|---|
| Cheryl L. White<br>Richard A. Brody<br>Audrey A. Smith<br>Yvonne Huggins-McLean<br>Brent Coon & Associates<br>44 Montgomery Street<br>Suite 800<br>San Francisco, CA 94104<br>Tel. (415) 489-7420<br>Fax (415) 489-7426 | Attorneys for Plaintiffs<br>Helen Hutchison and Michelle Stuart |
| Kenneth J. McCarthy<br>Gregory D. Pike<br>Knox Ricksen LLP<br>1300 Clay Street<br>Suite 500<br>Oakland, CA 94612-1427<br>Tel. (510) 285-2500<br>Fax (510) 285-2505 | Attorneys for Defendant<br>Allis-Chalmers Corporation Product<br>Liability Trust |
| Frank D. Pond<br>Kevin D. Jamison<br>Pond North LLP<br>350 South Grand Avenue<br>Suite 2850<br>Los Angeles, CA 90071<br>Tel. (213) 617-6170<br>Fax (213) 623-3594 | Attorneys for Defendant<br>CBS Corporation |
| Raymond L. Gill<br>Patrice N. Harper<br>Kirkpatrick & Lockhart<br>    Preston Gates Ellis LLP<br>55 Second Street<br>Suite 1700<br>San Francisco, CA 94105-3493<br>Tel. (415) 882-8200<br>Fax (415) 882-8220 | Attorneys for Defendant<br>Crane Co. |

| | |
|---|---|
| Shawn M. Ridley<br>Beth C. Hopwood<br>Howard Rome Martini & Ridley LLP<br>1775 Woodside Road<br>Suite 200<br>Redwood City, CA 94061-3436<br>Tel. (650) 365-7715 | Attorneys for Defendant<br>Eaton Electrical, Inc. |
| David M. Glaspy<br>James O. Hartman<br>Law Offices of Glaspy & Glaspy, Inc.<br>One Walnut Creek Center<br>100 Pringle Avenue<br>Suite 750<br>Walnut Creek, CA 94596<br>Tel. (925) 947-1300<br>Fax (925) 947-1594 | Attorneys for Defendant<br>Garlock Sealing Technologies, LLC |
| Charles T. Sheldon<br>Marc Brainich<br>Derek S. Johnson<br>Sedgwick, Detert, Morgan & Arnold LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Tel. (415) 781-7900<br>Fax (415) 781-2635 | Attorneys for Defendant<br>General Electric Company |
| Michael A. Vasquez<br>Kelli A. Herzog<br>Vasquez & Estrada<br>Courthouse Square<br>1000 Fourth Street<br>Suite 700<br>San Rafael, CA 94901<br>Tel. (415) 453-0555<br>Fax (415) 453-0549 | Attorneys for Defendant<br>Hill Brothers Chemical Company |
| David T. Biderman<br>Brien F. McMahon<br>Perkins Coie LLP<br>Four Embarcadero Center<br>Suite 2400<br>San Francisco, CA 94111<br>Tel. (415) 344-7000<br>Fax (415) 344-7288 | Attorneys for Defendant<br>Honeywell International Inc. |

SERVICE LIST     2

| | |
|---|---|
| Henry D. Rome<br>Vanthara Meak<br>Howard Rome Martini & Ridley LLP<br>1775 Woodside Road<br>Suite 200<br>Redwood City, CA 94061-3436<br>Tel. (650) 365-7715 | Attorneys for Defendant<br>IMO Industries Inc. |
| Lisa L. Oberg<br>Camille K. Fong<br>McKenna Long & Aldridge LLP<br>101 California Street<br>41st Floor<br>San Francisco, CA 94111<br>Tel. (415) 267-4000<br>Fax (415) 267-4198 | Attorneys for Defendants<br>ITT Corporation (fka ITT Industries, Inc.)<br>and<br>Metalclad Insulation Corporation |
| Jeffrey J. Fadeff<br>Michele M. Betti<br>Bassi, Martini, Edlin & Blum LLP<br>351 California Street<br>Suite 200<br>San Francisco, CA 94104<br>Tel. (415) 397-9006<br>Fax (415) 397-1339 | Attorneys for Defendant<br>J.T. Thorpe & Son, Inc. |
| Mark S. Kannett<br>Constance R. Fraenkel<br>Becherer, Kannett & Schweitzer<br>2200 Powell Street<br>Suite 805<br>Emeryville, CA 94608<br>Tel. (510) 658-3600<br>Fax (510) 658-1151 | Attorneys for Defendant<br>M. Slayen & Associates, Inc. |
| John E. Dittoe<br>Reed Smith LLP<br>P.O. Box 2084<br>Oakland, CA 94604-2084<br>Tel. (510) 763-2000<br>Fax (510) 273-8832 | Attorneys for Defendant<br>Motorola, Inc. |

SERVICE LIST       3

| | |
|---|---|
| Stephen C. Lewis<br>Brett S. Henrikson<br>Barg, Coffin, Lewis & Trapp, LLP<br>One Market, Steuart Tower<br>Suite 2700<br>San Francisco, CA 94105-1475<br>Tel. (415) 228-5400 | Attorneys for Defendant<br>Occidental Petroleum Corporation |
| Eric R. Haas<br>Anthony M. Blalock<br>Burnham Brown, PLC<br>P.O. Box 119<br>Oakland, CA 94604<br>Tel. (510) 444-6800<br>Fax (510) 835-6666 | Attorneys for Defendant<br>Plant Insulation Company |
| Stephen J. Foley<br>T. Eric Sun<br>Lori A. Cataldo<br>Foley & Mansfield PLLP<br>1111 Broadway, 10th Floor<br>Oakland, CA 94607<br>Tel. (510) 590-9500<br>Fax (510) 590-9595 | Attorneys for Defendant<br>Plastics Engineering Company |
| Michael L. Fox<br>Angela Florentino-Rios<br>Sedgwick, Detert, Morgan & Arnold LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Tel. (415) 781-7900<br>Fax (415) 781-2635 | Attorneys for Defendant<br>RCA Corporation |

*Courtesy copy for Alameda County Superior Court asbestos defense liaison counsel:*

Peter R. Gilbert
Berry & Berry
2930 Lakeshore Avenue
Oakland, CA 94610
Tel. (510) 250-0200
Fax (510) 835-5117

SERVICE LIST                                4