Cheryl L. White, Esq. (SBN 164352)
Yvonne Huggins-McLean (SBN 188204)
BRENT COON & ASSOCIATES
44 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: 415.489.7420
Facsimile: 415.489.7426

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN HUTCHISON, Individually, and as Successor-in-Interest to the Estate of WILLIAM ALBERT HUTCHISON, Deceased, MICHELLE STUART, and DOES 1 THROUGH 10, inclusive, <br><br> Plaintiffs, <br><br> A.W. CHESTERTON COMPANY, et al., <br><br> Defendants. | Case No. C07-02824 MEJ <br><br> **DEMAND FOR TRIAL BY JURY AND ESTIMATE OF LENGTH OF TRIAL** <br><br> Magistrate Judge: Hon. Maria-Elena James <br><br> Complaint Filed: <br> Trial Date: |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that plaintiffs HELEN HUTCHISON and MICHELLE STUART hereby demand a trial by jury in the above-entitled action. Plaintiffs estimate that the length of trial will be six to eight weeks in duration.

///

///

---

| Hutchison, et al v. A.W. Chesterton Company, et al. <br> Case No. C07-02824 MEJ | DEMAND FOR TRIAL BY JURY |
|---|---|

1    Despite making this demand for a jury trial, plaintiffs request that this case be remanded
2 back to Alameda County Superior Court on grounds that this case was improperly removed and or
3 such other grounds that may be applicable and will be provided in plaintiffs' request for removal.

7 DATED: June 8, 2007             BRENT COON & ASSOCIATES

                                  /s/ Yvonne Huggins-McLean
                                  YVONNE HUGGINS-McLEAN
                                  Attorneys for Plaintiffs

| Hutchison, et al. v. A.W. Chesterton Company, et al. Case No. C07-02824 MEJ | DEMAND FOR TRIAL BY JURY |
|---|---|