1  Cheryl L. White, Esq. (SBN 164352)
   Yvonne Huggins-McLean (SBN 188204)
2  BRENT COON & ASSOCIATES
   44 Montgomery Street, Suite 800
3  San Francisco, CA 94104
   Telephone: 415.489.7420
4  Facsimile: 415.489.7426

5  Attorneys for Plaintiffs

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| HELEN HUTCHISON, Individually, and as Successor-in-Interest to the Estate of WILLIAM ALBERT HUTCHISON, Deceased, MICHELLE STUART, and DOES 1 THROUGH 10, inclusive,<br><br>Plaintiffs,<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | Case No. C07-02824 MEJ<br><br>**NOTICE OF MOTION AND MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT**<br><br>Magistrate Judge: Hon. Maria-Elena James<br><br>Date: Thursday, August 30, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom B, 15th Floor<br><br>Complaint Filed: January 8, 2007 |

TO THIS HONORABLE COURT AND TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORDS HEREIN:

PLEASE TAKE NOTICE THAT, on August 30, 2007 at 10:00 a.m. at 450 Golden Gate Avenue, San Francisco, California in Courtroom B, 15th Floor of the above entitled Court, the Honorable Maria-Elena James presiding, HELEN HUTCHISON, individually and as successor-in-interest to the Estate of WILLIAM ALBERT HUTCHINSON and MICHELLE STUART shall, and hereby do, move the Court to remand this case to the Superior Court of California, in and for

1  the County of Alameda.   Plaintiffs hereby offer to meet and confer with defendants and their
2  counsel at a reasonable time and place, prior to this motion, in order to resolve this issue with
3  defendants.    Plaintiffs have not been able to meet and confer with counsel because of counsel's
4  unavailability.  Plaintiffs will continue to attempt to seek to meet and confer prior to the hearing on
5  this motion.
6       This motion is made on the grounds that the Notice of Removal of defendant Phelps Dodge
7  Industries, Inc. (1) does not demonstrate that there is any federal question under 28 U. S. C.
8  §1442(a)(1) sufficient to afford any basis on which this Court may assert removal jurisdiction and
9  (2) does not demonstrate that it is immune from suit under the Federal Tort Claims Act, 28 U.S.C.
10 §2671, et seq., and under the doctrine enunciated in *Boyle v. United Technologies Corp.*, 487 U.S.
11 500 (1988).  This motion is based on this notice of motion and motion, the supporting
12 memorandum of points and authorities, the accompanying declaration of Yvonne Huggins-
13 McLean, the attached proposed order and all papers and records on file herein.
14
15 DATED:  June 29, 2007                      BRENT COON & ASSOCIATES
16
17                                                                 CHERYL L. WHITE
18                                                                  Attorneys for Plaintiffs
19
20
21
22
23
24
25
26
27
28