Cheryl L. White, Esq. (SBN 164352)
Yvonne Huggins-McLean (SBN 188204)
BRENT COON & ASSOCIATES
44 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: 415.489.7420
Facsimile: 415.489.7426

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN HUTCHISON, Individually, and as Successor-in-Interest to the Estate of WILLIAM ALBERT HUTCHISON, Deceased, MICHELLE STUART, and DOES 1 THROUGH 10, inclusive,<br><br>Plaintiffs,<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | Case No. C07-02824 MEJ<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT**<br><br>**Magistrate Judge: Hon. Maria-Elena James**<br><br>**Date:** Thursday, August 30, 2007<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom B, 15th Floor<br><br>Complaint Filed: January 8, 2007 |

The Motion for Remand of plaintiffs Helen Hutchison, Individually, and as Successor-in-Interest to the Estate of William Albert Hutchison, Deceased, and Michelle Stuart came on regularly for hearing in the above-entitled Court, with plaintiffs and moving parties appearing through Brent Coon & Associates, and defendant and opposing party Phelps Dodge Industries Inc. ("Phelps Dodge") appearing by and through the law firm of Filice Brown Eassa & McLeod LLP. The Court, having reviewed all memoranda of points and authorities and declarations submitted in support of, and in opposition to, the motion, and having considered the oral argument of counsel and good cause appearing,

1

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion is Granted.

2  The removing defendant, Phelps Dodge, has failed to demonstrate that this action is subject
3  to federal subject matter jurisdiction within the meaning of 28 U.S.C.§ 1442 (a); the Federal Tort
4  Claims Act, 28 U.S.C.§ 2671 et seq., and under *Boyle v. United Technologies Corporation*, 487
5  U.S. 500 (1988).

6  This action is hereby Remanded to the Superior Court of the State of California in and for
7  the County of Alameda. The clerk shall forthwith return the record to that Court.

8
9  IT IS SO ORDERED.
10
11  DATED _____, 2007
12
    _____
13  Hon. Maria-Elena James
    Magistrate Judge
14
...
28

2

| *Hutchison, et al. v. A.W. Chesterton Company, et al.*<br>Case No. C07-02824 MEJ | (PROPOSED) ORDER GRANTING MOTION TO REMAND |