1  Cheryl L. White, Esq. (SBN 164352)
   Yvonne Huggins-McLean, Esq. (SBN 188204)
2  BRENT COON & ASSOCIATES
   44 Montgomery Street, Suite 800
3  San Francisco, CA 94104
   Telephone: 415.489.7420
4  Facsimile: 415.489.7426

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| HELEN HUTCHISON, Individually, and as Successor-in-Interest to the Estate of WILLIAM ALBERT HUTCHISON, Deceased, MICHELLE STUART, and DOES 1 THROUGH 10, inclusive,<br><br>Plaintiffs,<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | Case No. C07-02824 MEJ<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: January 8, 2007 |

1

*Hutchison, et al. v. A.W. Chesterton Company, et al.*                          PROOF OF SERVICE
Case No. C07-02824 MEJ

*Hutchison, et al. v. A.W. Chesterton Company, et al.*
Case No. C07-02824 MEJ

## PROOF OF SERVICE

I, the undersigned, declare:

I am, and was at the time of service of the documents herein referred to, over the age of 18 years, and not a party to the action; I am employed in the County of San Francisco, CA 94104; and my business address is 44 Montgomery Street, Suite 800, San Francisco, California, 94104.

On the date executed below, I electronically served a true copy of the documents(s) via the United States District Court, Northern District, ECF electronic file and serve website:

**NOTICE OF MOTION AND MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT**

**DECLARATION OF YVONNE HUGGINS Mc-LEAN IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT**

**(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT**

on the recipient(s) designated below:

Filice, Brown, Eassa & McLeod LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612

on the United States District Court, Northern District, ECF electronic file and serve website. I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and was executed on **June 29, 2007**, in San Francisco, California.

_____
Michelle Dantzman