ROBERT D. EASSA (SBN: 107970)
PAUL R. JOHNSON (SBN: 115817)
FILICE BROWN EASSA & McLEOD LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendant
PHELPS DODGE INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HELEN HUTCHISON, etc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> A.W. CHESTERTON COMPANY; et al., <br><br> Defendants. | No. C 07-02824 MEJ <br><br> **CONSENT TO ASSIGNMENT TO THE HONORABLE MARIA-ELENA JAMES, UNITED STATES MAGISTRATE JUDGE** |

**CONSENT TO PROCEED BEFORE THE HONORABLE MARIA-ELENA JAMES, UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and subject to any transfer of this case for multidistrict litigation, the undersigned party hereby consents to have United States Magistrate Judge Maria-Elena James conduct any and all further proceedings in this case, including trial, and order the entry of final judgment.

DATED: July 2, 2007

FILICE BROWN EASSA & McLEOD LLP

By: _____
ROBERT D. EASSA
PAUL R. JOHNSON
Attorneys for Defendant
PHELPS DODGE INDUSTRIES, INC.

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

-1-

CONSENT TO ASSIGNMENT TO HON. MARIA-ELENA JAMES, UNITED STATES MAGISTRATE JUDGE
NO. C 07-02824 MEJ