1  Cheryl L. White, Esq. (SBN 164352)
   Yvonne Huggins-McLean (SBN 188204)
2  BRENT COON & ASSOCIATES
   44 Montgomery Street, Suite 800
3  San Francisco, CA 94104
   Telephone: 415.489.7420
4  Facsimile: 415.489.7426

5  Attorneys for Plaintiffs

6
7
8
9             UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11

12 | HELEN HUTCHISON, Individually, and as Successor-in-Interest to the Estate of WILLIAM ALBERT HUTCHISON, Deceased, MICHELLE STUART, and DOES 1 THROUGH 10, inclusive, | Case No. C07-02824 MEJ

**SUPPLEMENTAL DECLARATION OF YVONNE HUGGINS Mc-LEAN IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT**

**Magistrate Judge:** Hon. Maria-Elena James

**Date:** Thursday, August 30, 2007
**Time:** 10:00 a.m.
**Place:** Courtroom B, 15th Floor

Complaint Filed: January 8, 2007

Plaintiffs,

A.W. CHESTERTON COMPANY, et al.,

Defendants.

I, Yvonne Huggins-McLean, do declare and state:

1.  I am an attorney at law duly licensed to practice before all the courts of the state of California and am associated with the law firm Brent Coon & Associates, counsel of record for the plaintiffs herein. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein. This Declaration is in support of Plaintiffs' Motion To Remand Case To California Superior Court in and for the County of Alameda.

2. On June 29, 2007, I met and conferred informally by telephone with Phelps Dodge Industries' counsel, Paul Johnson, regarding whether Phelps Dodge was willing to withdraw its notice for removal so that plaintiffs would not have to proceed with plaintiffs' motion to remand this case back to Alameda Superior Court. After meeting and conferring, Mr. Johnson and I were unable to reach a resolution which would eliminate the necessity for the August 30, 2007 hearing on plaintiffs' motion for remand.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed this 9th day of July, 2007 at San Francisco, California.

_____
Yvonne Huggins-McLean

| Hutchison, et al. v. A.W. Chesterton Company, et al. | SUPP. DEC. OF YVONNE HUGGINS McLEAN ISO |
| Case No. C07-02824 MEJ | MOT. TO REMAND |