1  LISA L. OBERG (BAR NO. 120139)
   DEBORAH L. CÔTÉ (BAR NO. 148315)
2  MCKENNA LONG & ALDRIDGE LLP
   101 California Street
3  41st Floor
   San Francisco, CA  94111
4  *Telephone:*     (415) 267-4000
   *Facsimile:*     (415) 267-4198
5
   Attorneys for Defendants
6  METALCLAD INSULATION CORPORATION
   and ITT INDUSTRIES, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                 **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| HELEN HUTCHISON, *et al.*, | CASE NO. C 07-02824 MEJ |
| Plaintiffs, | **CONSENT TO ASSIGNMENT TO THE HONORABLE MARIA-ELENA JAMES, UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| A.W. CHESTERTON COMPANY, *et al.*, | |
| Defendants. | |

**CONSENT TO PROCEED BEFORE THE HONORABLE MARIA-ELENA JAMES, UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and subject to any transfer of this case for multidistrict litigation, the undersigned party hereby consents to have United States Magistrate Judge Maria-Elena James conduct any and all further proceedings in this case, including trial, and order the entry of final judgment.

Dated:    July 9, 2007                    MCKENNA LONG & ALDRIDGE LLP

                                          By:_____/s/ Deborah L. Côté_____
                                                 LISA L. OBERG
                                                 DEBORAH L. CÔTÉ

                                          Attorneys for Defendants
                                          METALCLAD INSULATION
                                          CORPORATION and
                                          ITT INDUSTRIES, INC.

**PROOF OF SERVICE VIA UNITED STATES DISTRICT COURT ELECTRONIC DOCUMENT FILING SYSTEM**

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111. On **July 9, 2007**, I electronically served a true and correct copy of the within document(s):

CONSENT TO ASSIGNMENT TO THE HONORABLE MARIA-ELENA JAMES, UNITED STATES MAGISTRATE JUDGE

via the United States District Court, Northern District of California's Official Court Electronic Document Filing System on the recipients designated on the Notice of Electronic Filing or Other Activity generated by the Court's website.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I further declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **July 9, 2007,** at San Francisco, California.

/s/ Cary Ann Rosko
CARY ANN ROSKO

McKenna Long & Aldridge LLP
Attorneys At Law
San Francisco

- 2 -
CONSENT TO ASSIGNMENT TO THE HONORABLE MARIA-ELENA JAMES, UNITED STATES MAGISTRATE JUDGE - C 07-02824 MEJ
SF:27251111.1