Cheryl L. White, Esq. (SBN 164352)
Yvonne Huggins-McLean (SBN 188204)
BRENT COON & ASSOCIATES
44 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: 415.489.7420
Facsimile: 415.489.7426

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN HUTCHISON, Individually, and as Successor-in-Interest to the Estate of WILLIAM ALBERT HUTCHISON, Deceased, MICHELLE STUART, and DOES 1 THROUGH 10, inclusive,<br><br>Plaintiffs,<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | Case No. C07-02824 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Magistrate Judge:   Hon. Maria-Elena James |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United State Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: July 30, 2007                                    BRENT COON & ASSOCIATES

                                                                           _____
                                                                           YVONNE HUGGINS-McLEAN
                                                                           Attorneys for Plaintiffs

Hutchison, et al. v. A.W. Chesterton Company, et al.
Case No. C07-02824 MEJ

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE

# PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and a resident of Alameda County, California. I am over the age of eighteen years and not a party to the herein action. My business address is 44 Montgomery Street, Suite 800, San Francisco, CA 94104.

On the date below, I served one true copy of:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

[ X ]   **BY MAIL:** I placed a true copy, enclosed in a sealed envelope to the addresses whose names are set out below, with postage paid, for collection and mailing on the date below at San Francisco, California, following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day in the ordinary course of business.

The service was addressed or directed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed in San Francisco County, San Francisco, California.

Dated: July 30, 2007          By: _____
                                  Michelle Dantzman

-1-

*Hutchison, et al. v. A.W. Chesterton Company, et al.*
USDC—N.D. Case No. C07-02824 MEJ
PROOF OF SERVICE

Case 4:07-cv-02824-SBA   Document 19   Filed 07/30/2007   Page 3 of 3

SERVICE LIST          HELEN HUTCHISON v. A.W. CHESTERTON COMPANY, et al.          RG07305255          7/30/2007

GRAYBAR ELECTRIC CO., INC
**ARCHER NORRIS**
2033 N MAIN ST, SUITE 800
WALNUT CREEK, CA 94596
P: (925) 930-6600    F: (925) 930-6620
Nkrause@archernorris.com

OCCIDENTAL PETROLEUM CORPORATION
**BARG COFFIN LEWIS AND TRAP LLP**
ONE MARKET, STUEART TOWER, STE 2700
SAN FRANCISCO, CA 94105
P: (415) 228-5400    F: (415) 228-5450

J.T. THORPE & SON, INC
**BASSI, MARTINI & BLUM**
351 CALIFORNIA ST, STE 200
SAN FRANCISCO, CA 94104
P: (415) 397-9006    F: (415) 397-1339
mbetti@bmeblaw.com
mgarcia@bmeblaw.com

M. SLAYEN & ASSOCIATES
**BECHERER, KANNETT & SCHWEITZER**
2200 POWELL STREET, SUITE 805
EMERYVILLE, CA 94608
P: (510) 658-3600    F: (510) 658-1151
silica@bkslaw.com

AMCHEM PRODUCTS, INC.
UNION CARBIDE CORPORATION
**BRYDON HUGO & PARKER**
135 MAIN STREET, STE 200
SAN FRANCISCO, CA 94105
P: (415) 808-0300    F: (415) 808-0333
silica@bhplaw.com
rharvey@bhplaw.com

PLANT INSULATION COMPANY
**BURNHAM BROWN**
1901 HARRISON STREET, 11TH FLOOR
OAKLAND, CA 94604-9918
P: (510) 444-6800    F: (510) 835-6739
smarden@burnhambrown.com
ehaas@burnhambrown.com

PLASTIC ENGINEERING COMPANY
**FOLEY & MANSFIELD PLLP**
1111 BROADWAY, 10TH FLR
OAKLAND, CA 94607
P: (925) 930-2866    F: (925) 930-7335
silica@foleymansfield.com

GARLOCK SEALING TECHNOLOGIES LLC
**GLASPY & GLASPY**
100 PRINGLE AVE, SUITE 750
WALNUT CREEK, CA 94596-7371
P: (925) 947-1300    F: (925) 947-1594
silica@glaspy.com

