**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**July 31, 2007**

**CASE NUMBER:  CV 07-02824 MEJ**
**CASE TITLE:  HELEN HUTCHISON-v-A.W. CHESTERTON COMPANY**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland**  division.

**Honorable SAUNDRA BROWN ARMSTRONG**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA**  immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/31/07

FOR THE EXECUTIVE COMMITTEE:

_____
            Clerk




NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                               Entered in Computer 7/31/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                      Transferor CSA