UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCT
LIABILITY LITIGATION (NO. VI)    MDL Docket No. 875

This Document Relates to:

HELEN HUTCHISON, etc., et al.,
v.
A.W. CHESTERTON COMPANY, et al.

Northern District of California
Oakland Division
Docket No. C 07-02824 SBA
(CTO-281)

## STATEMENT OF OPPOSITION TO MOTION TO REMAND TO STATE COURT

Defendant Phelps Dodge Industries, Inc. (PDI) opposes the motion of plaintiffs Helen Hutchison and Michelle Stuart to remand this action to state court. PDI will be submitting its opposition brief and evidentiary materials in opposition to plaintiffs' motion and expects to have these materials filed by August 30, 2007, unless a different date is set by this Court.

Plaintiffs originally noticed their motion for hearing on August 30, 2007, in the United States District Court for the Northern District of California. In accordance with the civil local rules of that court, PDI originally planned to file its opposition 21 days before the hearing date. N.D. Cal. Civil L.R. 7-3(a). Before the original opposition date, the court advised that all matters scheduled for hearing were vacated and should be

1

re-noticed for hearing, such that there is no pending opposition due date under the civil local rules of that court. See N.D. Cal. Civil L.R. 7-7(d).

As a result of that court's July 23, 2007, entry on its electronic docket, PDI learned that CTO-281 has become final as to the *Hutchison* action, resulting in its transfer to this Court as a tag-along action.

Plaintiffs allege that their decedent developed lung cancer from exposure to asbestos-containing products while serving in the United States Navy during 1950-1971 aboard the USS NICHOLAS, the USS STODDARD, and the USS COONTZ. Two of these ships were built during World War II. The third was launched in 1960.

PDI's predecessor, Phelps Dodge Copper Products Corporation, supplied the United States Navy with asbestos-containing shipboard cable pursuant to extensive government specifications, including marking specifications. The United States Navy had more than equal knowledge about potential health hazards of asbestos.

PDI will be submitting evidentiary materials that include declarations from retired Navy Rear Admiral Ben J. Lehman, retired Navy Captain Lawrence Stilwell Betts, and retired employee William J. Daniels, as well as excerpts from the voluminous records of specifications and contracts applicable to Navy shipboard cable supplied by Phelps Dodge Copper Products Corporation. Those materials will establish that this Court has jurisdiction under 28 U.S.C. § 1442 by demonstrating that PDI has a colorable government contractor defense in this case under the doctrine stated in *Boyle v. United Technologies Corp.*, 487 U.S. 500 (1988).

DATED: August 2, 2007

Respectfully,

/s/ Paul R. Johnson
Paul R. Johnson

Robert D. Eassa
    robert.eassa.service@filicebrown.com
Paul R. Johnson
    paul.johnson.service@filicebrown.com
Filice Brown Eassa & McLeod LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendant
Phelps Dodge Industries, Inc.

05794 33915 PRJ 568064.03