# PROOF OF SERVICE

*Helen Hutchinson, etc., et al. v. A.W. Chesterton Company, et al.*
United States District Court, Northern District of California, No. C 07-02824 SBA

I, Nicole M. Tavis, declare that:

I am a citizen of the United States, over 18 years of age, and not a party to the within action. I am employed by the law firm of Filice Brown Eassa & McLeod LLP. My business address is 1999 Harrison Street, 18th Floor, Oakland, CA 94612.

On August 2, 2007, I am serving the within document:

- **STATEMENT OF OPPOSITION TO MOTION TO REMAND TO STATE COURT**

on all parties known to have appeared in this action, as addressed below, by causing true copies thereof to be distributed as follows:

PLEASE SEE ATTACHED SERVICE LIST

| | |
|---|---|
| by U.S. Mail, first-class postage prepaid: | I am readily familiar with the firm's practice of processing correspondence for mailing. Under that practice, such correspondence is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. |

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed on August 2, 2007, at Oakland, California.

_____
Nicole M. Tavis

05794 33915 PRJ 568377.01

## Service List
*Helen Hutchinson, etc., et al. v. A.W. Chesterton Company, et al.*

| | |
|---|---|
| Cheryl L. White<br>Richard A. Brody<br>Audrey A. Smith<br>Yvonne Huggins-McLean<br>Brent Coon & Associates<br>44 Montgomery Street<br>Suite 800<br>San Francisco, CA 94104<br>Tel. (415) 489-7420<br>Fax (415) 489-7426 | Attorneys for Plaintiffs<br>Helen Hutchison and Michelle Stuart |
| Alan J. Zapala<br>Herr & Zapala, llp<br>152 N. Third Street<br>Suite 500<br>San Jose, CA 95112<br>Tel. (408) 287-7788<br>Fax (408) 516-9540 | Attorneys for Defendant<br>Allied Packing & Supply, Inc. |
| Berry & Berry<br>P.O. Box 16070<br>Oakland, CA 94610 | |
| Kenneth J. McCarthy<br>Gregory D. Pike<br>Knox Ricksen LLP<br>1300 Clay Street<br>Suite 500<br>Oakland, CA 94612-1427<br>Tel. (510) 285-2500<br>Fax (510) 285-2505<br>Email: kjm@knoxricksen.com | Attorneys for Defendant<br>Allis-Chalmers Corporation Product<br>Liability Trust |
| John. R. Brydon<br>James C. Parker<br>Natalie Nuttall<br>Brydon Hugo & Parker<br>135 Main Street<br>20th Floor<br>San Francisco, CA 94105<br>Tel. (415) 808-0300<br>Fax (415) 808-0333 | Attorneys for Defendant<br>Amchem Products, Inc. |

| | |
|---|---|
| Michael T. McCall<br>Walsworth, Franklin, Bevins & McCall, LLP<br>601 Montgomery Street<br>Ninth Floor<br>San Francisco, CA 94111-2612<br>Tel. (415) 781-7072<br>Fax (415) 391-6258 | Attorneys for Defendant<br>Ametek, Inc. |
| William M. Hake<br>Prindle, Decker & Amaro LLP<br>369 Pine Street<br>Suite 800<br>San Francisco, CA 94104<br>Tel. (415) 788-8354 | Attorneys for Defendant<br>A.W. Chesterton Company |
| Cooley Manion Jones LLP<br>21 Custom House Street<br>Boston, MA 02110-3536<br>Tel. (617) 737-3100 | |
| Frank D. Pond<br>Kevin D. Jamison<br>Pond North LLP<br>350 South Grand Avenue<br>Suite 2850<br>Los Angeles, CA 90071<br>Tel. (213) 617-6170<br>Fax (213) 623-3594<br>Email: fpond@pondnorth.com | Attorneys for Defendant<br>CBS Corporation |
| Raymond L. Gill<br>Patrice N. Harper<br>Kirkpatrick & Lockhart<br>    Preston Gates Ellis LLP<br>55 Second Street<br>Suite 1700<br>San Francisco, CA 94105-3493<br>Tel. (415) 882-8200<br>Fax (415) 882-8220 | Attorneys for Defendant<br>Crane Co. |

| | |
|---|---|
| Shawn M. Ridley<br>Beth C. Hopwood<br>Howard Rome Martini & Ridley LLP<br>1775 Woodside Road<br>Suite 200<br>Redwood City, CA 94061-3436<br>Tel. (650) 365-7715 | Attorneys for Defendants<br>Eaton Electrical, Inc., and<br>Eaton Corporation |
| David M. Glaspy<br>James O. Hartman<br>Law Offices of Glaspy & Glaspy, Inc.<br>One Walnut Creek Center<br>100 Pringle Avenue<br>Suite 750<br>Walnut Creek, CA 94596<br>Tel. (925) 947-1300<br>Fax (925) 947-1594 | Attorneys for Defendant<br>Garlock Sealing Technologies, LLC |
| Charles Sheldon<br>Marc Brainich<br>Derek S. Johnson<br>Sedgwick, Detert, Moran & Arnold LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Tel. (415) 781-7900<br>Fax (415) 781-2635 | Attorneys for Defendant<br>General Electric Company |
| Eugene C. Blackard, Jr.<br>Archer Norris<br>2033 North Main Street<br>Suite 800<br>Walnut Creek, CA 94596-3728<br>Tel. (925) 930-6600<br>Fax (925) 930-6620 | Attorney for Defendant<br>Graybar Electrical Company, Inc. |
| Michael A. Vasquez<br>Kelli A. Herzog<br>Vasquez & Estrada<br>Courthouse Square<br>1000 Fourth Street<br>Suite 700<br>San Rafael, CA 94901<br>Tel. (415) 453-0555<br>Fax (415) 453-0549 | Attorneys for Defendant<br>Hill Brothers Chemical Company |

