1  Cheryl L. White, Esq. (SBN 164352)
   Yvonne Huggins-McLean (SBN 188204)
2  BRENT COON & ASSOCIATES
   44 Montgomery Street, Suite 800
3  San Francisco, CA 94104
   Telephone: 415.489.7420
4  Facsimile: 415.489.7426

5  Attorneys for Plaintiffs

ORIGINAL

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN HUTCHISON, Individually, and as Successor-in-Interest to the Estate of WILLIAM ALBERT HUTCHISON, Deceased, MICHELLE STUART,<br><br>Plaintiffs,<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | Case No. C07-02824 MEJ<br><br>**PROOF OF SERVICE** |

---

*Hutchison, et al. v. A.W. Chesterton Company, et al.*    PROOF OF SERVICE
Case No. C07-02824 MEJ

# PROOF OF SERVICE

1. I, the undersigned, declare:

2. I am a citizen of the United States and a resident of Alameda County, California. I am over the age of eighteen years and not a party to the herein action. My business address is 44 Montgomery Street, Suite 800, San Francisco, CA 94104.

3. On the date below, I served one true copy of:

**CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASES**

[ X ]   **BY MAIL:** I placed a true copy, enclosed in a sealed envelope to the addresses whose names are set out below, with postage paid, for collection and mailing on the date below at San Francisco, California, following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day in the ordinary course of business.

The service was addressed or directed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed in San Francisco County, San Francisco, California.

Dated: August 14, 2007         By: _____
                                    Michelle Dantzman

-1-

*Hutchison, et al. v. A.W. Chesterton Company, et al.*
USDC—N.D. Case No. C07-02824 MEJ
PROOF OF SERVICE

Case 4:07-cv-02824-SBA   Document 24   Filed 08/15/2007   Page 3 of 4

SERVICE LIST   HELEN HUTCHISON v. A.W. CHESTERTON COMPANY, et al.   RG07305255   8/14/2007

GRAYBAR ELECTRIC CO., INC
**ARCHER NORRIS**
2033 N MAIN ST, SUITE 800
WALNUT CREEK, CA 94596
P: (925) 930-6600   F: (925) 930-6620
Nkrause@archernorris.com

OCCIDENTAL PETROLEUM CORPORATION
**BARG COFFIN LEWIS AND TRAP LLP**
ONE MARKET, STUEART TOWER, STE 2700
SAN FRANCISCO, CA 94105
P: (415) 228-5400   F: (415) 228-5450

J.T. THORPE & SON, INC
**BASSI, MARTINI & BLUM**
351 CALIFORNIA ST, STE 200
SAN FRANCISCO, CA 94104
P: (415) 397-9006   F: (415) 397-1339
mbetti@bmeblaw.com
mgarcia@bmeblaw.com

M. SLAYEN & ASSOCIATES
**BECHERER, KANNETT & SCHWEITZER**
2200 POWELL STREET, SUITE 805
EMERYVILLE, CA 94608
P: (510) 658-3600   F: (510) 658-1151
silica@bkslaw.com

AMCHEM PRODUCTS, INC.
UNION CARBIDE CORPORATION
**BRYDON HUGO & PARKER**
135 MAIN STREET, STE 200
SAN FRANCISCO, CA 94105
P: (415) 808-0300   F: (415) 808-0333
silica@bhplaw.com
rharvey@bhplaw.com

PLANT INSULATION COMPANY
RAYTHEON COMPANY
**BURNHAM BROWN**
1901 HARRISON STREET, 11TH FLOOR
OAKLAND, CA 94604-9918
P: (510) 444-6800   F: (510) 835-6739
smarden@burnhambrown.com
ehaas@burnhambrown.com

PLASTIC ENGINEERING COMPANY
**FOLEY & MANSFIELD PLLP**
1111 BROADWAY, 10TH FLR
OAKLAND, CA 94607
P: (925) 930-2866   F: (925) 930-7335
silica@foleymansfield.com

