1  Cheryl L. White, Esq. (SBN 164352)
   Yvonne Huggins-McLean (SBN 188204)
2  Karen J. Chedister, Esq. (SBN 099473)
   BRENT COON & ASSOCIATES
3  44 Montgomery Street, Suite 800
   San Francisco, CA 94104
4  Telephone: 415.489.7420
   Facsimile:  415.489.7426
5
   Attorneys for Plaintiffs
6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | HELEN HUTCHISON, Individually, and as        | Case No. C07-02824 SBA
   | Successor-in-Interest to the Estate of
13 | WILLIAM ALBERT HUTCHISON,                    | RE-NOTICE OF MOTION AND MOTION
   | Deceased, MICHELLE STUART, and DOES          | TO REMAND CASE TO CALIFORNIA
14 | 1 THROUGH 10, inclusive,                     | SUPERIOR COURT
15 |                                              |
16 |        Plaintiffs,                           | Honorable Saundra B. Armstrong
17 | A.W. CHESTERTON COMPANY, et al.,             | Date: Tuesday, October 2, 2007
   |                                              | Time: 1:00 p.m.
18 |        Defendants.                           | Place: Courtroom 3, 3rd Floor
19 |                                              | Complaint Filed: January 8, 2007
20

21         TO THIS HONORABLE COURT AND TO ALL DEFENDANTS AND THEIR

22 ATTORNEYS OF RECORDS HEREIN:

23         PLEASE TAKE NOTICE THAT, on October 2, 2007, at 1:00 p.m. at 1301 Clay

24 Street, Oakland, California, in Courtroom 3, 3rd Floor of the above entitled Court, the Honorable

25 Saundra B. Armstrong, judge presiding, HELEN HUTCHISON, individually and as successor-in-

26 interest to the Estate of WILLIAM ALBERT HUTCHINSON, and MICHELLE STUART shall,

27 and hereby do, move the Court to remand this case to the Superior Court of California, in and for

28

---

| *Hutchison, et al. v. A.W. Chesterton Company, et al.* | RE-NOTICE OF MOTION AND MOTION FOR |
| Case No. C07-02824 SBA                                  | REMAND                              |

1  the County of Alameda. Plaintiffs hereby offer to meet and confer with defendants and their
2  counsel at a reasonable time and place, prior to this motion, in order to resolve this issue with
3  defendants. Plaintiffs have not been able to meet and confer with counsel because of counsel's
4  unavailability. Plaintiffs will continue to attempt to seek to meet and confer prior to the hearing on
5  this motion.
6  This motion is made on the grounds that the Notice of Removal of defendant Phelps Dodge
7  Industries, Inc. (1) does not demonstrate that there is any federal question under 28 U. S. C.
8  §1442(a)(1) sufficient to afford any basis on which this Court may assert removal jurisdiction and
9  (2) does not demonstrate that it is immune from suit under the Federal Tort Claims Act, 28 U.S.C.
10 §2671, et seq., and under the doctrine enunciated in *Boyle v. United Technologies Corp.*, 487 U.S.
11 500 (1988). This motion is based on this notice of motion and motion, the supporting
12 memorandum of points and authorities, the accompanying declaration of Yvonne Huggins-
13 McLean, the attached proposed order and all papers and records on file herein.

15 DATED: August 21, 2007                    BRENT COON & ASSOCIATES

                                            _____
                                            KAREN J. CHEDISTER
                                            Attorneys for Plaintiffs

| Hutchison, et al. v. A.W. Chesterton Company, et al.<br>Case No. C07-02824 SBA | RE-NOTICE OF MOTION AND MOTION FOR REMAND |
|---|---|

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and a resident of Alameda County, California. I am over the age of eighteen years and not a party to the herein action. My business address is 44 Montgomery Street, Suite 800, San Francisco, CA 94104.

On the date below, I served one true copy of:

**REASSIGNMENT ORDER**

[ X ]   **BY MAIL:** I placed a true copy, enclosed in a sealed envelope to the addresses whose names are set out below, with postage paid, for collection and mailing on the date below at San Francisco, California, following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day in the ordinary course of business.

The service was addressed or directed as follows:

**RE-NOTICE OF MOTION AND MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT**

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed in San Francisco County, San Francisco, California.

Dated: August 21, 2007           By: _____
                                      Michelle Dantzman

-1-

*Hutchison, et al. v. A.W. Chesterton Company, et al.*
USDC—N.D. Case No. C07-02824 MEJ
PROOF OF SERVICE