Cheryl L. White, Esq. (SBN 164352)
Yvonne Huggins-McLean (SBN 188204)
Karen J. Chedister, Esq. (SBN 099473)
BRENT COON & ASSOCIATES
44 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: 415.489.7420
Facsimile: 415.489.7426

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN HUTCHISON, Individually, and as Successor-in-Interest to the Estate of WILLIAM ALBERT HUTCHISON, Deceased, MICHELLE STUART, and DOES 1 THROUGH 10, inclusive,<br><br>Plaintiffs,<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | Case No. C07-02824 SBA<br><br>**RE-NOTICE OF MOTION AND MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT**<br><br>Honorable Saundra B. Armstrong<br><br>Date: Tuesday, October 2, 2007<br>Time: 1:00 p.m.<br>Place: Courtroom 3, 3rd Floor<br><br>Complaint Filed: January 8, 2007 |

TO THIS HONORABLE COURT AND TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORDS HEREIN:

PLEASE TAKE NOTICE THAT, on October 2, 2007, at 1:00 p.m. at 1301 Clay Street, Oakland, California, in Courtroom 3, 3rd Floor of the above entitled Court, the Honorable Saundra B. Armstrong, judge presiding, HELEN HUTCHISON, individually and as successor-in-interest to the Estate of WILLIAM ALBERT HUTCHINSON, and MICHELLE STUART shall, and hereby do, move the Court to remand this case to the Superior Court of California, in and for

| | |
|---|---|
| *Hutchison, et al. v. A.W. Chesterton Company, et al.*<br>Case No. C07-02824 SBA | RE-NOTICE OF MOTION AND MOTION FOR REMAND |

1  the County of Alameda. Plaintiffs hereby offer to meet and confer with defendants and their
2  counsel at a reasonable time and place, prior to this motion, in order to resolve this issue with
3  defendants. Plaintiffs have not been able to meet and confer with counsel because of counsel's
4  unavailability. Plaintiffs will continue to attempt to seek to meet and confer prior to the hearing on
5  this motion.
6        This motion is made on the grounds that the Notice of Removal of defendant Phelps Dodge
7  Industries, Inc. (1) does not demonstrate that there is any federal question under 28 U. S. C.
8  §1442(a)(1) sufficient to afford any basis on which this Court may assert removal jurisdiction and
9  (2) does not demonstrate that it is immune from suit under the Federal Tort Claims Act, 28 U.S.C.
10 §2671, et seq., and under the doctrine enunciated in *Boyle v. United Technologies Corp.*, 487 U.S.
11 500 (1988). This motion is based on this notice of motion and motion, the supporting
12 memorandum of points and authorities, the accompanying declaration of Yvonne Huggins-
13 McLean, the attached proposed order and all papers and records on file herein.

15 DATED: August 21, 2007          BRENT COON & ASSOCIATES

17                                     KAREN J. CHEDISTER
18                                     Attorneys for Plaintiffs

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and a resident of Alameda County, California. I am over the age of eighteen years and not a party to the herein action. My business address is 44 Montgomery Street, Suite 800, San Francisco, CA 94104.

On the date below, I served one true copy of:

**RE-NOTICE OF MOTION AND MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT**

[ X ]  **BY MAIL:** I placed a true copy, enclosed in a sealed envelope to the addresses whose names are set out below, with postage paid, for collection and mailing on the date below at San Francisco, California, following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day in the ordinary course of business.

The service was addressed or directed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed in San Francisco County, San Francisco, California.

Dated: August 21, 2007          By:    _____
                                              Michelle Dantzman

-1-

*Hutchison, et al. v. A.W. Chesterton Company, et al.*
USDC—N.D. Case No. C07-02824 MEJ
PROOF OF SERVICE

SERVICE LIST   HELEN HUTCHISON v. A.W. CHESTERTON COMPANY, et al.   RG07305255   8/14/2007

GRAYBAR ELECTRIC CO., INC
**ARCHER NORRIS**
2033 N MAIN ST, SUITE 800
WALNUT CREEK, CA 94596
P: (925) 930-6600   F: (925) 930-6620
Nkrause@archernorris.com

OCCIDENTAL PETROLEUM CORPORATION
**BARG COFFIN LEWIS AND TRAP LLP**
ONE MARKET, STUEART TOWER, STE 2700
SAN FRANCISCO, CA 94105
P: (415) 228-5400   F: (415) 228-5450

J.T. THORPE & SON, INC
**BASSI, MARTINI & BLUM**
351 CALIFORNIA ST, STE 200
SAN FRANCISCO, CA 94104
P: (415) 397-9006   F: (415) 397-1339
mbetti@bmcblaw.com
mgarcia@bmcblaw.com

M. SLAYEN & ASSOCIATES
**BECHERER, KANNETT & SCHWEITZER**
2200 POWELL STREET, SUITE 805
EMERYVILLE, CA 94608
P: (510) 658-3600   F: (510) 658-1151
silica@bkslaw.com

