United States District Court
Northern District of California

1
2
3
4
5
6
7
8             **UNITED STATES DISTRICT COURT**
9                **Northern District of California**

| | |
|---|---|
| Hutchison, | 07-02824 SBA |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| A.W. Chesterton Company, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-02824 SBA                        -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: September 13, 2007

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-02824 SBA                                        -2-

PROOF OF SERVICE

Case Name:      Hutchison v. A.W. Chesterton Company

Case Number:    07-02824 SBA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 13, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Audrey Ann Smith
> Brent Coon & Associates
> 44 Montgomery Street
> Suite 800
> San Francisco, CA 94104
>
> Cheryl Lynn White
> Brent Coon & Associates
> 44 Montgomery Street
> Suite 800
> San Francisco, CA 94104
> cwhite@bcoonlaw.com
>
> A.W. Chesterton Company
> ,
>
> Allied Packing & Supply, Inc.
> ,
>
> Kenneth J. McCarthy
> Knox Ricksen LLP

1300 Clay Street
Suite 650
Oakland, CA 94612
kjm@knoxricksen.com

Amchem Products, Inc.
,

American Asbestos Company
,

Ametek, Inc.
,

Asbestos Corporation Ltd.
,

Francis Dennis Pond
Pond North LLP
350 South Grand Avenue
Suite 2850
Los Angeles, CA 90017
fpond@pondnorth.com

Crane Company
,

Crown Cork & Seal
,

Eaton Corporation
,

Henry David Rome
Howard Rome Martin & Ridley LLP
1775 Woodside Rd., Suite 200
Redwood City, CA 94061-3436

EDO Corporation
,

David M. Glaspy
Glaspy & Glaspy
100 Pringle Ave Ste 750

One Walnut Creek Ctr
Walnut Creek, CA 94596

General Electric Company, Inc.
,

Graybar Electric Company, Inc.
,

Vasquez Vasquez
Vasquez & Estrada
1000 Fourth Street
Suite 700
Courthouse Square
San Rafael, CA 94901

David T. Biderman
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
dbiderman@perkinscoie.com

IMO Industries, Inc.
,

Imo Delaval, Inc.
,

IMO Delaval, Inc.
,

Delaval Turbines
,

Delaval Pumps
,

Lisa Lurline Oberg
McKenna Long & Aldridge L.L.P.
101 California Street, 41st Floor
San Francisco, CA 94111
loberg@mckennalong.com

Jeffery J. Fadeff

Kenney & Markowitz, LLP
351 California Street
Suite 200
San Francisco, CA 94104

Kentile Floors, Inc.
,

Mark S. Kannett
Becherer Kannett & Schweitzer
2200 Powell Street
Suite 805
Emeryville, CA 94608
mkannett@bkscal.com

Cheryl Bronstein Kahn
Reed Smith LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612
ckahn@reedsmith.com

John E. Dittoe
Reed Smith, LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612
jdittoe@reedsmith.com

Stephen C. Lewis
Barg Coffin Lewis & Trapp, LLP
One Market, Steuart Tower
Suite 2700
San Francisco, CA 94105

Owens-Illinois Inc.
,

Phelps Dodge/Cyprus Amax Minerals Co.
,

Anthony Michael Blalock
Burnham Brown
1901 Harrison St 11FL

Oakland, CA 94612

Plastics Engineering Company
,

Quintec Industries, Inc.
,

Raytheon Corporation
,

Rca Corporation
,

Schneider Electric Inc.
,

Thorpe Insulation Company
,

Union Carbide Corporation
,

Uniroyal, Inc.
,

Western Macarthur Co.
,

Paul R. Johnson
Filice Brown Eassa & McLeod LLP
1999 Harrison Street
18th Floor
Oakland, CA 94612
paul.johnson.service@filicebrown.com

Robert D. Eassa
Filice Brown Eassa & McLeod LLP
1999 Harrison Street
18th Floor
Oakland, CA 94612
robert.eassa.service@filicebrown.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 13, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov