1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7   HELEN HUTCHISON,                )          No. C 07-02824 SBA
            Plaintiff,              )
8                                   )          CLERK'S NOTICE
        vs.                         )
9                                   )
                                    )
10                                  )
    A.W. CHESTERTON CO.,            )
11          Defendant.              )
    _____       )
12                                  )

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for September 26, 2007, has been continued to Tuesday, October 16, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 9/19/07

                                    FOR THE COURT,
                                    Richard W. Wieking, Clerk


                                    By: *Lisa R. Clark*
                                        LISA R. CLARK
                                        Courtroom Deputy

To: