**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION | No. C 07-2824 SBA<br>**MDL TRANSFER ORDER** |
| HELEN HUTCHINSON, *et al.*,<br>        Plaintiffs,<br>  v.<br>A.W. CHESTERTON CO., *et al.*,<br>        Defendants. | |

On July 17, 2007, the Judicial Panel on Multidistrict Litigation issued a conditional transfer order transferring the above action to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* Docket No. 18. The panel has found that there are questions of fact in common with the multidistrict litigation referred to as *In re Asbestos Products Liability Litigation* (Docket No. 875). Accordingly, the Clerk of Court is directed to close this case file. The hearing on the pending motion to remand [Docket No. 7] scheduled for October 16, 2007 is VACATED, as that motion will be entertained by the judge presiding over the multidistrict litigation. All other scheduled matters are also VACATED.

IT IS SO ORDERED.

September 18, 2007

Saundra Brown Armstrong
United States District Judge