# USS Nicholas

## DD 449 (Fletcher class)

© Courtesy of Navsource

| | |
|---|---|
| Builder: | Bath Iron Works, Bath ME |
| Laid Down: | March 3, 1941 |
| Launched: | February 19, 1942 |
| Commissioned: | June 4, 1942 |
| Decommissioned: | June 12, 1946 |
| Recommissioned: | February 19, 1951 |
| Decommissioned: | 1/30/70 |
| Fate: | Sold 10/70 and broken up. |

Nicholas II

(DD-449: dp. 2,050; l. 376'6"; b. 39'8"; dr. 17'9"; s. 37 k.; cpl. 319; a. 5 5", 10 40mm., 10 21"tt., 6 dcp., 2 dct., cl. Fletcher)

The second Nicholas (DD-449) was laid down 3 March 1941 by the Bath Iron Works Corp., Bath, Maine, Launched 19 February 1942; commissioned 4 June 1942. Reclassified DDE -449, 26 March 1949, brought out of reserve to begin conversion in November 1950. Recommissioned 19 February 1951. Modernized between December 1959 and July 1960. Reclassified DD - 449 on 1 July 1962

Lehman Decl.

Exhibit 1

Sources: www.destroyersonline.com
www.ussnicholas.org
www.hazegray.org/danfs



U.S.S. FARRAGUT (6)–CHARLES F. ADAMS (2)–KENNETH D. BAILEY (713) *U. S. Navy*

Lead Ships of two new Missile Types and a modernized Radar Picket. The Fleet Rehabilitation and Modernization Program revamped 131 of the older Destroyers: 95 GEARINGS, 33 SUMNERS, and 3 FLETCHERS. All but eight of the 131 ships had completed Mark I Conversions or Mark II Alterations by end 1964. See Notes. Thirty GEARING Class Pickets became ASW/DD's; six kept DDR status. All GEARING/FLETCHER DDR's reverted to DD as of 6-30-62.

## 97 GEARING (DD) OF 1942-1943 — FRAM PROGRAMS OF 1959-1964 (As Revised 12-15-61)

No. Name (Program) F/S
**78 FRAM MARK I (DD)**
710—Gearing......(D62) AA
711—E.A.Greene....(R63) AA
712—(Gyatt) ......**EDD712
713—(K.D.Bailey)...**II-DDR
714—Wm. R. Rush...(R64) AA
715—Wm. W. Wood..(R64) AA
716—Wiltsie.......(D62) PA
717—T.E.Chandler(D61c) PA
718—Hamner.......(D62) PA
719—Epperson......(E64) PA
742—(Frank Knox)..**II-DDR
743—Southerland...(R64) PA
763—Wm. C. Lawe (D61c) AA
764—765..**See Mark II-DDE
782—Rowan........(D63) PA
783—Gurke.........(D63) PA
784—McKean.......(R64) PA
785—Henderson....(D62c) PA
786—Richard B. Anderson (**D60c—See Notes) PA
787—James E. Kyes. (D62) PA
788—Hollister.....(D61c) PA
789—Eversole......(D62) PA
790—Shelton....(**D60c) PA
805—(Chevalier)......**II-DD
806—Higbee.......(R63) PA
807—(Benner).........**II-DD
808—D.J.Buckley...(R64) PA
817—Corry.........(R63) AA
818—New (ddr/dd)..(E63) AA
810—Holder.......(R63) AA

No. Name (Program) F/S
**78 FRAM MARK I (DD)**
820—Rich (ddr/dd). (R63) AA
821—Johnston......(D62) AA
822—R.H.McCard...(D62) AA
823—S.B.Roberts..(D62r) AA
824—Basilone......(E64) AA
825—Carpenter (Had four 3"/70's)...(E64) PA
826—Agerholm...(**D60c) PA
827—Robert A. Owens (Had 3"/70's)..(E64) AA
829—Myles C. Fox. (R64) AA
830—(E.F.Larson)....**II-DD
831—(Goodrich).....**II-DDR
832—Hanson........(R64) PA
833—H. J. Thomas..(R64) PA
834—(Turner)........**II-DDR
835—C. P. Cecil....(R63) AA
836—G.K.Mackenzie(D63) PA
837—Sarsfield.....(D62). AA
838—(E. G. Small)..**II-DDR
839—Power........(D61c) AA
840—Glennon......(D62). AA
841—Noa.....(**D1960c) AA
842—Fiske.........(R64) AA
843—Warrington..(D62c) AA
844—Perry....(**D1959c) AA
845—Bausell...(**D1960c) PA
846—Ozbourn. (D1961c).. PA
847—R. L. Wilson. (E63) AA
848—(Witek).......**EDD848
849—R. E. Kraus...(D63) AA

