# USS Stoddard
## DD 566 (Fletcher class)



| | |
|---|---|
| Builder: | Seattle Tacoma Shipbuilding |
| Laid Down: | March 10, 1943 |
| Launched: | November 19, 1943 |
| Commissioned: | April 15, 1944 |
| Decommissioned: | July 8, 1946 |
| re-Commissioned: | March 9, 1951 |
| Decommissioned: | September 26 1969 |
| Fate: | Stricken 06/01/75; Continued to serve as a test platform for the Pacific Missile Range until 1992, and finally sunk by Navy SEALS NW of Hawaii July 22, 1997 |

Stoddard

(DD-566: dp. 2,050; 1. 376'5"; b. 39'7"; dr. 17'9"; s. 35.2 k. (tl.); cpl, 329; a. 5 5", 10 40mm., 10 21" tt.;cl. Fletcher)

The Stoddard (DD-566) was laid down at Seattle, Wash., by the Seattle-Tacoma Shipbuilding Corp. on 10 March 1944; launched on 19 November 1944; commissioned on 15 April 1945.

Lehman Decl.

Exhibit 2

Sources:  www.destroyersonline.com
www.ussstoddard.org
www.hazegray.org/danfs

