# USS Coontz
## DDG 40 (DLG 9) (Farragut class)



| | |
|---|---|
| Builder: | Puget Sound Navy Yard |
| Laid Down: | March 1, 1957 |
| Launched: | December 6, 1958 |
| Commissioned: | July 15, 1960 |
| Decommissioned: | 10/04/89; stricken 01/90; scrap 4/03 |

Coontz

(DLG-9: dp. 5,368, 1. 512', b. 52', dr. 16'7"; s. 35 k.; cpl. 377; a. Classified; cl. *Farragut*)

*Coontz* (DLG-9) was launched 6 December 1958 by Puget Sound Naval Shipyard and commissioned 15 July 1960.

Lehman Decl.

Exhibit 3

Sources: www.destroyersonline.com
www.hazegray.org/danfs


