REPRODUCED AT THE NATIONAL ARCHIVES

**15C1i**
JANUARY 2,
1937

SUPERSEDING
15C1h
May 2, 1932

NAVY DEPARTMENT SPECIFICATION

---

## CABLES, ELECTRIC, INSULATED (SHIPBOARD USE)

---

### A. APPLICABLE SPECIFICATIONS

A–1. The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

NAVY DEPARTMENT SPECIFICATIONS

General Specifications for Inspection of Material:
  15W2 Wire, Magnet.
  46S18 Steel, Corrosion-Resisting: Bars, Rods, and Forgings (except for Reforging).

FEDERAL SPECIFICATION

ZZ–R–601 Rubber-Goods: General Specifications (Methods of Physical Tests and Chemical Analyses).

### B. CLASSES AND TYPES

B–1. GENERAL CLASSIFICATIONS.

As distinguished by the types of insulation used, the general features of construction, and the primary considerations involved, the electric cables covered by this specification shall fall within the following general classifications:

Rubber insulated cables, fixed installations (pars. E–1 to E–15, inclusive).
Rubber insulated cables and cords, very flexible uses (pars. E–16 to E–20, inclusive).
Varnished cambric insulated cables (pars. E–21 to E–23, inclusive).
Flameproof cables (pars. E–24 to E–30, inclusive).
Silk, cotton, and enamel insulated cables, cords, and wires (pars. E–31 and E–32).

(1)

Lehman Decl.

Exhibit 4

REPRODUCED AT THE NATIONAL ARCHIVES

## 2

**B-2. RUBBER INSULATED CABLES, FIXED INSTALLATIONS.**

Rubber insulated cables for fixed installations shall be furnished in the following types, as required:

Type SICP—Single, instrument cable, plain (par. E-1).
Type SLPP-4—Single, lighting and power, plain (par. E-2).
Type SLPA-4—Single, lighting and power, armored (par. E-2).
Type SRLI-4—Single, radio use, low-tension, leaded (par. E-3).
Type SRHLA-4—Single, radio use, high-tension, leaded and armored (par. E-4).
Type DLPP-4—Duplex, lighting and power, plain (par. E-5).
Type DLPA-4—Duplex, lighting and power, armored (par. E-5).
Type DLB-4—Duplex, lighting, braided (par. E-6).
Type DRHLA-4—Duplex, radio use, high-tension, leaded and armored (par. E-7).
Type TRLL-4—Twin, radio use, low-tension, leaded (par. E-8).
Type TLPP-4—Triplex, lighting and power, plain (par. E-9).
Type TLPA-4—Triplex, lighting and power, armored (par. E-9).
Type TRHLA-4—Triplex, radio use, high tension, leaded and armored (par. E-10).
Type FLB-4—Four conductor, lighting, braided (par. E-11).
Type FLP-4—Four conductor, lighting, plain (par. E-11).
Type FLA-4—Four conductor, lighting, armored (par. E-11).
Type GICP—General interior communication, plain (par. E-12).
Type GICA—General interior communication, armored (par. E-12).
Type BW-3—Bell wire (par. E-13).
Type BC—Bell cord (par. E-14).
Type VLS—Voltmeter leads, submarines (par. E-15).

**B-3. RUBBER INSULATED CABLES AND CORDS—VERY FLEXIBLE USES.**

Rubber insulated cables and cords in the very flexible class and/or intended for use as portable leads shall be furnished in the following types, as required:

Type SCP—Single conductor, portable (par. E-16).
Type DCP—Double conductor, portable (par. E-17).
Type TCP—Triple conductor, portable (par. E-18).
Type MCP—Multiple conductor, portable (par. E-19).
Type GICF—General interior communication, flexible (par. E-20).

**B-4. VARNISHED CAMBRIC INSULATED CABLES.**

Varnished cambric insulated cables for fixed installations shall be furnished in the following types, as required:

Type SLPP-9 (and larger)—Single, lighting and power, plain (par. E-21).
Type SLPA-9 (and larger)—Single, lighting and power, armored (par. E-21).
Type DLPP-9 (and larger)—Duplex, lighting and power, plain (par. E-22).

[15Cti]

3

> Type DLPA-9 (and larger)—Duplex, lighting and power, armored (par. E-22).
> Type TLPP-9 (and larger)—Triplex, lighting and power, plain (par. E-23).
> Type TLPA-9 (and larger)—Triplex, lighting and power, armored (par. E-23).

**B-5. FLAME-PROOF CABLES.**

Flame-proof cables for fixed installations shall be furnished in the following types, as required:

> Type SFPP—Single, flame proof, plain (pars. E-24, and E-25).
> Type SFPA—Single, flame proof, armored (par. E-25).
> Type DFPP—Duplex, flame proof, plain (par. E-26).
> Type DFPA—Duplex, flame proof, armored (par. E-26).
> Type TFPP—Triplex, flame proof, plain (par. E-27).
> Type TFPA—Triplex, flame proof, armored (par. E-27).
> Type FFPP—Four-conductor, flame proof, plain (par. E-28).
> Type FFPA—Four-conductor, flame proof, armored (par. E-28).
> Type MFPP—Multiconductor, flame proof, plain (par. E-29).
> Type MFPA—Multiconductor, flame proof, armored (par. E-29).
> Type SFPS—Single, flame proof, switchboard and panel wiring (par. E-30).

**B-6. SILK, COTTON, AND ENAMEL INSULATED CABLES, CORD, AND WIRES.**

Cables, cords, and wires insulated with silk, cotton and enamel shall be furnished in the following types, as required:

> Type TSW—Telephone switchboard wire (par. E-31).
> Type TPTP—Twisted pair, telephone, plain (par. E-32).
> Type TPTA—Twisted pair, telephone, armored (par. E-32).

**B-7. CABLE SIZES.**

The several sizes of cable within each of the foregoing classes and types shall be as indicated by a numeral after the type letter designation.

## C. MATERIAL AND WORKMANSHIP

**C-1. GENERAL.**

C-1a. All materials used in the construction of electric cable shall be of the quality and form best suited for the purpose intended. The following requirements, covering the several principal components used in the construction of electric cables, shall be construed not as restricting the use of an even higher quality but rather as setting forth definite limitations as to what shall constitute the minimum acceptable standards of quality.

[15C11]

10

be thoroughly impregnated and evenly coated on both sides with an insulating rubber compound. The compound shall be practically free from active sulphur or other substances which will act injuriously upon the cotton fabric, varnished cambric, or rubber insulation. The compound shall adhere firmly to the fabric.

C-8b. *Thickness.*—The thickness of the tape used shall be such that the specified dimensions for the cable shall not be exceeded. In no case, however, shall the thickness of the tape used be less than 0.008 inch.

C-8c. *Application.*—The tape shall be applied in a suitable manner to insure a smooth surface and a circular section of the finished conductor. The tape shall be applied with not less than one-eighth inch lap for cables under 0.2 inch diameter and not less than one-fourth-inch lap for cables 0.2 inch diameter and larger.

**C-9. FILLERS.**

C-9a. *General.*—Filler materials shall be jute, cotton, or asbestos, as specified for the particular type of cable. The filler material shall be of long fiber and free from unsightly defects, dirt, knots, and lumps. Fillers taken from the completed cable shall be practically free from moisture.

C-9b. *Jute.*—Unless otherwise specified, dry jute fillers shall be used in multiconductor rubber-insulated cables for permanent installation; and jute impregnated with a suitable moisture proofing, insulating compound shall be used on varnished cambric insulated cables for permanent installation.

C-9c. *Cotton.*—Unless otherwise specified, dry cotton fillers shall be used for multiconductor cables and cords of the very flexible type and/or for use as portable leads. Refer also to paragraph C-11.

C-9d. *Asbestos.*—Unless otherwise specified, asbestos impregnated with a suitable moisture proofing, insulating compound shall be used for multiconductor cables of the flame-proof type. Such fillers shall be of 85 percent asbestos (par. C-10).

**C-10. ASBESTOS.**

C-10a. *General.*—All asbestos used in the construction of electric cable shall be clean and free from foreign particles of dirt, cottonseed, and other impurities. It shall be well carded to prevent lumps and irregularities in the final insulation for which it is used.

C-10b. *Grade.*—The asbestos roving or felting, and yarn, shall b made from the best quality, long-fiber, chrysotile asbestos of th grade known as no. 1 fiber. Samples of the asbestos taken from the finished cable, after the extraction of the impregnating compounds, shall contain not less than 85 percent by weight of asbestos.

C-10c. *Types.*—For purposes of identification, the following typical analyses and screen tests shall be considered as approximate classifications of the several types of asbestos (all chrysotile) applicable to the construction of electric cables. These data are, however, only approximations, and the fact that several types are listed shall not be construed as establishing the suitability of each type for all the required purposes.

[15C11]

REPRODUCED AT THE NATIONAL ARCHIVES

11

C-10d. *Arizona No. 1 Fiber:*
Screen test, 15-1-0-0.
Average fiber length, 2 inches to 4 inches.
Chemical analysis (representative sample).

| | Percent |
|---|---|
| Silica | 40. 50 |
| Alumina | . 17 |
| Iron oxide | 1. 75 |
| Magnesia | 42. 06 |
| Water | 15. 40 |

C-10e. *Rhodesian No. 1 Fiber:*
Screen test, 10-4-2-0.
Average fiber length, about 1 inch.
Chemical analysis (representative sample).

| | |
|---|---|
| Silica | 40. 99 |
| Alumina | 1. 03 |
| Iron oxide | 4. 15 |
| Magnesia | 38. 53 |
| Water | 13. 24 |

C-10f. *Russian No. 1 Fiber:*
Screen test, 11-3-2-0.
Average fiber length, about 1¼ inches.
Chemical analysis (representative sample).

| | |
|---|---|
| Silica | 41. 34 |
| Alumina | . 20 |
| Iron oxide | 4. 32 |
| Magnesia | 40. 39 |
| Water | 11. 58 |

C-10g. *Electrical insulation.*—In general, and except where otherwise specifically approved by the bureau concerned, a nonferrous asbestos shall be used where the cable construction is such that reliance, in whole or in chief part, is placed upon a felted asbestos wall as a dielectric. A nonferrous asbestos shall be defined as one wherein the total iron content does not exceed 1.75 percent, of which not more than 0.75 percent shall be magnetic iron. Where the asbestos is of minor importance as a dielectric it shall be of a grade having a total iron content of not more than 6 percent and a magnetic iron content of not to exceed 2 percent by weight of the dried sample.

C-10h. *Centering and circularity.*—The asbestos insulation shall be so applied as to provide a circular cross section, in which the conductor (or conductors) shall be well centered in the isulating wall.

C-10i. *Impregnation.*—The asbestos over the conductor (or conductors), including both roving and braid, shall be thoroughly impregnated with a moisture resisting, insulating compound in such manner as to completely fill all interstices and make the insulation one homogeneous structure. The compound used to saturate the asbestos shall consist of suitable high-grade ingredients and shall retain its initial qualities during the normal service life of the cable. The compound shall develop no injurious chemical action within itself or with any other of the component parts of the completed cable.

C-10j. *Finished structure.*—The finished insulation shall be of such composition and structure as will enable the completed cable to meet all specified test requirements.

[15C11]

16

Free sulphur, maximum, 1 percent.
Inorganic mineral fillers, antioxidants, organic accelerators,
including gas black, remainder.
Specific gravity, minimum, 1.60.[2]

**C-17. METAL ARMORING (BASKET WEAVE).**

C-17a. *General.*—Unless galvanized steel is specifically required or
approved for the particular application, the armoring wire shall be an
aluminum alloy. The weave shall be of the basket type, with the
wires of a strand laid closely together, flat and parallel, firmly binding
the insulated conductor.

C-17b. *Steel armor.*—Where steel armor is specified or approved for
the particular application, all steel wires shall be soft annealed and
shall be thoroughly and evenly galvanized. The tensile strength of
the wire shall be not less than 60,000 pounds per square inch, and the
elongation in 8 inches shall be not less than 12 percent.

C-17c. *Aluminum armor.*—The standard armoring material shall
be an aluminum alloy containing not more than 0.2 percent copper
and not less than 92.5 percent aluminum. The wire shall have a tensile
strength of not less than 50,000 pounds per square inch, and an
elongation in 10 inches of between 2 and 8 percent. It shall be suitable
in every respect for use in the armor braiding machines commonly
employed for such purposes by the insulated electric cable industry.

C-17d. *Springiness.*—The springiness of the aluminum alloy wire
shall be such that when coiled tightly (at a tension of 100 grams)
around a ¼-inch mandrel and released, the coil so produced shall not
exceed ¾ inch in outside diameter.

C-17e. *Toughness.*—The toughness of the wire shall be such that
it will withstand not less than ten 90° bends before rupture; the bends
being made back and forth over a 0.030-inch radium support, each
90° movement in either direction being computed as one bend. The
bends shall be made under a uniform tension of 100 grams, and at a
speed as nearly uniform as possible, not to exceed 50 bends per minute.

C-17f. *Wire size, etc.*—The armoring wire shall be 0.0126 inch in
diameter (±0.0001 inch) and shall be of uniform diameter, free from
all cracks, splints, or other flaws. Splices in the wire shall be infrequent,
staggered, and inconspicuous, so as not to increase the normal diameter
of the cable or result in rough spots.

C-17g. *Number of ends.*—The total number of ends of the armoring
wire depends upon the over-all diameter of the finished cable; except
where otherwise specifically approved, they shall be not fewer in

---

[2] The minimum value of 1.60 applies where the rubber content of the finished product is
40 percent; for each percent increase of rubber content in the finished product above 40
percent, the specific gravity may be reduced by 0.02.

