SGS(62)-128b
Superseding
SGS(62)-128a
5 May 1937

SUPPLEMENTARY GENERAL SPECIFICATION FOR MACHINERY

Bureau of Engineering, Navy Department

CABLES, ELECTRIC, INSULATED, WATER, HEAT AND FLAME RESISTANT (SHIPBOARD USE).

15 June 1937

A. APPLICABLE SPECIFICATIONS.

A-1. Navy Department General Specifications for Inspection of Material of the issue in effect on date of invitation for bids, forms a part of this specification, and bidders and contractors should provide themselves with the necessary copies by application to the Bureau of Supplies and Accounts, Navy Department, Washington, D. C.

A-2. The following Navy Department specification forms a part of this specification, and bidders and contractors should provide themselves with the necessary copies. When requesting, specifications should be referred to by both title and number.

        15Cli - Cable, electric, insulated, (Shipboard use).

B. CLASSES, TYPES AND SIZES.

B-1. Class.- This specification covers cable in the Heat and Flame (-HF-) resistant class only.

B-2. Types.- This cable shall be furnished in the following types, as required:

    Type SHFA - Single, Heat and Flame resistant, armored.
    Type DHFA - Double, Heat and Flame resistant, armored.
    Type THFA - Triple, Heat and Flame resistant, armored.
    Type FHFA - Four conductor, Heat and Flame resistant, armored.
    Type MHFA - Multi-conductor, Heat and Flame resistant, armored.
    Type TTHFA - Twisted-pair, Telephone, Heat and Flame resistant, armored.

Lehman Decl.

Exhibit 5

SGS(62)-128b
-2-

B-3. **Sizes.-** The several sizes of cable within each of the foregoing types, shall be as indicated by a numeral after the type letter designation. These size designations shall parallel exactly, those shown in N.D. Specs. 15Cli for the corresponding sizes of flame proof (-FP-) cables.

C. MATERIAL AND WORKMANSHIP.

C-1. **Materials.-** All materials used in the construction of heat and flame resistant cable shall be of the quality and form best suited for the purpose intended. In general, and except where otherwise specifically required or approved for the particular cable design, these materials and their method of application shall comply strictly with the requirements of Navy Department Specifications 15Cli, listed in Section A.

C-2. **Workmanship.-** The workmanship shall be first class in every particular.

D. GENERAL REQUIREMENTS.

D-1. **Special Sheath.**

D-1a. The cable shall be provided with a specially constructed sheath of a type approved by the Bureau of Engineering as a result of complete qualification tests at the Material Laboratory, Navy Yard, New York, N.Y.

D-1b. This sheath shall be of such composition and construction as to render the finished cable impervious to water and air under pressure, and highly resistant to heat and to flame. Refer also to subparagraph D-3b herein.

D-1c. This sheath may or may not be provided with a suitable textile reinforcement, as approved. The individual manufacturer will also be permitted considerable latitude as to its method of application (tubed-on, taped-on, etc.) provided the finished sheath is concentric and of reasonably, uniform texture throughout. Having once fixed upon a given design of sheath, however, and having received approval on that basis, the manufacturer shall under subsequent deliveries of cable under contract, adhere strictly to the construction which has been so tested and approved. For purposes of identification, the particular construction so approved shall be referred to as the "approved sample". Refer to paragraph H-2 in this connection.

D-2. **Standard Features of Construction.**

D-2a. **Insulated Conductors.-** Except where otherwise specifically required herein or approved, the individually insulated conductors and all the cable components up to the point where the special sheath (paragraph D-1¼ above) is applied shall conform to the applicable requirements of Navy Department Specification 15Cli, listed in Section A.

D-2b. <u>Overall Dimensions.</u>- Except where specifically stated under Section E herein, the overall dimensions of the finished cable shall comply strictly with those shown in Navy Department Specification 15Cli, listed in Section A, for the corresponding size and type of flameproof (-FP-) cable which this heat and flame resistant (-HF-) cable is to replace.

D-3. <u>Performance.</u>

D-3a. The finished cable shall comply strictly with Navy Department Specification 15Cli listed in Section A with respect to the following:

      Insulation Resistance.
      Dielectric Strength.
      Bending.
      Drip and Exudation.

D-3b. The finished cable shall be satisfactorily resistant to flame and to long continued heating at a temperature of 125° C. (221° F.). Samples of the cable shall withstand a 25 pound, 24 hours each, water and air leakage test, using Navy standard watertight stuffing tubes and approved packing.

E. DETAIL REQUIREMENTS.

E-1. <u>Type SHFA.</u>

  E-1a. Cable make-up shall conform to the following:-

    <u>First, second, third and fourth.</u> Same as for Type SFPA (see subparagraph E-25a of 15Cli).
    <u>Fifth.</u> Special, impervious sheath, (Paragraph D-1 herein).
    <u>Sixth.</u> Basket weave metal armoring (see par. C-17 of 15Cli). This armoring shall be suitably imbedded in the underlying special sheath. The overall dimensions of the finished cable shall be not more than 0.100 inch larger than shown in the last column of Table XI (15Cli) for the corresponding sizes of type SFPA cables.
    <u>Seventh.</u> Painting (see Par. C-18 of 15Cli).

