REPRODUCED AT THE NATIONAL ARCHIVES

2 January 1940 15C1(INT)

BUREAU OF ENGINEERING AND BUREAU OF CONSTRUCTION AND REPAIR AD INTERIM SPECIFICATION

CABLES, ELECTRIC, INSULATED (SHIPBOARD USE)

## A. APPLICABLE SPECIFICATIONS

A-1. The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

NAVY DEPARTMENT SPECIFICATIONS

General Specifications for Inspection of Material.
15W2 - Wire, magnet.
46S18 - Steel, corrosion-resisting; bars, rods, and forgings (except for reforging).

FEDERAL SPECIFICATION

ZZ-R-601 - Rubber-goods: General Specifications (Methods of Physical Tests and Chemical Analyses).

## B. CLASSES AND TYPES

B-1. GENERAL CLASSIFICATIONS.

As distinguished by the types of insulation used, the general features of construction, and the primary considerations involved, the electric cables covered by this specification shall fall within the following general classifications:

Rubber insulated cables, fixed installations (pars. E-1 to E-15, inclusive).
Rubber insulated cables and cords, very flexible uses (pars. E-16 to E-20 inclusive).
Varnished cambric insulated cables (pars. E-21 to E-23, inclusive).
Heat and flame-resistant cables (pars. E-24 to E-30 inclusive).
Silk, cotton, and enamel insulated cables, cords, and wires (pars. E-31 and E-32).

Lehman Decl.

Exhibit 6

REPRODUCED AT THE NATIONAL ARCHIVES

B-2. RUBBER INSULATED CABLES, FIXED INSTALLATIONS.

Rubber insulated cables for fixed installations shall be furnished in the following types, as required:

Type SICP - Single, instrument cable (Par. E-1).
Type SLPA-4 - Single, lighting and power, armored (Par. E-2).
Type SRLL-4 - Single, radio use, low-tension, leaded (Par. E-3).
Type SRHLA-4 - Single, radio use, high-tension, leaded and armored (Par. E-4).
Type DLPA-4 - Duplex, lighting and power, armored (Par. E-5).
Type DLB-4 - Duplex, lighting, braided (Par. E-6).
Type DRHLA-4 - Duplex, radio use, high tension, leaded and armored (Par. E-7).
Type DRLL-4 - Double (twin), radio use, low tension, leaded (Par. E-8).
Type TLPA-4 - Triplex, lighting and power, armored (Par. E-9).
Type TRHLA-4 - Triplex, radio use, high tension, leaded and armored (Par. E-10).
Type FLB-4 - Four conductor, lighting, braided (Par. E-11).
Type FLA-4 - Four conductor, lighting, armored (Par. E-11).
Type GICA - General interior communication, armored (Par. E-12).
Type BW-3 - Bell wire (Par. E-13).
Type BC - Bell cord (Par. E-14).
Type VLS - Voltmeter leads, submarines (Par. E-15).

B-3. RUBBER INSULATED CABLES AND CORDS - VERY FLEXIBLE USES.

Rubber insulated cables and cords in the very flexible class and/or intended for use as portable leads shall be furnished in the following types as required:

Type SCP - Single conductor, portable (Par. E-16).
Type DCP - Double conductor, portable (Par. E-17).
Type TCP - Triple conductor, portable (Par. E-18).
Type FCP - Four conductor, portable (E-19).
Type MCP - Multiple conductor, portable (Par. 20).
Type MCS - Multiple conductor, shielded (Par. E-21).
Type MCMB - Multiple conductor, marker buoy (Par. E-22).
Type GICF - General interior communication, flexible (Par. E-23).
Type TPTF - Twisted pair, telephone, flexible (Par. E-24).

B-4. VARNISHED CAMBRIC INSULATED CABLES.

Varnished cambric insulated cables for fixed installations shall be furnished in the following types as required:

Type SLPA-9 (and larger) - Single, lighting and power, armored (Par. E-25).
Type DLPA-9 (and larger) - Duplex, lighting and power, armored (Par. E-26).
Type TLPA-9 (and larger) - Triplex, lighting and power, armored (Par. E-27).

REPRODUCED AT THE NATIONAL ARCHIVES



B-5. HEAT AND FLAME RESISTANT CABLES.

Heat and flame resistant cables shall be furnished in the following types as required:

Type SRI - Unit conductors, synthetic resin insulated (Par. E-28).
Type SRIB - Synthetic resin insulated, braided (Par. E-29).
Type SHFW - Single, heat and flame resistant wire (Par. E-30).
Type DHFW - Double, heat and flame resistant wire (Par. E-31).
Type SHFS - Single, heat and flame resistant, switchboard and panel wiring (Par. E-32).
Type SFPS - Single, flame proof, switchboard wiring (Par. E-33).
Type SHFA - Single, heat and flame resistant, armored (Par. E-34).
Type SHFL - Single, heat and flame resistant, leaded (Par. E-35).
Type DHFA - Double, heat and flame resistant, armored (Par. E-36).
Type THFA - Triple, heat and flame resistant, armored (Par. E-37).
Type FHFA - Four conductor, heat and flame resistant, armored (Par. E-38).
Type MHFA - Multi-conductor, heat and flame resistant, armored (Par. E-39).
Type TTHFA - Twisted pair, telephone, heat and flame resistant, armored (Par. E-40).

B-6. SILK, COTTON, AND ENAMEL INSULATED CABLES, CORD AND WIRES.

Cables, cords, and wires insulated with silk, cotton and enamel shall be furnished in the following types, as required:

Type TSW - Telephone switchboard wire (Par. E-41).
Type TPTP - Twisted pair, telephone, plain (Par. 42).
Type TPTA - Twisted pair, telephone, armored (Par. E-42).

B-7. CABLE SIZES.

The several sizes of cable or number of conductors in the cable within each of the foregoing classes and types shall be as indicated by a numeral after the type letter designation.

C. MATERIAL AND WORKMANSHIP.

C-1. GENERAL.

C-1a. All materials used in the construction of electric cable shall be of the quality and form best suited for the purpose intended. The following requirements, covering the several principal components used in the construction of electric cables, shall be construed not as restricting the use of an even higher quality but rather as setting fourth definite limitations as to what shall constitute the minimum acceptable standards of quality.

REPRODUCED AT THE NATIONAL ARCHIVES

1501(INT)

[illegible] Properties.- It shall be a mineral base, acid-free compound, [illegible] out, oxidize, or combine with the varnish on the cambric. The [illegible] not injure the reinforced rubber sheath of the cable under conditions [illegible] [illegible]ratures which are normal, nor during the vulcanization of the sheath.

[illegible] Amount used.- The amount of the compound used shall be small, it shall [illegible]ected as to prevent its exudation from the completed cable when the [illegible] installed vertically in heated spaces. The outer layer or layers of [illegible] cambric, in the larger size conductors especially, may be applied with-[illegible] compound, provided the tape itself is sufficiently lubricated to allow [illegible] motion between the layers in bending of the cable.

C-8. RUBBER-FILLED TAPE.

C-8a. General.- The tape used over the varnished cambric or rubber insulation shall be rubber filled. The tape shall be made of cotton sheeting, evenly and firmly woven from good cotton, free from unsightly defects, dirt, knots, lumps, and irregularities of twist. It shall be thoroughly impregnated and evenly coated on both sides with an insulating rubber compound. The compound shall be practically free from active sulphur or other substances which will act injuriously upon the cotton fabric, varnished cambric, or rubber insulation. The compound shall adhere firmly to the fabric.

C-8b. Thickness.- The thickness of the tape used shall be such that the specified dimensions for the cable shall not be exceeded. In no case, however, shall the thickness of the tape used be less than 0.008-inch.

C-8c. Application.- The tape shall be applied in a suitable manner to insure a smooth surface and a circular section of the finished conductor. The tape shall be applied with not less than one-eighth-inch lap for cables under 0.2-inch diameter and not less than one-fourth-inch lap for cables 0.2-inch diameter and larger.

C-9. FILLERS.

C-9a. General.- Filler materials shall be jute, cotton, or asbestos, as specified for the particular type of cable. The filler material shall be of long fiber and free from unsightly defects, dirt, knots, and lumps. Fillers taken from the completed cable shall be practically free from moisture.

C-9b. Jute.- Unless otherwise specified, dry jute fillers shall be used in multi-conductor rubber-insulated cables for permanent installation; and jute impregnated with a suitable moisture proofing, insulating compound shall be used on varnished cambric insulated cables for permanent installation.

REPRODUCED AT THE NATIONAL ARCHIVES

C-9c. Cotton.- Unless otherwise specified, dry cotton fillers shall be used for multi-conductor cables and cords of the very flexible type and/or for use as portable leads. Refer also to paragraph C-11.

C-9d. Asbestos.- Unless otherwise specified, asbestos impregnated with a suitable moisture proofing, insulating compound shall be used for multi-conductor cables of the heat and flame resistant type. The amount of moisture proofing compound shall be not less than 10 percent of the weight of the saturated roving or felting; nor shall it exude or drop from the finished cable under the test conditions outlined in Section F. Such asbestos fillers shall be of 85 percent asbestos (before impregnation) (Paragraph C-10).

C-10. ASBESTOS.

C-10a. General.- All asbestos used in the construction of electric cable shall be clean and free from foreign particles of dirt, cottonseed, and other impurities. It shall be well carded to prevent lumps and irregularities in the final insulation for which it is used.

C-10b. Grade.- The asbestos roving or felting, and yarn, shall be made from the best quality, long fiber, chrysotile asbestos of the grade known as No. 1 fiber. Samples of the asbestos taken from the finished cable, after the extraction of the impregnating compounds, shall contain not less than 85 percent by weight of asbestos.

C-10c. Types.- For purposes of identification, the following typical analyses and screen tests shall be considered as approximate classification of the several types of asbestos (all chrysotile) applicable to the construction of electric cables. These data are, however, only approximations, and the fact that several types are listed shall not be construed as establishing the suitability of each type for all the required purposes.

C-10d. Arizona No. 1 fiber:

Screen test, 15-1-0-0.
Average fiber length, 2 inches to 4 inches.
Chemical analysis (representative sample).

| | Percent |
|---|---|
| Silica | 40.50 |
| Aluminia | .17 |
| Iron oxide | 1.75 |
| Magnesia | 42.06 |
| Water | 15.40 |



REPRODUCED AT THE NATIONAL ARCHIVES

C-10e. Rhodesian No. 1 fiber.-

Screen test, 10-4-2-0.
Average fiber length, about 1-inch.
Chemical analysis (representative sample).

| | Percent |
|---|---|
| Silica | 40. 99 |
| Alumina | 1. 03 |
| Iron oxide | 4. 15 |
| Magnesia | 38. 53 |
| Water | 13. 24 |

C-10f. Russian No. 1 fiber.-

Screen test, 11-3-2-0.
Average fiber length, about 1-1/4-inches.
Chemical analysis (representative sample).

| | Percent |
|---|---|
| Silica | 41. 34 |
| Alumina | . 20 |
| Iron oxide | 4. 32 |
| Magnesia | 40. 39 |
| Water | 11. 58 |

C-10g. Electrical insulation.- In general, and except where otherwise specifically approved by the bureau concerned, a nonferrous asbestos shall be used where the cable construction is such that reliance, in whole or in chief part, is placed upon a felted asbestos wall as a dielectric. The asbestos shall be considered of minor importance as a dielectric when used in combination with varnished cambric, rubber, synthetics, or other approved insulating material of comparable high dielectric strength. A nonferrous asbestos shall be defined as one wherein the total iron content does not exceed 1.75 percent, of which not more than 0.75 percent shall be magnetic iron. Where the asbestos is of minor importance as a deielectric it shall be of a grade having a total iron content of not more than 6 percent and a magnetic iron content of not to exceed 2 percent by weight of the dried sample.

C-10h. Centering and circularity.- The asbestos insulation shall be so applied as to provide a circular cross section, in which the conductor (or conductors) shall be well centered in the insulating wall.

REPRODUCED AT THE NATIONAL ARCHIVES

C-10i. Impregnation.- The asbestos over the conductor (or conductors), including both roving and braid, shall be thoroughly impregnated with a moisture resisting, insulating compound in such manner as to completely fill all interstices and make the insulation one homogeneous structure. The compound used to saturate the asbestos shall consist of suitable high-grade ingredients and shall retain its initial qualities during the normal service life of the cable. The compound shall develop no injurious chemical action within itself or with any other of the component parts of the completed cable. The amount of compound allowable shall be not less than 30 percent nor more than 70 percent of the weight of the saturated rovings or felting; it shall not exude or drip from the finished cable under the test conditions outlined in Section F.

C-10j. Finished structure.- The finished insulation shall be of such composition and structure as will enable the completed cable to meet all specified test requirements.

C-11. COTTON.

C-11a. General.- All cotton used in the construction of electric cable, cord, and wire shall be of the quality and in the form best suited for the particular purpose intended. It shall be clean, dry, and free from all foreign matter deleterious to its insulating qualities.

C-11b. Insulating yarn.- Cotton insulating yarn shall be of strictly first quality, evenly spun, and free from dirt, loose ends, and large knots. When so required, to attain the specified insulating properties, it shall be specially purified (all water soluble substances removed by washing).

C-11c. Cotton servings.- Except where otherwise specifically required or approved, No. 50 to No. 60 single-ply cotton yarn shall be used as a wrapping (separator) around each standard copper conductor, wherever a serving of cotton is specified. Where a double serving of cotton is specified or where a cotton serving follows a serving of silk, the direction of lay of the successive servings shall be reversed.

C-11d. Cotton fillers and braids.- When used as fillers and braids, the requirements of paragraphs C-9 and C-14 shall also be met.

C-12. SILK.

C-12a. General.- All silk used in the construction of the electric cable, cord, and wire shall be of the quality and in the form best suited for the particular purpose intended. It shall be clean, dry, and free from all foreign matter deleterious to its insulating qualities.

REPRODUCED AT THE NATIONAL ARCHIVES

C-16e. Chemical analysis.- The vulcanized rubber compound shall conform to the following chemical requirements; the percentages shown are by weight:

Rubber, between 40 - 43 percent.
Waxy hydrocarbons, maximum, 3 percent.
Total sulphur, maximum, 3 percent.
Free sulphur, maximum, 1 percent.
Inorganic mineral fillers, anti-oxidants, organic accelerators, including gas black, remainder.
Specific gravity, minimum 1.60 .

NOTE:- The minimum value of the 1.60 applies where the rubber content of the finished product is 40 percent; for each percent increase of rubber content in the finished product above 40 percent, the specific gravity may be reduced by 0.02.

C-17. METAL ARMORING (BASKET WEAVE).

C-17a. General.- Unless galvanized steel is specifically required or approved for the particular application, the armoring wire shall be an aluminum alloy. The weave shall be of the basket type, with the wires of a strand laid closely together, flat and parallel, firmly binding the insulated conductor.

C-17b. Steel armor.- Where steel armor is specified or approved for the particular application, all steel wires shall be soft annealed and shall be thoroughly and evenly galvanized. The tensile strength of the wire shall be not less than 60,000 pounds per square inch, and the elongation in 8 inches shall be not less than 12 percent.

C-17c. Aluminum armor.- The standard armoring material shall be an aluminum alloy containing not more than 0.2 percent copper and not less than 92.5 percent aluminum. The wire shall have a tensile strength of not less than 50,000 pounds per square inch, and an elongation in 10 inches of not less than 2 percent. It shall be suitable in every respect for use in the armor braiding machines commonly employed for such purposes by the insulated electric cable industry.

C-17d. Springiness.- The springiness of the aluminum alloy wire shall be such that when coiled tightly (at a tension of 100 grams) around a 1/4-inch mandrel and released, the coil so produced shall not exceed 3/8-inch in outside diameter.

