REPRODUCED AT THE NATIONAL ARCHIVES

(857-Editorial)
File in Specification
Development jacket.

September 1941 (Signed) .................. 15C1(INT)

# BUREAU OF SHIPS AD INTERIM SPECIFICATION

---

## CABLES, ELECTRIC, INSULATED

## (SHIPBOARD USE)

---

### A. APPLICABLE SPECIFICATIONS.

A-1. The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

NAVY DEPARTMENT SPECIFICATIONS.

General Specifications for Inspection of Material.
17-I-29 - Insulation, electrical, asbestos-fiber, treated and untreated.
17-I-31 - Insulation, electrical, glass-fiber, untreated.
46A3 - Aluminum, bars, rods, shapes, and wire.
46S18 - Steel, corrosion-resisting; bars, rods, and forgings (except for reforging).
52A1 - Aluminum pigment (paste form).

FEDERAL SPECIFICATION.

ZZ-R-601 - Rubber-goods: General Specifications (Methods of Physical Tests and Chemical Analyses).

36542

Lehman Decl.

Exhibit 8

B-3. CABLES FOR REPEATED FLEXING SERVICE.

Cables for repeated flexing service shall be furnished in the following types, as required:

B-3a. Heat and flame resistant types.-

Type MHFF - Multi-conductor, heat and flame resisting, flexible (par. E-13).
Type TTHFF - Twisted-pair, telephone, heat and flame resisting flexible (par. E-14).

B-3b. Oil resistant types.-

Type DCOP - Double conductor, oil resisting, portable (par. E-15).
Type TCOP - Triple conductor, oil resisting, portable (par. E-16).
Type FCOP - Four conductor, oil resisting, portable (par. E-17).
Type MCOS - Multi-conductor, oil resisting, shielded (par. E-18).

B-3c. Other types.-

Type SCP - Single conductor, portable (par. E-19).
Type DCP - Double conductor, portable (par. E-20).
Type TCP - Triple conductor, portable (par. E-21).
Type FCP - Four conductor, portable (par. E-22).
Type MCP - Multiple conductor, portable (par. E-23).
Type MCS - Multiple conductor, shielded (par. E-24).
Type MCMB - Multiple conductor, marker buoy (par. E-25).
Type GICF - General interior communication, flexible (par. E-26).
Type TPTF - Twisted pair, telephone, flexible (par. E-27).

B-4. CABLES FOR NON-FLEXING SERVICE.

Cables for non-flexing service shall be furnished in the following types, as required:

B-4a. Heat and flame resistant types.-

Type SHFA - Single, heat and flame resistant, armored (par. E-28).
Type SHFL - Single, heat and flame resistant, leaded (par. E-29).
Type DHFA - Double, heat and flame resistant, armored (par. E-30).

REPRODUCED AT THE NATIONAL ARCHIVES



C-9. FILLERS.

C-9a. General.- Filler materials shall be jute, cotton, glass fibers, or asbestos, as specified herein for the particular type of cable. The filler material shall be of long fiber and free from unsightly defects, dirt, knots, and lumps. Fillers taken from the completed cable shall be practically free from moisture.

C-9b. Jute fillers.- Unless otherwise specified, dry jute fillers shall be used in multiconductor rubber-insulated cables intended for non-flexing service; and jute impregnated with a suitable moisture proofing, insulating compound shall be used on varnished-cambric insulated cables intended for non-flexing service.

C-9c. Cotton fillers.- Unless otherwise specified, dry cotton fillers shall be used for multiconductor rubber-insulated cables and cords intended for repeated flexing service. Refer also to paragraph C-11.

C-9d. Heat and flame resistant fillers.-

C-9d(1). General.- Unless otherwise specified or approved by the bureau concerned, either asbestos or glass fibers, impregnated with a suitable moisture proofing insulating compound, shall be used as fillers for heat and flame resistant cables.

C-9d(2). Asbestos.- Where asbestos is employed as heat and flame resistant fillers, it shall be of the form best suited for the particular purpose intended, and shall conform to the applicable requirements of Navy Department Specification 17-I-29, listed in section A. Such asbestos shall be of either Class 4 or Class 6 material, at the manufacturer's option.

C-9d(3). Glass fiber.- Where fiber glass is employed as heat and flame resistant fillers, it shall be of staple rovings or condensed sliver in the form best suited to the purpose intended, and shall conform to the applicable requirements of Navy Department Specification 17-I-31, listed in section A.

