REPRODUCED AT THE NATIONAL ARCHIVES

1 October 1941                                              17-I-29(INT)

BUREAU OF SHIPS AD INTERIM SPECIFICATION

SUPERSEDED

INSULATION, ELECTRICAL, ASBESTOS FIBER, TREATED, AND UNTREATED

**A. APPLICABLE SPECIFICATIONS.**

A-1. The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

### NAVY DEPARTMENT SPECIFICATIONS

General Specifications for Inspection of Material.
51B3 - Benzol.

### FEDERAL SPECIFICATIONS

O-A-51 - Acetone.
UU-P-31 - Paper; General Specifications.

**B. CLASSIFICATION.**

B-1. Asbestos, fibers and products covered by this specification shall be furnished in such grades as are suitable for the intended application, and in such classes, types, forms and sizes, as specified in the contract or order (see par. H-2).

B-1a. Classes.- Asbestos shall be furnished in the following classes with respect to total iron and magnetic iron content:

| Class | Total Iron (max.) Percent | Magnetic Iron (max.) Percent |
|---|---|---|
| 2 | 1.75 | 0.75 |
| 4 | 3.5 | 2.0 |
| 6 | 6.0 | 4.0 |

46642

Lehman Decl.

# Exhibit 9

REPRODUCED AT THE NATIONAL ARCHIVES

17-I-29(INT)

-2-

B-1b.  **Types**.- Asbestos products shall be furnished in the following types with respect to class, condition as to treatment, and construction as to reinforcement:

| Class | | Type |
|---|---|---|
| 2 | Plain, untreated—————————— | 2PU |
| 2 | Plain, treated———————————— | 2PT |
| 2 | Reinforced, untreated——————— | 2RU |
| 2 | Reinforced, treated————————— | 2RT |
| 4 | Plain, untreated—————————— | 4PU |
| 4 | Plain, treated———————————— | 4PT |
| 4 | Reinforced, untreated——————— | 4RU |
| 4 | Reinforced, treated————————— | 4RT |
| 6 | Plain, untreated—————————— | 6PU |
| 6 | Plain, treated———————————— | 6PT |
| 6 | Reinforced, untreated——————— | 6RU |
| 6 | Reinforced, treated————————— | 6RT |

B-1c.  **Forms**.- Asbestos shall be furnished in the following forms:

    (1) Flock (milled or processed fiber).
    (2) Paper.
    (3) Rovings, yarns, cords, and fillers.
    (4) Tape (listing).
    (5) Sleeving (tubular braids).
    (6) Cloth.

B-1d.  **Sizes**.- The various forms of the grades and types specified shall be furnished in the sizes shown herein or as specified in the contract or order.

B-1e.  **Grades**.- Asbestos shall be furnished in the following grades, as suitable for the intended application, or as specified in the contract or order:

    (1) Arizona  - Grade 1, 2, 3, 4, or 5.
    (2) Rhodesian- Grade 1, 2, 3, 4, or 5.
    (3) Russian  - Grade 1, 2, 3, 4, or 5.
    (4) Canadian - Grade 1, 2, 3, 4, or 5.
    (5) Other    - (To be specified later.)

B-1e(1).  **Fiber length**.- The grades as to fiber length of the several sources of asbestos shall be as follows:

    Grade 1 (crude) - Fibers of 3/4 inch or longer.
    Grade 2 (crude) - Fibers of 3/8 inch to 3/4 inch.
    Grade 3 (mill)  - 0.0 - 8.0 - 6.0 - 2.0 screen test.
    Grade 4 (mill)  - 0.0 - 1.5 - 9.5 - 5.0 screen test.
    Grade 5 (mill)  - 0.0 - 0.0 - 8.0 - 8.0 screen test.

NOTE. The values given above are minimum for each grade.  For a description and definition of the screen test upon which these are based see paragraph F-6m.

Case 4:07-cv-02824-SBA    Document 34-10    Filed 09/21/2007    Page 3 of 19
REPRODUCED AT THE NATIONAL ARCHIVES

C. MATERIALS AND WORKMANSHIP.

C-1.  General.-

C-1a.  Asbestos furnished under this specification shall be of the variety known as chrysotile only.  All materials employed in the various forms (see par. B-1c) shall b first class in every respect.

C-1b.  For the purpose of identification of the material as to variety, the following typical chemical analyses shall be considered as the approximate composition of the several sources of asbestos (chrysotile) applicable to the construction of the various forms covered by this specification.

TABLE I.  CHEMICAL COMPOSITIONS (APPROXIMATE).

| | Arizona | Rhodesian | Russian | Canadian |
|---|---|---|---|---|
| | Percent | Percent | Percent | Percent |
| Silica | 40.5 | 41.0 | 41.3 | 38.5 |
| Alumina | .2 | 1.0 | 1.0 | .2 |
| Iron oxide ($Fe_2O_3$) | 1.8 | 4.2 | 4.2 | 4.5 |
| Magnesia | 42.1 | 38.5 | 40.4 | 42.8 |
| Water | 15.4 | 13.3 | 11.6 | 14.0 |

C-1c.  The workmanship shall be first class in every respect.

