REPRODUCED AT THE NATIONAL ARCHIVES

1 July 1942                                                    15C1(INT)

**NAVSHIPS 350**        BUREAU OF SHIPS AD INTERIM SPECIFICATION

CABLES, ELECTRIC, INSULATED

(SHIPBOARD USE)

A. APPLICABLE SPECIFICATIONS.

A-1.  The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

NAVY DEPARTMENT SPECIFICATIONS.

General Specifications for Inspection of Material.
17-I-29 - Insulation, electrical, asbestos-fiber, treated
        and untreated.
17-I-31 - Insulation, electrical, glass-fiber, untreated.
17W2 - Wire and ribbon resistance.
46S18 - Steel, corrosion-resisting; bars, rods, and
        forgings (except for reforging).
52A1 - Aluminum pigment (paste form).

FEDERAL SPECIFICATION.

ZZ-R-601 - Rubber-goods:  General Specifications (Methods
        of Physical Tests and Chemical Analyses).

B. CLASSES AND TYPES.

B-1.  GENERAL CLASSIFICATIONS.

As distinguished by the type of insulation used, the general features of construction, and the primary considerations involved, the electric cables covered by this specification shall fall within the following general classifications:

Unit conductor and wires (pars. E-1 to E-9, inclusive).
Cables for repeated flexing service (pars. E-10 to E-28, inclusive).
Cables for nonflexing service (pars. E-29 to E-45, inclusive).

B-2.  UNIT CONDUCTORS AND WIRES.

Unit conductors and wires shall be furnished in the following types, as required:

B-2a.  <u>Heat and flame resistant types.</u>-

Type SRI - Unit conductors, synthetic resin insulated (par. E-1).
Type SRIB - Synthetic resin insulated, braided (par. E-2).
Type SRIG - Synthetic resin insulated, glass braid (par. E-3).
Type SHFS - Single, heat and flame resistant, switchboard and
        panel wiring (par. E-4).
Type SHFW - Single, heat and flame resistant, wire (par. E-5).
Type DHFW - Double, heat and flame resistant, wire (par. E-6).

Lehman Decl.

# Exhibit 10

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-2-

### B-2b. Other types.-

Type TSW - Telephone switchboard wire (par. E-7).
Type BC - Bell cord (par. E-8).
Type SFPS - Single, flameproof, switchboard wiring (par. E-9).

## B-3. CABLES FOR REPEATED FLEXING SERVICE.

Cables for repeated flexing service shall be furnished in the following types, as required:

### B-3a. Heat and flame resistant types.-

Type MHFF - Multi-conductor, heat and flame resistant, flexible (par. E-10).
Type TTHFF - Twisted-pair, telephone, heat and flame resistant flexible
    (par. E-11).
Type DRI - Double conductor, resin insulated (par. E-46).
Type DRIB - Double conductor, resin insulated, braided (par. E-47).
Type TRI - Triple conductor, resin insulated (par. E-48).
Type TRIB - Triple conductor, resin insulated, braided (par. E-49).
Type FRI - Four conductor, resin insulated (par. E-50).
Type FRIB - Four conductor, resin insulated, braided (par. E-51).

### B-3b. Oil resistant types.-

Type SCOP - Single conductor, oil resisting, portable (par. E-52).
Type DCOP - Double conductor, oil resisting, portable (par. E-12).
Type TCOP - Triple conductor, oil resisting, portable (par. E-13).
Type FCOP - Four conductor, oil resisting, portable (par. E-14).
Type MCOP - Multi-conductor, oil resisting, portable (par. E-15).
Type TTOP - Twisted pair, telephone, oil resisting, portable (par. E-16).
Type MCOS - Multi-conductor, oil resisting, shielded (par. E-17).

### B-3c. Other types.-

Type SCP - Single conductor, portable (par. E-18).
Type DCP - Double conductor, portable (par. E-19).
Type TCP - Triple conductor, portable (par. E-20).
Type FCP - Four conductor, portable (par. E-21).
Type MCP - Multiple conductor, portable (par. E-22).
Type MCS - Multiple conductor, shielded (par. E-23).
Type MCMB - Multiple conductor, marker buoy (par. E-24).
Type FJF - Fabric jacket, flexible (par. E-25).
Type FJXF - Fabric jacket, extra flexible (par. E-26).
Type TRF - Tough rubber jacket, flexible (par. E-27).
Type TRXF - Tough rubber jacket, extra flexible (par. E-28).

## B-4. CABLES FOR NONFLEXING SERVICE.

Cables for nonflexing service shall be furnished in the following types, as required:

### B-4a. Heat and flame resistant types.-

Type SHFA - Single, heat and flame resistant, armored (par. E-29).
Type SHFL - Single, heat and flame resistant, leaded (par. E-30).
Type DHFA - Double, heat and flame resistant, armored (par. E-31).
Type THFA - Triple, heat and flame resistant, armored (par. E-32).
Type FHFA - Four conductor, heat and flame resistant, armored
    (par. E-33).
Type SHFP - Single, heat and flame resistant, propulsion (par. E-34).

15C1(INT)

-3-

Type DHFP - Double, heat and flame resistant, propulsion (par. E-35).
Type THFP - Triple, heat and flame resistant, propulsion (par. E-36).
Type SHFR - Single, heat and flame resistant, radio (par. E-37).
Type DHFR - Double, heat and flame resistant, radio (par. E-38).
Type THFR - Triple, heat and flame resistant, radio (par. E-39).
Type MHFA - Multi-conductor, heat and flame resistant, armored (par. E-40).
Type TTHFA - Twisted-pair, telephone, heat and flame resistant, armored,
   (par. E-41).
Type PBLW - Pyrometer base lead wire (par. E-42).

B-4b. Other types.-

Type SRLL-4 - Single, radio use, low-tension, leaded (par. E-43).
Type DRLL-4 - Double (twin) radio use, low-tension, leaded (par. E-44).
Type SRSL - Single radio shielded and leaded (par. E-45).

B-5. CABLE SIZES.

The several sizes of cable, number of conductors, or number of twisted pairs in the cable for each of the foregoing classes and types shall be as indicated by a numeral after the type letter designation.

## C. MATERIAL AND WORKMANSHIP.

C-1. GENERAL.

C-1a. All materials used in the construction of electric cable shall be of the quality and form best suited for the purpose intended. The following requirements, covering the several principal components used in the construction of electric cables, shall be construed not as restricting the use of an even higher quality but rather as setting forth definite limitations as to what shall constitute the minimum acceptable standards of quality.

C-2. COPPER WIRE.

C-2a. Tensile properties.-

C-2a(1). Each solid conductor and each strand previous to stranding shall be so drawn and annealed that, after coating with tin, lead, or tin-lead alloy, it shall conform to the following values:

| Wire diameter (inch) | Tensile strength, maximum (pounds per square inch) | Elongation in 10 inches, minimum (percent) |
|---|---|---|
| 0.003 to 0.011 | 40,000 | 10 |
| .012 to .020 | 39,000 | 15 |
| .021 to .102 | 38,500 | 20 |
| .103 to .289 | 37,000 | 25 |
| .290 to .460 | 36,000 | 30 |

C-2a(2). After stranding, the tensile strength of each strand shall not exceed that specified in the foregoing by more than 5 percent, and the minimum elongation in 10-inches shall be not less than 95 percent of the values specified in the foregoing.

C-7j. Dielectric strength.- The average dielectric strength of the varnished-cambric tape, as removed from the finished cable, in terms of volts per mil of total thickness, shall not be less than the following:

For all varnished-cambric insulated cables:
840, at 25° C.
560, at 75° C.

For heat and flame resistant cables:
750, at 25° C., for single conductor cables.
600, at 25° C., for multiconductor cables.

C-7k. Aging.- After being subjected to a temperature of 125° C. for 150 hours, the varnish film on the tape shall show no evidence of cracking or peeling visible to the naked eye, when bent around a mandrel 1/8-inch in diameter.

C-8. LUBRICATING COMPOUND FOR VARNISHED-CAMBRIC INSULATION.

C-8a. Use.- A suitable compound shall be used for excluding air and moisture and for the lubrication of the varnished-cambric insulation. It shall assure freedom from tearing or rupturing of the insulation when the finished cables are subjected to the specified bending tests at temperature ranging from 0 to 95° C.

C-8b. General properties.- It shall be a mineral base, acid-free compound, which will not dry out, oxidize, or combine with the varnish on the cambric. The compound shall not injure the reinforced rubber sheath of the cable under conditions and temperatures which are normal, nor during the vulcanization of the sheath.

C-8c. Amount used.- The amount of the compound used shall be small, it shall be so selected as to prevent its exudation from the completed cable when the cable is installed vertically in heated spaces. The outer layer or layers of varnished-cambric, in the larger size conductors especially, may be applied without added compound, provided the tape itself is sufficiently lubricated to allow of free motion between the layers in bending of the cable.

C-9. RUBBER-FILLED TAPE.

C-9a. General.- The tape used over the varnished-cambric or rubber insulation shall be rubber filled. The tape shall be made of cotton sheeting, evenly and firmly woven from good cotton, free from unsightly defects, dirt, knots, lumps, and irregularities of twist. It shall be thoroughly impregnated and evenly coated on both sides with an insulating rubber compound. The compound shall be practically free from active sulphur or other substances which will act injuriously upon the cotton fabric, varnished-cambric, or rubber insulation. The compound shall adhere firmly to the fabric.

C-9b. Thickness.- The thickness of the tape used shall be such that the specified dimensions for the cable shall not be exceeded. In no case, however, shall the thickness of the tape used be less than 0.008-inch.

C-9c. Application.- The tape shall be applied in a suitable manner to insure a smooth surface and a circular section of the finished conductor. The tape shall be applied with not less than 1/8-inch lap for cables under 0.2-inch diameter and not less than 1/4-inch lap for cables 0.2-inch diameter and larger.

C-10. FILLERS.

C-10a. General.- Filler materials shall be jute, cotton, glass fibers, or asbestos, as specified herein for the particular type of cable. The filler material shall be of long fiber and free from unsightly defects, dirt, knots, and lumps. Fillers taken from the completed cable shall be practically free from moisture.

C-10b. Jute fillers.- Unless otherwise specified, dry jute fillers shall be used in multiconductor rubber-insulated cables intended for nonflexing service; and jute impregnated with a suitable moisture proofing, insulating compound shall be used on varnished-cambric insulated cables intended for nonflexing service.

Case 4:07-cv-02824-SBA    Document 34-11    Filed 09/21/2007    Page 5 of 65

C-10c. Cotton fillers.- Unless otherwise specified, dry cotton fillers shall be used for multiconductor rubber-insulated cables and cords intended for repeated flexing service. Refer also to paragraph C-12.

C-10d. Heat and flame resistant fillers.-

C-10d(1). General.- Unless otherwise specified or approved by the bureau concerned, either asbestos or glass fibers, impregnated with a suitable moisture proofing insulating compound, shall be used as fillers for heat and flame resistant cables.

C-10d(2). Asbestos.- Where asbestos is employed as heat and flame resistant fillers, it shall be of the form best suited for the particular purpose intended, and shall conform to the applicable requirements of Navy Department Specification 17-I-29, listed in section A. Such asbestos shall be of either Class 4 or Class 6 material, at the manufacturer's option.

C-10d(3). Glass fiber.- Where glass fiber is employed as heat and flame resistant fillers, it shall be of staple, rovings or condensed sliver in the form best suited to the purpose intended, and shall conform to the applicable requirements of Navy Department Specification 17-I-31, listed in section A.

C-10d(4). Filler impregnation.- The moisture resisting, impregnating compound for the fillers of heat and flame resistant cables shall consist of high-grade insulating ingredients which retain their initial qualities during the normal service life of the cable. The compound shall develop no injurious chemical action within itself or with any other of the component parts of the completed cable. The fillers of cables for nonflexing service shall be thoroughly impregnated in such a manner as to completely fill all interstices and make the fillers one homogeneous structure. The amount of compound shall be not less than 10 percent of the weight of the saturated fillers. In no case shall the compound exude or drip from the finished cable under the test conditions outlined in section F. The fillers of cables for repeated flexing service shall be lightly impregnated, in amount sufficient to retard effectively any capillary action the filler material may have with respect to moisture.

C-11. ASBESTOS.

C-11a. General.- All asbestos used in the construction of electric cables shall be of a form, type, and class suitable for the particular purpose, and shall conform to the applicable requirements of Navy Department Specification 17-I-29, listed in section A. The finished insulation shall be of such composition and structure as will enable the completed cable to meet all specified test requirements.

C-11b. Asbestos electrical insulating wall.- Such insulating walls shall consist of plain or reinforced asbestos applied either as treated or untreated, in the form best suited for the purpose intended. The asbestos shall be suitably applied and compressed about the conductor (or conductors) so as to provide a dense felted wall of circular cross section, in which the conductor is well centered. Such insulating walls are normally to be employed in combination with walls of insulating material of high dielectric strength, such as synthetic resin or varnished-cambric. Asbestos for this application shall be either Class 2 or Class 4 material, at the manufacturer's option.

C-11c. Asbestos heat and flame resistant wall.- The asbestos for the walls or beltings applied about two or more individually insulated conductors, which have been cabled together, shall consist of plain or reinforced asbestos, applied either as treated or untreated, in the form best suited for the purpose intended. The asbestos shall be suitably applied and compressed about the cable core so as to provide a dense felted wall of circular cross section in which the cable core is well centered. Asbestos for this application shall be of either Class 4 or Class 6 material, at the manufacturer's option.

C-11d. Impregnation.- The asbestos over the individually insulated conductor (or conductors) and over the cable core, including braids, shall be thoroughly impregnated with a moisture resisting insulating compound in such a manner as to completely fill all interstices and make the insulation one homogeneous structure. The compound used to saturate the asbestos shall consist of suitable high-grade ingredients and shall retain its initial qualities during the normal service life of the cable. The compound shall develop no injurious chemical action within itself or with any other of the component parts of the completed cable. The compound shall not exude or drip from the finished cable under the test conditions outlined in paragraphs F-11 and F-13.

-11-

C-11e. <u>Asbestos fillers</u>.- Refer to paragraph C-10d.

C-11f. <u>Asbestos braids</u>.- Refer to paragraph C-15d.

C-11g. <u>Asbestos impervious sheath reinforcement</u>.- Where asbestos is used as a heat and flame resistant textile reinforcement in the impervious sheath (see par. C-21) construction for cables, it shall consist of plain or reinforced asbestos, either treated or untreated, in the form best suited for the purpose intended. Asbestos for this application shall be either Class 4 or Class 6 material, at the manufacturer's option.

C-12. COTTON.

C-12a. <u>General</u>.- All cotton used in the construction of electric cable, cord, and wire shall be of the quality and in the form best suited for the particular purpose intended. It shall be clean, dry, and free from all foreign matter deleterious to its insulating qualities.

C-12b. <u>Insulating yarn</u>.- Cotton insulating yarn shall be of strictly first quality, evenly spun, and free from dirt, loose ends, and large knots. When so required, to attain the specified insulating properties, it shall be specially purified (all water soluble substances removed by washing).

C-12c. <u>Cotton servings</u>.- Except where otherwise specifically required or approved, No. 50 to No. 60 single-ply cotton yarn shall be used as a wrapping (separator) around each standard copper conductor, wherever a serving of cotton is specified. Where a double serving of cotton is specified or where a cotton serving follows a serving of silk, the direction of lay of the successive servings shall be reversed.

C-12d. <u>Cotton fillers and braids</u>.- When used as fillers and braids, the requirements of paragraphs C-10 and C-15 shall also be met.

C-13. NATURAL AND ARTIFICIAL SILK.

C-13a. <u>General</u>.- All natural and artificial silk used in the construction of electric cable, cord, and wire shall be of the quality and in the form best suited for the particular purpose intended. It shall be clean, dry, and free from all foreign matter deleterious to its insulating qualities.

C-13b. <u>Insulating tram</u>.- Insulating tram shall be made from a high grade silk, boiled to remove gums or impurities. It shall be free from natural or artificial loading and shall be smooth and practically free from slubs, waste, bad castes, long knots, heavy corkscrews, and long loops. The silk shall be not less than 81 percent trade classification.

C-13c. <u>Silk servings</u>.- Except where otherwise specifically required or approved, No. 20 to 22 denier[1] silk tram, or spun silk, shall be used as a wrapping wherever a serving of silk is specified. Where two or more servings of silk are specified, the successive servings shall be wound in alternate directions around the conductor.

C-14. ENAMEL.

C-14a. The enamel shall be a flexible, nonhygroscopic compound, chemically inert to ordinary reagents, insoluble in mineral oils, shall adhere strongly to the wire, shall be of uniform thickness, and free from lumps, metallic particles, or foreign matter which lowers the insulation resistance.

[1] Denier is 450 meters of silk weighing 5 centigrams.

15C1(INT)

-14-

## C-17. BRAIDED METAL ARMORING.

C-17a.
General.- Armoring wire shall be galvanized steel, bronze, or aluminum, as specified for the particular type and size of cable. The wire shall be of uniform diameter, free from all cracks, splints, or other flaws. Splices in the wire shall be infrequent, staggered, and inconspicuous, so as not to increase the normal diameter of the cable or result in rough spots. The weave shall be such that the wires of a strand are laid closely together, flat and parallel, firmly binding the insulated conductor. The braid shall be applied with sufficient tension to prevent loosening and creeping, but without so much tension that excessive broken ends occur. It shall remain smugly to the cable when cut and not spring away from the sheath. It shall withstand the bending tests required herein. It shall provide reasonable mechanical protection to the sheath during installation and handling, and shall retard deformation of the cable under compression from stuffing tubes, cable hangers, etc.

C-17b. 
Steel armor.-

C-17b(1). Where steel armor is specified or approved for a particular application, all steel wires shall be soft annealed and shall be thoroughly and evenly galvanized.

C-17b(2). Galvanized steel wire 0.0095-inch in diameter ($\pm$ 0.0005-inch) shall have a tensile strength of not less than 50,000 pounds per square inch, and the elongation in 8-inches shall be not less than 12 percent.

C-17b(3). Galvanized steel wire 0.0126-inch in diameter ($\pm$ 0.0005-inch) shall have a tensile strength of not less than 60,000 pounds per square inch, and the elongation in 8-inches shall be not less than 12 percent.

C-17c. 
Bronze armor.- When bronze armor is specified or approved for a particular application, the wires shall be of a suitable bronze composition to resist sea water corrosion. The wire shall be 0.0126-inch in diameter ($\pm$ 0.0005-inch).

C-17d. 
Aluminum armor.-

C-17d(1). Where aluminum armor is specified or approved for a particular application, the wires shall be of an aluminum alloy containing not more than 0.2 percent copper and not less than 92.5 percent aluminum. The wire shall be 0.0126-inch in diameter ($\pm$ 0.0005-inch), and shall be suitable in every respect for use in the armor braiding machines commonly employed for such purposes by the insulated electric cable industry.

C-17d(2). The aluminum wire shall have a tensile strength of not less than 50,000 pounds per square inch, and the elongation in 10-inches shall be not less than 2 percent.

C-17d(3). The springiness of the aluminum wire shall be such that when coiled tightly (at a tension of 100 grams) around a 1/4-inch mandrel and released, the coil so produced shall not exceed 3/8-inch in outside diameter.

C-17d(4). The toughness of the aluminum wire shall be such that it will withstand not less than ten 90-degree bends before rupture; the bends being made back and forth over a 0.030-inch radius support, each 90-degree movement in either direction being computed as one bend. The bends shall be made under a uniform tension of 100 grams, and at a speed as nearly uniform as possible, not to exceed 50 bends per minute.

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-15-

C-17e.  Weave.-  The weave shall be of either the "one over-one under" or the "two over-two under" type, at the manufacturer's option.  The selection of the number of ends per carrier and the number of carriers per braider shall be such as to produce a basket weave with a braid angle and coverage within the following limits:

| Diameter over sheath | Percent coverage | | | | Braid angle (Degrees) | |
| | For 0.0128 inch galvanized steel or bronze | | For 0.0128 inch aluminum or 0.0095 inch galvanized steel | | | |
| | (min.) | (max.) | (min.) | (max.) | (min.) | (max.) |
| Inches | | | | | | |
| Up to 0.600 | 88 | 94 | 67 | 73 | 30 | 60 |
| 0.601 to 1.000 | 88 | 94 | 67 | 73 | 35 | 60 |
| 1.001 to 1.500 | 88 | 94 | 67 | 73 | 40 | 70 |
| 1.501 to 2.000 | 91 | 96 | 67 | 73 | 45 | 70 |
| 2.001 and over | 91 | 96 | 67 | 73 | 50 | 80 |

Where the percent coverage = $(2F-F^2) \times 100$ where $F = \dfrac{NPd}{\sin a}$

Where a = angle of braid with axis of cable:  $\tan a = \dfrac{2\pi DP}{C}$

$\quad$ d = diameter of individual braid wires in inches
$\quad$ C = number of carriers
$\quad$ D = diameter of cable under armor in inches
$\quad$ N = number of wires per carrier
$\quad$ P = picks per inch of cable length.

The maximum number of ends per carrier shall conform to the following:

| Cable diameter under braid | Maximum number of ends per carrier | |
| | "One over-one under" | "Two over-two under" |
| Inches | | |
| 0.400 and smaller | 8 | 5 |
| 0.401 to 0.800 | 12 | 8 |
| 0.801 and larger | 15 | 10 |

C-18.  PAINTING.

C-18a.  General.-  In general, cables intended for nonflexing service (i.e. for attachment to decks and bulkheads, passed through watertight stuffing tubes, etc.) shall be given at least two coats of a suitable aluminum paint.  Such painting shall only be provided for those cable types for which it is specified under the detail requirement herein.

