REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915(SHIPS)
15 November 1949
SUPERSEDING
N.D. 15C1j
1 February 1947
For BUSHIPS Purchases

MILITARY SPECIFICATION

~~CABLES, ELECTRIC (SHIPBOARD USE)~~

CABLE, CORD AND WIRE, ELECTRICAL (SHIPBOARD USE)

1. SCOPE AND CLASSIFICATION

1.1 Scope.- This specification covers the requirements for electric cable for shipboard use. As distinguished by the type of insulation used, the general features of construction, and the service conditions involved, electric cables covered by this specification fall within the following general classifications:

Cables for nonflexing service.
Cables for repeated flexing service.
Cables, thin-walled.
Wires, miscellaneous.

1.2 Types.-

1.2.1 Cables for nonflexing service.- Cables for nonflexing service shall be of the following types as specified (see 6.2):

1.2.1.1 Heat and flame resistant types.-

Type SHFA - Single, heat and flame resistant, armored.
Type SHFL - Single, heat and flame resistant, leaded.
Type DHFA - Double, heat and flame resistant, armored.
Type THFA - Triple, heat and flame resistant, armored.
Type FHFA - Four, heat and flame resistant, armored.
Type SHFP - Single, heat and flame resistant, propulsion.
Type SHFR - Single, heat and flame resistant, radio.
Type DHFR - Double, heat and flame resistant, radio.
Type THFR - Triple, heat and flame resistant, radio.
Type SDGA - Single, degaussing, armored.
Type MDGA - Multiconductor, degaussing, armored.
Type MDGL - Multiconductor, degaussing, leaded.
Type MHFA - Multiconductor, heat and flame resistant, armored.
Type TTHFWA - Twisted pair, telephone, heat and flame resistant, armored.
Type PBJX - Pyrometer base lead ~~wire.~~
Type PBTX - Pyrometer base lead ~~wire.~~

1.2.1.2 Other types.-

Type SRIA - Single, resin insulated, armored.
Type DRIA - Double, resin insulated, armored.
Type TRIA - Triple, resin insulated, armored.
Type FRIA - Four, resin insulated, armored.
Type DRIP - Double, resin insulated, plain.
Type TRIP - Triple, resin insulated, plain.
Type FRIP - Four, resin insulated, plain.
Type MCSP - Multiple conductor, shielded, plain.
Type MDGB - Multiconductor, degaussing, binnacle.

GPO-O-NAV-H-95

Lehman Decl.

Exhibit 11

REPRODUCED AT THE NATIONAL ARCHIVES

Type TTRSA - Twisted shielded pair, radio, armored.
Type MCSC - Multiple conductor, steel core.
Type DBSP - Double, small boat, shielded, plain.
Type TBSP - Triple, small boat, shielded, plain.
Type FBSP - Four, small boat, shielded plain.
Type FCSF - Four, combination, special purpose, flexible.
Type MCGC - Multiple conductor, glass core.
Type SDU - Single, degaussing, unarmored.

1.2.2 Cables for repeated flexing service.- Cables for repeated flexing service shall be of the following types as specified (see 6.2):

1.2.2.1 Heat, flame, and oil resistant types.-

Type SCOP - Single conductor, oil resistant, portable.
Type DCOP - Double conductor, oil resistant, portable.
Type TCOP - Triple conductor, oil resistant, portable.
Type FCOP - Four conductor, oil resistant, portable.
Type MHFF - Multiconductor, heat and flame resistant, flexible.
Type TTOP - Twisted pair, telephone, oil resistant, portable.
Type MCOS - Multiple conductor, oil resistant, shielded.
Type MMOP - Multiconductor, microphone, oil resistant, portable.
Type SHOF - Single, heat and oil resistant, flexible.
Type DHOF - Double, heat and oil resistant, flexible.
Type THOF - Triple, heat and oil resistant, flexible.
Type FHOF - Four, heat and oil resistant, flexible.

1.2.2.2 Other types.-

Type TRF - Tough rubber jacket, flexible.
Type TRXF - Tough rubber jacket, extra flexible.
Type TTRS - Twisted shielded pair, radio, flexible.
Type CVSF - Combination, aircraft carrier, special purpose, flexible.

1.2.3 Thin-walled cables.- Thin-walled cables shall be of the following types and sizes as specified (see 6.2):

1.2.3.1 Heat and flame resistant types.-

Type DHFTA-9 - Double, heat and flame resistant, thin walled, armored.
Type FHFTA-9 - Four, heat and flame resistant, thin walled, armored.

1.2.3.2 Oil resistant type.-

Type FCOTP-4 - Four conductor, oil resistant, thin walled, portable.

1.2.4 Miscellaneous wires.- Miscellaneous wires shall be of the following types as specified (see 6.2):

Type SRI - Single resin insulated.
Type SRIB - Single resin insulated, braided.
Type SHFS - Single, heat and flame resistant, switch-board.
Type MRI - Multiconductor, resin insulated.

REPRODUCED AT THE NATIONAL ARCHIVES

1.3 Cable sizes.- The conductor size in thousands of circular mils, the number of conductors, or the number of twisted pairs in the wire or cable for each type shall be as indicated under detailed requirements by a numeral after the type letter designation.

2. APPLICABLE SPECIFICATIONS AND OTHER PUBLICATIONS

2.1 Specifications.- The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification:

Military Specifications

- JAN-P-105 - Packaging and Packing for Overseas Shipment, Boxes; Wood, Cleated Plywood.
- JAN-P-106 - Packaging and Packing for Overseas Shipment, Boxes; Wood, Nailed.
- JAN-B-107 - Boxes; Wood, Wire-Bound, (Overseas Type).
- JAN-P-125 - Packaging and Packing for Overseas Shipment, Barrier-Materials, Waterproof, Flexible.
- JAN-I-572 - Insulation, Electrical, Synthetic, Fiber, Cords, Yarns, and Monofilaments.
- JAN-I-1140 - Insulation, Electrical, Glass-Fiber, Untreated.

Navy Department Specifications

- General Specifications for Inspection of Material.
- 17-I-15 - Insulation, Electrical, Plastic Sealer.
- 17-I-29 - Insulation, Electrical, Asbestos-Fiber, Treated and Untreated.
- 17W2 - Wire and Ribbon, Resistance.
- 22C4 - Cable Steel (Corrosion-Resisting), Flexible and Extra Flexible, Preformed Type (Aircraft Use).
- 52A1 - Aluminum Pigment (Paste Form).

(Army.- Copies of specifications should be obtained from the procuring agency or as directed by that agency. Both the title and identifying number or symbol should be stipulated when requesting copies.)

(Navy.- Copies of Military (including Joint Army-Navy and National Military Establishment specifications) and Navy Department specifications may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington 25, D. C., except that activities of the Armed Forces should make application to the Supply Officer in Command, Naval Supply Center, Norfolk 11, Va. Both the title and identifying number or symbol should be stipulated when requesting copies.)

(Air Force.- Copies of Military specifications (including Joint Army-Navy and National Military Establishment specifications) may be obtained upon application to the Commanding General, Air Materiel Command, Wright-Patterson Air Force Base, Dayton, Ohio. Both the title and identifying number or symbol should be stipulated when requesting copies.)

(Marine Corps.- Copies of Military specifications (including Joint Army-Navy and National Military Establishment specifications) may be obtained upon application to the Quartermaster General, Headquarters U. S. Marine Corps, Navy Department, Washington 25, D. C. or the Depot Quartermaster, Marine Corps Depot of Supplies, 1100 South Broad Street, Philadelphia 46, Pa. Both the title and identifying number or symbol should be stipulated when requesting copies.)

REPRODUCED AT THE NATIONAL ARCHIVES

2.2 Other publications.- The following publications, of the issue in effect on date of invitation for bids, form a part of this specification:

Bureau of Supplies and Accounts Publication
Navy Shipment Marking Handbook.

(Copies of Navy Shipment Marking Handbook may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington 25, D. C., except that activities of the Armed Forces should make application to the Supply Officer in Command, Naval Supply Center, Norfolk 11, Va.)

Bureau of Ships Publications
N.B.S. 431 - Lubricating Oil; General Information, Requirements and Methods of Tests.
Electrical Insulation Color Standards.

(Copies of Bureau of Ships Pamphlet N.B.S. 431 may be obtained only upon application to the Bureau of Ships, Navy Department, Washington 25, D. C. When requesting, refer to both title and number.)

(Copies of Bureau of Ships Electrical Insulation Color Standards may be obtained from the Industrial Laboratory, Philadelphia Naval Shipyard, Naval Base Station, Philadelphia 12, Pa. These color standards are re-issued as of 1 July of each year and effective for 1 year following the date of issue.

3. REQUIREMENTS

3.1 Qualification.-

3.1.1 Electrical cable furnished under this specification shall be of a brand which has been tested and successfully passed the qualification tests specified in section 4. (See 6.3.) The foregoing provision shall not apply to types TRF TRXF, DBSP, TBSP, FBSP, CVSF, FCSF and MCGC.

3.1.2 The types or brands which are subject to qualification (see 3.1.1) are identified with the "approved sample" which was tested and on which the approval was based, and the manufacturer shall not change any of the component materials or the assembly of the components in completed cables offered for inspection under subsequent contracts or orders without first obtaining written approval for such modifications from the bureau or agency concerned.

3.2 Definitions of terms.- The following definitions shall apply to the technical terms listed below wherever such terms appear in this specification:

3.2.1 Conductor.- A conductor is a slender rod or filament of drawn metal of circular cross section or a group of such rods or filaments not insulated from one another, suitable for transmitting an electric current.

3.2.2 Stranded conductor.- A stranded conductor is a conductor composed of more than one filament.

3.2.3 Strand.- A strand is one of the filaments, or one of the stranded groups, of a stranded conductor.

3.2.4 Concentric lay.- A concentric lay conductor or cable is composed of a central core surrounded by one or more layers of helically wound strands or insulated conductors.

3.2.5 Bunched lay.- In a bunched lay conductor, the strands are twisted together in the same direction without regard to geometrical arrangement.

REPRODUCED AT THE NATIONAL ARCHIVES

3.7.4.2 Outer sheaths.- The outer sheath shall be applied concentrically to the cable core in order to maintain circularity in the completed cable. The maximum wall thickness of the sheath at any cross section shall not exceed the minimum by more than 66 percent.

3.8 Manufacturer's identification.-

3.8.1 General.- Except where otherwise specifically required or approved, all wires and cables shall be provided with an easy and indelible means of identifying the manufacturer. The means employed shall be such that it cannot be confused with the requirements for circuit identification specified in 3.9. The use of a printed marker tape or colored marker threads, as applicable to the particular type or types of cable in question, shall be considered standard; any departures therefrom shall be subject to specific approval of the bureau concerned.

3.8.2 Marker tape.- Marker tape shall consist of a thin tape, approximately 1/8 inch wide, of cotton or cellulose, laid directly under the outer sheath, or other location as specifically approved. There shall appear on one side of the tape, at intervals of approximately 1 foot, the following printed information:

Name of manufacturer.
Name or location of plant.
Date of manufacture (year).
MIL-C-915.
Serial number.

3.8.3 Marker threads.- Marker threads shall be used only when satisfactory to the bureau concerned, and shall be limited to the miscellaneous wires (see 1.2.4) of 0.300-inch over-all diameter and smaller, and to the small flexible cables (see 1.2.2.1) of 0.300-inch over-all diameter and smaller or where it is not practicable to employ marker tape. Marker threads shall be of cotton, rayon, or artificial silk. The number of marker threads and the color of each thread used by the manufacturer shall be satisfactory to the bureau concerned.

3.8.4 Molded marking.- Except for the specific requirements of 3.37 and 3.41 molded marking will be permitted at the manufacturer's option on cables for repeated flexing service (see 1.2.2); however, when molded marking is used, it shall be in addition to and not a substitute for standard marker tape or threads. The marking shall show the manufacturer's name or his trademark or trade-name and the year of manufacture. This marking shall be molded into the sheath during processing; and it shall be either by indentation of or by raised lettering on the sheath itself, or shown on thin slips, colored if desired, which are themselves molded into the sheath and do not project above the surface of the sheath.

3.9 Circuit identification.-

3.9.1 General.- Means shall be provided for ready identification of each individual insulated conductor in respect to the electrical distribution system of which it is to form a part. This shall be so clear and distinctive as to permit its connection into a standard arrangement (phase sequence, circuit arrangement, load tracing, etc.) in the system; and also to provide a rapid and accurate means for its identification and reconnection into the system after a serious casualty. The standard means for circuit identification shall be: ((1) colored insulation, (2) colored thread wind, (3) colored tape, and (4) color-coded braid, as specifically required or permitted by 3.12 to 3.61, inclusive. By any of these methods, each color shall be readily distinguishable from every other color and, in the completed cable, the shade of colors shall conform closely to those specified in 3.9.6.

REPRODUCED AT THE NATIONAL ARCHIVES

3.9.2 Colored insulation.- Where circuit identification is obtained through the use of colored insulation, the following sequence of solid colors shall be employed: (1) black, (2) white, (3) red, (4) green, (5) orange, (6) blue, (7) brown, (8) gray, (9) yellow, (10) purple, (11) tan, and (12) pink. Where a wall of saturated asbestos or glass fiber insulation is employed, on individual conductors in combination with other insulation, circuit identification may be obtained by coloring this saturated wall.

3.9.3 Colored thread wind.- Where circuit identification is obtained through the use of color-coded thread winds, the winds shall employ the sequence of solid colors specified in 3.9.2. Such winds shall completely cover the outer periphery of the insulation and shall be suitably treated to prevent fraying. Means shall be provided for obtaining satisfactory adherence of the wind so that circuit identification is maintained when the individual conductors are separated from the cable core. Unless otherwise specified, the thread for the winds shall be of cotton, rayon, cellulose acetate, or glass, at the manufacturer's option.

3.9.4 Colored tape.- In general, colored tape is to be limited to those cable types wherein a tape or separator is specified for the accomplishment of other purposes, and coloring simply permits the added purpose of circuit identification to be served. This paragraph shall not be considered as authority for the addition of a tape not already specified; such additions shall be satisfactory to the bureau concerned. The tape colors shall conform to the sequence of solid colors specified in 3.9.2.

3.9.5 Color coded braid.- In general, color-coded braid shall be limited to those cable types wherein an inner braid (see 3.11.16) is specified over the individual conductor insulation of a multiple conductor or twisted pair telephone cable. This paragraph shall not be considered as authority for the addition of a braid not already specified; such addition shall be satisfactory to the bureau concerned. Where a combination of two or more colors is specified for the braid, the "base" color shall be the background, with the "tracer" color (or colors) providing the particular combination required. The "tracer" colors shall be on 3 adjacent carriers for each color.

3.9.6 Color shades.- The shades of color used shall be fast to light and to heat, and shall fall within the light and dark limits of the color chips shown in the Electrical Insulation Color Standards. In the case of synthetic rubber insulation (see 3.11.3 and 3.11.5), polychloroprene insulation (see 3.11.6), or compound-filled tapes (see 3.11.15), for circuit identification, somewhat wider limits will be permitted in color shades provided all colors in the cable are easily distinguishable from each other.

3.9.7 Color code.-

3.9.7.1 Multiple conductor cable.- Except where otherwise specifically required hereinafter, the color code shown in table I shall apply to all multiple conductor (not twisted pair) cables having from 2 to 44 individually insulated conductors within a common protective sheath. For example, all single conductor cables would be "1 Black"; all 2-conductor cables would consist of "1 Black" and "2 White";

REPRODUCED AT THE NATIONAL ARCHIVES

3.11.7.5 Tensile strength.- The tensile strength of the varnished tapes (measured lengthwise) (see 4.6.3.2), at room temperature, shall be not less than 2,400 pounds per square inch cross section, upon samples removed from the completed cable.

3.11.7.6 Varnished-cambric tape.- Used as a tape, the varnished cambric shall be of a suitable width, and so applied that samples taken from the completed cable shall meet the physical and electrical tests specified in 4.6.3. The nominal thickness of tape used shall be not less than 0.005 inch nor more than 0.013 inch, as may be most suitable for the type and size of cable in which used. The tension used in wrapping successive layers of tape around the conductor shall be such that all layers fit snugly and that there is no crinkling of the inner layers attributable to failures in applying or maintaining correct tension at all times.

3.11.7.7 Lap.- In general, and except where otherwise specifically required, the amount of lap used in applying the varnished cambric tape, and whether positive or negative, will be left to the discretion of the manufacturer.

3.11.7.8 Thin varnished cambric walls.- For thin walls of varnished cambric, particularly those of 0.048 inch thickness or less, and/or where used in combination with asbestos, the thickness of varnished cambric tape used shall be given special consideration. For such walls it is required that there be a multiplicity of tape layers, with the best possible distribution of joints, and hence improved structure as a dielectric. Unless otherwise specified or approved for a particular type and size of cable (see 3.12 to 3.61, incl.), the tape thickness shall be such that at no point in the insulation shall there be less than 3 thicknesses of varnished cambric.

3.11.7.9 Alternates for varnished cambric.- Where varnished cambric is specified as a component of electric cables the use of the suitable alternate material will be permitted when satisfactory to the bureau concerned. The suitability of such alternates shall be determined on the basis of tests required by 3.1.1.

3.11.7.10 Effect of hot petrolatum.- After aging 15 minutes at 150°C. in hot petrolatum (see 4.6.3.3) and cooling to room temperature, the varnish coating on the tapes shall not be materially softer or more tacky than before being placed therein.

3.11.7.11 Dielectric strength.- The average dielectric strength of the varnished-cambric tapes (see 4.6.3.4), as removed from the completed cable, in terms of volts per mil of thickness at room temperature, shall be not less than 750 for single conductor cables and not less than 600 for multiple conductor cables.

3.11.7.12 Aging.- After 150 hours aging at 125°C. in an air oven (see 4.6.3.5) the varnish film on the tape shall show no evidence of cracking or peeling visible to the unaided eye, when bent around a mandrel 1/8 inch in diameter.

3.11.8 Lubricating compound for varnished-cambric insulation.-

3.11.8.1 Use.- A suitable compound shall be used for excluding air and moisture and for the lubrication of the varnished cambric insulation. It shall assure freedom from tearing or rupturing of the insulation when the completed cables are subjected to the bending test (see 4.6.9).

3.11.8.2 General properties.- The compound shall be a mineral base, acid-free compound, which will not dry out, oxidize, or combine with the varnish on the cambric. The compound shall have no deleterious effect upon any other component material in the cable construction.

REPRODUCED AT THE NATIONAL ARCHIVES

3.11.8.3 Amount used.- The amount of compound used shall be such that the completed cable will pass the drip test described in 4.6.8. The outer layers of varnished cambric, in the larger size conductors especially, may be applied without added compound, provided the tape itself is sufficiently lubricated to allow free motion between the layers in bending of the cable.

3.11.9 Asbestos.-

3.11.9.1 General.- All asbestos used in the construction of electric cables shall be of a form, type, and class suitable for the particular purpose, and shall conform to the applicable requirements of Specification 17-I-29. The composition and structure shall be such as will enable the completed cable to meet all specified test requirements.

3.11.9.2 Asbestos electrical insulating walls.- Asbestos electrical insulating walls shall consist of plain or reinforced asbestos applied either in treated or untreated form. The asbestos shall be suitably applied and compressed about the conductor so as to provide a dense felted wall of circular cross sections, in which the conductor is well centered. Such insulating walls are normally to be employed in combination with walls of insulating material of high dielectric strength, such as synthetic resin or varnished cambric. Asbestos for this application shall conform to either class 2 or class 4 of Specification 17-I-29.

3.11.9.3 Asbestos heat and flame resistant walls.- The asbestos for the wall or beltings applied about two or more individually insulated conductors, which have been cabled together, shall consist of plain or reinforced asbestos, applied either as treated or untreated. The asbestos shall be suitably applied and compressed about the cable core so as to provide a dense felted wall of circular cross section in which the cable core is well centered. Asbestos for this application shall conform to either class 4 or class 6 of Specification 17-I-29. The thickness of this felted wall shall be such as to permit strict adherence of the completed cable with the specified over-all dimensions.

3.11.9.4 Impregnation.- The asbestos over the individually insulated conductor (or conductors) and over the cable core shall be thoroughly impregnated with a moisture and flame retardant insulating compound in such a manner as to fill all interstices and make the insulation one homogeneous structure. The compound used to saturate the asbestos shall consist of suitable high grade ingredient and shall retain its initial qualities during the normal service life of the cable. The compound shall develop no injurious chemical action within itself or with any other of the component parts of the completed cable. The compound shall not drip from the completed cable when tested as specified in 4.6.8.

3.11.9.5 Asbestos fillers.- Fillers shall meet the requirements of 3.11.11.

3.11.9.6 Asbestos impervious sheath reinforcement.- Where asbestos is used as a heat and flame resistant textile reinforcement in the impervious sheath construction for cables (see 3.11.18), it shall consist of plain or reinforced asbestos, either treated or untreated. Asbestos for this application shall conform to either class 4 or class 6 of Specification 17-I-29.

3.11.10 Glass fiber.-

3.11.10.1 General.- All glass fibers used in the construction of electric cables shall be of a class and form suitable for the particular purpose, and shall conform to the applicable requirements of Specification JAN-I-1140.

REPRODUCED AT THE NATIONAL ARCHIVES

3.11.10.2 Admixtures.- Where glass fiber insulation is specified as such, it shall not be used in a direct combination or mixture with any organic fabric or textile material; i.e., glass fiber rovings, yard, tape, cloth, braid, cord, bonded mat, or other form of glass fibrous material, and shall not be part cotton, part silk, part linen, etc., unless otherwise specifically permitted or required in 3.12 to 3.61, inclusive.

3.11.10.3 Glass fiber servings.- Servings shall be of multiple wound continuous fiber yarn, size 900-2/2 or the approximate equivalent, except where otherwise specified or approved.

3.11.10.4 Glass fiber braids.- The yarn for glass fiber braids shall be the appropriate size of either staple or continuous fiber yarn conforming to Specification JAN-I-1140. The braid angle, weave and thickness shall be as specified in 3.11.6.

