REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
30 July 1952
SUPERSEDING
MIL-C-915(SHIPS)
15 November 1949

Rec
8/19/52
M.E.K.

INTERIM MILITARY SPECIFICATION

CABLE, CORD AND WIRE, ELECTRICAL (SHIPBOARD USE)

1. SCOPE

1.1 Scope. - This specification covers electric cable for shipboard use. As distinguished by the type of insulation used, the general features of construction, and the service conditions involved, electric cables covered by this specification fall within the following general classifications:

Cables for nonflexing service.
Cables for repeated flexing service.
Cables, thin-walled.
Wires, miscellaneous.

1.2 Classification. -

1.2.1 Cables for nonflexing service. - Cables for nonflexing service shall be of the following types, as specified (see 6.2):

1.2.1.1 Heat and flame resistant types. -

Type SHFA - Single, heat and flame resistant, armored.
Type DHFA - Double, heat and flame resistant, armored.
Type THFA - Triple, heat and flame resistant, armored.
Type FHFA - Four, heat and flame resistant, armored.
Type SHFP - Single, heat and flame resistant, propulsion.
Type SHFR - Single, heat and flame resistant, radio.
Type DHFR - Double, heat and flame resistant, radio.
Type THFR - Triple, heat and flame resistant, radio.
Type SDGA - Single, degaussing, armored.
Type MDGA - Multiconductor, degaussing, armored.
Type MDGL - Multiconductor, degaussing, leaded.
Type MHFA - Multiconductor, heat and flame resistant, armored.
Type TTHFWA - Twisted pair, telephone, heat and flame resistant, armored.
Type PBJX - Pyrometer base lead wire.
Type PBTX - Pyrometer base lead wire.

1.2.1.2 Other types. -

Type DSS - Double conductor, special purpose, shielded.
Type TSS - Three conductor, special purpose, shielded.
Type FSS - Four conductor, special purpose, shielded.
Type MSS - Multiple conductor, special purpose, shielded.
Type TSP - Twisted pair, special purpose, plain.
Type MDGB - Multiconductor, degaussing, binnacle.
Type TJRSA - Twisted shielded pair, radio, armored.
Type MCSC - Multiple conductor, steel core.
Type DSSP - Double, small boat, shielded, plain.
Type TSSP - Triple, small boat, shielded plain.
Type FSRP - Four, small boat, shielded plain.
Type FCSP - Four, combination, special purpose, flexible.
Type MCGC - Multiple conductor, glass core.
Type SDU - Single, degaussing, unarmored.

GPO—O—NAV—K-51

Lehman Decl.

Exhibit 12

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

1.2.2 Cables for repeated flexing service. - Cables for repeated flexing service shall be of the following types, as specified (see 6.2):

1.2.2.1 Heat, flame, and oil resistant types. -

Type DCOP - Double conductor, oil resistant, portable.
Type TCOP - Triple conductor, oil resistant, portable.
Type MHPF - Multiconductor, heat and flame resistant, flexible.
Type TTOP - Twisted pair, telephone, oil resistant, portable.
Type MCOS - Multiple conductor, oil resistant, shielded.
Type MMOP - Microphone, microphone, oil resistant, portable.
Type SHOF - Single, heat and oil resistant, flexible.
Type DHOF - Double, heat and oil resistant, flexible.
Type THOF - Triple, heat and oil resistant, flexible.
Type FHOF - Four, heat and oil resistant, flexible.

1.2.2.2 Other types. -

Type TRF - Tough rubber jacket, flexible.
Type TRXF - Tough rubber jacket, extra flexible.
Type TTRS - Twisted shielded pair, radio, flexible.
Type CVSF - Combination, aircraft carrier, special purpose, flexible.

1.2.3 Thin-walled cables. - Thin-walled cables shall be of the following types and sizes, as specified (see 6.2):

1.2.3.1 Portable type. -

Type FCOTP-4 - Four conductor, oil resistant, thin walled, portable.

1.2.4 Miscellaneous wires. - Miscellaneous wires shall be of the following types, as specified (see 6.2):

Type SRI - Single resin insulated.
Type SRIB - Single resin insulated, braided.
Type SHFS - Single, heat and flame resistant, switch-board.
Type MRI - Multiconductor  resin insulated.

1.3 Cable sizes. - The conductor size in thousands of circular mils, the number of conductors, or the number of twisted pairs in the wire or cable for each type shall be as indicated under detailed requirements by a numeral after the type letter designation.

2. APPLICABLE SPECIFICATIONS, STANDARDS, DRAWINGS, AND PUBLICATIONS

2.1 The following specifications, standards, and publications, of the issue in effect on date of invitation for bids, form a part of this specification:

SPECIFICATIONS

FEDERAL
NN-B-591 - Boxes, Fiberboard, Wood-Cleated (for Domestic Shipment).
NN-B-601 - Boxes, Wood-Cleated-Plywood, for Domestic Shipment.
NN-B-621 - Boxes, Wood, Nailed and Lock-Corner.
TT-A-468 - Aluminum-Pigment; Powder and Paste, for Paint.
LLL-B-631 - Boxes, Fiber, Corrugated (for Domestic Shipment).
LLL-B-636 - Boxes, Fiber, Solid (for Domestic Shipment).

3

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

MILITARY
JAN-P-105 - Packaging and Packing for Overseas Shipment - Boxes, Wood,
Cleated, Plywood.
JAN-P-106 - Packaging and Packing for Overseas Shipment - Boxes, Wood, Nailed.
MIL-B-107 - Boxes, Wood, Wirebound, (Overseas Type).
JAN-P-135 - Packaging and Packing for Overseas Shipment - Barrier-Materials,
Waterproof, Flexible.
MIL-S-572 - Synthetic-Fiber; Organic: Cords, Yarns, and Mono-Filaments.
MIL-C-1140 - Glass-Fiber: Yarn, Cordage, Sleeving, Cloth, and Tape.
MIL-I-3053 - Insulation, Electrical, Asbestos-Fiber, Treated and Untreated.
MIL-I-3064 - Insulation, Electrical, Plastic-Sealer.
MIL-W-16970 - Wire and Ribbon, Resistance.

NAVY DEPARTMENT
General Specifications for Inspection of Material.
22C4 - Cable, Steel (Corrosion-Resisting), Flexible and Extra Flexible,
Preformed Type (Aircraft Use).

STANDARDS

MILITARY
MIL-STD-104 - Limits for Electrical Insulation Color.
MIL-STD-129 - Marking of Shipments.

PUBLICATIONS

BUREAU OF SHIPS
N.B.S. 431 - Lubricating Oil; General Information, Requirements and Methods of Tests.

(Copies of specifications, standards, and drawings required by contractors in connection with
specific procurement functions should be obtained from the procuring agency or as directed by the
contracting officer.)

3. REQUIREMENTS

3.1 Qualification. -

3.1.1 Electrical cable, except types TRF, TRXF, DRSF, TRSF, FBSF, CVSF, FCSF, MCGC,
SRI, SRIB, MRI and SHFS, furnished under this specification shall be a product which has been tested
and has passed the qualification tests specified in section 4 (see 6.3).

3.1.2 The types which are subject to qualification (see 3.1.1) are identified with the "approved
sample" which was tested and on which the approval was based, and the manufacturer shall not change
any of the component materials or the assembly of the components in completed cables offered for
inspection under subsequent contracts or orders without first obtaining written approval for such
modifications from the bureau or agency concerned.

3.2 Definitions of terms.- The following definitions shall apply to the technical terms wherever
such terms appear in this specification:

3.2.1 Conductor. - A conductor is a slender rod or filament of drawn metal of circular cross section
or a group of such rods or filaments not insulated from one an ther, suitable for transmitting an electric
current.

3.2.2 Stranded conductor. - A stranded conductor is a conductor composed of more than one filament.

3.2.3 Strand. - A strand is one of the filaments, or one of the stranded groups, of a stranded
conductor.

3

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

3.11.7.8 Thin varnished cambric walls. - For thin walls of varnished cambric, particularly those of 0.048 inch thickness or less, and/or where used in combination with asbestos, the thickness of varnished cambric tape used shall be given special consideration. For such walls it is required that there be a multiplicity of tape layers, with the best possible distribution of joints, and hence improved structure as a dielectric. Unless otherwise specified or approved for a particular type and size of cable (see 3.13 to 3.49, incl.), the tape thickness shall be such that at no point in the insulation shall there be less than 3 thicknesses of varnished cambric.

3.11.7.9 Alternates for varnished cambric. - Where varnished cambric is specified as a component of electric cables the use of the suitable alternate material will be permitted when satisfactory to the bureau or agency concerned. The suitability of such alternates shall be determined on the basis of tests specified in 3.1.1.

3.11.7.10 Effect of hot petrolatum. - After aging 15 minutes at 150°C, in hot petrolatum (see 4.8.3.3) and cooling to room temperature, the varnish coating on the tapes shall not be materially softer or more tacky than before being placed therein.

3.11.7.11 Dielectric strength. - The average dielectric strength of the varnished-cambric tapes (see 4.8.3.4), as removed from the completed cable, in terms of volts per mil of thickness at room temperature, shall be not less than 750 for single conductor cables and not less than 600 for multiple conductor cables.

3.11.7.12 Aging. - After 150 hours aging at 125°C. in an air oven (see 4.8.3.5) the varnish film on the tape shall show no evidence of cracking or peeling visible to the unaided eye, when bent around a mandrel 1/8 inch in diameter.

3.11.8 Lubricating compound for varnished-cambric insulation. -

3.11.8.1 Use. - A suitable compound shall be used for excluding air and moisture and for the lubrication of the varnished cambric insulation. It shall assure freedom from tearing or rupturing of the insulation when the completed cables are subjected to the bending test (see 4.8.9).

3.11.8.2 General properties. - The compound shall be a mineral base, acid-free compound, which will not dry out, oxidize, or combine with the varnish on the cambric. The compound shall have no deleterious effect upon any other component material in the cable construction.

3.11.8.3 Amount used. - The amount of compound used shall be such that the completed cable will pass the drip test specified in 4.8.8. The outer layers of varnished cambric, in the larger size conductors especially, may be applied without added compound, provided the tape itself is sufficiently lubricated to allow free motion between the layers in bending of the cable.

3.11.9 Asbestos. -

3.11.9.1 General. - All asbestos used in the construction of electric cables shall be of a form, type, and class suitable for the particular purpose, and shall conform to the applicable requirements of Specification MIL-I-3063. The composition and structure shall be such as will enable the completed cable to meet all specified test requirements.

3.11.9.2 Asbestos electrical insulating walls. - Asbestos electrical insulating walls shall consist of plain or reinforced asbestos applied either in treated or untreated form. The asbestos shall be suitably applied and compressed about the conductor so as to provide a dense felted wall of circular cross sections, in which the conductor is well centered. Such insulating walls are normally to be employed in combination with walls of insulating material of high dielectric strength, such as synthetic resin or varnished cambric. Asbestos for this application shall conform to either class 2 or class 4 of Specification MIL-I-3063.

17

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

3.11.9.3 Asbestos heat and flame resistant walls. - The asbestos for the wall or beltings applied about two or more individually insulated conductors, which have been cabled together, shall consist of plain or reinforced asbestos, applied either as treated or untreated. The asbestos shall be suitably applied and compressed about the cable core so as to provide a dense felted wall of circular cross section in which the cable core is well centered. Asbestos for this application shall conform to either class 4 or class 6 of Specification MIL-I-3063. The thickness of the felted wall shall be such as to permit strict adherence of the completed cable with the specified overall dimensions.

3.11.9.4 Impregnation. - The asbestos over the individually insulated conductor (or conductors) and over the cable core shall be thoroughly impregnated with a moisture and flame retardant insulating compound in such a manner as to fill all interstices and make the insulation one homogeneous structure. The compound used to saturate the asbestos shall consist of suitable high grade ingredient and shall retain its initial qualities during the normal service life of the cable. The compound shall develop no injurious chemical action within itself or with any other of the component parts of the completed cable. The compound shall not drip from the completed cable when tested as specified in 4.8.8.

3.11.9.5 Asbestos fillers. - Fillers shall meet the requirements of 3.11.11.

3.11.10 Glass fiber: -

3.11.10.1 General. - All glass fibers used in the construction of electric cables shall be of a class, and form suitable for the particular purpose, and shall conform to the applicable requirements of Specification MIL-G-1140.

3.11.10.2 Admixtures. - Where glass fiber insulation is specified as such, it shall not be used in a direct combination or mixture with any organic fabric or textile material, i.e., glass fiber rovings, yarn, tape, cloth, braid, cord, bonded mat, or other form of glass fibrous material, and shall not be part cotton, part silk, part linen, etc., unless otherwise specifically permitted or required in 3.13 to 3.49, inclusive.

3.11.10.3 Glass fiber servings. - Servings shall be of multiple round continuous fiber yarn, size 900-3/2 or the approximate equivalent, except where otherwise specified or approved.

3.11.10.4 Glass fiber braids. - The yarn for glass fiber braids shall be the appropriate size of either staple or continuous fiber yarn conforming to Specification MIL-G-1140. The braid angle, weave and thickness shall be as specified in 3.11.5.

3.11.10.5 Glass fiber electrical insulating walls. - Glass fiber electrical insulating walls shall consist of staple, fiber roving or condensed silver suitably applied and compressed about the conductor so as to provide a dense wall of circular cross section in which the conductor is well centered. Such electrical insulating walls are normally to be employed in combination with walls of insulating materials of high dielectric strength, such as synthetic resin or varnished cambric.

3.11.10.6 Glass fiber heat and flame resistant walls. - The glass fiber for walls or beltings applied about two or more individually insulated conductors, which have been cabled together, shall consist of staple fiber roving or condensed silver. The glass fiber shall be suitably applied and compressed about the cable core so as to provide a dense wall of circular cross section in which the cable core is well centered. The thickness of the felted wall shall be such as to permit strict adherence of the completed cable with the specified overall dimensions.

3.11.10.7 Impregnation. - The glass fiber over the individually insulated conductor (or conductors), including braids, and over the cable core shall be thoroughly impregnated with a moisture and flame retardant insulating compound in such a manner as to fill all interstices and make the insulation one homogeneous structure. The compound used to saturate the glass fibers shall consist of suitable high grade ingredients and shall retain its initial qualities during the normal service life of the cable. The compound shall develop no injurious chemical action within itself or with any other of the component parts of the completed cable. The compound shall not drip from the completed cable under the test conditions specified in 4.8.8.

16

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

3.11.10.8 Glass fiber fillers. - Fillers shall meet the requirements of 3.11.11.

3.11.10.9 Glass fiber impervious sheath reinforcement. - Where glass fiber is used as a heat and flame resistant textile reinforcement in the impervious sheath construction for cables (see 3.11.18), it shall be of either staple or continuous fiber yarn.

3.11.11 Fillers. -

3.11.11.1 General. - Except where otherwise specified, filler material shall be cotton, jute, synthetic fibers, glass fibers, or asbestos. Filler material shall be of long fiber and free from defects, dirt, knots and lumps. Dry or untreated fillers shall not be used.

3.11.11.2 For heat and flame resistant cable types. -

3.11.11.2.1 General. - Asbestos or glass fibers, pre-impregnated with suitable moisture and flame retardant insulating compounds, shall be used in conjunction with the approved watertight core sealing compounds as fillers for heat and flame resistant cables (see 1.2.1.1). Fibrous fillers may be omitted, at manufacturer's option, only from cables having three or more conductors of standard size 3(7) or smaller, provided the required firmness of core is retained with the sealing compound alone. For the larger size cables, the asbestos or glass fibers shall occupy not less than 50 percent of the total valley space so as to provide a firm, well-rounded assembly as specified on the individual specification sheets.

3.11.11.2.2 Asbestos. - Where asbestos is employed as heat and flame resistant fillers, it shall conform to the applicable requirements for class 4 or class 5 of Specification MIL-I-3053.

3.11.11.2.3 Glass fiber. - Where glass fiber is employed as heat and flame resistant fillers it shall be of staple rovings and condensed sliver and shall conform to the applicable requirements of Specification MIL-G-1140.

3.11.11.2.4 Filler impregnation. - The moisture and flame retardant impregnating compound shall consist of high grade insulating ingredients which retain their initial qualities during the normal service life of the cable. The compound shall develop no injurious chemical action within itself or with any other of the component parts of the completed cable. Except in flexible cables, the fillers shall be compacted and thoroughly impregnated in such a manner as to completely fill all interstices of the core and make the fillers one homogeneous structure. The amount of compound shall be not less than 10 percent of the weight of the saturated filler. In no case shall the compound from the fillers drip from the completed cable under the test conditions specified in 4.6.8.

3.11.11.3 For other cable types. - Fillers used in all multiple conductor cables (see 1.2.1.2, 1.2.2 and 1.2.3.1), except heat and flame resistant types (see 1.2.1.1), shall be of cotton, jute, glass or asbestos treated with a moisture resistant compound. The amount of compound shall be not less than 10 percent of the weight of the saturated fillers.

3.11.12 Cotton. -

3.11.12.1 General. - All cotton used shall be clean, dry and free from all foreign matter deleterious to the insulating qualities.

3.11.12.2 Separator. - Where a serving of cotton is used as a separator around a copper conductor, a minimum No. 80 single-ply cotton yarn shall be applied with full coverage.

3.11.12.3 Reinforcement. - Cotton used for reinforcing the sheath of cables intended for repeated flexing service, shall be multiple ends of seine twine, hawser cord, or heavy cabled cotton yarn of a size most suitable for the particular construction in which used. Alternate reinforcement may be used only when satisfactory to the bureau or agency concerned.

3.11.12.4 Tie cord. - Cotton tie cord shall be of a braided construction, having a breaking strength of not less than 30 pounds (see 4.6.28.2), and impregnated with a waterproofing flexible compound to a diameter of not more than 0.065 inch.

19

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

Individual Specification Sheet dated 30 July 1952

3.12  Type SHFA cable.

## CONSTRUCTION

3.12.1  Types SHFA-3 to 9, inclusive:

First.    A standard conductor of bare, uncoated copper (see 3.10).

Second.   A wall of synthetic resin insulation (see 3.11.9).

Third.    A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).

Fourth.   With or without separator (see 3.11.14) at manufacturer's option.

Fifth.    An impervious sheath (see 3.11.18).

Sixth.    Braided metal armor (see 3.11.20).

Seventh.  Paint (see 3.11.21).

3.12.2  Types SHFA-14 to 800, inclusive:

First.    A standard conductor of bare, uncoated copper (see 3.10).

Second.   With or without separator (see 3.11.14) at manufacturer's option.

Third.    A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).

Fourth.   A separator (see 3.11.14).

Fifth.    A wall of varnished cambric insulation (see 3.11.7)

Sixth.    A separator (see 3.11.14).

Seventh.  A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).

Eighth.   With or without separator (see 3.11.14) at manufacturer's option.

Ninth.    An impervious sheath (see 3.11.18).

Tenth.    Braided metal armor (see 3.11.20).

Eleventh. Paint (see 3.11.21).

## TEST REQUIREMENTS

Drip (see 4.8.8).
Cold bend (see 4.8.9).
Flammability (see 4.8.10).

Current overload (see 4.8.11).
Water and air leakage (see 4.8.13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameters (inches) | | | Dielectric strength (see 4.8.19) | | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4.8.24) Bare Maximum | Insulation resistance (see following table) Minimum | Cold bend mandrel diameter (see 4.8.9) |
|---|---|---|---|---|---|---|---|---|---|
| | | Over-synthetic resin | | Overall | After Flame test | Full rank | | | |
| | | | | | Mini-mum | Mini-mum | | | |
| | | Minimum | | | Volts | Volts | Ohms | Megohms | Inches |
| SHFA-3 | 3(7) | 0.092 | | 0.356 | 1,000 | 2,000 | 3.22 | 100 | 5 |
| SHFA-4 | 4(7) | .115 | | .500 | 1,000 | 2,000 | 2.46 | 100 | 6 |
| SHFA-9 | 9(7) | .162 | | .636 | 1,000 | 2,000 | 1.23 | 100 | 8 |
| | | Over first asbestos or glass | Over var-nished cambric | | | | | | |
| SHFA-14 | 14(7) | 0.226 | 0.334 | .684 | 1,500 | 3,000 | .784 | 225 | 9 |
| SHFA-23 | 23(7) | .261 | .368 | .719 | 1,500 | 3,000 | .483 | 300 | 9 |
| SHFA-30 | 30(19) | .291 | .399 | .742 | 1,500 | 3,000 | .365 | 180 | 10 |
| SHFA-40 | 40(19) | .316 | .424 | .774 | 1,500 | 3,000 | .288 | 170 | 10 |
| SHFA-50 | 50(19) | .344 | .452 | .802 | 1,500 | 3,000 | .236 | 160 | 11 |
| SHFA-75 | 75(37) | .407 | .515 | .886 | 1,500 | 3,000 | .149 | 135 | 11 |
| SHFA-100 | 100(61) | .483 | .591 | .911 | 2,600 | 3,000 | .115 | 125 | 12 |
| SHFA-150 | 150(61) | .547 | .655 | 1.003 | 1,500 | 3,000 | .0716 | 100 | 13 |
| SHFA-200 | 200(61) | .604 | .712 | 1.063 | 1,500 | 3,000 | .0570 | 90 | 13 |
| SHFA-300 | 300(91) | .718 | .826 | 1.176 | 1,500 | 3,000 | .0382 | 80 | 15 |
| SHFA-400 | 400(127) | .832 | .383 | 1.339 | 1,500 | 3,000 | .0273 | 70 | 17 |
| SHFA-500 | 500(127) | .923 | 1.079 | 1.429 | 1,500 | 3,000 | .0217 | 65 | 18 |
| SHFA-650 | 650(127) | 1.042 | 1.192 | 1.532 | 1,500 | 3,000 | .0172 | 60 | 20 |
| SHFA-800 | 800(127) | 1.141 | 1.297 | 1.647 | 1,500 | 3,000 | .0136 | 50 | 21 |

26

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

Individual Specification Sheet dated 20 July 1962

3.13 Type DHFA cable.

CONSTRUCTION

3.13.1 Types DHFA-2 to 9 inclusive:

| | |
|---|---|
| First. | A standard conductor of bare, uncoated copper (see 3.10). |
| Second. | A wall of synthetic resin insulation (see 3.11.2). |
| Third. | A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10). |
| Fourth. | Two conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Fillers (see 3.11.11) shall be employed to obtain a firm, well rounded assembly. |
| Fifth. | A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10). |
| Sixth. | With or without separator (see 3.11.14) at manufacturer's option. |
| Seventh. | An impervious sheath (see 3.11.18). |
| Eighth. | Braided metal armor (see 3.11.20). |
| Ninth. | Paint (see 3.11.21). |

3.13.2 Types DHFA-14 to 400, inclusive:

| | |
|---|---|
| First. | A standard conductor of bare, uncoated copper (see 3.10). |
| Second. | With or without separator (see 3.11.14) at manufacturer's option. |
| Third. | A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10). |
| Fourth. | A separator (see 3.11.14). |
| Fifth. | A wall of varnished cambric insulation (see 3.11.7). |
| Sixth. | A separator (see 3.11.14). |
| Seventh. | A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10). |
| Eighth. | Two conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Fillers (see 3.11.11) shall be employed to obtain a firm, well rounding assembly. |
| Ninth. | A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10). |
| Tenth. | With or without separator (see 3.11.14) at manufacturer's option. |
| Eleventh. | An impervious sheath (see 3.11.18). |
| Twelfth. | Braided metal armor (see 3.11.20). |
| Thirteenth. | Paint (see 3.11.21). |

TEST REQUIREMENTS

Drip (see 4.8.8).
Cold bend (see 4.8.9).
Flammability (see 4.8.10).

Current overload (see 4.8.11).
Water and air leakage (see 4.8.13).
Electrical leaks (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameters (inches) | | | | Dielectric strength (see 4.8.19) | | Conductor resistance (d.c.)per 1,000 feet at 25°C. (see 4.8.24) | Insulation resistance After 24-hour immersion at 25°C. (see 4.8.26) | Cold bend minimum diameter (see 4.8.9) |
|------|------|------|------|------|------|------|------|------|------|------|
| | | Over synthetic resin | Over first asbestos or glass | | Over all | After flame test | Full cool test | | Mini-mum Megohms | Mini-mum Inches |
| | | | | | | Minimum Volts | Minimum Volts | Ohms Maximum | | |
| | | Minimum | | | | | | | | |
| DHFA-2 | 3(7) | 0.082 | | 0.140 | | 0.930 | 1,000 | 2,000 | 4.00 | 100 | 7 |
| DHFA-4 | 4(7) | .115 | | .216 | | .778 | 1,090 | 2,000 | 2.50 | 100 | 10 |
| DHFA-9 | 9(7) | .183 | | .245 | | .842 | 1,090 | 2,000 | 1.25 | 100 | 13 |
| | | Over first asbestos or glass | Over var-nished cambric | Over second asbestos or glass | | | | | | | |
| DHFA-14 | 14(7) | 0.166 | 0.238 | 0.288 | | .922 | 1,500 | 3,000 | .900 | 275 | 12 |
| DHFA-23 | 23(7) | .201 | .261 | .421 | | .992 | 1,500 | 3,000 | .505 | 250 | 13 |
| DHFA-30 | 30(19) | .241 | .313 | .373 | | 1.108 | 1,500 | 3,000 | .352 | 225 | 14 |
| DHFA-40 | 40(19) | .286 | .338 | .396 | | 1.162 | 1,500 | 3,000 | .294 | 216 | 15 |
| DHFA-50 | 50(19) | .304 | .386 | .428 | | 1.284 | 1,500 | 3,000 | .293 | 200 | 16 |
| DHFA-65 | 65(37) | .332 | .404 | .464 | | 1.330 | 1,500 | 3,000 | .193 | 190 | 17 |
| DHFA-75 | 75(37) | .357 | .457 | .537 | | 1.474 | 1,500 | 3,000 | .162 | 175 | 19 |
| DHFA100 | 100(61) | .423 | .533 | .593 | | 1.585 | 1,500 | 3,000 | .117 | 160 | 20 |
| DHFA185 | 125(61) | .497 | .557 | .637 | | 1.674 | 1,500 | 3,000 | .0922 | 160 | 22 |
| DHFA-150 | 150(61) | .537 | .587 | .717 | | 1.854 | 1,500 | 3,000 | .0730 | 135 | 24 |
| DHFA-200 | 200(61) | .594 | .636 | .776 | | 1.962 | 1,500 | 3,000 | .0561 | 125 | 26 |
| DHFA-250 | 250(61) | .667 | .757 | .847 | | 2.142 | 1,500 | 3,000 | .0482 | 120 | 27 |
| DHFA-300 | 300(91) | .718 | .836 | .916 | | 2.320 | 1,500 | 3,000 | .0390 | 110 | 30 |
| DHFA-400 | 400(127) | .832 | .940 | 1.020 | | 2.608 | 1,500 | 3,000 | .0278 | 100 | 33 |

27

REPRODUCED AT THE NATIONAL ARCHIVES

MIL.-C-915A(SHIPS)

Individual Specification Sheet dated 30 July 1952

3. 14  Type TRFA cable.

## CONSTRUCTION

3. 14. 1  Types THFA-3 to 9, inclusive:

| | | | |
|---|---|---|---|
| First. | A standard conductor of bare, uncoated copper (see 3. 10). | Second. | With or without separator (see 3. 17. 14) at manufacturer's option. |
| Second. | A wall of synthetic resin insulation (see 3. 11. 2). | Third. | A wall of felted asbestos (see 3. 11. 9) or glass fiber (see 3. 11. 10). |
| Third. | A wall of felted asbestos (see 3. 11. 9) or glass fiber (see 3. 11. 10). | Fourth. | A separator (see 3. 11. 14). |
| Fourth. | Three conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Fillers (see 3. 11. 17) shall be employed to obtain a firm, well rounded assembly. | Fifth. | A wall of varnished cambric insulation (see 3. 11. 7). |
| | | Sixth. | A separator (see 3. 11. 14). |
| | | Seventh. | A wall of felted asbestos (see 3. 11. 9) or glass fiber (see 3. 11. 10). |
| Fifth. | A wall of felted asbestos (see 3. 11. 9) or glass fiber (see 3. 11. 10). | Eighth. | Three conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Fillers (see 3. 11. 11) shall be employed to obtain a firm, well rounded assembly. |
| Sixth. | With or without separator (see 3. 11. 14) at manufacturer's option. | | |
| Seventh. | An impervious sheath (see 3. 11. 18). | Ninth. | A wall of felted asbestos (see 3. 11. 9) or glass fiber (see 3. 11. 10). |
| Eighth. | Braided metal armor (see 3. 11. 20). | Tenth. | With or without separator (see 3. 17. 14) at manufacturer's option. |
| Ninth. | Paint (see 3. 11. 21). | Eleventh. | An impervious sheath (see 3. 11. 18). |
| | | Twelfth. | Braided metal armor (see 3. 11. 20). |
| 3. 14. 2  Types THFA-14 to 400, inclusive: | | Thirteenth. | Paint (see 3. 11. 21). |
| First. | A standard conductor of bare, uncoated copper (see 3. 10). | | |

## TEST REQUIREMENTS

Drip (see 4. 8. 8).                        Current overload (see 4. 8. 11).
Cold bend (see 4. 8. 9).              Water and air leakage (see 4. 8. 12).
Flammability (see 4. 8. 10).       Electrical tests (see following table).
                                                    Watertightness (see Appendix D).

| Type | Standard copper conductor | Diameters (inches) | | | | Dielectric strength (see 4. 8. 19) | | Conductor resistance (d.c.) per 1000 feet | Insulation resistance (see 4. 8. 26) | Cold bend mandrel diameter (see 4. 8. 9) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Over synthetic resin | Over first asbestos or glass | | | After flame test | Full rated | Test at 25°C. | Bare | Mini-mum |
| | | | | | all | Mini-mum Volts | Mini-mum Volts | Maximum Ohms | Mini-mum Megohms | Inches |
| | | Minimum | | | | | | | | |
| THFA-3 | 3(7) | 0.095 | | 0.140 | | 0.560 | 2,000 | 2,000 | 4.00 | 100 | 7 |
| THFA-4 | 4(7) | .115 | | .214 | | .512 | 1,000 | 2,000 | 3.50 | 100 | 10 |
| THFA-9 | 9(7) | .163 | | .248 | | .581 | 1,000 | 2,000 | 1.96 | 100 | 11 |
| | | Over first asbestos or glass | Over cambric | Over second asbestos or glass | | | | | | | |
| THFA-14 | 14(7) | 0.168 | 0.295 | 0.296 | | .958 | 1,500 | 2,000 | .900 | 275 | 12 |
| THFA-23 | 23(7) | .205 | .363 | .321 | | 1.042 | 1,500 | 2,000 | .505 | 250 | 12 |
| THFA-30 | 30(19) | .241 | .213 | .373 | | 1.168 | 1,500 | 2,000 | .382 | 225 | 15 |
| THFA-40 | 40(19) | .266 | .338 | .398 | | 1.237 | 1,500 | 2,000 | .294 | 215 | 16 |
| THFA-50 | 50(19) | .296 | .366 | .428 | | 1.302 | 1,500 | 2,000 | .233 | 200 | 17 |
| THFA-65 | 60(37) | .283 | .404 | .484 | | 1.417 | 1,500 | 2,000 | .188 | 190 | 18 |
| THFA-75 | 75(37) | .387 | .457 | .537 | | 1.560 | 1,500 | 2,000 | .152 | 175 | 20 |
| THFA-100 | 100(61) | .423 | .513 | .593 | | 1.681 | 1,500 | 2,000 | .117 | 160 | 22 |
| THFA-125 | 125(61) | .467 | .557 | .637 | | 1.776 | 1,500 | 3,000 | .0932 | 150 | 24 |
| THFA-150 | 150(61) | .537 | .627 | .717 | | 1.929 | 1,500 | 3,000 | .0730 | 135 | 25 |
| THFA-200 | 200(61) | .594 | .684 | .774 | | 2.092 | 1,500 | 3,000 | .0581 | 125 | 27 |
| THFA-250 | 250(61) | .667 | .757 | .847 | | 2.378 | 1,500 | 3,000 | .0468 | 120 | 29 |
| THFA-300 | 300(61) | .718 | .838 | .916 | | 2.437 | 1,500 | 3,000 | .0390 | 110 | 31 |
| THFA-350 | 350(61) | .772 | .880 | .970 | | 2.545 | 1,500 | 3,000 | .0328 | 105 | 33 |
| THFA-400 | 400(127) | .832 | .940 | 1.030 | | 2.673 | 1,500 | 3,000 | .0276 | 100 | 34 |

98

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

Individual Specification Sheet dated 30 July 1952

3. 15  Type FHFA cable.

