REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)
23 April 1965

SUPERSEDING
MIL-C-915A(SHIPS)
30 July 1952

## MILITARY SPECIFICATION

### CABLE, CORD AND WIRE, ELECTRICAL (SHIPBOARD USE)

All interested bureaus of the Department of the Navy concurred in the use of this specification.

1. SCOPE

1.1 Scope.- This specification covers electrical cable, cord, and wire for shipboard use (see 6.1 for ratings, characteristics, and applications). As distinguished by the type of insulation used, the general features of construction, and the service involved, electrical cables covered by this specification fall within the following general classifications: .

    Cables for nonflexing service.
    Cables for repeated flexing service.
    Wire, miscellaneous.

1.2 Classification.-

1.2.1 Cables for nonflexing service.- Cables for nonflexing service shall be of the following types, as specified (see 6.2):

1.2.1.1 Heat- and flame-resistant types.-

    Type SHFR    - Single, heat- and flame-resistant, radio.
    Type DHFR    - Double, heat- and flame-resistant, radio.
    Type THFR    - Triple, heat- and flame-resistant, radio.
    Type MDU     - Multiconductor, degaussing, unarmored.
    Type MDY     - Multiconductor, degaussing, steel tape armored.
    Type TTHFWA  - Twisted pair, telephone, heat- and flame-resistant, armored.
    Type PBTM    - Pyrometer, base, multiple pairs, unarmored.

1.2.1.2 Other types.-

    Type DSWS-4  - Double conductor, special purpose, shielded.
    Type DSS     - Double conductor, special purpose, shielded.
    Type TSS     - Three conductor, special purpose, shielded.
    Type FSS     - Four conductor, special purpose, shielded.
    Type 7SS     - Multiple conductor, special purpose, shielded.
    Type TSP     - Twisted pair, special purpose, plain.
    Type TTRSA   - Twisted shielded pair, radio, armored.
    Type DBSP    - Double, small boat, shielded, plain.
    Type TBSP    - Triple, small boat, shielded plain.
    Type FBSP    - Four, small boat, shielded plain.
    Type FCSF    - Four, combination, special purpose, flexible.
    Type MCSF    - Four, combination, special purpose, flexible.
    Type SDU     - Single, degaussing, unarmored.
    Type SSF     - Single, special purpose, flexible.

1.2.2 Cables for repeated flexing service.- Cables for repeated flexing service shall be of the following types, as specified (see 6.2):

1.2.2.1 Heat, flame, and oil-resistant types.-

    Type DCOP    - Double conductor, oil-resistant, portable.
    Type TCOP    - Triple conductor, oil-resistant, portable.

FSC 6145

Lehman Decl.

# Exhibit 13

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915E(NAVY)

| Type MHOF | - Multiconductor, heat- and flame-resistant, flexible. |
|---|---|
| Type TTOP | - Twisted pair, telephone, oil-resistant, portable. |
| Type MCOS | - Multiple conductor, oil-resistant, shielded. |
| Type MMOP | - Multiconductor, microphone, oil-resistant, portable. |
| Type SHOF | - Single, heat- and oil-resistant, flexible. |
| Type DHOF | - Double, heat- and oil-resistant, flexible. |
| Type THOF | - Triple, heat- and oil-resistant, flexible. |
| Type FHOF | - Four, heat- and oil-resistant, flexible. |
| Type T3P | - Triple-conductor, 3000-volt, portable. |

1.2.2.2  <u>Other types</u>.-

| Type TRF | - Tough rubber jacket, flexible. |
|---|---|
| Type TRXF | - Tough rubber jacket, extra flexible. |
| Type TTRS | - Twisted shielded pair, radio, flexible. |
| Type CVSF | - Combination, aircraft carrier, special purpose, flexible. |
| Type DLT | - Divers' lifeline and telephone cable. |
| Type JAS | - Jet aircraft servicing. |

1.2.3  <u>Miscellaneous</u>.-  Miscellaneous wire shall be as follows:

| Type MRI | - Multiconductor resin insulated. |
|---|---|

1.3  <u>Cable sizes</u>.-  The conductor size in thousands of circular mils, the number of conductors, or the number of twisted pairs in the wire or cable for each type shall be as indicated under detailed requirements by a numeral after the type letter designation.

2.  APPLICABLE DOCUMENTS

2.1  The following documents, of the issue in effect on date of invitation for bids or request for proposal, form a part of this specification to the extent specified herein:

SPECIFICATIONS

FEDERAL

| J-C-98 | - Cable and Wire, Insulated, Methods of Sampling and Testing. |
|---|---|
| L-P-390 | - Plastic, Molding Material, Polyethylene, Low and Medium Density. |
| QQ-R-175 | - Resistance Wire. |
| TT-P-320 | - Pigment, Aluminum; Powder and Paste, for Paint. |
| UU-P-271 | - Paper, Wrapping, Waterproofed Kraft. |
| PPP-B-576 | - Box, Wood, Cleated, Paper Overlaid. |
| PPP-B-585 | - Boxes, Wood, Wirebound. |
| PPP-B-591 | - Boxes, Fiberboard, Wood Cleated. |
| PPP-B-601 | - Boxes, Wood, Cleated-Plywood. |
| PPP-B-621 | - Boxes, Wood, Nailed and Lock-Corner. |
| PPP-B-636 | - Box, Fiberboard. |
| PPP-B-640 | - Boxes, Fiberboard, Corrugated, Triple Wall. |
| PPP-T-76 | - Tape, Pressure-Sensitive Adhesive, Paper, Water Resistant (For Carton Sealing). |

MILITARY

| MIL-C-17 | - Cables, Radio Frequency: Coaxial, Dual Coaxial, Twin Conductor and Twin Lead. |
|---|---|
| MIL-G-160 | - Grips, Cable (Naval Shipboard Use). |
| MIL-C-572 | - Cords, Yarns, and Monofilaments, Organic Synthetic Fiber. |
| MIL-I-631 | - Insulation, Electrical Synthetic Resin Composition, Non-rigid. |
| MIL-Y-1140 | - Yarn, Cord, Sleeving, Cloth, and Tape — Glass. |
| MIL-I-3053 | - Insulation, Electrical, Asbestos Fiber, Treated and Untreated. |
| MIL-C-5424 | - Cable, Steel (Corrosion-Resistant) Flexible, Preformed (for Aeronautical Use). |
| MIL-M-20693- | Plastic Molding Material, Polyamide (Nylon) Rigid. |

2

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

STANDARDS

MILITARY
MIL-STD-104 - Limits for Electrical Insulation Color.
MIL-STD-129 - Marking for Shipment and Storage.

DRAWINGS

BUREAU OF SHIPS
815-1197030  - Tubes, Stuffing, Steel, for Passing Electric Cables Through Pressureproof
BHDS, Submarines.

(Copies of specifications, standards, drawings, and publications required by suppliers in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

2.2  Other publications.-  The following documents form a part of this specification to the extent specified herein.  Unless otherwise indicated, the issue in effect on date of invitation for bids or request for proposal shall apply.

NATIONAL BUREAU OF STANDARDS

Circular NBS 431  - Lubricating Oil; General Information, Requirements and Methods of Test.
Circular 561     - Temperature Relationship of Thermocouple Wire.

(Application for copies should be addressed to National Bureau of Standards, Washington, D.C.)

DEPARTMENT OF COMMERCE

CS 227-59       - Polyethylene Film.

(Application for copies should be addressed to Superintendent of Documents, Government Printing Office, Washington, D.C. 20402.)

AMERICAN SOCIETY FOR TESTING MATERIALS

D353-58     - Specification for Natural Rubber Performance Insulation for Wire and
Cable, 60°C Operation.
D470-59T    - Methods of Testing Rubber and Thermoplastic Insulated Wire and Cable.
D752-62     - Specification for Heavy Duty Black Neoprene Sheath for Wire and Cable.

(Application for copies should be addressed to American Society For Testing Materials, 1916 Race Street, Philadelphia 3, Pennsylvania.)

AMERICAN STANDARDS ASSOCIATION

C8.15-1958     - Metallic and Associated Coverings for Insulated Cables, Requirements for.

(Application for copies should be addressed to American Standards Association, 10 East 40th Street, New York, N.Y.)

OFFICIAL CLASSIFICATION COMMITTEE

Uniform Freight Classification Rules

(Application for copies should be addressed to Official Classification Committee, 1 Park Avenue at 33rd Street, New York 16, New York.)

3

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

## 3. REQUIREMENTS

3.1 Qualification. -

3.1.1 The types SHFR, DHFR, THFR, TTRSA, TTHFWA, DSS, TSS, FSS, 7SS, TSP, MHOF, TTOP, MCOS, MMOP, TTRS, DHOF, THOF, FHOF, MCSF, FCSF, SDU, PBTM, and T3P electrical cables shall be products which have been tested, and passed the qualification tests specified herein, and have been listed on or approved for listing on the applicable qualified products list.

3.1.2 The types which are subject to qualification (see 3.1.1) are identified with the "approved sample" which was tested and on which the approval was based, and the manufacturer shall not change any of the component materials or the assembly of the components in completed cables offered for inspection under subsequent contracts or orders without first obtaining written approval for such modifications from the Bureau of Ships.

3.2 Preproduction sample, (Types DSWS-4, MDU, MDY, DLT and JAS). - Preproduction samples of the types DSWS-4, MDU, MDY, DLT or JAS cable shall be furnished for the preproduction inspection specified in 4.3.

3.3 Definitions of terms. - The definitions specified hereinafter apply to the technical terms, wherever such terms appear in this specification:

3.3.1 Conductor. - A conductor is a slender rod or filament of drawn metal of circular cross section or a group of such rods or filaments not insulated from one another, suitable for transmitting an electric current.

3.3.2 Stranded conductor. - A stranded conductor is a conductor composed of more than one filament.

3.3.3 Strand. - A strand is one of the filaments, or one of the stranded groups, of a stranded conductor.

3.3.4 Concentric lay. - A concentric lay conductor or cable is composed of a central core surrounded by one or more layers of helically wound strands or insulated conductors.

3.3.5 Bunched lay. - In a bunched lay conductor, the strands are twisted together in the same direction without regard to geometrical arrangement.

3.3.6 Rope lay. - In a rope lay conductor, the stranded members themselves may have either a bunched, concentric, or rope lay.

3.3.7 Direction of lay. - The direction of lay is the lateral direction, either right-hand or left-hand, in which a strand or insulated conductor passes over the top as it recedes from an observer looking along the axis of the conductor or cable. In unilay or unidirectional lay construction, all components are laid in the same direction instead of reversing the direction of alternate layers.

3.3.8 Length of lay. - The lay of the helically wound strand or insulated conductor is the axial length of one turn of the helix, usually expressed in inches or as a multiple of the pitch diameter.

3.3.9 Pitch diameter. - The pitch diameter is the mean diameter of the helix described by the strands or insulated conductors in any layer.

3.3.10 Elongation. - Elongation is the extension or increase in length produced by a tension load in a section of a test specimen between bench marks placed on it, and is either expressed as a percentage of the original length between bench marks or indicated by specifying a minimum distance between bench marks.

3.3.11 Circular mil. - A circular mil is a unit of area equal to 78.54 percent of a square mil. The cross-sectional area of a circle in circular mils is, therefore, equal to the square of its diameter in mils. A circular inch is equal to 1,000,000 circular mils.

3.3.12 Twisted pair. - A twisted pair is composed of two insulated conductors twisted together.

3.3.13 Shielded pair. - A shielded pair is a twisted pair over which a close braid of copper wire has been applied.

4

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

3.12.7.6 Varnished-cambric tape. - Used as a tape, the varnished cambric shall be of a suitable width, and so applied that samples taken from the completed cable shall meet the physical and electrical tests specified in 4.8.3. The nominal thickness of tape used shall be not less than 0.005 inch nor more than 0.013 inch, as may be most suitable for the type and size of cable in which used. The tension used in wrapping successive layers of tape around the conductor shall be such that all layers fit snugly and that there is no crinkling of the inner layers attributable to failures in applying or maintaining correct tension at all times.

3.12.7.7 Lap. - In general, and except where otherwise specifically required, the amount of lap used in applying the varnished cambric tape, and whether positive or negative, will be left to the discretion of the manufacturer.

3.12.7.8 Thin varnished cambric walls. - For thin walls of varnished cambric, particularly those of 0.048 inch thickness or less, or where used in combination with asbestos, the thickness of varnished cambric tape used shall be given special consideration. For such walls it is required that there be a multiplicity of tape layers, with the best possible distribution of joints, and hence improved structure as a dielectric. Unless otherwise specified or approved for a particular type and size of cable (see 3.13 to 3.40 inclusive), the tape thickness shall be such that at no point in the insulation shall there be less than three thicknesses of varnished cambric.

3.12.7.9 Alternates for varnished cambric. - Where varnished cambric is specified as a component of electrical cables, the use of the suitable alternate material will be permitted when satisfactory to the bureau or agency concerned. The suitability of such alternates shall be determined on the basis of tests specified in 4.2.

3.12.7.10 Effect of hot petrolatum. - After aging 15 minutes at 150°C. in hot petrolatum (see 4.8.3.3) and cooling to room temperature, the varnish coating on the tapes shall not be materially softer or more tacky than before being placed therein.

3.12.7.11 Dielectric strength. - The average dielectric strength of the varnished-cambric tapes (see 4.8.3.4), as removed from the completed cable, in terms of volts per mil of thickness at room temperature, shall be not less than 750 for single conductor cables and not less than 600 for multiple conductor cables.

3.12.7.12 Aging. - After 150 hours aging at 125°C. in an air oven (see 4.8.3.5) the varnish film on the tape shall show no evidence of cracking or peeling visible to the unaided eye, when bent around a mandrel 1/8 inch in diameter.

3.12.8 Lubricating compound for varnished-cambric insulation. -

3.12.8.1 Use. - A suitable compound shall be used for excluding air and moisture and for the lubrication of the varnished cambric insulation. It shall assure freedom from tearing or rupturing of the insulation when the completed cables are subject to the bending test (see 4.8.9).

3.12.8.2 General properties. - The compound shall be a mineral base, acid-free compound, which will not dry out, oxidize, or combine with the varnish on the cambric. The compound shall have no deleterious effect upon any other component material in the cable construction.

3.12.8.3 Amount used. - The amount of compound used shall be such that the completed cable will pass the drip test specified in 4.8.8. The outer layers of varnished cambric, in the larger size conductors especially, may be applied without added compound, provided the tape itself is sufficiently lubricated to allow free motion between the layers in bending of the cable.

3.12.9 Asbestos. -

3.12.9.1 All asbestos used in the construction of electrical cables shall be of a form, type, and class suitable for the particular purpose, and shall conform to the applicable requirements of MIL-I-3053. The composition and structure shall be such as will enable the completed cable to meet all specified test requirements.

