Best Copy Available Comes Off Film

SOURCE: GLOBAL ENGINEERING

S/S BY
QPL-915-19
28 APR. 1965

**SUPERSEDED**

QPL-915-18
17 January 1964
SUPERSEDING
QPL-915-17
20 September 1962

FSC 6145

# QUALIFIED PRODUCTS LIST
## OF
## PRODUCTS QUALIFIED UNDER MILITARY SPECIFICATION
### MIL-C-915
### CABLE, CORD AND WIRE, ELECTRICAL (SHIPBOARD USE)

This list has been prepared for use by or for the Government in the procurement of products covered by the subject specification and such listing of a product is not intended to and does not connote indorsement of the product by the Department of Defense. All products listed herein have been qualified under the requirements for the product as specified in the latest effective issue of the applicable specification. This list is subject to change without notice; revision or amendment of this list will be issued as necessary. The listing of a product does not release the supplier from compliance with the specification requirements. Use of the information shown hereon for advertising or publicity purposes is expressly forbidden.

The activity responsible for this Qualified Products List is the Bureau of Ships.

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OR QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| Type SHFR, DHFR, THFR, PBJX, PBTX - All Sizes Standard Test Sample Type MHFA-10 | | | |
| do. | Amersel V-2 or V-3 | NY 3943-K-129 Ser. 660-9074 4/22/59 | American Steel and Wire Div. United States Steel Corp. Worcester, Mass. Plant: Same address |
| do. | Construction 8609s | NY 3943-K-58 Ser. 660-9075 4/30/59 | Anaconda Wire & Cable Co. 25 Broadway New York, N.Y. Plant: Hastings-on-Hudson 6, N.Y. |
| do. | Construction #51 | NY 4864-123 Ser. 660-9078 4/22/59 | Collyer Insulating Wire Co. P. O. Box 64 Higginson Ave. Lincoln, Rhode Island Plant: Same address |
| do. | FAC or FACA | NY 3943-K-68 Ser. 660-9079 4/22/59 | General Cable Corp. 206 Indiana Ave., N. W. Washington, D.C. Plants: Perth Amboy, N.J. Bayonne, N. J. |
| do. | | NY 3943-K-95 Ser. 660-9272 5/8/59 | General Electric Co. 1285 Boston Avenue Bridgeport 2, Conn. Plant: Same address |
| do. | Style NE | NY 3943-K-84 Ser. 660-9274 5/1/59 | H.K. Porter Company, Inc. National Electric Div. Porter Building Pittsburgh, Pa. Plant: Ambridge, Pa. |
| do. | Ohmseal #39 | NY 3943-K-93 Ser. 660-9275 5/11/59 | The Okonite Co. 220 Passaic Street Passaic, N.J. Plants: Passaic, N. J. No. Brunswick, N. J. |
| Type SHFR, DHFR, THFR, PBJX, PBTX - all sizes | | | |
| do. | Construction #72 or #72A | NY 3943-K-83 Ser. 660-9276 5/8/59 | Phelps-Dodge Copper Products Corp. Habirshaw Cable & Wire Div. 300 Park Ave. New York 22, N. Y. Plant: Yonkers, N. Y. |

1 of 11

Lehman Decl.

