Best Copy Available

SUPERSEDED

QPL-915-19
28 April 1965
SUPERSEDING
QPL-915-18
17 January 1964

FSC 6145

# QUALIFIED PRODUCTS LIST
## OF
## PRODUCTS QUALIFIED UNDER MILITARY SPECIFICATION

MIL-C-915

CABLE, CORD AND WIRE, ELECTRICAL (SHIPBOARD USE)

This list has been prepared for use by or for the Government in the procurement of products covered by the subject specification and such listing of a product is not intended to and does not connote indorsement of the product by the Department of Defense. All products listed herein have been qualified under the requirements for the product as specified in the latest effective issue of the applicable specification. This list is subject to change without notice; revision or amendment of this list will be issued as necessary. The listing of a product does not release the supplier from compliance with the specification requirements. Use of the information shown hereon for advertising or publicity purposes is expressly forbidden.

The activity responsible for this Qualified Products List is the Bureau of Ships.

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OR QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| Type SHFR, DHFR, THFR, PBJX, PBTX - All Sizes Standard Test Sample Type MHFA-10 | | | |
| do. | Amersel V-2 or V-3 | NY 3943-K-129 Ser. 660-9074 4/22/59 | American Steel and Wire Div. United States Steel Corp. Worcester, Mass. Plant: Same address |
| do. | Construction No. 9a | NY 3943-K-58 Ser. 660-9075 4/30/59 | Anaconda Wire & Cable Co. 25 Broadway New York, N.Y. Plant: Hastings-on-Hudson 6, N.Y. |
| do. | Construction #51 | NY 4864-123 Ser. 660-9078 4/22/59 | Collyer Insulating Wire Co. P. O. Box 64 Higginson Ave. Lincoln, Rhode Island Plant: Same address |
| do. | FAC or FACA | NY 3943-K-68 Ser. 660-9079 4/22/59 | General Cable Corp. 206 Indiana Ave., N. W. Washington, D.C. Plants: Perth Amboy, N.J. Bayonne, N. J. |
| do. | | NY 3943-K-98 Ser. 660-9272 5/8/59 | General Electric Co. 1285 Boston Avenue Bridgeport 2, Conn. Plant: Same address |
| do. | Okoseal #39 | NY 3943-K-93 Ser. 660-9275 5/11/59 | The Okonite Co. 220 Passaic Street Passaic, N.J. Plants: Passaic, N. J. No. Brunswick, N. J. |
| Type SHFR, DHFR, THFR, PBJX, PBTX - all sizes | | | |
| do. | Synkote MHFA | NY 5287-23 Ser. 660-9277 5/11/59 | Plastoid Corporation Hamburg, N.J. Plant: Same address |
| do. | Resilok 7 | NY 3943-K-109 Ser. 660-9278 6/11/59 | Rochester Wire & Cable Co., Div. of Cerro Corp. P.O. Drawer No. 1102 New Haven 4, Conn. Plant: New Haven 4, Conn. |

