ADDRESS NAVY DEPARTMENT.
BUREAU OF SHIPS. REFER TO
FILE No.

S62-2-(1)(3660d)
(350)(665)

# NAVY DEPARTMENT
## BUREAU OF SHIPS
### WASHINGTON, D.C.

JUN 18 1942

Sir:

      The enclosed copy of a memorandum of the conference held at the Bureau in connection with the development of watertight cable for Navy use is forwarded for your information and file.

Respectfully,

*[signature]*

H. G. Rickover
By direction

Mr. J. H. Palmer
Phelps Dodge Copper Products Corp.
Yonkers, New York

Lehman Decl.

Exhibit 16

MEMORANDUM OF CONFERENCE HELD IN BUREAU OF SHIPS
ON JUNE 10, 1942

SUBJECT: Development of Watertight Cable for Navy Use.

PRESENT:
| | |
|---|---|
| Commander H. G. Rickover | Bureau of Ships |
| J. B. Lunsford | " " " |
| C. A. Rogge | " " " |
| C. F. Whitney | " " " |
| C. E. Plass | American Steel & Wire Company |
| S. J. Rosch | Anaconda Wire & Cable Company |
| E. S. Day | Collyer Insulated Wire Company |
| R. A. Schatzel | General Cable Corporation |
| E. L. Crandall | General Electric Company |
| C. O. Hull | " " " |
| V. A. Chapman | " " " |
| C. E. Messersmith | National Electric Products Corp. |
| W. F. Lamela | Okonite Company |
| E. P. Dunleavy | Phelps Dodge Copper Prod. Corp. |
| A. B. Dod | " " " " " |
| J. H. Palmer | " " " " " |
| R. E. Lattin | Rockbestos Products Corp. |

1. The object of the meeting was outlined by Comdr. H. G. Rickover as being to obtain the assistance of the cable industry in developing a watertight, heat and flame resistant cable. It has always been desirable to have cable for shipboard use which would be water and moisture proof but recent war experience has indicated to a greater degree the necessity for making every possible effort to make cable, which is more satisfactory in this respect, available. It has been demonstrated by recent war casualties that cables serve as pipes to permit water to flow from damaged and flooded compartments to undamaged compartments resulting in flooding of the latter. Means of sealing the ends of cables have been developed and while this is of some aid, it is not a final solution to the problem since the cable may break beyond the ends which are sealed. It is desirable to make the cables inherently non-water-conducting. The present group representing the cable industry was requested to study the problem and attempt to find a satisfactory solution. It was noted that a preliminary meeting of the cable manufacturers representatives had been held on June 8, 1942, at the request of Commander Rickover, at which time they had discussed the problem in a preliminary manner. The minutes of that meeting were available and the conclusions noted therein were read. It was stated that the Bureau does not necessarily agree with these preliminary conclusions as yet. The manufacturers representatives designated Mr. R. A. Schatzel to act as spokesman for the industry group.

2. Mr. Schatzel discussed the problem as it appeared to the manufacturers. It consists of two general phases, namely, the development of an entirely different or new kind of cable for future application and the development of modifications to present types of cables as they are now being installed. The major problem appears to be to obtain a suitable method of sealing the interstices between the strands of the conductors in stranded conductor types of cables. There are various other problems which will have to be considered, and for which solutions will have to be found. As a result of the previous preliminary meeting, it was pointed out that recommendations would be necessary from the Bureau of Ships on various matters such as:

(a) Methods for measuring the waterproofness of cable.
(b) Degree of waterproofness that would be necessary or acceptable.
(c) Pressure which must be considered both as regards watertightness and airtightness.
(d) Would additional drip be permitted as would probably be necessary if the cable is completely filled with compounds to make them waterproof.
(e) What increased weights would be permissible.
(f) The treatment of the cable may result in it being more difficult to solder or to apply pressure grip fittings.
(g) The elimination of tinning on conductors or the substitution of other methods may be desirable in connection with the compounds which it may be necessary to use.
(h) If solid conductors in place of stranded could be used in small cables, such as MHFA types, the problem would be simplified.

The representatives agreed that Mr. Schatzel had substantially expressed their thoughts on the problem.

3. A sample illustrating the method of sealing the ends which had been developed by Navy Yard, New York in conjunction with some of the cable manufacturers was exhibited. Comdr. Rickover stated that while this represented a good method of partially accomplishing the objective, and accomplished what it was intended to do, it did not represent a satisfactory solution to the entire problem as previously outlined in this meeting.

4. In order to accomplish the desired objective, Comdr. Rickover pointed out that it was desirable to have a suitable working organization. An analogous development in connection with motors for Navy use was described in which use was made of an industry committee with suitable sub-committees. Opinions were requested as to whether a similar organization would not be suitable for this development, or if not, whether any other suggestions could be made. It was agreed that an industry committee with sub-committees would be desirable and that the manufacturers representatives present would constitute this committee with Mr. Schatzel as General Chairman. It was further agreed that sub-committees should be set up and the following were established

SUB-COMMITTEE FOR POWER CABLES

  R. B. Lattin, Chairman  Rockbestos Products Corp.
  S. J. Rosch  Anaconda Wire & Cable Company
  E. S. Day  Collyer Insulated Wire Co.
  J. H. Palmer  Phelps Dodge Copper Products Corp.

