N-6-7745

| | |
|---|---|
| Messrs. R.A.Schatzel | General Cable Corporation |
| W.F.Lamel? | The Okonite Company |
| C.H.Rogge | Bureau Of Ships |
| E.S.Day | Collyer Insulated Wire Co. |
| S.J.Rosch | Anaconda Wire & Cable Co. |
| J.H.Palmer | Phelps Dodge Corp'n. |
| E.L.Crandall | General Elec. Co. |
| C.E.Plass | American Steel & Wire Co. |
| C.E.Messersmith | National Electric Products |
| V.A.Chapman | General Elec. Co. |
| H.J.Kauth | General Cable Corp'n. |

Attached, herewith, is a copy of the Minutes of the 1st Meeting of the Power Cable Subcommittee, Project #10. This is being sent in accordance with the instructions of Commander H.G.Rickover, given us at the June 10th Meeting in Washington, D. C.

Lehman Decl.

Exhibit 17

MINUTES OF THE MEETING OF THE POWER CABLE SUBCOMMITTEE, PROJECT NO.10 AT THE COMMODORE HOTEL, NEW YORK CITY, AUGUST 6, 1942.

MEMBERS PRESENT:

    R.B.Lattin, Chairman    New Haven    Rockbestos Products Corporation
    S.J.Rosch                                                 Anaconda Wire & Cable Co.
    J.H.Palmer                                              Phelps Dodge Corp'n.
    E.L.Crandall                                          General Elec. Co.
    E.S.Day, Chairman-Compound Subcommittee:   Collyer Insulated Wire Co.

Others Present:

    C.A.Roggs                                         Bureau Of Ships
    R.A.Schatzel, Chairman-Main Committee    General Cable Co.
    W.A.Lamela, Chairman-Communications       Okonite Company
                   Subcommittee
    H.S.Moore, Secretary Pro tem            Rockbestos Products Corp'n.

Meeting called to order by the Chairman at 10:20 A.M. The Chairman then called upon each one to give a progress report upon the work they had done. The Chairman distributed copies of a report of tests done by his company since the last general meeting, copy of which is attached as Exhibit #1.

Report by Mr. Rosch:

The stranded conductor which his company is making will be shipped to the various purchasers on Saturday, August 8th. This conductor is made in accordance with patent No.2,289,732. He further stated that in addition to the above method of filling the strands, he was searching for a compound which could be pumped into the strands at the closing die, preferably a compound that had no solvent. No such compound had been found yet that would meet his desired characteristics, which are:

1. Must not ooze from conductor at 100 deg.C.
2. Must be flexible at -10 deg.C.
3. Shall be compatible with present compounds.
4. Must not give off fumes that will attack V.C.
5. Desirable that it be non-inflammable.

At present time, he is checking a Furfurol compound made by Herron & Meyers, by alternate heating and cooling from room temperature to -15 deg.C. to determine if it cracks. A report will be made later.

Trying experimentally to apply a gob of material approximately every foot to give better flexibility and still make an effective stop. Also feels it might be possible to use a solution to impregnate the fillers and drive it into the strands.

In a later discussion, Mr. Rosch stated he was trying to make extruded fillers of Koroseal or Vinylite but believed it very difficult to apply due to unevenness of surface of conductors. Mr. Rosch also stated he had run his blocked strand at 260 deg.C and found no drip and no discoloration of the lead coating.

Report by Mr. Crandall:

Reports no leaks thru cables provided strands are blocked. This he attributes to the method and control of the impregnation of the asbestos. Solvents are all removed by placing in steam jacketed vacuum tank at 85 deg. - 95 deg. C. and high vacuum.

In the cabling process, the single conductors and pretreated fillers are sprayed or flushed with a compound (having 55%-60% solids) at the closing die then passed thru a pot of compound and ironed down, thus effectively filling voids. They have tried glass in place of asbestos but results were not too good due to the fact that glass has no swelling action. However, they are going to try again with the glass and also other compounds with asbestos on both SHFA and THFA Cables. For pressure tests, they do not pack cable in gland but force a thin wall tube under sheath and tape the joint with rubber tape and apply the pressure in this manner, thus giving no compression to the composite parts of the cable.

Report by Mr. Palmer:

Nothing new, but tests indicate that blocked strands will take care of most leakage with tight pressure gland. They have experienced some leakage thru fillers unless gland is tight. In discussion, Mr. Crandall and Mr. Rosch both stated they believed in making the test more severe so they use a method of attaching cable to pressure chamber that eliminates compression of the cable.

