REPORT OF THE MEETING OF THE COORDINATING COMMITTEE #10, 12/22/42.
DEVELOPMENT OF WATERTIGHT CABLE, FOR NAVY SHIPBOARD USE.

In the company of Messrs. Dunlaevy, J. H. Palmer, and Zink, I attended a meeting of the Coordinating Committee #10 on the Development of Watertight Cable for Navy Shipboard use held December 22 at the New York Office of General Cable Co.

Among those present were the following:-

| | |
|---|---|
| Commander H. G. Rickover | Bureau of Ships |
| Mr. C. H. Roggee | " " " |
| Mr. Lumsford | Laboratory, Navy Yard, Brooklyn. |
| Mr. R. H. Schatzel | General Cable Co. |
| Mr. Meyerhof | " " " |
| Mr. Yeomans | Okonite |
| Mr. Lamela | " |
| Mr. Day | Collyer Insulated Wire Co. |
| Mr. S. J. Rosch | Anaconda Wire & Cable Corp. |
| Mr. C. E. Plass | American Steel & Wire Co. |
| Mr. R. B. Lattin | Rockbestos Products Corp. |

There were about ten or fifteen more members present whose names I was unable to obtain.

The meeting was called to order and an opening statement was made by Mr. Palmer, President of General Cable. Mr. Palmer left immediately after making this statement. He welcomed, in the name of General Cable, all the members present to the use of their office, then went on to say that he felt there should have been greater cooperation within the committee itself and between the Navy Yard and the member companies. He urged on all present that this project is urgent and should be solved at the earliest moment, but in order to do so greater cooperation is required.

The meeting then continued with reports from the Communication Cables' Committee on the development of blocking mediums for small cables. Mr. Lamela of Okonite reported on communication cables and also on a power cable which they have been experimenting with.

Of interest to us is the report made on the power cable in which two new blocking compounds were mentioned. These compounds are known as M816 made by the International Printing Ink Company and Compound 49-393 made by Halowax Corp. Both of these are reported to have fairly high melting points, are not inflammable and retain their elasticity on cooling. The Okonite engineers reported that these compounds were applied at the closing dies of the stranders by gravity feed from a slushing tank heated to approximately 260 - 300°F with an immersion heating unit. The compound is allowed to flow generously into the die and is collected in a receiving tank under the die, then recirculated by pumping to the overhead tank. The fact that these two compounds are reported to be non-inflammable make them very interesting as the Collyer Resin used in our own cable will burn readily in open air though it does not burn in closed spaces.

Lehman Decl.

Exhibit 18

REPORT ON THE MEETING OF THE COORDINATING COMMITTEE #10, 12/22/42.
DEVELOPMENT OF WATERTIGHT CABLE, FOR NAVY SHIPBOARD USE.

As to the relative merits of the method of application of the resin used by us and the two compounds recommended by Okonite, I believe there would be very little difference in the cost of equipment and application of the resin used by us and the two Okonite Compounds. Alemite rockcrusher guns heated with steam coils are required with the Collyer Resin whereas for the Okonite compounds small gravity tanks, heating units, and re-circulating pumps will be required.

I will obtain samples of the Okonite Compounds for further study.

The reports of the Power Committee, of which we are a member, struck a sour note in that practically all the members have submitted power cables to the Navy Yard for tests and to date nothing has been reported by the yard. The story of our own sample is that it was shipped out of Yonkers November 12 and to date we have had no news whatsoever. A similar story applies to Anaconda's sample, Collyer's sample and Rockbestos' sample. All of the above suppliers, based on tests in their own laboratories, feel that the blocking mediums and methods of insulation should be satisfactory but none of the members want to get into production of these cables until more information is obtained from the Navy Yard.

It appears that it will probably be another month before any or all of us have any more information about the cable submitted to the Navy Yard.

Commander Rickover strongly impressed on the officials of the Navy Yard's Laboratory of the urgency of these test results and asked if possible that the members of the committee continue in their development work pending reports from the Laboratory. Insofar as his last remark applies to us, there is very little we can do until we know just how the cable submitted stands up under tests at the Yard. I do not see any advantage to be gained by us in trying to make samples of cable blocked with other mediums. The most that we can do is to continue our study of various plastics in the event that the resin used in the samples made prove unsatisfactory.

The question of substituting solid conductors for small 7 wire cables such as 7 x .020" came up again but the Yard Officials would not give definite answers in this respect. Mr. Lunsford stated that there were two schools of thought on the merits of small cable versus solid conductors, and no definite conclusions have been arrived at so as the matter now stands we will probably have to continue making small cables.

Commander Rickover again asked for progress on the development of aluminum cables as substitutes for copper in the eventuality of further shortage of copper. None of the members present had anything to offer, and the Yard Laboratory officials had no information as to size and construction of the aluminum cables.

Towards the close of the meeting Mr. Yeoman's of Okonite made a statement to the effect that he doubted very much the need for the cable now being developed by this committee and that he could not see where cables as made heretofore were not sufficiently watertight to block off water, and further stated that it was his opinion that the project undertaken was in itself so cumbersome that it will fail of its own weight after considerable time and effort has been spent. He asked that his statement be included in the minutes.

REPORT ON THE MEETING OF THE COORDINATING COMMITTEE #10, 12/22/42.
DEVELOPMENT OF WATERTIGHT CABLE, FOR NAVY SHIPBOARD USE.

Commander Rickover in answer to that statement stated that there had been several instances where ships had been either put out of commission or sunk from water leaking through broken cables in flooded compartments of the ship.

Mr. Schatzel stated that the committee's immediate purpose was to develop a watertight cable and not the actual discussion of the need of such a cable. Mr. Schatzel further stated that he agreed with the Commander in that need for this type of cable had been shown.

The meeting adjourned at approximately 11:30 P.M.

The next meeting of the committee is scheduled for January 22, 1943.

B. J. Sirois

BJS/cw                                                                12/28/42

Copies to:

Mr. W. J. Palmer
Mr. H. T. Brinton
Mr. Conlon
Mr. Cooper
Mr. Beach
Mr. Cawthra
Mr. Dunlaevy, N.Y.C.
Mr. J. H. Palmer, Hab., Yonkers.