June 10, 1944

B. J. Sirois / W. J. Palmer

U.S. Navy Watertight Cable.
Meeting of the Coordinating Committee #10,
6/8/44.

A meeting of Coordinating Committee #10 on Navy Watertight cable was held 6/8/44 at the Commodore Hotel in New York City.

Of the people present, I was able to identify the following:

Capt. E. Rickers

| | |
|---|---|
| C. A. Rogge | Bureau of Ships |
| S. E. McCrary | " " " |
| C. H. VanLear | " " " |
| Lt. J. P. McNally | Office of I.N.M., New York |
| R. B. Lattin | Rockbestos |
| H. S. Moore | " |
| E. L. Crendall | G.E., Schenectady |
| V. A. Chapman | G.E., Bridgeport |
| R. A. Schatzel | General Cable Corp. |
| O. J. Shurts | " |
| S. S. Rosch | Anaconda Wire & Cable |
| C. E. Plass | American Steel & Wire |
| L. D. Youmans | Okonite Company |
| N. F. Lamela | " " |
| C. Ange | " " |
| R. W. E. Moore | National Electric Products Co. |
| B. H. Barney | Collyer Insulated Wire Co. |
| E. S. Day | " " " |
| A. B. Dod | Phelps Dodge |
| J. H. Palmer | " " |
| E. Dunlaevy | " " |
| B. J. Sirois | " " |
| Inteman | Halowax Representative on XB-777 |

The meeting was called to discuss:

a) Status of watertight cable development.

b) Discussion of procedure and test results for watertight cable as outlined in the Bureau's letter of 1/1/44.

c) Discussion of the proposed Addendum of 5/15/44 to 15Cl (INT).

d) Technical problems in reference to use of Bureau authorizing production of watertight cable under the annual Shipboard Cable Contract.

With regards to item (a) above, the following was reported:

1) American Steel & Wire have no definite knowledge as to when

Lehman Decl.   Exhibit 19

- 2 -

they will be in production of watertight cable but do expect to be able to produce 50% of their normal production in watertight cable during the 4th quarter.

2) Anaconda is about ready to go into full production provided they can get enough material. They report that the compound XB-777 which they have been using shows some effect on the insulation resistance, but feel that they will be able to overcome this difficulty.

3) Collyer Insulated Wire Co. report that they are ready to go into production on small cable but have yet to submit new samples on the power type cable which would be considered satisfactory. Type of compound used was not stated.

4) General Cable plan to use XB-777 but they like Anaconda have to improve the low resistance on the insulation and to cut out a minor water leakage which was reported.

5) General Electric, Schenectady and Bridgeport report that they have to depend on their strand suppliers for cable.

6) Okonite are using Hallowax compound 49-393 and M-816 and are ready to go into production. They are still investigating other compounds.

7) Phelps Dodge, as reported by Dunlaevy, have a few minor adjustments to make in the blocking medium for which a tentative approval will be given by the Navy. It is expected that we will be able to produce in approximately the same time as other cable producers.

8) Rockbestos is dependent on us for blocked strand.

With regards to item (b) on the test procedure for watertight cable as outlined in the Bureau's letter of 4/1/44 not much was said except that it was explained by the Navy officials that the method described therein is the official method of testing. The test procedures described in the Bureau's letter has to do with the finished conductor and does not apply to any work performed at Bayway.

Item (c), the proposed Addendum of 5/16/44 was reviewed and has to do with overall diameter tolerances of the finished conductor and insulation resistance and does not concern us at Bayway.

Item (d), the technical problems in reference to the Bureau authorizing production of watertight cable were discussed. These had to do with the availability of blocking medium and the low setting temperature (90°F) of compound XB-777 which makes it difficult to keep on hand for reasonably long periods.

As to the availability of the Elco compound 5510 which we plan to use, we have been advised by Mr. Kelker of Elco that he can furnish us upwards of 200,000 lbs. a month which will be more than ample to take care of our needs and Yonkers.

---

Mr. C. Boggs speaking for the Bureau of Ships emphasized the importance of

- 3 -

every producer concern to get into production of watertight cable at the very earliest moment, and that brand of type approval would only be given on the basis of material made in quantity production. In the meantime, any material which might show a slight water leakage, but yet meets all other requirements of Navy 15C1 (INT) would be accepted.

B. J. Sirois

BJS:ROH

C.C. - Mr. Palmer (2)
    Mr. Conlon
    Mr. Cooper
    Mr. Beach
    Methods (Navy Watertight Cable)