October 16, 1944

B. J. Sirois                           Meeting of Navy Coordinating Committee #10
                                       at Habirshaw Plant, Yonkers 10/10/44.
L. J. Palmer


         The following companies and Departments of the Navy were represented
at this meeting:

                    Bureau of Ships
                    Office of I.N.M.
                    Anaconda Wire & Cable
                    General Electric, Schenectady
                    General Electric, Bridgeport
                    General Cable Corp.
                    American Steel & Wire
                    Okonite Co.
                    National Electric Products Co.
                    Collyer Insulated Wire Co.
                    Western Electric Co.
                    Phelps Dodge

         Mr. Wylie Brown accompanied Capt. Rickover. Mr. Mitchell opened the
meeting with a short address of welcome then turned the meeting over to Capt.
Rickover. Rickover thanked the company for inviting the various producer
members of Committee #10 to visit their plant. He made a few pointed remarks
to the effect that Phelps Dodge rightly or wrongly, because of the feeling that
they made the best cable were hesitant in showing their methods of manufacture
to competitors, but that now since permission had been granted for this visit
full advantage should be taken of it.

         The committee was then taken to the large cabling machines at the Glen-
wood plant where several types of conductors were being assembled and showed
the method of applying the sealing compounds. This method is described com-
pletely in the pamphlet distributed to the members of which we have copies.

         The committee was then taken to the McLean Avenue plant and showed
tubers in operation.

         After luncheon, a conference was held in which were discussed problems
connected with the sealing of watertight cable. Shorthand notes on this con-
ference were taken and a complete report will be sent by Mr. Dod in the near
future. It should be pointed out, however, that there is considerable feeling
among producers against the requirement of absolute watertightness as now written
in the specification 15C1.

         Rosch of Anaconda stated that they have been making watertight cable
longer than anyone else and yet they were not at this time prepared to guarantee
watertightness in all their cables. Rogge of the Bureau of Ships, however,
pointed out that there is need for absolute watertightness, as the problem goes

Lehman Decl.     Exhibit 20

- 2 -

beyond actual prevention of flooding of compartments by leaky cables. He explained that a leaky cable which terminates above energized equipment and allows only a few drops of water to drip on this equipment would put that equipment out of commission. Because of this, Rogge stated that as of the first of the year only those producers who can guarantee watertightness will be awarded contracts for Navy cable.

In connection with this, Mr. Lattin of Rockbestos in a conversation with me pointed out that the first trial 1000 ft. length of 61 x .051" cable blocked with Elko 5510 when assembled in a three conductor cable, one strand leaked. This 1000 ft. length of cable was shipped to Rockbestos from a production run of the same size for Habirshaw. The shipment was made on August 8th, during which period the Elko compound was found in some cases to be too liquid. Since then we have established a requirement of reasonable viscosity on the Elko 5510 which must be maintained. The viscosity of the compound we are now using will not allow the material to flow readily and therefore, a strand leak would only result from the fact that no compound had been applied at the closing die. At present, every shipment of Elko 5510 compound is examined by the Methods Department. We have been promised for delivery some time in December a Mobilometer which will enable us to check very closely the viscosity of the incoming compound, at which time the control of this equipment will be turned over to the Testing Laboratory.

B. J. Sirois

BJS:RGH

CC:  Mr. Palmer
     Mr. Conlon
     Mr. Cooper
     Methods (Navy Watertight Cable)