C O P Y

660L(GMV/lhg)                                            20 October 1948

## MEMORANDUM OF CONFERENCE

Place:     Bureau of Ships, Washington, D.C.

Date:      8 October 1948

Personnel Present:

### Bureau of Ships

|  | Code |
|---|---|
| Captain R. E. Cronin | 660 |
| Lt. J. P. Slowiak | 660 |
| Mr. E. R. Lindauer | 660 |
| Mr. G. M. VanLear, Chairman | 660 |
| Mr. J. D. Harrington | 660 |
| Mr. E. K. Smith | 665 |
| Miss C. M. Jaeger | 353 |

### New York Naval Shipyard (Material Laboratory)

Mr. E. J. Jehle
Mr. G. J. Thompson

### Manufacturers

American Steel and Wire Company
  Mr. V. Siegfried, Mr. F. H. Ellsworth
Anaconda Wire & Cable Company
  Mr. S. J. Rosch, Mr. B. Jore
Collyer Insulated Wire Company
  Mr. E. S. Day
General Cable Corporation
  Mr. P. H. Grogan, Mr. L. J. Toole, Mr. W. R. F. Adams
General Electric Company
  Mr. E. L. Crandall, Mr. V. A. Chapman, Mr. C. J. Kussmaul
National Electric Products Corporation
  Mr. G. O. Hunsinger
Okonite Company
  Mr. W. F. Lamela, Mr. T. V. Schoeller
Phelps Dodge Copper Products Corporation
  Mr. F. B. Miller
Rockbestos Products Corporation
  Mr. H. S. Moore

Subj:  Navy Heat and Flame Resistant Shipboard Cable- Industry Advisory
       Committee, Conference with.

Ref:   (a) BUSHIPS ltr. S62-(10)(660L) of 10 Sept. 1948 to Nine Manu-
           facturers

Lehman Decl.   Exhibit 21

C O P Y

COPY

1. This conference was the 28th in a series arranged by the Bureau with the nine qualified suppliers of Navy type heat and flame resistant shipboard cables for the mutual exchange of technical information. Technical representatives of the participating companies were invited to this converence by reference (a). The purpose of this conference was to discuss all of the test data, and individual company recommendations thereon, now available under this development, the dimensions and relative performance of the representative types and sizes of experimental cable designs having reduced diameter and weight.

2. Capt. Cronin welcomed the assembly and expressed Navy appreciation for past and present individual company and industry cooperation in this development. Capt. Cronin reviewed the background of accomplisments under this major development, and its general aims, and stated that the immediate objective of this conference was to reach engineering concurrence regarding the construction, dimensions and performance of the improved shipboard cables. He stressed the importance to the Navy of this development, and the necessity for meeting the time schedule shown in reference (a) for the preparation of a purchase specification covering the new cable designs.

3. The Chairman opened the discussion by asking for constructive criticism on the format and amount of detail shown in the tabulations of test data forwarded with reference (a). It developed that the data are presented in a satisfactory manner, but that any new material or components may have to be described more fully. It was evident that the consensus of industry recommendations, both written and expressed verbally, regarding the test data were generally in concurrence with Bureau analysis, and that a reduction in size and weight could be secured safely at no sacrifice in overall performance. It was gratifying to find that seven companies had independently reviewed the data and arrived at reasonably firm conclusions with regard to the best designs, and that these independent conclusions did not differ greatly in basic features.

4. The construction of experimental samples on which tests have been completed were examined, and the details on a number of additional samples which have not yet been delivered were described. No two samples were the same, Materials and samples had been chosen so as to affect specific performance tests and thus to indicate the relative value of variable features. In addition to the tabular data, the Bureau has the benefit of information received in a final report from the manufacturer of each sample, covering the difficulty or ease of processing the materials and fabricating the sample. Committee members were invited to submit to the Bureau detail recommendations for any further samples that should be included in this investigation. The Chairman stated that the test results obtained on additional samples were expected to confirm and not upset the conclusions reached or action taken at this time.

