$530,028.70

SPECIFICATIONS SHOULD BE REQUESTED FROM THE SOURCE MENTIONED IN THE SCHEDULE
AND IN ALL CASES THE SCHEDULE NUMBER SHOULD BE REFERRED TO IN CONNECTION THEREWITH.

BIDS ON THIS SCHEDULE OF SUPPLIES FOR THE U S NAVY WILL BE OPENED AT 10:00 A.M
March 21, 1939

SCHEDULE 5788
(ENGINEERING)

Contract No. 66165 4/1/39    M-244
Lot 426

(Original) Indicate which
(Duplicate) by erasure

CABLE, ELECTRIC, HEAT AND FLAME RESISTANT.

Send this schedule, ACCOMPANIED BY BID ON STANDARD GOVERNMENT FORM OF BID (STANDARD
FORM NO 31 NAVY EDITION) BOTH IN DUPLICATE PROPERLY EXECUTED IN ACCORDANCE WITH
INSTRUCTIONS.                    TO THE
                        BUREAU OF SUPPLIES AND ACCOUNTS
                        NAVY DEPARTMENT. WASHINGTON, D C
                            BID OF
FULL NAME OF BIDDER _HC&W Div PDCPC_____

ADDRESS _40 Wall St NY NY_____

DISCOUNT: Subject to the conditions specified in Standard Form No. 31 accompanying
this schedule discount will be allowed for payment within calendar days as follows;
See supplementary attached sheet
Within 10 days_____Within 20 days_____Within 30 days_____
(AFTER DELIVERY)        (AFTER DELIVERY)        (AFTER DELIVERY)

Bids offering a discount upon any other basis should clearly state the conditions
under which the discount is offered.

DELIVERY to be in accordance with the conditions Governing Delivery of Supplies to
the Navy.

GENERAL SPECIFICATIONS AND CONDITIONS GOVERNING ALL LOTS OF THIS SCHEDULE AS APPLICABLE.

  Unless otherwise specified by the bidder it is understood and agreed that only such
unmanufactured articles, material and supplies as have been mined or produced in the
United States and only such manufactured articles, materials, and supplies as have been
manufactured in the United States and substantially all from articles, materials or
supplies mined, produced or manufactured as the case may be in the United States
shall be delivered pursuant to a contract awarded as a result of this bid.

FEDERAL TAX
  (a) Supplies and material required for the exclusive use of the United States
and/or for use as fuel supplies, ship's stores, sea stores or legitimate equipment
on vessels of war of the United States and/or for export or shipment to a possession
of the United States may be exempted from payment of the manufacturer's excise tax im-
posed by Title IV of the Revenue Act of 1932, as amended.  A tax exemption certifi-
cate will be furnished to exempt the article from the tax, when tax exemption is
claimed by the bidder in the execution of the following stipulations:

    The amount of Federal taxes paid or payable on articles subject to tax under
Title IV of the Revenue Act of 1932, as amended, are (included - excluded) in the
prices bid herein, and the bidder (has - has not) claimed and/or (will - will not)
claim exemption from, credit for, or refund of such taxes with respect to sales of
said articles, as provided by law.

  (b) Prices bid herein include any other Federal tax heretofore imposed by the
Congress which is applicable to the material on this bid. Any sales tax, duties
imposts, revenues, excise or other taxes which may hereafter (the date set for the
opening of this bid) be imposed by the Congress and made applicable to the material
on this bid will be charged to the Government and entered on invoice as
separate item

Lehman Decl.

Exhibit 22

Standard Form No. 31
Approved by the President
June 10, 1927

# STANDARD GOVERNMENT FORM OF BID
(AS MODIFIED FOR USE BY THE NAVY DEPARTMENT)
(SUPPLY CONTRACT)

M-244
$530,028.70

ORIGINAL
DUPLICATE } Indicate which by erasure

RECEIVED MAR 6 1939 AM  B.S.&A. PAY DIV.  HABIRSHAW C. & P. CORP.

**Opening Date for this Bid**

10 o'clock A. M., March 21, 19 39

To The Paymaster General of the Navy,
Bureau of Supplies and Accounts,
Navy Department,
Washington, D. C.

PLACE New York, N. Y.

