| | | | | | |
|---|---|---|---|---|---|
| STANDARD FORM 26 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | **AWARD** (SUPPLY CONTRACT) | 8597/57 | CONTRACT NO. N155-33344 ORDER NO. (If any) | PAGE NO. 1 | NUMBER OF PAGES OF AWARD 4 |

| DATE OF AWARD | INVITATION NO. | REQUISITION NO. |
|---|---|---|
| 25 October 1957 | IFB-155(1)-467-58 | 155/161011/58 |

**TO** (Contractor and address)
Phelps Dodge Copper Products Corp.
Habirshaw Cable & Wire Division
300 Park Avenue
New York, New York

**ISSUED BY**
U. S. NAVY
GENERAL STORES SUPPLY OFFICE
700 ROBBINS AVENUE
PHILADELPHIA 11, PA.

**INVOICE FOR PAYMENT SHOULD BE MAILED TO**
(see paragraph 151-5)

**PAYMENT WILL BE MADE BY** 98201-09-90J
NRAO Brooklyn, New York

YOUR BID ON THE ABOVE NUMBERED INVITATION FOR BIDS IS HEREBY ACCEPTED AS TO THE ITEMS ENUMERATED BELOW WITH THE ADDITIONS OR CHANGES MADE BY YOU, WHICH ADDITIONS OR CHANGES ARE SET FORTH IN FULL BELOW.

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | DISCOUNT: Net cash 30 days from date of invoice. An invoice to be rendered and paid covering each shipment when made. | | | | |
| | Item 6(only)  (see attached sheets) | | | | |
| 6. | (MHFF-19 CABLE) | 45000 | ft. | .456 | $20,520.00 |
| | BRAND OR TRADE NAME:     TEST NO. Construction #70     NY4706-175. | | | | |
| 151-3.5 | DMS ALLOTMENT (Controlled Materials, as such) Certified under DMS Regulation No. 1. Allotment No.  C-8-15-950,011-2Q58 Material:     Copper Wire Mill Prod. Quantity     6926 lbs. | | | | |
| | | | | TOTAL AMOUNT | $20,520.00 |

THIS AWARD CONSUMMATES THE CONTRACT, WHICH CONSISTS OF THE FOLLOWING DOCUMENTS, INCLUDING ANY CONTINUATION SHEETS THERETO: (A) THE GOVERNMENT'S INVITATION FOR BIDS AND YOUR BID, (B) THE SCHEDULE, (C) THE GENERAL PROVISIONS, AND (D) THE GOVERNMENT'S AWARD. NO FURTHER CONTRACTUAL DOCUMENT IS NECESSARY.

UNITED STATES OF AMERICA
BY F. E. BALDWIN, LCDR SC USN
CONTRACTING OFFICER

STANDARD FORM 26
NOV. 1949 EDITION

Lehman Decl.

NAVY—NPS 4ND—PHILA., PA.

Exhibit 27

| | | CONTRACT, ORDER, OR INVITATION NO | |
|---|---|---|---|
| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV 1949 EDITION | CONTINUATION SHEET (SUPPLY CONTRACT) | (As applicable) N155-33344 | PAGE NO. 2 |

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Price inclusive of containers. | | | | |

The following is hereby added to and made a part of "Price inclusive of Containers."

Reels shall be returned within 12 months.

| Item | Size | Quantity | Amount Allowed |
|---|---|---|---|
| 6 | 42" | 45 | 36.00 |

Empty Reels shall be shipped to:
    Phelps Dodge Copper Products Corp.
    Habirshaw Cable & Wire Division
    Glenwood Plant. - Yonkers, New York

The awarding of the above item shall not be deemed to operate as a rejection of contractors bid on any item bid upon, and shall not operate to prevent the Government from awarding balance of items if it is deemed in the best interest of the Government to do so.

Phelps Dodge Copper Products Corp.
Habirshaw Cable & Wire Division

| | | | | | |
|---|---|---|---|---|---|
| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | **CONTINUATION SHEET (SUPPLY CONTRACT)** | | CONTRACT, ORDER, OR INVITATION NO. (As applicable) N155-33344 | | PAGE NO. 3 |
| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |

151- 2.8

**DELIVERY** (Priority-Routine)

The articles to be furnished shall be delivered, all transportation charges paid, to the place(s) specified in the Schedule within 270 days after date of contract.

151- 2.9

**ADDRESSING INSTRUCTIONS**

Material being shipped under this contract shall be addressed to each destination in accordance with GSSO Consignment Instructions, Form 4ND-GSSO -6575(a). The Consignees are listed by Accounting Number, not alphabetic sequence.

