| STANDARD FORM 26<br>PRESCRIBED BY GENERAL SERVICES<br>ADMINISTRATION, NOV. 1949 EDITION | **AWARD**<br>**(SUPPLY CONTRACT)** | CONTRACT NO.<br>N155-45974<br>ORDER NO. (If any) | PAGE<br>*NO.<br>1 | NUMBER OF<br>PAGES OF<br>AWARD<br>4 |
|---|---|---|---|---|

| DATE OF AWARD<br>17 April 1959 | INVITATION NO.<br>IFB-155-(1)-2477-59 | REQUISITION NO.<br>155/161102/59 |
|---|---|---|

TO *(Contractor and address)*
Phelps Dodge Copper Products Corporation
Habirshaw Cable and Wire Division
300 Park Avenue
New York 22, New York

ISSUED BY
U. S. NAVY
GENERAL STORES SUPPLY OFFICE
700 ROBBINS AVENUE
PHILADELPHIA 11, PA.

INVOICE FOR PAYMENT SHOULD BE MAILED TO

(See paragraph 151-5)

PAYMENT WILL BE MADE BY

NRAO Brooklyn, New York

YOUR BID ON THE ABOVE NUMBERED INVITATION FOR BIDS IS HEREBY ACCEPTED AS TO THE ITEMS ENUMERATED BELOW WITH THE ADDITIONS OR CHANGES MADE BY YOU, WHICH ADDITIONS OR CHANGES ARE SET FORTH IN FULL BELOW.

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY<br>(Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | DISCOUNT: Net cash 30 days from date of invoice. An invoice to be rendered and paid covering each shipment when made. | | | | |
| | Item 1 (all)   (See attached sheets) | | | | |
| 1. | MHFF-19 | 35,000 | Ft. | .535 | $18,725.00 |
| | **Brand or Trade Name**      **Test No.**<br>Construction #70      NY 4706-175<br>                    Ser 560-60555<br>                    7/27/53 | | | | |
| 151-3.5 | DMS ALLOTMENT (Controlled Materials, as such)<br>Certified under DMS Regulation No. 1.<br>Allotment No.   C-8-15-950,003-4059<br>Material:   Copper Wire Mill Prods.<br>Quantity   5,387 Lbs. | | | | |
| | | | TOTAL AMOUNT | | $18,725.00 |

THIS AWARD CONSUMMATES THE CONTRACT, WHICH CONSISTS OF THE FOLLOWING DOCUMENTS, INCLUDING ANY CONTINUATION SHEETS THERETO: (A) THE GOVERNMENT'S INVITATION FOR BIDS AND YOUR BID, (B) THE SCHEDULE, (C) THE GENERAL PROVISIONS, AND (D) THE GOVERNMENT'S AWARD. NO FURTHER CONTRACTUAL DOCUMENT IS NECESSARY.

UNITED STATES OF AMERICA

BY   F.E. BALDWIN, LCDR SC USN

CONTRACTING OFFICER

STANDARD FORM 26
NOV. 1949 EDITION

NAVY-NPS 4ND-PHILA., PA.

Lehman Decl.

## Exhibit 28

| STANDARD FORM 36<br>PRESCRIBED BY GENERAL SERVICES<br>ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET<br>(SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO.<br>(As applicable)<br>NL55-45974 | PAGE<br>NO.<br>2 |
|---|---|---|---|

| ITEM No. | SUPPLIES OR SERVICES | QUANTITY<br>(Number of<br>units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

PRICE INCLUSIVE OF CONTAINERS

The following is added to and made part of Clause 106-3 (Price Inclusive of Containers) appearing on Page 7 of the schedule:

| Item | Size | Quantity | | Amount | |
|---|---|---|---|---|---|
| 1 | 42" | 35 | | $36.00 Each | |

Reels shall be returned within 12 months.

