**U. S. NAVY**
**GENERAL STORES SUPPLY OFFICE**
**700 ROBBINS AVENUE**
**PHILADELPHIA 11, PA.**

8 April 1960

In Reply Refer To:
711/2:HG:mf

Phelps Dodge Copper Products Corporation
Habirshaw Cable & Wire Division
300 Park Avenue
New York 22, New York

GENTLEMEN:

Your bid on Invitation 155(1-2)-2506-60 is hereby accepted as to the items enumerated below:

| ITEM NUMBER | SUPPLIES | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1, 3 & 12 only | Cable, Power, Elecl. | various | various | $41,486.70 |

This preliminary notice of award is your authority to commence performance in accordance with the terms of your bid without waiting for the formal award, which will be forwarded promptly.

Paymentxwildxbx modx zbyz xbx

Contract No: N155-53168
Appropriation:
Object Class:
Expenditure Account:

Bureau Control No:
Bureau Control Activity:
Chargeable Activity:
Requisition No: 155/161161/60

THE UNITED STATES OF AMERICA
BY
M. W. HARRIS
LCDR SC USN
CONTRACTING OFFICER

4ND-GSSO-3906 (REV. 2/55)

Lehman Decl.

NAVY-NPS 4ND, PHILA., PA.

# Exhibit 29



~~CHANGE ORDER~~

ADVANCE ORDER

MILL NO. Later

CUSTOMER  Navy GSSO, Philadelphia

ORDER NO. Contract N155-53168

MATERIAL  Shipboard Cable

Enter for production the following:

| Item | Footage | Type | Unit Price | Total |
|------|---------|------|-----------|-------|
| 1 | 87,000 | MHFF-7 | $.217 | $18,879.00 |
| 3 | 19,000 | MHFF-37 | .919 | 17,461.00 |
| 12 | 107,000 | TCOP-2 | .0481 | 5,146.70 |
| | | | Total---------- | $41,486.70 |

Terms and conditions as outlined in bid form, copy of which is attached hereto.

Note very carefully the detailed packing and marking instructions contained in bid form.  Items 1 and 3 are to be furnished on non-returnable cable reels.  To avoid possibility of returns for credit, each reel should definitely be marked "non-returnable".

Delivery of all items required within 150 days from April 8, 1960.

Confirming contract follows shortly.

DATE  April 12, 1960

BY

| STANDARD FORM 26 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | AWARD (SUPPLY CONTRACT) | CONTRACT NO. N155-53168 | | PAGE NO. 1 | NUMBER OF PAGES OF AWARD 3 |
|---|---|---|---|---|---|
| | | ORDER NO. (If any) | | | |

| DATE OF AWARD 8 April 1960 | INVITATION NO. IFB-155-(1-2)-2506-60 | REQUISITION NO. 155/161161/60 |
|---|---|---|

**TO** (Contractor and address)
Phelps Dodge Copper Products Corporation
Habirshaw Cable and Wire Division
300 Park Avenue
New York 22, New York

*CONFIRMING*

**ISSUED BY**
U. S. NAVY
GENERAL STORES SUPPLY OFFICE
700 ROBBINS AVENUE
PHILADELPHIA 11, PA.

**INVOICE FOR PAYMENT SHOULD BE MAILED TO**
Consignees

**PAYMENT WILL BE MADE BY**
NRAO Brooklyn, New York

YOUR BID ON THE ABOVE NUMBERED INVITATION FOR BIDS IS HEREBY ACCEPTED AS TO THE ITEMS ENUMERATED BELOW WITH THE ADDITIONS OR CHANGES MADE BY YOU, WHICH ADDITIONS OR CHANGES ARE SET FORTH IN FULL BELOW

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | DISCOUNT: Net cash 30 days from date of invoice. An invoice to be rendered and paid covering each shipment when made. | | | | |
| 1. | -- MHFF-7 | 87000 | Ft. | .217 | $18,879.00 |
| 3. | -- MHFF-37 | 19000 | " | .919 | 17,461.00 |
| 12. | -- TCOP-2 (500' COILS) | 107000 | " | .0481 | 5,146.70 |
| | | AGGREGATE TOTAL | | | $41,486.70 |

PRICE INCLUSIVE OF CONTAINERS: (Items 1 & 3 ONLY)
The prices stated herein includes the cost of reels and upon delivery
they shall become the property of the Government. Such reels shall be known
as non-returnable reels.

Provisions of General Stores Supply Office Amendment letter(s) dated
24 February 1960   shall hereby be made a part of this contract.

151 Confirming Preliminary Notice of Award, dated   8 April 1960.

151 DMS CONTROLLED MATERIALS ALLOTMENT

Certified for National Defense Use under DMS Regulation No. 2.

| Item | Allotment No. | Material | Quantity |
|---|---|---|---|
| 1(a) thru (j), 3, & 12(a) thru (p) | C-8-15-950-041-3Q60 | Copper Wire Mill Prod. | 11956 Lbs. |
| 1(kx) & 12(qx) | C-9-15-500-042-3Q60 | " " " " | 244 Lbs. |

| | TOTAL AMOUNT | $41,486.70 |
|---|---|---|

THIS AWARD CONSUMMATES THE CONTRACT, WHICH CONSISTS OF THE FOLLOWING DOCUMENTS, INCLUDING ANY CONTINUATION SHEETS THERETO: (A) THE GOVERNMENT'S INVITATION FOR BIDS AND YOUR BID, (B) THE SCHEDULE, (C) THE GENERAL PROVISIONS, AND (D) THE GOVERNMENT'S AWARD. NO FURTHER CONTRACTUAL DOCUMENT IS NECESSARY.

