FORM R-1648

# Teletype Message

## IMPORTANT

```
ED ZEBRO     6-28-60

WE HAVE RECD TODAY NOTICE OF AWARD U S NAVY GGSO CONTRACT M155-55396
COVERING THE FOLLOWING
ITEM 1 - 119000 FT TYPE MHFF-14 AT .377 PER FT
ITEM 2 -  47000 FT TYPE MHFF-19 AT  503 PER FT
ITEM 3 -  25000 FT TYPE MHFF-30 AT .750 PER FT
ITEM 4 -   9000 FT TYPE MHFF-37 AT .921 PER FT
ITEM 5 -  12000 FT TYPE MHFF-44 AT 1.135 PER FT

PACKING 1000 FT NOW RETURNABLE REELS INCLUDED IN PRICES

TERMS NET CASH 30 DAYS FROM DATE OF INVOICE

PRICES FIRM FOB DESTINATION

SPECIFICATIONS MIL-C-915A AMEND 8

VARIATION IN QUANTITY    PLUS OR MINUS 10 PCT

R ROESS
```

Lehman Decl.

Exhibit 30

*Contractor*

| STANDARD FORM 26<br>PRESCRIBED BY GENERAL SERVICES<br>ADMINISTRATION, NOV. 1949 EDITION | AWARD<br>(SUPPLY CONTRACT) | CONTRACT NO.<br>N155-55396<br>ORDER NO. (If any) | PAGE NO.<br>1 | NUMBER OF PAGES OF AWARD<br>4 |
|---|---|---|---|---|
| DATE OF AWARD<br>6 July 1960 | | INVITATION NO.<br>IFB-155-(1-2)-3676-60 | REQUISITION NO.<br>155/161232/60 | |

**(Contractor and address)**
Phelps Dodge Copper Products Corporation
Inca Manufacturing Cable and Wire Division
300 Park Avenue
New York 22, New York

**ISSUED BY**
U. S. NAVY
GENERAL STORES SUPPLY OFFICE
700 ROBBINS AVENUE
PHILADELPHIA 11, PA.

FOR PAYMENT SHOULD BE MAILED TO
Same as above

PAYMENT WILL BE MADE BY
NRAO Brooklyn, New York

YOUR BID ON THE ABOVE NUMBERED INVITATION FOR BIDS IS HEREBY ACCEPTED AS TO THE ITEMS ENUMERATED BELOW WITH THE ADDITIONS OR CHANGES MADE BY YOU, WHICH ADDITIONS OR CHANGES ARE SET FORTH IN FULL BELOW

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | **TERMS:** Net cash 30 days from date of invoice. An invoice to be rendered and paid covering each shipment when made. | | | | |
| 1. | | 119000 | FT. | .377 | $44,863.00 |
| 2. | | 47000 | " | .503 | 23,541.00 |
| 3. | | 25000 | " | .750 | 18,750.00 |
| 4. | | 9000 | " | .921 | 8,289.00 |
| 5. | | 12000 | " | 1.135 | 13,620.00 |
| | ------------------------------------------------ | AGGREGATE TOTAL | | | $109,163.00 |
| 151-1 | Confirming Preliminary Notice of Award, dated 6 July 1960 | | | | |
| 151-3.3 | DMS CONTROLLED MATERIALS ALLOTMENT | | | | |

Certified for National Defense Use under DMS Regulation No. 1.

| Item | Allotment No. | Material | | Quantity: |
|---|---|---|---|---|
| 1,2,3,4(a) thru (d) & | C8-15-950,043-4Q60 | Copper Wire Mill Products | | 33,477 lbs. |
| 4(ex) | C9-15-500,41-4Q60 | " " | " " | 300 lbs. |

**PRICE INCLUSIVE OF CONTAINERS**

The prices stated herein include the cost of reels and upon delivery they shall become the property of the Government. Such reels shall be known as non-returnable reels.

