UNIFORM LABELING PROGRAM- NAVY
9/24/86

DEPARTMENT OF THE NAVY
Office of the Secretary
Washington 25, D. C.

5760-8
SECNAV 02009
BUMED-7231-bar
24 September 1956

SECNAV INSTRUCTION 5100:1

From: Secretary of the Navy
To:   Chief of Naval Material
      Chief of Naval Operations
      Chief of Naval Personnel
      Chief of Naval Research
      Chief, Bureau of Aeronautics
      Chief, Bureau of Medicine and Surgery
      Chief, Bureau of Ordnance
      Chief, Bureau of Ships
      Chief, Bureau of Supplies and Accounts
      Chief, Bureau of Yards and Docks
      Commandant, U. S. Marine Corps
      Commander, Military Sea Transportation Service

Subj: Uniform labeling program for hazardous industrial chemicals
      and materials

Encl: (1) Markings and Designs of Labels
      (2) Tentative Label Classification Guide
      (3) Elements of a Labeling Program

1. __Purpose.__ The purpose of this Instruction is to standardize
on labeling requirements for hazardous chemical products during
the __usage__ stage, and to provide selective labels which will con-
tain pertinent information designed to warn __users__ of the poten-
tial dangers involved.

2. __Scope.__ This Instruction applies to the labeling of all
hazardous materials throughout the Naval Establishment wherever
distribution of hazardous chemicals and materials is made to the
actual consumer (shop, office, or unit). It applies to materials
received from any supply source, provided the material is intended
for ultimate use at the local activity. In this regard it refers
to labeling of the original container as well as any other con-
tainer to which the material may subsequently be transferred.
This Instruction is __not__ intended to govern:

     a. The type of labels to be affixed by the manufacturer.
(These are governed by State and Federal laws and regulations
depending on the nature of the material and whether the shipment
is interstate or intrastate. In addition, most major manufacturers
of chemicals abide by the "Warning Labels Guide" published by the
Manufacturing Chemists' Association.)

SECNAVINST 5100.5    OFFICE OF THE SECRETARY
24 September 1956

b. The type of labels to be affixed to containers of chemicals or drugs used, or dispensed, by medical department pharmacies.

c. Those chemicals used by clinical or chemical laboratories, where small quantities of the chemicals are to be used as reagents by trained personnel who are familiar with the potential hazards involved. (The excepted laboratories will be those designated by the various bureaus, offices, and Marine Corps.)

d. The labeling of explosives, gasolines, and fuels, and compressed gases. (These are adequately covered by current instructions.)

3. **Background.** The rapid development of new chemical products and the introduction of new chemical processes make it mandatory that precautionary measures be taken during the handling of toxic and dangerous chemicals. Warning labels affixed to containers of hazardous chemicals are one of the most practical means of accomplishing this objective. This Instruction is based on a composite of the procedures recommended by the Manufacturing Chemists' Association, the International Labor Organization, the American Conference of Governmental Industrial Hygienists, the Atomic Energy Commission, and the labeling programs presently in effect at the Naval Gun Factory, the Alameda Naval Air Station, and the Mare Island Naval Shipyard.

4. **Action**

a. **Navy Department Standardization Office.** The Navy Department Standardization Office shall effect the assignment of a limited coordination military (Navy) project in connection with this Instruction to standardize the printed labels in respect to quality of paper, size, color, shape, insignia, wording, and designs; quality of the glue; specifications for inks (including colors of inks); and other related matters. Enclosure (1) summarizes the markings and designs for labels agreed upon by representatives of the bureaus and offices.

b. **Bureau of Supplies and Accounts.** The Bureau of Supplies and Accounts shall initiate procedures to have the necessary labels stocked as General Stores items for use by all naval activities.

c. **The Technical Bureaus.** The classification of hazardous chemicals and materials shall be accomplished through the joint efforts of the technical bureaus in that each Bureau shall be responsible for passing on these aspects, of any single item, which fall within its technical purview.

16

2

OFFICE OF THE SECRETARY

5100-4

SECNAVINST 00073
24 September 1956

d. **Safety Precautions Board.** The Safety Precautions Board shall:

(1) Publish in Safety Precautions (OPNAV 34-P1) a "Label Classification Guide" listing the classification of hazardous chemicals and materials currently in use as determined by the appropriate technical bureau or office.

(2) Revise the "Label Classification Guide" in accordance with information recurringly provided by the responsible technical bureaus and offices relative to the use of new chemicals and proprietary materials, deletions, and changes in classifications.

e. **Bureaus, Offices, and Marine Corps.** The bureaus, offices, and Marine Corps, shall initiate implementing instructions for use by activities under their management control upon completion of action required by paragraphs 4a, 4b, 4c, and 4d(1), above. Enclosure (3) is an outline of the "Elements of a Labeling Program" for guidance.

P. H. Fyler

P. H. FYLER
Assistant Secretary of the Navy (Material)



Enclosure (1)

SECNAVINST 6040.3
24 September 1956

## Markings and Designs of Labels

| Class | Background | Color of Letters | Shape of Insert | Insignia |
|---|---|---|---|---|
| I. Fire hazard | Blue | Red | Pentagon | Flame. |
| II. Toxic and fire hazard | Orange | Black | Square | Flame and skull. |
| III. Toxic | Gray (dirty white). | Orange | Circle | Skull. |
| IV. Poisonous | White | Red | Hexagon | Skull and crossbones. |
| V. Corrosive | White | Black | Diamond | Hand. |
| VI. Radiation hazard | Yellow | Purple | Square | Large 3-bladed propeller. |

All labels shall be of two sizes; that is, 2-inches square and 4 inches square.

Enclosure (1)

Enclosure (2)

SECNAVINST 6460.9
24 September 1956

## Tentative Label Classification Guide
### August 1956

1. This label classification guide is to be used with the labeling procedure for hazardous chemicals and materials. It indicates the proper labels to be affixed on hazardous items in Federal Supply Classification Groups 34, 42, 59, 66, 67, 68, 75, 79, 80, and 93 with miscellaneous R, K, and Z cognizance items.

2. This guide is composed of the following sections:

(a) **INDEX:** Listed in Federal-Stock-Number sequence with cross references to former Navy-Stock-Number, page where listed, and applicable label assigned.

(b) **ALPHABETIC LISTING:**

(c) **APPENDIX:** Listed in former Navy-Stock-Number sequence with cross references to Federal-Stock-Number, page where listed, and applicable label assigned. The appendix is furnished as an additional conversion aid.

Enclosure (2)

570.8

SECNAVINST 4060.3
21 September 1956

Index

| Former No. | FSN No. | Page | Level |
|---|---|---|---|
| 052-4-1060-20 | 5970-166-1692 | 24 | I |
| -1060-30 | -1694 | 24 | I |
| -1060-510 | -1696 | 27 | I |
| -1060-520 | -1697 | 24 | I |
| -1060-40 | -1707 | 24 | I |
| -356 | | 25 | I |
| 052-C-1060-1060 | 5970-395-7131 | 35 | IV |
| 051-5-1060-150 | 6605-180-0987 | 35 | IV |
| 051-4-1060-400 | 6505-274-0712 | 35 | IV |
| 051-5-595 | 6505-399-1462 | 35 | II |
| 051-4-20 | -1145 | 22 | I |
| 051-F-2016-106 | -1168 | 22 | IV |
| 051-4-732-20 | 6750-174-5065 | 11 | IXM |
| 051-4-2607 | 6750-274-5169 | 21 | IV |
| -553 | 6810-166-5520 | 11 | IXV |
| 051-4-1018-465 | 6810-174-1007 | 19 | IV |
| -45 | -1813 | 19 | I |
| 051-4-282 | -1835 | 21 | I |
| -301 | -1880 | 11 | I |
| 051-4-732-20,1 | -1880 | 11 | I |
| -2808-108 | -1020 | 11 | I |
| 051-4-300-75 | -865 | 24/25 | I |
| 051-5-300 | -665 | 26 | III |
| -305 | -0795 | 26 | III |
| 051-4-219 | 6810-106-1770 | 19 | IV |
| -220 | -1799 | 21 | I |
| 051-C-775 | | 26 | I |
| 051-5-5754 | 6810-191-3901 | 13 | III |
| 051-C-785 | 6810-232-3372 | 13 | III |
| 051-4-1705 | | 12 | I |

