

DUBLIN 21 1922
US NAVAL MED BULL
17: 883-914

# THE DIVISION OF PREVENTIVE MEDICINE.

Lieut. Commander R. F. Jones, Medical Corps, United States Navy, in charge.

---

Notes on Preventive Medicine for Medical Officers, United States Navy.

---

## INSTRUCTIONS TO MEDICAL OFFICERS.

---

### OCCUPATION HAZARDS AND DIAGNOSTIC SIGNS: A GUIDE TO IMPAIRMENTS TO BE LOOKED FOR IN HAZARDOUS OCCUPATIONS.

By Louis I. Dublin, Ph. D., Statistician Metropolitan Life Insurance Co., and Philip Leinoff.

#### INTRODUCTION.

Many occupations have injurious effects on the physical condition of those engaged in them. The health of those who work with the poisons, such as lead, arsenic, mercury, picric acid, etc., or those who are exposed for long periods to dust, heat, humidity, or to the infectious materials, etc., may be impaired seriously as the result of their work. The occupation is now recognized as of the very first importance as a factor in the causation of disability and even of death. Doctor Edsall has shown that in his clinic at the Massachusetts General Hospital many of the conditions for which treatment is sought by men of working ages are the effects of occupations.[1] Other industrial clinics are reporting similar results. With their attention directed to occupation as a possible factor, industrial physicians are able to diagnose a great many obscure cases which previously had puzzled even the most competent clinicians. In this way they discover a great many more cases of disease of occupational origin than had before been thought possible. Thus, in 1917 about 150 cases of lead poisoning were discovered at the Massachusetts General Hospital, which are more than were recorded by this clinic during the five-year period prior to the adoption of the more intensive methods of study. It is generally recognized that patients come to physicians with pains and complaints of an indefinite char-

---

[1] See Monthly Labor Review of the U. S. Bureau of Labor Statistics, December, 1917, p. 169-186.

acter, and it is only when consideration is given to the occupation and its possible effects that many of these cases are cleared up.

The medical examiner should, therefore, be very careful to see if any of the usual diagnostic signs of poisoning, dust, heat, or other hazards which are known to be inherent in occupation are in evidence among their patients where no other explanation of the symptoms is readily available. In the case of those exposed to lead, such as employees of storage-battery plants, white-lead workers, paint mixers, painters, etc., the blue line on the gum, the pale, sallow appearance, and the trembling fingers are significant as indications of chronic lead poisoning, and the physician should look for these signs. Physical symptoms and conditions which ordinarily might be passed by in this way become very important if they point to the possible effect of the occupation.

This article has been prepared to aid physicians in general practice, industrial hygienists, safety engineers, and others who come into close professional contact with those who are engaged in industrial processes. Nine major hazards of employment are listed, namely, abnormalities of temperature; compressed air; dampness; dust; extreme light; infectious; poor illumination; repeated motion, pressure, or shock; and the poisons. A separate section is devoted to a discussion of skin irritants. Long exposure to any of these will usually leave definite physical signs which the medical examiner can discover if he will look for them. To aid him in detecting the hazards and their effects on the worker, two lists are presented. The first consists of the more common hazardous occupations, arranged alphabetically; the second consists of hazards, together with their effects or symptoms, as well as the occupations affected. After each occupation in the first list is a reference in code to the particular hazard in the second list. The capital letters after each occupation, "A," a "B," "C," etc., refer to the general hazard. The Arabic numerals signify the particular hazard, as "D1," inorganic dust; "D2," organic dust.

The following example will show how this guide may be of value to the general practitioner. A man, who works in a garage, suffering from continuous headaches, visits his physician. The latter can find no cause for the patient's illness. The patient shows no signs of disease other than the subjective symptoms which he describes. Perhaps the physician will recommend an examination of the subject's eyes, ears, and sinuses, which will prove negative. A puzzling diagnosis such as this becomes very simple when the occupation is ascertained and this guide is utilized. Alongside of "Garage workers" in the "Alphabetical list of hazardous occupations," the physician finds the symbols J 16, 26. "J" represents the hazard poisons; the physician finds the particular poisons—carbon monoxide and gasoline, and "16, 26," the particular poisons—carbon monoxide and gasoline,

---

respectively. Upon looking up the symptoms of these poisons in the second list he finds that both produce headache when inhaled in small quantities. In such a case the effective remedy lies in the removal of the etiological factor—the two poisons.

The following procedure is therefore recommended: The medical examiner or physician should ascertain the occupation of the applicant. He should then look for it in the "Alphabetical list of hazardous occupations." If found there, it is possible that the person has been exposed to and is possibly suffering from the effects of some hazard of the occupation. The physician should then make special effort to discover the symptoms or signs referred to in the second list. By this means he can readily determine whether the person examined is in fact suffering from the effect of his occupation. His examination is in this way made more illuminating. Physicians, not specialists in occupational hygiene, can thus learn to detect the effects of industry and, conversely, can eliminate the occupation as the cause when certain symptoms are observed which do not fit the usually observed effects of the occupation.

Medical examiners should remember that it is often necessary to keep in mind not only the present occupation but the former one as well. Persons suffering from certain ailments may no longer be engaged in the industry which was originally responsible for their condition. But careful inquiry into their occupational history will sometimes result in the recording of an occupation the effects of which are clearly those from which the patient is suffering. The medical profession must give occupational findings greater weight in forming their judgments regarding physical conditions and in diagnosing and treating disease.

## ALPHABETICAL LIST OF HAZARDOUS OCCUPATIONS.

Acetylene makers, D 1, J 4, 18, 43.
Acid dippers, C, J 10, 33, 36, 37, 43.
Acid finishers (glass), J 36, 23, 44.
Acid makers. See particular acid.
Acid mixers, J 36, 37, 43.
Acid recoverers, J 36, 37, 43.
Acid transporters, J 26, 37, 43.
Airplane-wing varnishers, J 50. See also Varnishers.
Alcohol distillery workers, J 3, 4.
Aldehyde pumpmen, J 1, 60.
Alkali salt makers, C, J 14, 18, 36, 44.
etc.
Amalgam workers, J 38.
Ammonium salt makers, A 1, J 4, 18, 22, 36, 48.

Ammonium sulphate makers, J 48.
Aniline dye makers. See Dye makers.
Aniline makers, J 7, 10, 12, 33, 34, 37.
Animal hair dressers. See Hair workers.
etc.
Animal handlers, F 1, 8.
Annealers, A 1.
Antimony extractors (reducers), A 1, J 8.
Antimony fluoride extractors, J 37.
Antipyrin makers, J 21, 40.
Arsenic roasters, A 1, J 9.
Art-glass workers, J 6, 11, 27, 23, 30, 82.
Artificial flower makers, H, J 9, 21, 22, 29, 30.

