UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCT
LIABILITY LITIGATION (NO. VI)     MDL Docket No. 875

This Document Relates to:

HELEN HUTCHISON, etc., et al.,
v.
A.W. CHESTERTON COMPANY, et al.

Northern District of California
Oakland Division
Docket No. C 07-02824 SBA
(CTO-281)

## DECLARATION OF LAWRENCE STILWELL BETTS IN OPPOSITION TO MOTION TO REMAND TO STATE COURT

**Exhibit 15**

Exhibit 15 is attached in three parts as Attachment # 46, # 47, and # 48.