ALLIED PACKING AND SUPPLY, INC.
**HERR & ZAPALA**
152 N THIRD ST, STE 500
SAN JOSE, CA 95120
P: (408) 287-7788    F: (408) 516-0540
ajz@mylawfirm.com

EATON CORP.
EATON ELECTRICAL, INC.
IMO INDUSTRIES, INC.
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 WOODSIDE RD, STE 200
REDWOOD CITY, CA 94061-3436
P: (650) 365-7715    F: (650) 364-5297
hrome@hmrlaw.com
vmeak@hmrlaw.com

CRANE CO.
**KIRKPATRICK & LOCKHART NICHOLSON GRAHAM**
55 SECOND ST, STE 1700
SAN FRANCISCO, CA 94105
P: (415) 882-8200    F: (415) 882-8220
brendan.puohy@klgates.com
joseph.dizon@klgates.com

ITT INDUSTRIES, INC.
METALCLAD INSULATION CORPORATION
**MCKENNA LONG & ALDRIDGE**
101 CALIFORNIA ST, 41ST FLOOR
SAN FRANCISCO, CA 94111
P: (415) 267-4000    F: (415) 267-4198
sfsilicaservice@mckennalong.com

HONEYWELL INTERNATIONAL, INC.
**PERKINS COIE**
FOUR EMBARCADERO CENTER, SUITE 2400
SAN FRANCISCO, CA 94111-3162
P: (415) 344-7000    F: (415) 344-7288
jdrummond@perkinscoie.com

CBS CORPORATION
**POND NORTH LLP**
350 S GRAND AVE, STE 2850
LOS ANGELES, CA 90071
P: (213) 617-6170    F: (213) 623-3594
efile@pondnorth.com

A.W. CHESTERTON COMPANY
**PRINDLE DECKER & AMARO LLP**
369 PINE STREET, SUITE 800
SAN FRANCISCO, CA 94104
P: (415) 788-8354    F: (415) 788-3625
mhillyard@pdalaw.com
gmori@pdalaw.com

MOTOROLA, INC.
**REED SMITH LLP**
1999 HARRISON STREET, SUITE 2400
OAKLAND, CA 94612
P: (510) 763-2000    F: (510) 273-8832

GENERAL ELECTRIC COMPANY
RCA CORPORATION
**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
ONE MARKET PLAZA, STEUART TOWER, 8TH FL
SAN FRANCISCO, CA 94105
P: (415) 781-7900    F: (415) 781-2635
pbeachkuhl@sdma.com
beach.kuhl@sdma.com

AMETEK, INC.
QUINTEC INDUSTRIES, INC.
**WALSWORTH, FRANKLIN, BEVINS & MCCALL, LLP**
601 MONTGOMERY ST, 9TH FLR
SAN FRANCISCO, CA 94111
P: (415) 781-7072    F: (415) 391-6258
WFBM-Silica-Inbox@wfbm.com

**ALLIS CHALMERS CORPORATION PRODUCT LIABILITY TRUST**
Margaret Barr Breummer,
3500 Corben Court,
Madison, WI 53704

**CROWN CORK & SEAL**
Armstrong and Associates
One Kaiser Plaza, Ste 625
Oakland, CA 94612

**HILL BROTHERS CHEMICAL COMPANY**
Ronald R Hill
1675 N Main St
Orange, CA 92867

**KENTILE FLOORS**
G & K Consulting,
4 Rita St,
Syosset, NY 11791

**OWENS ILLINOIS**
LA CT Corporation
818 West Seventh St
Los Angeles, CA 90017

**PHELPS DODGE INDUSTRIES, INC.**
LA CT Corporation
818 West Seventh St
Los Angeles, CA 90017

**RAYTHEON COMPANY**
LA CT Corporation
818 West Seventh St
Los Angeles, CA 90017

**SCHNEIDER ELECTRIC**
The Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

**UNIROYAL, INC.**
Ms. Joanne Ciriello
70 Great Hill Road
Naugatuck, CT 06770