SERVICE LIST 3

| | |
|---|---|
| David T. Biderman<br>Brien F. McMahon<br>Perkins Coie LLP<br>Four Embarcadero Center<br>Suite 2400<br>San Francisco, CA 94111<br>Tel. (415) 344-7000<br>Fax (415) 344-7288<br>Email: dbiderman@perkinscoie.com | Attorneys for Defendant<br>Honeywell International Inc. |
| Henry D. Rome<br>Vanthara Meak<br>Howard Rome Martini & Ridley LLP<br>1775 Woodside Road<br>Suite 200<br>Redwood City, CA 94061-3436<br>Tel. (650) 365-7715 | Attorneys for Defendant<br>IMO Industries Inc. |
| Lisa L. Oberg<br>Camille K. Fong<br>McKenna Long & Aldridge LLP<br>101 California Street<br>41st Floor<br>San Francisco, CA 94111<br>Tel. (415) 267-4000<br>Fax (415) 267-4198<br>Email: loberg@mckennalong.com | Attorneys for Defendants<br>ITT Corporation (fka ITT Industries, Inc.)<br>and<br>Metalclad Insulation Corporation |
| Jeffrey J. Fadeff<br>Michele M. Betti<br>Bassi, Martini, Edlin & Blum LLP<br>351 California Street<br>Suite 200<br>San Francisco, CA 94104<br>Tel. (415) 397-9006<br>Fax (415) 397-1339 | Attorneys for Defendant<br>J.T. Thorpe & Son, Inc. |
| Mark S. Kannett<br>Constance R. Fraenkel<br>Becherer, Kannett & Schweitzer<br>2200 Powell Street<br>Suite 805<br>Emeryville, CA 94608<br>Tel. (510) 658-3600<br>Fax (510) 658-1151<br>Email: mkannett@bkscal.com | Attorneys for Defendant<br>M. Slayen & Associates, Inc. |

SERVICE LIST                                       4

| | |
|---|---|
| John E. Dittoe<br>Reed Smith LLP<br>P.O. Box 2084<br>Oakland, CA 94604-2084<br>Tel. (510) 763-2000<br>Fax (510) 273-8832 | Attorneys for Defendant<br>Motorola, Inc. |
| Stephen C. Lewis<br>Brett S. Henrikson<br>Barg, Coffin, Lewis & Trapp, LLP<br>One Market, Steuart Tower<br>Suite 2700<br>San Francisco, CA 94105-1475<br>Tel. (415) 228-5400 | Attorneys for Defendant<br>Occidental Petroleum Corporation |
| Eric R. Haas<br>Anthony M. Blalock<br>Burnham Brown, PLC<br>P.O. Box 119<br>Oakland, CA 94604<br>Tel. (510) 444- 6800<br>Fax (510) 835-6666 | Attorneys for Defendant<br>Plant Insulation Company |
| Stephen J. Foley<br>T. Eric Sun<br>Lori A. Cataldo<br>Foley & Mansfield PLLP<br>1111 Broadway, 10th Floor<br>Oakland, CA 94607<br>Tel. (510) 590-9500<br>Fax (510) 590-9595 | Attorneys for Defendant<br>Plastics Engineering Company |
| Michael T. McCall<br>Walsworth, Franklin, Bevins & McCall, LLP<br>601 Montgomery Street<br>Ninth Floor<br>San Francisco, CA 94111-2612<br>Tel. (415) 781-7072<br>Fax (415) 391-6258 | Attorneys for Defendant<br>Quintec Industries, Inc. |

| | |
|---|---|
| Eric R. Haas<br>Ulla M. Pajala<br>Burnham Brown, PLC<br>P.O. Box 119<br>Oakland, CA 94604<br>Tel. (510) 444- 6800<br>Fax (510) 835-6666 | Attorneys for Defendant<br>Raytheon Company |
| Michael L. Fox<br>Angela Florentino-Rios<br>Sedgwick, Detert, Morgan & Arnold LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Tel. (415) 781-7900<br>Fax (415) 781-2635 | Attorneys for Defendant<br>RCA Corporation |
| John. R. Brydon<br>James C. Parker<br>Natalie Nuttall<br>Brydon Hugo & Parker<br>135 Main Street<br>20th Floor<br>San Francisco, CA 94105<br>Tel. (415) 808-0300<br>Fax (415) 808-0333 | Attorneys for Defendant<br>Union Carbide Corporation |