GARLOCK SEALING TECHNOLOGIES LLC
**GLASPY & GLASPY**
100 PRINGLE AVE, SUITE 750
WALNUT CREEK, CA 94596-7371
P: (925) 947-1300   F: (925) 947-1594
silica@glaspy.com

ALLIED PACKING AND SUPPLY, INC.
**HERR & ZAPALA**
152 N THIRD ST, STE 500
SAN JOSE, CA 95120
P: (408) 287-7788   F: (408) 516-0540
ajz@mylawfirm.com

EATON CORP.
EATON ELECTRICAL, INC.
IMO INDUSTRIES, INC.
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 WOODSIDE RD, STE 200
REDWOOD CITY, CA 94061-3436
P: (650) 365-7715   F: (650) 364-5297
hrome@hmrlaw.com
vmeak@hmrlaw.com

CRANE CO.
**KIRKPATRICK & LOCKHART NICHOLSON GRAHAM**
55 SECOND ST, STE 1700
SAN FRANCISCO, CA 94105
P: (415) 882-8200   F: (415) 882-8220
brendan.puohy@klgates.com
joseph.dizon@klgates.com

ALLIS CHALMERS CORPORATION
PRODUCT LIABILITY TRUST
**KNOX RICKSEN**
1300 CLAY STREET, SUITE 500
OAKLAND, CA 94612-1427
P: (510) 285-2500   F: (510) 285-2505
silica@knoxricksen.com

ITT INDUSTRIES, INC.
METALCLAD INSULATION CORPORATION
**MCKENNA LONG & ALDRIDGE**
101 CALIFORNIA ST, 41ST FLOOR
SAN FRANCISCO, CA 94111
P: (415) 267-4000   F: (415) 267-4198
sfsilicaservice@mckennalong.com

HONEYWELL INTERNATIONAL, INC.
**PERKINS COIE**
FOUR EMBARCADERO CENTER, SUITE 2400
SAN FRANCISCO, CA 94111-3162
P: (415) 344-7000   F: (415) 344-7288
jdrummond@perkinscoie.com

CBS CORPORATION
**POND NORTH LLP**
350 S GRAND AVE, STE 2850
LOS ANGELES, CA 90071
P: (213) 617-6170   F: (213) 623-3594
efile@pondnorth.com

A.W. CHESTERTON COMPANY
**PRINDLE DECKER & AMARO LLP**
369 PINE STREET, SUITE 800
SAN FRANCISCO, CA 94104
P: (415) 788-8354   F: (415) 788-3625
mhillyard@pdalaw.com
gmori@pdalaw.com

MOTOROLA, INC.
**REED SMITH LLP**
1999 HARRISON STREET, SUITE 2400
OAKLAND, CA 94612
P: (510) 763-2000   F: (510) 273-8832

GENERAL ELECTRIC COMPANY
RCA CORPORATION
**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
ONE MARKET PLAZA, STEUART TOWER, 8TH FL
SAN FRANCISCO, CA 94105
P: (415) 781-7900   F: (415) 781-2635
pbeachkuhl@sdma.com
beach.kuhl@sdma.com

HILL BROTHERS CHEMICAL COMPANY
**VASQUEZ & ESTRADA**
1000 4TH ST, STE 700
SAN RAFAEL, CA 94901
P: (415) 453-0555   F: (415) 453-0549
silica@vandelaw.com
SilicaCases@berryandberry.com

AMETEK, INC.
QUINTEC INDUSTRIES, INC.
**WALSWORTH, FRANKLIN, BEVINS & MCCALL, LLP**
601 MONTGOMERY ST, 9TH FLR
SAN FRANCISCO, CA 94111
P: (415) 781-7072   F: (415) 391-6258
WFBM-Silica-Inbox@wfbm.com

Berry & Berry
P. O. Box 16070
Oakland, CA 94610
Ph. (510) 250-0200

Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110-3536
Ph. (617) 737-3100