AMCHEM PRODUCTS, INC.
UNION CARBIDE CORPORATION
**BRYDON HUGO & PARKER**
135 MAIN STREET, STE 200
SAN FRANCISCO, CA 94105
P: (415) 808-0300   F: (415) 808-0333
silica@bhplaw.com
rharvey@bhplaw.com

PLANT INSULATION COMPANY
RAYTHEON COMPANY
**BURNHAM BROWN**
1901 HARRISON STREET, 11TH FLOOR
OAKLAND, CA 94604-9918
P: (510) 444-6800   F: (510) 835-6739
smarden@burnhambrown.com
ehaas@burnhambrown.com

PLASTIC ENGINEERING COMPANY
**FOLEY & MANSFIELD PLLP**
1111 BROADWAY, 10TH FLR
OAKLAND, CA 94607
P: (925) 930-2866   F: (925) 930-7335
silica@foleymansfield.com

GARLOCK SEALING TECHNOLOGIES LLC
**GLASPY & GLASPY**
100 PRINGLE AVE, SUITE 750
WALNUT CREEK, CA 94596-7371
P: (925) 947-1300   F: (925) 947-1594
silica@glaspy.com

ALLIED PACKING AND SUPPLY, INC.
**HERR & ZAPALA**
152 N THIRD ST, STE 500
SAN JOSE, CA 95120
P: (408) 287-7788   F: (408) 516-0540
ajz@mylawfirm.com

EATON CORP.
EATON ELECTRICAL, INC.
IMO INDUSTRIES, INC.
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 WOODSIDE RD, STE 200
REDWOOD CITY, CA 94061-3436
P: (650) 365-7715   F: (650) 364-5297
hrome@hmrlaw.com
ymcak@hmrlaw.com

CRANE CO.
**KIRKPATRICK & LOCKHART NICHOLSON GRAHAM**
55 SECOND ST, STE 1700
SAN FRANCISCO, CA 94105
P: (415) 882-8200   F: (415) 882-8220
brendan.puohy@klgates.com
joseph.dizon@klgates.com

ALLIS CHALMERS CORPORATION PRODUCT LIABILITY TRUST
**KNOX RICKSEN**
1300 CLAY STREET, SUITE 500
OAKLAND, CA 94612-1427
P: (510) 285-2500   F: (510) 285-2505
silica@knoxricksen.com

ITT INDUSTRIES, INC.
METALCLAD INSULATION CORPORATION
**MCKENNA LONG & ALDRIDGE**
101 CALIFORNIA ST, 41ST FLOOR
SAN FRANCISCO, CA 94111
P: (415) 267-4000   F: (415) 267-4198
sfsilicaservice@mckennalong.com

HONEYWELL INTERNATIONAL, INC.
**PERKINS COIE**
FOUR EMBARCADERO CENTER, SUITE 2400
SAN FRANCISCO, CA 94111-3162
P: (415) 344-7000   F: (415) 344-7288
jdrummond@perkinscoie.com

CBS CORPORATION
**POND NORTH LLP**
350 S GRAND AVE, STE 2850
LOS ANGELES, CA 90071
P: (213) 617-6170   F: (213) 623-3594
efile@pondnorth.com

A.W. CHESTERTON COMPANY
**PRINDLE DECKER & AMARO LLP**
369 PINE STREET, SUITE 800
SAN FRANCISCO, CA 94104
P: (415) 788-8354   F: (415) 788-3625
mhillyard@pdalaw.com
gmori@pdalaw.com

MOTOROLA, INC.
**REED SMITH LLP**
1999 HARRISON STREET, SUITE 2400
OAKLAND, CA 94612
P: (510) 763-2000   F: (510) 273-8832

GENERAL ELECTRIC COMPANY
RCA CORPORATION
**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
ONE MARKET PLAZA, STEUART TOWER, 8TH FL
SAN FRANCISCO, CA 94105
P: (415) 781-7900   F: (415) 781-2635
pbeachkuhl@sdma.com
beach.kuhl@sdma.com

HILL BROTHERS CHEMICAL COMPANY
**VASQUEZ & ESTRADA**
1000 4TH ST, STE 700
SAN RAFAEL, CA 94901
P: (415) 453-0555   F: (415) 453-0549
silica@vandelaw.com
SilicaCases@berryandberry.com

AMETEK, INC.
QUINTEC INDUSTRIES, INC.
**WALSWORTH, FRANKLIN, BEVINS & MCCALL, LLP**
601 MONTGOMERY ST, 9TH FLR
SAN FRANCISCO, CA 94111
P: (415) 781-7072   F: (415) 391-6258
WFBM-Silica-Inbox@wfbm.com

Berry & Berry
P. O. Box 16070
Oakland, CA 94610
Ph. (510) 250-0200

Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110-3536
Ph. (617) 737-3100