No. Name (Program) F/S
**78 FRAM MARK I (DD)**
850—J.P.Kennedy, Jr.(D61c)AA
851—Rupertus......(D63) PA
852—L. F. Mason....(D63) PA
853—C. H. Roan....(D61c) AA
858—861..**See Mark II-DDE
862—Vogelgesang..(D62) AA
863—Steinaker.....(R64) AA
864—H.J.Ellison...(D62) AA
865—C.R.Ware.....(D61c) AA
866—Cone.........(D62) AA
867—Stribling...(**D60c) AA
*868—Brownson.....(D63) AA
869—A.J.Isbell.....(D61c) PA
870—Fechteler.....(R63) PA
871—Damato........(E63) AA
872—Forrest Royal.(D61c)AA
873—Hawkins.......(R64) AA
874—(Duncan).......**II-DDR
875—H.W.Tucker...(R63) PA
876—Rogers.........(R63) PA
877—Perkins(ddr)....**II-DD
878—Vesole.........(R64) AA
879—Leary..........(R64) AA
880—Dyess..........(R14) AA
881—Bordelon.......(R63) AA
882—Furse (ddr)...(R63) AA
883—N.K.Perry.....(R64) AA
884—F.B.Parks......(D62) PA
885—J.R.Craig......(D62) PA
886—Orleck (dd)...(D63) PA
887—Brinkley Bass(D61c) PA

No. Name (Program) F/S
**78 FRAM MARK I (DD)**
888—Stickell.......(R63) AA
889—O'Hare (ddr)..(R63) AA
890—Meredith..(**D60c) AA
* * *
**Four FRAM II (DD)** (Ex-DDR, DASH; no ASROC)
806—Chevalier....(R62) PA
807—Benner........(R62) PA
830—E.F.Larson....(R62) PA
877—Perkins........(R62) PA
**Six FRAM II (EX-DDE)** (As Mk I DD less ASROC)
764—Lloyd Thomas.(61c) AA
765—Keppler.......(61c) AA
858—Fred T. Berry.(61c) AA
859—Norris........(61c) AA
860—McCaffery....(61c) AA
861—Harwood......(61c) AA
**Six FRAM II (DDR)** (Six Guns, VDS; no DASH)
713—K.D.Bailey....(60c) AA
742—Frank Knox...(61c) PA
831—Goodrich......(60c) AA
834—Turner........(60c) AA
838—E. G. Small....(61c) PA
874—Duncan........(61c) PA
Two "Unframmed" 710's
712—GYATT (ex-Guided Missile Destroyer)... AA
848—WITEK (EDD—Special Sonar Test Ship)..... AA

*79 FRAM MARK I CONVERSIONS (SCB-206) — (** 8 Have All Guns Forward)

U.S.S. WILLIAM C. LAWE (DD 763)–Charleston Yard, November 1961 *U. S. Navy Photo*

Program Notes: D-DD, R-DDR, E-DDE; (D60c): DD of 1960 Program; completed. Mark II Ships and two exceptions are listed in the fourth column. GYATT beached her *Terriers*, reverted to DD712, 10-1-62. All Destroyer Type FRAMS were done by Navy Yards. The LAWE, first of the 'Balanced Battery' Conversions, arrived at Charleston, 11-29-60; recommissioned, 10-4-61. Final eight, due by 9-1-65: 714, 715, 825, 833, 863, 873, 879 and 883.

** 8 FRAM MARK I CONVERSIONS (1959-1960) — 33 SUMNER (DD)–MARK II ALTERATIONS

U.S.S. SHELTON (790) and BLUE (744) of DesDiv 92, October 1961 *U. S. Navy Photo*

Long and Short-hulled DD's berthed at Long Beach, displaying new ASW weapons; showing the 14-foot midship section added in the GEARING Class. Note DASH Platforms, hangars, bull's-eyes: ASROC on 790 and 763; Variable Depth Sonar gear on 744's fantail. BLUE has long Mk-25 Tubes abaft her forward stack.

Short Mk-32 ASW Torpedo Tubes are replacing the old 21-inch 'Quints' in all active DD's. Note locations: by after stack in 790; forward of bridge in 763. All have new stacks with tricky caps; improved electronic gear. FRAM Mark I added eight years to the old DD's useful lives; Mark II, five. See DASH views, Page 39.

U.S.S. LYMAN K. SWENSON (729)–(Insert: WALKE's VDS Gear) *U.S. Navy Photos*

DD729 posing off Mare Island after her Mark II re-do, 1-27-61. The Yard installed ASW/Drone facilities; new Mk-25 Tubes for long-range ASW torpedoes, Mk-32 Tubes for short-range acoustic torpedoes, and Variable Depth Sonar (Shown on DD723/744); relocated the old SQS-4 Sonar under Number One Mount. Mark I DD's have SQS-23. The Mark II Program was curtailed, 12-15-61: 32 SUMNERS/FLETCHERS were cut; 29 GEARINGS elevated to Mark I.