[18C11]

number than is established by a curve drawn through the following points:

| Diameter of cable (inches) | Total number of ends |
|---|---|
| Under 0.40 | 72 |
| 0.40 | 120 |
| 0.60 | 144 |
| 0.75 | 168 |
| 0.90 | 192 |
| 1.00 | 216 |
| 1.10 | 240 |
| 1.20 | 264 |
| 1.30 | 288 |
| 1.40 | 312 |
| 1.50 | 336 |
| 1.60 (and over) | 360 |

**C-18. PAINTING.**

C-18a. *Types to be painted.*—All cables of the types intended for permanent installation (i. e., for attachment to decks and bulkheads, passed through watertight stuffing tubes, etc.) shall be given at least two coats of a suitable aluminum paint. In general and unless otherwise specifically required, the following types of cables shall be considered as falling within this classification:

| | | |
|---|---|---|
| SLPP–SLPA | SFPP (except SFPP–2)–SFPA | DLB–4 |
| DLPP–DLPA | DFPP–DFPA | FLB–4 |
| TLPP–TLPA | TFPP–TFPA | FLP–4 |
| SRHLA | FFPP–FFPA | FLA–4 |
| DRHLA | MFPP–MFPA | TPTP–TPTA |
| TRHLA | | GICP–GICA |

C-18b. *Aluminum paint.*—The aluminum paint used shall consist of aluminum powder, Navy Department Specification 52A1, in a suitable vehicle of the synthetic resinous (phenolformaldehyde or glyceride) type designed for good penetration, high bending power, high resistance to water and to oil, and with a high degree of flexibility under 100° C. (212° F.) temperature.

C-18c. *Application.*—The painting shall be done as soon as practicable after completion of prior manufacturing operations so as to prevent accumulation of dirt, moisture, etc., in the braid or armoring interstices. The painting shall be done preferably by the immersion method so as completely to fill in all interstices in the outer cable surface (armoring, braids, etc.). The finished paint coating shall effectively seal the cable against exudation of the moisture- and flame-resisting compounds from within. It shall be so flexible and adhere so firmly that it will not crack, peel, or flake off under the specified heat and bending tests for the particular type and size of cable involved.

**C-19. LEAD SHEATH.**

C-19a. *General.*—Lead sheaths shall consist of commercially pure lead (approximately 99.85 percent) without flaws, and tightly formed about the taped core of the cable.

[15C11]

REPRODUCED AT THE NATIONAL ARCHIVES

18

C-19b. *Thickness.*—Except where otherwise specified under the detail requirements for the particular type and size of cable involved or otherwise specifically approved by the Bureau concerned, lead sheaths shall have an average thickness not less than that shown below. In no case shall the sheath thickness be less, at any point, than 90 percent of the required average thickness..

| Diameter of core (inches) | Thickness of lead sheath |
|---|---|
| | *Inch* |
| 0.000 to 0.425 | 0.047 |
| 0.426 to 0.700 | .063 |
| 0.701 to 1.050 | .078 |
| 1.051 to 1.500 | .094 |
| 1.501 to 2.000 | .109 |
| 2.001 to 3.000 | .125 |
| Over 3.000 | .140 |

C-20. WORKMANSHIP.

The workmanship shall be first class in every particular.

## D. GENERAL REQUIREMENTS

D-1. DEFINITIONS.

D-1a. The following definitions shall apply to the several technical terms listed below wherever such terms appear in this specification.

D-1b. *Wire.*—A wire is a slender rod or filament of drawn metal.

D-1c. *Conductor.*—A conductor is a wire or combination of wires not insulated from one another, suitable for carrying a single electric current.

D-1d. *Stranded conductor.*—A stranded conductor is a conductor composed of a group of wires, or of any combination of groups of wires.

D-1e. *Strand.*—A strand is one of the wires, or groups of wires, of any stranded conductor.

D-1f. *Cable.*—A cable is either a stranded conductor (single-conductor cable) or a combination of conductors insulated from one another (multiple-conductor cable).

D-1g. *Stranded wire.*—A stranded wire is a group of small wires used as a single wire.

D-1h. *Cord.*—A cord is a small cable, very flexible and substantially insulated to withstand wear.

D-1i. *N-Conductor cable.*—An N-conductor cable is a combination of N conductors insulated from one another. (NOTE.—It is not intended that the name as here given be actually used. One would, instead, speak of a "4-conductor cable", a "12-conductor cable", etc. In referring to the general case it is spoken of as a "multiple-conductor cable.")

D-1j. *Duplex cable.*—A duplex cable is a cable composed of two insulated stranded conductors twisted together. It may or may not have a common insulating covering, as specified.

D-1k. *Twin cable.*—A twin cable is a cable composed of two insulated stranded conductors laid parallel, having a common covering.

[15C11]

REPRODUCED AT THE NATIONAL ARCHIVES

22

D–4b. *Circularity.*—The insulated conductor shall be circular in cross section and of uniform diameter throughout its length. The minimum wall thickness at any point shall be not less than 90 percent of the average thickness for that wall, and this average thickness shall fall within the dimensional tolerances specified in subparagraph D–2b.

## D–5. MANUFACTURER'S IDENTIFICATION.

D–5a. *General.*—Except where otherwise specifically required or approved, all electric cables shall be provided with an easy and indelible means of identification. The means employed shall be such that it cannot be confused with the requirements for circuit identification specified in paragraph D–6. The following means, as applicable to the particular type or types of cable in question, shall be considered standard; any departures therefrom shall be subject to the specific approval of the Bureau concerned:

  Marker tape.
  Molded markings.
  Marker threads.

D–5b. *Marker tape.*—In general, and except where otherwise specifically required for certain classes (subpar. D–5c) or approved for small sizes (subpar. D–5d) of cables, marker tape shall be the standard means of identification. It shall consist of a narrow cotton thread tape (approximately ¼ inch wide) or a thin cellulose tape laid lengthwise of the cable, in the position specified under section E herein (or as approved) for the particular type and size of cable in question. In order that identification may be made without destroying more than 1 foot of cable, there shall appear on this tape, at intervals of approximately 1 foot, the following printed information:

  Name of manufacturer.
  Date of manufacture (year).
  Navy Department Specification 15C1 (show alteration letter, as 15C1i, 15C1j, etc., under which manufactured).

The serial numbering of each foot of such marker tape is desirable and to be encouraged, hence it will be permitted but not required.

D–5c. *Molded markings.*—In general, this method is limited to those types of cables provided with an outer, tough rubber sheath (C–15). The marking shall show the manufacturer's name or his trade mark or trade name. Unless otherwise specifically approved it shall also show the year of manufacture. This marking shall be molded into the rubber sheath during the process of vulcanization; and it shall be either by indentation of or by raised lettering on the sheath itself, or shown on thin slips of rubber (colored if desired) which are themselves molded into the sheath and do not project above the surface of the sheath. This identification shall be repeated at intervals of not more than 25 feet (for indentation moldings) and 5 feet (for marker slips) throughout the length of the cable, in order that it may not be lost when the cable is cut into short lengths.

D–5d. *Marker threads.*—This means of identification is limited to those types of cable, where, due to small size (0.300 inch diameter and smaller) or for some other special reasons, it is not practicable to employ the other standard means (marker tape or molded markings).

  [15C1i]

23

Refer to section E herein for those types which may employ this means; no others may do so without the specific approval of the bureau concerned.

**D-4. CIRCUIT IDENTIFICATION.**

D-6a. *General.*—There shall be provided for the individually insulated conductors in all cables, whether of the single or the multiple conductor types, a means for the ready identification of each individual conductor in respect to the electrical distribution system of which it is to form a part. This shall be so clear and distinctive as to permit its connection into a standard arrangement (phase sequence, circuit arrangement, load tracing, etc.) in the system; and also to provide a rapid and accurate means for its identification and reconnection into the system after a serious casualty. Except as may be otherwise specifically required or approved, the standard means for such circuit identification shall be as stated below:

Colored insulation.
Marker tape.
Marker braid.

D-6b. *Colored insulation.*—In the case of 30-percent, 40-percent, and 85-percent rubber insulation, and unless a rubber-filled tape or cotton braid is specified over the conductor insulation, the rubber shall be colored unless a rubber-filled tape or a marker braid is specified over the conductor insulation; in which case the necessary circuit identification may be accomplished by the use of colored tape or braid if the manufacturer so desires. For 85-percent rubber, the natural (undyed) color of the rubber may be utilized for "white" conductors. When so specified for the particular type and size of flameproof cable in question, felted asbestos insulation shall be colored.

D-6c. *Marker tape.*—This method is limited to those types of cables wherein a tape is specified over the individual conductor insulation for the accomplishment of other purposes, and where coloring simply permits the same tape to serve an added purpose (see D-6b above). This shall not be considered as authority for adding a tape not already specified, without the specific approval of the Bureau concerned.

D-6d. *Marker braid.*—This shall consist of a thin braid (C-14) over the individually insulated conductors of a multiple conductor cable. Where a combination of two or more colors is specified for this braid, the "base" color shall be the background, with the "tracer" color (or colors) providing the particular combination required. This method is limited to those types of cables wherein a light inner braid is specified and is not to be considered as authority for adding a tape not already required. Tracer colors shall be on three adjacent carriers for each color.

[15C11]

REPRODUCED AT THE NATIONAL ARCHIVES

24

D-6e. *Color shades.*—The shades of color used shall be fast to light and to heat and shall match the following, the numbers referring to those of "The Standard Color Card of America, Eighth Edition, 1932" (refer to par. H-4):

| | |
|---|---|
| White | 60, 001 |
| Red (scarlet) | 60, 068 |
| Blue (peking) | 60, 079 |
| Green (emerald) | 60, 105 |
| Orange | 60, 039 |
| Brown (tobacco) | 60, 143 |
| Black. | |

D-6f. *Color code.*—Except where otherwise specifically required or approved, the following color code shall apply to all cables having from 1 to 44 (inclusive) individually insulated conductors within a common protective sheath. For example, all single conductor cables would be "1. Black"; all two conductor cables would consist of "1. Black" and "2. White"; all three conductor cables would consist of "1. Black", "2. White", and "3. Red"; etc., up to a 44-conductor cable, where all the color combinations listed would be included. In the case of cables having more than one layer of conductors, the numbering shown above shall be from the innermost to the outermost i. e., the no. 1 conductor shall be the center conductor (or one of the center conductors where two or more are used as a center) of the concentric lay.

[15C1i]

| Conductor no. | Base color | Tracer color | Tracer color |
|---|---|---|---|
| 1. | Black | | |
| 2. | White | | |
| 3. | Red | | |
| 4. | Green | | |
| 5. | Orange | | |
| 6. | Blue | | |
| 7. | White | Black | |
| 8. | Red | Black | |
| 9. | Green | Black | |
| 10. | Orange | Black | |
| 11. | Blue | Black | |
| 12. | Black | White | |
| 13. | Red | White | |
| 14. | Green | White | |
| 15. | Blue | White | |
| 16. | Black | Red | |
| 17. | White | Red | |
| 18. | Orange | Red | |
| 19. | Blue | Red | |
| 20. | Red | Green | |
| 21. | Orange | Green | |
| 22. | Black | White | Red. |
| 23. | White | Black | Red |
| 24. | Red | Black | White. |
| 25. | Green | Black | White. |
| 26. | Orange | Black | White. |
| 27. | Blue | Black | White. |
| 28. | Black | Red | Green. |
| 29. | White | Red | Green. |
| 30. | Red | Black | Green. |
| 31. | Green | Black | Orange. |
| 32. | Orange | Black | Orange. |
| 33. | Blue | White | Orange. |
| 34. | Black | White | Orange. |
| 35. | White | Red | Orange. |
| 36. | Orange | White | Blue. |
| 37. | White | Red | Blue. |
| 38. | Brown | | |
| 39. | Brown | Black | |
| 40. | Brown | White | |
| 41. | Brown | Red | |
| 42. | Brown | Green | |
| 43. | Brown | Orange | |
| 44. | Brown | Blue | |

[15C11]

REPRODUCED AT THE NATIONAL ARCHIVES

26

# E. DETAIL REQUIREMENTS

## RUBBER INSULATED CABLES, FIXED INSTALLATIONS

**E-1. TYPE SICP-1.**

E-1a. *Construction.*—Single, instrument cable, plain, shall be made up as follows:

> First. The standard copper conductor number 1–FF, table III, with a close wrapping of cotton thread (C–11).
>
> Second. A wall of 40-percent rubber insulation (C–4) to a diameter of 0.090 inch. Circuit identification (D–6b). Manufacturer's identification (D–5d).
>
> Third. A saturated black cotton braid (C–14), not less than no. 60, 2-ply cotton thread, to a diameter not greater than 0.120 inch.

E-1b. *Dielectric strength.*—The dielectric strength on 5-foot test lengths shall be not less than 1,500 volts alternating current.

**E-2. TYPES SLPP-SLPA-4.**

E-2a. *Construction.*—Single, lighting, and power cable shall be made up as follows:

> E-2a (1). *Type SLPP-4:*
>
> > First. The standard copper conductor number 4, table III.
> >
> > Second. A close wrapping of cotton thread (C–11).
> >
> > Third. A wall of 40-percent rubber insulation (C–4), to a diameter of 0.196 inch. Circuit identification (D–6b). Manufacturer's identification (D–5d).
> >
> > Fourth. A layer of rubber-filled tape (C–8), to a diameter of 0.228 inch.
> >
> > Fifth. A cotton braid (C–14), to a diameter not greater than 0.268 inch.
> >
> > Sixth. Painting (C–18).
>
> E-2a (2). *Type SLPA-4:*
>
> > First, second, third, and fourth. Same as type SLPP–4.
> >
> > Fifth. Basket weave metal armoring (C–17), to a diameter not greater than 0.298 inch.
> >
> > Sixth. Painting (C–18).

E-2b. *Dielectric strength.*—The dielectric strength, on full coil lengths to be shipped, shall be not less than 4,000 volts.

E-2c. *Insulation resistance.*—The insulation resistance at 15.5° C. shall be not less than 10,000 megohms per 1,000 feet.