E-2. <u>Type DHFA.</u>

  E-2a. Cable make-up shall conform to the following:

    <u>First, second, third and fourth.</u> Same as for Type DFPA (subparagraph E-26a of 15Cli) except as to thickness of the last felted asbestos wall (<u>fourth</u>). The thickness of this felted asbestos wall shall be increased as necessary to permit strict adherence to the specified overall dimensions of cable for type DFPA cable.

SGS(62)-128b

-4-

  <u>Fifth</u>. Special, impervious sheath (D-1 herein).
  <u>Sixth</u>. Basket weave, metal armoring (Par. C-17 of 15Cli). This armoring shall be suitably imbedded in the underlying special sheath. The overall dimensions of the finished cable shall conform to the values shown in the last column of Table XII (15Cli) for the corresponding sizes of Type DFPA cables.
  <u>Seventh</u>. Painting (par. C-18 of 15Cli).

E-3. <u>Type THFA</u>.

 E-3a. The cable make-up shall conform to the following:

  <u>First, second, third and fourth</u>. Same as for Type TFPA (subparagraph E-27a of 15Cli except as to the thickness of the last felted asbestos wall (<u>fourth</u>). The thickness of this felted asbestos wall shall be increased as necessary to permit strict adherence to the specified overall dimensions for type TFPA cable.
  <u>Fifth</u>. A special, impervious sheath (Par. D-1 herein).
  <u>Sixth</u>. Basket weave, metal armoring (Par. C-17 of 15Cli). This armoring shall be suitably imbedded in the underlying special sheath. The overall dimensions of the finished cable shall conform to the values shown in the last column of Table XIII (15Cli) for the corresponding sizes of Type TFPA cable.
  <u>Seventh</u>. Painting (Par. C-18 of 15Cli).

E-4. <u>Type FHFA</u>.

 E-4a. The cable make-up shall conform to the following:

  <u>First, second, third and fourth</u>. Same as for Type FFPA (subparagraph E-28a of 15Cli) except as to the thickness of the last felted asbestos wall (<u>fourth</u>). The thickness of this felted asbestos wall shall be increased as necessary to permit strict adherence to the specified overall dimensions for type FFPA cable.
  <u>Fifth</u>. A special, impervious sheath (Par. D-1 herein).
  <u>Sixth</u>. Basket weave, metal armoring (Par. C-17 of 15Cli). This armoring shall be suitably imbedded in the underlying special sheath. The overall dimensions of the finished cable shall be not greater than 0.865 inch.
  <u>Seventh</u>. Painting (Par. C-18 of 15Cli).

E-5. <u>Type MHFA</u>.

 E-5a. The cable make-up shall conform to the following:

  <u>First, second and third</u>. Same as Type MFPA (subparagraph E-29a of 15Cli) except as to the thickness of the last felted asbestos wall (third). The thickness of this felted asbestos wall shall be increased as necessary to permit strict adherence to the specified overall dimensions for type MFPA cable.

SGS(62)-128b

-5-

<u>Fourth</u>. A special, impervious sheath (Par. D-1 herein).
<u>Fifth</u>. Basket weave, metal armoring (Par. C-17 of 15Cli). This armoring shall be suitably imbedded in the underlying special sheath. The overall dimensions of the finished cable shall conform to the values shown in the last column of Table XV (15Cli) for the corresponding sizes of type MFPA cables.
<u>Sixth</u>. Painting (Par. C-18 of 15Cli).

E-6.  <u>Type TTHFA</u>.

E-6a.  <u>Construction</u>.- The cable shall be made up in accordance with the following, (all numbered paragraph and Table references apply to 15Cli):

<u>First</u>. Each conductor of the pair shall conform to Type TSW (Par. E-31).
<u>Second</u>. Two such insulated conductors shall be twisted together, with a lay not greater than six inches, to form a pair. The Color Coding shall comply with subparagraph E-31f.
<u>Third</u>. The several pairs, in number as indicated in the second column of Table herein shall be twisted together with a lay not greater than sixteen times the pitch diameter; the direction of lay shall be alternated for successive layers. Circularity of cross-section shall be obtained by the use of impregnated asbestos fillers, if used, (Par. C-9). The grouped pairs shall be bound together by a thin, single faced friction tape, cellophane or other material specifically approved for the purpose by the Bureau concerned.
<u>Fourth</u>. A wall of felted asbestos (Par. C-10) compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer.
<u>Fifth</u>. A special, impervious sheath, (Par. D-1 herein).
<u>Sixth</u>. Basket weave metal armoring (Par. C-17). The overall dimensions of the finished cables shall not exceed the values shown in the last two columns of the Table hereunder nor be less than 92-1/2 percent of those dimensions.
<u>Seventh</u>. Painting (Par. C-18).