C-17e. Toughness.- The toughness of the aluminum wire shall be such that it will withstand not less than ten 90° bends before rupture; the bends being made back and forth over a 0.030-inch radius support, each 90° movement in either direction being computed as one bend. The bends shall be made under a uniform tension of 100 grams, and at a speed as nearly uniform as possible, not to exceed 50 bends per minute.

REPRODUCED AT THE NATIONAL ARCHIVES

C-17f. Wire size, etc.- The armoring wire shall be 0.0126-inch in diameter (± 0.0005-inch) and shall be of uniform diameter, free from all cracks, splints, or other flaws. Splices in the wire shall be infrequent, staggered, and inconspicuous, so as not to increase the normal diameter of the cable or result in rough spots.

C-17g. Weave.- The selection of the number of ends per carrier and the number of carriers per braider shall be such as to produce a basket weave with a braid angle of not less than 40 degrees nor more than 60 degrees, and to provide a metallic covering between 65 percent and 75 percent of the surface. In the range between 0.5-inch and 2.0-inches (diameter under armor) it is preferred that the values of 45 degrees (braid angle) and 70 percent (surface coverage) be approximated as closely as design and manufacturing facilities will permit.

C-18. PAINTING.

C-18a. Types to be painted.- All cables of the types intended for permanent installation (i.e., for attachment to decks and bulkheads, passed through watertight stuffing tubes, etc.) shall be given at least two coats of a suitable aluminum paint. In general and unless otherwise specifically required, the following types of cables shall be considered as falling within this classification:

| | | |
|---|---|---|
| SLPA | SHFA | DLB-4 |
| DLPA | DHFA | FLB-4 |
| TLPA | THFA | FLP-4 |
| SRHLA | FHFA | FLA-4 |
| DRHLA | MHFA | TPTA |
| TRHLA | TTHFA | GICA |

C-18b. Aluminum paint.- The aluminum paint used shall consist of aluminum powder, Navy Department Specification 52A1, in a suitable vehicle of the synthetic resinous (phenolformaldehyde or glyceride) type designed for good penetration, high bonding power, high resistance to water and to oil, and with a high degree of flexibility under 100° C. (212° F.) temperature.

C-18c. Application.- The painting shall be done as soon as practicable after completion of prior manufacturing operations so as to prevent accumulation of dirt, moisture, etc., in the braid or armoring interstices. The painting shall be done preferably by the immersion method so as completely to fill in all interstices in the outer cable surface (armoring, braids, etc.). The finished paint coating shall effectively seal the cable against exudation of the moisture and flame-resisting compounds from within. It shall be so flexible and adhere so firmly that it will not crack, peel, or flake off under the specified heat and bending tests for the particular type and size of cable involved.

REPRODUCED AT THE NATIONAL ARCHIVES

C-22. WORKMANSHIP.

The workmanship shall be first class in every particular.

D. GENERAL REQUIREMENTS

D-1. DEFINITIONS.

D-1a. The following definitions shall apply to the several technical terms listed below wherever such terms appear in this specification.

D-1b. Wire.- A wire is a slender rod or filament of drawn metal.

D-1c. Conductor. A conductor is a wire or combination of wires not insulated from one another, suitable for carrying a single electric current.

D-1d. Stranded conductor.- A stranded conductor is a conductor composed of a group of wires, or of any combination of groups of wires.

D-1e. Strand.- A strand is one of the wires, or groups of wires, of any stranded conductor.

D-1f. Cable.- A cable is either a stranded conductor (single-conductor cable) or a combination of conductors insulated from one another (multi-conductor cable).

D-1g. Stranded wire.- A stranded wire is a group of small wires used as a single wire.

D-1h. Cord.- A cord is a small cable, very flexible and substantially insulated to withstand wear.

D-1i. N-conductor cable.- An N-conductor cable is a combination of N-conductors insulated from one another. (NOTE:- It is not intended that the name as here given be actually used. One would, instead, speak of a "4-conductor cable", a "12-conductor cable", etc. In referring to the general case it is spoken of as a "multiple-conductor cable.")

D-1j. Duplex cable.- A duplex cable is a cable composed of two insulated stranded conductors twisted together. It may or may not have a common insulating cover, as specified.

D-1k. Twin cable.- A twin cable is a cable composed of two insulated stranded conductors laid parallel, having a common covering.

D-1l. Twin wire.- A twin wire is a cable composed of two small insulated conductors laid parallel, having a common covering.

REPRODUCED AT THE NATIONAL ARCHIVES

D-4c. Sheaths.- In the case of overall sheaths, the minimum wall thickness at any point shall be not less than 80 percent of the average thickness of the sheath.

D-5. MANUFACTURER'S IDENTIFICATION.

D-5a. General.- Except where otherwise specifically required or approved, all electric cables shall be provided with an easy and indelible means of identification. The means employed shall be such that it cannot be confused with the requirements for circuit identification specified in paragraph D-6. The following means, as applicable to the particular type or types of cable in question, shall be considered standard; any departures therefrom shall be subject to the specific approval of the bureau concerned:

Marker tape.
Molded markings.
Marker threads.

D-5b. Marker tape.- In general, and except where otherwise specifically required for certain classes (subpar. D-5c) or approved for small sizes (subpar. D-5d) of cables, marker tape shall be the standard means of identification. It shall consist of a narrow woven or cotton thread tape (approximately 1/4-inch wide) or a thin cellulose tape laid lengthwise of the cable, in the position specified under Section E herein (or as approved) for the particular type and size of cable in question. In order that identification may be made without destroying more than 1 foot of cable, there shall appear on the tape, at intervals of approximately 1 foot, the following printed information:

Name of manufacturer.
Date of manufacture (year).
Navy Department Specification 15C1 (show alteration letter, as 15C1i, 15C1j, etc., under which manufactured).

The serial numbering of each foot of such marker tape is desirable and to be encouraged, hence it will be permitted but not required.

D-5c. Molded markings.- In general, this method is limited to those types of cables provided with an outer, tough rubber sheath (C-15e). The marking shall show the manufacturer's name or his trade mark or trade name. Unless otherwise specifically approved it shall also show the year of manufacture. This marking shall be molded into the rubber sheath during the process of vulcanization; and it shall be either by indentation of or by raised lettering on the sheath itself, or shown on thin slips of rubber (colored if desired) which are themselves molded into the sheath and do not project above the surface of the sheath. This identification shall be repeated at intervals of not more than 25 feet (for indentation moldings) and 5 feet (for marker slips) throughout the length of the cable, in order that it may not be lost when the cable is cut into short lengths.

REPRODUCED AT THE NATIONAL ARCHIVES

D-5d. Marker threads.- This means of identification is limited to those types of cable, where, due to small size (0.300-inch diameter and smaller) or for some other special reasons, it is not practicable to employ the other standard means (marker tape or molded markings). Refer to Section E herein for those types which may employ this means; no others may do so without the specific approval of the bureau concerned.

D-6. CIRCUIT IDENTIFICATION.

D-6a. General.- There shall be provided for the individually insulated conductors in all cables, whether of the single or the multiple conductor types, a means for the ready identification of each individual conductor in respect to the electrical distribution system of which it is to form a part. This shall be so clear and distinctive as to permit its connection into a standard arrangement (phase sequence, circuit arrangement, load tracing, etc.) in the system; and also to provide a rapid and accurate means for its identification and reconnection into the system after a serious casualty. Except as may be otherwise specifically required or approved, the standard means for such circuit identification shall be as stated below:

Colored insulation.
Colored tape.
Color coded braid.

D-6b. Colored insulation.- In the case of 30 percent, 40-percent, 85 percent rubber insulation and synthetic resin insulation, the insulating wall shall be colored unless a tape or a marker braid is specified over the conductor insulation; in which case the necessary circuit identification may be accomplished by the use of colored tape or braid if the manufacturer so desires. For 85 percent rubber, the natural (undyed) color of the rubber may be utilized for "white" conductors. When so specified for the particular type and size of flameproof cable in question, the felted asbestos insulation shall be colored, or a colored cellulose tape applied over the saturated asbestos.

D-6c. Colored tape.- This method is limited to those types of cables wherein a tape is specified over the individual conductor insulation for the accomplishment of other purposes, and where coloring simply permits the same tape to serve an added purpose (see D-6b above). This shall not be considered as authority for adding a tape not already specified, without the specific approval of the bureau concerned.

D-6d. Colored braid.- This shall consist of an inner braid (C-14b) over the individually insulated conductors of a multiple conductor cable. Where a combination of two or more colors is specified for this braid, the "base" color shall be the background, with the "tracer" color (or colors) providing the particular combination required. This method is limited to those types of cables wherein a light inner braid is specified and is not to be considered as authority for adding a braid not already required. Tracer colors shall be on three adjacent carriers for each color.

REPRODUCED AT THE NATIONAL ARCHIVES

D-6e. Color shades.- The shades of color used shall be fast to light and to heat and shall match the following, the numbers referring to those of "The Standard Color Card of America, Eighth Edition, 1932" (refer to par. H-4):

| | |
|---|---|
| White........................................ | 60,001 |
| Red (scarlet)................................ | 60,068 |
| Blue (peking)................................ | 60,079 |
| Green (emerald).............................. | 60,105 |
| Orange....................................... | 60,039 |
| Brown (golden)............................... | 60,113 |
| Black | |

D-6f. Color code.- Except where otherwise specifically required or approved, the following color code shall apply to all cables having from 1 to 44 (inclusive) individually insulated conductors within a common protective sheath. For example, all single conductor cables would be "1. Black"; all two conductor cables would consist of "1. Black" and "2. White"; all three conductor cables would consist of "1. Black", "2. White", and "3. Red"; etc., up to a 44-conductor cable, where all the color combinations listed would be included. In the case of cables having more than one layer of conductors, the numbering shown above shall be from the innermost to the outermost i.e., the No. 1 conductor shall be the center conductor (or one of the center conductors where two or more are used as a center) of the concentric lay.

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

| Conductor No. | Base Color | Tracer Color | Tracer Color |
|---|---|---|---|
| 1 | Black | | |
| 2 | White | | |
| 3 | Red | | |
| 4 | Green | | |
| 5 | Orange | | |
| 6 | Blue | | |
| 7 | White | Black | |
| 8 | Red | Black | |
| 9 | Green | Black | |
| 10 | Orange | Black | |
| 11 | Blue | Black | |
| 12 | Black | White | |
| 13 | Red | White | |
| 14 | Green | White | |
| 15 | Blue | White | |
| 16 | Black | Red | |
| 17 | White | Red | |
| 18 | Orange | Red | |
| 19 | Blue | Red | |
| 20 | Red | Green | |
| 21 | Orange | Green | |
| 22 | Black | White | Red |
| 23 | White | Black | Red |
| 24 | Red | Black | White |
| 25 | Green | Black | White |
| 26 | Orange | Black | White |
| 27 | Blue | Black | White |
| 28 | Black | Red | Green |
| 29 | White | Red | Green |
| 30 | Red | Black | Green |
| 31 | Green | Black | Orange |
| 32 | Orange | Black | Green |
| 33 | Blue | White | Orange |
| 34 | Black | White | Orange |
| 35 | White | Red | Orange |
| 36 | Orange | White | Blue |
| 37 | White | Red | Blue |
| 38 | Brown | | |
| 39 | Brown | Black | |
| 40 | Brown | White | |
| 41 | Brown | Red | |
| 42 | Brown | Green | |
| 43 | Brown | Orange | |
| 44 | Brown | Blue | |

REPRODUCED AT THE NATIONAL ARCHIVES

E. DETAIL REQUIREMENTS

Rubber Insulated Cables, Fixed Installations

E-1. TYPE SICP-1.

E-1a. Construction.- Single, instrument cable, plain, shall be made up as follows:

First. The standard copper conductor number 1 (19), Table IV, (except that lay of stranding may be 100 diameters) with a close wrapping of cotton thread (C-11).
Second. A wall of 40 percent rubber insulation (C-4) to a diameter of 0.090 inch. Circuit identification (D-6b). Manufacturer's identification (D-5d).
Third. A saturated black cotton braid (C-14), not less than No. 60, 2 ply cotton thread, to a diameter not greater than 0.120-inch.

E-1b. Dielectric strength.- The dielectric strength on 5-foot test lengths shall be not less than 1,500 volts alternating current.

E-2. TYPE SLPA-4.

E-2a. Construction.- Type SLPA-4 cable shall be made up as follows:

First. The standard copper conductor number 4 (7), Table IV.
Second. A close wrapping of cotton thread (C-11).
Third. A wall of 40 percent rubber insulation (C-4), to a diameter of 0.196-inch. Circuit identification (D-6b). Manufacturer's identification (D-5d).
Fourth. A layer of rubber-filled tape (C-8), to a diameter of 0.228-inch.
Fifth. Basket weave metal armoring (C-17), to a diameter not greater than 0.298-inch.
Sixth. Painting (C-18).

E-2b. Dielectric strength.- The dielectric strength, on full coil lengths to be shipped, shall be not less than 4,000 volts.

E-2c. Insulation resistance.- The insulation resistance at 15.5° C. shall be not less than 10,000 megohms per 1,000 feet.

E-3. TYPE SRLL-4.

E-3a. Construction.- Single conductor, low tension, lead-sheathed cable for radio use shall be made up as follows:

First. The standard copper conductor number 4 (7), Table IV.
Second. A close wrapping of cotton thread (C-11).
Third. A wall of 40 percent rubber insulation (C-4), to a diameter of 0.176-inch. Circuit identification (D-6b). Manufacturer's identification (D-5d).

REPRODUCED AT THE NATIONAL ARCHIVES

15Cl(INT)

E-30b. Over this nucleus (unit conductor) there shall be applied the following, to the dimensions shown in the fourth, fifth, and sixth columns, respectively, of Table XIV.

First. A wall of felted asbestos, compressed and impregnated with a neutral insulating cement to form a continuous and homogeneous layer (C-10). Manufacturer's identification (D-5d).

Second. A close cotton braid (C-14) treated with a suitable, gray, moisture and flame-retarding compound. Braid may be No. 30, two ply.

TABLE XIV. - TYPE SHFW WIRE

| Navy type number | Unit Conductor: Unit conductor number Table XIII | Unit Conductor: Area Circular mils | Diameter over Felted asbestos | Diameter over Flameproofed Braid: Minimum (Inches) | Diameter over Flameproofed Braid: Maximum (Inches) |
|---|---|---|---|---|---|
| SHFW-1 | SRI-1(1) | 1,024 | 0.103 | 0.133 | 0.140 |
| SHFW-1-1/2 | SRI-1-1/2(1) | 1,616 | .110 | .140 | .150 |
| SHFW-2-1/2 | SRI-2-1/2(1) | 2,601 | .120 | .150 | .160 |
| SHFW-4 | SRI-4(1) | 4,096 | .135 | .165 | .175 |
| SHFW-6 | SRI-6(1) | 6,561 | .170 | .210 | .220 |
| SHFW-8 | SRI-8(1) | 8,281 | .190 | .230 | .240 |
| SHFW-13 | SRI-13(1) | 12,996 | .224 | .264 | .274 |
| SHFW-21 | SRI-21(1) | 20,736 | .254 | .294 | .304 |

E-30c. Bending.- The finished cable shall withstand, at room temperature (20° C. - 25° C.), bending 360 degrees around a mandrel having a diameter three times that of the cable itself, without pronounced cracking or opening up of the impregnated braid.

E-30d. Flame Resistance.- The finished cable shall meet the flame tests specified in Section F.

E-30e. Creepage.- The final finish on the outer surface of the completed cable shall be such as to provide a creepage path of high resistivity. A path 2-inches long (2-inch separation of ring-type electrodes) shall withstand for a period of 1 minute, at a temperature of 50° C., relative himidity of 70 percent, a dielectric test of 5000 volts alternating current without smoking, sparking or other evidence of distress; see paragraph F-13.