C-9d(4). Filler impregnation.- The moisture resisting, impregnating compound for the fillers of heat and flame resistant cables shall consist of high-grade insulating ingredients which retain their initial qualities during the normal service life of the cable. The compound shall develop no injurious chemical action within itself or with any other of the component parts of the completed cable. The fillers of cables for non-flexing service shall be thoroughly impregnated in such a manner as to completely fill all interstices and make the fillers one homogeneous structure. The amount of compound shall be not less than 10 percent of the weight of the saturated fillers. In no case shall the compound exude or drip from the finished cable under the test conditions outlined in

REPRODUCED AT THE NATIONAL ARCHIVES



section F. The fillers of cables for repeated flexing service shall be lightly impregnated, in amount sufficient to retard effectively any capillary action the filler material may have with respect to moisture.

C-10. ASBESTOS.

C-10a. General.- All asbestos used in the construction of electric cables shall be of a form, type, and class suitable for the particular purpose, and shall conform to the applicable requirements of Navy Department Specification 17-I-29, listed in section A. The finished insulation shall be of such composition and structure as will enable the completed cable to meet all specified test requirements.

C-10b. Asbestos electrical insulating walls.- Such insulating walls shall consist of plain or reinforced asbestos applied either as treated or untreated, in the form best suited for the purpose intended. The asbestos shall be suitably applied and compressed about the conductor (or conductors) so as to provide a dense felted wall of circular cross section, in which the conductor is well centered. Such insulating walls are normally to be employed in combination with walls of insulating material of high dielectric strength, such as synthetic resin or varnished-cambric. Asbestos for this application shall be either Class 2 or Class 4 material, at the manufacturer's option.

C-10c. Asbestos heat and flame resistant wall.- The asbestos for the walls or beltings applied about two or more individually insulated conductors, which have been cabled together, shall consist of plain or reinforced asbestos, applied either as treated or untreated, in the form best suited for the purpose intended. The asbestos shall be suitably applied and compressed about the cable core so as to provide a dense felted wall of circular cross section in which the cable core is well centered. Asbestos for this application shall be of either Class 4 or Class 6 material, at the manufacturer's option.

C-10d. Impregnation.- The asbestos over the individually insulated conductor (or conductors) and over the cable core, including braids, shall be thoroughly impregnated with a moisture resisting insulating compound in such a manner as to completely fill all interstices and make the insulation one homogeneous structure. The compound used to saturate the asbestos shall consist of suitable high-grade ingredients and shall retain its initial qualities during the normal service life of the cable. The compound shall develop no injurious chemical action within itself or with any other of the component parts of the

REPRODUCED AT THE NATIONAL ARCHIVES



completed cable. The compound shall not exude or drip from the finished cable under the test conditions outlined in section F.

C-10e. Asbestos fillers.- Refer to paragraph C-9d.

C-10f. Asbestos braids.- Refer to paragraph C-14d.

C-10g. Asbestos impervious sheath reinforcement.- Where asbestos is used as a heat and flame resistant textile reinforcement in the impervious sheath (par. C-21) construction for cables, it shall consist of plain or reinforced asbestos, either treated or untreated, in the form best suited for the purpose intended. Asbestos for this application shall be either Class 4 or Class 6 material, at the manufacturer's option.

C-11. COTTON.

C-11a. General.- All cotton used in the construction of electric cable, cord, and wire shall be of the quality and in the form best suited for the particular purpose intended. It shall be clean, dry, and free from all foreign matter deleterious to its insulating qualities.

C-11b. Insulating yarn.- Cotton insulating yarn shall be of strictly first quality, evenly spun, and free from dirt, loose ends, and large knots. When so required, to attain the specified insulating properties, it shall be specially purified (all water soluble substances removed by washing).

C-11c. Cotton servings.- Except where otherwise specifically required or approved, No. 50 to No. 60 single-ply cotton yarn shall be used as a wrapping (separator) around each standard copper conductor, wherever a serving of cotton is specified. Where a double serving of cotton is specified or where a cotton serving follows a serving of silk, the direction of lay of the successive servings shall be reversed.

C-11d. Cotton fillers and braids.- When used as fillers and braids, the requirements of paragraphs C-9 and C-14 shall also be met.

C-12. SILK.

C-12a. General.- All silk used in the construction of the electric cable, cord, and wire shall be of the quality and in the form best suited for the particular purpose intended. It shall be clean, dry, and free from all foreign matter deleterious to its insulating qualities.