D.  GENERAL REQUIREMENTS.

D-1.  General.- Asbestos used in the fabrication of the required forms shall be of a grade, or combination of grades, and of a type suitable for the purpose, and shall be reasonably free of unsightly defects such as particles of dirt, knots, lumps, or foreign material detrimental to performance requirements.

D-2.  Definitions.-

D-2a.  Plain asbestos (type P) is defined as a mixture of pure asbestos in combination with cotton fibers or other organic fibers; not less than 85 percent by weight of the mixture to be pure asbestos.

D-2b.  Reinforced asbestos (type R) is defined as a core of yarn consisting of glass fibers, cotton fibers, or other organic fibers covered with plain asbestos, as defined above, except that not less than 85 percent by weight of the finished product is of pure asbestos, unless otherwise specified.  Metallic reinforcement in any form is not permitted.

D-2c.  Untreated asbestos (type U) shall apply to the several forms of asbestos products (see par. B-1c) which have been given no treatment beyond that necessary to accomplish the successful fabrication of the product.

REPRODUCED AT THE NATIONAL ARCHIVES

17-I-29(INT)

-4-

D-2d.  Treated asbestos (type T) shall apply to the several forms of asbestos products (see par. B-1c) which have been given treatment designed to impart certain desirable characteristics to the untreated types such as resistance to the absorption of moisture, improved electrical insulating properties, and flame resistance. (See par. F-6l.)

D-3.  General application.- The several classes and types of asbestos in the required forms shall be suitable, in general, for the purposes outlined below.

D-3a.  Class 2.- In the several forms this class is intended for special applications only, where the asbestos is of primary importance as electrical insulation, such as on magnet wire and in paper tape, sleeving, or cloth, used primarily as a dielectric.

D-3b.  Class 4.- In the several forms this class is intended for use where the asbestos is of secondary importance as electrical insulation, and where applied in combination with other materials of comparably higher dielectric strength, such as in the construction of heat and flame resistant electrical insulating walls over unit conductors of electric cables.

D-3c.  Class 6.- In the several forms this class is intended for use where the asbestos is of minor importance as a dielectric, such as when used in the construction of fillers and the heat and flame resistant walls of electric cables, other than those applied on unit conductors or when used as a lining for control enclosures subject to exposure to electric arcs.

E.  DETAIL REQUIREMENTS.

E-1.  Flock.-

E-1a.  General.- Asbestos flock shall be furnished in such quantities, grades, and types as required for the particular application or as specified in the contract or order.

E-1b.  Treatment.- Ordinarily, treatment of asbestos flock will not be required until after its application for a specific purpose. When treatment is required by a particular application the requirements of the specification covering the specific use shall govern. The treated types before treatment, shall conform to the requirements specified herein for the untreated types.

E-2.  Paper.-

E-2a.  General.- Asbestos paper shall be made of grade 1, 2, 3, 4, or 5 asbestos or a combination thereof as suitable. The finished paper shall be free from all impurities tending to lower its electrical insulating properties.

REPRODUCED AT THE NATIONAL ARCHIVES

17-I-29(INT)

-5-

E-2b.  Thicknesses.- The paper shall be furnished in the following thicknesses as specified:

| Nominal | Tolerances |
|---|---|
| 0.010 inch | -0.002 + 0.001 |
| 0.015 inch | -0.002 + 0.002 |

E-2c.  Length and width.- Unless otherwise specified in the contract or order, or approved, the paper shall be furnished in rolls 36 inches wide, and 25 or 50 yard in length.

E-2d.  Iron content.- The iron content of the finished paper shall not exceed the following:

| Type | Total Iron (max.) Percent | Magnetic Iron (max.) Percent |
|---|---|---|
| 2PU | 1.6 | 0.7 |
| 2PT | 1.6 | 0.7 |
| 4PU | 3.2 | 1.8 |
| 4PT | 3.2 | 1.8 |
| 6PU | 5.5 | 3.6 |
| 6PT | 5.5 | 3.6 |

E-2e.  The breaking strength, bursting strength, weight, carbon content, and dielectric strength of the untreated paper shall be as given in Table II.

TABLE II.  PAPER – UNTREATED – BREAKING STRENGTH.

| Thickness (nominal) | Breaking strength (min.) | | Asbestos Content (min.) | Bursting strength (min.)[1] | Weight per 100 sq.ft. (max.) | Dielectric volts per mil (min.) |
|---|---|---|---|---|---|---|
| | Length-wise | Cross-wise | | | | |
| Inch | Pounds | Pounds | Percent | Pounds | Pounds | |
| 0.010 | 7 | 3 | 90 | 6 | 4.7 | 125 |
| 0.015 | 11 | 5 | 90 | 9 | 6.2 | 110 |

[1]See paragraph F-6h.