C-18b.  Aluminum paint.-  The aluminum paint used shall consist of aluminum pigment (paste form) Navy Department Specification 52A1, listed in section A, in a suitable vehicle of the synthetic resinous (phenol-formaldehyde or glyceride) type designed for good penetration, high bonding power, high resistance to water and to oil, and with a high degree of flexibility under 100° C. (212° F.) temperature.

C-18c.  Application.-  The painting shall be done as soon as practicable after completion of prior manufacturing operations so as to prevent accumulation of dirt, moisture, etc., in the braid or armoring interstices.  The painting shall be done preferably by the immersion method so as completely to fill in all interstices in the outer cable surface (armoring, braids, etc.).  The finished paint coating shall effectively seal

REPRODUCED AT THE NATIONAL ARCHIVES

: .C1(INT)

-16-

the cable against exudation of the moisture and flame resisting compounds from within. It shall be so flexible and adhere so firmly that it will not crack, peel, or flake off under the specified heat and bending tests for the particular type and size of cable involved.

C-19. LEAD SHEATH.

C-19a. General.- Lead sheaths shall consist of commercially pure lead (approximately 99.85 percent) without flaws, and tightly formed about the taped core of the cable.

C-19b. Thickness.- Except where otherwise specified under the detail requirements for the particular type and size of cable involved, or otherwise specifically approved by the bureau concerned, lead sheaths shall have an average thickness not less than that shown below. In no case shall the sheath thickness be less, at any point, than 90 percent of the required average thickness.

| Diameter of core | Thickness of lead sheath |
|---|---|
| Inches | Inch |
| 0.0000 to 0.425 ..................... | 0.047 |
| 0.426 to 0.700 ..................... | .063 |
| 0.701 to 1.050 ..................... | .078 |
| 1.051 to 1.500 ..................... | .094 |
| 1.501 to 2.000 ..................... | .109 |
| 2.001 to 3.000 ..................... | .125 |
| Over 3.000 ..................... | .141 |

C-20. SYNTHETIC RESIN INSULATION.

C-20a. Certain types and sizes of cable shall be provided with a wall of synthetic resinous insulation next to the copper conductor; this insulating wall shall be of a material and type of construction approved b the bureau concerned as a result of complete type or brand approval tests at a Government laboratory. Re fer to paragraph H-2.

C-20b. The synthetic resinous insulating wall may or may not be provided with a suitable textile rein-forcement, as approved. The individual manufacturer will also be permitted considerable latitude as to its method of application provided the finished wall is reasonably concentric and of uniform texture throughout. Having once fixed upon a given construction of wall, however, and having received approval on that basis, the manufacturer shall under subsequent deliveries of cable under contract, adhere strictly to the construc-tion which has been so tested and approved. Refer to paragraph H-2.

C-20c. Any one, or any combination of the following methods of applying such a synthetic wall resin may be employed, as may be best suited to the particular composition employed, or to the application technique of the individual cable manufacture:

    (1) By the tubed-on or extrusion process.
    (2) By the repeated dipping, brushing or spraying process (with
        material in liquid form) to secure a built-up film, or wall,
        suitably dried and/or cured.
    (3) By the taped-on process, with either a pure film, a thin fabric-
        backed or thin fabric-reinforced film, to secure a solid wall,
        thoroughly amalgamated and/or cured.

C-20d. The finished cable shall be of such composition and construction as to render it highly resistant to oil, heat and flame, as specified in section E under the particular type of cable in question.

REPRODUCED AT NATIONAL ARCHIVES

15C1(INT)

-31-

E-3b.  Construction.- Over this nucleus (unit conductor) there shall be applied a fine, closely woven braid of glass fiber (C-15) to the dimensions shown in the fourth and fifth columns of Table VIII.  Except where otherwise specifically required or approved, the braid shall comply with section C-22, and be saturated with a flexible insulating compound.  This compound shall be moisture and flame resistant, and shall not ooze out or drip off at a temperature of 95° C.

TABLE VIII.- TYPE SRIG WIRE.

| Type | Unit conductor | | Diameter over braid | |
|------|--------|-----------|----------------|----------------|
| | Number | Area cir mils | Minimum inch | Maximum inch |
| SRIG-3/5 | SRI-3/5(1) | 642 | 0.080 | 0.085 |
| SRIG-1(1) | SRI-1(1) | 1,024 | .088 | .095 |
| SRIG-1(19) | SRI-1(19) | 950 | .091 | .098 |
| SRIG-1-1/2(1) | SRI-1-1/2(1) | 1,600 | .095 | .102 |
| SRIG-1-1/2(41) | SRI-1-1/2(41) | 1,640 | .107 | .116 |
| SRIG-2-1/2(1) | SRI-2-1/2(1) | 2,601 | .107 | .116 |
| SRIG-2-1/2(26) | SRI-2-1/2(26) | 2,626 | .120 | .130 |
| SRIG-3(7) | SRI-3(7) | 2,828 | .120 | .130 |
| SRIG-3(19) | SRI-3(19) | 3,040 | .125 | .135 |
| SRIG-4(1) | SRI-4(1) | 4,096 | .125 | .135 |

E-3c.  Flammability.- The finished wire shall meet the following requirements when tested in accordance with paragraph F-23:

Ignition time - not less than 25 seconds.
Burning time - not more than 60 seconds.
Flame travel - not more than 2-inches.

E-3d.  Bending.- Same as paragraph E-2d.

E-3e.  Creepage.- Same as paragraph E-2e.

E-3f.  Dielectric strength.- Same as paragraph E-2f.

E-4.  TYPE SHFS WIRE; SINGLE, HEAT AND FLAME RESISTANT, SWITCHBOARD AND PANEL WIRE.

E-4a.  General.- Type SHFS wire shall be furnished in the several sizes shown in the first column of Table IX.  The basic component or nucleus of each Type SHFS wire shall be the unit conductor (Table VI) as shown in the second column of Table IX.

E-4b.  Construction.- Over this nucleus (unit conductor) there shall be applied the following, to the dimensions shown in the fourth, fifth, and sixth columns, respectively of Table IX:

First.  A wall of felted asbestos (C-11) or of glass fibers (C-22), compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer.  Manufacturer's identification (D-5d) or (D-5b).

Second.  A close braid treated with a suitable gray, moisture and flame-retarding compound.  For Type SHFS-4 and larger, the braid may be No. 30, two-ply cotton (C-15); for smaller wire the braid shall be of rayon or cellulose acetate.

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-32-

TABLE IX.- TYPE SHFS WIRE.

| Navy type number | Unit conductor | | Diameter over glass or asbestos | Diameter over flameproofed braid | |
|---|---|---|---|---|---|
| | Unit conductor number Table VI | Area circular mils | | Minimum inch | Maximum inch |
| SHFS-1 | SRI-1(19) | 950 | 0.100 | 0.115 | 0.125 |
| SHFS-1-1/2 | SRI-1-1/2(41) | 1,640 | .115 | .130 | .140 |
| SHFS-2-1/2 | SRI-2-1/2(26) | 2,826 | .122 | .135 | .145 |
| SHFS-3(7) | SRI-3(7) | 2,828 | .130 | .145 | .155 |
| SHFS-3(19) | SRI-3(19) | 3,040 | .135 | .160 | .160 |
| SHFS-4 | SRI-4(7) | 4,494 | .155 | .185 | .195 |
| SHFS-6 | SRI-6(19) | 6,088 | .180 | .210 | .220 |
| SHFS-9 | SRI-9(7) | 9,030 | .208 | .238 | .248 |
| SHFS-14 | SRI-14(7) | 14,350 | .236 | .266 | .276 |
| SHFS-23 | SRI-23(7) | 22,820 | .281 | .311 | .321 |
| SHFS-40 | SRI-40(19) | 38,950 | .346 | .386 | .396 |
| SHFS-60 | SRI-60(37) | 59,940 | .412 | .452 | .462 |
| SHFS-100 | SRI-100(61) | 96,820 | .493 | .533 | .543 |

E-4c. Bending.-  Same as paragraph E-2d.

E-4d. Flammability.-  Same as paragraph E-2c.

E-4e. Creepage.-  Same as paragraph E-2e.

E-4f. Dielectric strength.-  Same as paragraph E-2f.

E-5. TYPE SHFW WIRE; SINGLE, HEAT AND FLAME RESISTANT, WIRE.

E-5a. General.-  Type SHFW wire shall be furnished in the several sizes shown in the first column of Table X.  The basic component or nucleus of each Type SHFW wire shall be the unit conductor (Table VI) as shown in the second column of Table X.

E-5b. Construction.-  Over this nucleus (unit conductor) there shall be applied the following, to the dimensions shown in the fourth, fifth, and sixth columns, respectively, of Table X:

First.  A wall of felted asbestos (C-11) or of glass fibers (C-22), compressed and impregnated with a neutral insulating cement to form a continuous and homogeneous layer.  Manufacturer's identification (D-5d) or (D-5b).

Second.  A close braid treated with a suitable gray, moisture and flame-retarding compound. Braid may be No. 30, two-ply cotton (C-15) for Type SHFW-4 and larger; for smaller wires the braid shall be of rayon or cellulose acetate.

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-33-

TABLE X.- TYPE SHFW WIRE.

| Navy type number | Unit conductor | | Diameter over glass or asbestos | Diameter over flameproofed braid | |
|---|---|---|---|---|---|
| | Unit conductor number Table VI | Area circular mils | | Minimum inch | Maximum inch |
| SHFW-1 | SRI-1(1) | 1,024 | 0.096 | 0.112 | 0.121 |
| SHFW-1-1/2 | SRI-1-1/2(1) | 1,600 | .104 | .119 | .128 |
| SHFW-2-1/2 | SRI-2-1/2(1) | 2,601 | .115 | .130 | .140 |
| SHFW-4 | SRI-4(1) | 4,096 | .135 | .165 | .180 |
| SHFW-6 | SRI-6(1) | 6,561 | .160 | .190 | .205 |
| SHFW-8 | SRI-8(1) | 8,281 | .180 | .210 | .225 |
| SHFW-13 | SRI-13(1) | 12,996 | .214 | .245 | .260 |
| SHFW-21 | SRI-21(1) | 20,736 | .254 | .286 | .305 |

E-5c. Bending.- Same as paragraph E-2d.

E-5d. Flammability.- Same as paragraph E-2c.

E-5e. Creepage.- Same as paragraph E-2e.

E-5f. Dielectric strength.- Same as paragraph E-2f.

E-6. TYPE DHFW WIRE; DOUBLE, HEAT AND FLAME RESISTANT WIRE.

E-6a. Type DHFW-3/5.-

E-6a(1). General.- Type DHFW-3/5 (twisted pair telephone) wire shall consist of two Type SRI-3/5 unit conductors (Table VI), twisted together with a lay not greater than 2-inches, to form a pair. The color of the insulation of one conductor shall be black, the other white.

E-6a(2). Dielectric strength.- The dielectric strength, between the conductors of a 5 foot twisted pair sample, after exposure for 24 hours to conditions of 30° C. (86° F.) and 90 percent relative humidity shall be not less than 2,000 volts A. C.

E-6a(3). Capacitance.- The capacitance of a 50 foot, twisted pair sample, after exposure for 24 hours, to conditions of 30° C. (86° F.) and 90 percent relative humidity, shall not exceed 3,000 micro-microfarads at 1,000 cycles per second, when tested in accordance with section F.

E-6a(4). Insulation resistance.- The direct current insulation resistance (between conductors) of a 50 foot twisted pair sample, after exposure for 24 hours to conditions of 30° C. (86° F.) and 90 percent relative humidity, shall be not less than 500 megohms. The insulation resistance measurements shall be made immediately following the capacitance measurements.

E-6a(5). Flammability.- Same as for Type SRI-(E-1e).

(UNIT CONDUCTORS AND WIRES, OTHER TYPES).

E-7. TYPE TSW UNIT CONDUCTOR; (TELEPHONE SWITCHBOARD WIRE) SILK, COTTON AND ENAMEL INSULATED.

E-7a. Copper conductor.- The conductor, before insulating, shall conform to standard copper conductor number 3/5(1), Table IV. It shall be suitably tinned or coated (D-3d).

15C1(INT)

-36-

E-8b.  Unit conductor braid.- Each unit conductor shall have a close braid of 450 denier, untwisted rayon, free from all adulterants, to a diameter of 0.160-inch.  The rayon shall be of best quality, having one end on each carrier of the braider, for a total of not less than 16 carriers.  The braid shall be so applied as to provide not less than 32 picks per inch length of cable.  The braid shall be dark green in color.

E-8c.  Type BC-2 cord.- Two such insulated conductors shall be twisted together with a 3-inch lay to form the bell cord, maximum diameter 0.330-inch.

E-8d.  Type BC-3 cord.- Three such insulated conductors shall be twisted together with a 3-inch lay to form the bell cord, maximum diameter 0.360-inch.

E-8e.  Dielectric strength.-  The dielectric strength, on full-coil lengths to be shipped, shall be not less than 1,000 volts, alternating current.

E-8f.  Insulation resistance.-  The insulation resistance at 15.5° C. shall be not less than 2,500 megohms per 1,000 feet.

E-9.  TYPE SFPS-4 TO 100, INCLUSIVE; SINGLE, FLAMEPROOF, SWITCHBOARD WIRING.

E-9a.  Construction.-  Type SFPS wire shall be made up in accordance with Table XI and the following:

First.  The conductor, before insulating, shall conform to the standard (Table IV), as designated in the third column of Table XI.

Second.  A suitable thin separator (C-23) manufacturer's option.

Third.  A wall of felted asbestos (C-11) or of glass fibers (C-22), compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer.  Manufacturer's identification (D-5d).

Fourth.  A close cotton braid (C-15) treated with a suitable gray moisture and flame-retarding compound.  Braid may be No. 30, two-ply.

TABLE XI. - TYPE SFPS-4 TO 100 INCLUSIVE.

| Type | Area circular mils | Standard copper conductor number (Table IV) | Diameter over varnished-cambric (C-7) | Diameter over glass or asbestos (C-11) | Diameter over cotton braid (C-15) |
|---|---|---|---|---|---|
| | | | Inch | Inch | Inch |
| SFPS-4 | 4,494 | 4 (7) | 0.137 | 0.177 | 0.228 |
| SFPS-5 | 4,826 | 5 (19) | .140 | .180 | .231 |
| SFPS-6 | 6,088 | 6 (19) | .150 | .190 | .242 |
| SFPS-9 | 9,030 | 9 (7) | .168 | .208 | .260 |
| SFPS-14 | 14,350 | 14 (7) | .196 | .236 | .290 |
| SFPS-40 | 38,950 | 40 (19) | .306 | .386 | .448 |
| SFPS-60 | 59,940 | 60 (37) | .362 | .442 | .507 |
| SFPS-100 | 98,820 | 100 (61) | .443 | .523 | .591 |

E-9b.  Bending.-  The finished cable shall be capable of being bent, at room temperature, 360 degrees around a mandrel having a diameter three times that of the cable itself, without pronounced cracking or opening up of the impregnated braid.

15C1(INT)

-37-

E-9c.  Flammability.-  The insulated conductor shall meet the following requirements when tested in accordance with paragraph F-23:

> Ignition time - not less than 25 seconds.
> Burning time - not more than 60 seconds.
> Flame travel - not more than 2-inches.

E-9d.  Dielectric strength.-  The finished cable shall have a dielectric strength not less than the following:

> 10,000 volts, alternating current, in continuous length, when spark tested.
> 7,500 volts, alternating current, for 1 minute, in 5 foot, straight test lengths.
> 5,000 volts, alternating current, for 1 minute, in short length, on cable bent 90 degrees around a mandrel having a diameter equal to the outside diameter of the finished cable for sizes 4 to 9 inclusive, and equal to 3 times the diameter for sizes 14 to 100 inclusive.

E-9e.  Creepage.-  The final finish on the outer surface of the completed wire shall be such as to provide a creepage path of high resistivity when tested in accordance with paragraph F-19.

## CABLES FOR REPEATED FLEXING SERVICE; HEAT AND FLAME RESISTANT TYPES.

E-10.  TYPE MHFF-2 TO 44, INCLUSIVE; MULTICONDUCTOR, HEAT AND FLAME RESISTANT, FLEXIBLE CABLE.

E-10a.  Construction.-  Type MHFF shall be made up in accordance with Table XII and the following:

First.  The unit conductor, number SRI-2-1/2(26) (Table VI).

Second.  A wall of felted asbestos (C-11) or of glass fibers (C-22), compressed and impregnated with a neutral insulating cement to form a continuous and homogeneous layer, to a diameter of not less than 0.120-inch nor more than 0.125-inch.

Third.  A fine, closely woven braid of glass fibers (C-22), rayon, or cellulose acetate yarn with a light synthetic resinous impregnant and coating to resist abrasion due to rubbing between conductors.  Circuit identification (D-6e).  Diameter shall not exceed 0.140-inch.

Fourth.  The specified number of such individually insulated conductors shall be laid up with a lay not greater than 10 times the pitch diameter.  Circularity of cross section shall be obtained by suitable fillers of glass, asbestos, or flame resisting synthetic resin fibers, lightly impregnated.

Fifth.  The grouped conductors shall be bound loosely together by a loose fabric binder, in such manner as to permit some sliding movement between the individually insulated conductors when the cable is bent and/or twisted sharply and repeatedly.  Such fibrous binder shall have a light impregnant of synthetic resinous composition to insure satisfactory abrasion resistance.  Manufacturer's identification (D-5b).

Sixth.  An impervious sheath (C-21) to a diameter not greater than that shown in Table XII hereinunder, nor less than 92-1/2 percent of the value shown.

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-39-

E-10j.  Abrasion resistance.-  The finished cable shall show satisfactory resistance to abrasion when tested in accordance with the method of paragraph F-16.

E-10k.  Crushing resistance.-  The finished cable shall show satisfactory resistance to crushing when tested in accordance with the method of paragraph F-15.

E-10ℓ.  Water and air leakage.-  The finished cable shall have satisfactory water and air leakage characteristics when tested in accordance with the method of paragraph F-17.

E-11. TYPE TTHFF-3 TO 25, INCLUSIVE; TWISTED-PAIR, TELEPHONE, HEAT AND FLAME RESISTANT, FLEXIBLE CABLE.

E-11a.  Construction.-  Type TTHFF shall be made up in accordance with Table XIII and the following:

First.  The unit conductor, number SRI-1(19) (Table VI).  Color coding of the individual conductors shall, unless otherwise approved, conform to the following solid colors: (1) black, (2) white, (3) red, (4) green, (5) orange, (6) blue, (7) brown, (8) slate, (9) yellow, (10) purple, (11) tan, and (12) pink.

Second.  Glass fiber wind (or braid) (C-22) with a light synthetic resin impregnant and coating to insure satisfactory abrasion resistance.

Third.  Two such insulated conductors shall be twisted together with a lay not greater than 2-inches, to form a "twisted pair".  Circuit identification shall, unless otherwise approved, be obtained by pairing the solid colors, as for example (1) black successively with (2) to (12) inclusive, then (2) white with (3) to (12) inclusive, etc.

Fourth.  The specified number of such twisted pairs shall be laid up with a lay not exceeding 12 times the pitch diameter.  Circularity of cross section shall be obtained by the use of asbestos (C-11), glass (C-22), or synthetic fiber fillers, lightly impregnated.

Fifth.  The cable pairs shall be bound loosely together by a loose braid or fabric binder, in such manner as to permit some sliding movement when the cable is bent and/or twisted sharply and repeatedly.  Such fibrous binder shall have a light impregnant of synthetic resinous composition to insure satisfactory abrasion resistance.  Manufacturer's identification (D-5b).

Sixth.  An impervious sheath (C-21) to a diameter not greater than that shown in Table XIII hereinunder, nor less than 92-1/2 percent of the value shown.

TABLE XIII.

| Navy type | Number of pairs | Diameter over sheath |
|---|---|---|
| | | Inches |
| TTHFF-3 | 3 | 0.480 |
| TTHFF-5 | 5 | .540 |
| TTHFF-10 | 10 | .675 |
| TTHFF-15 | 15 | .830 |
| TTHFF-20 | 20 | .940 |
| TTHFF-25 | 25 | 1.040 |
| TTHFF-30 | 30 | 1.125 |
| TTHFF-40 | 40 | 1.275 |
| TTHFF-50 | 50 | 1.450 |
| TTHFF-60 | 60 | 1.550 |

-69-

### TABLE XXIV. - TYPE TRXF.

| Type | Area circular mils (approximate) | Number of strands (minimum) | Diameter over stranded conductor | Resistance per foot at 25° C.[1] | Diameter over tough rubber sheath |
|---|---|---|---|---|---|
| | | | Inch | Ohms | Inch |
| TRXF-84 | 84,000 | 2,109 | 0.41 | 0.000129 | 0.60 |
| TRXF-105 | 105,000 | 2,658 | .46 | .000102 | .68 |
| TRXF-133 | 133,000 | 3,353 | .52 | .0000811 | .75 |
| TRXF-168 | 168,000 | 4,227 | .57 | .0000642 | .83 |
| TRXF-212 | 212,000 | 5,330 | .63 | .0000509 | .90 |

[1] Where resistance is measured at other temperatures, suitable correction to 25° C. shall be made in accordance with (C-2d) and Table II.

### CABLES FOR NONFLEXING SERVICE; HEAT AND FLAME RESISTANT TYPES

E-29. TYPE SHFA; SINGLE, HEAT AND FLAME RESISTANT, ARMORED CABLES.

E-29a. _Type SHFA-3._-

E-29a(1). _Construction._- The cable make-up shall conform to the following:

First.    Unit conductor number SRI-3 (7), Table VI. Circuit identification (D-6b) and manufacturer's identification (D-5d).