3.11.10.5 Glass fiber electrical insulating walls.- Glass fiber electrical insulating walls shall consist of staple, fiber roving or condensed silver suitably applied and compressed about the conductor so as to provide a dense wall of circular cross section in which the conductor is well centered. Such electrical insulating walls are normally to be employed in combination with walls of insulating materials of high dielectric strength, such as synthetic resin or varnished cambric.

3.11.10.6 Glass fiber heat and flame resistant walls.- The glass fiber for walls or beltings applied about two or more individually insulated conductors, which have been cabled together, shall consist of staple fiber roving or condensed silver. The glass fiber shall be suitably applied and compressed about the cable core so as to provide a dense wall of circular cross section in which the cable core is well centered. The thickness of the felted wall shall be such as to permit strict adherence of the completed cable with the specified over-all dimensions.

3.11.10.7 Impregnation.- The glass fiber over the individually insulated conductor (or conductors), including braids, and over the cable core shall be thoroughly impregnated with a moisture and flame retardant insulating compound in such a manner as to fill all interstices and make the insulation one homogeneous structure. The compound used to saturate the glass fibers shall consist of suitable high grade ingredients and shall retain its initial qualities during the normal service life of the cable. The compound shall develop no injurious chemical action within itself or with any other of the component parts of the completed cable. The compound shall not drip from the completed cable under the test conditions outlined in 4.6.8.

3.11.10.8 Glass fiber fillers.- Fillers shall meet the requirements of 3.11.11.

3.11.10.9 Glass fiber impervious sheath reinforcement.- Where glass fiber is used as a heat and flame resistant textile reinforcement in the impervious sheath construction for cables (see 3.11.18), it shall be of either staple or continuous fiber yarn.

3.11.11 Fillers.-

3.11.11.1 General.- Except where otherwise specified, filler material shall be cotton, jute, synthetic fibers, glass fibers, or asbestos. Filler material shall be of long fiber and free from defects, dirt, knots and lumps. Dry or untreated fillers shall not be used.

3.11.11.2 For heat and flame resistant cable types.-

3.11.11.2.1 General.- Asbestos or glass fibers, impregnated with a suitable moisture and flame retardant insulating compound, shall be used as fillers for heat and flame resistant cables (see 1.2.1.1 and 1.2.3.1).

REPRODUCED AT THE NATIONAL ARCHIVES

3.11.11.2.2 Asbestos.- Where asbestos is employed as heat and flame resistant fillers, it shall conform to the applicable requirements for class 4 or class 6 of Specification 17-I-29.

3.11.11.2.3 Glass fiber.- Where glass fiber is employed as heat and flame resistant fillers it shall be of staple rovings and condensed silver and shall conform to the applicable requirements of Specification JAN-I-1140.

3.11.11.2.4 Filler impregnation.- The moisture and flame retardant impregnating compound shall consist of high grade insulating ingredients which retain their initial qualities during the normal service life of the cable. The compound shall develop no injurious chemical action within itself or with any other of the component parts of the completed cable. Except in flexible cables, the fillers shall be compacted and thoroughly impregnated in such a manner as to completely fill all interstices of the core and make the fillers one homogeneous structure. The amount of compound shall be not less than 10 percent of the weight of the saturated filler. In no case shall the compound from the fillers drip from the completed cable under the test conditions outlined in 4.6.8.

3.11.11.3 For other cable types.- Fillers used in all multiple conductor cables (see 1.2.1.2, 1.2.2 and 1.2.3.2), except heat and flame resistant types (see 1.2.1.1 and 1.2.3.1), shall be of cotton, jute or asbestos treated with a moisture resistant compound. The amount of compound shall be not less than 10 percent of the weight of the saturated fillers.

3.11.12 Cotton.-

3.11.12.1 General.- All cotton used shall be clean, dry and free from all foreign matter deleterious to the insulating qualities.

3.11.12.2 Separator.- Where a serving of cotton is used as a separator around a copper conductor, a minimum No. 60 single-ply cotton yarn shall be applied with full coverage.

3.11.12.3 Reinforcement.- Cotton used for reinforcing the sheath of cables intended for repeated flexing service, shall be multiple ends of seine twine, hawser cord, or heavy cabled cotton yarn of a size most suitable for the particular construction in which used. Alternate reinforcement may be used only when satisfactory to the bureau concerned.

3.11.12.4 Tie cord.- Cotton tie cord shall be of a braided construction, having a breaking strength of not less than 30 pounds (see 4.6.28.2), and impregnated with a waterproofing flexible compound to a diameter of not more than 0.065 inch.

3.11.12.5 Fillers and braids.- When used as fillers and braids, the requirements of 3.11.11 and 3.11.16 shall also be met.

3.11.13 Rayon and other synthetic fiber.- Rayon and other synthetic fiber used in the construction of electrical cable and wire shall be of the best quality and in the best form suited for the purpose intended. It shall be clean, dry, and free from foreign matter deleterious to its insulating qualities and shall conform to Specification JAN-I-572.

3.11.14 Separators.-

3.11.14.1 Where a separator is specified or permitted, the following materials, when properly employed, will be considered suitable. Other materials shall be used only when satisfactory to the bureau concerned.

REPRODUCED AT THE NATIONAL ARCHIVES

3.11.18.3.3 Repeated flexing service.- Particular emphasis shall be placed on the flexing endurance characteristic. The remaining characteristics shall be maintained at as high a level as can be made compatible with this objective.

3.11.19 Sheath, lead.-

3.11.19.1 General.- Lead sheath shall consist of commercially pure lead (not less than 99.85 percent pure) without flaws, and be tightly formed about the cable core.

3.11.19.2 Thickness.- Unless otherwise specified for the particular type and size of cable involved, lead sheaths shall have an average thickness not less than that specified in table XI. In no case shall the sheath thickness be less, at any point than 90 percent of the required average thickness.

Table XI - Average thickness of lead.

| Diameter over cable core Inches | Thickness of lead sheath Inch |
|---|---|
| 0.701 to 1.050 | 0.078 |
| 1.051 to 1.500 | .094 |
| 1.501 to 2.000 | .109 |
| 2.001 to 3.000 | .125 |

3.11.20 Armor, braided metal.-

3.11.20.1 General.- Armoring wire shall be of 0.0126-inch aluminum, except where otherwise specified. The wire shall be of uniform diameter free from cracks, splints, or other flaws. Splices in the wire shall be infrequent, staggered, and inconspicuous, so as not to increase the normal diameter of the cable or result in rough spots. The weave shall be such that the wires of a strand are laid closely together, flat and parallel, tightly and firmly binding the sheathed cable. The braid shall be applied with sufficient tension to prevent loosening and creeping, but without so much tension that excessive broken ends occur. It shall remain snug to the cable when cut and not spring away from the sheath. It shall withstand the tests specified in 4.6.7. It shall provide reasonable mechanical protection to the sheath during installation and handling, and shall retard deformation of the cable under compression from stuffing tubes and cable hangers.

3.11.20.2 Steel armor.-

3.11.20.2.1 Steel armor shall be of soft annealed wire and shall be thoroughly and evenly galvanized.

3.11.20.2.2 Galvanized steel wire 0.0095 inch in diameter ± 0.0005 inch shall have a tensile strength of not less than 50,000 pounds per square inch, and the elongation in 8 inches shall be not less than 12 percent, as tested before application to the cable.

3.11.20.2.3 Galvanized steel wire 0.0126 inch in diameter ± 0.0005 inch, shall have a tensile strength of not less than 50,000 pounds per square inch, and the elongation in 8 inches shall be not less than 12 percent, as tested before application to the cable.

REPRODUCED AT THE NATIONAL ARCHIVES

3.11.20.3 Bronze armor.- Bronze armor shall be of silicon, phosphor, or cadmium bronze wire and of a suitable composition to resist sea water corrosion. The wire shall be 0.0126 inch in diameter ± 0.0005 inch.

3.11.20.4 Aluminum armor.-

3.11.20.4.1 Aluminum armor shall be of an aluminum alloy wire containing not more than 0.2 percent copper and not less than 92.5 percent aluminum. The wire shall be 0.0126 inch in diameter ± 0.0005 inch.

3.11.20.4.2 Aluminum wire shall have a tensile strength of not less than 50,000 pounds per square inch, and the elongation in 10 inches shall be not less than 2 percent, as tested before application to the cable.

3.11.20.5 Weave.- The weave shall be of either the "one over-one under" or the "two over-two under" type. The selection of the number of ends per carrier and the number of carriers per braider shall be such as to produce a basket weave with a braid angle within the limits shown in table XII. The number of ends per carrier shall be not more than the values shown in table XIII.

Table XII - Braid angle.

| Diameter over sheath | Braid angle | |
|---|---|---|
| | Minimum | Maximum |
| Inches | Degrees | Degrees |
| 0.100 to 0.600 | 30 | 60 |
| .601 to 1.000 | 35 | 60 |
| 1.001 to 1.500 | 40 | 70 |
| 1.501 to 2.000 | 45 | 70 |
| 2.001 to 3.000 | 50 | 80 |

Table XIII - Ends per carrier.

| Cable diameter under braid | Maximum number of ends per carrier | |
|---|---|---|
| | One over-one under | Two over-two under |
| Inches | | |
| 0.100 to 0.400 | 8 | 5 |
| .401 to .800 | 12 | 10 |
| .801 to 3.000 | 16 | 10 |

REPRODUCED AT THE NATIONAL ARCHIVES

3.11.20.6 Coverage.- The coverage for all types and sizes of cable shall be no less than 88 percent, as determined by the following formula:

$K = (2F - F^2) \times 100.$

Where: K = Percent coverage.
a = Angle of braid with axis of cable.
Tan a = $2\mu$ DP/C.
d = Diameter of individual braid wire in inches.
C = Number of carriers.
D = Diameter of cable under armor in inches.
F = NPD/Sin a.
N = Number of wires per carrier.
P = Picks per inch of cable length.

3.11.21 Paint.-

3.11.21.1 General.- Where specified (see 3.12 to 3.61, inclusive, braided metal armored cables shall be suitably coated with aluminum paint.

3.11.21.2 Aluminum paint.- Aluminum paint shall consist of aluminum pigment (paste form) conforming to Specification 52A1, in a suitable vehicle of the synthetic resinous (phenol-formaldehyde or glyceride) type designed for good penetration, high bonding power, high resistance to water and to oil, and with a high degree of flexibility at temperatures up to 100°C.

3.11.21.3 Application.- Painting shall be done as soon as practicable after completion of prior manufacturing operations so as to prevent accumulation of dirt, moisture and foreign matter on the braid or in the interstices. The paint shall be properly dried and shall not be tacky. The painting shall be done preferably by the immersion method so as to fill in all interstices in the outer cable surface. The paint finish shall provide a relatively smooth over-all coating that will facilitate making watertight glands with Navy standard stuffing tubes and approved packing. It shall be flexible and adhere firmly so that it will not crack, peel, or flake off under the cold bend (see 4.6.9) and the heat endurance (see 4.6.12) tests.

3.11.22 End seals.-

3.11.22.1 General.- All types and sizes of cable specified herein, except miscellaneous wires (see 1.2.4), shall have both ends of every shipping length provided with a seal to prevent the entrance of moisture. The end seals shall be constructed as shown on figure 1, unless specific approval is given to the manufacturer for the use of an alternate method. Approval of alternate methods shall be granted only after tests made at a Government laboratory (see 3.1), and when the design is considered to be such that uniformly satisfactory sealing will be obtained in routine factory applications. Having once fixed upon a given design of end seal and having received qualification the manufacturer shall adhere strictly under subsequent deliveries of cable to the construction so tested and approved.

3.11.22.2 Watertightness.- The end seal shall be of such composition and shall be applied in such manner as to prevent the entrance of water into the cable under an externally applied pressure. A sample of the completed cable with end seal in place shall withstand without leakage, the water and air leakage test specified in 4.6.13.

3.11.23 Natural rubber.- Unless specifically authorized, the use of natural rubber either as a component of electric cables or as a component of end seals, will not be permitted.

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

## 3.12 TYPE SHFA CABLE

### CONSTRUCTION

3.12.1 Types SHFA-3 to 9, inclusive:

First. A standard conductor of bare, uncoated copper (see 3.10).
Second. A wall of synthetic resin insulation (see 3.11.2).
Third. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Fourth. With or without separator (see 3.11.14) at manufacturer's option.
Fifth. An impervious sheath (see 3.11.18).
Sixth. Braided metal armor (see 3.11.20).
Seventh. Paint (see 3.11.21).

3.12.2 Types SHFA-14 to 800, inclusive:

First. A standard copper conductor (see 3.10)
Second. With or without separator (see 3.11.14) at manufacturer's option.
Third. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Fourth. A separator (see 3.11.14).
Fifth. A wall of varnished cambric insulation (see 3.11.7).
Sixth. A separator (see 3.11.14).
Seventh. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Eighth. With or without separator (see 3.11.14) at manufacturer's option.
Ninth. An impervious sheath (see 3.11.18).
Tenth. Braided metal armor (see 3.11.20).
Eleventh. Paint (see 3.11.21).

### TEST REQUIREMENTS

Drip (see 4.6.8).
Cold bend (see 4.6.9).
Flammability (see 4.6.10).
Current overload (see 4.6.11).
Water and air leakage (see 4.6.13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameters (inches) | | | Dielectric strength (see 4.6.19) | | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4.6.24) | Insulation resistance 1000 feet (see 4.6.25) | Cold bend mandrel diameter (see 4.6.9) |
|---|---|---|---|---|---|---|---|---|---|
| | | Over-synthetic resin | | Over-all | After flame test | Full reel | Bare | | |
| | | Minimum | | | Minimum | Minimum | Maximum | Minimum | |
| | | | | | Volts | Volts | Ohms | Megohms | Inches |
| SHFA-3 | 3(7) | 0.092 | | 0.355 | 1,000 | 2,000 | 3.92 | 100 | 5 |
| SHFA-4 | 4(7) | .115 | | .500 | 1,000 | 2,000 | 2.46 | 100 | 6 |
| SHFA-9 | 9(7) | .163 | | .656 | 1,000 | 2,000 | 1.23 | 100 | 8 |
| | | Over first asbestos or glass | Over varnished cambric | | | | Coated Maximum | | |
| SHFA-14 | 14(7) | 0.226 | 0.334 | .684 | 1,500 | 2,000 | 0.796 | 225 | 9 |
| SHFA-23 | 23(7) | .261 | .369 | .719 | 1,500 | 2,000 | .499 | 200 | 9 |
| SHFA-30 | 30(19) | .291 | .399 | .749 | 1,500 | 2,000 | .371 | 180 | 10 |
| SHFA-40 | 40(19) | .316 | .424 | .774 | 1,500 | 2,000 | .293 | 170 | 10 |
| SHFA-50 | 50(19) | .344 | .452 | .802 | 1,500 | 2,000 | .232 | 160 | 11 |
| SHFA-75 | 75(37) | .407 | .515 | .865 | 1,500 | 2,000 | .151 | 135 | 11 |
| SHFA-100 | 100(61) | .453 | .561 | .911 | 1,500 | 2,000 | .116 | 125 | 12 |
| SHFA-150 | 150(61) | .547 | .655 | 1.005 | 1,500 | 3,000 | .0776 | 100 | 13 |
| SHFA-200 | 200(61) | .604 | .712 | 1.062 | 1,500 | 3,000 | .0575 | 90 | 13 |
| SHFA-300 | 300(91) | .718 | .826 | 1.176 | 1,500 | 3,000 | .0385 | 80 | 15 |
| SHFA-400 | 400(127) | .832 | .988 | 1.338 | 1,500 | 3,000 | .0276 | 70 | 17 |
| SHFA-500 | 500(127) | .923 | 1.079 | 1.429 | 1,500 | 3,000 | .0219 | 65 | 18 |
| SHFA-650 | 650(127 | 1.026 | 1.182 | 1.532 | 1,500 | 3,000 | .0173 | 60 | 20 |
| SHFA-800 | 800(127) | 1.141 | 1.297 | 1.647 | 1,500 | 3,000 | .0137 | 50 | 21 |

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.13 TYPE SHFL CABLE

CONSTRUCTION

First. A standard copper conductor (see 3.10).
Second. With or without separator (see 3.11.14) at manufacturer's option.
Third. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Fourth. A separator (see 3 11.14).
Fifth. A wall of varnished cambric insulation (see 3.11.7).
Sixth. A separator (see 3.11.14).
Seventh. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Eight. With or without separator (see 3.11.14) at manufacturer's option.
Ninth. An impervious sheath (see 3.11.18).
Tenth. A lead sheath (see 3.11.19) having an average thickness of 0.094 inch.

TEST REQUIREMENTS

Drip (see 4.6.8).
Cold bend (see 4.6.9).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductors | Diameters: Over first asbestos or glass | Diameters: Over varnished cambric | Diameters: Over-all | Dielectric strength (see 4.6.19) | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4.6.24) Coated | Insulation resistance 1000 feet (see 4.6.25) | Cold bend mandrel diameter (see 4.6.9) |
|---|---|---|---|---|---|---|---|---|
| | | | | | Minimum | Maximum | Minimum | |
| | | Inches | Inches | Inches | Volts | Ohms | Megohms | Inches |
| SHFL-650 | 650(127) | 1.026 | 1.182 | 1.650 | 3,000 | 0.0173 | 60 | 25 |
| SHFL-800 | 800(127) | 1.141 | 1.297 | 1.765 | 3,000 | .0137 | 50 | 26 |
| SHFL-1000 | 1000(127) | 1.277 | 1.433 | 1.901 | 3,000 | .0108 | 45 | 28 |

Type SHFL (3.13)

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.14 TYPE DHFA CABLE.

CONSTRUCTION

3.14.1 Types DHFA-3 to 9 inclusive:

First. A standard conductor of bare, uncoated copper (see 3.10).
Second. A wall of synthetic resin insulation (see 3.11.2).
Third. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Fourth. Two conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Fillers (see 3.11.11) shall be employed to obtain a firm, well rounded assembly.
Fifth. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Sixth. With or without separator (see 3.11.14) at manufacturer's option.
Seventh. An impervious sheath (see 3.11.18).
Eighth. Braided metal armor (see 3.11.20).
Ninth. Paint (see 3.11.21).

3.14.2 Types DHFA-14 to 400, inclusive:

First. A standard copper conductor (see 3.10).
Second. With or without separator (see 3.11.14) at manufacturer's option.
Third. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Fourth. A separator (see 3.11.14).
Fifth. A wall of varnished cambric insulation (see 3.11.7).
Sixth. A separator (see 3.11.14).
Seventh. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Eighth. Two conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Fillers (see 3.11.11) shall be employed to obtain a firm, well rounded assembly.
Ninth. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Tenth. With or without separator (see 3.11.14) at manufacturer's option.
Eleventh. An impervious sheath (see 3.11.18).
Twelfth. Braided metal armor (see 3.11.20).
Thirteenth. Paint (see 3.11.21).

TEST REQUIREMENTS

Drip (see 4.6.8).
Cold bend (see 4.6.9).
Flammability (see 4.6.10).
Current overload (see 4.6.11).
Water and air leakage (see 4.6.13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameters (inches) | | | | Dielectric strength (see 4.6.19) | | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4.6.24) | Insulation resistance 1,000 feet: (see 4.6.25) | Cold bend mandrel diameter (see 4.6.9) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Over synthetic resin | | Over first asbestos or glass | Over-all | After flame test | Full reel | Bare | | |
| | | Minimum | | | | Minimum Volts | Minimum Volts | Maximum Ohms | Minimum Megohms | Inches |
| DHFA-3 | 3(7) | 0.092 | | 0.140 | 0.530 | 1,000 | 2,000 | 4.00 | 100 | 7 |
| DHFA-4 | 4(7) | .115 | | .214 | .778 | 1,000 | 2,000 | 2.50 | 100 | 10 |
| DHFA-9 | 9(7) | .163 | | .246 | .842 | 1,000 | 2,000 | 1.26 | 100 | 11 |
| | | Over first asbestos or glass | Over varnished cambric | Over second asbestos or glass | | | | Coated Maximum | | |
| DHFA-14 | 14(7) | 0.166 | 0.226 | 0.286 | .922 | 1,500 | 2,000 | 0.812 | 275 | 12 |
| DHFA-23 | 23(7) | .201 | .261 | .321 | .922 | 1,500 | 2,000 | .509 | 250 | 13 |
| DHFA-30 | 30(19) | .241 | .313 | .373 | 1.108 | 1,500 | 2,000 | .379 | 225 | 14 |
| DHFA-40 | 40(19) | .266 | .338 | .398 | 1.168 | 1,500 | 2,000 | .299 | 215 | 15 |
| DHFA-50 | 50(19) | .294 | .336 | .426 | 1.224 | 1,500 | 2,000 | .237 | 200 | 16 |
| DHFA-60 | 60(37) | .332 | .404 | .484 | 1.340 | 1,500 | 2,000 | .195 | 190 | 17 |
| DHFA-75 | 75(37) | .367 | .457 | .537 | 1.474 | 1,500 | 2,000 | .154 | 175 | 19 |
| DHFA-100 | 100(61) | .423 | .513 | .593 | 1.586 | 1,500 | 2,000 | .118 | 160 | 20 |
| DHFA-125 | 125(61) | .467 | .557 | .637 | 1.674 | 1,500 | 2,000 | .0936 | 150 | 22 |
| DHFA-150 | 150(61) | .537 | .627 | .717 | 1.854 | 1,500 | 3,000 | .0741 | 135 | 24 |
| DHFA-200 | 200(61) | .594 | .684 | .774 | 1.968 | 1,500 | 3,000 | .0587 | 125 | 25 |
| DHFA-250 | 250(61) | .667 | .757 | .847 | 2.142 | 1,500 | 3,000 | .0465 | 120 | 27 |
| DHFA-300 | 300(91) | .718 | .826 | .916 | 2.280 | 1,500 | 3,000 | .0393 | 110 | 30 |
| DHFA-400 | 400(127) | .832 | .940 | 1.030 | 2.508 | 1,500 | 3,000 | .0282 | 100 | 32 |

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.15 TYPE THFA CABLE.