CONSTRUCTION

3. 15.1  Types FHFA-3 to 9, inclusive:

| | |
|---|---|
| First. | A standard conductor of bare, uncoated copper (see 3. 10). |
| Second. | A wall of synthetic resin insulation (see 3. 11. 5). |
| Third. | A wall of felted asbestos (see 3. 11. 9) or glass fiber (see 3. 11. 10). |
| Fourth. | Four conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Fillers (see 3. 11. 11) shall be employed to obtain a firm, well-rounded assembly. |
| Fifth. | A wall of felted asbestos (see 3. 11. 9) or glass fiber (see 3. 11. 10). |
| Sixth. | With or without separator (see 3. 11. 14) at manufacturer's option. |
| Seventh. | An impervious sheath (see 3. 11. 18). |
| Eighth. | Braided metal armor (see 3. 11. 20). |
| Ninth. | Paint (see 3. 11. 21). |

| | |
|---|---|
| Third. | A wall of felted asbestos (see 3. 11. 9) or glass fiber (see 3. 11. 10). |
| Fourth. | A separator (see 3. 11. 14). |
| Fifth. | A wall of varnished cambric insulation (see 2. 11. 7). |
| Sixth. | A separator (see 3. 11. 14). |
| Seventh. | A wall of felted asbestos (see 3. 11. 9) or glass fiber (see 3. 11. 10). |
| Eighth. | Four conductors shall be twisted together with a lay not greater than 24 times the pitch diameter. Fillers (see 3. 11. 11) shall be employed to obtain a firm, well-rounded assembly. |
| Ninth. | A wall of felted asbestos (see 3. 11. 9) or glass fiber (see 3. 11. 10). |
| Tenth. | With or without separator (see 3. 11. 14) at manufacturer's option. |

3. 15.2  Types FHFA-33 and 60:

| | |
|---|---|
| First. | A standard conductor of bare, uncoated copper (see 3. 10). |
| Second. | With or without separator (see 3. 11. 14) at manufacturer's option. |

| | |
|---|---|
| Eleventh. | An impervious sheath (see 3. 11. 18). |
| Twelfth. | Braided metal armor (see 3. 11. 20). |
| Thirteenth. | Paint (see 3. 11. 21). |

TEST REQUIREMENTS

Drip (see 4. 8. 8).
Cold bend (see 4. 8. 9).
Flammability (see 4. 8. 10).
Current overload (see 4. 8. 11).
Water and air leakage (see 4. 8. 18).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard conductor | Over synthetic resin | Over first asbestos or glass | Over second varnished cambric | Over second asbestos or glass | Over all | Dielectric strength (see 4. 8. 18) After flame test | Dielectric strength (see 4. 8. 18) Full reel | Conductor resistance (d.c.) per 1,000 feet at 25°C, Bare Maximum | Conductor resistance (d.c.) per 1,000 feet at 25°C, resistance wire (see 4. 8, 9) Minimum | Insulation resistance (see 4. 8, 9) Megohms Minimum | Cold bend diameter (see 4. 8, 9) Weighted inches |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Diameter (inches) | | | | | | | | | |
| FHFA-3 | .2(7) | 0.082 | 0.140 | ------ | ------ | 0.510 | Volts 1,000 | Volts 2,000 | Ohms 4.60 | 1.00 | 100 | 8 |
| FHFA-4 | 4(7) | .116 | .214 | ------ | ------ | .885 | 1,000 | 2,000 | 2.59 | 100 | 11 |
| FHFA-9 | 9(7) | .162 | .245 | ------ | ------ | .920 | 1,000 | 2,000 | 1.25 | 100 | 12 |
| FHFA-33 | 33(7) | ------ | .305 | 0.281 | 0.321 | 1.130 | 1,000 | 2,000 | .50% | 250 | 14 |
| FHFA-60 | 60(19) | ------ | .294 | .368 | .452 | 1.410 | 1,500 | 8,000 | .333 | 200 | 14 |

22

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

Individual Specification Sheet dated 30 July 1952

3. 16  Type SHFP cable (For 5000 volt service).

## CONSTRUCTION

First.   A standard conductor of bare,
         uncoated copper (see 3. 10).
Second.  With or without separator (see 3. 11. 14)
         at manufacturer's option.
Third.   A wall of felted asbestos (see 3. 11. 9)
         or glass fiber (see 3. 11. 10).
Fourth.  A separator (see 3. 11. 14).
Fifth.   A wall of varnished cambric insulation
         (see 3. 11. 7).

Sixth.   A separator (see 3. 11. 14).
Seventh. A wall of felted asbestos (see 3. 11. 9)
         or glass fiber (see 3. 11. 10).
Eighth.  With or without separator (see 3. 15. 14)
         at manufacturer's option.
Ninth.   An impervious sheath (see 3. 11. 15).
Tenth.   Braided bronze armor
         (see 3. 11. 20).

## TEST REQUIREMENTS

Drip (see 4. 8. 8).
Cold bend (see 4. 8. 9).
Flammability (see 4. 8. 10).

Water and air leakage (see 4. 8. 13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameters | | | Dielectric strength (see 4. 8. 14) | | Conductor resistance (d.c.) per 1000 (see 4. 8. 24) | Insulation resistance (see 4. 8. 25) | Cold bend diameter (see 4. 8. 9). |
| | | Over first asbestos or glass | Over varnished cambric | Over second asbestos or glass | After flame test | Full reel | | | |
| | | | | | Over-all | Mini-mum Volts | Mini-mum Volts | feet at 25°C. Bare Maximum Ohms | 1,000 feet (see 4. 8. 25) Mini-mum Megohms | 6red (see diameter) Inches |
| | | Inches | Inches | Inches | Inches | | | | | |
| SHFP-200: 200(61) | 0.585 | 0.838 | 0.940 | 1,280: 3,000: 12,000: | | | 0.0570 | 225 | 16 |
| SHFP-300: 300(93) | .700 | .953 | 1.054 | 1,374: 3,000: 12,000: | | | .0382 | 200 | 18 |
| SHFP-400: 400(127) | .814 | 1.066 | 1.168 | 1,488: 3,000: 12,000: | | | .0273 | 175 | 20 |
| SHFP-500: 500(127) | .905 | 1.157 | 1.269 | 1,579: 3,000: 12,000: | | | .0217 | 150 | 21 |
| SHFD-650: 650(127) | 1,008 | 1.260 | 1.362 | 1,682: 3,000: 12,000: | | | .0172 | 140 | 22 |
| SHFP-800: 800(127) | 1,123 | 1.375 | 1.477 | 1,797: 3,000: 12,000: | | | .0136 | 125 | 23 |

30

REPRODUCED AT THE NATIONAL ARCHIVES

MIL–C–915A(SHIPS)

Individual Specification Sheet dated 30 July 1952

3.17  Type SHFR cable (For 3,000-volt service).

## CONSTRUCTION

First.   A standard conductor of bare, uncoated copper (see 3.10).
Second.  A wall of synthetic resin insulation (see 3.11.3).
Third.   With or without separator (see 3.11.14) at manufacturer's option.
Fourth.  A wall of varnished-cambric insulation (see 3.11.7).

Fifth.   A separator (see 3.11.14).
Sixth.   A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Seventh. With or without separator (see 3.11.14) at manufacturer's option.
Eighth.  An impervious sheath (see 3.11.18).
Ninth.   Braided metal armor (see 3.11.20).
Tenth.   Paint (see 3.11.21).

## TEST REQUIREMENTS

Cold bend (see 4.8.9).
Flammability (see 4.8.10).

Water and air leakage (see 4.8.13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Diameters | | | Dielectric strength (see 4.8.16) | | Conductor resistance (d.c.) per 1000 feet at 25°C, (see 4.8.24) | Insulation resistance per 1,000 feet (see 4.8.26) | Cold bend mandrel diameter (see 4.8.9) |
| | Standard copper conductor | Over synthetic varnished resin cambric | Over all | After flame test | Full reel | | | |
| | Minimum | | | Minimum | Minimum | Bare Maximum | Minimum | |
| | mom. | | | mum | mum | | | |
| | Inch | Inch | Inch | Volts | Volts | Ohms | Megohms | Inches |
| SHFR-4 | 4(7) | 0.116 | 0.185 | 0.540 | 3,000 | 8,000 | 2.46 | 300 | 7 |

31

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

Individual Specification Sheet dated 30 July 1942

3. 18  Type DHFR cable (For 3,000-volt service).

## CONSTRUCTION

| | |
|---|---|
| First. | A standard conductor of bare, uncoated copper (see 3. 10). |
| Second. | A wall of synthetic resin insulation (see 3. 11. 2). |
| Third. | With or without separator (see 3. 11. 14) at manufacturer's option. |
| Fourth. | A wall of varnished-cambric insulation (see 3. 11. 7). |
| Fifth. | A separator (see 3. 11. 14). |
| Sixth. | A wall of felted asbestos (see 3. 11. 9) or glass fiber (see 3. 11. 10). |

| | |
|---|---|
| Seventh. | Two conductors shall be twisted together with a lay not greater than 24 times the pitch diameter.  Fillers (see 3. 11. 11) shall be employed to obtain a firm, well rounded assembly. |
| Eighth. | A wall of felted asbestos (see 3. 11. 9) or glass fiber (see 3. 11. 10). |
| Ninth. | With or without separator (see 3. 11. 14) at manufacturer's option. |
| Tenth. | An impervious sheath (see 3. 11. 18). |
| Eleventh. | Braided metal armor (see 3. 11. 20). |
| Twelfth. | Paint (see 3. 11. 21). |

## TEST REQUIREMENTS

Cold bend (see 4. 8. 9).
Flammability (see 4. 8. 10)

Water and air leakage (see 4. 8. 13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameters | | | | Dielectric strength | Conductor resistance | Insulation resistance | Cold bend |
|---|---|---|---|---|---|---|---|---|---|
| | | Over synthetic resin | Over varnished cambric | Over first asbestos | Over all | After flame test | Full reel | (feet at 25°C.) | (see drel diam- eter |
| | | Mini- mum | | Over glass | | Mini- mum | Mini- mum | Bare | Mini- mum |
| | | Inch | Inch | inch | inch | Volts | Volts | Ohms | Megohms | Inches |
| DHFR-4 | 4(7) | 0.115 | 0.185 | 0.247 | 0.344 | 3,000 | 8,000 | 2.50 | 400 | 10 |

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

Individual Specification Sheet dated 30 July 1953

3.19  Type THFR cable (For 3,000 volt service).

## CONSTRUCTION

First.   A standard conductor of bare, uncoated copper (see 3.10).
Second.  A wall of synthetic resin insulation (see 3.11.2).
Third.   With or without separator (see 3.11.14) at manufacturer's option.
Fourth.  A wall of varnished-cambric insulation (see 3.11.7).
Fifth.   A separator (see 3.11.14).
Sixth.   A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).

Seventh.  Three conductors shall be twisted together with a lay not greater than 24 times the pitch diameter.  Fillers (see 3.11.17) shall be employed to obtain a firm, well rounded assembly.
Eighth.   A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).
Ninth.    With or without separator (see 3.11.14) at manufacturer's option.
Tenth.    An impervious sheath (see 3.11.18).
Eleventh. Braided metal armor (see 3.11.20).
Twelfth.  Paint (see 3.11.21).

## TEST REQUIREMENTS

Cold bend (see 4.8.9).
Flammability (see 4.8.10).

Water and air leakage (see 4.8.13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameters | | | | Dielectric strength (see 4.8.19) | | Conductor resistance | Insulation resistance | Cold bend |
|------|------|------|------|------|------|------|------|------|------|------|
| | | Over syn-thetic resin mini-mum | Over var-nished cambric mini-mum | Over first asbestos or glass mini-mum | all | After flame rect test | Full rect | (d.c.) per 1000 feet at 25°C. (see 4.8.24) Bare Maximum | at 1,000 feet (see 4.8.25) Bare Mini-mum | (see 4.8.9) diam-eter (see 4.8.9) |
| | Inch | Inch | Inch | Inch | Inch | Volts | Volts | Ohms | Megohms | Inches |
| THFR-4 | 4(7) | 0.115 | 0.185 | 0.347 | 0.883 | 3,000 | 6,000 | 2.60 | 100 | 11 |

33

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

Individual Specification Sheet dated 30 July 1952

3. 20  Type SDGA cable.

### CONSTRUCTION

| | |
|---|---|
| First. | A standard conductor of bare uncoated copper (see 3. 10). |
| Second. | With or without separator (see 3. 11. 14) at manufacturer's option. |
| Third. | A wall of felted asbestos (see 3. 11. 9) or glass fiber (see 3. 11. 10). |
| Fourth. | A separator (see 3. 11. 14). |
| Fifth. | A wall of varnished-cambric insulation (see 3. 11. 7), except that less than 3 thicknesses of varnished cambric shall be permitted, provided the minimum thickness at any point is not less than one-half the calculated nominal thickness. |
| Sixth. | With or without separator (see 3. 11. 14) at manufacturer's option. |
| Seventh. | A wall of felted asbestos (see 3. 11. 9) or glass fiber (see 3. 11. 10). This wall may be omitted at manufacturer's option provided the thickness of the other components (asbestos wall "Third", varnished cambric "Fifth" and/or sheath "Ninth") is increased so as to permit strict adherence of the completed cable to the specified overall dimensions. |
| Eighth. | With or without separator (see 3. 11. 14) at manufacturer's option. |
| Ninth. | An impervious sheath (see 3. 11. 18). |
| Tenth. | Braided metal armor (see 3. 11. 20). |
| Eleventh. | Paint (see 3. 11. 21). |

### TEST REQUIREMENTS

Drip (see 4. 8. 8).
Cold bend (see 4. 8. 9).
Flammability (see 4. 8. 10).

Current overload (see 4. 8. 11).
Water and air leakage (see 4. 8. 13).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameters | | | Dielectric strength (see 4. 8. 19) | | Conductor resistance (d.c.) per 1000 feet at 25 °C. (see 4. 8. 24) | | Insulation resistance 1,000 feet (see 4. 8. 25) | Cold bend drel- diam- eter (see 4. 8. 9) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Over first asbestos or glass | Over var- nished cambric | Over all | After flame test | Full reel | Bare. | | | |
| | | | | | Mini- mum | Mini- mum | Bare. | Maximum | Mini- mum | |
| | | Inches | Inches | Inches | Volts | Volts | Ohms | | Megohms | Inches |
| SDGA-400 | 400(127) | 0.792 | 0.954 | 1.370 | 500 | 1,000 | 0.0273 | | 25 | 20 |
| SDGA-500 | 500(127) | .883 | .945 | 1.360 | 500 | 1,000 | .0217 | | 20 | 20 |
| SDGA-650 | 650(127) | .985 | 1.048 | 1.460 | 500 | 1,000 | .0172 | | 20 | 22 |
| SDGA-800 | 800(127) | 1.101 | 1.163 | 1.536 | 500 | 1,000 | .0136 | | 15 | 24 |
| SDGA-1000 | 1000(127) | 1.237 | 1.298 | 1.710 | 500 | 1,000 | .0108 | | 15 | 24 |
| SDGA-1300 | 1300(127) | 1.386 | 1.466 | 1.880 | 500 | 2,000 | .00851 | | 10 | 26 |
| SDGA-1600 | 1600(127) | 1.540 | 1.620 | 2.030 | 500 | 1,000 | .00676 | | 10 | 26 |
| SDGA-2000 | 2000(127) | 1.750 | 1.830 | 2.240 | 500 | 1,000 | .00538 | | 10 | 26 |

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

Individual Specification Sheet dated 30 July 1952

3.21 Type MDGA cable.

CONSTRUCTION

| First. | A standard conductor of bare, uncoated copper (see 3.10). |
|---|---|
| Second. | With or without separator (see 3.11.14) at manufacturer's option. |
| Third. | A wall of felted asbestos (see 3.11.8) or glass fiber (see 3.11.10). |
| Fourth. | A separator (see 3.11.14). |
| Fifth. | A wall of varnished cambric insulation (see 3.11.7). |
| Sixth. | With or without separator (see 3.11.14) at manufacturer's option. |

| Seventh. | An inner braid (see 3.11.16) of rayon impregnated with a clear moisture and flame retardant compound. |
|---|---|
| Eighth. | Nineteen conductors shall be cabled together with a lay not greater than 24 times the pitch diameter of the layer. Except for size 19(6), fillers (see 3.11.11) shall be used to obtain a firm, well rounded assembly. |
| Ninth. | A suitable binder over the conductor assembly. |
| Tenth. | An impervious sheath (see 3.11.13). |
| Eleventh. | Braided metal armor (see 3.11.20). |
| Twelfth. | Paint (see 3.11.21). |

TEST REQUIREMENTS.

Drip (see 4.8.8).
Cold bend (see 4.8.9).
Flammability (see 4.8.10).

Current overload (see 4.8.11).
Water and air leakage (see 4.8.12).
Electrical tests (see following table).
Watertightness (see Appendix 1).

| Type | Standard copper conductor | Diameters | | | Dielectric strength (see 4.8.19). | | Conductor resistance (d.c.) per 1,000 feet at 25°C. (see 4.8.24) Bare Maximum | Insulation resistance (see 4.8.25) Minimum | Cold bend mandrel diameter (see 4.8.9) |
|---|---|---|---|---|---|---|---|---|---|
| | | Over asbestos or glass | Over varnished cambric | Over-all | After flame test Minimum | Full reel Minimum | | | |
| | | Inch | Inch | Inches | Volts | Volts | Ohms | Megohms | Inches |
| MDGA-19(6) | 6(7) | 0.122 | 0.170 | 1.385 | 500 | 1,000 | 1.78 | 50 | 16 |
| MDGA-19(14) | 14(7) | .166 | .236 | 1.520 | 500 | 3,000 | .300 | 50 | 19 |
| MDGA-19(23) | 23(7) | .211 | .283 | 1.830 | 500 | 1,000 | .505 | 50 | 21 |
| MDGA-19(40) | 40(19) | .266 | .388 | 2.100 | 500 | 1,000 | .294 | 50 | 26 |

35

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

Individual Specification Sheet dated 30 July 1952

3. 22  Type MDGL cable.

## CONSTRUCTION

First.  A standard conductor of bare, uncoated copper (see 3. 10).

Second.  With or without separator (see 3. 11. 14) at manufacturer's option.

Third.  A wall of felted asbestos (see 3. 11. 9) or a glass fiber (see 3. 11. 10).

Fourth.  A separator (see 3. 11. 14).

Fifth.  A wall of varnished-cambric insulation (see 3. 11. 7).

Sixth.  With or without separator (see 3. 11. 14) at manufacturer's option.

Seventh.  An inner braid (see 3. 11. 16) of rayon impregnated with a clear moisture and flame retardant compound.

Eighth.  Nineteen conductors shall be cabled together with a lay not greater than 24 times the pitch diameter of the layer. Fillers (see 3. 11. 11) shall be used in size 19(14) to obtain a firm, well rounded assembly.

Ninth.  A suitable binder over the conductor assembly.

Tenth.  A lead sheath (see 3. 11. 19).

Eleventh.  An outer protective covering of duck tape, or a tape (see 3. 11. 15) and an outer cotton braid (see 3. 11. 16). The lead sheathed cable shall be coated with hot asphalt or tar compound immediately before the application of tape. Duck tape shall be cut from high grade 8-ounce duck which has been presaturated with asphalt or tar compound. The average thickness of the duck tape shall be not less than 0. 030 inch. The cut edges of the duck tape shall not fray nor disclose any unsaturated fibers. Duck tape shall be applied helically with an overlap of not less than 25 percent of its width. A suitable asphalt or pitch compound shall be applied over the duck tape to provide a smooth, hard, dry surface. The cable shall be finished with a suitable material which will prevent sticking of adjacent turns on a reel.

## TEST REQUIREMENTS

Drip (see 4. 8. 9).
Cold bend (see 4. 8. 9).

Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Standard copper conductor | Diameters | | | Dielectric strength (see 4. 8. 19). | Conductor resistance (d. c.) per 1,000 feet at 25 °C. (see 4. 8. 24). Bare | Insulation resistance 1, 000 feet (see 4. 8. 36). | Cold bend mandrel diameter (see 4. 8. 9). |
| | | Over asbestos or glass | Over varnished cambric | Overall | | | | |
| | | Inch | Inch | Inches | Minimum Volts | Maximum Ohms | Minimum Megohms | Minimum Inches |
| MDGL-19(5) | 5(7) | 0. 122 | 0. 170 | 1. 285 | 1, 000 | 1. 78 | 60 | 16 |
| MDGL-19(14) | 14(7) | . 168 | . 295 | 1. 650 | 1, 000 | . 800 | 60 | 18 |

REPRODUCED AT THE NATIONAL ARCHIVES

MIL—C—915A(SHIPS)

Individual Specification Sheet dated 30 July 1952

3. 23  Type MHFA cable.

## CONSTRUCTION

First.    The standard conductor size 3(7) of bare, uncoated copper (see 3. 10).
Second.   A wall of synthetic resin insulation (see 3. 11. 2).
Third.    A wall of felted asbestos (see 3. 11. 9) or glass fiber (see 3. 11. 10).
Fourth.   An inner braid (see 3. 1). 16) of rayon impregnated with a clear moisture and flame retardant compound.
Fifth.    The specified number of conductors shall be cabled together with a lay not greater than 16 times the pitch diameter of the layer.  Fillers

(see 3. 11. 11) shall be employed, where necessary, to obtain a firm, well rounded assembly.
Sixth.    An approved binder over the conductor assembly.
Seventh.  A wall of felted asbestos (see 3. 11. 9) or glass fiber (see 3. 11. 10).
Eighth.   With or without separator (see 3. 11. 14) at manufacturer's option.
Ninth.    An impervious sheath (see 3. 11. 16).
Tenth.    Braided metal armor (see 3. 11. 20).
Eleventh. Paint (see 3. 11. 21).

## TEST REQUIREMENTS

Cold bend (see 4. 8. 9).
Flammability (see 4. 8. 10).

Water and air leakage (see 4. 8. 13).
Electrical tests (see following table).
Watertightness (see Appendix D).

| Type | Number of conductors | Diameters | | | Dielectric strength (see 4. 8. 19) After Fail test | | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4. 8. 24) | Insulation resistance (see 4. 8. 25) | Cold bend (resistance) mandrel diameter (see 4. 8. 9) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Over symthetic resin | Over asbestos or glass | all | Mini-mum | Mini-mum | Bare Maximum | Mini-mum | Indi-vidual conductors | Com-pleted cable |
| | | Inch | Inch | Inches | Volts | Volts | Ohms | Megohms | Inch | Inches |
| MHFA-7 | 7 | 0.092 | 0.145 | 0.859 | 1,000 | 3,000 | ⎫ | 100 | ⎫ | 11 |
| MHFA-10 | 10 | .092 | .145 | 1.037 | 1,000 | 3,000 | | 100 | | 13 |
| MHFA-14 | 14 | .092 | .145 | 1.118 | 1,000 | 3,000 | | 100 | | 15 |
| MHFA-19 | 19 | .092 | .145 | 1.209 | 1,000 | 3,000 | ⎬ 4.03 | 100 | ⎬ 0.50 | 16 |
| MHFA-24 | 24 | .092 | .145 | 1.375 | 1,000 | 3,000 | | 100 | | 17 |
| MHFA-30 | 30 | .092 | .145 | 1.456 | 1,000 | 3,000 | | 100 | | 19 |
| MHFA-37 | 37 | .092 | .145 | 1.569 | 1,000 | 3,000 | | 100 | | 20 |
| MHFA-44 | 44 | .092 | .145 | 1.734 | 1,000 | 3,000 | ⎭ | 100 | ⎭ | 22 |

37

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

Individual Specification Sheet dated 30 July 1952

3.34  Type TTHFWA cable.

## CONSTRUCTION

First.  The standard conductor size 3/5(7) of bare, uncoated copper (see 3.10).

Second.  A wall of synthetic resin insulation (see 3.11.2).

Third.  Two (see note) conductors shall be twisted together with a lay not more than 3-1/2 inches.

Fourth.  The specified number of twisted pairs shall be cabled together with a lay not greater than 10 inches. Fibrous fillers (see 3.11.11) shall not be employed.

Fifth.  An approved binder over the assembled pairs.

Sixth.  A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).

Seventh.  With or without separator (see 3.11.14) at manufacturer's option.

Eighth.  An impervious sheath (see 3.11.18).

Ninth.  Braided metal armor (see 3.11.30).

Tenth.  Paint (see 3.11.21).

## TEST REQUIREMENTS

Cold bend (see 4.8.9).
Flammability (see 4.8.10).

Water and air leakage (see 4.8.23).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Number of pairs | Diameters | | Dielectric strength (see 4.8.19) | | Conductor resistance (d.c.) per 1,000 feet at 25°C. (see 4.8.24) | Insulation resistance 1,000 feet (see 4.8.25) | Cold bend mandrel diameter (see 4.8.9) |
|---|---|---|---|---|---|---|---|---|
| | | Over insulation | Over-all | Between conductors | Conductor to ground | Bare Maximum | Mini-mum | |
| | | Maxi-mum | | Mini-mum | Mini-mum | | | |
| | | Inch | Inches | Volts | Volts | Ohms | Megohms | Inches |
| TTHFWA-1-1/2 | 1-1/2 | 0.062 | 0.380 | 1,000 | 3,000 | | 100 | 5 |
| TTHFWA-3 | 3 | .062 | .500 | 1,000 | 2,000 | | 100 | 7 |
| TTHFWA-5 | 5 | .062 | .590 | 1,000 | 3,000 | | 100 | 8 |
| TTHFWA-10 | 10 | .062 | .690 | 1,000 | 3,000 | | 100 | 9 |
| TTHFWA-15 | 15 | .062 | .800 | 1,000 | 2,000 | | 100 | 10 |
| TTHFWA-20 | 20 | .063 | .880 | 1,000 | 3,000 | 18.20 | 100 | 11 |
| TTHFWA-30 | 30 | .062 | 1.030 | 1,000 | 3,000 | | 100 | 13 |
| TTHFWA-40 | 40 | .062 | 1.130 | 1,000 | 2,000 | | 100 | 15 |
| TTHFWA-50 | 50 | .063 | 1.265 | 1,000 | 2,000 | | 100 | 16 |
| TTHFWA-60 | 60 | .062 | 1.360 | 1,000 | 3,000 | | 100 | 17 |

NOTE:  Type TTHFWA-1-1/2 comprises 1-1/2 pairs, or three, instead of two, conductors twisted together.

38

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

Individual Specification Sheet dated 30 July 1952

3. 29  Type TTRSA cable.

## CONSTRUCTION

| | |
|---|---|
| First. | A standard conductor of bare, tinned copper (see 3. 10) size 3(½).  With or without an approved separator (see 3. 11. 14), at manufacturer's option.  Circuit identification by means of not less than 4 colored threads among the strands of the conductor, as satisfactory to the bureau or agency concerned, unless accomplished under "Second". [1] |
| Second. | A wall of polythene (see 3. 11. 4), in the diameter and within the dimensional tolerances required to obtain the specified degree of performance as limited by the maximum overall diameter of the finished cable.  Circuit identification (see 3. 9. 5), unless accomplished under "First". [1] |
| Third. | Two such insulated conductors shall be combined to form a pair.  They shall be twisted together with any lay necessary to obtain the specified mechanical and electrical characteristics.  One conductor shall be color-coded white, and the other shall be color-coded black. [1] |
| Fourth. | A braided shield of either 0. 005 or 0. 0063 inch diameter copper wire (see 3. 11. 16. 6). |
| Fifth. | An inner braid (see 3. 11. 16. 3) of cotton (see 3. 11. 18) or rayon (see 3. 11. 19).  The braid shall be lightly impregnated with a synthetic resin material to afford satisfactory abrasion resistance, and shall be color-coded (see 3. 9. 5) for identification of each shielded pair. |
| Sixth. | The number of shielded pairs indicated in the following table shall be cabled together with a lay not to exceed 14 inches.  Impregnated asbestos or glass fiber fillers (see 3. 11. 11) shall be used if necessary to obtain circularity of cross section.  The grouped pairs shall be bound together by a thin single faced friction tape, cellophane, or other material, satisfactory to the bureau or agency concerned for the purpose.  Manufacturer's identification (see 3. 8. 3), if transparent binder tape is used, unless accomplished under "Seventh". |
| Seventh. | A wall of felted asbestos (see 3. 11. 9) or glass fiber (see 3. 11. 10) compressed and impregnated with a neutral insulating cement to form a continuous and homogeneous layer.  The thickness of the felted layer shall be such as to permit adherence of the finished cable to the specified overall dimensions.  Manufacturer's identification tape (see 3. 8. 3) unless accomplished under "Sixth". |
| Eighth. | An impervious sheath (see 3. 11. 18). |
| Ninth. | Braided metal armor (see 3. 11. 20). |
| Tenth. | Paint (see 3. 11. 21). |

---

[1] In order to facilitate installation, it is desired that color coding of individually insulated conductors be obtained wherever practicable by means of colored insulating compounds (see 3. 9. 2).  If color insulation is used, it is desired that one conductor of each pair be colored white (natural) and the other conductor distinctive, preferably dark (green, blue), color if a black insulation cannot be obtained.

43

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

## TEST REQUIREMENTS

Characteristic impedance (surge impedance) of a pair (see 4.8.27). - 71.5 ohms (min.), 85.0 ohms
(max.) as near 76 ohms as practicable measured at 25°C. and 1 megacycle per second.
Capacitance of a pair (see 4.8.27.3). - 25.0 (max.) micromicrofarads per foot at 25°C. at 1 megacycle
per second.
Dielectric strength (see 4.8.19). - 2000 volts applied for 1 minute for white (natural) conductor of each
pair to other conductor and shield, and for both conductors of each pair to shield, shield being grounded.
Cold bend (see 4.8.9 and the following table).
Flammability (see 4.8.10).
Water and air leakage (see 4.8.13).
Conductor resistance (d.c.) per 1000 feet at 25°C., (see 4.8.24) - 10.3 ohms maximum.
Insulation resistance - 1000 megohms per 1000 feet (see 4.8.26).

| Type | Number of shielded pairs | Diameter over metal armoring | Cold bend mandrel diameter (see 4.8.9) |
|---|---|---|---|
| TTRSA-2 | 2 | 0.740 | 9.60 |
| TTRSA-4 | 4 | .800 | 10.00 |
| TTRSA-6 | 6 | .940 | 12.00 |
| TTRSA-8 | 8 | 1.050 | 13.00 |
| TTRSA-10 | 10 | 1.140 | 15.00 |
| TTRSA-12 | 12 | 1.160 | 15.00 |
| TTRSA-16 | 16 | 1.280 | 16.00 |

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

Individual Specification Sheet dated 30 July 1952

3.36  Type MHFF cable.

## CONSTRUCTION

First.  The standard conductor size 3-1/2(26) of bare, uncoated copper (see 3.10).

Second.  A wall of synthetic resin insulation (see 3.11.9) to a diameter of 0.092 inch minimum.

Third.  A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10) to a diameter of 0.135 maximum.

Fourth.  An inner braid (see 3.11.16) of rayon or glass yarn treated suitably with a flame-retardant compound to prevent fraying and to provide adequate resistance to abrasion due to flexing of the cable. Diameter shall be not less than 0.130 inch nor more than 0.140 inch.

Fifth.  The specified number of conductors shall be cabled together in one or more layers, all in a left-hand

direction, with a minimum amount of asbestos or glass fiber fillers (see 3.11.12) in the interstices between conductors.  The length of lay of the first and successive layers shall be a suitable function of the pitch diameter of that layer, designed to meet the flexing endurance test on completed cable.  The conductors may be laid around a central core of asbestos or glass fiber (see 3.11.11). A single conductor shall not be used as a center for the cable core.

Sixth.  An approved binder over the conductor assembly.

Seventh.  An impervious sheath (see 3.11.18) of the thermoplastic type.  The minimum sheath thickness shall be not less than 0.060-inch.

## TEST REQUIREMENTS

Cold bend (see 4.8.9).
Flammability (see 4.8.10).
Water and air leakage (see 4.8.13).
Flexing endurance (see 4.8.14).
1000 twisting and bending cycles at +75°C.
500 twisting and bending cycles at -30°C.

Impact resistance (see 4.8.15).
Abrasion resistance (see 4.8.16).
Electrical tests (see following table).

| Type | Number of conductors | Over-all diameter | Dielectric strength (see 4.8.19) After test Maximum | Dielectric strength (see 4.8.19) Full reel Minimum | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4.8.34) Bare Maximum | Insulation resistance 1,000 feet (see 4.8.29) Indi-vidual con-ductors Minimum | Cold bend mandrel diameter (see 4.8.9) Com-plated cable |
|---|---|---|---|---|---|---|---|
| | | Inches | Volts | Volts | Ohms | Megohms | Inch | Inches |
| MHFF-2 | 2 | 0.460 | 750 | 3,000 | | 200 | | 8.00 |
| MHFF-4 | 4 | .520 | 750 | 3,000 | | 100 | | 5.70 |
| MHFF-7 | 7 | .637 | 750 | 3,000 | | 100 | | 8.00 |
| MHFF-10 | 10 | .795 | 750 | 3,000 | | 100 | | 10.00 |
| MHFF-14 | 14 | .844 | 750 | 3,000 | 4.37 | 100 | 0.50 | 11.00 |
| MHFF-19 | 19 | .995 | 750 | 3,000 | | 100 | | 13.00 |
| MHFF-34 | 24 | 1.120 | 750 | 3,000 | | 100 | | 14.00 |
| MHFF-30 | 30 | 1.194 | 750 | 3,000 | | 100 | | 16.00 |
| MHFF-37 | 37 | 1.290 | 750 | 3,000 | | 100 | | 18.00 |
| MHFF-44 | 44 | 1.420 | 750 | 3,000 | | 100 | | 18.00 |

51

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

Individual Specification Sheet dated 30 July 1952

3.37  Type TTOP cable.

## CONSTRUCTION

**First.**  A standard conductor of bare, uncoated copper (see 3.10), size 1(10).

**Second.**  A wall of synthetic resin insulation (see 3.11.2).  Color coding (see 3.9.2) unless accomplished under "Third".

**Third.**  With or without an inner braid (see 3.9.5), at manufacturer's option suitably treated to prevent fraying and to provide adequate resistance to abrasion due to flexing of the cable.  Color coding of this covering is required unless accomplished under "Second".

**Fourth.**  Two conductors shall be twisted together with a suitable lay to form a twisted pair.

**Fifth.**  The specified number of twisted pairs shall be cabled together in one or more layers all in a left-hand direction.  The length of lay of the first and successive layers shall be a suitable function of the pitch diameter of that layer, designed to meet the flexing endurance test on completed cable.  Circularity to cross section shall be obtained by the use of a minimum amount of asbestos or glass fiber fillers (see 3.11.11) lightly impregnated.  A single pair shall not be used as a center for the cable core.

**Sixth.**  An approved binder over the assembled pairs.

**Seventh.**  An impervious sheath (see 3.11.18) of the thermoplastic type.  The minimum sheath thickness shall be not less than 0.050 inch.

## TEST REQUIREMENTS

Flammability (see 4.8.10).
Water and air leakage (see 4.8.13).
Flexing endurance (see 4.8.14):
  1000 twisting and bending cycles at +75°C.
  500 twisting and bending cycles at -50°C.

Impact resistance (see 4.8.15).
Abrasion resistance (see 4.8.16).
Electrical tests (see following table).

| Type | Number of pairs | Over-all diameter | Dielectric strength (see 4.8.19) Between conductors Minimum | Dielectric strength (see 4.8.19) Conductors to ground Minimum | Conductor resistance (d.c.) per 1000 feet at 25°C, (see 4.8.24) Bare Maximum | Insulation resistance 1000 feet (see 4.8.25) Minimum |
|---|---|---|---|---|---|---|
|  |  | Inch | Volts | Volts |  | Megohms |
| TTOP-3 | 3 | 0.480 | 1,000 | 2,000 |  | 100 |
| TTOP-5 | 5 | .580 | 1,000 | 2,000 | 11.4 | 100 |
| TTOP-10 | 10 | .700 | 1,000 | 2,000 |  | 100 |
| TTOP-15 | 15 | .830 | 1,000 | 2,000 |  | 100 |

REPRODUCED AT THE NATIONAL ARCHIVES

MIT.-C-915A(BHIPS)

Individual Specification Sheet dated 30 July 1952

3. 4.  Type TTRS cable.