18

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

3.12.9.2  Asbestos electrical insulating walls. - Asbestos electrical insulating walls shall consist of plain or reinforced asbestos applied either in treated or untreated form.  The asbestos shall be suitably applied and compressed about the conductor so as to provide a dense felted wall of circular cross sections, in which the conductor is well centered.  Such insulating walls are normally to be employed in combination with walls of insulating material of high dielectric strength such as synthetic resin or varnished cambric.  Asbestos for this application shall conform to class 2 or 4 of MIL-I-3053.

3.12.9.3  Asbestos heat and flame-resistant walls. -  The asbestos for the wall or beltings applied about two or more individually insulated conductors, which have been cabled together, shall consist of plain or reinforced asbestos, applied either as treated or untreated.  The asbestos shall be suitably applied and compressed about the cable core so as to provide a dense felted wall of circular cross section in which the cable core is well centered.  Asbestos for this application shall conform to class 4 or 6 of MIL-I-3053.  The thickness of this felted wall shall be such as to permit strict adherence of the completed cable with the specified overall dimensions.

3.12.9.4  Impregnation. - The asbestos over the individually insulated conductor (or conductors) and over the cable core shall be thoroughly impregnated with a moisture and flame-retardant insulating compound in such a manner as to fill all interstices and make the insulation one homogeneous structure.  The compound used to saturate the asbestos shall consist of suitable high grade ingredient and shall retain its initial qualities during the normal service life of the cable.  The compound shall develop no injurious chemical action within itself or with any other of the component parts of the completed cable.  The compound shall not drip from the completed cable when tested as specified in 4.8.8.

3.12.9.5  Asbestos fillers. - Fillers shall meet the requirements of 3.12.11.

3.12.10  Glass fiber. -

3.12.10.1  All glass fibers used in the construction of electrical cables shall be of a class and form suitable for the particular purpose, and shall conform to the applicable requirements of MIL-Y-1140.

3.12.10.2  Admixtures. - Where glass fiber insulation is specified as such, it shall not be used in a direct combination or mixture with any organic fabric or textile material, that is, glass fiber rovings, yarn, tape, cloth, braid, cord, bonded mat, or other form of glass fibrous material, and shall not be part cotton, part silk, part linen, and so forth, unless otherwise specifically permitted or required in 3.13 to 3.40 inclusive.

3.12.10.3  Glass fiber servings. - Servings shall be of multiple wound continuous fiber yarn, size 900-2/2 or the approximate equivalent, except where otherwise specified or approved by the bureau or agency concerned.

3.12.10.4  Glass fiber braids. - The yarn for glass fiber braids shall be the appropriate size of either staple or continuous fiber yarn conforming to MIL-Y-1140.  The braid angle, weave and thickness shall be as specified in 3.12.16.

3.12.10.5  Glass fiber electrical insulating walls. - Glass fiber electrical insulating walls shall consist of staple, fiber roving or condensed sliver suitably applied and compressed about the conductor so as to provide a dense wall of circular cross section in which the conductor is well centered.  Such electrical insulating walls are normally to be employed in combination with walls of insulating materials of high dielectric strength, such as synthetic resin or varnished cambric.

3.12.10.6  Glass fiber heat and flame-resistant walls. - The glass fiber for walls or beltings applied about two or more individually insulated conductors, which have been cabled together, shall consist of staple fiber roving or a condensed sliver.  The glass fiber shall be suitably applied and compressed about the cable core so as to provide a dense wall of circular cross section in which the cable core is well centered.  The thickness of the felted wall shall be such as to permit strict adherence of the completed cable with the specified overall dimensions.

3.12.10.7  Impregnation. - The glass fiber over the individually insulated conductor (or conductors), including braids, and over the cable core shall be thoroughly impregnated with a moisture and flame retardant insulating compound in such a manner as to fill all interstices, and make the insulation one homogeneous

19

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

structure.  The compound used to saturate the glass fibers shall consist of suitable high grade ingredients and shall retain its initial qualities during the normal service life of the cable.  The compound shall develop no injurious chemical action within itself or with any other of the component parts of the completed cable.  The compound shall not drip from the completed cable under the test conditions specified in 4.8.8.

3.12.10.8  Glass fiber fillers. - Fillers shall meet the requirements of 3.12.11.

3.12.10.9  Glass fiber impervious sheath reinforcement. - Where glass fiber is used as a heat and flame-resistant textile reinforcement in the impervious sheath construction for cables (see 3.12.18), it shall be of either staple or continuous fiber yarn.

3.12.11  Fillers. -

3.12.11.1  Except where otherwise specified, filler material shall be cotton, jute, synthetic fibers, glass fibers, or asbestos.  Filler material shall be of long fiber and shall be free from defects, dirt, knots, and lumps.  Dry or untreated fillers shall not be used.

3.12.11.2  For heat and flame-resistant cable types.-

3.12.11.2.1  Asbestos or glass fibers, pre-impregnated with suitable moisture and flame-retardant insulating compounds, shall be used in conjunction with the approved watertight core sealing compounds as fillers for heat and flame-resistant cables (see 1.2.1.1).  Fibrous fillers may be omitted at the manufac-turer's option, only from cables having three or more conductors of standard size 3(7) or smaller, provided the required firmness of core is retained with the sealing compound alone.  For the larger size cables, the asbestos or glass fibers shall occupy not less than 50 percent of the total valley space so as to provide a firm, well-rounded assembly as specified in the detail requirements.

3.12.11.2.2  Asbestos. - Where asbestos is employed as heat-and flame-resistant fillers, it shall conform to the applicable requirements for class 4 or class 6 of MIL-I-3053.

3.12.11.2.3  Glass fiber. - Where glass fiber is employed as heat and flame-resistant fillers it shall be of staple rovings and condensed sliver, and shall conform to the applicable requirements of MIL-Y-1140.

3.12.11.2.4  Filler impregnation. -  The moisture and flame-retardant impregnating compound shall consist of high grade insulating ingredients which retain their initial qualities during the normal service life of the cable.  The compound shall develop no injurious chemical action within itself, or with any other of the component parts of the completed cable.  Except in flexible cables, the fillers shall be compacted and thoroughly impregnated in such a manner as to completely fill all interstices of the core and make the fillers one homogeneous structure.  The amount of compound shall be not less than 10 percent of the weight of the saturated filler.  In no case shall the compound from the fillers drip from the completed cable under the test conditions specified in 4.8.8.

3.12.11.3  For other cable types. -  Fillers used in all multiple conductor cables (see 1.2.1.2 and 1.2.2), except heat-and flame-resistant types (see 1.2.1.1), shall be of cotton, jute, glass, or asbestos treated with a moisture-resistant compound.  The amount of compound shall be not less than 10 percent of the weight of the saturated fillers.

3.12.12  Cotton. -

3.12.12.1  All cotton used shall be clean, dry, and free from all foreign matter deleterious to the insulating qualities.

3.12.12.2  Separator. - Where a serving of cotton is used as a separator around a copper conductor, a minimum No. 60 single-ply cotton yarn shall be applied with full coverage.

3.12.12.3  Reinforcement. - Cotton used for reinforcing the sheath of cables intended for repeated flexing service shall be multiple ends of seine twine, hawser cord, or heavy cabled cotton yarn of a size most suitable for the particular construction in which used.  Alternate reinforcement may be used only when satisfactory to the bureau or agency concerned.

20

Case 4:07-cv-02824-SBA     Document 34-14     Filed 09/21/2007     Page 8 of 39

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

3.12.21  Paint. -

3.12.21.1  Where specified (see 3.13 to 3.40, inclusive), braided metal armored cables shall be suitably coated with aluminum paint.

3.12.21.2  Aluminum paint. - Aluminum paint shall consist of aluminum pigment (paste form) conforming to TT-P-320, in a suitable vehicle of the synthetic resinuous (phenol-formaldehyde or glyceride) type designed for good penetration, high bonding power, resistance to water and to oil, and with flexibility at temperatures up to 100°C.

3.12.21.3  Application. - Painting shall be done as soon as practicable after completion of prior manufacturing operations so as to prevent accumulation of dirt, moisture, and foreign matter on the braid or in the interstices. The paint shall be properly dried and shall not be tacky. The painting shall be done preferably by the immersion method so as to fill in all interstices in the outer cable surface. The paint finish shall provide a relatively smooth overall coating that will facilitate making watertight glands with Navy standard stuffing tubes and approved packing. It shall be flexible and adhere firmly so that it will not crack, peel, or flake off under the cold bend (see 4.8.9) and the heat endurance (see 4.8.12) tests.

3.12.22  End seals. -

3.12.22.1  All types and sizes of cable specified herein, except miscellaneous wires (see 1.2.4), shall have both ends of every shipping length provided with a seal to prevent the entrance of moisture. The end seals shall be constructed as shown on figure 1, unless specific approval is given to the manufacturer for the use of an alternate method. Approval of alternate methods shall be granted only after qualification tests (see 4.2), and when the design is considered to be such that uniformly satisfactory sealing will be obtained in routine factory applications. Having once fixed upon a given design of end seal and having received qualification, the manufacturer shall adhere strictly under subsequent deliveries of cable to the construction so tested and approved.

3.12.22.2  Watertightness. - The end seal shall be of such composition and shall be applied in such manner as to prevent the entrance of water into the cable under an externally applied pressure. A sample of the completed cable except watertight cables with end seal in place shall withstand, without leakage, the water and air leakage test specified in 4.8.13.

3.12.23  Natural rubber. - Unless specifically authorized by the Bureau of Ships or as specified herein, the use of natural rubber either as a component of electric cables or as a component of end seals will not be permitted.

3.12.24  Metal splices. - In process, metal to metal splices are not permitted.

3.13  Type SHFR, DHFR and THFR cable (for 3,000 volt service). -

Construction

First     - A standard conductor of bare, uncoated copper (see 3.11).
Second    - A wall of synthetic resin insulation (see 3.12.2).
Third     - With or without separator (see 3.12.14) at manufacturer's option.
Fourth    - A wall of varnished-cambric insulation (see 3.12.7).
Fifth     - A separator (see 3.12.14).
Sixth     - A wall of felted asbestos (see 3.12.9) or glass fiber (see 3.12.10) with or without separator (see 3.12.14) on SHFR at manufacturer's option.
Seventh   - Conductors of DHFR and THFR shall be twisted together with a lay not greater than 24 times the pitch diameter. Fillers (see 3.12.11) shall be employed to obtain a firm, well-rounded assembly.
Eighth    - A wall of felted asbestos (see 3.12.9) or glass fiber (see 3.12.10).
Ninth     - With or without separator (see 3.12.14) at manufacturer's option.
Tenth     - An impervious sheath (see 3.12.18).
Eleventh  - Braided metal armor (see 3.12.20).
Twelfth   - Paint (see 3.12.21).

26

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

### Test Requirements

| Group A | Requirements |
|---|---|
| Visual and dimensional (see 4.7) | |
| Dielectric strength (see 4.8.19) | See table XIII |
| Conductor resistance (see 4.8.24) | See table XIII |
| Insulation resistance | See table XIII |
| Watertightness (see Appendix) | |
| Cubic inches in 6 hours | 1 |

| Group B | Requirements |
|---|---|
| Cold bend (see 4.8.9 and table XIII) | |
| Insulation (see 3.12.2) | |
| Tensile - p.s.i., minimum | 1800 |
| Elongation - Percent, minimum | 125 |
| Sheath (see 3.12.18) | |
| Tensile - p.s.i., minimum | 1800 |
| Elongation - Percent, minimum | 225 |
| Set - Inches, maximum | 30/64 |

| Group C | Requirements |
|---|---|
| Flammability (see 4.8.10) | (See 4.8.10.3) |
| Insulation (see 3.12.2.1.4) | |
| Elongation - Percent of original value, minimum | 80 |
| Sheath (see 3.12.18.5) | |
| Tensile p.s.i., minimum | 1800 |
| Elongation - Percent, minimum | 50 |
| Conductors (see 4.8.21) | |

Table XIII - Types SHFR, DHFR, and THFR cable.

| Type | Standard copper conductor | Number of conductors | Over synthetic resin Minimum | Over varnished cambric | Over first asbestos or glass | Overall | Dielectric strength (see 4.8.19) | Conductor resistance (d.c.) per 1000 feet at 25°C (see 4.8.24) Bare Maximum | Insulation resistance 1000 feet (see 4.8.25) Minimum | Cold bend mandrel diameter (see 4.8.9) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Inch | Inch | Inch | Inch | Volts | Ohms | Megohms | Inches |
| SHFR-4 | 4(7) | 1 | 0.115 | 0.185 | 0.247 | 0.540 | 8000 | 2.46 | 300 | 7 |
| DHFR-4 | 4(7) | 2 | .115 | .185 | .247 | .844 | 8000 | 2.50 | 400 | 10 |
| THFR-4 | 4(7) | 3 | .115 | .185 | .247 | .883 | 8000 | 2.50 | 400 | 11 |

27

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

3.21 Type TTRSA cable. -

## Construction

First - A standard conductor of bare or tinned copper (see 3.11) size 1(7).
Second - A wall of polythene (see 3.12.5) to the diameter and within the dimensional tolerances necessary to comply with all performance test requirements and overall diameter of the completed cable. A thin jacket of suitable clear polyamide insulating material conforming to type III, grade E of MIL-M-20693 shall be applied over the polythene.
Third - Two such insulated conductors twisted together with maximum lay of 2-1/2 inches to form a balanced pair. One conductor in each pair shall be white or natural, and its mate shall be a dark contrasting color such as blue or black.
Fourth - A braided shield of 0.005 or 0.0063-inch diameter bare or tinned copper wire (see 3.12.16.6) on each pair. The braid angle shall be approximately 30 degrees.
Fifth - Shield insulation of one white polyester tape (conforming to type G, form T of MIL-I-631) applied helically with overlap and covered with a nominal 3 mil thickness of extruded clear polyamide conforming to type III, grade E of MIL-M-20693. Serial printing on the tape under the polyamide jacket at 3-inch maximum intervals shall be black or red on a colored white or gray background. Alternate legends shall be inverted; for example:

10 ORANGE BLACK BLACK ORANGE 01

The printing shall be legible without removal of the polyamide jacket. Color coding (see 3.10.7) shall be provided in sequence for each shielded pair.
Sixth - The specified number of shielded pairs cabled together with a lay not exceeding 14 inches. Fillers (see 3.12.11) shall be employed, where necessary, to obtain a firm, well rounded assembly.
Seventh - A wall of felted asbestos (see 3.12.9) or glass fiber (see 3.12.10) over the assembly of pairs.
Eighth - An impervious sheath (see 3.12.18).
Ninth - Braided metal armor (see 3.12.20).
Tenth - Paint (see 3.12.21).