Exhibit 14

104824

QPL-915

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OR QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| Type SNFR, DNFR, TKFR, FBJX, FBTX - all sizes | | | |
| do. | Synkote NNFA | NY 5287-23 Ser. 660-9277 5/11/59 | Plastoid Corporation Hamburg, N.J. Plant: Same address |
| do. | Rocilet 7 | NY 3943-K-109 Ser. 660-9278 6/11/59 | Rockbestos Wire & Cable Co., Div. of Cerro Corp. P.O. Drawer No. 1102 New Haven 4, Conn. Plant: New Haven 4, Conn. |
| Type TTHFWA, NDGB, TSP, FBTM, all sizes, Standard Test Sample TTHFWA-10 | | | |
| do. | Amerseal V-1 | NY 3943-K-118 Ser. 660-9074 4/22/59 | American Steel & Wire Div. United States Steel Co. Worcester, Mass. Plant: Same address |
| do. | Construction #617a | NY 3943-K-141 Ser. 660-9075 4/30/59 | Anaconda Wire & Cable Co. 25 Broadway New York, N. Y. Plant: Hastings-on-Hudson 6, N. Y. |
| do. | Ankeseal TTHFWA | NY 4710-59, 59A, Ser. 660-9279 5/8/59 | Ansonia Wire and Cable Co. 111 Martin Street Ashton, R.I. Plant: Same address |
| do. | TTHFWA-10 or 10A | G.C.C. Rpts. 1001, 1002, 1003 & 1004 | General Cable Corp. 306 Indiana Avenue, N. W. Washington 1, D. C. Plants: Perth Amboy, N. J. Elkton, Md. |
| do. | Construction #107A | NY 3943-K-103, Ser. 660-9272 5/8/59 | General Electric Co. 1285 Boston Avenue Bridgeport 2, Conn. Plant: Same address |
| do. | K-W-TT | Kaiser Rpt. WE 1 | Kaiser Aluminum & Chemical Corp. 500 Wood Street Bristol, Rhode Island Plant: Same address |
| do. | Resinite, Style NA | NY 3943-K-84 Ser. 660-9274 5/1/59 | H.K. Porter Company, Inc. National Electric Div. Porter Building Pittsburgh, Pa. Plant: Ambridge, Pa. |
| Type TTHFWA, NDGB, TSP, FBTM, all sizes | | | |
| do. | Okoseal R39 | NY 3943-K-133 Ser. 660-9275 5/11/59 | The Okonite Co. 220 Passaic Street Passaic, N. J. Plant: No. Brunswick, N. J. |
| do. | Construction #73 | NY 3943-K-101 Ser. 660-9276 5/8/59 | Phelps-Dodge Copper Products Corp. Habirshaw Cable & Wire Div. 300 Park Ave. New York 22, N.Y. Plant: Yonkers, N. Y. |
| do. | Synkote TTHFWA | NY 5287-11 Ser. 660-9277 5/11/59 | Plastoid Corporation Hamburg, N.J. Plant: Same address |

2 of 11

104825

QPL-915

| Government Designation | Manufacturer's Designation | Test or Qualification Reference | Manufacturer's Name and Address |
|---|---|---|---|
| Type TTHFWA, HDGB, TSF, PBTM, all sizes | | | |
| do. | Rosilok 8 or 8A | NY 3943-K-111 Ser. 660-9278 5/11/59 | Rockbestos Wire & Cable Co., Div. of Cerro Corp. P.O. Drawer No. 1102 New Haven 4, Conn. Plant: New Haven 4, Conn. |
| Type SDGA, all sizes Standard Test Sample SDGA-400 | | | |
| do. | Amerseal K | NY 3943-K-108 Ser 560-59853 7/3/53 | American Steel & Wire Div. United States Steel Corp. Worcester, Mass. Plant: Same address |
| do. | Construction #613 | NY 3943-K-104 Ser 560-603 3/26/52 | Anaconda Wire & Cable Co. 25 Broadway New York, N. Y. Plant: Hastings-on-Hudson 6, N. Y. |
| do. | 14FA, or 14F | NY 3943-K-66 Ser 357-5405 9/14/53 | General Cable Corp. 206 Indiana Ave., N. W. Washington, D. C. Plant: Bayonne, N. J. |
| do. | CWC-SPT 1954-1 | NY5287-21 Ser 357-7013 11/26/54 | General Electric Co. 1285 Boston Ave. Bridgeport 2, Conn. Plant: Same address |
| do. | Roseal #38 or #41 | NY 3943-K-43 Ser 357-6808 11/5/53 | The Okonite Co. 220 Passaic Street Passaic, N. J. Plants: Passaic, N. J. No. Brunswick, N. J. |
| Type SDGA, all sizes | | | |
| do. | Construction #100 | NY 4706-49 Ser. 560-60505 7/27/53 | Phelps-Dodge Copper Products Corp. Habirshaw Cable & Wire Div. 300 Park Ave. New York 22, N. Y. Plant: Yonkers, N. Y. |
| do. | Resinite Style NC or NCA | NY 3943-K-92 Ser 357-1519 4/13/53 | H.K. Porter Company, Inc. National Electric Div. Porter Building Pittsburgh, Pa. Plant: Ambridge, Pa. |
| do. | Rosilok 60 or 60A | NY 3943-K-110 Ser 357-1437 4/8/53 | Rockbestos Wire & Cable Co., Div. of Cerro Corp. P.O. Drawer No. 1102 New Haven 4, Conn. Plant: New Haven, Conn. |
| Type SDU, FCSF, all sizes Standard Test Sample THOF-42 and THFA-150 | | | |
| do. | Amerseal MB | NY 3943-K-108 NY 4706-11 Ser 357-8110, Aug 1956 | American Steel & Wire Div. United States Steel Corp. Worcester 7, Mass. Plant: Same address |