1 of 11

Lehman Decl.   Exhibit 15

104835

QPL-915

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OR QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| Type TTHFWA, MDGB, TSP, PBTM, all sizes, Standard Test Sample TTHFWA-10 | | | |
| do. | Amerseal V-1 | NY 3943-K-118 Ser. 660-9074 4/22/59 | American Steel & Wire Div. United States Steel Co. Worcester, Mass. Plant: Same address |
| do. | Construction #617a | NY 3943-E-141 Ser. 660-9075 4/30/59 | Anaconda Wire & Cable Co. 25 Broadway New York, N. Y. Plant: Hastings-on-Hudson 6, N. Y. |
| do. | Ankoseal TTHFWA | NY 4710-59, 59A, Ser. 660-9279 5/8/59 | Ansonia Wire and Cable Co. 111 Martin Street Ashton, R.I. Plant: Same address |
| do. | TTHFWA-10 or 10A | G.C.C. Rpts. 1001, 1002, 1003 & 1004 | General Cable Corp. 206 Indiana Avenue, N. W. Washington 1, D. C. Plants: Perth Amboy, N. J. Flinton, Md. |
| do. | Construction #107A | NY 3943-E-103, Ser. 660-9272 5/8/59 | General Electric Co. 1285 Boston Avenue Bridgeport 2, Conn. Plant: Same address |
| do. | K-S TT | Kaiser Rpt. ME 1 | Kaiser Aluminum & Chemical Corp. 500 Wood Street Bristol, Rhode Island Plant: Same address |
| Type TTHFWA, MDGB, TSP, PBTM, all sizes | | | |
| do. | Okoseal #39 | NY 3943-K-132 Ser. 660-9275 5/11/59 | The Okonite Co. 220 Passaic Street Passaic, N. J. Plant: No. Brunswick, N. J. |
| do. | Synkote TTHFWA | NY 5287-11 Ser. 660-9277 5/11/59 | Plastoid Corporation Hamburg, N.J. Plant: Same address |
| do. | Rosilok 8 or 8A | NY 3943-K-111 Ser. 660-9278 5/11/59 | Rockbestos Wire & Cable Co., Div. of Cerro Corp. P.O. Drawer No. 1102 New Haven 4, Conn. Plant: New Haven 4, Conn. |

2 of 11



104836

| Government Designation | Manufacturer's Designation | Test or Qualification Reference | Manufacturer's Name and Address |
|---|---|---|---|
| Type SDGA, all sizes Standard Test Sample SDGA-400 | | | |
| do. | Amerseal K | NY 3943-K-108<br>Ser 560-59853 7/3/53 | American Steel & Wire Div.<br>United States Steel Corp.<br>Worcester, Mass.<br>Plant: Same address |
| do. | Construction #613 | NY 3943-K-104<br>Ser 560-603 3/26/52 | Anaconda Wire & Cable Co.<br>25 Broadway<br>New York, N. Y.<br>Plant: Hastings-on-Hudson 6, N. Y. |
| do. | 14FA or 14P | NY 3943-K-66<br>Ser 357-5408 9/14/53 | General Cable Corp.<br>206 Indiana Ave., N. W.<br>Washington, D. C.<br>Plant: Bayonne, N. J. |
| do. | CNWC-BFT 1954-1 | NY5287-21<br>Ser 357-7013 11/26/54 | General Electric Co.<br>1285 Boston Ave.<br>Bridgeport 2, Conn.<br>Plant: Same address |
| do. | Okoseal #38 or #41 | NY 3943-K-43<br>Ser 357-6808 11/5/53 | The Okonite Co.<br>220 Passaic Street<br>Passaic, N. J.<br>Plant: Passaic, N. J.<br>No. Brunswick, N. J. |
| Type SDGA, all sizes | | | |
| do. | Resilok 60 or 60A | NY 3943-K-110<br>Ser 357-1437 4/8/53 | Rockbestos Wire & Cable Co.,<br>Div. of Cerro Corp.<br>P.O. Drawer No. 1102<br>New Haven 4, Conn<br>Plant: New Haven, Conn. |
| Type SDU, FCSF, all sizes Standard Test Sample THOF-42 and THFA-150 | | | |
| do. | Amerseal NB | NY 3943-K-108<br>NY 4706-11<br>Ser 357-5110, Aug 1956 | American Steel & Wire Div.<br>United States Steel Corp.<br>Worcester 7, Mass.<br>Plant: Same address |
| do. | 1411-1315 | NY 3943-K-24<br>N.I. 13894-13-48<br>Ser 357-5111, Aug. 1956 | Anaconda Wire & Cable Co.<br>25 Broadway<br>New York, N.Y.<br>Plant: Marion, Ind. |
| do. | FCSF-SDU | NY 3943-K-66<br>NY 4398-41<br>Ser 357-5112, Aug. 1956 | General Cable Corp.<br>206 Indiana Avenue, N. W.<br>Washington 1, D.C.<br>Plant: Perth Amboy, N.J. |
| do. | CNWC-Bpt. 1955-1 | NY 5287-21<br>NY 4706-239<br>Ser 357-5113, Aug. 1956 | General Electric Co.<br>1285 Boston Ave.<br>Bridgeport 2, Conn.<br>Plant: Same address |