SUB-COMMITTEE FOR COMMUNICATION CABLES

  W. F. Lamela, Chairman  Okonite Company
  C. E. Plass  American Steel & Wire Co.
  C. E. Messersmith  National Electric Products Co.
  V. A. Chapman  General Electric Company
  H. J. Kauth  General Cable Company

SUB-COMMITTEE FOR MATERIALS  (To act as consultant for both of the other committees)

  E. S. Day, Chairman  Collyer Insulated Wire Co.

Working members to be named for:

  Rockbestos Products Corporation
  General Electric Company
  Phelps Dodge Copper Products Company
  General Cable Company

In addition to the working members named, each of the remaining manufacturers is to name one representative to act as contact man for this Materials sub-committee.

Procedures in connection with the organization were agreed to as follow

 (a) It was emphasized by Comdr. Rickover, and agreed to by the manufacturers representatives, that all work done in connection with this development, either by the sub-committees or by individual representatives of the manufacturers, was to be made available to the representatives of all other cable manufacturers regardless of whether they were represented on the sub-committee or not.

 (b) The General Committee had been previously designated as the "Coordinating Committee on Project #10" and it was agreed that this would be a suitable designation for the General Committee and that Mr. Schatzel would set up designations or sub-project numbers for the sub-committees and their individual problems.

 (c) The sub-committees will meet every two weeks, the place and date to be set by the chairman of the sub-committee.

 (d) The main committee will meet at intervals as appear desirable based on the work accomplished by the sub-committees. One or more Bureau representatives will be present at each meeting of the main committee. The first meeting of the main committee will be held approximately one month from this date, the place and date to be announced later.

(e)  Each sub-committee is to have a secretary to prepare the minutes of the meeting which will be sent to the chairman of the main committee, who will in turn forward copies to the Bureau when considered of sufficient importance or interest to the Bureau.

(f)  Six copies of the minutes of all main committee meetings are to be forwarded to the Bureau of Ships.

5.  The Bureau of Ships will assist in the development by arranging for token developmental contracts by means of which priority for materials necessary in the developments may be obtained. It was stated that A-1-a or AA priority would be highly desirable and probably necessary in order to accomplish the work expeditiously.

6.  The manufacturers are to use their own laboratory facilities in all development and testing work in order to relieve the load on the already burdened Navy Materials Testing Laboratory; however, check tests will be conducted by the Government laboratory when the manufacturers have produced cables which show promise of being satisfactory. It was agreed that for general comparison, SHFA-150 and THFA-150 cable would be used for the power types and MHFA-7 and TTHFA-10 for the communications types.

7.  The work of sealing the ends of cables is not to be dropped, but it was agreed that a sub-committee for this was not necessary until a more thorough consideration had been given to the work already accomplished and a summary prepared in order to determine what additional work might be necessary.

8.  The organization of the committee and sub-committees having been completed, consideration was given to specific detailed questions on which the committee desired the Bureau's recommendations. These were as follows:

A.  POWER CABLE

(1)  Temperature at which tests are to be performed? - 105°C copper temperature for the water pressure tests. The conductor is to be brought to this temperature by load rather than placing in an oven.

(2)  Tinning of conductor? - This needs more complete investigation as to the necessity for eliminating the tinning which will depend on the materials used in the cable and various other factors so that the specific answer to this will depend on future developments.

(3)  Length of time for pressure tests? - A specific time can not be set, but it should be sufficient to take in all of the various factors which might affect the ability of the cable to exclude water.

(4)  What maximum weight is permissible in the cable? - No specific limit is to be set but the committee is to determine what may be necessary for any particularly promising development and the Bureau will then determine whether such weight increase would be acceptable. A weight decrease would, of course, be desirable and acceptable without question.

-4-

(5) What pressure is to be used? - 25 lbs. p.s.i., for both air and water tests, applied for 24 hours to the end of the cable.

(6) How much water leakage is permissible? - The minimum amount that it is possible to get.

(7) What length of cable should be used in the tests? - 25 feet.

(8) Is any change in diameter of the present type cables permissible? - No, this is impracticable under present installation requirements.

B. COMMUNICATION CABLES

(1) Temperature for tests? - For MHFA type cables, 90°C conductor temperature obtained by loading the conductor. For type TTHFA types, 60°C conductor temperature (or whatever the present specifications require) obtained by heating in an oven.

(2) Pressure for the tests? - 25 lbs. p.s.i. for 24 hours for both air and water tests.

(3) What size conductor may be used if it is determined that a solid conductor can be used in place of a stranded one as now used? - No specific decisions could be given on these since it would be determined by tests on actual samples of cable developed, but it was pointed out that the present requirement for stranded small conductors is to eliminate breakage at terminals.

C. MATERIALS

(1) No specific questions were asked or decisions given in regard to materials to be used since these will be matters incident to what material is available and what work is accomplished in developing the new cable designs.

9. The official meeting was adjourned and the manufacturers representatives continued their own discussions in regard to getting started with this development.