Report by Mr. Day

Reported they had tried filling the strands with Skoresin A-4-PC by forcing it into the strand at the closing die by means of a "Rock Crusher" Automatic Alamite Gun with the compound at room temperature. Flow point approximately 260 deg.F. will not attack copper nor interfere with soldering. He also presented another material XR15780 (Bakelite Corp'n.), a heavy liquid which is set up with Captax and heat. Mixture is 100 parts resin and 1.5 parts Captax. It sets like rubber in 9 min. at 200 deg.C.

Another material mentioned was Vartex Grand Filler by N.J. Wood Filler Co. which does not look too promising. It is a black paste that sets up quickly but has a solvent which is felt undesirable. Mr. Day felt confident the strands could be securely blocked off, but was not so sure about the V.C. unless a fairly large amount of slip compound were used. In that case, some drip might occur in the Navy drip test, and a change in specification might be necessary.

Mr. Crandall remarked at this point that G.E. puts the V.C. on hot with a butt lap leaving a 5-mil gap in the first layer and selecting tape widths so as to maintain a minimum gap in all layers and in no case should space be more than 50 mils. It was general concensus of opinion that a positive lap would be better than a butt lap due to the method used by most of the companies. At this point, the question was raised as to what copper temp. criterion should be used to determine drip, softening of compounds, etc. At present, three temperatures are in vogue, viz: 105 deg.C. copper temp., 125 deg.C. copper temp., and 125 deg.C. sheath temp. (which may result in copper temperatures as high as 230 deg.C.). Since it is important to consider the ultimate temperature that may be used in testing cables that may be developed as a result of this investigation, Mr. Rogge was asked for his opinion. He stated that as far as the temperature for this investigation, the contract stated that the cable should operate at 125 deg.C. This was interpreted to mean that the maximum copper temperature would be 125 Deg.C.

This concluded the comments of the members of the committee and the Chairman then called upon the others present for their comments.

Mr. Lamela reported work which his company had done on both power cables and communication cables. They are using a compound consisting of three parts Tenite #2 and two parts tricresylphosphate. This compound apparently can successfully be used for not only filling the strands but the interstices of the multi-conductor control cables also. Samples made have withstood 50 lbs. pressure without leakage.

This compound is applied to the cable at a temperature of 300 deg. to 320 deg.F. He showed a sample of multi-conductor cable in which the copper conductors were solid but the interstices had been filled with the above compound without laterals and it looked very good. It was the general opinion that with this compound the adherence of the individual conductors was rather severe although it in no way interfered with the color coding. The question was raised as to what would happen in this respect if it was necessary to strip the cable at very low temperatures. This point will be investiga

He and also tried Irvington Compound No.1219 plus Cardosol in a 50-50 mixture, but so far had found the compound to be too tacky.

Mr. Schatzel reported that they had been working along the general lines of Mr. Day but they had not developed a process for application of the compound as reported by Mr. Day. They have been using synthetic resins and also an Irvington Varnish. He described this varnish as 100 parts of Irvington #724 Oil Stop, 40 parts tricresyl phosphate, 40 parts triphenyl phosphate, and 1 part paraformaldehyde. This compound sets up in about 24 hours at room temperature. One advantage, this compound strips readily from rayon braid without damaging the color coding.

The Chairman then called upon Mr. Lamela for any comments he might have as Chairman of the Communications Cable Subcommittee. He passed out a letter addressed to Mr. Schatzel containing the comments of his committee. A copy of it is attached as Exhibit #2. of these Minutes.

Mr. Day, Chairman of the Compound Subcommittee said that he would correlate all the work on compounds by listing the various compounds tried and the general results, thus saving members duplicating a lot of tests along similar lines when a given compound has been proven definitely to be not satisfactory for this investigation.

It was, therefore, asked that when anyone learns about or tries a new compound they should send the information to Mr. Day as a clearinghouse. Mr. Day reported he had just received a new hot compound known as Ault-Weiborg HC-278, but he had not tried it as yet. The compound at present burns but manufacturer states it can be made flame-proof.

Mr. Schatzel, General Chairman, stated that he felt the Subcommittee had made real progress and that it now appeared that various types of filled strands were possible and about ready for tests, and that the Subcommittee should have some interesting test data on completed cables in a relatively short time.

In the future testing, it was pointed out that a definite agreement should be adopted as to terms and values in reporting leakages. It was, therefore, agreed that leakage thru a cable should be given in c.c. per unit of time. It was further agreed that in the dielectric tests called for in the salt solution immersion test, the short sample value given in 15C1(INT) for 7500 V. should be used.

Pg. 4

The meeting was adjourned at 12:30 to be recalled by the Chairman at a later date when it is deemed advisable by virtue of accumulated experience. Members of the Subcommittee can assist the Chairman by informing him of their wishes in this matter.

                                                H. S. MOORE
                                                Secretary - Pro tem

C.

August 10, 1942