COPY

5.   It was pointed out that the testing procedures for evaluation testing have not been changed since December 1947. Manufacturers will be expected to perform all of these tests (excepting gas flame, heat endurance and destructive overload), including the accelerated service test at 60 cycles, as a matter contract inspection. Qualification will include all of these excepted tests, and will be conducted at a Government Laboratory as an extension of contract inspection. Manufacturers were requested to study al testing procedures in detail and to inform the Bureau in the event that the necessary facilities were not available at the plant. The discussion cover the significance and relative value of each performance test, and questions were answered to clarify the intent on a number of details regarding proced

6.   Although the test data are quite voluminous, and the basic data on six more samples were supplied at this conference, it was possible to eliminate certain constructions and to concentrate discussions on the most promising samples. Obviously, certain specimens were very good in some respects but too poor in others. It was evident that some of the watertigh sealing compounds had an adverse effect under certain conditions on silicor varnishes. Several companies had examined and assigned a weighted or relative value to the overall performance of each specimen. The Bureau als has attempted to evaluate designs in this manner. Everyone arrived at a somewhat different answer, but there remained certain outstanding material or constructions which could not but be noticed by everyone. It should be possible to retain a majority of the most desirable features in a basic design of sufficiently broad latitude to insure the best overall performan The detail discussion covered specifice component materials, their proper compatibility with other components, availability, manufacturing facilitie and processing, and costs.

7.   It was apparent that all final details regarding the new cable desi could not be settled at this conference without consuming too many man hou The Chairman set up the following procedure by which the new designs will covered in a purchase specification prepared with assistance of Advisory Committee members.

(a)   The Bureau will prepare a draft of specification sections (A), (B), (C), (G), and (H) before 22 October 1948.

(b)   A task group with representatives from Collyer, General Electric ar Rockbestos was requested to meet at the Material Laboratory, New York Nave Shipyard, on 12 October 1948 to assist in preparing specification section on component materials.

(c)   A task group with representatives from American Steel and Wire, Ok and General Cable was requested to meet at the Material Laboratory on 13 October 1948 to assist in the preparation of specification section E c ing assembly of cable components and tabular data showing dimensions of t completed cables.

(d)   A task group with representatives from Anaconda, National and Phel Dodge was requested to meet at the Material Laboratory on 14 October 1948 assist in the preparation of specification section F covering test procec and performance requirements of the new cables.

C O P Y

8.	The working schedule of paragraph seven was satisfactory to the manufacturers. It is planned that the specification sections will be assembled during the week beginning 25 October 1948 and forwarded for individual company recommendations, such recommendations to reach the Bureau not later than 5 November 1948.

The Bureau will give consideration to all such recommendations and will prepare a second draft of the specification to be forwarded to manufacturers by 15 November 1948. A final conference, tentatively scheduled to meet in the Bureau on 30 November 1948, should result in completion of the specification in form for promulgation. The aim of this time schedule is to make the specification available for procurement purposes by 1 January 1949, in order to secure the advantages of new design cable on new construction vessels.

9.	In discussing matters other than the subject, reference was made to a technical paper on "Effective Resistance and Inductance of Three Conductor Power Cable", presented at the A.I.E.E. Middle Eastern District Meeting in Washington, D.C. on 7 October 1948. This paper was based on tests authorized by the Bureau at the Naval Research Laboratory to determine the transmission characteristics of shipboard cables, including the new-design, small-diameter cables. The chairman pointed out that the findings and conclusions of the A.I.E.E. paper were basically sound, but that the Naval Research Laboratory estimate of spacing between conductors differed from Material Laboratory dissection analysis, as follows:

| NRL Data | | Material Laboratory Data | |
|---|---|---|---|
| Cable | Spacing-inch | Test report | Spacing-inch |
| A | 0.129 | 4864-35 | 0.096 |
| B | .125 | 4864-34 | .092 |
| C | .109 | 4864-10 | .030 |
| D | .121 | 4864-16 | .063 |
| E | .110 | 4864-39 | .100 |

10.	The conference was adjourned at 1:15 P.M.

G. M. VanLear

C O P Y