DATE March 18, 1939

In compliance with your invitation for bids to furnish materials and supplies listed on the accompanying schedules, numbered: 5788

the undersigned, HABIRSHAW CABLE & WIRE DIVISION
PHELPS DODGE COPPER PRODUCTS CORPORATION

a corporation organized and existing under the laws of the State of DELAWARE
a partnership consisting of ~~XXXXXXXXXXXXXXX~~

an individual trading as ~~XXXXXXXXXXXXXX~~
of the city of NEW YORK, NEW YORK
hereby proposes to furnish, within the time specified, the materials and supplies at the prices stated opposite the respective items listed on the Schedules and agrees upon receipt of written notice of the acceptance of this bid within 60 days (if no shorter period be specified) after the date of opening of the bids, to execute, if required, the Standard Government Form of Contract (Standard Form No. 32) in accordance with the bid as accepted, and to give bond, if required, with good and sufficient surety or sureties, for the faithful performance of the contract, within 10 days after the prescribed forms are presented for signature.

Discount will be allowed for prompt payment as stated in the schedules.

(Time will be computed from date of the delivery of the supplies to carrier when final inspection and acceptance are at point of origin, or from date of delivery at destination or port of embarkation when final inspection and acceptance are at those points, or from date correct bill or voucher properly certified by the contractor is received if the latter date is later than the date of delivery.)

_____
(Witness to signature)
R. B. Martin

HABIRSHAW CABLE & WIRE DIVISION
PHELPS DODGE COPPER PRODUCTS CORPORATION
By _____
Geo. E. Pierson, Assistant Treasurer
Ash. 11 Street, New York, New York.

## GUARANTY ON THIS BID

To be executed when total amount of all lots bid on exceeds $500. If omitted, bid is informal and will not be considered. Instructions regarding the guaranty will be found in paragraph 8 of the Standard Government Instructions to Bidders (Standard Form No. 22), supplemented by Special Instructions to Bidders on the following pages.

The undersigned, _____
(Name of guarantor)
of _____
(Post office, street, and number)
in the State of _____, and _____
(Name of guarantor)
_____ of _____
(Post office, street, and number)
_____, in the State of _____, hereby guarantee that in case the foregoing proposal of _____
(Name of bidder)
_____, for furnishing lots bid on in the accompanying schedules, be accepted for any one or more or all the lots offered, _____ will, within ten days after the receipt of notice of such acceptance,
(He, it, or they)
execute the required contract for the same, and give bond, with good and sufficient surety, and in case the said bidder shall fail to enter into such contract and furnish said bond, as aforesaid, we guarantee to make good the difference between the offer of the said bidder and that which may be accepted.

_____ [SEAL]
Guarantor.

WITNESS: _____

_____ [SEAL]
Guarantor.

## CERTIFICATE REGARDING GUARANTORS

_____, 19____

I hereby certify that _____ and
(Name of guarantor)
_____ are known to me to be men of property,
(Name of guarantor)
and able to make good their guarantee.
[SEAL]

(Must be signed by a United States officer, notary public, president, vice president, or cashier of a national bank, State bank, or trust company)

If an annual guarantee is on file, write the words "Annual guarantee on file" on the blank line below. If a certified check is forwarded, attach it hereto and write the words "Certified check attached" on the blank line below.

~~ANNUAL GUARANTEE ON FILE~~

06—6898

SPECIFICATIONS

THE SPECIFICATIONS GIVEN FOR ANY BASIC ITEM NUMBER, AS FOR EXAMPLE NO. 1, SHALL APPLY TO ALL SUB-LETTER ITEMS OF THE SAME BASIC NUMBER SUCH AS 1a AND 1b.

The cable under Items 1, 3 to 23 inclusive and 25 shall be in strict accordance with Supplementary General Specifications for Machinery SGS(62)-128b, dated June 15, 1937.

The cable under Items 2 and 24 shall be in strict accordance with Supplementary General Specifications for Machinery SGS(62)-158a, dated July 1, 1938. The unit conductors of the cable under Items 2 and 24 shall be SRI-3(S), 7 strands, 2,828 circular mils. (Table 1 of Supplementary General Specifications for Machinery SGS(62)-157a, dated June 15,1938).

Except that the unit conductors shall be SRI-3(S), 7 strands, 2,828 circular mils (Table 1 of Supplementary General Specifications for Machinery SGS(62)-157a, dated June 15, 1938), the cable under Items 26 to 36 inclusive shall be in strict accordance with Supplementary General Specifications for Machinery SGS(62)-128b, dated June 15, 1937.