(ADDRESSING INSTRUCTIONS ARE ATTACHED TO THE CONTRACTOR'S AND INSPECTOR OF NAVAL MATERIAL COPIES.)

151- 4.1

**INSPECTION**

Inspection of the property to be furnished hereunder shall be made at the Contractor's plant at Glenwood Plant, Yonkers, New York,

by the Inspector of Naval Material, 207 West 24th Street, New York 11, New York,

who is requested to conduct inspection upon notice from the contractor that the property is or will be ready.

The above Inspector is hereby designated as the authorized representative of the Contracting Officer for purposes of administering this contract in accordance with current directives relating to the Material Inspection Service, USN.

151- 4.6

**ACCEPTANCE**

Acceptance of the property to be furnished hereunder shall be made at destination by the receiving activity.

NAME OF BIDDER OR CONTRACTOR  Phelps Dodge Copper Products Corp.
Habirshaw Cable & Wire Division

| | | | | | |
|---|---|---|---|---|---|
| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | **CONTINUATION SHEET** (SUPPLY CONTRACT) | | CONTRACT, ORDER, OR INVITATION NO. (As applicable) N155-33344 | | PAGE NO. 4 |
| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
| 151 | PREPARATION AND SUBMISSION OF INVOICES | | | | |
| 5 | DO NOT SUBMIT INVOICES TO THE GENERAL STORES SUPPLY OFFICE | | | | |

"Invoices will be submitted in quadruplicate and will contain the contract number, order number (if any), item number, contract description of supplies or services, sizes, quantities, unit prices, and extended totals. Bill of lading number and weight of shipment will be shown for shipments on government bills of lading."

A separate invoice shall be prepared for and submitted direct to each activity designated to receive the supplies or services for attachment of a signed copy of the inspection report or for certification of receipt and acceptance on a copy of the Contractor's bill.

Exception: An invoice covering material to be transshipped to an overseas activity shall be submitted only to the transshipping activity which will be considered the receiving activity for the purpose of receiving and certifying the Contractor's bill.

Billings shall be on the basis of complete items or authorized sub-items, except as otherwise agreed pursuant to the contract.

Payment will be made by the paying activity shown on page No. 1 of this award.

ml/

NAME OF BIDDER OR CONTRACTOR   Phelps Dodge Copper Products Corp.
Habirshaw Cable & Wire Division

STANDARD FORM 36
NOV 1949 EDITION

NAVY-NPS 4ND, PHILA., PA.

| STANDARD FORM 31 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | SCHEDULE (SUPPLY CONTRACT) | PAGE NO. 1 | NUMBER OF PAGES OF SCHEDULE 15 |
|---|---|---|---|

| REQUISITION NUMBER OR OTHER PURCHASE AUTHORITY 155/161011/58 | INVITATION NO. IFB-155-(1)-467-58 | | |
|---|---|---|---|
| REQUISITIONING ACTIVITY | APPROPRIATION 17X4911.20 Navy Stock Fund | | |
| EXPENDITURE ACCOUNT 51000 | OBJECT CLASSIFICATION | ACCOUNTABLE ACTIVITY Consignees | |
| PROGRAM NO. | ALLOTMENT OR PROJECT ORDER NO. 155/13003 | DATE OF PROJECT ORDER | JOB ORDER, STUB OR SHIP'S REQN. NO. |

PURPOSE

THE SUPPLIES OR SERVICES TO BE FURNISHED, THE SPECIFICATIONS, THE DISCOUNTS, THE TIME AND PLACE OF DELIVERY, AND ANY OTHER SPECIAL TERMS AND CONDITIONS APPLICABLE TO THE INVITATION FOR BIDS, ARE SET FORTH BELOW.

DISCOUNTS WILL BE ALLOWED BY BIDDER FOR PROMPT PAYMENT AS FOLLOWS:
_____PERCENT, 10 CALENDAR DAYS;_____PERCENT, 20 CALENDAR DAYS;_____PERCENT, 30 CALENDAR DAYS.