Empty reels to be shipped to:

  Phelps Dodge Copper Products Corporation
  Habirshaw Cable and Wire Division
  Glenwood Plant
  Yonkers, New York

NAME OF BIDDER OR CONTRACTOR

  Phelps Dodge Copper Products Corporation
  Habirshaw Cable and Wire Division

STANDARD FORM 36
NOV. 1949 EDITION

| STANDARD FORM 36<br>PRESCRIBED BY GENERAL SERVICES<br>ADMINISTRATION. NOV. 1949 EDITION | CONTINUATION SHEET<br>(SUPPLY CONTRACT) | | CONTRACT, ORDER, OR INVITATION NO.<br>(As applicable)<br>N155-45974 | | | PAGE<br>NO.<br>3 |

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY<br>(Number of<br>units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 151-<br>2.2 | DELIVERY   (Priority Routine)<br><br>The articles to be furnished shall be delivered, all transportation charges paid, to the place(s) specified in the Schedule within   180   days after date of contract. | | | | |
| 151-<br>2.10 | ACCELERATED DELIVERY<br><br>The Contractor is authorized to exceed the delivery rate, or to complete performance of this contract, prior to the time set forth in the schedule. Maximum accelerated delivery is desired. | | | | |
| 151-<br>2.9 | ADDRESSING INSTRUCTIONS<br><br>Material being shipped under this contract shall be addressed to each destination in accordance with GSSO Consignment Instructions, Form 4ND-GSSO-6575(a).  The Consignees are listed by Accounting Number, not alphabetic sequence.<br><br><br>(ADDRESSING INSTRUCTIONS ARE ATTACHED TO THE CONTRACTOR'S AND INSPECTOR OF NAVAL MATERIAL COPIES.) | | | | |
| 151-<br>4.1 | INSPECTION<br><br>Inspection of the property to be furnished hereunder shall be made at the Contractor's plant, Yonkers, New York,<br><br>by the   Inspector of Naval Material, 207 West 24th Street, New York 11, New York,<br><br>who is requested to conduct inspection upon notice from the Contractor that the property is or will be ready.<br><br>The above Inspector is hereby designated as the authorized representative of the Contracting Officer for purposes of administering this contract in accordance with current directives relating to the Material Inspection Service, USN. | | | | |
| 151-<br>4.6 | ACCEPTANCE<br><br>Acceptance of the property to be furnished hereunder shall be made at destination by the receiving activity. | | | | |

NAME OF BIDDER OR CONTRACTOR

Phelps Dodge Copper Products Corporation
Habirshaw Cable and Wire Division

STANDARD FORM 36
NOV. 1949 EDITION

| STANDARD FORM 36<br>PRESCRIBED BY GENERAL SERVICES<br>ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET<br>(SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO.<br>(As applicable)<br>NI55-45974 | PAGE<br>NO.<br>4 |
|---|---|---|---|

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY<br>(Number of<br>units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 151-<br>5 | PREPARATION AND SUBMISSION OF INVCICES | | | | |

DO NOT SUBMIT INVOICES TO THE GENERAL STORES SUPPLY OFFICE

"Invoices will be submitted in quadruplicate and will contain the contract number, order number (if any), item number, contract description of supplies or services, sizes, quantities, unit prices, and extended totals. Bill of lading number and weight of shipment will be shown for shipments on government bills of lading."

A separate invoice shall be prepared for and submitted direct to each activity designated to receive the supplies or services for attachment of a signed copy of the inspection report or for certification of receipt and acceptance on a copy of the Contractor's bill.

Exception: An invoice covering material to be transshipped to an overseas activity shall be submitted only to the transshipping activity which will be considered the receiving activity for the purpose of receiving and certifying the Contractor's bill.

Billings shall be on the basis of complete items or authorized sub-items, except as otherwise agreed pursuant to the contract.

Payment will be made by the paying activity shown on page No. 1 of this award.