UNITED STATES OF AMERICA
BY   M. W. HARRIS, LCDR SC USN

CONTRACTING OFFICER

STANDARD FORM 26
NOV. 1945 EDITION

PLATE NO. 960

| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) N155-53168 | PAGE NO. 2 |
|---|---|---|---|

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 151-2.2 | DELIVERY (Priority 16) | | | | |
| | The articles to be furnished shall be delivered, all transportation charges paid, to the place(s) specified in the schedule within 150 days after date of contract. | | | | |
| 151- | ACCELERATED DELIVERY | | | | |
| | The Contractor is authorized to exceed the delivery rate, or to complete performance of this contract, prior to the time set forth in the schedule. Maximum accelerated delivery is desired. | | | | |
| | ADDRESSING INSTRUCTIONS | | | | |
| | Material being shipped under this contract shall be addressed to each destination in accordance with GSSO Consignment Instructions, Form 4ND-GSSO -6575. The Consignees are listed by Accounting Number, not alphabetic sequence. (ADDRESSING INSTRUCTIONS ARE ATTACHED TO THE CONTRACTOR'S AND INSPECTOR OF NAVAL MATERIAL COPIES.) | | | | |
| 151-4.1 | INSPECTION | | | | |
| | Inspection of the property to be furnished hereunder shall be made at the Contractor's Glenwood Plant, Yonkers, New York, by the Inspector of Naval Material, 207 West 24th Street, New York 11, New York, who is requested to conduct inspection upon notice from the Contractor that the property is or will be ready. | | | | |
| | The above Inspector is hereby designated as the authorized representative of the Contracting Officer for purposes of administering this contract in accordance with current directives relating to the Material Inspection Service, USN. | | | | |
| 151-4.6 | ACCEPTANCE | | | | |
| | Acceptance of the property to be furnished hereunder shall be made at destination by the receiving activity. | | | | |

NAME OF BIDDER OR CONTRACTOR

| | | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

STANDARD FORM 36
PRESCRIBED BY GENERAL SERVICES
ADMINISTRATION, NOV. 9 1949 SECTION

**CONTINUATION SHEET**
(SUPPLY CONTRACT)

CONTRACT, ORDER, OR INVITATION NO. (As applicable)
N155-53168

PAGE NO.
3

ITEM NO. | SUPPLIES OR SERVICES

151 - PREPARATION AND SUBMISSION OF INVOICES

5       DO NOT SUBMIT INVOICES TO THE GENERAL STORES SUPPLY OFFICE

"Invoices will be submitted in quadruplicate and will contain the contract number, order number (if any), item number, contract description of supplies or services, sizes, quantities, unit prices, and extended totals. Bill of lading number and weight of shipment will be shown for shipments on government bills of lading."

A separate invoice shall be prepared for and submitted direct to each activity designated to receive the supplies or services for attachment of a signed copy of the inspection report or for certification of receipt and acceptance on a copy of the Contractor's bill.

Exception: An invoice covering material to be transshipped to an overseas activity shall be submitted only to the transshipping activity which will be considered the receiving activity for the purpose of receiving and certifying the Contractor's bill.

Billings shall be on the basis of complete items or authorized sub-items, except as otherwise agreed pursuant to the contract.

Payment will be made by the paying activity shown on page No. 1 of this award.

UTILIZATION OF CONCERNS IN LABOR SURPLUS AREAS
It is the policy of the Government to place supply contracts with suppliers who will perform such contracts substantially in areas of current labor surplus where this can be done, consistent with the efficient performance of the contract, at prices no higher than are obtainable elsewhere. The Contractor agrees to use its best efforts to place its subcontracts in accordance with this policy. In complying with the foregoing and with paragraph (b) of the clause of this contract entitled "Utilization of Small Business Concerns", the contractor in placing its subcontracts shall observe the following order of preference: (i) small business concerns in labor surplus areas; (ii) other concerns in labor surplus areas; (iii) small business concerns not in labor surplus areas.

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
NOV. 1949 EDITION



| AMENDMENT TO INVITATION FOR BIDS | | PAGE NUMBER | NUMBER OF PAGES |
|---|---|---|---|
| | | 1 | 1 |

| AMENDMENT NO. | DATE AMENDMENT ISSUED |
|---|---|
| 1 | 24 February 1960 |

| ISSUING OFFICE | IFB NO. |
|---|---|
| U. S. NAVY | IFB-155-(1-2)-2506-60 |
| GENERAL STORES SUPPLY OFFICE | DATE IFB ISSUED |
| 700 ROBBINS AVENUE | 17 February 1960 |
| PHILADELPHIA 11, PA. | DATE AND HOUR OF OPENING |
| Attn: Code E 7213/1 | March 1960    10 A.M.    EST |

| ITEM | PURCHASE AUTHORIZATION |
|---|---|
| Cable, Power | 155/161161/60 |

THE ABOVE IFB IS AMENDED AS FOLLOWS (All Other Terms and Conditions Remain Unchanged)

The opening date on the subject Invitation is 18 March 1960.