7/7/60

TOTAL AMOUNT $109,163.00

UNITED STATES OF AMERICA
BY *[signature]* M. W. HARRIS, LCDR, SC, USN

THIS AWARD CONSUMMATES THE CONTRACT, WHICH CONSISTS OF THE FOLLOWING DOCUMENTS, INCLUDING ANY CONTINUATION SHEETS THERETO: (A) THE GOVERNMENT'S INVITATION FOR BIDS AND YOUR BID, (B) THE SCHEDULE, (C) THE GENERAL PROVISIONS, AND (D) THE GOVERNMENT'S AWARD. NO FURTHER CONTRACTUAL DOCUMENT IS NECESSARY.

CONTRACTING OFFICER

STANDARD FORM 26

| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION. NOV. 1949 EDITION | CONTINUATION SHEET (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) N153-55396 | PAGE NO. 2 |
|---|---|---|---|

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 151-5.3 | **DELIVERY (Priority - 36)** The articles to be furnished shall be delivered, all transportation charges paid, to the place(s) specified in the schedule within 150 days after date of contract. | | | | |
| 151-5.26 | **MAXIMUM TESTING TIME** Contract materials which are to be tested at U. S. Government testing facilities will be ready for sampling 35 days prior to the contract delivery date. The Government shall not consume in excess of a maximum of 40 days from date of contractor's notice to the inspector that contract material is ready for sampling to date of receipt of notice of acceptance or rejection. | | | | |
| | **ACCELERATED DELIVERY** The Contractor is authorized to exceed the delivery rate, or to complete performance of this contract, prior to the time set forth in the schedule. Maximum accelerated delivery is desired. | | | | |
| 151-2.9 | **ADDRESSING INSTRUCTIONS** Material being shipped under this contract shall be addressed to each destination in accordance with GSSO Consignment Instructions, Form IND-GSSO-6575. The Consignees are listed by Accounting Number, not alphabetic sequence. (ADDRESSING INSTRUCTIONS ARE ATTACHED TO THE CONTRACTOR'S AND INSPECTOR OF NAVAL MATERIAL COPIES.) | | | | |

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
NOV. 1949 EDITION

PLATE No. 3657

| | | | | | |
|---|---|---|---|---|---|
| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) N155-55396 | | | PAGE NO. 3 |
| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |

INSPECTION

Inspection of the property to be furnished hereunder shall be made at the Glenwood Plant of the Contractor at Yonkers, New York

by the Inspector of Naval Material 207 West 24th Street, New York 11, New York,

who is requested to conduct inspection upon notice from the Contractor that the property is or will be ready.

The above Inspector is hereby designated as the authorized representative of the Contracting Officer for purposes of administering this contract in accordance with current directives relating to the Material Inspection Service, USN.

ACCEPTANCE
151-4.6

Acceptance of the property to be furnished hereunder shall be made at destination by the receiving activity.

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36

PLATE NO. 3657

| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) N155-55396 | PAGE NO. 4 |
|---|---|---|---|
| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |

51.- PREPARATION AND SUBMISSION OF INVOICES

DO NOT SUBMIT INVOICES TO THE GENERAL STORES SUPPLY OFFICE

"Invoices will be submitted in quadruplicate and will contain the contract number, order number (if any), item number, contract description of supplies or services, sizes, quantities, unit prices, and extended totals. Bill of lading number and weight of shipment will be shown for shipments of government bills of lading."

A separate invoice shall be prepared for and submitted direct to each activity designated to receive the supplies or services for attachment of a signed copy of the inspection report or for certification of receipt and acceptance on a copy of the Contractor's bill.

Exception: An invoice covering material to be transshipped to an overseas activity shall be submitted only to the transshipping activity which will be considered the receiving activity for the purpose of receiving and certifying the Contractor's bill.

Billings shall be on the basis of complete items or authorized sub-items, except as otherwise agreed pursuant to the contract.

Payment will be made by the paying activity shown on page No. 1 of this award.

UTILIZATION OF CONCERNS IN LABOR SURPLUS AREAS

It is the policy of the Government to place supply contracts with suppliers who will perform such contracts substantially in areas of current labor surplus where this can be done, consistent with the efficient performance of the contract, at prices no higher than are obtainable elsewhere. The Contractor agrees to use its best efforts to place its subcontracts in accordance with this policy. In complying with the foregoing and with paragraph (b) of the clause of this contract entitled "Utilization of Small Business Concerns", the contractor in placing its subcontracts shall observe the following order of preference: (i) small business concerns in labor surplus areas; (ii) other concerns in labor surplus areas; (iii) small business concerns not in labor surplus areas.