| Former No. | FSN No. | Page | Level |
|---|---|---|---|
| 051-4-615 | 3432-55-4574 | 17 | III |
| -677 | -1575 | 17 | III |
| -680 | -1576 | 17 | III |
| -354 | 4210-423-0655 | 17 | III |
| -355 | -0467 | 14/17 | III |
| -356 | -0413 | 11/11 | IV |
| 051-4-1035-20 | -0812 | 11/14 | III |
| -25 | 4210-259-1540 | 11/24 | III |
| -1530 | 5150-188-5826 | 11/24 | III |
| -1540 | -5827 | 11 | III |
| -1545 | -5828 | 11 | III |
| 051-4-97-200 | -5829 | 11 | I |
| -100 | -5856 | 11/14 | I |
| -500 | -5857 | 14 | I |
| 051-4-1528 | 5260-191-9776 | 26 | I |
| 051-C-4595-1500 | 5150-193-7222 | 26 | I |
| -4500 | -7225 | 27 | I |
| 052-4-1000 | 5970-161-0712 | 27 | I |
| -130 | 5970-166-1655 | 27 | I |
| -1105 | -1616 | 27 | I |
| -1145 | -1677 | 27 | I |
| -1150 | -1678 | 27 | I |
| -1240 | -1679 | 27 | I |
| -1255 | -1680 | 27 | I |
| -1285 | -1681 | 27 | I |
| -1345 | -1682 | 27 | I |
| -1350 | -1683 | 27 | I |
| -1215 | -1684 | 27 | I |
| -1160-10 | -1690 | 12 | I |
| | -1691 | 12 | I |

19



SECNAVINST 4200.5
24 September 1996

| FSN No. | Former No. | Page | Label | | FSN No. | Former No. | Page | Label |
|---|---|---|---|---|---|---|---|---|
| G 6810-238-4115 | 051-4-452 | 22 | I&V | | G 6810-422-2376 | 051-4-1965 | 12 | I |
| G 6810-240-2116 | 051-5-5963 | 25/26 | V | | -2363 | -2396 | 11 | I |
| -2321 | -2119 | 25 | III | | -1963 | -250 | 11 | I |
| | -3336 | 25 | IV | | -9650 | -940-100 | 11 | IV |
| G 6810-252-1408 | 051-4-3355-10 | 24 | I | | -9661 | -940-110 | 11 | II |
| | -1436 | 24/25 | V | | -9655 | -1115 | 13 | I |
| G 6810-253-1456 | 051-5-1050 | 19 | II | | G 6810-283-2783 | 051-C-765 | 13 | I |
| | -1455 | 19 | II | | -2775 | 051-4-235 | 13 | I |
| G 6810-254-1207 | 051-4-3301-460 | 18 | II | | G 6810-327-1863 | 051-2-3080 | 28 | I |
| | -1208 | 19 | II | | -1851 | 051-2-115-1 | 13 | V |
| | -1209 | 19 | II | | G 6810-430-3986 | 051-4-1390 | 12 | I |
| | -1211 | 19 | II | | -3935 | 051-C-880 | 13 | I |
| | -7637 | 19 | IV | | -3916 | -485 | 13 | I |
| | -7639 | 19 | IV | | -3938 | -390 | 13 | I |
| G 6810-244-1760 | 051-2-1570 | 35 | III | | -3952 | -280 | 13 | I |
| | -3761 | 35 | IV | | G 6810-331-1118 | 051-2-3054-50 | 22 | IV |
| W 6810-246-6472 | -515 | 22 | I&IV | | -3115 | -100 | 24 | III |
| G 6810-247-1310 | 051-2-1408 | 22 | I | | G 6810-336-5665 | 051-4-940-120 | 11 | I |
| | -1311 | 22 | I | | -5667 | -924 | 11 | V |
| | -1314 | 22 | I | | -5670 | -1203-35 | 11 | I |
| G 6810-249-7918 | 051-2-1485 | 35 | I&V | | -5671 | -1156 | 13 | I |
| G 6810-251-7977 | 051-5-1299-50 | 11 | V | | -5672 | -1007 | 13 | I |
| | -7919 | -1296 | 11 | V | | -5671 | -1397 | 13 | V |
| | -8007 | 051-4-1584 | 13 | I&V | | -5811 | 051-4-254-50 | 11 | III |
| G 6810-255-0471 | -1562 | 13 | I&V | | -5818 | -C-52 | 14 | IV |
| | -0472 | 051-C-610 | 13 | I&V | | -5681 | -3271 | 13 | IV |
| | -0474 | 051-2-126 | 19 | I&V | | -5680 | 051-4-1296-50 | 13 | I |
| | -0476 | -329-40 | 19 | I&V | | -5689 | -164 | 19 | I |
| | | | | | W 6810-410-7702 | | 19 | V |

Index                                3                                Enclosure (2)

5100.8

SECNAVINST 4260.3
24 September 1956

| FSN No. | Former No. | Page | Label |
|---|---|---|---|
| 0 6810-281-2686 | 051-4-1128-15 | 25 | IIIAV |
| -2761 | 051-..-55 | 25 | II |
| -2762 | -75 | 25 | IIAV |
| -2763 | -75-50 | 25 | IIAV |
| W 6810-281-2764 | | 23 | IAV |
| -2765 | 051-4-2750 | 23 | II |
| 0 6850-281-2793 | 052-4-293 | 12 | I |
| -2794 | 052-4-425 | 12 | II |
| -3020 | 051-1-2640-125 | 24 | II |
| -3576 | 052-4-146-55 | 23 | IAV |
| -1577 | 051-5-1000 | 24 | II |
| -4547 | 051-1-529 | 24 | III |
| -4928 | 053-1-150 | 25 | III |
| -4933 | 053-1-380 | 12 | A |
| -4940 | -105 | 24 | V |
| -7540 | 051-4-2811-15 | 25 | IIIAV |
| 0 6810-282-9703 | -7418 | 26 | III |
| -9704 | 053-7-455 | 26 | I |
| -9519 | 052-1-16-50 | 22 | A |
| -9827 | 051-1-1463 | 22 | A |
| 0 6810-285-1322 | 051-8-176-500 | 21 | IIAV |
| -192 | 052-7-5000 | 23 | IIIAV |
| -2442 | -180 | 19 | II |
| -3430 | 051-2-115 | 19 | IIAV |
| -3460 | 051-1-1965 | 19 | I |
| 3 6810-290-0011 | 051-7-484-150 | 13/22 | III |
| -2015 | 051-2-360-15 | 19 | III |
| -3035 | 051-4-455 | 19 | III |
| -3835 | 051-4-1557-15 | 25 | IAV |

| FSN No. | Former No. | Page | Label |
|---|---|---|---|
| 0 6810-264-3937 | 051-4-1235 | 11 | IV |
| -3938 | 051-4-718-840 | 11 | IAV |
| -3959 | -450 | 11 | IAV |
| -3997 | 051-C-1128-100 | 25 | III |
| -4011 | 051-4-1021-677 | 22 | II |
| -6117 | 3-4-1768 | 11 | IAV |
| -6721 | -1258 | 11 | IAV |
| -6723 | -1559 | 11 | IAV |
| -6724 | -1560 | 11 | IAV |
| -6725 | -1561 | 13 | A |
| -6726 | -1562-7 | 24/25 | V |
| -9415 | 051-4-1459-70 | 19 | III |
| -9925 | 051-5-2008-20 | 19 | III |
| -9961 | 051-4-120 | 26 | A |
| -9982 | 051-4-1459-820 | 20/25 | IAV |
| -9983 | -385 | 20/25 | IAV |
| -9985 | 051-4-34-900 | 11 | IAV |
| 0 6810-275-2915 | 051-1-375-5 | 11 | II |
| -9901 | 051-4-375-50 | 13 | IIAV |
| -9931 | 051-C-776-50 | 25 | III |
| 0 6810-281-2019 | | 26 | II |
| -2020 | 051-4-1212-500 | 10/24 | IV |
| -2090 | -115 | 21 | I |
| -2036 | 052-4-142-360 | 24 | I |
| -2037 | -142 | 24 | II |
| -2018 | -460 | 25 | IV |
| -2785 | 051-3-1080 | 25 | AV |
| -1768 | -5083 | 25 | IV |