886

## DIVISION OF PREVENTIVE MEDICINE.     Vol. XVII.

Artificial ice makers, A 2, C, J 6.
Artificial leather makers, J 7, 9, 12, 27, 48.
Artificial manure makers. See Fertilizer makers.
Artificial silk makers, C, J 4, 5, 10, 20, 47, 50.
Asbestos workers, D 1.
Asphalt tamper, J 15.
Auto painters, C. See also Painters.

Babbiters, J 28.
Bakelite makers, J 29.
Balkas, (toy) filters, J 10.
Ballons, H.
Barxelli workers (iron and steel), A 1.
Basic slag (artificial manure) workers, D 1.
Batch makers (glass works). See Glass mixers.
Batch makers (rubber works). See Compounders (rubber).
Bators (tannery), C, F 1.
Battery (dry) makers, D 1, J 6, 10, 12, 21, 26, 28, 29, 49.
Battery (storage) makers. See Storage battery makers.
Beamers (textile), D 2.
Beamhouse workers (tannery), C, F 1.
Beatermen (paper and pulp), C, J 18.
Bed rubbers (marble and stone), J 1, 28.
Bench molders (foundry), D 1, J 13, 28.
Benzol stillmen, A 1, J 12.
Bessemer-converter workers (iron and steel), A 1.
Beta still operators (beta naphthol), A 1, J 48.
Bevellers, D 1.
Bicyclists, H.
Billet mill workers (iron and steel), A 1.
Bisque-kiln workers, A 1, D 1, J 18.
Blacksmiths A 1, B, H, J 14, 15, 22, 29.
Blast-furnace workers, A 1, J 22, 40, 47.
Bleachers, A 2, C, J 17, 18, 21, 27, 37, 46.
Blenders (cloth), A 2, C.
Bleachery dryers, A 2, C.
Blockers (felt hat), C, J 16.
Blockers (tannery), J 28.

Blooming-mill workers (iron and steel), A 1.
Blowers (felt hat), D 2, J 20.
Blowers (glass manufacturing). See Glass blowers.
Blowers-out (zinc smelting), A 1, J 15.
Blurrs (revolvers), A 1.
Boiler-room workers, A 1, J 14, 15.
Boiler washers, C.
Bone-black makers, J 4, 42.
Bone renderers, J 3.
Bone workers, D 1.
Bookbinders, J 9, 29, 30.
Bottle-cap makers, J 28.
Bottlers, A 1, J 8, 9, 18, 14, 19, 29, 42, 46.
Brass polishers, J 28.
Brasiers, A 1, J 18, 28.
Brawers, A 2, C, J 14.
Brick burners, A 1, C, D 1, F 1, J 28, 48.
Brickmakers, A 1, J 48.
Briquet makers, J 1, 4, 5, 9, 10, 11, 12, 13, 28, 28, 29, 40, 47.
Bronze makers D 2, J 19, 49.
Bronzers (gun barrels), J 29, 28, 29, 88.
Brushers (felt hat), D 2, J 29.
Brush makers, D 2, F 1, J 29, 30, 49.
Buffers, D 1, 2, C.
Buffem (rubber), J 5, 11, 29.
Burpers (enameling), A 1, J 28.
Burnishers (iron and steel), G, J 8, 48.
Burnishers (rifle barrel), J 8.
Burrers (needles), D 1.
Burre filers, D 1.
Butchers, A 2, F 1, 8.
Button makers, D 1, 2.

Cable makers, J 28.
Cable splicers, C, J 18, 28, 47, 52.
Caisson workers, A 2, B, C, O, J 14.
Calenderers (rubber), A 2, D 1.
Calico printers, A 2, C, J 7, 8, 9, 18, 18, 21, 23, 24, 30, 60, 89, 48, 62.
Camphor makers, J 20, 22, 40.
Candle (colored) makers, J 9 21.
Candy makers A 2 C.
Canners, A 2, C, F 8, J 28.
Cap loaders, J 29.
Cappers (winslow plass), A 1.
Carbide makers, A 1 D 1, J 18.
Carbolic acid makers, J 12, 28, 46, 48.

---

## No. 4.     DIVISION OF PREVENTIVE MEDICINE.

887

Carbon brush makers, D 1.
Carbon dioxide makers, J 14.
Carbon disulphide makers, J 10.
Carbonizers (shoddy), D 2, J 10, 28, 48.
Carborundum workers, A 1, D 1.
Carders (textile), D 2.
Card grinders (textile), D 1, 2.
Carpenters, H.
Carpet makers, D 2, F 1, J 9.
Carroters (felt hat), J 9, 29, 37.
Cartridge cap washers, C.
Cartridge dippers, J 28, 37, 40.
Cartridge felt and wad makers, C.
Cartridge makers, J 28, 29.
Cartridge shot shell paraffin dippers, A 2, C.
Case hardeners, A 1, J 22.
Casters (brass foundry). See Brass founders.
Casters (iron and steel), A 1.
Casting cleaners (foundry), D 1. See also Acid dippers.
Chat scrubbers (electroplaters), J 11, 12.
Catchers (iron and steel), A 1.
Cattle salesmen, F 1.
Celluloid makers, J 1, 5, 10, 16, 20, 24, 29, 30, 37, 47, 49.
Celluloid polishers, D 2.
Celluloid workers, D 2.
Cementers (rubber shoes), J 11, 12, 16, 20, 32.
Cement mixers (rubber), J 11, 12, 13.
Cement workers, A 1, D 1.
Chambermen (sulphuric acid), J 46, 48.
Charcoal burners, J 14, 18.
Charcoal workers (sugar refining), A 2, C, D 1.
Chargers (smelting), A 1, D 1.
Churners (zinc smelting), A 1, D 1, J 9, 18, 19, 28, 40.
Chasers (steel), D 1.
Chauffeurs, H, J 29.
Chimney sweeps, D 1, J 18, 40.
Chippers, D 1.
Chloride of lime makers, J 17, 18.
Chlorine makers (electrolytic), J 18, 29.
Chloroform makers, J 17.
Chromium workers, J 21.
Clay makers, D 2, H.

Clay and bisque makers (pottery), A 2, C, D 1.
Clay-plug makers (pottery), C, D 1.
Clay-products' workers   See Pottery workers.
Clerks, H.
Cloth preparers, C.   See also Bleachers.
Coal miners.   See Miners.
Coal-tar workers, J 7, 12, 16, 38.
Cobblers, D 2, F 1, H.
Coke-oven workers, A 1, J 4, 12, 18, 49.
Cold-storage-plant workers, A 2.
Color makers, A 1, D 1, J 8, 9, 12, 21, 28, 28.
Colored-paper workers, J 9.
Colorers (white) of shoes, J 23.
Colorers (textile) (celluloid), D 2.
Comb makers, D 1, 2, H, J 7, 8, 11, 22.
Compositors, D 1, 2, H, J 1, 7, 8, 9, 11, 12, 22.
Concentrating-mill workers (lead and zinc), C, D 1, J 28.
Coners (felt hats), D 2, J 29.
Confectioners.   See Candy makers.
Construction camp workers, F 2.
Cooks, A 2.
Cooper founders, J 9.
Copper miners.   See Miners.
Copper smelters, A 1, J 9, 18, 40.
Cord makers, D 2, J 49.
Core makers, A 1, D 1, J 13, 18.
Cork workers, D 2.
Cotton-mill workers, C, D 2.
Cotton twisters, D 2.
Craneman (glass industry), A 1.
Craneman (iron and steel), A 1.
Creosoting plant workers, C.
Crucible plant workers, D 1.
Crucible makers, D 2, J 49.
Ductile-steel department employees, A 1.
Crushermen (clay and stone), D 1.
Cupola men (foundries), A 1.
Curers, vapor (rubber).   See Vulcanizers.
Curriers (tannery), D 2, F 1, J 9, 11.
Cut-glass workers, D 1, J 9, 28.
Cutlery makers, D 1, J 8, 28.
Cyanamid makers, A 1, D 1.