## 33 SUMNER CLASS (DD)—FRAM MARK II ALTERATIONS

No. Name (Program) F/S
692—Allen M. Sumner (Modernized)...(61c) AA
693—Moale..........(61c) AA
694—Ingraham......(61c) AA
697—Charles S. Sperry.........(60c) AA
698—Ault............(62) AA
699—Waldron........(62) AA
703—Wallace L. Lind (62) AA
*704—Borie..........(62c) AA

No. Name (Program) F/S
709—Hugh Purvis...(60c) AA
723—Walke.........(61c) PA
724—Laffey.........(62) AA
725—O'Brien........(61c) PA
727—De Haven.....(60c) PA
728—Mansfield.....(60c) PA
729—Lyman K. Swenson.......(60c) PA
730—Collett.......(60c) PA
744—Blue..........(60c) PA

No. Name (Program) F/S
748—Taussig..........(62) PA
752—Alfred A. Cunningham...(61c) PA
754—Frank E. Evans (61c) PA
755—John A. Bole....(62) PA
757—Putnam.........(62) AA
758—Strong..........(62) AA
759—Lofberg.........(62) PA
760—John W. Thomason (Lead Ship).....(59c) PA

No. Name (Program) F/S
761—Buck............(62) PA
770—Lowry..........(60c) AA
776—James C. Owens. (62) AA
777—Zellars.......(60c) AA
778—Massey........(60c) AA
779—Douglas H. Fox. (62) AA
780—Stormes.......(60c) AA
781—Robert K. Huntington....(60c) AA
(Five of FY63 Dropped)

## 20 OLD SUMNER CLASS (DD) OF 1942-1943 (NO DASH/VDS)

696(T)English.......(c44) AA
700(T)Haynsworth....... AA
701—John W. Weeks..... AA
702(T)Hank.............. AA
705(T)Compton.......(c44) AA

706—Gainard.......(c44) AA
707(T)Soley............ AA
708—Harlan R. Dickson. AA
722—Barton.............. AA
731—Maddox.......(c44) PA

732—Hyman.........(c44) AA
734—Purdy.............. AA
745—Brush.............. PA
747—Samuel N. Moore... PA
746—Harry E. Hubbard.. PA

753—John R. Pierce.(c45) AA
756(T)Beatty.........(c46) AR
762(T)Henley.........(c46) AA
775(T)Willard Keith.(c44) AA
857(T)Bristol.........(c46) AA

## GEARING FRAM MARK II (DD–Former DDR)—OLD SUMNER CLASS (DD)

U.S.S. BENNER (807) *© Marine Photos*

FRAM Notes. Five Pac ships had Mark I refits at East Coast Yards: DD782, 816, 852, 875 and 876. Ten Mark II GEARINGS kept six guns: six DDR's and four former Pickets. DD827 completed Mark I conversion at Norfolk, 11-15-64; beached two twin 3"/70 mounts, now has only one twin 5"/38 forward. See OWENS view, *64.

U.S.S. ENGLISH (696) *Courtesy Commanding Officer*

A six-gun Ex-Picket off San Diego and an unframmed SUMNER in Chesapeake Bay; and small 710/692 Class silhouettes. Note Mk-25 tubes abaft 807's forward stack; Mk-32's amidships in 696. ENGLISH and seven sisters are in reduced commission as Reserve Training Ships. DD756 is inactivating at Philadelphia (6/65).

## 18 TWO-GUN FLETCHERS (DD–Former DDE)—(SCB-7 CONVERSIONS OF 1948/1951)

No. Name (Program) F/S
**Three FRAM Mark II**
446—Radford.......(60c) PA
447—Jenkins........(60c) PA
449—Nicholas......(60c) PA
(Only three Modernized)

No. Name (Program) F/S
*445—Fletcher......(c42) PA
450—O'Bannon.......... PA
465(T)Saufley............ AR
466—Waller.............. AA
*468—Taylor.........(c42) PA

No. Name (Program) F/S
470—Bache.........(c42) AA
471—Beale................ AA
498—Philip................ PA
499—Renshaw............. PA
507—Conway.......(c47) AA

No. Name (Program) F/S
508—Cony..........(c42) AA
510—Eaton.........(c42) AA
517—Walker........(c43) PA
576(T)Murray.........(6-1-65
577—Sproston......(c45) PA

U.S.S. NICHOLAS (449)–WALLER (466) *U.S. Navy Photos*

NICHOLAS off Oahu, 5-20-62; WALLER with old ASW Task Group Alfa, 8-1-59. Both have Mk-108 'Able' rocket launchers forward. The old 'A' fires RUR-4A rockets, tosses 12.75" depth charges 1,000-yards. Note 449's stacks, VDS gear. Fifteen two-gun Mark II re-dos slated for FY-1965 were dropped 12-15-61.

The Bath-built DD449 hit 36.41 knots on Rockland, 5-28-42. She commissioned 6-4 before the Kearny-built DD445. They were DDE's, 3-26-49; reverted to DD Status. The weary SAUFLEY (465) inactivated at N. New Escorts will gradually replace the unit.