**E-3. TYPE SRLL-4.**

E-3a. *Construction.*—Single conductor, low tension, lead-sheathed cable for radio use shall be made up as follows:

> First. The standard copper conductor number 4, table III.
>
> Second. A close wrapping of cotton thread (C–11).
>
> Third. A wall of 40-percent rubber insulation (C–4), to a diameter of 0.176 inch. Circuit identification (D–6b). Manufacturer's identification (D–5d).
>
> Fourth. A close cotton braid (C–14), to a diameter of 0.216 inch.
>
> Fifth. A soft lead sheath (C–18), of 0.032 inch minimum wall thickness at any point. The diameter of the completed cable shall not exceed 0.295 inch.

[15C11]

53

E-23b. *Drip.*—There shall be no dripping of compound from the finished cable under the conditions of vertical installation and 70° C. temperature.

E-23c. *Bending.*—The finished cable shall meet the bending tests specified in section F herein.

E-23d. *Dielectric strength.*—The dielectric strength between conductors, and to ground, on full-length reels to be shipped, shall be not less than 3,500 volts, alternating current.

E-23e. *Insulation resistance.*—The insulation resistance between conductors, and to ground, at 15.5° C., per 1,000 feet, shall be not less than the following:

| Type | Megohms | Type | Megohms |
|---|---|---|---|
| TLPP-TLPA-9 | 1,275 | TLPP-TLPA-100 | 655 |
| TLPP-TLPA-14 | 1,105 | TLPP-TLPA-125 | 635 |
| TLPP-TLPA-23 | 985 | TLPP-TLPA-150 | 595 |
| TLPP-TLPA-30 | 905 | TLPP-TLPA-200 | 555 |
| TLPP-TLPA-40 | 820 | TLPP-TLPA-250 | 545 |
| TLPP-TLPA-50 | 790 | TLPP-TLPA-300 | 530 |
| TLPP-TLPA-60 | 730 | TLPP-TLPA-400 | 485 |
| TLPP-TLPA-75 | 705 | | |

## FLAMEPROOF CABLES

**E-24. TYPE SFPP-2.**

E-24a. *Construction.*—The cable shall be made up as follows:

First. The conductor, before insulating, shall conform to standard copper conductor number 2, table III, except where standard copper conductor number 2-F, or 3, table III, is specifically required by the order or approved under the contract. With or without separator, at the manufacturer's option. Where a separator is used, it shall consist of a cellulose tape, a close wrapping of cotton thread (C-11), or other suitable separator as may be specifically approved by the bureau concerned. Such separator shall not exceed 0.003 inch in wall thickness.

Second. A wall of 85 percent rubber insulation (C-5), or other insulation specifically approved for the purpose by the bureau concerned, as a result of exhaustive laboratory tests, to a diameter of not less than 0.095 inch nor more than 0.100 inch. Manufacturer's identification (D-5d), if other than 85 percent rubber.

Third. A felted wall of asbestos (C-10), applied in not less than two servings of approximately equal thickness, in opposite directions, compressed and impregnated with a neutral insulating cement, to form a continuous and concentric homogeneous layer. The diameter of the completed cable shall be not less than 0.145 inch nor more than 0.160 inch.

E-24b. *Bending.*—The finished cable shall be capable of being bent 360° around a ⁵⁄₁₆-inch diameter mandral, without pronounced cracking or opening up of the asbestos wall.

[15CH]

REPRODUCED AT THE NATIONAL ARCHIVES

E-24c. *Flame resistance.*—The finished cable shall meet the flame tests specified in section F herein.

E-24d. *Dielectric strength.*

E-24d (1). *General.*—The dielectric strength between conductor and ground shall be not less than is shown hereunder for the first and final stages, respectively. The *first* stage shall be considered as that point at which the application of the rubber insulation (C-5, or other approved compound) has been completed and the cable is ready for the asbestos wall to be applied. The *final* stage is that at which the finished cable is submitted for delivery.

E-24d (2). *First stage.*—Every foot of the cable submitted shall meet both a 7,000 volt, alternating-current spark test and a 1,000 volt, 1 minute, alternating-current dielectric test after 1 hour's immersion in fresh (tap) water. At least one 5-foot length of cable in each lot of 250,000 feet or fraction thereof on order, shall meet a 7,000 volt alternating-current instantaneous dielectric test after 1 hour's immersion in fresh (tap) water.

E-24d (3). *Final stage.*—At least one 5-foot length of finished cable, in each lot of 50,000 feet or fraction thereof on order, shall meet an instantaneous, 8,000 volt alternating-current test after 1 hour's immersion in fresh (tap) water. After drying and subjection to the flame tests (F-15), the sample shall withstand a 900-volt alternating-current test for 1 minute.

E-24e. *Creepage.*—The final finish on the outer surface of the completed cable shall be such as to provide a creepage path of high resistivity. A path 2 inches long (2-inch separation of ring-type electrodes) shall withstand for a period of 1 minute, at a temperature of 50° C. and relative humidity of 70 percent, a dielectric test of 5,000 volts alternating-current without smoking, sparking, or other evidence of distress. Immediately following the dielectric test, and under the same conditions, the insulation resistance between the two electrodes shall be not less than 10,000 ohms.

E-24f. *Insulation resistance.*—The insulation resistance at 15.5° C. between conductor and ground, on full length coils, before application of the asbestos (third, above), shall be not less than 1,000 megohms per 1,000 feet after 1 hour's immersion in water.

### E-25. TYPES SFPP-SFPA-4 AND LARGER

E-25a. *Construction.*—The cable shall be made up in accordance with table XI and the following:

First. The conductor, before insulating, shall conform to the standard (table III), as designated in the third column of table XI.

Second. A wall of felted asbestos, compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer (C-10). Circuit identification (D-6b).

Third. A wall of varnish-cambric insulation (C-6). Manufacturer's identification (D-5b or D-5d) for SFPP-SFPA-4 and larger.

Fourth. A wall of felted asbestos, applied as in "second" above (C-10).

[15C11]

56

Fifth. A closely woven, uniform asbestos braid (C-14), impregnated with a black flameproof insulating compound. Painting (C-18).   This completes type SFPP cables.

Sixth. (For type SFPA) basket weave metal armoring (C-17). The overall dimensions of the finished cables shall not exceed the values shown in the last two columns of table XI nor be less than 92½ percent of those dimensions.

Seventh. Painting (C-18).

TABLE XI.—*Types SFPP and SFPA*

| Types | Area | Standard copper conductor number (table III) | Diameter over first felted asbestos (C-10) | Diameter over varnished cambric (C-6) | Diameter over second felted (C-10) | Diameter over asbestos braid (C-10) (C-14) | Diameter over metal armoring (C-17) |
|---|---|---|---|---|---|---|---|
| | *Circular mils* | | *Inches* | *Inches* | *Inches* | *Inches* | *Inches* |
| SFPP-SFPA-4 | 4,494 | 4 | 0.138 | 0.200 | 0.240 | 0.330 | 0.400 |
| SFPP-SFPA-9 | 9,050 | 9 | .198 | .305 | .396 | .486 | .556 |
| SFPP-SFPA-14 | 14,350 | 14 | .226 | .334 | .424 | .514 | .584 |
| SFPP-SFPA-23 | 23,820 | 23 | .261 | .369 | .459 | .549 | .619 |
| SFPP-SFPA-30 | 30,780 | 30 | .291 | .399 | .489 | .579 | .649 |
| SFPP-SFPA-40 | 38,960 | 40 | .316 | .424 | .514 | .604 | .674 |
| SFPP-SFPA-50 | 49,020 | 50 | .344 | .452 | .542 | .632 | .702 |
| SFPP-SFPA-60 | 59,940 | 60 | .372 | .480 | .570 | .660 | .730 |
| SFPP-SFPA-75 | 75,850 | 75 | .407 | .515 | .605 | .695 | .765 |
| SFPP-SFPA-100 | 98,820 | 100 | .453 | .561 | .651 | .741 | .811 |
| SFPP-SFPA-125 | 125,050 | 125 | .497 | .605 | .695 | .785 | .855 |
| SFPP-SFPA-150 | 157,380 | 150 | .547 | .655 | .745 | .835 | .905 |
| SFPP-SFPA-200 | 198,560 | 200 | .604 | .712 | .802 | .892 | .962 |
| SFPP-SFPA-300 | 296,660 | 300 | .718 | .826 | .916 | 1.006 | 1.076 |
| SFPP-SFPA-400 | 414,020 | 400 | .832 | .940 | 1.030 | 1.120 | 1.190 |
| SFPP-SFPA-500 | 521,979 | 500 | .923 | 1.031 | 1.121 | 1.211 | 1.281 |
| SFPP-SFPA-550 | 557,860 | 550 | 1.026 | 1.134 | 1.224 | 1.314 | 1.384 |
| SFPP-SFPA-800 | 829,810 | 800 | 1.141 | 1.249 | 1.339 | 1.429 | 1.499 |

NOTE.—For dimensional tolerances see also Subparagraph D-2b.

E-25b. *Bending.*—The finished cable shall be capable of being bent 360° around a mandrel having a diameter five times that of the cable under test, without pronounced cracking or opening up of the asbestos wall.

E-25c. *Flame resistance.*—The finished cable shall meet the flame tests specified in section F herein.

E-25d. *Dielectric strength.*—The dielectric strength shall be not less than the following:

7,500 volts, alternating current, on short lengths, before flame tests.

1,500 volts, alternating current, on short lengths, after flame tests.

2,000 volts, alternating current on full-length reels to be shipped, for type SFPA.

[15C11]

REPRODUCED AT THE NATIONAL ARCHIVES

56

E-25e. *Drip and exudation.*—The finished cable shall meet the drip and exudation tests specified in paragraph F-10 herein.

E-25f. *Insulation resistance, type SFPA.*—The insulation resistance between conductor and ground, at 15.5° C., on full-reel lengths to be shipped, per 1,000 feet, for type SFPA, shall not be less than the following:

| Type | Megohms | Type | Megohms |
|------|---------|------|---------|
| SFPA-4 | 300 | SFPA-100 | 125 |
| SFPA-6 | 250 | SFPA-125 | 110 |
| SFPA-14 | 225 | SFPA-150 | 100 |
| SFPA-23 | 200 | SFPA-200 | 90 |
| SFPA-30 | 180 | SFPA-300 | 80 |
| SFPA-40 | 170 | SFPA-400 | 70 |
| SFPA-50 | 160 | SFPA-500 | 65 |
| SFPA-60 | 150 | SFPA-650 | 60 |
| SFPA-75 | 135 | SFPA-800 | 50 |

**E-26. TYPES DFPP AND DFPA.**

E-26a. *Construction.*—The cable shall be made up in accordance with table XII and the following:

 First. Each conductor of the pair, before insulating, shall conform to the standard (table III), as designated in the third column of table XII.

 Second. Each such conductor shall have:

  (a) A wall of felted asbestos (C-10) compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer. Circuit identification (D-6b).

  (b) A wall of varnished-cambric insulation (C-6).

  (c) A wall of felted asbestos (C-10), applied as in (a) above.

 Third. Two such insulated conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Circularity of cross section shall be obtained by the use of impregnated asbestos fillers (C-9).

 Fourth. A wall of felted asbestos (C-10), applied as in "second (a)" above.

 Fifth. A wall of varnished-cambric insulation (C-6). Manufacturer's identification (D-5b).

 Sixth. A wall of felted asbestos (C-10), applied as in "second (a)" above.

 Seventh. A closely woven uniform asbestos braid (C-14), impregnated with a black, flameproof insulating compound. Painting (C-18). This completes type DFPP.

 Eighth (For DFPA). Basket-weave metal armoring (C-17). The overall dimensions of the finished cables shall not exceed the values shown in the last two columns of table XII nor be less than 92½ percent of these dimensions.

 Ninth. Painting (C-18).

[15C11]

TABLE XII.—Types DFPP and DFPA

| Types | Area | Individual conductors | | | | Grouped conductors | | | DFPP | DFPA |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Standard copper conductor number (table III) | Diameter over first felted asbestos (C-10) | Diameter over varnished cambric (C-6) | Diameter over varnished cambric and folded asbestos (C-10) | Two conductors twisted together, diameter over third asbestos folding (C-10) | Diameter over varnished cambric (C-6) | Diameter over fourth asbestos felting (C-10) | Diameter over asbestos braid (C-10) | Diameter over metal braid (C-17) |
| | Circular mils | | Inch | Inch | Inch | Inches | Inches | Inches | Inches | Inches |
| DFPP–DFPA–4 | 4,404 | 4 | 0.100 | 0.154 | 0.184 | 0.458 | 0.598 | 0.628 | 0.708 | 0.778 |
| DFPP–DFPA–9 | 9,000 | 9 | .138 | .195 | .246 | .633 | .693 | .693 | .778 | .842 |
| DFPP–DFPA–14 | 14,320 | 14 | .166 | .226 | .266 | .613 | .673 | .703 | .822 | .922 |
| DFPP–DFPA–23 | 22,820 | 23 | .201 | .261 | .301 | .742 | .782 | .843 | .922 | .962 |
| DFPP–DFPA–30 | 30,780 | 30 | .241 | .313 | .373 | .796 | .856 | .948 | 1.008 | 1.108 |
| DFPP–DFPA–40 | 40,000 | 40 | .265 | .339 | .369 | .846 | .918 | 1.006 | 1.066 | 1.108 |
| DFPP–DFPA–50 | 48,030 | 50 | .294 | .366 | .436 | .902 | .974 | 1.064 | 1.154 | 1.224 |
| DFPP–DFPA–60 | 59,940 | 60 | .333 | .404 | .464 | 1.013 | 1.000 | 1.100 | 1.190 | 1.270 |
| DFPP–DFPA–70 | 75,850 | 70 | .367 | .457 | .487 | 1.134 | 1.221 | 1.314 | 1.374 | 1.464 |
| DFPP–DFPA–75 | 96,020 | 75 | .397 | .513 | .660 | 1.246 | 1.328 | 1.426 | 1.516 | 1.596 |
| DFPP–DFPA–100 | 98,020 | 100 | .438 | .537 | .687 | 1.334 | 1.424 | 1.514 | 1.616 | 1.674 |
| DFPP–DFPA–125 | 125,990 | 125 | .457 | .587 | .717 | 1.414 | 1.514 | 1.604 | 1.694 | 1.784 |
| DFPP–DFPA–150 | 157,380 | 150 | .537 | .664 | .774 | 1.628 | 1.716 | 1.806 | 1.886 | 1.966 |
| DFPP–DFPA–200 | 196,880 | 200 | .584 | .707 | .857 | 1.784 | 1.869 | 1.969 | 2.075 | 2.122 |
| DFPP–DFPA–250 | 250,710 | 250 | .667 | .787 | .917 | 1.922 | 2.060 | 2.130 | 2.210 | 2.280 |
| DFPP–DFPA–300 | 306,690 | 300 | .718 | .826 | .916 | 2.098 | 2.268 | 2.348 | 2.438 | 2.598 |
| DFPP–DFPA–400 | 414,000 | 400 | .833 | .940 | 1.000 | 2.150 | | | | |

NOTE.—For dimensional tolerances see also subparagraph D-2b.