TABLE OF DIMENSIONS TYPE TTHFA

| TYPE | Number of pairs | Dia. over 1st. felted asbestos | Dia. over special sheath (Par. D-1) | Dia. over metal braid |
|---|---|---|---|---|
| TTHFA-1  | 1  | 0.212 | 0.392 | .462  |
| TTHFA-3  | 3  | .308  | .488  | .558  |
| TTHFA-5  | 5  | .348  | .528  | .598  |
| TTHFA-10 | 10 | .432  | .612  | .682  |
| TTHFA-15 | 15 | .486  | .666  | .736  |
| TTHFA-20 | 20 | .532  | .712  | .782  |
| TTHFA-25 | 25 | .582  | .762  | .832  |
| TTHFA-30 | 30 | .612  | .792  | .862  |
| TTHFA-40 | 40 | .682  | .862  | .932  |
| TTHFA-50 | 50 | .762  | .942  | 1.012 |
| TTHFA-60 | 60 | .912  | 1.092 | 1.162 |

SGS(62)-128b

-6-

E-6b. Continuity.- Care shall be taken in the cabling of the many small conductors, to preserve their electrical continuity throughout the length of the completed cable (subpar. F-7d.).

E-6c. Dielectric Strength.- The dielectric strength between the conductors of a pair, and between pairs, on full length reels to be shipped, shall be not less than 1000 volts A.C. and from all conductors to ground, not less than 3000 volts A.C.

E-6d. Insulation Resistance.- The insulation resistance at 15.5° C. between the conductors of a pair, and between pairs, shall be not less than 100 megohms per 1000 feet; and from all conductors to ground, not less than 1000 megohms.

F. METHODS OF SAMPLING, INSPECTION AND TESTS.

F-1. General.

F-1a. Classification.- The method of sampling, inspection and tests conducted upon electric cable shall be considered as falling within the following general classification:

    Qualification tests at a Government Laboratory.
    Inspection tests at a Government Laboratory.
    Inspection at place of manufacture.

F-1b. Methods.- The specific methods to be employed, for the several types of cable involved, shall be as specified in 15Cli.

F-2. Qualification Tests at a Government Laboratory.

F-2a. Suitability.- The tests to determine suitability for naval use shall be made at a Government Laboratory designated by the bureau concerned; except where otherwise specifically required or approved, this shall be the Material Laboratory, Navy Yard, New York, N.Y. for all electrical tests; and the Engineering Experiment Station, Annapolis, Maryland for the water and air leakage tests.

F-2b. List of Tests.- The following tests, as applicable to the particular types of cable involved, shall be conducted in the Government Laboratory, (all paragraph reference apply to 15Cli except where otherwise specifically stated):

    General inspection (Par. F-3).
    Rubber insulation (Par. F-4), where used.
    Varnished cambric insulation (Par. F-5), where used.
    Asbestos (Par. F-6), where used.
    Metal armoring (Par. F-9), where used.
    Drip (Par. F-10), where specified.
    Bending (Par. F-11), where specified.
    Moisture absorption (Par. F-12), where specified.
    Creepage (Par. F-13), where specified.
    Capacitance (Par. F-14), where specified.
    Flammability (Par. F-15).
    Dielectric tests (Par. F-16).
    Water and air leakage (subpar. F-2c following).

SGS(62)-128b

-7-

F-2c. **Water and Air Leakage Tests.**- These tests shall be made at the Engineering Experiment Station, Annapolis, Maryland. They shall be of 24 hours duration each, for water and air respectively, at a pressure of 25 pounds. No leakage shall ensue.

F-3.   **Inspection Tests at Place of Manufacture.**

F-3a.   These shall comprise all those inspection tests specified in Section F of 15Cli, listed in Section A, for the corresponding types and sizes of flame-proof (-FP-) (SFPA, DFPA, TFPA, FFPA, MFPA and TPTA) cables.

F-3b.   Samples representing each delivery shall also be subjected to the water and air leakage tests outlined in subparagraph F-2c herein. One sample, approximately but not less than 10 feet long, shall be taken from each type and size of cable on order.

G. PACKAGING, PACKING AND MARKING FOR SHIPMENT.

G-1.  Packaging, packing and marking requirements for shipping shall comply with Navy Department Specification 15Cli, listed in Section A.

H. NOTES.

H-1.  Refer to paragraphs H-1 to H-3, inclusive of N.D. Spec. 15Cli, listed in Section A.

H-2.  The right is reserved to reject any bids on brands of electric cable which have not been subjected to the required tests and found satisfactory. The attention of the manufacturers is called to this requirement, and they are urged to forward samples of cable which they propose to offer to the Navy in the future in order that tests may be made. These tests will be conducted at the expense of the manufacturers. Information with reference to the expense involved and as to where the samples should be sent will be supplied upon application to the Bureau of Supplies and Accounts. It is to be understood that the manufacturers shall pay all transportation charges to and from the point where tests are made. In the event of failure of the sample or samples submitted to prove satisfactory, consideration will be given to the requests of manufacturers for additional tests only after it has been clearly shown that changes have been made in the product with reference to methods of manufacture, etc. which the Bureau concerned considers sufficient to warrant conducting such additional tests.

H-3.  Copies of this specification may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D. C. When requesting, refer to specification by both title and number.