E-30f. Dielectric Strength.- The finished cable shall have a dielectric strength not less than the following:-

7,500 volts, 60 cycle, A.C. in continuous length, when spark tested.
6,000 volts, for 1 minute, in 5 foot, straight-length tests.
3,000 volts, for 1 minute, in short test length, on specimen bent 90 degrees around a mandrel having a diameter equal to the outside diameter of the cable.

REPRODUCED AT THE NATIONAL ARCHIVES

E-31. TYPE DHFW WIRE.

E-31a. Type DHFW-3/5.

E-31a(1). General.- Type DHFW-3/5 (twisted pair telephone) wire shall consist of two type SRI-3/5 unit conductors (Table XIII), twisted together with a lay not greater than 2 inches, to form a pair. One of the conductors shall be black and one shall be white in color.

E-31a(2). Dielectric Strength.- The dielectric strength, between the conductors of a 5 foot twisted-pair sample, after exposure for 24 hours to conditions of 30° C. (86° F.) and 90 percent relative humidity shall be not less than 2000 volts A.C.:

E-31a(3). Capacitance.- The capacitance of a 50 foot, twisted pair sample, after exposure for 24 hours, to conditions of 30° C. (86° F.) and 90 percent relative himidity, shall not exceed 3000 micro-microfarads at 1000 cycles per second.

E-31a(4). Insulation Resistance.- The direct current insulation resistance (between conductors) of a 50 foot twisted pair sample, after exposure for 24 hours to conditions of 30° C. (86° F.) and 90 percent relative himidity, shall be not less than 500 megohms.

E-32. TYPE SHFS CABLE.

E-32a. General.- Type SHFS electric cable shall be furnished in the several sizes shown in Table XV herein. The basic component or nucleus of each type SHFS cable shall be the unit conductor (E-28 and Table XIII) shown in the second column of Table XV.

E-32b. Over this nucleus (unit conductor) there shall be applied the following, to the dimensions shown in the fourth, fifth, and sixth columns, respectively, of Table XV.

First. A wall of felted asbestos, compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer (C-10). Manufacturer's identification (D-5d or D-5b).

Second. A close cotton braid (C-14) treated with a suitable gray moisture and flame-retarding compound. Braid may be No. 30, two-ply.

REPRODUCED AT THE NATIONAL ARCHIVES

TABLE XV. - TYPE SHFS CABLE

| Navy type number | Unit Conductor: Unit conductor number Table XIII | Unit Conductor: Area circular mils | Diameter over felted asbestos | Diameter over flame retarding braid: Minimum Inch | Diameter over flame retarding braid: Maximum Inch |
|---|---|---|---|---|---|
| SHFS-1 | SRI-1(19) | 950 | 0.103 | 0.133 | 0.143 |
| SHFS-1-1/2 | SRI-1-1/2(41) | 1,640 | .120 | .150 | .160 |
| SHFS-3(7) | SRI-3(7) | 2,828 | .132 | .162 | .172 |
| SHFS-3(19) | SRI-3(19) | 3,040 | .135 | .165 | .175 |
| SHFS-4 | SRI-4(7) | 4,494 | .155 | .185 | .195 |
| SHFS-6 | SRI-6(19) | 6,088 | .180 | .210 | .220 |
| SHFS-9 | SRI-9(7) | 9,030 | .208 | .238 | .248 |
| SHFS-14 | SRI-14(7) | 14,350 | .236 | .266 | .276 |
| SHFS-23 | SRI-23(7) | 22,820 | .281 | .321 | .331 |
| SHFS-40 | SRI-40(19) | 38,950 | .346 | .386 | .396 |
| SHFS-60 | SRI-60(37) | 59,940 | .412 | .452 | .462 |
| SHFS-100 | SRI-100(61) | 98,820 | .493 | .533 | .543 |

E-32c. Bending.- Same as E-25c.

E-32d. Flame Resistance.- Same as E-25d.

E-32e. Creepage.- Same as E-25e.

E-32f. Dielectric Strength.- Same as E-25f.

E-33. TYPE SFPS.

E-33a. Type SFPS-2 (Formerly Identified as SFPP-2).

E-33a(1). Construction.- The cable shall be made up as follows:

First. The conductor, before insulating, shall conform to standard copper conductor number 3(7), Table IV, except where standard copper conductor number 2-1/2 (26) or 3 (19), Table IV, is specifically required by the order or approved under the manufacturer's contract. With or without separator, at the manufacturer's option. Where a separator is used, it shall consist of a cellulose tape, a close wrapping of cotton thread (C-11), or other suitable separator as may be specifically approved by the bureau concerned. Such separator shall not exceed 0.003 inch in wall thickness.

REPRODUCED AT THE NATIONAL ARCHIVES

Second. A wall of 85 percent rubber insulation (C-5), or other rubber insulation specifically approved for the purpose by the bureau concerned, as a result of exhaustive laboratory tests, to a diameter of not less than 0.095-inch nor more than 0.100 inch. Manufacturer's identification (D-5d).

Third. A felted wall of asbestos (C-10), applied in not less than two servings of approximately equal thickness, in opposite directions, compressed and impregnated with a neutral insulating cement, to form a continuous and concentric homogeneous layer. The diameter of the completed cable shall be not less than 0.145-inch nor more than 0.160-inch.

E-33a(2). Bending.- The finished cable shall be capable of being bent, at room temperature, 360° around a 5/16-inch diameter mandrel, without pronounced cracking or opening up of the asbestos wall.

E-33a(3). Flame Resistance.- The finished cable shall meet the flame tests specified in Section F herein.

E-33a(4). Dielectric Strength.-

E-33a(4)a. General.- The dielectric strength between conductor and ground shall be not less than is shown hereunder for the first and final stages, respectively. The first stage shall be considered as that point at which the application of the rubber insulation (C-5, or other approved rubber compound) has been completed and the cable is ready for the asbestos wall to be applied. The final stage is that at which the finished cable is submitted for delivery.

E-33a(4)b. First stage.- Every foot of the cable submitted shall meet both a 7,000 volt, alternating-current spark test and a 1,000 volt, 1 minute, alternating-current dielectric test after 1 hour's immersion in fresh (tap) water. At least one 5-foot length of cable in each lot of 250,000 feet or fraction thereof on order, shall meet a 5,000 volt alternating-current instantaneous dielectric test after 1 hour's immersion in fresh (tap) water.

E-33a(4)c. Final Stage.- At least one 5-foot length of finished cable, in each lot of 50,000 feet or fraction thereof on order, shall meet an instantaneous 8,000 volt alternating-current test after 1 hour's immersion in fresh (tap) water. After drying and subjection to the flame tests (F-15), the sample shall withstand a 500-volt alternating-current test for 1 minute.

E-33a(4)d. Creepage.- The final finish on the outer surface of the completed cable shall be such as to provide a creepage path of high resistivity. A path 2-inches long (2-inch separation of ring-type electrodes) shall withstand for a period of 1 minute, at a temperature of 50° C. and relative humidity of 70 percent, a dielectric test of 5,000 volts alternating-current without smoking, sparking, or other evidence of distress. Immediately following the dielectric test, and under the same conditions, the insulation resistance between the two electrodes shall be not less than 10,000 ohms.

REPRODUCED AT THE NATIONAL ARCHIVES

E-33a(4)e. Insulation Resistance.- The insulation resistance at 15.5° C. between rubber insulated conductor and ground, on full length coils, before application of the asbestos (third above), shall be not less than 500 megohms per 1,000 feet after 1 hour's immersion in water.

E-33b. Type SFPS-4 to 100 Inclusive.-

E-33b(1). Construction.- Flameproof cable for switchboard and panel wiring shall be made up in accordance with Table XVI and the following:

First. The conductor, before insulating, shall conform to the standard (Table IV), as designated in the third column of Table XVI.
Second. A wall of varnished-cambric insulation (C-6), minimum of 2 thicknesses, with its lubricating compound (C-7).
Third. A wall of felted asbestos, compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer (C-10). Manufacturer's identification (D-5d).
Fourth. A close cotton braid (C-14) treated with a suitable gray moisture and flame-retarding compound. Braid may be No. 30, two-ply.

Table XVI. - Type SFPS-4 to 100 Inclusive

| Type | Area | Standard copper conductor number (Table IV) | Diameter over varnished cambric (C-6) | Diameter over felted asbestos (C-10) | Diameter over cotton braid (C-14) |
|---|---|---|---|---|---|
| | Circular mils | | Inch | Inch | Inch |
| SFPS-4 | 4,494 | 4 (7) | 0.137 | 0.177 | 0.228 |
| SFPS-5 | 4,803 | 5 (19) | .140 | .180 | .231 |
| SFPS-6 | 6,088 | 6 (19) | .150 | .190 | .242 |
| SFPS-9 | 9,030 | 9 (7) | .168 | .208 | .260 |
| SFPS-14 | 14,350 | 14 (7) | .196 | .236 | .290 |
| SFPS-40 | 38,950 | 40 (19) | .306 | .386 | .448 |
| SFPS-60 | 59,940 | 60 (37) | .362 | .442 | .507 |
| SFPS-100 | 98,820 | 100 (61) | .443 | .523 | .591 |

E-33b(2). Bending.- The finished cable shall be capable of being bent, at room temperature, 360° around a mandrel having a diameter three times that of the cable itself, without pronounced cracking or opening up of the impregnated braid.

E-33b(3). Flame Resistance.- The finished cable shall meet the flame tests specified in Section F.

E-33b(4). Dielectric Strength.- The finished cable shall have a dielectric strength not less than the following:-

10,000 volts, alternating current, in continuous length, when spark tested.
[illegible] volts, alternating current, for 1 minute, in 5-foot, straight- [illegible] lengths.
[illegible] volts, alternating current, for 1 minute, in short length, on cable bent 90° around a mandrel having a diameter equal to the [illegible] diameter of the finished cable for sizes 4 to 9 inclus- [illegible] times the diameter for sizes 14 to 100 inclu-

REPRODUCED AT THE NATIONAL ARCHIVES

E-33b(5). Creepage.- The final finish on the outer surface of the completed cable shall be such as to provide a creepage path of high resistivity. A path 2-inches long (2-inch separation of ring-type electrodes) shall withstand for a period of 1 minute, at a temperature of 50° C. and relative humidity of 70 percent, a dielectric test of 5,000 volts alternating current without smoking, sparking, or other evidence of distress. (Paragraph F-13).

E-34. TYPE SHFA CABLE.

E-34a. Type SHFA-3.

E-34a(1). Construction.- The cable make up shall conform to the following:

First. Unit conductor No. SRL-3(7), Table XIII. Circuit identification (D-6b) and manufacturer's identification (D-5d).
Second. A wall of felted asbestos, compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer (C-10). The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified overall dimensions. Manufacturer's identification (D-5b).
Third. An impervious sheath (C-21). Diameter not to exceed 0.280-inch.
Fourth. Basket weave metal armoring (C-17). This armoring shall be suitably imbedded in the underlying impervious sheath. The overall dimensions of the finished cable shall not exceed 0.355-inch.
Fifth. Painting (C-18).

E-34b. Type SHFA-4 to 800 Inclusive.

E-34b(1). Construction.- The cable shall be made up in accordance with Table XVII and the following:-

First. The conductor, before insulating, shall conform to the standard (Table IV), as designated in the third column of Table XVII. Suitable separator, at manufacturers option.
Second. A wall of felted asbestos, compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer (C-10). Circuit identification (D-6b).
Third. A wall of varnished-cambric insulation (C-6).
Fourth. A wall of felted asbestos, applied as in "second" above (C-10). Manufacturer's identification (D-5b or D-5d). Suitable separator at manufacturers option.
Fifth. An impervious sheath (C-21).
Sixth. Basket-weave metal armoring (C-17). This armoring shall be suitably imbedded in the underlying impervious sheath. The overall dimensions of the finished cable shall not exceed the value shown in the last column of Table XVII nor be less than 92-1/2 percent of these dimensions.
Seventh. Painting (C-18).

REPRODUCED AT THE NATIONAL ARCHIVES

TABLE XVII. - TYPE SHFA CABLES

| Types | Area | Standard copper conductor number (Table IV) | Diameter over first felted asbestos (C-10) | Diameter over varnished cambric (C-6) | Diameter over second felted (C-10) | Diameter over impervious Sheath (C-21) | Diameter over metal armoring (C-17) |
|---|---|---|---|---|---|---|---|
| | Circular mils | | Inches | Inches | The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified overall dimensions. | Inches | Inches |
| SHFA-4.... | 4,494 | 4 (7) | 0.126 | 0.188 | | 0.430 | 0.500 |
| SHFA-9.... | 9,030 | 9 (7) | .198 | .306 | | .586 | .656 |
| SHFA-14... | 14,350 | 14 (7) | .226 | .334 | | .614 | .684 |
| SHFA-23... | 22,820 | 23 (7) | .261 | .369 | | .649 | .719 |
| SHFA-30... | 30,780 | 30(19) | .291 | .399 | | .679 | .749 |
| SHFA-40... | 38,950 | 40(19) | .316 | .424 | | .704 | .774 |
| SHFA-50... | 49,020 | 50(19) | .344 | .452 | | .732 | .802 |
| SHFA-60... | 59,940 | 60(37) | .372 | .480 | | .760 | .830 |
| SHFA-75... | 75,850 | 75(37) | .407 | .515 | | .795 | .865 |
| SHFA-100.. | 98,820 | 100(61) | .453 | .561 | | .841 | .911 |
| SHFA-125.. | 125,050 | 125(61) | .497 | .605 | | .885 | .955 |
| SHFA-150.. | 157,380 | 150(61) | .547 | .655 | | .935 | 1.005 |
| SHFA-200.. | 198,860 | 200(61) | .604 | .712 | | .992 | 1.062 |
| SHFA-300.. | 296,660 | 300(91) | .718 | .826 | | 1.106 | 1.176 |
| SHFA-400.. | 414,020 | 400(127) | .832 | .988 | | 1.268 | 1.338 |
| SHFA-500.. | 521,979 | 500(127) | .923 | 1.079 | | 1.359 | 1.429 |
| SHFA-650.. | 657,860 | 650(127) | 1.026 | 1.182 | | 1.462 | 1.532 |
| SHFA-800.. | 829,310 | 800(127) | 1.141 | 1.297 | | 1.577 | 1.647 |

NOTE:- For dimensional tolerances see also subparagraph D-2b.

E-34c. Cold Bend.- The finished cable shall satisfactorily meet the cold bend test (0° C., 32° F.) specified in Section F herein.

E-34d. Flame Resistance.- The finished cable shall meet the flame tests specified in Section F herein.

E-34e. Dielectric Strength.- The dielectric strength shall be not less than the following:

7,500 volts, alternating current, on short lengths, before flame tests.
1,500 volts, alternating current, on short lengths, after flame tests.
2,000 volts, alternating current on full-length reels to be shipped.

REPRODUCED AT THE NATIONAL ARCHIVES

E-34f. Drip and Exudation.- The finished cable shall meet the drip and exudation tests specified in paragraph F-10 herein.

E-34g. Insulation Resistance.- The insulation resistance between conductor and ground, at 15.5° C., on full reel lengths to be shipped, per 1,000 feet, shall not be less than the following:

| Type | Megohms | Type | Megohms |
|---|---|---|---|
| SHFA-4 | 300 | SHFA-100 | 125 |
| SHFA-9 | 250 | SHFA-125 | 110 |
| SHFA-14 | 225 | SHFA-150 | 100 |
| SHFA-23 | 200 | SHFA-200 | 90 |
| SHFA-30 | 180 | SHFA-300 | 80 |
| SHFA-40 | 170 | SHFA-400 | 70 |
| SHFA-50 | 160 | SHFA-500 | 65 |
| SHFA-60 | 150 | SHFA-650 | 60 |
| SHFA-75 | 135 | SHFA-800 | 50 |

E-35. TYPE SHEL.