REPRODUCED AT THE NATIONAL ARCHIVES



C-16e. Chemical analysis.- The vulcanized rubber compound shall conform to the following chemical requirements; the percentages shown are by weight:

Rubber, between 40 - 43 percent.
Waxy hydrocarbons, maximum, 3 percent.
Total sulphur, maximum, 3 percent.
Free sulphur, maximum, 1 percent.
Inorganic mineral fillers, anti-oxidants, organic accelerators, including gas black, remainder.
Specific gravity, minimum 1.46 to 1.40: see note.

NOTE:- The value first shown applies to 40 percent rubber, and the value shown next refers to 43 percent rubber; for percentages between 40 and 43 percent, the applicable limits shall be in proportion to the percentage of rubber found.

C-17. METAL ARMORING (BASKET WEAVE).

C-17a. General.- Unless galvanized steel or bronze is specifically required or approved for the particular application, the armoring wire shall be an aluminum alloy. The weave shall be such that the wires of a strand are laid closely together, flat and parallel, firmly binding the insulated conductor.

C-17b. Steel armor.- Where steel armor is specified or approved for the particular application, all steel wires shall be soft annealed and shall be thoroughly and evenly galvanized. The tensile strength of the wire shall be not less than 60,000 pounds per square inch, and the elongation in 8 inches shall be not less than 12 percent.

C-17c. Bronze armor.- Where bronze armor is specified or approved for the particular application, the wires shall be of a suitable bronze composition to resist sea water corrosion. The wire shall be of such temper that it will not "spring away" from the underlying sheath when the cable is cut.

C-17d. Aluminum armor.- The standard armoring material shall be an aluminum alloy containing not more than 0.2 percent copper and not less than 92.5 percent aluminum. The wire shall have a tensile strength of not less than 50,000 pounds per square inch, and an elongation in 10 inches of not less than 2 percent. It shall be suitable in every respect for use in the armor braiding machines commonly employed for such purposes by the insulated electric cable industry.

REPRODUCED AT THE NATIONAL ARCHIVES



C-17e. Springiness.- The springiness of the aluminum alloy wire shall be such that when coiled tightly (at a tension of 100 grams) around a 1/4 inch mandrel and released, the coil so produced shall not exceed 3/8 inch in outside diameter.

C-17f. Toughness.- The toughness of the aluminum wire shall be such that it will withstand not less than ten 90 degree bends before rupture; the bends being made back and forth over a 0.030 inch radius support, each 90 degree movement in either direction being computed as one bend. The bends shall be made under a uniform tension of 100 grams, and at a speed as nearly uniform as possible, not to exceed 50 bends per minute.

C-17g. Wire, size, etc.- The armoring wire shall be 0.0126 inch in diameter (± 0.0005 inch) and shall be of uniform diameter, free from all cracks, splints, or other flaws. Splices in the wire shall be infrequent, staggered, and inconspicuous, so as not to increase the normal diameter of the cable or result in rough spots.

C-17h. Weave.- The weave shall be of either the "one over-one under" or the "two over-two under" type, at the manufacturer's option. The selection of the number of ends per carrier and the number of carriers per braider shall be such as to produce a basket weave with a braid angle and coverage within the following limits:

| Diameter over sheath | Percent coverage | | Braid angle | |
|---|---|---|---|---|
| | (Min.) | (Max.) | (Min.) | (Max.) |
| Up to 0.400 | 88 | 94 | 30 | 60 |
| 0.401 to 1.00 | 88 | 94 | 40 | 60 |
| 1.001 to 1.5 | 88 | 94 | 45 | 70 |
| 1.501 to 2.0 | 91 | 96 | 45 | 70 |
| 2.001 and over | 91 | 96 | 50 | 80 |

Where the percent coverage = $(2F-F^2) \times 100$ where $F = \frac{NPd}{\sin a}$

Where a = angle of braid with axis of cable: $\tan a = \frac{2\pi DP}{C}$

d = diameter of individual braid wires in inches

C = number of carriers

D = diameter of cable under armor in inches

N = number of wires per carrier

P = picks per inch of cable length.

REPRODUCED AT THE NATIONAL ARCHIVES



The maximum number of ends per carrier shall conform to the following:

| Cable diameter under braid (inches) | Maximum number of ends per carrier | |
|---|---|---|
| | "One over-one under" | "Two over-two under" |
| 0.800 and smaller | 8 | 5 |
| 0.801 and larger | 15 | 10 |

C-18. PAINTING.