REPRODUCED AT THE NATIONAL ARCHIVES

17-I-29(INT)

-6-

E-2f. <u>Treatment</u>.- Treated types (T) before treatment, shall conform to the requirements specified herein for the untreated types (U). The paper shall then be treated with a suitable black, plastic, insulating varnish and oven-cured so as to form a flexible, heat-resisting, moistureproof insulation of good dielectric strength, or with such other treatment as specified or approved.

E-2g. <u>Flexibility</u>.- The finished paper shall meet the requirements of the bending test described in paragraph F-6k(1).

E-3. <u>Rovings, yarns, cords, and fillers</u>.-

E-3a. <u>General</u>.- Rovings shall be made from grade 1, 2, or 3 asbestos, or combination thereof as suitable, and shall be furnished in such types as are specified or approved.

E-3b. <u>Weights and sizes</u>.- Rovings shall be furnished in such weights and sizes as to cut, twist, and ply as specified or approved.

E-3c. <u>Treatment</u>.- Treated types (T) before treatment, shall conform to the requirements specified herein for untreated types (U). Treatment, when required, shall be as specified in the specification covering the particular application or as specified in the contract or order.

E-4. <u>Tape (listing)</u>.-

E-4a. <u>General</u>.- Tape shall be constructed from grade 1, 2, or 3 asbestos or combination thereof, as suitable, and shall be furnished in such types, as specified. The tape shall be high-grade, uniformly woven asbestos yarn, free from unsightly defects, dirt, knots, lumps, and irregularities of twist. The tape shall have selvage edges and be suitable in all respects for use in insulating electrical windings.

E-4b. <u>Sizes</u>.- The tape shall be furnished in the sizes shown in Table III as specified.

TABLE III.  TAPE (LISTING) - SIZES AND DIMENSIONAL TOLERANCES.

| Thickness | Width | Thickness | Width |
|---|---|---|---|
| Inch | Inches | Inch | Inches |
| $0.015 \pm 0.003$ | $1/2 \pm 1/32$ | $0.025 \pm 0.003$ | $1/2 \pm 1/32$ |
| $.015 \pm .003$ | $3/4 \pm 1/32$ | $.025 \pm .003$ | $3/4 \pm 1/32$ |
| $.015 \pm .003$ | $1 \quad \pm 1/32$ | $.025 \pm .003$ | $1 \quad \pm 1/32$ |
| $.015 \pm .003$ | $1\text{-}1/4 \pm 1/16$ | $.025 \pm .003$ | $1\text{-}1/4 \pm 1/16$ |
| $.015 \pm .003$ | $1\text{-}1/2 \pm 1/16$ | $.025 \pm .003$ | $1\text{-}1/2 \pm 1/16$ |
| $.020 \pm .003$ | $1 \quad \pm 1/32$ | $.030 \pm .003$ | $1\text{-}1/4 \pm 1/16$ |

Case 4:07-cv-02824-SBA    Document 34-10    Filed 09/21/2007    Page 7 of 19

REPRODUCED AT THE NATIONAL ARCHIVES

-7-

E-4c.  Asbestos content.- In order to obtain the required strength in the tape the yarn from which it is made may contain a certain amount of vegetable fiber, size, or other organic matter; however, the asbestos content shall be not less than 80 percent of the untreated finished product.

E-4d.  Finish.- The tape shall be finished by calendering but the calendering shall not be so heavy as to materially reduce the strength.  It shall be practically free from nap and from broken or uneven threads.

E-4e.  Tensile strength.-

E-4e(1).  Initial.- The breaking strength per inch of width based on the actual width of tape, and in the condition as received, shall be not less than shown in Table IV.

TABLE IV.  TAPE – BREAKING STRENGTH (INITIAL).

| Thickness | Breaking strength |
|-----------|-------------------|
| Inch | Pounds |
| 0.015 | 30 |
| .020 | 35 |
| .025 | 50 |
| .030 | 85 |

E-4e(2).  After heat aging.- The breaking strength, per inch of width, based on the actual width of tape, after being heated in an oven at 300° C., (572° F.) for 5 minutes, shall be not less than shown in Table V.

TABLE V.  TAPE – BREAKING STRENGTH AFTER HEAT AGING.

| Thickness | Breaking strength |
|-----------|-------------------|
| Inch | Pounds |
| 0.015 | 15 |
| .020 | 18 |
| .025 | 25 |
| .030 | 43 |

REPRODUCED AT THE NATIONAL ARCHIVES

Case 4:07-cv-02824-SBA    Document 34-10    Filed 09/21/2007    Page 9 of 19

REPRODUCED AT THE NATIONAL ARCHIVES

E-5b.  Sizes.- Asbestos insulating sleeving shall be of the sizes shown in Table VII, or as specified in the contract or order.