Second.   A wall of felted asbestos (C-11), or glass fibers (C-22), compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer. The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified over-all-dimensions. Manufacturer's identification (D-5b), unless accomplished under "First" above. A suitable thin separator (C-23), at manufacturer's option.

Third.    An impervious sheath (C-21) to a diameter of 0.280-inch.

Fourth.   Braided metal armoring (C-17). This armoring shall be suitably embedded in the underlying impervious sheath. The over-all dimensions of the finished cable shall not exceed 0.355-inch, nor be less than 92-1/2 percent of this value. Unless otherwise specified in the contract or order, the armoring shall be of 0.0095-inch diameter steel wire with 70 percent coverage.

Fifth.    Painting (C-18).

E-29a(2). _Cold bend._- The finished cable shall meet the cold bend tests (0° C. - 32° F.) specified in paragraph F-12.

E-29a(3). _Flammability._- The finished cable shall meet the following requirements when tested in accordance with paragraph F-23:

Ignition time - not less than  60 seconds.
Burning time - not more than  60 seconds.
Flame travel - not more than  2-inches.

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-70-

E-29a(4).  **Dielectric strength**.-   The dielectric strength shall be not less than the following:

> 5,000 volts, alternating current, from conductor to ground, on short lengths, before flame tests.
> 1,000 volts, alternating current, from conductor to ground, on short lengths, after flame tests.
> 2,000 volts, alternating current, from conductor to ground, on full-length coils or reels to be shipped.

E-29a(5).  **Insulation resistance**.-   The insulation resistance at 15.5° C., from conductor to ground, shall be not less than 100 megohms per 1,000 feet.

E-29a(6).  **Water and air leakage**.-   The finished cable shall have satisfactory water and air leakage characteristics when tested in accordance with paragraph F-17.

E-29a(7).  **Heat endurance**.-   The finished cable shall satisfactorily meet the heat endurance test specified in paragraph F-22.

E-29b.  **Type SHFA-4 to 800 inclusive**.-

E-29b(1).  **Construction**.-   The cable shall be made up in accordance with Table XXV and the following:

| | |
|---|---|
| First. | The conductor, before insulating, shall conform to the standard (Table IV), as designated in the third column of Table XXV.  A suitable thin separator (C-23), at manufacturer's option. |
| Second. | A wall of felted asbestos (C-11) or glass fibers (C-22), compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer.  Circuit identification (D-6b) or (D-6d).  A suitable thin separator (C-23), at manufacturer's option. |
| Third. | A wall of varnished-cambric insulation (C-7).  A suitable thin separator (C-23), at manufacturer's option. |
| Fourth. | A wall of felted asbestos (C-11) or glass fibers (C-22) applied as in "Second" above.  Manufacturer's identification (D-5b) or (D-5d).  A suitable thin separator (C-23) at manufacturer's option. |
| Fifth. | An impervious sheath (C-21). |
| Sixth. | Braided metal armoring (C-17).  This armoring shall be suitably embedded in the underlying impervious sheath.  The over-all dimensions of the finished cable shall not exceed the value shown in the last column of Table XXV nor be less than 92-1/2 percent of these dimensions.  Unless otherwise specified in the contract or order, the armoring shall be of 0.0095-inch diameter steel wire with 70 percent coverage. |
| Seventh. | Painting (C-18). |

REPRODUCED AT THE NATIONAL ARCHIVES

15C2 (INT)

-71-

TABLE XXV.- TYPE SHFA CABLES.

| Types | Area Circular mils | Standard copper conductor number (Table IV) | Diameter over first felted asbestos or glass | Diameter over varnished-cambric (C-7) | Diameter over second felted asbestos or glass | Diameter over impervious sheath (C-21) | Diameter over metal armoring (C-17) |
|---|---|---|---|---|---|---|---|
| | | | Inches | Inches | | Inches | Inches |
| SHFA-4 | 4,494 | 4(7) | 0.126 | 0.188 | | 0.430 | 0.500 |
| SHFA-9 | 9,030 | 9(7) | .198 | .306 | | .586 | .656 |
| SHFA-14 | 14,350 | 14(7) | .226 | .334 | | .614 | .684 |
| SHFA-23 | 22,820 | 23(7) | .261 | .369 | | .649 | .719 |
| SHFA-30 | 30,780 | 30(19) | .291 | .399 | The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified over-all dimensions. | .679 | .749 |
| SHFA-40 | 38,950 | 40(19) | .316 | .424 | | .704 | .774 |
| SHFA-50 | 49,020 | 50(19) | .344 | .452 | | .732 | .802 |
| SHFA-60 | 59,940 | 60(37) | .372 | .480 | | .760 | .830 |
| SHFA-75 | 75,850 | 75(37) | .407 | .515 | | .75 | .865 |
| SHFA-100 | 98,820 | 100(61) | .453 | .561 | | .841 | .911 |
| SHFA-125 | 125,0b0 | 125(61) | .497 | .605 | | .885 | .955 |
| SHFA-150 | 157,380 | 150(61) | .547 | .655 | | .935 | 1.005 |
| SHFA-200 | 198,860 | 200(61) | .604 | .712 | | .992 | 1.062 |
| SHFA-300 | 296,660 | 300(91) | .718 | .826 | | 1.106 | 1.176 |
| SHFA-400 | 414,020 | 400(127) | .832 | .988 | | 1.268 | 1.338 |
| SHFA-500 | 521,979 | 500(127) | .923 | 1.079 | | 1.359 | 1.429 |
| SHFA-650 | 657,860 | 650(127) | 1.026 | 1.182 | | 1.462 | 1.532 |
| SHFA-800 | 829,310 | 800(127) | 1.141 | 1.297 | | 1.577 | 1.647 |

NOTE.-   For dimensional tolerances see also paragraph D-2b.

E-29b(2).   Water and air leakage.-   The finished cable shall have satisfactory water and air leakage characteristics when tested in accordance with paragraph F-17.

E-29b(3).   Heat endurance.-   The finished cable shall satisfactorily meet the heat endurance test specified in paragraph F-22.

E-29b(4).   Cold bend.-   The finished cable shall satisfactorily meet the cold bend test (0° C. - 32° F.) specified in paragraph F-12.

E-29b(5).   Flammability.-   The finished cable shall meet the following requirements when tested in accordance with paragraph F-23.

Ignition time - not less than 60 seconds .
Burning time - not more than 60 seconds .
Flame travel - not more than 2-inches.

E-29b(6).   Drip and exudation.-   The finished cable shall meet the drip and exudation tests specified in paragraphs F-11 and F-13.

E-29b(7).   Dielectric strength.-   The dielectric strength shall be not less than the following:

7,500 volts, alternating current, on short lengths, before flame tests.
1,500 volts, alternating current, on short lengths, after flame tests.
2,000 volts, alternating current on full-length reels to be shipped.

15C1(INT)

-72-

E-29b(8). <u>Insulation resistance</u>.- The insulation resistance per 1,000 feet, at 15.5° C., between conductor and ground, on full reel lengths to be shipped, shall be not less than the values in Table XXVI.

TABLE XXVI.

| Type | Megohms | | Type | Megohms |
|------|---------|--|------|---------|
| SHFA-4 | 300 | | SHFA-100 | 125 |
| SHFA-9 | 250 | | SHFA-125 | 110 |
| SHFA-14 | 225 | | SHFA-150 | 100 |
| SHFA-23 | 200 | | SHFA-200 | 90 |
| SHFA-30 | 180 | | SHFA-300 | 80 |
| SHFA-40 | 170 | | SHFA-400 | 70 |
| SHFA-50 | 160 | | SHFA-500 | 65 |
| SHFA-60 | 150 | | SHFA-650 | 60 |
| SHFA-75 | 135 | | SHFA-800 | 50 |

E-30. TYPE SHFL; SINGLE HEAT AND FLAME RESISTANT, LEADED CABLES.

E-30a. <u>Construction</u>.- The cable shall be made up in accordance with Table XXVII and the following:

First.   The conductor, before insulating, shall conform to the standard (Table IV), designated in the third column of Table XXVII. A suitable thin separator (C-23), at manufacturer's option.

Second.  A wall of felted asbestos (C-11) or glass fibers (C-22), compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer. Circuit identification (D-6b) or (D-6d). A suitable thin separator (C-23), at manufacturer's option.

Third.   A wall of varnished-cambric insulation (C-7). A suitable thin separator (C-23), at manufacturer's option.

Fourth.  A wall of felted asbestos (C-11) or glass fibers (C-22) applied as in "Second" above. Manufacturer's identification (D-5b) or (D-5d). A suitable thin separator (C-23), at manufacturer's option.

Fifth.   An impervious sheath (C-21).

Sixth.   A soft lead sheath (C-19).

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-73-

### TABLE XXVII.- TYPE SHFL CABLES.

| Types | Area circular mils | Standard copper conductor number (Table IV) | Diameter over first felted asbestos or glass | Diameter over varnished-cambric (C-7) | Diameter over second felted asbestos or glass | Diameter over impervious sheath (C-21) | Diameter over lead sheath (C-19) |
|---|---|---|---|---|---|---|---|
| | | | Inches | Inches | | Inches | Inches |
| SHFL-400 | 414,020 | 400(127) | 0.832 | 0.988 | 1 | 1.268 | 1.456 |
| SHFL-500 | 521,979 | 500(127) | .923 | 1.079 | 1 | 1.359 | 1.547 |
| SHFL-650 | 657,860 | 650(127) | 1.026 | 1.182 | 1 | 1.462 | 1.650 |
| SHFL-800 | 829,310 | 800(127) | 1.141 | 1.297 | 1 | 1.577 | 1.765 |
| SHFL-1000 | 1,046,000 | 1000(127) | 1.277 | 1.433 | 1 | 1.713 | 1.901 |

[1] The thickness of this wall shall be such as to permit strict adherence of the finished cable to the specified over-all dimensions.

NOTE.-   For dimensional tolerances see also paragraph D-2b.

E-30b.   Cold bend.-   The finished cable shall satisfactorily meet the cold bend test (0° C.-32° F.) specified in paragraph F-12.

E-30c.   Flammability.-   The finished cable shall meet the following requirements when tested in accordance with paragraph F-23.

        Ignition time - not less than 60 seconds.
        Burning time - not more than 60 seconds.
        Flame travel - not more than 2-inches.

E-30d.   Dielectric strength.-   The dielectric strength shall be not less than the following:

    7,500 volts, alternating current, on short lengths, before flame tests.
    1,500 volts, alternating current, on short lengths, after flame tests.
    2,000 volts, alternating current on full-length reels to be shipped.

E-30e.   Drip and exudation.-   The finished cable shall meet the drip and exudation tests specified in paragraphs F-11 and F-13.

E-30f.   Insulation resistance.-   The insulation resistance per 1,000 feet, at 15.5° C., between conductor and ground, on full reel lengths to be shipped, shall be not less than the values in Table XXVIII.

### TABLE XXVIII.

| Type | Megohms |
|---|---|
| SHFL-400 | 70 |
| SHFL-500 | 65 |
| SHFL-650 | 60 |
| SHFL-800 | 50 |
| SHFL-1000 | 45 |

E-30g.   Water and air leakage.-   The finished cable shall have satisfactory water and air leakage characteristics when tested in accordance with paragraph F-17.

Case 4:07-cv-02824-SBA    Document 34-11    Filed 09/21/2007    Page 21 of 65
REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

E-31.  TYPE DHFA; DOUBLE, HEAT AND FLAME RESISTANT, ARMORED CABLES.

    E-31a.  Type DHFA-3.-

        E-31a(1).  Construction.-   The cable make-up shall conform to the following:

            First.    Unit conductor No. SRI-3(7), Table VI.  Circuit identification (D-6b).
                    Manufacturer's identification (D-5d), unless accomplished under
                    "Fourth".

            Second.   A wall of felted asbestos (C-11) or glass fibers (C-22), compressed
                    and impregnated with a neutral insulating cement, to form a continu-
                    ous and homogeneous layer, to a diameter of 0.140-inch.

            Third.    Two such insulated conductors shall be twisted together with a lay not
                    greater than 24 times the pitch diameter.  Circularity of cross section
                    shall be obtained by the use of impregnated asbestos or glass fiber
                    fillers (C-10).

            Fourth.   A wall of felted asbestos (C-11) or glass fibers (C-22) applied as in
                    "Second" above.  The thickness of this felted wall shall be such as
                    to permit strict adherence of the finished cable to the specified over-
                    all dimensions.  Manufacturer's identification (D-5b).  A suitable thin
                    separator (C-23), at manufacturer's option.

            Fifth.    An impervious sheath (C-21) to a diameter of 0.460-inch.

            Sixth.    Braided metal armoring (C-17).  This armoring shall be suitably embedded
                    in the underlying impervious sheath.  The over-all dimensions of the
                    finished cable shall not exceed 0.530-inch, nor be less than 92-1/2 percent
                    of this value.  Unless otherwise specified in the contract or order, the
                    armoring shall be of 0.0095-inch diameter steel wire with 70 percent
                    coverage.

            Seventh.  Painting (C-18).

    E-31a(2).  Cold bend.-  Same as for Type SHFA-3.

    E-31a(3).  Flammability.-  Same as for Type SHFA-3.

    E-31a(4).  Water and air leakage.-   Same as for Type SHFA.

    E-31a(5).  Heat endurance.-  Same as for Type SHFA.

    E-31a(6).  Dielectric strength.-   The dielectric strength shall be not less than the following:

            5,000 volts, alternating current, between conductors, and to ground,
               on short lengths, before flame tests.
            1,000 volts, alternating current, between conductors, and to ground,
               on short lengths, after flame tests.
            2,000 volts, alternating current, between conductors, and to ground,
               on full-length reels to be shipped.

    E-31a(7).  Insulation resistance.-   The insulation resistance at 15.5° C. for each conductor to the
other conductor and ground, and for both conductors to ground, shall be not less than 100 megohms per
1,000 feet.

Case 4:07-cv-02824-SBA    Document 34-11    Filed 09/21/2007    Page 22 of 65
REPRODUCED AT THE NATIONAL ARCHIVES

E-31b.  **Types DHFA-4 to 400 inclusive.-**

   E-31b(1).  Construction.-  The cable shall be made up in accordance with Table XXIX and the following:

     First.   Each conductor of the pair, before insulating, shall conform to the standard (Table IV), as designated in the third column of Table XXIX. A suitable thin separator (C-23), at manufacturer's option.

     Second.  Each such conductor shall have:

         (a)  A wall of felted asbestos (C-11) or glass fibers (C-22) compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer.  Circuit identification (D-8b) or (D-8d).  A suitable thin separator (C-23), at manufacturer's option.

         (b)  A wall of varnished-cambric insulation (C-7).  A suitable thin separator (C-23), at manufacturer's option.

         (c)  A wall of felted asbestos (C-11), applied as in (a) above.

     Third.   Two such insulated conductors shall be twisted together with a lay not greater than 24 times the pitch diameter.  Circularity of cross section shall be obtained by the use of impregnated asbestos or glass fiber fillers (C-10).

     Fourth.  A wall of felted asbestos (C-11) or glass fibers (C-22), applied as in "Second (a)" above.  This wall shall be of such thickness as is necessary to permit strict adherence to the over-all dimensions of the finished cable specified in the last column of Table XXIX.  Manufacturer's identification (D-5b).  A suitable thin separator (C-23), at manufacturer's option.

     Fifth.   An impervious sheath (C-21).

     Sixth.   Braided metal armoring (C-17).  This armoring shall be suitably embedded in the underlying impervious sheath.  The over-all dimensions of the finished cable shall not exceed the values shown in the last column of Table XXIX nor be less than 92-1/2 percent of these dimensions. Unless otherwise specified in the contract or order, the armoring shall be of 0.0095-inch diameter steel wire with 70 percent coverage.

     Seventh. Painting (C-18).

   E-31b(2).  Cold bend.-  The finished cable shall meet the cold bend tests (0° C.-32° F.) specified in paragraph F-12.

   E-31b(3).  Flammability.-  The finished cable shall meet the following requirements when tested in accordance with paragraph F-23:

               Ignition time - not less than 60 seconds.
               Burning time - not more than 60 seconds.
               Flame travel - not more than 2-inches.

15C1(INT)

-76-

E-31b(4).  Drip and exudation.-  The finished cable shall meet the drip and exudation tests specified in paragraphs F-11 and F-13.

E-31b(5).  Dielectric strength.-  The dielectric strength shall be not less than the following:

7,500 volts, alternating current, between conductors, and to ground, on short lengths, before flame tests.
1,500 volts, alternating current, between conductors, and to ground, on short lengths, after flame tests.
2,000 volts, alternating current, between conductors, and to ground, on full-length reels to be shipped.

E-31b(6).  Water and air leakage.-  Same as for Type SHFA.

E-31b(7).  Heat endurance.-  Same as for Type SHFA.

TABLE XXIX.  TYPE DHFA.

| Type | Area circular mils | Standard copper conductor number (Table IV) | Individual conductors | | | Grouped conductors | | |
|---|---|---|---|---|---|---|---|---|
| | | | Diameter over first felted asbestos or glass | Diameter over varnished-cambric (C-7) | Diameter over second felted asbestos or glass | Two conductors twisted together; diameter over third asbestos or glass | Diameter over impervious sheath (C-21) | Diameter over metal armoring (C-17) |
| | | | Inch | Inch | Inches | | Inches | Inches |
| DHFA-4 | 4,494 | 4 (7) | 0.106 | 0.154 | 0.214 | The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified over-all dimensions. | 0.708 | 0.778 |
| DHFA-9 | 9,030 | 9 (7) | .138 | .186 | .246 | | .772 | .842 |
| DHFA-14 | 14,350 | 14 (7) | .166 | .226 | .286 | | .852 | .922 |
| DHFA-23 | 22,820 | 23 (7) | .201 | .261 | .321 | | .922 | .992 |
| DHFA-30 | 30,780 | 30(19) | .241 | .313 | .373 | | 1.038 | 1.108 |
| DHFA-40 | 38,950 | 40(19) | .266 | .338 | .398 | | 1.098 | 1.168 |
| DHFA-50 | 49,020 | 50(19) | .294 | .366 | .426 | | 1.154 | 1.224 |
| DHFA-60 | 59,940 | 60(37) | .332 | .404 | .484 | | 1.270 | 1.340 |
| DHFA-75 | 75,850 | 75(37) | .367 | .457 | .537 | | 1.404 | 1.474 |
| DHFA-100 | 98,820 | 100(61) | .423 | .513 | .593 | | 1.516 | 1.586 |
| DHFA-125 | 125,050 | 125(61) | .467 | .557 | .637 | | 1.604 | 1.674 |
| DHFA-150 | 157,380 | 150(61) | .537 | .627 | .717 | | 1.784 | 1.854 |
| DHFA-200 | 198,860 | 200(61) | .594 | .684 | .774 | | 1.898 | 1.968 |
| DHFA-250 | 250,710 | 250(61) | .667 | .757 | .847 | | 2.072 | 2.142 |
| DHFA-300 | 296,660 | 300(91) | .718 | .826 | .916 | | 2.210 | 2.280 |
| DHFA-400 | 414,020 | 400(127) | .832 | .940 | 1.030 | | 2.438 | 2.508 |

Note.-  For dimensional tolerances see also paragraph D-2b.

REPRODUCED AT THE NATIONAL ARCHIVES

1LC1(INT)

-77-

E-31b(8). Insulation resistance.- The insulation resistance per 1,000 feet at 15.5° C., for each conductor to the other conductor and ground, and for both conductors to ground, shall be not less than the values shown in Table XXX.

TABLE XXX.

| Type | Megohms | | Type | Megohms |
|------|---------|--|------|---------|
| DHFA-4 | 200 | | DHFA-75 | 175 |
| DHFA-9 | 300 | | DHFA-100 | 160 |
| DHFA-14 | 275 | | DHFA-125 | 150 |
| DHFA-23 | 250 | | DHFA-150 | 135 |
| DHFA-30 | 225 | | DHFA-200 | 125 |
| DHFA-40 | 215 | | DHFA-250 | 120 |
| DHFA-50 | 200 | | DHFA-300 | 110 |
| DHFA-60 | 190 | | DHFA-400 | 100 |

E-32. TYPE THFA; TRIPLE, HEAT AND FLAME RESISTANT, ARMORED CABLES.

E-32a. Type THFA-3.-

E-32a(1). Construction.- The cable make-up shall conform to the following:

First and Second. Same as for Type DHFA-3.

Third. Three such insulated conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Circularity of cross section shall be obtained by the use of impregnated asbestos or glass fiber fillers (C-10).

Fourth. A wall of felted asbestos (C-11) or glass fibers (C-22) applied as in "Second" above. The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified over-all dimensions. Manufacturer's identification (D-5b). A suitable thin separator (C-23), at manufacturer's option.

Fifth. An impervious sheath (C-21) to a diameter of 0.490-inch.

Sixth. Braided metal armoring (C-17). This armoring shall be suitably embedded in the underlying impervious sheath. The over-all dimensions of finished cable shall not exceed 0.560-inch, nor be less than 92-1/2 percent of this value. Unless otherwise specified in the contract or order, the armoring shall be of 0.0095-inch steel wire with 70 percent coverage.

Seventh. Painting (C-18).

E-32a(2). Cold bend.- Same as for Type SHFA-3.

E-32a(3). Flammability.- Same as for Type SHFA-3.

15C1(INT)

-78-

E-32a(4).  Dielectric strength.-  Same as for Type DHFA-3.

E-32a(5).  Insulation resistance.-  The insulation resistance at 15.5° C., for each conductor to all other conductors and ground, and for all conductors together to ground, shall be not less than 100 megohms per 1,000 feet.