CONSTRUCTION

3.15.1 Types THFA-3 to 9, inclusive:

First. A standard conductor of bare, uncoated copper (see 3.10).
Second. A wall of synthetic resin insulation (see 3.11.2).
Third. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Fourth. Three conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Fillers (see 3.11.11) shall be employed to obtain a firm, well rounded assembly.
Fifth. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Sixth. With or without separator (see 3.11.14) at manufacturer's option.
Seventh. An impervious sheath (see 3.11.18).
Eighth. Braided metal armor (see 3.11.20).
Ninth. Paint (see 3.11.21).

3.15.2 Types THFA-14 to 400, inclusive:

First. A standard copper conductor (see 3.10).
Second. With or without separator (see 3.11.14) at manufacturer's option.
Third. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11:10).
Fourth. A separator (see 3.11.14).
Fifth. A wall of varnished cambric insulation (see 3.11.7).
Sixth. A separator (see 3.11.14).
Seventh. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Eighth. Three conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Fillers (see 3.11.11) shall be employed to obtain a firm, well rounded assembly.
Ninth. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Tenth. With or without separator (see 3.11.14) at manufacturer's option.
Eleventh. An impervious sheath (see 3.11.18).
Twelfth. Braided metal armor (see 3.11.20).
Thirteenth. Paint (see 3.11.21).

TEST REQUIREMENTS

Drip (see 4.6.8).
Cold bend (see 4.6.9).
Flammability (see 4.6.10).
Current overload (see 4.6.11).
Water and air leakage (see 4.6.13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameters (inches) | | | | Dielectric strength (see 4.6.19) | | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4.6.24) | Insulation resistance 1,000 feet (see 4.6.25) | Cold bend mandrel diameter (see 4.6.9) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Over synthetic resin | Over first asbestos or glass | | Overall | After flame test | Full reel | Bare | | |
| | | Minimum | | | | Minimum | Minimum | Maximum | Minimum | |
| | | | | | | Volts | Volts | Ohms | Megohms | Inches |
| THFA-3 | 3(7) | 0.092 | 0.140 | | 0.560 | 1,000 | 2,000 | 4.00 | 100 | 7 |
| THFA-4 | 4(7) | .115 | .214 | | .812 | 1,000 | 2,000 | 2.50 | 100 | 10 |
| THFA-9 | 9(7) | .163 | .246 | | .881 | 1,000 | 2,000 | 1.26 | 100 | 11 |
| | | Over first asbestos or glass | Over varnished cambric | Over second asbestos or glass | | | | Coated Maximum | | |
| THFA-14 | 14(7) | 0.166 | 0.226 | 0.286 | .968 | 1,500 | 2,000 | 0.812 | 275 | 12 |
| THFA-23 | 23(7) | .201 | .261 | .321 | 1.043 | 1,500 | 2,000 | .509 | 250 | 13 |
| THFA-30 | 30(19) | .241 | .313 | .373 | 1.168 | 1,500 | 2,000 | .379 | 225 | 15 |
| THFA-40 | 40(19) | .266 | .338 | .398 | 1.232 | 1,500 | 2,000 | .299 | 215 | 16 |
| THFA-50 | 50(19) | .394 | .366 | .426 | 1.292 | 1,500 | 2,000 | .237 | 200 | 17 |
| THFA-60 | 60(37) | .332 | .404 | .484 | 1.417 | 1,500 | 2,000 | .195 | 190 | 18 |
| THFA-75 | 75(37) | .367 | .457 | .537 | 1.560 | 1,500 | 2,000 | .154 | 175 | 20 |
| THFA-100 | 100(61) | .423 | .513 | .593 | 1.681 | 1,500 | 2,000 | .118 | 160 | 22 |
| THFA-125 | 125(61) | .467 | .557 | .637 | 1.776 | 1,500 | 2,000 | .0936 | 150 | 23 |
| THFA-150 | 150(61) | .537 | .627 | .717 | 1.969 | 1,500 | 3,000 | .0741 | 135 | 25 |
| THFA-200 | 200(61) | .594 | .684 | .774 | 2.092 | 1,500 | 3,000 | .0587 | 125 | 27 |
| THFA-250 | 250(61) | .667 | .757 | .847 | 2.278 | 1,500 | 3,000 | .0465 | 120 | 29 |
| THFA-300 | 300(91) | .718 | .826 | .916 | 2.427 | 1,500 | 3,000 | .0393 | 110 | 31 |
| THFA-350 | 350(91) | .772 | .880 | .970 | 2.545 | 1,500 | 3,000 | .0331 | 105 | 33 |
| THFA-400 | 400(127) | .832 | .940 | 1.030 | 2.673 | 1,500 | 3,000 | .0282 | 100 | 34 |

Type THFA (3.15)

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.16 TYPE FHFA CABLE.

CONSTRUCTION

3.16.1 Types FHFA-3 and 4:

First. A standard conductor of bare, uncoated copper (see 3.10).
Second. A wall of synthetic resin insulation (see 3.11.2).
Third. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Fourth. Four conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Fillers (see 3.11.11) shall be employed to obtain a firm, well-rounded assembly.
Fifth. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Sixth. With or without separator (see 3.11.14) at manufacturer's option.
Seventh. An impervious sheath (see 3.11.18).
Eighth. Braided metal armor (see 3.11.20).
Ninth. Paint (see 3.11.21).

3.16.2 Types FHFA-23 and 50:

First. A standard copper conductor (see 3.10).
Second. With or without separator (see 3.11.14) at manufacturer's option.
Third. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Fourth. A separator (see 3.11.14).
Fifth. A wall of varnished cambric insulation (see 3.11.7).
Sixth. A separator (see 3.11.14).
Seventh. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Eighth. Four conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Fillers (see 3.11.11) shall be employed to obtain a firm, well-rounded assembly.
Ninth. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Tenth. With or without separator (see 3.11.14) at manufacturer's option.
Eleventh. An impervious sheath (see 3.11.18).
Twelfth. Braided metal armor (see 3.11.20).
Thirteenth. Paint (see 3.11.21).

TEST REQUIREMENTS

Drip (see 4.6.8).
Cold bend (see 4.6.9).
Flammability (see 4.6.10).
Current overload (see 4.6.11).
Water and air leakage (see 4.6.13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameter (inches): Over synthetic resin, Maximum | Diameter (inches): Over first asbestos or glass | Diameter (inches): Over varnished cambric | Diameter (inches): Over second asbestos or glass | Diameter (inches): Overall | Dielectric strength (see 4.6.19): After flame test | Dielectric strength (see 4.6.19): Full reel | Conductor resistance (d.c.) per 1,000 feet at 25°C. (see 4.6.24): Bare, Maximum | Insulation resistance 1,000 ft. (see 4.6.25): Minimum | Cold bend mandrel diameter (see 4.6.9) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Volts | Volts | Ohms | Megohms | Inches |
| FHFA-3 | 3(7) | 0.092 | 0.140 | ----- | ------ | 0.610 | 1,000 | 2,000 | 4.00 | 100 | 8 |
| FHFA-4 | 4(7) | .115 | .214 | ----- | ------ | .865 | 1,000 | 2,000 | 2.50 | 100 | 11 |
| | | | | | | | | | Coated (Max.) | | |
| FHFA-23 | 23(7) | ----- | .201 | 0.261 | 0.321 | 1.130 | 1,500 | 2,000 | .509 | 250 | 14 |
| FHFA-50 | 50(19) | ----- | .294 | .366 | .426 | 1.410 | 1,500 | 2,000 | .237 | 200 | 18 |

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.17 TYPE SHFP CABLE (For 5000 Volt Service).

CONSTRUCTION

First. A standard copper conductor (see 3.10).
Second. With or without separator (see 3.11.14) at manufacturer's option.
Third. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Fourth. A separator (see 3.11.14).
Fifth. A wall of varnished cambric insulation (see 3.11.7).
Sixth. A separator (see 3.11.14).
Seventh. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Eighth. With or without separator (see 3.11.14) at manufacturer's option.
Ninth. An impervious sheath (see 3.11.18).
Tenth. Braided bronze armor (see 3.11.20).

TEST REQUIREMENTS.

Drip (see 4.6.8).
Cold bend (see 4.6.9).
Flammability (see 4.6.10).
Water and air leakage (see 4.6.13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameters: Over first asbestos or glass | Diameters: Over varnished cambric | Diameters: Over second asbestos or glass | Diameters: Overall | Dielectric strength (see 4.6.19): After flame test, Minimum | Dielectric strength (see 4.6.19): Full reel, Minimum | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4.6.24): Coated, Maximum | Insulation resistance 1,000 feet (see 4.6.25): Minimum | Cold bend mandrel diameter (see 4.6.9) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Inches | Inches | Inches | Inches | Volts | Volts | Ohms | Megohms | Inches |
| SHFP-200 | 200(61) | 0.586 | 0.838 | 0.940 | 1.260 | 3,000 | 12,000 | 0.0575 | 225 | 16 |
| SHFP-300 | 300(91) | .700 | .952 | 1.054 | 1.374 | 3,000 | 12,000 | .0385 | 200 | 18 |
| SHFP-400 | 400(127) | .814 | 1.066 | 1.168 | 1.488 | 3,000 | 12,000 | .0276 | 175 | 20 |
| SHFP-500 | 500(127) | .905 | 1.157 | 1.259 | 1.579 | 3,000 | 12,000 | .0219 | 160 | 21 |
| SHFP-650 | 650(127) | 1.008 | 1.260 | 1.362 | 1.682 | 3,000 | 12,000 | .0173 | 140 | 22 |
| SHFP-800 | 800(127) | 1.123 | 1.375 | 1.477 | 1.797 | 3,000 | 12,000 | .0137 | 125 | 23 |

Type SHFP (3.17)

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.18 TYPE SHFR CABLE(For 3,000-Volt Service).

CONSTRUCTION

First. A standard conductor of bare, uncoated copper (see 3.10).
Second. A wall of synthetic resin insulation (see 3.11.2).
Third. With or without separator (see 3.11.14) at manufacturer's option.
Fourth. A wall of varnished-cambric insulation (see 3.11.7).
Fifth. A separator (see 3.11.14).
Sixth. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Seventh. With or without separator (see 3.11.14) at manufacturer's option.
Eighth. An impervious sheath (see 3.11.18).
Ninth. Braided metal armor (see 3.11.20).
Tenth. Paint (see 3.11.21).

TEST REQUIREMENTS

Cold bend (see 4.6.9).
Flammability (see 4.6.10).
Water and air leakage (see 4.6.13).
Electrical tests (see following table).
Watertightness (see Appendx I).

| Type | Standard copper conductor | Diameters: Over synthetic resin: Minimum | Diameters: Over varnished cambric | Diameters: Overall | Dielectric strength (see 4.6.19): After flame test: Minimum | Dielectric strength (see 4.6.19): Full reel: Minimum | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4.6.24): Bare Maximum | Insulation resistance 1,000 feet (see 4.6.25): Minimum | Cold bend mandrel diameter (see 4.6.9) |
|---|---|---|---|---|---|---|---|---|---|
| | | Inch | Inch | Inch | Volts | Volts | Ohms | Megohms | Inches |
| SHFR-4 | 4(7) | 0.115 | 0.185 | 0.540 | 3,000 | 8,000 | 2.46 | 300 | 7 |

Type SHFR (3.18)

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.19 TYPE DHFR CABLE (For 3,000 Volt Service).

CONSTRUCTION

First. A standard conductor of bare, uncoated copper (see 3.10).

Second. A wall of synthetic resin insulation (see 3.11.2).

Third. With or without separator (see 3.11.14) at manufacturer's option.

Fourth. A wall of varnished-cambric insulation (see 3.11.7).

Fifth. A separator (see 3.11.14).

Sixth. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).

Seventh. Two conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Fillers (see 3.11.11) shall be employed to obtain a firm, well rounded assembly.

Eighth. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).

Ninth. With or without separator (see 3.11.14) at manufacturer's option.

Tenth. An impervious sheath (see 3.11.18).

Eleventh. Braided metal armor (see 3.11.20).

Twelfth. Paint (see 3.11.21).

TEST REQUIREMENTS

Cold bend (see 4.6.9).
Flammability (see 4.6.10).
Water and air leakage (see 4.6.13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameters | | | | Dielectric strength (see 4.6.19) | | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4.6.24) | Insulation resistance: 1,000 feet (see 4.6.25) | Cold bend mandrel diameter (see 4.6.9) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Over synthetic resin | Over varnished cambric | Over first asbestos or glass | Overall | After flame test | Full reel | | | |
| | | Minimum | | | | Minimum | Minimum | Bare Maximum | Minimum | |
| | | Inch | Inch | Inch | Inch | Volts | Volts | Ohms | Megohms | Inches |
| DHFR-4 | 4(7) | 0.115 | 0.185 | 0.247 | 0.844 | 3,000 | 8,000 | 2.50 | 400 | 10 |

Type DHFR (3.19)

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.20 TYPE THFR CABLE (For 3,000 Volt Service).

CONSTRUCTION

First. A standard conductor of bare, uncoated copper (see 3.10).
Second. A wall of synthetic resin insulation (see 3.11.2).
Third. With or without separator (see 3.11.14) at manufacturer's option.
Fourth. A wall of varnished-cambric insulation (see 3.11.7).
Fifth. A separator (see 3.11.14).
Sixth. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Seventh. Three conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Fillers (see 3.11.11) shall be employed to obtain a firm, well rounded assembly.
Eighth. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Ninth. With or without separator (see 3.11.14) at manufacturer's option.
Tenth. An impervious sheath (see 3.11.18).
Eleventh. Braided metal armor (see 3.11.20).
Twelfth. Paint (see 3.11.21).

TEST REQUIREMENTS

Cold bend (see 4.6.9).
Flammability (see 4.6.10).
Water and air leakage (see 4.6.13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameters: Over synthetic resin, Minimum | Diameters: Over varnished cambric | Diameters: Over first asbestos or glass | Diameters: Overall | Dielectric strength (see 4.6.19): After flame test, Minimum | Dielectric strength: Full reel, Minimum | Conductor resistance (d.c.) per 1000 feet at 25 °C. (see 4.6.24): Bare, Maximum | Insulation resistance: 1,000 feet (see 4.6.25), Minimum | Cold bend mandrel diameter (see 4.6.9) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Inch | Inch | Inch | Inch | Volts | Volts | Ohms | Megohms | Inches |
| THFR-4 | 4(7) | 0.115 | 0.185 | 0.247 | 0.883 | 3,000 | 8,000 | 2.50 | 400 | 11 |

Type THFR (3.20)

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.21 TYPE SDGA CABLE.

CONSTRUCTION

First. A standard copper conductor (see 3.10).
Second. With or without separator (see 3.11.14) at manufacturer's option.
Third. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Fourth. A separator (see 3.11.14).
Fifth. A wall of varnished-cambric insulation (see 3.11.7), except that less than 3 thicknesses of varnished cambric shall be permitted, provided the minimum thickness at any point is not less than one-half of the calculated nominal thickness.
Sixth. With or without separator (see 3.11.14) at manufacturer's option.
Seventh. A wall of felted asbestos (see 3.11:9) or glass fiber (see 3.11.10). This wall may be omitted at manufacturer's option provided the thickness of the other components (asbestos wall "Third", varnished cambric "Fifth" and/or sheath "Ninth") is increased so as to permit strict adherence of the completed cable to the specified over-all dimensions.
Eighth. With or without separator (see 3.11.14) at manufacturer's option.
Ninth. An impervious sheath (see 3.11.18).
Tenth. Braided metal armor (see 3.11.20).
Eleventh. Paint (see 3.11.21).

TEST REQUIREMENTS

Drip (see 4.6.8).
Cold bend (see 4.6.9).
Flammability (see 4.6.10).
Current overload (see 4.6.11).
Water and air leakage (see 4.6.13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameters: Over first asbestos or glass | Diameters: Over varnished cambric | Diameters: Over-all | Dielectric strength (see 4.6.19): After flame test *: Minimum | Dielectric strength (see 4.6.19): Full reel: Minimum | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4.6.24): Coated Maximum | Insulation resistance: 1,000 feet (see 4.6.25): Minimum | Cold bend mandrel diameter (see 4.6.9) |
|---|---|---|---|---|---|---|---|---|---|
| | | Inches | Inches | Inches | Volts | Volts | Ohms | Megohms | Inches |
| SDGA-400 | 400(127) | 0.792 | 0.854 | 1.270 | 500 | 1,000 | 0.0276 | 25 | 20 |
| SDGA-500 | 500(127) | .883 | .945 | 1.360 | 500 | 1,000 | .0219 | 20 | 20 |
| SDGA-650 | 650(127) | .986 | 1.048 | 1.460 | 500 | 1,000 | .0173 | 20 | 22 |
| SDGA-800 | 800(127) | 1.101 | 1.163 | 1.580 | 500 | 1,000 | .0137 | 15 | 24 |
| SDGA-1000 | 1000(127) | 1.237 | 1.299 | 1.710 | 500 | 1,000 | .0108 | 15 | 24 |
| SDGA-1300 | 1300(127) | 1.386 | 1.466 | 1.880 | 500 | 1,000 | .00858 | 10 | 26 |
| SDGA-1600 | 1600(127) | 1.540 | 1.620 | 2.030 | 500 | 1,000 | .00681 | 10 | 26 |
| SDGA-2000 | 2000(127) | 1.750 | 1.830 | 2.240 | 500 | 1,000 | .00539 | 10 | 28 |

Type SDGA (3.21)

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.22 TYPE MDGA CABLE.

CONSTRUCTION

First. A standard copper conductor (see 3.10).
Second. With or without separator (see 3.11.14) at manufacturer's option.
Third. A wall of felted asbestos (see 3.11.9 or glass fiber (see 3.11.10).
Fourth. A separator (see 3.11.14).
Fifth. A wall of varnished cambric insulation (see 3.11.7).
Sixth. With or without separator (see 3.11.14) at manufacturer's option.
Seventh. An inner braid (see 3.11.16) of rayon impregnated with a clear moisture and flame retardant compound.
Eighth. Nineteen conductors shall be cabled together with a lay not greater than 24 times the pitch diameter of the layer. Fillers (see 3.11.11) shall be used to obtain a firm, well rounded assembly.
Ninth. A suitable binder over the conductor assembly.
Tenth. An impervious sheath (see 3.11.18).
Eleventh. Braided metal armor (see 3.11.20).
Twelfth. Paint (see 3.11.21).

TEST REQUIREMENTS.

Drip (see 4.6.8).
Cold bend (see 4.6.9).
Flammability (see 4.6.10).
Current overload (see 4.6.11).
Water and air leakage (see 4.6.13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameters: Over asbestos or glass | Diameters: Over varnished cambric | Diameters: Overall | Dielectric strength (see 4.6.19): After flame test, Minimum | Dielectric strength (see 4.6.19): Full reel, Minimum | conductor resistance (d.c.) per 1000 feet at 25 °C. (see 4.6.24) Coated, Maximum | Insulation resistance, 1,000 feet (see 4.6.25), Minimum | Cold bend mandrel diameter (see 4.6.9) |
|---|---|---|---|---|---|---|---|---|---|
| | | Inch | Inch | Inches | Volts | Volts | Ohms | Megohms | Inches |
| MDGA-19(6) | 6(7) | 0.122 | 0.170 | 1.285 | 500 | 1,000 | 1.80 | 50 | 16 |
| MDGA-19(14) | 14(7) | .166 | .226 | 1.520 | 500 | 1,000 | 0.812 | 50 | 19 |
| MDGA-19(23) | 23(7) | .211 | .283 | 1.820 | 500 | 1,000 | .509 | 50 | 21 |
| MDGA-19(40) | 40(19) | .266 | .338 | 2.100 | 500 | 1,000 | .299 | 50 | 25 |

Type MDGA (3.22)

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.23 TYPE MDGL CABLE.

CONSTRUCTION

First. A standard copper conductor (see 3.10).

Second. With or without separator (see 3.11.14) at manufacturer's option.

Third. A wall of felted asbestos (see 3.11.9) or a glass fiber (see 3.11.10).

Fourth. A separator (see 3.11.14).

Fifth. A wall of varnished-cambric insulation (see 3.11.7).

Sixth. With or without separator (see 3.11.14) at manufacturer's option.

Seventh. An inner braid (see 3.11.16) of rayon impregnated with a clear moisture and flame retardant compound.

Eighth. Nineteen conductors shall be cabled together with a lay not greater than 24 times the pitch diameter of the layer. Fillers (see 3.11.11) shall be used to obtain a firm, well rounded assembly.

Ninth. A suitable binder over the conductor assembly.

Tenth. A lead sheath (see 3.11.19).

Eleventh. An outer protective covering of duck tape, or a tape (see 3.11.15) and an outer cotton braid (see 3.11.16). The lead sheathed cable shall be coated with hot asphalt or tar compound immediately before the application of tape. Duck tape shall be cut from high grade 8-ounce duck which has been presaturated with asphalt or tar compound. The average thickness of the duck tape shall be not less than 0.020 inch. The cut edges of the duck tape shall not fray nor disclose any unsaturated fibers. Duck tape shall be applied helically with an overlap of not less than 25 percent of its width. A suitable asphalt or pitch compound shall be applied over the duck tape to provide a smooth, hard, dry surface. The cable shall be finished with a suitable material which will prevent sticking of adjacent turns on a reel.

TEST REQUIREMENTS

Drip (see 4.6.8).
Cold bend (see 4.6.9).

Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameters: Over asbestos or glass | Diameters: Over varnished cambric | Diameters: Overall | Dielectric strength (see 4.6.19) | Conductor resistance (d.c.) per 1000 feet at 25 °C. (see 4.6.24). Coated | Insulation resistance 1,000 feet (see 4.6.25). | Cold bend mandrel diameter (see 4.6.9) |
|---|---|---|---|---|---|---|---|---|
| | | | | | Minimum | Maximum | Minimum | |
| | | Inch | Inch | Inches | Volts | Ohms | Megohms | Inches |
| MDGL-19(6) | 6(7) | 0.122 | 0.170 | 1.285 | 1,000 | 1.80 | 50 | 16 |
| MDGL-19(14) | 14(7) | .166 | .226 | 1.550 | 1,000 | 0.812 | 50 | 18 |
| MDGL-19(23) | 23(7) | .211 | .283 | 1.850 | 1,000 | .509 | 50 | 24 |
| MDGL-19(40) | 40(19) | .266 | .338 | 2.130 | 1,000 | .299 | 50 | 28 |

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.24 TYPE MHFA CABLE.