## CONSTRUCTION

First.      A standard conductor of bare, uncoated copper (see 3. 10), size 1(7).  With or without an
            approved separator (see 3.11.14), at manufacturer's option.  Circuit identification by
            means of not less than 4 colored threads among the strands of the conductor, as satisfactory
            to the bureau or agency concerned, unless accomplished under "Second".[2]

Second.     A wall of polythene (see 3.11.4) to the diameter, and within the dimensional tolerances
            required to obtain the specified degree of performance as limited by the maximum overall
            diameter of the finished cable.  Circuit identification (see 3. 9. 2) unless accomplished under
            "First".[2]

Third.      Two such insulated conductors shall be combined to form a pair.  They shall be twisted
            together with any lay necessary to obtain the specified mechanical and electrical character-
            istics.  One conductor shall be color-coded white, and the other shall be color-coded black.[2]

Fourth.     A braided shield of 0.006-inch diameter copper wire (see 3.11.8).

Fifth.      An inner braid (see 3. 11. 16. 2) of cotton (see 3. 11. 12) or rayon (see 3.11.13).  The braid
            shall be lightly impregnated with a synthetic resin material to afford satisfactory abrasion
            resistance, and shall be color-coded (see 3. 9. 5) for identification of each shielded pair.

Sixth.      The number of shielded pairs indicated in the following table shall be cabled together with a
            left-hand lay.  The length of lay shall be a suitable function of the pitch diameter of that
            layer, designed to meet the flexing endurance test on completed cable.  Wherever practicable,
            the component pairs shall be cabled in a single layer, using, if necessary, a soft center core
            of asbestos (see 3.11.9), glass (see 3.11.10), or synthetic fibers.  A single pair shall not be
            used as a core for the cabled construction.  Asbestos, glass, or synthetic fiber fillers
            (see 3.11.11) shall be used if necessary to obtain circularity of cross section.

Seventh.    The cabled pairs shall be bound by a loose braid or fabric binder in such a manner as to
            permit sliding between the pairs themselves and between the pairs and the overall braid
            or binder when the cable is sharply and repeatedly bent and twisted.  Manufacturer's
            identification tape (see 3. 9. 2).

Eighth.     An impervious sheath (see 3. 11. 18 and the following table), of the thermoplastic type.

[1]In order to facilitate installation, it is desired that color coding of individually insulated conductors
be obtained wherever practicable by means of colored insulating compounds (see 3. 9. 2).  If color
insulation is used, it is desired that one conductor of each pair be colored white (natural) and the
other conductor a distinctive, preferably dark (green, blue), color if a black insulation cannot be
obtained.

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

## TEST REQUIREMENTS

Lot acceptance tests (see 4. 5).   Lot acceptance tests shall apply to type TTRS cable except that the second sample (see 4. 8. 14. 1. 2) shall not be tested unless a flexing endurance failure occurs in the first.   If the second sample passes the flexing endurance test, the lot shall be accepted provided the first sample was satisfactory in all other respects.   In the event of failure of both samples, the lot shall be rejected.

Characteristic impedance (surge impedance) of a pair (see 4. 8. 27). - 71. 5 ohms (min.), 85. 0 ohms (max.) (as near to 75 ohms as practicable) measured at 25°C. and 1 megacycle per second.

Capacitance of a pair (see 4. 8. 27. 3). - 26. 0 (max.) microcrofarads per foot at 25°C. at 1 megacycle per second.

Dielectric strength. - (see 4. 8. 19) 2000 volts applied for 1 minute for white (natural) conductor of each pair to other conductor and shield, and for both conductors of each pair to shield, shield being grounded.

Insulation resistance. - 1000 megohms per 1000 feet at 15. 5°C. (see 4. 8. 25).

Flammability (sec 4. 8. 10).

Water and air leakage (see 4. 8. 13).

Conductor resistance (d. c.) per 1000 feet at 25°C., (see 4. 8. 24) - 10. 3 ohms maximum.

Flexing endurance (see 4. 8. 14).
   1000 twisting and bending cycles at +75°C.
   500 twisting and bending cycles at -30°C.

| Type | Number of shielded pairs | Diameter over sheath |
|---|---|---|
| | | Inches |
| TTRS-2 | 2 | 0.680 |
| TTRS-4 | 4 | .740 |
| TTRS-6 | 6 | .880 |
| TTRS-8 | 8 | .980 |
| TTRS-10 | 10 | 1.080 |
| TTRS-12 | 12 | 1.100 |
| TTRS-16 | 16 | 1.180 |

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

Individual Specification Sheet dated 30 July 1952

3.48  Type SHFS wire.

## CONSTRUCTION

First.   A standard conductor of bare, uncoated copper (see 3.10).

Second.  A wall of synthetic resin insulation (see 3.11.5).

Third.   A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10).

Fourth.  (a) A rayon braid (see 3.11.16) on sizes 1 to 3, inclusive.

 (b) An outer cotton braid (see 3.11.16) on sizes 4 to 100, inclusive.

Fifth.   The braid shall be filled and finished with moisture and flame retardant compounds, providing a hard, smooth dull finish, without gloss.  The color of the finish shall be gray (see 3.8.6) unless otherwise specified in the contract or order.

## TEST REQUIREMENTS

Cold bend (see 4.8.9).
Flammability (see 4.8.10).

Crimping (see 4.8.20).
Electrical tests (see following table).

| Type | Standard copper conductor | Diameter over synthetic resin Mini-mum | Diameter over glass or asbestos | Overall diameter Mini-mum | Overall diameter Maxi-mum | Dielectric strength (see 4.8.19) Spark: length Volts | Short cold bend Volts | Conductor resistance per 1000 feet at 35°C Maximum | Cold bend (see 4.8.9) mandrel diameter Bare |
|---|---|---|---|---|---|---|---|---|---|
| | | Inch | Inch | Inch | Inch | Volts | Volts | Ohms | Inches |
| SHFS-1 | 1(10) | 0.088 | 0.100 | 0.115 | 0.125 | 2,500 | 6,000 | 3,000 | 11.5 | 0.50 |
| SHFS-1-1/2 | 1-1/2(41) | .080 | .115 | .130 | .140 | 5,000 | 6,000 | 3,000 | 7.15 | .60 |
| SHFS-2-1/2 | 2-1/2(26) | .092 | .122 | .135 | .146 | 6,000 | 6,000 | 3,000 | 4.43 | .60 |
| SHFS-3 | 3(19) | .095 | .138 | .150 | .180 | 5,000 | 6,000 | 3,000 | 2.80 | .60 |
| SHFS-4 | 4(7) | .115 | .155 | .185 | .195 | 7,500 | 6,000 | 3,000 | 2.55 | .80 |
| SHFS-6 | 6(7) | .135 | .180 | .205 | .220 | 7,500 | 6,000 | 3,000 | 1.73 | .80 |
| SHFS-9 | 9(7) | .163 | .208 | .233 | .248 | 7,500 | 6,000 | 3,000 | 1.25 | 1.00 |
| SHFS-14 | 14(140) | .200 | .245 | .270 | .285 | 7,500 | 6,000 | 3,000 | .822 | 1.15 |
| SHFS-36 | 36(49) | .285 | .325 | .345 | .365 | 7,500 | 6,000 | 3,000 | .440 | 1.50 |
| SHFS-42 | 42(49) | .315 | .380 | .405 | .435 | 7,500 | 6,000 | 2,000 | .275 | 1.70 |
| SHFS-66 | 66(133) | .395 | .460 | .485 | .505 | 7,500 | 6,000 | 3,000 | .175 | 2.00 |
| SHFS-100 | 100(61) | .438 | .493 | .523 | .543 | 7,500 | 6,000 | 3,000 | .115 | 2.15 |

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

3. 50  Workmanship. -  The workmanship shall be first class in every respect and uniform throughout each lot of cable offered for delivery.

4.  SAMPLING, INSPECTION, AND TEST PROCEDURES

4. 1  Inspection procedures. -  For Naval purchases, the general inspection procedures shall be in accordance with General Specifications for Inspection of Material.

4. 2  Qualification tests at a Government laboratory. -  Qualification tests shall be conducted at a Government laboratory designated by the Bureau of Ships.  These tests shall consist of the tests specified in 4. 7.

4. 3  Sampling. -

4. 3. 1  Lot. -

4. 3. 1. 1  Lot of completed wire or cable. -  A lot of completed wire or cable shall consist of not more than 10, 000 feet of completed wire or cable of one type, size and composition, manufactured under the same essential conditions and offered for delivery at one time.

4. 3. 1. 2  Lot of copper wire or conductor. -  Unless otherwise specified herein, a lot of wire shall consist of not more than 500 pounds of wire having a diameter of 0. 040 inch or less; or of not more than 10 coils, reels, or spools of wire having a diameter of 0. 041 inch or over; or of an equivalent quantity of stranded conductor; all of one size and intended for use in the same lot of completed wire or cable.

4. 3. 2  Sampling procedure. -

4. 3. 2. 1  General. -  From each lot offered for delivery the Government inspector shall select samples for the surface inspection (see 4. 4) and lot acceptance tests (see 4. 5) to be performed at the place of manufacture.  Upon satisfactory completion of the inspection at the place of manufacture (see 4. 4 and 4. 5) the Government inspector shall select samples for the production check tests to be performed at a Government laboratory (see 4. 6).  At the inspector's discretion, when delivery requirements are urgent, production check tests at the Government laboratory may be conducted simultaneously with lot acceptance tests at the place of manufacture.

4. 3. 2. 2  Selection of samples. -

4. 3. 2. 2. 1  Completed wire or cable. -  In line with the basic conception of this specification as to minimum acceptable standards, the samples selected for tests at the Government laboratory shall be representative of the poorest of the lot insofar as the visual or dimensional inspection (see 4. 4) or the physical and electrical tests (see 4. 5. 2) disclose any differences in dimensions and/or characteristics.  If there is any question as to the satisfactory processing of the completed wire or cable up to the starting and finishing ends, the contractor shall cut off and discard such ends before the lot is submitted for Government inspection to insure that the samples are truly representative of the completed wire or cable offered for delivery.

4. 3. 2. 2. 2  Copper wires or conductor. -  Sample sections of individual wires or stranded conductor shall be selected in such manner as to be representative of the material to be used in the completed wire or cable.

4. 3. 2. 3  Number of samples. -

4. 3. 2. 3. 1  Number of samples for surface inspection (visual examination for defects and finish, and inspection for workmanship and measurement of dimensions). -  For the purpose of the inspection specified in 4. 4, the Government inspector shall select a sample from each manufactured length of completed wire or cable offered for delivery. .

06

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.3.2.3.2  Number of samples for lot acceptance tests. -

4.3.2.3.2.1  Completed wire or cable. - For the purpose of the physical tests specified in 4.5.2.1.1, the Government inspector shall select two samples of sufficient length from each lot offered for delivery. Each shipping length of completed wire or cable offered for delivery shall be subjected to the electrical tests specified in 4.5.2.1.2.

4.3.2.3.2.2  Conductors. - For the purpose of the tests specified in 4.5.3, the Government inspector shall select two samples of sufficient length from each lot of conductors submitted for inspection (see 4.3.1.2).

4.3.2.3.3  Number of samples for production check tests. -

4.3.2.3.3.1  One or more lots. - When contracts or orders cover one or more full lots of completed cable (see 4.3.1.1), for the purpose of the tests specified in 4.6, the Government inspector shall select two full sample lengths from the first lot of each type, size and composition offered for delivery. Thenceforth, production check samples shall be selected once every two months or from one of every five successive lots of the same type, size, and composition offered for delivery. The method of selection providing the more frequent sampling shall be used.

4.3.2.3.3.2  Less than one lot. - The provisions of 4.3.2.3.3.1 shall not apply to any item when the total quantity of that item is less than one lot of 10,000 feet. When the lot covers 2,500 feet or less of any one type, size, and composition, production check tests are not required. When the lot covers more than 2,500 feet, but less than one full lot of 10,000 feet, of any one type, size and composition of completed cable, one full sample length shall be forwarded to a Government laboratory for the purpose of the tests specified in 4.6.

4.3.2.4  Preparation of samples (for tests at Government laboratory). -

4.3.2.4.1  Length of samples. - The length of cable constituting one sample shall be as follows:

   (a)  Cables for nonflexing service (see 1.2.1).
          All tests except current overload ........ 24 feet
          Current overload (see 4.6.11) ........... 11 feet
   (b)  Cables for repeated flexing service.
          (see 1.2.2) ........................... 24 feet
   (c)  Types TTRS and TTRSA cables ........... 36 feet
   (d)  Thin walled cables (see 1.3.3) ........... 30 feet
   (e)  Watertight cables (see Appendix I) ....... 5 feet
   (f)  Miscellaneous wires (see 1.2.4) ......... 30 feet

4.3.2.4.2  Identification of samples. - All test samples shall be marked with the following information, as applicable:

   (a)  Name of manufacturer.
   (b)  Cable designation (type and size).
   (c)  The manufacturing "lot" number, or order number either of the bureau or
          agency concerned or the shipbuilder (if submitted for delivery) and footage
          represented by sample.
   (d)  The coil or reel number.
   (e)  Qualification (see 3.1) designation.

4.3.2.4.3  End seals. - In order to obtain representative end seals, samples for test at the Government laboratory shall be designated after end seals have been prepared on shipping lengths of cable. The length of such sample shall be 5-1/2 feet. The cut end of the shipping length shall be resealed immediately by the manufacturer in accordance with 3.11.22.

67

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.2.2.4.4 Packaging of samples for shipment. - To facilitate handling at the Government laboratory, as well as by common carrier, samples of cable for nonflexing service (see 1.3.1) shall be shipped in straight lengths in a suitable wooden box approximately but not more than 16 feet in length. Miscellaneous wires (see 1.3.4) and flexible cables (see 1.3.2) may be shipped in wrapped coils or boxes. When necessary, the total sample length may be cut.

4.4 Lot acceptance inspection (visual and dimensional inspection, at place of manufacture). -

4.4.1 Material and workmanship. - The inspector shall assure himself by careful visual and dimensional inspection of each of the samples of the finished product selected in accordance with 4.2.2 as well as by inspection of the materials and manufacturing processes entering into the finished product, that the completed wire or cable submitted for delivery under the contract or order is in conformance with this specification. The inspector shall observe and record the number of random remnant and scrap lengths and the total footage of such lengths, compared to the number of standard lengths and the total footage in each lot of wire or cable offered for inspection. An excessive number of random, remnant and scrap lengths may have resulted from the cutting out of obvious defects or from breakage during manufacture, and may be taken as indicative of the need for tighter quality control of materials, workmanship, and manufacturing processes. This undesirable condition places an increased burden on the inspector to discover less obvious defects and possible derangement of components in the finished product, and the number of samples that are selected and inspected is determined by the number of shipping lengths. In order that the number of lengths be kept to the minimum consistent with good manufacturing practices, for each type and size of wire or cable on a contract or order, not less than 70 percent of the total footage to be shipped shall be in standard lengths, not more than 30 percent may be in any combination of random and remnant lengths. When the total quantity of any one item is 5 nominal lengths or less, a footage approximating 2 nominal lengths (in lieu of 30 percent) may be in any combination of random and remnant lengths. When the total quantity of any one item is 2 nominal lengths or less, the total footage may be in any combination of random and remnant lengths. In particular, this inspection shall cover such of the following as may be applicable to the individual types and sizes of completed wire or cable involved.

4.4.2 Conductors. - Inspect for number and size of copper wires (see 3.11.1) composing the standard conductors (see 3.10), of specified stranding, total cross-sectional area, etc.

4.4.3 Material components. - Inspect for types of insulation and component materials (see 3.5 and 3.11.2 to 3.11.22, inclusive) and limiting dimensions, etc., of each layer, or stage, as may be applicable (see individual specification sheets, 3.12 to 3.49, inclusive) to the cable under consideration.

4.4.4 Identification and color coding. - Inspect for manufacturer's identification (see 3.6), for circuit identification (see 3.9), and color coding as may be specified for the particular type of cable undergoing inspection.

4.4.5 Outer coverings. - Inspect for braids (see 3.11.16), polychloroprene sheath (see 3.11.17), impervious sheath (see 3.11.18), lead sheath (see 3.11.19), metal armor (see 3.11.20), and paint (see 3.11.21), as applicable.

4.4.6 Dimensions. - Ascertain, by measurement, that the centering, circularity and dimensional tolerances (see 3.7 and 3.12 to 3.49, inclusive, as applicable) have not been exceeded in the completed wire or cable. For insulation nominally less than 1/32 inch in thickness, the minimum thickness shall be determined with a pingage dial micrometer by placing the specimen on the pin and taking the reading immediately after the movable member comes to rest on the specimen.

4.4.7 Patching. - The manufacturer's methods and practices with regard to making patches in the conductor insulation and cable sheath shall be subject to approval by the Government inspector. The materials and methods employed shall be such that the finished product complies with all specification requirements. The frequency of patching shall be held to a minimum consistent with specification lengths and quantity production, and in no case shall any shipping length (see 5.1.1) contain more than one sheath patch. A build-up that is less than half the wall thickness shall not be considered a patch. No build-up or patch shall be made that cannot be contained in a single mold.

68

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.4.8 End seals. - Inspect both ends of every shipping length to insure that end seals of the approved design (see 3.11.22) have been applied.

4.4.9 Action in case of failure. - If any one sample representing a lot is found not to be in conformance with this specification, the entire lot represented shall be rejected. The manufacturer shall have the option of inspecting each length of a rejected lot, and, after removing all nonconforming lengths of cable, resubmitting the lot for Government inspection.

4.5 Lot acceptance tests. -

4.5.1 Place of test. - Lot acceptance tests shall be made at the place of manufacture and shall be witnessed by the Government inspector. The manufacturer shall provide the test equipment and facilities necessary for conducting such tests.

4.5.2 Completed wire and cable. -

4.5.2.1 Test procedure. -

4.5.2.1.1 Physical tests. - Specimens of sufficient size from each of the samples selected in accordance with 4.3.2.3.2.1 shall be subject to each of the following tests:

    (a) Tensile strength, elongation, set and aging of insulation (see 3.11.2 to
        3.11.6, incl., and 4.8.1).
    (b) Tensile strength, elongation, set and aging of sheath (see 3.11.17 and 4.8.1).
    (c) Flexing endurance (see individual specification sheets and 4.8.14).
    (d) Breaking strength (see 3.30 and 4.8.28).
    (e) Creepage test (see 3.47, 3.45 and 4.8.30).
    (f) Capacitance and characteristic impedance (see 4.8.27).

4.5.2.1.2 Electrical tests. -

4.5.2.1.2.1 Conductor resistance. - The resistance of insulated conductor shall be measured in all completed wires and cables to determine conformance with the individual specification sheets. For stranded conductors, the resistance of individual strand wires need not be measured unless the inspector has reason to doubt the conductivity.

4.5.2.1.2.2 Dielectric tests. - The dielectric tests specified on the individual specification sheets shall be made on each full coil or reel length of completed wire or cable offered for delivery.

4.5.2.1.2.3 Insulation resistance tests. - Insulation resistance tests, when specified on an individual specification sheet shall be made on each full coil or reel length of completed wire or cable offered for delivery.

4.5.2.1.2.4 Induced voltage tests. - Induced voltage tests, when specified on an individual specification sheet, shall be made either on the full-reel length of completed cable or on a specimen not less than 20 feet in length.

4.5.2.2 Action in case of failure. -

4.5.2.2.1 Physical tests. - If any one of the samples representing a lot is found to be not in conformance with this specification, the entire lot shall be rejected. The manufacturer shall have the option of subjecting each length of completed wire or cable in a rejected lot to the test or tests wherein failure occurred, and, after removing all defective lengths, resubmitting the lot for Government inspection.

4.5.2.2.2 Electrical tests. - Each section of completed wire or cable which is found to be not in conformance with this specification shall be rejected.

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.5.3 Conductors. -

4.5.3.1 Test procedure. - Each of the samples selected in accordance with 4.3.2.3.2.2 shall be subjected to each of the following tests:

    (a) Tensile strength and elongation of conductors (see 3.10, 3.11.1, and 4.8.21).
    (b) Coating, metallic (see 3.10.3 and 4.8.22).
    (c) Resistance, conductors (see individual specification sheets and 4.8.24).

4.5.3.2 Action in case of failure. - If any one of the samples representing a lot of conductors is found to be not in conformance with this specification, the entire lot shall be rejected. The manufacturer shall have the option of testing each coil, reel, or spool of wire in a lot, and, after removing all defective coils, reels, or spools, resubmitting the lot of conductors for Government inspection.

4.6 Production check tests. -

4.6.1 Place of test. - Production check tests shall be conducted at the Material Laboratory, New York Naval Shipyard, Naval Base Station, Brooklyn 1, N.Y., or at the Industrial Laboratory, Mare Island Naval Shipyard, Vallejo, Calif.

4.6.2 Test procedure. - Each of the samples selected by the Government inspector in accordance with 4.3.3.3.3 shall be subjected to such of the following tests as may be applicable to the particular type of cable undergoing inspection:

    Synthetic resin, synthetic rubber, butyl rubber, polythene, and polychloroprene (see 4.8.1).
    Chemical analysis (see 4.8.2)[1].
    Varnished cambric as removed from completed cable (see 4.8.3).
    Asbestos (see 4.8.4)[1].
    Glass (see 4.8.5)[1].
    Impervious sheath (see 4.8.6)[1].
    Metal armor (see 4.8.7)[1].
    Drip (see 4.8.8).
    Cold bend (see 4.8.9).
    Flammability (see 4.8.10).
    Current overload (see 4.8.11).
    Water and air leakage (see 4.8.13)[1].
    Flexing endurance (see 4.8.14).
    Impact resistance (see 4.8.15)[1].
    Abrasion resistance (see 4.8.16)[1].
    Hot oil test (see 4.8.17).
    Oil, water, and chemical resistance (see 4.8.18)[1].
    Dielectric tests (see 4.8.19).
    Creepage (see 4.8.20).
    Flame retardance (see 4.8.23).
    Capacitance and characteristic impedance (see 4.8.27).
    Breaking strength (see 4.8.38).
    Induced voltage (see 4.8.29).
    Heat shock (see 4.8.30).
    Hydrostatic test (see 4.8.31).
    Watertightness (see Appendix I).

[1]These tests shall be conducted only when specifically requested by the Government inspector.

4.6.3 Action in case of failure. - Acceptance of the first lot of completed wire or cable of each type, size and composition offered for delivery under a contract or order shall be withheld pending receipt of a satisfactory test report on the sample or samples representing the lot. Thenceforth, except as herein-after specified, acceptance and rejection of lots shall normally be on the basis of the sampling, inspection and tests of 4.3.5.3.1, 4.3.3.3.2, 4.4, and 4.5, and acceptance shall not be withheld pending receipt of

70

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

the test report on a production check test sample. In case of receipt of an unsatisfactory test report on a production check sample additional samples shall be selected from every subsequent lot offered for delivery in accordance with 4.3.3. The samples so selected shall be submitted to the Government laboratory, and shall there be subjected to the test or tests wherein failure was observed. Lots shall then be accepted only upon receipt of a satisfactory test report on the samples representing them. This additional testing shall be discontinued and lot acceptance returned to the normal basis of 4.3.2.3.1, 4.3.2.3.3, 4.4 and 4.5, when 4 successive lots have been accepted.

4.7 Qualification tests. –

4.7.1 Place of test. – Tests to determine suitability for Government use shall be made at the Material Laboratory, New York Naval Shipyard, Naval Base Station, Brooklyn 1, N.Y. or the Industrial Laboratory, Mare Island Naval Shipyard, Vallejo, Calif.

4.7.2 List of tests. – The following tests, as applicable to the particular types of cable, shall be conducted at the Government laboratory:

General inspection (see 4.4).
Synthetic resin, synthetic rubber, butyl rubber, polythene, and polychloroprene (see 4.8.1).
Chemical analysis (see 4.8.2).
Varnished cambric (see 4.8.3).
Asbestos (see 4.8.4).
Glass (see 4.8.5).
Impervious sheath (see 4.8.6).
Metal armor (see 4.8.7).
Drip (see 4.8.8).
Cold bend (see 4.8.9).
Flammability (see 4.8.10).
Current overload (see 4.8.11).
Heat endurance (see 4.8.12).
Water and air leakage (see 4.8.13).
Flexing endurance (see 4.8.14).
Impact resistance (see 4.8.15).
Abrasion resistance (see 4.8.16).
Hot oil test (see 4.8.17).
Oil, water and chemical resistance (see 4.8.18).
Dielectric tests (see 4.8.19).
Creepage (see 4.8.20).
Tensile strength and elongation, conductors (see 4.8.21).
Coating, lead or alloy (see 4.8.22).
Flame retardance (see 4.8.28).
Capacitance and characteristic impedance (see 4.8.27).
Breaking strength (see 4.8.38).
Induced voltage (see 4.8.38).
Heat shock (see 4.8.30).
Hydrostatic test (see 4.8.31).
Watertightness (see Appendix I).

4.8 Methods of tests. –

4.8.1 Synthetic resin, synthetic rubber, butyl rubber, polythene, and polychloroprene. –

4.8.1.1 General. – Samples of the insulation (see 3.11.2 to 3.11.6, incl.) and sheath (see 3.11.17) taken from the completed wire or cable shall be tested to determine the physical properties in the "as received" condition and after accelerated aging.

71

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.8.1.8 Physical properties. - The tensile strength, elongation and set shall be determined on specimens prepared and tested as follows:

4.8.1.2.1 Specimens. - The test specimen shall be the entire section of the insulation in the case of small conductors or, in the case of a large conductor or in obtaining a specimen of the cable sheath, either a segment of a section cut with a sharp knife held tangentially to the conductor or cable core, or a shaped specimen cut out with a standard die. When the whole cross section is used, the specimen shall not be cut longitudinally. The test specimen shall be as free as possible from surface incisions and imperfections.

4.8.1.2.1.1 Size. - The size of specimen shall be of an area not less than 0.010 square inch and not more than 0.030 square inch. When not possible to use specimens of this size, they shall be as large as practicable.

4.8.1.2.1.2 Condition and age. - Specimens shall not be heated, immersed in water, or subjected to any mechanical or chemical treatment not specifically specified herein. No tests shall be made within 48 hours after vulcanization unless agreed to by the manufacturer.

4.8.1.2.1.3 Buffing. - In event of any irregularities on the surface of a fractional-section specimen, it shall be made smooth and of uniform thickness within 5 percent of the original minimum thickness by buffing, except where large strands are used, in which case the samples shall be buffed sufficiently to remove all inner corrugations.

4.8.1.2.1.4 Calculation of area. - Calculation of the area of the test specimen shall be made as follows:

(a) Where the total cross section of the insulation is used, the area shall be taken as the difference between the area of the circle whose diameter is the minimum average outside diameter of the insulation and the area of the conductor. The area of a stranded conductor shall be figured from its maximum diameter. The following formula may be used to advantage:

$$A = 0.7854 (D + d) (D - d)$$

Where: $A$ = Area of cross section in square inches.
$D$ = Outside diameter of insulation in inches.
$d$ = Diameter over copper in inches.

(b) Where a slice cut from the insulation by a knife held tangentially to the wire is used, and the slice so cut has the cross section of a segment of a circle the area shall be calculated as that of the segment of a circle whose diameter is that of the insulation. The height of the segment is the wall of insulation on the side from which the slice is taken. The values may be obtained from a table giving the areas of segments of a unit circle for the ratio of the height of the segment to the diameter of the circle.

(c) Where the cross section of the slice is not a segment of a circle the area shall be calculated from a direct measurement of the volume or from the specific gravity and the weight of a known length of the specimen having a uniform cross section.

(d) Where a portion of a sector of a circle has to be taken as where the conductor is large and the insulation thin, the area shall be calculated as the thickness times the width. This applies either to a straight test piece or one stamped out with a die, and assumes that corrugations have been removed by buffing.

(e) Where a portion of a sector of a circle has to be taken, as where the conductor is large and the insulation thick, the area shall be calculated as the proportional part of the area of the total cross section.

72

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.8.1.2.1.6 Number of specimens. - Five specimens shall be tested for tensile strength, elongation and set from each inspection unit, and the physical property of the inspection unit shall be taken as the median of the results obtained from the five specimens.

4.8.1.2.2 Apparatus. - The testing machine shall be power-driven and preferably to the pendulum type. A spring balanced type of apparatus may be used if provided with a device which will indicate the actual maximum load at which rupture takes place and provision is made to prevent recoil of the spring. The testing machine shall be accurate within 1 percent of the breaking load.

4.8.1.2.3 Procedure. -

4.8.1.2.3.1 Temperature. - Physical tests shall be conducted with the specimens at a temperature between 20° and 32°C.

4.8.1.2.3.2 Rate. - The specimens shall be stretched at a rate of 20 inches per minute in a testing machine having jaws 4 inches apart.

4.8.1.2.3.3 Tensile strength and elongation. - A test specimen, not less than 6 inches in length, having bench marks 3 inches apart, shall be placed in a testing machine and stretched until the specimen breaks. A scale shall be used to measure the elongation at instant of rupture. The break shall be between the bench marks, and the tensile strength calculated from the area of the original sample.

4.8.1.2.3.4 Set. - The test specimen, not less than 6 inches in length; having bench marks 3 inches apart, shall be placed in the jaws of a testing machine and stretched until the bench marks are separated by the distance specified in 3.11.2 to 3.11.6, inclusive, and 3.11.17, as applicable. The test specimen shall then be released within 5 seconds and the set determined 1 minute, unless otherwise specified (see 3.11.2) after the beginning of release.

4.8.1.3 Accelerated aging. -

4.8.1.3.1 Specimens. - Specimens for accelerated aging tests shall be duplicates of those prepared for determination of initial physical properties.

4.8.1.3.2 Procedure. - Specimens shall be suspended vertically in a suitable test chamber without touching each other or the walls of the container. The specified temperature shall be maintained within ±3°C. for the specified period of time. At the conclusion of the aging period, the pressure within the test chamber shall be released slowly over a period of not less than 5 minutes. The tension tests shall be conducted not less than 16 nor more than 48 hours after removal from the test chamber. The tensile strength shall be based on the breaking strength after aging and the cross sectional area measured before aging. Aged and unaged specimens should be tested under the same conditions, insofar as practical.

4.8.1.3.2.1 Oxygen pressure test. - The internal pressure of oxygen in the bomb shall be not less than 290 nor more than 310 pounds per square inch.

4.8.1.3.2.2 Air pressure heat test. - The internal pressure of air in the bomb shall be not less than 78 nor more than 82 pounds per square inch.

4.8.1.3.2.3 Air oven test. - Heated air at atmospheric pressure shall be circulated so as to maintain a uniform temperature in the oven, using baffles to avoid local overheating or dead spots. The source of heat shall be located in the air supply outside the aging chamber proper, and the supply shall be controlled with upper and lower vents to provide a continuous change of air during test.

4.8.2 Chemical analysis. - Specimens of the conductor insulation and sheath compounds taken from the completed wire or cable shall be subjected to a careful chemical analysis for purposes of establishing the identity of the compounds, and ascertaining the composition of compounds which have been approved on the basis of compliance with the performance requirements of this specification.

73

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.8.3  Varnished cambric. -

4.8.3.1  General. - Samples of the varnished cambric tape (see 3.11.7) removed from the completed cable shall be tested for tensile strength, effect of hot petrolatum, dielectric strength and aging.

4.8.3.2  Tensile strength. - The tests shall be made in the same general manner as specified in 4.8.1.3, except that the rate of separation of the jaws of the testing machine shall be approximately 12 inches per minute.

4.8.3.3  Effect of hot petrolatum. - Samples of the varnished cambric shall be placed in hot petrolatum at a temperature of 150°C. for a period of 15 minutes, then removed from the petrolatum and allowed to cool to room temperature.

4.8.3.4  Dielectric strength. -

4.8.3.4.1  General. - The apparatus used and the methods of measuring voltage shall be as specified in 4.8.19.

4.8.3.4.2  Specimens. - Not less than 3 (unless the conductor has less than 3 tapes, in which case all tapes shall be taken) nor more than 5 tapes shall be taken from each conductor of a completed cable. Specimens of tape shall be selected to be as representative as possible of all of the tapes used.

4.8.3.4.3  Electrodes. - The electrodes shall be of brass or copper, 1/4 inch in diameter, rounded to a radius of 1/32 inch, with flat polished contact surfaces. The electrodes shall be self-aligning, and shall be placed exactly opposite one another, with the specimen in a horizontal plane between them. The electrodes shall be kept clean and polished. The electrodes and the specimen shall be immersed in suitable oil to prevent the occurence of flashover.

4.8.3.4.4  Procedure. - Starting at zero the voltage shall be increased uniformly to breakdown at a rate of approximately 500 volts per second. Three tests shall be made on each tape at room temperature. The tape thicknesses shall be measured near the point of puncture with a machinist's micrometer graduated at 0.001 inch and having anvil and spindle surfaces not less than 0.34 inch nor more than 0.26 inch in diameter. The micrometer shall be tested and calibrated periodically for conformance with accepted commercial standards. The number of thickness readings on the specimen shall be equal to the number of punctures made; these readings shall be distributed along the centerline of the specimen in such manner as to represent closely the thickness at the points of the puncture.

4.8.3.4.5  Test average. - The average of all tests on all tested tapes from any one conductor shall be considered the average breakdown stress, and shall be not less than the appropriate value specified in 3.11.7.11.

4.8.3.5  Aging. - Ten specimens shall be heated in an air oven to a temperature of not less than 124°C. nor more than 126°C. for a period of 150 hours, and then allowed to cool to normal testing room temperature. The specimens shall then be tested by bending them through not less than 180 degrees around a 1/8 inch diameter mandrel. Five specimens shall be bent in the length direction and five in the width direction of the tape.

4.8.4  Asbestos. - Specimens of asbestos taken from the completed cable shall be tested to determine compliance with Specification MIL-I-3053 and 3.11.9 and 3.11.11.

4.8.5  Glass. - Specimens of glass fiber taken from the completed cable shall be tested to determine compliance with Specification MIL-G-1140 and 3.11.10 and 3.11.11.