## Test Requirement

| Group A | Requirements |
|---|---|
| Visual and dimensional (see 4.7) | |
| Dielectric strength (see 4.8.19) | See table XX |
| Conductor resistance (see 4.8.24) | See table XX |
| Insulation resistance (see 4.8.25) | |
| Megohms per 1000 feet minimum | 1000 |
| Capacitance (see 4.8.27.3) | |
| Picofarads, maximum, per foot at 25°C. and 1 megacycle per second (mc./s) | 28 |
| Impedance (4.8.27) Ohms, maximum at 25°C. and 1 mc/s. | 75 ± 5 |
| Capacitance unbalance (see 4.8.32) percent, maximum | 10 |

| Group B | Requirements |
|---|---|
| Cold bend (see 4.8.9 and table XX) | |
| Insulation (see 3.12.5) | |
| Tensile - P.s.i., minimum | 1400 |
| Elongation - Percent, minimum | 300 |
| Sheath (see 3.12.18) | |
| Tensile - P.s.i., minimum | 1800 |
| Elongation - Percent, minimum | 225 |
| Set - Inch, maximum | 30/64 |

38

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

Test Requirements (Cont'd)

| Group C | Requirements |
|---|---|
| Sheath (see 3.12.17.4 and 3.12.17.5 or 3.12.18.5) | |
|   Tensile - Percent of original value, minimum | 65 |
|   Elongation - Percent of original value, minimum | 65 |
|   Tensile - P.s.i., minimum | 1800 |
|   Elongation - Percent, minimum | 50 |
| Conductor (see 4.8.21) | |

Table XXVI - Type DCOP and TCOP cable.

| Type | Standard copper conductor | Insulation thickness | | Lay of conductors | | Overall diameter | | Dielectric strength (see 4.8.19) | Conductor resistance (d.c.) per 1000 feet at 25°C. (see 4.8.24) | Insulation resistance per 1000 feet (see 4.8.25). |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Minimum | Maximum | Minimum | Maximum | Minimum | Maximum | Minimum | Maximum | Minimum |
| | | Inch | Inches | Inch | Inch | Inch | Inch | Volts | Ohms | Megohms |
| DCOP-1 | 1(10) | 0.015 | | 1 | | 0.235 | 0.250 | 1000 | 11.60 | 100 |
| DCOP-1-1/2 | 1-1/2(16) | .015 | | 3/8 | | .300 | .315 | 1500 | 13.10 | 100 |
| DCOP-2 | 1-1/2(16) | .015 | | 2 | | .310 | .330 | 1500 | 7.22 | 100 |
| TCOP-2 | 1-1/2(16) | .015 | | 2 | | .325 | .345 | 1500 | 7.22 | 100 |

3.28  Type MHOF cable.-

Construction

First - The standard conductor size 2-1/2 (19) of bare, uncoated copper (see 3.11).
Second - A wall of synthetic resin insulation (see 3.12.2) to a diameter of 0.092 inch, minimum.
Third - Printed circuit identification (see 3.10.5).
Fourth - The specified number of conductors shall be cabled together in one or more layers, all in a left-hand direction, with a minimum amount of asbestos or glass fiber fillers (see 3.12.11) in the interstices between conductors. The length of lay of the first and successive layers shall be a suitable function of the pitch diameter of that layer, designed to meet the flexing endurance test on the completed cable. The conductors may be laid around a central core of asbestos or glass fiber (see 3.12.11). A single conductor shall not be used as a center for the cable core.
Fifth - An approved binder over the conductor assembly.
Sixth - An impervious sheath (see 3.12.18) of the thermoplastic type. The minimum sheath thickness shall be not less than 0.060 inch.

Test Requirements

| Group A | Requirements |
|---|---|
| Visual and dimensional (see 4.7) | |
| Dielectric strength (4.8.19) | See table XXVII |
| Conductor resistance (4.8.24) | See table XXVII |
| Insulation resistance (4.8.25) | See table XXVII |

47

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

## Construction (Cont'd)

Third - With or without an inner braid (see 3.10.4), at manufacturer's option suitably treated to prevent fraying and to provide adequate resistance to abrasion due to flexing of the cable. Color coding of this covering is required unless accomplished under the Second step.

Fourth - Two conductors shall be twisted together with a suitable lay to form a twisted pair with color-coded insulation (see 3.10.7.2)

Fifth - The specified number of twisted pairs shall be cabled together in one or more layers all in a left-hand direction. The length of lay of the first and successive layers shall be suitable function of the pitch diameter of that layer, and shall be designed to meet the flexing endurance test on completed cable. Circularity to cross section shall be obtained by the use of a minimum amount of asbestos or glass fiber fillers (see 3.12.11) lightly impregnated. A single pair shall not be used as a center for the cable core.

Sixth - An approved binder over the assembled pairs.

Seventh - An impervious sheath (see 3.12.18) of the thermoplastic type. The minimum sheath thickness shall be not less than 0.060 inch.

## Test Requirements

| Group A | Requirements |
|---|---|
| Visual and dimensional (see 4.7) | |
| Dielectric strength (see 4.8.19) | See table XXVIII |
| Conductor resistance (see 4.8.24) | See table XXVIII |
| Insulation resistance (see 4.8.25) | See table XXVIII |

| Group B | Requirements |
|---|---|
| Flexing endurance (see 4.8.14) | |
|   Twisting and bending cycles at 75°C. minimum | 1000 |
|   Twisting and bending cycles at -30°C. minimum | 500 |
| Insulation (see 3.12.2) | |
|   Tensile - P.s.i., minimum | 1800 |
|   Elongation - Percent, minimum | 125 |
| Sheath (see 3.12.18) | |
|   Tensile - P.s.i., minimum | 1800 |
|   Elongation - Percent, minimum | 225 |
|   Set - Inch, maximum | 30/64 |

| Group C | Requirements |
|---|---|
| Flammability (see 4.8.10) | See 4.8.10.3 |
| Insulation (see 3.12.2.1.4) | |
|   Elongation - Percent of original value, minimum | 80 |
| Sheath (see 3.12.18.5) | |
|   Tensile - P.s.i., minimum | 1800 |
|   Elongation - Percent, minimum | 50 |
| Conductors (see 4.8.21) | |

49

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

4.  QUALITY ASSURANCE PROVISIONS

4.1  Responsibility for inspection.- Unless otherwise specified in the contract or purchase order, the supplier is responsible for the performance of all inspection requirements as specified herein.  Except as otherwise specified, the supplier may utilize his own facilities or any commercial laboratory acceptable to the Government.  The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

4.1.1  The supplier shall provide and maintain a Quality Control System which meets the requirements specified in Appendix II.

4.2  Qualification tests [1]/- (Types SHFR, DHFR, THFR, TTRSA, TTHFWA, DSS, TSS, FSS, 7SS, TSP, MHOF, TTOP, MCOS, MMOP, TTRS, DHOF, THOF, FHOF, MCSF, FCSF, SDU, PBTM and T3P.)  Qualification tests shall be conducted at a laboratory satisfactory to the Bureau of Ships.  Qualification tests shall consist of the tests specified in 4.2.1.

4.2.1  List of qualification tests.- The following tests, as applicable to the particular types of cable, shall be conducted:

Visual and dimensional examination (see 4.7).
Synthetic resin, synthetic rubber, butyl rubber and polythene, and polychloroprene (see 4.8.1).
Chemical analysis (see 4.8.2).
Varnished cambric (see 4.8.3).
Asbestos (see 4.8.4).
Glass (see 4.8.5).
Impervious sheath (see 4.8.6).
Metal armor (see 4.8.7).
Drip (see 4.8.8).
Cold bend (see 4.8.9).
Flammability (see 4.8.10).
Heat endurance (see 4.8.12).
Water and air leakage (see 4.8.13).
Flexing endurance (see 4.8.14).
Impact resistance (see 4.8.15).
Abrasion resistance (see 4.8.16).
Pressure cycling (see 4.8.31.2).
Hot oil test (see 4.8.17).
Oil, water and chemical resistance (see 4.8.18).
Dielectric tests (see 4.8.19).
Cable tension test (see 4.8.20).
Tensile strength and elongation, conductors (see 4.8.21).
Coating metallic (see 4.8.22).
Tensile strength, elongation set and aging, insulation and sheath (see 4.8.23).
Conductor resistance (see 4.8.24).
Insulation resistance (see 4.8.25). [2]/
Flame retardance (see 4.8.26).
Capacitance and characteristic impedance (see 4.8.27).
Capacitance unbalance (see 4.8.32).
Breaking strength (see 4.8.28).
Induced voltage (see 4.8.29).
Heat shock (see 4.8.30).
Hydrostatic test (see 4.8.31).
Thermoplastic flow (see 4.8.11).
Watertightness (see Appendix I).

[1]/  Application for qualification tests shall be made in accordance with "Provisions Governing Qualification" (see 6.4.1).
[2]/  To qualify DSS, FSS, TSS, and 7SS cables the contractor shall conduct and submit test data via the Government inspector for approval of Bureau of Ships showing that the proposed cable design retains the insulation resistance values during 90 days submergence in tap water.

66

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

4.3  Preproduction inspection (Types MDU, MDY, DLT, JAS, DSWS-4).- These cable types shall be subjected to and pass the preproduction tests of 4.3.1. Cables subject to preproduction approval, when specified in the detail requirements, shall be products for which reports of preproduction inspection have been submitted to the bureau or agency concerned via the Government Inspector's Office and found acceptable. These cables are identified with the "approval construction" which was inspected and on which the approval was based. The manufacturer shall not change any of the component materials or the assembly of the components in completed cables offered for delivery without first obtaining written approval for such modification from the bureau or agency concerned.

4.3.1  Preproduction tests.- The MDU, MDY, DLT, JAS and DSWS-4 cables, shall be subjected to the following examination and tests as applicable:

> Visual and dimensional (see 4.7).
> Synthetic resin, synthetic rubber, butyl rubber and polythene (see 4.8.1).
> Chemical analysis (see 4.8.2).
> Varnished cambric as removed from completed cable (see 4.8.3).
> Asbestos (see 4.8.4).
> Glass (see 4.8.5).
> Impervious sheath (see 4.8.6).
> Metal armor (see 4.8.7).
> Drip (see 4.8.8).
> Cold bend (see 4.8.9).
> Flammability (see 4.8.10).
> Thermoplastic flow (see 4.8.11).
> Heat endurance (see 4.8.12).
> Water and air leakage (see 4.8.13).
> Flexing endurance (see 4.8.14).
> Impact resistance (see 4.8.15).
> Abrasion resistance (see 4.8.16).
> Hot oil test (see 4.8.17).
> Oil, water, and chemical resistance (see 4.8.18).
> Dielectric tests (see 4.8.19).
> Cable tension (see 4.8.20).
> Tensile strength and elongation, conductors (see 4.8.21).
> Coating, metallic (see 4.8.22).
> Tensile strength, elongation set and aging insulation and sheath (see 4.8.23).
> Conductor resistance (see 4.8.24).
> Insulation resistance (see 4.8.25).
> Flame retardance (see 4.8.26).
> Capacitance and characteristic impedance (see 4.8.27).
> Breaking strength (see 4.8.28).
> Induced voltage (see 4.8.29).
> Heat shock (see 4.8.30).
> Hydrostatic test (see 4.8.31).
> Capacitance, unbalance (see 4.8.32).
> Watertightness (see Appendix I).
> Endurance (see 4.8.33).

4.4  Sampling for quality conformance inspection.-

4.4.1  Lot.- A lot of completed wire, cord, and cable shall consist of the total number of units of product (see 4.4.2) of completed wire and cable of any one type, size, and composition manufactured under essentially the same conditions and offered for delivery at one time.

4.4.2  Unit of product.- The unit of product is defined as the standard lengths of cable (see 6.2.1 except as noted herein) having the same type designation and size, whether that length be part of a coil, or reel, or consists of one or more coils, or reels containing standard, remnant or random lengths.

> NOTE 1 - The unit of product of cable put up in coils of 500 feet will be 5000 feet or less.
> NOTE 2 - The unit of product of cable size 200 or over will be 1000 feet or less.

67

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

4.4.3 Sample.- A sample is one or more units of product drawn from a lot.

4.4.4 Specimen.- A specimen is an individual piece of cable or a component of cable taken from a sample.

4.4.5 Defective unit.- Failure in any test shall constitute a defect. If, however, the sample fails more than one test in any test group, it shall be counted as only one defective unit.

4.4.6 Selection of samples.- The number of samples required shall be chosen without regard to quality by selecting coils or reels.

4.4.6.1 Completed wire or cable.- The contractor shall remove and dispose of nonconforming starting and finishing ends to insure that samples are representative of the completed product to be offered for delivery.

4.4.6.2 Copper wires or conductors.- Sample sections of individual wires or stranded conductor shall be selected in such a manner as to be representative of the material to be used in the completed wire, cord or cable.

4.4.6.3 Number of samples.-

4.4.6.3.1 Group A.- Samples shall be selected for group A examination and tests in accordance with table XXXVIII.

Table XXXVII - Sampling for group A examination and tests.

| Number of units of product in lot | Number of samples | Acceptance number defectives | Rejection number defectives |
|---|---|---|---|
| 10 or under | 2 | 0 | 1 |
| 11 to 30 | 3 | 0 | 1 |
| 31 to 90 | 7 | 0 | 1 |
| 91 to 210 | 15 | 1 | 2 |
| 211 or over | 25 | 2 | 3 |

4.4.6.3.2 Group B.- Samples for group B tests shall be selected in accordance with table XXXIX.

Table XXXIX - Sampling for group B tests.

| Units of product | Number of samples | Acceptance number defectives | Rejection number defectives |
|---|---|---|---|
| 30 or under | 2 | 0 | 1 |
| 31 to 90 | 3 | 0 | 1 |
| 91 to 210 | 4 | 0 | 1 |
| 211 and over | 5 | 0 | 1 |

4.4.6.3.3 Group C.- Sample units shall be selected from the first lot of each type, size, and composition offered for delivery. Thenceforth, sample units shall be selected from each 2-months production of one type, size, and composition in accordance with table XL. No failures will be permitted for group C tests.

68

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

Table XL - Sampling for group C tests.

| Two months production (units of product) | Number of samples |
|---|---|
| 8 or under | 1 |
| 9 to 30 | 2 |
| 31 to 80 | 4 |
| 81 to 130 | 5 |
| 181 to 240 | 6 |

4.4.6.3.4  If the number of defective units in a lot is found to exceed the acceptance number defective in tables XXXVIII and XXXIX, the entire lot shall be rejected.  The manufacturer shall have the option of re-working the rejected lot, and after removing all nonconforming lengths which cannot be made to conform, re-inspect it under tightened sampling shown in table XLI.