3 of 11

104826

QPL-915

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OR QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| Type SDU, FCSF, all sizes Standard Test Sample THOF-42 and THFA-150 | | | |
| do. | 1411-1315 | NY 3943-K-24<br>M.I. 10894-13-48<br>Ser 357-5111, Aug. 1956 | Anaconda Wire & Cable Co.<br>25 Broadway<br>New York, N.Y.<br>Plant: Marion, Ind. |
| do. | FCSF-SDU | NY 3943-K-66<br>NY 4398-41<br>Ser 357-5112, Aug. 1956 | General Cable Corp.<br>206 Indiana Avenue, N. W.<br>Washington 1, D.C.<br>Plant: Perth Amboy, N.J. |
| do. | CMWC-Bpt. 1955-1 | NY 5287-21<br>NY 4706-239<br>Ser 357-5113, Aug. 1956 | General Electric Co.<br>1285 Boston Ave.<br>Bridgeport 2, Conn.<br>Plant: Same address |
| do. | Okoprene #25-N | NY 3943-K-117<br>MI 64-50<br>Ser 357-5115, Aug 1956 | The Okonite Co.<br>220 Passaic Street<br>Passaic, N. J.<br>Plant: North Brunswick, N.J. |
| do. | Okoprene #22 | MI 64-50<br>Ser 357-4808, 11/5/53 | The Okonite Co.<br>220 Passaic Street<br>Passaic, N.J.<br>Plant: Same address |
| do. | Construction #102 | NY 3943-K-65<br>MI -94-53<br>Ser 357-5116, Aug. 1956 | Phelps Dodge Copper Products Corp.<br>Habirshaw Cable & Wire Div.<br>300 Park Ave.<br>New York, N.Y.<br>Plant: Yonkers, N.Y. |
| do. | Resinite Style NR | NY 3943-K-92<br>NY 5287-5<br>Ser 357-5114, July 1956 | H.K. Porter Company, Inc.<br>National Electric Div.<br>Porter Building<br>Pittsburgh, Pa.<br>Plant: Ambridge, Pa. |
| Type MDGA, MDGL all sizes Standard Test Sample MDGA-19 (6) | | | |
| do. | Amerseal K | NY 3943-K-108<br>Ser 560-59853 7/17/53 | American Steel & Wire Div.<br>United States Steel Corp.<br>Worcester, Mass.<br>Plant: Same address |
| do. | Construction 8613A or 8613B | NY 3943-K-104<br>Ser 560-603 3/26/52 | Anaconda Wire & Cable Co.<br>25 Broadway<br>New York, N. Y.<br>Plant: Hastings-on-Hudson 6, N. Y. |
| Type MDGA, MDGL, all sizes | | | |
| do. | KP-55-16 | NY 5287-38<br>Ser 357-3808 7/2/56 | Collyer Insulating Wire Co.<br>P. O. Box 64<br>Higginson Avenue<br>Lincoln, Rhode Island<br>Plant: Same address |
| do. | 19GA or 19P | NY 3943-K-126<br>Ser 357-3405 9/14/53 | General Cable Corp.<br>206 Indiana Ave., N. W.<br>Washington, D. C.<br>Plant: Bayonne, N. J. |
| do. | Construction 847 and 848 | NY 5287-21<br>NY 5287-43<br>Ser 660-1166 8/27/58 | General Electric Co.<br>1285 Boston Ave.<br>Bridgeport 2, Conn.<br>Plant: Same address |
| do. | Okoseal #38 | NY 3943-K-139<br>Ser 357-4808 11/5/53 | The Okonite Co.<br>220 Passaic Street<br>Passaic, N. J.<br>Plants: Passaic, N. J.<br>No. Brunswick, N. J. |