3 of 11

104837

QPL-915

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OR QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| Type SDU, FCSF, all sizes Standard Test Sample THOF-42 and THFA-150 | | | |
| do. | Okoprene #25-N | NY 3943-K-117<br>NI 64-50<br>Ser 357-5115, Aug 1956 | The Okonite Co.<br>220 Passaic Street<br>Passaic, N. J.<br>Plant: North Brunswick, N.J. |
| do. | Okoprene #22 | NI 64-50<br>Ser 357-6808, 11/5/53 | The Okonite Co.<br>220 Passaic Street<br>Passaic, N.J.<br>Plant: Same address |
| Type MDGA, MDGL all sizes Standard Test Sample MDGA-19 (6) | | | |
| do. | Amarseal K | NY 3943-K-108<br>Ser 560-59853 7/17/53 | American Steel & Wire Div.<br>United States Steel Corp.<br>Worcester, Mass.<br>Plant: Same address |
| do. | Construction #613A or #613B | NY 3943-K-104<br>Ser 560-603 3/26/52 | Anaconda Wire & Cable Co.<br>25 Broadway<br>New York, N. Y.<br>Plant: Hastings-on-Hudson 6, N. Y. |
| Type MDGA, MDGL, all sizes | | | |
| do. | XP-55-16 | NY 5287-38<br>Ser 357-3808 7/2/56 | Collyer Insulating Wire Co.<br>P. O. Box 64<br>Higginson Avenue<br>Lincoln, Rhode Island<br>Plant: Same address |
| do. | 19GA or 19P | NY 3943-K-126<br>Ser 357-5408 9/14/53 | General Cable Corp.<br>206 Indiana Ave., N. W.<br>Washington, D. C.<br>Plant: Bayonne, N. J. |
| do. | Construction 847 and 848 | NY 5287-21<br>NY 5287-43<br>Ser 660-1166 8/27/58 | General Electric Co.<br>1285 Boston Ave.<br>Bridgeport 2, Conn.<br>Plant: Same address |
| do. | Okoseal #38 | NY 3943-K-139<br>Ser 357-6808 11/5/53 | The Okonite Co.<br>220 Passaic Street<br>Passaic, N. J.<br>Plant: Passaic, N. J.<br>No. Brunswick, N. J. |
| do. | Resilok 9 | NY 3943-K-112<br>Ser 357-1437 4/8/53 | Rockbestos Wire & Cable Co.,<br>Div. of Cerro Corp.<br>P.O. Drawer No. 1102<br>New Haven 4, Conn.<br>Plant: New Haven, Conn. |

4 of 11

104838

QPL-915

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OR QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| Type TSS and PSS All sizes | | | |
| do. | 107-TSS#-500 | NY 5248-151 and Kaiser Rpt. of 3/24/60 | Kaiser Aluminum & Chemical Corp. 500 Wood Street Bristol, Rhode Island Plant: Same address |
| Type SS, TSS & PSS All sizes | | | |
| do. | Amerseal WT | AS and W ltr. Rpt. 24 August 1962 | American Steel and Wire Div. United States Steel Corp. Worcester 7, Mass. Plant: Same address |
| do. | S-3953-3 | NY 5287-51 | Anaconda Wire & Cable Co. 25 Broadway New York, N. Y. Plant: Marion, Indiana |
| do. | Type SS | NY 5287-48 & Boston Insulated Wire & Cable Co., ltr. of 9/13/60 | Boston Insulated Wire & Cable Co. Bay Street Boston 25, Mass. Plant: Same address |
| do. | XP-60-52 | Collyer Rpt. 61-545 | Collyer Insulating Wire Co. P. O. Box 64 Higginson Avenue Lincoln, Rhode Island Plant: Same address |
| do. | Type SS | General Cable Rpt. #13861 of 12/2/60 | General Cable Corp. 206 Indiana Avenue, N. W. Washington 1, D. C. Plant: Perth Amboy, N. J. |
| do. | WC-Bpt.-1962-1 | G.E. Rpt. WC-Bpt.-1962-1 of 8/6/62 | General Electric Co. 1285 Boston Avenue Bridgeport 2, Connecticut Plant: Same address |
| do. | Type SS | NY 5248-151 & Kaiser Rpt. of 9/9/60 | Kaiser Aluminum & Chemical Corp. 500 Wood Street Bristol, Rhode Island Plant: Same address |
| do. | Okoprene 24-B | Okonite 660-590 | The Okonite Co. 220 Passaic Street Passaic, N. J. Plant: North Brunswick, N.J. |
| do. | Tyrex 80553 | Simplex ltr. Rpt. 9 April 1962 | Simplex Wire & Cable Company 79 Sidney Street Cambridge 39, Mass. Plant: Same address |