The cable under Items 48, 49 and 50 shall be in strict accordance with Supplementary General Specifications for Machinery SGS(62)-157a, dated June 15, 1958.

All armored cable shall be aluminum armored in accordance with paragraph C-17 of "Specification 15-C-1i", issued by the Navy Department, January 2, 1937.

As soon as possible after award of contract, the contractor shall furnish in duplicate a list of all items in the contract, giving the actual weight per foot, the extreme outside diameter of cable, and the diameter over copper.

Labels must be securely fastened on each reel and each label must be protected by a transparent compound to prevent deterioration of the markings.

Each reel shall be plainly marked with the number and date of contract, the type and size of cable, the length of cable, and the item number.

THE COST OF THE REELS ON WHICH THE CABLE MAY BE DELIVERED SHALL BE INCLUDED IN THE BID. REELS TO REMAIN THE PROPERTY OF THE GOVERNMENT.

In case reels in good condition are returned by the Government from the point of delivery at the expense of the contractor within 12 months after date of delivery of the material, it is agreed that the contractor will allow the Government the amount stipulated under each lot for each reel returned.

TESTS:

Tests of the electric cables shall be made in accordance with the referenced Supplementary General Specifications for Machinery and "Specification 15-C-1i". Particular attention is invited to the test requirements in Supplementary General Specifications SGS(62)-128b, paragraph F, SGS(62)-157a, paragraph F, and SGS(62)-158a, paragraph F.

BEND TEST:

All electric cable under this schedule shall meet the following requirements in addition to the requirements specified in Supplementary General Specifications SGS(62)-128b.

All cables shall successfully withstand a cold bend test around a mandrel having the radius given in Subsection S62-2 as the minimum bending radius for the type and size of cable tested.

Cable specimens shall be prepared for this cold bend test by first cutting to length and straightening at normal room temperature (between 18 degrees C. (64.4 degrees F.) and 24 degrees C. (77 degrees F.). The straight length samples shall then be placed (without bending) in a refrigerated compartment maintained at the specified cold bend temperature and allowed to remain there until samples have attained a uniform temperature throughout. This will probably require about 40 hours.

Except where otherwise specifically required the standard cold bend temperature shall be taken as 5 degrees C. (41 degrees F.); and the total angle of bend shall be as follows:

90 degrees for cables having an outside diameter of 2.25 inches or greater.

110 degrees for cables having an outside diameter between 1.6 and 2.25 inches.

120 degrees for cables having an outside diameter below 1.6 inches.

The test specimen shall be taken from the cold chamber and bent immediately, around the mandrel at a uniform, slow rate, to the total bend angle applicable to the particular type and size of cable under test, as indicated in the foregoing.

All bends shall be made with the fully armored cable, and the armor shall not be removed until the completion of the electrical tests when final examination is to be made of the sheath and of the interior portions of the cable. If the armor should be damaged or burst during the cold bending operation, such fractures should be described and/or photographed so as to record the extent of such visible damage.

After the cold bend test, and during the subsequent immersion and electrical tests, the bent specimen shall be rigidly held in a fixture so that no change in the curvature of the bend is possible. This will simulate actual installation conditions.

(OVER)                                           (S-5788 - Page 5)

As soon after cold bending as practicable, the specimen shall have its bent portion immersed, for a period of 40 hours, in water at a temperature of 25 degrees C. Insulation resistance reading between conductors and from grouped conductors to ground on the armor, shall be taken at the beginning and at the end of the immersion period. Dielectric tests, while still immersed shall be made at the end of the 40 hour immersion period.

Each specimen shall then be slit longitudinally (while still bent) and all cable components (sheath, asbestos felting, and fillers, varnished cambric, etc.) shall be carefully examined both at the bend and on adjacent straight portions. No tests or analysis will be necessary on such components but careful observation shall be made as to the general structural damage or disarrangement, if any, and whether or not water passed through the sheath during the immersion period of the bent specimen.