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SEE ATTACHED SHEETS FOR LIST OF ITEMS Bidder Represents (Bidder to check appropriate boxes) (a) Bidder represents that it ( ) is, ( ) is not, a small business concern. For this purpose, a small business concern is a concern that (i) is not dominant in its field of operation and, with its affiliates, employs fewer than 500 employees, or (ii) is certified as a small business concern by the Small Business Administration. (See Code of Federal Regulations, Title 13, Chapter II, Part 103, 21 Fed. Reg. 9709, which contains the detailed definition and related procedures.) (b) Bidder represents that it ( ) has, ( ) has not, previously been denied a Small Business Certificate by the Small Business Administration. (c) If bidder is a regular dealer, it also represents that all supplies to be furnished hereunder ( ) will, ( ) will not, be manufactured or produced by a small business concern. | | | | |
| 101-5 | AWARD BY ENTIRE ITEM Subject to the provisions of paragraph 8 of the Terms and Conditions of the Invitation for Bids, award will be made to a single bidder on each entire item on the following items: ( 1(a) thru f, 2,3,4 and 6) Any bid offering a quantity less than the quantity required on each of these items shall be considered non-responsive as to each such item. | | | | |

NAME OF BIDDER

STANDARD FORM 31
NOV. 1949 EDITION.

| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) IFB-155-(1)-467-58 | PAGE NO. 5 |
|---|---|---|---|

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5. | CABLE: SPECIAL PURPOSE, ELECTRICAL, SHIPBOARD SPECIAL SERVICE, MICROPHONE CABLE, TYPE MMOP-5 300 VOLTS AC OR DC, HEAT, FLAME AND OIL RESISTANT PACKED 500 FEET PER COIL<br><br>CM PER CONDUCTOR     MAX. OD IN.<br>525             0.305<br>Federal Stock Number<br>GX6145-184-2018<br>(120 lbs)<br><br>(a) GSD (189) NSC NORFOLK    TOTAL | 15000 | ft. | | |
| 6. | CABLE, POWER, ELECTRICAL, SHIPBOARD REPEATED FLEXING SERVICE, CONTROL CIRCUIT, 600 VOLTS AC, 1000 VOLTS DC, HEAT, FLAME AND OIL RESISTANT, PACKED 1000 FEET PER REEL<br><br>TYPE    NO. OF CONDUCTORS    OVERALL DIA. IN.<br>MHFF-19      19            0.995<br>GX6145-192-7219<br>(6926 lbs)<br><br>(a) NSY (111) BOSTON MASS.<br>(b) NSY (151) PHILA PENNA.<br>(c) GSD (189) NSC NORFOLK VA.<br>(d) NSY (181) NORFOLK PTSMH VA.<br>(e) NSD (128) GREAT LAKES ILL.<br>(f) NRF (62752) SAN DIEGO CALIF.<br>(g) NSY (217) SAN FRANCISCO CALIF.<br>(h) NSY (251) PUGET SOUND WASH.<br><br>BID ONLY ON ITEM TOTAL     TOTAL 45000 | 5000<br>4000<br>3000<br>5000<br>15000<br>1000<br>7000<br>5000<br><br>45000 | ft. | Order | |

NAME OF BIDDER OR CONTRACTOR

| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) IFB-155-(1)-467-58 | PAGE NO. 7 |
|---|---|---|---|

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 103-1.1 | **SPECIFICATIONS**<br><br>The articles to be furnished shall conform to the requirements of the Specifications and/or Drawings hereinafter listed which form a part hereof:<br><br>Military Specification MIL-C-915A (Ships) Amendment 3, dated 8 June 1955 | | | | |
| 103-1.3 | **REQUESTS FOR SPECIFICATIONS**<br><br>Copies of any and all applicable specifications, and standards, including amendments thereto, may be obtained upon application to the Naval Supply Depot, Scotia 2, New York. Each request must make specific reference to the specification number, the date, and to any applicable amendment thereto by number and date. | | | | |
| 103-1.4 | **COMPLIANCE WITH SPECIFICATIONS**<br><br>It is the responsibility of the bidder to determine whether the supplies proposed to be furnished under this Invitation conform to all the required specifications. Accordingly, if samples are submitted as a part of a bid, or if the bidder offers an article by stock number, catalog number, manufacturer's number, or other method of identification, the bidder warrants that such sample or designated item conforms to all the specifications contained herein, unless it is specifically stated otherwise in the bid. | | | | |