UTILIZATION OF CONCERNS IN LABOR SURPLUS AREAS

It is the policy of the Government to place supply contracts with suppliers who will perform such contracts substantially in areas of current labor surplus where this can be done, consistent with the efficient performance of the contract, at prices no higher than are obtainable elsewhere. The Contractor agrees to use its best efforts to place its subcontracts in accordance with this policy. In complying with the foregoing and with paragraph (b) of the clause of this contract entitled "Utilization of Small Business Concerns", the contractor in placing its subcontracts shall observe the following order of preference: (1) small business concerns in labor surplus areas; (ii) other concerns in labor surplus areas; (iii) small business concerns not in labor surplus areas.

cs/

| NAME OF BIDDER OR CONTRACTOR | Phelps Dodge Copper Products Corporation<br>Habirshaw Cable and Wire Division |
|---|---|

STANDARD FORM 36
NOV. 1949 EDITION

| STANDARD FORM 31<br>PRESCRIBED BY GENERAL SERVICES<br>ADMINISTRATION, NOV. 1949 EDITION | SCHEDULE<br>(SUPPLY CONTRACT) | PAGE<br>NO.<br>1 | NUMBER OF<br>PAGES OF<br>SCHEDULE<br>9 |
|---|---|---|---|

| REQUISITION NUMBER OR OTHER PURCHASE AUTHORITY<br>155/161102/59 | INVITATION NO.<br>IFB-155-(1)-2477-59 |
|---|---|
| REQUISITIONING ACTIVITY | APPROPRIATION<br>17X4911.20 Navy Stock Fund |

| EXPENDITURE ACCOUNT<br>51000 | OBJECT CLASSIFICATION | ACCOUNTABLE ACTIVITY<br>Consignees |
|---|---|---|
| PROGRAM NO. | ALLOTMENT OR PROJECT ORDER NO.<br>155/13003 | DATE OF PROJECT ORDER | JOB ORDER, STUB OR SHIP'S REQN. NO. |

PURPOSE

**THE SUPPLIES OR SERVICES TO BE FURNISHED, THE SPECIFICATIONS, THE DISCOUNTS, THE TIME AND PLACE OF DELIVERY, AND ANY OTHER SPECIAL TERMS AND CONDITIONS APPLICABLE TO THE INVITATION FOR BIDS, ARE SET FORTH BELOW.**

DISCOUNTS WILL BE ALLOWED BY BIDDER FOR PROMPT PAYMENT AS FOLLOWS:

_____PERCENT, 10 CALENDAR DAYS;_____PERCENT, 20 CALENDAR DAYS;_____PERCENT, 30 CALENDAR DAYS.

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY<br>(Number of<br>units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | BIDS MUST SET FORTH FULL, ACCURATE, AND COMPLETE INFORMATION AS REQUIRED BY THIS INVITATION FOR BIDS (INCLUDING ATTACHMENTS). THE PENALTY FOR MAKING FALSE STATEMENTS IN BIDS IS PRESCRIBED IN 18 U.S.C. 1001. | | | | |
| | BUY AMERICAN CERTIFICATE | | | | |
| | The bidder hereby certifies that each end product, except the end products excluded below, is a domestic source end product (as defined in the contract clause entitled Buy American Act); and that components of unknown origin have been considered to have been mined, produced, or manufactured outside the United States. | | | | |
| | EXCLUDED ITEMS: | | | | |
| | | | | (SIGNATURE OF BIDDER) | |
| | Specific information as to articles, materials, and supplies excepted from the Buy American Act is available upon request from the Contracting Officer. | | | | |

NAME OF BIDDER

STANDARD FORM 31
NOV. 1949 EDITION.

NAVY-NPS 4NO. PHILA., PA.

| STANDARD FORM 36<br>PRESCRIBED BY GENERAL SERVICES<br>ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET<br>(SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable)<br>IFB-155-(1)-2477-59 | PAGE NO.<br>2 |