Through a clerical error the return envelope for the subject Invitation was stamped IFB-155-(1-2)-2531-60. Bidders are requested to correct the envelope to read IFB-155-(1-2)-2506-60.

THE BID OPENING DATE [X] IS NOT EXTENDED; [ ] IS EXTENDED UNTIL _____ O'CLOCK

_____ M. _____ TIME _____ DATE

NOTICE TO BIDDERS    March 16, 1960

Bidders must acknowledge receipt of this Amendment prior to the hour and date set for bid opening, by one of the following methods:
 a. By signing and returning _____ copies of this Amendment.
 b. By a notation acknowledging receipt of this Amendment on each copy of the bid submitted.
 c. By separate letter or telegram which includes a reference to the IFB Number and Amendment Number.

Failure of your acknowledgement to be received at the issuing office prior to the hour and date fixed for opening of bids may result in the rejection of your bid. If, by virtue of this Amendment, it is desired to modify a bid already submitted, such modification may be made by telegram or letter, provided each telegram or letter makes reference to this Amendment and is received prior to the opening hour and date specified above.

| FULL NAME OF BIDDER (Type or print) | SIGNATURE OF PERSON AUTHORIZED TO SIGN |
|---|---|
| PHELPS DODGE COPPER PRODUCTS CORPORATION HABIRSHAW CABLE AND WIRE DIVISION | |
| ADDRESS | TYPE OR PRINT SIGNER'S NAME AND TITLE |
| 300 PARK AVENUE NEW YORK 22, NEW YORK | A. J. CRAIG, ASSISTANT TREASURER |

DD FORM 1260

Standard Form 33 (Oct. 1957 Edition)
Prescribed by General Services
Administration
Regulation 1-3-209.00

# INVITATION AND BID
## (SUPPLY CONTRACT)

| ISSUED BY | | DEPARTMENT |
|---|---|---|
| General Stores Supply Office | | NAVY |

ADDRESS

700 Robbins Avenue, Philadelphia 11, Pa.

## INVITATION FOR BIDS

| DATE ISSUED | INVITATION NO. |
|---|---|
| 17 February 1960 | IFB-155-(1-2)-2506-60 |

Sealed bids in _____DUPLICATE_____, subject to (1) the Terms and Conditions of the Invitation for Bids,

(2) the attached Schedule, (3) General Provisions (Standard Form 32, _October 1957_ edition), which are incorporated herein by reference, and (4) such other contract provisions and specifications as are attached or incorporated by

reference in the Schedule, will be received at the above office until __10__ o'clock a. m., EASTERN STANDARD Time,

__18 . March 1960__ (date) and at that time publicly opened, for furnishing the supplies or services described in the attached Schedule. HAND CARRIED BIDS MUST BE DEPOSITED IN BID BOX IN BID OPENING ROOM, BUILDING 36, GENERAL STORES SUPPLY OFFICE
*General information and instructions to bidders are contained in the terms and conditions on the reverse hereof.*

| BID | DATE OF BID |
|---|---|
| | MARCH 16, 1960 |

In compliance with the above, the undersigned offers and agrees, if this Bid be accepted within __30__ calendar days *(60 calendar days unless a different period be inserted by the bidder)* from the date of the opening, to furnish any or all of the items upon which prices are quoted, at the price set opposite each item, delivered at the designated point(s) within the time specified in the attached Schedule.

BIDDER REPRESENTS: (Check appropriate boxes)

(1) That he ☐ is, ☒ is not, a small business concern. *(See definition on reverse hereof.)* If bidder is a small business concern and is not the manufacturer of the supplies bid upon, he also represents that all supplies to be furnished hereunder ☐ will, ☐ will not, be manufactured or produced by a small business concern in the United States, its Territories, its possessions, or the Commonwealth of Puerto Rico.

(2) That he is a ☐ regular dealer in, ☒ manufacturer of, the supplies bid upon.

(3) (a) That he ☐ has, ☒ has not, employed or retained any company or person (other than a full-time bona fide employee working solely for the bidder) to solicit or secure this contract, and (b) that he ☐ has, ☒ has not, paid or agreed to pay to any company or person (other than a full-time bona fide employee working solely for the bidder) any fee, commission, percentage or brokerage fee, contingent upon or resulting from the award of this contract; and agrees to furnish information relating to (a) and (b) above as requested by the Contracting Officer. *(For interpretation of the representation, including the term "bona fide employee," see Code of Federal Regulations, Title 44, Part 150.)*

| FULL NAME OF BIDDER (Type or print) |
|---|
| PHELPS DODGE COPPER PRODUCTS CORPORATION HABIRSHAW CABLE AND WIRE DIVISION |

| BUSINESS ADDRESS OF BIDDER (Street, city, zone, and State) (Type or print) |
|---|
| 300 PARK AVENUE NEW YORK 22, NEW YORK |

| TELEPHONE NO. |
|---|
| BALDWIN 5-6600 E. I. WILSON, PHILADELPHIA OFFICE |

| SIGNATURE OF PERSON AUTHORIZED TO SIGN BID |
|---|
| |

TYPE OF BUSINESS (Check appropriate box)
☐ Individual   ☐ Partnership   ☒ Corporation