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
NOV. 1949 EDITION

| STANDARD FORM 31 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | SCHEDULE (SUPPLY CONTRACT) | PAGE NO. 1 | NUMBER OF PAGES OF SCHEDULE 19 |
|---|---|---|---|

| REQUISITION NUMBER OR OTHER PURCHASE AUTHORITY | INVITATION NO. |
|---|---|
| 155/161232/60 | IFB-155-(1-2)-3676-60 |

| REQUISITIONING ACTIVITY | APPROPRIATION |
|---|---|
| | 1724911.2320 Navy Stock Fund |

| EXPENDITURE ACCOUNT | OBJECT CLASSIFICATION | ACCOUNTABLE ACTIVITY |
|---|---|---|
| 51000 | | Consignees |

| PROJECT NO. | ALLOTMENT OR PROJECT ORDER NO. | DATE OF PROJECT ORDER | JOB ORDER, STUB OR SHIP'S REQN. NO. |
|---|---|---|---|
| | 155/13003 | | |

TYPE OF SUPPLIES OR SERVICES TO BE FURNISHED, THE SPECIFICATIONS, THE DISCOUNTS, THE TIME AND PLACE OF DELIVERY, AND ANY OTHER SPECIAL TERMS AND CONDITIONS APPLICABLE TO THE INVITATION FOR BIDS, ARE SET FORTH BELOW.

DISCOUNTS WILL BE ALLOWED BY BIDDER FOR PROMPT PAYMENT AS FOLLOWS:

_____PERCENT, 10 CALENDAR DAYS;_____PERCENT, 20 CALENDAR DAYS;_____PERCENT, 30 CALENDAR DAYS.

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | BIDS MUST SET FORTH FULL, ACCURATE, AND COMPLETE INFORMATION AS REQUIRED BY THIS INVITATION FOR BIDS (INCLUDING ATTACHMENTS). THE PENALTY FOR MAKING FALSE STATEMENTS IN BIDS IS PRESCRIBED IN 18 U.S.C. 1001. | | | | |
| | Paragraph 3 "Withdrawal of Bids" and Paragraph 4 "Late Bids" of the Terms and conditions of the Invitation for Bids are hereby deleted and the following substituted therefor: | | | | |
| | "Late Bids and Withdrawals. Bids and modifications or withdrawals thereof received in the office designated in the Invitation after the exact time specified for opening of the bids will not be considered, unless they are (i) submitted by mail or by telegram (if authorized) and received before award is made and (ii) it is determined by the Government that late receipt was due solely to either (A) delay in the mails (or by the telegraph company, if telegraphic bids are authorized) for which the bidder was not responsible or (B) mishandling by the Government after the bid, modification or withdrawal is received at the Government installation." | | | | |
| | BUY AMERICAN CERTIFICATE | | | | |
| | The bidder hereby certifies that each end product, except the end products excluded below, is a domestic source end product (as defined in the contract clause entitled Buy American Act); and that components of unknown origin have been considered to have been mined, produced, or manufactured outside the United States. | | | | |
| | EXCLUDED ITEMS: | | | | |
| | Specific information as to articles, materials, and supplies excepted from the Buy American Act is available upon request from the Contracting Officer. | | | | |

NAME OF BIDDER

STANDARD FORM 31
NOV. 1949 EDITION.