Enclosure (2)                    4                    Index

5100 8

SECNAVINST 6860.3
24 September 1956

| FSN No. | Former No. | Page | Label |
|---|---|---|---|
| 0 6810-281-3462 | 051-1-157-134 | 18 | III |
| -4542 | 051-5-3319 | 21/25 | IV |
| 0 6810-285-2447 | 051-1-157-295 | 18 | III |
| -4307 | -155-1225 | 18 | IV |
| -4315 | -211-135 | 21 | IV |
| -7092 | | 24 | IV |
| 0 6850-210-8018 | 051-2-505 | 24 | I |
| -8019 | | 24 | I |
| -8020 | | 27 | A |
| 0 6850-250-3626 | | 35 | A |
| -3627 | 051-4-147 | 27 | A |
| 0 6850-255-0438 | -100 | 27 | A |
| 0 6850-269-9817 | 051-3-117 | 11/25 | I |
| 0 6850-270-8258 | -310 | 22 | A |
| 0 6850-276-5282 | 051-8-530 | 35 | A |
| -5520 | 051-6-1566-110 | 35 | A |
| 0 6850-275-5919 | 051-5-1695-200 | 22 | A |
| -5988 | 051-4-1584-64 | 22 | I |
| 0 6850-281-2026 | 051-1-484-455 | 22 | II |
| -2719 | 051-5-4469-55 | 22 | I |
| -3042 | 051-1-4581-40 | 28 | III |
| -3043 | -44 | 24 | III |
| -3044 | | 24 | III |
| -4162 | 051-5-4446 | 22 | III |
| 0 6850-282-9698 | 052-C-3254-177 | 25 | V |
| 0 6850-285-4331 | 051-7-780-135 | 12 | III |
| -4057 | 051-2-1313-242 | 24 | III |
| -454 | -3554-15 | 24 | V |
| 0 6850-286-1344 | 051-C-4585 | 24 | III |
| | 051-C-1587-56 | 24 | III |

| FSN No. | Former No. | Page | Label |
|---|---|---|---|
| 0 6810-290-1847 | 051-1-1972 | 11 | I |
| -301 | 051-4-1745 | 21 | IV |
| -170 | 051-5-1124-10 | 25 | IIIAV |
| -165 | 052-1-1400-13 | 27 | II |
| -166 | -100 | 27 | II |
| -167 | -200 | 27 | IIIAV |
| -392 | | 17 | IV |
| 0 6810-291-0637 | 051-2-1743 | 17 | IV |
| -391 | 051-7-890 | 17 | II |
| -392 | 053-1-127 | 17 | III |
| 0 6830-241-8513 | -157-500 | 18 | III |
| 0 6840-176-1800 | -267-157 | 18/25 | III |
| 0 6840-221-2181 | 051-3-4170 | 18 | III |
| 0 6840-210-2195 | 051-1-351-400 | 18 | III |
| -540 | -4 | 18 | IV |
| 0 6840-212-1421 | -35 | 18 | IV |
| -1422 | -156-55 | 24 | IV |
| 0 6840-216-0432 | 051-4-259-380 | 17 | IAIV |
| -439 | 051-1-355-375 | 18 | III |
| 0 6840-252-0630 | -261-133 | 18 | III |
| -3000 | -257-810 | 24/28 | III |
| -3002 | 051-2-090 | 24 | III |
| 0 6840-260-1866 | 051-C-110 | 24 | IV |
| 0 6840-264-1664 | 051-3-1840 | 18 | IIIV |
| -4485 | 051-1-157-25 | 18 | V |
| -4463 | -167-165 | 18 | III |
| -4467 | -157-1685 | 17 | III |
| 0 6840-270-3262 | 051-7-155-555 | 17 | III |
| -165 | -165 | 18 | V |
| 0 6840-281-1990 | 051-5-1639-800 | 24 | IV |
| -2058 | | | |

Index    5    Enclosure (2)



SECNAVINST 5030T3
24 September 1956

| Label | Page | Former No. | FSN No. |
|---|---|---|---|



SECNAVINST 4080-3
24 September 1956

| FSN No. | Former No. | Page | Label |
|---|---|---|---|

Index                                    7                        Enclosure (2)



5100·8

SECNAVINST 5100.?
24 September 1956

SECNAVINST 6860.1
24 September 1956

| FSN No. | Former No. | Pkg | Label |
|---|---|---|---|
| | | | III |

Index     9     Enclosure (2)

SECNAVINST 6860.1
24 September 1956

| FSN No. | Former No. | Page | Label |
|---|---|---|---|
| G 8040-271-8697 | 052-C-1566-100 | 12 | III |
| -8701 | 052-L-85-950 | 12 | III |
| -8702 | -200 | 12 | I |
| -8706 | 052-C-470 | 12 | I |
| -8707 | -725 | 12 | I |
| -8708 | -726 | 12 | I |
| -8709 | -227 | 12 | I |
| -8710 | -246 | 12 | III |
| -8711 | -247 | 12 | I |
| -8716 | -1566-750 | 12 | III |
| -8718 | -755 | 12 | III |
| G 8040-281-1721 | -1400-477 | 12 | III |
| G 8040-285-1571 | -200 | 12 | III |
| G 8040-290-7011 | 053-L-85-95 | 12 | III |
| G 8040-356-0841 | 053-C-1566 | 12 | III |
| G 9390-164-0916 | -950 | 12 | III |
| G 9390-290-5089 | 051-P-351 | 12 | III |
| | -350-100 | 14 | III |

| Standard Navy Stock No. | Page | Label |
|---|---|---|
| 253-1-2349 | 13 | V |
| R51-4-87-500 | 13 | III |
| R51-C-64-500 | 13 | III |
| -484-995 | 13 | III |
| -485-52 | 14 | I |
| -R45 | 14 | II |
| -1110 | 14 | III |
| -1142-075 | 13 | III |
| -1553-50 | 13 | III |
| -3097-25 | 13 | III |
| 272-1-563-9980 | 16 | II |

| FSN No. | Former No. | Page | Label |
|---|---|---|---|
| W 8030-255-1450 | | 15 | III |
| -1451 | | 15 | IV |
| G 8030-261-1184 | 051-P-2613-500 | 15 | II |
| -2837 | 051-C-2235-250 | 15 | II |
| G 8030-275-8097 | -250 | 11 | II |
| -8041 | -5 | 14 | V |
| -8121 | -8090-10 | 14 | V |
| -8122 | -30 | 14 | II |
| G 8030-281-2347 | -255-30 | 15 | II |
| -2717 | 054-L-1260-30 | 15 | III |
| -2718 | -50 | 14 | II |
| -2721 | 052-C-3093-135 | 27 | III |
| -2724 | -139 | 15 | III |
| -3817 | 052-C-5154 | 15 | III |
| -3818 | -3166 | 15 | III |
| -4277 | 052-C-3200-50 | 15 | III |
| -4483 | 052-C-2067L-250 | 13 | III |
| G 8030-285-1975 | 052-C-2681 | 13 | III |
| -3976 | 052-S-5240-60 | 24 | I |
| G 8030-290-5941 | -240-5 | 24 | III |
| G 8030-291-0965 | -15 | 24 | III |
| -0967 | -18 | 24 | III |
| -0968 | -12 | 12 | III |
| -2149 | | 12 | III |
| G 8030-369-5056 | 052-C-2040 | 12 | I |
| -5245 | -68-750 | 12 | IV |
| G 8040-364-5425 | -728-250 | 12 | IV |
| -7027 | -1275-75 | 12 | IV |
| -7429 | -1525 | 12 | III |
| -7530 | -1546-100 | 12 | III |
| -7431 | -1535 | 12 | III |

20

Enclosure (2)                    10                    Index

Alphabetic Listing     SECRAVINST ~~~~~
24 September 1956

-A-

| Description | Stock No. | Label |
|---|---|---|
| **ABRASIVE** | | |
| Polishing Compound | G 5350-184-5826 | III |
| | -5827 | III |
| | -5828 | III |
| | -5829 | III |
| | -191-9776 | III |
| Vapor blast | -184-6256 | III |
| | -6257 | III |
| | -6258 | III |
| | | |
| **ACETONE** | | |
| Technical | G 6810-184-4795 | I |
| | -4796 | I |
| | -223-2735 | I |
| | | |
| **ACID** | | |
| Acetic, glacial, technical | G 6810-275-1215 | V |
| Chromic | | |
| (Chromium Trioxide Technical) | -174-1818 | I&V |
| | -264-3935 | I&V |
| | -3939 | I&V |
| Hydrochloric, Technical | | |
| (Muriatic) | -222-9645 | V |
| | -9660 | V |
| | -9661 | V |
| | -236-5665 | V |
| | -5666 | V |
| Hydrofluoric, Technical | -5671 | I&V |
| Nitric, Technical | -222-3655 | I&V |
| | -236-5670 | I&V |
| | -5683 | I&V |
| Oxalic, Dihydrate, technical | -264-3937 | IV |
| Phosphoric, Ortho, technical | -236-5667 | V |
| | -254-6722 | V |
| Sulfuric, technical | -114-7520 | I&V |
| | -251-8007 | I&V |
| | -264-6723 | I&V |
| | -6724 | I&V |
| | -6725 | I&V |
| | -6726 | I&V |
| | -290-3836 | I&V |