Dancers, H.
Decorators (pottery), J 9, 11, 12, 29, 33.

## 888    DIVISION OF PREVENTIVE MEDICINE.    Vol. XVII.

Degreasers (fertilizer, leather), J 11, 12, 25.
Dentists, J 25.
Detonator cleaners, J 29.
Detonator fillers, J 99.
Detonator packers, J 29.
Devil operators (felt hats), D 2, J 29.
Diamond cutters, D 1, H.
Diamond polishers, J 24.
Digester-house workers (paper and pulp), A 2, C.
Dimethyl-sulphate makers, J 29, 23, 30, 37, 46.
Dippers (guncotton), J 11, RT.
Dippers (rubber), J 11.
Dippers. See also Acid dippers.
Disinfectant makers, J 17, 18.
Divers, R.
Doffers (textile), C, D 2
Dressers (glass), A 1.
Dresser tenders (textile), A 2, C.
Drivers, A 2, C.
Drop forgers, A 1.
Dry battery workers. See Battery (dry) makers.
Dry cleaners, A 2, J 11, 12, 15, 90, RL.
Dryers (pit hole), A 2, J 90.
Dryers (rubber), J 18, 29.
Drying-room workers (miscellaneous), A 2, J 14, 15.
Dye makers, A 2, C, J 1, 2, 4, 5, 7, 8, 9, 10, 12, 17, 18, 21, 22, 23, 26, 28, 29, 32, 33, 34, 35, 36, 40, 41, 44, 46, 47, 49, 02.
Dyers, A 2, C, J 4, 21, 25, 26, 27, 29, 39, 44. See also preparatory processes.

Edison storage battery workers, J 29, J 33, RS.
Electricians, R.
Electric linemen, R.
Electroplaters, C, J 9, 11, 12, 23, 28.
Electrotypers, A 2, D 1, J 28. See also Electroplaters.

Emave renders, H.
Embroidery workers, G, J 28.
Emery wheel makers D 1, J 29.
Enamelers. See Enamel makers.
Enamel makers, A 1, C, H, J 7, 8, 9, 10, 11, 16, 18, 23, 26, 28, 37, 15. See also Enamel.
Engravers, D 1, H. See also Electrographers.
Etchers, J 17, 27, 30.

Explosives workers, C, J 1, 8, 7, 12, 29, 30, 34, 35, 37, 44, 46, 61. See also particular occupation.
Extractor operators (soap), A 2, C.

Farmers, F 1, 2.
Fat renderers, A 2, J 8.
Feather curers, D 2, J 9.
Felt-hat workers, D 2, F 8, J 7, 9, 11, 12, 90, 26, 29.
Fencers, A 2, C.
Fish scrapers, C.
Felt-hat makers, A 2, C, D 2, J 9, 12, 29, 30, 37, 46. See also particular occupation.
Ferro-silicon workers, J 9, 10, 42.
Fertilizer makers, C, D 1, J 1, 2, J 10, 12, 14, 16, 27, 37, 42, 46, 47, 48. See also Phosphate mill employees.
Fiber workers, D 2.
Filament makers (incandescent lamps), J 10, 90.
Film cutters, D 1, J 28.
Film makers. See Celluloid makers.
Filter press workers, C.
Filter (incandescent lamps), J 16.
Finishers (leather), D 2.
Finishers (shoe). See Shoe finishers.
Fireworks makers, J 9, 29, 62. See also Explosives.
Fishermen, A 2, C.
Fitters (shoe), J 30.
Flangers (felt hats), A 2, J 10.
Flatteners (glass), A 2.
Flax scutchers, C, D 2.
Flax retteny workers, J 47.
Flint workers (foundry), A 1, D 1, J 29, 82.
Floor moulders (foundry), A 1, D 1, J 10. See also particular metal.
Flour workers, D 2.
Flue cleaners, D 1, J 16, 49, 49.
Flush tenders (aluminum), C.
Foremen, A 1.
Formers (felt hats), A 2.
Foundry workers, A 1, D 1, J 10. See also particular metal.
Fruit-essence makers, J 8.
Fruit preservers, J 16.
Fulminate mixers, J 22, 29.
Fumigators, J 28, 46.
Fur curders, D 2.
Fur dressers, D 2, F 1.
Fur dyers, D 2, J 9, F 1.
Fur cutters, D 2, F 1.

## No. 5.    DIVISION OF PREVENTIVE MEDICINE.    889

Fur handlers, D 2, F 1, J 9, 29.
Furnace workers, A 1, H, J 14, 16.
Furniture polishers, J 8, 11, 25, 30, 38, 52.
Fur preparers, D 2, F 1, J 9, 29, 37.
Fur pullers, D 2, F 1.

Galvanizers, C, J 5, 4, 9, 10, 13, 26, 23, 37, 46, 49.
German workers, J 16, 90.
Garbage workers, F 3.
Gardeners, F 0.
Gas (illuminating) workers, A 2, J 4, 16, 18, 90, 47.
Gas purifiers, J 16.
Gatherers (sand), A 1.
Gilders, J 5, 11, 12, 26, 30.
Glass blowers, A 1, D 1, H.
Glass cutters, C, D 1.
Glass finishers, C, D 1, J 29, 37, 38, 46.
Glass furnace workers, A 1, H.
Glass mixers, D 1, J 8, 9, 21, 26, 29.
Glass polishers, J 28.
Glass dippers (pottery), C, J 9, 9, 21, 39.
Glaze mixers (pottery), D 1, J 8, 9, 21, 28.
Glass-kiln workers, A 2, J 15, 29.
Glove makers (leather preparers), C, D 2. See also Tannery employees.
Glue workers, A 2, C, D 2, F 3, J 4, 11, 12, 13, 26, 37, 46, 47.
Gold beaters, D 1, H.
Gold miners, D 1, J 9, 23, 38, 29.
Grain elevator workers, D 2.
Granite workers. See Stonecutters.
Graphite workers, A 1, D 1.
Grinders (colors). See Color makers.
Grinders (metals), C, D 1, J 8, 29.
Grinders (rubber), D 2, J 8, 29.
Guncotton dippers, J 37, 46.
Guncotton mixers, D 1.
Guncotton washers, C.
Guncotton workers, J 37.
Gypsum workers, D 1.