[15C11]

REPRODUCED AT THE NATIONAL ARCHIVES

58

E-26b. *Bending.*—The finished cable shall be capable of being bent 360° around a mandrel having a diameter five times that of the cable under test, without pronounced cracking or opening up of the asbestos wall.

E-26c. *Flame resistance.*—The finished cable shall meet the flame tests specified in section F herein.

E-26d. *Dielectric strength.*—The dielectric strength shall be not less than the following:

7,500 volts, alternating current between conductors, and to ground, on short lengths, before flame tests.

1,500 volts, alternating current between conductors, and to ground, on short lengths, after flame tests.

2,000 volts, alternating current between conductors, and to ground, on full length reels to be shipped, for type DFPA.

2,000 volts, alternating current between conductors only, on full length reels to be shipped, for type DFPP.

E-26e. *Drip and exudation.*—The finished cable shall meet the drip and exudation tests specified in paragraph F-10 herein.

E-26f. *Insulation resistance.*—The insulation resistance at 15.5° C. between conductors (for type DFPP), and between each conductor and ground (for type DFPA), per 1,000 feet, shall be not less than the following:

| Type | Megohms | Type | Megohms |
|---|---|---|---|
| DFPP-DFPA-4 | 200 | DFPP-DFPA-75 | 175 |
| DFPP-DFPA-6 | 300 | DFPP-DFPA-100 | 160 |
| DFPP-DFPA-14 | 275 | DFPP-DFPA-125 | 150 |
| DFPP-DFPA-25 | 250 | DFPP-DFPA-150 | 125 |
| DFPP-DFPA-30 | 225 | DFPP-DFPA-200 | 135 |
| DFPP-DFPA-40 | 215 | DFPP-DFPA-250 | 120 |
| DFPP-DFPA-50 | 200 | DFPP-DFPA-300 | 110 |
| DFPP-DFPA-60 | 190 | DFPP-DFPA-400 | 100 |

**E-27. TYPE DFPP AND TFPA.**

E-27a. *Construction.*—The cable shall be made up in accordance with table XIII and the following:

First. Each conductor of the group, before insulating, shall conform to the standard (table III), as designated in the third column of table XIII.

Second. Each such conductor shall have:

    (a) A wall of felted asbestos (C-10) compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer. Circuit identification (D-6b).

    (b) A wall of varnished cambric insulation (C-6).

    (c) A wall of felted asbestos (C-10), applied as in (a) above.

Third. Three such insulated conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Circularity of cross section shall be obtained by the use of impregnated asbestos fillers (C-9).

[15C11]

59

Fourth. A wall of felted asbestos (C-10) applied as in "second (a)" above.

Fifth. A wall of varnished-cambric insulation (C-6). Manufacturer's identification (D-5b).

Sixth. A wall of felted asbestos (C-10) applied as in "second (a)" above.

Seventh. A closely woven, uniform asbestos braid (C-14), impregnated with a black flameproof insulating compound. Painting (C-18). This completes type TFPP.

Eighth. (For TFPA) Basket-weave metal armoring (C-17). The overall dimensions of the finished cable shall not exceed the values shown in the last two columns of table XIII nor be less than 92½ percent of those dimensions.

Ninth. Painting (C-18).

[15C11]

REPRODUCED AT THE NATIONAL ARCHIVES

60

TABLE XIII.—*Types TFPP and TFPA*

| Types | Area | Standard copper conductor number (table III) | Individual conductors | | | Grouped conductors | | | | TFPP | TFPA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Diameter over first foiled asbestos | Diameter over varnished cambric | Diameter over second foiled asbestos | Three conductors twisted (angular, diameter over third asbestos felting) | Diameter over varnished cambric | Diameter over fourth asbestos felting | | Diameter over asbestos braid | Diameter over metal braid |
| | *Circular mils* | | *Inch* | *Inch* | *Inch* | *Inches* | *Inches* | *Inches* | | *Inches* | *Inches* |
| TFPP-TFPA-4 | 4,104 | 4 | 0.106 | 0.154 | 0.214 | 0.562 | 0.595 | 0.652 | | 0.742 | 0.813 |
| TFPP-TFPA-2 | 9,000 | 2 | .136 | .186 | .246 | .571 | .631 | .721 | | .811 | .881 |
| TFPP-TFPA-14 | 14,580 | 14 | .166 | .228 | .296 | .683 | .718 | .808 | | .888 | .908 |
| TFPP-TFPA-25 | 23,280 | 25 | .201 | .261 | .371 | .703 | .763 | .883 | | .975 | .945 |
| TFPP-TFPA-30 | 33,780 | 30 | .241 | .313 | .373 | .846 | .918 | 1.038 | | 1.103 | 1.183 |
| TFPP-TFPA-40 | 38,960 | 40 | .295 | .355 | .388 | .910 | .962 | 1.072 | | 1.183 | 1.333 |
| TFPP-TFPA-50 | 49,530 | 50 | .304 | .386 | .438 | .970 | 1.062 | 1.123 | | 1.322 | 1.388 |
| TFPP-TFPA-60 | 64,060 | 60 | .333 | .404 | .464 | 1.005 | 1.107 | 1.287 | | 1.347 | 1.417 |
| TFPP-TFPA-75 | 78,950 | 75 | .307 | .457 | .537 | 1.229 | 1.310 | 1.400 | | 1.400 | 1.470 |
| TFPP-TFPA-100 | 96,530 | 100 | .452 | .512 | .562 | 1.341 | 1.431 | 1.631 | | 1.811 | 1.881 |
| TFPP-TFPA-125 | 125,320 | 125 | .467 | .557 | .637 | 1.486 | 1.586 | 1.706 | | 1.706 | 1.776 |
| TFPP-TFPA-150 | 157,380 | 150 | .467 | .617 | .717 | 1.529 | 1.719 | 1.899 | | 1.899 | 1.969 |
| TFPP-TFPA-200 | 186,360 | 200 | .604 | .684 | .774 | 1.762 | 1.862 | 1.922 | | 2.022 | 2.092 |
| TFPP-TFPA-300 | 303,710 | 300 | .607 | .787 | .847 | 1.929 | 2.028 | 2.118 | | 2.857 | 2.273 |
| TFPP-TFPA-300 | 296,860 | 300 | .718 | .816 | .916 | 1.929 | 2.177 | 2.307 | | 2.857 | 2.427 |
| TFPP-TFPA-400 | 414,030 | 400 | .832 | .940 | 1.000 | 2.315 | 2.423 | 2.115 | | 2.883 | 2.673 |

NOTE.—For dimensional tolerances see also subparagraph D-2b.

[15C11]

61

E-27b. *Bending.*—The finished cable shall be capable of being bent 360° around a mandrel having a diameter five times that of the cable under test, without pronounced cracking or opening up of the asbestos wall.

E-27c. *Flame resistance.*—The finished cable shall meet the flame tests specified in section F herein.

E-27d. *Dielectric strength.*—The dielectric strength shall be not less than the following:

7,500 volts, alternating current between conductors, and to ground, on short lengths, before flame tests.

1,500 volts, alternating current between conductors, and to ground, on short lengths, after flame tests.

2,000 volts, alternating current between conductors, and to ground, on full-length reels to be shipped, for type TFPA.

2,000 volts, alternating current between conductors only, on full-length reels to be shipped, for type TFPP.

E-27e. *Drip and exudation.*—The finished cable shall meet the drip and exudation tests specified in paragraph F-10 herein.

E-27f. *Insulation resistance.*—The insulation resistance, at 15.5° C., per 1,000 feet, between conductors (for type TFPP) and between each conductor and ground (for type TFPA), shall be not less than the following:

| Type | Megohms | Type | Megohms |
|---|---|---|---|
| TFPP-TFPA-4 | 200 | TFPP-TFPA-75 | 175 |
| TFPP-TFPA-6 | 300 | TFPP-TFPA-100 | 160 |
| TFPP-TFPA-14 | 275 | TFPP-TFPA-125 | 150 |
| TFPP-TFPA-23 | 250 | TFPP-TFPA-150 | 135 |
| TFPP-TFPA-30 | 225 | TFPP-TFPA-200 | 125 |
| TFPP-TFPA-40 | 215 | TFPP-TFPA-250 | 120 |
| TFPP-TFPA-50 | 200 | TFPP-TFPA-300 | 110 |
| TFPP-TFPA-60 | 190 | TFPP-TFPA-400 | 100 |

E-28. TYPES TFPP AND TFPA.

E-28a. *Construction.*—The cable shall be made up as follows:

First. Each conductor of the group, before insulating, shall conform to standard copper conductor number 4, table III.

Second. Each such conductor shall be individually insulated as follows:

(a) A wall of felted asbestos (C-10), compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer, to a diameter of 0.106 inch. Circuit identification (D-6b).

(b) A wall of varnished-cambric insulation (C-6) to a diameter of 0.154 inch.

(c) A wall of felted asbestos (C-10) applied as in (a) above to a diameter of 0.214 inch.

Third. Four such individually insulated conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Circularity of cross section shall be obtained by the use of impregnated asbestos fillers (C-9).

[15C11]

REPRODUCED AT THE NATIONAL ARCHIVES

62

Fourth. A wall of felted asbestos (C–10) applied as in "second (a)" above to a diameter of 0.555 inch.

Fifth. A wall of varnished-cambric insulation (C–6) applied as in "second (b)" above, to a diameter of 0.615 inch. Manufacturer's identification (D–5b).

Sixth. A wall of felted asbestos (C–10) applied as in "second (a)" above, to a diameter of 0.705 inch.

Seventh. A closely woven, uniform asbestos braid (C–14) impregnated with a black flameproof insulating compound. Painting (C–18). The diameter over this braid shall not exceed 0.795 inch. This completes type FFPP.

Eighth. (For Type FFPA). Basket-weave metal armoring (C–17). The overall diameter of the finished cable shall be not greater than 0.865 inch.

Ninth. Painting (C–18).

E–28b. *Bending.*—The finished cable shall be capable of being bent 360° around a 4-inch diameter mandrel, without pronounced cracking or opening up of the asbestos wall.

E–28c. *Flame resistance.*—The finished cable shall meet the flame tests specified in section F.

E–28d. *Dielectric strength.*—The dielectric strength shall be not less than the following:

7,500 volts, alternating current, between conductors, and to ground, on short lengths, before flame tests.

1,500 volts, alternating current, between conductors, and to ground, on short lengths, after flame tests.

2,000 volts, alternating current, between conductors, and to ground, on full-length reels to be shipped, for type FFPA.

2,000 volts, alternating current, between conductors only, on full-length reels to be shipped, for type FFPP.

E–28e. *Drip and exudation.*—The finished cable shall meet the drip and exudation tests specified in paragraph F–10 herein.

E–28f. *Insulation resistance.*—The insulation resistance, at 15.5° C. shall be not less than 200 megohms per 1,000 feet, between conductors (for type FFPP) and between each conductor and ground (for type FFPA).

**E–29. TYPES MFPP AND MFPA.**

E–29a. *Construction.*—The cable shall be made up in accordance with table XV and the following:

First. Each of the insulated conductors comprising the group shall conform to type SFPP–2 (E–24). Circuit identification (D–5d), except use rayon braid flameproofed.

Second. The specified number of such individually insulated conductors shall be laid up with a lay not greater than 16 times the pitch diameter. Circularity of cross section shall be obtained by the use of impregnated asbestos fillers (C–9). The grouped conductors shall be bound together by a thin, single-faced friction tape, cellophane, or other material, specifically approved for the purpose by the bureau concerned.

[15Cll]

63

Third. A wall of felted asbestos (C–10), compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer.

Fourth. A wall of varnished cambric (C–6). Manufacturer's identification (D–5b).

Fifth. A wall of felted asbestos (C–10), applied as in "third" above.

Sixth. A closely woven, uniform asbestos braid (C–14), impregnated with a black, flameproof insulating compound. Painting (C–18), for MFPP only. This completes type MFPP.

Seventh. (For MFPA.) Basket-weave metal armoring (C–17). The overall dimensions of the finished cables shall not exceed the values shown in the last two columns of table XV nor be less than 92½ percent of these dimensions.

Eighth. Painting (C–18).