E-35a. Construction.- The cable shall be made up in accordance with Table XVIII and the following:-

First. The conductor, before insulating, shall conform to the standard (Table IV), designated in the third column of Table XVIII. It may be provided with a thin separator, at manufacturer's option.
Second. A wall of felted asbestos, compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer (C-10). Circuit identification (D-6c).
Third. A wall of varnished cambric insulation (C-6). Manufacturer's identification (D-5b or D-5d) within this wall.
Fourth. A wall of felted asbestos applied as in "second" above (C-10).
Fifth. An impervious sheath (C-21).
Sixth.- A soft lead sheath (C-19).



REPRODUCED AT THE NATIONAL ARCHIVES

TABLE XVIII. - TYPE SHFL CABLES

| Types | Area | Standard copper conductor number (Table IV). | Diameter over first felted asbestos (C-10) | Diameter over varnished cambric (C-6) | Diameter over second felted (C-10) | Diameter over impervious sheath (C-21) | Diameter over lead sheath (C-19) |
|---|---|---|---|---|---|---|---|
| | Circular mils. | | Inches | Inches | Inches | Inches | Inches |
| SHFL-400 | 414,020 | 400(127) | 0.832 | 0.988 | 1.078 | 1.268 | 1.456 |
| SHFL-500 | 521,979 | 500(127) | .923 | 1.079 | 1.169 | 1.359 | 1,547 |
| SHFL-650 | 657,860 | 650(127) | 1.026 | 1.182 | 1.272 | 1.462 | 1.650 |
| SHFL-800 | 829,310 | 800(127) | 1.141 | 1.297 | 1.387 | 1.577 | 1.765 |
| SHFL-1000 | 1,046,000 | 1000(127) | 1.277 | 1.433 | 1.523 | 1.713 | 1.901 |

NOTE:- For dimensional tolerances see also subparagraph D-2b.

E-35b. Cold Bend.- The finished cable shall satisfactorily meet the cold bend test (0° C., 32° F.) specified in Section F.

E-35c. Flame Resistance.- The finished cable shall meet the flame tests specified in Section F.

E-35d. Dielectric Strength.- The dielectric strength shall be not less than the following:-

10,000 volts, alternating current, on short lengths, before flame tests.
1,500 volts, alternating current, on short lengths, after flame tests.
3,000 volts, alternating current on full-length reels to be shipped.

E-35e. Drip and Exudation.- The finished cable shall meet the drip and exudation tests specified in paragraph F-10 herein.

E-35f. Insulation Resistance.- The insulation resistance between conductor and ground, at 15.5° C., on full reel lengths to be shipped, per 1000 feet, shall be not less than the following:-

| Type | Megohms |
|---|---|
| SHFL-400 | 105 |
| SHFL-500 | 100 |
| SHFL-650 | 90 |
| SHFL-800 | 75 |
| SHFL-1000 | 60 |

REPRODUCED AT THE NATIONAL ARCHIVES

E-36. TYPE DHFA CABLE.

E-36a. Type DHFA-3.

E-36a(1). Construction.- The cable make-up shall conform to the following:

First. Unit conductor No. SRI-3(7), Table XIII. Circuit identification (D-6b). Manufacturer's identification (D-5b or D-5d) unless accomplished under "fourth".

Second. A wall of felted asbestos, compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer (C-10). Diameter not to exceed 0.140-inch.

Third. Two such insulated conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Circularity of cross-section shall be obtained by the use of impregnated asbestos fillers (C-9).

Fourth. A wall of felted asbestos (C-10) applied as in "second" above. The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified overall dimensions.

Fifth. An impervious sheath (C-21). Diameter not to exceed 0.460-inch.

Sixth. Basket weave metal armoring (C-17). This armoring shall be suitably embedded in the underlying impervious sheath. The overall dimensions of the finished cable shall not exceed 0.530-inch.

Seventh. Painting (C-18).

[illegible] Cold Bend.- The finished cable shall meet the cold bend tests [illegible]specified in Section F herein.

[illegible] Flame Resistance.- The finished cable shall meet the flame tests [illegible]ion F.

[illegible] Dielectric Strength.- The dielectric strength shall be not less [illegible]g:

[illegible] volts, alternating current between conductors, and to ground, on short lengths, before flame tests.

[illegible]000 volts, alternating current between conductors, and to ground, on short lengths, after flame tests.

[illegible]000 volts, alternating current between conductors, and to ground, on full length coils or reels to be shipped.

REPRODUCED AT THE NATIONAL ARCHIVES

E-36a(5). Insulation Resistance.- The insulation resistance at 15.5° C., between conductors, and between each conductor and ground, shall be not less than 100 megohms per 1000 feet.

E-36b. Types DHFA-4 to 400 Inclusive.-

E-36b(1). Construction.- The cable shall be made up in accordance with Table XIX and the following:

First. Each conductor of the pair, before insulating, shall conform to the standard (Table IV), as designated in the third column of Table XIX.

Second. Each such conductor shall have:

(a) A wall of felted asbestos (C-10) compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer. Circuit identification (C-6b).
(b) A wall of varnished-cambric insulation (C-6).
(c) A wall of felted asbestos (C-10), applied as in (a) above.

Third. Two such insulated conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Circularity of cross section shall be obtained by the use of impregnated asbestos fillers (C-9).

Fourth. A wall of felted asbestos (C-10), applied as in "second (a)" above. This wall shall be of such thickness as is necessary to permit strict adherence to the overall dimensions of the finished cable specified in the last column of Table XIX. Manufacturer's identification D-5b.

Fifth. An impervious sheath (C-21).

Sixth. Basket-weave metal armoring (C-17). This armoring shall be suitably embedded in the underlying impervious sheath. The overall dimensions of the finished cable shall not exceed the values shown in the last column of Table XIX nor be less than 92-1/2 percent of these dimensions.

Seventh. Painting (C-18).

REPRODUCED AT THE NATIONAL ARCHIVES

TABLE XIX - TYPE DHFA.

| Type | Area | Individual Conductors: Standard copper conductor number (Table IV) | Individual Conductors: Diameter over first felted asbestos (C-10) | Individual Conductors: Diameter over varnished cambric (C-6) | Individual Conductors: Diameter over second felted asbestos | Grouped Conductors: Two conductors twisted together, diameter over third asbestos felting (C-10) | Grouped Conductors: Diameter over impervious sheath (C-21) | Grouped Conductors: Diameter over metal braid (C-17) |
|---|---|---|---|---|---|---|---|---|
| | Circular mils | | Inch | Inch | Inches | | Inches | Inches |
| DHFA-4 | 4,494 | 4 (7) | 0.106 | 0.154 | 0.214 | The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified overall dimensions. | 0.708 | 0.778 |
| DHFA-9 | 9,030 | 9 (7) | .138 | .186 | .246 | | .772 | .842 |
| DHFA-14 | 14,350 | 14 (7) | .166 | .226 | .286 | | .852 | .922 |
| DHFA-23 | 22,820 | 23 (7) | .201 | .261 | .321 | | .922 | .992 |
| DHFA-30 | 30,780 | 30(19) | .241 | .313 | .373 | | 1.038 | 1.108 |
| DHFA-40 | 38,950 | 40(19) | .266 | .338 | .398 | | 1.098 | 1.168 |
| DHFA-50 | 49,020 | 50(19) | .294 | .366 | .426 | | 1.154 | 1.224 |
| DHFA-60 | 59,940 | 60(37) | .332 | .404 | .484 | | 1.270 | 1.340 |
| DHFA-75 | 75,850 | 75(37) | .367 | .457 | .537 | | 1.404 | 1.474 |
| DHFA-100 | 98,820 | 100(61) | .423 | .513 | .593 | | 1.516 | 1.586 |
| DHFA-125 | 125,050 | 125(61) | .467 | .557 | .637 | | 1.604 | 1.674 |
| DHFA-150 | 157,380 | 150(61) | .537 | .627 | .717 | | 1.784 | 1.854 |
| DHFA-200 | 198,860 | 200(61) | .594 | .684 | .774 | | 1.898 | 1.968 |
| DHFA-250 | 250,710 | 250(61) | .667 | .757 | .847 | | 2.072 | 2.142 |
| DHFA-300 | 296,660 | 300(91) | .718 | .826 | .916 | | 2.210 | 2.280 |
| DHFA-400 | 414,020 | 400(127) | .832 | .940 | 1.030 | | 2.438 | 2.508 |

**NOTE:-** For dimensional tolerances see also subparagraph D-2b.

REPRODUCED AT THE NATIONAL ARCHIVES

E-36b(2). Cold Bend.- The finished cable shall meet the cold bend tests (0° C., 32° F.) specified in Section F herein.

E-36b(3). Flame Resistance.- The finished cable shall meet the flame tests specified in Section F herein.

E-36b(4). Dielectric Strength.- The dielectric strength shall be not less than the following:

7,500 volts, alternating current between conductors, and to ground, on short lengths, before flame tests.
1,500 volts, alternating current between conductors, and to ground, on short lengths, after flame tests.
2,000 volts, alternating current between conductors, and to ground, on full length reels to be shipped.

E-36b(5). Drip and Exudation.- The finished cable shall meet the drip and exudation tests specified in Section F.

E-36b(6). Insulation Resistance.- The insulation resistance at 15.5° C. between conductors, and between each conductor and ground, per 1,000 feet, shall be not less than the following:

| Type | Megohms | Type | Megohms |
|---|---|---|---|
| DHFA-4 | 200 | DHFA-75 | 175 |
| DHFA-9 | 300 | DHFA-100 | 160 |
| DHFA-14 | 275 | DHFA-125 | 150 |
| DHFA-23 | 250 | DHFA-150 | 135 |
| DHFA-30 | 225 | DHFA-200 | 125 |
| DHFA-40 | 215 | DHFA-250 | 120 |
| DHFA-50 | 200 | DHFA-300 | 110 |
| DHFA-60 | 190 | DHFA-400 | 100 |

E-37. TYPE THFA.

E-37a. Type THFA-3.

E-37a(1). Construction.- The cable make up shall conform to the following:

First and second. Same as DHFA-3.
Third. Three such insulated conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Circularity of cross-section shall be obtained by the use of impregnated asbestos fillers (C-9).

REPRODUCED AT THE NATIONAL ARCHIVES

Fourth. A wall of felted asbestos (C-10) applied as in "second" above. The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified overall dimensions. Manufacturer's identification (D-5b).

Fifth. An impervious sheath (C-21). Diameter not to exceed 0.490-inch.

Sixth. Basket weave metal armoring (C-17). This armoring shall be suitably embedded in the underlying impervious sheath. The overall dimensions of finished cable shall not exceed 0.560-inch.

Seventh. Painting (C-18).

E-37a(2). Cold Bend.- Same as E-30a(2).

E-37a(3). Flame Resistance.- Same as E-30a(3).

E-37a(4). Dielectric Strength.- Same as E-30a(4).

E-37a(5). Insulation Resistance.- Same as E-30a(5).

E-37b. Types THFA-4 to 400 Inclusive.-

E-37b(1). Construction.- The cable shall be made up in accordance with Table XX and the following:

First. Each conductor of the group, before insulating, shall conform to the standard (Table IV), as designated in the third column of Table XX.

Second. Each such conductor shall have:

(a) A wall of felted asbestos (C-10) compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer. Circuit identification (D-6b).

(b) A wall of varnished cambric insulation (C-6).

(c) A wall of felted asbestos (C-10), applied as in (a) above.

Third. Three such insulated conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Circularity of cross section shall be obtained by the use of impregnated asbestos fillers (C-9).

Fourth. A wall of felted asbestos (C-10) applied as in "second (a)" above. The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified overall dimensions. Manufacturer's identification (D-5b).

Fifth. An impervious sheath (C-21).

Sixth. Basket weave, metal armoring (Par. C-17). This armoring shall be suitably imbedded in the underlying impervious sheath. The overall dimensions of the finished cable shall be not greater than the values shown in the last column of Table XX nor less than 92-1/2 percent of these values.

Seventh. Painting (Par. C-18).

REPRODUCED AT THE NATIONAL ARCHIVES

TABLE XX. - TYPE THFA.

| Types | Area | Individual Conductors: Standard copper conductor number (Table IV) | Individual Conductors: Diameter over first felted asbestos | Individual Conductors: Diameter over varnished cambric | Individual Conductors: Diameter over second felted asbestos | Grouped Conductors: Three conductors twisted together diameter over third asbestos felting | Grouped Conductors: Diameter over impervious sheath (C-21) | Grouped Conductors: Diameter over metal braid |
|---|---|---|---|---|---|---|---|---|
| | Circular mils | | Inch | Inch | Inches | | Inches | Inches |
| THFA-4 | 4,494 | 4 (7) | 0.106 | 0.154 | 0.214 | The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified overall dimensions. | 0.742 | 0.812 |
| THFA-9 | 9,030 | 9 (7) | .138 | .186 | .246 | | .811 | .881 |
| THFA-14 | 14,350 | 14 (7) | .166 | .226 | .286 | | .898 | .968 |
| THFA-23 | 22,820 | 23 (7) | .201 | .261 | .321 | | .973 | 1.043 |
| THFA-30 | 30,780 | 30(19) | .241 | .313 | .373 | | 1.098 | 1.168 |
| THFA-40 | 38,950 | 40(19) | .266 | .338 | .398 | | 1.162 | 1.232 |
| THFA-50 | 49,020 | 50(19) | .294 | .366 | .426 | | 1.222 | 1.292 |
| THFA-60 | 59,940 | 60(37) | .332 | .404 | .484 | | 1.347 | 1.417 |
| THFA-75 | 75,8[illegible]0 | 75(37) | .367 | .457 | .537 | | 1.490 | 1.560 |
| THFA-100 | 98,820 | 100(61) | .423 | .513 | .593 | | 1.611 | 1.681 |
| THFA-125 | 125,050 | 125(61) | .467 | .557 | .637 | | 1.706 | 1.776 |
| THFA-150 | 157,380 | 150(61) | .537 | .627 | .717 | | 1.899 | 1.969 |
| THFA-200 | 198,860 | 200(61) | .594 | .684 | .774 | | 2.022 | 2.092 |
| THFA-250 | 250,710 | 250(61) | .667 | .757 | .847 | | 2.208 | 2.278 |
| THFA-300 | 296,660 | 300(91) | .718 | .826 | .916 | | 2.357 | 2.427 |
| THFA-400 | 414,020 | 400(127) | .832 | .940 | 1.030 | | 2.603 | 2.673 |

NOTE:- For dimensional tolerances see also subparagraph D-2b.

REPRODUCED AT THE NATIONAL ARCHIVES

E-37b(2). Cold Bend.- The finished cable shall meet the cold bend (0° C., 32° F.) tests specified in Section F herein.

E-37b(3). Flame Resistance.- The finished cable shall meet the flame tests specified in Section F herein.

E-37b(4). Dielectric Strength.- The dielectric strength shall be not less than the following:

7,500 volts, alternating current between conductors, and to ground, on short lengths, before flame tests.
1,000 volts, alternating current between conductors, and to ground, on short lengths, after flame tests.
2,000 volts, alternating current between conductors, and to ground, on full-length reels to be shipped.

E-37b(5). Drip and Exudation.- The finished cable shall meet the drip and exudation tests specified in paragraph F-10 herein.

E-37b(6). Insulation Resistance.- The insulation resistance, at 15.5° C., per 1,000 feet, between conductors and between each conductor and ground shall be not less than the following:

| Type | Megohms | Type | Megohms |
|---|---|---|---|
| THFA-4 | 200 | THFA-75 | 175 |
| THFA-9 | 300 | THFA-100 | 160 |
| THFA-14 | 275 | THFA-125 | 150 |
| THFA-23 | 250 | THFA-150 | 135 |
| THFA-30 | 225 | THFA-200 | 125 |
| THFA-40 | 215 | THFA-250 | 120 |
| THFA-50 | 200 | THFA-300 | 110 |
| THFA-60 | 190 | THFA-400 | 100 |

E-38. TYPE FHFA.