C-18a. General.- In general, cables intended for non-flexing service (i.e. for attachment to decks and bulkheads, passed through watertight stuffing tubes, etc.) shall be given at least two coats of a suitable aluminum paint. Such painting shall only be provided for those cable types for which it is specified under the detail requirement herein.

C-18b. Aluminum paint.- The aluminum paint used shall consist of aluminum pigment (paste form) Navy Department Specification 52A1, listed in section A, in a suitable vehicle of the synthetic resinous (phenolformaldehyde or glyceride) type designed for good penetration, high bonding power, high resistance to water and to oil, and with a high degree of flexibility under 100° C. (212° F.) temperature.

C-18c. Application.- The painting shall be done as soon as practicable after completion of prior manufacturing operations so as to prevent accumulation of dirt, moisture, etc., in the braid or armoring interstices. The painting shall be done preferably by the immersion method so as completely to fill in all interstices in the outer cable surface (armoring, braids, etc.). The finished paint coating shall effectively seal the cable against exudation of the moisture and flame-resisting compounds from within. It shall be so flexible and adhere so firmly that it will not crack, peel, or flake off under the specified heat and bending tests for the particular type and size of cable involved.

C-19. LEAD SHEATH.

C-19a. General.- Lead sheaths shall consist of commercially pure lead (approximately 99.85 percent) without flaws, and tightly formed about the taped core of the cable.

REPRODUCED AT THE NATIONAL ARCHIVES



E-30a(4). Dielectric strength.- The dielectric strength shall be not less than the following:

> 5,000 volts, alternating current, between conductors, and to ground, on short lengths, before flame tests.
> 1,000 volts, alternating current, between conductors, and to ground, on short lengths, after flame tests.
> 2,000 volts, alternating current, between conductors, and to ground, on full-length reels to be shipped.

E-30a(5). Insulation resistance.- The insulation resistance at 15.5° C. for each conductor to the other conductor and ground, and for both conductors to ground, shall be not less than 100 megohms per 1,000 feet.

E-30b. Types DHFA-4 to 400 inclusive.-

E-30b(1). Construction.- The cable shall be made up in accordance with Table XXIV and the following:

First. Each conductor of the pair, before insulating, shall conform to the standard (Table IV), as designated in the third column of Table XXIV. A suitable thin separator (C-23), at manufacturer's option.

Second. Each such conductor shall have:

(a) A wall of felted asbestos (C-10) or glass fibers (C-22) compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer. Circuit identification (D-6b) or (D-6d). A suitable thin separator (D-23), at manufacturer's option.

(b) A wall of varnished-cambric insulation (C-6). A suitable thin separator (D-23), at manufacturer's option.

(c) A wall of felted asbestos (C-10), applied as in (a) above.

Third. Two such insulated conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Circularity of cross section shall be obtained by the use of impregnated asbestos or glass fiber fillers (C-9).

REPRODUCED AT THE NATIONAL ARCHIVES



Fourth. A wall of felted asbestos (C-10) or glass fibers (C-22), applied as in "Second (a)" above. This wall shall be of such thickness as is necessary to permit strict adherence to the over-all dimensions of the finished cable specified in the last column of Table XXIV. Manufacturer's identification (D-5b). A suitable thin separator (D-23), at manufacturer's option.

Fifth. An impervious sheath (C-21).

Sixth. Basket-weave metal armoring (C-17). This armoring shall be suitably embedded in the underlying impervious sheath. The over-all dimensions of the finished cable shall not exceed the values shown in the last column of Table XXIV nor be less than 92-1/2 percent of these dimensions.

Seventh. Painting (C-18).

E-30b(2). Cold bend.- The finished cable shall meet the cold bend tests (0° C., 32° F.) specified in section F.

E-30b(3). Flame resistance.- The finished cable shall meet the flame tests specified in section F.

E-30b(4). Drip and exudation.- The finished cable shall meet the drip and exudation tests specified in section F.

E-30b(5). Dielectric strength.- The dielectric strength shall be not less than the following:

7,500 volts, alternating current, between conductors, and to ground, on short lengths, before flame tests.
1,500 volts, alternating current, between conductors, and to ground, on short lengths, after flame tests.
2,000 volts, alternating current, between conductors, and to ground, on full length reels to be shipped.