TABLE VII.  SLEEVING - SIZES AND TOLERANCES.

| Inside diameter (nominal) | Wall thickness (nominal) |
|---|---|
| Inches | Inch |
| 1/16 + 1/64 −0 | 0.031 ± 0.002 |
| 3/32 + 1/64 −0 | .031 ± .002 |
| 1/8  + 1/64 −0 | .031 ± .002 |
| 3/16 + 1/64 −0 | .031 ± .002 |
| 7/32 + 1/32 −0 | .031 ± .002 |
| 1/4  + 1/32 −0 | .031 ± .002 |
| 9/32 + 1/32 −0 | .031 ± .002 |
| 5/16 + 1/32 −0 | .031 ± .002 |
| 3/8  + 1/32 −0 | .031 ± .002 |
| 7/16 + 1/16 −0 | .031 ± .002 |

E-5c.  Asbestos content.- In order to obtain the required strength in the sleeving the yarn from which it is made may contain a certain amount of vegetable fiber, size, or other organic matter; however, the asbestos content shall be not less than 80 percent of the untreated finished product.

E-5d.  Tensile strength and elasticity of the sleeving shall be such that it will not break when tested as provided by paragraph F-6f(3).

E-5e.  Dielectric strength.- The dielectric strength as determined by paragraph F-6g shall be not less than 25 volts per mil.

E-5f.  Treatment.- Treated types (T), before treatment, shall conform to the requirements of the untreated types (U) as specified herein.  Treatment, when required, shall be as specified in the specification covering the particular application or as specified in the contract or order.

E-6.  Cloth.-

E-6a.  General.- Asbestos cloth shall be constructed from grade 1, 2, or 3 asbestos or combination thereof, as suitable, and shall be furnished in such types as specified. The cloth shall be of high-grade, uniformly woven asbestos yarn, free from unsightly defects, dirt, knots, lumps, and irregularities of twist.  The cloth shall have selvage edges and be suitable in all respects for use in insulating electrical equipment.

REPRODUCED AT THE NATIONAL ARCHIVES

17-I-29(INT)

-10-

E-6b.  Cotton content.- In order to obtain the required strength in cloth the yarn from which it is made may contain a certain amount of vegetable fiber, size, or other organic matter; however, the asbestos content shall be not less than 80 percent of the untreated finished product.

E-6c.  Sizes.- The cloth shall be furnished in the sizes shown in Table VIII, as specified in the contract or order.

TABLE VIII.  CLOTH - UNTREATED - SIZES.

| Thickness (inch) | | | Weight (ounces per square yard) | |
|---|---|---|---|---|
| Nominal | Maximum | Minimum | Maximum | Minimum |
| 0.020 | 0.021 | 0.016 | 19 | 15 |
| .030 | .031 | .026 | 22 | 18 |
| .045 | .046 | .041 | 26 | 20 |

E-6d.  Strength.- The tensile strength of asbestos cloth shall be not less than the values shown in Table IX.

TABLE IX.  CLOTH - TENSILE STRENGTH.

| Thickness (nominal) | Tensile strength per inch | |
|---|---|---|
| | Warp | Filling |
| Inch | Pounds | Pounds |
| 0.020 | 30 | 25 |
| .030 | 50 | 32.5 |
| .045 | 70 | 32.5 |

E-6e.  Dielectric strength.- The dielectric strength as determined by paragraph F-6g shall not be less than 25 volts per mil.

E-6f.  Treatment.- Treated types (T), before treatment, shall conform to the requirements for untreated types (U) as specified herein.  Treatment, when required, shall be as specified in the specification covering the particular application or as specified in the contract or order.

PRODUCED AT THE NATIONAL ARCHIVES

17-I-29(INT)

-11-

F. METHODS OF SAMPLING, INSPECTION, AND TESTS.

F-1. <u>General</u>.- Inspection tests shall be made at the place of manufacture, unless otherwise specified, to ascertain that the asbestos and/or asbestos products are in accordance with this specification.

F-2. <u>Samples required</u>.- Samples for tests or inspection purposes shall be selected by the Naval inspector in accordance with Table X.