E-32a(6).  Water and air leakage.-  Same as for Type SHFA.

E-32a(7).  Heat endurance.-  Same as for Type SHFA.

E-32b.  Types THFA-4 to 400 inclusive.-

E-32b(1).  Construction.-  The cable shall be made up in accordance with Table XXXI and the following:

First.     Each conductor of the group, before insulating, shall conform to the standard (Table IV), as designated in the third column of Table XXXI.  A suitable thin separator (C-23), at manufacturer's option.

Second.    Each such conductor shall have:

(a) A wall of felted asbestos (C-11) or glass fibers (C-22) compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer.  Circuit identification (D-6b) or (D-6d).  A suitable thin separator (C-23), at manufacturer's option.

(b) A wall of varnished-cambric insulation (C-7).  A suitable thin separator (C-23), at manufacturer's option.

(c) A wall of felted asbestos (C-11) or glass fibers (C-22), applied as in (a) above.

Third.     Three such insulated conductors shall be twisted together with a lay not greater than 24 times the pitch diameter.  Circularity of cross section shall be obtained by the use of impregnated asbestos or glass fiber fillers (C-10).

Fourth.    A wall of felted asbestos (C-11), or glass fibers (C-22) applied as in "Second (a)" above.  The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified over-all dimensions.  Manufacturer's identification (D-5b).  A suitable thin separator (C-23) at manufacturer's option.

Fifth.     An impervious sheath (C-21).

Sixth.     Braided, metal armoring (C-17).  This armoring shall be suitably embedded in the underlying impervious sheath.  The over-all dimensions of the finished cable shall be not greater than the values shown in the last column of Table XXXI nor less than 92-1/2 percent of these values.  Unless otherwise specified in the contract or order, the armoring shall be of 0.0095-inch steel wire with 70 percent coverage.

Seventh.   Painting (C-19).

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-79-

## TABLE XXXI. TYPE THFA.

| Types | Area circular mils | Standard copper conductor number (Table IV) | Individual conductors | | | | Grouped conductors | |
|---|---|---|---|---|---|---|---|---|
| | | | Diameter over first felted asbestos or glass | Diameter over varnished-cambric (C-7) | Diameter over second felted asbestos or glass | Three conductors twisted together, diameter over third asbestos or glass | Diameter over impervious sheath (C-21) | Diameter over metal armoring (C-17) |
| | | | Inch | Inch | Inches | | Inches | Inches |
| THFA-4 | 4,494 | 4 (7) | 0.106 | 0.154 | 0.214 | The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified over-all dimensions | 0.742 | 0.812 |
| THFA-9 | 9,030 | 9 (7) | .138 | .186 | .246 | | .811 | .881 |
| THFA-14 | 14,350 | 14 (7) | .166 | .226 | .286 | | .898 | .968 |
| THFA-23 | 22,820 | 23 (7) | .201 | .261 | .321 | | .973 | 1.043 |
| THFA-30 | 30,780 | 30(19) | .241 | .313 | .373 | | 1.098 | 1.168 |
| THFA-40 | 38,950 | 40(19) | .266 | .338 | .398 | | 1.162 | 1.232 |
| THFA-50 | 49,020 | 50(19) | .294 | .366 | .426 | | 1.222 | 1.292 |
| THFA-60 | 59,940 | 60(37) | .332 | .404 | .484 | | 1.347 | 1.417 |
| THFA-75 | 75,850 | 75(37) | .367 | .457 | .537 | | 1.490 | 1.560 |
| THFA-100 | 98,820 | 100(61) | .423 | .513 | .593 | | 1.611 | 1.681 |
| THFA-125 | 125,050 | 125(61) | .467 | .557 | .637 | | 1.706 | 1.776 |
| THFA-150 | 157,380 | 150(61) | .537 | .627 | .717 | | 1.899 | 1.969 |
| THFA-200 | 198,860 | 200(61) | .594 | .684 | .774 | | 2.022 | 2.092 |
| THFA-250 | 250,710 | 250(61) | .667 | .757 | .847 | | 2.206 | 2.276 |
| THFA-300 | 296,660 | 300(91) | .718 | .826 | .916 | | 2.357 | 2.427 |
| THFA-400 | 414,020 | 400(127) | .832 | .940 | 1.030 | | 2.603 | 2.673 |

Note.- For dimensional tolerances see also paragraph D-2b.

E-32b(2). Cold bend.- The finished cable shall meet the cold bend (0° C.-32° F.) tests specified in paragraph F-12.

E-32b(3). Flammability.- The finished cable shall meet the following requirements when tested in accordance with paragraph F-23.

Ignition time - not less than 60 seconds.
Burning time - not more than 60 seconds.
Flame travel - not more than 2-inches.

E-32b(4). Drip and exudation.- The finished cable shall meet the drip and exudation tests specified in paragraphs F-11 and F-13.

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-80-

E-32b(5).  Dielectric strength.-   The dielectric strength shall be not less than the following:

> 7,500 volts, alternating current between conductors, and to ground,
> on short lengths, before flame tests.
> 1,500 volts, alternating current between conductors, and to ground,
> on short lengths, after flame tests.
> 2,000 volts, alternating current between conductors, and to ground,
> on full-length reels to be shipped.

E-32b(6).  Insulation resistance.-   The insulation resistance per 1,000 feet, at 15.5° C., for each conductor to all other conductors and ground, and for all conductors together to ground shall be not less than the values in Table XXXII.

TABLE XXXII.

| Type | Megohms | Type | Megohms |
|------|---------|------|---------|
| THFA-4 | 200 | THFA-75 | 175 |
| THFA-9 | 300 | THFA-100 | 160 |
| THFA-14 | 275 | THFA-125 | 150 |
| THFA-23 | 250 | THFA-150 | 135 |
| THFA-30 | 225 | THFA-200 | 125 |
| THFA-40 | 215 | THFA-250 | 120 |
| THFA-50 | 200 | THFA-300 | 110 |
| THFA-60 | 190 | THFA-400 | 100 |

E-32b(7).  Water and air leakage.-   Same as for Type SHFA.

E-32b(8).  Heat endurance.-   Same as for Type SHFA.

E-33.  TYPE FHFA; FOUR CONDUCTOR, HEAT AND FLAME RESISTANT, ARMORED CABLE.

E-33a.  Type FHFA-9.-

E-33a(1).  Construction.-   The cable make-up shall conform to the following:

First and Second.  Same as for Type DHFA-3.

Third.  Same as for Type DHFA-3, except use four insulated conductors.

Fourth.  A wall of felted asbestos (C-11) or glass fibers (C-22) applied as in "Second" above. The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified over-all dimensions.  Manufacturer's identification (D-5b).  A suitable thin separator (C-23), at manufacturer's option.

Fifth.  An impervious sheath (C-21) to a diameter of 0.540-inch.

Sixth.  Braided metal armoring (C-17).  This armoring shall be suitably embedded in the underlying impervious sheath.  The over-all dimensions of the finished cable shall not exceed 0.610-inch, nor be less than 92-1/2 percent of this value.  Unless otherwise specified in the contract or order, the armoring shall be of 0.0095-inch steel wire with 70 percent coverage.

Seventh.  Painting (C-18).

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-81-

E-33a(2).  Cold bend.-   Same as for Type SHFA-3.

E-33a(3).  Flammability.-   Same as for Type SHFA-3.

E-33a(4).  Dielectric strength.-   Same as for Type DHFA-3.

E-33a(5).  Insulation resistance.-   Same as for Type THFA-3.

E-33a(6).  Water and air leakage.-   Same as for Type SHFA.

E-33a(7).  Heat endurance.-   Same as for Type SHFA.

E-33b.  Type FHFA-4.-

E-33b(1).  Construction.-   The cable shall be made up as follows:

First.  Each conductor of the group, before insulating, shall conform to standard copper conductor number 4 (7), Table IV.  A suitable thin separator (C-23), at manufacturer's option.

Second.  Each such conductor shall be individually insulated as follows:

(a)  A wall of felted asbestos (C-11) or glass fibers (C-22), compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer, to a diameter of 0.106-inch.  Circuit identification (D-6b) or (D-6d).  A suitable thin separator (C-23), at manufacturer's option.

(b)  A wall of varnished-cambric insulation (C-7) to a diameter of 0.154-inch.  A suitable thin separator (C-23), at manufacturer's option.

(c)  A wall of felted asbestos (C-11) or glass fibers (C-22) applied as in (a) above to a diameter of 0.214-inch.

Third.  Four such individually insulated conductors shall be twisted together with a lay not greater than 24 times the pitch diameter.  Circularity of cross section shall be obtained by the use of impregnated asbestos or glass fiber fillers (C-10).

Fourth.  A wall of felted asbestos (C-11) or glass fibers (C-22) applied as in "Second (a)" above.  The thickness of this felted wall shall be such as necessary to permit strict adherence to the specified over-all dimensions for the finished cable.  Manufacturer's identification (D-5b).  A suitable thin separator (C-23), at manufacturer's option.

Fifth.  An impervious sheath (C-21).

Sixth.  Braided, metal armoring (C-17).  This armoring shall be suitably embedded in the underlying impervious sheath.  The over-all dimensions of the finished cable shall be not greater than 0.865-inch, nor less than 92-1/2 percent of this value.  Unless otherwise specified in the contract or order, the armoring shall be of 0.0095-inch steel wire with 70 percent coverage.

Seventh.  Painting (C-18).

E-33b(2).  Cold bend.-   The finished cable shall meet the cold bend tests (0° C.-32° F.) specified in paragraph F-12.

15C1(INT)

-82-

E-33b(3).  Water and air leakage.-   Same as for Type SHFA.

E-33b(4).  Heat endurance.-  Same as for Type SHFA.

E-33b(5).  Flammability.-   The finished cable shall meet the following requirements when tested in accordance with paragraph F-23.

> Ignition time - not less than 60 seconds.
> Burning time - not more than 80 seconds.
> Flame travel - not more than 2-inches.

E-33b(6).  Dielectric strength.-   The dielectric strength shall be not less than the following:

> 7,500 volts, alternating current, between conductors, and to ground,
>     on short lengths, before flame tests.
> 1,500 volts, alternating current, between conductors, and to ground,
>     on short lengths, after flame tests.
> 2,000 volts, alternating current, between conductors, and to ground,
>     on full-length reels to be shipped.

E-33b(7).  Drip and exudation.-  The finished cable shall meet the drip and exudation tests specified in paragraphs F-11 and F-13.

E-33b(8).  Insulation resistance.-   The insulation resistance, at 15.5° C. for each conductor to all other conductors and ground, and for all conductors together to ground, shall be not less than 100 megohms per 1,000 feet.

E-34.  TYPE SHFP(3) AND SHFP(5); SINGLE, HEAT AND FLAME RESISTANT, PROPULSION CABLES FOR 3,000 VOLT AND 5,000 VOLT SERVICE.

TYPES SHFP(3)-75 TO 800 INCLUSIVE AND SHFP(5)-75 TO 800 INCLUSIVE.

E-34a.  Construction.-   The cable shall be made up in accordance with Table XXXIII and the following:

First.   The conductor, before insulating, shall conform to the standard (Table IV), as designated in the third column of Table XXXIII.  A suitable thin separator (C-23), at the manufacturer's option.

Second.   A wall of felted asbestos (C-11) or glass fibers (C-22), compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer.  Circuit identification (D-5b), or (D-6d).

Third.   A suitable thin separator (C-23).

Fourth.   A wall of varnished-cambric insulation (C-7).

Fifth.   A suitable thin separator (C-23).

Sixth.   A wall of felted asbestos (C-11) or glass fibers (C-22) as in "Second" above. A suitable thin separator (C-23), at manufacturer's option.  Manufacturer's identification (D-5b).

Seventh.  An impervious sheath (C-21).

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

TABLE XXIII.- TYPE SHHP CABLES.

| Navy types | Area circu-lar mils | Standard copper conductor number | Diameter over stranded conductor Inches | Diameter over asbestos or glass Inches | Diameter over separator Third Inches | Diameter over varnished-cambric Inches | Diameter over separator Third or glass Inches | Diameter over asbestos or glass Inches | Diameter over impervious sheath Inches | Diameter over bronze armor Inches |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TYPE SHHP (3) | | | | | |
| SHHP(3)75 | 75,850 | 75(37) | 0.317 | 0.389 | 0.401 | 0.581 | 0.593 | 0.683 | 0.933 | 1.003 |
| SHHP(3)100 | 98,820 | 100(61) | .383 | .435 | .447 | .627 | .639 | .729 | .979 | 1.049 |
| SHHP(3)200 | 198,680 | 200(61) | .514 | .588 | .598 | .778 | .790 | .880 | 1.130 | 1.200 |
| SHHP(3)300 | 296,050 | 300(91) | .628 | .700 | .712 | .892 | .904 | .994 | 1.244 | 1.314 |
| SHHP(3)400 | 414,030 | 400(127) | .742 | .814 | .828 | 1.006 | 1.018 | 1.108 | 1.358 | 1.428 |
| SHHP(3)500 | 521,979 | 500(127) | .833 | .906 | .917 | 1.097 | 1.109 | 1.199 | 1.449 | 1.519 |
| SHHP(3)800 | 829,310 | 800(127) | 1.051 | 1.123 | 1.136 | 1.316 | 1.327 | 1.417 | 1.667 | 1.737 |
| | | | | | TYPE SHHP (5) | | | | | |
| SHHP(5)75 | 75,850 | 75(37) | 0.317 | 0.389 | 0.401 | 0.641 | 0.653 | 0.743 | 0.993 | 1.063 |
| SHHP(5)100 | 98,820 | 100(61) | .363 | .435 | .447 | .887 | .699 | .789 | 1.039 | 1.109 |
| SHHP(5)200 | 198,680 | 200(61) | .514 | .588 | .598 | .838 | .850 | .940 | 1.180 | 1.260 |
| SHHP(5)300 | 296,050 | 300(91) | .628 | .700 | .712 | .952 | .964 | 1.054 | 1.304 | 1.374 |
| SHHP(5)400 | 414,030 | 400(127) | .742 | .814 | .826 | 1.066 | 1.078 | 1.168 | 1.418 | 1.488 |
| SHHP(5)500 | 521,979 | 500(127) | .833 | .906 | .917 | 1.157 | 1.169 | 1.259 | 1.509 | 1.579 |
| SHHP(5)800 | 829,310 | 800(127) | 1.051 | 1.123 | 1.135 | 1.375 | 1.387 | 1.477 | 1.727 | 1.797 |

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-84-

Eighth.  Braided metal armoring (C-17), except that the armor material shall be of bronze of a suitable composition to resist sea water corrosion. This armoring shall be suitably embedded in the underlying impervious sheath. The over-all dimensions of the finished cable shall not exceed the values shown in the last column of Table XXXIII nor be less than 92-1/2 percent of those dimensions.

Ninth.  Painting (C-18), when specifically called for.

E-34b.  Cold bend.-  The finished cable shall meet the cold bend tests (0° C.-32° F.) specified in paragraph F-12.

E-34c.  Flammability.-  The insulated conductor shall meet the following requirements when tested in accordance with paragraph F-23.

Ignition time - not less than 60 seconds.
Burning time - not more than 60 seconds.
Flame travel - not more than 2-inches.

E-34d.  Dielectric strength.-  The dielectric strength for Type SHFP(3) shall be not less than 7,500 volts, alternating current for five minutes, between conductor and ground when tested on full-length reels to be shipped; and for Type SHFP(5) shall be not less than 12,000 volts.

E-34e.  Drip and exudation.-  The finished cable shall meet the drip and exudation tests specified in paragraphs F-11 and F-13.

E-34f.  Insulation resistance.-  The insulation resistance per 1,000 feet at 15.5° C., between conductor and ground, shall be not less than the values shown in Table XXXIV.

TABLE XXXIV.

| Type | Megohms | Type | Megohms |
|---|---|---|---|
| SHFP(3) - 75 | 200 | SHFP(5) - 75 | 340 |
| SHFP(3) - 100 | 190 | SHFP(5) - 100 | 310 |
| SHFP(3) - 200 | 135 | SHFP(5) - 200 | 225 |
| SHFP(3) - 300 | 120 | SHFP(5) - 300 | 200 |
| SHFP(3) - 400 | 105 | SHFP(5) - 400 | 175 |
| SHFP(3) - 500 | 100 | SHFP(5) - 500 | 160 |
| SHFP(3) - 800 | 75 | SHFP(5) - 800 | 125 |

E-34g.  Water and air leakage.-  The finished cable shall have satisfactory water and air leakage characteristics when tested in accordance with paragraph F-17.

E-34h.  Heat endurance.-  The finished cable shall meet the heat endurance tests as specified in paragraph F-22.

15C1(INT)

-85-

E-35.  TYPE DHFP(3) AND DHFP(5); DOUBLE, HEAT AND FLAME RESISTANT, PROPULSION CABLES FOR 3,000 VOLT AND 5,000 VOLT SERVICE.

TYPES DHFP(3) - 100 TO 400 INCLUSIVE AND DHFP(5) - 100 TO 400 INCLUSIVE.

E-35a.  Construction.-   The cable shall be made up in accordance with Table XXXV and the following:

First, Second, Third, Fourth, Fifth and Sixth.  Same as for Type SHFP(3) and SHFP(5) cables.  Circuit identification (D-6b) or (D-6d).

| | |
|---|---|
| Seventh. | Two such insulated conductors shall be twisted together with a lay not greater than 24 times the pitch diameter.  Circularity of cross section shall be obtained by the use of impregnated asbestos or glass fiber fillers (C-10). |
| Eighth. | A wall of felted asbestos (C-11) or glass fibers (C-22), applied as in "Second" above. |
| Ninth. | A suitable thin separator (C-23). |
| Tenth. | A wall of varnished-cambric insulation (C-7). |
| Eleventh. | A suitable thin separator (C-23). |
| Twelfth. | A wall of felted asbestos (C-11) or glass fibers (C-22), applied as in "Second" above.  A suitable thin separator (C-23) at manufacturer's option.  Manufacturer's identification (D-5b). |
| Thirteenth. | An impervious sheath (C-21). |
| Fourteenth. | Braided metal armoring (C-17), except that the armor material shall be of bronze of a suitable composition to resist sea water corrosion.  This armoring shall be suitably embedded in the underlying impervious sheath.  The over-all dimensions of the finished cable shall not exceed the values shown in the last column of Table XXXV, nor be less than 92-1/2 percent of these dimensions. |
| Fifteenth. | Painting (C-18), when specifically called for. |

E-35b.  Cold bend.-  Same as for Type SHFP.

E-35c.  Flammability.-   Same as for Type SHFP.

E-35d.  Dielectric strength.-   The dielectric strength for Type DHFP(3) shall be not less than 7,500 volts, alternating current, for five minutes for each conductor to the other conductor and ground, and for both conductors to ground, when tested on full-length reels to be shipped; and for Type DHFP(5) shall be not less than 12,000 volts.

E-35e.  Drip and exudation.-   Same as for Type SHFP.

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-86-

## TABLE XXXV.— TYPE DHFF CABLES.

| Navy types | Area circular mils | Standard copper conductor number | Diameter over insulated conductor Inches | Cable diameter over asbestos or glass Inches | Diameter over separator Ninth Inches | Diameter over varnished-cambric Inches | Diameter over separator Eleventh Inches | Diameter over asbestos or glass Inches | Diameter over impervious sheath Inches | Diameter over bronze armor Inches |
|---|---|---|---|---|---|---|---|---|---|---|
| **TYPE DHFF (3)** | | | | | | | | | | |
| DHFF(3)100 | 98,820 | 100(61) | 0.729 | 1.518 | 1.530 | 1.820 | 1.632 | 1.732 | 1.972 | 2.042 |
| DHFF(3)200 | 198,860 | 200(61) | .880 | 1.680 | 1.832 | 1.822 | 1.804 | 2.024 | 2.274 | 2.344 |
| DHFF(3)300 | 298,660 | 300(91) | .994 | 1.848 | 2.060 | 2.150 | 2.102 | 2.262 | 2.502 | 2.572 |
| DHFF(3)400 | 414,020 | 400(127) | 1.108 | 2.276 | 2.288 | 2.378 | 2.390 | 2.480 | 2.730 | 2.800 |
| **TYPE DHFF (5)** | | | | | | | | | | |
| DHFF(5)100 | 98,820 | 100(61) | 0.789 | 1.638 | 1.650 | 1.740 | 1.752 | 1.842 | 2.092 | 2.182 |
| DHFF(5)200 | 198,860 | 200(61) | .940 | 1.940 | 1.962 | 2.042 | 2.064 | 2.144 | 2.394 | 2.464 |
| DHFF(5)300 | 298,660 | 300(91) | 1.054 | 2.188 | 2.180 | 2.270 | 2.282 | 2.372 | 2.622 | 2.692 |
| DHFF(5)400 | 414,020 | 400(127) | 1.168 | 2.396 | 2.408 | 2.498 | 2.510 | 2.600 | 2.850 | 2.920 |

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

E-35f.  Insulation resistance.-  The insulation resistance per 1,000 feet at 15.5° C., for each conductor to the other conductor and ground, and for both conductors to ground, shall be not less than the values shown in Table XXXVI.

TABLE XXXVI.-

| Type | Megohms | | Type | Megohms |
|------|---------|--|------|---------|
| DHFP(3) - 100 | 240 | | DHFP(5) - 100 | 400 |
| DHFP(3) - 200 | 190 | | DHFP(5) - 200 | 310 |
| DHFP(3) - 300 | 165 | | DHFP(5) - 300 | 275 |
| DHFP(3) - 400 | 150 | | DHFP(5) - 400 | 250 |

E-35g.  Water and air leakage.-  Same as for Type SHFP.