CONSTRUCTION

First. The standard conductor size 3(7) of bare, uncoated copper (see 3.10).

Second. A wall of synthetic resin insulation (see 3.11.2).

Third. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).

Fourth. An inner braid (see 3.11.16) of rayon impregnated with a clear moisture and flame retardant compound.

Fifth. The specified number of conductors shall be cabled together with a lay not greater than 16 times the pitch diameter of the layer. Fillers (see 3.11.11) shall be employed, where necessary, to obtain a firm, well rounded assembly.

Sixth. An approved binder over the conductor assembly.

Seventh. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).

Eighth. With or without separator (see 3.11.14) at manufacturer's option.

Ninth. An impervious sheath (see 3.11.18).

Tenth. Braided metal armor (see 3.11.20).

Eleventh. Paint (see 3.11.21).

TEST REQUIREMENTS

Cold bend (see 4.6.9).
Flammability (see 4.6.10).
Water and air leakage (see 4.6.13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Number of conductors | Diameters: Over synthetic resin, Minimum | Diameters: Over asbestos or glass | Diameters: Overall | Dielectric strength (see 4.6.19): After flame test, Minimum | Dielectric strength (see 4.6.19): Full reel, Minimum | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4.6.24): Bare, Maximum | Insulation resistance: 1,000 feet (see 4.6.25): Minimum | Cold bend mandrel diameter (see 4.6.9): Individual conductors | Cold bend mandrel diameter (see 4.6.9): Completed cable |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Inch | Inch | Inches | Volts | Volts | Ohms | Megohms | Inch | Inches |
| MHFA-7 | 7 | 0.092 | 0.145 | 0.859 | 1,000 | 2,000 | 4.03 | 100 | 0.50 | 11 |
| MHFA-10 | 10 | .092 | .145 | 1.037 | 1,000 | 2,000 | 4.03 | 100 | 0.50 | 13 |
| MHFA-14 | 14 | .092 | .145 | 1.118 | 1,000 | 2,000 | 4.03 | 100 | 0.50 | 15 |
| MHFA-19 | 19 | .092 | .145 | 1.209 | 1,000 | 2,000 | 4.03 | 100 | 0.50 | 16 |
| MHFA-24 | 24 | .092 | .145 | 1.375 | 1,000 | 2,000 | 4.03 | 100 | 0.50 | 17 |
| MHFA-30 | 30 | .092 | .145 | 1.456 | 1,000 | 2,000 | 4.03 | 100 | 0.50 | 19 |
| MHFA-37 | 37 | .092 | .145 | 1.569 | 1,000 | 2,000 | 4.03 | 100 | 0.50 | 20 |
| MHFA-44 | 44 | .092 | .145 | 1.734 | 1,000 | 2,000 | 4.03 | 100 | 0.50 | 22 |

Type MHFA (3.24)

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.25 TYPE TTHFWA CABLE.

CONSTRUCTION

First. The standard conductor size 3/5(7) or bare, uncoated copper (see 3.10).
Second. A wall of synthetic resin insulation (see 3.11.2).
Third. Two (see note) conductors shall be twisted together with a lay not more than 2-1/4 inches.
Fourth. The specified number of twisted pairs shall be cabled together with a lay not greater than 10 inches. Fibrous fillers (see 3.11.11) shall not be employed.
Fifth. An approved binder over the assembled pairs.
Sixth. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Seventh. With or without seperator (see 3.11.14) at manufacturer's option.
Eighth. An impervious sheath (see 3.11.18).
Ninth. Braided metal armor (see 3.11.20).
Tenth. Paint (see 3.11.21).

TEST REQUIREMENTS

Cold bend (see 4.6.9).
Flammability (see 4.6.10).
Water and air leakage (see 4.6.13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Number of pairs | Diameters: Over insulated conductor, Minimum | Diameters: Overall | Dielectric strength (see 4.6.19): Between conductors, Minimum | Dielectric strength (see 4.6.19): Conductors to ground, Minimum | Conductor resistance (d.c.) per 1,000 feet at 25 °C. (see 4.6.24): Bare, Maximum | Insulation resistance: 1,000 feet (see 4.6.25): Minimum | Cold bend mandrel diameter (see 4.6.9) |
|---|---|---|---|---|---|---|---|---|
| | | Inch | Inches | Volts | Volts | Ohms | Megohms | Inches |
| TTHFWA-1-1/2 | 1-1/2 | 0.062 | 0.380 | 1,000 | 2,000 | 16.20 | 100 | 5 |
| TTHFWA-3 | 3 | .062 | .500 | 1,000 | 2,000 | 16.20 | 100 | 7 |
| TTHFWA-5 | 5 | .062 | .590 | 1,000 | 2,000 | 16.20 | 100 | 8 |
| TTHFWA-10 | 10 | .062 | .690 | 1,000 | 2,000 | 16.20 | 100 | 9 |
| TTHFWA-15 | 15 | .062 | .800 | 1,000 | 2,000 | 16.20 | 100 | 10 |
| TTHFWA-20 | 20 | .062 | .880 | 1,000 | 2,000 | 16.20 | 100 | 11 |
| TTHFWA-30 | 30 | .062 | 1.030 | 1,000 | 2,000 | 16.20 | 100 | 13 |
| TTHFWA-40 | 40 | .062 | 1.130 | 1,000 | 2,000 | 16.20 | 100 | 15 |
| TTHFWA-50 | 50 | .062 | 1.265 | 1,000 | 2,000 | 16.20 | 100 | 16 |
| TTHFWA-60 | 60 | .062 | 1.350 | 1,000 | 2,000 | 16.20 | 100 | 17 |

Type TTHFWA (3.25)

NOTE: Type TTHFWA-1-1/2 comprises 1-1/2 pairs, or three instead of two conductors twisted together.

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.36 TYPE TTRSA CABLE.

CONSTRUCTION

First. A standard copper conductor size 1(7) (see 3.10). With or without an approved separator (see 3.11.14), at manufacturer's option. Circuit identification by means of not less than 4 colored threads among the strands of the conductor, as satisfactory to the bureau concerned, unless accomplished under "Second".[1]

Second. A wall of polythene (see 3.11.4), to the diameter and within the dimensional tolerances required to obtain the specified degree of performance as limited by the maximum over-all diameter of the finished cable. Circuit identification (see 3.9.2), unless accomplished under "first".[1]

Third. Two such insulated conductors shall be combined to form a pair. They shall be twisted together with any lay necessary to obtain the specified mechanical and electrical characteristics. One conductor shall be color-coded white, and the other shall be color-coded black.[1]

Fourth. A close shield of 0.005-inch diameter tinned copper wire, providing not less than 90 percent coverage.

Fifth. A cotton braid (see 3.11.16.1 and 3.11.16.2), except that the thread size shall be 30/2 or finer. The braid shall be lightly impregnated with a synthetic resin material to afford satisfactory abrasion resistance, and shall be color-coded (see 3.9.5) for identification of each shielded pair.

Sixth. The number of shielded pairs indicated in the following table shall be cabled together with a lay not to exceed 14 inches. Impregnated asbestos or glass fiber fillers (see 3.11.11) shall be used if necessary to obtain circularity of cross section. The grouped pairs shall be bound together by a thin single faced friction tape, cellophane, or other material, satisfactory to the bureau concerned for the purpose. Manufacturer's identification (see 3.8.3), if transparent binder tape is used, unless accomplished under "Seventh".

Seventh. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10) compressed and impregnated with a neutral insulating cement to form a continuous and homogeneous layer. The thickness of the felted layer shall be such as to permit adherence of the finished cable to the specified over-all dimensions. Manufacturer's identification tape (see 3.8.2) unless accomplished under "Sixth".

Eighth. An impervious sheath (see 3.11.18).

[1] In order to facilitate installation, it is desired that color coding of individually insulated conductors be obtained wherever practicable by means of colored insulating compounds (see 3.9.2). If color insulation is used, it is desired that one conductor of each pair be colored white (natural) and the other conductor distinctive, preferably dark (green, blue), color if a black insulation cannot be obtained.

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.46 TYPE MHFF CABLE.

CONSTRUCTION

First. The standard conductor size 2-1/2(26) of bare, uncoated copper (see 3.10).

Second. A wall of synthetic resin insulation (see 3.11.2) to a diameter of 0.092 inch minimum.

Third. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10) to a diameter of 0.125 maximum.

Fourth. An inner braid (see 3.11.16) of rayon or glass fiber yarn treated suitably with a flame-retardant compound to prevent fraying and to provide adequate resistance to abrasion due to flexing of the cable. Diameter shall be not less than 0.130 inch nor more than 0.140 inch.

Fifth. The specified number of conductors shall be cabled together in one or more layers, all in a left-hand direction, with a minimum amount of asbestos or glass fiber fillers (see 3.11.11) in the interstices between conductors. The length of lay of the first and successive layers shall be a suitable function of the pitch diameter of that layer, designed to meet the flexing endurance test on completed cable. The conductors may be laid around a central core of asbestos or glass fiber (see 3.11.11). A single conductor shall not be used as a center for the cable core.

Sixth. An approved binder over the conductor assembly.

Seventh. An impervious sheath (see 3.11.18) of the thermoplastic type. The minimum sheath thickness shall be not less than 0.060-inch.

TEST REQUIREMENTS

Cold bend (see 4.6.9).
Flammability (see 4.6.10).
Water and air leakage (see 4.6.13).
Flexing endurance (see 4.6.14):
1000 twisting and bending cycles at +75°C.
500 twisting and bending cycles at -30°C.
Impact resistance (see 4.6.15).
Abrasion resistance (see 4.6.16).
Electrical tests (see following table).

| Type | Number of conductors | Over-all diameter | Dielectric strength (see 4.6.19): After flame test Minimum | Dielectric strength (see 4.6.19): Full reel Minimum | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4.6.24). Bare Maximum | Insulation resistance: 1,000 feet (see 4.6.25) Minimum | Cold bend mandrel diameter (see 4.6.9): Individual conductors | Cold bend mandrel diameter (see 4.6.9): Completed cable |
|---|---|---|---|---|---|---|---|---|
| | | Inches | Volts | Volts | Ohms | Megohms | Inch | Inches |
| MHFF-2 | 2 | 0.460 | 750 | 2,000 | 4.37 | 100 | 0.50 | 6.00 |
| MHFF-4 | 4 | .520 | 750 | 2,000 | | 100 | | 6.70 |
| MHFF-7 | 7 | .627 | 750 | 2,000 | | 100 | | 8.00 |
| MHFF-10 | 10 | .795 | 750 | 2,000 | | 100 | | 10.00 |
| MHFF-14 | 14 | .844 | 750 | 2,000 | | 100 | | 11.00 |
| MHFF-19 | 19 | .995 | 750 | 2,000 | | 100 | | 13.00 |
| MHFF-24 | 24 | 1.120 | 750 | 2,000 | | 100 | | 14.00 |
| MHFF-30 | 30 | 1.194 | 750 | 2,000 | | 100 | | 15.00 |
| MHFF-37 | 37 | 1.290 | 750 | 2,000 | | 100 | | 16.00 |
| MHFF-44 | 44 | 1.420 | 750 | 2,000 | | 100 | | 18.00 |

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.47 TYPE TTOP CABLE.

CONSTRUCTION

First. The standard copper conductor size 1(10) (see 3.10), with or without metallic coating (see 3.10.3) at manufacturer's option.

Second. A wall of synthetic resin insulation (see 3.11.2). Color coding (see 3.9.2) unless accomplished under "Third".

Third. With or without an inner braid (see 3.9.5), at manufacturer's option suitably treated to prevent fraying and to provide adequate resistance to abrasion due to flexing of the cable. Color coding of this covering is required unless accomplished under "Third"

Fourth. Two conductors shall be twisted together with a suitable lay to form a twisted pair.

Fifth. The specified number of twisted pairs shall be cabled together in one or more layers all in a left-hand direction. The length of lay of the first and successive layers shall be a suitable function of the pitch diameter of that layer, designed to meet the flexing endurance test on completed cable. Circularity to cross section shall be obtained by the use of a minimum amount of asbestos or glass fiber fillers (see 3.11.11) lightly impregnated. A single pair shall not be used as a center for the cable core.

Seventh. An approved binder over the assembled pairs.

Seventh. An impervious sheath (see 3.11.18) of the thermoplastic type. The minimum sheath thickness shall be not less than 0.060 inch.

TEST REQUIREMENTS

Flammability (see 4.6.10).
Water and air leakage (see 4.6.13).
Flexing endurance (see 4.6.14):
1000 twisting and bending cycles at +75°C.
500 twisting and bending cycles at -30°C.
Impact resistance (see 4.6.15).
Abrasion resistance (see 4.6.16).
Electrical tests (see following table).

| Type | Number of pairs | Over-all diameter | Dielectric strength (see 4.6.19) Between conductors | | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4.6.24) Bare | Coated | Insulation resistance 1000 feet (see 4.6.25) |
|---|---|---|---|---|---|---|---|
| | | | Between conductors | Conductors to ground | Bare | Coated | |
| | | | Minimum | Minimum | Maximum | Maximum | Minimum |
| | | Inch | Volts | Volts | | | Megohms |
| TTOP-3 | 3 | 0.480 | 1,000 | 2,000 | 11.4 | 12.3 | 100 |
| TTOP-5 | 5 | .590 | 1,000 | 2,000 | | | 100 |
| TTOP-10 | 10 | .700 | 1,000 | 2,000 | | | 100 |
| TTOP-15 | 15 | .830 | 1,000 | 2,000 | | | 100 |

Type TTOP (3.47)

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.48 TYPE MCOS CABLE.

CONSTRUCTION

First. A standard copper conductor (see 3.10), with or without metallic coating (see 3.10.3) at manufacturer's option.

Second. A wall of synthetic resin insulation (see 3.11.2).

Third. (a) Sizes 2, 4 and 7 shall have 2, 4 and 7 conductors, respectively, with plain colored insulation (see 3.9.2).

(b) Size 5 shall have five insulated conductors comprising one shielded pair and three singles. The shielded pair shall comprise two insulated conductors twisted together with a close braid of 0.0063-inch coated copper wire over the pair. The colors shall be black and white in the pair; singles shall be one red, one green, and one blue; obtained by colored insulation (see 3.9.2).

(c) Size 6 shall have six insulated conductors comprising two shielded pairs and two singles. Each shielded pair shall comprise two insulated conductors twisted together with a close braid of 0.0063-inch coated copper wire over the pair. The colors shall be black and white in one pair; blue and red in the other pair; one yellow single, and one green single; obtained by colored insulation (see 3.9.2), thread wind (see 3.9.3) or braid (see 3.9.5) at manufacturer's option.

Fourth. The required single conductors and shielded pairs shall be cabled together all in a left-hand direction with a minimum amount of filler (see 3.11.11) in the interstices. The length of lay shall be a suitable function of the pitch diameter, designed to meet the flexing endurance (see 4.6.14) on completed cable and, in addition for sizes 5 and 6 only, the electrical requirements of 4.6.29. The conductors of size 7 shall be laid around a central core of cotton, asbestos, or glass fiber (see 3.11.11). A single conductor shall not be used as a center for the cable core.

Fifth. (a) A close braid of 0.0063-inch coated copper wire plus a separator (see 3.11.14) over the assembly of sizes 2, 4 and 7. At the manufacturer's option, a separator (see 3.11.14) or a tape (see 3.11.15) may be applied under the copper braid.

(b) An approved binder over the assembly of sizes 5 and 6.

Sixth. (a) For sizes 2, 4, 6 and 7, an impervious sheath (see 3.11.18) of the thermoplastic type, having a minimum thickness of 0.060 inch.

(b) For size 5, a polychloroprene sheath (see 3.11.17) or an impervious sheath (see 3.11.18), having a minimum thickness of 0.030 inch.

TEST REQUIREMENTS

Flammability (see 4.6.10).
Water and air leakage (see 4.6.13).
Flexing endurance (see 4.6.14):
1,000 twisting and bending cycles at 75°C., 500 twisting and bending cycles at -30°C.
Impact resistance (see 4.6.15).
Abrasion resistance (see 4.6.16).
Induced voltage (see 4.6.29): Five microvolts.
Electrical tests (see following table).

| Type | Number of conductors | Standard copper conductors | Insulation thickness | Overall diameter | | Dielectric strength (see 4.6.19) | | Insulation resistance, 1,000 feet (see 4.6.25) | Conductor resistance (d.c.) per 1,000 feet at 25°C. (see 4.6.24) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Between Conductors | Shield to ground | | | |
| | | | Minimum | Minimum | Maximum | Minimum | Minimum | Minimum | Bare | Coated |
| | | | | | | | | | Maximum | |
| | | | Inch | Inch | Inch | Volts | Volts | Megohms | Ohms | Ohms |
| MCOS-2 | 2 | 1-1/2(16) | 0.025 | 0.440 | 0.460 | 2,000 | 1,500 | 200 | 7.08 | 7.60 |
| MCOS-4 | 4 | 1-1/2(16) | .025 | .490 | .510 | 2,000 | 1,500 | 200 | 7.08 | 7.60 |
| MCOS-5 | 5 | 1(26) | .015 | .375 | .390 | 1,000 | 500 | 100 | 10.90 | 11.70 |
| MCOS-6 | 6 | 1(10) | .015 | .450 | .465 | 1,000 | 1,500 | 100 | 11.40 | 12.30 |
| MCOS-7 | 7 | 1-1/2(16) | .025 | .575 | .595 | 2,000 | 1,500 | 200 | 7.08 | 7.60 |

Type MCOS (3.48)

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.53 TYPE TTRS CABLE.

CONSTRUCTION

First. A standard copper conductor size 1(7) (see 3.10). With or without an approved separator (see 3.11.14), at manufacturer's option. Circuit identification by means of not less than 4 colored threads among the strands of the conductor, as satisfactory to the bureau concerned, unless accomplished under "Second".[1]

Second. A wall of polythene (see 3.11.4) to the diameter, and within the dimensional tolerances required to obtain the specified degree of performance as limited by the maximum over-all diameter of the finished cable. Circuit identification (see 3.9.2) unless accomplished under "First".[1]

Third. Two such insulated conductors shall be combined to form a pair. They shall be twisted together with any lay necessary to obtain the specified mechanical and electrical characteristics. One conductor shall be color-coded white, and the other shall be color-coded black.[1]

Fourth. A close shield of 0.005-inch diameter tinned copper wire, providing not less than 90 percent coverage.

Fifth. A cotton braid (see 3.11.16.1 and 3.11.16.2), except that the thread size shall be 30/2 or finer. The braid shall be lightly impregnated with a synthetic resin material to afford satisfactory abrasion resistance, and shall be color-coded (see 3.9.5) for identification of each shielded pair.

Sixth. The number of shielded pairs indicated in the following table shall be cabled together with a left-hand lay. The length of lay shall be a suitable function of the pitch diameter of that layer, designed to meet the flexing endurance test on completed cable. Wherever practicable, the component pairs shall be cabled in a single layer, using, if necessary, a soft center core of asbestos (see 3.11.9), glass (see 3.11.10), or synthetic fibers. A single pair shall not be used as a core for the cabled construction. Asbestos, glass, or synthetic fiber fillers (see 3.11.11) shall be used if necessary to obtain circularity of cross section.

Seventh. The cabled pairs shall be bound by a loose braid or fabric binder in such a manner as to permit sliding between the pairs themselves and between the pairs and the over-all braid or binder when the cable is sharply and repeatedly bent and twisted. Manufacturer's identification tape (see 3.8.2).

Eighth. An impervious sheath (see 3.11.18) to a diameter not greater than the following nor less than 92-1/2 percent of that value:

| Type | Number of shielded pairs | Diameter over sheath |
|---|---|---|
| | | Inches |
| TTRS-2 | 2 | 0.680 |
| TTRS-4 | 4 | .740 |
| TTRS-6 | 6 | .880 |
| TTRS-8 | 8 | .990 |
| TTRS-10 | 10 | 1.080 |
| TTRS-12 | 12 | 1.100 |
| TTRS-16 | 16 | 1.190 |

[1] In order to facilitate installation, it is desired that color coding of individually insulated conductors be obtained wherever practicable by means of colored insulating compounds (see 3.9.2). If color insulation is used, it is desired that one conductor of each pair be colored white (natural) and the other conductor a distinctive, preferably dark (green, blue), color if a black insulation cannot be obtained.

REPRODUCED AT THE NATIONAL ARCHIVES

TEST REQUIREMENTS

Sampling (see 4.1.1).- Sampling shall apply to type TTRS cable except that a lot shall be not more than 2,000 feet.

Lot acceptance tests (see 4.3).- Lot acceptance tests shall apply to type TTRS cable except that the second sample (see 4.6.14.1.2) shall not be tested unless failure due to twisting occurs in the first. If the second sample passes the twist test, the lot shall be accepted provided the first sample was satisfactory in all other respects. In the event of failure of both samples, the lot shall be rejected.

Characteristic impedance (surge impedance) of a pair (see 4.6.27).- 71.5 ohms (min.), 85.0 ohms (max.) (as near to 76 ohms as practicable) measured at 25°C. and 1 megacycle per second.

Capacitance of a pair (see 4.6.27.3).- 25.0 (max.) micromicrofarads per foot at 25°C. at 1 megacycle per second.

Dielectric strength.- (see 4.6.19) 2000 volts applied for 1 minute for white (natural) conductor of each pair to other conductor and shield, and for both conductors of each pair to shield, shield being grounded.

Insulation resistance - 1000 megohms per 1000 feet at 15.5°C. (see 4.6.25).

Flammability (see 4.6.10).

Water and air leakage (see 4.6.13).

Drip (see 4.6.8).

Maximum conductor resistance (d.c.) per 1000 feet at 25°C., Coated - 10.9 ohms (see 4.6.24).

Flexing endurance (see 4.6.14).
(400 twisting cycles only at +75°C.
400 twisting cycles only at 0°C.) [1]

[1] Although present applications do not require flexing temperatures lower than 0°C., it is anticipated that future installations will require flexing at -30°C., which should accordingly be a design objective for current production.