4.8.6  Impervious sheath. - The materials used shall be in conformance with those employed in the approved sample or otherwise specifically approved.

74

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.6.7 Metal armor. –

4.6.7.1 Chemical analysis. – Specimens of armoring wire before application of the completed cable shall be analyzed to determine conformance with 3.11.20.

4.6.7.2 Physical properties. – Specimens of the armoring wire before application to the cable shall be subjected to tests of tensile strength, elongation, springiness, and toughness.

4.6.7.3 Springiness. – A length of wire shall be coiled snugly around a mandrel 1/4 inch in diameter at a tension of approximately but not less than 100 gram (gm.) and then released. The outside diameter of the coil shall be measured in several places at or near its middle. The coil so produced shall not exceed 3/8 inch in outside diameter.

4.6.7.4 Toughness. – The toughness of the wire shall be determined by bending a specimen back and forth, in a specially designed fixture, over a 0.030-inch radius support. Each 90-degree movement in either direction shall be taken as one bend. The bends shall be made under a uniform tension of 100 gm., and at a uniform rate not to exceed 50 bends per minute. The wire shall withstand not less than ten 90-degree bends before a rupture.

4.6.8 Drip. –

4.6.8.1 Specimens. – The specimen shall be a 3-foot section of completed cable.

4.6.8.2 Conditioning. – One specimen of each type of cable size 14 and larger and degassing cable size 19(6) shall be suspended in a vertical position in an oven maintained for a period of not less than 18 hours at 25°C. For conductor sizes smaller than 14, no drip test will be required.

4.6.8.3 Observation. – No material shall drip or exude from the end of the cable during the test.

4.6.9 Cold bend. –

4.6.9.1 Specimens. – Where a cold bend test is specified in section 3, the specimen of cables for nonflexing service (see 1.2.1) shall consist of a 5-foot section of completed cable, the specimen of miscellaneous wires (see 1.2.4) shall consist of a 1-foot section of completed wire, and the specimens from cables for repeated flexing service (see 1.2.2) shall consist of 1-foot sections of not less than 20 percent of the insulated and braided conductors removed from completed cable. For type MHFA (see 3.22) specimens for the cold bend test shall consist of one 5-foot length of completed cable, and a number (not less than 20 percent of the total number) of the individually insulated and braided conductors removed from completed cable.

4.6.9.2 Apparatus. – Straight wooden bars 5 foot in length, wooden mandrels of specified radii of curvature, and a refrigerator sufficiently large to hold cable specimens and mandrels shall be provided.

4.6.9.3 Procedure. – The specimen shall first be straightened if necessary and then kept straight by mounting on a wooden bar. The mounted specimen shall be placed in the refrigerator and conditioned at 0°C. for not less than 6 hours, then removed from the refrigerator, quickly detached from the mounting, and bent around the appropriate wooden mandrel at a rate of approximately 20 degrees per second. The specimen shall be suitably clamped to maintain its bent position, then it shall be dissected and a visual inspection made of all its component parts. When defects or disarrangements are discovered in any component, examination should be made of specimens in the as received condition to determine whether the defect existed prior to the cold bend test. Any changes or derangements, such as torn tapes or broken or cracked components, resulting from the cold bend test, or a nature or to an extent as to affect the electrical properties or performance of the cable in service, shall be reported to the cognizant Government inspector.

4.6.9.3.1 Cables for nonflexing service. – Cables for nonflexing service (see 1.2.1) shall be bent 180 degrees over a mandrel having a diameter as indicated on the individual specification sheets.

75

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.8.9.5.5 Miscellaneous wires and braided conductors. - The miscellaneous wires (see 1.2.4) and the insulated and braided conductors removed from types MHFF (see 3.36), and MHFA (see 3.35) shall be wrapped three turns around a mandrel having a diameter as specified on the individual specification sheets, and shall then be subjected to a 60 cycle potential of 2,000 volts r.m.s. for 1 minute.

4.8.10  Flammability. -

4.8.10.1 Specimens. - Specimens shall consist of straight sections of completed wire or cable approximately 18 inches in length.

4.8.10.2 Apparatus. - An enclosure of sufficient size to contain the specimen, supports, heater coil, spark plugs, flame travel gage and their associated accessories shall be arranged to eliminate air drafts and permit clear view of the interior through shatterproof glass windows.  Vent holes, distributed around the sides adjacent to the base, shall be provided to admit fresh air when an exhaust fan connected to the top of the enclosure is operated at a minimum suction just sufficient to carry off smoke and gases.

4.8.10.2.1 Supports shall be suitable for holding the specimens in a vertical position with an unsupported span not less than 14 inches in length.  The lower end of the specimen shall be wrapped with varnished cambric in such a manner that gases released through this end are diverted toward the spark plug.

4.8.10.2.2 Heater coils shall consist of 7 turns of 0.102 inch diameter resistance wire conforming to grade E of Specification MIL-W-18970, space wound to 0.25 inch between centers.  The inside diameter of the coil shall exceed the overall diameter of the specimen by not less than 0.5 inch nor more than 0.6 inch.  The lower end of the heater coil shall be located 1.5 inches above the top of the lower specimen support.

4.8.10.2.3 Two spark plugs, with extended electrodes spaced 1/8 inch from the surface of the specimen and the plugs located on diametrically opposite sides of the specimen, shall be placed with their longitudinal centerlines in a horizontal plane 1/2 inch above the top of the heater coil, to ignite the gases emitted from the heated specimen.  A suitable electric circuit shall be provided to maintain continuous sparking at the electrodes during the specified time.  The spark plugs shall be mounted in such a manner that they may be moved away from the specimen after ignition takes place so as not to impede the travel of the flame and to prevent their electrodes from becoming fouled by soot.

4.8.10.2.4 A suitable flame travel gage shall be positioned near the specimen to judge the distance of flame travel without appreciable impeding progress of the flame.

76

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.8.10.3 Procedure. – Flame tests are specified for the various types of wire and cable in section 3, and the required performance is shown in table XIV. The tests shall be so conducted as to measure, as accurately as practicable, the following factors:

Time of ignition.
Time of heating.
Distance of flame travel.
Time required for self-extinction.

Table XIV - Flammability limits.

| Cable types | Ignition time | Burning time | Flame travel |
|---|---|---|---|
| | Minimum | Maximum | Maximum |
| | Seconds | Seconds | Inches |
| Cables with braided armor ------------ | 60 | 60 | 2 |
| MHFF, TTOP, MCOS, TTRS, DHOF, TBOF, FHSF, FCSF, EDU ------------ | | | |
| TRF, TRXF, FCOTP-4, MMOP, MCSC - | 30 | 120 | 3 |
| Sizes 14 and larger of DCOP, TCOP, CVSF, SHOF, DHOF, THOF, FHOF----- | | | |
| Sizes 9 and smaller of DCOP, TCOP, DHOF, THOF, FHOF--------------- | No test required. | | |
| MDGL, MCGC------------------------- | | | |
| SRI, SRIB, SHFS, MRI--------------- | 25 | 60 | 2 |

4.8.10.3.1 Time of ignition. – With the enclosure closed and ventilated, the specimen centered in the heater coil, and the spark plugs, and flame gage properly located, a stop watch shall be started simultaneously with the energizing of the heater coil and spark plugs. A constant current as specified in table XV shall be supplied from a suitable transformer source to the heater coil. Ignition shall be considered as occurring when the flame transfers from the escaping gases to the surface of the specimen and continues there, disregarding the flashes which may occur in the gassing space prior to the sustained flame. The time required to ignite the specimen shall be recorded.

4.8.10.3.2 Time of heating. – For all armored cable, the heating current shall be turned off 30 seconds after ignition occurs. When armored cable does not ignite in 250 seconds or less, the specimen is considered satisfactory and the test shall be discontinued. For all unarmored cables, where the ignition time is less than 60 seconds, the heating current shall be turned off 30 seconds after being turned on; where the ignition time is greater than 60 seconds the heating current shall be turned off when ignition occurs.

4.8.10.3.3 Distance of flame travel. – Immediately after ignition occurs, as defined in 4.8.10.3.1, the electrical supply to the spark plugs shall be cut off and the plugs shifted away from the flame. The maximum distance to which the flame travels along the surface of the specimen, measured from the top of the heater coil, before extinction, shall be noted and recorded.

77

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.8.10.5.4 Time required for self-extinction. - The number of seconds that the specimen continues to burn, until the cessation of all flaming, after the current in the heater coil has been cut off, shall be recorded as the time required for self-extinction.

4.8.10.5.5 Observations. - The amount and color of the smoke and the amount and size of the soot particles shall be observed and recorded.

Table XV - Current in heating coil.

| Nominal diameter of cable | Current amperes A.C. | | Nominal diameter of cable | Current amperes A.C. |
|---|---|---|---|---|
| Inch | R.m.s. | | Inches | R.m.s. |
| 0.050 to 0.099 | 45 | | 0.80 to 0.89 | 53 |
| .100 to .19 | 46 | | .90 to .99 | 54 |
| .20 to .29 | 47 | | 1.00 to 1.09 | 55 |
| .30 to .39 | 48 | | 1.10 to 1.39 | 56 |
| .40 to .49 | 49 | | 1.40 to 1.79 | 57 |
| .50 to .59 | 50 | | 1.80 to 2.29 | 58 |
| .60 to .69 | 51 | | 2.30 to 3.00 | 59 |
| .70 to .79 | 52 | | | |

4.8.10.4 Number of tests. - If a sample tested fails to comply with any of the limitations specified in table XIV as to flammability upon the first trial, 2 additional specimens shall be tested, and the results of all 3 trials averaged together.

4.8.11 Current overload. -

4.8.11.1 Specimens. - The specimen shall be a completed cable having a length of not less than 10 feet. The center portion of the specimen shall be bent 180 degrees about a mandrel having a diameter of 13 times the overall diameter of the cable, leaving the ends straight.

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.8.11.2 Procedure. – The bent specimen shall be fastened to a vertical steel panel so that the straight sections of cable are horizontal. With all copper conductors connected in series, a 60-cyclic alternating current for each type and size of cable as shown in table XVI shall be circulated for a continuous period of not less than 18 hours nor more than 24 hours. The ambient temperature shall be recorded, and reported when higher than 30°C.

Table XVI – Test currents.

| Conductor size | Type SHFA | Type DHFA | Types FHFA and TQFA | Type SLQA | Type MDCA |
|---|---|---|---|---|---|
| 2 | | | | | |
| 4 | | No tests required | | | |
| 6 | | | | | |
| | | | Amperes per conductor | | |
| 14 | 115 | 100 | 85 | --- | --- |
| 23 | 150 | 130 | 115 | --- | --- |
| 30 | 180 | 160 | 140 | --- | --- |
| 40 | 205 | 185 | 160 | --- | --- |
| 60 | 240 | 215 | 185 | --- | --- |
| 80 | --- | 245 | 215 | --- | --- |
| 75 | 315 | 285 | 260 | --- | --- |
| 100 | 375 | 335 | 305 | --- | --- |
| 125 | --- | 385 | 340 | --- | --- |
| 150 | 500 | 455 | 400 | --- | --- |
| 200 | 580 | 525 | 480 | --- | --- |
| 250 | --- | 610 | 535 | --- | --- |
| 300 | 750 | 700 | 560 | --- | --- |
| 350 | --- | --- | 685 | --- | --- |
| 400 | 925 | 835 | 740 | 825 | --- |
| 500 | 1080 | --- | --- | 975 | --- |
| 650 | 1280 | --- | --- | 1140 | --- |
| 800 | 1510 | --- | --- | 1385 | --- |
| 1000 | --- | --- | --- | 1600 | --- |
| 1300 | --- | --- | --- | 1830 | --- |
| 1500 | --- | --- | --- | 2100 | --- |
| 2000 | --- | --- | --- | 2400 | --- |
| 19(6) | --- | --- | --- | --- | 24 |
| 19(14) | --- | --- | --- | --- | 38 |
| 19(23) | --- | --- | --- | --- | 51 |
| 19(40) | --- | --- | --- | --- | 74 |

4.8.11.3 Observations. – There shall be no exudation of the cable sheath or of the cable impregnants through the armor during this test. The amount of compound, if any, that drips from the open cable ends, as well as the amount and color of any smoke that is evolved, the maximum temperature obtained from the sheath and the temperature at exudation, if any, shall be observed and recorded. (Exudation is defined as an actual flow or expansion of the sheath compound through the armor to the extent that the armor cuts through the sheath. Bulging of the sheath through the armor with no actual flow or cutting is not considered as exudation.)

78

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.8.12 Heat endurance. -

4.8.12.1 General. - A heat endurance test shall be made on completed cables, for qualification tests only (see 4.7) when specified in section 3, to determine the effects of prolonged current loading. For purposes of this test, all specimens are designated as power cables, except type MUFF (see 3.98) and type MHFA (see 3.25) which are designated as control cables.

4.8.12.2 Specimens. -

4.8.12.2.1 Power cables. - For power cables there shall be 1 specimen of completed cable approximately 40 feet in length.

4.8.12.2.2 Control cables. - For control cables there shall be 1 specimen of completed cable approximately 40 feet in length.

4.8.12.3 Apparatus. - The testing apparatus shall consist of a test chamber and the necessary temperature-measuring and control equipment. The test chamber shall be essentially a low temperature oven equipped with racks for installing the cable specimens. It may be of any convenient size and constructed of wood and asbestos board or other suitable material. An ambient temperature of 50°C. shall be maintained in the interior of the chamber by utilizing the heat given off by the cable specimens, by additional heat supplied by resistance type heaters installed on the chamber floor, and by the admission of cool air to the chamber through adjustable vents in the top and bottom of the chamber. Convenient windows should be provided to the chamber walls through which observations of mercury thermometers indicating the interior temperature may be made. Suitable control equipment shall be provided to permit the copper temperature of the cables under test to be held to specified values. The temperature of the copper conductors shall be determined by means of thermocouples placed within the strands of one conductor through a small knife puncture 15 feet from one end. Additional thermocouples for determining the armor temperature shall be provided.

4.8.12.4 Procedure. -

4.8.12.4.1 Power cables. - Specimens shall be racked with thermocouples attached and the conductors of each specimen connected in series to an alternating current power supply adjusted to give a copper temperature of 125°C. This test shall continue for 400 hours.

4.8.12.4.2 Control cables. - The specimen shall be racked within the chamber with thermocouples attached in the manner specified for power cables. The thermocouple to be used for measuring copper temperature shall be in contact with one of the conductors in the inner layer. The conductors shall be connected in series to a power supply adjusted to give a copper temperature of 105°C. in the inner layer of conductors. The test shall continue for 400 hours.

4.8.12.5 Observations. - Readings of copper temperature, armor temperature, current per conductor, chamber temperature, and time shall be taken throughout the duration of the test. Gas or fumes developed from the samples and the oozing of compound from the cable ends or sheath material through the armor during the tests shall be observed and recorded for both power and control cables. At the conclusion of the heat run, the dielectric strength and insulation resistance of the specimens shall be determined, followed by examination and tests (see 4.8.1 to 4.8.3, incl.) of the components to determine the extent of changes during the heat run.

4.8.13 Water and air leakage. -

4.8.13.1 Specimen. - The specimen shall be a 30-inch section of completed cable with or without end seal. Armored specimens shall be tested with armor in place.

4.8.13.2 Apparatus. - The apparatus shall consist of a testing tank, of 15-inch length and suitable diameter to accommodate the test specimen, fitted with Navy standard watertight stuffing tubes with approved packing, connected to the pressure system, a pressure control and leakage detection device permitting test by either air or water under pressure, and necessary connections, gages and valves between testing tank and pressure control system.

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A (SHIPS)

4.8.13.3  Procedure. -  The specimen shall be sealed in place into or through the testing tank.  Air pressure shall be applied to detect leakage through the cable sheath or end seal, and to enable location and correction of leaks through stuffing tubes and packing.  The cable sheath or end seal and the gland shall not leak under this air pressure.  After the assembly has withstood the air pressure for a period of 30 minutes without leakage, the specimen shall be subjected to water pressure at room temperature for a period of 4 hours.  The amount of water leakage, if any, shall be determined to a precision of 1 cubic inch.

4.8.13.4  Pressures. -  Except where otherwise specified in section 3, the air and water pressures applied shall be 75 pounds per square inch for cable sheath tests and 25 pounds per square inch for cable end seal tests.

NOTE:  The water and air leakage test is intended primarily for armored cables and end seals (see 3.11.22), but is required in section 3 for certain unarmored cables as a means for checking the integrity of the sheath in instances where this feature appears doubtful.  This test is required on type MGSC (see 3.30), but shall not be made on other unarmored cables unless visual inspection discloses a patch, thin spot, cut, gouge, pock-mark, blister, porosity or other defect in the sheath.

4.8.14  Flexing endurance. -

4.8.14.1  Specimens. -

4.8.14.1.1  Bending. -  There shall be two bending test specimens, each a 30-inch section of completed cable.

4.8.14.1.2  Twisting. -  There shall be two twisting test specimens of completed cable, 2½ inches in length for cables of 5/8-inch diameter or less, and 10 times the cable diameter plus 18 inches in length for cables of larger than 5/8-inch diameter.

4.8.14.2  Apparatus. -  The bending apparatus and the twisting apparatus may be built into a portable, compact assembly, powered by a single drive and equipped with means for counting the number of cycles impressed upon a specimen.  A suitable electric circuit should be provided to stop the apparatus in the event the series conductor circuit of a specimen is broken.

4.8.14.3  Procedure. -

4.8.14.3.1  Conditioning. -  Specimens shall be conditioned and tested in a controlled temperature room held at the specified temperature.  Specimens for the bending test and for the twisting test shall be exposed to the specified temperature until thermal equilibrium is established before testing is started.  All conductors in each specimen shall be connected in a single series circuit for the purpose of detecting breakage of the conductors.

4.8.14.3.2  Bending. -  A specimen shall be loosely inserted between a pair of rollers and subjected to 90-degree bending in each direction at the rate of 12 to 14 complete 180-degree cycles per minute.  The bends shall be made approximately midway along the length of the specimen, and the portion of the specimen not coming in contact with the rollers shall be loosely restricted to prevent appreciable bending at other points.  The upper portion of the specimen shall be anchored to the bending apparatus.  A weight which stresses the specimen in tension to approximately 40 pounds per square inch of cross section shall be attached to the free lower end.  The grips or clamps shall be designed to apply uniform radial pressure

81

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

to the core of the specimen. The diameter of the rollers shall be approximately but not less than 3-1/2 times the maximum overall diameter specified for the particular type and size undergoing test, except that when the maximum overall diameter specified is greater than 0.800 inch the appropriate roller diameter shall be selected from the following:

| Cable type and size | Roller diameter Inches |
|---|---|
| MHFF-14, TTOP-15, DHOF-23 | 3 |
| MHFF-19, DHOF-30, THOF-23 | 3-1/2 |
| MHFF-24, | 4 |
| MHFF-30, THOF-42 | 4-1/2 |
| MCSC-5 | 5 |
| MHFF-37 | 6 |
| MHFF-44, DHOF-83 | 7 |

[No test required for DHOF-250 and 400, 3HOF all sizes, THOF-150, 250 and 400, FHOF-133.]

4.8.14.3.3 Twisting. - Specimens shall be clamped in cable grips and subjected to 180 degrees of twist in each direction (360 degrees total twist) at the rate of 12 to 14 complete cycles per minute. The distance between grips shall be 6 inches plus 10 times the maximum specified diameter of the specimen. The upper grip shall be oscillated by the twisting apparatus. The lower grip shall be free to move vertically but restrained from oscillation, and have a weight attached which stresses the specimen in tension to approximately 40 pounds per square inch of cable section.

4.8.14.4 Duration of tests. -

4.8.14.4.1 Qualification tests. - The suitability of cables for repeated flexing service (see 1.3.2.1) shall be investigated by bending and twisting tests conducted for 6000 cycles at 75°C, and for 2000 cycles at -30°C., unless the specimen fails in some manner prior thereto. During all tests frequent visual inspection of the sheath shall be made for the purpose of detecting rupture. Upon completion of a test, the specimen shall be removed from the apparatus and checked for open or short circuits between conductors. The specimen shall then be opened, its internal condition examined, and record made of any evidence of damage caused by the test. If failure occurs within 2 inches of either grip, the results shall be disregarded and the test repeated.

4.8.14.4.2 Inspection tests at a Government laboratory. - Cables for repeated flexing service (see 1.3.2.2) having an overall diameter not greater than 1.500 inches shall be tested for the duration of twisting and bending cycles as required on the individual specification sheets. Flexing endurance tests will not be required in the inspection of cables larger than 1.500 inches in diameter. The specimens then shall be examined for weakening or failure of sheath and conductors and the nature of damage, if any, reported with the results. If failure occurs within 3 inches of either grip, the results shall be disregarded and the test repeated.

4.8.15 Impact resistance. -

4.8.15.1 Specimen. - The specimen shall be a 3-foot section of completed cable.

4.8.15.2 Procedure. - The specimen shall be securely fastened to a steel block and subjected to the blows of a 6-pound steel hammer having sides tapered at a 45-degree angle to a 1/16-inch radius striking ridge. The steel block and hammer shall be connected to one side of an alternating current high potential test set and grounded, and all conductors in the specimen connected to the other side of this circuit. With 5000 volts impressed, the hammer shall be dropped from a height of 24 times the overall diameter of the specimen to one spot on the specimen at a rate of 12 blows per minute until potential breakdown occurs. For specimens having an overall diameter of 1.500 inches or less, the point of hammer impact shall then be moved at least 6 inches and the test repeated with 2500 volts applied with

82

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

the hammer being dropped from a height of 48 times the overall diameter of the specimen. The tests shall be made at room temperature and the number of hammer falls to cause potential breakdown at each height determined and recorded. Upon completion of the hammer tests, the specimen shall be checked for short circuits between conductors and the cable then opened and examined for any damage caused by the tests.

4.8.16 Abrasion resistance. –

4.8.16.1 Specimen. – The specimen for cables of 1.250-inch diameter and smaller shall be a 2-foot length of completed cable. The specimen for cables larger than 1.250 inch diameter shall be a 2-foot strip of cable sheath wall of 1-inch width.

4.8.16.2 Procedure. – The specimen shall be hung with a 90-degree arc of contact over a 7-inch diameter abrasion wheel made up of twelve 3/8-inch diameter fine grade tungsten carbide rods and two 7-inch diameter phenolic disks arranged in the form of a squirrel cage. A 15-pound weight should be attached to the free end of the specimen. Specimens of the sheath strip from the larger cable sizes shall be provided with a backing of soft sheet metal. The tests shall be made at room temperature with the abrasion wheel rotating at 60 revolutions per minute (r.p.m.) in the direction which tends to lift the 15-pound weight. The number of wheel revolutions required to wear through a measured thickness of the sheath wall shall be determined and recorded.

4.8.17 Hot oil test. –

4.8.17.1 Specimens. – Specimens shall be duplicates of those prepared for the tensile tests (see 4.8.1).

4.8.17.2 Procedure. – Specimens shall be immersed in lubricating oil, conforming to Navy Symbol No. 3100 of Pamphlet N.R.S. 431, or equal, at a temperature of 120°C. After immersion for 18 hours the specimen shall be removed from the hot oil, blotted lightly to remove excess oil, and suspended in air at room temperature for not less than 3-1/2 hours nor more than 4-1/2 hours. After this conditioning, determinations shall be made of tensile strength based on the original cross section before immersion and of the ultimate elongation based upon the length between bench marks as measured before immersion.

4.8.18 Oil, water and chemical resistance. –

4.8.18.1 Specimen. – Specimens shall be strips of cable sheath suitable for subsequent measurement of tensile strength and elongation, and shall be buffed on the inner surface to a uniform thickness of 0.040 inch.

4.8.18.2 Procedure. – Specimens shall be weighed and surface area measured before immersion. Five specimens shall then be immersed at room temperature for a period of 10 days in each of the following liquids: Distilled water, sea water, storage battery electrolyte, lubricating oil, fuel oil and gasoline. After removal from the liquids, each specimen shall be wiped clean and again weighed. The change in weight of the specimens shall be expressed in terms of weight per unit initial area of surface exposed to the liquids. The specimens shall then be tested to determine change in tensile strength and elongation.

4.8.19 Dielectric tests. –

4.8.19.1 General. – Unless otherwise specified herein, the dielectric tests shall be made on full coil or reel lengths of completed wire or cable to be shipped. Where tests are to be made on short lengths, as required in section 3 for the particular type and size of cable under consideration, these tests shall be made at a Government laboratory only as part of the regular production check tests (see 4.6).

83

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.6.19.2.1 Apparatus. –

4.6.19.2.1 High potential test. – Except for spark testing, the dielectric tests shall be made with alternating potential from a source of ample capacity, and in no case less than 6 kilovolt-ampere, having a frequency not greater than 100 cycles per second and a wave shape approximately as closely as practicable to a sine curve under all test conditions. The testing voltage may be measured by any method satisfactory to the bureau or agency concerned which gives a root-mean-square value, preferably by means of voltmeter connected to voltmeter coil in the high tension winding of the testing transformer or to a separate instrument transformer. A voltmeter on the low-tension side of the transformer is satisfactory if the ratio of transformation does not change under any test condition.

4.6.19.2.2 Spark test. – The power capacity of the sparking equipment shall be as high as practicable and sufficient, to maintain the required testing voltage under all normal load conditions. Means shall be provided for regulating the testing voltage to within 5 percent of the specified value at all times. The testing voltage may be measured by a kilovoltmeter or electrostatic voltmeter having a burden that will not affect the value or wave shape of the testing voltage. An indicating voltmeter connected to the low-tension side of the transformer may be used, provided its readings are calibrated to give a true indication of the voltage across the dielectric of the wire being tested. The equipment shall include a fault-signal system that will automatically stop the machine, and give a visible signal until manually reset. The electrode shall be of a suitable bead chain or fine link mesh construction, and the finished cable or insulated conductor shall be passed through the electrode at a speed such that the insulation will be subjected to the specified test voltage for a period of time not less than 0.2 second, and which shall locate all faults.

4.6.19.3 Rate. – Except for spark testing, the initially applied voltage shall be not greater than 600 volts, and the rate of increase shall be approximately uniform and not over 100 percent in 10 seconds nor less than 100 percent in 60 seconds.

4.6.19.4 Temperature. – Dielectric tests shall be made at normal room temperature.

4.6.19.5 Time of application. –

4.6.19.5.1 Shipping lengths. – Except for spark-tested lengths, the time of voltage application measured from the time the specified voltage is attained shall be not less than the following:

Each conductor against all adjacent conductors and ground:
  5 minutes for cables having 4 conductors or less (see 1.2.1 and 1.2.2).
  1 minute for cables having 6 conductors or more (see 1.2.1 and 1.3.2).
  1 minute for miscellaneous wires (see 1.2.4).

4.6.19.5.2 Spark tested lengths. – Where a spark test is required in section 3 for miscellaneous wires (see 1.2.4), the completed wire shall be passed through the spark electrode at a speed such that the insulation will be subjected to the specified test voltage for a period of time not less than 0.2 second, and which will locate all faults.

4.6.19.5.3 Short lengths. – The time of voltage application, measured from the time the specified voltage is attained, shall be approximately but not less than 1 minute for each conductor against all adjacent conductors connected to ground, and all conductors connected together against ground.

4.6.19.6 Ground electrodes. –

4.6.19.6.1 General. – The following methods for grounding shall be employed while testing electrically. The method of grounding is determined by the cable construction and the nature of the requirements specified in section 3.

4.6.19.6.2 Cable coverings. – In the case of lead sheathed cables or cables with braided metal armor, the lead or armor shall constitute the ground electrode.

84

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.8.19.6.3 Water bath. – All unarmored cables except miscellaneous wires types SRIB and SHFS, shall be immersed in a water bath for not less than 1 hour and then tested while still immersed.  The water bath shall constitute the ground electrode.  When testing types MCOS, DBSP, TBSP, FBSP, and TTBS the shield shall be connected to ground while the insulated conductors are being tested, then the insulated conductors shall be connected together to the shield and potential applied from shield to ground or water bath.

4.8.19.6.4 Spark electrodes. – The copper conductor shall be grounded, and potential applied to the outer surface of the completed wire by a suitable bead chain or fine link mesh device that will insure intimate metallic contact over practically the entire surface of the wire under test.  A rope, helical coil spring, and similar electrodes are not considered to be of an intimate type.

4.8.19.6.5 Electrodes for short lengths. – Where dielectric tests are specified in section 3 on a short length specimen in the as received condition after cold bend (see 4.8.9), or after the flame test (see 4.8.10), the tests shall be made with the external surface of the specimen grounded.  Specimens having no lead sheath or braided metal armor shall have the external surface grounded by immersion in water or mercury, by wrapping with metal foil, or by a coating of sprayed metal.

4.8.20 Creepage. –

4.8.20.1 General. – The apparatus used for application and measurement of the test voltage shall conform to 4.8.19.

4.8.20.2 Specimen. – The specimen shall be an 8-inch length of completed wire whose cut ends shall be sealed with an insulating wax of melting point not lower than 65°C.

4.8.20.3 Conditioning. – The specimen shall be conditioned at a temperature of 50°C. and a relative humidity of 90 percent for a continuous period of 18 to 24 hours immediately prior to test.

4.8.20.4 Procedure. – A dielectric test of 5,000 volts alternating current shall be applied for a period of 1 minute between 2 ring type electrodes (narrow tapes of thin copper) spaced at a 2-inch separation along the central portion of the specimen.  The test shall be conducted with the specimen in the conditioning chamber at 50°C. and 90 percent relative humidity.  There shall be no evidence of breakdown along the braid surface (arcing, smoking, burning).  After the voltage test, the surface resistance of the 2-inch section between electrodes shall be measured with a d.c. potential of 300 to 300 volts and the observed value in megohms, multiplied by the overall diameter of the specimen in inches, shall be not less than 20.

4.8.21 Tensile strength and elongation, conductors. – While physical tests need not be made on each lot of copper conductors submitted for delivery, the Government inspector shall require tensile tests at such frequent intervals as may be necessary to ascertain that the physical properties of the conductors are in conformance with 3.10 and 3.11.1.  All conductors shall, however, be given a careful visual and dimensional inspection as specified in 4.4.

4.8.22 Coating, metallic. –

4.8.22.1 Specimens. – Specimens shall be coated wire of approximately 6 inches, but not less than 4-1/2 inches, in length.

4.8.22.2 Preparation. – Specimens shall be thoroughly cleaned by immersion in benzine, ether, alcohol or carbon tetrachloride for at least 3 minutes and shall then be removed and wiped dry with a clean, soft cloth.

95

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.8.22.3  Solutions. -

4.8.22.3.1  Hydrochloric acid. -  The hydrochloric acid solution shall have a specific gravity of 1.088 at 15.5°C.  During the test, the solution shall be maintained at a temperature between 15.5°C. and 21°C.  A portion of the hydrochloric acid solution having a volume of 180 milliliters shall be considered to be exhausted when 2 cycles have been completed on the numbers of specimens given in table XVII.

Table XVII - Number of specimens to be tested
for 2 cycles in 180 mł HCL.

| Diameter of wire.. | Maximum number of specimens |
|---|---|
| Inch | |
| 0.0550 to 0.0501 | 6 |
| .0500 to .0381 | 10 |
| .0380 to .0301 | 12 |
| .0300 to .0030 | 24 |

4.8.22.3.2  Sodium polysulphide. -  The sodium polysulphide solution shall have a specific gravity of 1.142 at a temperature of 15.5°C.  During the test, the solution shall be maintained a. a temperature between 15.5°C. and 21°C.  The sodium polysulphide solution shall contain an excess of sulphur and have sufficient strength to thoroughly blacken a piece of clean bare copper wire in 5 seconds.

4.8.22.4  Procedure. -  The cleaned specimen shall be immersed in the hydrochloric acid solution for 1 minute.  It shall then be rinsed in clear water, wiped and dried and immersed in the sodium poly-sulphide solution for 30 seconds and again rinsed and dried.  These cycles of operations shall be repeated and if the specimen does not become blackened after the second cycle of immersion, the coating shall be regarded as satisfactory.

4.8.23  Tensile strength, elongation, set and aging, insulation and sheath. -  The preparation of specimens and methods of conducting tests shall be as specified in 4.8.1.

4.8.24  Conductor resistance. -  The resistance of the insulated conductor shall be measured in all completed wires and cables to determine conformance with the requirements of the individual specifica-tion sheets.  For stranded conductors, the resistance of individual strand wires need not be measured unless the Government inspector has reason to doubt the conductivity.

4.8.25  Insulation resistance. -  The apparent insulation resistance shall be measured as soon as practicable after the dielectric test, and shall be not less than the values specified.  The leakage current shall be measured after a 1-minute electrification with a direct current potential of not less than 200 nor more than 500 volts.  The conductor shall be maintained negative to the sheath, armor, or water.  For multiple conductor cables, the insulation resistance of each conductor against all other conductors connected to ground shall be not less than the specified value.  Insulation resistance shall be referred to a temperature of 15.5°C. by multiplying the measured value of insulation resistance by a conversion factor corresponding to the temperature of the measurement and the type of cable.  These conversion

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-916A(SHIPS)

factors are shown in table XVIII. For temperature values between those tabulated, the conversion factor shall be obtained by interpolation. Where the values in table XVIII are not applicable to approved cable constructions, other conversion factors may be used when specifically authorized.

Table XVIII - Temperature conversion factors.

| Temperatures | | Temperature coefficients | |
|---|---|---|---|
| Degrees F. | Degrees C. | Resin insulated cables (see 1.2.1) : Flexible cables (see 1.2.2) Thin-walled cables (see 1.2.3) Miscellaneous wires (see 1.2.4) | Varnished cambric insulated cables (see 1.2.1) |
| 32 | 0.0 | 0.032 | 0.085 |
| 35 | 1.7 | .047 | .11 |
| 38 | 3.3 | .071 | .15 |
| 41 | 5.0 | .098 | .18 |
| 44 | 6.7 | .14 | .26 |
| 47 | 8.3 | .35 | .32 |
| 50 | 10.0 | .29 | .53 |
| 53 | 11.7 | .45 | .54 |
| 56 | 13.3 | .78 | .71 |
| 59 | 15.0 | .91 | .89 |
| 60 | 15.5 | 1.00 | 1.00 |
| 62 | 16.7 | 1.25 | 1.20 |
| 65 | 18.3 | 1.80 | 1.50 |
| 68 | 20.0 | 2.50 | 2.00 |
| 71 | 21.7 | 3.50 | 2.45 |
| 74 | 23.3 | 5.00 | 3.10 |
| 77 | 25.0 | 8.80 | 4.00 |
| 80 | 26.7 | 8.80 | 5.15 |
| 83 | 28.3 | 11.0 | 6.30 |
| 86 | 30.0 | 17.5 | 8.00 |
| 89 | 31.7 | 24.5 | 10.0 |
| 92 | 33.3 | 34.0 | 12.0 |
| 95 | 35.0 | 48.0 | 16.0 |

4.8.26 Flame retardant test. - Various component materials employed in shipboard cables are specified in section 3 to require moisture and flame retardant characteristics. The materials used shall be in conformance with those employed in the approved sample, or otherwise specifically approved.