Table XLI - Tightened sampling.

| Number of units of product in lot | Number of samples | Acceptance number defectives | Rejection number defectives |
|---|---|---|---|
| 10 or under | 3 | 0 | 1 |
| 11 to 30 | 5 | 0 | 1 |
| 31 to 90 | 9 | 0 | 1 |
| 91 to 210 | 15 | 0 | 1 |

4.4.6.3.5  Only cables intended for Government end use shall employ a marker tape showing the Navy specification number.  Such cable which cannot be made to conform to the specification is not accepted by the Government shall have the marker tape removed or be painted red along its entire periphery and length, or cut into 10-foot lengths, maximum.  The contractor shall furnish evidence to the Government inspector of having taken this action.

4.4.6.4  Sampling for comparison inspection.- (Types SHFR, DHFR, THFR, TTHFWA, DSS, TSS, FSS, 7SS, TSP, TTRSA, MHOF, TTOP, MCOS, MMOP, DHOF, THOF, FHOF, TTRS, MCSF, FCSF, SDU, PBTM, T3P, DSW-4, MDU, MDY and DLT).

4.4.6.4.1  One or more lots.- A full sample shall be selected from the first lot of each type, size, and composition offered for delivery.  Thenceforth, comparison inspection samples shall be selected once every 2 months or from one of every five successive lots of the same type, size, and composition offered for delivery.  The method of selection which provides the more frequent sampling shall be used.

4.4.6.4.2  Less than one lot.- The provisions of 4.4.6.4.1 shall not apply to any item when the total quantity of that item is 2500 feet, or less, of any one type, size, or composition.

4.4.6.4.3  Action in case of failure.- If any of the samples representing a lot is found to fail one of the specified tests, the entire lot shall be rejected.  The manufacturer shall have the option of subjecting each reel length of rejected cable to the test or tests under which failure occurred.  After removing all lengths which cannot be made to conform, the lot may be resubmitted for inspection.  Acceptance of the first full or fractional lot of completed cable of each type and size shall be withheld pending receipt of a satisfactory report on comparison inspection when required (see 4.4.6.4).  After satisfactory completion of comparison inspection on the first lot of any item, action on the next four successive lots of the same item shall be based on the results of quality conformance inspection (see 4.5.1, 4.5.2, and 4.5.3).  In case of an unsatisfactory report on comparison inspection, additional samples shall be selected from at least two successive lots of the same item and subjected to comparison tests wherein failure was observed.  The additional testing shall be discontinued and normal testing resumed to quality conformance inspection, only after two successive lots have passed comparison inspection (see 4.5.4).  Rejected cable shall be handled as specified in 4.4.6.3.5.

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

4.4.6.5 <u>Preparation of samples.</u>-

4.4.6.5.1 <u>Length of samples.</u>- The length of cable constituting a sample shall be as follows:

(a) Cables for nonflexing service     24 feet
    (except type TTHFWA)        20 feet
(b) Cables for repeated flexing       24 feet
    except: SHOF - 150, 250 and 400    5 feet
    THOF - 250 and 400          5 feet
    SDU                 10 feet

4.4.6.5.2 <u>Identification of samples.</u>- All test samples shall be marked with the following information, as applicable:

(a) Name of manufacturer.
(b) Cable designation (type and size).
(c) Manufacturing lot number or order number either of the bureau or agency concerned or the shipbuilder (if submitted for delivery) and footage represented by the sample.
(d) The coil or reel number.
(e) Qualification designation (see 3.1).

4.4.6.5.3 <u>End seals.</u>- In order to obtain representative end seals, the sample for test shall be selected after end seals have been prepared on shipping lengths of cable. The length of such sample shall be 2-1/2 feet. The cut end of the shipping length shall be resealed immediately by the manufacturer in accordance with 3.12.22.1.

4.4.6.5.4 Cables may be shipped in wrapped coils or boxes. When necessary, the total sample length may be cut.

4.5 <u>Quality conformance inspection.</u>-

4.5.1 <u>Group A examination and tests.</u>- Group A examination and tests shall be performed on samples selected in accordance with table XXXVIII, except that the electrical tests shall be performed on all conductors of each coil, or reel length of completed wire, cord or cable offered for delivery. The following examination and tests, shall be performed, as applicable:

| Test | Paragraph reference |
|---|---|
| Visual and dimensional examination | 4.7 |
| Watertightness | Appendix I |
| Hydrostatic | Appendix I and 4.8.3.1 |
| Electrical | |
| Dielectric | 4.8.19 |
| Conductor resistance | 4.8.24 |
| Insulation resistance | 4.8.25 |
| Dielectric between shield and shield to water | - - - |
| Capacitance | 4.8.27 |
| Capacitance unbalance | 4.8.32 |
| Impedance | 4.8.27 |
| Pressure cycling | 4.8.31.2 |

4.5.2 <u>Group B tests.</u>- Group B tests shall be conducted on samples selected in accordance with table XXXIX, and shall consist of the following tests, as applicable:

| Test | Paragraph reference |
|---|---|
| Drip | 4.8.8 |
| Breaking strength | 4.8.28 |
| Induced voltage | 4.8.29 |
| Tension | 4.8.20 |

70

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

| Test | Paragraph reference |
|---|---|
| Insulation[1, 2] Unaged | |
| Tensile | 4.8.1 |
| Elongation | 4.8.1 |
| Set | 4.8.1 |
| Sheath[2] | |
| Tensile | 4.8.1 |
| Elongation | 4.8.1 |
| Set | 4.8.1 |
| Cold bend | 4.8.9 |

4.5.3  Group C tests. -  Group C tests shall be performed on samples selected in accordance with table XI and shall consist of the following tests, as applicable:

| Test | Paragraph reference |
|---|---|
| Hot oil | 4.8.17 |
| Accelerated aging | 4.8.1.3 |
| Insulation[1, 2] | |
| Tensile | 4.8.1.3 |
| Elongation | 4.8.1.3 |
| Sheath[2] | |
| Tensile | 4.8.1.3 |
| Elongation | 4.8.1.3 |
| Set | 4.8.1.3 |
| Flammability | 4.8.10 |
| Thermoplastic flow | 4.8.32 |
| Heat shock | 4.8.30 |
| Conductors[3] | |
| Tensile and elongation | 4.8.21 |
| Coating, metallic | 4.8.22 |
| Flexing endurance | 4.8.14 |

[1]Cables with four or less conductors test all conductors.  For cables containing more than four conductors, the square root of the total number of the conductors in the cable shall be tested; however, the figure shall never be less than four.  Inspect to the nearest whole number.
[2]Five specimens shall be tested for tensile strength, elongation and set from each sample unit, and the physical property of the inspection shall be taken as the median of the results obtained from the five speci-mens.
[3]The contractor shall establish and maintain records and test data on this test for conductors in the manufac-turing process.  Tests may be performed before or after stranding, but before insulating.

4.5.4  Comparison inspection. -  Comparison inspection shall be conducted on samples selected in ac-cordance with 4.4.6.4 and shall consist of the following tests, as applicable, to determine that the samples are equal to the samples upon which qualification approval was based.  When delivery requirements are urgent, comparison inspection may be conducted concurrently with quality conformance inspection upon ap-proval of the Government.

| Test | Paragraph reference |
|---|---|
| Insulation and sheath | |
| Synthetic resin, synthetic rubber, butyl rubber, polythene, and polychloroprene | 4.8.1 |
| Chemical analysis | 4.8.2 |
| Varnished cambric as removed from completed cable | 4.8.3 |
| Asbestos | 4.8.4 |
| Glass | 4.8.5 |
| Impervious sheath | 4.8.6 |
| Metal armor | 4.8.7 |

71

MIL-C-915B(NAVY)

| Test | Paragraph reference |
|------|--------------------|
| Drip | 4.8.8 |
| Cold bend | 4.8.9 |
| Flammability | 4.8.10 |
| Water and air leakage | 4.8.13 |
| Flexing endurance | 4.8.14 |
| Impact resistance | 4.8.15 |
| Abrasion resistance | 4.8.16 |
| Hot oil test | 4.8.17 |
| Oil, water and chemical resistance | 4.8.18 |
| Dielectric | 4.8.19 |
| Flame retardance | 4.8.26 |
| Capacitance and characteristic impedance | 4.8.27 |
| Breaking strength | 4.8.28 |
| Heat shock | 4.8.30 |
| Hydrostatic | 4.8.31 |
| Thermoplastic flow | 4.8.11 |
| Watertightness | Appendix |

4.6 <u>Reports</u>.- Laboratory reports covering the comparison inspection shall be forwarded directly to the cognizant Government inspector. Two copies of each test report shall be addressed to the Bureau of Ships.

4.7 <u>Visual and dimensional examination</u>.-

4.7.1 <u>Material and workmanship</u>.- Each of the samples of the finished product selected in accordance with 4.4 shall be visually and dimensionally examined, the material inspected and manufacturing processes evaluated to determine that the completed wire, cord, or cable conforms to this specification. The number of random, remnant, and scrap lengths and the total footage of such lengths compared to the number of standard lengths and the total footage in each lot of wire or cable shall be recorded. An excessive number of random, remnant, and scrap lengths may have resulted from the cutting out of obvious defects or from breakage during manufacture, and may be taken as an indication of the need for tighter control of materials, workmanship, and manufacturing process. In order that the number of lengths be kept to a minimum consistent with good manufacturing practices, for each type and size of cable on a contract or order, not less than 70 percent of the total footage to be shipped shall be in standard lengths, and not more than 30 percent may be in any combination of random and remnant lengths. When the total quantity of any one item is six nominal lengths or less, a footage approximating two nominal lengths (in lieu of 30 percent) may be in any combination of random and remnant lengths. When the total quantity of any one item is two nominal lengths or less, the total footage may be in random and remnant lengths. In particular, such of the examination specified hereinafter as applicable to the types and sizes of the completed wire, cord, or cable involved shall be made.

4.7.2 <u>Conductors</u>.- Examination shall be made for the number and size of copper wires (see 3.12.1) composing the standard conductors (see 3.11), of specific stranding total cross sectional area and so forth.

4.7.3 <u>Material examination</u>.- Examination for types of insulation and component materials (see 3.7 and 3.12.2 to 3.12.22, inclusive), and limiting dimensions of each layer or stage, when applicable to the cable under consideration (see 3.13 through 3.40).

4.7.4 <u>Identification and color coding</u>.- Examination shall be made for circuit identification (see 3.10) and color coding, when applicable to the cable under consideration (see 3.13 through 3.40).

4.7.5 <u>Outer coverings</u>.- When applicable, examination shall be made to determine that braids (see 3.12.16) polychloroprene sheath (see 3.12.17), impervious sheath (see 3.12.18 and 3.12.19), metal armor (see 3.12.20) and paint (see 3.12.21) conform to specification requirements.

4.7.6 <u>Dimensions</u>.- The cable, cord, or wire shall be measured to determine that the centering, circularity, and dimensional tolerances (see 3.8 and 3.13 through 3.40, inclusive, as applicable) have not been exceeded. For insulation nominally less than 1/32 inch in thickness, the minimum thickness shall be

72

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

determined with a pingage dial micrometer by placing the specimen on the pin and taking the reading immediately after the movable member comes to rest on the specimen. Overall diameters of cables up to 1 inch diameter and all unarmored cable which are required to pass the hydrostatic test (see 4.8.31) shall be checked by employing a hand micrometer.

4.7.7 Patching.- The manufacturer's methods and practices with regard to making patches in the conductor insulation and cable sheath shall be subject to approval by the Government inspector. The materials and methods employed shall be such that the finished product complies with all specification requirements. The frequency of patching shall be held to a minimum consistent with specification lengths and quantity production, and in no case shall any shipping length (see 5.1.1) contain more than one sheath patch. No build-up or patch that cannot be contained in a single mold shall be made. No sheath build-up or patches are permitted on unarmored cables which are required to pass the hydrostatic test (see 4.8.31).

4.7.8 End seals.- End seals shall be examined at both ends of every shipping length to insure that end seals of the design shown on figure 1 have been applied.

4.8 Methods of tests.-

4.8.1 Synthetic resin, synthetic rubber, butyl rubber, polythene, and polychloroprene (insulation).-

4.8.1.1 Samples of the insulation (see 3.12.2 to 3.12.7, incl.) and sheath (see 3.12.17) taken from the completed wire or cable shall be tested to determine the physical properties in the "as received" condition and after accelerated aging.

4.8.1.2 Physical properties.- The tensile strength, elongation and set shall be determined on specimens prepared and tested as specified hereinafter.

4.8.1.2.1 Specimens.- The test specimen shall be the entire section of the insulation in the case of small conductors or, in the case of a large conductor or in obtaining a specimen of the cable sheath, either a segment of a section cut with a sharp knife held tangentially to the conductor or cable core, or a shaped specimen cut out with a standard die. When the whole cross section is used, the specimen shall not be cut longitudinally. The test specimen shall be as free as possible from surface incisions and imperfections.

4.8.1.2.1.1 Size.- The size of specimen shall be of an area not less than 0.010 square inch and not more than 0.030 square inch. When not possible to use specimens of this size, they shall be as large as practicable.

4.8.1.2.1.2 Condition and age.- Specimens shall not be heated, immersed in water, or subjected to any mechanical or chemical treatment not specifically specified herein. No tests shall be made within 48 hours after vulcanization unless agreed to by the manufacturer.

4.8.1.2.1.3 Buffing.- In event of any irregularities on the surface of a fractional-section specimen, it shall be made smooth and of uniform thickness within 5 percent of the original minimum thickness by buffing, except where large strands are used, in which case the samples shall be buffed sufficiently to remove all inner corrugations.

4.8.1.2.1.4 Calculation of area.- Calculation of the area of the test specimen shall be made as follows:

(a) Where the total cross section of the insulation is used, the area shall be taken as the difference between the area of the circle whose diameter is the minimum average outside diameter of the insulation and the area of the conductor. The area of a stranded conductor shall be figured from its maximum diameter. The following formula may be used to advantage:

$$A = 0.7854 (D + d) (D - d)$$

Where: $A$ = Area of cross section in square inches.
$D$ = Outside diameter of insulation in inches.
$d$ = Diameter over copper in inches.

73

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

(b) Where a slice cut from the insulation by a knife held tangentially to the wire is used, and the slice so cut has the cross section of a segment of a circle, the area shall be calculated as that of the segment of a circle whose diameter is that of the insulation. The height of the segment is the wall of insulation on the side from which the slice is taken. The values may be obtained from a table giving the areas of segments of a unit circle for the ratio of the height of the segment to the diameter of the circle.

(c) Where the cross section of the slice is not a segment of a circle, the area shall be calculated from a direct measurement of the volume or from the specific gravity and the weight of a known length of the specimen having a uniform cross section.

(d) Where a portion of a circle has to be taken as where the conductor is large and the insulation thin, the area shall be calculated as the thickness times the width. This applies either to a straight test piece or one stamped out with a die, and assumes that corrugations have been removed by buffing.