4 of 11

104827

QPL-915

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OR QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| Type MDGA, MDGL, all sizes | | | |
| do. | Construction #101 | NY 4706-90 Ser 560-60556 7/27/53 | Phelps-Dodge Copper Products Corp. Habirshaw Cable & Wire Div. 300 Park Ave. New York 22, N. Y. Plant: Yonkers, N. Y. |
| do. | Resinite ND or NDA | NY 3943-87 Ser 357-1519 4/13/53 | H.K. Porter Company, Inc. National Electric Div. Porter Building Pittsburgh, Pa. Plant: Ambridge, Pa. |
| do. | Resilok 9 | NY 3943-K-112 Ser 767-1437 4/8/53 | Rockbestos Wire & Cable Co., Div. of Cerro Corp. P.O. Drawer No. 1102 New Haven 4, Conn. Plant: New Haven, Conn. |
| Type TSS and FSS All sizes | | | |
| do. | 107-TSS4-500 | NY 5248-151 and Kaiser Rpt. of 3/24/ | Kaiser Aluminum & Chemical Corp. 500 Wood Street Bristol, Rhode Island Plant: Same address |
| Type DSS, TSS & FSS All sizes | | | |
| do. | Amerseal WT | AS and W ltr. Rpt. 24 August 1962 | American Steel and Wire Div. United States Steel Corp. Worcester 7, Mass. Plant: Same address |
| do. | S-3903-3 | NY 5287-51 | Anaconda Wire & Cable Co. 25 Broadway New York, N. Y. Plant: Marion, Indiana |
| do. | Type SS | NY 5287-48 & Boston Insulated Wire & Cable Co., ltr. of 9/13/60 | Boston Insulated Wire & Cable Co. Bay Street Boston 25, Mass. Plant: Same address |
| do. | XP-60-52 | Collyer Rpt. 61-545 | Collyer Insulating Wire Co. P. O. Box 64 Higginson Avenue Lincoln, Rhode Island Plant: Same address |
| do. | Type SS | General Cable Rpt. #13861 of 12/2/60 | General Cable Corp. 206 Indiana Avenue, N. W. Washington 1, D. C. Plant: Perth Amboy, N. J. |
| do. | WC-Rpt.-1962-1 | G.E. Rpt. WC-Rpt.-1962-1 of 8/6/62 | General Electric Co. 1285 Boston Avenue Bridgeport 2, Connecticut Plant: Same address |
| do. | Type SS | NY 5248-151 & Kaiser Rpt. of 9/9/60 | Kaiser Aluminum & Chemical Corp. 500 Wood Street Bristol, Rhode Island Plant: Same address |
| do. | Okoprene 24-B | Okonite 460-590 | The Okonite Co. 220 Passaic Street Passaic, N. J. Plant: North Brunswick, N. J. |
| do. | Tyrex 80353 | Simplex ltr. Rpt. 9 April 1962 | Simplex Wire & Cable Company 79 Sidney Street Cambridge 39, Mass. Plant: Same address |