5 of 11

104839

OPL-915

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OR QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| Type MHFF all sizes Standard Test Sample MHFF-30 | | | |
| do. | Type EXN | NY 4398-22<br>NY 4398-23<br>NY 4398-31<br>NY 4706-196<br>Ser 660-9074 4/22/59 | American Steel & Wire Div.<br>United States Steel Corp.<br>Worcester, Mass.<br>Plant: Same address |
| do. | Construction #571 | NY 4398-119<br>Ser 560-74945 1/15/54 | Anaconda Wire & Cable Co.<br>25 Broadway<br>New York, N. Y.<br>Plant: Hastings-on-Hudson 6, N. Y. |
| do. | MHFF | NY 4398-250B<br>Ser 357-5405 9/14/53 | General Cable Corp.<br>206 Indiana Avenue, N. W.<br>Washington, D. C.<br>Plant: Perth Amboy, N.J. |
| do. | Construction #10A or #10B | NY 4398-12<br>Ser 560-43817 1/26/53 and<br>NY 4706-168<br>Ser 560-59872 8/10/53 | General Electric Co.<br>1285 Boston Avenue<br>Bridgeport 2, Conn.<br>Plant: Same address |
| do. | Synrubestos | NY 4398-133<br>ltr. S62-2-(2)(350) 1/12/43 | Kaiser Aluminum & Chemical Corp.<br>500 Wood Street<br>Bristol, Rhode Island<br>Plant: Same address |
| do. | Okoseal #28 | NY 4706-174<br>Ser 357-6808 11/5/53 | The Okonite Company<br>220 Passaic Street<br>Passaic, N. J.<br>Plant: N. Brunswick, N. J. |
| do. | Resilok 2E | NY 4706-143<br>ltr. S62-2-(1)(335)<br>11/28/44 | Rockbestos Wire & Cable Co.,<br>Div. of Cerro Corp.<br>P.O. Drawer #1102<br>New Haven 4, Conn.<br>Plant: New Haven 4, Conn. |
| Type TTRS all sizes Standard Test Sample TTRS-8 | | | |
| do. | Amerseal P | NY 4710-R-3<br>Ser 660-9074 4/22/59 | American Steel & Wire Div.<br>United States Steel Corp.<br>Worcester, Mass.<br>Plant: Same address |
| do. | Construction #1212 | NY 961:TH: SS, Ships<br>Ser 357-6692 11/10/54 | Anaconda Wire & Cable Co.<br>25 Broadway<br>New York, N.Y.<br>Plant: Hastings-on-Hudson 6, N. Y. |
| do. | Ankoseal TTRS | NY 4710-R-1<br>Ser 660-9279 5/8/59 | Ansonia Wire & Cable Co.<br>111 Martin Street<br>Ashton, R.I.<br>Plant: Same address |