ACCEPTABLE MATERIAL:

The right is reserved to reject any bids on brands of electric cable which have not been subjected to the required tests and found satisfactory. The attention of the manufacturers is called to this requirement, and they are urged to forward samples of the electric cable which they propose to offer the Navy in the future in order that tests may be made. These tests will be conducted at the expense of the manufacturers. Information with reference to the expense involved and as to where the samples should be sent will be supplied upon application to the Bureau of Supplies and Accounts. It is to be understood that the manufacturers shall pay all transportation charges to and from the point where tests are made. In the case of the failure of the sample or samples submitted to prove satisfactory, consideration will be given to the requests of the manufacturers for additional tests only after it has been clearly shown that changes have been made in the product with reference to design, method of manufacture, etc., which the Bureau concerned considers sufficient to warrant conducting such additional tests.

GUARANTEE:

Contractor guarantees that the cable furnished is of first class material and workmanship throughout, and in lieu of other claims against it, agrees to replace (1) any length of cable failing under tests specified or during normal and proper use within one year of date of installation (the commencement of such year in any event to be not more than six months from date of shipment of cable), and (2) any length of cable failing within two years from date of installation (with above limitation as to commencement of the two years) which shows defects in material or workmanship, provided in each case that immediate written notice of such failure is given to contractor. All replacements under provisions of this guarantee shall be made free of charge, F.O.B. delivery point given in original contract. Lengths of cable which have been replaced under provisions of this guarantee shall become the property of the contractor and shall be returned to contractor's mill by the Government F.O.B. original delivery point.

LIQUIDATED DAMAGES:

The following article is substituted for Article 5 of contract (Standard Form No. 32):

Liquidated damages will be assessed at the rate of 1/10 of 1 per cent per diem of the contract price, but not to exceed ten per cent of the stipulated value of the articles or materials not delivered.

If the contractor refuses or fails to make delivery of the materials or supplies within the time specified in Article 1, or any extension thereof, the actual damage to the Government for the delay will be impossible to determine, and in lieu thereof the contractor shall pay to the Government, as fixed, agreed, and liquidated damages for each calendar day of delay in making delivery, the amount as set forth in the specifications or accompanying papers, and the contractor and his sureties shall be liable for the amount thereof: Provided, however, That the Government reserves the right to terminate the right of the contractor to proceed with deliveries or such part or parts thereof as to which there has been delay, and to purchase similar material or supplies in the open market or secure the manufacture and delivery thereof by contract or otherwise, charging against the contractor and his sureties any excess cost occasioned the Government thereby, together with liquidated damages accruing until such time as the Government may reasonably procure similar material or supplies elsewhere: Provided further, That the contractor shall not be charged with liquidated damages or any excess cost when the delay in delivery is due to unforeseeable causes beyond the control and without the fault or negligence of the contractor, including, but not restricted to, acts of God or the public enemy, acts of the Government, fires, floods, epidemics, quarantine restrictions, strikes, freight embargoes, unusually severe weather, and delays of a subcontractor due to such causes unless the contracting officer shall determine that the materials or supplies to be furnished under the subcontract are procurable in the open market, if the contractor shall notify the contracting officer in writing of the cause of any such delay, within 10 days from the beginning thereof, or within such further period as the contracting officer shall, with the approval of the head of the department or his duly authorized representative, prior to the date of final settlement of the contract, grant for the giving of such notice. The contracting officer shall then ascertain the facts and extent of the delay and extend the time for making delivery when in his judgment the findings of fact justify such an extension and his findings of fact thereon shall be final and conclusive on the parties hereto, subject only to appeal, within 30 days, by the contractor to the head of the department concerned or his duly authorized representative, whose decision on such appeal as to the facts of delay and the extension of time for making delivery shall be final and conclusive on the parties hereto.

Deliveries to <u>Navy Yard, Brooklyn, N. Y.</u>, shall be made as follows:

Shipments via water carriers shall be consigned to Supply Officer, Building No. 3, Navy Yard, Brooklyn, N. Y. Drayage charges are assessed from steamship dock in Port of New York and drayage service may be arranged for and payment made by contractors.

Shipments via rail carriers, whether in carload or less than carload in lots of 6,000 pounds or over from one shipper, should be consigned to Supply Officer, Navy Yard, Brooklyn, N. Y. via Market Terminal, Wallabout, Brooklyn Eastern District Terminal. Other shipments via rail carriers, in lots of less than 6,000 pounds, should be consigned to Supply Officer, Building No. 3, Navy Yard, Brooklyn, N. Y., Wallabout Station or Jay Street Terminal. Drayage services must be arranged for and payment made by contractors, excepting when published "Pick-up and Delivery Service" tariffs are applicable to the shipment which entitles store door delivery.