NAME OF BIDDER OR CONTRACTOR

| | | | | | | |
|---|---|---|---|---|---|---|
| STANDARD FORM 36<br>PRESCRIBED BY GENERAL SERVICES<br>ADMINISTRATION, NOV. 1949 EDITION | 1957 NOV 4 AM 10:56<br>**CONTINUATION SHEET**<br>(SUPPLY CONTRACT) | | CONTRACT, ORDER, OR INVITATION NO.<br>(As applicable)<br>IFB-155-(1)-467-58 | | | PAGE<br>NO.<br>8 |
| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY<br>(Number of units) | UNIT | UNIT PRICE | AMOUNT | |

| ITEM NO. | SUPPLIES OR SERVICES | | | |
|---|---|---|---|---|
| 103-2.1 | QUALIFIED PRODUCTS<br><br>With respect to products requiring qualification, awards will be made only for such products as have, prior to the time set for opening of bids, been tested and approved for inclusion in the Qualified Products List 915-6,<br><br>whether or not such products have actually been so listed by that date. Manufacturers are urged to communicate with the Chief, Bureau of Ships, Navy Department, Washington 25, D. C.<br><br>and arrange to have the products that they propose to offer tested for qualification. If the products bid upon have been subjected to the required tests and approved for inclusion in the Qualified Products List prior to the time set for opening of bids, bidder shall insert the brand or trade name and the test number of such products in the blank spaces below.<br><br>BRAND OR TRADE NAME                                                           TEST NO. | | | |

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
NOV. 1949 EDITION

NAVY-NPS 4ND. PHILA., PA.

| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) IFB-155-(1)-467-58 | PAGE NO. 9 |
|---|---|---|---|

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PREPARATION FOR DELIVERY INSTRUCTIONS   (Item 1(a) thru 1(f), and 2 thru 6)(only) | | | | |
| | Preparation For Delivery Shall Be: | | | | |
| 1B. | For Domestic Shipment And Storage In Accordance With: | | | | |
| | Specification    MIL-C-915A(Ships) Amendment 3 | | | Dated 8 June 1955 | |
| | Paragraphs   5 | | | | |
| | PREPARATION FOR DELIVERY INSTRUCTIONS     Item 1(gx)(only) | | | | |
| | Preparation For Delivery Shall Be: | | | | |
| 1C. | For Overseas Shipment In Accordance With: | | | | |
| | Specification    MIL-C-915A (Ships) Amendment 3 | | | Dated 8 June 1955 | |
| | Paragraphs   5 | | | | |

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
NOV. 1949 EDITION

NAVY-NPS 4ND, PHILA., PA.

| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) IFB-155-(1)-467-58 | PAGE NO. 11 |
|---|---|---|---|

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 105-1 | INSPECTION AND ACCEPTANCE-INFORMATION TO BE FURNISHED BY BIDDER  The information requested in the inspection and acceptance clause is required for bid evaluation purposes, and the Government reserves the right to reject any bid which does not include such information.  (a) Inspection of the supplies or services to be furnished hereunder shall be made by representatives of the Material Inspection Service, USN, at the Contractor's or subcontractor's plant specified in subparagraph (4) below. Acceptance of such supplies or services shall be made by the representative of the Government and at the place specified in the notice of award.  (b) The bidder shall furnish the following information:  (1) Are the supplies to be furnished from stock? From Government surplus material?  (2) Name of principal manufacturer (not dealer) of the supplies  (3) Place of principal manufacture of supplies or performance of services  (4) Location of articles to be inspected  (5) Will ocean transportation be required in delivering any of the supplies? | | | | |

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
NOV 1949 EDITION

NAVY-NPS 4ND. PHILA., PA.

Case 4:07-cv-02824-SBA    Document 34-28    Filed 09/21/2007    Page 11 of 11

| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) IFB-155-(1)-467-58 | PAGE NO. 12 |
|---|---|---|---|

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 106-3 | PRICE INCLUSIVE OF CONTAINERS   Items 2,3 and 6. | | | | |

The prices stated herein include the cost of reels and upon delivery they shall become the property of the Government. Such reels shall be known as returnable reels and shall be suitable for repeated use. If reels in good condition (reasonable wear and tear excepted) are returned by the Government from points within the Continental United States at the expense of the Contractor, within* months after date of delivery of such reels to the Government, it is agreed that the Contractor will allow the Government for each reel returned the amount set forth below, except that for each reel not found to be in good condition, the Contractor shall

allow such amount less the cost of repairs, or shall allow the salvage value thereof when beyond repair. Such amount shall be considered in the evaluation of bids.
*(Bidder shall specify time allowed.)

| Item | Size | Quantity | Amount Allowed |
|---|---|---|---|
| | | | |

Empty reels which may be returned to the Contractor for refund shall be clearly marked by the Contractor in a conspicuous place on the container with the following statements:

Name and Address of Company

To be Returned to

Expiration Date of Refund period

Refund Value

Serial Number if any

Contract or Order Number

NAME OF BIDDER OR CONTRACTOR