| ITEM NO. | CLASS 6145          SUPPLIES OR SERVICES | QUANTITY<br>(Number of<br>units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | CABLE: POWER, ELECTRICAL, SHIPBOARD REPEATED FLEXING SERVICE, CONTROL CIRCUIT, 600 VOLTS AC, 1000 VOLTS DC, HEAT, FLAME AND OIL RESISTANT | | | | |
| | PACKED 1000 FT PER REEL | | | | |
| | TYPE    NO OF       OVERALL<br>         CONDUCTORS  DIA. IN. | | | | |
| 1. | MHFF-19   19        0.995<br>FEDERAL STOCK NO.<br>GX6145-192-7219<br>(5387 LBS) | 1 | | | |
| | (a) NSY (102) PORTSMOUTH, N.H. | 1000 | | | |
| | (b) NSY (111) BOSTON, MASS. | 2000 | | | |
| | (c) NSY (151) PHILADELPHIA, PA. | 3000 | | | |
| | (d) NSC (189) NORFOLK, VA. | 5000 | | | |
| | (e) NSD (128) GREAT LAKES, ILL. | 3000 | | | |
| | (f) NSY (60258) LONG BEACH, CALIF. | 6000 | | | |
| | (g) NSY (217) SAN FRANCISCO, CALIF. | 4000 | | | |
| | (h) NSY (251) PUGET SOUND, WASH. | 11000 | | | |
| | BID ONLY ON ITEM TOTAL TOTAL   35000 | 35000 | FT | | |
| 101-5 | AWARD BY ENTIRE ITEM | | | | |

Subject to the provisions of paragraph 8 of the Terms and Conditions of the Invitation for Bids, award will be made to a single bidder on each entire item on the following items:  Item 1

Any bid offering a quantity less than the quantity required on each of these items shall be considered non-responsive as to each such item.

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36<br>NOV. 1949 EDITION

161102-3

| | | CONTRACT, ORDER, OR INVITATION NO. (If applicable) | PAGE NO. |
|---|---|---|---|
| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | **CONTINUATION SHEET** (SUPPLY CONTRACT) | IFB-155-(1)-2477-59 | 3 |

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 101-6 | TIME FOR ACCEPTANCE | | | | |

101-6  TIME FOR ACCEPTANCE

The Government may be unable to consider bids offering less than 20 days acceptance.

ALLOW THE GOVERNMENT A DEFINITE PERIOD IN WHICH TO ACCEPT THE BID.

Any bid which does not provide a definite period for acceptance will not be considered.  Bids providing for "Immediate Acceptance", "Acceptance at Once", or other indefinite periods for acceptance will not be considered.

101-9  RESPONSIBILITY FOR PERFORMANCE

It is the responsibility of the Contractor to furnish supplies or services conforming to the requirements of the contract and Contractor agrees that opinions or comments provided by the Government in response to requests for assistance in connection with performance problems shall not in any way alter this responsibility, except as may be otherwise provided in the contract. Requests for advisory guidance or technical or contractual matters shall be documented and transmitted in quadruplicate to the Government office involved, by way of the cognizant Inspector of Naval Material, appropriately marked so as to specifically segregate and identify each problem for consideration. Contractor understands and further agrees that the mere furnishing by the Government of drawings, specification date, or other information or property at any time is not assurance that copyright and patent rights of others are not involved in the subject matter thereof.

102-1  VARIATION IN QUANTITY

Permissible variation under the Section of the General Provisions entitled "Variation in Quantity": Increase 10%, Decrease 10%.  Such increase or decrease shall apply to the total quantity for all destinations of each item or sub-item to be delivered hereunder; provided, however, that in no event shall the Contractor increase or decrease the quantity of any item or sub-item for any individual destination by more than 10%.

103-1.1  SPECIFICATIONS

The articles to be furnished shall conform to the requirements of the Specifications and/or Drawings hereinafter listed which form a part hereof:

Military Specification MIL-C-915A (Ships) Amendment 7 dated 9 June 1958.

NAME OF BIDDER OR CONTRACTOR

| STANDARD FORM 36<br>PRESCRIBED BY GENERAL SERVICES<br>ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET<br>(SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO:<br>(As applicable)<br>IFB-155-(1)-2477-59 | | | | PAGE<br>NO.<br>4 |
|---|---|---|---|---|---|---|
| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY<br>(Number of<br>units) | UNIT | UNIT PRICE | AMOUNT | |