INCORPORATED IN THE STATE OF (Complete, if corporation)
DELAWARE

| TYPE OR PRINT SIGNER'S NAME AND TITLE |
|---|
| A. J. CRAIG, ASSISTANT TREASURER |

| STANDARD FORM 31<br>PRESCRIBED BY GENERAL SERVICES<br>ADMINISTRATION, NOV. 1949 EDITION | SCHEDULE<br>(SUPPLY CONTRACT) | PAGE NO.<br>1 | NUMBER OF PAGES OF SCHEDULE<br>23 |
|---|---|---|---|

| REQUISITION NUMBER OR OTHER PURCHASE AUTHORITY<br>155/161161/60 | INVITATION NO.<br>IFB-155-(1-2)-2506-60 |
|---|---|
| REQUISITIONING ACTIVITY | APPROPRIATION<br>17X4911.2320 Navy Stock Fund |

| EXPENDITURE ACCOUNT<br>51000 | OBJECT CLASSIFICATION | ACCOUNTABLE ACTIVITY<br>Consignees |
|---|---|---|

| PROGRAM NO. | ALLOTMENT OR PROJECT ORDER NO.<br>155/13003 | DATE OF PROJECT ORDER | JOB ORDER, STUB OR SHIP'S REQN. NO. |
|---|---|---|---|

PURPOSE

THE SUPPLIES OR SERVICES TO BE FURNISHED, THE SPECIFICATIONS, THE DISCOUNTS, THE TIME AND PLACE OF DELIVERY, AND ANY OTHER SPECIAL TERMS AND CONDITIONS APPLICABLE TO THE INVITATION FOR BIDS, ARE SET FORTH BELOW.

DISCOUNTS WILL BE ALLOWED BY BIDDER FOR PROMPT PAYMENT AS FOLLOWS:

_____ PERCENT, 10 CALENDAR DAYS; _____ PERCENT, 20 CALENDAR DAYS; _____ PERCENT, 30 CALENDAR DAYS.

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
|  | BIDS MUST SET FORTH FULL, ACCURATE, AND COMPLETE INFORMATION AS REQUIRED BY THIS INVITATION FOR BIDS (INCLUDING ATTACHMENTS). THE PENALTY FOR MAKING FALSE STATEMENTS IN BIDS IS PRESCRIBED IN 18 U.S.C. 1001. |  |  |  |  |

Paragraph 3 "Withdrawal of Bids" and Paragraph 4 "Late Bids" of the Terms and conditions of the Invitation for Bids are hereby deleted and the following substituted therefor:

"Late Bids and Withdrawals. Bids and modifications or withdrawals thereof received in the office designated in the Invitation after the exact time specified for opening of the bids will not be considered, unless they are (i) submitted by mail or by telegram (if authorized) and received before award is made and (ii) it is determined by the Government that late receipt was due solely to either (A) delay in the mails (or by the telegraph company, if telegraphic bids are authorized) for which the bidder was not responsible or (B) mishandling by the Government after the bid, modification or withdrawal is received at the Government installation."

BUY AMERICAN CERTIFICATE

The bidder hereby certifies that each end product, except the end products excluded below, is a domestic source end product (as defined in the contract clause entitled Buy American Act); and that components of unknown origin have been considered to have been mined, produced, or manu-factured outside the United States.

EXCLUDED ITEMS:

Specific information as to articles, materials, and supplies excepted from the Buy American Act is available upon request from the Contracting Officer.

NAME OF BIDDER

STANDARD FORM 31
NOV. 1949 EDITION

PLATE NO. 7173

| | CONTINUATION SHEET (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) | PAGE NO. |
|---|---|---|---|
| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | | IFB-155-(1-2)-2506-60 | 2 |

| ITEM NO. | CLASS 6145 — SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | CABLE, POWER, ELECTRICAL. SHIPBOARD REPEATED FLEXING SERVICE. CONTROL CIRCUIT, 600 VOLTS AC, 1000 DC. HEAT, FLAME, AND OIL RESISTANT. TYPE MHFF-7 | | | | |
| | NO. OF CONDUCTORS    MAX. OVERALL DIA. IN.    PACKED FT. PER NOMINAL REEL | | | | |
| | 7            .627          1500 | | | | |
| 1. | FED STK NR   GX6145-112-8629 (4933 LBS) | | | | |
| | (a) NSY (151) PHILADELPHIA, PA. | 10500 | FT | | |
| | (b) NWP (171) WASHINGTON, D.C. | 13500 | | | |
| | (c) NSC (189) NORFOLK, VA. | 19500 | | | |
| | (d) NSY (181) NORFOLK, VA. | 3000 | | | |
| | (e) NSY (191) CHARLESTON, S.C. | 3000 | | | |
| | (f) NSD (128) GREAT LAKES, ILL. | 6000 | | | |
| | (g) NSC (244) SAN DIEGO, CALIF. | 3000 | | | |
| | (h) NSY (217) SAN FRANCISCO, CALIF. | 3000 | | | |
| | (i) GSD (228) NSC OAKLAND, CALIF. | 13500 | | | |
| | (j) NSY (251) PUGET SOUND, WASH. | 9000 | | | |
| | (k) NSY (311) PEARL HARBOR, T.H. | 3000 | | | |
| | BID ONLY ON ITEM TOTAL | 87000 | FT | | |
| | TYPE MHFF-24 | | | | |
| | 24           1.120          1000 | | | | |
| 2. | FED STK NR   GX6145-192-7217 (8748 LBS) | | | | |
| | (a) NSY (102) PORTSMOUTH, N.H. | 3000 | FT | | |
| | (b) NSY (111) BOSTON, MASS. | 5000 | | | |
| | (c) NSD (298) NEWPORT, R.I. | 3000 | | | |
| | (d) NSY (151) PHILADELPHIA, PA. | 6000 | | | |
| | (e) NWP (171) WASHINGTON, D.C. | 2000 | | | |
| | (f) NSC (189) NORFOLK, VA. | 7000 | | | |
| | (g) NSY (191) CHARLESTON, S.C. | 5000 | | | |
| | (h) NSD (128) GREAT LAKES, ILL. | 2000 | | | |
| | (i) GSD (228) NSC OAKLAND, CALIF. | 7000 | | | |
| | (j) NSY (221) MARE ISLAND, CALIF. | 3000 | | | |
| | (kx) NSY (311) PEARL HARBOR, T.H. | 2000 | | | |
| | BID ONLY ON ITEM TOTAL | 45000 | FT | | |