PLATE NO. 7173

| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) IFB-155-(1-2)-3676-60 | PAGE NO. 2 |
|---|---|---|---|

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | CLASS 6145 | | | | |
| | CABLE, POWER, ELECTRICAL. PACKED: 1000 FT PER NOMINAL REEL.   TYPE MHFF-14. | | | | |
| 1. | **FEDERAL STOCK NUMBER** GX6145-284-0081 (13495 LBS) | | | | |
| | (a) NSY (131) NEW YORK, N.Y. | 5000 | | | |
| | (b) NSC (138) BAYONNE, N.J. | 5000 | | | |
| | (c) NWP (171) WASHINGTON, D.C. | 15000 | | | |
| | (d) NSC (189) NORFOLK, VA. | 30000 | | | |
| | (e) NSY (181) NORFOLK, PTSMH, VA. | 20000 | | | |
| | (f) NSY (191) CHARLESTON, S. C. | 15000 | | | |
| | (g) NSD (128) GREAT LAKES, ILL. | 5000 | | | |
| | (h) NSD (244) SAN DIEGO, CALIF. | 2000 | | | |
| | (i) NSY (217) SAN FRANCISCO, CALIF. | 5000 | | | |
| | (j) GSD (228) NSC OAKLAND, CALIF. | 17000 | | | |
| | BID ONLY ON ITEM   TOTAL | 119000 | FT | ✓ | |
| 2. | TYPE MHFF-19 GX6145-192-7219 (7233 LBS) | | | | |
| | (a) NSD (298) NEWPORT, R.I. | 2000 | | | |
| | (b) NSY (131) NEW YORK, N.Y. | 5000 | | | |
| | (c) NSY (151) PHILADELPHIA, PA. | 3000 | | | |
| | (d) NWP (171) WASHINGTON, D. C. | 10000 | | | |
| | (e) NSC (189) NORFOLK, VA. | 5000 | | | |
| | (f) NSY (181) NORFOLK, PTSMH, VA. | 8000 | | | |
| | (g) NSY (191) CHARLESTON, S. C. | 5000 | | | |
| | (h) NSD (128) GREAT LAKES, ILL. | 2000 | | | |
| | (i) NSC (244) SAN DIEGO, CALIF. | 2000 | | | |
| | (j) NSY (60258) LONG BEACH, CALIF. | 3000 | | | |
| | (k) NSY (221) MARE ISLAND, CALIF. | 2000 | | | |
| | BID ONLY ON ITEM   TOTAL | 47000 | FT | ✓ | |

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
NOV. 1949 EDITION    161232-2

| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) IFB-155-(1-2)-3676-60 | PAGE NO. 3 |
|---|---|---|---|

| ITEM NO. | CLASS 6145   SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | CABLE, POWER, ELECTRICAL. PACKED: 1000 FT PER NOMINAL REEL. TYPE MHFF-30. | | | | |
| 3. | FEDERAL STOCK NUMBER GX6145-192-7215 (6075 LBS) | | | | |
| | (a) NSY (111) BOSTON, MASS. | 1000 | | | |
| | (b) NSY (151) PHILADELPHIA, PA. | 1000 | | | |
| | (c) NSC (189) NORFOLK, VA. | 6000 | | | |
| | (d) NSY (181) NORFOLK, PTSMH, VA. | 7000 | | | |
| | (e) NSY (191) CHARLESTON, S. C. | 5000 | | | |
| | (f) NSD (128) GREAT LAKES, ILL. | 1000 | | | |
| | (g) NSD (244) SAN DIEGO, CALIF. | 2000 | | | |
| | (h) NSY (217) SAN FRANCISCO, CALIF. | 1000 | | | |
| | (i) NSY (251) PUGET SOUND, WASH. | 1000 | | | |
| | BID ONLY ON ITEM   TOTAL | 25000 | FT | ✓ | |
| | TYPE MHFF-37 | | | | |
| 4. | GX6145-192-7214 (2697 LBS) | | | | |
| | (a) NSY (131) NEW YORK, N.Y. | 2000 | | | |
| | (b) NSY (181) NORFOLK, PTSMH, VA. | 2000 | | | |
| | (c) NSY (60258) LONG BEACH, CALIF. | 2000 | | | |
| | (d) NSY (251) PUGET SOUND, WASH. | 2000 | | | |
| | (e) NSY (311) PEARL HARBOR, T.H. | 1000 | | | |
| | BID ONLY ON ITEM   TOTAL | 9000 | FT | ✓ | |
| | TYPE MHFF-44 | | | | |
| 5. | GX6145-192-7213 (4277 LBS) | | | | |
| | (a) NSY (131) NEW YORK, N.Y. | 2000 | | | |
| | (b) NSY (151) PHILADELPHIA, PA. | 2000 | | | |
| | (c) NWP (171) WASHINGTON, D. C. | 3000 | | | |
| | (d) NSY (181) NORFOLK, PTSMH, VA. | 3000 | | | |
| | (e) NSY (60258) LONG BEACH, CALIF. | 2000 | | | |
| | BID ONLY ON ITEM   TOTAL | 12000 | FT | ✓ | |