Alphabetic Listing      11      Enclosure (2)

5150.8

SECNAVINST 5100.7
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **ADHESIVE** | | |
| Assembly gluing of laminates | G 8040-273-8701 | III |
| | -8702 | III |
| Buoyancy Material | -285-1571 | III |
| Cotton Brattice Cloth | -273-8718 | II |
| Diving Outfit | -266-7426 | I |
| Duck, Leather, Dura-W and Plastics | -7430 | I&IV |
| Fibrous Glass Installation | -273-8697 | II |
| | -8706 | I |
| | -8707 | I |
| | -8708 | I |
| | -8709 | I |
| | -8710 | I |
| | -8711 | I |
| Mastic floor covering to cement | -266-7425 | I |
| Neoprene Covered Cloth | -290-7113 | II |
| Photographers and Artists | -266-7429 | I&IV |
| Rubber Emergency Repair | -7427 | I&IV |
| Synthetic | | |
| Rubber to Rubber | -7431 | III |
| Rubber to Steel | -273-8726 | II |
| | -8717 | II |
| | | |
| **ALBUMEN, solution** | G 6810-281-7469 | III&V |
| | | |
| **ALCOHOL** | | |
| n-Butyl technical | -6928 | II |
| Denatured | -222-4373 | I |
| | -4374 | I |
| Ethyl, technical | -285-8142 | I |
| | -290-1840 | I |
| Methanol, technical (Methyl) | -275-6010 | I&IV |
| | -6011 | I&IV |
| | | |
| **AMMONIUM** | | |
| Dichromate | | |
| Photographic | G 6750-274-5169 | III&V |
| Phosphoric acid | G 6850-282-9698 | V |
| Hydroxide | | |
| Aqua Ammonia | G 6810-222-9643 | V |
| | -230-3976 | V |
| | -236-5672 | V |
| Technical | | |
| Lithographic | -281-3920 | V |

5100.8

SECNAVINST 6860.9
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **AMMONIUM (Cont.)** | | |
| Reagent | O 6810-243-4436 | V |
| Nitrate Technical | E 51-A-2390 | V |
| | O 6810-174-1819 | I |
| ASPHALTUM lithographic | O 6850-281-2793 | IX |
| | -B- | |
| BARIUM HYDROXIDE OCTAHYDRATE technical | O 6810-236-5677 | III |
| BENZENE technical (Benzol) | V 6810-216-6472 | II,IV |
| | -281-2764 | II,IV |
| | -C- | |
| **CALCIUM** | | |
| Carbide technical | O 6810-230-3935 | I |
| | -3936 | I |
| | -3937 | I |
| | -230-3938 | I |
| Hydroxide technical | -174-1820 | V |
| Hypochlorite technical | -238-8115 | I |
| | -255-0471 | IX,V |
| | -0472 | IX,V |
| Phosphide, technical | -236-5678 | II |
| **CARBON** | | |
| Dioxide Absorption Fluid | U 6810-285-7086 | V |
| Dioxide Absorption Shells | O 6850-290-5101 | V |
| Tetrachloride, technical | O 6810-181-4799 | III |
| | -191-3964 | III |
| | -223-2723 | III |
| | -281-2003 | III |
| **CEMENT** | | |
| Electronic equipment | N52-C-1110 | |
| Film | O 5040-356-5841 | II |
| Leather Belt | -281-2723 | I |
| Liquid | | |
| Form "A" gasket | N52-C-684-955 | II |
| Gasket | -685-52 | II |
| | -525 | II |
| General purpose | -64-500 | II |
| Rubber gasket | -1142-675 | II |
| Plastikon | -1553-50 | I |

Alphabetic Listing       13       Enclosure (2)

NAVMEDINST 6260.3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| CHARGES, Fire Extinguisher | G 6210-223-9882 | III |
| | -269-1540 | V |
| CHLOROFORM | G 6810-264-6707 | III |
| CHROME CAKE | G 5350-193-7222 | III |
| | -7225 | III |
| **CLEANERS** | | |
| Electrolytic Metal | G 6850-285-4314 | V |
| Instrument-Watch Solution | -270-8258 | I |
| Rifle Bore Liquid | -285-4314 | V |
| Scouring, Powder | G 7930-129-0807 | V |
| Silicate-Soap Metal | G 6850-269-9817 | V |
| Toilet Bowl | G 7930-267-4929 | V |
| Type | G 7510-249-8017 | III |
| **COATINGS** | | |
| Bituminous | | |
| Emulsion for Ballast Tanks | G 8030-161-5714 | III |
| | -281-4277 | III |
| Metal | -275-5121 | V |
| | -5122 | V |
| Waterproof, for Wood | -286-3976 | II |
| Plastic | | |
| Acrylic, Protective | G 8010-290-6159 | II |
| Spray type, Strippable | G 8030-166-2808 | II |
| | -275-8093 | II |
| | -8094 | II |
| | -286-3975 | II |
| Sealer, Underbody | -221-1833 | I |
| | -1834 | I |
| **COMPOUND** | | |
| Abrasive polishing | G 5350-184-5826 | III |
| | -5827 | III |
| | -5828 | III |
| | -5829 | III |
| | -191-9776 | III |
| Antifreeze | G 6850-285-4757 | III |
| Bakepan glazing (Grease substitute) | -271-5420 | I |
| Boiler, Liquid | -290-3863 | II |
| Carbon removing | -281-3042 | III |
| | -3043 | III |
| | -3044 | III |
| | -285-7306 | III |
| | -290-3861 | III |

5100-8
SECNAVINST-6860-3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| COMPOUND (Cont.) | | |
| Caulking | | |
| Wooden Hull seams | G 8030-241-2741 | I |
| Metal enclosures | -238-2788 | III |
| Corrosion Preventative | -252-5049 | I |
| Non Oxidising | W 8030-253-4450 | III |
| | -4451 | III |
| Thin film, | | |
| Hard film | -244-1299 | II |
| | -1300 | II |
| | -1302 | II |
| Soft film | -1295 | II |
| | -1297 | II |
| | -1298 | II |
| Water displacing soft film | -1293 | II |
| | -1294 | II |
| | -1296 | II |
| Corrosion Removing | G 6850-275-1219 | V |
| Cyanide, Heat treating | G 6810-246-3760 | IV |
| | -3761 | IV |
| Glyptal | N52-C-3097-25 | II |
| Insulating, Electrical | G 5970-295-7131 | V |
| Preservation | | |
| Hard film | W 8030-224-9578 | I |
| Soft film | -231-2347 | I |
| | -244-1304 | I |
| Preservative | | |
| Canvas | G 8030-281-2347 | II |
| Cotton Cloth | -2720 | II |
| | -2721 | II |
| Rust Arresting Temporary | -231-2344 | I |
| | -171-3842 | I |
| Sandblast Antirust Powder | G 6850-281-6942 | III |
| Sealing | | |
| Aerosol-type plastic | G 8030-264-3837 | II |
| Linoleum seam | -369-5054 | III |
| Polymer-Powder | -281-4502 | III |
| Oil stop | -3618 | III |
| Oil and water stop | -3617 | III |
| Smoothing Cement | G 8010-227-1698 | I |
| Vapor barrier | G 6030-174-2588 | II |
| | -2589 | II |
| CUPROUS CYANIDE TECHNICAL | G 6810-236-5651 | IV |

Alphabetic Listing                    15                    Enclosure (2)

5100-8

SECNAVINST 4860.3
24 September 1956

-D-

| Description | Stock No. | Label |
|---|---|---|
| **DRYERS** | | |
| Cobalt Naphthenate | G 8010-165-4780 | II |
| Lead and Manganese | -4781 | II |
| Lead and Manganese | -4784 | II |
| | -4782 | II |
| Manganese Linoleate | -4783 | II |
| Manganese Naphthenate | -4786 | III |
| | -4788 | II |
| DUPLICATING FLUID (Direct Process) | G 7510-272-9600 | II |

-E-

**ENAMEL**

Note: All Enamels will bear Label No. I
except those in the following categories:

| | | |
|---|---|---|
| Chlorinated Rubber-based | G 8010-285-8295 | II |
| | -9380 | II |
| | -9381 | II |
| | -286-7830 | II |
| | -7832 | II |
| | -7833 | II |
| | -7840 | II |
| | -7841 | II |
| | -9081 | II |
| | -9089 | II |
| | -9090 | II |
| | -290-2668 | II |
| | -2869 | II |
| | -2870 | II |
| | -2871 | II |
| | -2872 | II |
| | -2873 | II |
| | -2874 | II |
| Semigloss for drums and metals | | |
| Black | -6647 | II |
| Olive-drab | -6648 | II |