Hair workers, C, D 2, F 1, R.
Hammermen, H.
Hardeners (felt hats), J 29, 30.
Hardeners (metal), A 1.
Harness makers, D 2.
Hat makers, etc. See Felt-hat makers, etc.

Hatter boys (riveters), J 29.
Heel makers (shoe), D 2.
Hemp workers, D 1.
Horn workers, A 2.
Hydrocal workers (iron and steel), A 1.
Hydrochloric-acid makers, J 29, 46.

Ice (artificial) makers.    See Artificial-Ice makers.
Ice-cream makers, A 2, C.
Imitation-pearl makers, J 16, 29.
Incandescent-lamp makers, J 6, 16, 29, 90, 37. See also particular occupation.
Incandescent-mantle hardeners, R.
Ink makers, J 21, 30.
Insecticide makers, J 9, 16, 23, 42.
Insulators, J 40.
Iron and steel workers (all departments), A 1. See also particular occupation.
Ironers, A 2.

Japan makers, A 2, J 9, 11, 18, 30, 52.
Japanners. See Japan makers.
Jewelers, D 1, G, H, J 5, 9, 28, 29, 30, 87, 46.
Jack metal refiners, A 1, D 1, J 12, 38.
Jute workers, J 28.

Kiln tenders, A 1, J 16.
Knitters, H.
Knitting-mill workers, D 2.

Labelers (paint cans), J 28.
Lace makers, D 2.
Lacquerers. See Lacquer makers.
Lacquer makers, J 5, 11, 12, 29, 30, 52.
Lampblack makers, J 88, 90.
Lapidaries, D 1.
Lapidation, D 2.
Lard makers, J 8.
Lasters (shoe), A 2, C, D 2, J 30.
Lathe turners, H.
Laundry workers, A 2, C, J 15, 17, 18.
Layer pullers (glass), A 1.
Lead burners, J 10, 29.
Leadfoil makers, A 1, J 28.
Lead miners (felt hats), J 29, 90.
Lead pipe makers, J 28.
Lead salts makers, J 29.
Lead smelters, A 1, D 1, J 8, 9, 10, 28, 40.

Leather workers, D 2 F 1. *See also* Tannery workers.
Leet tanders (glass), A 1.
Lehr sorters, H.
Levermen (iron and steel), A 1.
Litharge-ore (glass), A 1.
Lime burners, D 1, J 10, 14, 16.
Limekiln chargers, D 1, J 14, 16.
Lime pullers (tannery), Q F 1.
Lime workers, D 1.
Linen workers, D 2.
Linoleum colorers, J 9, H.
Linoleum makers, A 2, C, D 1, J 9, 5, 11, 28, 30, 43, 62.
Linotypers, J 8, 28.
Linseed-oil boilers, J 8, 28.
Lithographers, D 1, H, J 7, 9, 11, 12, 21 28, 57, C.
Litho-transfer workers, J 28.
Locksmiths, H.
Longshoremen, F 1.
Lumbermen, A 2, F 2.
Luters (zinc smelting), A 1, J 13.

Machinists, H.
Marble cutters, D 1.
Marblers (glass), A 1.
Masons, C, D 1, E.
Match-factory workers, O, D 1, 8, J 13, 21, 28, 42, 47.
Mattress makers, D 2.
Meat inspectors, F 1.
Melters (foundry) (glass), A 1.
Mercerizers, J 4, 48.
Mercurial-vapor-lamp makers, J 30.
Mercury bronzers, J 30.
Mercury miners, J 30. *See also* Miners
Mercury salts workers, J 30.
Mercury smelters, A 1, J 18, 30, 46.
Mercury-solder makers, J 23.
Mercury-still cleaners, J 30.
Metal polishers, H.
Metal-polish makers, J 23.
Metal turners, D 1.
Metal workers. *See particular occupation.*
Mica strippers or splitters, D 1.
Mica workers, D 1.
Microscopist, H.
Milkers, H.
Millinery workers, J 7, 11, 12, 30, 58, 62.

Miners, A 2, C, D 1, F 2, G, H, J 14, 16, 37, 47.
Mirror silverers, A 2, C, J 1, 28, 29.
Mixers (salt bath), D 2, J 29.
Mixers (rubber), A 2, D 1, J 7, 8, 9, 11, 12, 21, 28.
Mixing-room workers (miscellaneous), D 1, 2.
Mold breakers (foundry), D 1.
Molders. *See* Bench molders, Floor molders.
Monotypers, J 8, 28.
Mordanters, J 6, 8, 9, 11, 12, 21, 37.
Mosaic-picture-dust makers. *See* Celluloid makers.
Motormen, J 1.
Motters (leather), J 5, 00.
Motion-picture-machine operators, H.
Muffle tenders, A 1.
Muriatic-acid makers. *See* Hydrochloric-acid makers.
Muriatic-acid mixers. *See* Acid mixers.
Musical-instrument makers, J 28.
Musicians, H.

Nickel platers, C. *See also* Electroplaters.
Nitrators, J 37, 48.
Nitric-acid workers, J 28, 37, 48.
Nitroglycerin makers, J 10, 28, 35, 37, 48.

Oilcloth makers. *See* Linoleum makers.
Oil extraction, J 15.
Oil-flotation-plant workers, J 88, 44, 47, 48.
Oil refiners. *See* Petroleum refiners.
Oilwell workers, J 33.
Open-hearth-department workers (iron and steel), J 1.
Oxy-acetylene cutters, B.

Packing-house employees, A 2, C.
Painters, H, J 7, 11, 12, 23, 28, 30, 52.
Paint makers, C, J 7, 11, 12, 23, 30, 28, 30, 43, 52.
Paint removers (tin-plate), A 1.
Paint sprayers, H.
Paper glazers, J 8.
Paperhangers, D 1, J 9, 21, 28.

Paper makers, A 2, C. *See also* particular occupation.
Paraffin workers, J 11, 33, 40.
Patent-leather makers, A 2, J 5, 10, 28, 30, 40, 52.
Pavers, A 1, H, J 46.
Penciling (colored) makers, J 7, 9, 21.
Perfume makers, J 23, 30, 34.
Petroleum refiners, A 1, C, J 20, 28, 33, 35, 40, 47, 48, 49.
Phenol makers. *See* Carbolic acid makers.
Phosgene makers, J 16, 18, 41.
Phosphate-mill workers, A 2, C, D 1, J 43. *See also* Fertilizer makers.
Phosphor-bronze workers, J 42.
Phosphorus-compounds makers, J 42.
Phosphorus-evaporating-machine operators, A 2, C, J 42.
Phosphorus extraction, J 42, 43.
Phosphates (red) makers, J 42.
Photo-engravers, J 12, 21, 30, 37.
Photographers, E, G, J 20, 44.
Photographic workers, J 7, 12, 13, 21, 22, 29.
Photograph retouchers, J 28.
Picklers, C, J 10, 22, 28, 37, 48.
Picric-acid makers, J 37, 38, 44, 48.
Pigment makers. *See* Color makers.
Pipe fitters, J 28. *See also* substance piped.
Pitch workers, J 9.
Pit molders (foundry), A 1, D 1.
Planer men (stone, metal), D 1.
Plasterers, C, D 1.
Plater of Paris workers, D 1.
Platers. *See* Electroplaters.
Plumbers, J 28. *See also* Furniture finishers.
Pneumatic-tool workers, D 1, H.
Polishers, D 1, J 5, 23, 30, 50.
Porcelain makers. *See* Pottery.
Porters, H.
Pot filers (glass), A 1.
Pot litters (iron and steel), A 1.
Pot pullers (foundry), A 1.
Pot-room workers (aluminum foundry) (carbide plant), A 1.
Pot setters, A 1.
Pottery workers, A 1, C, D 1, J 9, 16, 16, 28, 33, 46. *See also* particular occupation.