TABLE XV.—*Types MFPP and MFPA*

| Types | Number of insulated conductors (SFPP–2) | Group insulation | | | MFPP | MFPA |
|---|---|---|---|---|---|---|
| | | Diameter over first asbestos (C–10) | Diameter over varnished cambric (C–6) | Diameter over second asbestos (C–10) | Diameter over asbestos braid (C–14) | Diameter over metal armoring (C–17) |
| | | *Inches* | *Inches* | *Inches* | *Inches* | *Inches* |
| MFPP–MFPA–2 | 2 | 0.392 | 0.464 | 0.534 | 0.614 | 0.694 |
| MFPP–MFPA–4 | 4 | .464 | .536 | .596 | .686 | .766 |
| MFPP–MFPA–7 | 7 | .567 | .639 | .699 | .789 | .869 |
| MFPP–MFPA–10 | 10 | .745 | .817 | .877 | .967 | 1.037 |
| MFPP–MFPA–14 | 14 | .826 | .898 | .958 | 1.048 | 1.118 |
| MFPP–MFPA–19 | 19 | .917 | .989 | 1.049 | 1.139 | 1.209 |
| MFPP–MFPA–22 | 22 | 1.037 | 1.109 | 1.169 | 1.259 | 1.329 |
| MFPP–MFPA–26 | 26 | 1.132 | 1.204 | 1.264 | 1.354 | 1.424 |
| MFPP–MFPA–30 | 30 | 1.184 | 1.236 | 1.296 | 1.386 | 1.456 |
| MFPP–MFPA–37 | 37 | 1.277 | 1.349 | 1.409 | 1.499 | 1.569 |
| MFPP–MFPA–44 | 44 | 1.442 | 1.514 | 1.574 | 1.664 | 1.734 |

NOTE.—For dimensional tolerances see also subparagraph D–2b.

E–29b. *Bending.*—The individually insulated conductors shall meet the bend test specified for type SFPP–2 cable. The finished, multiconductor cable shall be capable of being bent 360° around a mandrel having a diameter five times that of itself, without pronounced cracking or opening up of the asbestos wall or braid.

E–29c. *Flame resistance.*—The individually insulated conductors shall meet the flame tests specified for type SFPP–2. Also the finished, multiconductor cable shall meet the flame tests specified in section F.

E–29d. *Dielectric strength.*—The individually insulated conductors shall meet the dielectric tests specified for type SFPP–2. Also the

[15C11]

REPRODUCED AT THE NATIONAL ARCHIVES

64

finished, multiconductor cable shall have a dielectric strength not less than the following:

12,000 volts, alternating current, between conductors, and to ground, on short lengths before flame test.

1,200 volts, alternating current, between conductors, and to ground, on short lengths, after flame tests.

3,000 volts, alternating current, between conductors only, on full-length reels to be shipped.

2,000 volts, alternating current, between conductors and ground, on full-length reels to be shipped, for type MFPA.

E–29e. *Drip and exudation.*—The finished cable shall meet the drip and exudation tests specified in paragraph F–10 herein.

E–29f. *Insulation resistance.*—The insulation resistance at 15.5° C. shall be not less than 2,000 megohms per 1,000 feet, between conductors (for types MFPP and MFPA), and not less than 1,000 megohms per 1,000 feet between outermost conductors and ground (for type MFPA).

**E–30. TYPE SFPS.**

E–30a. *Construction.*—Flameproof cable for switchboard and panel wiring shall be made up in accordance with table hereunder and the following:

First. The conductor, before insulating, shall conform to the standard (table III), as designated in the third column of table hereunder.

Second. A wall of varnished-cambric insulation (C–6), with its lubricating compound (C–7). Manufacturer's identification (D–5d).

Third. A wall of felted asbestos, compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer (C–10).

Fourth. A close cotton braid (C–14) treated with a suitable gray moisture and flame-retarding compound. Braid may be no. 30, two-ply.

| Type | Area, | Standard copper conductor number (table III) | Diameter over varnished cambric (c–6) | Diameter over felted asbestos (C–10) | Diameter over cotton braid (C–14) |
|---|---|---|---|---|---|
| | *Circular mils* | | *Inch* | *Inch* | *Inch* |
| SFPS–4 | 4,494 | 4 | 0.116 | 0.176 | 0.216 |
| SFPS–6 | 6,088 | 6 | .130 | .190 | .230 |
| SFPS–9 | 9,086 | 9 | .148 | .208 | .248 |
| SFPS–14 | 14,350 | 14 | .175 | .235 | .275 |
| SFPS–40 | 38,950 | 40 | .266 | .326 | .366 |
| SFPS–60 | 59,940 | 60 | .322 | .382 | .422 |
| SFPS–100 | 98,820 | 100 | .403 | .463 | .503 |

[15C11]

E-30b. *Bending.*—The finished cable shall be capable of being bent 360° around a mandrel having a diameter three times that of the cable itself, without pronounced cracking or opening up of the impregnated braid.

E-30c. *Flame resistance.*—The finished cable shall meet the flame tests specified in section F.

E-30d. *Dielectric strength.*—The finished cable shall have a dielectric strength not less than the following:

> 15,000 volts, alternating current, in continuous length, when spark tested.
> 10,000 volts, alternating current, for 1 minute, in 5-foot, straight-test lengths.
> 7,000 volts, alternating current, for 1 minute, in short length, on cable bent 90° around a mandrel having a diameter equal to the outside diameter of the finished cable.

E-30e. *Creepage.*—The final finish on the outer surface of the completed cable shall be such as to provide a creepage path of high resistivity. A path 2 inches long (2-inch separation of ring-type electrodes) shall withstand for a period of 1 minute, at a temperature of 50° C. and relative humidity of 70 percent, a dielectric test of 5,000 volts alternating current without smoking, sparking, or other evidence of distress.

SILK, COTTON, AND ENAMEL INSULATED WIRES AND CABLES

E-31. TYPE TSW.

E-31a. *Copper conductor.*—The conductor, before insulating, shall conform to standard copper conductor number 3/5, table III. It shall be suitable tinned.

E-31b. *Insulation.*—The conductor shall be insulated as follows:

> First. A uniform coating of enamel (C-13).
> Second. Two servings of silk (C-12).
> Third. One serving of cotton (C-11), except that it shall be no. 30, two ply.
> Fourth. There shall be a coating, over the fibrous insulation, of a cellulose acetate base, plasticized lacquer, transparent in color, and weighing not less than 40 milligrams per foot of wire. The coating shall be smooth and continuous with no visible cracks filled with dirt. The surface of the finished wire shall be essentially free of protruding cotton fibers.

E-31c. *Flexibility.*—The flexibility of the cellulose acetate coating shall be such that there is no visible cracking of the coating when the wire is wound around a mandrel having a diameter of 1/8 inch, the temperature being between 20° and 25° C.

E-31d. *Color Coding.*—The cotton serving shall bear the color markings listed below. The colors used shall be fast and the dye used shall not exert a deleterious effect upon the electrical insulation of the conductor. In the case of two-color wires, the number of ends of the second or tracer color shall be not less than one-third nor more than one-half the total number of threads in the marking band.

[15C11]

REPRODUCED AT THE NATIONAL ARCHIVES

68

TABLE XVI.—*Types TPTP and TPTA*

| Type | Number of pairs | Diameter over varnished-cambric tape (C-6) | Diameter over rubber-filled tape (C-3) | Diameter over reinforced rubber sheath (C-16) | Diameter over rubber filled tape (C-8) | Diameter over cotton braid (C-14) | Diameter over metal armoring (C-17) |
|------|------|------|------|------|------|------|------|
| | | *Inch* | *Inch* | *Inches* | *Inches* | *Inches* | *Inches* |
| TPTA-1[1] | 1 | 0.132 | 0.172 | | 0.266 | 0.306 | 0.376 |
| TPTP-TPTA-3 | 3 | .228 | .268 | | 1.362 | .402 | .472 |
| TPTP-TPTA-5 | 5 | .268 | .308 | | .558 | .598 | .668 |
| TPTP-TPTA-10 | 10 | .352 | .392 | | .642 | .682 | .752 |
| TPTP-TPTA-15 | 15 | .408 | .448 | | .696 | .732 | .802 |
| TPTP-TPTA-20 | 20 | .452 | .492 | | .742 | .782 | .832 |
| TPTP-TPTA-25 | 25 | .502 | .542 | | .792 | .842 | .902 |
| TPTP-TPTA-30 | 30 | .532 | .572 | | .822 | .892 | .932 |
| TPTP-TPTA-40 | 40 | .602 | .642 | | .892 | .932 | 1.002 |
| TPTP-TPTA-50 | 50 | .682 | .722 | | .972 | .992 | 1.062 |
| TPTP-TPTA-60 | 60 | .732 | .772 | | 1.022 | 1.072 | 1.132 |
| | | | | | | 1.128 | |

[1] Denotes 40-percent rubber insulation.

E-32b. *Continuity.*—Care shall be taken, in the cabling of the many small conductors, to preserve their electrical continuity throughout the length of the completed cable (F-7d).

E-32c. *Dielectric strength.*—The dielectric strength between the conductors of a pair, and between pairs on full-length reels to be shipped, shall be not less than 500 volts alternating current; and from all conductors to ground, not less than 2,000 volts alternating current.

E-32d. *Insulation Resistance.*—The insulation resistance at 15.5° C. between the conductors of a pair, and between pairs, shall be not less than 100 megohms per 1,000 feet; and from all conductors to ground, not less than 1,000 megohms.

# F. METHODS OF SAMPLING, INSPECTION, AND TESTS

## F-1. GENERAL.

F-1a. *Classification.*—The methods of sampling, inspection, and tests conducted upon electric cable shall be considered as falling within the following general classification:

Qualification tests at a Government laboratory.
Inspection tests at a Government laboratory.
Inspection at place of manufacture.

F-1b. *Methods.*—The specific methods to be employed, for the several types of cable involved, shall be as specified herein for the particular characteristics under examination.

## F-2. QUALIFICATION TESTS AT A GOVERNMENT LABORATORY.

F-2a. *Suitability.*—The tests to determine suitability for naval use shall be made at a Government laboratory designated by the

[15C11]

bureau concerned; except where otherwise specifically required or approved, this shall be the Material Laboratory, Navy Yard, New York, N. Y.

F–2b. *List of tests.*—The following tests, as applicable to the particular types of cable involved, shall be conducted in the Government laboratory:

> General inspection (F–3).
> Rubber insulation (F–4), where used.
> Varnished-cambric insulation (F–5), where used.
> Asbestos (F–6), where used.
> Tough rubber sheath (F–7), where used.
> Reinforced rubber sheath (F–8), where used.
> Metal armoring (F–9), where used.
> Drip (F–10), where specified.
> Bending (F–11), where specified.
> Moisture absorption (F–12), where specified.
> Creepage (F–13), where specified.
> Capacitance (F–14), where specified.
> Flammability (F–15), where specified.
> Dielectric tests (F–16).

## F–3. GENERAL INSPECTION.

All cables shall be given a thorough general inspection to ascertain that the materials, workmanship, and design are in strict conformity with the specifications. Particular care shall be taken to ascertain that the dimensions are in accordance with the specified values and that all conductors are well centered in their respective insulating walls. The general inspection shall also include the conductance of such examinations and tests as are not otherwise specifically provided for in section F of this specification, but which may be considered necessary to ascertain that all the requirements of sections C, D, and E herein, have been met.

## F–4. RUBBER INSULATION.

F–4a. *Chemical analysis.*—Samples of the rubber insulation taken from the finished cable, shall be subjected to careful chemical analysis to ascertain if the chemical requirements specified in paragraph C–3, C–4, or C–5, as applicable, have been complied with. The method of conducting such chemical analysis shall be as specified in Federal Specification ZZ–R–601, referred to in section A.

F–4b. *Physical tests.*—Specimens shall be tested for the following physical properties:

> Tensile strength.
> Set.
> Elongation.
> Aging.

F–4c. *Rate.*—The specimens shall be stretched at a rate of 20 inches per minute in a testing machine having jaws 4 inches apart, in a room having a temperature as nearly 22° C. as practicable.

[15C11]

70

F-4d. *Tensile strength and elongation.*—A test piece, having bench marks 2 inches apart, shall be placed in a testing machine and stretched until the specimen breaks. A scale shall be used to measure the elongation at instant of rupture. The break shall be between the bench marks, and the tensile strength calculated from the area of the original sample.

F-4e. *Set test.*—The test specimen, having a length of not less than 6 inches, marked with bench marks 2 inches apart, shall be placed in the jaws of a testing machine and stretched until the bench marks are 6 inches apart. After the termination of this stretch the test specimen shall be released within 5 seconds and the set determined 1 minute after the beginning of release.

F-4f. *Test specimen.*—The test specimen may be the entire section of the insulation in the case of small wires or, in the case of large wire or cable, either a segment of a section cut with a sharp knife held tangentially to the conductor, or a shaped specimen cut out with a standard die. The test specimen shall be as free as possible from the surface incisions and imperfections.

F-4g. *Size of specimen.*—The size of sample shall be of an area not less than 0.010 square inch and not more than 0.080 square inch. When not possible to use samples of this size, they shall be as large as practicable.

F-4h. *Condition and age of specimens.*—Specimens shall not be heated immersed in water, or subjected to any mechanical or chemical treatment not specifically prescribed herein. No tests shall be made within 48 hours after vulcanization unless agreed to by the manufacturer.

NOTE.—When the diameter of wire is too small to permit specimens being cut with a die, the insulation is tested as a whole. The general method for removing the insulation as a whole shall be as follows: The insulation is removed for a distance of ½ inch at each end of a 7-inch length of wire and a slight nick is made in the wire at one end of the insulation. The uncovered ends are gripped in the jaws of the tensile-strength machine and the wire pulled until it breaks at the nick. The stretching of the wire reduces its cross section and thus facilitates the removal of the insulation. The end of the wire should be rounded before pulling it through the insulation as the rough end might cut the rubber. In instances where the adhesion between the wire and rubber is so great that the insulation cannot be easily removed after the above treatment, the sample should be immersed in mercury, which forms an amalgam with the tin coating on the wire. Within one-half hour the amalgamation usually progresses sufficiently to permit removal of insulation.

F-4i. *Buffing.*—In event of any irregularities on the surface of the test specimen it shall be made smooth and shall be of uniform thickness within 5 percent of the original thickness by buffing, except when large strands are used, in which case the rubber sample be buffed sufficiently to remove all corrugations.

F-4j. *Calculation of area.*—Calculation of the area of the test specimen shall be made as follows:

(1) Where the total cross section of the insulation is used, the area shall be taken as the difference between the area of the circle whose

[15C11]

Case 4:07-cv-02824-SBA    Document 84-15    Filed 10/24/2007    Page 30 of 46

diameter is the minimum average outside diameter of the insulation and the area of the conductor. The area of a stranded conductor shall be figured from its maximum diameter.