E-38a. Type FHFA-3.

E-38a(1). Construction.- The cable make-up shall conform to the following:

First and second.- Same as DHFA-3.
Third. Same as DHFA-3 except use four insulated conductors.
Fourth. A wall of felted asbestos (C-10) applied as in "second" above. The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified over-all dimensions. Manufacturer's identification (D-5b).
Fifth. An impervious sheath (C-21). Diameter not to exceed 0.540-inch.
Sixth. Basket weave metal armoring (C-17). This armoring shall be suitably embedded in the underlying impervious sheath. The overall dimensions of the finished cable shall not exceed 0.610-inch.
Seventh. Painting (C-18).

REPRODUCED AT THE NATIONAL ARCHIVES

E-38a(2). Cold Bend.- Same as E-36a(2).

E-38a(3). Flame Resistance.- Same as E-36a(3).

E-38a(4). Dielectric Strength.- Same as E-36a(4).

E-38a(5). Insulation Resistance.- Same as E-36a(5).

E-38b. Type FHFA-4.

E-38b(1). Construction.- The cable shall be made up as follows:

First. Each conductor of the group, before insulating, shall conform to standard copper conductor number 4 (7), Table IV.

Second. Each such conductor shall be individually insulated as follows:

(a) A wall of felted asbestos (C-10), compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer, to a diameter of 0.106-inch. Circuit identification (D-6b).

(b) A wall of varnished-cambric insulation (C-5) to a diameter of 0.154-inch.

(c) A wall of felted asbestos (C-10) applied as in (a) above to a diameter of 0.214-inch.

Third. Four such individually insulated conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Circularity of cross section shall be obtained by the use of impregnated asbestos fillers (C-9).

Fourth. A wall of felted asbestos (C-10) applied as in "second (a)" above. The thickness of this felted asbestos wall shall be such as necessary to permit strict adherence to the specified overall dimensions for the finished cable. Manufacturer's identification (D-5b).

Fifth. An impervious sheath (C-21).

Sixth. Basket weave, metal armoring (Par. C-17). This armoring shall be suitably imbedded in the underlying special sheath. The overall dimensions of the finished cable shall be not greater than 0.865-inch.

Seventh. Painting (C-18).

E-38b(2). Cold Bend.- The finished cable shall meet the cold bend tests (0° C., 32° F.) specified in Section F herein.

E-38b(3). Flame Resistance.- The finished cable shall meet the flame tests specified in Section F.

E-38b(4). Dielectric Strength.- The dielectric strength shall be not less than the following:

7,500 volts, alternating current, between conductors, and to ground, on short lengths, before flame tests.

1,000 volts, alternating current, between conductors, and to ground, on short lengths, after flame tests.

2,000 volts, alternating current, between conductors, and to ground, on full-length reels to be shipped.

REPRODUCED AT THE NATIONAL ARCHIVES

E-38b(5). Drip and Exudation.- The finished cable shall meet the drip and exudation tests specified in paragraph F-10 herein.

E-38b(6). Insulation Resistance.- The insulation resistance, at 15.5° C. shall be not less than 100 megohms per 1,000 feet, between conductors, and between each conductor and ground.

E-39. TYPE MHFA CABLE.

E-39a. Types MHFA-2 and MHFA-4.- These type designations are obsolete. The new designations are DHFA-3 and FHFA-3, respectively. See sections E-36 and E-37, respectively.

E-39b. Types MHFA-7 to MHFA-44, Inclusive.-

E-39b(1). Construction.- The cable shall be made up in accordance with Table XXI and the following:

First. Unit conductor number SRI-3(7), Table XIII.

Second. A wall of felted asbestos, compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer (C-10). Diameter shall not exceed 0.145-inch.

Third. Circuit identification (D-6d), color coded braid except that rayon or cellulose acetate yarn shall be used. The braid shall be saturated with a flame retarding compound.

Fourth. The specified number of such individually insulated conductors shall be laid up with a lay not greater than 16 times the pitch diameter. Circularity of cross section shall be obtained by the use of impregnated asbestos fillers (C-9). The grouped conductors shall be bound together by a thin, single faced friction tape, cellophane, or other material specifically approved for the purpose by the bureau concerned.

Fifth. A wall of felted asbestos (C-10), compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer. The thickness of this felted asbestos wall shall be such as is necessary to permit strict adherence to the specified overall dimensions for the finished cable. Manufacturer's identification (D-5b).

Sixth. An impervious sheath (C-21).

Seventh. Basket-weave metal armoring (C-17). This armoring shall be suitably embedded in the underlying impervious sheath. The overall dimensions of the finished cables shall not exceed the values shown in the last column of Table XXI nor be less than 92-1/2 percent of these dimensions.

Eighth. Painting (C-18).

REPRODUCED AT THE NATIONAL ARCHIVES

TABLE XXI. - TYPE MHFA CABLES.

| Types | Number of insulated conductors | Diameter over impervious sheath (C-21) | Diameter over metal armoring (C-17) |
|---|---|---|---|
| | | Inches | Inches |
| MHFA-2 (See DHFA-3) | 2 | - - | - - |
| MHFA-4 (See FHFA-3) | 4 | - - | - - |
| MHFA-7 | 7 | .789 | .859 |
| MHFA-10 | 10 | .967 | 1.037 |
| MHFA-14 | 14 | 1.048 | 1.118 |
| MHFA-19 | 19 | 1.139 | 1.209 |
| MHFA-22 | 22 | 1.259 | 1.329 |
| MHFA-26 | 26 | 1.354 | 1.424 |
| MHFA-30 | 30 | 1.386 | 1.456 |
| MHFA-37 | 37 | 1.499 | 1.569 |
| MHFA-44 | 44 | 1.664 | 1.734 |

NOTE:- For dimensional tolerances see also subparagraph D-2b.

E-39c. Bending.- The individually insulated conductors shall withstand, at room temperatures, bending 360° around a mandrel having a diameter 3 times that of the insulated conductor without pronounced cracking or opening up of the impregnated braid. The finished, multi-conductor cable shall meet the cold bend tests (0° C., 32° F.) specified in Section F herein.

E-39d. Flame Resistance.- The finished, multi-conductor cable shall meet the flame tests specified in Section F.

E-39e. Dielectric Strength.- The finished, multi-conductor cable shall have a dielectric strength not less than the following:

5,000 volts for 10 seconds, alternating current, between conductors, and to ground on short lengths before flame test.
1,000 volts, alternating current, between conductors, and to ground, on short lengths, after flame tests.
2,000 volts, alternating current, between conductors, and to ground, on full-length reels to be shipped.

REPRODUCED AT THE NATIONAL ARCHIVES

E-39f. Drip and Exudation.- The finished cable shall meet the drip and exudation tests specified in paragraph F-10 herein.

E-39g. Insulation Resistance.- The insulation resistance at 15.5° C., between conductors, and between outermost conductors and ground, shall be not less than 100 megohms per 1,000 feet.

E-40. TYPE TTHFA.

E-40a. Construction.- The cable shall be made up in accordance with the following:

First. Each conductor of the pair shall conform to Type TSW (E-41).

Second. Two such insulated conductors shall be twisted together, with a lay not greater than six inches, to form a pair. If the lay exceeds 3 inches, the pair shall be laced together with a spiralled thread or other suitable binder, as a means of distinguishing pairs. No particular color scheme is required for such binder. The color coding shall comply with subpar. E-41f.

Third. The several pairs, in number as indicated in the second column of Table XXII shall be twisted together with a lay not greater than 10 inches. Circularity of cross-section shall be obtained by the use of impregnated asbestos fillers, if used, (Par. C-9). The grouped pairs shall be bound together by a thin, single faced friction tape, cellophane, or other material specifically approved for the purpose by the bureau concerned.

Fourth. A wall of felted asbestos (Par. C-10) compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer. Manufacturer's identification (D-5b).

Fifth. An impervious sheath, (C-21).

Sixth. Basket weave metal armoring (Par. C-17). This armoring shall be suitably embedded in the underlying impervious sheath. The overall dimensions of the finished cables shall not exceed the values shown in the last two columns of the Table XXII nor be less than 92-1/2 percent of those dimensions.

Seventh. Painting. (C-18).

REPRODUCED AT THE NATIONAL ARCHIVES

TABLE XXII. - TYPE TTHFA

| Type | Number of pairs | Diameter over felted asbestos | Diameter over impervious sheath (C-21) | Diameter over metal braid |
|---|---|---|---|---|
| | | | Inch | Inch |
| TTHFA-1 | 1 | The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified overall dimensions. | 0.392 | 0.462 |
| TTHFA-3 | 3 | | .483 | .558 |
| TTHFA-5 | 5 | | .528 | .598 |
| TTHFA-10 | 10 | | .612 | .682 |
| TTHFA-15 | 15 | | .666 | .736 |
| TTHFA-20 | 20 | | .712 | .782 |
| TTHFA-25 | 25 | | .762 | .832 |
| TTHFA-30 | 30 | | .792 | .862 |
| TTHFA-40 | 40 | | .862 | .932 |
| TTHFA-50 | 50 | | .942 | 1.012 |
| TTHFA-60 | 60 | | 1.092 | 1.162 |

E-40b. Continuity.- Care shall be taken in the cabling of the many small conductors, to preserve their electrical continuity throughout the length of the completed cable (Subpar. F-22c.).

E-40c. Cold Bend.- The finished cable shall meet the cold bend tests (0° C., 32° F.) specified in Section F herein.

E-40d. Dielectric Strength.- The dielectric strength between the conductors of a pair, and between pairs, on full length reels to be shipped, shall be not less than 1,000 volts A.C. and from all conductors to ground, not less than 2,000 volts, 60 cycle A.C. for 1 minute.

E-40e. Insulation Resistance.- The insulation resistance at 15.5° C. between the conductors of a pair, and between pairs, shall be not less than 100 megohms per 1,000 feet; and from all conductors to ground, not less than 100 megohms.

SILK, COTTON AND ENAMEL INSULATED WIRES AND CABLES.

E-41. TYPE TSW.

E-41a. Copper Conductor.- The conductor, before insulating, shall conform to standard copper conductor number 3/5 (1) Table IV. It shall be suitably tinned.

REPRODUCED AT THE NATIONAL ARCHIVES

TABLE XXIII. - TYPES TPTP AND TPTA

| Types | Number of pairs | Diameter over varnished cambric tape (C-6) | Diameter over rubber filled tape (C-8) | Diameter over reinforced rubber sheath (C-16) | Diameter over rubber filled tape (C-8) | Diameter over cotton braid (C-14) | Diameter over metal armoring (C-17) |
|---|---|---|---|---|---|---|---|
| | | Inch | Inch | Inches | Inches | Inches | Inches |
| TPTA-1.......... | 1 | 0.132 | 0.172 | [1]0.266 | 0.306 | .......... | 0.376 |
| TPTP-TPTA-3...... | 3 | .228 | .268 | [1].362 | .402 | 0.442 | .472 |
| TPTP-TPTA-5...... | 5 | .268 | .308 | .558 | .598 | .638 | .668 |
| TPTP-TPTA-10..... | 10 | .352 | .392 | .642 | .682 | .742 | .752 |
| TPTP-TPTA-15..... | 15 | .406 | .446 | .696 | .732 | .792 | .802 |
| TPTP-TPTA-20..... | 20 | .452 | .492 | .742 | .782 | .842 | .852 |
| TPTP-TPTA-25..... | 25 | .502 | .542 | .792 | .832 | .892 | .902 |
| TPTP-TPTA-30..... | 30 | .532 | .572 | .822 | .862 | .922 | .932 |
| TPTP-TPTA-40..... | 40 | .603 | .642 | .892 | .932 | .992 | 1.002 |
| TPTP-TPTA-50..... | 50 | .682 | .722 | .972 | 1.012 | 1.072 | 1.082 |
| TPTP-TPTA-60..... | 60 | .732 | .772 | 1.022 | 1.062 | 1.128 | 1.132 |

[1] Denotes 40-percent rubber insulation.

E-42b. Continuity.- Care shall be taken, in the cabling of the many small conductors, to preserve their electrical continuity throughout the length of the completed cable (F-7d).

E-42c. Dielectric strength.- The dielectric strength between the conductors of a pair and between pairs on full-length reels to be shipped, shall be not less than 1,500 volts alternating current.

E-42d. Insulation resistance.- The insulation resistance at 15.5° C. between the conductors of a pair, and between pairs, shall be not less than 100 megohms per 1,000 feet; and from all conductors to ground, not less than 1,000 megohms per 1000 feet of conductor.

F. METHODS OF SAMPLING, INSPECTION, AND TESTS

F-1. GENERAL.

F-1a. Classification.- The methods of sampling, inspection, and tests conducted upon electric cable shall be considered as falling within the following general classification:

Qualification tests at a Government laboratory.
Inspection tests at a Government laboratory.
Inspection at place of manufacture.

REPRODUCED AT THE NATIONAL ARCHIVES

F-1b. Methods.- The specific methods to be employed, for the several types of cable involved, shall be as specified herein for the particular characteristics under examination.

F-2. QUALIFICATION TESTS AT A GOVERNMENT LABORATORY.

F-2a. Suitability.- The tests to determine suitability for naval use shall be made at a Government laboratory designated by the bureau concerned; except where otherwise specifically required or approved, this shall be the Material Laboratory, Navy Yard, New York, N. Y.

F-2b. List of tests.- The following tests, as applicable to the particular types of cable involved, shall be conducted in the Government laboratory:

General inspection (F-3).
Rubber insulation (F-4), where used.
Varnished-cambric insulation (F-5), where used.
Synthetic resin insulation (F-6).
Asbestos (F-7), where used.
Tough rubber sheath (F-8), where used.
Reinforced rubber sheath (F-9), where used.
Impervious sheath, (C-21) (F-10).
Metal armoring (F-11), where used.
Drip (F-12), where specified.
Bending (F-13), where specified.
Moisture absorption (F-14), where specified.
Creepage (F-15), where specified.
Capacitance (F-16), where specified.
Flammability (F-17), where specified.
Dielectric tests (F-18).
Insulation resistance (F-19).

F-3. GENERAL INSPECTION.

All cables shall be given a thorough general inspection to ascertain that the materials, workmanship, and design are in strict conformity with the specifications. Particular care shall be taken to ascertain that the dimensions are in accordance with the specified values and that all conductors are well centered in their respective insulating walls. The general inspection shall also include the conductance of such examinations and tests as are not otherwise specifically provided for in Section F of this specification, but which may be considered necessary to ascertain that all the requirements of Sections C, D, and E herein, have been met.

REPRODUCED AT THE NATIONAL ARCHIVES

F-4. RUBBER INSULATION.

F-4a. Chemical analysis.- Samples of the rubber insulation taken from the finished cable, (unless previously analyzed and found to conform with specifications prior to the application of subsequent coatings), shall be subjected to careful chemical analysis to ascertain if the chemical requirements specified in paragraphs C-3, C-4, or C-5, as applicable, have been complied with. The method of conducting such chemical analysis shall be as specified in Federal Specification ZZ-R-601, referred to in Section A.

F-4b. Physical tests.- Specimens shall be tested for the following physical properties:

Tensile strength.
Set.
Elongation.
Aging.

F-4c. Rate.- The specimens shall be stretched at a rate of 20-inches per minute in a testing machine having jaws 4-inches apart, in a room having a temperature as nearly 22° C. as practicable.

F-4d. Tensile strength and elongation.- A test piece, having bench marks 2-inches apart, shall be placed in a testing machine and stretched until the specimen breaks. A scale shall be used to measure the elongation at instant of rupture. The break shall be between the bench marks, and the tensile strength calculated from the area of the original sample.