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

TABLE XXIV. - TYPE DHFA.

| Type | Area Circular mils | Individual conductors: Standard copper conductor number (Table IV) | Individual conductors: Diameter over first felted asbestos or glass | Individual conductors: Diameter over varnished-cambric (C-6) | Individual conductors: Diameter over second felted asbestos or glass | Grouped conductors: Two conductors twisted together, diameter over third asbestos or glass | Grouped conductors: Diameter over impervious sheath (C-21) | Grouped conductors: Diameter over metal braid (C-17) |
|---|---|---|---|---|---|---|---|---|
| | | | Inch | Inch | Inches | | Inches | Inches |
| DHFA-4 | 4,494 | 4 (7) | 0.106 | 0.154 | 0.214 | The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified over-all dimensions. | 0.708 | 0.778 |
| DHFA-9 | 9,030 | 9 (7) | .138 | .186 | .246 | | .772 | .842 |
| DHFA-14 | 14,350 | 14 (7) | .166 | .226 | .286 | | .852 | .922 |
| DHFA-23 | 22,820 | 23 (7) | .201 | .261 | .321 | | .922 | .992 |
| DHFA-30 | 30,780 | 30(19) | .241 | .313 | .373 | | 1.038 | 1.108 |
| DHFA-40 | 38,950 | 40(19) | .266 | .338 | .398 | | 1.098 | 1.168 |
| DHFA-50 | 49,020 | 50(19) | .294 | .366 | .426 | | 1.154 | 1.224 |
| DHFA-60 | 59,940 | 60(37) | .332 | .404 | .484 | | 1.270 | 1.340 |
| DHFA-75 | 75,850 | 75(37) | .367 | .457 | .537 | | 1.404 | 1.474 |
| DHFA-100 | 98,820 | 100(61) | .423 | .513 | .593 | | 1.516 | 1.586 |
| DHFA-125 | 125,050 | 125(61) | .467 | .557 | .637 | | 1.604 | 1.674 |
| DHFA-150 | 157,380 | 150(61) | .537 | .627 | .717 | | 1.784 | 1.854 |
| DHFA-200 | 198,860 | 200(61) | .594 | .684 | .774 | | 1.898 | 1.968 |
| DHFA-250 | 250,710 | 250(61) | .667 | .757 | .847 | | 2.072 | 2.142 |
| DHFA-300 | 296,660 | 300(91) | .718 | .826 | .916 | | 2.210 | 2.280 |
| DHFA-400 | 414,020 | 400(127) | .832 | .940 | 1.030 | | 2.438 | 2.508 |

NOTE - For dimensional tolerances see also paragraph D-2b.

REPRODUCED AT THE NATIONAL ARCHIVES



E-30b(6). Insulation resistance.- The insulation resistance per 1,000 feet at 15.5° C., for each conductor to the other conductor and ground, and for both conductors to ground, shall be not less than the values in Table XXV.

TABLE XXV.

| Type | Megohms | Type | Megohms |
|---|---|---|---|
| DHFA-4 | 200 | DHFA-75 | 175 |
| DHFA-9 | 300 | DHFA-100 | 160 |
| DHFA-14 | 275 | DHFA-125 | 150 |
| DHFA-23 | 250 | DHFA-150 | 135 |
| DHFA-30 | 225 | DHFA-200 | 125 |
| DHFA-40 | 215 | DHFA-250 | 120 |
| DHFA-50 | 200 | DHFA-300 | 110 |
| DHFA-60 | 190 | DHFA-400 | 100 |

1 September 1941 15C1(INT)

BUREAU OF SHIPS AD INTERIM SPECIFICATION

---

# CABLES, ELECTRIC, INSULATED

(SHIPBOARD USE)

---

## A. APPLICABLE SPECIFICATIONS.

A-1. The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

NAVY DEPARTMENT SPECIFICATIONS.

General Specifications for Inspection of Material.
17-I-29 - Insulation, electrical, asbestos-fiber, treated and untreated.
17-I-31 - Insulation, electrical, glass-fiber, untreated.
46A3 - Aluminum, bars, rods, shapes, and wire.
46S18 - Steel, corrosion-resisting; bars, rods, and forgings (except for reforging).
52A1 - Aluminum pigment (paste form).

FEDERAL SPECIFICATION.

ZZ-R-601 - Rubber-goods: General Specifications (Methods of Physical Tests and Chemical Analyses).

36543