TABLE X.  WEIGHT OR SIZE, AND NUMBER OF SAMPLES.

| Form | Weight or size | Size of lot from which selected |
|------|----------------|----------------------------------|
| Flock | 6 ounces | Each 1000 pounds or less |
| Paper | 1 square yard | Each 1000 square yards or less |
| Rovings | 6 ounces | Each 100 pounds or less |
| Tape | 3 rolls | Each lot |
| Sleeving | 6 ounces | Each 100 pounds or less |
| Cloth | 1 square yard | Each 1000 square yards or less |

F-3. <u>List of tests</u>.- Tests as indicated below, as applicable, shall be made on representative samples submitted for inspection:

                                                    Paragraph

        (a) Material and workmanship..(F-6a)
        (b) Chemical composition......(F-6b)
        (c) Total iron content........(F-6c)
    (1) (d) Magnetic iron content.....(F-6d)
        (e) Asbestos content..........(F-6e)
        (f) Tensile strength .........(F-6f)
        (g) Dielectric strength.......(F-6g)
        (h) Bursting strength.........(F-6h)
        (i) Crushing strength.........(F-6i)
        (j) Abrasion resistance.......(F-6j)
        (k) Flexibility...............(F-6k)
        (ℓ) Flame resistance..........(F-6ℓ)
        (m) Screen test...............(F-6m)

(1)To be conducted only when specifically required by the contract or order. (See par. H-3.)

REPRODUCED AT THE NATIONAL ARCHIVES

17-I-29(INT)

-12-

F-4.  **Tests applicable.**- The various forms of asbestos listed in paragraph B-1c shall be subjected to such of the tests listed in paragraph F-3 as are indicated below:

    (a) Flock – Tests (a) to (e), inclusive, and (m), when required.
    (b) Paper – Tests (a) to (k), inclusive, and ($\ell$), when required.
    (c) Roving – Tests (a) to (e), inclusive, and ($\ell$), when required.
    (d) Tape – Tests (a) to (g), inclusive, and (i) to (k), inclusive, and
        ($\ell$) when required.
    (e) Sleeving – Tests (a) to (g), inclusive, and (i) to (k), inclusive,
        and ($\ell$) when required.
    (f) Cloth – Tests (a) to (g), inclusive, and (i) to (k), inclusive, and
        ($\ell$) when required.

F-5.  **Preparation of samples.**-

F-5a.  **Untreated type (U)**, before testing, shall be conditioned as follows for the tests indicated below.

F-5a(1).  **For tests (a) to (m), inclusive, (see par. F-3)**, the necessary samples shall be dried to constant weight in a weighed crucible at 100° C. (212° F.). Unless otherwise stated, conditioning at 220° F. for 2 hours will be considered the equivalent of drying to constant weight.

F-5b.  **Treated type (T)**, before testing shall be conditioned as follows for the tests indicated below.

F-5b(1).  **For tests (b) to (e), inclusive, (see par. F-3)** the necessary samples shall, before testing be conditioned as follows:

Place approximately 10 gm of the treated product in a 500 m$\ell$ beaker and wash 6 times with benzol (Navy Department Specification 51B3 listed in section A), pressing out the solvent by means of a fruit press; repeat the procedure 4 times with methyl acetone and 3 times with acetone (Federal Specification O-A-51 listed in section A); add to sample in beaker 75 m$\ell$ of oleic acid (USP), heat on hot plate at about 300° F. for 2 hours. When cool, decant the oleic acid and wash with 3 successive portions (50 m$\ell$) of benzol, 3 of methyl acetone and 1 of acetone; dry at 212° F.  Cut the dried sample into small pieces, place in a 200 m$\ell$ beaker, add 50 m$\ell$ methyl acetone and bring to a boil on steam bath.  Decant the solvent and place in a Wiley Extractor apparatus (E & A 22760) and add 50 m$\ell$ of methyl acetone and extract for 2 hours.  Decant, transfer to a 200 m$\ell$ beaker, add 50 cc of acetone, boil for 20 minutes, press out sample, shred, and place in a tared weighing bottle (45 x 50 mm), dry for 1 hour at 212° F. in an electric oven and remove to a desiccator.  When cool, replace the stopper and weigh.

F-5 ( ).  **For tests (f) to ($\ell$), inclusive (see par. F-3)** the necessary samples shall be tested as received.

APPROVED AT THE NATIONAL ARCHIVES

17-I-29(INT)

F-6.  _Description of tests._- The tests listed in paragraph F-3 shall be conducted as described below:

F-6a.  _Material and workmanship._- It shall be ascertained by careful visual examination that the asbestos product is in strict conformity with this specification in the matter of material, workmanship, finish, dimensions, and weight.

F-6b.  _Chemical composition._- Samples of the asbestos taken from the finished product prepared as described in paragraph F-5, shall be analyzed to determine the proportions of the several chemical constituents.

NOTE.- The several analyses given in Table I are approximate only and exact conformity thereto is not required.