E-35h.  Heat endurance.-  Same as for Type SHFP.

E-36.  TYPE THFP(3) AND TYPE THFP(5); TRIPLE, HEAT AND FLAME RESISTANT, PROPULSION CABLES FOR 3,000 VOLT AND 5,000 VOLT SERVICE.

TYPES THFP(3) - 100 TO 400 INCLUSIVE AND
THFP(5) - 100 TO 400 INCLUSIVE.

E-36a.  Construction.-  The cable shall be made up in accordance with Table XXXVII and the following:

First, Second, Third, Fourth, Fifth and Sixth.  Same as for the Type SHFP(3) and SHFP(5) cables.  Circuit identification (D-6b) or (D-6d).

Seventh.  Three such insulated conductors shall be twisted together with a lay not greater than 24 times the pitch diameter.  Circularity of cross section shall be obtained by the use of impregnated asbestos or glass fiber fillers (C-10).

Eighth.  A wall of felted asbestos (C-11) or glass fibers (C-22), applied as in "Second" above.

Ninth, Tenth, Eleventh, Twelfth and Thirteenth.  Same as for Type DHFP(3) and DHFP(5).

Fourteenth.  Braided metal armoring (C-17) except that the armor material shall be of bronze of a suitably composition to resist sea water corrosion.  This armoring shall be suitable embedded in the underlying impervious sheath.  The over-all dimensions of the finished cable shall not exceed the values shown in the last column of Table XXXVII, nor be less than 92-1/2 percent of those dimensions.

Fifteenth.  Painting (C-18), when specifically called for.

E-36b.  Cold bend.-  Same as for Type SHFP.

E-36c.  Flammability.-  Same as for Type SHFP.

E-36d.  Water and air leakage.-  Same as for Type SHFP.

E-36e.  Heat endurance.-  Same as for Type SHFP.

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-88-

TABLE XXXVII.— TYPE THFP CABLES.

| Navy types | Area, circular mils | Standard copper conductor number | Diameter over insulated conductor or glass | Cabled diameter over asbestos or glass | Diameter over separator Ninth | Diameter over varnished cambric | Diameter over separator Eleventh or glass | Diameter over asbestos or glass | Diameter over impervious sheath | Diameter over bronze armor |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Inches | Inches | Inches | Inches | Inches | Inches | Inches | Inches |
| | | | | | TYPE THFP (3) | | | | | |
| THFP(3)100 | 98,820 | 100(61) | 0.728 | 1.631 | 1.643 | 1.733 | 1.745 | 1.836 | 2.086 | 2.155 |
| THFP(3)200 | 188,860 | 200(61) | .860 | 1.857 | 1.869 | 2.059 | 2.071 | 2.161 | 2.411 | 2.461 |
| THFP(3)300 | 296,860 | 300(91) | .994 | 2.203 | 2.215 | 2.305 | 2.317 | 2.407 | 2.657 | 2.727 |
| THFP(3)400 | 414,020 | 400(127) | 1.108 | 2.460 | 2.482 | 2.552 | 2.564 | 2.654 | 2.904 | 2.974 |
| | | | | | TYPE THFP (6) | | | | | |
| THFP(6)100 | 98,820 | 100(61) | 0.789 | 1.763 | 1.772 | 1.862 | 1.874 | 1.964 | 2.214 | 2.284 |
| THFP(6)200 | 188,860 | 200(61) | .940 | 2.088 | 2.098 | 2.188 | 2.200 | 2.290 | 2.540 | 2.610 |
| THFP(6)300 | 296,860 | 300(91) | 1.054 | 2.332 | 2.344 | 2.434 | 2.446 | 2.536 | 2.786 | 2.866 |
| THFP(6)400 | 414,020 | 400(127) | 1.168 | 2.579 | 2.591 | 2.681 | 2.663 | 2.783 | 3.033 | 3.103 |

15C1(INT)

-89-

E-36f.  **Dielectric strength.-**  The dielectric strength for Type THFP(3) shall be not less than 7,500 volts, alternating current, for five minutes for each conductor to all other conductors and gro ⁴, and for all conductors together to ground, when tested on full-length reels to be shipped; and for Type THFP(5) shall be not less than 12,000 volts.

E-36g.  **Drip and exudation.-**  Same as for Type SHFP.

E-36h.  **Insulation resistance.-**  The insulation resistance per 1,000 feet at 15.5° C., for each conductor to all other conductors and ground, and for all conductors together to ground, shall be not less than the values shown in Table XXXVIII.

TABLE XXXVIII

| Type | Megohms | Type | Megohms |
|------|---------|------|---------|
| THFP(5) - 100 | 400 | THFP(3) - 100 | 240 |
| THFP(5) - 200 | 310 | THFP(3) - 200 | 190 |
| THFP(5) - 300 | 275 | THFP(3) - 300 | 165 |
| THFP(5) - 400 | 250 | THFP(3) - 400 | 150 |

E-37.  TYPE SHFR-4; SINGLE CONDUCTOR, HEAT AND FLAME RESISTANT, RADIO CABLES FOR HIGH VOLTAGE SERVICE.

E-37a.  **Construction.-**  The cable shall be made up as follows:

First.  Unit conductor No. SRI-4(7), Table VI.  Circuit identification (D-6b), unless accomplished under "Fourth" or "Fifth"

Second.  A suitable thin separator (C-23), at manufacturer's option.

Third.  A wall of varnished-cambric insulation (C-7), to a diameter of 0.193-inch.

Fourth.  A suitable thin separator (C-23).  Circuit identification (D-6d), unless accomplished under "First" or "Fifth".

Fifth.  A wall of felted asbestos (C-11) or glass fibers (C-22), compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer.  The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified over-all dimensions.  Manufacturer's identification (D-5b) or (D-5d).  A suitable thin separator (C-23), at manufacturer's option.  Circuit identification (D-6b) or (D-6d).

Sixth.  An impervious sheath (C-21) to a diameter of 0.435-inch.

Seventh.  Braided metal armoring (C-17).  This armoring shall be suitably embedded in the underlying impervious sheath.  The over-all dimensions of the finished cable shall not exceed 0.540-inch, nor be less than 92-1/2 percent of this value.  Unless otherwise specified in the contract or order, the armoring shall be of 0.0095-inch steel wire with 70 percent coverage.

Eighth.  Painting (C-18).

Case 4:07-cv-02824-SBA    Document 34-11    Filed 09/21/2007    Page 37 of 65

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

E-37b.  Cold bend.-  The cable shall meet the cold bend test (0° C.-32° F.) specified in paragraph F-12.

E-37c.  Flammability.-  The finished cable shall meet the following requirements when tested in accordance with paragraph F-23:

Ignition time - not less than 60 seconds.
Burning time - not more than 60 seconds.
Flame travel - not more than 2-inches.

E-37d.  Drip and exudation.-  The finished cable shall meet the drip and exudation tests specified in paragraphs F-11 and F-13.

E-37e.  Dielectric strength.-  The dielectric strength shall be not less than 8,000 volts, alternating current, for one minute, between conductor and ground when tested on full length reels to be shipped.

E-37f.  Insulation resistance.-  The insulation resistance, at 15.5° C., between conductor and ground shall be not less than 300 megohms per 1,000 feet.

E-37g.  Water and air leakage.-  The finished cable shall have satisfactory water and air leakage characteristics when tested in accordance with paragraph F-17.

E-38.  TYPE DHFR-4; DOUBLE CONDUCTOR, HEAT AND FLAME RESISTANT, RADIO CABLES FOR HIGH VOLTAGE SERVICE.

E-38a.  Construction.-  The cable shall be made up as follows:

First.     Unit conductor number SRI-4(7), Table VI.  Circuit identification (D-6b), unless accomplished under "Fourth" or "Fifth".

Second.   A suitable thin separator (C-23), at manufacturer's option.

Third.    A wall of varnished-cambric insulation (C-7), to a diameter of 0.185-inch.

Fourth.   A suitable thin separator (C-23).  Circuit identification (D-6d), unless accomplished under "First" or "Fifth".

Fifth.    A wall of felted asbestos (C-11) or glass fibers (C-22), compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer, to a diameter of 0.247-inch.  Circuit identification (D-6b) unless accomplished under "First" or "Fourth".

Sixth.    Two such insulated conductors shall be twisted together with a lay not greater than 24 times the pitch diameter.  Circularity of cross section shall be obtained by use of impregnated asbestos or glass fiber fillers (C-10).

Seventh.  A wall of felted asbestos (C-11) or glass fibers (C-22), applied as in "Fifth" above.  The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified over-all dimensions.  Manufacturer's identification (D-5b).  A suitable thin separator (C-23), at manufacturer's option.

Eighth.   An impervious sheath (C-21) to a diameter of 0.774-inch.

Case 4:07-cv-02824-SBA    Document 34-11    Filed 09/21/2007    Page 38 of 65
REPRODUCED AT THE NATIONAL ARCHIVES

Ninth.    Braided metal armoring (C-17).  This armoring shall be suitably embedded in the underlying impervious sheath.  The over-all dimensions of the finished cable shall not exceed 0.844-inch, nor be less than 92-1/2 percent of this value.  Unless otherwise specified in the contract or order, the armoring shall be of 0.0095-inch steel wire with 70 percent coverage.

Tenth.    Painting (C-18).

E-38b.  Cold bend.-  The cable shall meet the cold bend tests (0° C.-32° F.) specified in paragraph F-12.

E-38c.  Flammability.-  The finished cable shall meet the following requirements when tested in accordance with paragraph F-23.

Ignition time - not less than 60 seconds.
Burning time - not more than 60 seconds.
Flame travel - not more than 2-inches.

E-38d.  Water and air leakage.-  Same as for Type SHFR-4.

E-38e.  Drip and exudation.-  The finished cable shall meet the drip and exudation tests specified in paragraphs F-11 and F-13.

E-38f.  Dielectric strength.-  The dielectric strength shall be not less than 8,000 volts, alternating current, for one minute, for each conductor to the other conductor and ground, and for both conductors together to ground, when tested on full-length reels to be shipped.

E-38g.  Insulation resistance.-  The insulation resistance, at 15.5° C., for each conductor to the other conductor and ground, and for both conductors together to ground, shall be not less than 400 megohms per 1,000 feet.

E-39.  TYPE THFR-4; TRIPLE CONDUCTOR, HEAT AND FLAME RESISTANT, RADIO CABLES FOR HIGH VOLTAGE SERVICE.

E-39a.  Construction.-  The cable shall be made up as follows:

First, Second, Third, Fourth and Fifth.  Same as for Type DHFR-4.

Sixth.    Three such insulated conductors shall be twisted together with a lay not greater than 24 times the pitch diameter.  Circularity of cross section shall be obtained by the use of impregnated asbestos or glass fiber fillers (C-10).

Seventh.  A wall of felted asbestos (C-11) or glass fibers (C-22), applied as in "Fifth" above.  The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified over-all dimensions.  Manufacturer's identification (D-5b).  A suitable thin separator (C-23), at manufacturer's option.

Eighth.   An impervious sheath (C-21) to a diameter of 0.813-inch.

Ninth.    Braided metal armoring (C-17).  This armoring shall be suitably embedded in the underlying impervious sheath.  The over-all dimension of the finished cable shall not exceed 0.883-inch.  Unless otherwise specified in the contract or order, the armoring shall be of 0.0095-inch steel wire with 70 percent coverage.

Tenth.    Painting (C-18).

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-92-

E-39b. Cold bend.- The cable shall meet the cold bend test (0° C.-32° F.) specified in paragraph F-12.

E-39c. Flammability.- Same as for Type DHFR-4 (E-38c).

E-39d. Water and air leakage.- Same as for Type FHFR-4.

E-39e. Drip and exudation.- The finished cable shall meet the drip and exudation tests specified in paragraphs F-11 and F-13.

E-39f. Dielectric strength.- The dielectric strength shall be not less than 8,000 volts, alternating current, for one minute, for each conductor to all other conductors and ground, and for all conductors together to ground, when tested on full-length reels to be shipped.

E-39g. Insulation resistance.- The insulation resistance, at 15.5° C., for each conductor to all other conductors and ground, and for all conductors together to ground, shall be not less than 400 megohms per 1,000 feet.

E-40. TYPE MHFA; MULTIPLE CONDUCTOR, HEAT AND FLAME RESISTANT, ARMORED CABLES.

E-40a. Types MHFA-2 and MHFA-4.- These type designations are obsolete. The new designations are DHFA-3 and FHFA-3, respectively. See paragraphs E-31 and E-33, respectively.

E-40b. Types MHFA-7 to MHFA-44, inclusive.-

E-40b(1). Construction.- The cable shall be made up in accordance with Table XXXIX and the following:

First. Unit conductor number SRI-3(7), Table VI.

Second. A wall of felted asbestos (C-11) or glass fibers (C-22), compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer, to a diameter of 0.145-inch.

Third. Circuit identification (D-6e), color coded braid except that rayon or cellulose acetate yarn shall be used. The braid shall be saturated with a flame-retarding compound.

Fourth. The specified number of such individually insulated conductors shall be laid up with a lay not greater than 16 times the pitch diameter. Circularity of cross section shall be obtained by the use of impregnated asbestos or glass fiber fillers (C-10). The grouped conductors shall be bound together by a thin, single faced friction tape, cellophane, or other material specifically approved for the purpose by the bureau concerned.

Fifth. A wall of felted asbestos (C-11) or glass fibers (C-22), compressed and impregnated with a neutral insulating cement, to form a continuous and homogeneous layer. The thickness of this felted asbestos wall shall be such as is necessary to permit strict adherence to the specified over-all dimensions for the finished cable. Manufacturer's identification (D-5b).

Sixth. An impervious sheath (C-21).

Case 4:07-cv-02824-SBA    Document 34-11    Filed 09/21/2007    Page 40 of 65
REPRODUCED AT THE NATIONAL ARCHIVES

Seventh.  Braided metal armoring (C-17).  This armoring shall be suitably embedded
in the underlying impervious sheath.  The over-all dimensions of the
finished cables shall not exceed the values shown in the last column of
Table XXXIX nor be less than 92-1/2 percent of these dimensions.  Unless
otherwise specified in the contract or order, the armoring shall be
0.0095-inch steel wire with 70 percent coverage.

Eighth.    Painting (C-18).

## TABLE XXXIX. - TYPE MHFA CABLES.

| Types | Number of insulated conductors | Diameter over impervious sheath (C-21) | Diameter over metal armoring (C-17) |
|---|---|---|---|
| | | Inches | Inches |
| MHFA-2(See DHFA-3) ......... | 2 | --- | --- |
| MHFA-4(See FHFA-3) ......... | 4 | --- | --- |
| MHFA-7 ...................... | 7 | 0.789 | 0.859 |
| MHFA-10 ..................... | 10 | .967 | 1.037 |
| MHFA-14 ..................... | 14 | 1.048 | 1.118 |
| MHFA-19 ..................... | 19 | 1.139 | 1.209 |
| MHFA-22 ..................... | 22 | 1.259 | 1.329 |
| MHFA-26 ..................... | 26 | 1.354 | 1.424 |
| MHFA-30 ..................... | 30 | 1.386 | 1.456 |
| MHFA-37 ..................... | 37 | 1.499 | 1.569 |
| MHFA-44 ..................... | 44 | 1.664 | 1.734 |

Note.-  For dimensional tolerances see also paragraph D-2b.

E-40c.  Bending.-  The individually insulated conductors shall withstand, at room temperatures, bending
360 degrees around a mandrel having a diameter 3 times that of the insulated conductor without pronounced
cracking or opening up of the impregnated braid.  The finished, multiconductor cable shall meet the cold bend
tests (0° C.-32° F.) specified in paragraph F-12.

E-40d.  Flammability.-  The finished, multiconductor cable shall meet the following requirements when
tested in accordance with paragraph F-23:

Ignition time - not less than 60 seconds.
Burning time - not more than 60 seconds.
Flame travel - not more than 2-inches.

E-40e.  Drip and exudation.-  The finished cable shall meet the drip and exudation tests specified in
paragraphs F-11 and F-13.

E-40f.  Dielectric strength.-  The finished, multiconductor cable shall have a dielectric strength not less
than the following:

5,000 volts for 10 seconds, alternating current, between conductors, and to ground on
short lengths before flame test.
1,000 volts, alternating current, between conductors, and to ground, on short lengths,
after flame tests.
2,000 volts, alternating current, between conductors, and to ground, on full-length reels
to be shipped.

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-94-

E-40g. Insulation resistance.- The insulation resistance at 15.5° C., for each conductor to all other con-
ductors and ground, and for all conductors together to ground, shall be not less than 100 megohms per
1,000 feet.

E-40h. Water and air leakage.- The finished cable shall have satisfactory water and air leakage char-
acteristics when tested in accordance with paragraph F-17.

E-40i. Heat endurance.- The completed cable shall meet the heat endurance test specified in para-
graph F-22.

E-41. TYPE TTHFA; TWISTED-PAIR, TELEPHONE, HEAT AND FLAME RESISTANT, ARMORED.

E-41a. Construction.- The cable shall be made up in accordance with Table XL and the following:

First.    Each conductor of the pair shall conform to Type TSW (E-7) or Type
          SRI-3/5(1), (E-1), as approved.

Second.   Two such insulated conductors shall be twisted together, with a lay not greater
          than 6-inches, to form a pair. If the lay exceeds 3-inches, the pair shall be
          laced together with a spiralled thread or other suitable binder, as a means
          of distinguishing pairs. No particular color scheme is required for such
          binder. Where Type TSW unit conductors are used the color coding shall
          comply with paragraph E-7f; where Type SRI unit conductors are used the
          color coding shall comply with the corresponding requirements for
          Type TTEFF as outlined in paragraph E-11a.

Third.    The several pairs, in number as indicated in the second column of Table XL
          shall be twisted together with a lay not greater than 10-inches. Circularity
          of cross section shall be obtained by the use of impregnated asbestos or
          glass fiber fillers (C-10), if used. The grouped pairs shall be bound to-
          gether by a thin, single faced friction tape, cellophane, or other material
          specifically approved for the purpose by the bureau concerned.

Fourth.   A wall of felted asbestos (C-11) or glass fibers (C-22), compressed and im-
          pregnated with a neutral insulating cement, to form a continuous and homo-
          geneous layer. Manufacturer's identification (D-5b).

Fifth.    An impervious sheath (C-21).

Sixth.    Braided metal armoring (C-17). This armoring shall be suitably embedded in
          the underlying impervious sheath. The over-all dimensions of the finished
          cables shall not exceed the values shown in the last two columns of Table XL,
          nor be less than 92-1/2 percent of these dimensions. Unless otherwise speci-
          fied in the contract or order, the armoring shall be 0.0095-inch steel wire
          with 70 percent coverage.

Seventh.  Painting (C-18).

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-95-

TABLE XL. - TYPE TTHFA.

| Type | Number of pairs | Diameter over asbestos or glass fiber | Diameter over impervious sheath (C-21) | Diameter over metal braid |
|------|------|------|------|------|
| | | | Inches | Inches |
| TTHFA-1 | 1 | | 0.392 | 0.462 |
| TTHFA-3 | 3 | | .488 | .558 |
| TTHFA-5 | 5 | | .528 | .598 |
| TTHFA-10 | 10 | | .612 | .682 |
| TTHFA-15 | 15 | The thickness of this felted wall shall be such as to permit strict adherence of the finished cable to the specified over-all dimensions. | .666 | .796 |
| TTHFA-20 | 20 | | .712 | .782 |
| TTHFA-25 | 25 | | .762 | .832 |
| TTHFA-30 | 30 | | .792 | .862 |
| TTHFA-40 | 40 | | .862 | .932 |
| TTHFA-50 | 50 | | .942 | 1.012 |
| TTHFA-60 | 60 | | 1.092 | 1.162 |

E-41b. Continuity.- Care shall be taken in the cabling of the conductors, to preserve their electrical continuity throughout the length of the completed cable. This shall be checked in accordance with the test procedure specified in paragraph F-3.

E-41c. Cold bend.- The finished cable shall meet the cold bend tests (0° C.-32° F.) specified in paragraph F-12.

E-41d. Dielectric strength.- When tested in full-length coils (or reels) to be shipped, the dielectric strength for each conductor to all other conductors and ground shall be not less than 1,000 volts, alternating current, for 1 minute; and for all conductors together to ground shall be not less than 2,000 volts.

E-41e. Insulation resistance.- The insulation resistance, at 15.5° C., for each conductor to all other conductors and ground, and for all conductors together to ground, shall be not less than 100 megohms per 1,000 feet.

E-41f. Water and air leakage.- Same as for Type MHFA.

E-41g. Heat endurance.- Same as for Type MHFA.

E-42. TYPE PBLW-4; PYROMETER BASE LEAD WIRE.

E-42a. General.- Pyrometer base leads shall consist of a pair of individually insulated unit conductors each of which shall be of the same material, respectively, as the materials forming the thermocouple with which the leads are intended to operate. The thermocouples shall consist of a junction of iron and constantan, unless otherwise specified or approved.

E-42b. Construction.- Pyrometer base lead wire shall be constructed as follows, unless otherwise approved:

First.    The conductor before insulating shall be a single solid wire having a nominal diameter of 0.064-inch.

Second.    The conductor shall be insulated in accordance with the requirements for Navy Type SRIG-4(1), (E-3).

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-96-

Third.   The individually insulated conductors, "Second" above, shall be provided with a suitable means for circuit identification (D-6b) or (D-6e). For iron-constantan thermocouples, the identification color for the iron wire shall be gray; and for the constantan wire the color shall be red. In any event, for the wire becoming positive (as a result of heating the junction of the two materials used in the wires), the color shall be gray, and for the wire becoming negative, the color shall be red.