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.55 TYPE DHFTA-9 CABLE

CONSTRUCTION

First. A standard conductor of bare, uncoated copper (see 3.10).
Second. A wall of synthetic resin (see 3.11.2).
Third. A wall of felted asbestos (see 3.11.9).
Fourth. Two such insulated conductors shall be twisted together with a lay not greater than 16 times the pitch diameter. Fillers (see 3.11.11) shall be employed to obtain a firm, well rounded assembly.
Fifth. A wall of felted asbestos (see 3.11.9).
Sixth. With or without separator, (see 3.11.14) at manufacturer's option.
Seventh. An impervious sheath (see 3.11.18) having an orange color (see 3.9.6).
Eighth. Braided metal armor (see 3.11.20).
Ninth. Paint (see 3.11.21).

TEST REQUIREMENTS

Cold bend (see 4.6.9).
Flammability (see 4.6.10).
Water and air leakage (see 4.6.13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameters: Over synthetic resin | Diameters: Over first asbestos | Diameters: Overall | Dielectric strength (see 4.6.19): After flame test | Dielectric strength (see 4.6.19): Full reel | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4.6.24) | Insulation resistance: 1000 feet (see 4.6.25) | Cold bend mandrel diameter (see 4.6.9) |
|---|---|---|---|---|---|---|---|---|---|
| | | Minimum | Minimum | Maximum | Minimum | Minimum | Bare Maximum | Minimum | |
| | | Inch | Inch | Inch | Volts | Volts | Ohms | Megohms | Inches |
| DHFTA-9 | 9(7) | 0.138 | 0.170 | 0.530 | 1,000 | 2,000 | 1.26 | 40 | 7 |

Type DHFTA-9 (3.55)

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.56 TYPE FHFTA-9 CABLE.

CONSTRUCTION

First. A standard conductor of bare, uncoated copper (see 3.10)
Second. A wall of synthetic resin (see 3.11.2).
Third. A wall of felted asbestos (see 3.11.9).
Fourth. Four such conductors shall be twisted together with a lay not greater than 16 times the pitch diameter. Fillers (see 3.11.11) shall be employed to obtain a firm, well rounded assembly.
Fifth. A wall of felted asbestos (see 3.11.9).
Sixth. With or without separator, (see 3.11.14) at manufacturer's option.
Seventh. An impervious sheath (see 3.11.18) having an orange color (see 3.9.6).
Eighth. Braided metal armor (see 3.11.20).
Ninth. Paint (see 3.11.21).

TEST REQUIREMENTS

Cold bend (see 4.6.9).
Flammability (see 4.6.10).
Water and air leakage (see 4.6.13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameters: Over synthetic resin | Diameters: Over first asbestos | Diameters: Overall | Dielectric strength (see 4.6.19): After flame test | Dielectric strength (see 4.6.19): Full reel | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4.6.24) | Insulation resistance 1000 feet | Cold bend mandrel diameter (see 4.6.9) |
|---|---|---|---|---|---|---|---|---|---|
| | | Minimum | | Maximum | Minimum | Minimum | Bare Maximum | Minimum | |
| | | Inch | Inch | Inch | Volts | Volts | Ohms | Megohms | Inches |
| FHFTA-9 | 9(7) | 0.138 | 0.170 | 0.620 | 1,000 | 2,000 | 1.26 | 40 | 8 |

Type FHFTA-9 (3.56)

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.57 TYPE FCOTP-4 CABLE.

CONSTRUCTION

First. A standard conductor of bare, uncoated copper (see 3.10).
Second. Synthetic resin insulation (see 3.11.2).
Third. Four such insulated conductors cabled together with a lay not to exceed 2 inches. Circularity of cross section shall be obtained by means of cotton, asbestos, or glass fillers (see 3.11.11). A binder thread or open-weave braid overcabled conductors, at manufacturer's option.
Fourth. An impervious sheath (see 3.11.18) or polychloroprene sheath (see 3.11.17), colored an orange color (see 3.9.6).

TEST REQUIREMENTS

Flammability (see 4.6.10).
Water and air leakage (see 4.6.13).
Flexing endurance (see 4.6.14):
1000 twisting and bending cycles at +75°C.,
500 twisting and bending cycles at -30°C.
Impact resistance (see 4.6.15).
Abrasion resistance (see 4.6.16).
Electrical tests (see following table).

| Type | Standard copper conductor | Diameter over synthetic resin | | Lay of conductor | Over-all diameter | | Dielectric strength (see 4.6.19) | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4.6.24) | Insulation resistance 1000 feet (see 4.6.25) | Cold bend mandrel diameter (see 4.6.9) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Minimum | Maximum | Maximum | Minimum | Maximum | Minimum | Bare Maximum | Minimum | |
| | | Inch | Inch | Inches | Inch | Inch | Volts | Ohms | Megohms | Inches |
| FCOTP-4 | 4(41) | 0.105 | 0.115 | 2 | 0.400 | 0.440 | 2,000 | 2.80 | 200 | 6 |

Type FCOTP-4 (3.57)

REPRODUCED AT THE NATIONAL ARCHIVES

Individual Specification Sheet dated 15 November 1949

3.60 TYPE SHFS WIRE.

CONSTRUCTION

First. A standard copper conductor (see 3.10), with or without metallic coating (see 3.10.3) at manufacturer's option.

Second. A wall of synthetic resin insulation (see 3.11.2).

Third. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).

Fourth. (a) A rayon braid (see 3.11.16) on sizes 1 to 3, inclusive.

(b) An outer cotton braid (see 3.11.16) on sizes 4 to 100 inclusive.

Fifth. The braid shall be filled and finished with moisture and flame retardant compounds, providing a hard, smooth dull finish, without gloss. The color of the finish shall be gray (see 3.9.6) unless otherwise specified.

TEST REQUIREMENTS

Cold bend (see 4.6.9).
Flammability (see 4.6.10).
Creepage (see 4.6.20).
Electrical tests (see following table).

| Type | Standard copper conductor | Diameter over synthetic resin | Diameter over glass or asbestos | Over-all diameter | | Dielectric strength (see 4.6.19) | | | Conductor resistance (d.c.) per 1000 feet at 25 °C. (see 4.6.24) | Cold bend mandrel diameter (see 4.6.9) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Spark | Short length | After cold bend | Coated | |
| | | Minimum | | Minimum | Maximum | Minimum | Minimum | Minimum | Maximum | |
| | | Inch | Inch | Inch | Inch | Volts | Volts | Volts | Ohms | Inches |
| SHFS-1 | 1(10) | 0.068 | 0.100 | 0.115 | 0.125 | 2,500 | 6,000 | 3,000 | 11.8 | 0.50 |
| SHFS-1-1/2 | 1-1/2(41) | .080 | .115 | .130 | .140 | 5,000 | 6,000 | 3,000 | 7.37 | .50 |
| SHFS-2-1/2 | 2-1/2(26) | .092 | .122 | .135 | .145 | 5,000 | 6,000 | 3,000 | 4.54 | .60 |
| SHFS-3 | 3(19) | .095 | .135 | .150 | .160 | 5,000 | 6,000 | 3,000 | 3.88 | .60 |
| SHFS-4 | 4(7) | .115 | .155 | .185 | .195 | 7,500 | 6,000 | 3,000 | 2.57 | .80 |
| SHFS-6 | 6(7) | .135 | .180 | .205 | .220 | 7,500 | 6,000 | 3,000 | 1.77 | .90 |
| SHFS-9 | 9(7) | .163 | .208 | .233 | .248 | 7,500 | 6,000 | 3,000 | 1.27 | 1.00 |
| SHFS-14 | 14(140) | .200 | .245 | .270 | .285 | 7,500 | 6,000 | 3,000 | 0.843 | 1.15 |
| SHFS-26 | 26(49) | .265 | .325 | .345 | .365 | 7,500 | 6,000 | 3,000 | .449 | 1.50 |
| SHFS-42 | 42(49) | .315 | .380 | .405 | .425 | 7,500 | 6,000 | 3,000 | .280 | 1.70 |
| SHFS-66 | 66(133) | .395 | .460 | .485 | .505 | 7,500 | 6,000 | 3,000 | .179 | 2.00 |
| SHFS-100 | 100(61) | .428 | .493 | .523 | .543 | 7,500 | 6,000 | 3,000 | .116 | 2.15 |

REPRODUCED AT THE NATIONAL ARCHIVES

3.62 Workmanship.- The workmanship shall be first class in every respect and uniform throughout each lot of cable offered for delivery.

4. SAMPLING, INSPECTION, AND TEST PROCEDURES

4.1 Sampling.-

4.1.1 Lot.-

4.1.1.1 Lot of completed wire or cable.- A lot of completed wire or cable shall consist of not more than 10,000 feet of completed wire or cable of one type, size and composition, manufactured under the same essential conditions and offered for delivery at one time.

4.1.1.2 Lot of copper wire or conductor.- Unless otherwise specified, a lot of wire shall consist of not more than 500 pounds of wire having a diameter of 0.040 inch or less; or of not more than 10 coils, reels, or spools of wire having a diameter of 0.041 inch or over; or of an equivalent quantity of stranded conductor; all of one size and intended for use in the same lot of completed wire or cable.

4.1.2 Sampling procedure.-

4.1.2.1 General.- From each lot offered for delivery the Government inspector shall select samples for the surface inspection (see 4.2) and lot acceptance tests (see 4.3) to be performed at the place of manufacture. Upon satisfactory completion of the inspection at the place of manufacture (see 4.2 and 4.3) the Government inspector shall select samples for the production check tests to be performed at a Government laboratory (see 4.4). At the inspector's discretion, when delivery requirements are urgent, production check tests at the Government laboratory may be conducted simultaneously with lot acceptance tests at the place of manufacture.

4.1.2.2 Selection of samples.-

4.1.2.2.1 Completed wire or cable.- In line with the basic conception of this specification as to minimum acceptable standards, the samples selected for tests at the Government laboratory shall be representative of the poorest of the lot insofar as the visual or dimensional inspection (see 4.2) or the physical and electrical tests (see 4.3.2) disclose any differences in dimensions and/or characteristics. If there is any question as to the satisfactory processing of the completed wire or cable up to the starting and finishing ends, the contractor shall cut off and discard such ends before the lot is submitted for Government inspection to insure that the samples are truly representative of the completed wire or cable offered for delivery.

4.1.2.2.2 Copper wires or conductor.- Sample sections of individual wires or stranded conductor shall be selected in such manner as to be representative of the material to be used in the completed wire or cable.

4.1.2.3 Number of samples.-

4.1.2.3.1 Number of samples for surface inspection (visual examination for defects and finish, and inspection for workmanship and measurement of dimensions).- For the purpose of the inspection specified in 4.2, the Government inspector shall select a sample from each shipping length of completed wire or cable offered for delivery.

REPRODUCED AT THE NATIONAL ARCHIVES

4.1.2.3.2 Number of samples for lot acceptance tests.-

4.1.2.3.2.1 Completed wire or cable.- For the purpose of the physical tests specified in 4.3.2.1.1, the Government inspector shall select two samples of sufficient length from each lot offered for delivery. Each shipping length of completed wire or cable offered for delivery shall be subjected to the electrical tests specified in 4.3.2.1.2.

4.1.2.3.2.2 Conductors.- For the purpose of the tests specified in 4.3.3, the Government inspector shall select two samples of sufficient length from each lot of conductors submitted for inspection (see 4.1.1.2).

4.1.2.3.3 Number of samples for production check tests.-

4.1.2.3.3.1 One or more lots.- When contracts or orders cover one or more full lots of completed cable (see 4.1.1.1), for the purpose of the tests specified in 4.4, the Government inspector shall select two full sample lengths from the first lot of each type, size and composition offered for delivery. Thenceforth, production check samples shall be selected once every two months or from one of every five successive lots of the same type, size, and composition offered for delivery. The method of selection providing the more frequent sampling shall be used.

4.1.2.3.3.2 Less than one lot.- The provisions of 4.1.2.3.3.1 shall not apply to any item when the total quantity of that item is less than one lot of 10,000 feet. When the lot covers 2,500 feet or less of any one type, size, and composition, production check tests are not required. When the lot covers more than 2,500 feet, but less than one full lot of 10,000 feet, of any one type, size and composition of completed cable, one full sample length shall be forwarded to a Government laboratory for the purpose of the tests specified in 4.4.

4.1.2.4 Preparation of samples (for tests at Government laboratory).-

4.1.2.4.1 Length of samles.- The length of cable constituting one sample shall be as follows:

(a) Cables for nonflexing service (see 1.2.1).
All tests except current overload . . . . . . . . 24 feet
Current overload (see 4.6.11) . . . . . . . . . . . 11 feet
(b) Cables for repeated flexing service
(see 1.2.2). . . . . . . . . . . . . . . . . . . . . . 24 feet
(c) Types TTRS and TTRSA cables . . . . . . . . . . 35 feet
(d) Thin walled cables (see 1.2.3) . . . . . . . . . . 30 feet
(e) Watertight cables (see Appendix I) . . . . . . . 5 feet
(f) Miscellaneous wires (see 1.2.4) . . . . . . . . . 30 feet

4.1.2.4.2 Identification of samples.- All test samples shall be marked with the following information, as applicable:

(a) Name of manufacturer.
(b) Cable designation (type and size).
(c) The manufacturing "lot" number, or order number either of the bureau or agency concerned or the shipbuilder (if submitted for delivery) and footage represented by sample.
(d) The coil or reel number.
(e) Qualification (see 3.1) designation.

REPRODUCED AT THE NATIONAL ARCHIVES

4.1.2.4.3 End seals.- In order to obtain representative end seals, samples for test at the Government laboratory shall be designated after end seals have been prepared on shipping lengths of cable. The length of such sample shall be 2-1/2 feet. The cut end of the shipping length shall be resealed immediately by the manufacturer in accordance with 3.11.22.

4.1.2.4.4 Packaging of samples for shipment.- To facilitate handling at the Government laboratory, as well as by common carrier, samples of cable for nonflexing service (see 1.2.1) shall be shipped in straight lengths in a suitable wooden box approximately but not more than 11 feet in length. Miscellaneous wires (see 1.2.4) and flexible cables (see 1.2.2) may be shipped in wrapped coils or boxes. When necessary, the total sample length may be cut.

4.2 Lot acceptance inspection (visual and dimensional inspection, at place of manufacture).-

4.2.1 Material and workmanship.- The inspector shall assure himself by careful visual and dimensional inspection of each of the samples of the finished product selected in accordance with 4.1.2 as well as by inspection of the materials and manufacturing processes entering into the finished product, that the completed wire or cable submitted for delivery under the contract or order is in conformance with this specification. The inspector shall observe and record the number of random remnant and scrap lengths and the total footage of such lengths, compared to the number of standard lengths and the total footage in each lot fo wire or cable offered for inspection. An excessive number of random, remnant and scrap lengths may have resulted from the cutting out of obvious defects or from breakage during manufacture, and may be taken as indicative of the need for tighter quality control of materials, workmanship, and manufacturing processes. This undesirable condition places an increased burden on the inspector to discover less obvious defects and possible derangement of components in the finished product, and the number of samples that are selected and inspected is determined by the number of shipping lengths. In order that the number of lengths be kept to the minimum consistent with good manufacturing practices, for each type and size of wire or cable on a contract or order, not less than 70 percent of the total footage to be shipped shall be in standard lengths, not more than 30 percent may be in any combination of random and remnant lengths. When the total quantity of any one item is 6 nominal lengths or less, a footage approximating 2 nominal lengths (in lieu of 30 percent) may be in any combination of random and remnant lengths. When the total quantity of any one item is 2 nominal lengths or less, the total footage may be in any combination of random and remnant lengths. In particular, this inspection shall cover such of the following as may be applicable to the individual types and sizes of completed wire or cable involved.

4.2.2 Conductors.- Inspect for number and size of copper wires (see 3.11.1) composing the standard conductors (see 3.10), of specified stranding, total cross-sectional area, etc.

4.2.3 Material components.- Inspect for types of insulation and component materials (see 3.6 and 3.11.2 to 3.11.22, inclusive) and limiting dimensions, etc., of each layer, or stage, as may be applicable (see individual specification sheets, 3.12 to 3.61, inclusive) to the cable under consideration.

4.2.4 Identification and color coding.- Inspect for manufacturer's identification (see 3.8), for circuit identification (see 3.9), and color coding as may be specified for the particular type of cable undergoing inspection.

4.2.5 Outer coverings.- Inspect for braids (see 3.11.16), polychloroprene sheath (see 3.11.17), impervious sheath (see 3.11.18), lead sheath (see 3.11.19), metal armor (see 3.11.20), and paint (see 3.11.21), as applicable.

REPRODUCED AT THE NATIONAL ARCHIVES

4.2.6 Dimensions.- Ascertain, by measurement, that the centering, circularity and dimensional tolerances (see 3.7 and 3.12 to 3.61, inclusive, as applicable) have not been exceeded in the completed wire or cable. For insulation nominally less than 1/32 inch in thickness, the minimum thickness shall be determined with a pingage dial micrometer by placing the specimen on the pin and taking the reading immediately after the movable member comes to rest on the specimen.

4.2.7 Patching.- The manufacturer's methods and practices with regard to making patches in the conductor insulation and cable sheath shall be subject to approval by the Government inspector. The materials and methods employed shall be such that the finished product complies with all specification requirements. The frequency of patching shall be held to a minimum consistent with specification lengths and quantity production, and in no case shall any shipping length (see 5.1.1) contain more than one sheath patch. A build-up that is less than half the wall thickness shall not be considered a patch. No build-up or patch shall be made that cannot be contained in a single mold.

4.2.8 End seals.- Inspect both ends of every shipping length to insure that end seals of the approved design (see 3.11.22) have been applied.

4.2.9 Action in case of failure.- If any one sample representing a lot is found not to be in conformance with this specification, the entire lot represented shall be rejected. The manufacturer shall have the option of inspecting each length of a rejected lot, and, after removing all nonconforming lengths of cable, resubmitting the lot for Government inspection.

4.3 Lot acceptance tests.-

4.3.1 Place of test.- Lot acceptance tests shall be made at the place of manufacture and shall be witnessed by the Government inspector. The manufacturer shall provide the test equipment and facilities necessary for conducting such tests.

4.3.2 Completed wire and cable.-

4.3.2.1 Test procedure.-

4.3.2.1.1 Physical tests.- Specimens of sufficient size from each of the samples selected in accordance with 4.1.2.3.2.1 shall be subject to each of the following tests:

(a) Tensile strength, elongation, set and aging of insulation (see 3.11.2 to 3.11.6, incl., and 4.6.1).
(b) Tensile strength, elongation, set and aging of sheath (see 3.11.17 and 4.6.1).
(c) Flexing endurance (see individual specification sheets and 4.6.14).
(d) Breaking strength (see 3.37 and 4.6.28).

4.3.2.1.2 Electrical tests.-

4.3.2.1.2.1 Conductor resistance.- The resistance of insulated conductor shall be measured in all completed wires and cables to determine conformance with the individual specification sheets. For stranded conductors, the resistance of individual strand wires need not be measured unless the inspector has reason to doubt the conductivity.

4.3.2.1.2.2 Dielectric tests.- The dielectric tests specified on the individual specification sheets shall be made on each full coil or reel length of completed wire or cable offered for delivery.

REPRODUCED AT THE NATIONAL ARCHIVES

4.3.2.1.2.3 Insulation resistance tests.- Insulation resistance tests, when specified on an individual specification sheet shall be made on each full coil or reel length of completed wire or cable offered for delivery.

4.3.2.1.2.4 Induced voltage tests.- Induced voltage tests, when specified on an individual specification sheet, shall be made either on the full-reel length of completed cable or on a specimen not less than 20 feet in length.

4.3.2.2 Action in case of failure.-

4.3.2.2.1 Physical tests.- If any one of the samples representing a lot is found to be not in conformance with this specification, the entire lot shall be rejected. The manufacturer shall have the option of subjecting each length of completed wire or cable in a rejected lot to the test or tests wherein failure occurred, and, after removing all defective lengths, resubmitting the lot for Government inspection.

4.3.2.2.2 Electrical tests.- Each section of completed wire or cable which is found to be not in conformance with this specification shall be rejected.

4.3.3 Conductors.-

4.3.3.1 Test procedure.- Each of the samples selected in accordance with 4.1.2.3.2.2 shall be subjected to each of the following tests:

(a) Tensile strength and elongation of conductors (see 3.10, 3.11.1, and 4.6.21).
(b) Coating, lead or alloy (see 3.10.3 and 4.6.22).
(c) Resistance, conductors (see individual specification sheets and 4.6.24).

4.3.3.2 Action in case of failure.- If any one of the samples representing a lot of conductors is found to be not in conformance with this specification, the entire lot shall be rejected. The manufacturer shall have the option of testing each coil, reel, or spool of wire in a lot, and, after removing all defective coils, reels, or spools, resubmitting the lot of conductors for Government inspection.

4.4 Production check tests.-

4.4.1 Place of test.- Unless otherwise specified, production check tests shall be conducted at the Material Laboratory, New York Naval Shipyard, Naval Base Station, Brooklyn 1, N. Y., or at the Industrial Laboratory, Mare Island Naval Shipyard, Vallejo, Calif.

4.4.2 Test procedure.- Each of the samples selected by the Government inspector in accordance with 4.1.2.3.3 shall be subjected to such of the following tests as may be applicable to the particular type of cable undergoing inspection:

Synthetic resin, synthetic rubber, butyl rubber, polythene, and polychloroprene (see 4.6.1).
Chemical analysis (see 4.6.2).[1]
Varnished cambric as removed from completed cable (see 4.6.3).
Asbestos (see 4.6.4).
Glass (see 4.6.5).
Impervious sheath (see 4.6.6).
Metal armor (see 4.6.7).
Drip (see 4.6.8).
Cold bend (see 4.6.9).
Flammability (see 4.6.10).
Current overload (see 4.6.11).

[1] These tests shall be conducted only when specifically requested by the Government inspector.