4.8.27 Capacitance and characteristic impedance (shielded pairs). -

4.8.27.1 Specimens of pair or cable for test. -

4.8.27.1.1 Length. - Measurements of capacitance and characteristic impedance shall be made upon a specimen 5 feet in length. Measurement shall be checked on a specimen 10 feet in length.

4.8.27.1.2 Preparation of specimen. - The shield shall be removed for a distance of 1 inch from both ends of the pair being tested. Each conductor shall be bared for 1/2 inch from each end. The length of the specimen is considered to be the shielded length.

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.8.27.1.3 Conditioning. - Measurements shall be made at $25 \pm 2.5°C$. and prevailing humidity. If a refrigerator, oven or other small chamber is used for conditioning, leads from the specimen to the terminals of the measuring instrument shall be 4000 circular mils or larger wire of the shortest practicable length. Due consideration should be given to the effect of internal capacitance in the instrument and of interlead capacitance and inductance upon the accuracy of the determinations.

4.8.27.2 Test equipment. - The following procedure is specified for a Q-meter and suitable oscillator equipped with the external balance circuit schematically shown below. The general procedure can be adapted to an alternate method of measurement, where it can be demonstrated that such an alternate will yield results of at least equal accuracy and precision.



L: Coil, of inductance suitable for the magnitude of the reactances to be measured.
C: Variable calibrated precision condenser.
$T_1$, $T_2$: Terminals of Q-meter, $T_1$ grounded.
$T_3$, $T_4$: Terminals in the inductive branch of the balance circuit ($T_4$ can be identical with the terminal $T_1$).
S: Means for shorting $T_3$ and $T_4$.

The leads from L and C to the Q-meter terminals shall be short as practicable. The test specimen, or leads from the test specimen, shall be terminated at, or as near as possible to, the terminals of L.

38

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.8.27.3 Determination of capacitance. - The shield shall be grounded at both ends for these measurements. The capacitance shall be measured between the inner conductors of each pair. Designate one conductor as No. 1, the other as No. 2 and the shield as No. 3.

(a) Short terminals $T_3$ and $T_4$.
(b) Balance the circuit to resonance by adjusting C to a value $C_o$, at which point balance (resonance) will be indicated by a maximum reading on the Q-meter.
(c) Connect No. 1 to No. 3, terminate 1-3 at $T_1$, and terminate 2 at $T_2$. Balance the circuit by adjusting C to a new value $C_1$. Designate the capacitance $(C_o - C_1)$ between No. 2 and No. 3 by the symbol $C_a$. Disconnect No. 1 from No. 3.
(d) Connect No. 2 to No. 3, terminate 2-3 at $T_1$, and terminate 1 at $T_2$. Balance the circuit by adjusting C to new value $C_2$. Designate the capacitance $(C_o - C_2)$ between No. 1 and No. 3-2 by the symbol $C_b$. Disconnect No. 2 from No. 3.
(e) Connect No. 1 to No. 2, terminate No. 3 at $T_1$ and terminate No. 1-2 at $T_2$. Balance the circuit by adjusting C to a new value $C_3$. Designate the capacitance $C_o - C_3$ between No. 1-2 and No. 3 by the symbol $C_c$. Disconnect No. 1 from No. 2.
(f) The capacitance $(C_p)$ between the two inner conductors is equal to $\dfrac{2\,(C_a + C_b) - C_c}{4}$.

(g) The capacitance per foot is the above value of capacitance divided by the length of the sample in feet (see 4.8.27.1.1).

4.8.27.4 Determination of characteristic impedance (surge impedance). - These measurements shall be made upon the same pair or specimen upon which the capacitance measurements were made.

4.8.27.4.1 Measurement of inductance (short circuit impedance $Z_{sc}$). -

(a) Short $T_3$ and $T_4$, and balance the circuit by adjusting C to a value $C_o$.
(b) Open the circuit at $T_3$ and $T_4$, connect the inner conductors of the specimen at the far end, and terminate the conductors at $T_3$ and $T_4$. Ground the shield to $T_4$.
(c) Balance the circuit by adjusting C to value $C_1$.
(d) Since the inductance of the inductive branch will be increased by an amount dL due to connecting the specimen in series with L, there will be a corresponding change dC (equal to $C_o - C_1$) in the adjustment of the capacitance C necessary to regain balance. The inductance of the specimen $(L_p)$ can be calculated from the formula:

$$L_p = dL = dC/W^2 C_o\, (C_o - dC)\ \text{where}\ W = 2\pi\ \text{times the frequency.}$$

If dC is 1 percent or less of $C_o$, the formula can be reduced to:

$$L_p = dL = \frac{dC}{W^2 C_o^2}$$

4.8.27.4.2 Measurement of capacitance (open circuit impedance - $Z_{oc}$). - Capacitance, $C_p$ shall be measured by the method specified in 4.8.27.3.

4.8.27.4.3 The characteristic impedance, $Z_o$, can be obtained from either of the formulas:

$$Z_o = \sqrt{\frac{L_p}{C_p}}$$

or

$$Z_o = \sqrt{Z_{oc}\, Z_{sc}}$$

Where: $Z_{oc} = \dfrac{1}{WC_p}$

$Z_{sc} = WL_p$

88

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.8.28 Breaking strength.-

4.8.28.1 Completed cable.-

4.8.28.1.1 Specimen.- Specimens shall consist of straight sections of completed type MCSC cable approximately 6 feet in length.

4.8.28.1.2 Apparatus.- The testing machine shall be power-driven. The applied tension shall be indicated on a dial or scale having an accuracy within plus or minus one percent, and the indicator shall remain at the point of maximum load after rupture of the test specimen. A knurled metal mandrel, not less than 3 inches in diameter, shall be fitted into each jaw of the testing machine.

4.8.28.1.3 Procedure.- One end of the specimen shall be wrapped two full turns around the upper mandrel and secured in place so as to provide sufficient snubbing action to prevent slipping, and the other end secured in a similar manner to the lower mandrel. The distance between the jaws with the specimen in place shall be not less than 6 inches. The jaws shall be separated at a uniform rate of approximately one inch per minute until the specimen breaks.

4.8.28.1.4 Number of tests.- If the first specimen representing the lot is rejected, samples from two other reel lengths shall be taken to represent the lot and, if either of these two samples fails to meet the specified breaking strength, the entire lot shall be rejected. Breaks which occur within one inch of either mandrel shall be considered not indicative of the true breaking strength of the specimen.

4.8.28.2 The cord.- The apparatus and procedure shall be as specified in 4.8.28.1 except that specimens shall consist of lengths of the cord removed from the completed cable and the rate of separation between the jaws of the testing machine shall be approximately 12 inches per minute.

4.8.29 Induced voltage, completed cable.-

4.8.29.1 Specimen.- This test applies to completed cable types MCOS-5 and MCOS-6 only. The specimen for production check tests shall be notless than 20 feet in length, and the specimen for lot acceptance tests shall be 20 feet or more in length.

4.8.29.2 Preparation of specimen.- The insulation shall be removed from 1/2 inch of both ends of all conductors. The braided copper shield shall be removed or pushed back to expose 1-1/2 inch of the twisted pair at both ends. The length of braided copper shield is considered to be the length of the specimen. Both ends of each shielded pair shall be terminated in a 150-ohm resistive load. The braided copper shield or shields shall be grounded at one end only.

4.8.29.3 Procedure.-

4.8.29.3.1 Type MCOS-5.- A 60-cycle-per-second current of one ampere r.m.s. shall be circulated; first, in the red and green conductors, then in the red and blue conductors, then in the green and blue conductors. The induced voltage appearing between conductors at the open end of the shielded pair shall be measured to an accuracy of one microvolt while the current is flowing.

4.8.29.3.2 Type MCOS-6.- A 60-cycle-per-second current of one ampere r.m.s. shall be circulated in the yellow and green conductors. The induced voltage appearing between conductors at the open end of each shielded pair shall be measured to an accuracy of one microvolt while the current is flowing.

4.8.29.4 Requirements.- The maximum open-circuit potential induced between the conductors of a shielded pair shall not exceed the value specified in 3.38.

4.8.30 Heat shock.- A specimen of the completed cable shall be wound for six adjacent turns about a mandrel not greater than 3 times the diameter of the specimen. The wound specimen shall be placed in an oven and subjected to air at a temperature of 121° C. for one hour and, after cooling, shall withstand while immersed in water at room temperature the dielectric strength tests shown in the applicable table.

99

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

4.8.31 Hydrostatic test.- Samples shall be selected and tested as specified in Appendix I of this specification, except that special double ended bulkhead stuffing tubes shall be used in lieu of the non-constrictive method of Appendix I, and water pressure shall be applied for 3 hours at 600 pounds per square inch in lieu of 18 hours at 25 pounds per square inch.

4.9 Test reports.- Laboratory reports covering the production check tests (performed at Government laboratory) shall be forwarded directly to the cognizant Government inspector for his action. Two copies of each test report shall be addressed to the bureau or agency concerned.

5. PREPARATION FOR DELIVERY

5.1 Packaging.-

5.1.1 Cable shall be wound in coils or on reels as follows:

5.1.1.1 Coils.- Coils shall each contain one continuous length of cable (see 6.2). The following cable types, up to and including the sizes shown, shall be furnished in coils:

| | | |
|---|---|---|
| SRL-14 | DCOP-2 | DHOF-4 |
| SRLB-14 | TCOP-2 | THOF-4 |
| SHFS-14 | FRSP | FHOF-3 |
| MSB-T2-1/2 | FCOTP-4 | TSP-11 |
| DBSP | MMOF-6 | SHOF-3 |
| TBSP | | |

Both ends of each coil, except for miscellaneous wires as specified in 1.2.4, shall be hermetically sealed as specified in 3.11.32 to prevent the entrance of moisture. Individual coils shall be securely tied, wrapped spirally with one layer of 30-50 waterproof creped paper, a second layer of waterproof string reinforced paper or cloth-backed paper, and securely tied with a minimum of four individual ties. As an alternate wrapping, an inner layer of waterproof-creped paper and a single outer wrap of 30-45 water-resistant, neutral, synthetic resin impregnated and laminated creped paper may be used.

5.1.1.2 Reels.- Reels shall each contain one continuous length of cable (see 6.2). Sizes of cable larger than those specified in 5.1.1.1 shall be wound on reels. Where the gross weight of the reel and cable is more than 1,000 pounds, the reels shall have suitable metal hubs. Reels shall be of suitable design strongly constructed with flanges of sufficient diameter to protect the cable from injury in handling and rolling. The diameter of the drum shall be not less than 14 times the diameter of the cable for non-flexing service and not less than 8 times the diameter of the cable for repeated flexing service. The cable on a reel shall have both ends brought out so that the cable can be readily tested without unreeling. These ends shall be hermetically sealed, in accordance with 3.11.32 to prevent the entrance of moisture and the inner or drum  end shall be fully protected from damage during the shipment by a suitable metal shield. Both ends of the cable shall be fastened securely to the reel flange with 1/4-inch rope, applied with two half-hitches, one 6 inches and the other 4 inches approximately back of the end seal, then twisting the loose rope ends together, knotting them, pulling the cable up tight, and stapling the rope to the flange with at least two 1-1/2 inch staples driven into the flange.

5.1.1.2.1 Lagging.- The cable wound on reels shall be covered with flexible waterproof barrier-material secured in a suitable manner to the flange rims. The material used shall conform to Speci-fication JAN-P-125. Reels shall be completely enclosed with wooden lagging with boards touching each other. Lagging boards shall be the same thickness as the outside wooden reel flanges but not thicker than 2-inch commercial lumber and shall be securely nailed to the outside wooden flanges of the reel with cement-coated nails. On reels 36 inches in diameter and larger, lagging shall extend within 1/4 inch of the outside edges of the flanges. On reels smaller than 36 inches in diameter lagging shall be flush with the outside edges of the flanges. Lagging of reels of cable weighing 1000 pounds or more shall be strapped with two 0.1520 + 0.003 inch (8 gage) high-tensile round wires or two 3/4 by 0.035-inch steel straps. Lagging of reels of cable weighing less than 1000 pounds shall be strapped with two 0.0915 + 0.003-inch (13 gage) high-tensile round wires or two 5/8 by 0.020-inch steel straps. All straps shall be stapled at intervals of approximately 15 inches. Lagging on metal flanges shall be secured by notching

91

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

lagging of suitable thickness over the flanges and by steel strapping. A minimum clearance of 2 inches, but not less than 1 cable diameter, shall be provided between the inner face of the lagging and the outer layer of cable.

5.1.1.2.2 Plywood casing. - Plywood casing may be used in lieu of lagging but shall be limited to reels smaller than 45 inches in diameter and which contain less than 1000 pounds of cable. Plywood casing shall be applied as follows:

A cushioning layer of asphalt impregnated corrugated fiberboard or its equivalent shall be applied directly over the cable. Two layers of 3-ply water-resistant toxic-treated plywood shall be secured tightly in place between the reel flanges directly over the cushioning material with not less than two 3/8 by 0.020-inch steel straps.

5.2 Packing. -

5.2.1 For domestic shipment. -

5.2.1.1 Cable in coils packaged as specified in 5.1.1.1 weighing up to approximately 50 pounds shall be packed in snug fitting wood cleated fiberboard, cleated plywood, nailed wood, corrugated or solid fiberboard boxes, conforming to Specification NN-B-591, NN-B-601, NN-B-621, LLL-B-631 or LLL-B-636, respectively. Fiberboard boxes shall conform to the special requirements of the applicable box specification. Closure of the fiberboard boxes shall be made with adhesive, metal fastenings, tape, or a combination of these methods, in such a manner that the closures of the boxes shall not break or open when the box is tested in accordance with the applicable container specification. The gross weight of wood boxes shall not exceed 150 pounds unless the weight of the individual item exceeds this amount. Fiberboard boxes shall not exceed the weight limitations of the applicable box specification.

5.2.2 For overseas shipment. -

5.2.2.1 Cable in coils packaged as specified in 5.1.1.1 weighing up to approximately 50 pounds shall be packed in cleated plywood, nailed wood, or wirebound boxes conforming to Specifications JAN-P-105, JAN-P-106, and MIL-B-107, respectively. The gross weight shall not exceed approximately 150 pounds.

5.2.2.2 Cable in coils weighing over approximately 50 pounds, packaged as specified in 5.1.1.1 will require no further packing.

5.2.2.3 Cable wound on reels as specified in 5.1.1.2, will require no further packing.

5.2.3 For domestic or overseas shipment. - Where practicable, shipping containers of similar construction shall be of uniform size, and shall contain the same number of items of one size and type. Containers shall be designed to fit the contents in a compact manner.

5.3 Marking. -

5.3.1 Coils. - Two shipping tags shall be securely attached to each coil, both inside and outside the wrapping, and marked with the following information completed:

Material
Type
Size
Quantity
Contract No.
Contractor
Manufacturer
Gross weight

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

5.3.2 Reels. - Each reel shall be plainly marked on both flanges with the following information completed:

Material
Reel No.
Type
Size
Quantity
Contract No.
Contractor
Manufacturer
Gross weight

Where practicable, metal tags, stencils, or paper labels containing the information requested above shall be securely attached to reels. Where paper labels are used, they shall be securely attached and protected by a transparent compound to prevent deterioration of the marking.

5.3.3 Shipping containers. - In addition to any special marking required by the contract or order, shipments shall be marked in accordance with Standard MIL-STD-129.

5.3.4 Special marking. -

5.3.4.1 Sheath material. - All coils, reels, or shipping containers for cables for repeated flexing service (see 1.3.3) shall be marked with the phrase "Thermosetting sheath" or "Thermoplastic sheath", as applicable.

5.3.4.2 Yearly marking. - In addition to the marking specified in 5.3.1 to 5.3.4.1, inclusive, all shipping containers shall be marked with a keyed series of colors to indicate the year of manufacture. This marking shall consist of a stripe approximately 3 inches wide and colored as follows for the particular year of manufacture. This cycle of colors shall be repeated every fifth year.

| Year of manufacture | Identifying color |
|---|---|
| 1946 | Red |
| 1947 | Green |
| 1948 | Orange |
| 1949 | Blue |
| 1950 | White |
| 1951 | Red |
| 1952 | Green |
| 1953 | Orange |
| 1954 | Blue |

5.3.4.2.1 Coils. - On coils wrapped for shipment the colored stripe shall be applied in at least 2 locations spaced equidistant around the coil. At each location the stripe shall be applied around the cross-section of the coil and each marking shall cover not less than the outer half of the periphery of the cross-section.

5.3.4.2.2 Reels. - On reels the colored stripe shall be applied circumferentially over the lagging and midway between the flanges. The stripe shall consist of one coat, commercial quality, outside point of appropriate color. In addition to the stripe, both flanges of all reels shall be stenciled with 4-inch high figures to show the year of manufacture.

5.3.4.2.3 Shipping containers. - When the color-identified wrapped coils are packed more than one in a container, such containers also shall be marked with the colored stripe on one side and one end.

93

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)

6. NOTES

6.1 Intended use. - Ratings, characteristics and applications for cables covered by this specification are specified in Section 362-2 of General Specifications for Machinery.

6.2 Ordering data. - Procurement documents should specify the following:

(a) Title, number, and date of this specification.
(b) Type and size of cable required (see 1.2 and 1.3).
(c) Whether domestic or overseas shipment is required (see 5.2).
(d) "In order to compensate for handling and probable loss on issue and for reasons specified in 4.4.1 remnant lengths shall be subject to the price reductions given in table XX. Scrap lengths are not acceptable.
(e) "Time required. - The length of time normally required for conducting inspection tests on completed cable will be approximately 21 days from the time the necessary samples are forwarded, by the Government inspector to the Government laboratory, to the date the results will be reported to the inspector. All bidders shall take this time interval into account and due allowance should be made for it in the computation of the bidder's delivery dates. If a longer time than 21 days is actually required for conducting such laboratory inspection tests, the time taken in excess of 21 days will not be charged against the contractor. It should be noted, however, that the foregoing estimate is based upon the assumption that only one series of tests will be required for a given set of samples (i.e., that the results of the first series of tests are satisfactory); where rejections are found necessary, the Government shall be considered as responsible for only that time, in excess of 21 days, required for the first series of tests."

94

BUILD AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 3
8 June 1955
SUPERSEDING
MIL-C-915A(SHIPS)
Amendment - 2
4 August 1954

### INTERIM MILITARY SPECIFICATION

### CABLE, CORD AND WIRE, ELECTRICAL (SHIPBOARD USE)

This amendment forms a part of Interim Military Specification MIL-C-915A(SHIPS), 30 July 1952.

Page 1, paragraph 1.3.1.1: Delete reference to "type SHFA". (Note: Type SSCIA of Specification MIL-C-2194 replaces this type.)

Page 1, paragraph 1.2.1.1, types PBJX and PBTX: Delete "lead wire" and substitute "lead, armored".

Page 1, paragraph 1.2.1.2: Add:

"Type SSF - Single, special, purpose, flexible."

Page 3, paragraph 3.1.1, Delete and substitute: "3.1.1 Electrical cable, except types THF, TRXF, DESF, TBSP, FBSP, CVSF, MCOG, MCSC, SRI, SRIB, MRI, SHFS and SSF, furnished under this specification shall be a product which has been tested and has passed the qualification tests specified herein (see 6.3)."

Page 4, paragraph 3.2.17, last line: Delete and substitute: "cable in coils (see 5.1.1.1) is 500 feet unless otherwise stated on the individual specification sheet."

Page 6: Add as paragraph 3.2.22:

"3.2.22 Manufactured length. - A manufactured length shall consist of any length of cable manufactured in one continuous piece up to and including the application of the impervious sheath."

Page 9, paragraph 3.6, line 2: Delete "(see 3.32 to 3.25, inclusive, 3.27, 3.28 and 3.34)" and substitute "(see 3.13 to 3.28 inclusive, 3.32 and 3.34)".

Page 10, table III, column 1, under "Bunch", line 3: Delete "3/4(7)" and substitute "3/5(7)".

FED. SUP. CLASS
6145

☆ GPO O - 55 - NAVY 115778 - M 347



MIL-C-915A(SHIPS)
AMENDMENT-3

Page 10, table III, under "Page:" Add:

| Standard copper conductor size | Number of strands Minimum | Strand diameter Nominal Inch | Diameter over conductor Nominal Inches | Cross sectional area of conductor | | Maximum conductor resistance (d.c.) per 1000 feet at 25°C. | | Weight per 1000 feet Approximate Pounds |
|---|---|---|---|---|---|---|---|---|
| | | | | Nominal Cir. Mils | Minimum Cir. Mils | Bare Ohms | Coated Ohms | |
| 800 (262) | 37 x 7 | .054 | .714 | 300,000 | 294,000 | .0378 | ----- | 926" |

Page 11, table IV: Add:

Standard copper wire sizes

| A.W.G. No. | Strand diameter | | Cross sectional sizes | Maximum resistance (d.c.) per 1000 feet at 25°C. | | Approximate weight per 1000 feet |
|---|---|---|---|---|---|---|
| | Nominal Inch | Calculated Inch | Nominal Cir. Mils | Bare Ohms | Coated Ohms | Pounds |
| ......... | .034 | .03403 | 1158 | 9.80 | 9.79 | 8.81" |

8

NATIONAL TECHNICAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 3

Page 19, paragraph 3.11.11.2.3, line 2: Delete "silver" and substitute "silvor".

Page 20, paragraphs 3.12, 3.12.1 and 3.12.2: Delete and substitute:

"3.12 Type SSF cable.

CONSTRUCTION

First.  A standard conductor of bare, uncoated copper (see note 1).
Second. A separator (see 3.11.14).
Third.  A wall of synthetic rubber (see 3.11.8) or butyl rubber (see 3.11.6) having a minimum
        wall thickness (see 3.7.3) of 0.075 inch.
Fourth. A reinforcement (see 3.11.13) at manufacturer's option.
Fifth.  A polychloroprene sheath (see 3.11.17) bonded to the underlying insulation, having a
        minimum wall thickness (see 3.7.3) of 0.075 inch.

LENGTH REQUIREMENT

Shipping lengths (feet) - 1045 minimum, 1155 maximum.

TEST REQUIREMENTS

Flammability (see 4.8.10).
Water and air leakage (see 4.8.15).
Cold bend (see 4.8.9). No cracking of sheath when bent two turns around mandrel with a
    diameter twice that of specimen at -30°C.
Electrical tests (see following table).

| Type | Standard copper conductor | Overall diameter | | Dielectric strength (see 4.8.19) | Conductor resistance (d.c.) per 1000 feet at 25°C. (see note) | Insulation resistance per 1000 feet (see 4.8.25) |
|---|---|---|---|---|---|---|
| | | Min. | Max. | Min. | Max. | Min. |
| | | Inches | Inches | Volts | Ohms | Megohms |
| SSF-300 | 300 (159) | 1.030 | 1.100 | 2500 | 0.0388 | 100 |

Note 1.  The copper shall be hard drawn with a minimum tensile strength of 67,200 p.s.i. and a
         minimum elongation of 0.95 before stranding.  The resistance specified is based on
         102.7 percent of the values required for annealed copper."

Page 35, paragraph 3.21, item "Eighth", line 5: After "19(5)" insert "and 19(14)".

Page 35, paragraph 3.22, item "Eighth", line 4: Delete "shall" and substitute "may" and line 5,
delete "in size 19(14)."

3

THIS IS AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 3

Page 40, paragraph 3.26, after Type "DSS-3", insert the following:

| Type | Stand-ard copper con-ductor | No. of cdr. | Insu-lation thickness | Lay of twist | Overall diameter | | Dielectric strength | | Copper resist. (do)per 1000 ft. | Insu-lation resist. 1000 ft. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Cdr. to cdr. | Shield to grd. | | |
| | | | (Min.) | (Max.) | (Min.) | (Max.) | (Min.) | (Min.) | (Max.) | (Min.) |
| | | | Inch | Inches | Each | Inch | Volts | Volts | Ohms | Megohms |
| "DSS-4 | 4(7) | 2 | .031 | 2.5 | .420 | .500 | 2000 | 1500 | 3.57 | 200" |

Pages 43 and 44, paragraph 3.29: Delete and substitute:

"3.29  Type TTRSA Cable. -

## CONSTRUCTION

First.    A standard conductor of bare, uncoated copper (see 3.10) size 1(7).
Second.  A wall of polythene (see 3.11.4) to the diameter and within the dimensional tolerances
necessary to comply with all performance test requirements and overall diameter of
the completed cable.  At the manufacturer's option, a thin wall of suitable insulating
material may be applied over the polythene to enable the completed cable to meet the
thermoplastic flow test (see 4.5.32).
Third.   Two such insulated conductors twisted together with a maximum lay of 2-1/2 inches to
form a pair.  One conductor in each pair to be white or natural and its mate to be a
dark contrasting color such as blue or black.
Fourth.  A braided shield of 0.005 or 0.0053-inch diameter bare or tinned copper wire
(see 3.11.16.6) on each pair.
Fifth.   An inner braid (see 3.11.16.2) of cotton (see 3.11.12) or rayon (see 3.11.13) on each
pair, treated with clear flame and moisture resistant compound to prevent fraying at
cut ends incident to handling during installation.  Color coding (see 3.9.5) for each
shielded pair.
Sixth.   The specified number of shielded pairs cabled together with a lay not exceeding
14 inches.  Fillers (see 3.11.11) shall be employed where necessary to obtain a firm,
well rounded assembly.
Seventh. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10) over the assembly
of pairs.

Eighth.  An impervious sheath (see 3.11.18).
Ninth.   Braided metal armor (see 3.11.20).
Tenth.   Paint (see 3.11.21).

4

RECTO AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 3

TEST REQUIREMENTS

Cold bend (see 4, 8, 9 and the following table).
Flammability (see 4. 8. 10).
Water and air leakage (see 4. 8. 13).
Electrical tests:
    Insulation resistance (see 4. 8. 26) – 1000 megohms per 1000 feet.
    Conductor resistance (see 4. 8. 24) – (see following table).
    Dielectric strength (see 4. 8. 19) – (see following table).
    Capacitance (see 4. 8. 27) – 28.0 micromicrofarads (maximum) per foot at 25°C.
    and 1 megacycle per second.
    Characteristic impedance (see 4. 8. 27) – 71. 5 ohms (minimum) and 90. 0 ohms.
    (maximum) as near 76 ohms as practicable at 25°C, and 1 megacycle per second. .
Thermoplastic flow test (see 4. 8. 32) – No electrical failure in 6 hours.

| Type | Number of shielded pairs | Overall diameter | Dielectric strength | | Conductor Resistance (d. c.) per 1000 ft. 25°C. | Cold bend Mandrel diameter |
|---|---|---|---|---|---|---|
| | | | Conductor to mate-shield | | | |
| | | Inch | Volts | Volts | Ohms | Inch |
| TTRSA-2 | 2 | 0. 740 | 2000 | 2000 | 10. 3 | 9 |
| TTRSA-4 | 4 | . 800 | 2000 | 2000 | 10. 3 | 10 |
| TTRSA-6 | 6 | . 940 | 2000 | 2000 | 10. 3 | 12 |
| TTRSA-8 | 8 | 1. 050 | 2000 | 2000 | 10. 3 | 13 |
| TTRSA-10 | 10 | 1. 140 | 2000 | 2000 | 10. 3 | 15 |
| TTRSA-12 | 12 | 1. 190 | 2000 | 2000 | 10. 3 | 15 |
| TTRSA-16 | 16 | 1. 250 | 2000 | 2000 | 10. 3 | 15 |

Page 47, paragraph 3. 32: Delete and substitute:

"3. 32  Type FCSF cable. –

WATERTIGHT CONSTRUCTION

First.    Standard conductors of bare, uncoated copper (see 3. 10 and the following tabulation).
    At manufacturer's option, a concentric strand (see 3. 10. 4. 1) of 37 wires in lieu
    of 20(49) and 91 wires in lieu of 66(133) may be furnished, provided the specified
    conductor resistance is not exceeded.
Second.  A separator (see 3. 11. 14).
Third.   A wall of butyl rubber (see 3. 11. 5).
Fourth.  A compound filled tape (see 3. 11. 15) or an inner braid (see 3. 11. 16. 2) on each
    conductor is permitted but not required.  Color coding, one black and one white
    on each conductor size is required.

5

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 3

Fifth.   The four conductor cables together with fillers of synthetic rubber or polychloroprene
to obtain a firm, well rounded assembly, with a minimum amount of fibrous
material. Outer fillers may be integral with the sheath compound or may be laid in
separately.

Sixth.   A suitable binder over the conductor assembly is permitted but not required.

Seventh.  A polychloroprene sheath (see 3.11.17). Fillers and sheath material in the completed
cable shall be readily separable from, and without damage to, the conductor insula-
tion. Reinforcement (see 3.11.12) shall be applied under the sheath, or under at
least half the sheath thickness.

### LENGTH REQUIREMENT

Shipping lengths (feet) - FCSF-66 - 1500 min., 1650 max.
                          FCSF-220 - 1550 min., 1650 max.

### TEST REQUIREMENTS

Flammability (see 4.8.10).
Water and air leakage (see 4.8.13).
Cold bend (see 4.8.9). No cracking of sheath when bent two turns around mandrel with diameter
twice that of specimen at -30°C.
Electrical tests (see following tabulation).
Watertightness (see appendix I): Apply leakage limit for larger conductor size.

| Type | Standard copper conductor | Number of conductors | Insulation thickness | Lay of conductors | Overall diameter | | Dielectric strength per 1000 ft. (see 4.8.19) | Conductor resistance (d.c.) per 1000 ft. at 25°C. (see 4.8.24) | Insulation resistance per 1000 ft. (see 4.8.25) |
|---|---|---|---|---|---|---|---|---|---|
| | | Total | Minimum | Maximum | Minimum | Maximum | Minimum | Maximum | Minimum |
| | | | Inch | Inches | Inches | Inches | Volts | Ohms | Megohms |
| FCSF-66 | 2 of 20(49) and 2 of 66(133) | 4 | 0.062 .062 | 13 | 1.300 | 1.370 | 2500 | 0.573 .174 | 300 |
| FCSF-220 | 2 of 20(49) and 2 of 220(259) | 4 | .082 .073 | 30 | 1.920 | 2.000 | 3500 | .673 .0304 | 300 |

Page 49, paragraph 3.34, tabulation, column 8: Delete "2000" in both places, and substitute "200".

Page 58, paragraph 3.38, under "Test Requirements", column 2, line 3: After "Five microvolts"
add "(max.)".

6

COPIED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 3

Page 64, paragraph 3.39, under "Construction" item "Fifth", Delete and substitute:

"First.    An impervious sheath (see 3.11.18)."

Page 66, paragraph 3.49, after tabulation:  Add "The nominal length or unit ordering length for type MRI-D-1 is a 600 foot coil."

Page 69, paragraph 4.6.2.1.1:  Add as items (g) and (h):

"(g). Induced voltage (see 4.8.29).
"(h)  Watertightness (see Appendix D)."

Page 70, paragraph 4.6.2:  Add "Thermoplastic flow (see 4.8.32)."

Page 71, paragraph 4.7.2:  Add "Thermoplastic flow (see 4.8.32)."

Page 73, paragraph 4.8.1.2.1.5:  Delete and substitute:

"4.8.1.2.1.5  Number of specimens. - Samples of insulation shall be removed from each conductor of cables comprising four or less conductors, and from five of the conductors selected from cables having more than four conductors.  Five specimens of insulation shall be prepared from each of the conductors so selected.  Five specimens shall be prepared from each sample of sheath compound selected for test.  If the values taken from the first three specimens of each sample tested are all satisfactory, tests on the other two specimens need not be conducted.  If one or more of the first three specimens fail, the remaining two specimens shall be tested and the physical property of the sample shall be considered to be the median of the results obtained from the five specimens."

Page 77, table XIV, column I, line 0:  After "FHOF" add "SSF".

Pages 81 and 82, paragraph 4.8.14.3.2, tabulation, column I:  Line 1, add "TTRS-6" ; line 2 add "TTRS-8"; line 3, add "TTRS-10, 12"; and line 4, add "TTRS-16".

Page 90, paragraph 4.8.29.3.1, line 3:  Delete "between conductors at the open end" and substitute "across the 150 ohm resistor at either end".

Page 90, paragraph 4.8.29.3.2, line 2:  Delete "between conductors at the open end" and substitute "across the 150 ohm resistor at either end".

Page 90, paragraph 4.8.29.4:  Delete.

Page 91, add as paragraph 4.8.32:

"4.8.32  Thermoplastic flow test. - A specimen of the completed cable with the ends prepared for electrical testing shall be wound for two turns around a mandrel having a diameter of 10 to 12 times the overall cable diameter.  The coiled specimen shall be placed in an air oven at 150°C.  with a 60 cycle potential of 120 volts between each conductor and shield and 120 volts between each conductor and its mate."

Page 95, table XX, column 6, line 2:  Delete "169 to 60" and substitute "89 to 60".

Page 97, under "Type", line 29:  Delete "SRFA" and substitute "SSF".

7

COPIED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 3

Pages 101 and 102, appendix I: Delete and substitute:

## "APPENDIX I - WATERTIGHTNESS

10. **Purpose.** The manufacturer shall endeavor to fill all types of watertight cable (see 3.6) so that no water can be forced into or through the cable core, and so that the electrical characteristics of the cable are not affected, by exposure of the open ends to water under pressure. The quality of the watertight feature shall be judged by the total amount of water which leaks from the open free end of the specimen, when tested as specified herein.