(e) Where a portion of a sector of a circle has to be taken, as where the conductor is large and the insulation thick, the area shall be calculated as the proportional part of the area of the total cross section.

4.8.1.2.2 Apparatus.- The testing machine shall be power-driven and preferably be the pendulum type. A spring balanced type of apparatus may be used if provided with a device which will indicate the actual maximum load at which rupture takes place and provision is made to prevent recoil of the spring. The testing machine shall be accurate within 1 percent of the breaking load.

4.8.1.2.3 Procedure.-

4.8.1.2.3.1 Temperature.- Physical tests shall be conducted with the specimens at a temperature between 20° and 28°C.

4.8.1.2.3.2 Rate.- The specimens shall be stretched at a rate of 20 inches per minute in a testing machine having jaws 4 inches apart.

4.8.1.2.3.3 Tensile strength and elongation.- A test specimen, not less than 6 inches in length, having bench marks 2 inches apart, shall be placed in a testing machine and stretched until the specimen breaks. A scale shall be used to measure the elongation at instant of rupture. The break shall be between the bench marks, and the tensile strength calculated from the area of the original sample.

4.8.1.2.3.4 Set.- The test specimen, not less than 6 inches in length and having bench marks 2 inches apart, shall be placed in the jaws of a testing machine and stretched until the bench marks are separated by the distance specified in 3.12.2 to 3.12.6, inclusive, and 3.12.16, as applicable. The test specimen shall then be released within 5 seconds and the set determined 1 minute, unless otherwise specified, (see 3.12.2) after the beginning of release.

4.8.1.3 Accelerated aging.-

4.8.1.3.1 Specimens.- Specimens for accelerated aging tests shall be duplicates of those prepared for determination of initial physical properties.

4.8.1.3.2 Procedure.- Specimens shall be suspended vertically in a suitable test chamber without touching each other or the walls of the container. The specified temperature shall be maintained within ±2°C. for the specified period of time. At the conclusion of the aging period, the pressure within the test chamber shall be released slowly over a period of not less than 5 minutes. The tension tests shall be conducted not less than 16 nor more than 48 hours after removal from the test chamber. The tensile strength shall be based on the breaking strength after aging and the cross sectional area measured before aging. Aged and unaged specimens shall be tested under the same conditions, insofar as practical.

4.8.1.3.2.1 Oxygen pressure test.- The internal pressure of oxygen in the bomb shall be not less than 290 nor more than 310 pounds per square inch.

4.8.1.3.2.2 Air pressure heat test.- The internal pressure of air in the bomb shall be not less than 78 nor more than 82 pounds per square inch.

74

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

4.8.1.3.2.3 Air oven test. - Heated air at atmospheric pressure shall be circulated so as to maintain a uniform temperature in the oven, using baffles to avoid local overheating or dead spots. The source of heat shall be located in the air supply outside the aging chamber proper, and the supply shall be controlled with upper and lower vents to provide a continuous change of air during test.

4.8.2 Chemical analysis. - Specimens of the conductor insulation and sheath compounds taken from the completed wire or cable shall be subjected to a careful chemical analysis for purposes of establishing the identity of the compounds, and ascertaining the composition of compounds which have been approved on the basis of compliance with the performance requirements of this specification.

4.8.3 Varnished cambric. -

4.8.3.1 Samples of the varnished cambric tape (see 3.12.7) removed from the completed cable shall be tested for tensile strength, effect of hot petrolatum, dielectric strength and aging.

4.8.3.2 Tensile strength. - The tests shall be made in the same general manner as specified in 4.8.1.2, except that the rate of separation of the jaws of the testing machine shall be approximately 12 inches per minute.

4.8.3.3 Effect of hot petrolatum. - Samples of the varnished cambric shall be placed in hot petrolatum at a temperature of 150°C. for a period of 15 minutes, then removed from the petrolatum and allowed to cool to room temperature.

4.8.3.4 Dielectric strength. -

4.8.3.4.1 The apparatus used and the methods of measuring voltage shall be as specified in 4.8.19.

4.8.3.4.2 Specimens. - Not less than 3 (unless the conductor has less than 3 tapes, in which case all tapes shall be taken) nor more than 5 tapes shall be taken from each conductor of a completed cable. Specimens of tape shall be selected to be as representative as possible of all of the tapes used.

4.8.3.4.3 Electrodes. - The electrodes shall be brass or copper, 1/4 inch in diameter, rounded to a radius of 1/32 inch, with flat polished contact surfaces. The electrodes shall be self-aligning, and shall be placed exactly opposite one another, with the specimen in a horizontal plane between them. The electrodes shall be kept clean and polished. The electrodes and the specimen shall be immersed in suitable oil to prevent the occurrence of flashover.

4.8.3.4.4 Procedure. - Starting at zero the voltage shall be increased uniformly to breakdown at a rate of approximately 500 volts per second. Three tests shall be made on each tape at room temperature. The tape thickness shall be measured near the point of puncture with a machinist's micrometer graduated at 0.001 inch, and having anvil and spindle surfaces not less than 0.24 inch nor more than 0.26 inch in diameter. The micrometer shall be tested and calibrated periodically for conformance with accepted commercial standards. The number of thickness readings on the specimen shall be equal to the number of punctures made; these readings shall be distributed along the centerline of the specimen in such manner as to represent closely the thickness at the points of the puncture.

4.8.3.4.5 Test average. - The average of all tests on all tested tapes from any one conductor shall be considered the average breakdown stress, and shall be not less than the appropriate value specified in 3.12.6.11.

4.8.3.5 Aging. - Ten specimens shall be heated in an air oven to a temperature of not less than 124°C. nor more than 126°C. for a period of 150 hours, and then allowed to cool to normal testing room temperature. The specimens shall then be tested by bending them through not less than 180 degrees around a 1/8-inch diameter mandrel. Five specimens shall be bent in the length direction and five in the width direction of the tape.

4.8.4 Asbestos. - Specimens of asbestos taken from the completed cable shall be tested to determine compliance with MIL-I-3053 and 3.12.9 and 3.12.11.

MIL-C-915B(NAVY)

4.8.5 Glass.- Specimens of glass fiber taken from the completed cable shall be tested to determine compliance with MIL-Y-1140 and 3.12.10 and 3.12.11.

4.8.6 Impervious sheath.- The materials used shall be in conformance with those employed in the approved sample or otherwise specifically approved by the bureau or agency concerned.

4.8.7 Metal armor.-

4.8.7.1 Chemical analysis.- Specimens of armoring wire before application of the completed cable shall be analyzed to determine conformance with 3.12.20.

4.8.7.2 Physical properties.- Specimens of the armoring wire before application to the cable shall be subjected to tests of tensile strength, elongation, springiness and toughness.

4.8.7.3 Springiness.- A length of wire shall be coiled snugly around a mandrel 1/4 inch in diameter at a tension of approximately but not less than 100 gram (gm.) and then released. The outside diameter of the coil shall be measured in several places at or near its middle. The coil so produced shall not exceed 3/8 inch in outside diameter.

4.8.7.4 Toughness.- The toughness of the wire shall be determined by bending a specimen back and forth, in a specially designed fixture, over a 0.030-inch radius support. Each 90-degree movement in either direction shall be taken as one bend. The bends shall be made under a uniform tension of 100 gm., and at a uniform rate not to exceed 50 bends per minute. The wire shall withstand not less than ten 90-degree bends before a rupture.

4.8.8 Drip.-

4.8.8.1 Specimen.- The specimen shall be an 18-inch section of completed cable.

4.8.8.2 Conditioning.- One specimen of each type of cable size 14 and larger shall be suspended in a vertical position in an oven maintained for a period of not less than 18 hours at 95°C. For conductor sizes smaller than 14, no drip test will be required.

4.8.8.3 Observation.- No material shall fall away from the end of the cable during the test.

4.8.9 Cold bend.-

4.8.9.1 Specimens.- Where a cold bend test is specified in section 3, the specimen of cables for non-flexing service (see 1.2.1) shall consist of a 5-foot section of completed cable, and the specimens from cables for repeated flexing service (see 1.2.2) shall consist of 1-foot sections of not less than 20 percent of the insulated and braided conductors removed from completed cable.

4.8.9.2 Apparatus.- Straight wooden bars 5 feet in length, wooden mandrels of specified radii of curvature, and a refrigerator sufficiently large to hold cable specimens and mandrels shall be provided.

4.8.9.3 Procedure.- The specimen shall first be straightened, if necessary, and then kept straight by mounting on a wooden bar. The mounted specimen shall be placed in the refrigerator and conditioned at 0°C. for not less than 6 hours, then removed from the refrigerator, quickly detached from the mounting, and bent around the appropriate wooden mandrel at a rate of approximately 20 degrees per second. The specimen shall be suitably clamped to maintain its bent position, then it shall be dissected and a visual examination made of all its component parts. When defects or disarrangements are discovered in any component, examination shall be made of specimens in the "as received" condition to determine whether the defect existed prior to the cold bend test. Any changes or derangements, such as torn tapes or broken or cracked components resulting from the cold bend test of a nature or to an extent as to affect the electrical properties or performance of the cable in service, shall be reported to the Government inspector.

4.8.9.3.1 Cables for nonflexing service.- Cables for nonflexing service (see 1.2.1) shall be bent 180 degrees over a mandrel having a diameter as indicated in the detail requirements.

76

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

4.8.9.3.2 Braided conductors.- The insulated and braided conductors removed from type MHOF (see 3.28), shall be wrapped three turns around a mandrel having a diameter as specified in the detail requirements, and shall then be subjected to a 60-cycle potential of 2,000 volts r.m.s. for 1 minute.

4.8.10 Flammability.-

4.8.10.1 Specimens.- Specimens shall consist of straight sections of completed wire or cable approximately 18 inches in length.

4.8.10.2 Apparatus.- An enclosure of sufficient size to contain the specimen, supports, heater coil, spark plugs, flame travel gage and their associated accessories shall be arranged to eliminate air drafts and permit clear view of the interior through shatterproof glass windows. Vent holes, distributed around the sides adjacent to the base, shall be provided to admit fresh air when an exhaust fan connected to the top of the enclosure is operated at a minimum suction just sufficient to carry off smoke and gases.

4.8.10.2.1 Supports shall be suitable for holding the specimens in a vertical position with an unsupported span not less than 14 inches in length. The lower end of the specimen shall be wrapped with varnished cambric in such a manner that gases released through this end are diverted toward the spark plug.

4.8.10.2.2 Heater coils shall consist of 7 turns of 0.102 inch diameter resistance wire conforming to composition E of QQ-R-175, space wound to 0.25 inch between centers. The inside diameter of the coil shall exceed the overall diameter of the specimen by not less than 0.5 inch nor more than 0.6 inch. The lower end of the heater coil shall be located 1.5 inches above the top of the lower specimen support.

4.8.10.2.3 Two spark plugs, with extended electrodes spaced 1/8 inch from the surface of the specimen and the plugs located on diametrically opposite sides of the specimen, shall be placed with their longitudinal centerlines in a horizontal plane 1/2 inch above the top of the heater coil, to ignite the gases emitted from the heated specimen. A suitable electric circuit shall be provided to maintain continuous sparking at the electrodes during the specified time. The spark plugs shall be mounted in such a manner that they may be moved away from the specimen after ignition takes place so as not to impede the travel of the flame and to prevent their electrodes from becoming fouled by soot.

4.8.10.2.4 A suitable flame travel gage shall be positioned near the specimen to judge the distance of flame travel without appreciable impeding progress of the flame.

4.8.10.3 Procedure.- Flame tests are specified for the various types of wire and cable in section 3, and the required performance is shown in table XLII. The tests shall be so conducted as to measure, as accurately as practicable, the following factors:

   Time of ignition.
   Time of heating.
   Distance of flame travel.
   Time required for self-extinction.

4.8.10.3.1 Time of ignition.- With the enclosure closed and ventilated, the specimen centered in the heater coil, and the spark plugs, and flame gage properly located, a stop watch shall be started simultaneously with the energizing of the heater coil and spark plugs. A constant current as specified in table XLIII shall be supplied from a suitable transformer source to the heater coil. Ignition shall be considered as occurring when the flame transfers from the escaping gases to the surface of the specimen and continues there, disregarding the flashes which may occur in the gassing space prior to the sustained flame. The time required to ignite the specimen shall be recorded.

4.8.10.3.2 Time of heating.- For all armored cable, the heating current shall be turned off 30 seconds after ignition occurs. When armored cable does not ignite in 250 seconds or less, the specimen is considered satisfactory and the test shall be discontinued. For all unarmored cables, where the ignition time is less than 60 seconds, the heating current shall be turned off 60 seconds after being turned on; where the ignition time is greater than 60 seconds, the heating current shall be turned off when ignition occurs.

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

Table XLII - Flammability limits.

| Cable types | Ignition time | Burning time | Flame travel |
|---|---|---|---|
| | Minimum | Maximum | Maximum |
| | Seconds | Seconds | Inches |
| Cables with braided armor--- | 60 | 60 | 2 |
| MHOF, TTOP, MCOS, TTRS, DBSP, TBSP, FBSP, MCSF, SDU------- TRF, TRXF, MMOP, FSCF, MDU, MDY Sizes 14 and larger of CVSF, SHOF, FHOF, THOF, FHOE, SSF, T3P, TSP, JAS----------------- | 30 | 120 | 2 |
| Sizes 9 and smaller of DHOF, THOF, FHOF----------------- DLT, SHOF | No test required | | |
| MRI---------------------------- | 25 | 60 | 2 |

Table XLIII - Current in heating coil.

| Nominal diameter of cable | Current amperes a.c. | Nominal diameter of cable | Current amperes a.c. |
|---|---|---|---|
| Inch | R.m.s. | Inches | R.m.s. |
| 0.050 to 0.099 | 45 | 0.80 to 0.89 | 53 |
| .100 to .19 | 46 | .90 to .99 | 54 |
| .20 to .29 | 47 | 1.00 to 1.09 | 55 |
| .30 to .39 | 48 | 1.10 to 1.39 | 56 |
| .40 to .49 | 49 | 1.40 to 1.79 | 57 |
| .50 to .59 | 50 | 1.80 to 2.29 | 58 |
| .60 to .69 | 51 | 2.30 to 3.00 | 59 |
| .70 to .79 | 52 | | |

4.8.10.3.3  Distance of flame travel.- Immediately after ignition occurs, as defined in 4.8.10.3.1, the electrical supply to the spark plugs shall be cut off, and the plugs shifted away from the flame. The maximum distance to which the flame travels along the surface of the specimen, measured from the top of the heater coil, before extinction shall be noted and recorded.

4.8.10.3.4  Time required for self-extinction.- The number of seconds that the specimen continues to burn, until the cessation of all flaming, after the current in the heater coil has been cut off, shall be recorded as the time required for self-extinction.