5 of 11

104828

QPL-915

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OR QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| Type DSS, TSS, PSS, NSS, all sizes, Standard Test Sample NSS-6 | | | |
| do. | Construction #149 | NY 4706-175 NY 4706-184 Ser 560-46617 3/3/53 | Phelps-Dodge Copper Products Corp. Habirshaw Cable & Wire Div. 300 Park Ave. New York 22, N. Y. Plant: Yonkers, N. Y. |
| Type MHFF all sizes Standard Test Sample MHFF-30 | | | |
| do. | Type EXN | NY 4398-22 NY 4398-23 NY 4398-31 NY 4706-196 Ser 660-4774 4/22/59 | American Steel & Wire Div. United States Steel Corp. Worcester, Mass. Plant: Same address |
| do. | Construction #571 | NY 4398-119 Ser 560-74945 1/15/54 | Anaconda Wire & Cable Co. 25 Broadway New York, N. Y. Plants: Hastings-on-Hudson 6, N. Y. |
| do. | MHFF | NY 4398-200B Ser 357-5405 9/14/53 | General Cable Corp. 206 Indiana Avenue, N. W. Washington, D. C. Plant: Perth Amboy, N.J. |
| do. | Construction #10A or #10B | NY 4398-12 Ser 560-43817 1/24/53 and NY 4706-168 Ser 560-59872 8/10/53 | General Electric Co. 1285 Boston Avenue Bridgeport 2, Conn. Plant: Same address |
| do. | Synrubestos | NY #938-133 ltr. S62-2-(2)(380) 1/12/43 | Kaiser Aluminum & Chemical Corp. 500 Wood Street Bristol, Rhode Island Plant: Same address |
| do. | Okoseal #28 | NY 4706-174 Ser 357-6808 11/5/53 | The Okonite Company 220 Passaic Street Passaic, N. J. Plant: No. Brunswick, N. J. |
| do. | Construction #70 | NY 4706-175 Ser 560-60255 7/27/53 | Phelps-Dodge Copper Products Corp. Habirshaw Cable & Wire Div. 300 Park Ave. New York 22, N. Y. Plant: Yonkers, N. Y. |
| do. | Rocilok 2E | NY 4706-143 ltr. S62-2-(1)(335) 11/28/44 | Rockbestos Wire & Cable Co., Div. of Cerro Corp. P.O. Drawer #1102 New Haven 4, Conn. Plant: New Haven 4, Conn. |
| Type TTRS all sizes Standard Test Sample TTRS-8 | | | |
| do. | Amerseal P | NY 4710-8-3 Ser 660-9074 4/22/59 | American Steel & Wire Div. United States Steel Corp. Worcester, Mass. Plant: Same address |
| do. | Construction #1212 | NY TRL:TRs SS, Ships Ser 357-6642 11/10/54 | Anaconda Wire & Cable Co. 25 Broadway New York, N.Y. Plants: Hastings-on-Hudson 6, N. Y. |
| do. | Anbeseal TTRS | NY 4710-8-1 Ser 660-9279 5/8/59 | Amenaic Wire & Cable Co. 111 Martin Street Ashton, R.I. Plant: Same address |

6 of 11

104829

OPL-915

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OR QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| Type TTRS, all sizes Test Sample TTRSB | TTRS | G.C.C. Rpts. 1001, 1002, 1003 & 1004 | General Cable Corp. 206 Indiana Avenue, N. W. Washington, D. C. Plants: Perth Amboy, N. J. Elkton, Md. |
| do. | Construction #25A | NY 4710-R-7 Ser 357-1038 3/25/53 | General Electric Co. 1285 Boston Avenue Bridgeport 2, Conn. Plant: Same address |
| do. | Synrub-B | NY 4710-61, 61A Ser 660-45617 7/25/50 | Kaiser Aluminum & Chemical Corp. 500 Wood Street Bristol, Rhode Island Plant: Same address |
| do. | Okoseal #26 | NY 4710-R-6 Ser 357-6808 11/5/53 | The Okonite Co. 229 Passaic Street Passaic, N. J. Plant: No. Brunswick, N. J. |
| do. | Construction #157 | NY 951:GN:TN, Ships Ser 357-4844 8/14/53 | Phelps Dodge Copper Products Corp. Habirshaw Cable and Wire Div. 300 Park Avenue New York 22, N.Y. Plant: Yonkers, N.Y. |
| do. | Synkote TTRS | NY 5287-29 Ser 560-29647 April 1955 | Plastoid Corporation Hamburg, New Jersey Plant: Same address |
| do. | Resilock #13 | 4710-R-4 Ser 660-9278 5/11/59 | Rockbestos Wire & Cable Co., Div. of Cerro Corp. P.O. Box Drawer No. 1102 New Haven 4, Conn. Plant: New Haven 4, Conn. |
| do. | Plastex TTRS | NY 5287-27 Ser 357-3483 3/16/56 | Simplex Wire and Cable 79 Sidney Street Cambridge 39, Mass. Plant: Same address |
| Type TTRSA, all sizes Test Sample TTRSAB | Amerseal PA | NY 4710-R-3 Ser 660-9074 4/22/59 | American Steel & Wire Div. United States Steel Corp. Worcester, Mass. Plant: Same address |
| do. | Construction #620 | NY 4710-R-8 Ser 560-47872 1/5/53 | Anaconda Wire & Cable Co. 25 Broadway New York, N.Y. Plant: Hastings-on-Hudson 6, New York |
| do. | Anhaseal TTRSA | NY 4710-R-1 Ser 660-9279 5/8/59 | Ansonia Wire & Cable Co. 111 Martin Street Ashton, R.I. Plant: Same address |
| do. | TTRSA | G.C.C. Rpts. 1001, 1002, 1003 & 1004 | General Cable Corp. 206 Indiana Avenue, N. W. Washington 1, D. C. Plants: Perth Amboy, N. J. Elkton, Md. |
| do. | Construction #25A | NY 4710-R-7 Ser 357-1038 3/25/53 | General Electric Co. 1285 Boston Avenue Bridgeport 2, Conn. Plant: Same address |