6 of 11

104840

QPL-915

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OR QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| Type TTRS, all sizes<br>Test Sample TTRSB | TTRS | G.C.C. Rpts. 1001, 1002, 1003 & 1004 | General Cable Corp.<br>206 Indiana Avenue, N. W.<br>Washington 1, D. C.<br>Plants: Perth Amboy, N. J.<br>Elkton, Md. |
| do. | Construction #25A | NY 4710-R-7<br>Ser 357-1038 3/25/53 | General Electric Co.<br>1285 Boston Avenue<br>Bridgeport 2, Conn.<br>Plant: Same address |
| do. | Synrub-B | NY 4710-61, 61A<br>Ser 660-45517 7/25/50 | Kaiser Aluminum & Chemical Corp.<br>500 Wood Street<br>Bristol, Rhode Island<br>Plant: Same address |
| do. | Okoseal #26 | NY 4710-R-6<br>Ser 357-6808 11/3/53 | The Okonite Co.<br>220 Passaic Street<br>Passaic, N. J.<br>Plant: No. Brunswick, N. J. |
| do. | Synkote TTRS | NY 5287-29<br>Ser 560-29647 April 1955 | Plastoid Corporation<br>Hamburg, New Jersey<br>Plant: Same address |
| do. | Reelock #13 | 4710-R-4<br>Ser 660-9278 5/11/59 | Rockbestos Wire & Cable Co.,<br>Div. of Cerro Corp.<br>P.O. Box Drawer No. 1102<br>New Haven 4, Conn.<br>Plant: New Haven 4, Conn. |
| do. | Plastex TTRS | NY 5287-27<br>Ser 357-3483 5/16/55 | Simplex Wire and Cable<br>79 Sidney Street<br>Cambridge 39, Mass.<br>Plant: Same address |
| Type TTRSA, all sizes<br>Test Sample TTRSAB | Amerseal PA | NY 4710-R-3<br>Ser 660-9074 4/22/59 | American Steel & Wire Div.<br>United States Steel Corp.<br>Worcester, Mass.<br>Plant: Same address |
| do. | Construction #620 | NY 4710-R-8<br>Ser 560-47872 3/5/53 | Anaconda Wire & Cable Co.<br>25 Broadway<br>New York, N.Y.<br>Plant: Hastings-on-<br>Hudson 6, New York |
| do. | Anksseal TTRSA | NY 4710-R-1<br>Ser 660-9279 5/8/59 | Ansonia Wire & Cable Co.<br>111 Martin Street<br>Ashton, R.I.<br>Plant: Same address |
| do. | TTRSA | G.C.C. Rpts. 1001, 1002, 1003 & 1004 | General Cable Corp.<br>206 Indiana Avenue, N. W.<br>Washington 1, D. C.<br>Plants: Perth Amboy, N. J.<br>Elkton, Md. |
| do. | Construction #25A | NY 4710-R-7<br>Ser 357-1038 3/25/53 | General Electric Co.<br>1285 Boston Avenue<br>Bridgeport 2, Conn.<br>Plant: Same address |

7 of 11

104841

QPL-915

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OR QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| Type TTRSA, all sizes Test Sample TTRSA8 | | | |
| do. | Synrub-B | NY 4710 61, 61A<br>Ser 660-45617 7/25/50 | Kaiser Aluminum and Chemical Corp.<br>500 Wood Street<br>Bristol, Rhode Island<br>Plant: Same address |
| do. | Okoseal #26 | NY 4710-R-6<br>Ser 357-6808 11/5/53 | The Okonite Co.<br>220 Passaic Street<br>Passaic, N.J.<br>Plant: No. Brunswick, N. J. |
| do. | Synkote TTRSA | NY 5287-16<br>Ser 560-43812 2/10/53 | Plastoid Corporation<br>Hamburg, New Jersey<br>Plant: Same address |
| do. | Resilock #14 | NY 4710-R-4<br>Ser 660-9278 5/11/59 | Rockbestos Wire & Cable Co.,<br>Div. of Cerro Corp.<br>P.O. Box Drawer No. 1102<br>New Haven 4, Conn.<br>Plant: Same address |
| do. | Plastex TTRSA | NY 5287-27<br>Ser 357-3483 5/16/55 | Simplex Wire and Cable Co.<br>79 Sidney Street<br>Cambridge 39, Mass.<br>Plant: Same address |
| do. | Turbo-2930 | NY 5287-47 | Brand-Rex Division<br>American Enka Corp.<br>31 Sudbury Road<br>Concord, Mass.<br>Plant: North Windham, Conn. |
| Type DHOF, THOF, FHOF, CVSF, CAS, TJP, all sizes Standard Test Sample THOF-42 | | | |
| do. | Amerseal EXNB | NY 4706-11<br>Ser 660-9074 4/22/59 | American Steel & Wire Div.<br>United States Steel Corp.<br>Worcester, Mass.<br>Plant: Same address |
| do. | Construction 576 | MI 10894-13-48<br>Ser 660-9075 4/30/59 | Anaconda Wire & Cable Co.<br>25 Broadway<br>New York, N.Y.<br>Plant: Marion, Indiana |
| do. | Crescent Imperial Neoprene | NY 4398-155<br>Ser 660-9538 5/13/59 | Crescent Insulated Wire & Cable Co.<br>Taylor and Lawrence Streets<br>Trenton, N.J.<br>Plant: Same address |
| do. | GFL | NY 4398-41<br>Ser 660-9079 4/22/59 | General Cable Corp.<br>206 Indiana Avenue, N. W.<br>Washington 25, D.C.<br>Plant: Perth Amboy, N.J. |
| do. | 9E | NY 4706-239<br>Ser 660-9272 5/8/59 | General Electric Co.<br>1285 Boston Avenue<br>Bridgeport 2, Conn.<br>Plant: Same address |
| do. | Roll Resist | NY 4706-43B<br>Ser 660-9536 5/8/59 | Kaiser Aluminum & Chemical Corp.<br>500 Wood Street<br>Bristol, Rhode Island<br>Plant: Same address |