Shipments via rail weighing less than 6,000 pounds, which are too heavy or bulky to be handled via Wallabout Station or Jay Street Terminal, have to be delivered by lighter or barge. The tariff charges assessed by the railroads for the use of the railroad companies' lighters or barges and for unloading material to docks at the Navy Yard, Brooklyn, N. Y. are payable by the shipper as a regular part of the transportation costs.

Copies of General and Supplementary General Specifications for Machinery may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D. C.

BILLING INSTRUCTIONS:

Invoices in payment shall bear the following certificate signed by the duly authorized representative of the contractor billing the material:

> I certify that the above bill is correct and just; that payment therefor has not been received; and that except as otherwise noted all of the articles, materials, and supplies covered by this invoice, if unmanufactured articles, materials, and supplies, have been mined or produced in the United States, and if manufactured articles, materials, and supplies, they have been manufactured in the United States substantially all from articles, materials, or supplies mined, produced, or manufactured, as the case may be, in the United States.

In case the bidder qualifies the domestic material clause in the invitation, the exception must be indicated on the invoice as an addition to or modification of the prescribed certificate.

In case award is made to any one bidder in the amount of $10,000.00 or more, the following certificate will be included:

> I certify that the stipulations required by law and/or under contract, etc., with respect to wages, rights, and hours of work of employees have been complied with.

The prescribed certificate(s) shall be printed, typed or stamped on the voucher or invoice. In cases where it is physically impossible to execute additional certificate(s) on the face of the invoice, the certificate(s) will be placed on the reverse of the invoice. Additional (separate) sheets for certifications only will not be accepted.

The certificates may be executed separately or combined into one certificate at the option of the contractor.

### LOT 422 - SCHEDULE 5788

N. Y. Reqn. 670 NSAE. Title 13-X-1.
Bureau: Eng.
Appn. ult. chg. 7X127 (17-2120.001) Replacement of Naval Vessels (C&M).
Purpose: For BB55 and BB56. Project Orders Nos. 129 and 130/RNV(C&M).

To be delivered, all transportation charges paid, to the supply officers of the navy yards and within the number of days after date of contract or bureau order specified below, as follows:

| | |
|---|---|
| Items 1a to 36a, inclusive, 48a and 49a: | WITHIN 210 DAYS, plus time necessary for inspection and acceptance. |
| Items 1b to 36b, inclusive, 48b and 49b: | WITHIN 270 DAYS, plus time necessary for inspection and acceptance. |

If unable to make delivery within the time specified, state actual time required. Bids with a greater time for delivery may be submitted and will be considered, but the right is reserved to make award on the time stated above.

Cable, electric, insulated, heat and flame resistant, on reels, as follows:

| Item | Type | No. of conductors | Circular mils | Feet | Unit Price (per foot) | Total |
|---|---|---|---|---|---|---|
| | At BROOKLYN, N. Y., for USS NORTH CAROLINA (BB55) - | | | | | |
| 1a. | SHFA-4 | Single | 4,494 | 2,000 | $.240 | $ 480.00 |
| 2a. | DHFA-3 | Double | 2,828 | 6,000 | .418 | 2508.00 |
| 3a. | DHFA-4 | Double | 4,494 | 1,500 | .492 | 738.00 |
| 6a. | DHFA-23 | Double | 22,820 | 1,000 | .660 | 660.00 |
| 8a. | THFA-4 | Triple | 4,494 | 6,000 | .543 | 3258.00 |
| 9a. | THFA-9 | Triple | 9,030 | 2,000 | .606 | 1212.00 |
| 10a. | THFA-14 | Triple | 14,350 | 1,000 | .735 | 735.00 |
| 11a. | THFA-23 | Triple | 22,820 | 500 | .813 | 406.50 |
| | | | | Carried Forward | | $9,997.50 |

(OVER)                                                             (S-5788 - Page 7)

LOT 426 - SCHEDULE 5788

N. Y. Reqn. 670 NSAF. Title 13-X-1.
Bureau: Eng.
Appn. ult. chg. 7X127 (17-2120.001) Replacement of Naval Vessels (C&M).
Purpose: For BB-55 and BB-56. Project Orders Nos. 129 and 130/RNV(C&M).