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 103-<br>1.3 | REQUEST FOR SPECIFICATIONS<br><br>Copies of any and all applicable specifications, and standards, including amendments thereto, may be obtained upon application to the Naval Aviation Supply Depot, 700 Robbins Ave., Philadelphia 11, Pennsylvania, Attn: Code CDS. Each request must make specific reference to the specification number, the date, and to any applicable amendment thereto by number and date. | | | | |
| 103-<br>1.4 | COMPLIANCE WITH SPECIFICATIONS<br><br>It is the responsibility of the bidder to determine whether the supplies proposed to be furnished under this Invitation conform to all the required specifications. Accordingly, if samples are submitted as a part of a bid, or if the bidder offers an article by stock number, catalog number, manufacturer's number, or other method of identification, the bidder warrants that such sample or designated item conforms to all the specifications contained herein, unless it is specifically stated otherwise in the bid. | | | | |
| 103-<br>2.1 | QUALIFIED PRODUCTS<br><br>With respect to products requiring qualification, awards will be made only for such products as have, prior to the time set for opening of bids, been tested and approved for inclusion in the Qualified Products List QPL-915-7<br><br>whether or not such products have actually been so listed by that date. Manufacturers are urged to communicate with the Chief, Bureau of Ships, Department of the Navy, Washington 25, D.C.,<br><br>and arrange to have the products that they propose to offer tested for qualification. If the products bid upon have been subjected to the required tests and approved for inclusion in the Qualified Products List prior to the time set for opening of bids, bidder shall insert the brand or trade name and the test number of such products in the blank spaces below.<br><br>BRAND OR TRADE NAME | | | TEST NO. | |

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
REV. 1949 EDITION

| | | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

STANDARD FORM 36
PRESCRIBED BY GENERAL SERVICES
ADMINISTRATION, NOV. 1949 EDITION

**CONTINUATION SHEET**
**(SUPPLY CONTRACT)**

CONTRACT, ORDER, OR INVITATION NO:
(As applicable)
IFB-155-(1)-2477-59

PAGE NO.
5

| ITEM NO. | SUPPLIES OR SERVICES | | | | |
|---|---|---|---|---|---|
| | PREPARATIONS FOR DELIVERY INSTRUCTIONS | | | | |
| | PREPARATION FOR DELIVERY SHALL BE IN ACCORDANCE WITH: | | | | |
| | 1B Domestic shipment and storage requirements of Section 5 of specification MIL-C-915A (Ships) Amendment 7 dated 9 June 1958 | | | | |
| | NOTICE: The Time of Delivery shall be from date of contract to date of completion of delivery. Delivery shall be considered completed when acceptable contract material is delivered to the carrier on f.o.b. origin shipments or delivered to specified destinations on shipments being made at expense of contractor.<br>Bids taking exception thereto by offering "from date of receipt of contract", "will ship", "make shipment" or otherwise changing the terms will be rejected as being nonresponsive. | | | | |
| 104-1.1 | TIME OF DELIVERY | | | | |
| | The Government DESIRES that delivery be made within 180 days after date of contract. | | | | |
| | If the bidder is unable to meet the desired delivery time, it may, without prejudice in the evaluation of its bid, offer to make delivery at another time, provided that in no event shall the bidder's delivery schedule extend beyond 210 days after date of contract. | | | | |
| | Bids offering delivery after that time will be considered non-responsive to the Invitation and will be rejected. In addition, any bid offering an indefinite time of delivery or offering delivery contingent upon the availability of receipt of material will be rejected. Unless the bidder offers a different delivery schedule, the Government's DESIRED delivery schedule stated above will apply. | | | | |
| | BIDDER'S PROPOSED DELIVERY SCHEDULE | | | | |
| | The articles to be furnished shall be delivered within after date of contract. | | | | days |

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
NOV. 1949 EDITION

| | | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

**STANDARD FORM 36**
**PRESCRIBED BY GENERAL SERVICES**
**ADMINISTRATION. NOV. 1849 EDITION**

# CONTINUATION SHEET
### (SUPPLY CONTRACT)

CONTRACT, ORDER, OR INVITATION NO: (As applicable)
IFB-155-(1)-2477-59

PAGE NO. 6

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

104-
3.1
**PLACE OF DELIVERY:  DESTINATION**

The articles to be furnished hereunder shall be delivered all transportation charges paid by the supplier to destinations specified herein.  Bids taking exception hereto shall not be considered for Award.