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
NOV. 1949 EDITION    161161-2

| STANDARD FORM 36 PRESCRIBED BY GEN. ADMINISTRATION... | CONTINUATION SHEET (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) IFY-155-(1-2)-2506-60 | PAGE NO. 3 |
|---|---|---|---|

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | **CLASS 6145** | | | | |
| | CABLE, POWER, ELECTRICAL. SHIPBOARD REPEATED FLEXING SERVICE. CONTROL CIR-CUIT. 600 VOLTS AC, 1000 VOLTS DC. HEAT-FLAME, AND OIL RESISTANT. TYPE MHFF-37 | | | | |

|  NO. OF CONDUCTORS | MAX. OVERALL DIA., IN. | PACKED FT. PER NORMAL REEL |
|---|---|---|
| 37 | 1.290 | 1000 |

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3. | FED STK NR  GX6145-192-7214  (5694 LBS) | | | | |
| | (a) NSC (138) BAYONNE, N.J. | 2000 | | | |
| | (b) NSY (151) PHILADELPHIA, PA. | 2000 | | | |
| | (c) NWP (171) WASHINGTON, D.C. | 3000 | | | |
| | (d) NSC (189) NORFOLK, VA. | 2000 | | | |
| | (e) NSY (191) CHARLESTON, S.C. | 3000 | | | |
| | (f) NSD (128) GREAT LAKES, ILL. | 1000 | | | |
| | (g) NSY (60258) LONG BEACH, CALIF. | 5000 | | | |
| | (h) GSD (228) NSC OAKLAND, CALIF. | 1000 | | | |
| | BID ONLY ON ITEM  TOTAL | 19000 | FT | | |
| | CABLE POWER, ELECTRICAL. PACKED 500 FT PER COIL. TYPE DHOF - 4. | | | | |
| 4. | FED STK NR  GX6145-260-8796  (4480 LBS) | | | | |
| | (a) NSY (102) PORTSMOUTH, N.H. | 20000 | | | |
| | (b) NSY (111) BOSTON, MASS. | 5000 | | | |
| | (c) NSY (131) NEW YORK, N.Y. | 5000 | | | |
| | (d) NSC (138) BAYONNE, N.J. | 5000 | | | |
| | (e) NSY (151) PHILADELPHIA, PA. | 5000 | | | |
| | (f) NSC (189) NORFOLK, VA. | 35000 | | | |
| | (g) NSY (181) NORFOLK, VA. | 4000 | | | |
| | (h) NSY (191) CHARLESTON, S.C. | 20000 | | | |
| | (i) NSC (244) SAN DIEGO, CALIF. | 10000 | | | |
| | (j) NSY (60258) LONG BEACH, CALIF. | 1000 | | | |
| | (k) NSY (217) SAN FRANCISCO, CALIF. | 5000 | | | |
| | (l) GSD (228) NSC OAKLAND, CALIF. | 23500 | | | |
| | (m) NSY (221) MARE ISLAND, CALIF. | 5000 | | | |
| | (n) NSY (251) PUGET SOUND, WASH. | 8000 | | | |
| | (o) NSD (128) GREAT LAKES, ILL. | 2000 | | | |
| | (px) NSY (311) PEARL HARBOR, T.H. | 2500 | | | |
| | BID ONLY ON ITEM  TOTAL | 175000 | FT | | |

NAME OF BIDDER OR CONTRACTOR

| | | | | | |
|---|---|---|---|---|---|
| STANDARD FORM 36<br>PRESCRIBED BY GENERAL SERVICES<br>ADMINISTRATION, NOV. 1949 EDITION | **CONTINUATION SHEET**<br>**(SUPPLY CONTRACT)** | CONTRACT, ORDER, OR INVITATION NO.<br>(As applicable)<br>IFB-155-(1-2)-2506-60 | | PAGE NO.<br>6 | |