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
1949 EDITION        161232-3

| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) IFB-155-(1-2)-3676-60 | PAGE NO. 10 |
|---|---|---|---|
| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |

| ITEM NO. | SUPPLIES OR SERVICES | | | | |
|---|---|---|---|---|---|
| 103-1.2 | **SPECIFICATIONS** The articles to be furnished shall conform to the requirements of the Specifications and/or Drawings hereinafter listed which form a part hereof: MIL-C-915A, (SHIPS) Amendment 8 of 13 March 1959. | | | | |
| 103-1.3 | **REQUEST FOR SPECIFICATIONS** Copies of any and all applicable specifications, and standards, including amendments thereto, may be obtained upon application to the Naval Supply Depot, 5801 Tabor Avenue, Philadelphia 20, Pennsylvania, Attn: Code CDS. Each request must make specific reference to the specification number, the date, and to any applicable amendment thereto by number and date. | | | | |
| 103-1.4 | **COMPLIANCE WITH SPECIFICATIONS** It is the responsibility of the bidder to determine whether the supplies proposed to be furnished under this Invitation conform to all the required specifications. Accordingly, if samples are submitted as a part of a bid, or if the bidder offers an article by stock number, catalog number, manufacturer's number, or other method of identification, the bidder warrants that such sample or designated item conforms to all the specifications contained herein, unless it is specifically stated otherwise in the bid. | | | | |

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
NOV. 1949 EDITION

| STANDARD FORM 36<br>PRESCRIBED BY GENERAL SERVICES<br>ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET<br>(SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO.<br>(As applicable)<br>IFB-155-(1-2)-3676-60 | PAGE<br>NO.<br>11 |
|---|---|---|---|

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

103- QUALIFIED PRODUCTS

With respect to products requiring qualification, awards will be made only for such products that have, prior to time set for opening of bids, been tested and qualify for inclusion in the qualified products list identified below, whether or not such products have actually been included in the list by that date. Manufacturers are urged to communicate with the office designated and arrange to have the products that they propose to offer tested for qualification. Manufacturers having products not yet listed, but which have been qualified, are requested to submit evidence for such qualification with their bids, so that they may be given consideration.

|  | Qualified Products<br>List No. |  | Qualification<br>Office |
|---|---|---|---|
| Items<br>1 thru 11<br>and 15 | QPL-915-9 |  | Chief, Bureau of Ships<br>Navy Department<br>Washington 25, D.C. |

PREPARATION FOR DELIVERY INSTRUCTIONS   (Items 1, 2, 3, 4, 5, 8, 9, 10, 15, 17 including Pearl Harbor)

PREPARATION FOR DELIVERY SHALL BE IN ACCORDANCE WITH:

1B  Domestic shipment and storage requirements of Section 5 of Specification MIL-C-915A (SHIPS) Amendment 8 dated 13 March 1959.

2A  The current edition of "Military Standard Marking of Shipments" referred to in Paragraph 24 "Marking of Shipments" of the Additional General Provisions are MIL-STD-129B, dated 10 April 1957 with Change Notice 2, dated 2 September 1958. Marking shall be applied initially on all wraps, boxes, and to all supplemental wraps or boxes when used. "Interior packages and exterior containers shall be marked as follows, for packaging, Level A ; for packing, Level A . Marking shall be applied as required by MIL-STD-129B."