-F-

**FILLER WOOD**

| | | |
|---|---|---|
| Paste | G 8010-243-0963 | I |
| Plastic | -262-9172 | I |

Enclosure (2)          16          Alphabetic Listing

SECNAV DIST 4240.5
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| FILTER AIDS (Diatomaceous Silica) | | |
| Chemically treated | C 9390-290-5089 | III |
| Untreated | -264-0918 | III |
| FIRE EXTINGUISHER CHARGES | | |
| Anti-freeze | C 4210-223-9682 | III |
| Liquid | -9866 | III |
| | -9867 | III |
| | -9673 | III |
| Soda Acid | -209-1540 | V |
| FLUX WELDING | | |
| Aluminum and Aluminum Alloy | C 3432-255-4574 | III |
| | -4575 | III |
| | -4576 | III |
| FORMALDEHYDE SOLUTION BP | | |
| Paint Ingredient | C 6810-291-8391 | IV |
| | -8392 | IV |
| Photographic | C 6505-274-6732 | IV |
| | -299-1415 | IV |
| -O- | | |
| GOLD SIZE (Varnish) | C 8010-290-6665 | II |
| -H- | | |
| HYDROGEN PEROXIDE | | |
| Technical (30%) | C 6810-282-9703 | II&V |
| -I- | | |
| INDICATORS | | |
| Corrosion Control | C 6820-243-8513 | I |
| INHIBITOR, PICKLING CHEMICAL | | |
| Foaming liquid | C 6850-255-0438 | V |
| Non-foaming liquid | -0440 | V |
| INSECTICIDES | | |
| Chlordane | | |
| Concentrate | C 6840-270-8262 | II |
| Solution (2%) | -252-0530 | II |
| DDT | | |
| Dusting Powder | | |
| Delousing | C 6840-774-5415 | III |

Alphabetic Listing            17            Enclosure (2)



SECNAVINST 6260.1
21 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **INSECTICIDES (Cont.)** | | |
| Insect | G 6840-240-2540 | III |
| | -252-3002 | III |
| Emulsion Concentrate | -214-6432 | III |
| and Lindane | -285-4307 | IV |
| Powder | | |
| Concentrate | -242-4221 | III |
| | -4222 | III |
| Water Dispersible (75% DDT) | -264-6692 | III |
| Solution | | |
| Airplane spray and fog | -281-3462 | III |
| Shore use only | -174-1810 | II |
| Spray | -281-1990 | III |
| | -285-8447 | III |
| Dieldrin | -264-9043 | IAIV |
| Lead Arsenate | -285-4315 | IV |
| Lime Sulfate | -227-1264 | IV |
| Lindane | -252-3000 | IAIV |
| Nicotine Sulfate Solution | -264-6693 | IV |
| Sodium Arsenate Solution | -181-3030 | IV |
| Solid Victricide | -240-6127 | IV |
| **LACQUER** | | |
| Brushing | | |
| Battery Deck Canvas Covers | G 8010-165-4763 | II |
| Copper and Brass | -166-1688 | II |
| | -1669 | II |
| Spraying | | |
| Acid Resisting | -1700 | II |
| | -290-6158 | II |
| General Purpose | | |
| Clear | -165-6111 | II |
| Pigmented | -6113 | II |
| | -6116 | II |
| | -6121 | II |
| | -6123 | II |
| | -6124 | II |
| | -6126 | II |
| | -6127 | II |
| | -6128 | II |
| | -6130 | II |
| | -6132 | II |
| | -6135 | II |
| | -6136 | II |
| | -6137 | II |

21

Enclosure (2)    18    Alphabetic Listing

5/06.8

SECNAVINST 6840.1
24 September 1954

| Description | Stock No. | Label |
|---|---|---|
| LACQUER (Cont.) | | |
| Pigmented (Cont.) | G 8010-165-6139 | II |
| | -6140 | II |
| | -6141 | II |
| | -169-7088 | II |
| | -171-1904 | II |
| | -257-5383 | II |
| LAUNDRY SOUR | G 7930-252-0509 | IV |
| LEAD ACETATE | G 6810-285-1323 | III |
| LIME CHLORINATED | -242-4766 | I&V |
| | -255-0674 | I&V |
| | -0476 | I&V |
| | -281-4247 | I&V |
| MERCURY | G 6810-285-3434 | III |
| | -3450 | III |
| | -290-0017 | III |
| | -0016 | III |
| | N 51-M-527 | III |
| NAPHTHA | | |
| Aromatic, Petroleum | V 6810-244-7637 | II |
| | -7638 | IV |
| | -7639 | III |
| Coal tar | -1207 | III |
| | -1208 | III |
| | -1209 | III |
| | -1210 | III |
| | -1211 | III |
| Petroleum Precipitation | -238-7702 | I |
| NAPHTHALENE | G 6810-270-6218 | III |
| | -264-7081 | III |
| NICKEL | | |
| Ammonium Sulfate | G 6810-174-1824 | III |
| Chloride | -1825 | III |
| Sulfate | -236-5469 | III |

Alphabetic Listing              19              Enclosure (2)



5700 8

SECNAVINST 6860.1
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| LACQUER (Cont.) | | |
| Pigmented (Cont.) | G 8010-165-6139 | II |
| | -6140 | II |
| | -6141 | II |
| | -169-7088 | II |
| | -171-1504 | II |
| | -257-5303 | II |
| LAUNDRY SOUR | G 7930-252-0509 | IV |
| LEAD ACETATE | G 6810-285-1323 | III |
| LIME CHLORINATED | -242-4768 | IAV |
| | -255-0472 | IAV |
| | -0476 | IAV |
| | -281-4247 | IAV |
| MERCURY | C 6810-285-3434 | III |
| | -3450 | III |
| | -290-0017 | III |
| | -0018 | III |
| | N 51-M-827 | II |
| NAPHTHA | | |
| Aromatic, Petroleum | W 6810-244-7637 | II |
| | -7638 | IV |
| | -7639 | II |
| Coal tar | -1207 | II |
| | -1208 | II |
| | -1209 | II |
| | -1210 | II |
| | -1211 | II |
| Petroleum Precipitation | -238-7702 | I |
| NAPHTHALENE | G 6810-270-6218 | III |
| | -264-9061 | III |
| NICKEL | | |
| Ammonium Sulfate | G 6810-174-1814 | III |
| Chloride | -1815 | III |
| Sulfate | -236-5469 | III |

Alphabetic Listing          19          Enclosure (2)

5160.8

SECNAVINST 4860.3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| NITER CAKE | G 6810-270-9984 | V |
| | -9985 | V |

-O-

| OFFSET MASTER SOLUTION | G 6850-285-8004 | V |

-P-

PAINT
NOTE:  All Paints will bear Label No. I
      except those in the following categories:

| | | |
|---|---|---|
| Anti-Fouling | | |
| Cold plastic | G 8010-290-5698 | II |
| | -291-5266 | II |
| | -5267 | II |
| Hot plastic shipbottom | -285-7601 | II |
| Natural Rubber | -286-5177 | II |
| Vinyl | -290-4847 | II |
| | -6652 | II |
| Anti-sweat Fire-Retardant | -6646 | IV |
| Exterior | | |
| Alkyd, Hospital Ship | -283-0396 | II |
| Alkyd, Naval Shipboard Use | -285-5276 | II |
| Full Gloss, General Purpose | -290-4049 | II |
| | -4050 | II |
| | -6643 | II |
| | -6644 | II |
| Shore Use, Exterior | -271-1060 | III |
| | -1061 | III |
| Full Gloss, Shore Use | -286-8490 | II |
| Phenolic, Submarine use | -3943 | II |
| | -3944 | II |
| Rubber, Solvent type | -271-1062 | II |
| | -1063 | II |
| | -1064 | II |
| | -1065 | II |
| | -1066 | II |
| | -1068 | II |
| | -1069 | II |
| Semi-gloss, Shore use | -286-8491 | II |
| | -8492 | II |
| Vinyl-Alkyd, Chipboard use | -290-2858 | II |
| | -2859 | II |
| | -286-9082 | II |

Enclosure (2)                    20                    Alphabetic Listing



SECNAVINST 6260.3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| PAINT (Cont.) | | |
| Vinyl-Alkyd, Submarine use | G 8010-285-7013 | II |
| | -7014 | II |
| | -7016 | II |
| | -7019 | II |
| | -4893 | II |
| | -4894 | II |
| Interior, fire-retardant | -286-7831 | II |
| | -7834 | II |
| | -7835 | II |
| | -7092 | II |
| | -290-2875 | II |
| | -2876 | II |
| Stripping | -285-4872 | II |
| | -4898 | II |
| | -4899 | II |
| | -4873 | II |
| Zinc dust | -290-6645 | II |