Pouncers (felt hats), D 1, 2.
Pourers (brass foundry), A 1, J 13.
Preparers, H, J 16.
Pressmen (oil relining), C.
Pressmen (printers), D 1.
Pressroom workers (rubber), A 2, J 7, 8, 9, 11, 12, 21.
Printers (explosives), J 20.
Printers, D 1, J 7, 8, 9, 11, 28, 62.
Puddlers (iron and steel), A 1, B.
Pullers-out (felt hats), C.
Pulp-mill employees, C. *See also* particular occupation.
Putty makers, D 1, J 11, 15, 23.
Putty polishers (glass), D 1, J 28.
Pyrite burners, A 1, D 1, J 9, 46, 47.
Pyroxylin makers. *See* Guncotton.

Quarrymen, D 1, F 2.

Rag workers, D 2, F 2.
Racklinters (rubber), J 7, 11, 12, 18, 24, 28, 48.
Red-lead workers, A 1, J 6, 10, 16, 28.
Refiners (metals), A 1, J 6, 13. *See also* particular metal.
Refiners (sugar). *See* Sugar refiners.
Refrigerating-plant workers, A 2, C, J 4.
Riveters, H, J 28.
Roller coverers (cotton mills), G, D 2.
Rollers (metals), A 1.
Roll setters (iron and steel), A 1.
Roll wreckers (iron and steel), A 1.
Roofers, A 2, J 28, 40.
Roofers, A 2, J 33, 49.
Roughers (iron and steel), J 40.
Roughers (iron and steel), A 1.
Roughers (iron and steel), J 1.
Rubber-glove makers, J 11.
Rubber-substitute makers, J 46.
Rubber-tire builders, J 9, 11, 12, 21.
Rubber washers, J 9, 11, 12, 21.
Rubber workers, A 2, D 1, J 7, 8, 9, 11, 12, 21, 28, 36, 38, 39, 40, 62. *See also particular occupation.*

Sugar makers, C, D 1, J 28.
Sailors, A 2, H.
Salt extractors (Coke-oven by-products, J 4, 48.
Salt preparers, A 2, C, D 1.
Sand blasters, D 1.
Sand cutters, D 1.

## LIST OF HAZARDS, SYMPTOMS, OCCUPATIONS EXPOSED, AND PREVENTION.

### A. ABNORMALITIES OF TEMPERATURE.

The primary physiological effect of abnormal temperatures is the disturbance of the heat-regulating system of the body. Heat dilates the blood vessels on the surface of the body, increasing the supply of blood in this region. Cold, on the other hand, constricts the blood vessels, causing a diminished blood supply on the body surface. Continuous abrupt changes from one extreme of temperature to another may cause serious congestion of the internal organs, the heat-regulating system of the body not being capable of adapting itself to sudden variations. It is in this way that a cold draft, which causes a sudden variation of the temperature, may produce neuralgia, paralysis, and respiratory diseases. Extremes of temperature may produce pathological changes by direct action. Thus, extreme dry heat will cause conjunctivitis, cataract, and the familiar sunburn. Extreme cold may cause frostbite and eczema. With the above data in mind, abnormalities of temperature have been classified under only two headings, namely, "Sudden variation of temperature" and "Extreme dry heat." Extreme cold has not been listed as a distinct hazard, because a temperature so low as to cause the direct effects mentioned above is rarely met in industry. It is evident that the occupations listed in the division "Extreme dry heat" are exposed not only to the danger of the direct action of the high temperatures but also to the hazard "Sudden variations of temperature."

The prevention of disease due to exposure to extremes of temperature consists, obviously, in the avoidance of sudden variations of temperature. Drafts are particularly hazardous, and may be practically eliminated by the use of vestibule and storm doors. Workers in cold processes should keep active and avoid chill. The hot-process worker should allow his body to cool off gradually after completion of the day's work. He should carefully regulate his diet, drinking plenty of water and avoiding meats. As direct preventive measures for the effects of extreme heat, it is advisable to make use of shields, helmets, goggles, water-cooled furnace doors, exhaust systems, cold air, fans, etc.

### A. Abnormalities of Temperature.

| No. 8. | Health hazard. | Symptom, condition, or disease to look for. | Occupations which ofer and to power. |
|---|---|---|---|
| 1. | Extreme dry heat. | Anemia, general debility, catarrh, eye trouble, excessive thirst, loss of appetite, headache, sunstroke, heatstroke, constipation. heat cramps, heat exhaustion, skin diseases. | *(list of occupations — illegible)* |
| 2. | Sudden variations of temperature. | Congestion of internal organs, chilblains, frostbite, rheumatism, neuralgia, paralysis, respiratory diseases, bronchitis, pneumonia. | *(list of occupations — illegible)* |

### B. Compressed Air.

In building tunnels, laying deep foundations for large buildings, etc., it is necessary for the work to be carried on under increased air pressure in order to prevent the entrance of water into the excavations. The laborer is lowered gradually and at short intervals the

## 896    DIVISION OF PREVENTIVE MEDICINE.    Vol. XVII.

pressure of the air in the compartment is increased. The first sensation of compression is felt on the eardrums, which may be relieved by the act of swallowing. If the air is too quickly compressed hemorrhage may occur. The greater part of the danger of working in compressed air lies in hasty decompression. While under compression the blood and tissue juices dissolve an increased amount of air, the gases of which are released when the pressure is suddenly decreased. The bubbles thus formed cut out of the blood supply from various parts of the body by blocking up the capillaries. The symptoms of compressed air illness, the so-called "bends," are the result. It is a gradual compression and decompression, especially the latter. It is not advisable for boys and for men over 40 years of age to work under high pressure.