NOTE.—The following formula may be used to advantage:

A=0.7854 (D+d) (D−d), where
A= Area of cross section, in square inches.
D= Outside diameter of insulation, in inches.
d= Diameter over copper.

(2) Where a slice cut from the insulation by a knife held tangent to the wire is used, and the slice so cut has the cross section of a segment of a circle, the area shall be calculated as that of the segment of a circle whose diameter is that of the insulation. The height of the segment is the wall of insulation on the side from which the slice is taken. (The values may be obtained from a table giving the areas of segments of a unit circle for the ratio of the height of the segment to the diameter of the circle.)

NOTE.—The following formula may be used to advantage:

$$A = \frac{Arc}{4}(D+d)\ (D-d),\ where$$

A= Area of cross section, in square inches.
D= Outside diameter of insulation, in inches.
d= Diameter over copper.
Arc= Width of test piece corresponding to outside diameter D.

(3) Where the cross section of the slice is not a segment of a circle, the area shall be calculated from a direct measurement of the volume or from the specific gravity and the weight of a known length of the specimen having a uniform cross section.

(4) Where a portion of a sector of a circle has to be taken, as where the conductor is large and the insulation thin, the area shall be calculated as the thickness times the width. (This applies either to a straight-test piece or one stamped out with a die, and assumes that corrugations have been removed by buffing.)

(5) Where a portion of a sector of a circle has to be taken, where the conductor is large and the insulation thick, the area shall be calculated as the proportional part of the area of the total cross section.

F–4k. *Testing machine.*—It shall be power driven and preferably of the pendulum type. A spring-balanced type of apparatus may be used if provided with a device which will indicate the actual maximum load at which rupture takes place and provision is made to prevent recoil of the spring. The testing machine shall be accurate within 1 percent of the breaking load.

F–4l. *Aging.*—Test specimens as specified in subparagraphs F–4e to F–4g, inclusive, shall be artificially aged under the conditions and for the periods as specified in paragraphs C–3, C–4, and C–5, respectively, as applicable. Retests, after such aging, shall then be conducted as outlined in subparagraphs F–4b to F–4k, inclusive, and the results recorded in the same manner as the data obtained upon similar samples before such aging.

[15C11]

72

**F-5. VARNISHED CAMBRIC INSULATION.**

F-5a. *General.*—Tests of the varnished cambric insulation (paragraph C-6) as such, cover both the samples taken before application to the cable and the samples removed from sections of the finished cable; such samples shall be subjected to the following tests:

    Tensile strength.
    Effect of hot petrolatum.
    Dielectric strength.
    Aging.

F-5b. *Tensile strength.*—The tests shall be made in the same general manner as specified in paragraph F-8 herein for rubber insulation, except that the rate of separation of the jaws of the testing machine shall be approximately 12 inches per minute.

F-5c. *Effect of hot petrolatum.*—Samples of the varnished cambric shall be placed in hot petrolatum at a temperature of 150° C. for a period of 15 minutes. After the samples have been removed from the petrolatum and allowed to cool down to room temperature, the film of varnish on the fabric shall not be soft or tacky.

F-5d. *Dielectric strength.*—

F-5d (1). *General.*—The apparatus used and the method of measuring the voltage shall conform to the general requirements of subparagraphs F-16b and F-16c.

F-5d (2). *Electrodes.*—The electrodes shall be of brass or copper, ¼ inch in diameter, rounded to a radius of ½₂ inch, with flat polished contact surfaces. The electrodes shall be self-alineing, and shall be placed exactly opposite one another, with the specimen in a horizontal plane between them. The electrodes shall be so mounted as to preclude any surface burning of the tape whatever, and to prevent flashovers. The electrodes shall be kept clean and polished. The edges of tapes shall be clamped between blocks of insulating material under a pressure of approximately 100 pounds per square inch to prevent flashover occurring before puncture.

F-5d (3). *Voltage application.*—Starting at zero the voltage shall be increased uniformly to breakdown at a rate of 500 volts per second, except that if breakdown occurs at this rate in less than 40 seconds the rate shall be decreased so that breakdown will occur in not less than 40 seconds. If the material fails at less than 5 kilovolts, the minimum time shall be reduced from 40 seconds to 20 seconds.

F-5d (4). *Test average.*—Unless otherwise specified, 10 tests shall be made and the average of these 10 puncturing voltages shall be taken. The tape thicknesses shall be measured near the point of puncture with a machinists' micrometer graduated to 0.001 inch and having anvil and spindle surfaces not less than 0.24 inch nor more than 0.26 inch in diameter. The number of thickness readings on the specimen shall be equal to the number of punctures made; these readings shall be distributed along the center line of the specimen in such manner as to represent closely the thickness at the points of puncture.

F-5d (5). *Temperature.*—The tests shall be conducted at 25° C. and 75° C., as specified in subparagraph C-6h.

F-5e. *Aging.*—Ten specimens of suitable length shall be heated to a temperature of not less than 100° C. (212° F.) nor more than 110°

[15C11]

C. (230° F.) for a period of 600 hours, and then allowed to cool down to normal testing-room temperature. The specimens shall then be tested by bending them through not less than 180°, around a ½-inch diameter mandrel. Five specimens shall be bent in the length direction and five in the width direction of the tape. The varnish film of the specimens shall not crack when subjected to this test.

## F-6. ASBESTOS.

F-6a. *Chemical analysis.*—Samples of the asbestos taken from the finished cable shall be analyzed to determine the proportions of the several chemical constituents and also the percentage of asbestos. The impregnation (subparagraph C-10i) shall be removed and the analyses made on the washed and dried fiber.

F-6b. *Asbestos content.*—A 1-ounce sample shall be dried to constant weight in a weighed crucible at 100° C. (212° F.). The dried sample shall then be ignited in an electric furnace at 871° C. (1,600° F.) for 1 hour, and then cooled to room temperature in a desiccator and weighed. The weight of ash shall be divided by the factor of 0.86 to obtain the original weight of the asbestos fiber.

NOTE.—This factor is based on a proved average of 14 percent water of crystallization in chrysoltile asbestos. To obtain the percentage of asbestos, divide the weight of asbestos by the weight of the dried sample.

F-6c. *Total iron.*—The total iron content shall be determined by the potassium dicromate oxidation method.

F-6d. *Magnetic iron.*—The percentage of magnetic iron shall be determined by the Mapes method; refer page 19, Asbestos, October 1932 (refer to paragraph H-4).

## F-7. TOUGH RUBBER SHEATH.

F-7a. *Chemical analysis.*—Samples of the rubber sheath shall be subjected to careful chemical analysis to ascertain if the chemical requirements specified in C-15 herein have been complied with. The method of conducting chemical analysis shall be as stated in Federal Specification ZZ-R-601, referred to in section A.

F-7b. *Physical tests.*—Specimens shall be tested for the following physical properties:

Tensile strength.
Set.
Elongation.
Aging.

F-7c. *Methods of test.*—The preparation of specimens and methods of conducting tests shall be as specified in F-4 herein for rubber insulation.

## F-8. REINFORCED RUBBER SHEATH.

F-8a. *Chemical analysis.*—Samples of the rubber compound shall be subjected to careful chemical analysis to ascertain that the chemical requirements specified in paragraph C-16 herein have been met. The method of making chemical analysis is covered in Federal Specification ZZ-R-601, referred to in section A.

[15C11]

REPRODUCED AT THE NATIONAL ARCHIVES

**F-8b.** *Physical properties.*—The following tests shall be made on specimens taken from the reinforced rubber sheathing:

    Adhesion between layers.
    Tensile strength.
    Set.
    Elongation.

**F-8c.** *Adhesion between layers.*—A ring 1 inch in length shall be cut from the sheath and cut once longitudinally to make a strip 1 inch in width. Separate one end of this strip into two layers. Suspend a 10-pound weight from one of the separated layers, the remaining portion of the divided material being securely fastened as in jaws of testing machine and the undivided end left free. The rate of separation of layers shall not be greater than 1 inch per minute.

**F-8d.** *Tensile strength, set, and elongation.*—A section 2 inches wide shall be cut from the sheath and clamped in a suitable testing machine. Tension shall then be applied in a direction at right angles to the axis of the cable from which the sample was taken. Under a load of 14 pounds per layer per inch of sheath, the completed fabric shall not stretch more than 15 percent. Upon release of load, the permanent set shall not exceed 3 percent. The tensile strength shall not be less than 16 pounds per layer per inch of width, rate of separation of jaws of the testing machine being approximately ½-inch per minute.

**F-8e.** A similar test upon another like sample, applied to the fabric in the direction of the axis of the conductor, shall be made. Under a load of 10 pounds per layer per inch of sheath the completed sheath shall not stretch more than 30 percent. Upon release of load the permanent set shall not exceed 5 percent. The tensile strength shall not be less than 12 pounds per layer per inch of width, the rate of separation of jaws of testing machine being approximately ½ inch per minute.

**F-9. METAL ARMORING.**

**F-9a.** *Chemical analysis.*—Samples of aluminum alloy armoring wire taken from the finished cable shall be analyzed to determine conformity with the chemical requirements of paragraph C-17.

**F-9b.** *Physical properties.*—Samples of the armoring wire shall be subjected to test of tensile strength, elongation, springiness, and toughness.

**F-9c.** *Springiness.*—A length of wire shall be coiled snugly around a mandrel ¼ inch in diameter at a tension of approximately but not less than 100 grams, and then released. The outside diameter of the coil shall than be measured in several places at or near its middle.

**F-9d.** *Toughness.*—The toughness of the wire shall be determined by bending back and forth, in a specially designed fixture, over a 0.030-inch radius support, each 90° movement in either direction being computed as one bend. The bends shall be made under a uniform tension of 100 grams, and at a speed as nearly uniform as possible, not to exceed 50 bends per minute.

    [15C11].

**F-10. DRIP AND EXUDATION TESTS.**

F-10a. *Specimens.*—Specimens shall be sections of finished cable cut to the following lengths:

> 2 feet for cables up to and including 200,000 circular mils.
> 4 feet for cables over 200,000 circular mils up to and including 500,000 circular mils.
> 5 feet for cables over 500,000 circular mils.

F-10b. *Conditioning.*—One specimen of each size and type of cable submitted shall be suspended in a vertical position in an oven and the temperature maintained at about 70° C. continuously, for a period of 48 hours.

F-10c. *Drip.*—The amount of lubricating compound in the finished cable shall in no case be such as to cause it to drip from the end of the cable during the test.

F-10d. *Exudation.*—There shall be no discoloration of the finished paint coating on the cable due to exudation of the moisture and flame retarding compound from within.

**F-11. BENDING.**

F-11a. *Specimens.*—Same as for the drip test, subparagraph F-10, for each type and size of cable submitted, as applicable.

F-11b. *Conditioning.*—The specimen shall be the one which has been subjected to the foregoing drip test (paragraph F-10), and the bend test on this specimen shall be made immediately following the drip test. The other specimen shall be suspended vertically in an oven and the temperature maintained at about 95° C. for a period of 16 hours.

F-11c. *Tests.*—The test shall consist of first bending the specimen 10 times through an angle of 180° around a mandrel having a radius of 5 cable diameters, and then a reverse bend through the same angle and with the same radius.

F-11d. *Results.*—Under the foregoing conditions the specimens shall show no evidence of cracking or flaking of the finished paint coating, or rupture, tearing, or other damage to either the insulating wall or to the braid or armor.

**F-12. MOISTURE ABSORPTION.**

F-12a. *Entrapped moisture (varnished-cambric insulated cables).*—Careful determinations shall be made of the moisture content of the cable components inside the sheathing (i. e., varnished-cambric insulation, lubricating compound, and impregnated jute fillers) of varnished-cambric insulated cables. The moisture content shall not exceed 2½ percent by weight when determined in accordance with the following procedure:

Take about 1½ grams of the cable contents from an entire cross section of the cable, and place loosely in a tared, glass-stoppered weighing bottle. After weighing, remove the stopper and place in a desiccator containing concentrated sulphuric acid and allow to remain not less than 48 hours, then replace stopper and weigh. The loss in weight, divided by the weight of the original sample, multiplied by 100, equals the percentage of water.

[15C11]

REPRODUCED AT THE NATIONAL ARCHIVES

76

F-12b. *Absorption of reinforced rubber sheathed cables.*—A ring 3 inches in length shall be clean cut from the sheath without cutting the ring longitudinally. The ring shall be dried for 2 hours at a temperature of 105° C., placed in a previously weighed glass-stoppered bottle and then carefully weighed. The sample shall then be removed from the bottle and immediately immersed in boiling distilled water for 4 hours. The sample shall then be removed from the boiling water bath, allowed to cool for 30 seconds, again placed in a previously weighed glass-stoppered bottle, and then carefully weighed.

F-12b (1). The water absorption of the sample shall be not in excess of 10 percent by weight. During this test there shall be no evidence of any tendency for the layers to separate or any indication of physical defects such as blistering or loosening of the fabric from the rubber.

F-12b (2). Immediately following the water absorption test, the sample shall be bent back upon itself and crushed flat without signs of cracking. The sample shall then successfully meet the separation test previously specified herein (paragraph F-8) except that the suspended weight shall be 8 pounds instead of 10 pounds.

F-12b (3). The tearing apart of the layers of the finished structure shall, in all cases, indicate a bond of resilient rubber material which fails only after a high elongation of the adhering rubber surfaces prior to rupture.

**F-13. CREEPAGE.**

Two ring-type electrodes (narrow tapes of thin copper) shall be spaced 2 inches apart on a specimen which has been conditioned at a temperature of 50° C. and normal testing-room humidity for a period of about 1 hour; then ends sealed and sample conditioned for 5 minutes at a temperature of 50° C. and 70 percent relative humidity. A dielectric test of 5,000 volts alternating current shall be applied for a period of 1 minute, immediately followed by measurement of the insulation resistance.