F-4e. Set test.- The test specimen, having a length of not less than 6-inches, marked with bench marks 2-inches apart, shall be placed in the jaws of a testing machine and stretched until the bench marks are 6-inches apart. After the termination of this stretch the test specimen shall be released within 5 seconds and the set determined 1 minute after the beginning of release.

F-4f. Test specimen.- The test specimen may be the entire section of the insulation in the case of small wires or, in the case of large wire or cable, either a segment of a section cut with a sharp knife held tangentially to the conductor, or a shaped specimen cut out with a standard die. The test specimen shall be as free as possible from the surface incisions and imperfections.

F-4g. Size of specimen.- The size of sample shall be of an area not less than 0.010 square inch and not more than 0.030 square inch. When not possible to use samples of this size, they shall be as large as practicable.

REPRODUCED AT THE NATIONAL ARCHIVES

F-4h. Condition and age of specimens.- Specimens shall not be heated, immersed in water, or subjected to any mechanical or chemical treatment not specifically prescribed herein. No tests shall be made within 48 hours after vulcanization unless agreed to by the manufacturer.

NOTE.- When the diameter of wire is too small to permit specimens being cut with a die, the insulation is tested as a whole. The general method for removing the insulation as a whole shall be as follows: The insulation is removed for a distance of 1/2-inch at each end of a 7-inch length of wire and a slight nick is made in the wire at one end of the insulation. The uncovered ends are gripped in the jaws of the tensile-strength machine and the wire pulled until it breaks at the nick. The stretching of the wire reduces its cross section and thus facilitates the removal of the insulation. The ends of the wire should be rounded before pulling it through the insulation as the rough end might cut the rubber. In instances where the adhesion between the wire and rubber is so great that the insulation cannot be easily removed after the above treatment, the sample should be immersed in mercury, which forms an amalgam with the tin coating on the wire. Within one-half hour the amalgamation usually progresses sufficiently to permit removal of insulation.

F-4i. Buffing.- In event of any irregularities on the surface of the test specimen it shall be made smooth and of uniform thickness within 5 percent of the original thickness by buffing, except when large strands are used, in which case the rubber sample shall be buffed sufficiently to remove all corrugations.

F-4j. Calculation of area.- Calculation of the area of the test specimen shall be made as follows:

(1) Where the total cross section of the insulation is used, the area shall be taken as the difference between the area of the circle whose diameter is the minimum average outside diameter of the insulation and the area of the conductor. The area of a stranded conductor shall be figured from its maximum diameter.

NOTE:- The following formula may be used to advantage:
$A = 0.7854\ (D + d)\ (D - d)$, where
$A$ = Area of cross section, in square inches.
$D$ = Outside diameter of insulation, in inches.
$d$ = Diameter over copper.

(2) Where a slice cut from the insulation by a knife held tangent to the wire is used, and the slice so cut has the cross section of a segment of a circle, the area shall be calculated as that of the segment of a circle whose diameter is that of the insulation. The height of the segment is the wall of insulation on the side from which the slice is taken. (The values may be obtained from a table giving the areas of segments of a unit circle for the ratio of the height of the segment to the diameter of the circle.)

REPRODUCED AT THE NATIONAL ARCHIVES

NOTE:- The following formula may be used to advantage:

$$A = \frac{Arc}{4D}(D + d)(D - d), \text{ where}$$

A = Area of cross section, in square inches.
D = Outside diameter of insulation, in inches.
d = Diameter over copper.
Arc = Width of test piece corresponding to outside diameter D.

(3) Where the cross section of the slice is not a segment of a circle, the area shall be calculated from a direct measurement of the volume or from the specific gravity and the weight of a known length of the specimen having a uniform cross section.

(4) Where a portion of a sector of a circle has to be taken, as where the conductor is large and the insulation thin, the area shall be calculated as the thickness times the width. (This applies either to a straight-test piece or one stamped out with a die, and assumes that corrugations have been removed by buffing.

(5) Where a portion of a sector of a circle has to be taken, where the conductor is large and the insulation thick, the area shall be calculated as the proportional part of the area of the total cross section.

F-4k. Testing machine.- It shall be power driven and preferably of the pendulum type. A spring-balanced type of apparatus may be used if provided with a device which will indicate the actual maximum load at which rupture takes place and provision is made to prevent recoil of the spring. The testing machine shall be accurate within 1 percent of the breaking load.

F-4l. Aging.- Test specimens as specified in subparagraphs F-4e to F-4g, inclusive, shall be artificially aged under the conditions and for the periods as specified in paragraphs C-3, C-4, and C-5, respectively, as applicable. Re-tests, after such aging, shall then be conducted as outlined in subparagraphs F-4b to F-4k, inclusive, and the results recorded in the same manner as the data obtained upon similar samples before such aging.

F-5. VARNISHED CAMBRIC INSULATION.

F-5a. General.- Tests of the varnished cambric insulation (paragraph C-6) as such, cover samples removed from sections of the finished cable; such samples shall be subjected to the following tests:

Tensile strength.
Effect of hot petrolatum.
Dielectric strength.
Aging.

REPRODUCED AT THE NATIONAL ARCHIVES

F-5b. Tensile strength.- The tests shall be made in the same general manner as specified in paragraph F-6 herein for rubber insulation, except that the rate of separation of the jaws of the testing machine shall be approximately 12-inches per minute.

F-5c. Effect of hot petrolatum.- Samples of the varnished cambric shall be placed in hot petrolatum at a temperature of 150° C. for a period of 15 minutes. After the samples have been removed from the petrolatum and allowed to cool down to room temperature, the film of varnish on the fabric shall not be soft or tacky.

F-5d. Dielectric strength.-

F-5d(1). General.- The apparatus used and the method of measuring the voltage shall conform to the general requirements of subparagraphs F-16b and F-16c.

F-5d(2). Electrodes.- The electrodes shall be of brass or copper, 1/4-inch in diameter, rounded to a radius of 1/32-inch, with flat polished contact surfaces. The electrodes shall be self-aligning, and shall be placed exactly opposite one another, with the specimen in a horizontal plane between them. The electrodes shall be so mounted as to preclude any surface burning of the tape whatever, and to prevent flashovers. The electrodes shall be kept clean and polished. The edges of tapes shall be clamped between blocks of insulating material under a pressure of approximately 100 pounds per square inch to prevent flashover occurring before puncture.

F-5d(3). Voltage application.- Starting at zero, the voltage shall be increased uniformly to breakdown at a rate of 500 volts per second, except that if breakdown occurs at this rate in less than 40 seconds, the rate shall be decreased so that breakdown will occur in not less than 40 seconds. If the material fails at less than 5 kilovolts, the minimum time shall be reduced from 40 seconds to 20 seconds.

F-5d(4). Test average.- Unless otherwise specified, 10 tests shall be made and the average of these 10 puncturing voltages shall be taken. The tape thicknesses shall be measured near the point of puncture with a machinists' micrometer graduated to 0.001-inch and having anvil and spindle surfaces not less than 0.24-inch nor more than 0.26-inch in diameter. The number of thickness readings on the specimen shall be equal to the number of punctures made; these readings shall be distributed along the center line of the specimen in such manner as to represent closely the thickness at the points of puncture.

F-5d(5). Temperature.- The tests shall be conducted at 25° C. and 75° C., as specified in subparagraph C-6j.

F-5e. Aging.- Ten specimens of suitable length shall be heated to a temperature of not less than 124° C. (255° F.) nor more than 126° C. (259° F.) for a period of 150 hours, and then allowed to cool down to normal testing-room temperature. The specimens shall then be tested by bending them through not less than 180° around a 1/8-inch diameter mandrel. Five specimens shall be bent in the length direction and five in the width direction of the tape. The varnish film of the specimens shall not crack or peel (visible to naked eye) when subjected to this test.

REPRODUCED AT THE NATIONAL ARCHIVES

F-6. Synthetic resin insulation.-

F-6a. Chemical analysis.- Samples of the synthetic resin insulation taken from the finished cable shall be subjected to careful chemical analysis in order to establish the identity of the particular compound, and for subsequent use in determining the product uniformity of material delivered under contract.

F-6b. Physical tests.- Specimens shall be tested for the following physical properties:

Tensile strength.
Set.
Elongation.
Aging, stability, permanence.
Flame resistance.

F-6c. Test methods.- The preparation of specimens and methods of test for tensile strength, set and elongation shall be as specified in F-4 herein for rubber insulation. The details of analytical methods, aging, stability, permanence, flame resistance, etc. are in process of development and not yet available for issue.

F-7. ASBESTOS.

F-7a. Chemical analysis.- Samples of the asbestos taken from the finished cable shall be analyzed to determine the proportions of the several chemical constituents and also the percentage of asbestos. The impregnation (subparagraph C-10i) shall be removed and the washed and dried fiber shall be analyzed for asbestos content, total iron content and magnetic iron content.

F-7b. Asbestos content.- A 1-ounce sample shall be dried to constant weight in a weighed crucible at 100° C. (212° F.). The dried sample shall then be ignited in an electric furnace at 871° C. (1,600° F.) for 1 hour, and then cooled to room temperature in a desiccator and weighed. The weight of ash shall be divided by the factor of 0.86 to obtain the original weight of the asbestos fiber.

NOTE:- This factor is based on a proved average of 14 percent water of crystallization in chrysotile asbestos. To obtain the percentage of asbestos, divide the weight of asbestos by the weight of the dried sample.

F-7c. Total iron.- The total iron content shall be determined by the potassium dicromate oxidation method.

F-7d. Magnetic iron.- The percentage of magnetic iron shall be determined by the Mapes method; refer page 19, Asbestos, October 1932 (refer to paragraph H-4).

REPRODUCED AT THE NATIONAL ARCHIVES

[illegible]-7e. Degree of impregnation.- The percent saturant (impregnating [illegible] [illegible] and C-201) in each sample specimen of cable shall be determined [illegible]

Place a two gram sample in a 200 ml. glass beaker and dry [illegible] at 212° F. Add 75 ml. of oleic acid (U.S.P.) and heat (stirring occasionally) on hot plate at about 300° F. for two hours. Remove from hot plate and when cool add 75 ml. benzol (Navy specifications 51-B-3c) and filter through a quantitative filter paper fashioned to fit a Buchner funnel retaining residue in beaker. Add to residue in beaker 50 ml. of benzol and filter as before. Repeat until the benzol runs through clear, then place in Wiley Extractor apparatus (E&A #22760) and add 50 cc chloroform (U.S.P.), extract for two hours, decant off the chloroform and add 50 ml. of methyl acetone and extract again for two hours. Transfer the extracted material to 200 ml. beaker and add 50 ml. of acetone. Filter as before. Transfer the contents of the beaker and filter paper to a tared weighing bottle (45 x 50 mm); dry at 212° F., place in a desiccator. When cool, replace stopper and weigh. Multiply the loss in weight by 100, divide by weight of sample and the result equals the precent of saturant.

F-8. TOUGH RUBBER SHEATH.

F-8a. Chemical analysis.- Samples of the rubber sheath shall be subjected to careful chemical analysis to ascertain if the chemical requirements specified in C-15 here have been complied with. The method of conducting chemical analysis shall be stated in Federal Specification ZZ-R-601, referred to in Section A.

F-8b. Physical tests.- Specimens shall be tested for the following physical properties:

Tensile strength.
Set.
Elongation.
Aging.

F-8c. Method of test.- The preparation of specimens and methods of conducting tests shall be as specified in F-4 herein for rubber insulation.

F-9. REINFORCED RUBBER SHEATH.

F-9a. Chemical analysis.- Samples of the rubber compound shall be subjected to careful chemical analysis to ascertain that the chemical requirements specified in paragraph C-16 herein have been met. The method of making chemical analysis is covered in Federal Specification ZZ-R-601, referred to in Section A.

F-9b. Physical properties.- The following tests shall be made on specimens taken from the reinforced rubber sheathing:

Adhesion between layers.
Tensile strength.
Set.
Elongation.

REPRODUCED AT THE NATIONAL ARCHIVES

F-9c. Adhesion between layers.- A ring 1-inch in length shall be cut from the sheath and cut once longitudinally to make a strip 1-inch in width. Separate one end of this strip into two layers. Suspend a 10-pound weight from one of the separated layers, the remaining portion of the divided material being securely fastened as in jaws of testing machine and the undivided end left free. The rate of separation of layers shall not be greater than 1-inch per minute.

F-9d. Tensile strength, set, and elongation.- A section 2-inches wide shall be cut from the sheath and clamped in a suitable testing machine. Tension shall then be applied in a direction at right angles to the axis of the cable from which the sample was taken. Under a load of 14 pounds per layer per inch of sheath, the completed fabric shall not stretch more than 15 percent. Upon release of load, the permanent set shall not exceed 3 percent. The tensile strength shall not be less than 16 pounds per layer per inch of width, rate of separation of jaws of the testing machine being approximately 1/2-inch per minute.

F-9e. A similar test upon another like sample, applied to the fabric in the direction of the axis of the conductor, shall be made. Under a load of 10 pounds per layer per inch of sheath the completed sheath shall not stretch more than 30 percent. Upon release of load the permanent set shall not exceed 5 percent. The tensile strength shall not be less than 12 pounds per layer per inch of width, the rate of separation of jaws of testing machine being approximately 1/2-inch per minute.

F-10. IMPERVIOUS SHEATH.

F-10a. Chemical analysis. (See F-6a).

F-10b. Water and air leakage. (Complete qualification tests to determine conformity with the requirements of C-21 will be outlined later).

F-10c. Cold bend tests.- (Refer to C-21d and to F-13b). (These tests will also be more fully described later).

F-11. METAL ARMORING.

F-11a. Chemical analysis.- Samples of aluminum alloy armoring wire taken from the finished cable shall be analyzed to determine conformity with the chemical requirements of paragraph C-17.

REPRODUCED AT THE NATIONAL ARCHIVES

F-11b. Physical properties.- Samples of the armoring wire shall be subjected to test of tensile strength, elongation, springiness, and toughness.

F-11c. Springiness.- A length of wire shall be coiled snugly around a mandrel 1/4-inch in diameter at a tension of approximately but not less than 100 grams, and then released. The outside diameter of the coil shall then be measured in sveral places at or near its middle.

F-11d. Toughness.- The toughness of the wire shall be determined by bending back and forth, in a specially designed fixture, over a 0.030-inch radius support, each 90° movement in either direction being computed as one bend. The bends shall be made under a uniform tension of 100 grams, and at a speed as nearly uniform as possible, not to exceed 50 bends per minute.

F-12. DRIP AND EXUDATION TESTS.

F-12a. Specimens.- Specimens shall be sections of finished cable cut to the following lengths:

2 feet for cables up to and including 200,000 circular mils.
4 feet for cables over 200,000 circular mils up to and including 500,000 circular mils.
5 feet for cables over 500,000 circular mils.

F-12b. Conditioning.- One specimen of each size and type of cable submitted shall be suspended in a vertical position in an oven and the temperature maintained at about 70° C. continuously, for a period of 48 hours.

F-12c. Drip.- The amount of lubricating compound in the finished cable shall in no case be such as to cause it to drip from the end of the cable during the test.

F-12d. Exudation.- There shall be no discoloration of the finished paint coating on the cable due to exudation of the moisture and flame retarding compound from within.

REPRODUCED AT THE NATIONAL ARCHIVES

F-13. BENDING.

F-13a. Varnished cambric insulated cables (L.P. cables).-

F-13a(1). Specimens.- Same as for the drip test, subparagraph F-10, for each type and size of cable submitted, as applicable.

F-13a(2). Conditioning.- The specimen shall be the one which has been subjected to the foregoing drip test (paragraph F-12), and the bend test on one specimen shall be made immediately following the drip test. The other specimen shall be suspended vertically in an oven and the temperature maintained at about 95° C. for a period of 16 hours.