F-6c.  _Total iron content._- The total iron content shall be determined by the following method:

Approximately 1 gm of prepared sample (see par. F-5) shall be taken from a bottle and the bottle again weighed.  Difference will be exact weight of sample to be analyzed.  It shall then be placed in a tared No. 0 porcelain crucible and ignited to constant weight in a muffle furnace at about 900° C., removed from the furnace, cooled in a desiccator, and weighed.  Weight of ash multiplied by 100 and divided by weight of sample will give the percentage of ash.  Transfer the contents of crucible to a 300 ml glass beaker; add 25 ml of concentrated hydrochloric acid, boil, and while boiling add a few drops of hydroflouric acid just sufficient to completely dissolve the sample; continue to boil to a volume of 15 ml, cool, and dilute with 100 ml of cold distilled water; pass through a Walden silver reductor, wash reductor with 100 ml of dilute hydrochloric acid (1-10); add to the filtrate 15 to 20 ml of concentrated sulphuric acid and 3 drops of phenanthroline indicator; titrate with a standardized solution of ceric ammonium sulphate.  The amount of iron determined multiplied by 100 and divided by weight of sample will give the percentage of iron, and divided by the percentage of asbestos will give the percentage of iron in the asbestos.

F-6d.  _Magnetic iron content._- The percentage of magnetic iron content, when required, shall be determined as follows:

A weighed sample of the conditioned (see par. F-5) material shall be placed in a porcelain crucible and ignited in an electric muffle furnace for 1 hour at 1500° F. ± 50° F.  The crucible shall then be removed from the furnace and when cool the contents shall be transferred to a mortar and reduced to a powder, approximately 100 mesh or finer, by means of grinding with a pestle.  The powdered sample shall then be placed in a 600 cc  beaker with approximately 400 cc  of distilled water and brought almost to a boil.  The magnetic iron shall then be removed from the mixture by repeatedly inserting and withdrawing a small electromagnet equipped with

REPRODUCED AT THE NATIONAL ARCHIVES

17-I-29(INT)

-14-

an "on" and "off" switch.  The electromagnet core shall consist of a machine steel cylindrical bar 8-3/4 inches long and 3/4 inch in diameter.  A suitable winding shall be wound on the core and evenly distributed along the core from a point 3/4 inch from one end to a point 3-1/2 inches from the other end.  The number of turns and the current in the coil shall be adjusted so as to produce a magnetic field of 3000 ampere turns.  Upon each withdrawal the magnet shall be de-energized and all traces of loose magnetic material removed and collected until no further collection can be made by repetition of the process.  The magnetic material collected in this manner shall be accumulated in a beaker and dried for two hours at 220° F., cooled in a desiccator and weighed.  The weight of the dried magnetic material multiplied by 100 and divided by the weight of the sample shall be taken as the percent of magnetic iron.

F-6e.  Asbestos content.- Five test specimens, each weighing not less than 5 gm, and conditioned as in paragraphs F-5a(1) and F-5b(1) shall be placed in an electric oven and heated for not less than 1 hour at 800 to 810° C. (1470 to 1490° F.).  After removal from the oven they shall be cooled in a desiccator to room temperature, and then weighed.  The weight of the residue shall be divided by the factor 0.86 to determine the original weight of the asbestos content.  This weight of asbestos content shall be divided by the weight of the dried specimens to obtain the percentage of asbestos.  The average of the five determinations shall be the asbestos content.

F-6f.  Tensile strength.-

F-6f(1).  For paper.- The tensile test specimen shall be 1 inch wide by 5 inches long.  Five specimens shall be cut lengthwise of the sheet and 5 specimens crosswise of the sheet.  The breaking strength for each direction shall be taken as the average of the 5 readings in that direction.

F-6f(2).  For tape.-

F-6f(2)a.  The tensile strength shall be determined on an approved type of inclination balance testing machine.  The specimens shall be tested in full section.  The initial length of the test specimens between the jaws shall be 3 inches and the jaws shall separate at a uniform rate of 12 inches per minute.  The average of 5 tests shall be taken as the tensile strength.  In the case of a break considerably below the general average of the tape, a second test shall be made and this test shall then be included in obtaining the final average.

F-6f(2)b.  One set of test readings (5 breaks) shall be taken on samples in the condition as received, at normal room temperature, and another set of readings (5 breaks) shall be taken after samples have been heated in an oven at 300° C. (572° F.) for a period of 5 minutes.

REPRODUCED AT THE NATIONAL ARCHIVES

17-I-29(INT)

-15-

F-6f(3). <u>For sleeving</u>.- To determine compliance with paragraph E-5d, the sleeving shall be placed on the largest wire or cable for which intended, filled with shellac, allowed to dry, and the wire and sleeve bent to an angle of 90 degrees on a 1/8 inch radius.

F-6f(4). <u>For cloth</u>.-

F-6f(4)a. <u>Test specimens</u>.- Specimens 4 inches in width and not less than 6 inches in length shall be taken for test. Two sets of 5 specimens each are required, one set for warp breaking strength having the longer dimension parallel to the warp yarns and the other set for filling breaking strength, having the longer dimension parallel to the filling yarns. No two specimens for warp breaking strength shall contain the same warp yarns, or for filling breaking strength the same filling yarns. Unless otherwise specified, specimens shall be taken no nearer the selvage than 1/10 the width of the fabric.