Fourth.   Two conductors, "Second" and "Third" above, shall be cabled together with a lay of approximately 16 times the pitch diameter. Circularity of cross section shall be obtained by the use of impregnated asbestos or glass fiber fillers (C-10).

Fifth.   Loose cotton braid over cabled conductors. Manufacturer's identification (D-5).

Sixth.   An impervious sheath (C-21), with a wall thickness of not less than 0.07-inch.

Seventh.   Braided metal armoring (C-17) to a diameter of not more than 0.480-inch nor less than 0.0460-inch. Unless otherwise specified in the contract or order, the armoring shall be 0.0095-inch steel wire with 70 percent coverage.

Eighth.   Painting (C-18).

E-42c.   Dielectric strength.-   The dielectric strength between conductors, and from conductor to ground, shall be not less than 500 volts, alternating current, for 1 minute.

E-43.   TYPE SRLL-4; SINGLE, RADIO-USE, LOW-TENSION, LEADED CABLE.

E-43a.   Construction.-   The cable shall be made up as follows:

First.   The standard copper conductor number 4(7), Table IV.

Second.   A close wrapping of cotton thread (C-12).

Third.   A wall of 40 percent rubber insulation (C-5), to a diameter of 0.176-inch. Circuit identification (D-6b). Manufacturer's identification (D-5d).

Fourth.   A close cotton braid (C-15), to a diameter of 0.216-inch. Circuit identification (D-6e); unless accomplished under "Third" above.

Fifth.   A soft lead sheath (C-19), of 0.032-inch minimum wall thickness at any point. The diameter of the completed cable shall not exceed 0.295-inch.

E-43b.   Dielectric strength.-   The dielectric strength, on full coil (or reel) lengths to be shipped, shall be not less than 2,500 volts, alternating current.

E-43c.   Insulation resistance.-   The insulation resistance at 15.5° C. shall be not less than 7,500 megohms per 1,000 feet.

E-44.   TYPE DRLL-4; DOUBLE (TWIN), RADIO-USE, LOW-TENSION, LEADED CABLE.

E-44a.   Construction.-   The cable shall be made up as follows:

First, Second, Third and Fourth. Same as for Type SRLL-4.

Fifth.   The 2 insulated conductors (circuit identification D-6b) shall be laid up parallel in a soft lead sheath (C-19), applied to an average wall thickness of 0.032-inch. The maximum over-all size of the completed cable shall not exceed 0.295-inch by 0.520-inch. Manufacturer's identification (D-5b) or (D-5d).

15C1(INT)

-109-

F. METHODS OF SAMPLING, INSPECTION, AND TESTS.

F-1. GENERAL.

F-1a. Classification.- The methods of sampling, inspection, and tests conducted upon electric cable shall be considered as falling within the following general classification:

Type or brand approval tests at a Government laboratory.
Inspection tests at a Government laboratory.
Inspection at place of manufacture.

F-1b. Methods.- The specific methods to be employed, for the several types of cable involved, shall be as specified herein for the particular characteristics under examination.

F-2. TYPE OR BRAND APPROVAL TESTS AT A GOVERNMENT LABORATORY.

F-2a. Suitability.- The tests to determine suitability for Naval use shall be made at a Government laboratory designated by the bureau concerned; except where otherwise specifically required or approved, this shall be the Material Laboratory, Navy Yard, New York, N. Y.

F-2b. List of tests.- The following tests, as applicable to the particular types of cable involved, shall be conducted in the Government laboratory:

General inspection (F-3).
Rubber insulation (F-4), where used.
Varnished-cambric insulation (F-5), where used.
Synthetic resin insulation (F-6).
Asbestos (F-7), where used.
Tough rubber sheath (F-8), where used.
Impervious sheath (C-21), (F-9).
Metal armoring (F-10), where used.
Drip (F-11), where specified.
Bending (F-12), where specified.
Exudation (F-13), where specified.
Flexing endurance (F-14), where specified.
Crushing resistance (F-15), where specified.
Abrasion resistance (F-16), where specified.
Water and air leakage (F-17), where specified.
Dielectric tests (F-18).
Creepage (F-19), where specified.
Capacitance (F-20), where specified,
Insulation resistance (F-21), where specified.
Heat endurance (F-22), where specified.
Flammability (F-23), where specified.
Oil, water, and chemical resistance (F-24), where specified.

F-3. GENERAL INSPECTION.

All cables shall be given a thorough general inspection to ascertain that the materials, workmanship, and design are in strict conformity with the specifications. Particular care shall be taken to ascertain that the dimensions are in accordance with the specified values and that all conductors are well centered in their respective insulating walls. The general inspection shall also include the conductance of such examinations and tests as are not otherwise specifically provided for in section F of this specification, but which may be considered necessary to ascertain that all the requirements of sections C, D, and E herein, have been met.

15C1(INT)

-110-

## F-4. RUBBER INSULATION.

F-4a. Chemical analysis.- Samples of the rubber insulation taken from the finished cable, (unless previously analyzed and found to conform with specifications prior to the application of subsequent coatings), shall be subjected to careful chemical analysis to ascertain if the chemical requirements specified in paragraphs C-3, C-5, or C-6, as applicable, have been complied with. The method of conducting such chemical analysis shall be as specified in Federal Specification ZZ-R-601, listed in section A.

F-4b. Physical tests.- Specimens shall be tested for the following physical properties:

> Tensile strength.
> Set.
> Elongation.
> Aging.

F-4c. Rate.- The specimens shall be stretched at a rate of 20-inches per minute in a testing machine having jaws 4-inches apart, in a room having a temperature as nearly 22° C. as practicable.

F-4d. Tensile strength and elongation.- A test piece, having bench marks 2-inches apart, shall be placed in a testing machine and stretched until the specimen breaks. A scale shall be used to measure the elongation at instant of rupture. The break shall be between the bench marks, and the tensile strength calculated from the area of the original sample.

F-4e. Set test.- The test specimen, having a length of not less than 6-inches, marked with bench marks 2-inches apart, shall be placed in the jaws of a testing machine and stretched until the bench marks are 6-inches apart. After the termination of this stretch the test specimen shall be released within 5 seconds and the set determined 1 minute after the beginning of release.

F-4f. Test specimen.- The test specimen may be the entire section of the insulation in the case of small wires or, in the case of large wire or cable, either a segment of a section cut with a sharp knife held tangentially to the conductor, or a shaped specimen cut out with a standard die. The test specimen shall be as free as possible from the surface incisions and imperfections.

F-4g. Size of specimen.- The size of sample shall be of an area not less than 0.010 square inch and not more than 0.030 square inch. When not possible to use samples of this size, they shall be as large as practicable.

F-4h. Condition and age of specimens.- Specimens shall not be heated, immersed in water, or subjected to any mechanical or chemical treatment not specifically prescribed herein. No tests shall be made within 48 hours after vulcanization unless agreed to by the manufacturer.

NOTE.- When the diameter of wire is too small to permit specimens being cut with a die, the insulation is tested as a whole. The general method for removing the insulation as a whole shall be as follows: The insulation is removed for a distance of 1/2-inch at each end of a 7-inch length of wire and a slight nick is made in the wire at one end of the insulation. The uncovered ends are gripped in the jaws of the tensile strength machine and the wire pulled until it breaks at the nick. The stretching of the wire reduces its cross section and thus facilitates the removal of the insulation. The ends of the wire should be rounded before pulling it through the insulation as the rough end might cut the rubber. In instances where the adhesion between the wire and rubber is so great that the insulation cannot be easily removed after the above treatment, the sample should be immersed in mercury, which forms an amalgam with the tin coating on the wire. Within one-half hour the amalgamation usually progresses sufficiently to permit removal of insulation.

F-4i. Buffing.- In event of any irregularities on the surface of the test specimen, it shall be made smooth and of uniform thickness within 5 percent of the original thickness by buffing, except when large strands are used, in which case the rubber sample shall be buffed sufficiently to remove all corrugations.

Case 4:07-cv-02824-SBA     Document 34-11     Filed 09/21/2007     Page 46 of 65
REPRODUCED AT THE NATIONAL ARCHIVES

-111-

F-4j.  Calculation of area.-   Calculation of the area of the test specimen shall be made as follows:

(1)  Where the total cross section of the insulation is used, the area shall be taken as the difference between the area of the circle whose diameter is the minimum average outside diameter of the insulation and the area of the conductor.  The area of a stranded conductor shall be figured from its maximum diameter.

NOTE.-     The following formula may be used to advantage:
A = 0.7854 (D + d) (D - d), where
A = Area of cross section, in square inches
D = Outside diameter of insulation, in inches
d = Diameter over copper.

(2)  Where a slice cut from the insulation by a knife held tangent to the wire is used, and the slice so cut has the cross section of a segment of a circle, the area shall be calculated as that of the segment of a circle whose diameter is that of the insulation.  The height of the segment is the wall of insulation on the side from which the slice is taken.  (The values may be obtained from a table giving the areas of segments of a unit circle for the ratio of the height of the segment to the diameter of the circle.)

NOTE.-     The following formula may be used to advantage:

$$A = \frac{Arc}{4D} (D + d) (D - d), \text{ where}$$

A = Area of cross section, in square inches
D = Outside diameter of insulation, in inches
d = Diameter over copper
Arc = Width of test piece corresponding to outside diameter D.

(3)  Where the cross section of the slice is not a segment of a circle, the area shall be calculated from a direct measurement of the volume or from the specific gravity and the weight of a known length of the specimen having a uniform cross section.

(4)  Where a portion of a sector of a circle has to be taken, as where the conductor is large and the insulation thin, the area shall be calculated as the thickness times the width.  (This applies either to a straight test piece or one stamped out with a die, and assumes that corrugations have been removed by buffing.)

(5)  Where a portion of a sector of a circle has to be taken, where the conductor is large and the insulation thick, the area shall be calculated as the proportional part of the area of the total cross section.

F-4k.  Testing machine.-  It shall be power driven and preferably of the pendulum type.  A spring balanced type of apparatus may be used if provided with a device which will indicate the actual maximum load at which rupture takes place and provision is made to prevent recoil of the spring.  The testing machine shall be accurate within 1 percent of the breaking load.

F-4ℓ.  Aging.-  Test specimens as specified in paragraphs F-4e to F-4g, inclusive, shall be artifically aged under the conditions and for the periods as specified in paragraphs C-3, C-4, C-5, and C-6, respectively, as applicable.  Retests, after such aging, shall then be conducted as outlined in paragraphs F-4b to F-4k; inclusive, and the results recorded in the same manner as the data obtained upon similar samples before aging.

15C1(INT)

## F-5. VARNISHED-CAMBRIC INSULATION.

F-5a. General.- Tests of the varnished-cambric insulation (C-6) as such, cover samples removed from section of the finished cable; such samples shall be subjected to the following tests:

> Tensile strength.
> Effect of hot petrolatum.
> Dielectric strength.
> Aging.

F-5b. Tensile strength.- The tests shall be made in the same general manner as specified in paragraph F-8 for rubber insulation, except that the rate of separation of the jaws of the testing machine shall be approximately 12-inches per minute.

F-5c. Effect of hot petrolatum.- Samples of the varnished-cambric shall be placed in hot petrolatum at a temperature of 150° C. for a period of 15 minutes. After the samples have been removed from the petrolatum and allowed to cool down to room temperature, the film of varnish on the fabric shall not be soft or tacky.

F-5d. Dielectric strength.-

F-5d(1). General.- The apparatus used and the method of measuring the voltage shall conform to the general requirements of paragraphs F-18b and F-18c.

F-5d(2). Electrodes.- The electrodes shall be of brass or copper; 1/4-inch in diameter, rounded to a radius of 1/32-inch, with flat polished contact surfaces. The electrodes shall be self aligning, and shall be placed exactly opposite one another, with the specimen in a horizontal plane between them. The electrodes shall be so mounted as to preclude any surface burning of the tape whatever, and to prevent flashovers. The electrodes shall be kept clean and polished. The edges of tapes shall be clamped between blocks of insulating material under a pressure of approximately 100 pounds per square inch to prevent flashover occurring before puncture.

F-5d(3). Voltage application.- Starting at zero the voltage shall be increased uniformly to breakdown at a rate of 500 volts per second, except that if breakdown occurs at this rate in less than 40 seconds the rate shall be decreased so that breakdown will occur in not less than 40 seconds. If the material fails at less than 5 kilovolts, the minimum time shall be reduced from 40 seconds to 20 seconds.

F-5d(4). Test average.- Unless otherwise specified, 10 tests shall be made and the average of these 10 puncturing voltages shall be taken. The tape thicknesses shall be measured near the point of puncture with a machinists' micrometer graduated to 0.001-inch and having anvil and spindle surfaces not less than 0.24-inch nor more than 0.26-inch in diameter. The number of thickness readings on the specimen shall be equal to the number of punctures made; these readings shall be distributed along the center line of the specimen in such manner as to represent closely the thickness at the points of puncture.

F-5d(5). Temperature.- The tests shall be conducted at 25° C. and 75° C., as specified in paragraph C-7j.

F-5e. Aging.- Ten specimens of suitable length shall be heated to a temperature of not less than 124° C. (255° F.) nor more than 126° C. (259° F.) for a period of 150 hours, and then allowed to cool down to normal testing room temperature. The specimens shall then be tested by bending them through not less than .180 degrees around a 1/8-inch diameter mandrel. Five specimens shall be bent in the length direction and 5 in the width direction of the tape. The varnish film of the specimens shall not crack or peel (visible to naked eye) when subjected to this test.

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-113-

## F-6. SYNTHETIC RESIN INSULATION.

F-6a. _Chemical analysis._- Samples of the synthetic resin insulation taken from the finished cable shall be subjected to careful chemical analysis in order to establish the identity of the particular compound, and for subsequent use in determining the product uniformity of material delivered under contract.

F-6b. _Physical tests._- Specimens shall be tested for the following physical properties:

> Tensile strength.
> Set.
> Elongation.
> Aging, stability, permanence.
> Flame resistance.

F-6c. _Test methods._- The preparation of specimens and methods of test for tensile strength, set and elongation shall be as specified in F-4 herein for rubber insulation. The details of analytical methods, aging, stability, permanence, flame resistance, etc., are in process of development and not yet available for issue.

## F-7. ASBESTOS.

F-7a. _Chemical analysis._- Shall be conducted as outlined in section F of Navy Department Specification 17-I-29, listed in section A.

F-7b. _Asbestos content._- Shall be conducted as outlined in section F of Navy Department Specification 17-I-29.

F-7c. _Total iron._- Shall be conducted as outlined in section F of Navy Department Specification 17-I-29.

F-7d. _Magnetic iron._- Shall be conducted as outlined in section F of Navy Department Specification 17-I-29.

F-7e. _Degree of impregnation._- The percent saturant (impregnating compound C-10d and C-11d) in each sample specimen of cable shall be determined as follows:

> Place a 2-gram sample in a 200 m$\ell$ glass beaker and dry for 2 hours at 212° F. Add 75 m$\ell$ of oleic acid (U.S.P.) and heat (stirring occasionally) on hot plate at about 300° F. for 2 hours. Remove from hot plate and when cool add 75 m$\ell$ benzol (Navy Department Specification 51B3) and filter through a quantitative filter paper fashioned to fit a Buchner funnel retaining residue in beaker. Add to residue in beaker 50 m$\ell$ of benzol and filter as before. Repeat until the benzol runs through clear, then place in Wiley Extractor apparatus (E&A #22760) and add 50 cc chloroform (U.S.P.), extract for 2 hours, decant off the chloroform and add 50 m$\ell$ of methyl acetone and extract again for 2 hours. Transfer the extracted material to 200 m$\ell$ beaker and add 50 m$\ell$ of acetone. Filter as before. Transfer the contents of the beaker and filter paper to a tared weighing bottle (45 x 50 mm); dry at 212° F., place in a d··iccator. When cool, replace stopper and weigh. Multiply the loss in weight by 100, divide by weight of sample and the result equals the percent of saturant.

## F-8. TOUGH RUBBER SHEATH.

F-8a. _Chemical analysis._- Samples of the rubber sheath shall be subjected to careful chemical analysis to ascertain if the chemical requirements specified in paragraph C-16 have been complied with. The method of conducting chemical analysis shall be as specified in Federal Specification ZZ-R-601.

REPRODUCED AT THE NATIONAL ARCHIVES

15C10(INT)

-114-

F-8b.  Physical tests.-  Specimens shall be tested for the following physical properties:

> Tensile strength.
> Set.
> Elongation.
> Aging.

F-8c.  Method of test.-  The preparation of specimens and methods of conducting tests shall be as specified in paragraph F-4 for rubber insulation.

F-9.  IMPERVIOUS SHEATH.

F-9a.  Chemical analysis.-  The sheath shall be subjected to careful chemical analysis to ascertain that the quantity and identity of the components used are in accordance with the "approved sample" (C-21).

F-10.  METAL ARMORING.

F-10a.  Chemical analysis.-  Samples of armoring wire taken from the finished cable shall be analyzed to determine conformity with the chemical requirements of paragraph C-17.

F-10b.  Physical properties.-  Samples of the armoring wire shall be subjected to test of tensile strength, elongation, springiness, and toughness.

F-10c.  Springiness.-  A length of wire shall be coiled snugly around a mandrel 1/4-inch in diameter at a tension of approximately but not less than 100 grams, and then released.  The outside diameter of the coil shall then be measured in several places at or near its middle.

F-10d.  Toughness.-  The toughness of the wire shall be determined by bending back and forth, in a specially designed fixture, over a 0.030-inch radius support, each 90 degree movement in either direction being computed as one bend.  The bends shall be made under a uniform tension of 100 grams, and at a speed as nearly uniform as possible, not to exceed 50 bends per minute.

F-11.  DRIP.

F-11a.  Specimens.-  Specimens shall be sections of finished cable cut to the following lengths:

> 2 feet for cables up to and including 200,000 circular mils.
> 4 feet for cables over 200,000 circular mils up to and including 500,000 circular mils.
> 5 feet for cables over 500,000 circular mils.

F-11b.  Conditioning.-  One specimen of each size and type of cable submitted shall be suspended in a vertical position in an oven and the temperature maintained at about 70° C. continuously, for a period of 48 hours.

F-11c.  Drip.-  The amount of lubricating compound in the finished cable shall in no case be such as to cause it to drip from the end of the cable during the test.  There shall be no discoloration of the outer surface of the cable due to exudation of the moisture and flame retarding compound from within.

F-12.  BENDING.

F-12a.  Test equipment.-  Straight wooden bars five feet in length, wooden mandrel of specified radius of curvature, and refrigerator (0° C.) sufficiently large to hold cable specimen and mandrel.

F-12b.  Test specimen.-  The test specimen shall consist of five-foot sections of cable, conditioned as specified below.  Three specimens of each cable shall be tested.

Case 4:07-cv-02824-SBA    Document 34-11    Filed 09/21/2007    Page 50 of 65
REPRODUCED AT THE NATIONAL ARCHIVES

F-12c.  Test procedure.-  The cable specimens shall be allowed to remain in the bent condition as removed from the cable reel until they have reached room temperature (22°-25° C.).  Each specimen shall then be bent slightly in the opposite direction from its curved condition, until it is straight; and it shall then be kept straight by mounting on wooden bars.  As soon as the specimens are mounted they shall be placed in the refrigerator (temperature 0° C.).  After a period of forty-eight hours the three specimens shall be removed from the refrigerator, quickly detached from their mountings and bent 45 degrees, 90 degrees, and 180 degrees, respectively, over the wooden mandrel.  The rate of bending of the specimens shall be three degrees per second, and the radius of curvature of the mandrel shall be 6.5 times the diameter of the cable specimens.  At the conclusion of the bend tests each specimen shall be suitably clamped to maintain its bent position and a visual inspection made of all its component parts.

F-13. EXUDATION.

F-13a.  The sample of cable after bending through 180 degrees in the bending test (F-12c) shall be securely clamped and heated for 24 hours by passage of a current through the conductors sufficient to maintain the temperature between the sheath and armor at 125° C.

F-14. FLEXING ENDURANCE.

F-14a.  Test specimens.-

F-14a(1).  Bending.-  The bending test specimen shall be a 30-inch length of finished cable.

F-14a(2).  Twisting.-  The twisting test specimen shall be finished cable, of 24-inch length for cable of 5/8-inch diameter or less, and 10 times the cable diameter plus 18-inches in length for cables of longer than 5/8-inch diameter.

F-14a(3).  Conditioning.-  Cable specimens shall be conditioned and tested in a controlled temperature room held at temperatures of -23° C., 0° C., and 60° C.  Specimens for the bending test and for the twisting test shall be exposed to each temperature until thermal equilibrium is established before testing is started.  All conductors in each specimen shall be connected into a single series circuit for the purpose of detecting breakage of the conductors.

F-14b.  Tests.-

F-14b(1).  Bending.-  Specimens for the bending test shall be loosely inserted between a pair of rollers whose diameters are approximately 2-1/2 times the specimen diameter and subjected to 90 degree bending in each direction at the rate of 12 to 14 complete bend cycles per minute.  The bends shall be made approximately midway along the length of the specimen and the remainder of the specimen loosely restricted to prevent appreciable bending at other points.  The upper end of the specimen shall be anchored to the bending apparatus.  (1)  A weight which stresses the specimen in tension to approximately 40 pounds p.s.i. of cable section shall be attached to the free lower end.