REPRODUCED AT THE NATIONAL ARCHIVES

Water and air leakage (see 4.6.13).
Flexing endurance (see 4.6.14).
Impact resistance (see 4.6.15).[1]
Abrasion resistance (see 4.6.16).[1]
Hot oil test (see 4.6.17).
Oil, water, and chemical resistance (see 4.6.18).[1]
Dielectric tests (see 4.6.19).
Creepage (see 4.6.20).
Flame retardance (see 4.6.26).
Capacitance and characteristic impedance (see 4.6.27).
Breaking strength (see 4.6.28).
Induced voltage (see 4.6.29).
Heat shock (see 4.6.30).
Hydrostatic test (see 4.6.31).
Watertightness (see Appendix I).

4.4.3 Action in case of failure.- Acceptance of the first lot of completed wire or cable of each type, size and composition offered for delivery under a contract or order shall be withheld pending receipt of a satisfactory test report on the sample or samples representing the lot. Thenceforth, except as hereinafter specified, acceptance and rejection of lots shall normally be on the basis of the sampling, inspection and tests of 4.1.2.3.1, 4.1.2.3.2, 4.2, and 4.3, and acceptance shall not be withheld pending receipt of the test report on a production check test sample. In case of receipt of an unsatisfactory test report on a production check sample additional samples shall be selected from every subsequent lot offered for delivery in accordance with 4.1.2. The samples so selected shall be submitted to the Government laboratory, and shall there be subjected to the test or tests wherein failure was observed. Lots shall then be accepted only upon receipt of a satisfactory test report on the samples representing them. This additional testing shall be discontinued and lot acceptance returned to the normal basis of 4.1.2.3.1, 4.1.2.3.2, 4.2 and 4.3, when 4 successive lots have been accepted.

4.5 Qualification tests.-

4.5.1 Place of test.- Tests to determine suitability for Naval use shall be made at the Material Laboratory, New York Naval Shipyard, Naval Base Station, Brooklyn 1, N.Y. or the Industrial Laboratory, Mare Island Naval Shipyard, Vallejo, Calif.

4.5.2 List of tests.- The following tests, as applicable to the particular types of cable, shall be conducted at the Government laboratory:

General inspection (see 4.2).
Synthetic resin, synthetic rubber, butyl rubber, polythene, and polychloroprene (see 4.6.1).
Chemical analysis (see 4.6.2).
Varnished cambric (see 4.6.3).
Asbestos (see 4.6.4).
Glass (see 4.6.5).
Impervious sheath (see 4.6.6).
Metal armor (see 4.6.7).
Drip (see 4.6.8).
Cold bend (see 4.6.9).
Flammability (see 4.6.10).
Current overload (see 4.6.11).

[1] These tests shall be conducted only when specifically requested by the Government inspector.

REPRODUCED AT THE NATIONAL ARCHIVES

Heat endurance (see 4.6.12).
Water and air leakage (see 4.6.13).
Flexing endurance (see 4.6.14).
Impact resistance (see 4.6.15).
Abrasion resistance (see 4.6.16).
Hot oil test (see 4.6.17).
Oil, water and chemical resistance (see 4.6.18).
Dielectric tests (see 4.6.19).
Creepage (see 4.6.20).
Tensile strength and elongation, conductors (see 4.6.21).
Coating, lead or alloy (see 4.6.22).
Flame retardance (see 4.6.26).
Capacitance and characteristic impedance (see 4.6.27).
Breaking strength (see 4.6.28).
Induced voltage (see 4.6.29).
Heat shock (see 4.6.30).
Hydrostatic test (see 4.6.31).
Watertightness (see Appendix I).

4.6 Methods of tests.-

4.6.1 Synthetic resin, synthetic rubber, butyl rubber, polythene, and polychloroprene.-

4.6.1.1 General.- Samples of the insulation (see 3.11.2 to 3.11.6, incl.) and sheath (see 3.11.17) taken from the completed wire or cable shall be tested to determine the physical properties in the "as received" condition and after accelerated aging.

4.6.1.2 Physical properties.- The tensile strength, elongation and set shall be determined on specimens prepared and tested as follows:

4.6.1.2.1 Specimens.- The test specimen shall be the entire section of the insulation in the case of small conductors or, in the case of a large conductor or in obtaining a specimen of the cable sheath, either a segment of a section cut with a sharp knife held tangentially to the conductor or cable core, or a shaped specimen cut out with a standard die. When the whole cross section is used, the specimen shall not be cut longitudinally. The test specimen shall be as free as possible from surface incisions and imperfections.

4.6.1.2.1.1 Size.- The size of specimen shall be of an area not less than 0.010 square inch and not more than 0.030 square inch. When not possible to use specimens of this size, they shall be as large as practicable.

4.6.1.2.1.2 Condition and age.- Specimens shall not be heated, immersed in water, or subjected to any mechanical or chemical treatment not specifically prescribed herein. No tests shall be made within 48 hours after vulcanization unless agreed to by the manufacturer.

4.6.1.2.1.3 Buffing.- In event of any irregularities on the surface of a fractional-section specimen, it shall be made smooth and of uniform thickness within 5 percent of the original minimum thickness by buffing, except where large strands are used, in which case the samples shall be buffed sufficiently to remove all inner corrugations.

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.1.2.1.4 Calculation of area.- Calculation of the area of the test specimen shall be made as follows:

(a) Where the total cross section of the insulation is used, the area shall be taken as the difference between the area of the circle whose diameter is the minimum average outside diameter of the insulation and the area of the conductor. The area of a stranded conductor shall be figured from its maximum diameter. The following formula may be used to advantage:

$$A = 0.7854(D+d)\ (D-d)$$

Where: A = Area of cross section in square inches.
D = Outside diameter of insulation in inches.
d = Diameter over copper in inches.

(b) Where a slice cut from the insulation by a knife held tangentially to the wire is used, and the slice so cut has the cross section of a segment of a circle, the area shall be calculated as that of the segment of a circle whose diameter is that of the insulation. The height of the segment is the wall of insulation on the side from which the slice is taken. The values may be obtained from a table giving the areas of segments of a unit circle for the ratio of the height of the segment to the diameter of the circle.

(c) Where the cross section of the slice is not a segment of a circle the area shall be calculated from a direct measurement of the volume or from the specific gravity and the weight of a known length of the specimen having a uniform cross section.

(d) Where a portion of a sector of a circle has to be taken as where the conductor is large and the insulation thin, the area shall be calculated as the thickness times the width. This applies either to a straight test piece or one stamped out with a die, and assumes that corrugations have been removed by buffing.

(e) Where a portion of a sector of a circle has to be taken, as where the conductor is large and the insulation thick, the area shall be calculated as the proportional part of the area of the total cross section.

4.6.1.2.2 Apparatus.- The testing machine shall be power-driven and preferably to the pendulum type. A spring balanced type of apparatus may be used if provided with a device which will indicate the actual maximum load at which rupture takes place and provision is made to prevent recoil of the spring. The testing machine shall be accurate within 1 percent of the breaking load.

4.6.1.2.3 Procedure.-

4.6.1.2.3.1 Temperature.- Physical tests shall be conducted with the specimens at a temperature between 30° and 32°C.

4.6.1.2.3.2 Rate.- The specimens shall be stretched at a rate of 20 inches per minute in a testing machine having jaws 4 inches apart.

4.6.1.2.3.3 Tensile strength and elongation.- A test specimen, not less than 6 inches in length, having bench marks 2 inches apart, shall be placed in a testing machine and stretched until the specimen breaks. A scale shall be used to measure the elongation at instant rupture. The break shall be between the bench marks, and the tensile strength calculated from the area of the original sample.

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.1.2.3.4 Set.- The test specimen, not less than 6 inches in length, having bench marks 2 inches apart, shall be placed in the jaws of a testing machine and stretched until the bench marks are separated by the distance specified in 3.11.2 to 3.11.6, inclusive, and 3.11.17, as applicable. The test specimen shall then be released within 5 seconds and the set determined 1 minute after the beginning of release.

4.6.1.3 Accelerated aging.-

4.6.1.3.1 Specimens.- Specimens for accelerated aging tests shall be duplicates of those prepared for determination of initial physical properties.

4.6.1.3.2 Procedure.- Specimens shall be suspended vertically in a suitable test chamber without touching each other or the walls of the container. The specified temperature shall be maintained within ± 1°C. for the specified period of time. At the conclusion of the aging period, the pressure within the test chamber shall be released slowly over a period of not less than 5 minutes. The tension tests shall be conducted not less than 16 nor more than 48 hours after removal from the test chamber. The tensile strength shall be based on the breaking strength after aging and the cross sectional area measured before aging.

4.6.1.3.2.1 Oxygen pressure test.- The internal pressure of oxygen in the bomb shall be not less than 290 nor more than 310 pounds per square inch.

4.6.1.3.2.2 Air pressure heat test.- The internal pressure of air in the bomb shall be not less than 78 nor more than 82 pounds per square inch.

4.6.1.3.2.3 Air oven test.- Heated air at atmospheric pressure shall be circulated so as to maintain a uniform temperature in the oven, using baffles to avoid local overheating or dead spots. The source of heat shall be located in the air supply outside the aging chamber proper, and the supply shall be controlled with upper and lower vents to provide a continuous change of air during test.

4.6.2 Chemical analysis.- Specimens of the conductor insulation and sheath compounds taken from the completed wire or cable shall be subjected to a careful chemical analysis for purposes of establishing the identity of the compounds, and ascertaining the composition of compounds which have been approved on the basis of compliance with the performance requirements of this specification.

4.6.3 Varnished cambric.-

4.6.3.1 General.- Samples of the varnished cambric tape (see 3.11.7) removed from the completed cable shall be tested for tensile strength, effect of hot petrolatum, dielectric strength and aging.

4.6.3.2 Tensile strength.- The tests shall be made in the same general manner as specified in 4.6.12 except that the rate of separation of the jaws of the testing machine shall be approximately 12 inches per minute.

4.6.3.3 Effect of hot petrolatum.- Samples of the varnished cambric shall be placed in hot petrolatum at a temperature of 150°C. for a period of 15 minutes, then removed from the petrolatum and allowed to cool to room temperature.

4.6.3.4 Dielectric strength.-

4.6.3.4.1 General.- The apparatus used and the methods of measuring voltage shall be as specified in 4.6.19.

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.3.4.2 Specimens.- Not less than 3 (unless the conductor has less than 3 tapes, in which case all tapes shall be taken) nor more than 5 tapes shall be taken from each conductor of a completed cable. Specimens of tape shall be selected to be as representative as possible of all of the tapes used.

4.6.3.4.3 Electrodes.- The electrodes shall be of brass or copper, 1/4 inch in diameter, rounded to a radius of 1/32 inch, with flat polished contact surfaces. The electrodes shall be self-aligning, and shall be placed exactly opposite one another, with the specimen in a horizontal plane between them. The electrodes shall be kept clean and polished. The electrodes and the specimen shall be immersed in suitable oil to prevent the occurence of flashover.

4.6.3.4.4 Procedure.- Starting at zero the voltage shall be increased uniformly to breakdown at a rate of approximately 500 volts per second. Three tests shall be made on each tape at room temperature. The tape thicknesses shall be measured near the point of puncture with a machinist's micrometer graduated at 0.001 inch and having anvil and spindle surfaces not less than 0.24 inch nor more than 0.26 inch in diameter. The micrometer shall be tested and calibrated periodically for conformance with accepted commercial stanards. The number of thickness readings on the specimen shall be equal to the number of punctures made; these readings shall be distributed along the centerline of the specimen in such manner as to represent closely the thickness at the points of the puncture.

4.6.3.4.5 Test average.- The average of all tests on all tested tapes from any one conductor shall be considered the average breakdown stress, and shall be not less than the appropriate value specified in 3.11.7.11.

4.6.3.5 Aging.- Ten specimens shall be heated in an air oven to a temperature of not less than 124 °C. nor more than 126 °C. for a period of 150 hours, and then allowed to cool to normal testing room temperature. The specimens shall then be tested by bending them through not less than 180 degrees around a 1/8-inch diameter mandrel. Five specimens shall be bent in the length direction and five in the width direction of the tape.

4.6.4 Asbestos.- Specimens of asbestos taken from the completed cable shall be tested to determine compliance with Specification 17-I-29 and the requirements of 3.11.9 and 3.11.11.

4.6.5 Glass.- Specimens of glass fiber taken from the completed cable shall be tested to determine compliance with Specification JAN-I-1140 and the requirements of 3.11.10 and 3.11.11.

4.6.6 Impervious sheath.- The materials used shall be in conformance with those employed in the approved sample or otherwise specifically approved.

4.6.7 Metal armor.-

4.6.7.1 Chemical analysis.- Specimens of armoring wire before application of the completed cable shall be analyzed to determine conformance with the requirements of 3.11.20.

4.6.7.2 Physical properties.- Specimens of the armoring wire before application to the cable shall be subjected to tests of tensile strength, elongation, springiness, and toughness.

4.6.7.3 Springiness.- A length of wire shall be coiled snugly around a mandrel 1/4 inch in diameter at a tension of approximately but not less than 100 gm. and then released. The outside diameter of the coil shall be measured in several places at or near its middle. The coil so produced shall not exceed 3/8 inch in outside diameter.

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.7.4 Toughness.- The toughness of the wire shall be determined by bending a specimen back and forth, in a specially designed fixture, over a 0.030-inch radius support. Each 90-degree movement in either direction shall be taken as one bend. The bends shall be made under a uniform tension of 100 gm., and at a uniform rate not to exceed 50 bends per minute. The wire shall withstand not less than ten 90-degree bends before a rupture.

4.6.8 Drip.-

4.6.8.1 Specimens.- The specimen shall be a 3-foot section of completed cable.

4.6.8.2 Conditioning.- One specimen of each type of cable size 14 and larger and degaussing cable size 19(6) shall be suspended in a vertical position in an oven maintained for a period of not less than 18 hours at 95°C. For conductor sizes smaller than 14, no drip test will be required.

4.6.8.3 Observation.- No material shall drip or exude from the end of the cable during the test.

4.6.9 Cold bend.-

4.6.9.1 Specimens.- Where a cold bend test is specified in section 3, the specimen of cables for nonflexing service (see 1.2.1) shall consist of a 5-foot section of completed cable, the specimen of miscellaneous wires (see 1.2.4) shall consist of a 1-foot section of completed wire, and the specimens from cables for repeated flexing service (see 1.2.2) shall consist of 1-foot sections of not less than 20 percent of the insulated and braided conductors removed from completed cable. For type MHFA (see 3.24) specimens for the cold bend test shall consist of one 5-foot length of completed cable, and a number (not less than 20 percent of the total number) of the individually insulated and braided conductors removed from completed cable.

4.6.9.2 Apparatus.- Straight wooden bars 5 feet in length, wooden mandrels of specified radii of curvature, and a refrigerator sufficiently large to hold cable specimens and mandrels shall be provided.

4.6.9.3 Procedure.- The specimen shall first be straightened if necessary and then kept straight by mounting on a wooden bar. The mounted specimen shall be placed in the refrigerator and conditioned at 0°C. for 18 hours, then removed from the refrigerator, quickly detached from the mounting, and bent around the appropriate wooden mandrel at a rate of approximately 20 degrees per second. The specimen shall be suitably clamped to maintain its bent position, then it shall be dissected and a visual inspection made of all its component parts. When defects or disarrangements are discovered in any component, examination should be made of specimens in the as received condition to determine whether the defect existed prior to the cold bend test.

4.6.9.3.1 Cables for nonflexing service.- Cables for nonflexing service (see 1.2.1) shall be bent 180 degrees over a mandrel having a diameter as indicated on the individual specification sheets.

4.6.9.3.2 Miscellaneous wires and braided conductors.- The miscellaneous wires (see 1.2.4) and the insulated and braided conductors removed from types MHFF (see 3.46), and MHFA (see 3.24) shall be wrapped three turns around a mandrel having a diameter as specified on the individual specification sheets.

4.6.10 Flammability.-

4.6.10.1 Specimens.- Specimens shall consist of straight sections of completed wire or cable approximately 18 inches in length.

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.10.2 Apparatus.- An enclosure of sufficient size to contain the specimen, supports, heater coil, spark plugs, flame travel gage and their associated accessories shall be arranged to eliminate air drafts and permit clear view of the interior through shatterproof glass windows. Vent holes, distributed around the sides adjacent to the base, shall be provided to admit fresh air when an exhaust fan connected to the top of the enclosure is operated at a minimum suction just sufficient to carry off smoke and gases.

4.6.10.2.1 Supports shall be suitable for holding the specimens in a vertical position with an unsupported span not less than 14 inches in length. The lower end of the specimen shall be wrapped with varnished cambric in such a manner that gases released through this end are diverted toward the spark plug.

4.6.10.2.2 Heater coils shall consist of 7 turns of 0.102-inch diameter resistance wire conforming to grade E of Specification 17W2, space wound to 0.25 inch between centers. The inside diameter of the coil shall exceed the over-all diameter of the specimen by not less than 0.5 inch nor more than 0.6 inch. The lower end of the heater coil shall be located 1.5 inches above the top of the lower specimen support.

4.6.10.2.3 Two spark plugs, with extended electrodes spaced 1/8 inch from the surface of the specimen and the plugs located on diametrically opposite sides of the specimen, shall be placed with their longitudinal centerlines in a horizontal plane 1/2 inch above the top of the heater coil, to ignite the gases emitted from the heated specimen. A suitable electric circuit shall be provided to maintain continuous sparking at the electrodes during the specified time. The spark plugs shall be mounted in such a manner that they may be moved away from the specimen after ignition takes place so as not to impede the travel of the flame and to prevent their electrodes from becoming fouled by soot.

4.6.10.2.4 A suitable flame travel gage shall be positioned near the specimen to judge the distance fo flame travel without appreciable impeding progress of the flame.

4.6.10.3 Procedure.- Flame tests are specified for the various types of wire and cable in section 3, and the required performance is shown in table XV. The tests shall be so conducted as to measure, as accurately as practicable, the following factors, both with and without armor as applicable:

Time of ignition.
Time of heating.
Distance of flame travel.
Time required for self-extinction.

4.6.10.3.1 Time of ignition.- With the enclosure closed and ventilated, the specimen centered in the heater coil, and the spark plugs, and flame gage properly located, a stop watch shall be started simultaneously with the energizing of the heater coil and spark plugs. A constant current as specified in table XIV shall be supplied from a suitable transformer source to the heater coil. Ignition shall be considered as occurring when the flame transfers from the escaping gases to the surface of the specimen and continues there, disregarding the flashes which may occur in the gassing space prior to the sustained flame. The time required to ignite the specimenshall be recorded.

4.6.10.3.2 Time of heating.- For all armored cable, wheather tested with or without armor, the heating current shall be turned off 30 seconds after ignition occurs. For all unarmored cables, where the ignition time is less than 60 seconds, the heating current shall be turned off 60 seconds after being turned on; where the ignition time is greater than 60 seconds, the heating current shall be turned off when ignition occurs.

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.10.3.3 Distance of flame travel.- Immediately after ignition occurs, as defined in 4.6.10.3.1, the electrical supply to the spark plugs shall be cut off and the plugs shifted away from the flame. The maximum distance to which the flame travels along the surface of the specimen, measured from the top of the heater coil, before extinction, shall be noted and recorded.

4.6.10.3.4 Time required for self-extinction.- The number of seconds that the specimen continues to burn, until the cessation of all flaming, after the current in the heater coil has been cut off, shall be recorded as the time required for self-extinction.

4.6.10.3.5 Observations.- The amount and color of the smoke and the amount and size of the soot particles shall be observed and recorded.

Table XIV - Current in heating coil.

| Nominal diameter of cable | Current Amperes A.C. | Nominal diameter of cable | Current Amperes A.C. |
|---|---|---|---|
| Inch | R.m.s. | Inches | R.m.s. |
| 0.050 to 0.099 | 45 | 0.80 to 0.89 | 53 |
| .100 to .19 | 46 | .90 to .99 | 54 |
| .20 to .29 | 47 | 1.00 to 1.09 | 55 |
| .30 to .39 | 48 | 1.10 to 1.39 | 56 |
| .40 to .49 | 49 | 1.40 to 1.79 | 57 |
| .50 to .59 | 50 | 1.80 to 2.29 | 58 |
| .60 to .69 | 51 | 2.30 to 3.00 | 59 |
| .70 to .79 | 52 | | |

4.6.10.4 Number of tests.- If a sample tested fails to comply with any of the limitations specified in table XV as to flammability upon the first trial, 2 additional specimens shall be tested, and the results of all 3trials averaged together.

Table XV - Flammability limits.

| Cable types | Ignition time | Burning time | Flame travel |
|---|---|---|---|
| | Minimum | Maximum | Maximum |
| | Seconds | Seconds | Inches |
| Cables with braided armor | 60 | 60 | 2 |
| DRIP, TRIP, FRIP, MHFF, TTOP, MCOS TTRS, DBSP, TBSP, FBSP, FCSF, SDU<br>SCOP, TRF, TRXF, FCOTP-4, MCSP MMOP, MDGB, MCSC<br>Sizes 14 and larger of DCOP, TCOP, FCOP, CVSF, SHOF, DHOF, THOF, FHOF | 30 | 120 | 2 |
| Sizes 9 and smaller of DCOP, TCOP, FCOP, DHOF, THOF, FHOF<br>SHFL, MDGL, MCGC | No test required | | |
| SRI, SRIB, SHFS, MRI | 25 | 60 | 2 |

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.11 Current overload.-

4.6.11.1 Specimens.- The specimen shall be a completed cable having a length of not less than 10 feet. The center portion of the specimen shall be bent 180 degrees about a mandrel having a diameter of 13 times the over-all diameter of the cable, leaving the ends straight.

4.6.11.2 Procedure.- The bent specimen shall be fastened to a vertical steel panel so that the straight sections of cable are horizontal. With all copper conductors connected in series, a 60-cycle alternating current for each type and size of cable as shown in table XVI shall be circulated for a continuous period of not less than 18 hours nor more than 24 hours. The ambient temperature shall be recorded, and reported when higher than 30°C.