20. **Sampling.** One 5-foot specimen from every manufactured length (see 3.3) of watertight cable shall be tested and the leakage found shall represent the watertight quality of the entire length from which the specimen is cut. After a specimen representing the manufactured length has been tested and the manufactured length is cut subsequently in two or more pieces for delivery under different contracts or to different destinations, specimens shall not be cut from the several pieces for additional watertightness tests unless specifically requested by the manufacturer. The value of specimen lengths consumed in retesting shall be borne by the manufacturer and shall not be included in the contract or order. In the event of retests, the last test only shall determine the relative acceptability of the material represented and the results of previous tests shall be disregarded.

30. **Procedure.** One end of the 5-foot specimen shall be subjected to a continuous period of six hours to tap water under 25 pounds per square inch pressure. The method employed for applying the water pressure shall not constrict nor permit expansion of the specimen within the gland. Since different packing methods will influence the results, and because all plants must be judged on the same basis, all tests shall be made with a low-melting point (not exceeding 190°F.) metallic alloy packing material. No other method shall be employed without prior approval by the bureau or agency concerned.

40. **Permissible leakage.** The following tabulation shows several degrees of water leakage for each type and size of watertight cable. These values are based on an analysis of inspection test data, and the values in column 1 are set at a low level which may be difficult to meet, unless manufacturers continue to cooperate in this development by discovering and introducing new refinements to improve watertight quality. Watertight quality is improved continuously in this manner. Eventually, zero leakage will be specified. Failure of a reasonable number of specimens to conform to the column 1 values is expected at the present stage of the development and is not considered as evidence of substandard material, but as evidence of the need for tighter quality control and care in processing.

8

PHOTO AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 3

50.   Limits.   The following tabulation, and the explanatory notes thereto, constitute a part of this specification:

| All cable types with conductor sizes | Total water leakage during 6 hour test at 25 p.s.i. | |
|---|---|---|
| | Column 1 | Column 2 |
| | No price reduction | 10 percent price reduction |
| | Cubic inches | Cubic inches |
| 9 and smaller | 1.0 or less | 1.1 or more |
| 14 to 40 incl. | 5.0 or less | 5.1 or more |
| 50 to 100 incl. | 10.0 or less | 10.1 or more |
| 125 to 300 incl. | 20.0 or less | 20.1 or more |
| 350 and larger | 30.0 or less | 30.1 or more |

Note 1. - The water leakage reported for any specimen will determine whether the cable footage represented by that specimen comes within the limits of column 1 or column 2.

Note 2. - Cable footage represented by specimens which do not exceed the leakage permitted in column 1 is acceptable at the contract price.

Note 3. - Cable footage represented by specimens which exceed the leakage permitted in column 1 is acceptable under column 2 at a 10 percent reduction in the contract price for that footage, provided the watertight sealing compounds are found to be present as specified in 3.6.

60.   Reports.   The results of all tests and retests made at the plant under lot acceptance inspection shall be reported, together with the footage represented by each specimen, to the Bureau of Ships by the Government inspector.   The results of all tests made at the Material Laboratory, New York Naval Shipyard, shall be reported to the cognizant inspector with a copy to the Bureau of Ships. "

Custodian:
   Bureau of Ships

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT – 3
8 June 1955
SUPERSEDING
MIL-C-915A(SHIPS)
Amendment – 2
4 August 1954

INTERIM MILITARY SPECIFICATION

CABLE, CORD AND WIRE, ELECTRICAL (SHIPBOARD USE)

This amendment forms a part of Interim Military Specification MIL-C-915A(SHIPS), 30 July 1952.

Page 1, paragraph 1.2.1.1: Delete reference to "type SHPA". (Note: Type NSGA of Specification MIL-C-M184 replaces this type.)

Page 1, paragraph 1.2.1.1, types PBIX and PBTX: Delete "lead wire" and substitute "lead, armored".

Page 1, paragraph 1.2.1.2: Add:

"Type SSF – Single, special, purpose, flexible."

Page 3, paragraph 3.1.1, Delete and substitute: "3.1.1 Electrical cable, except types THF, TRXF, DBSP, TTSP, FTSP, CVSF, MCRC, MCSC, SRI, SRIB, MRI, SIFS and SSF, furnished under this specification shall be a product which has been tested and has passed the qualification tests specified herein (see 6.3)."

Page 4, paragraph 3.2.17, last line: Delete and substitute: "cable in coils (see 6.1.1.1) is 500 feet unless otherwise stated on the individual specification sheet."

Page 5: Add as paragraph 3.2.22:

"3.2.22  Manufactured length. – A manufactured length shall consist of any length of cable manufactured in one continuous piece up to and including the application of the impervious sheath."

Page 6, paragraph 3.6, line 2: Delete "(see 3.12 to 3.26, inclusive, 3.27, 3.28 and 3.34)" and substitute "(see 3.13 to 3.26 inclusive, 3.32 and 3.34)".

Page 10, table III, column 1, under "Bunch:", line 2: Delete "3/$(7)" and substitute "3/5(7)".

Revised Y/
Agreed Classed
Coordinator
File

FED. SUP. CLASS
G145

* GPO O – 16 · NAVY 311756 – M 347

MIL-C-915A(SHIPS)
AMENDMENT -3

Page 10, table III, under "Rope." Add:

| Standard copper conductor size | Number of strands Maximum | Strand diameter Nominal Inch | Diameter over conductor Nominal Inches | Cross sectional area of conductor | | Maximum conductor resistance (d.c.) per 1000 feet at 25°C. | | Weight per 1000 feet |
|---|---|---|---|---|---|---|---|---|
| | | | | Nominal Cir. Mils | Minimum Cir. Mils | Bare Ohms | Coated Ohms | Approximate Pounds |
| *900 (269) | 57 x 7 | .034 | .714 | 300,000 | 294,000 | .0378 | ---- | 929" |

Page 11, table IV. Add:

| A.W.G. No. | Strand diameter | | Cross sectional area | Maximum resistance (d.c.) per 1000 feet at 25°C. | | Approximate weight per 1000 feet |
|---|---|---|---|---|---|---|
| | Nominal Inch | Calculated Inch | Nominal Cir. Mils | Bare Ohms | Coated Ohms | Pounds |
| (blank) | .034 | .03403 | .1168 | 9.80 | 9.79 | 3.51" |

Standard copper wire sizes

MIL-C-915A(SHIPS)
AMENDMENT - 3

Page 19, paragraph 3.11.11.2.3, line 2: Delete "silver" and substitute "sliver".

Page 36, paragraphs 3.12, 3.12.1 and 3.12.2: Delete and substitute:

"3.12  Type SSF cable.

CONSTRUCTION

First.    A standard conductor of bare, uncoated copper (see note 1).
Second.   A separator (see 3.11.14).
Third.    A wall of synthetic rubber (see 3.11.3) or butyl rubber (see 3.11.5) having a minimum
          wall thickness (see 3.7.3) of 0.075 inch.
Fourth.   A reinforcement (see 3.11.12) at manufacturer's option.
Fifth.    A polychloroprene sheath (see 3.11.17) bonded to the underlying insulation, having a
          minimum wall thickness (see 3.7.3) of 0.075 inch.

LENGTH REQUIREMENT

Shipping lengths (feet) - 1040 minimum, 1155 maximum.

TEST REQUIREMENTS

Flammability (see 4.8.10).
Water and air leakage (see 4.8.13).
Cold bend (see 4.8.9). No cracking of sheath when bent two turns around mandrel with a
    diameter twice that of specimen at -30°C.
Electrical tests (see following table).

| Type | Standard copper conductor | Overall diameter | | Dielectric strength (see 4.8.18) | Conductor resistance (d.c.) per 1000 feet at 25°C. (see note) | Insulation resistance per 1000 feet (see 4.8.7½) |
|---|---|---|---|---|---|---|
| | | Min. | Max. | Min. | Max. | Min. |
| | | Inches | Inches | Volts | Ohms | Megohms |
| SSF-300 | 300 (259) | 1.020 | 1.100 | 2500 | 0.0988 | 100 |

Note 1.   The copper shall be hard drawn with a minimum tensile strength of 67,200 p.s.i. and a
          minimum elongation of 0.85 before stranding.  The resistance specified is based on
          102.7 percent of the values required for annealed copper."

Page 36, paragraph 3.21, item "Eighth", line 6: After "19(6)" insert "and 19(14)".

Page 36, paragraph 3.23, item "Eighth", line 4: Delete "shall" and substitute "may" and line 5,
delete "in size 19(14)."

3

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 3

Page 40, paragraph 3.28, after Type "DSS-3", insert the following:

| Type | Standard copper conductor | No. of cdr. | Insulation thickness (Min.) | Lay of twist (Max.) | Overall diameter | | Dielectric strength | | Copper resist. (dc)per 1000 ft. (Max.) | Insulation resist. 1000 ft. (Min.) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (Min.) | (Max.) | Cdr. to cdr. (Min.) | Shield to grd. (Min.) | | |
| | | | Inch | Inches | Inch | Inch | Volts | Volts | Ohms | Megohms |
| "DSS-4 | 4(7) | 2 | .031 | 2.5 | .480 | .500 | 2000 | 1500 | 2.67 | 200" |

Pages 43 and 44, paragraph 3.29: Delete and substitute:

"3.29  Type TTHSA Cable. -

### CONSTRUCTION

First.    A standard conductor of bare, uncoated copper (see 3.10) size 1(7).
Second.  A wall of polythene (see 3.11.4) to the diameter and within the dimensional tolerances
         necessary to comply with all performance test requirements and overall diameter of
         the completed cable.  At the manufacturer's option, a thin wall of suitable insulating
         material may be applied over the polythene to enable the completed cable to meet the
         thermoplastic flow test (see 4.6.32).
Third.   Two each insulated conductors twisted together with a maximum lay of 2-1/2 inches to
         form a pair.  One conductor in each pair to be white or natural and its mate to be a
         dark contrasting color such as blue or black.
Fourth.  A braided shield of 0.005 or 0.0063-inch diameter bare or tinned copper wire
         (see 3.11.16.8) on each pair.
Fifth.   An inner braid (see 3.11.16.2) of cotton (see 3.11.12) or rayon (see 3.11.13) on each
         pair, treated with clear flame and moisture resistant compound to prevent fraying at
         cut ends incident to handling during installation.  Color coding (see 3.9.5) for each
         shielded pair.
Sixth.   The specified number of shielded pairs cabled together with a lay not exceeding
         14 inches.  Fillers (see 3.11.11) shall be employed where necessary to obtain a firm,
         well rounded assembly.
Seventh. A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10) over the assembly
         of pairs.
Eighth.  An impervious sheath (see 3.11.18).
Ninth.   Braided metal armor (see 3.12.20).
Tenth.   Paint (see 3.11.21)."

4

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 3

## TEST REQUIREMENTS

Cold bend (see 4.8.9 and the following table).
Flammability (see 4.8.10).
Water and air leakage (see 4.8.13).
Electrical tests:
    Insulation resistance (see 4.8.25) - 1000 megohms per 1000 feet.
    Conductor resistance (see 4.8.24) - (see following table).
    Dielectric strength (see 4.8.19) - (see following table).
    Capacitance (see 4.8.27) - 28.0 microfarads (maximum) per foot at 25°C.
    and 1 megacycle per second.
    Characteristic impedance (see 4.8.27) - 71.5 ohms (minimum) and 90.0 ohms.
    (maximum) as near 75 ohms as practicable at 25°C. and 1 megacycle per second.
Thermoplastic flow test (see 4.8.32) - No electrical failure in 5 hours.

| Type | Number of shielded pairs | Overall diameter | Dielectric strength Conductor to mate-shield | | Conductor Resistance (d.c.) per 1000 ft. 25°C. | Cold bend Mandrel diameter |
|------|------|------|------|------|------|------|
| | | Inch | Volts | Volts | Ohms | Inch |
| TTRSA-2 | 2 | 0.740 | 2000 | 2000 | 10.3 | 8 |
| TTRSA-4 | 4 | .800 | 2000 | 2000 | 10.3 | 10 |
| TTRSA-6 | 6 | .940 | 2000 | 2000 | 10.3 | 12 |
| TTRSA-8 | 8 | 1.050 | 2000 | 2000 | 10.3 | 12 |
| TTRSA-10 | 10 | 1.140 | 2000 | 2000 | 10.3 | 15 |
| TTRSA-12 | 12 | 1.160 | 2000 | 2000 | 10.3 | 15 |
| TTRSA-16 | 16 | 1.280 | 2000 | 2000 | 10.3 | 15 |

Page 47, paragraph 3.32: Delete and substitute:

"3.32 Type FC6F cable. -

### WATERTIGHT CONSTRUCTION

First.  Standard conductors of bare, uncoated copper (see 3.10 and the following tabulation).
    At manufacturer's option, a concentric strand (see 3.10.4.1) of 37 wires in lieu
    of 20(49) and 91 wires in lieu of 66(133) may be furnished, provided the specified
    conductor resistance is not exceeded.
Second.  A separator (see 3.11.14).
Third.  A wall of butyl rubber (see 3.11.5).
Fourth.  A compound filled tape (see 3.17.1B) or an inner braid (see 3.11.16.2) on each
    conductor is permitted but not required.  Color coding, one black and one white
    on each conductor size is required.

5

MIL-C-915A(SHIPS)
AMENDMENT - 3

Fifth.    The four conductor cabled together with fillers of synthetic rubber or polychloroprene
to obtain a firm, well rounded assembly, with a minimum amount of fibrous
material. Outer fillers may be integral with the sheath compound or may be laid in
separately.

Sixth.    A suitable binder over the conductor assembly is permitted but not required.
Seventh.    A polychloroprene sheath (see 3.11.17). Fillers and sheath material in the completed
cable shall be readily separable from, and without damage to, the conductor insula-
tion. Reinforcement (see 3.11.18) shall be applied under the sheath, or under at
least half the sheath thickness.

### LENGTH REQUIREMENT

Shipping lengths (feet) - FCSF-66 - 1500 min., 1850 max.
FCSF-220 - 1520 min., 1550 max.

### TEST REQUIREMENTS

Flammability (see 4.8.10).
Water and air leakage (see 4.8.13).
Cold bend (see 4.8.9). No cracking of sheath when bent two turns around mandrel with diameter
twice that of specimen at -30°C.
Electrical tests (see following tabulation).
Watertightness (see appendix I): Apply leakage limit for larger conductor size.

| Type | Standard copper conductor | Number of conductors | Insulation thickness | Lay of conductors | Overall diameter | | Dielectric strength (see 4.8.19) | Conductor resistance (d.c.) per 1000 ft. at 25°C. (see 4.8.24) | Insulation resistance per 1000 ft. (see 4.8.25) |
|---|---|---|---|---|---|---|---|---|---|
| | | Total | Mini-mum | Maxi-mum | Mini-mum | Maxi-mum | Mini-mum | Maximum | Minimum |
| | | | Inch | Inches | Inches | Inches | Volts | Ohms | Megohms |
| FCSF-66 | 3 of 20(49) and 3 of 66(133) | 4 | 0.062 | 13 | 1.800 | 1.970 | 2500 | 0.673 .174 | 300 |
| FCSF-220 | 2 of 20(49) and 2 of 330(259) | 4 | .062 .078 | 20 | 1.920 | 2.000 | 3500 | .579 .0504 | 300 |

Page 19, paragraph 3.34, tabulation, column 3: Delete "2000" in both places, and substitute "200".

Page 53, paragraph 3.38, under "Test Requirements", column 2, line 3: After "Five microvolts"
add "(max.)".

6

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A (SHIPS)
AMENDMENT - 3

Page 54, paragraph 3.32, under "Construction" item "Fifth", Delete and substitute:

"First.   An impervious sheath (see 3.11.18)."

Page 65, paragraph 3.42, after tabulation: Add "The nominal length or unit ordering length for type MRI-D-1 is a 600 foot coil."

Page 69, paragraph 4.5.2.1.1: Add as items (g) and (h):

"(g) Induced voltage (see 4.8.29).
"(h) Watertightness (see Appendix I)."

Page 70, paragraph 4.6.2: Add "Thermoplastic flow (see 4.8.32)."

Page 71, paragraph 4.7.2: Add "Thermoplastic flow (see 4.8.32)."

Page 73, paragraph 4.8.1.2.1.5: Delete and substitute:

"4.8.1.2.1.5  Number of specimens. - Samples of insulation shall be removed from each conductor of cables comprising four or less conductors, and from five of the conductors selected from cables having more than four conductors.  Five specimens of insulation shall be prepared from each of the conductors so selected.  Five specimens shall be prepared from each sample of sheath compound selected for test.  If the values taken from the first three specimens of each sample tested are all satisfactory, tests on the other two specimens need not be conducted.  If one or more of the first three specimens fail, the remaining two specimens shall be tested and the physical property at the sample shall be considered to be the median of the results obtained from the five specimens."

Page 74, table XIV, column 1, line 6: After "FHOF" add "SSF".

Pages 81 and 82, paragraph 4.8.14.3.2, tabulation, column 1: Line 1, add "TTRS-8" ; line 2 add "TTRS-6"; line 3, add "TTRS-10, 12", and line 4, add "TTRS-16".

Page 90, paragraph 4.8.29.3.1, line 3: Delete "between conductors at the open end" and substitute "across the 150 ohm resistor at either end".

Page 90, paragraph 4.8.29.3.2, line 2:  Delete "between conductors at the open end" and substitute "across the 150 ohm resistor at either end".

Page 90, paragraph 4.8.29.4: Delete.

Page 91, add as paragraph 4.8.32:

"4.8.32  Thermoplastic flow test. -  A specimen of the completed cable with the ends prepared for electrical testing shall be wound for two turns around a mandrel having a diameter of 10 to 12 times the overall cable diameter.  The coiled specimen shall be placed in an air oven at 150°C, with a 60 cycle potential of 130 volts between each conductor and shield and 130 volts between each conductor and its mate."

Page 96, table XX, column 6, line 2: Delete "150 to 30" and substitute "89 to 50".

Page 97, under "Type", line 29: Delete "SHFA" and substitute "SSF".

7

MIL-C-915A(SHIPS)
AMENDMENT - 3

Pages 101 and 102, appendix I: Delete and substitute:

"APPENDIX I - WATERTIGHTNESS

10.  Purpose.  The manufacturer shall endeavor to fill all types of watertight cable (see 3.6) so that no water can be forced into or through the cable core, and so that the electrical characteristics of the cable are not affected, by exposure of the open ends to water under pressure.  The quality of the watertight feature shall be judged by the total amount of water which leaks from the open free end of the specimen, when tested as specified herein.

20.  Sampling.  One 5-foot specimen from every manufactured length (see 3.2) of watertight cable shall be tested and the leakage found shall represent the watertight quality of the entire length from which the specimen is cut.  After a specimen representing the manufactured length has been tested and the manufactured length is cut subsequently in two or more pieces for delivery under different contracts or to different destinations, specimens shall not be cut from the several pieces for additional watertightness tests unless specifically requested by the manufacturer.  The value of specimen lengths consumed in retesting shall be borne by the manufacturer and shall not be included in the contract or order.  In the event of retests, the last test only shall determine the relative acceptability of the material represented and the results of previous tests shall be disregarded.

30.  Procedure.  One end of the 5-foot specimen shall be subjected to a continuous period of six hours to tap water under 35 pounds per square inch pressure.  The method employed for applying the water pressure shall not constrict nor permit expansion of the specimen within the gland.  Since different packing methods will influence the results, and because all glands must be judged on the same basis, all tests shall be made with a low-melting point (not exceeding 180°F.) metallic alloy packing material.  No other method shall be employed without prior approval in writing by the bureau or agency concerned.

40.  Permissible leakage.  The following tabulation shows several degrees of water leakage for each type and size of watertight cable.  These values are based on an analysis of inspection test data, and the values in column 1 are not at a low level which may be difficult to meet, unless manufacturers continue to cooperate in this development by discovering and introducing new refinements to improve watertight quality.  Watertight quality is improved continuously in this manner.  Eventually, zero leakage will be specified.  Failure of a reasonable number of specimens to conform to the column 1 values is expected at the present stage of the development and is not considered as evidence of substandard material, but as evidence of the need for tighter quality control and care in processing.

3

MIL-C-915A(SHIPS)
AMENDMENT - 3

50. Limits. The following tabulation, and the explanatory notes thereto, constitute a part of this specification:

| All cable types with conductor sizes | Total water leakage during 6 hour test at 25 p. s. i. | |
|---|---|---|
| | Column 1 | Column 2 |
| | No price reduction | 10 percent price reduction |
| | Cubic inches | Cubic inches |
| 9 and smaller | 4.0 or less | 4.1 or more |
| 14 to 40 incl. | 5.0 or less | 5.1 or more |
| 50 to 100 incl. | 10.0 or less | 10.1 or more |
| 125 to 300 incl. | 20.0 or less | 20.1 or more |
| 350 and larger | 30.0 or less | 30.1 or more |

Note 1. - The water leakage reported for any specimen will determine whether the cable footage represented by that specimen comes within the limits of column 1 or column 2.

Note 2. - Cable footage represented by specimens which do not exceed the leakage permitted in column 1 is acceptable at the contract price.

Note 3. - Cable footage represented by specimens which exceed the leakage permitted in column 1 is acceptable under column 2 at a 10 percent reduction in the contract price for that footage, provided the watertight sealing compounds are found to be present as specified in 3.6.

60. Reports. The results of all tests and retests made at the plant under lot acceptance inspection shall be reported, together with the footage represented by each specimen, to the Bureau of Ships by the Government inspector. The results of all tests made at the Material Laboratory, New York Naval Shipyard, shall be reported to the cognizant inspector with a copy to the Bureau of Ships."

Custodian:
    Bureau of Ships

9

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 7
9 June 1958
SUPERSEDING
Amendment - 6
1 April 1958

INTERIM MILITARY SPECIFICATION

CABLE, CORD AND WIRE, ELECTRICAL (SHIPBOARD USE)

This amendment forms a part of Interim Military Specification MIL-C-915A(SHIPS), 30 July 1952.

Page 1, paragraph 1. 2. 1. 1: Delete reference to "type SHFA". (Note: Type SSGA of Specification MIL-C-3194 replaces this type.)

Page 1, paragraph 1. 2. 1. 1, types PBIX and PBTX: Delete "lead wire" and substitute "lead, armored".

Page 1, paragraph 1. 2. 1. 2: Add:

"Type SSF - Single, special purpose, flexible."

Page 2, paragraph 1. 2. 2. 1: Add:

"Type T3P - Triple-conductor, 3000 volt, portable. "

Page 2, paragraph 1. 2. 2. 2: Add:

"Type DLT - Divers' lifeline and telephone cable. "

Page 2, paragraphs 1. 2. 3 and 1. 2. 3. 1: Delete.

Page 2, paragraph 1. 2. 4: Delete reference to "types SRI and SRIB". (Note: Types B, C and D of Specification MIL-W-16878 replace these types.).

Pages 2 and 3, paragraph 2.1, under Military Specifications: Add:

"MIL-C-6424 - Cable, Steel (Corrosion-Resistant), Flexible, Preformed (for Aeronautical Use). "

Pages 2 and 3, paragraph 2.1, under Navy Department: Delete reference to "73C4".

Page 3, paragraph 3. 1. 1: Delete and substitute:

"3. 1. 1  Electrical cable, except types T3P, T3EP, DR3P, T8SP, VP3P, CV3P, MCGC, MC3C, T3P, DLT, SHOF, MRI BRIF and T3P, furnished under this specification shall be a product which has been tested and has passed the qualification tests specified herein (see 6. 3). "

Page 4, paragraph 3. 2. 17, last line: Delete and substitute "cable in coils (see 5. 1. 1. 1) in 500 feet unless otherwise stated on the individual specification sheet".

Page 5: Add as paragraph 3. 2. 22:

"3. 2. 22  Manufactured length. -  A manufactured length shall consist of any one single length of cable to which the impervious sheath was applied in one continuous operation. "

FSC 6145

MIL-C-915A (SHIPS)
AMENDMENT - 7

Page 5, paragraph 3.6, line 2: Delete "(see 3.12 to 3.26, inclusive, 3.27, 3.28 and 3.34)" and substitute "(see 3.13 to 3.28 inclusive, 3.32 and 3.34)".

Page 6, paragraph 3.8.2, line 3: Delete "cotton or cellulose" and substitute "cotton, cellulose or polyester film,".

Page 7, paragraph 3.9.5: Add "Where two tracers are specified they shall be applied in opposite directions."

Page 10, table III, column 1, under "Bunch:", line 2: Delete "3/4(7)" and substitute "3/5(7)".

2

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 7

Page 10, table III, under "Scope", line 2, columns 5 and 6: Delete "22,100 and 22,910" and substitute "22,910 and 23,480" and insert the following:

| Standard copper conductor size | Number of strands | Strand diameter Nominal Inch | Diameter over conductor Nominal Inches | Cross sectional area of conductor Nominal Circ. Mils | Minimum Circ. Mils | Maximum conductivity resistance (d.c.) per 1000 feet at 25°C. Bare Ohms | Coated Ohms | Weight per 1000 feet Approximate Pounds |
|---|---|---|---|---|---|---|---|---|
| 800 (259) | 37 x 7 | .084 | .724 | 800,000 | 784,000 | .0378 | --- | 223 |

Page 11, table IV: Add:

Standard copper wire sizes

| A.W.G. No. | Strand diameter Nominal Inch | Galvanized Inch | Cross sectional area Nominal Circ. Mils | Maximum resistance (d.c.) per 1000 feet at 25°C. Bare Ohms | Coated Ohms | Approximate weight per 1000 feet Pounds |
|---|---|---|---|---|---|---|
| — | .084 | .08403 | 1159 | 2.60 | 2.79 | 4.51 |

3

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A (SHIPS)
AMENDMENT -2

Page 11, paragraph 3, 10, 4, 1, line 4: Delete "of lay or" and substitute "of lay of".

Page 13, paragraph 3, 20, 6: Add "Iron and constantan pyrometer base lead wire may be welded as necessary to obtain the specified lengths."

Page 18, paragraph 3, 11, 30, 4, line 2: Delete "3, 11, 6" and substitute "3, 11, 16".

Page 19, paragraph 3, 11, 11, 2, 3, line 2: Delete "silver" and substitute "sliver".

Page 36, paragraphs 3, 12, 3, 12, 1 and 3, 12, 2: Delete and substitute:

"3, 12  Type SSF cable. —

## CONSTRUCTION

First.  A standard conductor of bare, uncoated copper (see 3.9.1).
Second.  A separator (see 3, 11, 14).
Third.  A wall of synthetic rubber (see 3, 11, 3) or butyl rubber (see 3, 11, 5) having a minimum wall thickness (see 3, 7, 3) of 0.076 inch.
Fourth.  A reinforcement (see 3, 11, 12) at manufacturer's option.
Fifth.  A polychloroprene sheath (see 3, 11, 17) bonded to the underlying insulation, having a minimum wall thickness (see 3, 7, 3) of 0.075 inch.

## LENGTH REQUIREMENT

Shipping lengths (feet) = 1045 minimum, 1155 maximum.

## TEST REQUIREMENTS

Flammability (see 4, 8, 10).
Water and air leakage (see 4, 8, 13).
Cold bend (see 4, 8, 9).  No cracking of sheath when bent one time around mandrel with a diameter twice that of specimen at -30°C.
Electrical tests (see following table).

| Type | Standard copper conductor | Overall diameter | | Conductor Dielectric breakdown (d. c.) strength (see 4, 8, 10) | Insulation resistance per 1000 feet (see 4, 8, 25) |
|---|---|---|---|---|---|
| | | Min. | Max. | Min. | Min. |
| | | Inches | Inches | Volts | Megohms |
| SSF-300 | 300 (266) | 1.020 | 1.100 | 3500 | 100 |

Note 1. —  The copper shall be hard drawn with a minimum tensile strength of 87,200 p. s. l. and a minimum elongation of 0.6% before installation. The resistance specified is based on 102, 7 percent of the values specified for annealed copper."

Page 36, paragraph 3, 21, item "Eighth", line 5: After ..... "and 19(14)".

Page 38, paragraph 3, 23, item "Eighth", line 4: Delete ..... and substitute "may" and line 5, delete "in size 19(14)".

Page 38, paragraph 3, 24: Delete "Sixth. A wall of ..... (see 3, 11, 9) or glass fiber (see 3, 11, 8)."

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 7

Page 40, paragraph 3.25, Third: Delete and substitute:

"Third - (a) Types DSS, TSS and FSS shall have 2, 3 and 4 color-coded conductors, respectively.
(b) Type MSS-6 shall have six color-coded conductors comprising two shielded pairs and two unshielded singles. Each shielded pair shall comprise two insulated conductors twisted together with a braided shield of 0.0085-inch diameter tinned copper wire over the pair. The braid angle shall be approximately 30 degrees. (see 3.11.16.5).
(c) Color coding is required and may be obtained at manufacturers option by colored insulation (see 3.9.2), or braid (see 3.2.5), or by application over the insulating wall of a flexible coating film of colored lacquer or paint which will not crack, peel or fade in the completed cable. Samples of film coated wire with identification of the coating material shall be submitted to and approved by the Bureau of Ships prior to production. Colors in 2, 3 and 4 conductor cable shall be black and white, black and white and red, black and white and red and green, respectively. The colors in Type MSS-6 shall be black and white in one pair, red and blue in the other pair, one yellow single and one green single."

Page 40, paragraph 3.25, under Test Requirements: Add "Induced voltage (see 4.8.36): 5 microvolts (max.) for type MSS-6."

Page 40, paragraph 3.25, tabulation: Delete and substitute:

| Type | Standard copper conductor | Number of cdr | Insulation thickness (Min.) | Lay | Overall diameter (Min.) | (Max.) | Dielectric strength Cdr to cdr (Min.) | Shield to grd (Min.) | Copper resistance (Max.) | Insulation resistance (Min.) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Inch | | Inch | Inch | Volts | Volts | Ohms | Megohms |
| DSS-2 | 2(7) | 2 | 0.030 | 8 | 0.385 | 0.350 | 1500 | 500 | 6.64 | 250 |
| DSS-3 | 3(7) | 2 | .025 | 2-1/3 | .465 | .500 | 2000 | 500 | 4.16 | 250 |
| DSS-4 | 4(7) | 2 | .025 | 2-1/3 | .465 | .500 | 2000 | 500 | 2.57 | 200 |
| TSS-4 | 4(7) | 3 | .025 | 2-1/2 | .465 | .500 | 2000 | 500 | 2.57 | 200 |
| FSS-2 | 2(7) | 4 | .050 | 2-1/2 | .485 | .500 | 1500 | 500 | 6.64 | 250 |
| FSS-4 | 4(7) | 4 | .025 | 3.0 | .580 | .620 | 2000 | 500 | 2.57 | 200 |
| MSS-6 | 1(7) | 6 | .015 | 3.0 | .465 | .500 | 1000 | 500 | 10.5 | 150 |

Note. - Because of the compacted construction necessary to meet the hydrostatic test required on these cables, the centering and circularity of the insulation (see 3.7.4) is waived provided the specified minimum wall (see 3.7.3) is met, and the least thickness at any point (see 3.7.3) is not less than 80 percent of the specified value.

Page 41, paragraph 3.27, Fourth: Delete and substitute:

"Fourth. The specified number of twisted pairs shall be cabled together with a lay not greater than 10 inches. Fibrous fillers (see 3.11.11) shall not be employed."

Page 41, paragraph 3.27, Delete

"LENGTH REQUIREMENT

Shipping length (see 5.1.1.1) - 600 foot coils." and on tabulation add:

| TSP-31 | .63 | 31 | .015 | .080 | 1.082 | 3500 | 100 | 16.6". |
|---|---|---|---|---|---|---|---|---|

5

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 7

Pages 43 and 44, paragraph 3.29: Delete and substitute:

"3.29. Type TTRSA cable. -

## CONSTRUCTION

| | |
|---|---|
| First. | A standard conductor of bare, uncoated copper (see 3.10) size 1(7). |
| Second. | A wall of polythene (see 3.11.4) to the diameter and within the dimensional tolerances necessary to comply with all performance test requirements and overall diameter of the completed cable. At the manufacturer's option, a thin wall of suitable insulating material may be applied over the polythene to enable the completed cable to meet the thermoplastic flow test (see 4.8.92). |
| Third. | Two such insulated conductors twisted together with a maximum lay of 2-1/2 inches to form a pair. One conductor in each pair to be white or natural and its mate to be a dark contrasting color such as blue or black. |
| Fourth. | A braided shield of 0.006 or 0.0043-inch diameter bare or tinned copper wire, (see 3.11.16.6) on each pair. The braid angle, shall be approximately 30 degrees. |
| Fifth. | An inner braid (see 3.11.16.9) of cotton (see 3.11.12) or rayon (see 3.11.13) on each pair, treated with clear flame and moisture resistant compound to prevent fraying at cut ends incident to handling during installation. Color coding (see 3.9.5) for each shielded pair. |
| Sixth. | The specified number of shielded pairs cabled together with a lay not exceeding 14 inches. Fillers (see 3.11.11) shall be employed where necessary to obtain a firm, well rounded assembly. |
| Seventh. | A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10) over the assembly of pairs. |
| Eighth. | An impervious sheath (see 3.11.18). |
| Ninth. | Braided metal armor (see 3.11.20). |
| Tenth. | Paint (see 3.11.21). |

## TEST REQUIREMENTS

Cold bend (see 4.8.9 and the following table).
Flammability (see 4.8.10).
Water and air leakage (see 4.8.13).
Electrical test:
    Insulation resistance (see 4.8.3b) - 1000 megohms per 1000 feet.
    Conductor resistance (see 4.8.24) - (see following table).
    Dielectric strength (see 4.8.19) - (see following table).
    Capacitance (see 4.8.37) - 28.0 micromicrofarads (maximum) per foot at 25°C. and 1 megacycle per second.
    Characteristic impedance (see 4.8.27) - 71.5 ohms (minimum and 90.0 ohms (maximum), as near 75 ohms as practicable at 25°C. and 1 megacycle per second.
Thermoplastic flow test (see 4.8.92) - No electrical failure in 6 hours.

| Type | Number of shielded pairs | Overall diameter | Dielectric strength | | Conductor resistance (d.c.) per 1000 ft. 25°C. | Cold bend mandrel diameter |
|---|---|---|---|---|---|---|
| | | | Conductor to mate-shield | | | |
| | | Inches | Volts | Volts | Ohms | Inches |
| TTRSA-2 | 2 | 0.740 | 2000 | 2000 | 10.3 | 9 |
| TTRSA-4 | 4 | .890 | 2000 | 2000 | 10.3 | 10 |
| TTRSA-6 | 6 | .940 | 2000 | 2000 | 10.3 | 12 |
| TTRSA-8 | 8 | 1.050 | 2000 | 2000 | 10.3 | 13 |
| TTRSA-10 | 10 | 1.140 | 2000 | 2000 | 10.3 | 16 |
| TTRSA-12 | 12 | 1.160 | 2000 | 2000 | 10.3 | 16 |
| TTRSA-16 | 16 | 1.250 | 2000 | 2000 | 10.3 | 18 |

6

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 7

Page 45, paragraph 3.30, item "First", last sentence: Delete and substitute: "The steel and stranding shall conform to Specification MIL-C-6424."