4.8.10.3.5  Observations.- The amount and color of the smoke and the amount and size of the soot particles shall be observed and recorded.

4.8.10.4  Number of tests.- If a sample tested fails to comply with any of the limitations specified in table XLII as to flammability upon the first trial, two additional specimens shall be tested, and the results of all 3 trials averaged together.

78

MIL-C-915B(NAVY)

4.8.11  Thermoplastic flow test.- A specimen of the completed cable with the ends prepared for elec-
trical testing shall be wound for two turns around a mandrel having a diameter of 10 to 12 times the overall
cable diameter. The coiled specimens shall be placed in an air oven at 150°C. with a 60 cycle potential of
120 volts between each conductor and shield and 120 volts between each conductor and its mate for cables
having two conductors within a shield. The conductors shall be divided into two approximately equal groups
for cables having three or more conductors within a shield, and 120 volts applied between each group and
shield, and 120 volts between groups.

4.8.12  Heat endurance.-

4.8.12.1  A heat endurance test shall be made on completed cables, for qualification tests only (see
4.4) when specified in section 3, to determine the effects of prolonged current loading. For purposes of this
test, all specimens are designated as power cables, except type MHFF (see 3.28), which is designated as
control cable.

4.8.12.2  Specimens.-

4.8.12.2.1  Power cables.- For power cables, there shall be one specimen of completed cable approxi-
mately 40 feet in length.

4.8.12.2.2  Control cables.- For control cables, there shall be one specimen of completed cable ap-
proximately 40 feet in length.

4.8.12.3  Apparatus.- The testing apparatus shall consist of a test chamber and the necessary
temperature-measuring and control equipment. The test chamber shall be essentially a low temperature
oven equipped with racks for installing the cable specimens. It may be of any convenient size and con-
structed of wood and asbestos board or other suitable material. An ambient temperature of 50°C. shall be
maintained in the interior of the chamber by utilizing the heat given off by the cable specimens, by addi-
tional heat supplied by resistance type heaters installed on the chamber floor, and by the admission of cool
air to the chamber through adjustable vents in the top and bottom of the chamber. Convenient windows
shall be provided in the chamber walls through which observations of mercury thermometers indicating the
interior temperature may be made. Suitable control equipment shall be provided to permit the copper
temperature of the cables under test to be held to specified values. The temperature of the copper con-
ductors shall be determined by means of thermocouples placed within the strands of one conductor through a
small knife puncture 15 feet from one end. Additional thermocouples for determining the armor tempera-
ture shall be provided.

4.8.12.4  Procedure.-

4.8.12.4.1  Power cables.- Specimens shall be racked with thermocouples attached and the conductors
of each specimen connected in series to an alternating current power supply adjusted to give a copper tem-
perature of 125°C. This test shall continue for 400 hours.

4.8.12.4.2  Control cables.- The specimen shall be racked within the chamber with thermocouples at-
tached in the manner specified for power cables. The thermocouple to be used for measuring copper tem-
perature shall be in contact with one of the conductors in the inner layer. The conductors shall be connected
in series to a power supply adjusted to give a copper temperature of 105°C. in the inner layer of conductors.
The test shall continue for 400 hours.

4.8.12.5  Observations.- Readings of copper temperature, armor temperature, current per conductor,
chamber temperature, and time shall be taken throughout the duration of the test. Gas or fumes developed
from the samples and the coating of compound from the cable ends or sheath material through the armor dur-
ing the tests shall be observed and recorded for both power and control cables. At the conclusion of the heat
run, the dielectric strength and insulation resistance of the specimens shall be determined, followed by ex-
amination and tests (see 4.8.1 to 4.8.3, incl.) of the components to determine the extent of changes during
the heat run.

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

#### 4.8.13 Water and air leakage.-

4.8.13.1 Specimen.- The specimen shall be a 30-inch section of completed cable with or without end seal. Armored specimens shall be tested with armor in place.

4.8.13.2 Apparatus.- The apparatus shall consist of a testing tank, of 15-inch length and suitable diameter to accommodate the test specimen, fitted with Navy standard watertight stuffing tubes with approved packing, connected to the pressure system, a pressure control and leakage detection device permitting test by either air or water under pressure, and necessary connections, gages and valves between testing tank and pressure control system.

4.8.13.3 Procedure.- The specimen shall be sealed in place into or through the testing tank. Air pressure shall be applied to detect leakage through the cable sheath or end seal, and to enable location and correction of leaks through stuffing tubes and packing. The cable sheath or end seal and the gland shall not leak under this air pressure. After the assembly has withstood the air pressure for a period of 30 minutes without leakage, the specimen shall be subjected to water pressure at room temperature for a period of 4 hours. The amount of water leakage, if any, shall be determined to a precision of 1 cubic inch.

4.8.13.4 Pressures.- Except where otherwise specified in section 3, the air and water pressures applied shall be 75 p.s.i. for cable sheath tests and 25 p.s.i. for cable end seal tests.

NOTE: The water and air leakage test is intended primarily for armored cables and end seals (see 3.12.20), but is required in section 3 for certain unarmored cables as a means for checking the integrity of the sheath in instances where this feature appears doubtful. This test shall not be made on unarmored cables unless visual examination discloses a patch, thin spot, cut, gouge, pock-mark, blister, porosity or other defect in the sheath.

#### 4.8.14 Flexing endurance.-

4.8.14.1 Specimens.-

4.8.14.1.1 Bending.- There shall be two bending test specimens, each a 30-inch section of completed cable.

4.8.14.1.2 Twisting.- There shall be two twisting test specimens of completed cable, 24 inches in length for cables of 5/8-inch diameter or less, and 10 times the cable diameter plus 18 inches in length for cables of larger than 5/8-inch diameter.

4.8.14.2 Apparatus.- The bending apparatus and the twisting apparatus may be built into a portable, compact assembly, powered by a single drive and equipped with means for counting the number of cycles impressed upon a specimen. A suitable electric circuit should be provided to stop the apparatus in the event the series conductor circuit of a specimen is broken.

4.8.14.3 Procedure.-

4.8.14.3.1 Conditioning.- Specimens shall be conditioned and tested in a controlled temperature room held at the specified temperature. Specimens for the bending test and for the twisting test shall be exposed to the specified temperature until thermal equilibrium is established before testing is started. All conductors in each specimen shall be connected in a single series circuit for the purpose of detecting breakage of the conductors.

4.8.14.3.2 Bending.- A specimen shall be loosely inserted between a pair of rollers and subjected to 90-degree bending in each direction at the rate of 12 to 14 complete cycles, 360 degrees total travel per minute. The bends shall be made approximately midway along the length of the specimen, and the portion of the specimen not coming in contact with the rollers shall be loosely restricted to prevent appreciable bending at other points. The upper portion of the specimen shall be anchored to the bending apparatus. A weight which stresses the specimen in tension to approximately 40 pounds p.s.i. of cross section shall be attached to the free lower end. The grips or clamps shall be designed to apply uniform radial pressure to the core of the specimen. The diameter of the rollers shall be approximately but not less than 2-1/2 times the maximum overall diameter specified for the particular type and size undergoing test, except that when the maximum

80

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

overall diameter specified is greater than 0.800 inch, the approximate roller diameter shall be selected from the following:

| Cable type and size | Roller diameter Inches |
|---|---|
| MHOF-7, MHOF-10 | 2-1/2 |
| MHOF-14, TTOP-15, DHOF-23, TTRS-6, MHOF-19 | 3 |
| MHOF-24, DHOF-30, THOF-23, TTRS-8 | 3-1/2 |
| MHOF-30, TTRS-10, TTRS-12, CVSF, MHOF-37 | 4 |
| MHOF-44, THOF-42, TTRS-16 | 4-1/2 |
| DHOF-83 | 7 |

(No test required for DHOF-250 and 400, SHOF all sizes, THOF-150, 250 and 400, FHOF-133.)

4.8.14.3.3  Twisting. - Specimens shall be clamped in cable grips and subjected to 180 degrees of twist in each direction (360 degrees total twist) at the rate of 12 to 14 complete cycles per minute. The distance between grips shall be 6 inches plus 10 times the maximum specified diameter of the specimen. The upper grip shall be oscillated by the twisting apparatus. The lower grip shall be free to move vertically but restrained from oscillation, and have a weight attached which stresses the specimen in tension to approximately 40 p.s.i. of cable section.

4.8.14.4  Duration of tests. -

4.8.14.4.1  Qualification. - The suitability of cables for repeated flexing service (see 1.2.2.1) shall be investigated by bending and twisting tests conducted for 6000 cycles at 75°C. and for 2000 cycles at -30°C., unless the specimen fails in some manner prior thereto. During all tests, frequent visual examination of the sheath shall be made for the purpose of detecting rupture. Upon completion of a test, the specimen shall be removed from the apparatus and checked for open or short circuits between conductors. The specimen shall then be opened, its internal condition examined, and record made of any evidence of damage caused by the test. If failure occurs within 2 inches of either grip, the results shall be disregarded and the test repeated.

4.8.14.4.2  Quality conformance. - Cables for repeated flexing service (see 1.2.2) having an overall diameter not greater than 1.500 inches shall be tested for the duration of twisting and bending cycles as required in the detail requirements. Flexing endurance tests will not be required in the examination of cables larger than 1.500 inches in diameter. The specimens then shall be examined for weakening or failure of sheath and conductors and the nature of damage, if any, reported with the results. If failure occurs within 2 inches of either grip, the results shall be disregarded and the test repeated.

4.8.15  Impact resistance. -

4.8.15.1  Specimen. - The specimen shall be a 3-foot section of completed cable.

4.8.15.2  Procedure. - The specimen shall be securely fastened to a steel block and shall be subjected to the blows of a 6-pound steel hammer having sides tapered at a 45-degree angle to a 1/16-inch radius striking edge. The steel block and hammer shall be connected to one side of an alternating current high potential test set and grounded, and all conductors in the specimen connected to the other side of this circuit. With 5000 volts impressed, the hammer shall be dropped from a height of 24 times the overall diameter of the specimen to one spot on the specimen at a rate of 12 blows per minute until potential breakdown occurs. For specimens having an overall diameter of 1.500 inches or less, the point of hammer impact shall then be moved at least 6 inches and the test repeated with 2500 volts applied with the hammer's being dropped from a height of 48 times the overall diameter of the specimen. The tests shall be made at room temperature and the number of hammer falls to cause potential breakdown at each height determined and recorded. Upon completion of the hammer tests, the specimen shall be checked for short circuits between conductors and the cable then opened and examined for any damage caused by the tests.

81

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

4.8.16  <u>Abrasion resistance.</u>-

4.8.16.1  <u>Specimen.</u>- The specimen for cables of 1.250-inch diameter and smaller shall be a 2-foot length of completed cable. The specimen for cables larger than 1.250 inch diameter shall be a 2-foot strip of cable sheath wall of 1-inch width.

4.8.16.2  <u>Procedure.</u>- The specimen shall be hung with a 90-degree arc of contact over a 7-inch diameter abrasion wheel made up of twelve 3/8-inch diameter fine grade tungsten carbide rods and two 7-inch diameter phenolic disks arranged in the form of a squirrel cage. A 15-pound weight shall be attached to the free end of the specimen. Specimens of the sheath strip from the larger cable sizes shall be provided with a backing of soft sheet metal. The tests shall be made at room temperature with the abrasion wheel rotating at 60 revolutions per minute (r.p.m.) in the direction which tends to lift the 15-pound weight. The number of wheel revolutions required to wear through a measured thickness of the sheath wall shall be determined and recorded.

4.8.17  <u>Hot oil test.</u>-

4.8.17.1  <u>Specimens.</u>- Specimens shall be duplicates of those prepared for the tensile tests (see 4.8.1).

4.8.17.2  <u>Procedure.</u>- Specimens shall be immersed in lubricating oil, conforming to Navy Symbol No. 3100 of Pamphlet N.B.S. 431, or equal, at a temperature of 120°C. After immersion for 18 hours, the specimen shall be removed from the hot oil, blotted lightly to remove excess oil, and suspended in air at room temperature for not less than 3-1/2 hours nor more than 4-1/2 hours. After this conditioning, determinations shall be made of tensile strength based on the original cross section before immersion, and of the ultimate elongation based upon the length between bench marks as measured before immersion.

4.8.18  <u>Oil, water and chemical resistance.</u>-

4.8.18.1  <u>Specimens.</u>- Specimens shall be strips of cable sheath suitable for subsequent measurement of tensile strength and elongation, and shall be buffed on the inner surface to a uniform thickness of 0.040 inch.

4.8.18.2  <u>Procedure.</u>- Specimens shall be weighed and surface area measured before immersion. Five specimens shall then be immersed at room temperature for a period of 10 days in each of the following liquids: Distilled water, storage battery electrolyte, fuel oil, and hydraulic fluid (phosphate ester type). After removal from the liquids, each specimen shall be wiped clean and again weighed. The change in weight of the specimens shall be expressed in terms of weight per unit initial area of surface exposed to the liquids. The specimens shall then be tested to determine change in tensile strength and elongation.

4.8.19  <u>Dielectric tests.</u>-

4.8.19.1  Unless otherwise specified herein, the dielectric tests shall be made on full coil or reel lengths of completed wire, cord or cable to be shipped. Where tests are to be made on short lengths, as required in section 3 for the particular type and size of cable under consideration, these tests shall be made only as part of the regular comparison inspection (see 4.6.5).

4.8.19.2  <u>Apparatus.</u>-

4.8.19.2.1  <u>High potential test.</u>- Except for spark testing, the dielectric tests shall be made with alternating potential from a source of ample capacity, and in no case less than 5 kilovolt-ampere, having a frequency not greater than 100 cycles per second and a wave shape approximately as closely as practicable to a sine curve under all test conditions. The testing voltage may be measured by any method satisfactory to the bureau or agency concerned which gives a root-mean-square value, preferably by means of voltmeter connected to voltmeter coil in the high-tension winding of the testing transformer, or to a separate instrument transformer. A voltmeter on the low-tension side of the transformer is satisfactory if the ratio of transformation does not change under any test condition.

4.8.19.2.2  <u>Spark test.</u>- The power capacity of the sparking equipment shall be as high as practicable, and sufficient to maintain the required testing voltage under all normal load conditions. Mean shall be provided for regulating the testing voltage to within 5 percent of the specified value at all times. The testing voltage may be measured by a kilovoltmeter or electrostatic voltmeter having a burden that will not affect the value or wave shape of the testing voltage. An indicating voltmeter connected to the low-tension side of the

82

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

transformer may be used, provided its readings are calibrated to give a true indication of the voltage across the dielectric of the wire being tested. The equipment shall include a fault-signal system that will automatic-ally stop the machine, and give a visible signal until manually reset. The electrode shall be of a suitable bead chain or fine link mesh construction, and the finished cable or insulated conductor shall be passed through the electrode at a speed such that the insulation will be subjected to the specified test voltage for a period of time not less than 0.2 second, and which shall locate all faults.