7 of 11

104830

QPL-915

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OR QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| Type TTRSA, all sizes Test Sample TTRSAB | | | |
| do. | Syncrub-5 | NY #710-61, 61A Ser 660-45517 7/25/50 | Kaiser Aluminum and Chemical Corp. 500 Wood Street Bristol, Rhode Island Plant: Same address |
| do. | Chemseal #26 | NY 4710-P-6 Ser 357-6808 11/5/53 | The Chemite Co. 220 Passaic Street Passaic, N.J. Plant: No. Brunswick, N.J. |
| do. | Construction #155 | NY 951: GR: TM, Ships Ser 560-20228 12/21/54 | Phelps Dodge Copper Products Corp. Habirshaw Cable & Wire Div. 300 Park Avenue New York 22, N.Y. Plant: Yonkers, N.Y. |
| do. | Syrkote TTRSA | NY 5287-16 Ser 560-43812 2/10/53 | Plastoid Corporation Hamburg, New Jersey Plant: Same address |
| do. | Resilock #14 | NY 4710-R-4 Ser 660-9278 5/11/59 | Rockbestos Wire & Cable Co., Div. of Cerro Corp. P.O. Box Drawer No. 1102 New Haven 4, Conn. Plant: Same address |
| do. | Plastex TTRSA | NY 5287-27 Ser 357-3483 5/16/55 | Simplex Wire and Cable Co. 79 Sidney Street Cambridge 39, Mass. Plant: Same address |
| do. | Turbo-2935 | NY 5287-47 | Brand-Rex Division American Enka Corp. 31 Sudbury Road Concord, Mass. Plant: North Windham, Conn. |
| Type DHOF, THOF, RHOF, CVSF, JAS, TSP, all sizes Standard Test Sample THOF-42 | | | |
| do. | Amerseal EXHB | NY 4706-11 Ser 660-9074 4/22/59 | American Steel & Wire Div. United States Steel Corp. Worcester, Mass. Plant: Same address |
| do. | Construction 576 | MI 10894-13-48 Ser 660-9075 4/30/59 | Anaconda Wire & Cable Co. 25 Broadway New York, N.Y. Plant: Marion, Indiana |
| do. | Crescent Imperial Neoprene | NY 4398-155 Ser 660-9538 5/13/59 | Crescent Insulated Wire & Cable Co. Taylor and Lawrence Streets Trenton, N.J. Plant: Same address |
| do. | GPL | NY 4398-41 Ser 660-9079 4/22/59 | General Cable Corp. 206 Indiana Avenue, N.W. Washington 25, D.C. Plant: Perth Amboy, N.J. |
| do. | 9E | NY 4706-239 Ser 660-9272 5/8/59 | General Electric Co. 1285 Boston Avenue Bridgeport 2, Conn. Plant: Same address |
| do. | Roll Resist | NY 4706-438 Ser 660-9536 5/8/59 | Kaiser Aluminum & Chemical Corp. 500 Wood Street Bristol, Rhode Island Plant: Same address |