104842

OPL-915

| Government Designation | Manufacturer's Designation | Test or Qualification Reference | Manufacturer's Name and Address |
|---|---|---|---|
| Type DHOF, THOF, FHOF, CVSF, JAS, TSF, all sizes, Standard Test Sample THOF-42 | | | |
| do. | Okoprene 23-S-H or 23-L-H | NI 10897-48<br>Ser 660-9275 5/11/59 | The Okonite Company<br>220 Passaic Street<br>Passaic, N.J.<br>Plant: North Brunswick, N.J. |
| do. | Rome HOF-P | NY 47-6-58<br>Ser 660-9534 5/11/59 | Rome Cable Corporation<br>Rome, New York<br>Plant: Same address |
| do. | TIREX | N :398-68<br>Ser 660-7535 5/11/59 | Simplex Wire & Cable Co.<br>79 Sidney Street<br>Cambridge, Mass.<br>Plant: Same address |
| Type DHOF, THOF, FHOF, Sizes 3 to 9 Inc. Standard Test Sample THOF-6 | | | |
| do. | Cresyncord | NY 5287-20<br>Ser 357-7657 12/2/53<br>Ser 357-371 1/18/54 | Crescent Insulated Wire & Cable Co.<br>Taylor & Lawrence Streets<br>Trenton, N.J.<br>Plant: Same address |
| do. | Whitney Blake - HOF | NY 5287-18<br>Ser 560-43894 1/26/53 | Whitney Blake Company<br>New Haven 14, Conn.<br>Plant: Same address |
| Type DHOF, THOF, FHOF, Sizes 14 to 42 Inc. Standard Test Sample THOF-14 | | | |
| do. | Cresyncable | NY 5287-20<br>Ser 357-7657 12/2/53<br>Ser 357-371 1/18/54 | Crescent Insulated Wire & Cable Co.<br>Taylor & Lawrence Streets<br>Trenton, N.J.<br>Plant: Same address |
| Type DHOF, THOF, FHOF, Sizes 3 to 42 Inc. Standard Test Sample THOF 9 or 14 | | | |
| do. | Amerseal KLB | NY 5287-6<br>Ser 560-7257 6/5/52 | American Steel & Wire Div.<br>United States Steel Corp.<br>Worcester, Mass.<br>Plant: Same address |
| do. | OFS | NY 4398-41A<br>Ser 357-5405 9/14/53 | General Cable Corp.<br>206 Indiana Avenue, N. W.<br>Washington, D. C.<br>Plant: Perth Amboy, N.J. |
| do. | CMWC-LOWELL-1952-2 | NY 5287-12<br>Ser 560-10846 7/14/52 | General Electric Co.<br>1285 Boston Avenue<br>Bridgeport 2, Conn.<br>Plant: Lowell, Mass |