To be delivered, all transportation charges paid, to the supply Officers of the navy yards and with the number of days after date of contract or bureau order.

Items 2a to 36a, inclusive, and 48a: WITHIN ~~300~~ 210 DAYS, plus time necessary for inspection and acceptance.

Items 2b to 36b, inclusive, and 48b: WITHIN ~~300~~ 270 DAYS, plus time necessary for inspection and acceptance.

If unable to make delivery within the time specified, state actual time required. Bids with a greater time for delivery may be submitted and will be considered, but the right is reserved to make award on the time stated above.

| Item | Type | No. of Conductors | Circular mils | Feet | Unit Price (per foot) | Total |
|---|---|---|---|---|---|---|
| | Cable, electric, insulated, heat and flame resistant, on reels, as follows: | | | | | |
| | At BROOKLYN, N. Y., For USS NORTH CAROLINA (BB-55) - | | | | | |
| 2a. | DHFA-3 | Double | 2,828 | 6,500 | $ .418 | $ 2717.00 |
| 3a. | DHFA-4 | Double | 4,494 | 1,000 | .496 | 496.00 |
| 4a. | DHFA-9 | Double | 9,030 | 1,000 | .544 | 544.00 |
| 8a. | THFA-4 | Triple | 4,494 | 6,500 | .542 | 3523.00 |
| 9a. | THFA-9 | Triple | 9,030 | 2,000 | .606 | 1212.00 |
| 10a. | THFA-14 | Triple | 14,350 | 1,000 | .735 | 735.00 |
| 11a. | THFA-23 | Triple | 22,820 | 500 | .813 | 406.50 |
| 13a. | THFA-40 | Triple | 38,950 | 500 | .977 | 488.50 |
| 14a. | THFA-50 | Triple | 49,020 | 500 | 1.034 | 517.00 |
| 17a. | THFA-100 | Triple | 98,820 | 500 | 1.467 | 733.50 |
| 20a. | THFA-200 | Triple | 198,860 | 500 | 2.229 | 1114.50 |
| 21a. | THFA-250 | Triple | 250,710 | 500 | 2.609 | 1304.50 |
| 22a. | THFA-300 | Triple | 296,660 | 500 | 2.929 | 1464.50 |
| 23a. | THFA-400 | Triple | 414,020 | 1,500 | 3.705 | 5557.50 |
| 24a. | FHFA-3 | Four | 2,828 | 4,000 | .494 | 1976.00 |
| 25a. | FHFA-4 | Four | 4,494 | 500 | .613 | 306.50 |
| 26a. | MHFA-2 | Multi | 2,828 | 2,500 (~~1,000~~) | .490 | 1225.00 |
| 27a. | MHFA-4 | Multi | 2,828 | 500 | .573 | 286.50 |
| 28a. | MHFA-7 | Multi | 2,828 | 1,500 | .679 | 1018.50 |
| 29a. | MHFA-10 | Multi | 2,828 | 1,500 | .908 | 1362.00 |
| 30a. | MHFA-14 | Multi | 2,828 | 500 | 1.030 | 515.00 |
| 31a. | MHFA-19 | Multi | 2,828 | 500 | 1.213 | 606.50 |
| 32a. | MHFA-22 | Multi | 2,828 | 500 | 1.419 | 709.50 |
| 33a. | MHFA-26 | Multi | 2,828 | 500 | 1.570 | 785.00 |
| 34a. | MHFA-30 | Multi | 2,828 | 500 | 1.642 | 821.00 |
| 35a. | MHFA-37 | Multi | 2,828 | 500 | 1.865 | 932.50 |
| 36a. | MHFA-44 | Multi | 2,828 | 1,000 | 2.169 | 2169.00 |
| 48a. | SHFS-3(S) | Single | 2,828 | 1,500 | .0345 | 51.75 |
| | | | | Carried Forward | | $33,578.25 |

(OVER)    (S-5788 - Page 19)