Contract articles designated for Pearl Harbor shall be delivered to the Naval Supply Center, Oakland, Calif., except articles shipped from the Eastern Asia Area which will be delivered by the Contractor to Pearl Harbor. To insure delivery at destination free of expense to the Government, the Contractor will annotate bills of lading "Delivery desired" when shipments are within the purview of delivery provisions of carriers' tariffs.  When carriers assess an additional charge for this service, these charges shall be prepaid by the Contractor.  When delivery service is not available under the provisions of carriers' tariffs, delivery of less than load quantities at destination carrier's freight terminal will suffice.

105-
1
**INSPECTION AND ACCEPTANCE-INFORMATION TO BE FURNISHED BY BIDDER**

The information requested in the inspection and acceptance clause is required for bid evaluation purposes, and the Government reserves the right to reject any bid which does not include such information.

(a) Inspection of the supplies or services to be furnished hereunder shall be made by representatives of the Material Inspection Service, USN, at the Contractor's or subcontractor's plant specified in subparagraph (4) below. Acceptance of such supplies or services shall be made by the representative of the Government and at the place specified in the notice of award.

(b) The bidder shall furnish the following information:

(1) Are the supplies to be furnished from stock?
From Government surplus material?

(2) Name of principal manufacturer (not dealer) of the supplies

(3)Place of principal manufacture of supplies or performance of services

(4) Location of articles to be inspected

(5) Will ocean transportation be required in delivering any of the supplies?

NAME OF BIDDER OR CONTRACTOR

| STANDARD FORM 36<br>PRESCRIBED BY GENERAL SERVICES<br>ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET<br>(SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO.<br>(As applicable)<br>IFB-155-(1)-2477-59 | | PAGE<br>NO.<br>7 |
|---|---|---|---|---|

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY<br>(Number of<br>units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 106 & 3 | PRICE INCLUSIVE OF CONTAINERS | | | | |

PRICE INCLUSIVE OF CONTAINERS

The prices stated herein include the cost of reels and upon delivery they shall become the property of the Government. Such reels    shall be known as returnable reels and shall be suitable for repeated use. If    reels    in good condition (reasonable wear and tear excepted) are returned by the Government from points within the Continental United States at the expense of the Contractor, within*         months after date of delivery of such    reels    to the Government, it is agreed that the Contractor will allow the Government for each reel         returned the amount set forth below, except that for each reel         not found to be in good condition, the Contractor shall allow such amount less the cost of repairs, or shall allow the salvage value thereof when beyond repair. Such amount shall be considered in the evaluation of bids.
*(Bidder shall specify time allowed.)

| Item | Size | Quantity | Amount Allowed |
|---|---|---|---|

Empty    reels    which may be returned to the Contractor for refund shall be clearly marked by the Contractor in a conspicuous place on the container with the following statements:

Name and Address of Company _____

To be Returned to _____

Expiration Date of Refund period

Refund Value

Serial Number if any

Contract or Order Number

NAME OF BIDDER OR CONTRACTOR

1956 APR 03 PM 2 55

| | | CONTRACT, ORDER, OR INVITATION NO. *(As applicable)* | PAGE NO. |
|---|---|---|---|
| STANDARD FORM 36<br>PRESCRIBED BY GENERAL SERVICES<br>ADMINISTRATION, NOV. 1949 EDITION | **CONTINUATION SHEET**<br>(SUPPLY CONTRACT) | IFB-155-(1)-2477-59 | 8 |