(96) APR 20

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | **CLASS 6145** | | | | |
| | CABLE, POWER, ELECTRICAL. PACKED: 500 FT PER COIL. TYPE DCOP - 1-1/2 | | | | |
| | <u>FEDERAL STOCK NUMBER</u> | | | | |
| 11. | GX6145-184-1114 | | | | |
| | (2303 LBS) | | | | |
| | (a) 102 NSY PORTSMOUTH, N. H. | 5000 | | | |
| | (b) 111 NSY BOSTON, MASS. | 5000 | | | |
| | (c) 298 NSD NEWPORT, R. I. | 3000 | | | |
| | (d) 131 NSY NEW YORK, N. Y. | 7500 | | | |
| | (e) 138 NSC BAYONNE, N. J. | 5000 | | | |
| | (f) 151 NSY PHILADELPHIA, PA. | 5000 | | | |
| | (g) 189 NSC NORFOLK, VA. | 20000 | | | |
| | (h) 181 NSY NORFOLK, VA. | 5000 | | | |
| | (i) 191 NSY CHARLESTON, S. C. | 10000 | | | |
| | (j) 128 NSD GREAT LAKES, ILL. | 2000 | | | |
| | (k) 244 NSC SAN DIEGO, CALIF. | 7500 | | | |
| | (L) 60258 NSY LONG BEACH, CALIF. | 7500 | | | |
| | (m) 217 NSY SAN FRANCISCO, CALIF. | 5000 | | | |
| | (n) 228 GSD NSC OAKLAND, CALIF. | 25000 | | | |
| | (o) 221 NSY MARE ISLAND, CALIF. | 2500 | | | |
| | (p) 251 NSY PUGET SOUND, WASH. | 5000 | | | |
| | BID ONLY ON ITEM TOTAL | 120000 | FT. | | |
| | CABLE, POWER, ELECTRICAL. PACKED: 500 FT. PER COIL. TYPE TCOP - 2 | | | | |
| 12. | GX6145-184-1110 | | | | |
| | (3006 LBS) | | | | |
| | (a) 102 NSY PORTSMOUTH, N. H. | 5000 | | | |
| | (b) 111 NSY BOSTON, MASS. | 7500 | | | |
| | (c) 298 NSD NEWPORT, R. I. | 2500 | | | |
| | (d) 131 NSY NEW YORK, N. Y. | 4000 | | | |
| | (e) 138 NSC BAYONNE, N. J. | 5000 | | | |
| | (f) 151 NSY PHILADELPHIA, PA. | 10000 | | | |
| | (g) 189 NSC NORFOLK, VA. | 13000 | | | |
| | (h) 181 NSY NORFOLK, VA. | 5000 | | | |
| | (i) 191 NSY CHARLESTON, S. C. | 5000 | | | |
| | (j) 128 NSD GREAT LAKES, ILL. | 2500 | | | |
| | (k) 244 NSC SAN DIEGO, CALIF. | 7500 | | | |
| | (L) 60258 NSY LONG BEACH, CALIF. | 7500 | | | |
| | (m) 217 NSY SAN FRANCISCO, CALIF. | 5000 | | | |
| | (n) 228 GSD NSC OAKLAND, CALIF. | 15000 | | | |
| | (o) 221 NSY MARE ISLAND, CALIF. | 2500 | | | |
| | (p) 251 NSY PUGET SOUND, WASH. | 5000 | | | |
| | (qx) 311 NSY PEARL HARBOR, T. H. | 5000 | | | |
| | BID ONLY ON ITEM TOTAL | 107000 | FT. | | |

NAME OF BIDDER OR CONTRACTOR

| | CONTINUATION SHEET (SUPPLY CONTRACT) | | IFB-133-(1-2)-2305-60 | | | 13 |
|---|---|---|---|---|---|---|
| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT | |

**102- VARIATION IN QUANTITY**
**2**

Permissible variation under the Section of the General Provisions entitled
"Variation in Quantity": Increase 5 %, Decrease 5 %. Such increase or
decrease shall apply to the total quantity for all destinations of each
item or sub-item to be delivered hereunder; provided, however, that in
no event shall the Contractor increase or decrease the quantity of any
item or sub-item for any individual destination by more than 5 %.

**103- SPECIFICATIONS**
**2.1**

The articles to be furnished shall conform to the requirements of the
Specifications and/or Drawings hereinafter listed which form a part
hereof:

  MIL-C-915A (Ships) Amendment 8 dated 13 March 1959.

**103- REQUEST FOR SPECIFICATIONS**
**2.3**

Copies of any and all applicable specifications, and standards, including
amendments thereto, may be obtained upon application to the Naval
Supply Depot, 5801 Tabor Avenue, Philadelphia 20, Pennsylvania, Attn: Code CDS.
Each request must make specific reference to the specification number, the
date, and to any applicable amendment thereto by number and date.

**103- COMPLIANCE WITH SPECIFICATIONS**
**2.4**

It is the responsibility of the bidder to determine whether the supplies
proposed to be furnished under this Invitation conform to all the required
specifications. Accordingly, if samples are submitted as a part of a bid,
or if the bidder offers an article by stock number, catalog number,
manufacturer's number, or other method of identification, the bidder warrants
that such sample or designated item conforms to all the specifications
contained herein, unless it is specifically stated otherwise in the bid.

STANDARD FORM 36
NOV. 1949 EDITION

| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION. NOV. 1949 EDITION | CONTINUATION SHEET (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) IFB-155-(1-2)-2506-60 | PAGE NO. 14 |
|---|---|---|---|

| ITEM No. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 103-2.1 | QUALIFIED PRODUCTS   (Items 1 thru 10 and 14) | | | | |

103-
2.1

QUALIFIED PRODUCTS   (Items 1 thru 10 and 14)

With respect to products requiring qualification, awards will be made only for such products that have, prior to time set for opening of bids, been tested and qualify for inclusion in the qualified products list identified below, whether or not such products have actually been included in the list by that date.  Manufacturers are urged to communicate with the office designated below and arrange to have the products that they propose to offer tested for qualification.  Manufacturers having products not yet listed, but which have been qualified, are requested to submit evidence for such qualification with their bids, so that they may be given consideration.