NAME OF BIDDER OR CONTRACTOR

| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) IFB-155-(1-2)-3676-60 | P NC 1 |
|---|---|---|---|

| ITEM No. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PREPARATION FOR DELIVERY INSTRUCTIONS (Items 6, 7, 11, 12, 13, 14 and 16, including Pearl Harbor) | | | | |

PREPARATION FOR DELIVERY SHALL BE IN ACCORDANCE WITH:

Domestic shipment and storage requirements of Section 5 of Specification MIL-C-915A (SHIPS) Amendment 8 dated 13 March 1959

The current edition of "Military Standard Marking of Shipments" referred to in Paragraph 24 "Marking of Shipments" of the Additional General Provisions are MIL-STD-129B, dated 10 April 1957 with Change Notice 2, dated 2 September 1958. Marking shall be applied initially on all wraps, boxes, and to all supplemental wraps or boxes when used. "Interior packages and exterior containers shall be marked as follows, for packaging, Level A for packing, Level B. Marking shall be applied as required by MIL-STD-129B."

NOTICE: The Time of Delivery shall be from date of contract to date of completion of delivery. Delivery shall be considered completed when acceptable contract material is delivered to the carrier on f.o.b. origin shipments or delivered to specified destinations on shipments being made at expense of contractor.

Bids taking exception thereto by offering "from date of receipt of contract", "will ship", "make shipment" or otherwise changing the terms will be rejected as being nonresponsive.

104- TIME OF DELIVERY
1.6
   The supplies to be furnished shall be delivered in the number of days after date of contract stated below:

Item 17 - 120 days
Items 1 thru 10, 12 and 14 - 150 days
Item 11 - 180 days
Items 13 and 15 - 210 days
Item 16 - 270 days

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
NOV. 1949 EDITION

| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) IFB-155-(1-2)-3676-60 | PAGE NO. 14 |
|---|---|---|---|
| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |

104-3.1    PLACE OF DELIVERY: DESTINATION

The articles to be furnished hereunder shall be delivered all transportation charges paid by the supplier to destinations specified herein. Bids taking exception hereto shall not be considered for Award.

Contract articles designated for Pearl Harbor shall be delivered to the Naval Supply Center, Oakland, Calif., except articles shipped from the Eastern Asia Area which will be delivered by the Contractor to Pearl Harbor.

To insure delivery at destination free of expense to the Government, the Contractor will annotate bills of lading "Delivery desired" when shipments are within the purview of delivery provisions of carriers' tariffs. When carriers assess an additional charge for this service, these charges shall be prepaid by the Contractor. When delivery service is not available under the provisions of carriers' tariffs, delivery of less than load quantities at destination carrier's freight terminal will suffice.

105-    INSPECTION AND ACCEPTANCE-INFORMATION TO BE FURNISHED BY BIDDER

The information requested in the inspection and acceptance clause is required for bid evaluation purposes, and the Government reserves the right to reject any bid which does not include such information.

(a) Inspection of the supplies or services to be furnished hereunder shall be made by representatives of the Material Inspection Service, USN, at the Contractor's or subcontractor's plant specified in subparagraph (4) below. Acceptance of such supplies or services shall be made by the representative of the Government and at the place specified in the notice of award.

(b) The bidder shall furnish the following information:

    (1) Are the supplies to be furnished from stock? From Government surplus material?

    (2) Name of principal manufacturer (not dealer) of the supplies

    (3) Place of principal manufacture of supplies or performance of services

    (4) Location of articles to be inspected

    (5) Will ocean transportation be required in delivering any of the supplies?

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
NOV. 1949 EDITION

| STANDARD FORM 36 PRESCRIBED BY GENERAL SERVICES ADMINISTRATION, NOV. 1949 EDITION | CONTINUATION SHEET (SUPPLY CONTRACT) | CONTRACT, ORDER, OR INVITATION NO. (As applicable) IFB-155-(1-2)-3676-60 | PAGE NO. 15 |
|---|---|---|---|