Note: The following paints receive no labeling of any kind:

| | | |
|---|---|---|
| Water Base | | |
| Paste | G 8010-282-2621 | Not Req'd |
| | -285-4668 | Not Req'd |
| | -286-0588 | Not Req'd |
| | -0589 | Not Req'd |
| | -0590 | Not Req'd |
| | -0591 | Not Req'd |
| | -0592 | Not Req'd |
| | -0593 | Not Req'd |
| | -0594 | Not Req'd |
| | -0595 | Not Req'd |
| | -0596 | Not Req'd |
| | -0597 | Not Req'd |
| | -0598 | Not Req'd |
| | -0599 | Not Req'd |
| Portland Cement | -286-7721 | Not Req'd |
| | -7722 | Not Req'd |
| White pigment | -290-3869 | Not Req'd |
| PARAFORMALDEHYDE FLAKE | G 6810-285-1322 | III |
| PHENOL, TECHNICAL (Carbolic Acid) | G 6810-174-1812 | II&V |
| | -1813 | IV&V |

Alphabetic Listing                21                Enclosure (2)

5700.4

SECNAVINST 6260.7
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| PHOTOGRAPHIC CHEMICALS | | |
| Deep Etch Lacquer Solution | G 6850-275-5988 | II |
| Deep Etch Shellac Solution | -281-2779 | I |
| Plate Etch Solution | -4162 | V |
| Zinc Plate Deep Etch Solution | -2026 | V |
| PIGMENT | | |
| Antimony, Oxide Dry | G 8010-247-8713 | III |
| Chrome Green Dry | -283-0508 | III |
| Chrome Green Paste | -247-8719 | III |
| Chrome Orange Dry | -4335 | II |
| Chrome Yellow (Medium) Dry | -227-1507 | III |
| Chromium Oxide Dry | -244-0702 | III |
| Diatomaceous Silica Dry | -247-4309 | III |
| Litharge Dry | -4709 | III |
| | G 6810-247-4310 | III |
| | -4311 | III |
| | -4313 | III |
| Mercuric Oxide, Dry | G 8010-247-4314 | IV |
| Red Lead Grade B Dry | -4315 | III |
| Red Lead Grade C Dry | -227-1504 | III |
| White Lead Basic Carbonate Paste | -247-4351 | III |
| | -4352 | II |
| White Lead Basic Carbonate Dry | -2712 | III |
| Zinc Chromate Insoluble Dry | -227-1696 | III |
| Zinc Dust Dry | -247-4321 | III |
| Zinc Yellow (regular) dry | -247-4324 | III |
| POTASSIUM | | |
| Cyanide ACS | G 6810-290-3841 | IV |
| Dichromate Technical | | |
| Metal Pickling | -291-0537 | III&V |
| Photographic | -264-6717 | IIIAV |
| Ferricyanide Photographic | G 6750-174-5455 | IV |
| Hydroxide | | |
| Lithium Solution (Electrolyte) | G 6850-274-5202 | V |
| Solution (CO2 Absorption) | G 6810-285-7086 | V |
| Technical (Caustic Potash) | -230-3951 | V |
| | -3952 | V |
| | -281-9827 | V |
| Permanganate ( P | G 6505-299-1428 | V |
| PRESERVATION-SOLUTION CONCENTRATE | | |
| Sonar See Chest | G 8030-264-1184 | IV |

5

SECNAVINST 4640.3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **PRIMERS** | | |
| Alkyd-Resin Steel | G 8010-165-8558 | II |
| Anti-corrosive Shipbottom | -214-5793 | I |
| | -5794 | I |
| Asphalt | G 8030-165-8559 | II |
| Dark Green Metal | G 8010-169-7082 | II |
| | -7083 | II |
| Exterior Wood | -165-8566 | II |
| Interior Wall Primer-Sealer | -8569 | I |
| | -8570 | I |
| Lacquer-Resisting Synthetic | -292-1127 | II |
| Maintenance Exterior | -165-8573 | II |
| | -8574 | II |
| | -281-7399 | II |
| Pretreatment Coating for Metals | G 8030-165-8577 | IIAW |
| Red Lead - Linseed Oil | G 8010-214-5791 | II |
| | -5792 | II |
| Synthetic Metal and Wood | -161-5713 | II |
| | -7425 | II |
| Undercoat for Wood Decks | -165-8568 | II |
| Vinyl, Red Lead | -290-0373 | II |
| Vinyl, Zinc Chromate | -0374 | II |
| Zinc, Chromate | -161-7419 | II |
| | -165-8557 | II |
| Zinc, Dust-Zinc Oxide | -8560 | II |
| | -8561 | II |
| **PUTTY** | G 8030-243-0952 | III |
| | -0953 | III |
| | -0959 | I |
| | -0958 | III |
| **PYRIDINE TECHNICAL** | G 6810-281-2765 | II |
| **REMOVER** | | |
| Fingerprint | W 8030-252-8300 | I |
| | -8301 | I |
| Paint and Varnish | G 8010-160-5200 | III |
| | -165-4447 | III |
| | -286-2860 | III |
| | -2861 | III |
| **RESIN** | | |
| Solutions | G 6810-281-2036 | I |
| | -2037 | I |

-3-

Alphabetic Listing                        23                        Enclosure (2)

SECNAVINST 6280.9
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **RESIN** (Cont.) | | |
| Solutions (Cont.). | G 6810-281-2038 | I |
| | -2794 | II |
| | -3576 | II |
| | G 8010-290-3753 | II |
| | -3752 | II |
| **RODENTICIDE** | | |
| Calcium Cyanide | G 6810-264-6584 | IV |
| Red Squill | -6685 | IV |
| | -281-2058 | IV |
| Sodium Monofluoracetate | G 6810-174-1807 | IV |
| | G 6810-281-6842 | IV |
| Warfarin | G 6810-246-6439 | IV |
| Zinc Phosphide | -260-1266 | III |
| | -285-7091 | III |
| **SHAFT COVERING, RUBBER** | | |
| Brushing Compound and Accelerator | G 8010-291-0966 | II |
| Caulking, Compound and Accelerator | -9349 | II |
| Cleaner-Thinner | -0967 | III |
| Priming Cement | -0968 | II |
| Troweling compound and Accelerator | -290-5547 | II |
| **SILICA PULVERIZED** | G 8010-247-4294 | III |
| High Temperature Silicone | G 5970-166-1692 | I |
| | -1707 | I |
| | -1694 | I |
| | -1697 | I |
| **SILVER** | | |
| Chloride | G 6810-281-3577 | III |
| Nitrate | -243-4436 | IV |
| **SOAP POWDER** | G 7930-231-2998 | V |
| | -2999 | V |
| | -3000 | V |
| **SODA** | | |
| Ash Powder | G 6810-233-1714 | V |
| | -1715 | V |
| Caustic | -174-6581 | V |
| | -243-4435 | V |
| | -264-2085 | V |
| Lime | -227-1843 | V |
| **SODIUM** | | |
| Arsenite Solution | G 6810-281-2039 | IV |

Enclosure (2)                    24                    Alphabetic Listing

SECNAVINST 4160.3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| SODIUM (Cont.) | | |
| Bisulfate | G 6810-270-9984 | V |
| | -9795 | V |
| Chromate | -240-8319 | III |
| Cyanide | -281-6711 | III |
| | -280-4305 | IV |
| Dichromate | -2324 | IV |
| | -2686 | IIIAV |
| Fluoride | -290-4170 | IIIAV |
| Hydroxide | G 6810-210-2123 | IV |
| | G 6810-174-6581 | V |
| | -6599 | V |
| | -213-1439 | V |
| | -240-9025 | V |
| | -281-8080 | V |
| Hypochlorite Solution | -252-1977 | IAV |
| | -290-3835 | III |
| Metasilicate | -252-7979 | IAV |
| Monofluoroacetate | -240-6121 | V |
| | -174-1507 | IA |
| Nitrate | -281-1242 | IV |
| Perborate | G 6505-110-7987 | I |
| Phosphate | -299-1402 | V |
| | G 6810-210-2114 | V |
| SOLVENT | | |
| Cleaning, Watch-Instrument | G 6850-270-8258 | I |
| Dry, Cleaning | V 6850-240-6018 | I |
| | -6019 | I |
| | -6020 | I |
| Ketone | | |
| Methyl Ethyl Technical | G 6810-281-2762 | II |
| | -2763 | II |
| Methyl Isobutyl | -2761 | II |
| SOUR LAUNDRY | G 7930-252-0589 | IV |
| STAIN | | |
| Exterior | G 8010-165-1430 | I |
| Interior | -1422 | I |
| | -1423 | I |
| | -1424 | I |
| | -1425 | I |
| | -1426 | I |
| | -1428 | I |
| | -1429 | I |