### B. Compressed air.

| Health hazard. | Symptoms, conditions, or diseases to look for. | Occupations which offer such exposure. |
|---|---|---|
| Compressed air... | Workers... | Caisson workers; divers; tunnel workers. |

### C. Dampness.

The moisture content of the air is very important for the proper adjustment of the physiologic processes of the body. Damp air will prevent the evaporation of moisture from the body and will therefore affect the body temperature. High humidity tends to increase the effects of high temperature. Moist cold air has the effect of undermining the general vitality of the organism, weakening its resistance to diseases of the respiratory passages, and to neuralgic and rheumatic affections. The same effects are noticed among workers around open tanks and vats, who are continuously working in wet clothes. Excessive dampness suggests dry air as a hazard. It has not been listed among the hazards because it is not characteristic of any one occupation but is prevalent generally, especially during the winter months.

When dampness is a feature of an industrial process the following precaution should be taken to avoid ill effects:

(1) Provision of exhaust systems wherever steam is generated.

(2) Provision of floors with drain channels to prevent the accumulation of water.

(3) Provision of adequate waterproof clothing, such as rubber boots, rubberized aprons, etc.

## No. 5.    DIVISION OF PREVENTIVE MEDICINE.    897

Wherever there is dampness special measures should be taken to keep the humidity at its proper percentage. In this connection the wet-bulb thermometer is invaluable in determining the degree of moisture in the air. By circulating the air the effects of high humidity may be mitigated.

### C. Dampness.

| Health hazard. | Symptoms, conditions, or diseases to look for. | Occupations which offer such exposure. |
|---|---|---|
| Dampness.......... | | |

### D. Dust.

Dusts have here been divided into two kinds, according to their chemical composition, namely, organic and inorganic. The differentiation in symptoms listed under each is based on the findings of recent investigators that organic dusts do not cause pulmonary lesions. Dr. H. R. M. Landis[1] has found that wherever fibrosis was present in the lungs of men exposed to organic dust, the latter was always mixed with some form of mineral or metallic dust. Tobacco workers exposed to organic dust for years showed no pulmonary changes other than those found in people living in the city. Mineral and other dusts, however, produce fibrosis of the lung tissue, the

[1] See article on "The Pathological and Clinical Manifestations Following the Inhalation of Dust," in The Journal of Industrial Hygiene, July, 1919, pp. 117-189.

898    DIVISION OF PREVENTIVE MEDICINE.    Vol. XVII.

extent of which depends on the time of exposure and the particular dust inhaled. Of the inorganic dusts, silica is the most harmful, producing serious pulmonary damage in a comparatively short period of time, while the least harmful are those which produce slight changes and then only after long exposure, for example, lime, coal, etc. The relationship between occupational dust and tuberculosis is rather a doubtful one. Authorities disagree as to the effect of fibrosis on the resisting power to the tubercle bacillus. Dust, by acting as a carrier of the bacilli, may increase their number in the lungs. In this way, men exposed to dust may be in greater danger of contracting tuberculosis than others. Dr. H. R. M. Landis claims, however, that in the trades exposed to inorganic dust, mistaken diagnosis of pneumoconiosis swells the mortality statistics for tuberculosis. As a means of avoiding incorrect diagnosis of pneumoconiosis, Roentgen ray examinations of the lungs and sputum analyses are invaluable.

There are four effective methods that may be used to prevent the inhalation of dust generated during industrial processes. No one of these can apply to all conditions, but the particular method to be used must be adapted to the peculiarities of the process.

(1) The use of water to dampen the dust and thus prevent it from rising and filling the atmosphere.

(2) The use of exhaust systems which remove the dust at the point of origin.

(3) The use of inclosing chambers in which the dust-producing processes are confined, being regulated from the outside.

(4) The use of respirators and helmets.

In many cases it may be necessary to combine several of these measures effectively to prevent the inhalation of dust by the worker.

## D. Dust.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
| --- | --- | --- |
| 1. Inorganic dust... | Cough, dyspnea, pleuritic pain... | [list of occupations illegible] |

899    DIVISION OF PREVENTIVE MEDICINE.

## D. Dust—Continued.

| No. 5 | Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
| --- | --- | --- | --- |
| 1. | Inorganic dust—Continued. | Cough, dyspnea, pleuritic pain—Continued. | [illegible] |
| 2. | Organic dust... | Dyspnea, sore throat, nasal symptoms, tuberculosis. | [illegible] |

## K. EXTREME LIGHT.

Intense light is usually a product of a process associated with heat. Among the different kinds of light included under this heading are the arc light, furnace glare, glowing metal or glass, and X ray. Poor illumination as a hazard is treated under "G. Poor illumination." Continuous exposure to strong light is not only irritating to the conjunctiva, but may also cause a degeneration of the retina and decomposition of the visual purple. Repeated electric flashes of brilliant light have caused severe ophthalmia, retinitis, and even blindness. Glass blowers and steel puddlers, who have to look at a glowing molten mass, are apt to develop cataracts. It seems that the invisible ultra-violet rays and infra-red rays are responsible. The introduction of X rays into the medical field has been brought to light the highly

8864—22—11

dangerous character of the radiographer's work. Severe dermatitis and cancer may ensue after exposure to X rays.

The following protective devices prove effective in preventing the injurious section of extreme light:

(1) Shields.
(2) Helmets.
(3) Goggles which eliminate the ultra-violet and infra-red rays.
(4) Clothing which covers the skin completely.
(5) X-ray apparatus should be inclosed as completely as possible with lead plates.

### E. Extreme light.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
| --- | --- | --- |
| Extreme light | Cataract, syphilis, ... | Blacksmiths, electricians, electric lamp workers, furnace workers, iron workers, ironmakers, lamp testers, photographers, radiographers, welders, X-ray workers. |

### F. Infections.

There are many infectious diseases, such as tetanus, trachoma, and syphilis, which are often of occupational origin. They are not, however, specifically occupational; that is, they do not arise from a condition caused by an industrial process. The conditions which cause these diseases in industry are identical with those which cause them out of industry. The above-mentioned diseases have not therefore been included in this list of occupational infections. Those diseases which have been included arise primarily in occupational exposure. There are a number of other disease which occur in occupations, but these are of such little numerical importance that they also have not been included.

Besides the general rules of sanitation, the following measures are recommended:

(1) *Anthrax.*—All hides and animal hair must be thoroughly sterilized. Foreign skin or hair should not be carried on the unprotected shoulder. The hands should be frequently washed with bichloride of mercury. Hair sorters should wear respirators.

(2) *Hookworm.*—Workers in mines and others who are exposed to infected soil should make special effort to keep the skin clean. Shoes must always be worn and gloves are also of value in preventing the entrance of the hookworm through the skin. Infected soil should be disinfected and kept dry. The stools of infected individuals must be disinfected immediately.

(3) *Septic infections.*—Workers should avoid puncturing the skin. Cuts, scratches, or abrasions should be treated at once to avoid in-

fection. Men having open wounds should not be allowed to work with putrid material.

### F. Infections.

| No. | Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
| --- | --- | --- | --- |
| 1. | Anthrax: External. | | Animal handlers; ... |
| | Internal. | | |
| 3. | Hookworm (ankylostomiasis). | | Brick makers; ... miners ... |
| 4. | Septic infections. | Skin infection, ... | Animal handlers; butchers; ... |

### G. Poor Illumination.

The effects of poor illumination are not easily apparent. The hazard may be present in any plant, but is especially prevalent in a limited number of occupations because of the peculiar conditions that make it difficult properly to illuminate the workroom. Miner's nystagmus is the outstanding example of the effects of this hazard. Poor illumination is not only the cause of the conditions listed below but is also an important factor in the causation of accidents.