**F-14. CAPACITANCE.**

F-14a. *Specimens.*—Each specimen shall consist of two 50-foot lengths of type TSW wire twisted together with a lay of approximately 2½ inches.

F-14b. *Conditioning.*—Specimens shall be conditioned for 24 hours at a temperature of 30° C. (86° F.) and a relative humidity of 90 percent.

F-14c. *Tests.*—The capacitance shall be measured at a frequency of 1,000 cycles per second and the results reported in terms of micro-microfarads.

**F-15. FLAMMABILITY.**

F-15a. *Specimens.*—Specimens shall consist of approximately straight sections of finished cable about 18 inches in length. In the case of armored-type cable, the flame tests shall be made both with and without the armor.

[15C11]

F-15b. *Measurements.* The tests shall be so conducted as to measure, as accurately as practicable, the following factors, both with and without armor:

> Time and difficulty of ignition.
> Distance of flame travel.
> Time required for self extinction.

F-15c. *Time and difficulty of ignition.*

F-15c (1). *Small cables (sizes up to and including 9,030 c. m.] shall be tested as follows:*

(a) A length of cable not less than 1 foot long shall be suspended horizontally between two supports and a current passed through it sufficient to completely rupture it, by fusing, within not less than 1 minute nor more than 1½ minutes. The heat produced in the sample shall not cause flaming of the cable insulation, nor shall such insulation be ignited by the arc when cable rupture (by fusing) takes place.

F-15c (2). *All flameproof cables shall be tested as follows:*

(a) A heating coil of resistance wire shall be placed around the outer surface of the specimen about 2 inches from the lower end (specimen held vertically). The axial length of the heating coil shall be 1½ inches, and it shall consist of the number of turns, size of wire, spacing between turns, and watts input, as specified below for the particular type and size of cable under consideration.

(b) The specimen shall be hung in a vertical position and the heating coil connected to a 110-volt supply through the medium of a suitable rheostat to attain and maintain the specified-wattage input.

(c) Two spark plugs shall be placed in a horizontal plane and diametrically opposite each other, 1 inch above the upper end of the heating coil. The two spark plugs shall be so arranged as to produce a continuous spark, the path of which is at right angles to the cable specimen under test. The ground point of each spark plug shall be removed and the two spark plugs connected in series with a suitable induction coil to a 6-volt battery supply.

(d) A suitable housing shall be placed around the entire test arrangement to eliminate air drafts. The test arrangement is such as to heat the impregnated asbestos covering by means of the heating coil, thereby forming gases, such gases being ignited by the spark plugs.

(e) The respective voltages shall be applied to the spark plugs and to the heating coil at the same time. By means of a stop watch the time required for ignition shall be measured. Ignition shall be considered as occurring when the flame drops from the escaping gases to the surface of the specimen under test and continues there, disregarding the flashes which may occur in the gasing space above prior to the flash back. The time required to ignite shall be recorded.

(f) Immediately after ignition occurs, as above defined, the electrical energy to the spark plugs shall be cut off. Thirty seconds thereafter, the electrical energy to the heating coil shall be cut off. The distance to which the flame travels along the surface of the specimen (as indicated by suitably spaced white paper flags) before extinction, shall be noted and recorded. The time required for self extinction (cessation of all flaming) shall also be observed by means of a stop watch and recorded.

[15C1i]

78

(g) With the specified energy input to the heating coil (varying with type and size of cable specimen under test) the time required for ignition shall be not less than 30 seconds without armor, or 60 seconds with armor: the distance of flame travel shall not exceed 1 inch, and the time required for self extinction shall not exceed 60 seconds.

**F-16. DIELECTRIC TESTS.**

F-16a. *Test lengths.*—In general, and except where otherwise specified, the dielectric tests shall be made on the finished cable; where the tests are to be made on short lengths, the fact is so stated under the detail specification for the particular type and size of cable under consideration.

F-16b. *High-voltage source.*—The dielectric tests shall be made with alternating potential from a transformer and generator of ample capacity, and in no case less than 5 kilovolt-amperes. The frequency of the testing voltage shall be not greater than 100 cycles per second, and shall have a wave shape approximating as closely as practicable a sine curve.

F-16c. *Voltage measurements.*—The testing voltage may be measured by any approved method which gives a root-mean square value, preferably by means of a voltmeter connected to a special voltmeter coil in the high tension winding of the testing transformer or to a separate step-down transformer. A voltmeter on the low-tension side of the transformer is satisfactory if the ratio of transformation does not change under any test condition.

F-16d. *Rate of application.*—The initially-applied voltage shall be not greater than 600 volts, and the rate of increase shall be approximately uniform and not over 100 percent in 10 seconds nor less than 100 percent in 60 seconds.

- F-16e. *Time of application.*—Unless otherwise specified, the testing voltage shall be applied for a period of approximately but not less than 5 minutes from the time the specified test voltage is attained. Where a shorter period of application is required, the fact is so stated under the detail specifications for the particular type and size of cable under consideration.

F-16f. *Interruptions.*—If a test should be interrupted, the total duration shall be increased 20 percent of the specified duration for each interruption.

F-16g. *Temperature.*—Unless otherwise specified, the tests shall be made at normal testing room temperature.

F-16h. *Points of application.*—

F-16h (1). *General.*—The outer surface of the insulation of finished cables shall be grounded while being electrically tested. In the case of lead-sheathed cables or of metal-armored cables, such sheath or conductive armor shall be grounded and shall constitute one electrode when dielectric tests are made from the conductor (or conductors) to ground.

F-16h (2). *Immersion in water.*—Where a conductive sheath or armoring is not provided (as for "plain" type cables), and where the covering is not liable to injury by water, the necessary ground shall be obtained by immersing the insulated cable, cord, or wire in water for at least 12 hours, and testing at the end of that period while still

[15C11]

immersed. If the outer covering is susceptible to injury by immersion, the insulated conductor shall be tested before the application of such covering, unless otherwise specified.

F–16h (2) a. In the case of multiple-conductor cables without water proof overall jacket of insulation, the immersion test need not be made on finished cables, but only on the individual conductors before assembling.

F–16h (2) b. Exceptions to the foregoing will be specifically stated under the detail requirements for the particular type and size of cable under consideration.

F–16h (3). *Dry tests.*—In the case of dielectric tests on short lengths of cables not provided with a conductive sheath or armoring, and where immersion in water might be harmful, the following procedure shall govern when so specified.

F–16h (3) a.—The outer surface of the dry cable shall be wrapped with tinfoil for a distance of 5 feet (or immersed in mercury for an equal distance) and this shall constitute the ground electrode. The particular section or sections of the cable so tested shall be selected by the inspector, and the results obtained shall be held as representing the whole coil. Where the dielectric tests are made following the flame tests, the section of the cable damaged by flame shall be wrapped with tinfoil over the whole damaged portion and the test voltage applied between this point and the copper conductor, or conductors, as the case may be.

F–16h (4). *Application.*—Single conductor cables shall be tested between the conductor and ground. Each conductor of a multiple conductor cable shall be tested against the other conductors in the cable and against ground.

F–16h (4) a. The several tests may be made by any arrangement of testing transformers suitable for the prescribed tests, such as one or more transformers supplied from a single phase source or three transformers connected in star and supplied from a three-phase source.

**F–17. INSPECTION TESTS AT A GOVERNMENT LABORATORY.**

F–17a. *Sampling.*—The inspection tests at a Government laboratory shall be conducted upon samples selected by the naval inspector in conformity with paragraph F–20 herein and forwarded by him direct to the Government laboratory designated by the bureau concerned.

F–17b. *Tests.*—The tests to be conducted shall comprise such of those listed hereunder as may be applicable to the particular type of cable undergoing inspection.

   (1) *Rubber-insulated cables, fixed installations:*
      Rubber analyses (F–4a).
      Aging tests (F–4).
      Metal armor (F–9), where used.
   (2) *Rubber-insulated cables and cords, very flexible uses:*
      Rubber analyses (F–4a) and (F–7a).
      Aging tests (F–4) and (F–7b).

   [15C11]

REPRODUCED AT THE NATIONAL ARCHIVES

80

   (3) *Varnished cambric insulated cables:*
       Varnished-cambric as removed from finished cable (F-5).
       Reinforced rubber sheath (F-8).
       Metal armor (F-9), where used.
       Drip, bending and moisture absorption (F-10), (F-11),
         and (F-12).
   (4) *Flame-proof cables:*
       Rubber analysis and tests (F-4), where used.
       Varnished cambric as removed from finished cable (F-5),
         where used.
       Asbestos analyses (F-6).
       Metal armoring (F-9), where used.
       Creepage (F-13).
       Flammability (F-15).
   (5) *Silk, cotton- and enamel-insulated cables, cords, and wires:*
       Rubber sheath (F-8) and (F-12b), where used.
       Metal armor (F-9), where used.
       Capacitance (F-14), and flexibility insulation resistance
         and dielectric strength (E-80), as applicable.

   F-17c. *Reports.*—Laboratory reports covering the foregoing tests shall be forwarded direct to the naval inspector concerned for his action, two copies of each test report being addressed to the bureau concerned for its information.

**F-18. INSPECTION AT PLACE OF MANUFACTURE.**

   F-18a. *General outline.*—The inspection procedure at place of manufacture, upon cable submitted for delivery under contract or order, shall fall within the following categories:
       Visual and dimensional inspection (F-19).
       Samples for Government laboratory tests (F-20).
       Physical tests (F-21).
       Electrical tests (F-22).
   F-18b. *Methods.*—The methods to be followed in conducting inspection within the foregoing outline shall be as specified in paragraphs F-19 to F-22, inclusive.
   F-18c. *Release for shipment.*—Except where otherwise specified or approved, the acceptance of cable undergoing inspection shall be withheld pending the completion of satisfactory tests. In special instances only, as approved by the bureau concerned, shall cable be released for shipment prior to completion of tests and then only at the contractor's risk, subject to rejection later if the results of tests, completed subsequently, prove unsatisfactory.

**F-19. VISUAL AND DIMENSIONAL INSPECTION.**

   F-19a. *Material, workmanship, etc.*—The inspector shall assure himself by careful visual and dimensional inspection of the finished product, as well as by that of the materials, manufacturing processes, etc., entering into the finished product, that the cable submitted for delivery under Navy contract or order is in strict conformity with this specification. In particular, this inspection shall cover such of the following as may be applicable to the individual types and sizes of cable involved.

   [15C11]

81

F-19b. *Conductors.*—Inspect for number and size of copper wires (C-2) composing the standard conductors (D-3) of specified stranding, total cross-sectional area, etc. Select samples for physical (F-21) and electrical (F-22) tests for later witnessing.

F-19c. *Insulation components.*—Inspect for types of insulation and component materials (C-3 to C-13, inclusive) and limiting dimensions, etc., of each layer, or stage, as may be applicable (E-1 to E-32, inclusive) to the cable under consideration. Also select samples for witnessed tests (F-21), to be witnessed.

F-19d. *Brand identification and color coding.*—Inspect for approved brand identification (D-5), for phase identification (D-6), and such other color coding as may be specified under section E for the particular type of cable under consideration.

F-19e. *Centering and circularity.*—Inspect for conductor centering and circularity (C-10h, C-15c, and D-4, respectively).

F-19f. *Outer protective belt.*—Inspect for braids (C-14), tough rubber sheath (C-15), reinforced rubber sheath (C-16), metal armoring (C-17), and lead sheath (C-18), as applicable. Also select samples for physical tests (F-21), to be witnessed.

F-19g. *Dimensions.*—Ascertain, by measurement, that the dimensional tolerances (D-2 and section E, as applicable) have not been exceeded in the finished cable.

**F-20. SAMPLES FOR GOVERNMENT LABORATORY TESTS.**

F-20a. *Representative samples.*—The samples required for Government laboratory tests (F-17) shall be selected from finished cables, and forwarded, suitably identified, direct to the laboratory (Material Laboratory, Navy Yard, New York, N. Y., unless otherwise specifically directed) by the inspector concerned. In line with the basic conception of this specification as to minimum acceptable standards, such samples shall be representative of the poorest of the lot submitted, provided that visual and dimensional inspection (F-19), or the physical (F-21) and electrical (F-22) tests disclose any differences in dimensions and/or characteristics. If there is any question as to the satisfactory processing of the cable right up to the starting and finishing ends, either the contractor shall cut off and discard such ends before the lot is submitted for naval inspection, or else the ends shall be considered as truly representative of the cable intended for delivery. The Government laboratory samples shall be selected only after all other inspections at place of manufacture (F-19, F-21, and F-22) have been satisfactorily completed.

F-20b. *Sealing cable ends.*—Both ends of all cable samples shall be sealed moisture-tight immediately after cutting. The ends of the cables from which such samples are cut shall also be sealed moisture-tight as soon as possible after the samples have been cut off.

F-20c. *Identification.*—All test samples shall be marked with the name of the manufacturer, the Navy contract or shipbuilder's order number (if submitted for delivery), the coil or real number (if applicable), the Navy type number of the cable, and also to indicate which end of the cable was cut from the coil or reel.

[15CII]

†296329 O—41——6

REPRODUCED AT THE NATIONAL ARCHIVES

82

F–20d. *Number of samples required.*—In general and except where otherwise specified, one sample of finished cable shall be selected by the inspector from each lot of 10,000 feet or fraction thereof, of each size and type of cable submitted.  In the case of small conductors insulated with 35 percent rubber (C–5) or the approved equivalent, which insulated conductors are to undergo Navy inspection at the works of the first manufacturer, prior to shipment to the works of a second manufacturer for further fabrication (SFPP–2, MFPP, MFFA, etc.), one sample of the rubber insulated conductor shall be selected from each lot of 250,000 feet or fraction thereof.  A "lot" shall be defined as all of the cable of one size and type submitted for inspection at one time.

F–20e. *Length of samples.*—Each sample shall be in one continuous length.  The length of cable constituting one sample shall be as follows:

*Rubber insulated cables:*

    8 feet for cables for fixed installations.
    10 feet for cables for very flexible uses.