F-13a(3). Tests.- The test shall consist of first bending the specimen 10 times through an angle of 180° around a mandrel having a radius of 5 cable diameters, and then a reverse bend through the same angle and with the same radius.

F-13a(4). Results.- Under the foregoing conditions the specimens shall show no evidence of cracking or flaking of the finished paint coating, or rupture, tearing, or other damage to either the insulating wall or to the braid or armor.

F-13b. Heat and flame resistant cables (H.F. cables).-

F-13b(1). Cold bend tests.- Specimens approximately 7 feet long shall be straightened at room temperature (between 20° C. and 25° C.) and placed in a cooling chamber operating at a temperature of 0° C. (32° F.) for a period of time sufficient to establish equilibrium (24 hours may be required). The cold specimen shall then be removed and bent slowly (about 3° per second) around a mandrel of the specified diameter, through an angle of 180 degrees. Careful observation shall then be made as to the condition both of the impervious sheath and of the cable interior, to ascertain that no ruptures (slight openings between turns of asbestos roving do not constitute rupture) have occurred in either and that no damage of a character which might seriously impair the mission of either has taken place.

F-14. MOISTURE ABSORPTION.

F-14a. Entrapped moisture (varnished-cambric insulated cables).- Careful determinations shall be made of the moisture content of the cable components inside the sheathing (i.e., varnished-cambric insulation, lubricating compound, and impregnated jute fillers) of varnished-cambric insulated cables. The moisture content shall not exceed 2-1/2 percent by weight when determined in accordance with the following procedure:

Take about 1-1/2 grams of the cable contents from an entire cross section of the cable, and place loosely in a tared, glass-stoppered weighing bottle. After weighing, remove the stopper and place in a desiccator containing concentrated sulphuric acid and allow to remain not less than 48 hours, then replace stopper and weigh. The loss in weight, divided by the weight of the original sample, multiplied by 100, equals the percentage of water.

REPRODUCED AT THE NATIONAL ARCHIVES

F-14b. Absorption of reinforced rubber sheathed cables.- A ring 3-inches in length shall be clean cut from the sheath without cutting the ring longitudinally. The ring shall be dried for 2 hours at a temperature of 105° C. placed in a previously weighed glass-stoppered bottle and then carefully weighed. The sample shall then be removed from the bottle and immediately immersed in boiling distilled water for 4 hours. The sample shall then be removed from the boiling water bath, allowed to cool for 30 seconds, again placed in a previously weighed glass-stoppered bottle, and then carefully weighed.

F-14b(1). The water absorption of the sample shall be not in excess of 10 percent by weight. During this test there shall be no evidence of any tendency for the layers to separate or any indication of physical defects such as blistering or loosening of the fabric from the rubber.

F-14b(2). Immediately following the water absorption test, the sample shall be bent back upon itself and crushed flat without signs of cracking. The sample shall then successfully meet the separation test previously specified herein (paragraph F-8) except that the suspended weight shall be 8 pounds instead of 10 pounds.

F-14b(3). The tearing apart of the layers of the finished structure shall, in all cases, indicate a bond of resilient rubber material which fails only after a high elongation of the adhering rubber surfaces prior to rupture.

F-15. CREEPAGE.

Two ring-type electrodes (narrow tapes of thin copper) shall be spaced 2-inches apart on a specimen which has been conditioned at a temperature of 50°C. and normal testing-room humidity for a period of about 1 hour; then ends sealed and sample conditioned for 5 minutes at a temperature of 50° C. and 70 percent relative humidity. A dielectric test of 5,000 volts alternating current shall be applied for a period of 1 minute, immediately followed by measurement of the insulation resistance.

F-16. CAPACITANCE.

F-16a. Specimens.- Each specimen shall consist of two 50-foot lengths of type TSW wire twisted together with a lay of approximately 2-1/2-inches.

F-16b. Conditioning.- Specimens shall be conditioned for 24 hours at a temperature of 30° C. (86° F.) and a relative humidity of 90 percent.

F-16c. Tests.- The capacitance shall be measured at a frequency of 1,000 cycles per second and the results reported in terms of micro-microfarads.

REPRODUCED AT THE NATIONAL ARCHIVES

F-17. FLAMMABILITY.

F-17a. Specimens.- Specimens shall consist of approximately straight sections of finished cable about 18-inches in length. In the case of armored type cable, the flame tests shall be made both with and without the armor.

F-17b. Measurements.- The tests shall be so conducted as to measure, as accurately as practicable, the following factors, both with and without armor:

Time and difficulty of ignition.
Distance of flame travel.
Time required for self extinction.

F-17c. Time and difficulty of ignition.

F-17c(1). Small cables (sizes up to and including 9,030 c.m.) shall be tested as follows:

(a) A length of cable not less than 6-inches long shall be suspended horizontally between two supports and a current passed through it sufficient to completely rupture it, by fusing, within not less than 1 minute nor more than 1-1/2 minutes. The heat produced in the sample shall not cause flaming of the cable insulation, nor shall such insulation be ignited by the arc when cable rupture (by fusing) takes place.

F-17c(2). All flameproof cables shall be tested as follows:

(a) A heating coil of resistance wire shall be placed around the outer surface of the specimen about 2-inches from the lower end (specimen held vertically). The axial length of the heating coil shall be 1-1/2-inches, and it shall consist of the number of turns, size of wire, spacing between turns, and watts input, as specified below for the particular type and size of cable under consideration.

(b) The specimen shall be hung in a vertical position and the heating coil connected to an ample voltage supply through the medium of a suitable rheostat to attain and maintain the specified wattage input.

(c) Two spark plugs shall be placed in a horizontal plane and diametrically opposite each other, 1-inch above the upper end of the heating coil. The two spark plugs shall be so arranged as to produce a continuous spark, the path of which is at right angles to the cable specimen under test. The ground point of each spark plug shall be removed and the two spark plugs connected in series with a suitable induction coil.

(d) A suitable housing shall be placed around the entire test arrangement to eliminate air drafts. The test arrangement is such as to concentrate a [illegible] amount of heat around a definite section of cable by means of the heating [illegible] thereby forming gases, such gases being ignited by the spark plugs.

REPRODUCED AT THE NATIONAL ARCHIVES

(e) The respective voltages shall be applied to the spark plugs and to the heating coil at the same time. By means of a stop watch the time required for ignition shall be measured. Ignition shall be considered as occurring when the flame drops from the escaping gages to the surface of the specimen under test and continues there, disregarding the flashes which may occur in the gasing space above prior to the flash back. The time required to ignite shall be recorded.

(f) Immediately after ignition occurs, as above defined, the electrical energy to the spark plugs shall be cut off. Thirty seconds thereafter, the electrical energy to the heating coil shall be cut off. The distance to which the flame travels along the surface of the specimen before extinction, shall be noted and recorded. The time required for self extinction (cessation of all flaming) shall also be observed by means of a stop watch and recorded.

(g) With the specified energy input to the heating coil (varying with type and size of cable specimen under test) the time required for ignition shall be not less than 30 seconds without armor, or 60 seconds with armor; the distance of flame travel shall not exceed 2-inches and the time required for self extinction shall not exceed 60 seconds.

F-18. DIELECTRIC TESTS.

F-18a. Test lengths.- In general, and except where otherwise specified, the dielectric tests shall be made on the finished cable; where the tests are to be made on short lengths, the fact is so stated under the detail specification for the particular type and size of cable under consideration.

F-18b. High voltage source.- The dielectric tests shall be made with alternating potential from a transformer and generator of ample capacity, and in no case less than 5 kilovolt-amperes. The frequency of the testing voltage shall be not greater than 100 cycles per second, and shall have a wave shape approximating as closely as practicable a sine curve.

F-18c. Voltage measurements.- The testing voltage may be measured by any approved method which gives a root-mean square value, preferably by means of a voltmeter connected to a special voltmeter coil in the high tension winding of the testing transformer or to a separate step-down transformer. A voltmeter on the low-tension side of the transformer is satisfactory if the ratio of transformation does not change under any test condition.

F-18d. Rate of application.- The initially-applied voltage shall be not greater than 600 volts, and the rate of increase shall be approximately uniform and not over 100 percent in 10 seconds nor less than 100 percent in 60 seconds.

REPRODUCED AT THE NATIONAL ARCHIVES

F-18e. Time of application.- Unless otherwise specified, the testing voltage shall be applied for a period of approximately but not less than 5 minutes from the time the specified test voltage is attained. Where a shorter period of application is required, the fact is so stated under the detail specifications for the particular type and size of cable under consideration.

F-18f. Interruptions.- If a test should be interrupted, the total duration shall be increased 20 percent of the specified duration for each interruption.

F-18g. Temperature.- Unless otherwise specified, the tests shall be made at normal testing room temperature.

F-18h. Points of application.-

F-18h(1). General.- The outer surface of the insulation of finished cables shall be grounded while being electrically tested. In the case of lead sheathed cables or of metal armored cables, such sheath or conductive armor shall be grounded and shall constitute one electrode when dielectric tests are made from the conductor (or conductors) to ground.

F-18h(2). Immersion in water.- Where a conductive sheath or armoring is not provided (as for "plain" type cables), and where the covering is not liable to injury by water, the necessary ground shall be obtained by immersing the insulated cable, cord, or wire in water for at least 12 hours, and testing at the end of that period while still immersed. If the outer covering is susceptible to injury by immersion, the insulated conductor shall be tested before the application of such covering, unless otherwise specified.

F-18h(2)a. In the case of multiple-conductor cables without water proof overall jacket of insulation, the immersion test need not be made on finished cables, but only on the individual conductors before assembling.

F-18h(2)b. Exceptions to the foregoing will be specifically stated under the detail requirements for the particular type and size of cable under consideration.

F-18h(3). Dry tests.- In the case of dielectric tests on short lengths of cables not provided with a conductive sheath or armoring, and where immersion in water might be harmful, the following procedure shall govern when so specified.

F-18h(3)a. The outer surface of the dry cable shall be wrapped with tinfoil for a distance of 5 feet (or immersed in mercury for an equal distance) and this shall constitute the ground electrode. The particular section or sections of the cable so tested shall be selected by the inspector, and the results obtained shall be held as representing the whole coil. Where the dielectric tests are made following the flame tests, the section of the cable damaged by flame shall be wrapped with tinfoil over the whole damaged portion and the test voltage applied between this point and the copper conductor, or conductors, as the case may be.

REPRODUCED AT THE NATIONAL ARCHIVES

F-18h(4). Application.- Single conductor cables shall be tested between the conductor and ground. Each conductor of a multiple conductor cable shall be tested against the other conductors in the cable and against ground.

F-18h(4)a. The several tests may be made by any arrangement of testing transformers suitable for the prescribed tests, such as one or more transformers supplied from a single phase source or three transformers connected in star and supplied from a three-phase source.

F-19. INSULATION RESISTANCE.- (To be outlined later).

F-20. INSPECTION TESTS AT A GOVERNMENT LABORATORY.

F-20a. Sampling.- The inspection tests at a Government laboratory shall be conducted upon samples selected by the naval inspector in conformity with paragraph F-23 herein and forwarded by him direct to the Government laboratory designated by the bureau concerned.

F-20b. Tests.- The tests to be conducted shall comprise such of those listed hereunder as may be applicable to the particular type of cable undergoing inspection.

(1) Rubber-insulated cables, fixed installations:

Rubber analyses (F-4a).
Aging tests (F-4).
Metal armor (F-11), where used.

(2) Rubber-insulated cables and cords, very flexible uses:

Rubber analyses (F-4a) and(F-8a).
Aging tests (F-4) and (F-8b).

(3) Varnished cambric insulated cables:

Varnished-cambric as removed from finished cable (F-5).
Reinforced rubber sheath (F-9).
Metal armor (F-11), where used.
Drip, bending and moisture absorption (F-12), (F-13), and (F-14).

(4) Heat and flame resistant cables:

Synthetic resin insulation (F-6) where used.
Rubber analyses and tests (F-4), where used.
Varnished cambric as removed from finished cable (F-5), where used.
Asbestos analyses (F-7).
Impervious sheath, (C-21) (F-10), pressure, drip, exudation.

REPRODUCED AT THE NATIONAL ARCHIVES

Metal armoring (F-11), where used.
Drip (F-12).
Cold bends (F-13).
Creepage (F-16), where specified.
Flammability (F-19).

(5) Silk, cotton and enamel-insulated cables, cords, and wires:

Rubber sheath (F-8) and F-14b), where used.
Metal armor (F-11), where used.
Capacitance (F-16), and elongation, insulation resistance and dielectric strength (F-30), as applicable.

F-20c. Reports.- Laboratory reports covering the foregoing tests shall be forwarded direct to the naval inspector concerned for his action, two copies of each test report being addressed to the bureau concerned for its information.

F-21. INSPECTION AT PLACE OF MANUFACTURE.

F-21a. General outline.- The inspection procedure at place of manufacture, upon cable submitted for delivery under contract or order, shall fall within the following categories:

Visual and dimensional inspection (F-22).
Samples for Government laboratory tests (F-23).
Physical tests (F-24).
Electrical tests (F-25).

F-21b. Methods.- The methods to be followed in conducting inspection within the foregoing outline shall be as specified in paragraphs F-22 to F-25, inclusive.

F-21c. Release for shipment.- Except where otherwise specified or approved, the acceptance of cable undergoing inspection shall be withheld pending the completion of satisfactory tests. In special instances only, as approved by the bureau concerned, shall cable be released for shipment prior to completion of tests and then only at the contractor's risk, subject to rejection later if the results of tests, completed subsequently, prove unsatisfactory.

REPRODUCED AT THE NATIONAL ARCHIVES

F-22. VISUAL AND DIMENSIONAL INSPECTION.

F-22a. Material, workmanship, etc.- The inspector shall assure himself by careful visual and dimensional inspection of the finished product, as well as by that of the materials, manufacturing processes, etc., entering into the finished product, that the cable submitted for delivery under Navy contract or order is in strict conformity with this specification. In particular, this inspection shall cover such of the following as may be applicable to the individual types and sizes of cable involved.

F-22b. Conductors.- Inspect for number and size of copper wires (C-2) composing the standard conductors (D-3) of specified stranding, total cross sectional area, etc. Select samples for physical (F-24) and electrical (F-25) tests, and witness tests on same.

F-22c. Insulation components.- Inspect for types of insulation and component materials (C-3 to C-21, inclusive) and limiting dimensions, etc., of each layer, or stage, as may be applicable (E-1 to E-42, inclusive) to the cable under consideration. Also select samples for physical tests (F-24), to be witnessed.

F-22d. Brand identification and color coding.- Inspect for approved brand identification (D-5), for phase identification (D-6), and such other color coding as may be specified under Section E for the particular type of cable under consideration.

F-22e. Centering and circularity.- Inspect for conductor centering and circularity (C-10h, C-15c, and D-4, respectively).

F-22f. Outer protective belt.- Inspect for braids (C-14), tough rubber sheath (C-15), reinforced rubber sheath (C-16), impervious sheath (C-21), metal armoring (C-17), and lead sheath (C-19), as applicable. Also select samples for physical tests (F-24), to be witnessed.

F-22g. Dimensions.- Ascertain, by measurement, that the dimensional tolerances (D-2 and Section E, as applicable) have not been exceeded in the finished cable.

F-23. SAMPLES FOR GOVERNMENT LABORATORY TESTS.