F-6f(4)b. <u>Testing machine</u>.- An approved type of inclination balance testing machine shall be used. The distance between the clamps at the start of the test shall be 3 inches. The face of 1 jaw of each clamp shall measure 1 by 1 inch, that of the other jaw of each clamp 1 by 2 inches or more, with the longer dimension perpendicular to the direction of application of the load. The jaws shall separate at the uniform rate of 12 inches per minute.

F-6f(4)c. <u>Procedure</u>.- The specimen shall be placed symmetrically in the clamps of the machine with the longer dimension parallel to and the shorter dimension at right angles to the direction of application of the load, care being taken to grip the same yarns in both clamps. The average of the results of the 5 individual tests on the warp shall be reported as the warp breaking strength, and the average of the 5 individual tests on the filling shall be reported as the filling breaking strength. If a specimen slips in the clamps, breaks in the clamps, breaks at the edge of the clamps, or if for any reason attributable to faulty operation, the result falls markedly below the average for the set of specimens, the result shall be discarded, another specimen taken and the result of this break included in the average.

F-6g. <u>Dielectric strength</u>.-

F-6g(1). Any well designed, high tension transformer connected to an alternating current supply, having as nearly a true sine wave as possible, may be used. The transformer and the source of supply of energy shall be not less than 2 KVA. The frequency shall not exceed 100 cycles per second.

REPRODUCED AT THE NATIONAL ARCHIVES

17-I-29(INT)

-16-

F-6g(2).  Regulation shall be so controlled that the high tension testing
voltage taken from the secondary of the testing transformer may be raised gradually
from any point but in no case more than 500 volts at a step.  The control may be
made by generator-field regulation, with an induction regulator, or with a variable
ratio auto transformer.  Any method of regulating the voltage will be satisfactory
which will not distort the wave more than 10 percent from a sinusoidal shape.

F-6g(3).  The voltage may be measured by any approved method which will give
root-mean square values, preferably by means of a voltmeter connected to a special
voltmeter coil in the high tension winding of the testing regulator, or to a
separate step-down transformer.  A voltmeter on the low tension side of the trans-
former will be satisfactory if the ratio of transformation will not change under
any test condition.

F-6g(4).  The electrodes shall be of brass or copper, with flat polished
contact surfaces.  The electrodes shall be self-aligning and shall be placed exactly
opposite each other, with the specimen in a horizontal plane between them.

F-6g(4)a.  For paper and cloth.- Electrodes shall be cylinders 2 inches in
diameter and 1 inch in length, with the edges rounded to a radius of 1/4 inch.

F-6g(4)b.  For tape.- Electrodes shall be cylinders 1/4 inch in diameter
and 1 inch in length, with the edges rounded to a radius of 1/32 inch.

F-6g(4)c.  For sleeving.- One electrode shall be a copper wire of a diameter
equal to the nominal inside diameter of the sleeving.  The other electrode shall be
a wrapping of tinfoil covering a length of not less than 6 inches of the wire and
sleeving.

F-6g(5).  The test specimens may be of any convenient size but the total area
of the specimens of 1 sample of material shall be sufficient to permit making at
least 10 satisfactory tests.  The specimens shall be representative of the material
to be tested, care to be taken to select material free from abnormal defects such
as blisters, wrinkles, cracks, etc.  The tests shall be made in air with the speci-
men at room temperature.

F-6g(6).  Starting at zero, the voltage shall be increased uniformly to break-
down at a rate of 500 volts per second except that if breakdown occurs at this rate
in less than 40 seconds the rate shall be decreased so that breakdown will occur in
not less than 40 seconds.  If the material fails at less than 5,000 volts the mini-
mum time shall be reduced from 40 to 20 seconds.  The tests shall be made and the
average of these 10 punctures shall be taken as the average dielectric strength.
The thickness of the specimen shall be measured at each puncture and the volts per
mil for each puncture calculated from this measurement.

Case 4:07-cv-02824-SBA    Document 34-10    Filed 09/21/2007    Page 17 of 19

REPRODUCED AT THE NATIONAL ARCHIVES

F-6h.  Bursting strength (for paper only).- The bursting strength of the paper shall be determined in accordance with Federal Specification UU-P-31, listed in section A.

F-6i.  Crushing strength.- (To be specified later).

F-6j.  Abrasion resistance.- (To be specified later).

F-6k.  Flexibility.-

F-6k(1).  For paper.- The treated paper shall have sufficient flexibility to permit bending 180 degrees about a 3/8 inch mandrel without cracking.

F-6k(2).  For other forms.- (To be specified later.)