F-14b(2).  Twisting.-

F-14b(2)a.  Procedure.-  Specimens for the twisting test shall be clamped in cable grips and subjected to 180 degrees of twist in each direction (360 degrees total twist) at the rate of 12 to 14 complete cycles per minute.  The upper grip shall be separated from the lower grip in accordance with paragraph F-14b(2) b or F-14b(2)c.  The upper grip shall be oscillated by the twisting apparatus.  The lower grip shall be free to move vertically but restrained from oscillation, and have a weight attached which stresses the specimen in tension to approximately 40 p.s.i. of cable section.

F-14b(2)b.  Type COP and CP cables.-  The distance between grips for cables of Navy types COP and CP shall be 6-inches for specimen of 5/8-inch diameter or smaller, or ten times the specimen diameter for cables of longer than 5/8-inch diameter.

NOTE (1).-  By suitable design the bending apparatus and the twisting apparatus may be built into a portable, compact assembly, powered by a single drive and equipped with means for counting the number of cycles impressed upon a test specimen.  Suitable electric circuit should be provided to stop the apparatus in the event the series conductor circuit of a test specimen is broken.

15C1(INT)

F-14b(2)c.  Type HFF cables.-  The distance between cable grips for Type HFF cables shall be 6-inches plus 10 times the specimen diameter.

F-14c.  Duration of tests.-

F-14c(1).  Type or brand approval tests.-  Bending and twisting tests shall be continued until each specimen fails in some manner and the number of cycles to cause failure recorded.  During all tests frequent visual inspection of the sheath shall be made for the purpose of detecting rupture.  Upon completion of a test, the specimen shall be removed from the apparatus and checked for short circuits between conductors by the dielectric test method.  The specimen shall then be opened, its internal condition examined, and record made of any evidence of damage caused by the test.

F-14c(2).  Inspection tests at a Government laboratory.-  Bending and twisting tests shall be continued for 60 cycles and the test specimen then examined for weakening or failure of sheath and conductors.

F-15.  CRUSHING RESISTANCE.-

F-15a.  Test specimen.-  The test specimen for crushing resistance tests shall be a 3-foot length of finished cable.

F-15b.  Method of test.-  The cable specimen shall be securely fastened to a steel block and subjected to the blows of a 6-pound steel hammer having sides tapered at a 45-degree angle to a 1/16-inch radius striking edge.  The steel block and hammer shall be connected to one side of a 5,000 volt A.C. high potential test set and grounded, and all conductors in the specimen connected to the other side of this circuit.  With voltage impressed, the hammer shall be dropped from a 2-foot height to one spot on the specimen until potential breakdown occurs.  The point of hammer impact shall then be changed and the test repeated with the hammer being dropped from a 3-foot height.  The tests shall be made at an ambient temperature of 25° C. and the number of hammer falls to cause potential breakdown at each height determined and recorded.  Upon completion of the hammer tests, the specimen shall be checked for short circuits between conductors and the cable then opened and examined for any damage caused by the tests.

F-16.  ABRASION RESISTANCE.-

F-16a.  Test specimen.-  The abrasion resistance test specimen for cables of 1.250-inch diameter and smaller shall be a 2-foot length of finished cable.  The test specimen for cables larger than 1.250-inch diameter shall be a 2-foot strip of cable sheath wall of 1-inch width.

F-16b.  Test method.-  The test specimen shall be hung over a special 7-inch diameter abrasion wheel (1) in such manner that a 90-degree arc of contact is made, and a 15-pound weight attached to the free end of the specimen.  Specimens of the sheath strip from the larger cable sizes shall be provided with a backing of soft sheet metal.  The tests shall be made at 25° C. with the abrasion wheel rotating at 60 r.p.m. in the direction which tends to lift the 15-pound weight.  The number of wheel revolutions required to wear through a specified thickness of the sheath wall shall be determined and recorded.

NOTE (1).-  The special abrasion wheel is made up of twelve 3/8-inch diameter fine grade tungsten carbide rods and two 7-inch diameter phenolic disks arranged in the form of a squirrel cage.

Case 4:07-cv-02824-SBA    Document 34-11    Filed 09/21/2007    Page 52 of 65

REPRODUCED AT THE NATIONAL ARCHIVES

### F-17. WATER AND AIR LEAKAGE.

F-17a.  *Test specimen.-*  The test specimen shall be a 30-inch length of finished cable.  Armored type specimens shall be tested with armor in place.

F-17b.  *Test equipment.-*  The test equipment shall comprise (1) a testing tank, of 15-inch length and suitable diameter to accomodate the test specimen, fitted with Navy type stuffing tubes and connected to the pressure system, (2) a pressure control and leakage detection device permitting test by either air or water under pressure, and (3) necessary connections, gauges, and valves between testing tank and pressure control system.

F-17c.  *Test procedure.-*  The test specimen shall be sealed in place through the testing tank by means of the stuffing tubes and approved packing.  Air pressure shall be applied to enable the location and correction of leaks through the stuffing tubes and packing.  A tight gland assembly, sufficient to maintain pressure without gland leakage for thirty minutes, shall be attained before starting the test.  When the assembly has been found satisfactory, the test specimen shall be subjected to the air and water pressures specified in paragraph C-21b for the required periods of time at an ambient temperature of 25° C.  The amount of leakage, if any, shall be determined to a precision of one cubic inch per test piece.

### F-18. DIELECTRIC TESTS.

F-18a.  *Test lengths.-*  In general, and except where otherwise specified, the dielectric tests shall be made on the finished cable; where the tests are to be made on short lengths, the fact is so stated under the detail specification for the particular type and size of cable under consideration.

F-18b.  *High voltage source.-*  The dielectric tests shall be made with alternating potential from a transformer and generator of ample capacity, and in no case less than 5 kilovolt amperes.  The frequency of the testing voltage shall be not greater than 100 cycles per second, and shall have a wave shape approximating as closely as practicable a sine curve.

F-18c.  *Voltage measurements.-*  The testing voltage may be measured by any approved method which gives a root-mean square value, preferably by means of a voltmeter connected to a special voltmeter coil in the high tension winding of the testing transformer or to a separate step-down transformer.  A voltmeter on the low-tension side of the transformer is satisfactory if the ratio of transformation does not change under any test condition.

F-18d.  *Rate of application.-*  The initially-applied voltage shall be not greater than 600 volts, and the rate of increase shall be approximately uniform and not over 100 percent in 10 seconds nor less than 100 percent in 60 seconds.

F-18e.  *Time of application.-*  Unless otherwise specified, the testing voltage shall be applied for a period of approximately but not less than 5 minutes from the time the specified test voltage is attained.  Where a shorter period of application is required, the fact is so stated under the detail specifications for the particular type and size of cable under consideration.

F-18f.  *Interruptions.-*  If a test should be interrupted, the total duration shall be increased 20 percent of the specified duration for each interruption.

F-18g.  *Temperature.-*  Unless otherwise specified, the tests shall be made at normal testing room temperature.

F-18h.  *Points of application.-*

F-18h(1).  *General.-*  The outer surface of the insulation of finished cables shall be grounded while being electrically tested.  In the case of lead sheathed cables or of metal armored cables, such sheath or conductive armor shall be grounded and shall constitute one electrode when dielectric tests are made from the conductor (or conductors) to ground.

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-118-

F-18h(2). **Immersion in water.-** Where a conductive sheath or armoring is not provided (as for "plain" type cables), and where the covering is not liable to injury by water, the necessary ground shall be obtained by immersing the insulated cable, cord, or wire in water for at least 12 hours, and testing at the end of that period while still immersed. If the outer covering is susceptible to injury by immersion, the insulated conductor shall be tested before the application of such covering, unless otherwise specified.

F-18h(2)a. In the case of multiple conductor cables without waterproof over-all jacket of insulation, the immersion test need not be made on finished cables, but only on the individual conductors before assembling.

F-18h(2)b. Exceptions to the foregoing will be specifically stated under the detail requirements for the particular type and size of cable under consideration.

F-18h(3). **Dry tests.-** In the case of dielectric tests on short lengths of cables not provided with a conductive sheath or armoring, and where immersion in water might be harmful, the following procedure shall govern when so specified.

F-18h(3)a. The outer surface of the dry cable shall be wrapped with tinfoil for a distance of 5 feet (or immersed in mercury for an equal distance) and this shall constitute the ground electrode. The particular section or sections of the cable so tested shall be selected by the inspector, and the results obtained shall be held as representing the whole coil. Where the dielectric tests are made following the flame tests, the section of the cable damaged by flame shall be wrapped with tinfoil over the whole damaged portion and the test voltage applied between this point and the copper conductor, or conductors, as the case may be.

F-18h(4). **Application.-** Single conductor cables shall be tested between the conductor and ground. Each conductor of a multiple conductor cable shall be tested against the other conductors in the cable and against ground.

F-18h(4)a. The several tests may be made by any arrangement of testing transformers suitable for the prescribed tests, such as one or more transformers supplied from a single-phase source or three transformers connected in star and supplied from a three-phase source.

F-19. CREEPAGE.

F-19a. **General.-** The apparatus used for application and measurement of the test voltage shall conform to the general requirements of paragraphs F-18b and F-18c.

F-19b. **Test specimen.-** The test specimen shall be an 8-inch section of the cable under test, whose cut ends shall be sealed with an insulating wax of melting point not lower than 65° C.

F-19c. **Conditioning.-** The test specimen shall be conditioned for at least 1 hour at 50° C. and normal testing room humidity, then for 5 minutes prior to test at a temperature of 50° C. and a relative humidity of 70 percent.

F-19d. **Test.-** A dielectric test of 5,000 volts alternating current shall be applied for a period of 1 minute between two ring type electrodes (narrow tapes of thin copper) spaced at a 2-inch separation along the central portion of the specimen. The test shall be conducted with the specimen in the conditioning chamber at 50° C. and 70 percent relative humidity.

F-20. CAPACITANCE.

F-20a. **Specimens.-** Each specimen shall consist of two 50 foot twisted pair samples with a lay not greater than 2-inches.

F-20b. **Conditioning.-** Specimens shall be conditioned for 24 hours at a temperature of 30° C. (86° F.) and a relative humidity of 90 percent.

Case 4:07-cv-02824-SBA     Document 34-11     Filed 09/21/2007     Page 54 of 65
REPRODUCED AT THE NATIONAL ARCHIVES

F-20c.  Tests.-  The capacitance shall be measured at a frequency of 1,000 cycles per second and the results reported in terms of micro-microfarads.

F-21.  INSULATION RESISTANCE.  (To be outlined later).

F-22.  HEAT ENDURANCE.

F-22a.  Test equipment.-  The testing apparatus shall consist of a test chamber and the necessary temperature measuring and control equipment.  The test chamber shall be essentially a low temperature oven equipped with racks for installing the cable samples.  It may be of any convenient size and constructed of wood and asbestos board or other suitable material.  A temperature of 50° C. shall be maintained on the interior of the chamber by utilizing the heat given off by the cable samples, by additional heat supplied by resistance type heaters installed on the chamber floor, and by the admission of cool air to the chamber through adjustable vents in the top and bottom of the chamber.  Convenient windows should be provided in the chamber walls through which observations of mercury thermometers indicating the interior temperature may be made.

Suitable control equipment shall be provided to permit the copper temperature and/or current of the cables under test to be held to specified values in an ambient temperature of 50° C.  The temperature of the copper conductors shall be determined by means of thermo couples placed within the strands of one conductor through a small knife puncture 15 feet from one end.  Additional thermo couples for determining the armor temperature shall be provided.

F-22b.  Test samples.-

F-22b(1).  Power cables.-  The test sample for power cables shall be in two lengths, one length of 32 feet 2-inches and one length of 39 feet 2-inches.

F-22b(2).  Control cables.-  The test sample for control cables shall be in four lengths, each 59 feet 2-inches long.

F-22c.  Procedure.-

F-22c(1).  Power cables.-  The required samples shall be racked within the chamber with thermo couples attached and the conductors of each connected in series and to an A. C. power supply which may be adjusted to give copper temperature of 105° C. in the 34 feet 2-inches length and 125° C. in the 39 feet 2-inches length.  With the chamber temperature maintained at 50° C.  This test shall continue for 100 hours.  Readings of copper temperature, armor temperature, current per conductor chamber temperature, and time shall be taken throughout the duration of the test.

F-22c(2).  Control cables.-  The required samples shall be racked within the chamber with thermo couples attached in the manner described for power cables.  The conductors of each shall be connected in series and to a power supply which may be adjusted to give current values in the samples of 10, 12, 14 and 16 amperes respectively.  With the chamber temperature maintained at 50° C., each of the above current values shall be maintained for 400 hours.  Readings of copper temperature, armor temperature, current per conductor, chamber temperature, and time shall be taken throughout the duration of the test.

F-22d.  Gas or fumes developed from the samples and the oozing of compound from the cable ends of sheath material through the armor during the tests shall be observed and recorded for both power and control cables.

15C1(INT)

-120-

## F-23. FLAMMABILITY.

F-23a.  Specimens.-  Specimens shall consist of approximately straight sections of finished cable about 18-inches in length.

F-23b.  Apparatus.-

F-23b(1).  An enclosure of sufficient size to contain the specimen, supports, heater coil, spark plugs, flame travel gauge and their associated accessories shall be arranged to eliminate air drafts and permit clear view of the interior through shatterproof glass windows.  Vent holes, distributed around the sides adjacent to the base, shall be provided to admit fresh air when an exhaust fan, connected to the top of the enclosure, is operated at a minimum suction just sufficient to carry off smoke and gases.

F-23b(2).  Supports shall be suitable for holding the specimens in a vertical position with a un-supported span not less than 14-inches in length.  The lower end of the specimen shall be wrapped with varnished-cambric in such a manner that gases released through this end are diverted toward the spark plugs.

F-23b(3).  Heater coils shall consist of 7 turns of No. 10 (0.102-inch diameter) resistance wire, grade E Navy Department Specification 17W2 space wound to 0.25-inch per turn.  The nominal inside diameter of the coil used shall be 0.5-inch greater than the over-all diameter of the specimen.  The lower end of the heater coil shall be located 1.5-inch above the top of the lower specimen support.

F-23b(4).  Two spark plugs, with extended electrodes spaced 1/8-inch from the surface of the specimen and the plugs located on diametrically opposite sides of the specimen, shall be placed with their longitudinal center lines in a horizontal plane 1/2-inch above the top of the heater coil, to ignite the gases emitted from the heated specimen.  A suitable electric circuit shall be provided to maintain continuous sparking at the electrodes during the specified time.  The spark plugs shall be mounted in such a manner that they may be moved away from the specimen after ignition takes place so as not to impede the travel of the flame and to prevent their electrodes from becoming fouled by soot.

F-23b(5).  A suitable flame travel gauge shall be positioned near the specimen to judge the distance of flame travel without appreciably impeding the progress of the flame.

F-23c.  Measurements.-  Unless otherwise specified, all flameproof, heat and flame resistant and oil-proof cables shall be tested for flammability.  The tests shall be so conducted as to measure, as accurately as practicable, the following factors, both with and without armor as applicable:

> Time of ignition.
> Distance of flame travel.
> Time required for self-extinction.

F-23c(1).  Time of ignition.-  With the enclosure closed and ventilated, the specimen centered in the heater coil, and the spark plugs and flame gauge properly located, a stop watch shall be started simul-taneous with the energizing of the heater coil and spark plugs.  A constant current as specified in Table XLII shall be supplied from a suitable transformer source to the heater coil.  Ignition shall be considered as occurring when the flame transfers from the escaping gases to the surface of the specimen and continues there, disregarding the flashes which may occur in the gassing space prior to the sustained flame.  The time required to ignite the specimen shall be recorded.

F-23c(2).  Time of heating.-  The minimum time for the application of heat (F-23c(1)) shall be 60 seconds, if the time of ignition be less than 60 seconds, the heating shall be discontinued at 60 seconds.  If the time of ignition be greater than 60 seconds, the heating shall be discontinued at the time of ignition for HFF-COP, and CP type cables and for unit conductors.  For all armored cables, the heating time shall be 30 seconds longer than the ignition time.

Case 4:07-cv-02824-SBA    Document 34-11    Filed 09/21/2007    Page 56 of 65
REPRODUCED AT THE NATIONAL ARCHIVES

F-23c(3).  Distance of flame travel.-  Immediately after ignition occurs, as above defined, the electrical supply to the spark plugs shall be cut off and the plugs shifted away from the flame.  The maximum distance to which the flame travels along the surface of the specimen, measured from the top of the heater coil, before extinction, shall be noted and recorded.

F-23c(4).  Time required for self-extinction.-  The number of seconds that the specimen continues to burn, until the cessation of all flaming, after the current in the heater coil has been cut off, shall be recorded as the time required for self-extinction.

F-23c(5).  The amount and color of the smoke and the amount and size of the soot particles shall be observed and recorded.

TABLE XLII. - CURRENT IN HEATING COIL.

| Nominal diameter | Current amperes, A. C. |
|---|---|
| Inches | r.m.s. |
| 0.1 | 46 |
| .2 | 47 |
| .3 | 48 |
| .4 | 49 |
| .5 | 50 |
| .6 | 51 |
| .7 | 52 |
| .8 | 53 |
| .9 | 54 |
| 1.0 | 55 |
| 1.1 to 1.3 | 56 |
| 1.4 to 1.7 | 57 |
| 1.8 to 2.2 | 58 |
| 2.3 to 2.9 | 59 |

F-23d.  Number of tests.-  If a sample tested herein fails to comply with any of the detail requirements as to flammability upon the first trial, four additional specimens shall be tested, and the results of all five trials averaged together.

F-24.  OIL, WATER AND CHEMICAL RESISTANCE.

F-24a.  Specimens.-  Specimens for oil, water and chemical resistance tests shall be 1/4-inch wide by 5-inch long strips of the cable sheath.  Each specimen shall be buffed on its inner surface to a uniform thickness.

F-24b.  Method of test.-  Each specimen shall be accurately weighed after preparation.  Five specimens each shall then be immersed for a period of ten days in stoppered bottles containing the following liquids: Distilled Water, Sea Water, Storage Battery Electrolyte, Lubricating Oil, Fuel Oil and Gasoline.  After removal from the liquids, each specimen shall be wiped clean and again carefully weighed.  The increase in weight of the specimens shall be expressed in terms of weight per unit area of surface exposed to the liquids and compared with the results on natural rubber compounds which have undergone similar test.  The specimens shall be examined for evidence of chemical reaction or other deleterious effects.

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-122-

F-25. INSPECTION TESTS AT A GOVERNMENT LABORATORY.

F-25a. Sampling.- The inspection tests at a Government laboratory shall be conducted upon samples selected by the Naval inspector in conformity with paragraph F-28, and forwarded by him directly to the Government laboratory designated by the bureau concerned.

F-25b. Tests.- The tests to be conducted shall comprise such of those listed hereunder as may be applicable to the particular type of cable undergoing inspection.

(1) Rubber insulated cables for nonflexing service.-

Rubber analyses (F-4a).
Aging tests (F-4).
Metal armor (F-10), where used.

(2) Rubber insulated cables and cords for repeated flexing service.-

Rubber analyses (F-4a) and (F-8a).
Aging tests (F-4) and (F-8b).

(3) Heat and flame resistant (H. F.) unit conductors, wires and cables.-

Synthetic resin insulation (F-6), where used.
Rubber analyses and tests (F-4), where used.
Varnished-cambric as removed from finished cable (F-5), where used.
Asbestos analyses (F-7).
Impervious sheath, (C-21), (F-9), pressure, drip, exudation.
Metal armoring (F-10), where used.
Drip (F-11).
Cold bends (F-12).
Creepage (F-19), where specified.
Flammability (F-23).
Capacitance (F-20), where specified.
Flexing resistance (F-14).

(4) Silk, cotton and enamel insulated cables, cords, and wires.-

Rubber sheath (F-8), where used.
Metal armor (F-10), where used.
Capacitance (F-20), and elongation, insulation resistance and dielectric strength (E-7),
    as applicable.

F-25c. Reports.- Laboratory reports covering the foregoing tests shall be forwarded directly to the Naval inspector concerned for his action, two copies of each test report being addressed to the bureau concerned for its information.

F-26. INSPECTION AT PLACE OF MANUFACTURE.

F-26a. General outline.- The inspection procedure at place of manufacture, upon cable submitted for delivery under contract or order, shall fall within the following categories:

Visual and dimensional inspection (F-27).
Selection of samples for Government laboratory tests (F-28).
Physical tests (F-29).
Electrical tests (F-30).

REPRODUCED AT THE NATIONAL ARCHIVES

5C(UN?)

-123-

F-26b.  Methods.- The methods to be followed in conducting inspection within the foregoing outline shall be as specified in paragraphs F-27 to F-30, inclusive.

F-26c.  Release for shipment.- Except where otherwise specified or approved the acceptance of cable undergoing inspection shall be withheld pending the satisfactory completion of tests. Only in special instances, as approved by the bureau concerned, shall cable be released for shipment prior to completion of tests, and then only at the contractor's risk, subject to rejection later if the results of tests, completed subsequently, prove unsatisfactory.

## F-27.  VISUAL AND DIMENSIONAL INSPECTION.

F-27a.  Material and workmanship.- The inspector shall assure himself by careful visual and dimensional inspection of the finished product, as well as by that of the materials, manufacturing processes, etc., entering into the finished product, that the cable submitted for delivery under Navy contract or order is in strict conformity with this specification. In particular, this inspection shall cover such of the following as may be applicable to the individual types and sizes of cable involved.

F-27b.  Conductors.- Inspect for number and size of copper wires (C-2) composing the standard conductors (D-3) of specified stranding, total cross-sectional area, etc. Select samples for physical (F-29) and electrical (F-30) tests, and witness tests on same.

F-27c.  Insulation components.- Inspect for types of insulation and component materials (C-3 to C-23, inclusive) and limiting dimensions, etc., of each layer, or stage, as may be applicable (E-1 to E-45, inclusive) to the cable under consideration. Also select samples for physical tests (F-29), to be witnessed.