Table XVI - Test currents.

| Conductor size | Type SHFA | Type DHFA | Types FHFA and THFA | Type SDGA | Type MDGA |
|---|---|---|---|---|---|
| 3 | No tests required | | | | |
| 4 | | | | | |
| 9 | | | | | |
| | Amperes per conductor | | | | |
| 14 | 115 | 100 | 85 | --- | --- |
| 23 | 160 | 130 | 115 | --- | --- |
| 30 | 180 | 160 | 140 | --- | --- |
| 40 | 205 | 185 | 160 | --- | --- |
| 50 | 240 | 215 | 185 | --- | --- |
| 60 | --- | 245 | 215 | --- | --- |
| 75 | 315 | 285 | 250 | --- | --- |
| 100 | 375 | 335 | 295 | --- | --- |
| 125 | --- | 385 | 340 | --- | --- |
| 150 | 500 | 455 | 400 | --- | --- |
| 200 | 580 | 525 | 460 | --- | --- |
| 250 | --- | 610 | 535 | --- | --- |
| 300 | 750 | 700 | 590 | --- | --- |
| 350 | --- | --- | 665 | --- | --- |
| 400 | 925 | 835 | 740 | 825 | --- |
| 500 | 1080 | --- | --- | 975 | --- |
| 650 | 1260 | --- | --- | 1140 | --- |
| 800 | 1510 | --- | --- | 1335 | --- |
| 1000 | --- | --- | --- | 1560 | --- |
| 1300 | --- | --- | --- | 1830 | --- |
| 1600 | --- | --- | --- | 2100 | --- |
| 2000 | --- | --- | --- | 2400 | --- |
| 19(6) | --- | --- | --- | --- | 24 |
| 19(14) | --- | --- | --- | --- | 38 |
| 19(23) | --- | --- | --- | --- | 51 |
| 19(40) | --- | --- | --- | --- | 74 |

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.11.3 Observations.- There shall be no exudation of the cable sheath or of the cable impregnants through the armor during this test. The amount of compound, if any, that drips from the open cable ends, as well as the amount and color of any smoke that is evolved, the maximum temperature obtained from the sheath and the temperature at exudation, if any, shall be observed and recorded. (Exudation is defined as an actual flow or expansion of the sheath compound through the armor to the extent that the armor cuts through the sheath. Bulging of the sheath through the armor with no actual flow or cutting is not considered as exudation.)

4.6.12 Heat endurance.-

4.6.12.1 General.- A heat endurance test shall be made on completed cables, for qualification tests only (see 4.5) when specified in section 3, to determine the effects of prolonged current loading. For purposes of this test, all specimens are designated as power cables, except type MHFF (see 3.46) and type MHFA (see 3.24) which are designated as control cables.

4.6.12.2 Specimens.-

4.6.12.2.1 Power cables.- For power cables there shall be 2 specimens of completed cable, each approximately 40 feet in length.

4.6.12.2.2 Control cables.- For control cables there shall be 1 specimen of completed cable approximately 40 feet in length.

4.6.12.3 Apparatus.- The testing apparatus shall consist of a test chamber and the necessary temperature-measuring and control equipment. The test chamber shall be essentially a low temperature oven equipped with racks for installing the cable specimens. It may be of any convenient size and constructed of wood and asbestos board or other suitable material. An ambient temperature of 50°C. shall be maintained in the interior of the chamber by utilizing the heat given off by the cable specimens, by additional heat supplied by resistance type heaters installed on the chamber floor, and by the admission of cool air to the chamber through adjustable vents in the top and bottom of the chamber. Convenient windows should be provided in the chamber walls through which observations of mercury thermometers indicating the interior temperature may be made. Suitable control equipment shall be provided to permit the copper temperature of the cables under test to be held to specified values. The temperature of the copper conductors shall be determined by means of thermocouples placed within the strands of one conductor through a small knife puncture 15 feet from one end. Additional thermocouples for determining the armor temperature shall be provided.

4.6.12.4 Procedure.-

4.6.12.4.1 Power cables.- Specimens shall be racked with thermocouples attached and the conductors of each specimen connected in series to an alternating current power supply adjusted to give a copper temperature of 105°C. in one specimen and 125°C. in the other specimen. This test shall continue for 400 hours.

4.6.12.4.2 Control cables.- The specimen shall be racked within the chamber with thermocouples attached in the manner described for power cables. The thermocouple to be used for measuring copper temperature shall be in contact with one of the conductors in the inner layer. The conductors shall be connected in series to a power supply adjusted to give a copper temperature of 105°C. in the inner layer of conductors. The test shall continue for 400 hours.

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.12.5 Observations.- Readings of copper temperature, armor temperature, current per conductor, chamber temperature, and time shall be taken throughout the duration of the test. Gas or fumes developed from the samples and the oozing of compound from the cable ends or sheath material through the armor during the tests shall be observed and recorded for both power and control cables. At the conclusion of the heat run, the dielectric strength and insulation resistance of the specimens shall be determined, followed by examination and tests (see 4.6.1 to 4.6.3, incl.) of the components to determine the extent of changes during the heat run.

4.6.13 Water and air leakage.-

4.6.13.1 Specimen.- The specimen shall be a 30-inch section of completed cable with or without end seal. Armored specimens shall be tested with armor in place.

4.6.13.2 Apparatus.- The apparatus shall consist of a testing tank, of 15-inch length and suitable diameter to accommodate the test specimen, fitted with Navy standard watertight stuffing tubes with approved packing, connected to the pressure system, a pressure control and leakage detection device permitting test by either air or water under pressure, and necessary connections, gages and valves between testing tank and pressure control system.

4.6.13.3 Procedure.- The specimen shall be sealed in place into or through the testing tank. Air pressure shall be applied to detect leakage through the cable sheath or end seal, and to enable location and correction of leaks through stuffing tubes and packing. The cable sheath or end seal and the gland shall not leak under this air pressure. After the assembly has withstood the air pressure for a period of 30 minutes without leakage, the specimen shall be subjected to water pressure at room temperature for a period of 4 hours. The amount of water leakage, if any, shall be determined to a precision of 1 cubic inch.

4.6.13.4 Pressures.- Except where otherwise specified in section 3, the air and water pressures applied shall be 75 pounds per square inch for cable sheath tests and 25 pounds per square inch for cable end seal tests.

Note.- The water and air leakage test is intended primarily for armored cables and end seals (see 3.11.22), but is required in section 3 for certain unarmored cables as a means for checking the integrity of the sheath in instances where this feature appears doubtful. This test is required on type MCSC (see 3.37), but shall not be made on other unarmored cables unless visual inspection discloses a patch, thin spot, cut, gouge, pock-mark, blister, porosity or other defect in the sheath.

4.6.14 Flexing endurance.-

4.6.14.1 Specimens.-

4.6.14.1.1 Bending.- There shall be two bending test specimens, each a 30-inch section of completed cable.

4.6.14.1.2 Twisting.- There shall be two twisting test specimens of completed cable, 24 inches in length for cables of 5/8-inch diameter or less, and 10 times the cable diameter plus 18 inches in length for cables of larger than 5/8-inch diameter.

4.6.14.2 Apparatus.- The bending apparatus and the twisting apparatus may be built into a portable, compact assembly, powered by a single drive and equipped with means for counting the number of cycles impressed upon a specimen. A suitable electric circuit should be provided to stop the apparatus in the event the series conductor circuit of a specimen is broken.

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.14.3 Procedure.-

4.6.14.3.1 Conditioning.- Specimens shall be conditioned and tested in a controlled temperature room held at the specified temperature. Specimens for the bending test and for the twisting test shall be exposed to the specified temperature until thermal equilibrium is established before testing is started. All conductors in each specimen shall be connected in a single series circuit for the purpose of detecting breakage of the conductors.

4.6.14.3.2 Bending.- A specimen shall be loosely inserted between a pair of rollers and subjected to 90-degree bending in each direction at the rate of 12 to 14 complete 180-degree cycles per minute. The bends shall be made approximately midway along the length of the specimen, and the portion of the specimen not coming in contact with the rollers shall be loosely restricted to prevent appreciable bending at other points. The upper portion of the specimen shall be anchored to the bending apparatus. A weight which stresses the specimen in tension to approximately 40 pounds per square inch of cross section shall be attached to the free lower end. The grips or clamps shall be designed to apply uniform radial pressure to the core of the specimen. The diameter of the rollers shall be approximately but not less than 2-1/2 times the maximum over-all diameter specified for the particular type and size undergoing test, except that when the maximum over-all diameter specified is greater than 0.800 inch the appropriate roller diameter shall be selected from the following table:

| Cable type and size | Roller diameter Inches |
|---|---|
| MHFF-14, TTOP-15, TRF, TRXF | 3 |
| DCOP-23, DHOF-23, SCOP-150, SHOF-150 | 3 |
| MHFF-19, DCOP-30, DHOF-30, TCOP-23 | 3-1/2 |
| THOF-23, SCOP-200, SHOF-200 | 3-1/2 |
| MHFF-24, SCOP-250, SHOF-250 | 4 |
| MHFF-30, TCOP-42, THOF-42 | 4-1/2 |
| MCSC-5 | 5 |
| MHFF-37 | 6 |
| MHFF-44, DCOP-83, DHOF-83, CVSF-6 | 7 |
| (No test required for DCOP-250 and 400, DHOF-250 and 400, SCOP-800, SHOF-800, TCOP-150, 250 and 400, THOF-150, 250 and 400, FCOP-133, FHOF-133.) | |

4.6.14.3.3 Twisting.- Specimens shall be clamped in cable grips and subjected to 180 degrees of twist in each direction (360 degrees total twist) at the rate of 12 to 14 complete cycles per minute. The distance between grips shall be 6 inches plus 10 times the maximum specified diameter of the specimen. The upper grip shall be oscillated by the twisting apparatus. The lower grip shall be free to move vertically but restrained from oscillation, and have a weight attached which stresses the specimen in tension to approximately 40 pounds per square inch of cable section.

4.6.14.4 Duration of tests.-

4.6.14.4.1 Qualification tests.- The suitability of cables for repeated flexing service (see 1.2.2) shall be investigated by bending and twisting tests conducted at temperatures of 75°C., 0°C., and -30°C. for 6000 cycles unless the specimen fails in some manner prior thereto. During all tests frequent visual inspection of the sheath shall be made for the purpose of detecting rupture. Upon completion of a test, the specimen shall be removed from the apparatus and checked for open or short circuits between conductors. The specimen shall then be opened, its internal condition examined, and record made of any evidence of damage caused by the test. If failure occurs within 2 inches of either grip, the results shall be disregarded and the test repeated.

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.14.4.2 Inspection tests at a Government laboratory.- Cables for repeated flexing service (see 1.2.2) having an over-all diameter not greater than 1.500 inches shall be tested for a duration of twisting and bending cycles as required on the individual specification sheets. Flexing endurance tests will not be required in the inspection of cables larger than 1.500 inches in diameter. The specimens then shall be examined for weakening or failure of sheath and conductors and the nature of damage, if any, reported with the results. If failure occurs within 2 inches of either grip, the results shall be disregarded and the test repeated.

4.6.15 Impact resistance.-

4.6.15.1 Specimen.- The specimen shall be a 3-foot section of completed cable.

4.6.15.2 Procedure.- The specimen shall be securely fastened to a steel block and subjected to the blows of a 6-pound steel hammer having sides tapered at a 45-degree angle to a 1/16-inch radius striking edge. The steel block and hammer shall be connected to one side of an alternating current high potential test set and grounded, and all conductors in the specimen connected to the other side of this circuit. With 5000 volts impressed, the hammer shall be dropped from a height of 24 times the over-all diameter of the specimen to one spot on the specimen at a rate of 12 blows per minute until potential breakdown occurs. For specimens having an over-all diameter of 1.500 inches or less, the point of hammer impact shall then be moved at least 6 inches and the test repeated with 2500 volts applied with the hammer being dropped from a height of 48 times the over-all diameter of the specimen. The tests shall be made at room temperature and the number of hammer falls to cause potential breakdown at each height determined and recorded. Upon completion of the hammer tests, the specimen shall be checked for short circuits between conductors and the cable then opened and examined for any damage caused by the tests.

4.6.16 Abrasion resistance.-

4.6.16.1 Specimen.- The specimen for cables of 1.250-inch diameter and smaller shall be a 2-foot length of completed cable. The specimen for cables larger than 1.250-inch diameter shall be a 2-foot strip of cable sheath wall of 1-inch width.

4.6.16.2 Procedure.- The specimen shall be hung with a 90-degree arc of contact over a 7-inch diameter abrasion wheel made up of twelve 3/8-inch diameter fine grade tungsten carbide rods and two 7-inch diameter phenolic disks arranged in the form of a squirrel cage. A 15-pound weight should be attached to the free end of the specimen. Specimens of the sheath strip from the larger cable sizes shall be provided with a backing of soft sheet metal. The tests shall be made at room temperature with the abrasion wheel rotating at 60 r.p.m. in the direction which tends to lift the 15-pound weight. The number of wheel revolutions required to wear through a measured thickness of the sheath wall shall be determined and recorded.

4.6.17 Hot oil test.-

4.6.17.1 Specimens.- Specimens shall be duplicates of those prepared for the tensile tests (see 4.6.1).

4.6.17.2 Procedure.- Specimens shall be immersed in lubricating oil, conforming to the requirements of Navy Symbol No. 3100 of Pamphlet N.B.S. 431, or equal, at a temperature of 120°C. After immersion for 18 hours the specimen shall be removed from the hot oil, blotted lightly to remove excess oil, and suspended in air at room temperature for not less than 3-1/2 hours nor more than 4-1/2 hours. After this conditioning, determinations shall be made of tensile strength based on the original cross section before immersion and of the ultimate elongation based upon the length between bench marks as measured before immersion.

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.18 Oil, water and chemical resistance.-

4.6.18.1 Specimens.- Specimens shall be strips of cable sheath suitable for subsequent measurement of tensile strength and elongation, and shall be buffed on the inner surface to a uniform thickness of 0.040 inch.

4.6.18.2 Procedure.- Specimens shall be weighed and surface area measured before immersion. Five specimens shall then be immersed at room temperature for a period of 10 days in each of the following liquids: Distilled water, sea water, storage battery electrolyte, lubricating oil, fuel oil and gasoline. After removal from the liquids, each specimen shall be wiped clean and again weighed. The change in weight of the specimens shall be expressed in terms of weight per unit inital area of surface exposed to the liquids. The specimens shall then be tested to determine change in tensile strength and elongation.

4.6.19 Dielectric tests.-

4.6.19.1 General.- Unless otherwise specified, the dielectric tests shall be made on full coil or reel lengths of completed wire or cable to be shipped. Where tests are to be made on short lengths, as required in section 3 for the particular type and size of cable under consideration, these tests shall be made at a Government laboratory only as part of the regular production check tests (see 4.4).

4.6.19.2 Apparatus.-

4.6.19.2.1 High potential test.- Except for spark testing, the dielectric tests shall be made with alternating potential from a source of ample capacity, and in no case less than 5 Kva, having a frequency not greater than 100 cycles per second and a wave shape approximately as closely as practicable a sine curve under all test conditions. The testing voltage may be measured by any method satisfactory to the bureau or agency concerned which gives a root-mean-square value, preferably by means of voltmeter connected to voltmeter coil in the high tension winding of the testing transformer or to a separate instrument transformer. A voltmeter on the low-tension side of the transformer is satisfactory if the ratio of transformation does not change under any test condition.

4.6.19.2.2 Spark test.- The power capacity of the sparking equipment shall be as high as practicable and sufficient to maintain the required testing voltage under all normal load conditions. Means shall be provided for regulating the testing voltage to within 5 percent of the specified value at all times. The testing voltage may be measured by a kilovoltmeter or electrostatic voltmeter having a burden that will not affect the value or wave shape of the testing voltage. An indicating voltmeter connected to the low-tension side of the transformer may be used, provided its readings are calibrated to give a true indication of the voltage across the dielectric of the wire being tested. The equipment shall include a fault-signal system that will automatically stop the machine, and give a visible signal until manually reset. The electrode shall be of a suitable bead chain or fine link mesh construction, and the finished cable or insulated conductor shall be passed through the electrode at a speed such that the insulation will be subjected to the specified test voltage for a period of time not less than 0.2 second, and which shall locate all faults.

4.6.19.3 Rate.- Except for spark testing, the initially applied voltage shall be not greater than 600 volts, and the rate of increase shall be approximately uniform and not over 100 percent in 10 seconds nor less than 100 percent in 60 seconds.

4.6.19.4 Temperature.- Dielectric tests shall be made at normal room temperature.

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.19.5 Time of application.-

4.6.19.5.1 Shipping lengths.- Except for spark-tested lengths, the time of voltage application measured from the time the specified voltage is attained shall be not less than the following:

Each conductor against all adjacent conductors and ground:
5 minutes for cables having 4 conductors or less (see 1.2.1 and 1.2.2).
1 minute for cables having 5 conductors or more (see 1.2.1 and 1.2.2).
1 minute for miscellaneous wires (see 1.2.4).

4.6.19.5.2 Spark tested lengths.- Where a spark test is required in section 3 for miscellaneous wires (see 1.2.4), the completed wire shall be passed through the spark electrode at a speed such that the insulation will be subjected to the specified test voltage for a period of time not less than 0.2 second, and which will locate all faults.

4.6.19.5.3 Short lengths.- The time of voltage application, measured from the time the specified voltage is attained, shall be approximately but not less than 1 minute for each conductor against all adjacent conductors connected to ground, and all conductors connected together against ground.

4.6.19.6 Ground electrodes.-

4.6.19.6.1 General.- The following methods for grounding shall be employed while testing electrically. The method of grounding is determined by the cable construction and the nature of the requirements specified in section 3.

4.6.19.6.2 Cable coverings.- In the case of lead sheathed cables or cables with braided metal armor, the lead or armor shall constitute the ground electrode.

4.6.19.6.3 Water bath.- All unarmored cables except miscellaneous wires types SRIB and SHFS, shall be immersed in a water bath for not less than 1 hour and then tested while still immersed. The water bath shall constitute the ground electrode. When testing types MCOS and MCSP the shield shall be connected to ground while the insulated conductors are being tested, then the insulated conductors shall be connected together to the shield and potential applied from shield to ground or water bath.

4.6.19.6.4 Spark electrodes.- The copper conductor shall be grounded, and potential applied to the outer surface of the completed wire by a suitable bead chain or fine link mesh device that will insure intimate metallic contact over practically the entire surface of the wire under test. A pipe, helical coil spring, and similar electrodes are not considered to be of an intimate type.

4.6.19.6.5 Electrodes for short lengths.- Where dielectric tests are specified in section 3 on a short length specimen in the as received condition after cold bend (see 4.6.9), or after the flame test (see 4.6.10), the tests shall be made with the external surface of the specimen grounded. Specimens having no lead sheath or braided metal armor shall have the external surface grounded by immersion in water or mercury, by wrapping with metal foil, or by a coating of sprayed metal.

4.6.20 Creepage.-

4.6.20.1 General.- The apparatus used for application and measurement of the test voltage shall conform to the general requirements of 4.6.19.

4.6.20.2 Specimen.- The specimen shall be an 8-inch length of completed wire whose cut ends shall be sealed with an insulating wax of melting point not lower than 65°C.

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.20.3 Conditioning.- The specimen shall be conditioned at a temperature of 50°C. and a relative humidity of 90 percent for a continuous period of 18 to 24 hours immediately prior to test.

4.6.20.4 Procedure.- A dielectric test of 5,000 volts alternating current shall be applied for a period of 1 minute between 2 ring type electrodes (narrow tapes of thin copper) spaced at a 2-inch separation along the central portion of the specimen. The test shall be conducted with the specimen in the conditioning chamber at 50°C. and 90 percent relative humidity. There shall be no evidence of breakdown along the braid surface (arcing, smoking, burning). After the voltage test, the surface resistance of the 2-inch section between electrodes shall be not less than 100 megohms with direct current potential.

4.6.21 Tensile strength and elongation, conductors.- While physical tests need not be made on each lot of copper conductors submitted for delivery, the Government inspector shall require tensile tests at such frequent intervals as may be necessary to ascertain that the physical properties of the conductors are in conformance with the requirements of 3.10 and 3.11.1. All conductors shall, however, be given a careful visual and dimensional inspection as specified in 4.2.

4.6.22 Coating, lead or alloy.-

4.6.22.1 General.- While the lead or alloy coating need not be inspected on each lot of copper conductors, the Government inspector shall require chemical tests of the coating at such frequent intervals as may be necessary to ascertain that the coating of the conductors meets the test requirements of 4.6.22.2 to 4.6.22.5.2, inclusive. The coating, however, shall be given a careful visual inspection to determine that it is in conformance with the requirements of this specification.

4.6.22.2 Specimens.- Specimens shall be lead or alloy coated wires of a length determined by the following formula:

$$L = \frac{K}{D}$$

Where: L = Length of specimen, inches.
D = Diameter of wire, inch.
K = Constant from table XVII.

In cases where the length of the specimen as determined above is such that it cannot be immersed in the specified manner as a single length, it may be divided into shorter sections which will permit complete immersion.

Table XVII - Quantity of solution.

| Wire diameter | K | Quantity of test solution |
|---|---|---|
| Inch | | Ml |
| 0.320 to 0.161 | 0.8 | 100 |
| .160 to .0810 | .4 | 50 |
| .0800 to .0400 | .2 | 25 |
| .0390 to .0030 | .1 | 12-1/2 |

4.6.22.3 Preparation.- The specimens shall be thoroughly cleaned by immersion in benzine, ether, alcohol, or carbon tetrachloride for at least 3 minutes then removed and wiped dry with a clean, soft cloth. The ends of each piece shall be completely wax-coated to protect the exposed copper. The wax-coated length shall not be included in determining the length of the test piece.

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.22.4 Solutions.-

4.6.22.4.1 Test solution.- Ammonium persulfate solution: Dissolve 10 gm. of ammonium persulfate (CP crystals - minimum 95 percent ammonium persulfate) in 500 mℓ of distilled water, add 75 mℓ of ammonium hydroxide (CP specific gravity 0.90), and then dilute to 1 liter with distilled water. The ammonium persulfate solution shall be made up fresh on each day tests are to be conducted and shall not be subjected to temperatures above 100°F. The quantity of test solution employed shall be as specified in table XVII.

4.6.22.4.2 Color standard solution.- Copper sulfate-ammonium hydroxide: the standard solution shall be made by disolving 100 milligrams of anhydrous copper sulfate in distilled water. Add 75 mℓ of ammonium hydroxide (CP sp. gr. 0.90) and dilute to 1 liter.