Page 46, paragraph 3.31, under "Test Requirements": Delete and substitute: "Heat Shock (see 4. 8. 30) - Dissection after test shall reveal no cracking of insulation or sheath, and no damage such as tears or splits in the copper tape."

Page 47, paragraph 3.32: Delete and substitute:

"3 32 Type FCEF cable. -

### WATERTIGHT CONSTRUCTION

First.       Standard conductors of bare, uncoated copper (see 3.10 and the following tabulation). At
             manufacturer's option, a concentric strand (see 3.10. 4. 1) of 37 wires in lieu of 20(49) and
             21 wires in lieu of 66(133) may be furnished, provided the specified conductor resistance
             is not exceeded.
Second.      A separator (see 3.11. 14).
Third.       A wall of butyl rubber (see 3.11. 5).
Fourth.      A compound filled tape (see 3.11. 16) or an inner braid (see 3, 11, 15, 2) on each conductor is permitted
             but not required. Color coding, one black and one white on each conductor size is required.
Fifth.       The four conductor cabled together with fillers of synthetic rubber or polychloroprene to
             obtain a firm, well rounded assembly, with a minimum amount of fibrous material.
             Outer fillers may be integral with the sheath compound or may be laid in separately.
Sixth.       A suitable binder over the conductor assembly is permitted but not required.
Seventh.     A polychloroprene sheath (see 3.11. 17). Fillers and sheath material in the completed
             cable shall be readily separable from, and without damage to, the conductor insulation.
             Reinforcement (see 3.11. 12) shall be applied under the sheath, or under at least half the
             sheath thickness.

### LENGTH REQUIREMENT

Shipping lengths (feet) - FCEF-66 - 1000 min., 1850 max.

### TEST REQUIREMENTS

Flammability (see 4. 8. 10).
Water and air leakage (see 4. 8. 23).
Cold bend (see 4. 8. 6).   No cracking of sheath when bent two turns around mandrel with
        diameter twice that of specimen at -30°C.
Electrical tests (see following table).
Watertightness (see appendix D: Apply leakage limit for larger conductor size.

| Type | Standard copper conductor | Number of conductors | | Insulation thickness | Lay of conductors | Overall diameter | | Dielectric strength (see 4. 8. 2) | Conductor resistance (d. c.) per 1000 ft. at 25°C. (see 4. 8. 24) | Insulation resistance per 1000 ft. (see 4. 8. 25) |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Total | Minimum | Maximum | | Minimum | Maximum | Minimum | Maximum | Minimum |
|  |  |  | Inch | Inches | Inches | Inches | Inches | Volts | Ohm | Megohms |
| FCEF-66 | 2 of 20(49) and 2 of 66(133) | 4 | 0, 062 .063 | 12 | 1. 300 | 1. 370 | 3500 | 0. 693 .174 | 300 . |

Page 49, paragraph 3. 34, tabulation, column 8: Delete "2000" in both places, and substitute "200".

Page 51, paragraph 3. 36, tabulation: Delete reference to "type MDFF-3 and type MDFF-4" "(Note: These two types have been replaced by types: CHOF-3 and FHOF-3)."

Page 53, paragraph 3. 38, under "Test Requirements", column 2, line 3: After "Five microvolts" add "(max. )".

Page 54, paragraph 3. 39, under "Construction" item "Fifth": Delete and substitute:

"Fifth. An impervious sheath (see 3.11. 18)."

Page 56, paragraph 3. 41, under "Test Requirements": Delete "Impact resistance (see 4. 8. 15)" and "Abrasion resistance (see 4. 8. 16)."

Page 57, paragraph 3. 43, under "Test Requirements": Delete "Impact resistance (see 4. 8. 15)" and "Abrasion resistance (see 4. 8. 16)."

7

MIL-C-915A (SHIPS)
AMENDMENT - 7

Page 58, paragraph 3.43, under "Construction", item "Fourth": Add, "The braid angle (see 3.11.20.5) shall be approximately 30 degrees."

Page 60, paragraph 3.44: Under "Construction", item "First", line 3, delete "(see 3.11.3.2 and 3.11.5)" and substitute "(see 3.11.3 or 3.11.5)", and in item "Third", line 3, delete "(see 3.11.2) and substitute "(see 3.11.9 or 3.11.6)".

Page 61, paragraph 3.45: Delete.

Page 62, paragraph 3.46: Delete.

Page 62, paragraph 3.47: Delete and substitute:

"3.47  Type DLT cable. -

## CONSTRUCTION

First.  A stranded steel strength member conforming to Specification MIL-C-5424, 7 x 19 strand, 5/32 inch in diameter, insulated with 0.031 inch minimum wall (see 3.7, 9) of rubber in accordance with Publication ASTM D27-54T to a nominal diameter of 0.232 inch.  The insulation shall fill all outer interstices of the steel strand.

Second.  A stranded conductor of coated copper, size 1-1/2(41) (see 3.10), insulated with 0.031-inch minimum wall (see 3.7, 9) prior to cabling of rubber in accordance with Publication ASTM D27-54T. Circuit identification (see 3.9).

Third.  Four insulated conductors shall be cabled in a close helix about the insulated strength member with a lay of approximately 0.625 inch.  The insulated conductors shall be partially embedded in the relatively soft insulation of the strength member.

Fourth.  A minimum 0.031-inch belt (see 3.7, 9) of butyl rubber (see 3.11.5) filling the outer interstices over the insulated conductor assembly.

Fifth.  Cotton reinforcement (see 3.11.12.3).

Sixth.  A polychloroprene sheath (see 3.11.17) having a minimum thickness (see 3, 7, 9) of 0.078 inch bonded to the underlying butyl belt.  The assembled components shall be so molded and vulcanized that the completed cable shall be one compact mass from which the individual conductors shall be readily separable without damage to the insulation.  The overall diameter shall not exceed 0.910 inch.  Manufacturer's identification (see 3, 8) shall include molded marking (see 3, 8.4) at intervals not greater than 25 feet, showing the cable type letter designation (Type DLT), the manufacturer's name or trade mark, and the year of manufacture.

## LENGTH REQUIREMENT

Type DLT cable shall be delivered in nominal lengths of not less than 600 feet and not more than 630 feet.  Except where authorized by the contracting agency, not more than 50 percent of the total footage of each lot offered for inspection may be accepted in random lengths of not less than 400 feet and not more than 420 feet or in random lengths of not less than 200 feet and not more than 210 feet.  Combinations thereof of random lengths will be permitted.  Other lengths are not suitable for the purpose.

## TEST REQUIREMENTS

### AT MATERIAL LABORATORY, NEW YORK NAVAL SHIPYARD

Flammability (see 4, 8.10).
Water and air leakage (see 4.8.12) – No leakage at 550 pounds per square inch.
Flexing endurance (see 4.8.14) – 1000 bending cycles only on 2-inch mandrel at room temperature.
Breaking strength (see 4.8.26) – 2500 pounds minimum.
Endurance test – 500 cycles without conductor breakage.  Cycle to consist of drawing specimen under 500 pounds tension back and forth once through 90 degrees around a 5 inch diameter pulley with a total travel of 18 inches in one direction.
Preproduction testing – A 200-foot length of cable shall be submitted for preproduction testing.

8

MIL-C-915A(SHIPS)
AMENDMENT - 7

### AT PLANT OF MANUFACTURE

Electrical tests – Dielectric strength:  2000 volts, 5 minutes, between conductors and from each
 conductor to strength member and water bath.
  Insulation resistance:  200 megohms/1000 feet at 15.5 °C.
  Conductor resistance:  17.0 ohms/1000 feet at 25 °C.
 Physical and aging tests on conductor insulation and sheath (see 4. 5. 3).
 Lot acceptance inspection (see 4. 4).

### QUALIFICATION

All references to Qualification of Products is hereby deleted, (3. 1,  4. 1,  4. 7 and 6. 3) for type DLT
cable. "

Page 65, paragraph 3. 49, after tabulation:  Add "The nominal length or unit ordering length for
type MRI-D-1 is a 600-foot coil".

Page 60, paragraph 3. 50;  Delete and substitute:

"3. 50   Type TSP cable. –

### CONSTRUCTION

First.    Conductors and ground wires of coated copper wires (see 3. 10).
Second.  A wall of butyl rubber (see 3. 11. 5) on insulated conductors.
Third.    (a)  A color-coded tape (see 3. 11. 15) or an inner braid (see 3. 11. 16) on each insulated conductor.
          (b)  A green inner braid (see 3. 11. 16) on each uninsulated ground wire.
Fourth.   Three insulated conductors twisted together with a left-hand lay not greater than twenty times
          the pitch diameter.  One ground wire shall be placed in each of the three valleys with sufficient
          fillers (see 3. 11. 11) to obtain a firm, well-rounded assembly.  A compound-filled tape
          (see 3. 11. 15) over the conductor assembly.
Fifth.    A polychloroprene sheath (see 3. 11. 17).  Reinforcement (see 3. 11. 12. 3) shall be applied under
          the sheath or approximately near the middle of the sheath thickness so as not to show as an
          overall surface marking.

### LENGTH REQUIREMENT

| Standard or unit ordering lengths | | 1000 feet |
|---|---|---|
| | TSP-42 | |
| | TSP-400 | 500 feet |

9

Case 4:07-cv-02824-SBA    Document 34-13    Filed 09/21/2007    Page 83 of 105
REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 7

### TEST REQUIREMENTS

Flammability (see 4. 8. 10).
Cold bend (see 4. 8. 9).   No damage when bent two turns at -50°C. around mandrel with diameter
twice that of specimen.
Electrical tests (see following table):

| Type | Conductors | | Insulation thickness | Sheath thickness | Overall diameter | Dielectric strength | Resistance | |
|---|---|---|---|---|---|---|---|---|
| | No. | Stranding | | | | | Copper | Insulation |
| | | | (Min.) | (Min.) | (Max.) | (Min.) | (Max.) | (Min.) |
| | | | Inch | Inch | Inch | Volts | Ohms per 1000 feet | Megohms per 1000 feet |
| T3P-48 | | | | | | | | |
| Insulated | 3 | 7x7/0.0293: | 0.196 | 0.172 | 1.87 | 11,500 | 0.273 | 500 |
| Uninsulated | 3 | 7x7/ .0184: | 0 | ----- | ----- | 0 | .074 | 0 |
| T2P-400 | | | | | | | | |
| Insulated | 3 | 37x7/ .0293: | 0.141 | 0.286 | 3.20 | 13,000 | 0.0284 | 250 |
| Uninsulated | 3 | 19x7/ .0316: | 0 | ----- | ----- | 0 | .0863 | 0 |

"3. 51 Workmanship. - The workmanship shall be first class in every respect and uniform throughout each lot of cable offered for delivery."

Page 69, paragraph 4. 5. 2. 1. 1: Add as items (g) and (h):

"(g) Induced voltage (see 4. 8. 29).
"(h) Watertightness (see Appendix I)."

Page 70, paragraph 4. 6. 2: Add "Thermoplastic flow (see 4. 8. 32)."

Page 71, paragraph 4. 7. 2: Add "Thermoplastic flow (see 4. 8. 32)."

Page 72, paragraph 4. 8. 1. 2. 1. 5: Delete and substitute:

"4. 8. 1. 2. 1. 5  Number of specimens. - Samples of insulation shall be removed from each conductor of cables comprising four or less conductors, and from five of the conductors selected from cables having more than four conductors.  Five specimens of insulation shall be prepared from each of the conductors so selected.  Five specimens shall be prepared from each sample of sheath compound selected for test.  If the values taken from the first three specimens of each sample tested are all satisfactory, tests on the other two specimens need not be conducted.  If one or more of the first three specimens fail, the remaining two specimens shall be tested and the physical property of the sample shall be considered to be the median of the results obtained from the five specimens.  The median value of the aged and unaged property shall be used in calculating the deterioration."

Page 75, paragraph 4. 6. 8. 1: Delete and substitute:

"4. 8. 8. 1  Specimen. - The specimen shall be an 18-inch section of completed cable."

Page 75, paragraph 4.8.9.8, line 9: Delete "cold bend test, or" and substitute "cold bend test, of".

Page 77, table XIV, column 1, line 8: After "FHOF" add "SGF, TSP, DLT".

Page 79, table XVI, column 2: Delete.

10

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 7

Pages 81 and 82, paragraph 4. 8. 14. 3. 2, tabulation, column 1: Line 1, add "TTRS-6"; line 2, add "TTRS-8"; line 3, add "TTRS-10, 12", and line 4, add "TTRS-16".

Page 90, paragraph 4. 8. 29. 3. 1, line 3: Delete "between conductors at the open end" and substitute "across the 150 ohm resistor at either end."

Page 90, paragraph 4. 8. 29. 3. 2, line 1 after "MCOS-8" and "MSS-6 and 9; line 2, delete "between conductors at the open end" and substitute "across the 150 ohm resistor at either end".

Page 90, paragraph 4. 8. 29. 4: Delete.

Page 91, paragraph 4. 8. 31, line 4: Delete "18" and substitute "8".

Page 91: Add as paragraph 4. 8. 32:

"4. 8. 32  Thermoplastic flow test. -  A specimen of the completed cable with the ends prepared for electrical testing shall be wound for two turns around a mandrel having a diameter of 10 to 12 times the overall cable diameter.  The coiled specimen shall be placed in an air oven at 150°C, with a 60 cycle potential of 150 volts between each conductor and shield and 120 volts between each conductor and its mate."

Page 91, paragraph 5. 1. 1. 2: Delete "SRI-14", "SRIB-14", "FCOTP-4" and "TSP-11".

Page 93, paragraph 5. 3. 4. 5: Add:

"1955        White
1956         Red
1957         Green
1958         Orange
1959         Blue"

Page 95, table XIX: Delete reference to "FCSP-250" and under "TTOP" add "TSP", opposite "PHOF" column 3, Delete "1000" and substitute "500", and under "THOM" add "TSP".

Page 95, table XIX, column 1: Delete "SHFA".

Page 96, table XX, between "Coil" and "Reel" insert:

| Type of package | Nominal length | Standard lengths | Random lengths | Remnant lengths | | | Scrap lengths |
|---|---|---|---|---|---|---|---|
| | | No price reduction | No price reduction | Price reduction | | | Not acceptable |
| | | | | 5 percent | 10 percent | | |
| | Feet | Feet | Feet | Feet | Feet | | Feet |
| "Coil | 600 | 660 to 540 | 539 to 180 | 179 to 120 | 119 to 60 | | 59 to 0" |

Page 96, table XX, column 6, line 2: Delete "159 to 80" and substitute "99 to 50".

Page 97; Under "Type", line 9, delete reference to "FCOTP-4", line 29, delete "SHFA" and substitute "SSF", and in lines 33 and 34, delete reference to "SRI and SRIB".

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 7

Pages 101 and 102; appendix I: Delete and substitute:

## "APPENDIX I - WATERTIGHTNESS

10. Purpose. - The manufacturer shall endeavor to fill all types of watertight cable (see 2. 6) so that no water can be forced into or through the cable core, and so that the electrical characteristics of the cable are not affected, by exposure of the open ends to water under pressure. The quality of the watertight feature shall be judged by the total amount of water which leaks from the open free end of the specimen, when tested as specified herein.

20. Sampling. - One 5-foot specimen from every manufactured length (see. 3. 2) of watertight cable shall be tested and the leakage found shall represent the watertight quality of the entire length from which the specimen is cut. After a specimen representing the manufactured length has been tested and the manufactured length is cut subsequently in two or more pieces for delivery under different contracts or to different destinations, specimens shall not be cut from the several pieces for additional watertightness tests unless specifically requested by the manufacturer. The value of specimen lengths consumed in retesting shall be borne by the manufacturer and shall not be included in the contract or order. In the event of rejects, the last test only shall determine the relative acceptability of the material represented and the results of previous tests shall be disregarded.

30. Procedure. - One end of the 5-foot specimen shall be subjected to a continuous period of 6 hours to tap water under 25 pounds per square inch pressure. The method employed for applying the water pressure shall not constrict nor permit expansion of the specimen within the gland. Since different packing methods will influence the results, and because all plants must be judged on the same basis, all tests shall be made with a low-melting point (not exceeding 190°F.) metallic alloy packing material. No other method shall be employed without prior approval in writing by the bureau or agency concerned.

40. Permissible leakage. - The following tabulation shows several degrees of water leakage for each type and size of watertight cable. These values are based on an analysis of inspection tests data, and the values in columns 1 are set at a low level which may be difficult to meet, unless manufacturers continue to cooperate in this development by discovering and introducing new refinements to improve watertight quality. Watertight quality is improved continuously in this manner. Eventually, zero leakage will be specified. Failure of a reasonable number of specimens to conform to the column 1 values is expected at the present stage of the development and is not considered as evidence of substandard material, but as evidence of the need for tighter quality control and care in processing.

12

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 7

50.   Limits. - The following tabulation, and the explanatory notes thereto, constitute a part of this specification.

| All cable types with conductor sizes | Total water leakage during 6 hour test at 125 p. s. i. | |
|---|---|---|
| | Column 1 | Column 2 |
| | No price reduction | 10 percent price reduction |
| | Cubic inches | Cubic inches |
| 9 and smaller | 1.0 or less | 1.1 or more |
| 14 to 40 incl. | 5.0 or less | 5.1 or more |
| 50 to 100 incl. | 10.0 or less | 10.1 or more |
| 125 to 300 incl. | 20.0 or less | 20.1 or more |
| 350 and larger | 30.0 or less | 30.1 or more |

Note 1. -  The water leakage reported for any specimen will determine whether the cable footage represented by that specimen comes within the limits of column 1 or column 2.

Note 2. -  Cable footage represented by specimens which do not exceed the leakage permitted in column 1 is acceptable at the contract price.

Note 3. -  Cable footage represented by specimens which exceed the leakage permitted in column 1 is acceptable under column 2 at a 10 percent reduction in the contract price for that footage, provided the water-tight sealing compounds are found to be present as specified in 3.6.

60.   Reports. - The results of all tests and retests made at the plant under lot acceptance inspection shall be reported, together with the footage represented by each specimen, to the Bureau of Ships by the Government inspector.   The results of all tests made at the Material Laboratory, New York Naval Shipyard, shall be reported to the cognizant Government inspector with a copy to the Bureau of Ships. "

Preparing activity:
Navy - Bureau of Ships
(Project 6145-00042b)

13

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 8
13 March 1959
SUPERSEDING
Amendment - 7
9 June 1958

## INTERIM MILITARY SPECIFICATION

### CABLE, CORD AND WIRE, ELECTRICAL (SHIPBOARD USE)

This amendment forms a part of Interim Military Specification MIL-C-915A(SHIPS), 30 July 1952.

Page 1, paragraph 1. 2. 1. 1: Delete reference to types SHFA, DHFA, FHFA, THFA, SHFP and MFHA". (Note. - Types S3GA, D3GA, T3GA, FSGA, SSSP and MSCA of Specification MIL-C-2194 replace these types.)

Page 1, paragraph 1. 2. 1. 1, types PBIX and PBTX: Delete "lead wire" and substitute "lead, armored", and add:

"Type PBTM - Pyrometer base, multiple pairs, armored."

Page 1, paragraph 1. 2. 1. 2: Add:

"Type SSF - Single, special purpose, flexible."

Page 2, paragraph 1. 2. 2. 1: Add:

"Type TSF - Triple-conductor, 3000 volt, portable."

Page 2, paragraph 1. 2. 2. 2: Add:

"Type DLT - Divers' lifeline and telephone cable.
"Type JAS - Jet aircraft servicing."

Page 2, paragraphs 1. 2. 3 and 1. 2. 3. 1: Delete. (Note. - Type FROF-4 replaces this type.)

Page 3, paragraph 1. 2. 4: Delete reference to "types SH2 and SHB". (Note. - Types B, G-and D of Specification MIL-W-16878 replace these types.)

Pages 3 and 3, paragraph 2. 1, under Military Specifications: Add:

"MIL-C-5424 - Cable, Steel (Corrosion-Resistant), Flexible, Preformed (for Aeronautical Use)."

Pages 3 and 3, paragraph 2. 1, under Navy Department: Delete reference to "23C4".

Pages 2 and 3: Add the following Bureau of Ships Drawing:

"DRAWINGS

BUREAU OF SHIPS
9000-S5392-3197103 - Stuffing Tube P. P. for S3 Type Cables."

OFFICIAL FILE COPY
DO NOT REMOVE

FSC 6145

APPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 3

Page 3: Add paragraph 2.2:

"2.2 Other publications. - The following documents form a part of this specification. Unless otherwise indicated the issue in effect on date of invitation for bids shall apply.

AMERICAN SOCIETY FOR TESTING MATERIALS
   D27-54T.

(Application for copies should be addressed to the American Society for Testing Materials, 1916 Race Street, Philadelphia 3, Pa.)

NATIONAL BUREAU OF STANDARDS
   Circular No. 55L

(Application for copies should be addressed to the National Bureau of Standards, Washington 25, D.C.)

Page 3, paragraph 3.1.1: Delete and substitute:

"3.1.1 Electrical cable, except types TRF, TRXF, DBSP, TBSP, FBSP, MCGC, MCSC, DCOP, TCOP, SHOF, MRI, SHFS and SSF, furnished under this specification shall be a product which has been tested and has passed the qualification tests specified herein (see 6.3)."

Page 4, paragraph 3.2.17, last line: Delete and substitute "cable in coils (see 6.1.1.1) is 500 feet unless otherwise stated on the individual specification sheet".

Page 5: Add as paragraph 3.2.22:

"3.2.22 Manufactured length. - A manufactured length shall consist of any one single length of cable to which the impervious sheath was applied in one continuous operation without stoppage or change in machine set-up."

Page 5, paragraph 3.5, line 2: Delete "(see 3.12 to 3.25, inclusive, 3.27, 3.28 and 3.34)" and substitute "(see 3.19 to 3.23 inclusive, 3.34 to 3.38 inclusive, 3.32, 3.34 and 2.45)".

Page 6, paragraph 3.8.2: In line 1, delete "approximately 1/8 inch" and substitute "not less than 1/10"; in line 5, delete "cotton or cellulose" and substitute "cotton, cellulose or polyester film,".

Page 7, paragraph 3.9.5: Add "Where two tracers are specified they shall be applied in opposite directions."

Page 10, table III, column 1, under "Bench:", line 5: Delete "3/4(7)" and substitute "3/5(7)".

Page 2
of 19 pages

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 8

Page 10, table III, under "Tape", line 8, column 5 and 6: Delete "22,190 and 23,910" and substitute "22,910 and 22,400" and insert the following:

| Standard copper conductor size | Number of strands Minimum | Strand diameter Nominal Inch | Diameter over conductor Nominal Inches | Cross sectional area of conductor | | Maximum conductor resistance (d.c.) per 1000 feet at 25°C. | | Weight per 1000 feet Approximate |
|---|---|---|---|---|---|---|---|---|
| | | | | Nominal Cir. Mils | Minimum Cir. Mils | Bare Ohms | Coated Ohms | Pounds |
| 350 (313M) | 19x/1x24x | .008 | .713 | 350,000 | 345,000 | .0481 | --- | 321 |
| 300 (313M) | 37x7 | .034 | .714 | 300,000 | 294,000 | .0376 | --- | 328 |

Page 11, table IV: Add:

Standard copper wire sizes

| A.W.G. No. | Strand diameter | | Cross sectional area | Maximum resistance (d.c.) per 1000 feet at 20°C. | | Approximate weight per 1000 feet |
|---|---|---|---|---|---|---|
| | Nominal Inch | Calculated Inch | Nominal Cir. Mils | Bare Ohms | Coated Ohms | Pounds |
| " | .094 | .03403 | 1160 | 2.60 | 9.76 | 3.51 |

Page 3
of 19 pages

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 8

Page 11, paragraph 3.10.4.1, line 4:  Delete "of lay or" and substitute "of lay of".

Page 12, paragraph 3.10.6:  Add "Iron and constantan pyrometer base lead wire may be welded as necessary to obtain the specified lengths."

Page 18, paragraph 3.11.10.4, line 9:  Delete "3.11.6" and substitute "3.11.16".

Page 19, paragraph 3.11.11.2.3, line 2:  Delete "silver" and substitute "sliver".

Page 19, paragraph 3.11.11.3, lines 1 and 2:  Delete "1.2.2 and 1.2.3.1" and substitute "and 1.2.3".

Page 23, paragraphs 3.11.20.2 and 3.11.20.3:  Delete.

Page 25, paragraph 3.12:  Delete and substitute:

"3.12  Type 33F cable. –

### CONSTRUCTION

First.     A standard conductor of bare, uncoated copper (see note 1).
Second.    A separator (see 3.11.14).
Third.     A wall of synthetic rubber (see 3.11.3) or butyl rubber (see 3.11.5) having a minimum wall thickness (see 3.7.3) of 0.075 inch.
Fourth.    A reinforcement (see 3.11.12) at manufacturer's option.
Fifth.     A polychloroprene sheath (see 3.11.17) bonded to the underlying insulation, having a minimum wall thickness (see 3.7.3) of 0.075 inch.

### LENGTH REQUIREMENT

Shipping lengths (feet) – 1045 minimum, 1155 maximum.

### TEST REQUIREMENTS

Flammability (see 4.8.10).
Water and air leakage (see 4.8.13).
Cold bend (see 4.8.9).  No cracking of sheath when bent two turns around mandrel with a diameter twice that of specimen at –50°C.
Electrical tests (see following table).

| Type | Standard copper conductor | Overall diameter | | Dielectric strength (see 4.8.19) | Conductor resistance (d.c.) per 1000 feet at 25°C. (see note 1) | Insulation resistance per 1000 feet (see 4.8.35) |
|---|---|---|---|---|---|---|
| | | Min. | Max. | Min. | Max. | Min. |
| | | Inches | Inches | Volts | Ohm | Megohms |
| 33F-300 | 300 (259) | 1.020 | 1.100 | 3500 | 0.0368 | 100 |

Note 1. –  The copper shall be hard drawn with a minimum tensile strength of 57,200 p.s.i. and a minimum elongation of 0.95 before stranding.  The resistance specified is based on 102.7 percent of the values required for annealed copper."

Pages 27 through 32, paragraphs 3.13 through 3.18:  Delete.

Page 4
of 19 pages

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-916A(SHIPS)
AMENDMENT - 8

Page 33, paragraph 3.19: Delete and substitute:

"3.19  Type SHFR, DHFR and THFR cable (for 3,000 volt service). –

### CONSTRUCTION

| First. | A standard conductor of bare, uncoated copper (see 3.10). | Seventh. | Conductors of DHFR and THFR shall be twisted together with a lay not greater than 24 times the pitch diameter.  Fillers (see 3.11.11) shall be employed to obtain a firm, well rounded assembly. |
| Second. | A wall of synthetic resin insulation (see 3.11.2). | | |
| Third. | With or without separator (see 3.11.14) at manufacturer's option. | Eighth. | A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10). |
| Fourth. | A wall of varnished-cambric insulation (see 3.13.7). | Ninth. | With or without separator (see 3.11.14) at manufacturer's option. |
| Fifth. | A separator (see 3.11.14). | Tenth. | An impervious sheath (see 3.11.18). |
| Sixth. | A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10), with or without separator (see 3.11.14) on SHFR at manufacturer's option. | Eleventh. | Braided metal armor (see 3.11.20). |
| | | Twelfth. | Paint (see 3.11.21). |

### TEST REQUIREMENTS

Cold bend (see 4.8.9).
Flammability (see 4.8.30).

Water and air leakage (see 4.8.23).
Electrical tests (see following table).
Watertightness (see Appendix I).

| | | | Diameters | | | | Dielec-tric strength (see 4.8.19) | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4.8.24) | Insulation resistance 1000 feet (see 4.8.25) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Type | Stand-ard copper con-ductor | Number of con-ductors | Over syn-thetic resin | Over var-nished cambric | Over first asbestos or glass | Over-all | | Bare | | Cold bend mandrel diameter (see 4.8.9) |
| | | | Mini-mum | | | | Mini-mum | Maxi-mum | Mini-mum | |
| | | | Inch | Inch | Inch | Inch | Volts | Ohms | Megohms | Inches |
| SHFR-4 | 4(?) | 1 | 0.116 | 0.162 | 0.247 | 0.540 | 8000 | 2.45 | 500 | 7 |
| DHFR-4 | 4(?) | 2 | .116 | .162 | .247 | .844 | 8000 | 2.50 | 400 | 10 |
| THFR-4 | 4(?) | 3 | .116 | .162 | .247 | .883 | 8000 | 2.50 | 400 | 11 |

Page 35, paragraph 3.31, item "Eighth", line 5:  After "19(6)" insert "and 19(14)".

Page 36, paragraph 3.32, item "Eighth", line 4:  Delete "shall" and substitute "may" and line 5, delete "in nine 19(14)".

Page 37, paragraph 3.23:  Delete.

Page 38, paragraph 3.24:  Delete "Sixth.   A wall of felted asbestos (see 3.11.9) or glass fiber (see 3.11.10)."

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 8

Page 39, paragraph 3.26, item "First": Add "Temperature electromotive force relationships shall follow National Bureau of Standards Circular No. 561."

Page 40, paragraph 3.28: Delete and substitute:

"3.28  Types DSS, TSS, FSS and MSS. -

CONSTRUCTION

First.      A standard copper conductor with metallic coating and watertight compounds (see 3. 6 and 3. 10).

Second.     A wall of synthetic insulation (see 3. 11. 3 or 3. 11. 5).

Third.      (a)  Types DSS, TSS and FSS shall have 2, 3 and 4 insulated conductors, respectively.
            (b)  Type MSS-6 shall have six insulated conductors comprising two shielded pairs and two unshielded singles. Each shielded pair shall comprise two insulated conductors twisted together with a braided shield of 0.0063-inch diameter tinned copper wire over the pair. The braid angle shall be approximately 30 degrees (see 3. 11. 10. 6).
            (c)  Color coding is required and may be obtained at manufacturer's option by colored insulation (see 3.9. 2), or braid (see 3.9. 5), or by application over the insulating wall of flexible coating film of colored lacquer or paint which will not crack, peel or fade in the completed cable. Samples of film coated wire with identification of the coating material shall be submitted to and approved by the bureau or agency concerned prior to production. Colors in 2, 3 and 4 conductor cable shall be black and white, black and white and red, black and white and red and green, respectively. The colors in type MSS-6 shall be black and white in one pair, red and blue in the other pair, one yellow single and one green single.

Fourth.     The required number of conductors and shielded pairs shall be twisted together with a lay not exceeding that specified in the following table. Fillers of synthetic rubber like compound shall be employed with a minimum amount of fibrous material to obtain a firm, well-rounded cross section.

Fifth.      An approved binder over the conductor assembly.

Sixth.      A close braid of 0.0063-inch tinned copper wire providing at least 83 percent coverage on types DSS, TSS and FSS.

Seventh.    A polychloroprene sheath (see 3. 11. 17). The assembled components shall be molded together compactly to enable the completed cable to meet the hydrostatic test. The individual conductors shall be readily separable from fillers and binders without damage to the insulation.

LENGTH REQUIREMENT

Nominal length (see 5. 1. 5. 1) 500 foot coils unless otherwise specified in the contract or order.

TEST REQUIREMENTS

Electrical tests (see 4. 8. 12 and following table):
     Dielectric strength:
            (a)  1500 volts r. m. s.  conductor to conductor.
            (b)  1000 volts r. m. s.  conductor to shield.
            (c)  500 volts r. m. s.  shield to water.
     Insulation resistance:
            (a)  200 megohms/1000 feet between conductors and conductor to shield.
            (b)  10 megohms/1000 feet shield to water.
     Flammability (see 4. 8. 10) - Ignition time, 30 seconds, minimum burning time, 120 seconds, maximum flame travel, 3 inches, maximum.

Page 6
of 19 pages

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 8

Flexing endurance (see 4.6.14) – Except 1000 cycles of bending only on a 4 inch diameter mandrel at room temperature.

Induced voltage (see 4.6.20) – 5 microvolts maximum for type MSS-6 only.

Hydrostatic test (see 4.6.31 and Appendix I) – Maximum permissible leakage 0.1 cubic inch during 8 hours at 500 pounds per square inch. A special packing gland, conforming to Drawing 9000-S2202-1397101, obtainable from the Government inspector, shall be used for conducting this test on type SS cables.

| Type | Standard copper conductor | Number of conductors | Insulation thickness (see note 1) | | Lay | Sheath thickness (see note 1) | Overall diameter | | Conductor resistance (d.c.) per 1000 feet at 25°C. |
|---|---|---|---|---|---|---|---|---|---|
| | | | Minimum | Maximum | | Minimum | Minimum | Maximum | Maximum |
| | | | Inch | Inches | Inch | Inch | Inch | Inch | Ohms |
| DSS-2 | 2(7) | 3 | 0.020 | 2 | 0.050 | 0.370 | 0.390 | 2.54 |
| DSS-3 | 3(7) | 2 | .035 | 2-1/2 | .060 | .480 | .500 | 4.15 |
| DSS-4 | 4(7) | 3 | .035 | 2-1/2 | .050 | .480 | .500 | 2.57 |
| TSS-4 | 4(7) | 3 | .035 | 2-1/2 | .050 | .480 | .500 | 2.57 |
| FSS-3 | 3(7) | 4 | .035 | 2-1/2 | .070 | .450 | .600 | 5.54 |
| FSS-4 | 4(7) | 4 | .035 | 3.0 | .070 | .600 | .625 | 2.57 |
| MSS-6 | 1(7) | 6 | .020 | 3.0 | .050 | .600 | .635 | 10.5 |

Note 1. – Because of the compacted construction necessary to meet the hydrostatic test required on these cables, the centering and circularity of the insulation and sheath (see 3.7.4) is waived provided the specified minimum wall (see 3.7.3) is met, and the least thickness at any point (see 3.7.3) is not less than 80 percent of the specified value."