4.8.19.3 Rate.- Except for spark testing, the initially applied voltage shall be not greater than 600 volts, and the rate of increase shall be approximately uniform and not over 100 percent in 10 seconds, nor less than 100 percent in 60 seconds.

4.8.19.4 Temperature.- Dielectric tests shall be made at normal room temperature.

4.8.19.5 Time of application.-

4.8.19.5.1 Shipping lengths.- Except for spark-tested lengths, the time of voltage application measured from the time the specified voltage is attained shall be not less than the following:

Each conductor against all adjacent conductors and ground:
  5 minutes for cables having 4 conductors or less (see 1.2.1 and
  1.2.2).
  1 minute for cables having 5 conductors or more (see 1.2.1 and 1.2.2).
  1 minute for miscellaneous wire (see 1.2.4).

4.8.19.5.2 Spark tested lengths.- Where a spark test is required in section 3 for miscellaneous wire (see 1.2.3), the completed wire shall be passed through the spark electrode at a speed such that the insu-lation will be subjected to the specified test voltage for a period of time not less than 0.2 second, and which will locate all faults.

4.8.19.5.3 Short lengths.- The time of voltage application, measured from the time the specified volt-age is attained, shall be approximately but not less than 1 minute for each conductor against all adjacent conductors connected to ground, and all conductors connected together against ground.

4.8.19.6 Ground electrodes.-

4.8.19.6.1 The following methods for grounding shall be employed while testing electrically. The method of grounding is determined by the cable construction and the nature of the requirements specified in section 3.

4.8.19.6.2 Cable coverings.- In the case of cables with braided metal armor, the armor shall con-stitute the ground electrode.

4.8.19.6.3 Water bath.- All unarmored cables shall be immersed in a water bath for not less than 1 hour and then tested while still immersed. The water bath shall constitute the ground electrode. When test-ing types MCOS, DBSP, TBSP, FBSP, TTRS, DSS, TSS, FSS and 7SS, the shield shall be connected to ground while the insulated conductors are being tested, then the insulated conductors shall be connected together to the shield and potential applied from shield to ground or water bath.

4.8.19.6.4 Spark electrodes.- The copper conductor shall be grounded and potential applied to the outer surface of the completed wire by a suitable bead chain or fine link mesh device that will insure intimate metallic contact over practically the entire surface of the wire under test. A pipe, helical coil spring, and similar electrodes are not considered to be of an intimate type.

4.8.19.6.5 Electrodes for short lengths.- Where dielectric tests are specified in the detail require-ments on a short length specimen in the "as received" condition after cold bend (see 4.8.9), or after the flame test (see 4.8.10), the tests shall be made with the external surface of the specimen grounded. Speci-mens having no braided metal armor shall have the external surface grounded by immersion in water or mercury, by wrapping with metal oil, or by a coating of sprayed metal.

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

**4.8.20** Cable tension test. -

**4.8.20.1** Specimens. - Specimens shall consist of straight sections of completed cable approximately 6 feet in length.

**4.8.20.2** Procedure. - The specimen shall be secured at each end with a woven cable grip similar to type HD of MIL-G-160. A tension load shall be applied for 1 hour after which the load shall be released and the specimen examined for damage.

**4.8.21** Tensile strength and elongation, conductors. - While physical tests need not be made on each lot of copper conductors submitted for delivery, the inspector shall require tensile tests at such frequent intervals as may be necessary to ascertain that the physical properties of the conductors are in conformance with 3.11 and 3.12.1. All conductors shall, however, be given a careful visual and dimensional examination as specified in 4.7.

**4.8.22** Coating, metallic. -

**4.8.22.1** Specimens. - Specimens shall be coated wire of approximately 6 inches, but not less than 4-1/2 inches, in length.

**4.8.22.2** Preparation. - Specimens shall be thoroughly cleaned by immersion in benzine, ether, alcohol, or carbon tetrachloride for at least 3 minutes, and shall then be removed and wiped dry with a clean, soft cloth.

**4.8.22.3** Solutions. -

**4.8.22.3.1** Hydrochloric acid. - The hydrochloric acid solution shall have a specific gravity of 1.088 at 15.5°C. During the test, the solution shall be maintained at a temperature between 15.5°C. and 21°C. A portion of the hydrochloric acid solution having a volume of 180 milliliters shall be considered to be exhausted when 2 cycles have been completed on the numbers of specimens given in table XLIV.

Table XLIV - Number of specimens to be
tested for 2 cycles in
180 ml HCL.

| Diameter of wire | Maximum number of specimens |
|---|---|
| Inch | |
| 0.0850 to 0.0501 | 6 |
| .0500 to .0381 | 10 |
| .0380 to .0301 | 12 |
| .0300 to .0030 | 14 |

**4.8.22.3.2** Sodium polysulphide. - The sodium polysulphide solution shall have a specific gravity of 1.142 at a temperature of 15.5°C. During the test, the solution shall be maintained at a temperature between 15.5°C. and 21°C. The sodium polysulphide solution shall contain an excess of sulphur and have sufficient strength to blacken thoroughly a piece of clean bare copper wire in 5 seconds.

**4.8.22.4** Procedure. - The cleaned specimen shall be immersed in the hydrochloric acid solution for 1 minute. It shall then be rinsed in clear water, wiped and dried and immersed in the sodium polysulphide solution for 30 seconds, and again rinsed and dried. These cycles of operations shall be repeated, and if the specimen does not become blackened after the second cycle of immersion, the coating shall be regarded as satisfactory.

84

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

4.8.23  Tensile strength, elongation, set and aging, insulation and sheath.- The preparation of speci-
mens and methods of conducting tests shall be as specified in 4.8.1.

4.8.24  Conductor resistance.- The resistance of the insulated conductor shall be measured in all
completed wires and cables to determine conformance with the detail requirements. For stranded conduc-
tors, the resistance of individual strand wires need not be measured unless there is doubt as to the conduc-
tivity.

4.8.25  Insulation resistance.- The apparent insulation resistance shall be measured as soon as
practicable after the dielectric test, and shall be not less than the values specified. The leakage current
shall be measured after a 1-minute electrification with a direct current potential of not less than 200 nor
more than 500 volts. The conductor shall be maintained negative to the sheath, armor, or water. For
multiple conductor cables, the insulation resistance of each conductor against all other conductors connec-
ted to ground shall be not less than the specified value. Insulation resistance shall be referred to a temper-
ature of 15.5°C. by multiplying the measured value of insulation resistance by a conversion factor corre-
sponding to the temperature of the measurement and the type of cable. These conversion factors are shown
in table XLV. For temperature values between those tabulated, the conversion factor shall be obtained by
interpolation. Where the values in table XLV are not applicable to approved cable constructions, other con-
version factors may be used when specifically authorized.

Table XLV - Temperature conversion factors.

| Temperatures | | Temperature coefficients | |
|---|---|---|---|
| Degrees F. | Degrees C. | Nonflexing cables (see 1.2.1)<br>Repeated flexing cables (see 1.2.2)<br>Miscellaneous wire (see 1.2.4) | Varnished cambric insulated cables (see 1.2.1) |
| 32 | 0.0 | 0.032 | 0.085 |
| 35 | 1.7 | .047 | .11 |
| 38 | 3.3 | .071 | .15 |
| 41 | 5.0 | .098 | .18 |
| 44 | 6.7 | .14 | .26 |
| 47 | 8.3 | .25 | .32 |
| 50 | 10.0 | .29 | .42 |
| 53 | 11.7 | .45 | .54 |
| 56 | 13.3 | .78 | .71 |
| 59 | 15.0 | .91 | .89 |
| 60 | 15.5 | 1.00 | 1.00 |
| 62 | 16.7 | 1.26 | 1.20 |
| 65 | 18.3 | 1.80 | 1.50 |
| 68 | 20.0 | 2.50 | 2.00 |
| 71 | 21.7 | 3.50 | 2.45 |
| 74 | 23.3 | 5.00 | 3.10 |
| 77 | 25.0 | 6.60 | 4.00 |
| 80 | 26.7 | 8.30 | 5.15 |
| 83 | 28.3 | 11.0 | 6.20 |
| 86 | 30.0 | 17.5 | 8.00 |
| 89 | 31.7 | 24.5 | 10.0 |
| 92 | 33.3 | 34.0 | 12.0 |
| 95 | 35.0 | 48.0 | 16.0 |

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

4.8.26 Flame retardant test.- Various component materials employed in shipboard cables are speci-fied in section 3 to require moisture and flame retardant characteristics. The materials used shall be in conformance with those employed in the approved sample, or otherwise specifically approved by the bureau or agency concerned.

4.8.27 Capacitance and characteristic impedance (shielded pairs).-

4.8.27.1 Specimens of pair or cables for test.-

4.8.27.1.1 Length.- Measurements of capacitance and characteristic impedance shall be made upon a specimen 5 feet in length. Measurement shall be checked on a specimen 10 feet in length.

4.8.27.1.2 Preparation of specimen.- The shield shall be removed for a distance of 1 inch from both ends of the pair being tested. Each conductor shall be bared for 1/2 inch from each end. The length of the specimen is considered to be the shielded length.

4.8.27.1.3 Conditioning.- Measurements shall be made at 25° ± 2.5°C. and prevailing humidity. If a refrigerator, oven, or other small chamber is used for conditioning, leads from the specimen to the termi-nals of the measuring instrument shall be 4000 circular mils or larger wire of the shortest practicable length. Due consideration should be given to the effect of internal capacitances in the instrument, and of interlead capacitance and inductance upon the accuracy of the determinations.

4.8.27.2 Test equipment.- The following procedure is specified for a Q-meter and suitable oscillator equipped with the external balance circuit schematically shown hereinafter. The general procedure can be adapted to an alternate method of measurement, where it can be demonstrated that such an alternate will yield results of at least equal accuracy and precision.



L: Coil, of inductance suitable for the magnitude of the reactances
   to be measured.
C: Variable calibrated precision condenser.
$T_1$, $T_2$: Terminals of Q-meter, $T_1$ grounded.
$T_3$, $T_4$: Terminals in the inductive branch of the balance
   circuit ($T_4$ can be identical with the terminal $T_1$).
S: Means for shorting $T_3$ and $T_4$.

The leads from L and C to the Q-meter terminals shall be short as practicable. The test specimen, or leads from the test specimen, shall be terminated at, or as near as possible to, the terminals of L.

86

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

4.8.27.3 Determination of capacitance.- The shield shall be grounded at both ends for these measure-ments. The capacitance shall be measured between the inner conductors of each pair. Designate one conductor as No. 1, the other as No. 2 and the shield as No. 3.

(a) Short terminals $T_3$ and $T_4$.

(b) Balance the circuit to resonance by adjusting C to a value $C_0$, at which point balance (resonance) will be indicated by a maximum reading on the Q-meter.

(c) Connect No. 1 to No. 3 terminate 1-3 at $T_1$, and terminate 2 at $T_2$. Balance the circuit by adjusting C to a new value $C_1$. Designate the capacitance $(C_0 - C_1)$ between No. 2 and No. 1-3 by the symbol $C_a$. Disconnect No. 1 from No. 3.

(d) Connect No. 2 to No. 3, terminate No. 2-3 at $T_1$, and terminate No. 1 at $T_2$. Balance the circuitry by adjusting C to a new value $C_2$. Designate the capacitance $(C_0 - C_2)$ between No. 1 and No. 2-3 by the symbol $C_b$. Disconnect No. 2 from No. 3.

(e) Connect No. 1 to No. 2, terminate No. 3 at $T_1$ and terminate No. 1-2 at $T_2$. Balance the circuit by adjusting C to a new value $C_3$. Designate the capacitance $(C_0 - C_3)$ between No. 1-2 and No. 3 by the symbol $C_c$. Disconnect No. 1 from No. 2.

(f) The capacitance ($C_p$) between the two inner conductors is equal to $\dfrac{2(C_a + C_b) - C_c}{4}$

(g) The capacitance per foot is the above value of capacitance divided by the length of the sample in feet (see 4.8.27.1.1).

4.8.27.4 Determination of characteristic impedance (surge impedance).- These measurements shall be made upon the same pair or specimen upon which the capacitance measurements were made.

4.8.27.4.1 Measurement of inductance (short circuit impedance $Z_{sc}$).-

(a) Short $T_3$ and $T_4$, and balance the circuit by adjusting C to a value $C_0$.

(b) Open the circuit at $T_3$ and $T_4$, connect the inner conductors of the specimen at the far end, and terminate the conductors at $T_3$ and $T_4$. Ground the shield to $T_4$.

(c) Balance the circuit by adjusting C to value $C_1$.

(d) Since the inductance of the inductive branch will be increased by an amount dL due to connecting the specimen in series with L, there will be a corresponding change dC (equal to $C_0 - C_1$) in the adjustment of the capacitance C necessary to regain balance. The inductance of the specimen ($L_p$) can be calculated from the formula:

$$L_p = dL = dC/W^2 C_0 \,(C_0 - dC) \text{ where } W = 2_\pi \text{ times the frequency.}$$

If dC is 1 percent or less of $C_0$, the formula can be reduced to:

$$L_p = dL = \frac{dC}{W^2 C_0{}^2}$$

4.8.27.4.2 Measurement of capacitance (open circuit impedance - $Z_{oc}$).- Capacitance, $C_p$ shall be measured by the method specified in 4.8.27.3.

4.8.27.4.3 The characteristic impedance, $Z_0$, can be obtained from either of the formulas:

$$Z_0 = \sqrt{\frac{L_p}{C_p}}$$

or

$$Z_0 = \sqrt{Z_{oc}\, Z_{sc}}$$

Where: $Z_{oc} = \dfrac{1}{W C_p}$

$Z_{sc} = W L_p$

87

MIL-C-915B(NAVY)

4.8.28  Breaking strength.-

4.8.28.1  Completed cable.-

4.8.28.1.1  Specimens.- Specimens shall consist of straight sections of completed cable approximately 6 feet in length.

4.8.28.1.2  Apparatus.- The testing machine shall be power-driven. The applied tension shall be indicated on a dial or scale having an accuracy within ±1 percent, and the indicator shall remain at the point of maximum load after rupture of the test specimen. A knurled metal mandrel, not less than 3 inches in diameter, shall be fitted into each jaw of the testing machine.

4.8.28.1.3  Procedure.- One end of the specimen shall be wrapped two full turns around the upper mandrel and secured in place so as to provide sufficient snubbing action to prevent slipping, and the other end secured in a similar manner to the lower mandrel. The distance between the jaws with the specimen in place shall be not less than 6 inches. The jaws shall be separated at a uniform rate of approximately 1 inch per minute until the specimen breaks.