8 of 11

104831

QPL-915

| Government Designation | Manufacturer's Designation | Test or Qualification Reference | Manufacturer's Name and Address |
|---|---|---|---|
| Type DHOF, THOF, RHOF, CVSF, JAS, T3P, all sizes, Standard Test Sample THOF-42 | | | |
| do. | Okoprene 23-S-H or 23-L-H | MI 10897-48 Ser 660-9275 5/11/59 | The Okonite Company 220 Passaic Street Passaic, N.J. Plant: North Brunswick, N.J. |
| do. | Construction #148 or #148A | MI 494-53 Ser 660-9276 5/8/59 | Phelps Dodge Copper Products Corp. Habirshaw Cable & Wire Div. 300 Park Avenue New York 22, N.Y. Plant: Yonkers, N.Y. |
| do. | Resinite Style NN | NY 5287-5 Ser 660-9275 5/11/59 | H.K. Porter Company, Inc. National Electric Div. Porter Building Pittsburgh, Pa. Plant: Ambridge, Pa. |
| do. | Rome HOF-P | NY 47-6-58 Ser 660-9534 5/11/59 | Rome Cable Corporation Rome, New York Plant: Same address |
| do. | TIREX | NY 4398-68 Ser 660-9535 5/11/59 | Simplex Wire & Cable Co. 79 Sidney Street Cambridge, Mass. Plant: Same address |
| Type DHOF, THOF, RHOF, Sizes 3 to 9 Inc. Standard Test Sample THOF-4 | | | |
| do. | Cresyncord | NY 5287-20 Ser 357-7657 12/2/53 Ser 357-371 1/18/54 | Crescent Insulated Wire & Cable Co. Taylor & Lawrence Streets Trenton, N.J. Plant: Same address |
| do. | Whitney Blake - HOF | NY 5287-18 Ser 560-43894 1/26/53 | Whitney Blake Company New Haven 14, Conn. Plant: Same address |
| Type DHOF, THOF, RHOF, Sizes 14 to 42 Ins. Standard Test Sample THOF-14 | | | |
| do. | Cresyncable | NY 5287-20 Ser 357-7657 12/2/53 Ser 357-371 1/18/54 | Crescent Insulated Wire & Cable Co. Taylor & Lawrence Streets Trenton, N.J. Plant: Same address |
| Type DHOF, THOF, RHOF, Sizes 3 to 42 Inc. Standard Test Sample THOF 9 or 14 | | | |
| do. | Amersteel KLP | NY 5287-6 Ser 560-7257 6/5/52 | American Steel & Wire Div. United States Steel Corp. Worcester, Mass. Plant: Same address |
| do. | GPS | NY 4398-41A Ser 357-5405 9/14/53 | General Cable Corp. 206 Indiana Avenue, N.W. Washington, D.C. Plant: Perth Amboy, N.J. |

9 of 11

104832

QPL-915

| Government Designation | Manufacturer's Designation | Test or Qualification Reference | Manufacturer's Name and Address |
|---|---|---|---|
| Type DHOF, THOF, PHOF, Sizes 3 to 42 Inc. Standard Test Sample THOF 9 or 14 | | | |
| do. | GMC-LOWELL-1952-2 | NY 5287-12 Ser 560-10846 7/14/52 | General Electric Co. 1285 Boston Avenue Bridgeport 2, Conn. Plant: Lowell, Mass |
| do. | Resinite Style NHA | NY 4706-82 Ser 357-1519 4/13/53 | H.K. Porter Company, Inc. National Electric Div. Porter Building Pittsburgh, Pa. Plant: Ambridge, Pa. |
| do. | Construction #71 | NY 4706-192 Ser 563-44246 1/26/53 | Phelps Dodge Copper Product Corp. Habirshaw Cable & Wire Div. 300 Park Avenue New York 22, N.Y. Plant: Yonkers, N.Y. |
| do. | Rome HOF-V or HOF-CVN | NY 3943-62 Ser 560-7517 6/20/52 | Rome Cable Corporation Rome, New York Plant: Same address |
| Type TTOP  All sizes Standard Test Sample TTOP-10 | | | |
| do. | Construction #574 | NY 4934-213 Ser 560-7256 6/3/52 | Anaconda Wire & Cable Co. 25 Broadway, New York, N.Y. Plant: Hastings-on-Hudson 6, N.Y. |
| do. | TTOP | Ansonia Wire & Cable Co. Rpt. NTTOP-2 | Ansonia Wire & Cable Co. 111 Martin Street Ashton, Rhode Island Plant: Same address |
| do. | TOP | G.C.C. Rpt. 1001, 1002, 1003 & 1004 | General Cable Corp. 205 Indiana Avenue, N. W. Washington 1, D. C. Plants: Perth Amboy, N. J. Elkton, Md. |
| do. | Ohmseal 840 | NY 4706-23C Ser 357-6806 11/3/53 | The Ohmnite Company 220 Passaic Street Passaic, N.J. Plant: No. Brunswick, N. J. |
| do. | Construction #154 | NY 4706-184 & 175 Racks I and II Ser 560-60250 7/27/53 | Phelps Dodge Copper Products Corp. Habirshaw Cable & Wire Div. 300 Park Avenue New York 22, N.Y. Plant: Yonkers, N.Y. |
| do. | Synkote TTOP | NJ 131-65 Ser 357-4040 7/16/5 | Plastoid Corporation Hamburg, N.J. Plant: Same address |
| Type NHOP-5 Standard Test Sample NHOP-5 | NOP | NY 4706-10 Ser 357-5408 9/14/53 | General Cable Corp. 205 Indiana Avenue, N. W. Washington, D. C. Plant: Perth Amboy, N.J. |
| do. | Ohmseal 840 | NY 4706-174 Ser 357-6809 11/5/53 | The Ohmnite Company 220 Passaic Street Passaic, N.J. Plant: No. Brunswick, N. J. |