9 of 11

104843



QPL-915

| Government Designation | Manufacturer's Designation | Test or Qualification Reference | Manufacturer's Name and Address |
|---|---|---|---|
| Type DHOF, THOF, RHOF, Sizes 3 to 42 Inc. Standard Test Sample THOF 9 or 14 | | | |
| do. | Rome HOF-V or HOF-CVN | NY 3943-62 Ser 560-7517 6/20/52 | Rome Cable Corporation Rome, New York Plant: Same address |
| Type TTOP All sizes Standard Test Sample TTOP-10 | | | |
| do. | Construction #574 | NY 4938-213 Ser 560-7258 6/5/52 | Anaconda Wire & Cable Co. 25 Broadway, New York, N.Y. Plant: Hastings-on-Hudson 6, N.Y. |
| do. | TTOP | Ansonia Wire & Cable Co. Rpt. #TTJP-2 | Ansonia Wire & Cable Co. 111 Martin Street Ashton, Rhode Island Plant: Same address |
| do. | TOP | G.C.C. Rpt. 1001, 1002, 1003 & 1004 | General Cable Corp. 206 Indiana Avenue, N. W. Washington 1, D. C. Plants: Perth Amboy, N. J. Elkton, Md. |
| do. | Okoseal #40 | NY 4706-233 Ser 357-6808 11/5/53 | The Okonite Company 220 Passaic Street Passaic, N.J. Plant: No. Brunswick, N. J. |
| do. | Synkote TTOP | MI 131-55 Ser 357-4040 7/16/56 | Plastoid Corporation Hamburg, N.J. Plant: Same address |
| Type MMOP-5 Standard Test Sample MMOP-5 | MOP | NY 4706-10 Ser 357-5405 9/14/53 | General Cable Corp. 206 Indiana Avenue, N. W. Washington, D. C. Plant: Perth Amboy, N.J. |
| do. | Okoseal #40 | NY 4706-174 Ser 357-6808 11/5/53 | The Okonite Company 220 Passaic Street Passaic, N.J. Plant: No. Brunswick, N. J. |
| Type MCOS, all sizes Standard Test Sample MCOS-6 | | | |
| do. | OS | G.C.C. Rpts. 1001, 1002, 1003 & 1004 | General Cable Corp. 206 Indiana Avenue, N. W. Washington 1, D. C. Plants: Perth Amboy, N. J. Elkton, Md. |
| do. | CWWC-Bridgeport - 1951-3 | NY 5287-4 Ser 560-97828 3/14/52 | General Electric Co. 1285 Boston Avenue Bridgeport 2, Conn. Plant: Same address |

104844



| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OR QUALIFICATION REFERENCE | MANUFACTURER'S NAME AND ADDRESS |
|---|---|---|---|
| Type MCOS, all sizes Standard Test Sample MCOS-6 | | | |
| do. | Roll Resist | NY 4398-113 JJ15-(1)(350) 2/14/43 | Kaiser Aluminum & Chemical Corp. 500 Wood Street Bristol, Rhode Island Plant: Same address |
| do. | Okoseal #28 | NY 4706-174 Ser 357-6808 11/5/53 | The Okonite Company 220 Passaic Street Passaic, N.J. Plant: No. Brunswick, N. J. |
| Type MCOS, Sizes 2, 4 and 7 | PP3761 | Plasteid Rpt. of 7/8/60 | Plasteid Corporation Hamburg, N. J. Plant: Same address |
| Type MCOS, TTOP, all sizes MCP-5, Standard Test Sample TTOP-10 | | | |
| do. | KL | NY 4398-262 Ser 560-7257 6/5/52 | American Steel & Wire Div. United States Steel Corp. Worcester, Mass. Plant: Same address |
| do. | BIW | NY 4710-60 Ser 660-9280 5/11/5v | Boston Insulated Wire Co. Bay Street Dorchester Boston 25, Mass. Plant: Same address |

11 of 11

104845