SCHEDULE 5788                                                                                           PAGE 20

|     |            |          |         | Brought Forward |        | $33,578.25 |
|-----|------------|----------|---------|-----------------|--------|------------|
|     | At PHILADELPHIA, PA., For USS WASHINGTON (BB-56) - |   |   |     |        |            |
| 2b. | DHFA-3     | Double   | 2,828   | 6,500           | $ .418 | $ 2717.00  |
| 3b. | DHFA-4     | Double   | 4,494   | 1,000           | .496   | 496.00     |
| 4b. | DHFA-9     | Double   | 9,030   | 1,000           | .544   | 544.00     |
| 8b. | THFA-4     | Triple   | 4,494   | 6,500           | .542   | 3523.00    |
| 9b. | THFA-9     | Triple   | 9,030   | 2,000           | .606   | 1212.00    |
| 10b.| THFA-14    | Triple   | 14,350  | 1,000           | .735   | 735.00     |
| 11b.| THFA-23    | Triple   | 22,820  | 500             | .813   | 406.50     |
| 13b.| THFA-40    | Triple   | 38,950  | 500             | .977   | 488.50     |
| 14b.| THFA-50    | Triple   | 49,020  | 500             | 1.034  | 517.00     |
| 17b.| THFA-100   | Triple   | 98,820  | 500             | 1.467  | 733.50     |
| 20b.| THFA-200   | Triple   | 198,860 | 500             | 2.229  | 1114.50    |
| 21b.| THFA-250   | Triple   | 250,710 | 500             | 2.609  | 1304.50    |
| 22b.| THFA-300   | Triple   | 296,660 | 500             | 2.929  | 1464.50    |
| 23b.| THFA-400   | Triple   | 414,020 | 1,500           | 3.705  | 5557.50    |
| 24b.| FHFA-3     | Four     | 2,828   | 4,000           | .494   | 1976.00    |
| 25b.| FHFA-4     | Four     | 4,494   | 500             | .613   | 306.50     |
| 26b.| MHFA-2     | Multi    | 2,828   | 2,500           | .490   | 1225.00    |
| 27b.| MHFA-4     | Multi    | 2,828   | 500             | .573   | 286.50     |
| 28b.| MHFA-7     | Multi    | 2,828   | 1,500           | .679   | 1018.50    |
| 29b.| MHFA-10    | Multi    | 2,828   | 1,500           | .908   | 1362.00    |
| 30b.| MHFA-14    | Multi    | 2,828   | 500             | 1.030  | 515.00     |
| 31b.| MHFA-19    | Multi    | 2,828   | 500             | 1.213  | 606.50     |
| 32b.| MHFA-22    | Multi    | 2,828   | 500             | 1.419  | 709.50     |
| 33b.| MHFA-26    | Multi    | 2,828   | 500             | 1.570  | 785.00     |
| 34b.| MHFA-30    | Multi    | 2,828   | 500             | 1.642  | 821.00     |
| 35b.| MHFA-37    | Multi    | 2,828   | 500             | 1.865  | 932.50     |
| 36b.| MHFA-44    | Multi    | 2,828   | 1,000           | 2.169  | 2169.00    |
| 48b.| SHFS-3(S)  | Single   | 2,828   | 1,500           | .0345  | 51.75      |
|     |            |          |         | TOTAL LOT 426   |        | $67,156.50 |

(S-5788 - Page 20)

SCHEDULE 5788                                                                                          PAGE 21

The price bid shall include the cost of the reels.

| Number of reels required | For items (insert items corresponding to items in this lot) | | Unit Price | Total |
|---|---|---|---|---|
| 6 | 2a and 2b | 3 each | $ 12.00 | $ 72.00 |
| 2 | 3a and 3b | 1 each | 12.00 | 24.00 |
| 2 | 4a and 4b | 1 each | 12.00 | 24.00 |
| 8 | 8a and 8b | 4 each | 18.00 | 144.00 |
| 4 | 9a and 9b | 2 each | 18.00 | 72.00 |
| 2 | 10a and 10b | 1 each | 12.00 | 24.00 |
| 2 | 11a and 11b | 1 each | 12.00 | 24.00 |
| 2 | 13a and 13b | 1 each | 18.00 | 36.00 |
| 2 | 14a and 14b | 1 each | 18.00 | 36.00 |
| 2 | 17a and 17b | 1 each | 25.00 | 50.00 |
| 2 | 20a and 20b | 1 each | 32.00 | 64.00 |
| 2 | 21a and 21b | 1 each | 41.00 | 82.00 |
| 2 | 22a and 22b | 1 each | 53.00 | 106.00 |
| 4 | 23a and 23b | 2 each | 80.00 | 320.00 |
| 6 | 24a and 24b | 3 each | 12.00 | 72.00 |
| 2 | 25a and 25b | 1 each | 12.00 | 24.00 |
| 4 | 26a and 26b | 2 each | 12.00 | 48.00 |
| 2 | 27a and 27b | 1 each | 7.00 | 14.00 |
| 2 | 28a and 28b | 1 each | 18.00 | 36.00 |
| 2 | 29a and 29b | 1 each | 25.00 | 50.00 |
| 2 | 30a and 30b | 1 each | 12.00 | 24.00 |
| 2 | 31a and 31b | 1 each | 18.00 | 36.00 |
| 2 | 32a and 32b | 1 each | 18.00 | 36.00 |
| 2 | 33a and 33b | 1 each | 18.00 | 36.00 |
| 2 | 34a and 34b | 1 each | 18.00 | 36.00 |
| 2 | 35a and 35b | 1 each | 18.00 | 36.00 |
| 2 | 36a and 36b | 1 each | 41.00 | 82.00 |
| 2 | 48a and 48b | 1 each | 4.00 | 8.00 |