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY<br>(Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 106-<br>7.1 | **DISCOUNTS**<br><br>Paragraph 31 of the Additional General Provisions entitled "Discounts" is hereby deleted and superseded by the following:<br><br>Paragraph 7 of the Terms and Conditions of the Invitation for Bids is amended by adding the following subparagraph (c) thereto:<br><br>(c) In accordance with subparagraph (a), in connection with this Invitation for Bids, prompt payment discounts will be considered in the evaluation of bids, provided the minimum period for the offered discount is 30 days. The offered discount of a successful bidder will form a part of the award whether or not such discount was considered in the evaluation of his bid, and such discount will be taken if payment is made within the discount period. | | | | |
| 109-<br>1.3<br><br>1-1 | **DMS ALLOTMENT (Controlled Materials, as such)**<br><br>Any contract resulting from this Invitation for Bids will include an allotment number certified under DMS Regulation No. 1. | | | | |
| 110-<br>1 | **EMPLOYMENT OF OCEAN GOING VESSELS**<br><br>If ocean transportation is required after the date of award of this contract in delivering any of the supplies to be furnished hereunder, the Contractor, promptly after each shipment, shall furnish to the Contracting Officer, Attention Code 705 one copy of the applicable ocean shipping document indicating for each shipment made under this contract the name and nationality of the vessel and the measurement tonnage (40 cubic feet) of dry cargo, or long tons (2,240 pounds) of bulk liquid cargo, shipped on such vessel; provided that the Contractor need not furnish such a document for any shipment of less than 120 measurement tons of dry cargo or less than 35 long tons of bulk liquid cargo; provided further, if this contract is an indefinite quantity contract or a requirements contract, the Contractor need furnish such documents only in connection with shipments made after the date of any delivery order requiring ocean transportation in delivering supplies thereunder. | | | | |

| NAME OF BIDDER OR CONTRACTOR |
|---|
| |

NAVY-NPS 4ND-PHILA., PA.

| STANDARD FORM 36<br>PRESCRIBED BY GENERAL SERVICES<br>ADMINISTRATION, REV. 1949 EDITION | CONTINUATION SHEET<br>(SUPPLY CONTRACT) | | CONTRACT, ORDER, OR INVITATION NO.,<br>(As applicable)<br>IFB-155-(1)-2477-59 | | | | PAGE<br>NO.<br>9 |
|---|---|---|---|---|---|---|---|
| ITEM NO. | SUPPLIES OR SERVICES | | QUANTITY<br>(Number of<br>units) | UNIT | UNIT PRICE | AMOUNT | |

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 110-7 | PATENT INDEMNITY (NOT PREDETERMINED)<br><br>In Paragraph 25 of the Additional General Provisions, subparagraph (b) is for application in this contract.<br><br>GENERAL PROVISIONS INCORPORATED BY REFERENCE<br><br>The following General Provisions, except as expressly modified elsewhere in this schedule, are incorporated herein by this reference with the same force and effect as if set forth herein in full: Standard Form 32 (Oct. 1957 Edition) entitled "General Provisions (Supply Contract)" and S. and A. Form 11 (Rev. 2-58) entitled "Additional General Provisions (Advertised and Negotiated Fixed Price Supply Contracts)".<br><br>NOTICE AND ASSISTANCE REGARDING PATENT INFRINGEMENT<br><br>The first sentence of Paragraph 13 of the General Provisions entitled "Notice and Assistance Regarding Patent Infringement" is hereby deleted and superseded by the following:<br><br>    The provisions of this clause shall be applicable only if the amount of this contract exceeds $10,000.<br><br><br><br>REPORTING OF ROYALTIES<br><br>Paragraph 27 of the Additional General Provisions entitled "Reporting of Royalties" is hereby deleted. | | | | |

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
REV. 1949 EDITION

PHELPS DODGE COPPER PRODUCTS CORPORATION

April 17, 1959

U. S. Navy
General Stores Supply Office
700 Robbins Avenue
Philadelphia 11, Pa.

Subject:  Contract N155-45974

Gentlemen:

We are pleased to acknowledge Contract N155-45974 dated
April 17, 1959 covering 35,000 ft. MHFF-19 cable, totalling
$18,725.00, which you have awarded us as the result of our
Bid under Invitation No. IFB-155-(1)-2477-59.

We thank you for the award.  Please be assured that the
Contract is receiving our careful attention.

Very truly yours,

PHELPS DODGE COPPER PRODUCTS CORPORATION
HABIRSHAW CABLE AND WIRE DIVISION

BY:

RED:JB                         R. E. DE CHESTER