Qualified Products
List No.

QPL - 915 - 9

Qualification
Office
Chief, Bureau of Ships
Navy Department
Washington 25, D. C.

PREPARATION FOR DELIVERY INSTRUCTIONS   (Items 1, 2, 3, 5, 6, 8, 9, 10, 14, 16, 17, 18 (including Pearl Harbor)

PREPARATION FOR DELIVERY SHALL BE IN ACCORDANCE WITH:

1B   Domestic shipment and storage requirements of Section    5      of
Specification MIL-C-915A (Ships)Amd. 8          dated 13  March 1959

4A   The current edition of "Military Standard Marking of Shipments" referred to in Paragraph 24 "Marking of Shipments" of the Additional General Provisions are MIL-STD-129B, dated 10 April 1957 with Change Notice 2, dated 2 September 1958.  Marking shall be applied initially on all wraps, boxes, and to all supplemental wraps or boxes when used." "Interior packages and exterior containers shall be marked as follows, for packaging, Level A  ; for packing, Level A    .  Marking shall be applied as required by MIL-STD-129B."

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
NOV. 1949 EDITION

| | CONTINUATION SHEET (SUPPLY CONTRACT) | | | CONTRACT, ORDER OR INVITATION NO. (As applicable) | | PAGE NO. |
|---|---|---|---|---|---|---|
| STANDARD FORM 36 | | | | IFB-155-(1-2)-2506-60 | | 15 |

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PREPARATION FOR DELIVERY INSTRUCTIONS  (Items 4, 7, 11, 12, 13, 15 except 4(px), 7(qx), 12(qx) 13(ox) PREPARATION FOR DELIVERY SHALL BE IN ACCORDANCE WITH: | | | | |
| 1B | Domestic shipment and storage requirements of Section 5 of Specification MIL-C-915A(Ships) Amd. 8          dated 13 March 1959. | | | | |
| (1) | In the event that shipment of material(s) is from location(s) outside the continental limits of the United States, material shall be packed in accordance with the overseas requirements of the applicable specification, and marked level A. | | | | |
| 4A | The current edition of "Military Standard Marking of Shipments" referred to in Paragraph 24 "Marking of Shipments" of the Additional General Provisions are MIL-STD-129B, dated 10 April 1957 with Change Notice 2, dated 2 September 1958.  Marking shall be applied initially on all wraps, boxes, and to all supplemental wraps or boxes when used.  "Interior packages and exterior containers shall be marked as follows, for packaging, Level A ; for packing, Level  B .  Marking shall be applied as required by MIL-STD-129B." | | | | |
| | PREPARATION FOR DELIVERY INSTRUCTIONS  (Items 4(px), 7(qx), 12(qx) 13(ox)(only) PREPARATION FOR DELIVERY SHALL BE IN ACCORDANCE WITH: | | | | |
| 1C | Overseas shipment requirements of Section 5 of Specification MIL-C-915A(Ships) Amd. 8          dated 13 March 1959 | | | | |
| 4A | The current edition of "Military Standard Marking of Shipments" referred to in Paragraph 24 "Marking of Shipments" of the Additional General Provisions are MIL-STD-129B, dated 10 April 1957 with Change Notice 2, dated 2 September 1958.  Marking shall be applied initially on all wraps, boxes, and to all supplemental wraps or boxes when used.  "Interior packages and exterior containers shall be marked as follows, for packaging, Level A ; for packing, Level  A .  Marking shall be applied as required by MIL-STD-129B." | | | | |

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
NOV. 1949 EDITION

| | | QUANTIT' (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

**CONTINUATION SHEET**
(SUPPLY CONTRACT)

STANDARD FORM 36
PREECRIBED BY GENE[...] 5 [...] 
ADM. ISTRATION, NO [...] TION

CONTRACT, ORDER, OR INVITATION NO.
(As applicable)

IFB-155-(1-2)-2506-60

PAGE NO.
17

| ITEM NO. | SUPPLIES OR SERVICES |
|---|---|

**104-3.1** PLACE OF DELIVERY:  DESTINATION

The articles to be furnished hereunder shall be delivered all transportation charges paid by the supplier to destinations specified herein.  Bids taking exception hereto shall not be considered for Award.

Contract articles designated for Pearl Harbor shall be delivered to the Naval Supply Center, Oakland, Calif., except articles shipped from the Eastern Asia Area which will be delivered by the Contractor to Pearl Harbor. To insure delivery at destination free of expense to the Government, the Contractor will annotate bills of lading "Delivery desired" when shipments are within the purview of delivery provisions of carriers' tariffs.  When carriers assess an additional charge for this service, these charges shall be prepaid by the Contractor.  When delivery service is not available under the provisions of carriers' tariffs, delivery of less than load quantities at destination carrier's freight terminal will suffice.

**105-1** INSPECTION AND ACCEPTANCE-INFORMATION TO BE FURNISHED BY BIDDER

The information requested in the inspection and acceptance clause is required for bid evaluation purposes, and the Government reserves the right to reject any bid which does not include such information.