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY (Number of units) | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5-4 | PRICE INCLUSIVE OF CONTAINERS  (Items 1, 2, 3, 4(a) thru 4(d), 5, 8(a) thru 8(e), 9(a), 9(b), 9(c), 10(a) thru 10(E), 15 and 17 only) The prices stated herein include the cost of reels and upon delivery they shall become the property of the Government. Such reels shall be known as returnable reels and shall be suitable for repeated use. If reels in good condition (reasonable wear and tear excepted) are returned by the Government from points within the Continental United States at the expense of the Contractor, within * months after date of delivery of such reels to the Government, it is agreed that the Contractor will allow the Government for each reel returned the amount set forth below, except that for each reel not found to be in good condition, the Contractor shall allow such amount less the cost of repairs, or shall allow the salvage value thereof when beyond repair. Such amount shall not be included in the evaluation of bis. *(Bidder shall specify time allowed.)  Item          Size          Quantity                Amount Allowed  Empty reels which may be returned to the Contractor for refund shall be clearly marked by the Contractor in a conspicuous place on the container with the following statements:  Name and Address of Company  To be Returned to  Expiration Date of Refund Period  Refund Value  Serial Number if any  Contract or Order Number | | | | | |

NAME OF BIDDER OR CONTRACTOR

STANDARD FORM 36
1949 EDITION

*In reply refer to Code* 732/4:WSD:mj

| CONTRACT MODIFICATION | | | |
|---|---|---|---|
| NAV. S. AND A. FORM 112 (B) (Rev. 4-59) ORIGINAL | | Page 1 of 1 | |
| ISSUED BY: U. S. NAVY GENERAL STORES SUPPLY OFFICE 700 ROBBINS AVENUE PHILADELPHIA 11, PA. | REQUISITION/PURCHASE AUTH. N155-161232-60 | CONTRACT/ORDER NO. N155-55396 | |
| | MODIFICATION NO. AND DATE 1 | | 8/4/60 |
| | REFERENCE | | |

| TO: | MODIFICATION AUTHORITY (Check one) | |
|---|---|---|
| PHELPS DODGE COPPER PROD. CORP. HABIRSHAW CABLE & WIRE DIVISION 300 PARK AVENUE NEW YORK 22, NEW YORK | X | "Changes" Clause |
| | | 10 U.S.C. 2304(a) ( ) |
| | | Within General Scope of the Contract |
| | | CONTRACT CLAUSE ENTITLED |
| | | OTHER |

### ACCOUNTING CLASSIFICATION

| APPROPRIATION SYMBOL AND SUBHEAD | OBJECT CLASS | EXPENDITURE ACCOUNT | CHARGEABLE ACTIVITY | BUREAU CONTROL ACTIVITY NO. | BUREAU CONTROL NO. | SUBAUTHORIZATION ACTIVITY | SUBAUTHORIZATION NUMBER | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

☒ Pursuant to the "Changes" clause you are hereby directed to make the following change(s):

☐ The above numbered contract is hereby amended, as of the above date, in the following respects only:

Divert material as indicated below:

| ITEM | STOCK NUMBER | QUANTITY | UNIT PRICE | DIVERT FROM | DELIVER TO |
|---|---|---|---|---|---|
| 2/b/ | GX6145-192-7219 | 4000 | .503 | NSY NEW YORK | NSY NORFOLK PTSMH VA. |
| | CC:NRAO BROOKLYN INSMAT NEW YORK NSY NEW YORK ADJUST RECORDS NSY NORFOLK PTSMH VA CODE 310, 320, 940, 142 | | PRI 36 | DMRI 3 DEC 1960 YOUR REG REPL WK 52 APPLIES | |

COPIES TO: See page   GAO

| ☐ ACCEPT | ☒ ACKNOWLEDGE | ☐ NO REPLY REQUIRED | THE UNITED STATES OF AMERICA By: *F. C. Burgess* F. C. BURGESS LCDR SC USN | Contracting Officer |
|---|---|---|---|---|

| ACCEPTANCE Return two (2) signed copies to issuing office. Signature must be that of person authorized to sign for contractor. | ACCEPTED BY (Signature) | (Title) |
|---|---|---|
| | Date | |

| ACKNOWLEDGMENT Return two (2) properly acknowledged copies to issuing office. Retain signed copy. Signature must be that of person authorized to sign for contractor. | The undersigned hereby acknowledges receipt on _____ 19__, of signed copy of above Change Order. (Signature) PHELPS DODGE COPPER PROD CORP. | (Title) |
|---|---|---|