Alphabetic Listing

25

Enclosure (2)

5100'S

SECNAVINST 4210.3
24 September 1956

-T-

| Description | Stock No. | Label |
|---|---|---|
| TAR, COAL | G 6810-281-6939 | V |
| | -6940 | V |
| TETRACHLORETHANE | G 6810-264-9015 | IV |
| TETRACHLOROETHYLENE | G 6810-270-9988 | III |
| TETRASODIUM PYROPHOSPHATE | G 6810-249-8038 | V |
| THINNER | TSZ-T-562-9980 | II |
| Piperstone | G 6810-281-9579 | II |
| Dope and Lacquer | G 8010-160-5787 | II |
| | G 8010-160-5792 | II |
| Paint, Mineral Spirits | W 8010-242-2086 | II |
| | -246-6113 | II |
| | -6116 | II |
| Strippable Plastic Coating Compound | -165-5585 | II |
| Synthetic Resin Enamel | W 8010-160-5794 | II |
| | -5795 | II |
| | -165-5583 | II |
| | G 8010-165-5584 | II |
| TOLUENE (TOLUOL) | W 6810-281-2005 | II |
| | -2006 | II |
| TRICHLORETHYLENE | G 6810-124-4794 | III |
| | -4800 | III |
| TRICRESYL PHOSPHATE | G 6810-281-7478 | III |
| TRISODIUM PHOSPHATE | G 6810-240-2116 | |
| TURPENTINE | G 8010-246-6445 | II |
| | -281-4102 | II |
| | -290-1240 | II |

-V-

| VARNISH | | |
| Asphalt | G 8010-160-5856 | I |
| | -299-0214 | I |
| Electrical Insulating | | |
| General Purpose | G 5970-166-1675 | I |
| | -1676 | I |
| | -1677 | I |
| | -1678 | I |

22

Enclosure (2)          26          Alphabetic Listing

5100. ?

SECNAVINST 4260/3
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| VARNISH (Cont.) | | |
| Electrical Insulating | | |
| General Purpose (Cont.) | G 5970-166-1679 | I |
| | -1680 | I |
| | -1681 | I |
| | -1682 | I |
| | -1683 | I |
| | -1684 | I |
| | -1690 | I |
| | 161-7232 | I |
| High Temperature | 166-1691 | I |
| | -1696 | I |
| Interior | G 8010-161-7424 | I |
| | -165-4404 | I |
| | -4420 | I |
| Phenolic | | |
| General Purpose | -166-1669 | II |
| | -234-5176 | II |
| | -251-6980 | II |
| Motorboat | -166-1673 | I |
| | -1674 | I |
| Shellac out | | |
| Bleached | -165-4761 | I |
| | -4762 | I |
| Orange | -161-7278 | I |
| | -165-4765 | I |
| | -6073 | I |
| Spar Oleoresinous | -166-5892 | I |
| | -165-4438 | I |
| | | |
| WATER TREATMENT COMPOUND | G 6850-250-2626 | V |
| | -2627 | V |
| WOOD PRESERVATIVE COMPOUNDS | G 8030-281-2717 | I,V |
| | -2722 | II |
| | -2718 | II,V |
| | | |
| XYLENE (XYLOL) | G 6810-290-4165 | II |
| | -4166 | II |
| | -4167 | II |

Alphabetic Listing                    27                    Enclosure (2)

NAVINST 4060.6
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| ZINC | | |
| Cyanide | G 6810-262-9704 | IV |
| Dust | -627-1851 | III |
| Phosphide | G 6810-260-1266 | III |



SECNAVINST 5700.5
24 September 1956

| Index | Page | FSN No. | Former No. |
|---|---|---|---|



SECNAVINST 5510.5
24 September 1956

SECNAVINST 6200.3
24 September 1956

| Former No. | FSN No. | Page | Label |
|---|---|---|---|
| 052-C-720 | 8040-273-8706 | 12 | I |
| -725 | -8707 | 12 | I |
| -726 | -8708 | 12 | I |
| -727 | -8709 | 12 | I |
| -728-260 | -285-7424 | 12 | I |
| -746 | -273-8710 | 12 | I |
| -747 | -8711 | 12 | I |
| -1060 | 8030-368-6064 | 16 | III |
| 852-C-1110 | | 15 | II |
| 052-C-1325 | 8040-286-7629 | 12 | II |
| -1295-75 | -7637 | 12 | II |
| -1298-100 | -7630 | 12 | II |
| -1315 | -7631 | 12 | II |
| M52-C-1365-50 | | 16 | II |
| 032-C-1566-100 | 8040-290-9113 | 12 | II |
| -750 | -375-9912 | 12 | II |
| -755 | -9117 | 12 | II |
| -1677 | 8030-231-1454 | 14 | I |
| -100 | -1633 | 13 | III |
| -1650 | 8010-237-1696 | 13 | III |
| -182-470 | 8040-273-9716 | 12 | II |
| 2042.20 | 8030-378-6131 | 12 | I |
| -50 | -6132 | 12 | I |
| -2100 | -101-6714 | 14 | A |
| -40 | -281-4377 | 14 | A |
| -2215-250 | -286-3637 | 14 | III |
| -2218-120 | 8010-290-0169 | 14 | II |
| -2280-5 | 8030-375-6065 | 14 | II |

| Former No. | FSN No. | Page | Label |
|---|---|---|---|
| 081-3-4603-60 | 6850-231-2779 | 22 | I |
| -1740 | 7930-252-0120 | 19/26 | IV |
| -1439-800 | 8040-281-2059 | 24 | IV |
| -2940 | -261-4636 | 24 | IV |
| -2-1663-70 | 6810-264-1916 | 26 | III |
| -200 | -270-5982 | 28 | II |
| -4196 | -249-5038 | 28 | V |
| -5751 | -164-4794 | 28 | II |
| -5716 | -4000 | 28 | A |
| -5549 | -240-2116 | 25/28 | A |
| -R-187 | 6380-250-5818 | 27 | III |
| -100 | -2567 | 27 | IV |
| -1-141-1 | 6910-227-1151 | 24 | III |
| -155 | -286-0104 | 24/28 | III |
| -355 | 6640-261-0706 | 13 | III |
| -490 | -265-1999 | 12 | II |
| 052-4-66-200 | 8040-273-9702 | 12 | III |
| -225 | -286-1671 | 12 | III |
| -250 | -273-9701 | 12 | II |
| -150 | 6810-281-4698 | 12 | I |
| -283 | 6660-281-2769 | 12 | I |
| 052-C-43-750 | 8040-265-7426 | 12 | IV |
| M52-C-44-600 | | 12 | II |
| 052-C-500 | 8040-281-2728 | 12 | IV |
| -160 | -366-5661 | 12 | II |
| M52-C-661-1060 | | 12 | II |
| -691-258 | | 12 | II |
| -851 | 5970-2916-7131 | 12 | II |