802　　　DIVISION OF PREVENTIVE MEDICINE.　　　Vol. XVII.

#### G. Poor Illumination.

Artificial light is least harmful to the worker when it comes from overhead, reflected from the ceiling by inverted bowl-shaped reflectors. Light-colored walls and ceilings aid materially in properly illuminating a room. Special precaution must be taken to avoid glare. All lights should be shaded so that only diffused light reaches the eye.

| Health hazard. | Symptom, symptoms, or disease to look for. | Occupations which offer such exposure. |
| --- | --- | --- |
| Poor illumination. | [illegible] | [illegible] |

#### H. Repeated Motion, Pressure, Shock, etc.

Under this heading are included those muscle-strain conditions which are caused by the continuous repetition of movements, pressure, or shock. This section is not concerned with the neurasthenic phenomena which are sometimes called occupational neuroses. Everyone is familiar with the muscular strain experienced in performing for the first time some exercise, such as rowing, long walking, etc. Man newly introduced into a process requiring such repeated action are affected similarly but often much more severely, so as to disable them temporarily for the particular job. The injury does not stop with muscular strain but may even cause inflammation of the surrounding sheaths or paralysis of the parts concerned.

Many types of occupational neuroses may be avoided by working at a comfortable pace, avoiding fatigue. Where continuous pressure or shock is the cause, pads or cushions are often beneficial. Workers who have to grasp tools tightly would do well frequently to change their method of holding the instrument, if this is possible. Occasional rest periods will do much toward the prevention of muscular pains and cramps.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
| --- | --- | --- |
| Repeated motion, pressure, shock, etc. | [illegible] | [illegible] |

---

#### J. Poisons.

The continued introduction of new processes making use of new poisonous substances in industry makes this section of more and more importance. The enormous increase in the production of dyestuffs and other chemicals will no doubt show its effects on the workmen in the form of industrial poisoning. During the war the increased production of trinitrotoluol and tetrachlorethane for airplane dope resulted in a large number of cases of poisoning from these substances. For the data presented under this heading, the revised "List of industrial poisons," compiled by Sommerfeld and Fischer for the International Association for Labor Legislation, has been drawn upon largely. The arrangement is similar.* The material in that list has been revised and brought up to date. Several poisons have been added and all the occupations exposed are given for each poison. The symptoms are those given by recent investigators. In order to avoid swelling the list of poisons to unwarranted proportions, substances the effects of which are similar have been grouped. Thus all nitro compounds of benzol and its homologues have been included under one heading and the same procedure has been followed with amido compounds. An endeavor has been made to limit this list to those substances the actions of which are mainly constitutional. The next section (p. 912) is devoted to the substances occurring in industry which act as skin irritants. Because of the very large number of substances in the latter class, it has not been possible to treat them as fully as the other poisons.

To prevent industrial poisoning the following precautions should be taken: Personal cleanliness must be maintained. Workers must be instructed as to the toxicity of the substances handled. Frequent medical examinations of workers must be made to detect early symptoms of disease. Men should not be allowed to eat in workrooms where poisonous substances are handled. Work clothes should be removed at end of day's work. Proper lavatory facilities should be provided. Work clothes should receive special attention. The use of gloves and boots are often necessary. Mechanical devices for confining the poisons are of prime importance. (See also preventive measures, under "Dust.") Fumes and gases should be taken care of by proper ventilation, the use of exhaust systems, fans, and blowers. Men who work in an atmosphere polluted by poisonous fumes and gases should always wear gas masks properly suited for the obtaining conditions.

* See United States Bureau of Labor, Bulletin No. 100, May, 1912.

904

DIVISION OF PREVENTIVE MEDICINE.    Vol. XVII.

J. Poisons.

| Health hazard. | Symptoms, conditions, or disease to look for. | Occupation which offer such exposure. |
|---|---|---|
| 1. Acetaldehyd | Irritation of the mucous membranes of the eyes, nose, throat, and lungs. | Aldehyde plant men; celluloid makers; dye makers; rubber workers; varnish makers, etc. |
| 2. Acetine | | Dye makers. |
| 3. Acrolein | | Fume renderers; fat renderers; glycerine; hard renderers; linseed makers; tallow renderers; varnish makers. |
| 4. Ammonia | | Acetylene makers; ammonia; chemical workers; dye makers; ice makers, etc. |
| 5. Amyl acetate | | Amyl-distillery workers; dye makers; shoe finishers. |
| 6. Amyl alcohol | | Amyl-distillery workers; dye makers; shoe finishers. |
| 7. Antimony and other metals of its homologues. | | Antimony extractors (smelters); brass founders; type founders; etc. |
| 8. Antimony and its compounds. | | Antimony extractors (smelters); brass founders; type founders; etc. |
| 9. Arsenic and its compounds. | | Arsenic renderers; |

905

DIVISION OF PREVENTIVE MEDICINE.

J. Poisons—Continued.

| No. 5. | Health hazard. | Symptoms, conditions, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|---|
| 9. | Arsenic and its compounds—Continued. | Eruptions; paralysis; gastric catarrh; paralysis. | Insecticide makers; brass makers; |
| 10. | Asphyxiating gases. | General malaise, difficulty of breathing, etc. | Acetylene workers; |
| 11. | Benzine | Headache, vertigo, etc. | Aniline workers; |
| 12. | Benzol | Headache, vertigo, anemia, etc. | |
| 13. | Brass (alloy) | | Brass founders; |
| 14. | Carbon disulphide. | | Aluminum makers; |

907

## DIVISION OF PREVENTIVE MEDICINE

### J. Poisons—Continued.

| No. 8. | Health hazard. | Symptoms, conditions, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|---|

906    DIVISION OF PREVENTIVE MEDICINE.    Vol. XVII.

### J. Poisons—Continued.

| Health hazard. | Symptoms, conditions, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|

808

DIVISION OF PREVENTIVE MEDICINE.    Vol. XVII.

J. Poisons—Continued.

| Health hazard. | Symptoms, conditions, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 29. Mercury and its compounds. | | Artificial colors, etc. |
| 30. Methyl alcohol. | | Antipyrin makers' dye makers. |
| 31. Methyl formate. | | |
| 32. Naphtha. | | |
| 33. Nitrobenzine. | | Aniline makers' dye makers; nitrobenzine workers' perfume makers. |
| 34. Nitrobenzol and other nitro compounds of benzol. | | |

DIVISION OF PREVENTIVE MEDICINE.