*Varnished cambric insulated cables:*

    10 feet for cable up to and including 200,000 circular mils.
    12 feet for cable over 200,000 circular mils and up to 500,000 circular mils.
    14 feet for cable 500,000 circular mils and larger.

*Flameproof cables:*

    10 feet for cable up to and including 200,000 circular mils.
    14 feet for cable over 200,000 circular mils and up to 500,000 circular mils.
    16 feet for cable 500,000 circular mils and larger.

*Silk, cotton, and enamel insulated:*

    7 feet for types TPTP and TPTA.
    300 feet for type TSW.

**F–21. PHYSICAL TESTS.**

F–21a. *Outline.*—Inspection at place of manufacture shall include the witnessing (by naval inspector) of the following tests, as applicable, on samples taken from the finished cable:

    Tensile, conductors (C–2 and D–3).
    Tinning, conductors (C–2).
    Tensile, rubber.

F–21b. *Tensile, conductors.*—While tensile tests of the copper conductors need not be made on each lot of cable submitted for delivery, the inspector shall require the conductance of such tests at such frequent intervals as may be necessary to ascertain that the physical properties of the conductors are in conformity with the requirements of paragraphs C–2 and D–3 herein.  All conductors shall, however, be given a careful visual and dimensional inspection as outlined in subparagraph F–19b.

[15C11]

83

F-21c. *Tinning, conductors.*—Wire samples shall be taken for a tinning test. The samples shall be thoroughly cleaned with alcohol and immersed in hydrochloric acid of a specific gravity of 1.088 for 1 minute. They shall then be rinsed in clear water and immersed in a solution of sodium polysulfide of a specific gravity of 1.142 for 30 seconds and again washed. This operation shall be repeated two times, and if the sample does not become blackened after the third immersion the tinning shall be regarded as satisfactory.

F-21c (1). The sodium polysulfide solution shall contain an excess of sulphur and have sufficient strength to thoroughly blacken a piece of clean untinned copper wire in 5 seconds.

F-21d. *Tensile, rubber.*—Specimens shall be subjected to tests of tensile strength, elongation, and set. The preparation of test specimens and methods of conducting tests shall be as outlined in paragraph F-4 except that the tests shall be made at place of manufacture and witnessed by the inspector. Note that the aging tests shall be conducted at a Government laboratory (F-17) upon specimens cut from the same samples.

**F-22. ELECTRICAL TESTS.**

F-22a. *Outline.*—Inspection at place of manufacture shall include the witnessing (by naval inspector) of the following tests on the finished cable:

Conductor resistance (C-2 and D-3).
Continuity (D-3).
Dielectric test (section E, as applicable).
Insulation resistance (section E, as applicable).

F-22b. *Conductor resistance.*—The resistance of the stranded conductor shall be measured for all cables; the resistance of individual strand wires need not be measured unless specifically required by the order or unless the inspector has reason to doubt the conductivity.

F-22c. *Continuity.*—In the case of cables and cords made up of a multiplicity of small, individually insulated conductors, each less than 2,000 circular mils in area, each such conductor shall be specially tested for continuity throughout the length of the completed cable.

F-22d. *Dielectric tests.*—Except where otherwise specified, the dielectric test shall be made on each cable length, in the full coil or reel lengths to be shipped. In all other respects, the dielectric tests to be made at point of manufacture and witnessed by the naval inspector shall be in accordance with the procedure outlined in paragraph F-16 herein.

F-22e. *Insulation resistance:*

F-22e (1). *Test lengths.*—Insulation resistance measurements on cables shall be made on the entire lengths to be shipped. The apparent insulation resistance shall be measured as soon as practicable after the dielectric test, and shall not be below the values specified.

F-22e (2). *Test conditions.*—The test conditions specified for the particular type and size of cable shall apply. The leakage current shall be measured after a 1-minute electrification with a continuous e. m. f. of from 200 to 500 volts, the conductor being maintained negative to the sheath or water.

[15C11]

REPRODUCED AT THE NATIONAL ARCHIVES

84

F–22e (3). *Multiple conductor cables.*—The insulation resistance of each conductor of the multiple-conductor cable shall be the insulation resistance measured from each conductor to all the other conductors in multiple with the sheath or water.

F–22e (4). *Coefficients.*—The resistance obtained shall be corrected to a temperature of 15.5° C. by a temperature coefficient in accordance with table below:

TABLE.—*Temperature coefficients*

| Temperatures | | Rubber insulation | | | Varnished cambric | Asbestos insulation | Combinations | |
|---|---|---|---|---|---|---|---|---|
| °F. | °C. | (C–3) | (C–4) | (C–5) | (C–6) | (C–10) | (C–3)(C–10) | (C–6)(C–10) |
| 32 | 0.0 | -------- | -------- | -------- | 0.40 | | | |
| 35 | 1.7 | -------- | -------- | -------- | .42 | | | |
| 38 | 3.3 | -------- | -------- | -------- | .45 | | | |
| 41 | 5.0 | -------- | -------- | -------- | .50 | | | |
| 44 | 6.7 | -------- | -------- | -------- | .53 | | | |
| 47 | 8.3 | 0.71 | -------- | -------- | .56 | | | |
| 50 | 10.0 | .77 | 0.66 | 0.80 | .60 | | | |
| 53 | 11.7 | .83 | .73 | .85 | .65 | | | |
| 56 | 13.3 | .90 | .85 | .92 | .80 | | | |
| 59 | 15.0 | .97 | .96 | .98 | .93 | | | |
| 62 | 16.7 | 1.05 | 1.08 | 1.06 | 1.10 | | | |
| 65 | 18.3 | 1.14 | 1.20 | 1.16 | 1.30 | | | |
| 68 | 20.0 | 1.23 | 1.39 | 1.28 | 1.40 | | | |
| 71 | 21.7 | 1.33 | 1.55 | 1.44 | 1.85 | (Not yet determined) | (Not yet determined) | (Not yet determined) |
| 74 | 23.3 | 1.44 | 1.70 | 1.61 | 2.25 | | | |
| 77 | 25.0 | 1.56 | 1.85 | 1.80 | 2.60 | | | |
| 80 | 26.7 | -------- | 2.10 | 2.00 | 3.15 | | | |
| 83 | 28.3 | -------- | 2.35 | 2.29 | 3.85 | | | |
| 86 | 30.0 | -------- | 2.58 | 2.48 | 4.90 | | | |
| 89 | 31.7 | -------- | -------- | -------- | 6.15 | | | |
| 92 | 33.3 | -------- | -------- | -------- | 7.75 | | | |
| 95 | 35.0 | -------- | -------- | -------- | 10.00 | | | |

## G. PACKAGING, PACKING, AND MARKING FOR SHIPMENT

### G–1. PACKAGING.

G–1a. *General.*—Electric cable shall be delivered wound in coils or on reels, as specified herein or in the order. The cable shall be in one continuous length for each coil or reel. Except where the quantity on order is less than the specified minimum length, the length contained in a coil or on a reel shall be not less than that specified below for the particular type involved.

G–1b. *Reel lengths.*—Except where otherwise specified in subparagraph G–1d herein, or in the order, the cable shall be delivered on reels containing not less than 500 feet nor more than 2,500 feet. The cable on a reel shall have both ends brought out so that the cable can be readily tested without unreeling. These ends shall be hermetically sealed to prevent the entrance of moisture and shall be fully protected from damage during shipment.

[15C11]

85

G-1c. *Reels.*—Reels shall be of strong construction to admit of transportation over long distances. The flanges of the reel shall be of sufficient diameter to protect the wire from injury in handling and rolling. Each reel shall be encased in stout lagging. The cost of the reels shall be included in the cost of the wire or cable. Reels shall remain the property of the Government. Where the reel and conductors thereon weigh more than 1,000 pounds, the reels shall have suitable metal centers through which a supporting axle may pass for unreeling the cable.

G-1d. *Coil lengths:*

G-1d (1). Except where otherwise specified in the order, the following types of cables, cords, and wires shall be delivered in coils containing not less than the following minimum lengths:

> 500 feet for types SICP, DLB-4, BW-3, BC, VLS, SFPP-2, SFPS, and TSW.
> 300 feet for types SCP, DCP, TCP, MCP (lesser sizes only).

G-1d (2). All coils shall be protected for shipment by spirally wound wrapping paper or burlap tape, lapped to give not less than two thicknesses of protecting material; or shall be packed in barrels or boxes suitable for shipment and storage. Both ends of each coil shall be carefully sealed to prevent the entrance of moisture.

G-1e. *Cord sets.*—When ordered in short, standard lengths cut to size, certain types of telephone cords shall be cut to the specified lengths and wrapped in heavy paper or enclosed in cardboard.

**G-2. PACKING.**

G-2a. Unless otherwise specified, electric cable shall be delivered in standard commercial containers, so constructed as to insure acceptance by common or other carrier, for safe transportation, at the lowest rate, to the point of delivery.

**G-3. MARKING.**

G-3a. *Coils.*—Unless otherwise specified, each coil shall be neatly marked with the manufacturer's name, the contract or order number, the Navy type designation for the particular type and size of cable involved, and the quantity in feet.

G-3b. *Reels.*—Unless otherwise specified each reel shall be plainly marked on both ends with the manufacturer's name, serial number, the contract or order number, the Navy type designation for the cable, and the quantity. Where practicable, all reels shall be identified by metal tags secured in place, or by stenciling. Paper labels (where used) on reels shall be securely attached thereto and protected by a transparent compound to prevent deterioration of the markings.

G-3c. *Shipping containers.*—Unless otherwise specified, shipping containers, where used, shall likewise be marked, on two sides, with the manufacturer's name, the contract or order number, the Navy type designation or designations, and the quantity or quantities contained therein.

[15C1i]

REPRODUCED AT THE NATIONAL ARCHIVES

86

# H. NOTES

**H-1. ORDERING INFORMATION.**

H–1a. *Type and size designations.*—Requisitions and contracts or orders should definitely state the type and size of cable desired, as classified in section B, herein. For example, if a Duplex, Lighting and Power, armored cable of 30,780 cm cross-sectional area is desired, the order should specify "TYPE DLPA–30." Or if Duplex, Flameproof, Armored Cable of 30,780 cm cross-sectional area is desired, the order should specify "TYPE DFPA–30." As an additional safeguard, it is well to add the cross-sectional area after the type designation, thus "TYPE DLPA–30, Size 30,780 cm" or "TYPE DFPA–30, Size 30,780 cm", as the case may be.

H–1b. *Reel clause.*—The requisition and contract or order for cable which is to be delivered on reels should contain suitable provision for the return, at the contractor's expense, within 12 months after delivery, of such reels as are in good condition; the contractor to allow the Government the amount stipulated in the proposal for each reel returned.

**H-2. QUALIFICATION TESTS AT A GOVERNMENT LABORATORY.**

The right is reserved to reject any bids on brands of electric cable which have not been subjected to the required tests and found satisfactory. The attention of the manufacturers is called to this requirement, and they are urged to forward samples of cable which they propose to offer to the Navy in the future in order that tests may be made. These tests will be conducted at the expense of the manufacturers. Information with reference to the expense involved and as to where the samples should be sent will be supplied upon application to the Bureau of Supplies and Accounts. It is to be understood that the manufacturers shall pay all transportation charges to and from the point where tests are made. In the case of failure of the sample or samples submitted to prove satisfactory, consideration will be given to the requests of the manufacturers for additional tests only after it has been clearly shown that changes have been made in the product with reference to methods of manufacture, etc., which the bureau concerned considers sufficient to warrant conducting such additional tests.

**H-3. INSPECTION TESTS AT A GOVERNMENT LABORATORY.**

H–3a. *General.*—The inspection tests (par. F–17 conducted upon samples selected by the inspector (par. F–20) from cable submitted under contract, are for the purpose of ascertaining if contract deliveries are in conformity with the specifications and/or up to the standard of the approved sample (par. H–2).

H–3b. *Length of samples.*—The samples required for Government laboratory inspection tests are in addition to the lengths stated in the requisition or order, and should be included in the contract price. Except where otherwise specified, the lengths of cable required for these tests shall be as specified in subparagraph F–20e, herein.

NOTE.—Where the samples are selected by the naval inspector concerned, from reel or coil lengths which do not exceed the specified minimum lengths (subpar. G–1b) and (subpar. G–1d (1)) by a sufficient margin, the minimum acceptable lengths may be reduced by an

[15C11]

87

amount not exceeding the specified test sample lengths (subpa F-20e) for one submission only.

H-3c. *Time required.*—The length of time normally required for th conductance of the inspection tests will be about 1 month (30 day from the time the necessary samples are forwarded by the naval inspe tor to the Government laboratory to the date the results will be r ported back to the inspector for either the release of the cable or i rejection, as may be indicated. All bidders should take this tim interval into account and due allowance should be made for it in th computation of the scheduled delivery dates. If a longer time tha 30 days is actually required for the conductance of such laborator inspection tests, the time taken in excess of the 30 days will not b charged against the contractor. It should be noted, however, tha the foregoing estimate is based upon the assumption that only on series of tests will be required for a given set of samples (i. e., that th results of the tests are satisfactory); where rejections are found nece sary, the Government shall be considered as responsible for only tha time, in excess of 30 days, required for the first series of tests.

H-4. *Industrial publications.*—The Standard Color Card of America referred to in subparagraph D-6e, is obtainable from The Textile Colo Card Association of the United States of America, Inc., 200 Madiso Avenue, New York, N. Y. The magazine *Asbestos*, referred to i subparagraph F-6d, is published by the Secretarial Service, Empir Building, Philadelphia, Pa. Both of these publications are obtainabl only from their respective publishers.

**H-5. COPIES OF SPECIFICATONS.**

Copies of Navy Department specifications and any other specifica tions forming a part thereof may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington, D. C., except that naval activities should make application to the Commandant, Navy Yard, New York, N. Y. When requesting, refer to specification by both title and number (or symbol).

ECNOS.
[15C11]