F-23a. Representative samples.- The samples required for Government laboratory tests (F-20) shall be selected from finished cables, and forwarded, suitably identified, direct to the laboratory, (Material Laboratory, Navy Yard, New York, N. Y., unless otherwise specifically directed) by the inspector concerned. In line with the basic conception of this specification as to minimum acceptable standards, such samples shall be representative of the poorest of the lot submitted, provided that visual and dimensional inspection (F-22), or the physical (F-24) and electrical (F-25) tests disclose any differences in dimensions and/or characteristics. If there is any question as to the satisfactory processing of the cable right up to the starting and finishing ends, either the contractor shall cut off and discard such ends before the lot is submitted for naval inspection, or else the ends shall be considered as truly representative of the cable intended for delivery. The Government laboratory samples shall be selected only after all other inspections at place of manufacture (F-20, F-21, and F-22) have been satisfactorily completed.

REPRODUCED AT THE NATIONAL ARCHIVES

F-23b. Sealing cable ends.- Both ends of all cable samples shall be sealed moisture-tight immediately after cutting. The ends of the cables from which such samples are cut shall also be sealed moisture-tight as soon as possible after the samples have been cut off.

F-23c. Identification.- All test samples shall be marked with the name of the manufacturer, the Navy contract or shipbuilder's order number (if submitted for delivery), the coil or reel number (if applicable), the Navy type number of the cable, and also to indicate which end of the cable was cut from the coil or reel.

F-23d. Number of samples required.- In general and except where otherwise specified, one sample of finished cable shall be selected by the inspector from each lot of 10,000 feet or fraction thereof, of each size and type of cable submitted. In the case of small conductors insulated with 85 percent rubber (C-5) or the approved equivalent, which insulated conductors are to undergo Navy inspection at the works of the first manufacturer, prior to shipment to the works of a second manufacturer for further fabrication (SFPS-2, MHFA, etc.), one sample of the rubber or synthetic resin insulated conductor shall be selected from each lot of 250,000 feet or fraction thereof. A "lot" shall be defined as all of the cable of one size and type submitted for inspection at one time.

F-23e. Length of samples.- Each sample shall be in one continuous length. The length of cable constituting one sample shall be as follows:

Rubber-insulated cables:

8 feet for cables for fixed installations.
10 feet for cables for very flexible uses.

Varnished cambric insulated cables:

10 feet for cable up to and including 200,000 circular mils.
12 feet for cable over 200,000 circular mils and up to 500,000 circular mils.
14 feet for cable 500,000 circular mils and larger.

Heat and flame resistant cables:

20 feet for cable up to and including 200,000 circular mils.
22 feet for cable over 200,000 circular mils and up to 500,000 circular mils.
24 feet for cable 500,000 circular mils and larger.

Silk, cotton, and enamel insulated:

7 feet for types TPTP and TPTA.
300 feet for type TSW.

REPRODUCED AT THE NATIONAL ARCHIVES

F-24. PHYSICAL TESTS.

F-24a. Outline.- Inspection at place of manufacture shall include the witnessing (by naval inspector) of the following tests, as applicable, on samples taken from the finished cable:

Tensile, conductors (C-2 and D-3).
Tinning, conductors (C-2).
Tensile, rubber.

F-24b. Tensile, conductors.- While tensile tests of the copper conductors need not be made on each lot of cable submitted for delivery, the inspector shall require the conductance of such tests at such frequent intervals as may be necessary to ascertain that the physical properties of the conductors are in conformity with the requirements of paragraph C-2 and D-3 herein. All conductors shall, however, be given a careful visual and dimensional inspection as outlined in subparagraph F-22b.

F-24c. Tinning, conductors.- Wire samples shall be taken for a tinning test. The samples shall be thoroughly cleaned with alcohol and immersed in hydrochloric acid of a specific gravity of 1.088 for 1 minute. They shall then be rinsed in clear water and immersed in a solution of sodium polysulfide of a specific gravity of 1.142, at a temperature of 15.4° C., for 30 seconds and again washed. This operation shall be repeated two times, and if the sample does not become blackened after the third immersion the tinning shall be regarded as satisfactory.

F-24c(1). The sodium polysulfide solution shall contain an excess of sulphur and have sufficient strength to thoroughly blacken a piece of clean untinned copper wire in 5 seconds.

F-24d. Tensile, rubber.- Specimens shall be subjected to tests of tensile strength, elongation, and set. The preparation of test specimens and methods of conducting tests shall be as outlined in paragraph F-4, except that the tests shall be made at place of manufacture and witnessed by the inspector. Note that the aging tests shall be conducted at a Government laboratory (F-20) upon specimens cut from the same samples.

F-25. ELECTRICAL TESTS.

F-25a. Outline.- Inspection at place of manufacture shall include the witnessing (by naval inspector) of the following tests on the finished cable:

Conductor resistance (C-2 and D-3).
Continuity (D-3).
Dielectric test (Section E, as applicable).
Insulation resistance (Section E, as applicable).

REPRODUCED AT THE NATIONAL ARCHIVES

F-25b. Conductor resistance.- The resistance of the stranded conductor shall be measured for all cables; the resistance of individual strand wires need not be measured unless specifically required by the order or unless the inspector has reason to doubt the conductivity.

F-25c. Continuity.- In the case of cables and cords made up of a multiplicity of small, individually insulated conductors, each less than 2,000 circular mils in area, each such conductor shall be specially tested for continuity throughout the length of the completed cable.

F-25d. Dielectric tests.- Except where otherwise specified, the dielectric test shall be made on each cable length, in the full coil or reel lengths to be shipped. In all other respects, the dielectric tests to be made at point of manufacture and witnessed by the naval inspector shall be in accordance with the procedure outlined in paragraph F-18 herein.

F-25e. Insulation resistance.-

F-25e(1). Test lengths.- Insulation resistance measurements on cables shall be made on the entire lengths to be shipped. The apparent insulation resistance shall be measured as soon as practicable after the dielectric test, and shall not be below the values specified.

F-25e(2). Test conditions.- The test conditions specified for the particular type and size of cable shall apply. The leakage current shall be measured after a 1-minute electrification with a continuous e.m.f. of from 200 to 500 volts, the conductor being maintained negative to the sheath or water.

F-25e(3). Multiple conductor cables.- The insulation resistance of each conductor of the multiple-conductor cable shall be the insulation resistance measured from each conductor to all the other conductors in multiple with the sheath or water.

REPRODUCED AT THE NATIONAL ARCHIVES

F-25e(4). Coefficients.- The resistance obtained shall be corrected to a temperature of 15.5° C. by a temperature coefficient in accordance with table below:

TABLE XXIV. - Temperature Coefficients

| Temperatures | | Rubber insulation | | | Varnished cambric | Asbestos insulation | Synthetic insulation | Combinations | |
|---|---|---|---|---|---|---|---|---|---|
| ° F. | ° C. | (C-3) | (C-4) | (C-5) | (C-6) | (C-10) | (C-20) | (C-5) (C-10) | (C-6) (C-10) |
| 32 | 0.0 | ... | ... | ... | 0.40 | | | | |
| 35 | 1.7 | ... | ... | ... | .42 | | | | |
| 38 | 3.3 | ... | ... | ... | .45 | | | | |
| 41 | 5.0 | ... | ... | ... | .50 | | | | |
| 44 | 6.7 | ... | ... | ... | .53 | | | | |
| 47 | 8.3 | 0.71 | ... | ... | .56 | | | | |
| 50 | 10.0 | .77 | 0.66 | 0.80 | .60 | | | | |
| 53 | 11.7 | .83 | .75 | .86 | .68 | | | | |
| 56 | 13.3 | .90 | .85 | .92 | .80 | | | | |
| 59 | 15.0 | .97 | .96 | .98 | .95 | | | | |
| 62 | 16.7 | 1.05 | 1.08 | 1.06 | 1.10 | | | | |
| 65 | 18.3 | 1.14 | 1.20 | 1.16 | 1.30 | | | | |
| 68 | 20.0 | 1.23 | 1.39 | 1.28 | 1.60 | | | | |
| 71 | 21.7 | 1.33 | 1.55 | 1.44 | 1.85 | (Not yet determined) | (Not yet determined) | (Not yet determined) | (Not yet determined) |
| 74 | 23.3 | 1.44 | 1.70 | 1.61 | 2.25 | | | | |
| 77 | 25.0 | 1.56 | 1.85 | 1.80 | 2.60 | | | | |
| 80 | 26.7 | ... | 2.10 | 2.00 | 3.15 | | | | |
| 83 | 28.3 | ... | 2.35 | 2.29 | 3.85 | | | | |
| 86 | 30.0 | ... | 2.58 | 2.48 | 4.90 | | | | |
| 89 | 31.7 | ... | ... | ... | 6.15 | | | | |
| 92 | 33.3 | ... | ... | ... | 7.75 | | | | |
| 95 | 35.0 | ... | ... | ... | 10.00 | | | | |

## G. PACKAGING, PACKING, AND MARKING FOR SHIPMENT.

### G-1. PACKAGING.

G-1a. General.- Electric cable shall be delivered wound in coils or on reels, as specified herein or in the order. The cable shall be in one continuous length for each coil or reel. Except where the quantity on order is less than the specified minimum length, the length contained in a coil or on a reel shall be not less than specified below for the particular type involved.

G-1b. Reel lengths.- Except where otherwise specified in subparagraph G-1d herein, or in the order, the cable shall be delivered on reels containing not less than 500 feet nor more than 2,500 feet. The cable on a reel shall have both ends brought out so that the cable can be readily tested without unreeling. These ends shall be hermetically sealed to prevent the entrance of moisture and shall be fully protected from damage during shipment.

REPRODUCED AT THE NATIONAL ARCHIVES

G-1c. Reels.- Reels shall be of strong construction to admit of transportation over long distances. The flanges of the reel shall be of sufficient diameter to protect the wire from injury in handling and rolling. Each reel shall be encased in stout lagging. The cost of the reels shall be included in the cost of the wire or cable. Reels shall remain the property of the Government. Where the reel and conductors thereon weigh more than 1,000 pounds, the reels shall have suitable metal centers through which a supporting axle may pass for unreeling the cable.

G-1d. Coil lengths.-

G-1d(1). Except where otherwise specified in the order, the following types of cables, cords, and wires shall be delivered in coils containing not less than the following minimum lengths:

500 feet for Types SICP, SRI - 3/5 to 40 inclusive, SHFW - 1 to 13 inclusive, SHFS - 1 to 14 inclusive, SFPS - 1 to 14 inclusive, DHFW, DLE-4, BW-3, BC, VLS, TSW and the larger size of MCP.
300 feet for Types SCP, DCP, TCP, MCP (the smaller sizes).

G-1d(2). All coils shall be protected for shipment by spirally wound wrapping paper or burlap tape, lapped to give not less than two thicknesses of protecting material; or shall be packed in barrels or boxes suitable for shipment and storage. Both ends of each coil shall be carefully sealed to prevent the entrance of moisture.

G-1e. Cord sets.- When ordered in short, standard lengths cut to size, certain types of telephone cords shall be cut to the specified lengths and wrapped in heavy paper or enclosed in cardboard.

G-2. PACKING.

G-2a. Unless otherwise specified, electrical cable shall be delivered in standard commercial containers, so constructed as to insure acceptance by common or other carrier, for safe transportation, at the lowest rate, to the point of delivery.

G-3. MARKING.-

G-3a. Coils.- Unless otherwise specified, each coil shall be neatly marked with the manufacturer's name, the contract or order number, the Navy type designation for the particular type and size of cable involved, and the quantity in feet.

G-3b. Reels.- Unless otherwise specified each reel shall be plainly marked on both ends with the manufacturer's name, serial number, the contract or order number, the Navy type designation for the cable, and the quantity. Where practicable, all reels shall be identified by metal tags secured in place, or by stenciling. Paper labels (where used) on reels shall be securely attached thereto and protected by a transparent compound to prevent deterioration of the markings.

REPRODUCED AT THE NATIONAL ARCHIVES

G-3c. Shipping containers.- Unless otherwise specified, shipping containers, where used, shall likewise be marked, on two sides, with the manufacturer's name, the contract or order number, the Navy type designation or designations, and the quantity or quantities contained therein.

H. NOTES

H-1. ORDERING INFORMATION.

H-1a. Requests, requisitions, schedules, contracts and orders should contain the title of this specification, the number and date.

H-1b. Type and size designations.- Requisitions and contracts or orders should definitely state the type and size of cable desired, as classified in Section B, herein. For example, if a Duplex, Lighting and Power, armored cable of 30,780 cm cross-sectional area is desired, the order should specify "TYPE DLPA-30." Or if Duplex, Heat and Flame Resistant, Armored Cable of 30,780 cm cross-sectional area is desired, the order should specify "TYPE DHFA-30". As an additional safeguard, it is well to add the cross-sectional area after the type designation, thus "TYPE DLPA-30, Size 30,780 cm" or "TYPE DHFA-30, Size 30,780 cm", as the case may be.

H-1c. Reel clause.- The requisition and contract or order for cable which is to be delivered on reels should contain suitable provision for the return, at the contractor's expense, within 12 months after delivery, of such reels as are in good condition; the contractor to allow the Government the amount stipulated in the proposal for each reel returned.

H-2. QUALIFICATION TESTS AT A GOVERNMENT LABORATORY.

The right is reserved to reject any bids on brands of "Heat and Flame Resistant (HF)", electric cables which have not been subjected to the required tests and found satisfactory. The attention of the manufacturer's is called to this requirement, and they are urged to forward samples of cable which they propose to offer to the Navy in the future in order that tests may be made. These tests will be conducted at the expense of the manufacturers. Information with reference to the expense involved and as to where the samples should be sent will be supplied upon application to the Bureau of Supplies and Accounts. It is to be understood that the manufacturers shall pay all transportation charges to and from the point where tests are made. In the case of failure of the sample or samples submitted to prove satisfactory, consideration will be given to the requests of the manufacturers for additional tests only after it has been clearly shown that changes have been made in the product with reference to methods of manufacture, etc., which the bureau concerned considers sufficient to warrant conducting such additional tests.

REPRODUCED AT THE NATIONAL ARCHIVES

H-3. INSPECTION TESTS AT A GOVERNMENT LABORATORY.

H-3a. General.- The inspection tests (paragraph E-20) conducted upon samples selected by the inspector (paragraph F-23) from cable submitted under a contract, are for the purpose of ascertaining if contract deliveries are in conformity with the specifications and/or up to the standard of the approved sample paragraph H-2).

H-3b. Length of samples.- The samples required for Government laboratory inspection tests are in addition to the lengths stated in the requisition or order, and should be included in the contract price. Except where otherwise specified, the length of cable required for these tests shall be as specified in subparagraph F-23e, herein.

NOTE:- Where the samples are selected by the naval inspector concerned, from reel or coil lengths which do not exceed the specified minimum lengths (Subparagraph G-1b) and subparagraph G-1d(1) by a sufficient margin, the minimum acceptable lengths may be reduced by an amount not exceeding the specified test sample lengths (subparagraph F-23e) for one submission only.

H-3c. Time required. The length of the time normally required for the conductance of the inspection tests on the finished cable will be about 1-month (30 days) from the time the necessary samples are forwarded by the naval inspector to the Government laboratory to the date the results will be reported back to the inspector for either the release of the cable or its rejection, as may be indicated. All bidders should take this time interval into account and due allowance should be made for it in the computation of the scheduled delivery dates. If a longer time than 30 days is actually required for the conductance of such laboratory inspection tests, the time taken in excess of the 30 days will not be charged against the contractor. It should be noted, however, that the foregoing estimate is based upon the assumption that only one series of tests will be required for a given set of samples (i.e., that the results of the tests are satisfactory); where rejections are found necessary, the Government shall be considered as responsible for only that time, in excess of 30 days, required for the first series of tests.

H-4. INDUSTRIAL PLUBLICATIONS.

The Standard Color Card of America, referred to in subparagraph D-6e, is obtained from the Textile Color Card Association of the United States of America, Inc., 200 Madison Avenue, New York, N. Y. The magazine Asbestos, referred to in subparagraph F-5d, is published by the Secretarial Service, Empire Building, Philadelphia, Pa. Both of these publications are obtainable only from their respective publishers.