F-6ℓ.  Flame resistance.- (To be specified later).

F-6m.  Screen test.-

F-6m(1).  General.- The grading of asbestos fibers, when required, shall be determined by the (Quebec Asbestos Producers' Association Standard) following method:

F-6m(2).  Equipment.- The testing equipment shall consist of four wooden frames measuring 24-1/2 by 14-3/4 inches inside and 3-1/2 inches deep, superposed one above the other and numbered 1, 2, 3, and 4 from the top down.  The bottoms of the frames shall be of metal as follows:

No.  1 screen mesh, 1/2 inch opening, 0.105 diameter wires.
No.  2 screen mesh, 4 mesh, 0.063 diameter wires.
No.  3 screen mesh, 10 mesh, 0.047 diameter wires.
No.  4 solid bottom of wood or metal.

The nest of four boxes or frames, each tared, shall be connected to an eccentric so as to provide a horizontal simple harmonic reciprocating motion of 1-9/16 inches in length at the rate of 5 cycles per second.

F-6m(3).  Procedure.- A 16 ounce sample of asbestos fiber shall be placed in the top frame and covered with a wooden or metal cover without resting on any part of the sample.  The machine shall then be run for a period of 2 minutes (600 cycles).  The asbestos remaining in each frame is weighed and recorded as the screen test grading.  For example:  If, after testing, 4 ounces remained on frame No. 1, 3 ounces on frame No. 2, 6 ounces on frame No. 3, and 3 ounces on frame No. 4, the screen test grading would be :  4.0 - 3.0 - 6.0 - 3.0.

17-I-29(INT)

-18-

G. PACKAGING, PACKING, AND MARKING FOR SHIPMENT.

G-1.  Packaging.-

G-1a.  General.- Unless otherwise specified or approved, asbestos products
shall be packaged in such a manner as to protect the contents from dust, moisture,
and mechanical injury during shipment and storage.

G-1b.  Tape.- Unless otherwise specified, tape shall be put up in rolls on
strawboard cores having an inside diameter of not less than 1/2 inch.  Unless
otherwise specified, rolls shall contain 36 linear yards of tape, plus or minus
5 percent.  Rolls of tape shall be put in convenient packages (not more than 4
rolls per package), with suitable paper wrapping to protect the tape from dirt,
moisture, etc.

G-1c.  Sleeving.- The sleeving shall be wound on heavy fiber spools or on
pasteboard tubes in such a manner as to form a cylindrical, self-supporting coil.

G-2.  Packing.- Unless otherwise specified, asbestos products shall be delivered
in standard commercial containers so constructed as to insure acceptance by common
or other carrier for safe transportation at the lowest rate to the point of delivery.

G-3.  Marking.-

G-3a.  Packages.- Unless otherwise specified, packages shall be marked with
the name and classification of the material, (as defined by this specification),
width, thickness, length or weight, and quantity contained therein, as defined by
the contract or order under which shipment is made, and the name of the manufac-
turer.

G-3b.  Shipping containers.- Unless otherwise specified, shipping containers
shall be marked with the name and classification of the material, (as defined by
this specification), width, thickness, length or weight, and quantity contained
therein, as defined by the contract or order under which shipment is made, name
of contractor, number of contract or order, and gross weight.

REPRODUCED AT THE NATIONAL ARCHIVES

17-I-29(INT)

-19-

H.  NOTES.

H-1.  Requests, requisitions, schedules, and contracts or orders must contain the title of the specification, the number and date.

H-2.  Requests, requisitions, schedules, and contracts or orders should cover the following features, as applicable to the forms listed in paragraph B-1b:

     (a) Flock - Grade, type, and quantity in pounds.
     (b) Paper - Type, thickness, width, and quantity in 100 square feet.
     (c) Rovings - Type, size as to cut, twist, and ply, and quantity in pounds.
     (d) Tape - Type, thickness, width, and total length required in yards.
     (e) Sleeving - Type, size, and total length required in yards.
     (f) Cloth - Type, thickness, width, and quantity in square yards.

H-3.  Requests, requisitions, schedules, and contracts or orders should indicate specifically whether the magnetic iron test, paragraph F-6d, is required.

H-4.  Copies of Navy Department specifications, and any other specifications forming a part thereof, may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington, D.C., except that Naval activities should make application to the Commandant, Navy Yard, New York, N.Y.  When requesting, refer to specification by both title and number (or symbol).

H-5.  Copies of Bureau of Ships ad Interim specifications may be obtained upon application to the Bureau of Ships, or the Bureau of Supplies and Accounts, Navy Department, Washington, D.C.  When requesting refer to specification by both title and number.

SPECIAL NOTICE.- This specification supersedes Bureau of Ships ad Interim Specification 17-I-29(INT) dated 1 May 1941 insofar as purchases for the Bureau of Ships are concerned.

MEK.