F-27d.  Brand identification and color coding.- Inspect for approved brand identification (D-5), for phase identification (D-6), and such other color coding as may be specified under section E for the particular type of cable under consideration.

F-27e.  Centering and circularity.- Inspect for conductor centering and circularity (C-11b, C-11c, C-16c, C-20b, C-21a, C-22e, C-22f, and D-4, respectively).

F-27f.  Outer protective belt.- Inspect for braids (C-15), tough rubber sheath (C-16), impervious sheath (C-21), metal armoring (C-17), and lead sheath (C-19), as applicable. Also select samples for physical tests (F-29), to be witnessed.

F-27g.  Dimensions.- Ascertain, by measurement, that the dimensional tolerances (D-2 and section E, as applicable) have not been exceeded in the finished cable.

## F-28.  SAMPLES FOR INSPECTION TESTS AT A GOVERNMENT LABORATORY.

F-28a.  General.- Wherever practicable, inspection should be initiated as soon as completed cable, i.e. cable not requiring further manufacturing processes, becomes available from a "run". A "run" in this connection shall be defined as all of a manufacturer's continuous production of any one type and size of cable up to 10,000 feet in length. After assuring himself that the cable being offered for inspection is of a single "run", the inspector shall select samples for the tests prescribed under paragraphs F-27, F-29, and F-30 to be made at the place of manufacture. Upon satisfactory completion of these initial inspection tests, (except for those dielectric and insulation resistance tests, which it may be necessary to make later, on full length coils or reels ready to be shipped), the Naval inspector shall select samples for the tests at a Government laboratory.

F-28b.  Representative sample.- The samples for the tests at a Government laboratory shall be selected so as to truly represent the "run" being inspected. In line with the basic conception of this specification as to minimum acceptable standards, the samples selected shall be representative of the poorest of the "run" submitted, insofar as the visual and dimensional inspection (F-27), or the physical (F-29) and electrical (F-30) tests disclose any differences in dimensions and/or characteristics. If there is any question as to the satisfactory processing of the cable right up to the starting and finishing ends, either the contractor shall cut off and discard such ends before the lot is submitted for Naval inspection, or else the ends shall be considered as truly representative of the cable intended for delivery.

REPRODUCED AT THE NATIONAL ARCHIVES

-124-

F-28c. **Number of samples required.-**

F-28c(1). **Completed cable.-** In general, and except where otherwise specified, one sample of finished cable of each size and type offered for inspection at one time shall be selected by the inspector for each "run" of 10,000 feet or fraction thereof. The samples so taken shall be considered representative of the entire "run" regardless of how the "run" may subsequently be cut and reeled, provided that after the sample selection there is no indication of variation in the manufacturing process and for the cable characteristics, as determined by further inspection tests (F-27), (F-29), (F-30). If such variations are observed, and, in the opinion of the inspector, are of possible detriment to the quality of the cable, additional samples shall be selected for the Government laboratory in order to provide truly representative samples. In this event, the results of tests on the several samples shall be applicable only to the respective sections of the "run" from which the particular sample was taken.

F-28c(2). **Individual conductors.-** In the case of small individual conductors, either bare or insulated, which are to undergo Navy inspection at the works of the first manufacturer prior to shipment to the works of a second manufacturer for further fabrication, one sample shall be selected from each "run" of 250,000 feet or fraction thereof.

F-28d. **Length of samples.-** Each sample shall be in one continuous length. The length of cable constituting one sample shall be as follows:

    (1) **Rubber insulated cables.-**

        8 feet for cables for nonflexing service.
        10 feet for cables for repeated flexing service.

    (2) **Silk, cotton, and enamel insulated.-**

        300 feet for Type TSW.

    (3) **Heat and flame resistant (H.F.) cables.-**

        20 feet for cable up to and including 200,000 circular mils.
        22 feet for cable over 200,000 circular mils and up to 500,000 circular mils.
        24 feet for cable 500,000 circular mils and larger.

    (4) **Heat and flame resistant (H.F.) unit conductors and wires.-**

        200 feet for Type SRI-3 and smaller and for Types SRIB, SRIG and DHFW wires.
        50 feet for Type SRI-4 and larger.
        20 feet for Types SHFS and SHFW wires.

F-28e. **Identification of samples.-** All test samples shall be marked with the following information, as applicable:

    (1) Name of the manufacturer.
    (2) The manufacturing "run" number, or, either the Navy contract or shipbuilder's order
          number (if submitted for delivery).
    (3) The coil or reel number.
    (4) The Navy type number.
    (5) The location within the "run", coil or reel from which samples were taken.

F-28f. **Sealing cable ends.-** Both ends of all cable samples shall be sealed moisture-tight immediately after cutting. The ends of the cables from which such samples are cut shall also be sealed moisture-tight as soon as possible after the samples have been cut off.

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-125-

F-28g.  Location of Government laboratory tests.-  The samples required for Government laboratory tests shall be forwarded, suitably identified, directly to the laboratory by the Naval inspector concerned. Unless otherwise specified, the tests will be conducted at the Material Laboratory, Navy Yard, New York, N. Y.

F-29. PHYSICAL TESTS.

F-29a.  Outline.-  Inspection at place of manufacture shall include the witnessing (by Naval inspector) of the following tests, as applicable, on samples taken from the finished cable:

> Tensile, conductors (C-2 and D-3).
> Coating, conductors (C-2).
> Tensile, rubber.

F-29b.  Tensile, conductors.-  While tensile tests of the copper conductors need not be made on each "run" of cable submitted for delivery, the inspector shall require the conductance of such tests at such frequent intervals as may be necessary to ascertain that the physical properties of the conductors are in conformity with the requirements of paragraphs C-2 and D-3. All conductors shall, however, be given a careful visual and dimensional inspection as outlined in paragraph F-27b.

F-29c.  Coating of conductors.-

F-29c(1).  Tinning.-

F-29c(1)a.  Wire samples at least 4-1/2-inches in length shall be taken for a tinning test.  The samples shall be thoroughly cleaned with alcohol and immersed in hydrochloric acid of a specific gravity of 1.088 for 1 minute, at 15.4° C.  They shall then be rinsed in clear water, wiped and dried, and immersed in a solution of sodium polysulfide of a specific gravity of 1.142, at a temperature of 15.4° C., for 30 seconds and again washed and dried.  This operation shall be repeated two times, and if the sample does not become blackened after the third immersion the tinning shall be regarded as satisfactory.

F-29c(1)b.  The sodium polysulfide solution shall contain an excess of sulphur and have sufficient strength to thoroughly blacken a piece of clean untinned copper wire in 5 seconds.

F-29c(1)c.  A portion of the hydrochloric acid solution having a volume of 180 ml shall be considered to be exhausted when four immersions have been completed on the following number of specimens of the sizes given below:

| Length immersed | Diameter of wire | Maximum number of specimens |
|---|---|---|
| Inches | Inches | |
| 4.5 | 0.460 -0.141 | 2 |
| 4.5 | .140 - .0851 | 4 |
| 4.5 | .0850- .0501 | 6 |
| 4.5 | .0500- .0381 | 10 |
| 4.5 | .0380- .0301 | 12 |
| 4.5 | .0300- .0030 | 14 |

F-29c(2).  Lead or tin-lead-alloy coating.-

F-29c(2)a.  Test specimens.-  The length of test pieces of the wire shall be determined by substituting the appropriate value of K, as given in the following Table in the formula: L=K/D, where L is the length of test piece and D the diameter of the wire.  The quantity of test solution employed shall be as

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-126-

specified in the following Table. In cases where the length of a test piece, determined as above required, is such that it cannot be immersed in the specified manner as a single length, it may be divided into shorter sections which will permit complete immersion:

| Wire diameter Inch | K | Quantity of test solution mℓ |
|---|---|---|
| 0.460 -0.321 | 1.2 | 150 |
| .320 - .161 | .8 | 100 |
| .160 - .0810 | .4 | 50 |
| .0800- .0400 | .2 | 25 |
| .0390- .0030 | .1 | 12-1/2 |

F-29c(2)b.  Treatment of specimens.-  The test pieces shall be thoroughly cleaned by immersion in benzine, redistilled petroleum ether, or carbon tetrachloride for at least 3 minutes, then removed and wiped dry with a clean soft cloth. The ends of each test piece shall be completely wax-coated to protect the exposed copper. The wax-coated length shall not be included in determining the length of the test piece.

F-29c(2)c.  Test solutions.-

F-29c(2)c(1).  Test solution.-  Ammonium persulphate solution: Dissolve 10 gm of ammonium persulphate (CP crystals - minimum 95 percent ammonium persulphate) in 500 cc of distilled water. Add 75 mℓ of ammonium hydroxide [CP specific gravity 0.90), and then dilute to 1 liter with distilled water. The ammonium persulphate solution shall be made up fresh on each day tests are to be conducted and shall not be subjected to temperatures above 100° F.

F-29c(2)c(2).  Color standard solution.-  Copper sulphate-ammonium hydroxide: The standard solution shall be made by dissolving 100 milligrams of anhydrous copper sulphate in distilled water. Add 75 mℓ of ammonium hydroxide (CP specific gravity 0,90) and dilute to 1 liter.

F-29c(2)d.  Test procedure.-

F-29c(2)d(1).  A sample of the required length shall be immersed in the specified quantity of test solution, using test tubes of appropriate dimensions. The sample shall remain in the solution at a temperature not less than 83° F. and not more than 87° F. for a period of 15 minutes. The samples shall be removed from the test solution before making the color comparison.

F-29c(2)d(2).  At the conclusion of the period, the color of the test solution shall be not darker than that of the color standard solution. The color comparisons shall be made with the color standard and test solutions in like fused-on plane-bottom Nessler tubes filled to equal depths; in the comparison, the two shall be viewed lengthwise of the test tubes against a white background.

F-29d.  Tensile, rubber.-  Specimens shall be subjected to tests of tensile strength, elongation and set. The preparation of test specimens and methods of conducting tests shall be as outlined in paragraph F-4, except that the tests shall be made at place of manufacture and witnessed by the inspector. Note that the aging tests shall be conducted at a Government laboratory (F-25) upon specimens cut from the same samples.

Case 4:07-cv-02824-SBA    Document 34-11    Filed 09/21/2007    Page 62 of 65
REPRODUCED AT THE NATIONAL ARCHIVES

F-30.  ELECTRICAL TESTS.

F-30a.  Outlines.- Inspection at place of manufacture shall include the witnessing (by Naval inspector) of the following tests on the finished cable:

Conductor resistance (C-2 and D-3).
Continuity (D-3).
Dielectric test (section E, as applicable).
Insulation resistance (section E, as applicable).

F-30b.  Conductor resistance.- The resistance of the stranded conductor shall be measured for all cables; the resistance of individual strand wires need not be measured unless specifically required by the order, or unless the inspector has reason to doubt the conductivity.

F-30c.  Continuity.- In the case of cables and cords made up of a multiplicity of small, individually insulated conductors, each less than 2,000 circular mils in area, each such conductor shall be specially tested for continuity throughout the length of the completed cable.

F-30d.  Dielectric tests.- Except where otherwise specified, the dielectric test shall be made on each cable length, in the full coil or reel lengths to be shipped.  In all other respects, the dielectric tests to be made at point of manufacture, and witnessed by the Naval inspector, shall be in accordance with the procedure outlined in paragraph F-18.

F-30e.  Insulation resistance.-

F-30e(1).  Test lengths.- Insulation resistance measurements on cables shall be made on the entire lengths to be shipped.  The apparent insulation resistance shall be measured as soon as practicable after the dielectric test, and shall not be below the values specified.

F-30e(2).  Test conditions.- The test conditions specified for the particular type and size of cable shall apply.  The leakage current shall be measured after a 1-minute electrification with a continuous e.m.f. of from 200 to 500 volts, the conductor being maintained negative to the sheath, armor, or water.

F-30e(3).  Multiple conductor cables.- The insulation resistance of each conductor of the multiple conductor cable shall be the insulation resistance measured from each conductor to all the other conductors in multiple with the sheath, armor, or water.

F-30e(4).  Coefficients.- Insulation resistance shall be corrected to a reference temperature of 15.5° C. (60° F.) by multiplying the measured value of insulation resistance by a coefficient corresponding to the temperature of the measurement and the type of insulation.  These temperature coefficients are shown in Table XLIII.  For temperature values between those tabulated, the coefficient for the next higher temperature shall be used when above 15.5° C. (60° F.) and that of next lower temperature shall be used when below.

REPRODUCED AT THE NATIONAL ARCHIVES

15C1(INT)

-128-

### TABLE XLIII. - TEMPERATURE COEFFICIENTS.

| Temperatures | | Rubber insulation | | | Varnished-cambric (C-7) | Synthetic insulation (C-20)[2] | Combination (C-7) (C-11) |
|---|---|---|---|---|---|---|---|
| °F. | °C. | (C-3) | (C-5) | (C-6)[1] | | | |
| 32 | 0.0 | 0.45 | 0.31 | 0.51 | 0.40 | 0.032 | 0.085 |
| 35 | 1.7 | .49 | .35 | .54 | .42 | .047 | .11 |
| 38 | 3.3 | .54 | .40 | .59 | .45 | .071 | .15 |
| 41 | 5.0 | .59 | .45 | .64 | .50 | .098 | .18 |
| 44 | 6.7 | .65 | .51 | .68 | .53 | .14 | .26 |
| 47 | 8.3 | .71 | .58 | .74 | .56 | .25 | .32 |
| 50 | 10.0 | .77 | .67 | .80 | .60 | .29 | .42 |
| 53 | 11.7 | .83 | .74 | .86 | .68 | .45 | .54 |
| 56 | 13.3 | .90 | .84 | .92 | .80 | .78 | .71 |
| 59 | 15.0 | .97 | .94 | .98 | .95 | .91 | .89 |
| 60 | 15.5 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| 62 | 16.7 | 1.05 | 1.08 | 1.06 | 1.10 | 1.26 | 1.20 |
| 65 | 18.3 | 1.14 | 1.20 | 1.16 | 1.30 | 1.80 | 1.50 |
| 68 | 20.0 | 1.23 | 1.35 | 1.28 | 1.60 | 2.50 | 2.00 |
| 71 | 21.7 | 1.33 | 1.55 | 1.44 | 1.85 | 3.50 | 2.45 |
| 74 | 23.3 | 1.44 | 1.70 | 1.61 | 2.25 | 5.00 | 3.10 |
| 77 | 25.0 | 1.56 | 1.90 | 1.80 | 2.60 | 6.60 | 4.00 |
| 80 | 26.7 | 1.70 | 2.10 | 2.00 | 3.15 | 8.30 | 5.15 |
| 83 | 28.3 | 1.80 | 2.35 | 2.29 | 3.85 | 11.0 | 6.20 |
| 86 | 30.0 | 1.15 | 2.60 | 2.48 | 4.90 | 17.5 | 8.00 |
| 89 | 31.7 | 2.10 | 2.95 | 2.81 | 6.15 | 24.5 | 10.0 |
| 92 | 33.3 | 2.25 | 3.30 | 3.14 | 7.75 | 34.0 | 12.0 |
| 95 | 35.0 | 2.40 | 3.70 | 3.52 | 10.00 | 48.0 | 16.0 |

[1] For materials specifically approved as satisfactory alternatives for C-6 (85 percent rubber), the temperature coefficient applicable thereto shall be used.

[2] For approved synthetic insulating materials possessing temperature coefficients not within the limits set by this reference characteristic, the values applicable thereto may be used when specifically approved by the bureau concerned.

### G. PACKAGING, PACKING, AND MARKING FOR SHIPMENT.

G-1. PACKAGING.

G-1a. General.- Electric cable shall be delivered wound in coils or on reels, as specified herein or in the order.

G-1b. Reels.-

G-1b(1). General.- Except as otherwise specified in paragraph G-1c(1), cable shall be delivered on reels.

G-1b(2). Lengths, reels.- Each reel shall contain one continuous length of cable (H-1c) (H-1e).

Case 4:07-cv-02824-SBA    Document 34-11    Filed 09/21/2007    Page 64 of 65
REPRODUCED AT THE NATIONAL ARCHIVES

G-1b(3).  Cable ends.- The cable on a reel shall have both ends brought out so that the cable can be readily tested without unreeling.  These ends shall be hermetically sealed to prevent the entrance of moisture and shall be fully protected from damage during shipment.

G-1b(4).  Construction.- Reels shall be of strong construction to admit of transportation over long distances.  The flanges of the reel shall be of sufficient diameter to protect the wire from injury in handling and rolling.  Each reel shall be encased in stout lagging.  Where the reel and conductors thereon weigh more than 1,000 pounds, the reels shall have suitable metal centers through which a supporting axle may pass for unreeling the cable.

G-1b(5).  Return of reels.- The cost of the reels shall be included in the cost of the wire or cable. Accordingly, reels shall remain the property of the Government unless returned to the manufacturer for credit under the terms of the "reel clause" in the contract or order.  Refer to paragraph H-1h.

G-1c.  Coils.-

G-1c(1).  General.- Except when specified otherwise in the contract or order, the following types and sizes of cables, wires, and cords, shall be delivered in coils:

> SRI-3/5 to 40 inclusive, SRIB, SRIG, DHFW, SHFW-1 to 13 inclusive,
> SHFS-1 to 14 inclusive, SFPS-4 to 14 inclusive,
> BC, TSW, SCP-1 and 23, DCP-1/2 to 9 inclusive, TCP-1/2 to 9 inclusive,
> FCP-4 and 9, MCP-4 to 12 inclusive, DCOP-2 to 9 inclusive,
> TCOP-2 to 9 inclusive, FCOP-4 and 9, MCOS-2 to 7 inclusive, PBLW.

G-1c(2).  Lengths, coils.- Each coil shall be one continuous length of cable (H-1d) (H-1e).

G-1c(3).  Coil protection.- All coils shall be protected for shipment by spirally wound wrapping paper or burlap tape, lapped to give not less than two thicknesses of protecting material; or shall be packed in barrels or boxes suitable for shipment and storage.  Both ends of each coil shall be carefully sealed to prevent the entrance of moisture.

G-1d.  Cord sets.- Short, standard lengths of certain types of telephone cords, cut to size, shall be wrapped in heavy paper or enclosed in cardboard.

G-2.  PACKING.

G-2a.  Unless otherwise specified, electrical cable shall be delivered in standard commercial containers, so constructed as to insure acceptance by common or other carrier, for safe transportation, at the lowest rate, to the point of delivery.

G-3.  MARKING.

G-3a.  Coils.- Unless otherwise specified, each coil shall be neatly marked with the manufacturer's name, the contract or order number, the Navy type designation for the particular type and size of cable involved, and the quantity in feet.

G-3b.  Reels.- Unless otherwise specified each reel shall be plainly marked on both ends with the manufacturer's name, serial number, the contract or order number, the Navy type designation for the cable, and the quantity.  Where practicable, all reels shall be identified by metal tags secured in place, or by stenciling.  Paper labels (where used) on reels shall be securely attached thereto and protected by a transparent compound to prevent deterioration of the markings.

G-3c.  Shipping containers.- Unless otherwise specified, shipping containers, where used, shall likewise be marked, on two sides, with the manufacturer's name, the contract or order number, the Navy type designation or designations, and the quantity or quantities contained therein.

15C1(INT)

-130-

## H. NOTES.

**H-1. ORDERING INFORMATION.**

H-1a. <u>General.</u>- Requests, requisitions, schedules, and contracts or orders must contain the title of this specification, the number, and date.

H-1b. <u>Type and size designations.</u>- Requisitions and contracts or orders should definitely state the type and size of cable desired, as classified in section B, herein.

H-1c. <u>Lengths, reels.</u>-

H-1c(1). <u>Nominal length, reels.</u>- The nominal unit ordering and shipping length for each type and size of cable shall be according to Table XLIV.

H-1c(2). <u>Maximum length, reels.</u>- The maximum shipping length for each type and size of cable on a contract shall be 10 percent above the nominal length.

H-1c(3). <u>Minimum length, reels.</u>- The minimum shipping length for each type and size of cable on a contract shall be 40 percent of the nominal length. (Type MCMB-7 shall be furnished in 450 foot lengths only).

H-1c(4). <u>Random lengths, reels.</u>- Random lengths are defined as any lengths between the minimum and 90 percent of the nominal specified.

H-1c(5). <u>Remnant lengths, reels.</u>- Remnant lengths are defined as any lengths between the minimum (H-1c(3)) and 40 percent of the minimum (H-1c(3)). Such lengths, when offered for delivery on a contract, will be accepted only at the appropriate reduction in price given in Table XLV provided that they conform strictly to the specification in all other respects.

H-1c(6). <u>Scrap lengths, reels.</u>- Scrap lengths are defined as any lengths less than 40 percent of the minimum specified. They are acceptable, at the discretion of the receiving activity concerned, at a reduction in price of not less than 15 percent.

H-1d. <u>Coil lengths.</u>-

H-1d(1). <u>Nominal length, coils.</u>- The nominal unit ordering and shipping length shall be 500 feet for those wires and cables under paragraph G-1c(1).

H-1d(2). <u>Maximum length, coils.</u>- The maximum shipping length shall be 600 feet for those wires and cables under paragraph G-1c(1).

H-1d(3). <u>Minimum length, coils.</u>- The minimum shipping length shall be 300 feet for those cables under paragraph G-1c(1).

H-1d(4). <u>Random lengths, coils.</u>- Random lengths are classified as any lengths between 300 and 450 feet.

H-1d(5). <u>Remnant lengths, coils.</u>- Remnant lengths are classified as any lengths between 120 and 300 feet.