4.6.22.5 Procedure.-

4.6.22.5.1 A specimen of the required length shall be immersed in the specific quantity of test solution, using test tubes of appropriate dimensions. The sample shall remain in the solution at a temperature not less than 83°F. and not more than 87°F., for a period of 15 minutes. The samples shall be removed from the test solution before making the color comparison.

4.6.22.5.2 At the conclusion of the period, the color of the test solution shall be not darker than that of the color standard solution. The color comparisons shall be made with the color standard and test solutions in like fused-on plane-bottom Nessler tubes filled to equal depths. In the comparison the two shall be viewed lengthwise of the test tubes against a white background.

4.6.23 Tensile strength, elongation, set and aging, insulation and sheath.- The preparation of specimens and methods of conducting tests shall be as outlined in 4.6.1.

4.6.24 Conductor resistance.- The resistance of the insulated conductor shall be measured in all completed wires and cables to determine conformance with the requirements of the individual specification sheets. For stranded conductors, the resistance of individual strand wires need not be measured unless the Government inspector has reason to doubt the conductivity.

4.6.25 Insulation resistance.- The apparent insulation resistance shall be measured as soon as practicable after the dielectric test, and shall be not less than the values specified. The leakage current shall be measured after a 1-minute electrification with a direct current potential of not less than 200 nor more than 500 volts. The conductor shall be maintained negative to the sheath, armor, or water. For multiple conductor cables, the insulation resistance of each conductor against all other conductors connected to ground shall be not less than the specified value. Insulation resistance shall be referred to

REPRODUCED AT THE NATIONAL ARCHIVES

a temperature of 15.5°C. by multiplying the measured value of insulation resistance by a conversion factor corresponding to the temperature of the measurement and the type of cable. These conversion factors are shown in table XVIII. For temperature values between those tabulated, the conversion factor shall be obtained by interpolation. Where the values in table XVIII are not applicable to approved cable constructions, other conversion factors may be used when specifically authorized.

Table XVIII - Temperature conversion factors.

| Temperatures | | Temperature coefficients | |
|---|---|---|---|
| Degrees F. | Degrees C. | Resin insulated cables (see 1.2.1) Flexible cables (see 1.2.2) Thin-walled cables (see 1.2.3) Miscellaneous wires (see 1.2.4) | Varnished cambric insulated cables (see 1.2.1) |
| 32 | 0.0 | 0.032 | 0.085 |
| 35 | 1.7 | .047 | .11 |
| 38 | 3.3 | .071 | .15 |
| 41 | 5.0 | .098 | .18 |
| 44 | 6.7 | .14 | .26 |
| 47 | 8.3 | .25 | .32 |
| 50 | 10.0 | .29 | .42 |
| 53 | 11.7 | .45 | .54 |
| 56 | 13.3 | .78 | .71 |
| 59 | 15.0 | .91 | .89 |
| 60 | 15.5 | 1.00 | 1.00 |
| 62 | 16.7 | 1.26 | 1.20 |
| 65 | 18.3 | 1.80 | 1.50 |
| 68 | 20.0 | 2.50 | 2.00 |
| 71 | 21.7 | 3.50 | 2.45 |
| 74 | 23.3 | 5.00 | 3.10 |
| 77 | 25.0 | 6.60 | 4.00 |
| 80 | 26.7 | 8.30 | 5.15 |
| 83 | 28.3 | 11.0 | 6.20 |
| 86 | 30.0 | 17.5 | 8.00 |
| 89 | 31.7 | 24.5 | 10.0 |
| 92 | 33.3 | 34.0 | 12.0 |
| 95 | 35.0 | 48.0 | 16.0 |

4.6.26 Flame retardant test.- Various component materials employed in shipyard cables are specified in section 3 to require moisture and flame retardant characteristics. The materials used shall be in conformance with those employed in the approved sample, or otherwise specifically approved.

4.6.27 Capacitance and characteristic impedance (shielded pairs).-

4.6.27.1 Specimens of pair or cable for test.-

4.6.27.1.1 Length.- Measurements of capacitance and characteristic impedance shall be made upon a specimen 5 feet in length. Measurement shall be checked on a specimen 10 feet in length.

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.27.1.2 Preparation of specimen.- The shield shall be removed for a distance of 1 inch from both ends of the pair being tested. Each conductor shall be bared for 1/2 inch from each end. The length of the specimen is considered to be the shielded length.

4.6.27.1.3 Conditioning.- The test shall be conducted at conditions representing the extremes of the range conditions specified for these types as the operating range, as well as other intermediate conditions sufficient to give a reliable indication of the behavior of the sample. The following set of conditions is considered the minimum desirable for this purpose; one set of measurements being taken at each of the frequencies of 1, 1.5, and 2 megacycles:

0°C.
25°C. (at prevailing humidity)
50°C.

If a refrigerator, oven or other small chamber is used for conditioning, leads from the specimen to the terminals of the measuring instrument shall be 4000 c.m. or larger wire of the shortest practicable length. Due consideration should be given to the effect of internal capacitances in the instrument and of interlead capacitance and inductance upon the accuracy of the determinations.

4.6.27.2 Test equipment.- The following procedure is described for a Q-meter and suitable oscillator equipped with the external balance circuit schematically shown below. The general procedure can be adapted to an alternate method of measurement, where it can be demonstrated that such an alternate will yield results of at least equal accuracy and precision.

L: Coil, of inductance suitable for the magnitude of the reactances to be measured.
C: Variable calibrated precision condenser.
$T_1$, $T_2$: Terminals of Q-meter, $T_1$ grounded.
$T_3$, $T_4$: Terminals in the inductive branch of the balance circuit ($T_4$ can be identical with the terminal $T_1$).
S: Means for shorting $T_3$ and $T_4$.

The leads from L and C to the Q-meter terminals shall be short as practicable. The test specimen, or leads from the test specimen, shall be terminated at, or as near as possible to, the terminals of L.

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.27.3 Determination of capacitance.- The shield shall be grounded at both ends for these measurements. The capacitance shall be measured between the inner conductors of each pair. Designate one conductor as No. 1, the other as No. 2 and the shield as No. 3.

(a) Short terminals $T_3$ and $T_4$.
(b) Balance the circuit to resonance by adjusting C to a value $C_o$, at which point balance (resonance) will be indicated by a maximum reading on the Q-meter.
(c) Connect No. 1 to No. 3, terminate 1-3 at $T_1$, and terminate 2 at $T_2$. Balance the circuit by adjusting C to a new value $C_1$. Designate the capacitance $(C_o - C_1)$ between No. 2 and No. 1-3 by the symbol $C_a$. Disconnect No. 1 from No. 3.
(d) Connect No. 2 to No. 3, terminate No. 2-3 at $T_1$, and terminate No. 1 at $T_2$. Balance the circuit by adjusting C to new value $C_2$. Designate the capacitance $(C_o - C_2)$ between No. 1 and No. 2-3 by the symbol $C_b$. Disconnect No. 2 from No. 3.
(e) Connect No. 1 to No. 2, terminate No. 3 at $T_1$ and terminate No. 1-2 at $T_2$. Balance the circuit by adjusting C to a new value $C_3$. Designate the capacitance $C_o - C_3$) between No. 1-2 and No. 3 by the symbol $C_c$. Disconnect No. 1 from No. 2.
(f) The capacitance $(C_p)$ between the two inner conductors is equal to $\frac{2 (C_a + C_b) - C_c}{4}$.
(g) The capacitance per foot is the above value of capacitance divided by the length of the sample in feet (see 4.6.27.1.1.)

4.6.27.4 Dete[illegible] shall be made upon the[illegible]

4.6.27.4.1 M[illegible]

(a) Short[illegible]
(b) Open[illegible] far[illegible]
(c) Bala[illegible]
(d) Since[illegible] due cha[illegible] to regain balance. The inductance of the specimen $(L_p)$ can be calculated [illegible] the formula:

$$L_p = dL = dC/W^2C_o (C_o - dC) \text{ where } W = 2\pi \text{ times the frequency.}$$

If dC is 1 percent or less of $C_o$, the formula can be reduced to:

$$L_p = dL = \frac{dC}{W^2{C_o}^2}$$

4.6.27.4.2 Measurement of capacitance (open circuit impedance - $Z_{oc}$).- Capacitance, $C_p$ shall be measured by the method described in 4.6.27.3.

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.27.4.3 The characteristic impedance, $Z_o$, can be obtained from either of the formulas:

$$Z_o = \sqrt{\frac{L_p}{C_p}}$$

or

$$Z_o = \sqrt{Z_{oc} Z_{sc}}$$

Where: $Z_{oc} = \frac{1}{WC_p}$

$Z_{sc} = WL_p$

4.6.28 Breaking strength.-

4.6.28.1 Completed cable.-

4.6.28.1.1 Specimens.- Specimens shall consist of straight sections of completed type MCSC cable approximately 6 feet in length.

4.6.28.1.2 Apparatus.- The testing machine shall be power-driven. The applied tension shall be indicated on a dial or scale having an accuracy within plus or minus one percent, and the indicator shall remain at the point of maximum load after rupture of the test specimen. A knurled metal mandrel, not less than 3 inches in diameter, shall be fitted into each jaw of the testing machine.

4.6.28.1.3 Procedure.- One end of the specimen shall be wrapped two full turns around the upper mandrel and secured in place so as to provide sufficient snubbing action to prevent slipping, and the other end secured in a similar manner to the lower mandrel. The distance between the jaws with the specimen in place shall be not less than 6 inches. The jaws shall be separated at a uniform rate of approximately one inch per minute until the specimen breaks.

4.6.28.1.4 Number of tests.- If the first specimen representing the lot is rejected, samples from two other reel lengths shall be taken to represent the lot and, if either of these two samples fails to meet the specified breaking strength, the entire lot shall be rejected. Breaks which occur within one inch of either mandrel shall be considered not indicative of the true breaking strength of the specimen.

4.6.28.2 Tie cord.- The apparatus and procedure shall be as prescribed under 4.6.28.1 except that specimens shall consist of lengths of tie cord removed from the completed cable and the rate of separation between the jaws of the testing machine shall be approximately 12 inches per minute.

4.6.29 Induced voltage, completed cable.-

4.6.29.1 Specimen.- This test applies to completed cable types MCOS-5 and MCOS-6 only. The specimen for production check tests shall be not less than 20 feet in length, and the specimen for lot acceptance tests shall be 20 feet or more in length.

4.6.29.2 Preparation of specimen.- The insulation shall be removed from 1/2 inch of both ends of all conductors. The braided copper shield shall be removed or pushed back to expose 1-1/2 inch of the twisted pair at both ends. The length of braided copper shield is considered to be the length of the specimen. Both ends of each shielded pair shall be terminated in a 150-ohm resistive load. The braided copper shield or shields shall be grounded at one end only.

REPRODUCED AT THE NATIONAL ARCHIVES

4.6.29.3 Procedure.-

4.6.29.3.1 Type MCOS-5.- A 60-cycle-per-second current of one ampere r.m.s. shall be circulated; first, in the red and green conductors, then in the red and blue conductors, then in the green and blue conductors. The induced voltage appearing between conductors at the open end of the shielded pair shall be measured to an accuracy of one microvolt while the current is flowing.

4.6.29.3.2 Type MCOS-6.- A 60-cycle-per-second current of one ampere r.m.s. shall be circulated in the yellow and green conductors. The induced voltage appearing between conductors at the open end of each shielded pair shall be measured to an accuracy of one microvolt while the current is flowing.

4.6.29.4 Requirements.- The maximum open-circuit potential induced between the conductors of a shielded pair shall not exceed the value specified in 3.48.

4.6.30 Heat shock.- A specimen of the completed cable shall be wound for six adjacent turns about a mandrel not greater than 3 times the diameter of the specimen. The wound specimen shall be placed in an oven and subjected to air at a temperature of 121°C. for one hour and, after cooling, shall withstand while immersed in water at room temperature the dielectric strength tests shown in the applicable table.

4.6.31 Hydrostatic test.- Samples shall be selected and tested as specified in Appendix I of this specification, except that special double ended bulkhead stuffing tubes shall be used in lieu of the non-constrictive method of Appendix I, and water pressure shall be applied for 2 hours at 500 pounds per square inch in lieu of 18 hours at 25 pounds per square inch.

4.7 Test reports.-

4.7.1 Laboratory reports covering the production check tests (performed at Government laboratory) shall be forwarded directly to the cognizant Government inspector for his action. Two copies of each test report shall be addressed to the bureau or agency concerned.

4.7.2 Lot acceptance test data shall be forwarded monthly by the Government inspector to the bureau or agency concerned.

5. PREPARATION FOR DELIVERY

5.1 Packaging.-

5.1.1 Cable shall be wound in coils or on reels as follows:

5.1.1.1 Coils.- Coils shall each contain one continuous length of cable (see 6.2). The following cable types, up to and including the sizes shown, shall be furnished in coils:

| | | | |
|---|---|---|---|
| SRI-14 | DCOP-4 | SRIA-14 | DHOF-4 |
| SRIB-14 | TCOP-4 | DRIP-4 | THOF-4 |
| SHFS-14 | FCOP-3 | TRIP-3 | FHOF-3 |
| MRI-T2-1/2 | FBSP | FRIP-3 | |
| DBSP | FCOTP-4 | | |
| TBSP | MMOP-5 | | |

Both ends of each coil, except for miscellaneous wires as described in 1.2.4, shall be hermetically sealed as described in 3.11.22 to prevent the entrance of moisture. Individual coils shall be securely tied, wrapped spirally with one layer of 30-30 waterproof creped paper, a second layer of waterproof string reinforced paper or cloth-backed paper, and securely tied with a minimum of four individual ties. As an alternate wrapping, an inner layer of waterproof-creped paper and a single outer wrap of 30-45 water-resistant, neutral, synthetic resin impregnated and laminated creped paper may be used.

REPRODUCED AT THE NATIONAL ARCHIVES

5.1.1.2 Reels.- Reels shall each contain one continuous length of cable (see 6.2). Sizes of cable larger than those listed in 5.1.1.1 shall be wound on reels. Where the gross weight of the reel and cable is more than 1,000 pounds, the reels shall have suitable metal hubs. Reels shall be of suitable design strongly constructed with flanges of sufficient diameter to protect the cable from injury in handling and rolling. The diameter of the drum shall be not less than 14 times the diameter of the cable for non-flexing service and not less than 8 times the diameter of the cable for repeated flexing service. The cable on a reel shall have both ends brought out so that the cable can be readily tested without unreeling. These ends shall be hermetically sealed, in accordance with 3.11.22 to prevent the entrance of moisture and the inner or drum end shall be fully protected from damage during the shipment by a suitable metal shield.

5.1.1.2.1 Lagging.- The cable wound on reels shall be covered with flexible waterproof barrier-material secured in a suitable manner to the flange rims. The material used shall conform to Specification JAN-P-125. Reels shall be completely enclosed with wooden lagging with boards touching each other. Lagging boards shall be the same thickness as the outside wooden reel flanges but not thicker than 2-inch commercial lumber and shall be securely nailed to the outside wooden flanges of the reel with cement-coated nails. On reels 36 inches in diameter and larger, lagging shall extend within 1/4 inch of the outside edges of the flanges. On reels smaller than 36 inches in diameter lagging shall be flush with the outside edges of the flanges. Lagging of reels of cable weighing 1000 pounds or more shall be strapped with two 0.1620 $\pm$ 0.003 inch (8 gage) high-tensile round wires or two 3/4 by 0.035-inch steel straps. Lagging of reels of cable weighing less than 1000 pounds shall be strapped with two 0.0915 $\pm$ 0.003-inch (13 gage) high-tensile round wires or two 5/8 by 0.020-inch steel straps. All straps shall be stapled at intervals of approximately 15 inches. Lagging on metal flanges shall be secured by notching lagging of suitable thickness over the flanges and by steel strapping. A minimum clearance of 2 inches, but not less than 1 cable diameter, shall be provided between the inner face of the lagging and the outer layer of cable.

5.1.1.2.2 Plywood casing.- Plywood casing may be used in lieu of lagging but shall be limited to reels smaller than 42 inches in diameter and which contain less than 1000 pounds of cable. Plywood casing shall be applied as follows:

A cushioning layer of asphalt impregnated corrugated fiberboard or its equivalent shall be applied directly over the cable. Two layers of 3-ply water-resistant toxic-treated plywood shall be secured tightly in place between the reel flanges directly over the cushioning material with not less than two 3/8 by 0.020-inch steel straps.

5.2 Packing.-

5.2.1 For domestic shipment.-

5.2.1.1 Cable in coils packaged as described in 5.1.1.1 weighing up to approximately 50 pounds shall be packed in cleated plywood, nailed wood, wirebound, or fiberboard boxes as follows:

5.2.1.1.1 Cleated plywood boxes, nailed wood boxes or wirebound boxes shall conform to Specifications JAN-P-105, JAN-P-106, and JAN-B-107, respectively. The gross weight shall not exceed approximately 150 pounds.

REPRODUCED AT THE NATIONAL ARCHIVES

5.2.1.1.2 Suitable style, corrugated or solid fiberboard boxes shall conform to the following requirements:

| Maximum gross weight boxes | Minimum average bursting strength | Maximum sum of inside dimensions |
|---|---|---|
| Pounds | Pounds | Inches |
| 40 | 200 | 60 |
| 65 | 275 | 75 |
| 90 | 350 | 90 |

Bottom flaps shall be sealed by means of a suitable adhesive or shall be metal stitched. Top flaps shall be sealed, stitched, or taped, or closed by a combination of these methods. If taped, kraft gummed tape of not less than 2-1/2-inch width, 60-pound minimum basis weight shall be used.

5.2.1.2 Cable in coils weighing over approximately 50 pounds, packaged as described in 5.1.1.1 will require no further packing.

5.2.1.3 Cables wound on reels as described in 5.1.1.2 will require no further packing.

5.2.2 For overseas shipment.-

5.2.2.1 Cable in coils packaged as described in 5.1.1.1 weighing up to approximately 50 pounds shall be packed in cleated plywood, nailed wood, or wirebound boxes conforming to Specifications JAN-P-105, JAN-P-106, and JAN-B-107, respectively. The gross weight shall not exceed approximately 150 pounds.

5.2.2.2 Cable in coils weighing over approximately 50 pounds, packaged as described in 5.1.1.1 will require no further packing.

5.2.2.3 Cable wound on reels as described in 5.1.1.2, will require no further packing.

5.2.3 For domestic or overseas shipment.- Where practicable, shipping containers of similar construction shall be of uniform size, and shall contain the same number of items of one size and type. Containers shall be designed to fit the contents in a compact manner.

5.3 Marking.-

5.3.1 Coils.- Two shipping tags shall be securely attached to each coil, both inside and outside the wrapping, and marked with the following information completed:

MATERIAL. . . . . . . . . . . . . . . . .
TYPE . . . . . . . . . . . . . . . . . . .
SIZE . . . . . . . . . . . . . . . . . . .
QUANTITY . . . . . . . . . . . . . . . .
CONTRACT NO. . . . . . . . . . . . . .
CONTRACTOR . . . . . . . . . . . . . .
MANUFACTURER . . . . . . . . . . . .
GROSS WEIGHT . . . . . . . . . . . . .

REPRODUCED AT THE NATIONAL ARCHIVES

5.3.2 Reels.- Each reel shall be plainly marked on both flanges with the following information completed:

MATERIAL . . . . . . . . . . . . . . . .
REEL NO. . . . . . . . . . . . . . . .
TYPE . . . . . . . . . . . . . . . . . .
SIZE . . . . . . . . . . . . . . . . .
QUANTITY . . . . . . . . . . . . . . .
CONTRACT NO. . . . . . . . . . . . .
CONTRACTOR . . . . . . . . . . . . .
MANUFACTURER . . . . . . . . . . .
GROSS WEIGHT . . . . . . . . . . . .

Where practicable, metal tags, stencils, or paper labels containing the information requested above shall be securely attached to reels. Where paper labels are used, they shall be securely attached and protected by a transparent compound to prevent deterioration of the markings.

5.3.3 Shipping containers.- In addition to any special marking required by the contract or order, marking shall conform to the requirements of the Navy Shipment Marking Handbook.

5.3.4 Special marking.-

5.3.4.1 Sheath material.- All coils, reels, or shipping containers for cables for repeated flexing service (see 1.2.2) shall be marked with the phrase "Thermosetting sheath" or "Thermoplastic sheath", as applicable.

5.3.4.2 Yearly marking.- In addition to the marking specified in 5.3.1 to 5.3.4.1, inclusive, all shipping containers shall be marked with a keyed series of colors to indicate the year of manufacture. This marking shall consist of a stripe approximately 2 inches wide and colored as follows for the particular year of manufacture. This cycle of colors shall be repeated every fifth year.

| Year of manufacture | Identifying color |
|---|---|
| 1946 | Red |
| 1947 | Green |
| 1948 | Orange |
| 1949 | Blue |
| 1950 | White |
| 1951 | Red |
| 1952 | Green |
| 1953 | Orange |
| 1954 | Blue |

5.3.4.2.1 Coils.- On coils wrapped for shipment the colored stripe shall be applied in at least 2 locations spaced equidistant around the coil. At each location the stripe shall be applied around the cross-section of the coil and each marking shall cover not less than the outer half of the periphery of the cross-section.

5.3.4.2.2 Reels.- On reels the colored stripe shall be applied circumferentially over the lagging and midway between the flanges. The stripe shall consist of one coat, commercial quality, outside paint of appropriate color. In addition to the stripe, both flanges of all reels shall be stenciled with 4-inch high figures to show the year of manufacture.

REPRODUCED AT THE NATIONAL ARCHIVES

5.3.4.2.3 Shipping containers.- When the color-identified wrapped coils are packed more than one in a container, such containers also shall be marked with the colored stripe on one side and one end.

6. NOTES

6.1 Intended use.- Ratings, characteristics and applications for cables covered by this specification are shown in Bureau of Ships General Specifications for Machinery, Section S62-2.

6.2 Ordering data.-

6.2.1 Requests, requisitions, schedules, and contracts or orders should specify the following:

Title, number and date of this specification.
Type and size of cable required (see 1.2 and 1.3).
Whether the subject commodity is to be packed and marked for domestic or overseas shipment (see section 5).