Page 41, paragraph 3.27: Delete and substitute:

"3. 27 Type TSP cable. –

CONSTRUCTION

First.    A standard copper conductor with metallic coating, size 3/6(7) (see 3.6 and 3.10).
Second.   A wall of synthetic resin insulation (see 3.11.3).
Third.    Two conductors twisted together with a maximum lay of 2-1/2 inches to form a twisted pair with color coded insulation (see 3.9.7.3).
Fourth.   The specified number of twisted pairs cabled together with a maximum lay of 10 inches in the outer layer. Watertight sealing compounds but no fibrous fillers shall be employed.
Fifth.    A suitable binder and/or separator may be applied over the assembled pairs.
Sixth.    An impervious sheath (see 3.11.12) of the thermoplastic type.

Page 7
of 19 pages

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 8

## TEST REQUIREMENTS

Flammability (see 4, 6, 10).
Electrical tests (see following tabulation).
Watertightness (see Appendix I).

| Type | Number of | | Thickness of | | | Overall diameter | Dielectric strength : conductor to ground | Insulation resistance per 1000 feet | Conductor resistance per 1000 feet at 25°C. |
|---|---|---|---|---|---|---|---|---|---|
| | Conductors | Pairs | Insulation | Sheath | | | | | |
| | | | Mini-mum | Mini-mum | Maxi-mum | Mini-mum | Mini-mum | Maxi-mum | |
| | | | Inch | Inch | Inch | Inches | Volts | Megohms | Ohms |
| TSP-11 | 22 | 11 | 0.015 | 0.060 | 0.735 | 3,500 | 100 | 16.6 | |
| TSP-31 | 62 | 31 | .015 | .080 | 1.082 | 3,500 | 100 | 16.6 | |

Pages 43 and 44, paragraph 3. 28: Delete and substitute:

"3. 29  Type TTPSA cable. -

### CONSTRUCTION

First.    A standard conductor of bare, uncoated copper (see 3. 10) size 1(7).
Second.   A wall of polythene (see 3. 11. 4) to the diameter and within the dimensional tolerances
          necessary to comply with all performance test requirements and overall diameter of the
          completed cable.  At the manufacturer's option, a thin wall of suitable insulating material
          may be applied over the polythene to enable the completed cable to meet the thermoplastic
          flow test (see 4. 8. 32).
Third.    Two such insulated conductors twisted together with a maximum lay of 2-1/2 inches to
          form a pair.  One conductor in each pair to be white or natural and its mate shall be a-
          dark contrasting color such as blue or black.
Fourth.   A braided shield of 0. 005 or 0. 0063-inch diameter bare or tinned copper wire
          (see 3. 11. 16. 6) on each pair.  The braid angle, shall be approximately 20 degrees.
Fifth.    Insulation over shield to withstand voltage test between adjacent shields, obtained with an
          inner braid (see 3. 11. 16. 2) treated to prevent fraying at cut ends incident to handling, or
          by other means approved as a component of the qualified product.  Color coding or printed
          numbers (see 3. 9. 5) over each insulated shield.
Sixth.    The specified number of shielded pairs cabled together with a lay not exceeding 14 inches.
          Fillers (see 3. 11. 11) shall be employed where necessary to obtain a firm, well
          rounded assembly.
Seventh.  A wall of felted asbestos (see 3. 11. 9) or glass fiber (see 3. 11. 10) over the assembly of
          pairs.
Eighth.   An impervious sheath (see 3. 11. 19).
Ninth.    Braided metal armor (see 3. 11. 20).
Tenth.    Paint (see 3. 11. 21).

REPRODUCED AT THE NATIONAL ARCHIVES



MIL-C-915A(SHIPS)
AMENDMENT - 3

## TEST REQUIREMENTS

Cold bend (see 4. 8. 9 and the following table).
Flammability (see 4. 8. 10).
Water and air leakage (see 4. 8. 13).
Electrical tests:
  Insulation resistance (see 4. 8. 26) - 1000 megohms per 1000 feet.
  Conductor resistance (see 4. 8. 24) - (see following table).
  Dielectric strength (see 4. 8. 18) - (see following table).
  Capacitance (see 4. 8. 27) - 28. 0 micromicrofarads (maximum) per foot at 25°C. and
    1 megacycle per second.
  Characteristic impedance (see 4. 8. 27) - 75. 0 ohms (minimum) and 90. 0 ohms (maximum)
    at 25°C. and 1 megacycle per second.
Thermoplastic flow test (see 4. 8. 32) - no electrical failure in 5 hours.

| Type | Number of shielded pairs | Overall diameter (max.) | Dielectric strength, (min.) | | | Conductor resistance (d. c.) per 1000 feet at 25°C. (max.) | Cold bend mandrel diameter |
| | | | Conductor to mate | Conductor to shield | Shield to shield | | |
| | | Inches | Volts | Volts | Volts | Ohms | Inches |
| TTRSA-2 | 2 | 0. 740 | 2000 | 1000 | 200 | 10. 3 | 9 |
| TTRSA-4 | 4 | . 800 | 2000 | 1000 | 300 | 10. 3 | 10 |
| TTRSA-6 | 6 | . 940 | 2000 | 1000 | 300 | 10. 3 | 12 |
| TTRSA-8 | 8 | 1. 050 | 2000 | 1000 | 300 | 10. 3 | 13 |
| TTRSA-10 | 10 | 1. 140 | 2000 | 1000 | 300 | 10. 3 | 15 |
| TTRSA-12 | 12 | 1. 180 | 2000 | 1000 | 300 | 10. 3 | 15 |
| TTRSA-16 | 16 | 1. 250 | 2000 | 1000 | 300 | 10. 3 | 16 |

Page 45, paragraph 3. 30, item "First, ", last sentence: Delete and substitute "The steel and strand-
ing shall conform to Specification MIL-C-5424. "

Page 46, paragraph 3. 31, under "Test Requirements": Delete "Heat shock (see 4. 8. 30) - no crack-
ing of insulation or sheath" and substitute "Heat Shock (see 4. 8. 30) - Dissection after test shall reveal no
cracking of insulation or sheath, and no damage such as tears or splits in the copper tape. "

Page 47, paragraph 3. 32: Delete and substitute:

"3. 32 Type FCSF cable. –

## CONSTRUCTION

First.     Standard conductors of bare, uncoated copper (see 3. 6, 3. 10 and the following tabulation).
           At manufacturer's option, a concentric strand (see 3. 10, 4. 1) of 37 wires in lieu of
           20(42) and 91 wires in lieu of 66(133) may be furnished, provided the specified conductor
           resistance is not exceeded.
Second.    A separator (see 3. 11. 14).
Third.     A wall of butyl rubber (see 3. 11. 5).
Fourth.    A compound filled tape (see 3. 11. 18) or an inner braid (see 3. 11. 16. 2) on each conductor
           is permitted but not required.  Color coding, one black and one white on each conductor
           size is required.

Page 9
of 19 pages

MIL-C-915A(SHIPS)
AMENDMENT - 3

Fifth.     The four conductor cabled together with fillers of synthetic rubber or polychloroprene to
           obtain a firm, well rounded assembly, with a minimum amount of fibrous material.
           Outer fillers may be integral with the sheath compound or may be laid in separately.
Sixth.     A suitable binder over the conductor assembly is permitted but not required.
Seventh.   A polychloroprene sheath (see 3, 11, 17). Fillers and sheath material in the completed
           cable shall be readily separable from, and without damage to, the conductor insulation.
           Reinforcement (see 3, 11, 12) shall be applied under the sheath, or under at least half the
           sheath thickness.

LENGTH REQUIREMENT

Shipping lengths (feet) – FCSF-66 – 1500 min., 1650 max.

TEST REQUIREMENTS

Flammability (see 4, 8, 20).
Water and air leakage (see 4, 8, 13).
Cold bend (see 4, 8, 9).  No cracking of sheath when bent two turns around mandrel with
     diameter twice that of specimen at -30°C.
Electrical tests (see following table).
Watertightness (see appendix I): Apply leakage limit for larger conductor sizes.

| Type | Standard copper conductor | Number of conductors | | Insulation thickness | Lay of conductors | Overall diameter | | Dielectric strength (see 4, 8, 19) | Conductor resistance (d. c.) per 1000 ft. at 35°C. (see 4, 8, 24) | | Insulation resistance per 1000 ft. (see 4, 8, 25) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Mini-mum | | | Mini-mum | Maxi-mum | Minimum | Maximum | | Minimum |
| | | | Inch | | Inches | Inches | Inches | Volts | Ohm | | Megohms |
| FCSF-66 | 2 of 20(48) and 2 of 20(133) | 4 | 0.063 .065 | 12 | 1.300 | 1.370 | 3600 | 0.573 .174 | | 300 |

Page 48, paragraph 3. 36, tabulation, column 6: Delete "3000" in both places, and substitute "200"

Page 51, paragraph 3. 36, tabulation: Delete reference to "type MHFF-2 and type MHFF-4" (Note: These two
types have been replaced by types LSHOF-2 and FHOF-2.)"

Page 53, paragraph 3. 36, under "Test Requirements", column 2, line 3: After "Five microvolts" add "(max. )" .

Page 54, paragraph 3. 99, under "Construction" item "Fifth": Delete and substitute:

"Fifth.  An impervious sheath (see 3, 11, 12)."

Page 56, paragraph 3. 41, under "Test Requirements": Delete "Impact resistance (see 4, 8, 15)" and "Abrasion
resistance (see 4, 8, 16)."

Page 57, paragraph 3. 42, under "Test Requirements": Delete "Impact resistance (see 4, 8, 15)" and "Abrasion
resistance (see 4, 8, 16)."

Pages 58 and 59, paragraph 3. 43: Delete and substitute:

"3. 43  Type TTRS cable. –

CONSTRUCTION

First.    A standard conductor of bare, uncoated copper (see 3, 10), size 1(7).
Second.   A wall of polythene (see 3, 11, 4) to the diameter, and within the dimensional tolerances required
          to obtain the specified degree of performance as limited by the maximum overall diameter of the
          finished cable.
Third.    Two each insulated conductors shall be combined to form a pair.  They shall be twisted together
          with any lay necessary to obtained the specified mechanical and electrical characteristics.  One
          conductor in each pair shall be white or natural and its mate shall be a dark contrasting color
          each as blue or black.

Page 10
of 19 pages

REPRODUCED AT THE NATIONAL ARCHIVES



MIL-C-915A(SHIPS)
AMENDMENT - 8

| | |
|---|---|
| Fourth. | A braided shield of 0.005 or 0.0063 inch diameter bare or tinned copper wire (see 3. 11. 16. 6) on each pair. The braid angle shall be approximately 30 degrees. |
| Fifth. | An inner braid (see 3. 11. 16. 7) on each pair, treated with clear flame and moisture resistant compound to prevent fraying at cut ends incident to handling during installation. Color-coding (see 3.9. 9) shall be provided for each shielded pair. |
| Sixth. | The specified number of shielded pairs shall be cabled together with a left-hand lay. The length of lay shall be a suitable function of the pitch diameter of that layer, designed to meet the flexing endurance test on completed cable. Wherever practicable, the component pairs shall be cabled in a single layer, using, if necessary, a soft center core. A single pair shall not be used as a core for the cabled construction. Fillers (see 3. 11. 11. 3) shall be used if necessary to obtain circularity of cross section. |
| Seventh. | The cabled pairs shall be bound by a loose braid or fabric binder in such a manner as to permit sliding between the pairs themselves and between the pairs and the overall braid or binder when the cable is sharply and repeatedly bent and twisted. |
| Eighth. | An impervious sheath (see 3. 11. 28) of the thermoplastic type. |

TEST REQUIREMENTS

Flammability (see 4. 8. 10).
Water and air leakage (see 4. 8. 13).
Flexing endurance (see 4. 8. 14).
    1000 twisting and bending cycles at 75°C.
    500 twisting and bending cycles at minus 30°C.

ELECTRICAL TESTS

Conductor resistance (see 4. 8. 24) – 19. 3 ohms (max. ) per 1000 feet of cable at 25°C.
Insulation resistance (see 4. 8. 25) – 1000 megohms per 1000 feet (min. ).
Dielectric strength (see 4. 8. 19) – 5 minutes, 3000 volts r. m. c. conductor to mate and 1000 volts conductor to shield (min. ).
Capacitance (see 4. 8. 27) – 28 micromicrofarads per foot (max. ) at 25°C. and 1 megacycle.
Characteristic impedance (see 4. 8. 27) – 75 ohms (min. ), 90 ohms (max. ) at 25°C. and 1 megacycle.

| Type | Number of shielded pairs | Diameter over sheath |
|---|---|---|
| | | Inches |
| TTRS-2 | 2 | 0. 680 |
| TTRS-4 | 4 | . 740 |
| TTRS-6 | 6 | . 880 |
| TTRS-8 | 8 | . 990 |
| TTRS-10 | 10 | 1. 080 |
| TTRS-12 | 12 | 1. 100 |
| TTRS-16 | 16 | 1. 120 |

Page 80, paragraph 3. 44: Under "Construction", item "First", line 2, delete "(see 3. 11. 3. 2 and 3. 11. 5)" and substitute "(see 3. 11. 3 or 3. 11. 5)", and in item "Third", line 5, delete "(see 3. 11. 3) and substitute "(see 3. 11. 3 or 3. 11. 5)".

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 8

Page 81, paragraph 3.45: Delete and substitute:

"3. 45  Type JAS cable. -

## CONSTRUCTION

First.  Standard conductors of bare uncoated copper (see 3. 10 and following tabulation) with separator (see 3. 11. 14).

Second.  A wall of butyl rubber (see 3. 11. 5).

Third.  An inner braid (see 3. 11. 16. 2) on size 6(65).  A tape (see 3. 11. 16) or inner braid (see 3. 11. 16. 2) on size 250(6384) is not required but will be permitted at manufacturer's option.  Color coding, one conductor white and one conductor black of each size.

Fourth.  Two conductors of size 6(65) twisted with a maximum lay of 4 inches to form a pair with fillers (see 3. 11. 11. 3).  Two conductors of size 250(6384) laid parallel with the twisted pair in between in the geometric center.  Fillers of synthetic elastomer or polychloroprene shall be employed to fill all valley spaces and make a firm oval cross section.  At manufacturer's option, fillers may be an integral part of the sheath.

Fifth.  An open mesh reinforcement of type P cord in accordance with Specification MIL-S-572 over the conductor assembly.

Sixth.  A polychloroprene sheath (see 3. 11. 37).  Fillers and sheath material shall be readily removed from the completed cable without damage to the conductor insulation.

## TEST REQUIREMENTS

Flammability (see 4. 8. 10).

Bending endurance (see 4. 8. 14) - No electrical failures, broken conductors or physical damage during 1000 cycles flatwise room temperature bending only on 14-inch diameter mandrel.

## ELECTRICAL TESTS

Dielectric strength - 3000 volts 5 minutes (min.).

Insulation resistance, megohms per 1000 feet (min.) - 300 for size 6(65) and 100 for size 250(6384).

Conductor resistance, ohms (d. c.) per 1000 feet at 25°C. (max.) - 175 for 6(65) and 0.0460 for 250(6384).

| Type | Number of conductors | Conductors | | | | Insulation wall [1] | Sheath wall | Overall diameter (oval shape) |
|---|---|---|---|---|---|---|---|---|
| | | Strands per conductor | Size of strand | Conductor diameter | | | | |
| | | Minimum | Nominal | Nominal | | Minimum | Minimum | Maximum |
| | | | Inch | Inch | Inch | Inch | Inch | Inches |
| JAS-250 | 2 of 6(65) and | 65 | 0.010 | 0.097 | | 0.031 | 0.165 | 1. 360 minor and |
| | 2 of 250(6384) | 6384 | .006 | .713 | | .070 | | 2. 480 major |

[1] When the insulation is applied as a "D" shaped section to fit halves of the oval lay-up, the eccentricity requirement (see 3. 7. 4. 1) is waived."

Page 12
of 19 pages

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 8

Page 62, paragraph 3.46: Delete and substitute:

"3.46  Type PBTM cable. -

CONSTRUCTION

First.       One conductor of bare copper and one conductor of constantan (see 3. 6 and 3. 10).   Tempera-
             ture electromotive force relationships shall follow National Bureau of Standards Circular
             No. 561.  Any necessary joints shall be silver soldered in copper wire and welded in
             constantan wire.
Second.      A wall of synthetic resin insulation (see 3. 11. 2).
Third.       One copper and one constantan conductor twisted with a maximum lay of 3 inches to form a
             pair.
Fourth.      The specified number of twisted pairs cabled with a maximum lay of 10 inches in the outer
             layer.  Nonfibrous sealing-compound fillers in all valley spaces (see 3. 6).  Telephone
             circuit identification (see 3. 9. 7. 2).
Fifth.       An approved binder over the assembled pairs to form a round core.
Sixth.       An impervious sheath (see 3. 11. 18).
Seventh.     Braided metal armor (see 3. 11. 2) and paint (see 3. 11. 37).

TEST REQUIREMENTS

Cold bend (see 4. 8. 9)
Flammability (see 4. 8. 10)
Water and air leakage (see 4. 8. 12).
Electrical tests (see following table).
Watertightness (see Appendix I).

| Type | Num-ber of pairs | Conductors | | Diameter over insula-tion | | Diam-eter, overall | Dielec-tric strength | Conductor resistance (d. c.) per 1000 feet at 70°F. | Insulation resist-ance per 1000 feet | Cold bend mandrel diameter |
| | | Number of strands | Size of strands | Mini-mum | Maxi-mum | Mini-mum | | | | |
| | | | AWG | Inch | Inches | Inches | Volts | Loop, ohms | Megohms | Inches |
| PBTM-5 | 5 | 7 | 30 | 0.062 | 0.590 | | 1000 | 0.46 | 100 | 8 |
| PBTM-15 | 15 | 7 | 30 | .062 | .800 | .800 | 1000 | .46 | 100 | 10 |
| PBTM-30 | 30 | 7 | 30 | .062 | 1.090 | 1.090 | 1000 | .46 | 100 | 12 |

Page 63, paragraph 3.47:  Delete and substitute:

"3.47  Type DLT cable. --

CONSTRUCTION

First.       A stranded steel strength member conforming to Specification MIL-C-5424, 7 x 19 strand,
             5/32 inch in diameter, not preformed, insulated with 0.046 inch minimum wall (see 3. 7. 3) of
             50 percent natural rubber in accordance with the applicable requirements of Publica-
             tion ASTM D27-54T to a nominal diameter of 0. 258 inch.  The insulation shall fill all outer
             interstices of the steel strand.  This wall may be applied in one or two layers and shall be
             properly vulcanized so that the completed cable meets all test requirements.
Second.      A stranded conductor of coated copper, size 1-1/3(41) (see 3. 10), covered with a cotton separa-
             tor (see 3. 11. 15. 2) and insulated with 0.031 inch minimum wall (see 3. 7. 3 and prior to
             cabling) of 30 percent natural rubber in accordance with Publication ASTM D27-54T.  Cir-
             cuit identification (see 3. 9. 7).
Third.       Four insulated conductors shall be cabled in a close helix about the insulated strength member
             with a lay of approximately 0. 836 inch.  The insulated conductors shall be partially embedded
             in the relatively soft partially vulcanized insulation of the strength member.
Fourth.      A minimum 0. 031 inch belt (see 3. 7. 3) of butyl rubber (see 3. 11. 5) filling the outer inter-
             stices over the insulated conductor assembly.

Page 13
of 19 pages

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(SHIPS)
AMENDMENT-3 

Third: Cotton-neoprene-cotton (see 3. 11, 12, 3)..
Fourth: A reinforced-neoprene-sheath (see 3, 11, 17) having a minimum thickness (see 3. 7. 3) of 0. 078 inch bonded to the underlying butyl belt. The assembled components shall be so molded and vulcanized that the completed cable shall be one compact mass from which the individual conductors shall be readily separable without damage to the insulation. The overall diam-eter shall not exceed 0. 710 inch. Manufacturer's identification (see 3. 8) shall include molded marking (see 3. 8. 4) at intervals not greater than 25 feet, showing the cable type letter designation (type DLT), the manufacturer's name or trade mark, and the year of manufacture.

## LENGTH REQUIREMENT

Type DLT cable shall be delivered in nominal lengths of not less than 600 feet and not more than 630 feet. Except where authorized by the contracting agency, not more than 50 percent of the total footage of each lot offered for inspection may be accepted in random lengths of not less than 400 feet and not more than 420 feet or in random lengths of not less than 200 feet and not more than 210 feet. Combinations thereof of random lengths will be permitted. Other lengths are not suitable for the purpose.

## TEST REQUIREMENTS

Preproduction testing - Type DLT cable is not required to have approval as a qualified product (see 3. ) and 6. 3) prior to award. In lieu thereof, the manufacturer shall submit via the Govern-ment inspector to the Material Laboratory, New York Naval Shipyard, 200 feet of completed cable for preproduction testing. All of the following tests including those listed under inspection testing shall be met satisfactorily at the Material Laboratory prior to design approval by the inspector for the manufacturer to enter into production under the contract or order.

Water and air leakage (see 4. 8. 13) - No leakage at 550 pounds per square inch.
Flexing endurance (see 4. 8. 14) - 1000 bending cycles only on 3 inch mandrel at room temperature.
Breaking strength (see 4. 8. 28) - 2500 pounds minimum.
Endurance test - 500 cycles without conductor breakage or without electrical failures between conduc-tors or conductor to strength member. Cycle to consist of drawing specimen under alternate loads of 490 and 180 pounds tension back and forth once through 90 degrees around a 3 inch diameter pulley with a total travel of 18 inches in one direction.
Inspection testing - The following tests shall be performed at place of manufacture under supervision of the inspector.
    Lot acceptance inspection (see 4. 4).
    Physical and aging tests on conductor insulation and sheath (see 4. 5. 2).
    Flammability (see 4. 8. 10).
    Dielectric strength - 5 minutes, 2000 volts r. m. s. (min. ) between conductors and from conductor to ground (strength member and water bath).
    Insulation resistance - 200 megohms per 1000 feet (min. ).
    Conductor resistance - 17. 0 ohms per 1000 feet at 25°C. (max. ). ''

Page 65, paragraph 3. 49, after tabulation: Add ''The nominal length or unit ordering length for type MRI-D-1 is a 500-foot coil''.

Page 66, paragraph 3. 50: Delete and substitute:

''3. 50  Type TSP cable.

## CONSTRUCTION

First.   Conductors and ground wires of coated copper wires (see 3. 10 and following table).
Second. A wall of butyl rubber (see 3. 11. 5) on insulated conductors.
Third.  (a) A color-coded tape (see 3. 11. 18) or an inner braid (see 3. 11. 16) on each insulated conductor.
       (b) A green inner braid (see 3. 11. 16) on each uninsulated ground wire.

Page 14
of 19 pages

 

MIL-C-915A(SHIPS)
AMENDMENT - 8

Fourth. Three insulated conductors twisted together with a left-hand lay not greater than twenty times the pitch diameter. One ground wire shall be placed in each of the three valleys with sufficient fillers (see 3.11.11) to obtain a firm, well-rounded assembly. A compound-filled tape (see 3.11.16) over the conductor assembly.

Fifth. A polychloroprene sheath (see 3.11.17). Reinforcement (see 3.11.12.3) shall be applied under the sheath or approximately near the middle of the sheath thickness so as not to show as an overall surface marking.

## TEST REQUIREMENTS

Flammability (see 4.8.10).
Cold bend (see 4.8.9). No damage when bent two turns at -30°C. around mandrel with diameter twice that of specimen.
Electrical tests (see following table).

| Type | Conductors | | Insulation thickness | Sheath thickness | Overall diameter | Dielectric strength | Conductor resistance (d. c.) 1000 feet at 25°C. | Insulation resistance per 1000 feet |
| | Number | Stranding | | | | | | |
| | | | Minimum | Minimum | Maximum | Minimum | Maximum | Minimum |
| | | | Inch | Inch | Inches | Volts | Ohm | Megohms |
| TSP-42 | | | | | | | | |
| Insulated | 3 | 7x7/0.0292 | 0.125 | 0.173 | 1.87 | 11,500 | 0.272 | 400 |
| Uninsulated | 3 | 7x7/ .0184 | 0 | ----- | ---- | 0 | .674 | 0 |
| TSP-400 | | | | | | | | |
| Insulated | 3 | 37x7/ .0398 | 0.142 | 0.266 | 3.20 | 13,000 | .0284 | 250 |
| Uninsulated | 3 | 19x7/ .0316 | 0 | ----- | ---- | 0 | .0863 | 0 |

3.51 Workmanship. - The workmanship shall be first class in every respect and uniform throughout each lot of cable offered for delivery.

Page 69, paragraph 4.5.2.1.1: Add as items (g) and (h):

"(g) Induced voltage (see 4.8.20).
"(h) Watertightness (see Appendix IV."

Page 70, paragraph 4.6.2: Add "Thermoplastic flow (see 4.8.32)."

Page 71, paragraph 4.7.3: Add "Thermoplastic flow (see 4.8.32)."

Page 73, paragraph 4.8.3.2.1.5: Delete and substitute:

"4.8.1.2.1.5 Number of specimens. - Samples of insulation shall be removed from each conductor of cables comprising four or less conductors, and from five of the conductors selected from cables having more than four conductors. Five specimens of insulation shall be prepared from each of the conductors so selected. Five specimens shall be prepared from each sample of sheath compound selected for test. If

Page 16
of 19 pages

Case 4:07-cv-02824-SBA   Document 34-13   Filed 09/21/2007   Page 102 of 105
REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 8

the values taken from the first three specimens of each sample tested are all satisfactory, then the other two specimens need not be conducted. If one or more of the first three specimens fail, the remaining two specimens shall be tested and the physical property of the sample shall be considered to be the median of the results obtained from the five specimens.  The median value of the aged and unaged properties shall be used in calculating the deterioration."

Page 75, paragraph 4.8.8.1:  Delete and substitute:

"4.8.8.1  Specimen. -  The specimen shall be an 18-inch section of completed cable."

Page 75, paragraph 4.8.9.2, line 9:  Delete "cold bend test, or" and substitute "cold bend test, of".

Page 76, paragraph 4.8.9.3.2, line 2:  Delete types MHFF (see 3.30) and MHFA (see 3.23)" and substitute "type MHFF (see 3.30)".

Page 77, table XIV, column 1:  Delete reference to "PCOTP-4, SRI and SRIP", and after "FHOF", add "93P, T2P, T3P, DLT, JAS; DSS, TSS, FSS and MSS".

Page 79, table XVI:  Delete columns 2, 3 and 4.

Page 80, paragraph 4.8.12.1, lines 3 and 4:  Delete "and type MHFA (see 3.23) which are designated as control cables" and substitute "which is designated as control cable".

Pages 81 and 82, paragraph 4.8.14.3.2, tabulation, column 1: Line 1, add "TTRS-6"; line 2, add "TTRS-8"; line 3, add "TTRS-10, 12", and line 4, add "TTRS-15".

Page 86, paragraph 4.8.19.5.3, line 1:  Delete "types SRIE and" and substitute "type".

Page 87, table XVIII, column 3, line 3:  Delete "Thin-walled cables (see 1.2.2)".

Page 90, paragraph 4.8.29.1, line 1:  Delete "MCCS-8 and MCOS-8" and substitute "MCOS-5, MCOS-8 and MSS-6".

Page 90, paragraph 4.8.29.3.1, line 3:  Delete "between conductors at the open end" and substitute "across the 150 ohm resistor at either end."

Page 90, paragraph 4.8.29.3.2, line 1:  After "MCOS-8", add "and MSS-6" and in line 2, delete "between conductors at the open end" and substitute "across the 150 ohm resistor at either end".

Page 90, paragraph 4.8.29.4:  Delete.

Page 91, paragraph 4.8.31, line 4:  Delete "18" and substitute "6".

Page 91:  Add as paragraph 4.8.32:

"4.8.32  Thermoplastic flow test. -  A specimen of the completed cable with the ends prepared for electrical testing shall be wound for two turns around a mandrel having a diameter of 10 to 12 times the overall cable diameter.  The coiled specimens shall be placed in an air oven at 150°C. with a 60 cycle potential of 120 volts between each conductor and shield and 120 volts between each conductor and its mate."

Page 91, paragraph 5.1.1.1, tabulation:  Delete and substitute:

| "MRL-T-2-1/2 | MMDP-5 | SHOF-2 | DSS |
| SHFS-14 | DISP | DHOF-4 | TSS |
| DCOP-3 | TRSP | THOF-4 | FSS |
| TCOP-3 | FRSP | FHOF-3 | MSS" |

Page 18
of 18 pages

MIL-C-915A(SHIPS)
AMENDMENT - 8

Page 93, paragraph 5.3.4.2, tabulation: Delete and substitute:

| Year of manufacture | | Identifying color |
|---|---|---|
| "1955 | 1960 | White |
| 1956 | 1961 | Red |
| 1957 | 1962 | Green |
| 1958 | 1963 | Orange |
| 1959 | 1964 | Blue" |

Page 95, table XIX: Delete reference to types "SHFA, SHFP, DHFA, THFA, FHFA, MHFA, FCSF-220, HRI, HRIB, DSS, TSS, FSS and M33"

Page 95, table XIX: In column 4, under "TTOP", add "TSP and PETMP"; in column 6, opposite FHOF133, delete "3000" and substitute "600"; in column 7, under "DHOF", add "JAS" and under "THOF", add "TSP"

Page 95, table XIX: Add the following types:

| Designation | | Feet |
|---|---|---|
| Types | Sizes | Nominal |
| "SSF | 300 | "1100 |
| DLT | 4 | 615" |

Page 95, table XIX: Add the following footnotes:

"⁴See 3.12.
⁵See 3.47."

Page 95, table XX, between "Coil" and "Reel" insert:

| Type of package | Nominal length | Standard lengths | Random lengths | Remnant lengths | | Scrap lengths |
|---|---|---|---|---|---|---|
| | | | | Price reduction | | Not acceptable |
| | | No price reduction | No price reduction | 5 percent | 10 percent | |
| | Feet | Feet | Feet | Feet | Feet | Feet |
| "Coil | 600 | 660 to 540 | 539 to 180 | 179 to 120 | 119 to 60 | 59 to 0" |

Page 95, table XX, column 6, line 2: Delete "159 to 80" and substitute "59 to 60".

Page 17
of 19 pages

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915A(SHIPS)
AMENDMENT - 8

Page 97: Delete reference to types "DHFA, FCOTP-4, FHFA, MHFA, SHFA, SHFP, SH, SHB and THFA" and add the following types:

| Type | Individual specification sheet |
|------|--------------------------------|
| "DLT | S. 47 |
| JAS | S. 45 |
| PHTM | S. 46 |
| SGF | S. 12 |
| T3P | S. 60" |

Pages 101 and 102, appendix I: Delete and substitute:

## "APPENDIX I - WATERTIGHTNESS

10. Purpose. - The manufacturer shall endeavor to fill all types of watertight cable (see 3. 8) so that no water can be forced into or through the cable core, and so that the electrical characteristics of the cable are not affected, by exposure of the open ends to water under pressure. The quality of the watertight feature shall be judged by the total amount of water which leaks from the open free end of the specimen, when tested as specified herein.

20. Sampling. - One 5-foot specimen from every manufactured length (see 3. 3) of watertight cable shall be tested and the leakage found shall represent the watertight quality of the entire length from which the specimen is cut. After a specimen representing the manufactured length has been tested and the manufactured length is cut subsequently in two or more pieces for delivery under different contracts or to different destinations, specimens shall not be cut from the several pieces for additional watertightness tests unless specifically requested by the manufacturer. The value of specimen lengths consumed in retesting shall be borne by the manufacturer and shall not be included in the contract or order. In the event of retests, the last test only shall determine the relative acceptability of the material represented and the results of previous tests shall be disregarded.

30. Procedure. - One end of the 5-foot specimen shall be subjected to a continuous period of 8 hours to tap water under 25 pounds per square inch pressure. The method employed for applying the water pressure shall not constrict nor permit expansion of the specimen within the gland. Since different packing methods will influence the results, and because all plants must be judged on the same basis, all tests shall be made with a low-melting point (not exceeding 190°F.) metallic alloy packing material. No other method shall be employed without prior approval in writing by the bureau or agency concerned.

40. Permissible leakage. - The following tabulation shows several degrees of water leakage for each type and size of watertight cable. These values are based on an analysis of inspection tests data, and the values in column 1 are set at a low level which may be difficult to meet, unless manufacturers continue to cooperate in this development by discovering and introducing new refinements to improve watertight quality. Watertight quality is improved continuously in this manner. Eventually, zero leakage will be specified. Failure of a reasonable number of specimens to conform to the column 1 values is expected at the present stage of the development and is not considered as evidence of substandard material, but as evidence of the need for tighter quality control and care in processing.

REPRODUCED AT THE NATIONAL ARCHIVES

60.  Limits. - The following tabulation, and the explanatory notes thereto, constitute a part of this specification:

| All cable types with conductor sizes | Total water leakage during 6 hour test at 25 p.s.i. | |
| --- | --- | --- |
| | Column 1 | Column 2 |
| | No price reduction | 10 percent price reduction |
| | Cubic inches | Cubic inches |
| 9 and smaller | 1.0 or less | 1.1 or more |
| 14 to 40 incl. | 5.0 or less | 5.1 or more |
| 50 to 100 incl. | 10.0 or less | 10.1 or more |
| 125 to 300 incl. | 30.0 or less | 30.1 or more |
| 350 and larger | 80.0 or less | 80.1 or more |

Note 1. -  The water leakage reported for any specimen will determine whether the cable footage represented by that specimen comes within the limits of column 1 or column 2.

Note 2. -  Cable footage represented by specimens which do not exceed the leakage permitted in column 1 is acceptable at the contract price.

Note 3. -  Cable footage represented by specimens which exceed the leakage permitted in column 1 is acceptable under column 2 at a 10 percent reduction in the contract price for that footage, provided the watertight sealing compounds are found to be present as specified in 3. 6.

60.  Reports. -  The results of all tests and retests made at the plant under lot acceptance inspection shall be reported, together with the footage represented by each specimen, to the Bureau of Ships by the Government inspector.  The results of all tests made at the Material Laboratory, New York Naval Shipyard, shall be reported to the cognizant Government inspector with a copy to the Bureau of Ships. "

Preparing activity:
Navy - Bureau of Ships
(Project 6145-0027SI)