4.8.28.1.4  Number of tests.- If the first specimen representing the lot is rejected, samples from two other reel lengths shall be taken to represent the lot and, if either of these two samples fails to meet the specified breaking strength, the entire lot shall be rejected. Breaks which occur within 1 inch of each mandrel shall be considered not indicative of the true breaking strength of the specimen.

4.8.28.2  Tie cord.- The apparatus and procedure shall be as specified in 4.8.28.1 except that specimens shall consist of lengths of tie cord removed from the completed cable and the rate of separation between the jaws of the testing machine shall be approximately 12 inches per minute.

4.8.29  Induced voltage, completed cable (MCOS-5 and MCS-6 only).-

4.8.29.1  Specimen.- The specimen shall be 10 feet in length.

4.8.29.2  Preparation of specimen.- The insulation shall be removed from 1/2 inch of both ends of all conductors. The braided copper shield shall be removed or pushed back to expose 1-1/2 inch of the twisted pair at both ends. The length of braided copper shield is considered to be the length of the specimen. The braided copper shield or shields shall be grouped at one end only. The conductors of one end of each shielded pair shall be shortened.

4.8.29.3  Procedure.-

4.8.29.3.1  Type MCOS-5.- An approximate 1000 c.p.s. current shall be circulated, first in the red and green conductors, then in the red and blue conductors, then in the green and blue conductors. The induced voltage appearing across the open end of the shielded pair shall be measured to an accuracy of 1 microvolt while the current is flowing.

4.8.29.3.2  Type MCOS-6.- An approximate 1000 c.p.s. current shall be circulated in the yellow and green conductors. The induced voltage appearing across the open end of each shielded pair shall be measured to an accuracy of 1 microvolt while the current is flowing.

4.29.3.3  Calculations.- Mutual inductance in henries is:

$$\frac{\text{Volts}}{2 \times \text{frequency (c.p.s.)} \times \text{current (amps)}}$$

4.8.30  Heat shock.- A specimen of the completed cable shall be wound for six adjacent turns about a mandrel not greater than three times the diameter of the specimen. The wound specimen shall be placed in an oven and subjected to air at a temperature of 121°C. for 1 hour and, after cooling, shall withstand while immersed in water at room temperature the dielectric strength tests shown in the applicable table of the detail requirements.

88

Case 4:07-cv-02824-SBA    Document 34-14    Filed 09/21/2007    Page 36 of 39

REPRODUCED AT THE NATIONAL ARCHIVES

4.8.31  Hydrostatic test. -

4.8.31.1  Open end. -  Samples shall be selected and tested as specified in the Appendix of this specifi-
cation, except that a double-ended stuffing tube of appropriate size (each end) conforming to Drawing
815-F-1197101 shall be used and water pressure shall be applied for 2 hours at the pressure specified for
the type of cable being tested.

4.8.31.2  Pressure cycling. -  A 15-foot specimen shall be installed in the water pressure chamber with
both ends brought out through a double-ended stuffing tube of appropriate size (each end) conforming to
Drawings 815-F-1197101 for electrical testing.  Five water pressure cycles at the pressure specified for the
type of cable being tested, shall be applied:  first, 30 minutes, then release;  second, third and fourth, build
up pressure and hold for approximately 1 minute or long enough to measure capacitance and insulation resist-
ance, then release;  and fifth, 30-minute electrical tests (see test requirements for specific cable types)
shall be made before, during, and after this pressure cycling.

4.8.32  Capacitance unbalance. -  The coefficient of asymmetry of a shielded twine-conductor cable
expressed in percent shall be determined by the following formula:

Capacitance asymmetry

$$= \frac{400\ (Ca - Cb)}{2\ (Ca + Cb) - Cc}$$

where:

Ca = capacitance between the No. 1 conductor and the No. 2
            conductor connected to the shield.
Cb = capacitance between the No. 2 conductor and the No. 1
            conductor connected to the shield.
Cc = capacitance between the No. 1 and No. 2 conductors
            connected together and the shield.

The unbalance shall be determined at any frequency between 1 kc. and 1 mc. per second on a specimen of
cable not exceeding 10 feet in length.

4.8.33  Endurance. -  A 7-foot long specimen shall be subjected to 500 cycles.  A cycle shall consist of
drawing the specimen under alternate loads of 490 and 180 pounds tension back and forth once through 90
degrees around a 3-inch diameter pulley with a total travel of 18 inches in one direction.

4.9  Test reports. -  Laboratory reports covering the comparison inspection (see 4.4.6.4; 4.6.5) shall
be forwarded directly to the cognizant Government inspector and two copies of each test report shall be
addressed to the bureau or agency concerned.

5.  PREPARATION FOR DELIVERY

5.1  Packaging. -

5.1.1  Cable shall be wound in coils or on reels as follows:

5.1.1.1  Coils. -  Coils shall each contain one continuous length of cable (see 6.2.2.1).  The following
cable types, up to and including the sizes shown, shall be furnished in coils:

| | | | |
|---|---|---|---|
| MRI-T-2-1/2 | DBSP | DHOF-4 | DSS |
| DCOP-2 | TBSP | THOF-4 | TSS |
| TCOP-2 | FBSP | FHOF-3 | FSS |
| MMOP-5 | SHOF-3 | DSWS-4 | 7SS |

Both ends of each coil, except for miscellaneous wires as specified in 1.2.4, shall be hermetically sealed as
specified in 3.12.20 to prevent the entrance of moisture.  Individual coils shall be securely tied, wrapped
spirally with one layer of 30-30 waterproof creped paper, a second layer or waterproof reinforced paper or
cloth-backed paper, and securely tied with a minimum of four individual ties.  As an alternate wrapping, an
inner layer of waterproof-creped paper and a single outer wrap of 30 to 45 water-resistant, neutral,
synthetic resin impregnated and laminated creped paper may be used.

89

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

5.1.1.2 Reels.- Reels shall each contain one continuous length of cable (see 6.2). Sizes of cable larger than these specified in 5.1.1.1 shall be wound on reels. Where the gross weight of the reel and cable is more than 1,000 pounds, the reels shall have suitable metal hubs. Reels shall be of suitable design strongly constructed with flanges of sufficient diameter to protect the cable from injury in handling, shipment, and storage. The diameter of the drum shall be not less than 1/4 times the diameter of the cable for non-flexing service, and not less than 8 times the diameter of the cable for repeated flexing service. The cable on a reel shall have both ends brought out so that the cable can be readily tested without unreeling. These ends the inner through a hole in the flange near the drum and the outer end at the top of the reel, shall be hermetically sealed in accordance with 3.12.20, to prevent the entrance of moisture and the inner or drum ends shall be fully protected from damage during the shipment by a suitable metal shield. Both ends of the cable shall be fastened securely to the reel flange with 1/4-inch rope, applied with two half-hitches, one 6 inches and the other 4 inches approximately back of the end seal, then twisting the loose rope ends together, knotting them, pulling the cable up tight, and stapling the rope to the flange with at least two 1-1/2 inch staples driven into the flange.

5.1.1.2.1 Lagging.- The cable wound on reels shall be covered with flexible waterproof barrier-material secured in a suitable manner to the flange rims. The material used shall conform to UU-P-271 or 0.004-inch thick polyethylene film conforming to Publication CS227-59. Reels shall be completely enclosed with wooden lagging with boards touching each other. Lagging boards shall be the same thickness as the outside wooden reel flanges but not thicker than 2-inch commercial lumber, and shall be securely nailed to the outside wooden flanges of the reel with cement-coated nails. On reels 36 inches in diameter and larger, lagging shall extend within 1/4 inch of the outside edges of the flanges. On reels smaller than 36 inches in diameter, lagging shall be flush with the outside edges of the flanges. Lagging of reels of cable weighing 1000 pounds or more shall be strapped with two 0.1620 ± 0.003-inch (8-gage) high-tensile round wires or two 3/4 by 0.035-inch steel straps. Lagging of reels of cable weighing less than 1000 pounds shall be strapped with two 0.0915 ± 0.003-inch (13-gage) high-tensile round wires or two 5/8 by 0.020-inch steel straps. All straps shall be stapled at intervals of approximately 15 inches. Lagging on metal flanges shall be secured by notching lagging of suitable thickness over the flanges and by steel strapping. A minimum clearance of 2 inches, but not less than 1 cable diameter, shall be provided between the inner face of the lagging and the outer layer of cable.

5.1.1.2.2 Plywood casing.- Plywood casing may be used in lieu of lagging, but shall be limited to reels smaller than 42 inches in diameter and which contain less than 1000 pounds of cable. Plywood casing shall be applied as follows: A cushioning layer of asphalt-impregnated, corrugated fiberboard or its equivalent shall be applied directly over the cable. Two layers of three-ply water-resistant toxic-treated plywood shall be secured tightly in place between the reel flanges directly over the cushioning material with not less than two 3/8 by 0.020-inch steel straps.

5.2 Packing.- Packing shall be level A, B, or C as specified (see 6.2).

5.2.1 Reels.- Cable wound on reels will require no further packing for domestic shipment and storage or overseas shipments (all levels).

5.2.2 Coils.-

5.2.2.1 Cable in coils weighing over 50 pounds will require no further packing (all levels).

5.2.2.2 Cable in coils weighing 50-pounds and under shall be packed in boxes for the level of packing as specified (see 6.2).

5.2.2.2.1 Level A.- Boxes shall conform to any one of the following specifications at the option of the contractor:

| Specification | Box | Type or class |
|---|---|---|
| PPP-B-585 | Wood, wirebound | Class 3 use |
| PPP-B-591 | Fiberboard, wood-cleated | Overseas type |
| PPP-B-601 | Wood, cleated-plywood | Overseas type |
| PPP-B-621 | Wood, nailed and lockcorner | Class 2 |
| PPP-B-636 | Fiberboard | Class 2 |

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

| Specification | Box | Type or class |
|---|---|---|
| PPP-B-640 | Fiberboard, corrugated, triplewall | Class 2 |
| PPP-B-576 | Wood-cleated, veneer, paper overlaid | Class 2 |

Fiberboard boxes conforming to PPP-B-636 shall have all corner and edge seams and manufacturer's joint sealed with tape in accordance with the appendix to PPP-B-636, or minimum 2-inch wide tape conforming to PPP-T-76. Boxes shall be closed, strapped, or banded in accordance with the applicable box specification or appendix thereto. The gross weight of wood or wood cleated boxes shall not exceed 200 pounds.

5.2.2.2.2. **Level B.** - Boxes shall conform to any one of the following specifications at the option of the contractor:

| Specification | Box | Type or class |
|---|---|---|
| PPP-B-585 | Wood, wirebound | Class 1 or 2 use |
| PPP-B-591 | Fiberboard, wood-cleated | Domestic type |
| PPP-B-601 | Wood cleated-plywood | Domestic type |
| PPP-B-621 | Wood, nailed and lock corner | Class 1 |
| PPP-B-636 | Fiberboard | Class 1 |
| PPP-B-576 | Wood-cleated, veneer, paper over-laid | Class 1 |

Box closure shall be as specified in the applicable box specification or appendix thereto. The gross weight of wood or wood-cleated boxes shall not exceed 200 pounds.

5.2.3 **Level C.** - Cable wound on reels or in coil form shall be packed in a manner that will insure carrier acceptance and will afford protection against damage during direct shipment from the supply source to the first receiving activity for early use. Shipping containers or method of packing shall conform to the Uniform Freight Classification Rules and Regulations or other carrier regulations as applicable to the mode of transportation.

5.3 **Marking.** - In addition to any special marking required herein or in the contract or order, coils, reels, and exterior shipping containers, shall be marked in accordance with MIL-STD-129.

5.3.1 **Special marking.** -

5.3.1.1 **Sheath material.** - All coils, reels, or shipping containers for cables for repeated flexing service (see 1.2.2) shall be marked with the phrase "Thermosetting sheath" or "Thermoplastic sheath", as applicable.

5.3.1.2 **Yearly marking.** - In addition to the marking specified in 5.3.1.2 and 5.3.1.3, all coils, reels and shipping containers shall be marked with a keyed series of colors to indicate the year of manufacture. This marking shall consist of a stripe approximately 2 inches wide and colored as follows for the particular year of manufacture. This cycle of colors shall be repeated every fifth year:

| Year of manufacture | | | Identifying color |
|---|---|---|---|
| 1960 | 1965 | 1970 | White |
| 1961 | 1966 | 1971 | Red |
| 1962 | 1967 | 1972 | Green |
| 1963 | 1968 | 1973 | Orange |
| 1964 | 1969 | 1974 | Blue |

5.3.1.2.1 **Coils.** - On coils wrapped for shipment the colored stripe shall be applied in at least 2 locations spaced equidistant around the coil. At each location the stripe shall be applied around the cross-section of the coil and each marking shall cover not less than the outer half of the periphery of the cross-section.

5.3.1.2.1.1 **Shipping containers.** - When the color-identified wrapped coils are packed more than one in a container, such containers also shall be marked with the colored stripe on one side and one end.

91

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-C-915B(NAVY)

5.3.1.2.2  Reels. -  On reels the colored stripe shall be applied circumferentially over the lagging and midway between the flanges. The stripe shall consist of one coat, commercial quality, outside paint of appropriate color. In addition to the stripe, both flanges of all reels shall be stenciled with 4-inch high figures to show the year of manufacture.

5.3.1.3  Coils. -  Two shipping tags shall be securely attached to each coil, both inside and outside the wrapping, and marked with the following information completed:

    (a)  Type.
    (b)  Size.
    (c)  Contract or order number.
    (d)  Contractor's name.
    (e)  Manufacturer's name (if other than contractor).
    (f)  Gross weight.

5.3.1.4  Reels. -  Each reel shall be plainly marked on both flanges with the following information completed:

    (a)  Reel No.
    (b)  Type.
    (c)  Size.
    (d)  Contract or order number.
    (e)  Contractor's name.
    (f)  Manufacturer's name (if other than contractor).

Metal tags, stencils, or paper labels containing the information requested shall be securely attached to reels. Where paper labels are used, they shall be securely attached and protected by a transparent compound to prevent deterioration of the markings.

6.  NOTES

6.1  Intended use. -  Ratings, characteristics, and applications for cables covered by this specification are specified in Section 9620-2 of General Specifications for Ships.

6.2  Ordering data. -  Procurement documents should specify the following:

    (a)  Title, number and date of this specification.
    (b)  Type and size of cable required (see 1.2 and 1.3)
    (c)  Quantity (see 6.2.1).
    (d)  Level of packing required (see 5.2).

6.2.1  Quantity. -  The quantity of each type and size of wire or cable on a contract or order should be specified as an integral multiple of the unit ordering length given in table XLVI for reels; the nominal length or unit ordering length for wire or cable in coils (see 5.1.1.1) is 500 feet, unless otherwise specified in the detail requirements.

                                 Preparing activity:
                                 Navy - SH
                                 (Project 6145-N037(NAVY)