10 of 11

104833

QPL-915

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OR QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| Standard Test Sample WKOP-5 | | | |
| do. | Construction #152 | NY 4706-184, Part 1<br>Ser 560-60555 7/27/53 | Phelps Dodge Copper Products Corp.<br>Habirshaw Cable & Wire Div.<br>300 Park Avenue<br>New York 22, N.Y.<br>Plant: Yonkers, N.Y. |
| Type MCOS, all sizes Standard Test Sample MCOS-6 | | | |
| do. | OS | G.C.C. Rpts. 1001,<br>1002, 1003 & 1004 | General Cable Corp.<br>206 Indiana Avenue, N.W.<br>Washington 1, D.C.<br>Plants: Perth Amboy, N.J.<br>Elkton, Md. |
| do. | CWWC-Bridgeport - 1951-3 | NY 5287-4<br>Ser 560-97828 3/14/52 | General Electric Co.<br>1285 Boston Avenue<br>Bridgeport 2, Conn.<br>Plant: Same address |
| do. | Roll Resist | NY 4398-113<br>JJ15-(1)(350) 2. 4/43 | Kaiser Aluminum & Chemical Corp.<br>500 Wood Street<br>Bristol, Rhode Island<br>Plant: Same address |
| do. | Okoseal #28 | NY 4706-174<br>Ser 357-6808 11/5/53 | The Okonite Company<br>220 Passaic Street<br>Passaic, N.J.<br>Plant: No. Brunswick, N.J. |
| do. | Construction #53 | NY 4706-184 & 175<br>Parts I & II<br>Ser 5c 60555 7/27/53 | Phelps Dodge Copper Products Corp.<br>Habirshaw Cable & Wire Div.<br>300 Park Avenue<br>New York 22, N.Y.<br>Plant: Yonkers, N.Y. |
| do. | Res.nite Style MM | NY 4706-81<br>Ser 357-1519 4/13/53 | H.K. Porter Company, Inc.<br>National Electric Div.<br>Porter Building<br>Pittsburgh, Pa.<br>Plant: Ambridge, Pa. |
| Type MCOS, Sizes 2, 4 and 7 | PP3761 | Plastoid Rpt.<br>of 7/8/60 | Plastoid Corporation<br>Hamburg, N.J.<br>Plant: Same address |
| Type MCOS, TTOP, all sizes WKOP-5, Standard Test Sample TTOP-10 | | | |
| do. | KL | NY 4398-262<br>Ser 560-7257 6/3/52 | American Steel & Wire Div.<br>United States Steel Corp.<br>Worcester, Mass.<br>Plant: Same address |
| do. | BIW | NY 4710-60<br>Ser 660-9280 5/11/59 | Boston Insulated Wire Co.<br>Bay Street Dorchester<br>Boston 25, Mass.<br>Plant: Same address |

11 of 11

104834