GRAND TOTAL PRICE OF REELS  $1,616.00

Bidders must insert under column "Unit Price" where specified the amount per reel they will allow for reels returned.

Empty reels to be shipped to:  Name ___ HABIRSHAW CABLE & WIRE DIVISION
                                      PHELPS DODGE COPPER PRODUCTS CORPORATION
Address ___ YONKERS, NEW YORK

Bidders must also state on the blank lines provided the name and address of the person or firm to whom shipments of empty reels are to be made.

Brand ___ HABIRSHAW
Name of manufacturer (not the dealer) ___ HABIRSHAW CABLE & WIRE DIVISION
                                          PHELPS DODGE COPPER PRODUCTS CORPORATION
Place of manufacture ___ YONKERS, NEW YORK
Location of article to be inspected ___ YONKERS, NEW YORK

For specifications and general conditions see front page of this schedule.

(OVER)                                                          (S-5788 - Page 21)

NAVY DEPARTMENT
BUREAU OF SUPPLIES AND ACCOUNTS
WASHINGTON, D.C.

9 March 1939

SUBJECT: Schedule 5788-Cable, electric, heat and flame resistant.

Sirs:

In connection with schedule 5788, opening 21 March 1939 for cable, electric, heat and flame resistant, please note the following:

LOT 422: Reduce each of the quantities under Items 26a and 26b from 4000 to 3000 feet.
LOT 423: Reduce each of the quantities under Items 26a and 26b from 3000 to 2000 feet.
LOT 424: Reduce each of the quantities under Items 26a and 26b from 4000 to 2500 feet.
LOT 425: Reduce each of the quantities under Items 26a and 26b from 3000 to 1500 feet.
LOT 426: Reduce each of the quantities under Items 26a and 26b from 4000 to 2500 feet.
LOT 427: Reduce each of the quantities under Items 26a and 26b from 4000 to 2500 feet.
LOT 428: Reduce each of the quantities under Items 26a and 26b from 4000 to 3000 feet.
LOT 429: Reduce each of the quantities under Items 26a and 26b from 4000 to 3000 feet.

It is requested that you indicate in your bid that it is submitted in accordance with the above.

Respectfully

BUREAU OF SUPPLIES AND ACCOUNTS

INTER-OFFICE CORRESPONDENCE

**HABIRSHAW CABLE AND WIRE DIVISION**
**WASHINGTON, D. C.**

FROM MR. V. Clunet
TO MR. R. B. Martin

DATE April 6, 1939

SUBJECT: U. S. Navy Department
Bureau of Supplies & Accounts
Schedule 5788 - opened March 21

[ OMIT ALL UNNECESSARY WORDING ]

RECEIVED APR 7 1939

Confirming 'phone conversation of this morning, awards by elimination, usual procedure on this type of cable in the amounts involved were as follows:

Lot 422 - G.E.
423 - Anaconda
424 - Rockbestos
425 - Collyer
426 - Habirshaw - $67,156.50
427 - Okonite
428 - A. S. & W.
429 - General Cable

National Electric Products who have been bidding lately were not in the running as final tests have not been made on their product by the Bureau.

We will follow for contract number and formal award.

VC:MT