(a) Inspection of the supplies or services to be furnished hereunder shall be made by representatives of the Material Inspection Service, USN, at the Contractor's or subcontractor's plant specified in subparagraph (4) below. Acceptance of such supplies or services shall be made by the representative of the Government and at the place specified in the notice of award.

(b) The bidder shall furnish the following information:

  (1) Are the supplies to be furnished from stock?
      From Government surplus material?

  (2) Name of principal manufacturer (not dealer) of the supplies

  (3) Place of principal manufacture of supplies or performance of services

  (4) Location of articles .. be inspected

  (5) Will ocean transportation be required in delivering any of the supplies?

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
NOV. 1949 EDITION

| | | | | | |
|---|---|---|---|---|---|
| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | **CONTINUATION SHEET** (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) IFB-155-(1-2)-2506-60 | | | PAGE NO. 18 |

| ITEM NO. | SUPPLIES OR SERVICES (1960) APR 20 AM 11 30 | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 106-4 | PRICE INCLUSIVE OF CONTAINERS (Items 1, 2, 3, 5, 6, 8, 9, 10, 14, 16, 17 and 18, except quantities for Pearl Harbor) | | | | |

The prices stated herein include the cost of reels and upon delivery they shall become the property of the Government. Such reels shall be known as returnable reels and shall be suitable for repeated use. If reels in good condition (reasonable wear and tear excepted) are returned by the Government from points within the Continental United States at the expense of the Contractor, within * months after date of delivery of such reels to the Government, it is agreed that the Contractor will allow the Government for each reel returned the amount set forth below, except that for each reel not found to be in good condition, the Contractor shall allow

such amount less the cost of repairs, or shall allow the salvage value thereof when beyond repair. Such amount shall not be included in the evaluation of bids.
*(Bidder shall specify time allowed.)

Item          Size          Quantity          Amount Allowed

Empty reels which may be returned to the Contractor for refund Shall be clearly marked by the Contractor in a conspicuous place on the container with the following statements:

Name and Address of Company

To be Returned to

Expiration Date of Refund Period

Refund Value

Serial Number if any

Contract or Order Number

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
NOV. 1949 EDITION

*In reply refer to Code* 732/4;WSD:eab

**CONTRACT MODIFICATION**
NAV. S. AND A. FORM 112 (B) (Rev. 4-59)

Page __1__ of __1__

| ISSUED BY: | REQUISITION/PURCHASE AUTH. | CONTRACT/ORDER NO. |
|---|---|---|
| U. S. NAVY<br>GENERAL STORES SUPPLY OFFICE<br>700 ROBBINS AVENUE<br>PHILADELPHIA 11, PA. | 155/161161-60 | N155 - 53168 |

| | MODIFICATION NO. AND DATE |
|---|---|
| | 1      5/27/60 |
| | REFERENCE |

TO:

┌ PHELPS DODGE COPPER ┐
  PRODUCTS CORP.
  HABIRSHAW CABLE & WIRE DIV.
  300 Park Ave.
└ New York 22, N.Y. ┘

MODIFICATION AUTHORITY (Check one):

| X | "Changes" Clause |
|---|---|
| | 10 U.S.C. 2304(a) (    ) |
| | Within General Scope of the Contract |
| | CONTRACT CLAUSE ENTITLED |
| | OTHER |

### ACCOUNTING CLASSIFICATION

| APPROPRIATION SYMBOL AND SUBHEAD | OBJECT CLASS | EXPENDITURE ACCOUNT | CHARGEABLE ACTIVITY | BUREAU CONTROL ACTIVITY NO. | BUREAU CONTROL NO. | SUBAUTHORIZATION ACTIVITY | SUBAUTHORIZATION NUMBER | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

☑ Pursuant to the "Changes" clause you are hereby directed to make the following change(s):

☐ The above numbered contract is hereby amended, as of the above date, in the following respects only:

*Divert material as indicated below:*

| ITEM | STOCK NUMBER | QUANTITY | UNIT PRICE | DIVERT FROM | DELIVER TO |
|---|---|---|---|---|---|
| 1(1) | GX6145-112-8629 | 3000 FT | .217 | GSD NSC Oakland, Calif. | (181) NSY Norfolk, Va. |

NRAO - Brooklyn, N.Y.
INSMAT - New York, N.Y.               PRI 36      DMRI 5 Sept 1960
GSD NSC Oakland - Adjust records
NSY Norfolk - Your Reg./Repl. NavSanda Form 804 Wk. 39
Codes 131
      310
      320
      940

COPIES TO:  See page                          GAO

| ☐ ACCEPT | ☒ ACKNOWLEDGE | ☐ NO REPLY REQUIRED | THE UNITED STATES OF AMERICA |
|---|---|---|---|

By:   BERNARD OSSER          Contracting Officer
                                 (Title)

**ACCEPTANCE**
Return two (2) signed copies to issuing office. Signature must be that of person authorized to sign for contractor.

ACCEPTED BY (Signature)

Date June 7, 1960

**ACKNOWLEDGMENT**
Return two (2) properly acknowledged copies to issuing office. Retain signed copy. Signature must be that of person authorized to sign for contractor.

The undersigned hereby acknowledges receipt on _____ 19___ of signed copy of above Change Order.
(Signature)                          (Title)

PHELPS DODGE COPPER PROD. CO

PLATE No. 7115