Enclosure (2)                    32                    Appendix



JSCHAVUIST 6360:3
24 September 1956

Enclosure (2)                    34    23                    Appendix



SUBNAVINST 4000.5
24 September 1956

| FSN No. | Former No. | Page | Label |
|---|---|---|---|
| Q 6010-247-4515 | Q66-P-11720 | 22 | III |
| Q 6010-247-4514 | -13030 | 22 | IV |
| -4518 | -13650 | 22 | II |
| -287-1504 | -13732 | 22 | III |
| -247-4700 | -12920 | 22 | III |
| -4524 | -13575 | 22 | III |
| -287-1694 | -13820 | 22 | III |
| -247-4524 | -14117 | 22 | III |
| -4535 | -14120 | 22 | III |
| -4581 | -14760-15 | 22 | II |
| -4582 | -13990-25 | 22 | II |
| Q 6030-165-8669 | -200 | 23 | II |
| Q 6010-181-7425 | -20690 | 23 | II |
| -8711 | -20600 | 23 | II |
| -8073 | -20680 | 23 | II |
| -8874 | -2066d-100 | 23 | II |
| -281-1698 | -310 | 23 | II |
| -165-8669 | -20:3 | 23 | II |
| -282-1137 | -20524-100 | 23 | II |
| -165-8668 | -20540 | 23 | II |
| -161- 619 | -2051 | 23 | II |
| -165-8657 | -2K-7C-2 | 23 | II |
| -250-0573 | -20515-2 | 23 | II |
| -0574 | -2064d-6600 | 23 | II |
| Q 6030-165-8677 | -3700 | 23 | II |
| Q 4010-181-7082 | -20649-160 | 23 | NAV |
| -7083 | -20680 | 23 | NAV |
| -165-8560 | -20680 | 23 | III |
| -8561 | -3078-60 | 24 | III |
| Q 6030-281-4002 | -20974-980 | 16 | III |
| -245-0288 | -20710 | 16 | III |

| FSN No. | Former No. | Page | Label |
|---|---|---|---|
| Q 6010-285-4073 | Q66-P-7850 | 21 | II |
| -4698 | -7525 | 21 | II |
| -4699 | -7930 | 20 | II |
| -290-4644 | -6350 | 21 | None |
| -288-7722 | -8995 | 21 | None |
| -7721 | -8997 | 21 | None |
| -290-3849 | -8800 | 21 | None |
| -285-4665 | -9375 | 21 | None |
| -288-0558 | -9178-5 | 21 | None |
| -286-2831 | -100 | 21 | None |
| -288-0961 | -105 | 21 | None |
| -0988 | -200 | 21 | None |
| -0694 | -308 | 21 | None |
| -0986 | -405 | 21 | None |
| -0598 | -506 | 21 | None |
| -0689 | -9177-900 | 21 | None |
| -0590 | -9176 | 21 | II |
| -0597 | -100 | 21 | NAV |
| -0588 | -9180 | 21 | NAV |
| -290-3845 | -9182 | 23 | III |
| -174-1818 | -3184-100 | 22 | III |
| -247-4713 | -3284-600 | 22 | III |
| -4309 | -30052 | 22 | III |
| -285-0968 | -85 | 22 | III |
| -247-9710 | -9170 | 22 | III |
| -277-1607 | -9180 | 22 | III |
| -244-0702 | -10100 | 22 | III |
| Q 6010-247-4310 | -11890 | 22 | III |
| -4311 | -11310 | 22 | III |
| | -11326 | | |
| | -11282 | | |
| | -11460 | | |
| | -11802 | | |
| | -11702 | | |

Appendix                    35                    Enclosure (2)

SECNAVDIST 4260.3
24 September 1956

| Label | Page | FSN No. | Former No. | Label | Page | FSN No. | Former No. |
|---|---|---|---|---|---|---|---|

Enclosure

36

Appendix

5710.9

SECNAV INST (2300-5)
24 September 1956

| Former No. | FSN No. | Page | Label |
|---|---|---|---|
| 082-7-1400-50 | 0 6010-351-5890 | 97 | II |
| -2200 | -3581-5891 | 97 | I |
| -2175-10 | -4782 | 97 | I |
| -2200 | -4785 | 97 | I |
| -2310 | -101-7976 | 99 | I |
| -2375 | -146-4091 | 98 | I |
| -2600 | -4782 | 18 | I |
| -2888-075 | -146-1075 | 97 | I |
| -2882 | -146-4938 | 97 | I |
| -5040 | -146-4939 | 97 | I |
| -5043 | -352 | 97 | II |
| -4-1081-50 | 0 6030-351-3717 | 97 | IIAV |
| -50 | -3721 | 97 | IIAV |
| -1045 | 0 6010-386-4138 | 101 | II |
| -1100-10 | 0 6010-386-5175 | 101 | II |
| -100 | 0 5810-588-4189 | 99 | II |
| -500 | -4189 | 97 | II |

Appendix                37                Enclosure (2)

Enclosure (3)    SECNAVINST 6260.1
24 September 1956

## Elements of a Labeling Program

1. **General.** All materials should be labeled whether or not
they are considered toxic, flammable, or explosive. This is
desirable, not only to prevent untoward incidents but also to
conserve material which would otherwise be discarded and wasted
if unlabeled. Hazardous chemicals and materials within the
scope of this Instruction have been grouped into six general
classifications defined as follows:

a. **Class I, Fire Hazard (Flammable).** Any material which
alone or in combination with other materials may produce a
danger of fire or explosion (such as the strong oxidizing
agents, perchlorates, peroxides, naphthas, acetone, ether, etc.).

b. **Class II, Toxic and Fire Hazard.** Any material which
presents a combined hazard due to its flammability (Class I)
and its toxicity (Class III).

c. **Class III, Toxic.** Any industrial or military material
which may give off a harmful vapor, dust, fume, or mist during
handling or operations. The injurious effect may arise from
one exposure (acute) or from repeated exposures over a prolonged
period (chronic). The mode of entry into the body may be by
ingestion, inhalation, or absorption through the skin. Examples
of this class are chlorinated hydrocarbons (carbon tetrachloride,
tetrachlorethylene, trichlorethylene), chlorinated diphenyls,
compounds of cadmium, mercury, chromium, lead, and organic
phosphorus compounds.

d. **Class IV, Poisonous.** A poison is commonly understood
to be a product which will lead to fatal results in a short
period of time when taken into the body. Oral intake is the
primary mode of entry into the body. It is now recognized that
other routes such as inhalation and absorption through the skin
may produce the same effect as oral ingestion of some materials.
Examples of this category are cyanides, arsenicals, carbon
disulphide, and dimethyl sulphate. Some of these materials may
give off a deadly vapor when mixed with acids; e.g., cyanide
and acid.

e. **Class V, Corrosive.** Agents which in contact with tissues
of the body surface will cause injury or destruction of these
tissues. Among these are corrosive agents such as hydrochloric,
acetic, nitric, and sulfuric acids; and sodium, potassium, and
ammonium hydroxides.

Enclosure (3)

SECNAVINST 6260.3
24 September 1956

f. Class VI. Radioactive Hazard. Hazardous materials or chemicals which emit alpha, beta, gamma, or neutron radiation, or which may give off dusts, fumes, gases, or vapors emitting these radiations.

2. It may be necessary on occasion for qualified investigators to work with new products before adequate chemical, physical, and toxicological data are available. To cover such cases, and such cases only, the following guide is suggested for preparing labels to be used during the period of investigation:



---

(NAME OR DESCRIPTION OF PRODUCT)

FOR INVESTIGATIONAL USE ONLY

STATEMENT OF KNOWN HAZARDS

(Appropriate precautionary measures.)
(Appropriate instructions in case of contact or exposure.)

IMPORTANT! The chemical, physical, and toxicological properties of this product have not been fully investigated and its handling or use may be hazardous.

EXERCISE DUE CARE.

---

3. The elements of an effective labeling program consist of:

a. Establishment of a Chemical Control Committee.

b. Uniformity of labeling.

c. Indexing of materials and their labeling category.

d. Proper labeling by the local supply department.

e. Proper labeling by the using unit where transfer is made to smaller containers.

f. Educational program.

4. A Chemical Control Committee or equivalent thereof should be established at each activity to administer the technical phases of the labeling program for the local activity and to make revisions as necessary to keep the program current. Directives should be prepared by the Chemical Control Committee for promulgation by the commanding officer. These should be based on Bureau instructions

Enclosure (3)                                    2

SECNAVINST 6240.1
24 September 1956

and should be tailored to suit the needs of each activity. The size and nature of the activity will be major factors in determining whether this Committee will be a formal organization composed of cognizant personnel, or whether it will consist of one individual to whom this additional responsibility is delegated.

5. To provide uniformity of labeling throughout the Naval Establishment a "Label Classification Guide" showing the proper labels to be employed for hazardous materials will be published in U. S. Navy Safety Precautions (OPNAV 34-P1). A supplementary list of all new or proprietary materials will be compiled periodically, and will be published in OPNAV 34-P1. To supplement the listings in OPNAV 34-P1 a tentative labeling category, agreed upon by the Chemical Control Committee or equivalent thereof, should be established for each new or proprietary material brought in for use at the local activity. If any given new material presents more than one type of hazard, the labels properly identifying each hazard should be affixed to the container. Assistance in regard to the classification of new or proprietary chemicals may be obtained from the management bureau.

6. The supply officer of each activity shall be responsible for the proper labeling of all containers of hazardous materials on receipt of these materials.

7. Supervisory personnel shall be responsible for the proper labeling of any containers to which hazardous materials may be transferred after issue by the Supply Department.

8. Cognizant management personnel shall institute an educational program to thoroughly familiarize employees with the labeling program, paying particular attention to the significance of the color coding, the insignia, and key words, on each category of label.

C20543                     3                  Enclosure (3)