J. Poisons—Continued.

| No. 5. | Health hazard. | Symptoms, conditions, of disease to look for. | Occupations which offer such exposure. |
|---|---|---|---|
| 35. Nitroglycerin. | | | Explosives workers; nitroglycerin workers; shell fillers. |
| 36. Nitrosophthalic acid. | | | |
| 37. Nitrous gases and nitric acid. | | | Acid dippers; acid mixers. |
| 38. Petroleum. | | | Benzene. |
| 39. Phenol. | | | Carbolic makers; aniline printers. |
| 40. Phenyl hydrazine. | | | Antipyrin makers; dye makers. |

911

# DIVISION OF PREVENTIVE MEDICINE.

## J. Poisons—Continued.

| No. | Health hazard. | Symptom, condition, of disease to look for. | Complications which often mark exposure. |
|---|---|---|---|
| 45. Sulphuric acid. | | | |
| 46. Tar | | | |
| 50. Tetrachlorethane (symptoms specific). | | | |
| 51. Trinitrotoluol. | | | Explosive workers; shell filters. |

Vol. XVII.

# DIVISION OF PREVENTIVE MEDICINE.

## J. Poisons—Continued.

| Health hazard. | Symptom, condition, of disease to look for. | Complications which often mark exposure. |
|---|---|---|
| 41. Turpentine. | | Dye makers; phtagen makers. |
| 42. Phosphorus. | | |
| 43. Phosphuretted hydrogen. | | Acetylene makers; ferrosilicon workers; phosphorus extractors phosphorus (real) makers. |
| 44. Picric acid. | | |
| 45. Sulphur chloride. | | Rubber-vulcanized makers vulcanizers. |
| 46. Sulphur dioxide. | | |
| 47. Sulphuretted hydrogen. | | |

910

919 DIVISION OF PREVENTIVE MEDICINE. Vol. XVII.

J. Poisons—Continued.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 44. Turpentine | Irritation of the mucous membrane of the eyes, nose and throat; dermatoses; headache; dizziness; nausea | Artists; varnishers; paint makers; color makers; rubber makers; oilcloth makers; linoleum makers; … |

## SKIN IRRITANTS.

Because of the fact that dermatoses form such a large proportion of all occupational diseases and are often disabling, the more important occupations that are exposed to skin irritants have been listed separately. A complete enumeration of such occupations would be impossible. Almost any foreign substance can become a skin irritant if it is in continuous contact with the skin. Thus soap and water, which ordinarily do not irritate the skin, may cause severe dermatoses in washerwomen.

The data presented below are a compilation of the literature on the subject, taken largely from Dr. R. Prosser White's compilation of "Occupational Affections of the Skin."

Skin affections caused by different external irritants often show the same clinical picture. A number of occupational skin eruptions have no specific lesions or special pathology, which makes their differential diagnosis very difficult. Most superficial industrial skin diseases show simply a difference in degree of catarrhal inflammation, depending on the intensity of the irritant. For these reasons the symptoms for each irritating substance have not been listed as has been done for the other hazards.

Occupational dermatoses are characterized by their grouping, situation, mode of appearance, spread, and evolution. They crop up in series, retaining their initial type throughout, unless they are secondarily infected. They are most often local, except when they are a differentiating sign of the toxemias. The onset and development are usually sudden. The inflammation is sharply outlined. Exudation is excessive and there is deep-seated edema. The eruption usually predominates on the right side.

There are many cases of dermatitis which are caused by physical agents, such as heat, cold, friction, etc. In this bulletin these conditions are dealt with only as they are related to the hazards listed.

No. 8. DIVISION OF PREVENTIVE MEDICINE. 913

Thus among the symptoms for "Extreme dry heat" and "Extreme light" we find skin eruptions.

The following is the list of the more common occupations exposed to dermatoses with the irritating substances concerned:

Occupation exposed to specified skin irritants.

| Occupation exposed. | Skin irritants. |
|---|---|
| Acetylene workers | Calcium carbide. |
| | Acids. |
| | Caustic alkali, dyes. |
| | Formaldehyde gas, phenol. |
| Bakers | Flour, sugar, ammonium salts, charcoal. |
| Barbers | Powder, arsenic alkali, hydrogen peroxide. |
| | Arsenic compounds. |
| Bottlers (brewery) | … |
| Brass workers | … |
| | Lime. |
| Brewers (dry and malt pulp) | … |
| Builders (masonry) | … |
| | Chrome compounds. |
| | Mercury compounds. |
| Confectioners | Sugar, acids, dyes. |
| | Friction, coal-tar products, naphtha, mercury, alcohol. |
| | Lime, caustic alkali, lime, soap, potassium salts, sodium salts, … |
| Dampers (conditioning cotton) | Lime, chloride, caustic soda, phenol. |
| | Bisulphate, aluminum salts, formaldehyde, magnesium salts, mercury bichloride. |
| Dyers | Dyes. |
| | … |
| Electrical workers | … |
| | … |
| | … |
| Fur workers | Arsenic chloride. |
| | … |
| | Dyes. |

## DIVISION OF PREVENTIVE MEDICINE.   915

### HEALTH CONDITIONS OF THE NAVY.

Health conditions of the Navy during the month of September were excellent. The annual admission rate for all causes, entire Navy, for the four-week period ending October 7 was 578 per 1,000 per annum, as compared with 576 per 1,000 per annum for the five-week period ending September 9.

There has been little change in the morbidity rates for communicable diseases; the annual admission rate for the four-week period ending October 7 was 49 per 1,000, as compared with 47 per 1,000 for the five-week period ending September 9.

The following table gives the annual admission rate per 1,000 for certain communicable diseases for the current month of September, 1922, in comparison with the mean annual admission rates, month of September, for the four-year period 1918–1921, inclusive:

| | September, 1918–1921. | September, 1922. |
|---|---|---|
| Cerebrospinal fever | 0.18 | 0 |
| Diphtheria | 1.09 | 0 |
| German measles | .29 | 0.40 |
| Influenza | 100.92 | 80.64 |
| Malaria | 30.97 | 10.01 |
| Measles | 4.00 | .25 |
| Mumps | 11.83 | .01 |
| Pneumonia | 8.21 | 1.01 |
| Scarlet fever | .74 | .25 |
| Smallpox | .04 | 0 |
| Tuberculosis | 3.48 | 1.02 |
| Typhoid fever | .08 | 0 |

There were 178 admissions with dengue during the month of September, 133 occurring in insular and foreign stations, 24 in the United States, and 17 among the forces afloat. The admission rate for pneumonia is somewhat higher than it has been during the past two or three months, the rate for the four-week period ending October 7 being 1.6 per 1,000 per annum. Only an occasional case of measles, mumps, or scarlet fever has been reported during the past four weeks, either ashore or afloat.

There has been a decided increase in the incidence of venereal disease during the past two months, the admission rate for these diseases, entire Navy, for the four-week period ending October 7 being 163 per 1,000 per annum. The morbidity rate for the venereal diseases for the entire Navy for that portion of the year passed is now 112 per 1,000 per annum.

---

Occupations exposed to specified skin irritants—Continued.

| Occupation exposed. | Skin irritants. |
|---|---|