EXHIBIT
9012

## GENERAL SERVICES ADMINISTRATION
National Archives and Records Service

**To all to whom these presents shall come, Greeting:**

By virtue of the authority vested in me by the Administrator of General Services, I certify on his behalf, under the seal of the National Archives of the United States, that the attached reproduction(s) is a true and correct copy of documents in his custody.

SIGNATURE

NANCY V. MENAN

Chief, Library and Printed Archives Branch

DATE 7-10-84

The National Archives
Washington, D. C. 20408

GSA FORM 6791 A



PUBLIC HEALTH SERVICE

Public Health Bulletin No. 241

August 1938

# A STUDY OF ASBESTOSIS
# IN THE ASBESTOS TEXTILE INDUSTRY

By

WALDEMAR C. DREESSEN, Passed Assistant Surgeon

J. M. DALLAVALLE, Passed Assistant Sanitary Engineer

THOMAS I. EDWARDS, Technical Editor

J. W. MILLER, Pathologist,

R. R. SAYERS, Senior Surgeon

With the assistance of

H. F. KNSOM, M. D., Director

M. F. TRICE, Engineer

*Divisions of Industrial Hygiene*

*North Carolina State Board of Health*

From the Division of Industrial Hygiene

National Institute of Health

PREPARED BY DIRECTION OF THE SURGEON GENERAL



UNITED STATES

GOVERNMENT PRINTING OFFICE

WASHINGTON : 1938

For sale by the Superintendent of Documents, Washington, D. C.    -    -    -    -    Price 20 cents



# ORGANIZATION OF THE NATIONAL INSTITUTE OF HEALTH

THOMAS PARRAN, Surgeon General, United States Public Health Service

L. R. THOMPSON, Assistant Surgeon General, Director, National Institute of Health

*Division of Industrial Hygiene.*—Chief, Senior Surg. W. T. HARRISON.
*Division of Chemistry.*—Chief, Prof. C. S. HUDSON.
*Division of Infectious Diseases.*—Chief, Senior Surg. R. E. DYER.
*Divisions of Zoology and Hygiene.*—Chief, Senior Surg. R. R. SAYERS.
*Division of Pathology.*—Chief, Surg. R. D. LILLIE.
*Division of Pharmacology.*—Chief, Pharmacologist-L Director Carl VOEGTLIN.
*Division of Public Health Methods.*—Chief, Surg. J. W. MOUNTIN.
*Division of Zoology.*—Acting Chief, Senior Zoologist WILLARD H. WRIGHT.
*National Cancer Institute.*—Chief, Pharmacologist-Director Carl VOEGTLIN.
*National Advisory Cancer Council.*—Executive Director Dr. Lowell HARRISON.

iiii



# CONTENTS

| | Page |
|---|---|
| Abstract | iii |
| Introduction | 1 |
| Objectives of the study | 2 |
| The working environment | 3 |
| Methods and instruments used in the study of the wreding machine work | 3 |
| The manufacture of cotton textiles | 3 |
| The preparations | 4 |
| Carding | 5 |
| Spinning | 5 |
| Winding, twisting, and spooling | 10 |
| Weaving | 11 |
| Modern yarn manufacture | 13 |
| Reddish impurities in the yarn | 15 |
| Chemical analyses and a description of the chief constituents | 15 |
| Preparation | 16 |
| Carding | 16 |
| Spinning | 16 |
| Spooling, twisting, and twisting | 18 |
| Cloth and tape weaving | 18 |
| All others | 18 |
| Results of the engineering study | 19 |
| Dust studies | 19 |
| Nature of dust found in various textile factories | 19 |
| Composition | 18 |
| Particle size | 19 |
| Dust content action in different occupations | 20 |
| Preparations | 26 |
| Carding | 28 |
| Spinning | 27 |
| Spooling, twisting, and spooling | 28 |
| Immediate weaving | 28 |
| Yarn, with, and knots—hand weaving | 28 |
| Card, rope, and braid working | 31 |
| Semi-latest finishing | 30 |
| Miscellaneous occupations | 30 |
| Previous dust exposure | 30 |
| Interpretation of dust counts | 41 |
| The control of machine dust | 42 |
| Preparation departments | 22 |
| Willowing | 23 |
| Picking | 23 |
| Carding | 23 |
| Drawing and twisting, &c. | 24 |
| Weaving | 24 |
| Inspection | 25 |
| Nature of the study of the weaving environment | 41 |

Patient description of employees.................................... 43
Occupational histories............................................ 44
Comparison with other industrial workers......................... 45
Preclinical....................................................... 46
Past medical history.............................................. 48
Symptoms of asbestosis............................................ 49
X-ray findings.................................................... 50
Physical findings................................................. 54
Diaphragm....................................................... 54
Physical findings................................................. 55
Heart........................................................... 58
Chest expansion................................................. 59
Respiratory rate................................................ 61
Clubbing of fingers and curvling of nails....................... 62
Heart defects................................................... 63
Anes............................................................ 65
Laboratory findings............................................... 66
Asbestosis bodies............................................... 68
Results of tests on urine....................................... 69
The diagnosis of asbestosis....................................... 72
Occupational history............................................ 74
X-ray findings.................................................. 75
Clinical........................................................ 75
Physiology...................................................... 76
Representative case histories..................................... 77
Threshold concentration of asbestos dust.......................... 89
Comparison of asbestos at different occupations................... 91
Asbestosis in Canada and the United States........................ 94
Pathological findings in asbestosis and lung cancer............... 95
Gross appearance................................................ 95
Microscopic appearance.......................................... 96
Selected autopsy reports........................................ 101
Acknowledgments................................................. 115
Summary of medical findings....................................... 116
Annotated bibliography............................................ 11A

ILLUSTRATIONS

Figure
1. Vacuum cleaner bags arrangement or collecting suspended dust sample.. 4
2. Flow sheet of Asbestos practice.................................. 4
3. Mill for crushing asbestos fiber................................. 5
4. Fly opener or willower (late ridis set).......................... 7
5. Diamond carding machine......................................... 7
6. Spinning frame.................................................. 8
7. Twisting machines............................................... 9
8. Exhausted breaker............................................... 11
9. Ray making machine.............................................. 12
10. Broadcloth weaving loom........................................ 12
11. Machine removing loom-sheeting filter, block coverings with asbestos plastic ... 21

Figure                                                          Page
14. Microscopic appearance of suspended dust deposited with unileral vacuum
    cleaner device at 200X....................................... 22
15. Enhanced filing index......................................... 33
16. Exhaust ventilation used for filling operations (British principle)... 55
16. Exhaust ventilation hood..................................... 36
17. Schematic drawing of exhaust system used with poker annihilating... 56
18. Vertical exhaust ventilation applied to an unenclosed primary carding... 30
19. Tyndall indices enlarged primary carding machine............. 37
20. Elevation and plan for spouting exhaust system.............. 28
21. Exhausted spoting tower...................................... 38
22. Exhausted spoding tower...................................... 41
23. Exhausted settling funnel.................................... 41
24. Broadcloth loom as shown in Figure 25........................ 41
25. Detail of exhaust used on British type loom................. 45
26. Exhausted breathing hood inspiration table.................. 45
27. Form used for recording occupational history................. 49
28. Percentage of persons, classified by dust exposure, who had certain
    disorders...................................................... 59
29. Percentage of persons, classified by long-field machines, who had cer-
    tain disorders................................................. 59
30. Procedures of classifying X-ray facilities................... 52
31. Form used for recording X-ray facilities..................... 53
32. Scheme used in classifying the X-ray machine................ 54
33. Percentage of radar, classified by age, who had certain long-field.. 56
34. Median of cumulative long-field machines in length of employment.. 56
35. Relation of granuloma lung-field machines to length of employment.. 58
36. Incidence of granuloma long-field markings in relation to length of
    employment and dust concentration........................... 59
37. Relation of diaphragmatic fixation to dust exposure. There almost
    diaphragmatic fixation are represented...................... 60
38. Form used for recording selected findings................... 62
39. Photomicrographs of asbestos bodies found in sputum. Enlarged
    550 times except 8 which is enlarged 310 times. A scale ruled in
    units of 80 microns, has been drawn beside each asbestos body... 67
39a. Asbestos core on thumb of 56-year old man employed 4 years in the
    most index of an asbestos textile factory.................... 70
40. Portions of chest X-ray films which illustrate the successive changes
    brought about by long-continued inhalation of asbestos dust... 76
41-51. Chest X-ray films illustrating individual case histories.... 78-86
52. Photomicrograph of lung sections showing the presence of nodular
    fibrosis and impingement on an elastic lung and sclerosis of nodular
    steady-growth in an asbestosic lung. A section of a normal lung is
    shown for comparison. Magnification 80X..................... 96
53. Asbestosis body in intra-alveolar connective tissue. Practically no
    fibrosis in this area. Case H-21 Magnification 1300X. (After
    Medical Memoir No. 32,5,)................................... 90
54. Asbestosis bodies accompanied by giant cells in an area of diseased lung
    tissue. Case H-21. Magnification 740X. (After Medical Me-
    moir No. 32,5,).............................................. 90
55. Case H 21. Right lung. Markedly thickened pleura with flecks of
    calcification. Dense fibrous tissue over entire surface...... 102



Page

at 11-31. Left lung. Pleura much thickened. Fewer fibrosis ad-
hesions than noted on the right lung. ..................... 162
Case 11-24. Section of right lung. Advanced substance. Thickened
bronchial and air space at both apex and base. Diffuse fibrosis
throughout in a substance and thickened pleura. ........... 104
Case 11-21. Section of left lung. Distended bronchi and air spaces
at apex. Rather uniformly distributed fibrosis and emphysematous
areas throughout rest of lung. ............................ 165
Case 11-22. X-ray of case 11-22, 3 months before death. ....... 167
Case 11-23. Right lung. Early pulmonary edema. ............... 168
Case 11-23. Left lung. Very few fine fibrous bands are noted on the
pleura. .................................................. 189
Case 11-22. Section of right lung. Moderately advanced asbestosis.
Fibrous spots and emphysema uniformly distributed throughout the
lung substance. .......................................... 110
Case 11-23. Section of left lung. Fibrous less advanced than right.
lung. .................................................... 221
Case 11-24. Chest X-ray taken 15 months and 3 months before death.
Part of the difference between the two roentgenograms is due to a
difference in X-ray technique. ............................ 113
Case 11-25. Section of right lung. Early asbestosis. Uniform dis-
tribution of fibrous areas throughout lung substance. ..... 114

**ABSTRACT**

Asbestosis, a lung disease caused by long-continued inhalation of asbestos dust, was the principal physical defect found on medical examination of 541 men and women employed (or recently employed) in three asbestos textile factories. The primary effect of asbestos dust seems to be initiation of fine, interstitial, pulmonary fibrosis which was not observed to progress as far as the nodular stage. This fibrosis was observed in post-mortem examinations of three former asbestos workers. During life, lung fibrosis can be detected by X-ray examination. The more important symptoms of asbestosis are progressive dyspnea, variable cough, sometimes raised blood-streaked sputum, and loss of weight. The processes that produce dust in asbestos textile factories were studied and recommendations for dust control are incorporated in this report. Enough dust counts (242) were made in all parts of these factories so that the dust exposure of each worker can be estimated. The percentage of persons in different occupational groups who were affected by asbestosis or any of its symptoms varied with the average dust concentration to which they were subjected and with their length of employment. The only cases of asbestosis, there is number, found below 5 million particles per cubic foot were diagnosed as doubtful; so far established cases occurred at higher concentrations. It appears from these data that if asbestos dust concentrations in the air breathed are kept below this limit new cases of asbestosis would not appear.



# A STUDY OF ASBESTOSIS IN THE ASBESTOS TEXTILE INDUSTRY

## INTRODUCTION

Several important properties of asbestos have led to its widespread use in industry. As everyone knows, it is noncombustible and an excellent insulator against heat and electricity. Fewer people seem to be aware that its fibers are sufficiently long and flexible to be carded, spun, and woven like wool, flax, or cotton. Utilizing these properties of asbestos, industries have been developed in this country which employed more than 6,000 men and women in slightly more than 60 establishments in 1935.

Another property of asbestos has been discovered more recently. When asbestos dust is inhaled daily, year in and year out, a lung disease termed asbestosis may develop. In many respects asbestosis resembles silicosis, but it differs from silicosis in several important particulars which will be discussed in the medical section of this report.

The first account of a case of asbestosis seems to have been made by Montague Murray in 1900. The first complete description of the disease and of the "curious bodies" seen in lung tissue and sputum appeared in 1927 when Cooke (9) and McDonald (22) reported two cases of asbestosis and listed their reasons for believing that asbestosis originate from asbestos fibers that reach the lungs. The publication of these papers aroused general interest in the subject and numerous papers appeared soon afterward. Hoffman (40) appears to have been the first American to call attention to the magnitude of the asbestosis problem. In 1918 he reported that 13 deaths from the asbestosis industry, and about the same time Pancoast, Miller, and Landis (30) reported on 17 cases of asbestosis. Mills' (26) paper was the first pathological report on asbestosis published in the United States, and in the same year, 1930, Lynch and Smith (38) reported on asbestosis bodies found in the sputum of asbestos workers.

Because several satisfactory literature reviews of asbestosis have appeared in recent years there seems to be no need to present a complete literature review in this report. Some of the more useful literature reviews have been listed in the annotated bibliography. In Merewether's (25) review emphasis is laid on the relation of asbestosis

(1)



in working conditions. The clinical aspects of the subject are not treated. Haynes [14] discusses the pathology of asbestosis in particular detail. Middleton's [17] Milroy lecture on pneumoconiosis contains a section on asbestosis. Elliott [13] has summarized the literature on 26 fatal cases of asbestosis. "Active pulmonary tuberculosis was present in 11 instances of the total 25 cases. The fatal outcome was primarily the result of tuberculosis in 3 instances."

---

## OBJECTIVES OF THE STUDY

The Public Health Service was requested by the State Board of Health and the Industrial Commission (administrator of the Workmen's Compensation Act) of North Carolina to assist them in making an engineering and medical study of health hazards in the asbestos textile industry. The objectives of this study were threefold: (1) To make a medical study of the effects of long-continued inhalation of asbestos dust on the human body; (2) to identify the manufacturing processes that create dust and to recommend practices and, when necessary, equipment that will reduce the dust exposure of workers; and (3) to find out what concentration of asbestos dust can be tolerated without injury to health.

*The superscript numbers in parentheses refer to the items in the List of References at the end of the report.*

---

## THE WORKING ENVIRONMENT

### MEASUREMENTS AND INSTRUMENTS USED IN EVALUATION OF THE WORKING ENVIRONMENT

The evaluation of the working environment and its relation to the health of workers forms the basis of all field investigations conducted by the Division of Industrial Hygiene. The procedure followed by this Division is described in Public Health Bulletin No. 217 [2]. Therefore, only a brief discussion of the subject is presented in this report.

The study of an occupational dust problem begins with a preliminary survey designed to obtain data on all the occupations in a given plant. It includes the number of workers employed in each occupation and the materials used in each process. The survey also reveals the number of workers exposed to a given hazard. Following the preliminary survey an evaluation of the occupational environment is made. In the dusty trades this includes a determination of the amount of dust present in the air, its composition and particle size and the measurement of the effectiveness of exhaust systems where they are used to control dust hazards. The latter, in this instance, involves airflow measurements of several exhaust systems by means of a pilot static tube. The effectiveness of these systems was determined by

---

## THE MANUFACTURE OF ASBESTOS TEXTILES

Approximately 90 percent of the asbestos used in three plants is obtained from Canada. The remaining 10 percent comes from Arizona or South Africa, and, infrequently, from Russia and Asbestos sources.

Much of the machinery that is employed for the manufacture of asbestos textiles is identical with that machinery used for the production of cotton and woolen goods. Crude asbestos fiber is sent first to the preparation department and then, in the order named, to the carding machines, spinning frames, winding, bobbing, twisting machines, spooling frames, and finally to the looms and miscellaneous fabricating devices.

The four plants investigated in the present study fall naturally into two classifications. Two plants convert crude asbestos and raw cotton into asbestos yarn and woven goods, but do not prepare the



posters for the ultimate consumer. The asbestos yarn and unfinished woven asbestos tape... relationships were... local and... as well as... finished goods. The practices followed in the plants studied are schematically presented in the flow sheet shown in figure 2.



FIGURE 1.—VACUUM CLEANER BAG ARRANGEMENT FOR COLLECTING SUSPENDED DUST SAMPLES.

## PREPARATION

*Crushing.*—The first step in the manufacture of asbestos textile is the crushing of the crude rock in a milling machine. This is accomplished by large iron rollers which revolve in a steel pan in which the crude material is placed. (See fig. 3.) This operation separates the fibers and frees the impurities that survived the crushing of the ore at the mine. The crushing operation does not pulverize mineral dust, the fibers being their natural association by a mashing and twisting action.

Most crude ore must be crushed for 20 minutes, although in some cases it may be satisfactorily disintegrated in 5 minutes. The crushed asbestos has a matted appearance. Following the crushing, the asbestos is replaced by hand in the bottom to the willower. Willowing.—The willowing or opening of the asbestos is essentially a cleaning operation. The willower loads and shreds the matted



FLOW SHEET
AMERICAN PRACTICE

FIGURE 2.—FLOW SHEET OF AMERICAN PRACTICE.

asbestos masses into individual fibers and releases some of the rock. The asbestos fibers that are retained are delivered directly to a storage bin or conveyed to one by pneumatic duct. (See fig. 4.) The material falling to the floor is screened in order to separate the grit from the short fibers. The grit is said to remain manufacturers and the short asbestos fibers to paint, paper, and roofing manufacturers.

The willower is fed manually by a laborer who lifts the crushed asbestos into the willower hopper by means of a pitchfork. The beating and combing action which takes place within the machine produces a large amount of dust which escapes from the loose-fitting enclosure. This production of dust is increased when waste asbestos, recovered from the cyclone separators which form a part of the dust-



FIGURE 3.—MILL FOR CRUSHING ASBESTOS FIBER.

removal system, is willowed for reclaiming purposes. This latter operation is called fly willowing.

At one of the plants studied, the willowed asbestos is passed over a vibrating screen. This operation insures a cleaner product, since additional grit and short fibers are removed. Where a second screen is not available the asbestos may be passed through the willower a second time, a practice which is followed at two of the plants studied. The screening of asbestos is a decidedly dusty operation.

Mixing.—The asbestos fibers consist of blends of various grades and often include a certain amount of waste recovered by the fly willower. This process is followed in order to obtain end products with the characteristics demanded by the market. When a batch of asbestos has been made, it is then mixed with cotton. Asbestos fibers must be mixed with cotton before they can be spun and woven. The amount

of cotton used depends upon the grades of the willowed asbestos fibers used. As a rule, from 3 to 15 percent by weight of all the asbestos textiles produced in this country is cotton.

Piling.—At the plants studied, after willowing is accomplished in two steps, the first consisting of placing the various and asbestos in alternate layers in a pile up to that height and the second step of peeling off the entire and asbestos, taken in small amounts of various that since it is necessary to spread out and haul the cotton and asbestos trampling of the material is made, it is lifted into the lowest.

Picking.—After this mixture is made, it is lifted into the lowest high hopper of the picker machine. The material emptied into the hopper displaces air in the hopper which causes dust and fibers to escape upward into the face of the worker. In addition, the cylinder and necessary rollers of the picker machine operate at a high speed and much fine material escapes from the many small openings in the fence. The dust that is fanned out of the machine, together with that produced in the feeling operation, makes the picker man's operation comparatively dusty. In some plants two pickers are operated in series and in others only one, through which the material may be passed several times. In either case the picker discharges directly or by pneumatic duct into a collector bin. Where only one machine is available, however, the pickerman must move the material by pitchfork from the collector bin to the floor of the picker man for its reintroduction through the picker. At one of the plants studied there are two pickers operated in series and connected by pneumatic



FIGURE 4.—FLY OPENER OR WILLOWER (NOTE EXHAUST).

7



Figure 5.—Exhauster Carding Machines.



Figure 6.—Spinning Mules.

stories. Here the exhauster bin is also the storage bin. In order to prevent the mixed material from accumulating in a steep pile a man is stationed in the stock bin at all times. This occupation creates considerable dust, since the extraneous-asbestos mixture is delivered into the bin by overhead duct discharge. In order to relieve the dust exposure of the stock-bin man, his position is made interchangeable with the picker-man, each of whom spends a half of every day in the stock bin and a half day at the picker. In the place having only one picker, the mixture is trucked from the collector bin to the storage bin. At one of the plants studied, exhaust ventilation is provided for the picker machines and the picker stock storage bins. (3) sprays are frequently used within the picking machines in an attempt to prevent the formation of dust.

From the storage bins the stock, as it is called, is hand-trucked to the carding machines where it may be piled upon the floor or fed into the hopper of the breaker card.

The cards perform several duties. They give the fibers an additional mixing. Arrange them in parallel positions, and form them into roving. The term roving is applied to the strands of parallel fibers that are produced. A carding unit consists of two almost identical machines. The one through which the extraneous-asbestos mixture passes first is termed the breaker card, and the other, the finishing card. The two machines are quite similar to that a large revolving cylinder with several accessory rollers performs the major portion of the work. (See fig. 5.) The carding operation is quite similar to that of the

picker. The essential difference being that the roller and cylinder surfaces are studded with fine steel needles rather than large hooks. Some of the rollers straighten the fibers by combing out the tangles, while others doff, or remove, them from the combing rollers and the cylinder. Aside from these main features, the two units differ slightly. The breaker card is equipped with a feeding hopper similar to that used on the picking machine, while the finishing card is provided with a device for forming the carded fibers into strands. In the plants studied, a system of conveyor lashes transfer the carded fibers from one machine to the other. The suitable strands of roving are retained

to the picker for reworking. The remainder of the roving is wound on long rollers with largest coils, called jack-spools.

The bristle-studded cylinders of the carding machines revolve at high speeds and much lint is thrown into the atmosphere. The effect produced by the revolving cylinders and rollers is similar to that of a fan, and as a result much of the dust remaining on the stock at this point, as well as asbestos and cotton fibers, is blown into the air. All carding machines studied were provided with exhaust ventilation.

While practically all of the roving is spun into yarn, some of it is marketed without further processing, after being spun or wound into coils. In this form it is used for electrical insulation and for conversion into packing for machine bearings.

The jack-spools containing the roving may be conveyed, either to the mule spinning machines shown in figure 6 or to the ring spinning frames. The spinning, on whatever machine performed, is a twisting operation which imparts strength to the strand of fibers by inter-

looking or needling them together. The roving colours twists the roving as it is wound on a spindle, while the male spinner performs the same operations in two operations: first, spinning it in to or drawn lengthwise and then winding it on a spindle. The ring spinner makes a yarn that is stronger and better in many respects than that produced on the mule spinner.

## WINDING, TWISTING, AND SPOOLING

The spun yarn is converted into stronger thread in two operations. It is taken first to the winding machines where it is transferred from spindles to tubes. After being wound on tubes, the yarn goes to the twisting machines where the thread from two or more tubes is brought together and twisted into one thread. In the twisting operation the thread is frequently straightened with brass, zinc, or copper wire, or



FIGURE 7.—TWISTING MACHINE.

with cotton twine. Following the initial twisting operation, the yarn may return to the winders for placing on special tubes, in which form it is marketed. Then again, it may be conveyed to the sop or twill winders where it is wound into spindles for use in the shuttles of the loom. There are a variety of winding operations that prepare the yarn in some particular manner for the market, or for use on certain types of machines. Likewise, there are a variety of twisting and spooling operations. (See fig. 7.)

The winding and twisting of the yarn is followed by a number of more or less related operations. The thread may be converted into cloth, tape, wick, brake lining, tubes, braids, or formed into rope. (See figs. 8 and 9.) A small amount of the product of the winders and twisters is treated by passing through a sizing compound, and subsequently dried on reels before being wound again on tubes for the

The covering of asbestos is done on looms that operate in the ordinary manner. Both cloth, loom and tape looms are used. (See figs. 11.) On the latter, braid lining, asbestos tape, and wick are also woven. The tape looms differ from the cloth looms in that the warp is arranged into several strips of material and in that there is a shuttle for each strip of warp. The weaving of all strips proceeds simultaneously; one mechanism operates all shuttles and a single reed allows for all warps. Looms that there is a shuttle for each warp, made in multiples of ... spaces up to as many as ... in all dry and wet weaving are employed for the production of both cloth and tape. In wet weaving the warp is passed through a shallow pan of water and the warp fibres twisted the shuttle is dipped into water.

Dry weaving of broadcloth produces much lint and dust. The threads of the warp are continually rubbed past each other as they are raised below the line of the shuttle which is slats from one side of the loom to the other as each change in position of the warp, to the other as each change in their position and the are rubbed from the throat of the lining of the air by the moving machinery in the loom. The same machinery carries them into the air ...

In the manufacture of asbestos woven products at some of the plants studied, the warp is formed on individual looms by harnessing the thread from many spools which are hung on creel racks. At others



FIGURE 9.—ELEVATED SHUTTLE.



12

the warp is first wound on a beam from the individual spools and then transferred to the loom. The latter operation makes a more compact weaving unit, as steel racks occupy several times as much floor space as the loom. The steel racks occupy several times as much floor space as the loom.



FIGURE 10.—BROADCLOTH WEAVING LOOM.

busy tying broken threads and replacing empty spools with full ones. The occupation involves an exposure to asbestos dust for which the looms are largely responsible.

The asbestos cloth is usually shipped to firms that convert it into gaskets, fireproof clothing, and other products that require a non-



FIGURE 9.—ROPE-MAKING MACHINE.

13

combustible fabric. Some asbestos cloth is packed for the market without further treatment. Asbestos tape is usually sold in other industries. Some plants that weave broad bands sell it as a crude woven ribbon of fabric to limelight industries, while other manufacturers of the material convert it into finished products.



FIGURE 11.—BRAKE-BAND WEAVING LOOM SHOWING THREE OF THE SIX SECTIONS WITH WOVEN BANDS.

The manufacture of brake bands proceeds in several steps, the first being the impregnation of the woven fabric with either an asphaltic compound or a vegetable resin. The latter is the newer form of treatment and is rapidly supplanting the former. Following this operation a heat treatment is applied in a specially constructed oven. In practice the ribbon of woven asbestos passes first into a vat of the

14



## FLOW SHEET

FIGURE 12.—FLOW SHEET OF BRITISH PRACTICE.

16

initive. Further along a roll of cotton felt rests upon the lattice and inculcates the conveyor moves forward. Thus, asbestos covered with a layer of cotton felt is fed into the first machine of the carding unit.

The carding operation has already been described.

The carding produced by the carding machines may be converted into yarn on either one of the two machines, both of which have been described. As was pointed out, the mule spinning machine produces a much finer yarn than the ring spinning device. Since the British specialise in fine yarns, the ring spinning frames are used virtually to the exclusion of the mule spinner. The proportion of yarn for the market and its conversion into woven products will not be discussed, since they are similar to the processes used in this century.

**OCCUPATIONAL ANALYSIS AND A DESCRIPTION OF THE CHIEF OCCURRENCES**

The occupational analysis of the four asbestos plants covered in the present investigation is shown in table 1.

Table 1.—*Occupational analysis of workers in the asbestos textile manufacturing industry*

| Section and activity | Plant A | | Plant B | | Plant C | | Plant D | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | M | F | M | F | M | F | M | F |
| Preparation: | | | | | | | | | | |
| Carding: | | | | | | | | | | |

17

Table 1.—*Occupational analysis of workers in the asbestos textile manufacturing industry—Continued*

| Section and activity | Plant A | | Plant B | | Plant C | | Plant D | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | M | F | M | F | M | F | M | F |

Reference to table 1 shows that a number of men have been listed as foremen and second hands. These terms have been adopted from the cotton textile industry. They do not always mean full, fine supervisory duties, as might be presumed in most cases; foremen and second hands are engaged in all the activities of the department in which they are assigned. Further mention of these occupations





TABLE 2.—*Chemical analyses of mill and shop samples expressed in molecular ratios*

TABLE 3.—*Chemical analyses of suspended dust samples collected in six asbestos textile plants*

| | Average chemical composition of samples (percent) | | | | | | | | | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| Operation with which dust was associated | Ash | $H_2O$ | Fiber | Coal | Mag. | Iron | | | | |
| Preparation | | | | | | | | | | |
| Carding | | | | | | | | | | |
| Spinning | | | | | | | | | | |
| Twisting | | | | | | | | | | |
| Winding | | | | | | | | | | |
| Weaving | | | | | | | | | | |

The losses on ignition of all samples analyzed are due to the presence of cotton fiber and moisture. The 30.5 percent loss on ignition of sample 21 in table 3 is probably due to the presence of cotton fibers.

In passing, it may be pointed out that no carbonate of the order reported by Hucklins and Williams was found in any of the samples analyzed (6).

No quartz was found in any of the samples examined microscopically.

The consistency of the results indicated in tables 2 and 3 is more remarkable when the physical characteristics of the dusts are taken into consideration. Figure 13 illustrates the gross appearance of the dust samples taken with the vacuum cleaner device above mentioned. Each sample shown in the figure represents two grams of dust. There are conspicuous differences among the samples, both in color and bulk.



FIGURE 13.—GROSS APPEARANCE OF SUSPENDED DUST COLLECTED WITH VACUUM CLEANER DEVICE. (SEE FIGURE 1)





FIGURE 14.—MICROSCOPIC APPEARANCE OF SUSPENDED DUST COLLECTED WITH VACUUM CLEANER DEVICE. 200X.

PREPARATION · CARDING · MULE SPINNING

RING SPINNING · SPOOLING · WINDING

TWISTING · DRY WEAVING · WET WEAVING

samples, on the other hand, are bulky, the difference probably being due to the presence of large selvedge and cotton dross in these samples. Carding and preparation samples contain only soils which are present in the raw selvedge. The darker appearance of the samples shown in the top row of figure 13 is difficult to explain. It is probably due to the

cooled of the spun microscopic mixture with oily metal surfaces. The microscopic appearance of the vacuum cleaner samples is illustrated in figure 14. The presence of both cotton and asbestos fibers and of small particulate matter is readily noted. The dust from the carding room is most striking. It has few fibers and it has



[reproduction watermark / dark scan artifact]

*Cord, rope, and braid making.* Other activities found in the asbestos textiles plants are concerned with the manufacture of special products, such as cord, rope, and braid, and in treating and finishing yarn. These operations produce little dust as may be seen by reference to table 14.

TABLE 14.—*Dust exposure of workers manufacturing cord*

| Occupation | Number of samples taken | Dust concentration (MPPCF) | | Number of samples taken | Dust concentration (MPPCF) |
|---|---|---|---|---|---|
| Cord, rope, and braid makers | 5 | 2.00 | | | |
| Yarn treaters | | | | 3 | 1.20 |

The equipment used in manufacturing these products does not operate continuously. None of the operations of cord making, rope making, or braiding requires full-time personnel, and a small group of workers perform all these jobs. The highest dust count (0.3) is for braiding. The counts obtained for yarn treaters are influenced by the operations undertaken nearby.

*Brakeband finishing.*—This generates little dust. In the plants studied, finishing operations were conducted in separate rooms or buildings. Dust counts are shown in table 15.

TABLE 15.—*Dust exposure of workers manufacturing finished brakeband lining*

| Occupation | Number of samples taken | Dust concentration (MPPCF) | | Number of samples taken | Dust concentration (MPPCF) |
|---|---|---|---|---|---|
| Finishers and others | 1 | 1.1 | | | |
| Grinders | | | | 1 | 22 |
| Drillers | | | | 2 | 41 |

Workers employed in the occupations listed in this table are exposed to dust, which differs in composition from the dust found elsewhere in asbestos textile plants. This is because the dust generated by grinders, cutters, and drillers of treated blocks is made up of resin, asphaltum, asbestos, and metal. (See analytical results for samples 11, table 2.)

*Miscellaneous occupations.*—In addition to the groups directly concerned with the manufacture of textiles, a considerable number of workers (engineers, general laborers, clerks, and superintendents) are engaged in other activities. With the exception of certain foremen, these workers are exposed to low dust concentrations. The data presented in table 16 require no comment.

---

29

---

PERSONS MOST EXPOSED

The dust concentrations discussed in the preceding paragraphs represent practically conditions. The officials of asbestos textile plants have in recent years attempted to control the dust hazard. In the plants studied, efforts have been made to control dust. In the picking, washing, and break-down (grinding machines) (another plant, which will be discussed later, has extended the use of control equipment to asbestos dusty operation concerned with the manufacture of nearly every dusty operation concerned with the exposure of workers prior to the introduction of control equipment is important in correlating clinical findings with dust exposure.

In order to estimate past exposure, the air flow through various hoods attached to existing machines in plant A was shut off for 2 hours. Dust was allowed to accumulate for 1 hour prior to sampling. The dust thus generated caused much inconvenience to employees in the course of their work. For this reason, permission to shut off exhaust equipment was not granted in other plants studied. Once they have been adjusted, any external machines are sensitive to slight air movements and are consequently difficult to regulate.

The dust counts obtained under conditions simulating those prior to the installation of the exhaust system are shown in table 17. For contrast, present exposures are included.

TABLE 16.—*Dust exposure of miscellaneous workers*

| Occupation | Number of samples taken | Dust concentration (MPPCF) | | Number of samples taken | Dust concentration (MPPCF) |
|---|---|---|---|---|---|
| Engineers | | | | 4 | 2.9 |
| Laborers | | | | 6 | 2.1 |
| Clerks | | | | 2 | 3.0 |

---

31

---

TABLE 17.—*Dust counts when control measures are used and when they are not in use*

| Occupation | Average dust count when control used (MPPCF) | Dust concentration (MPPCF) | | Average dust count when control not used (MPPCF) | Dust concentration (MPPCF) |
|---|---|---|---|---|---|
| Pickers | | 2.5 | | | 36.5 |
| Carders | | 12 | | | 24.7 |

The low counts obtained for the occupations listed below carriers is close to a partition which separates them from the carding machines,



22



of control can, however, be effected under certain conditions, especially as regards willowing (opening), piling operations, and picking. The crushing machines in the plants studied were not exhausted or segregated. In England, on the other hand, it is customary to enclose and separate crushing equipment while it is in operation.

*Willowing (opening).*—Willowing machines are often productive of high dust concentrations (56 MPPCF). As has been previously mentioned, this dust is raised both by the manual methods used in feeding these machines and by the action of the machines themselves. Consequently, a reduction of dust concentration may be obtained by using a conveyor feeder which eliminates raising material to waist



FIGURE 15.—EXHAUSTED PILING AREA

levels with forks and using an exhaust above the feeder box and below the machine housing. The willowed material should, of course, be pneumatically conveyed to a suitable bin which is segregated from the preparation room.

In the case of two machines equipped with exhaust, it was found possible to reduce dust concentrations to 2.8 MPPCF. The exhaust hoods located above the feeders drew 400 CFM, while the downward exhaust below the willower housing drew amounts of air ranging from 225 CFM to 600 CFM, the inter air flow being used on a fly willower. (See fig. 4.) The air handled by the pneumatic conveyor was 1,800 CFM. For the 11-inch diameter ducts used, this corresponds to an air velocity of 2,720 feet per minute.

34

*Piling.*—Piling operations are usually conducted close to picking machines. The dust generated by this operation may be effectively controlled by using small exhausted compartments or bins. Compartments containing dust as shown in figure 16 and handling approximately 1,625 CFM at air reduce the dust concentration from an average of 29 to 5.3 MPPCF.

English practice in piling resembles in using exhaust manifolds close to the mixture being made (fig. 10). Air volumes are not available for the type of exhaust shown in the figure. The suction appears to be cushioned near and to interfere with the process being carried on.

*Picking.*—The exhaust control used on picker machines is partly



FIGURE 16.—EXHAUST VENTILATOR USED FOR PILING OPERATIONS (BRITISH PRACTICE)

shown in figure 17. One hood is connected at the feeder end and one at the discharge end. The center portion of the picker is also exhausted (not shown in figure). With this type of arrangement the dust concentration averages 6.7 MPPCF. This value is considerably lower than found among uncontrolled equipment which exceeds in many instances 75 MPPCF.

It was found that hoods above the feeder handled 500 CFM; the downward exhaust at the center measured 1,020 CFM, at the discharge end the air flow was 450 CFM. Pneumatic conveyors attached to the discharge end of the picker handled 2,800 CFM. These ducts were approximately 12 inches in diameter, thus providing for a conveying velocity of 2,500 feet per minute.

35

26

It is possible, with special entrance or bells, operating between the adjustment-to-place and the feeder (after that the dust concentration is...

Two types of dust-control equipment are at present used on carding machines. The first type consists of a hood which is located directly above the exposed breaker of the machine (fig. 18), while the second type is totally enclosed and exhausted at various points (fig. 5). Studies made of the first...



FIGURE 17.—SCHEMATIC DRAWING OF EXHAUST SYSTEM USED WITH PICKER MACHINE.

type of exhaust system showed a reduction in dust concentration ranging from 72.3 MPPCF when no ventilation was applied to 29.1 MPPCF with ventilation. The air flow for each hood averaged 870 CFM, which corresponded to six air changes per hour in the room in which the machines were located. It may be seen that the type of hood and the airflow used reduce the dust concentration to approximately one-third the amount created without ventilation.

The second type of exhaust system used (total enclosure) was more effective than the first in reducing dustiness. The dust concentration determined from numerous samples ranged from 1 to 2.9 million particles per cubic foot. This high degree of dust removal was accomplished with an arrangement similar to that indicated in figures 19 and 20. In the primary comb, hoods at and 1 discharge upward. The chute t emanates from the bottom of the card. The secondary or roving card is housed at a g...



FIGURE 18.—VERTICAL EXHAUST VENTILATION APPLIED TO AN UNENCLOSED PRIMARY CARDING MACHINE.

near the center of the machine. The openings $d$, $e$ and $f$ are located at the bottom of the cards and exhaust the bottom lip which enters the latter. The air volumes exhausted in each opening are indicated in the figure.

In addition to partial enclosure of the machine proper in the several typical systems used, the feed box is carefully covered.



FIGURE 19.—TOTALLY ENCLOSED EXHAUSTED PRIMARY CARDING MACHINE.

The design of an exhaust system for carding machines is rendered exceedingly difficult owing to the care with which carding material leaves the rolls. High air flows may seriously affect the quality of the material produced. Likewise, a poorly constructed housing may create eddy currents which may produce balances. Any system developed requires careful experiment in design.



FIGURE 20.—ELEVATION AND PLAN SHOWING EXHAUST SYSTEM FOR WILKENS AND PETERSON

This dust problem may be specially controlled by a system of ducts in which the speeds are located and extended. Such a system is shown in figure 21. Each one is represented as a slow a minimum amount of interference to the work being done. In the case of four Foster wilkins (200 spools) each come is 9 inches in diameter across the width part and 2 inches at the inner connection. The ducts are each 10 inches deep. Two hundred cans were found to handle an...



appropriate of 8,520 CFM is an average of 89.2 CFM per run.  The
dust concentration averaged 231 MPPCF.  Without the cone system
discussed above, the dust concentration for the same operation was
131 MPPCF.

Twisting machines are more difficult to exhaust locally than
spinners.  Figure 22 shows a system which has been partly completed.
It consists of exhausting the lower section of the twisting machine
by extending a duct with openings along the entire length of the
equipment.  Each system attached to the machine is intended to



FIGURE 21.—EXHAUSTED SPOOLING FRAME.

exhaust 1,570 CFM.  Dust determinations to establish the effective-
ness of this system could not be made owing to the fact that only one
of 10 twisting machines was equipped with exhaust and the counts
obtained were affected by unexhausted machines operating close by.

## WEAVING

Any system developed for removing dust generated by broad
looms represents the accomplishment of one of the most difficult
operations encountered in the design of exhaust equipment.  Never-
theless, this has been done effectively both in this country and in
England.  The American system shown schematically in figures 23
and 24 consists of a downward-draft hood fitting close to the shuttle
race of the loom and a movable upper exhaust hood which operates
on the surface of the woven material.  The latter hood is actuated
to and fro by the motion of the loom lay to which it is attached.
The hood is connected to the main exhaust duct by means of a flexible

air-tight joint.  Both the downward and upward exhaust hoods are
narrow and possess the advantage of high opening velocities.  The
upward-draft hood connected to the loom lay is separated.  Each
hood used, as indicated in figure 24, handles 1,300 cubic feet of air
per minute and relieves the dust concentration to an average of 0.7
MPPCF.  The system
is thus extremely effec-
tive, since an uncon-
trolled loom the con-
centration averages
49.7 and may exceed
140 MPPCF.

The English method
for exhausting looms
differs considerably
from American prac-
tice.  In the former
system all parts are
stationary  (fig.  25).
The looms are ex-
hausted upward by
hoods located in front
of the operator and
resting a short dis-
tance away from the
lay.  The hood cen-
sists of two parts which
may be turned back
whenever repairs to
the loom are neces-
sary.  No data as re-
gards air volumes used
in this type of equipment or its effectiveness in reducing dust are
available.



FIGURE 22.—EXHAUSTED TWISTING FRAME.

## INSPECTION

In some plants, asbestos cloth are brushed during inspection.
The usual procedure consists in brushing the cloth from above and
below as it passes over the inspection table.  As inspection table of
this type with exhaust hoods is shown in figure 26.  The hoods used
are located near the cloth brushes, and extends the full width of the
cloth examined.  They are, however, only one-half inch in width.

A study made of an inspection table, such as discussed where
indicated that two hoods located on either side of the cloth handled
approximately 720 CFM each.  A third brush and hood located near

41





**FIGURE 21.—EXHAUSTED BROADCLOTH LOOM.**

the jack spool at the end of the inspection table handled 102 FPM. These booths reduced the dust generated from a value of 11.1 when no ventilation was applied to a value of 0.5 MPPCF with ventilation.

**SUMMARY OF THE STUDY OF THE WORKING ENVIRONMENT**

The engineering data contained in this report are based chiefly on a study of four asbestos plants. Data on dust control methods

have been secured in the course of a separate study undertaken in a fifth plant. Two of the four plants investigated were engaged in the manufacture of asbestos textiles directly from raw crysotile (Canadian) asbestos received in 100-pound bags. The remaining two plants began operations with yarn received from other sources and were concerned only with the manufacture of asbestos, tape, braid, or brake lining and with their equipment.

Dust concentrations were determined by means of the Impinger technique using light field counting. In all, 242 impinger samples were taken so as to evaluate the environment of each occupation.

The number of workers employed, the number of dust samples taken, and the dust concentrations obtained for each occupation are presented in table 18. The concentrations range from values of 0.86



**FIGURE 24.—DETAIL OF EXHAUSTED LOOM SHOWN IN FIGURE 23.**



**FIGURE 25.—DETAIL OF EXHAUST USED ON BRITISH TYPE LOOM.**



**FIGURE 23.—EXHAUSTED BRUSHING AND INSPECTION TABLE.**

for slippers to as high as 74.3 MPPCF for plaiterers. Obvious samples exceeding 100 MPPCF were found for the occupations of

48

41

[large obscured/redacted region]

Table 19.—*[illegible caption]*

| [table content illegible due to degradation] |
| --- |

The chemical and petrographic analyses of dust samples were determined from both settled dust samples and samples obtained directly from the air by means of a vacuum cleaner. No great differences in composition were noted between corresponding samples collected by these two methods. Total ash was approximately 77 percent for all the samples. No free silica (quartz) could be found on petrographic analysis.

Particle size determinations of Owens jet samples were made by three methods, namely, (1) with a eurscope projection device (for determining the ratio of fiber to particulate matter), (2) by means of a fiber microscope (eyepiece) attachment to a microscope for measuring the size of particulate matter, and (3) with photomicrographs for measuring the length of fibers. This study showed that the ratio of fibers to particulate matter varied considerably, from a maximum of 26 percent for systems to a minimum of 1 percent for environment. The median particle size (exclusive of fiber) was approximately 2 microns. The median fiber length varied from 7 to 18.5 microns.

In most of the plants studied the control of the dust hazard was limited almost entirely to provisions of exhaust systems for the carding machines. Data, however, are available to indicate the effectiveness with which the dust problem can be handled in an asbestos textile plant. An effective method employs the use of hoods and exhaust equipment fitted at each dust-producing source. Data showing the effectiveness of exhaust equipment is presented in table 20.

Table 20.—*Summary of results showing the exposure of asbestos textile workers under controlled and uncontrolled working conditions*

| Establishment operation | [col] | [col] | [col] | [col] |
| --- | --- | --- | --- | --- |
| [table content largely illegible] | | | | |

It is evident from the above table that the dust hazard in the asbestos industry can be greatly reduced. It is further clear that the necessary control methods have been developed, and are now in use. With the exception of pickers who are exposed to concentrations of 5.7 million particles per cubic foot, under controlled conditions, exposure in all other occupations can be kept below 5 million particles per cubic foot. It is possible with improved methods of ventilation to reduce even the picker's exposure to less than the figure indicated.

The following recommendations are made:

1. Dust should be controlled at the point of origin by means of local exhaust hoods so designed and operated that no dust is permitted to reach the breathing zone of workers or to contaminate the general air. Dust-removal devices, which are capable of reducing the dust concentration to a level of 5 million particles per cubic foot or lower, have been developed for all operations in the asbestos textile industry (7).

2. Since material loading picking machines is productive of considerable dust, storage rooms receiving such material should be exhausted. Workers who must enter such rooms while material is being loaded should be equipped with approved types of respirators. No material should be removed from storage rooms while the picking machine is in operation.

3. Clean air should replace the dust-laden air removed by exhaust systems attached to the equipment. This requires, in event of recirculation of air, that dust concentrations entering any room be kept at levels comparable to that found in outdoor air.

4. Periodic studies of the condition of the working environment appear necessary to determine whether the control methods adopted are constantly adequate. This requires that dust concentrations be determined for each operation. Ventilation measurements are equally important. The work of inspection and review should be performed by persons trained for such studies.

44

## STATISTICAL DISCRIPTION OF EMPLOYEES OCCUPATIONAL HISTORIES

At the start of the medical examination the physicians questioned each worker to obtain a complete record of all the jobs at which he had worked. This information was recorded on the portion of the physical examination form reproduced in figure 25. After the basic census data (name, age, color, and marital status) had been recorded the worker was asked how old he was when he first began

industrial work. This figure was abstracted from his present age, and a line of questioning was begun to elicit information on the work done in the intervening years. No occupational history was reported as complete until all of this time could be accounted for by definite entries. The job he held at the time of the study was entered on the top line of the occupational history, together with the number of years he had held it, the name of the department in which he worked, and any other pertinent data that could be obtained. Next, he was asked what he had done previously, and again a complete entry was made. The name of the factory was entered for each period of employment inside.

### CASE RECORD

| | | | |
|---|---|---|---|
| | | | |

**OCCUPATIONAL HISTORY**

FIGURE 25.—FORM USED FOR RECORDING OCCUPATIONAL HISTORY.

(40)



ployment in the asbestos textile industry. After much job had been accounted for, the workers were asked what for had been before that.

If a man had worked in an industry in which workers are known to be exposed to pneumoconiosis-producing dust, either were made in the last column to show which materials he handled and whether or not dust-control measures were in use. Information on previous employment in dusty trades is of paramount importance in a study such as this. Any cases of prolonged exposure to pneumoconiosis-producing dust other than asbestos must be treated separately.

After the field study had been completed, an engineer analyzed dust exposure values to each worker, following a procedure illustrated in table 18. In assigning these values, consideration was given to each job, a worker had held at an asbestos plant.

The importance of the occupational history in a study of this kind can scarcely be overemphasized. It is the connecting link between the engineering and medical studies. The correlations between medical findings and dust exposure that adequate occupational histories make possible provide means for estimating the dust concentrations to which workers may be exposed safely.

Only 23 persons reported previous employment in an industry in which workers are known to be exposed to pneumoconiosis-producing dust. Such periods of employment usually were so short that no deleterious effects would be expected. Twenty-one persons had normal lung-field markings. Only one of these 23 persons had asbestosis at the time of this study, a man who had worked 8 years in a foundry and 10 years in asbestos textile plants.

## COMPARISON WITH OTHER INDUSTRIAL WORKERS

Five-sixths of the employees were native-born Americans of Anglo-Saxon stock and the remainder were Negro males.

Before beginning work in asbestos textile factories, more than 200 of the 541 persons had worked at similar occupations in cotton or wool textile plants. A large proportion of the employees had worked on farms either before beginning industrial work or at intervals between periods of industrial employment.

About 15 months before this study was begun, approximately 160 workers in these asbestos textile factories were replaced by workers with little or no previous asbestos exposure. Although an effort was made to examine as many as possible of these former workers, less than half could be examined. Partly as a result of these personnel changes, the group of employees examined in this study had as unusually low average age. There was an abnormally large percentage of workers with less than 5 years' employment in the asbestos textile industry and an abnormally small percentage of persons who had worked 10 years or more in this industry.

---

**46**

**47**

TABLE 21.—*Age distribution of asbestos textile workers*

| | | Number of workers | | | | |
|---|---|---|---|---|---|---|
| Age | | White males | | White females | | Negro males | Total |

The low average age of this group of asbestos textile workers must be kept in mind in making comparisons of health conditions in these factories with health conditions in American industry in general.

TABLE 22.—*Average age of white male industrial workers*

| Industry | Average age | | Industry | Average age |
|---|---|---|---|---|

The average age of white male industrial workers is less in the asbestos textile factories studied than it is in 14 other industries in which the Public Health Service has made similar studies. White males employed in asbestos textile factories average 32.1 years, while females 30.4 years, and Negro males 32.4 years of age.

TABLE 23.—*Length of employment in the asbestos textile industry*

| Sex and color | Total | Less than 1 year | Years employed in asbestos textile industry | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1 and 2 | 3 and 4 | 5 and 6 | 7 and 8 | 9 and 10 | 11 to 14 | 15 to 19 | 20 to 29 | 30 to 39 |
| White males | | | | | | | | | |
| White females | | | | | | | | | |
| Negro males | | | | | | | | | |
| Total | | | | | | | | | |

48

Correspondingly, the average length of employment in the asbestos textile industry is relatively short. Only 13.8 percent of the employees have been employed in the asbestos textile industry more than 10 years. In the 12 industries included in table 22 for which information on length of employment is readily available, only two industries have as large a percentage of employees who have worked less than 10 years. This is partly accounted for by the fact that the asbestos textile industry is of comparatively recent origin in this country. Only one of the plants studied had been in operation before 1920.

## MEDICAL STUDY

### PROCEDURE

A medical examination was made of each worker employed in the asbestos textile factories of North Carolina during the winter of 1935-36. A group of former asbestos workers was also examined in order to obtain a complete sample of asbestos-exposed workers. Office workers and other employees not exposed to asbestos dust were included in these examinations. They are classified as controls. Included in this control group, which numbered 70 persons, were 27 persons seeking employment in the asbestos industry for the first time.

Before making any medical examination the two physicians made an inspection tour of each factory in which this study was made in order to familiarize themselves with the various jobs or occupations involved in the manufacturing process. This is a necessary prerequisite for taking a usable occupational history.

Space for examination and fluoroscopic rooms and laboratory were... locations convenient as possible for all concerned. An important darkroom was used for fluoroscopy and for processing the X-ray films. In an adjoining room, the medical examination were made by two physicians... according to the following schedule. Four persons at 8 a. m., four at 10:30 a. m., four at 1 p. m., four at 2 p. m., and four at 3 p. m. In other words, about 30 minutes were required per examination. The routine used in the study of pulmonary tuberculosis was followed in the examination of the chest. After the history and physical finding had been recorded, the group of four was fluoroscoped and chest roentgenograms were made in the evening, and adjustments were made in the schedule so as not to interfere too seriously with the work routine of the employees.

At plant A, the urine of workers was examined with particular attention, amount of silica excretion. In addition to this metabolic study, routine examinations were made of the system of workers in plants B and C for presence of... feet health and asbestosis bodies.

Sections of the physical examination form used in this study have been reproduced in several places in this bulletin as a means of indicating the information that was collected.

49

PAST MEDICAL HISTORY

Each person was questioned in order to find out whether he had previously had certain diseases which are of importance in the study of chest diseases.

| FAMILY AND PAST MEDICAL HISTORY (larger type size means) | | |
|---|---|---|
| Family history of T.B. | | |
| Exposure to T.B. | | |
| Tuberculosis | | |
| Pleurisy | | |
| Pneumonia | | |
| G.I. | | |
| E.N.T. | | |
| Venereal | | |

| PRESENT HEALTH | | |
|---|---|---|
| Cough | | |
| Painful breath | | |
| Sputum | | |
| Appetite | | |
| Weight | | |
| Strength and energy | | |
| Night sweats | | |
| Pain in chest | | |
| Shortness of breath | | |

| HABITS | | |
|---|---|---|
| Tobacco | | |
| Alcohol | | |

FIGURE 22.—FORM USED FOR RECORDING PAST AND PRESENT MEDICAL HISTORY.

Tabulations of previous illness did not indicate that pneumonia, pleurisy, respiratory disease other than the common cold, digestive

Case 4:07-cv-02824-SBA     Document 36-18     Filed 09/22/2007     Page 32 of 70



The percentage of workers who complain of cough, dyspnea, blood-streaked sputum, and other symptoms increases rapidly with increasing asbestos-dust exposure. In all cases the percentage of workers who are affected by a particular symptom is larger than the percentage in the control group. Two of the causes of dyspnea found

in the control group were accompanied by heart defects severe enough to have caused shortness of breath.

TABLE 26.—*Classification of present complaint according to the dust exposure of the affected person*



FIGURE 29.—PERCENTAGE OF PERSONS CLASSIFIED BY DUST EXPOSURE WHO HAD CERTAIN CHRONIC SYMPTOMS.

Another indication that these symptoms are an integral part of

52

those symptoms in the fibrotic changes that occur in the lungs. The degree of fibrosis can be estimated from the lung-field markings seen on X-ray examination. A subject which will be more fully discussed in a later section. For the present it will be sufficient to say that in a result of long-continued exposure to asbestos dust the normal or first-degree exaggeration of linear pulmonary markings become coarser and more widespread (second-degree linear exaggeration). Upon longer or more intensive exposure a fine, interstitial fibrosis sets in which gives a hazy, ground-glass appearance to the lung field direct-



FIGURE 30.—PERCENTAGE OF PERSONS CLASSIFIED BY LUNG-FIELD MARKINGS WHO HAD CERTAIN CHRONIC SYMPTOMS.

degree ground glass) and eventually almost completely obscures the linear markings (second-degree ground glass).

Asbestos-exposed people have been classified into four groups, according to their lung-field markings, and the percentage of persons having certain symptoms has been calculated for each group. Here again, the incidence of these symptoms increases greatly with increasing fibrotic change. Such a relation is entirely to be expected for dyspnea, since the disease diminishes the volume of the lung available for the respiratory function. The high incidence of the other symptoms in the presence of fibrotic changes that have progressed to the ground-glass stage is additional evidence of degenerative changes in the lungs.

51



FIGURE 31.—FORM USED FOR RECORDING X-RAY FINDINGS.

The classification of lung-field markings used in the preceding section is part of a scheme that was used in a study of anthracosilicosis.

(42, 51). It is, of course, highly desirable to have a system of classification which will help in deciding whether a given type of lung-field marking represents an early or a late stage of a pneumoconiosis, and this scheme has been shown up to illustrate the probable sequence to which large-field markings that occur during long-continued exposure to ...

FIGURE 32.—SCHEME USED IN CLASSIFYING X-RAY MARKINGS

whether it is due to the rare occurrence in asbestos textile mills of the extremely high dust exposures (100 to 300 million particles per cubic foot and more) found in certain other dusty trades.

In a typical case of asbestosis the lower half of the chest X-ray film has a fine, granular appearance which ordinarily (25) more developed as "ground glass." Not infrequently, there is more fibrosis on the right side than on the left. The presence of emphysema in the apices, which results in increased radiolucency, tends to exaggerate the cloudiness of the bases of the lungs. Emphysema provides the ground-glass appearance of the bases. Chest X-rays of individuals with pneumoconiosis induced by other silicates, with the exception of mica's, do not regularly show the lateral localization of fibrosis that is so characteristic of asbestosis.



FIGURE 34.—PROPORTION OF GROUND-GLASS LUNG-FIELD MARKINGS TO LENGTH OF EMPLOYMENT.

FIGURE 35.—RELATION OF GROUND-GLASS LUNG-FIELD MARKINGS TO DUST EXPOSURE.



FIGURE 36.—INCIDENCE OF GROUND-GLASS LUNG-FIELD MARKINGS IN RELATION TO LENGTH OF EMPLOYMENT AND DUST CONCENTRATION.

Case 4:07-cv-02824-SBA    Document 36-18    Filed 09/22/2007    Page 37 of 70



FIGURE 37.—RELATION OF DIAPHRAGMATIC FIXATION TO DUST EXPOSURE. THE PERCENTAGE OF PERSONS IN EACH EXPOSURE GROUP WHO HAD FIRST, SECOND, OR THIRD DEGREE DIAPHRAGMATIC FIXATION HAS BEEN REPRESENTED BY THE HEIGHT OF VERTICAL BARS.

## PHYSICAL FINDINGS

FIGURE 38.—FORM USED FOR RECORDING PHYSICAL FINDINGS.

lattice pneumonia and the available data provide no means for distinguishing between them. Since the total is slight it may be disregarded. The nature of chest expansion to chest field decreases with increasing dust exposure and with increasing pulmonary fitness.

TABLE 30.—*Relation of average chest expansion to lung exposure in male asbestos workers*

Chest expansion tends to decrease somewhat with advancing age, but the average chest expansion is less in asbestos-exposed men than it is in men of comparable age who have not been so exposed.

TABLE 31.—*Relation of average chest expansion to lungfield markings in male asbestos workers*

TABLE 32.—*Average chest expansion of males*

| Age | Exposure to hazard | | Exposure to employment in asbestos industry (male hygiene) and exposure | | Exposure to cyanosis than | |
|---|---|---|---|---|---|---|
| | Number of men in age group | Average chest expansion | Number of men in group | Average chest expansion | Number of men in group | Average chest expansion |

Externally, the thorax shows evidence of limited respiratory movement; the supra- and infraclavicular fossae are conspicuous, the anterior-posterior diameter of the chest is increased; the angle may be more obtuse; evidence of wasting or loss of subcutaneous fat may be present; certain of the necessary muscles of respiration

The direct effect of pulmonary fibrosis on respiratory rate may be seen in table 33. Before the exercise test the respiratory rate of males with ground-glass lung-field markings was higher, but not significantly so, than the respiratory rate of males with first degree linear respiration of pulmonary markings. The exercise test consisted of having the subject stand with one foot on a box 14 inches high and to raise the other foot to the level of the top of the box 25 times in 30 seconds. The respiratory movements were counted during a 12-second period preceding the test, during a 12-second period immediately after exercise, and during a 12-second period 2 minutes after the test. Exercise raised the respiratory rate of all four groups of men, but the rise in respiratory rate was dependent upon the degree of pulmonary fibrosis, the men with ground-glass lung-field markings being affected most. After 2 minutes' rest, the fall in respiratory rate was most closely to the preexercise rate was slower in men with asbestosis (ground-glass lung-field markings).

RESPIRATORY RATE

TABLE 33.—*Relation of respiratory rate to lungfield markings in male asbestos workers*

| | Average respiratory rate | | | |
|---|---|---|---|---|
| | Ground-field markings | | | |
| | Pipe-Osteo first | Fibrotic linear | Frosted-glass present first | Apparent ground-glass first |



TABLE 34.—*Influence of tobacco-nicotine on the respiratory rate of asbestos workers*

| | Average | | | |
|---|---|---|---|---|
| | | Exposed to dust, years | Arithmetic difference | |

Similar relations were found in a study of anthracite miners. In men with anthraco-silicosis the respiratory rate was definitely higher than in essentially normal men before exercise, after exercise, and after rest.

CLUBBING OF FINGERS AND CURVING OF NAILS

Many asbestos-exposed workers, particularly those with long dust exposures, had a deformity of the finger nails. The terminal phalanges may become so bulbous that the finger resembles the end of a drumstick, a condition conveniently described by the term clubbed fingers. Usually it is accompanied by a downward curving of the end of the nail.

The affection is almost always bilaterally symmetrical and often involves the toes as well as the fingers. It is common in pulmonary tuberculosis. In bronchiectasis, empyema, and congenital heart disease it may be seen in its most exaggerated form. Such exaggeration, however, was comparatively rare in this study. In a study of 2,711 (51) anthracite workers, the deformity, regardless of degree, was observed in about a third of the workers having anthraco-silicosis, but was present in only 4 percent of the controls. The real significance of the affection has not been determined. Norris and Landis (62) state that in all probability it is a manifestation of long-standing toxemia associated with phthisis or bronchiectasis. The bronchiectatic and emphysematous changes noted in the asbestotic lung at autopsy probably account to a great extent for the occurrence of the change in the workers with asbestosis.

TABLE 35.—*Number and percent of asbestos-exposed workers who had clubbed fingers or curved finger nails, classified by lung-field marking*

| Degree of clubbing and curving | Lung-field markings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | First-degree linear | | Second-degree linear | | Third-degree ground glass | | Second-degree ground glass | | Total |
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | |
| Total | [illegible] | 100 | 78 | 100 | [illegible] | 100 | [illegible] | 100 | [illegible] |
| Normal | [illegible] | [illegible] | 42 | [illegible] | 31 | 62 | [illegible] | [illegible] | [illegible] |
| + | [illegible] | 15 | 20 | [illegible] | 12 | 24 | 4 | [illegible] | [illegible] |
| ++ | [illegible] | [illegible] | 11 | [illegible] | 5 | [illegible] | 2 | 9 | 21 |
| +++ | [illegible] | [illegible] | 0 | 0 | 2 | 4 | [illegible] | [illegible] | [illegible] |

Five controls (6 percent) had curving of the nails. This percentage was much higher (19.2) in the asbestos-exposed group. Thirty-nine percent of the workers with first- or second-degree ground-glass lung-field markings had this condition.

HEART DEFECTS

Taking age into consideration, blood pressure values conformed closely to the values found on examination of 10,143 male industrial

Heart defects were no more numerous than in industrial groups in general. They were tabulated in relation to dust exposure and pulmonary fibrosis in the same way as the impairments just discussed, but no simple relationships could be found. A careful cardiac study (including electrocardiograms) was made on one group of asbestos workers. Many workers with advanced cases of asbestosis had normal hearts and no evidence was found which would relate heart impairments to asbestos dust exposure.

FIGURE 39.—PHOTOMICROGRAPHS OF ASBESTOSIS BODIES FOUND IN SPUTUM, ENLARGED 530 TIMES EXCEPT E WHICH IS ENLARGED 310 TIMES. A SCALE, RULED IN UNITS OF 50 MICRONS, HAS BEEN DRAWN BESIDE EACH ASBESTOSIS BODY.





FIGURE 39A.—ASBESTOS CORN ON THUMB OF 35-YEAR-OLD MAN EMPLOYED 4 YEARS IN THE CARD ROOM OF AN ASBESTOS TEXTILE FACTORY. PREVIOUSLY EMPLOYED 14 YEARS IN COTTON AND WOOLEN TEXTILE MILLS. PHOTOGRAPH OF MOULAGE. 2X.

74

dust-exposed persons fluctuate above and below the value for the controls.

The total silica silica output was calculated by multiplying silica concentration by the volume of urine excreted in 24 hours; these values (table 39) also show no simple relation to dust exposure.

Urinary silica analyses are available for two other groups of people whose diet resembled that of asbestos workers in consisting largely of vegetables. The urine of seven male college students living in the same city averaged 2.6 mg per 100 cc (based on single specimens, not 24-hour samples). An earlier survey of an industrial plant in Trenton made by the Public Health Service showed that the daily silica output averaged 28.83 ± 0.38 mg, a value very close to the normal silica output of nonexposed asbestos workers.

Diet plays an important part in influencing urinary silica, concentration as King and Dolan (39) have demonstrated on experimental animals. A predominantly vegetable diet, will, in high silica content, leads to a high urinary silica output. It may be that the dietary intake of silica was so great as to totally mask any possible effect of silicate absorption through the lungs. In any case, the phenomenon reported by King and Dolan for gold miners (39) and by the Public Health Service (51) for indurate miners, namely, a higher silica excretion in men exposed to silica dust than in nonexposed controls, does not appear here. The urinary silica concentration of the asbestos workers is higher than that reported for the two occupational groups just mentioned, and this appears to be largely due to dietary differences.

Silica concentration increased with increasing specific gravity. The silica content is, of course, too low to influence the specific gravity directly. Instead, it appears that the two values may vary concomitantly, and that the drinking of large quantities of water, for instance, would lower both the specific gravity of the urine and subsequently excreted and its silica content as well.

Table 40—Relation of silica content of urine to specific gravity

| Specific gravity | Average (mg per 100 cc) | Number of samples |
|---|---|---|
| 1.000 to 1.009 | 2.14 | 32 |
| 1.010 to 1.019 | 2.46 | 68 |
| 1.020 to 1.029 | 3.10 | 33 |
| Over 1.030 | 3.70 | 10 |

THE BIOLOGICAL OF ASBESTOSIS

In preceding sections of this bulletin the signs and symptoms of this substance have been treated one at a time or two at a time in order to show their relationship to dust exposure. In this and the two following sections the symptom complex of asbestosis and its relation to dust exposure will be discussed.



73

incorporated history.—In establishing a diagnosis of asbestosis, it is important to exclude the possibility that the observed effects may have resulted from inhalation of another kind of dust or some other obvious process. An employer should, for instance, might prevail signs and symptoms which would differ from those of asbestosis mainly in degree. A diagnosis of asbestosis should be made only when the occupational history allows proven exposure to asbestos dust and no heavy exposure to other obvious dust.

X-ray findings.—Although the ground-glass markings that are so characteristic of asbestosis are usually localized in the basal portion of the lung fields, nevertheless all regions of the chest must be examined roentgenographically in order to detect signs of other disease processes that might complicate diagnosis. It is important, too, to search for the signs of pulmonary tuberculosis. Suggestions of the fine character of lung-shell markings are significant. Physicians should bear a shadow (see p. 56) has been confirmed by several physicians who have reported rates of tuberculosis. The physical implications should be referred to whatever cardiac enlargement is found during the X-ray examination. A consideration of the chest shape of certain individual will sometimes modify the interpretation of the chest findings. Fluoroscopic examination is, of course, the best avenue of detection (diaphragmatic impairments, is but valuable information can often be gained from a study of a good X-ray film. Heavy posterior muscles may cast an X-ray shadow which resembles in a single plate its shadow cast by the increased fibrosis in the lungs. This possibility must always be kept in mind during the examination of chest X-ray films. Notes on the thickness of the chest muscles should be made on the physical examination form, or experience should be made in order to obviate this source of error. The influence of breast shadows caused difficulty in diagnosing one case.

Classification of lung-field markings.—In this study, after examining an X-ray film and before making a diagnosis, the films were classified according to the nature and degree of fibrosis into one of four classes: first- or second-degree ground-glass suggestion of the lung-field markings or first- or second-degree ground-glass lung-field markings. There is good reason to believe that these four classes represent successive stages through which a typical case of asbestosis would pass under continuous exposure to asbestos dust. Since, as has been said, the ground-glass markings appear first in the basal portions of the lung fields, it follows that any given chest film might have areas in which the markings were ground-glass and other areas in which the markings were linear. Usually the basis of classification has been the type of marking that predominates in the lower third of the visible lung field.





FIGURE 20.—PORTIONS OF CHEST X-RAY FILMS WHICH ILLUSTRATE THE SUCCESSIVE CHANGES BROUGHT ABOUT BY LONG-CONTINUED INHALATION OF ASBESTOS DUST.

FIRST
DEGREE
LINEAR

SECOND
DEGREE
LINEAR

FIRST
DEGREE
GROUND
GLASS

SECOND
DEGREE
GROUND
GLASS

21

22

In order to show these markings on a larger scale than would be possible if the entire film were reproduced and to illustrate the system of classification, figure 20 has been prepared.

**Symptoms.**—Dyspnoea, cough, blood-tinged sputum, pain in the chest, swollowing, decreased chest sounds are symptoms which also occur in asbestosis. It is possible to differentiate pulmonary asbestosis from silicosis by a history of exposure to asbestos, the presence of asbestosis bodies in the sputum, or by the type and distribution of the X-ray markings. With reference to occupation, bodies in the sputum, the data show that they may appear after 3 months' exposure. . . .

**REPRESENTATIVE CASE HISTORIES**

Plates made from representative X-ray films appear as figures 41 to 51. Roentgenograms of a normal chest (figure 41) and of a chest showing advanced silicosis (figure 42) have been included for purposes of comparison. In figures 43 to 51 which represent asbestosic patients, an abstract from the case history and physical examination accompanies the X-ray. In viewing these roentgenograms it should be remembered that the ground-glass lung-field markings that are characteristic of asbestosis are exceedingly difficult to photograph and reproduce. It will be noted that the distribution of the shadows is not quite as general as in silicosis.



FIGURE 4.—NORMAL PULMONIC MARKINGS. WHITE MALE, AGE 23.

Note the linear type of pulmonic markings usually seen in the chest radiogram of an average industrial worker not exposed to a dust hazard. This man had worked 3 years in the decorating department of a pottery and 3 years at general outdoor labor.

FIGURE 4A.—SILICOTIC PULMONIC MARKINGS. WHITE MALE, AGE 51.

Note coarse nodular appearance, with beginning coalescence of lucre shadows in the upper half of the left. Moderate emphysema of both bases and slight mediastinal dilatation. Nodular markings of the type here shown were not noted in adventitious employees.



FIGURE 13.—EARLY ASBESTOSIS. WHITE MALE, AGE 29

FIGURE 14.—EARLY ASBESTOSIS. WHITE MALE, AGE 30.



FIGURE 45.—MODERATELY ADVANCED ASBESTOSIS. WHITE MALE, AGE 44.

FIGURE 46.—MODERATELY ADVANCED ASBESTOSIS. WHITE MALE, AGE 42.



FIGURE 47.—MODERATELY ADVANCED ASBESTOSIS. WHITE MALE, AGE 48.

FIGURE 48.—MODERATELY ADVANCED ASBESTOSIS. WHITE MALE, AGE 39.





FIGURE 49.—ADVANCED ASBESTOSIS. WHITE MALE. AGE 44.

FIGURE 50.—ADVANCED ASBESTOSIS. WHITE MALE. AGE 55.





FIGURE 51.—ASBESTOSIS WITH FIBROID TUBERCULOSIS. WHITE MALE, AGE 38.

Occupational history.—Male spinner (asbestos), 11 years 8 months; monthly, 12 years.

*Following dust exposure.*—(a) Weighted average (screening), 7.0 million particles per cubic foot. (b) Million particles-years, 86.5.

*Past medical.*—Received sanatorium treatment for tuberculosis 8 months in 1929. Left pneumothorax and rib excision. Aspermateurism in 1916.

*Complaints.*—Dry cough, past 5 years, worse at night. Slight dyspnea, 3 years. *Physical examination.*—Very thin man. Weight 131 pounds. Blood pressure, 130/70. Pulse rate, 78, 80, and 86. Respiratory rate, 16, 18, and 20 (Broken). Occasional dry rales, both bases, immediately after, and 2 minutes after forced expiratory cough. Achenoid type of physical construction. Chest expansion, 1½ inches. Broath sounds are slightly increased over the entire chest. Slight deformity of chest due to scoliosis. Chest expansion, deviated toward right. Right axpergraphic index, 76. Heart. The palpable second sound is much greater than the pulmonic second.

*Fluoroscopy.*—Diaphragm nerve trafly and equally on both sides. On forced respiration, excursion is 2 cm on right and 1 cm on left.

*Roentgen.*—Moderately advanced nodulation with arrested fibroid tuberculosis

95

## INCIDENCE OF ASBESTOSIS

Preceding sections of this bulletin have stressed the importance of the X-ray findings in establishing a diagnosis of asbestosis. The reason, of course, is that X-ray examination is the most direct means now available for detecting the primary effect of inhaled asbestos dust on the body; namely, initiation of interstitial fibrosis of lung tissue.

Classification of asbestosis into a series of stages which follow one another in their development is a difficult matter because it depends to a great degree on the interpretation of relatively minor changes in the lung-field markings. Other investigators have recommended the same difficulty. Lanza, McConnell, and Fehnel (17) and Fulton, Dooley, Matthews, and Houtz (18) set up a variety of doubtful cases of asbestosis. Stage 1 is the developing tabulated more or less corresponds to their category of doubtful cases. It comprises cases in which diagnosis rests largely on X-ray evidence. Stage 2 represents early cases of asbestosis, and stage 3 designates moderately advanced cases. More advanced cases (stage 4) are relatively infrequent. Stage 3 was reserved for bed-ridden cases.

Table 41 illustrates the relationship of stages of asbestosis to the X-ray findings. Although diagnoses of early stages of asbestosis were occasionally made in the absence of definite ground-glass lung-field markings when cough, dyspnea, and objective findings were present in sufficiently advanced degree, diagnoses of the later stages of asbestosis were not made unless unmistakable ground-glass markings were present in the lung fields.

The incidence of asbestosis increases rapidly with increasing dust exposure. A fifth of the workers with an exposure of 50 to 99 million particle-years, and half of the workers having an exposure of more than 100 million particle-years had asbestosis. In comparison with these figures, asbestosis-affected those are exceedingly low dust-exposure values

TABLE 41.—*Relation of asbestosis to lung-field markings*

| | | Suspected asbestosis | | | | Total |
|---|---|---|---|---|---|---|
| X-ray findings | | Absence of asbestosis | | | | |
| Fine-glass lines... | | | | | | |
| Ground-glass lines... | | | | | | |
| Semi-opaque field... | | | | | | |
| Total... | | | | | | |

583

Case 4:07-cv-02824-SBA    Document 36-18    Filed 09/22/2007    Page 53 of 70

Case 4:07-cv-02824-SBA    Document 36-18    Filed 09/22/2007    Page 54 of 70

## PATHOLOGICAL FINDINGS IN ASBESTOSIS

Specimens for pathological study were furnished through the courtesy of Dr. J. Reid, Shuffel, Charlotte, N.C., and Dr. H. F. Easom, director of the Division of Industrial Hygiene of the North Carolina State Board of Health.

The pathology of asbestosis is characterized by diffuse, interstitial, pulmonary fibrosis and by the presence of asbestosis bodies in the tissues.

### GROSS APPEARANCE

In gross appearance the lungs vary in color from brownish to pale gray. Usually, they are not discolored like siderotic or anthracotic lungs unless an extensive amount of long-standing fibrosis is present. Often the lungs are firm and heavy, but softer areas can sometimes be felt on palpation. Crepitus depends on the amount of fibrosis. The pleura may be thickened and fibrous tags may be mentioned over the surface. In the cases described in this report, thickening of the pleura and the presence of fibrous adhesions are more frequently found on the right lung than on the left. Adhesions to the diaphragm are sometimes present.

On section, small, dark gray, irregularly shaped areas are seen on the cut lung surface. They are rather evenly distributed and they are of approximately the same size. Visible strands of connective tissue of varying size run through the lung parenchyma, forming a more or less regular, fibrous network, and enclosing the dark gray, nodular areas and lung tissue which show alveoli. Areas of well-marked emphysema are noted in the upper portions of the lower lobes, a feature that was referred to in the discussion of the X-ray findings. The bronchi and bronchioles appear to be distended and their walls are often thickened. In one case, this bronchiectasis is most marked in the upper lobe, particularly in the apex.

Congested areas are occasionally seen on gross inspection of the lung sections. They are probably terminal.

The hilar lymph nodes are not markedly increased in size. They are pinkish gray and contain about the usual amount of anthracotic pigment found in a city dweller.

### MICROSCOPIC APPEARANCE

The pleura, when thickened, is made up of adult fibrous connective tissue cells. The collagen fibers are usually well developed and may show hyalinization. In some sections the thickened pleura is vascular,

390

...the blood vessels generally being small capillaries. Areas of variable size, containing anthracotic pigment, are occasionally found in the thickened connective tissue.

Throughout the parenchyma of the lung a diffuse interstitial fibrosis is present, which varies with the subpleural expansion of the interstitial. The areas of fibrous tissue are irregular or stellate in shape and may contain small blood vessels. The cellular elements consist of adult fibrous tissue cells, fibroblasts, some collagen, and often numerous macrophages. The strands of fibrous tissue represent an increase in the interlobular connective tissue. The fibrosis is usually rather uniformly distributed throughout the entire lung. In areas of considerable fibrosis, atelectasis is noted due to the contraction of the fibrous tissue. The alveoli extending between areas of fibrosis are generally dispersed and show a tendency to marked emphysema. The alveolar walls are thickened by fibrous tissue, and in some sections hyalinization and the loss of nuclei occur. The alveoli are lined by a single layer of epithelial cells. The bronchial walls and the walls of the bronchioles may be thickened, and a slight to moderate lymphocytic infiltration is present occasionally. The smaller bronchioles are frequently quite distended. The walls of the small blood vessels are thickened, particularly the arterioles, which contain an increased amount of fibrous tissue. Sections through emphysematous lobules show a fairly thick, fibrous, connective-tissue wall, lined by a single layer of flat or low cuboidal, epithelial cells. Asbestosis bodies, measuring as much as 2 mm in diameter in the specimens studied, are apparently of bronchial origin.

Asbestosis bodies are found in almost all parts of the pulmonary tissue. They occur most frequently in the areas of fibrosis and are accompanied by a greatest black pigment. They are also noted in the connective tissue about the small bronchi, in the alveolar walls, and in the alveoli. Macrophages and giant cells are usually present when the asbestosis bodies are found in the alveoli and often surround or engulf the bodies. These cells also contain a considerable amount of anthracotic pigment, and the dark greenish black pigment commonly found in asbestosis. A brownish yellow pigment in lesser amounts is also present. The asbestosis bodies occur in the lungs in a variety of shapes. The most frequent is a beaded rod with large rounded ends. Spindle shapes with beaded centers are also noted. Rosette formation is relatively frequent. There appears to be no relation between the number of asbestosis bodies and the amount of pulmonary fibrosis. In one case in which there is exceedingly little fibrosis, the asbestosis bodies are particularly numerous, while in another case, showing extensive fibrosis, they are quite infrequent. These bodies are golden yellow in color and are stained blue with potassium ferrocyanide, showing the presence of ferric iron. With this









**ABESTOSIS**

**NORMAL**

**SILICOSIS**

FIGURE 52.—PHOTOMICROGRAPHS OF LUNG SECTIONS SHOWING THE PRESENCE OF NODULAR FIBROSIS AND EMPHYSEMA IN A SILICOTIC LUNG AND DIFFUSE FIBROSIS AND EMPHYSEMA IN AN ASBESTOTIC LUNG. A SECTION OF A NORMAL LUNG IS SHOWN FOR COMPARISON. VAGHT CATION: 16×.

54



...urin some fine blue streaks have been noted which are apparently asbestos fibres in the process of becoming asbestosis bodies. By the use of polarized light, but fibres are often demonstrated in the tissue which are identified as asbestos. These may be seen in the peribronchial connective tissue, the interstitial connective tissue, the





FIGURE 53.—ASBESTOSIS BODY IN INTRA-ALVEOLAR CONNECTIVE TISSUE. PHAGICALLY NO FIBROSIS IN THIS AREA. CARE H-21. MAGNIFICATION 1,000×. (ARMY MEDICAL MUSEUM NO. 5326).

alveolar walls, and in the alveolar spaces. The blue staining fibres and the asbestosis bodies are not visible when viewed with crossed Nicol prisms. Other fine crystalline material is sometimes noted.

The presence of complicating tuberculosis is often difficult to demonstrate. Unless caseation is well defined, the tubercles are





FIGURE 84.—ASBESTOSIS BODIES ACCOMPANIED BY GIANT CELLS IN AN AREA OF FIBROSED LUNG TISSUE. CASE H-21. MAGNIFICATION 735X. (ARMY MEDICAL MUSEUM NO. 52252.)

[1]

presumably the developing Bisson area of asbestosis in a marked degree. It is not easy in many cases to distinguish its reaction from the odd hyalinized connective tissue in the alveolar septa. In one of the cases studied, the presence of asbestosis in the alveoli and connective tissue of the alveolar walls without the presence of reaction was observed. This could possibly be an early tuberculous infection in the proliferative stage, or it could well be a contaminating nonmalignant asbestos bacillus.

[1]

using a technique developed by the Public Health Service for studying the physiological behavior of dust. This method has been described elsewhere also. All three samples of asbestos dust produced an inert type of reaction in the peritoneal tissue. On the basis of this response, asbestos dust has been considered to be potentially harmful, especially when inhaled over long periods of time. Asbestos dust, like talc (42, 44), which also produces an inert reaction, causes a diffuse pulmonary fibrosis as has been observed on injury, exposure, paranasal and post-mortem examination of persons exposed to those dusts.

NARRATIVE AUTOPSY CASE REPORTS

Case H-21
17p-11-b

Male, white, aged 38 years.
Cause of death—Myocarditis.
Occupational history—Worked for 12 years in the weaving room of an asbestos plant. Prior to this he had worked in a cotton mill.
Medical history—Confined to bed for the most part of his last 6 months of life. Increase of weakness, dyspnoea, and unproductive cough.
Pathological examination showed subdivided advanced asbestosis, evidenced by much diffuse interstitial pulmonary fibrosis, accompanied by asbestosis bodies, emphysema, bronchiectasis, and bronchitis.
Chemical examination of lung tissue—Sample from right lung—ash 3.3 percent, silica 0.6 percent, silica in ash 18.32 percent. Sample from left lung—ash 3.5 percent, silica 0.73 percent, silica in ash 20.33 percent.



FIGURE 57.—CASE M-21. RIGHT LUNG. MARKEDLY THICKENED PLEURA WITH FUSION OF INTERLOBAR PLEURA. DENSE FIBROUS TAGS OVER ENTIRE SURFACE.

112

FIGURE 58.—CASE M-21. LEFT LUNG. PLEURA, MUCH THICKENED, FIBROUS ADHESIONS THAN WERE NOTED ON THE RIGHT LUNG.

111



FIGURE 57.—CASE H-31. SECTION OF RIGHT LUNG. ADVANCED ASBESTOSIS. DISTENDED BRONCHI AND AIR SPACES AT BOTH APEX AND BASE. DIFFUSE FIBROSIS THROUGHOUT LUNG SUBSTANCE AND THICKENED PLEURA.

FIGURE 58.—CASE H-31. SECTION OF LEFT LUNG. DISTENDED BRONCHI AND AIR SPACES AT APEX. RATHER UNIFORMLY DISTRIBUTED FIBROUS AND EMPHYSEMATOUS AREAS THROUGHOUT REST OF LUNG.



1146

Case 27
(figs. 58 and 59)

, Male, Negro, aged 25 years.

*Cause of death.*—Tuberculosis

*Occupational history.*—Employed as a shoveler and scraper in the muffrooms of an asbestos plant for 12 years prior to death. Previously, roofer (asphalt), 1½ years.

*Estimated dust exposure.*—[a] 25.3 million particles per cubic foot; [b] 8 million particle years. 45%Si.

*Roentgenology.*—Moderate (2+) haze of diaphragm right and left, first degree ground-glass appearance.

*X-ray.*—Slight obliteration of costophrenic angle on right. Moderate granular appearance right base. Interpreted as concretional... Note the definite evidence of fibrosis at the right base and obliteration of the right costophrenic angle. This evidence of increased fibrosis and fibrous pleurisy is also shown in the necropsy material (figs. 67 and 68).

*Medical history.*—Influenza, 1918 (6 months, 2 weeks). Frequent colds. Medical history negative until 2 weeks before death when he developed pneumonia.

*Physical examination.*—Slender, colored male. Height 70½ inches. Weight 151 pounds. Long chest; right side slightly smaller. Expansion, poor (1% inches). Moderate dullness over lower lobe on percussion. Peristaltic crackling rales over lower part of lungs. Palpitation and fremitus, negative. Pain in breath-muscle over heart. Blood pressure, 140/90. Pulse rate, 70, 90, and 85. Respiratory rate, 20, 28, and 24 (before, immediately after, and 2 minutes after exercise). Slight unnatural dyspnoea immediately after exercise). Substernal... in sputum. Urine: albumen 3.3 mg per 100 cc (33 mg per 24 hours).

*Diagnosis.*—Moderately advanced asbestosis (stage 2). If smoker before death.

*Pathological examination* showed moderately advanced asbestosis. A moderate degree of diffuse pulmonary fibrosis and emphysema was present.

Chemical examination of lung tissue.—Sample from right lung—ash 2.05 percent, silica 0.44 percent. ... lime in ash 16.2 percent.

FIGURE 59. - CHEST X-RAY OF CASE # 27 15 MONTHS BEFORE DEATH



FIGURE 50.—CASE H-23, RIGHT LUNG. ENTIRE PLEURAL SURFACE COVERED BY DENSE FIBROUS TAGS



FIGURE 51.—CASE H-23, LEFT LUNG. VERY FEW FINE FIBROUS TAGS ARE NOTED ON THE PLEURA.

FIGURE 62.—CASE H-23. SECTION OF RIGHT LUNG. MODERATELY ADVANCED ASBESTOSIS. FIBROUS AREAS AND EMPHYSEMA UNIFORMLY DISTRIBUTED THROUGHOUT THE LUNG SUBSTANCE



FIGURE 63.—CASE H-23. SECTION OF LEFT LUNG. SHOWS LESS INVOLVEMENT THAN RIGHT LUNG (FIG. 62)

## Case H-25

(Pls. 14 and 15)

Male, white, aged 27 years.

*Cause of death.*—Lobar pneumonia.

*Occupational history.*—Began work at age of 16 years. Sandblast weaver (sandblast), 2 years. Truck driver, 3 months. Sandblast weaver (sandblast), 4 years. Truck driver, 3 year. Sandblast weaver (abrasive), 5 years.

Weighed average dust exposure—187 million particles per cubic foot, or 342.9 million million particles per cubic foot water.

*Medical history.*—Past history negative. Had influenza, prior to death, which developed into pneumonia.

*X-ray examination.*—Film made 15 months and 1 month (fig. 6A) before death showed first-degree ground glass which was interpreted as compatible with nodular fibrosis.

*Medical examination.*—The pulpital abnormalities found on physical examination. 15 months before death of the patient were supra-clavicular curved rails, second-degree crepitus, and decreased breathing on both the right and left sides. The heart size and left ventricular were normal-sized presenting. 127%. On exercise the pulse rate rose from 86 to 110 and 2 minutes later had fallen to 84. The respiratory rate then on exercise from 18 to 36 and returned to 22. The patient had a chest girth at expiration of 37½ inches and a chest expansion of 2 inches. He was a thick-chested male 69½ inches tall, weighing 185 pounds. Fifteen months before death this chest x-ray appeared to show advanced fibrosis.

*Pathological examination* showed early tuberculosis (stage 2). A diffuse interstitial fibrosis with little emphysema and bronchiectasis and numerous silicotic bodies was noted. Lobar pneumonia was shown to be the cause of death.

*Chemical examination of lung tissue.*—Sample from right lung—ash 2.44 percent, silica 0.51 percent, silica in ash 5.42 percent. Sample from left lung—ash 3.44 percent, silica 0.77 percent, silica in ash 11.17 percent.

112

113



15 MONTHS BEFORE DEATH

ONE MONTH BEFORE DEATH

H 25

FIGURE 6A—CASE H-25. CHEST X-RAYS TAKEN 15 MONTHS AND 1 MONTH BEFORE DEATH. PART OF THE DIFFERENCE BETWEEN THE TWO ROENTGENO-GRAMS IS DUE TO A DIFFERENCE IN X-RAY TECHNIQUE.







FIGURE 65.—CASE H-25 SECTION OF RIGHT LUNG. EARLY ASBESTOSIS UNI-
FORM DISTRIBUTION OF FIBROUS AREAS THROUGHOUT LUNG SUBSTANCE.

114

## ACKNOWLEDGMENTS

Grateful acknowledgments are due the employers and employees of
the asbestos textile plants in which this study was made for their inter-
est and cooperation.

Howard F. Breidach, laboratory assistant, prepared X-ray dust
films, conducted clinical and chemical tests on urine and sputum
samples, collected the atmosphere dust samples used for chemical
analysis, made the photomicrographs reproduced in this bulletin, and
materially contributed to the progress of this study in these and in
other ways. Junior Statistical Clerk Marjorie W. Hereford coded and
tabulated the involved findings and prepared the graphs and tables
included in this report. Associate Chemist F. H. Goldman made
chemical analyses on samples of asbestos dust and samples of lung
tissue.

(116)

Case 4:07-cv-02824-SBA    Document 36-18    Filed 09/22/2007    Page 65 of 70

## SUMMARY OF MEDICAL FINDINGS

A medical examination was made of such employes in three asbestos textile plants employing 423 men and 118 women. These persons were much younger than the average industrial employe and they had been employed in this industry for relatively short lengths of time. Almost half of these workers had been previously employed in cotton or woolen textile mills. Only 23 persons had been employed in a trade in which workers are known to be exposed to inorganic dust, and only 1 of these 23 persons had pneumoconiosis. For this reason, it is believed, asbestos-dust exposure can be held responsible for the cases of pneumoconiosis that were found in these three factories.

Asbestosis is a form of pneumoconiosis caused by long-continued inhalation of asbestos dust. The primary effect of asbestos dust on the body is to set up an interstitial, pulmonary fibrosis. This may be seen at autopsy, and reports on three cases appear in the pathological section of this bulletin. This type of fibrosis may also be detected by X-ray examination of the chest. On the X-ray film the shadows cast by this type of fibrosis resemble ground glass in appearance and, usually extend over the lower portions of the lung fields, frequently being heavier on the right side. Unlike silicosis, nodular fibrosis has not been detected in asbestos workers.

As in silicosis, the chief symptoms of asbestosis are progressive dyspnea, variable cough, substernal chest pain, decreased chest expansion, emaciation, weakness, clubbed finger tips, and curved finger nails. Most of these symptoms seem to be the result of the pulmonary fibrosis set up by inhaled asbestos dust, and the concomitant pathologic changes, such as emphysema, bronchiectasis, and bronchiolectasis, which can be demonstrated at autopsy.

The percentage of persons affected by asbestosis or by any one of these symptoms depends upon the dust exposure. In all cases, the percentage of persons affected by any given sign or symptom of asbestosis is greater than in control groups of industrial workers who were not exposed to inorganic dust.

A characteristic of asbestosis is the finding of asbestosis bodies in the lungs and in the sputum. Although it does not appear from these data that a finding of asbestosis bodies can be used to establish a diagnosis of asbestosis, nevertheless it is evidence of asbestos exposure.

(116)

Only three cases of asbestosis, all of them simplexed in individual or borderline cases, were found to be exposed to dust concentrations of less than 5 million particles per cubic foot. (These three individuals had dust concentrations of about 3 million particles per cubic foot.) Above 5 million particles per cubic foot, numerous cases of well-marked asbestosis were found. It would seem that if the dust concentration in asbestos factories could be kept below 5 million particles (the supporting section of this report has shown how this may be accomplished), new cases of asbestosis probably would not appear.

117

## ANNOTATED BIBLIOGRAPHY

To facilitate reference to the papers listed in this bibliography, a brief note has been appended to each citation which indicates the kind of information that may be sought for profitably. So far as possible, an indication that can be gained from the title has been repeated in the annotation and consequently the length of the note is in most cases a measure of the orientation and completeness of the paper which were not found in the text. This papers on lung cancer here which were referred to in the text. This papers on lung cancer here cited as a possible complication of asbestosis are, as an example, not included in this study, but it appears that it would be a profitable thing to look for whatever autopsy material is available for that reason papers dealing with the subject have been included.

## EXPERIMENTAL REPORTS

1. Annual report of the chief inspector of factories and workshops for England ... H. M. Stationery Office, London, England, 1910.
   Contains a section on observations made by Dr. Collis on the effects of exposure to asbestos dust on an audience in an asbestos textile factory.

2. Bloomfield, J. J., and J. M. DallaValle. The determination and control of industrial dust. Public Health Bulletin No. 217, 1935.
   Discusses generally accepted methods of dust quantification and methods in use for controlling industrial dust.

3. Hatch, Theodore and K. F. Choate. Statistical description of the size distribution of particulate substances. Jour. Franklin Inst., 1927; 225:387, 1929.
   Discusses the measurement of asbestos dust and its physical properties.

4. Hatch, Theodore, and C. P. Yoke. The microscopical composition of siliceous foundry dust. Jour. Ind. Hyg. 19: 91-97, 1935.
   A petrographic study of siliceous foundry dust according to particle size.
   Composition of dust reported to vary with size.

5. Hirschild, C. S., and C. H. Williams. The microscopy of asbestos dust. Jour. Ind. Hyg. 17: 289-293, 1935.
   Discusses the determination of asbestos samples obtained in asbestos manufacturing plants: textile and various asbestos products.

---

## 119

7. Page, R. T., and J. J. Bloomfield. A survey of the control of health in an asbestos-fabricating plant. Public Health Reports 51: 1713-1721, 1937.
   "This investigation included a study of a number of asbestos-textile factories. 22 cases of asbestosis were found. X-ray examination showed the lung condition and no unmistakable...

## CONCLUSIONS

8. Merewether, E. R. A. Pneumoconiosis. Tubercle and Werewood... 382: 1707, 1931.
   X-ray and medical study of 21 employees of a fibrous asbestos textile factory.

9a. Bonser, G. M. Pulmonary asbestosis. Amer. Jour. der Pneumonconiosis. Artikel.

9b. ... Haar, W. Zur Asbestenose. Arch. Gewerbepath. u. Gewerbehyg. 1957.

10. Mavrogordato, A. Three laboratories der Pneumonconiosis. Archiv asbestosis, silicosis...

11. Mavrogordato, A. ... Pneumonconiosis ...

12. Donnelly, J. Pulmonary asbestosis: incidence and prognosis. Jour. Ind. Hyg. 18: 222-228, 1936.
   Description of X-ray lines of 121 asbestos workers.

120

10. Lanza, A. J. Pneumoconiosis. Proceedings of the International Conference on Silicosis held at Johannesburg, Aug. 13–27, 1930. (Studies and Reports, Series F (Ind. Hyg.) No. 13, pp. 506–509.) Author's observations on workers handling raw asbestos and asbestos products. Concludes that at least ½ years of exposure is required to produce pneumoconiosis; effect may be latent and persistent, its product after a given exposure, and pneumoconiosis. Well-established. Lung opacity of dust inhaled and pneumoconiosis. Lawn opacity develop in 7 to 9 years and the disease can ensue death after cases may develop in 7 to 9 years.
13 years' heavy exposure.

12. Lanza, A. J. Asbestosis. Jour. Amer. Med. Assoc. 106: 368–369, 1936. Brief description of the entire observation in the disease process, also notes on related picture and morbidity as seen in X-rated films.

13. Lanza, A. J., W. J. McConnell, and J. W. Fehnel. Effects of the inhalation of asbestos dust on the lungs of asbestos workers. Public Health Reports 40: 1–12, 1935. Reprint No. 1666.
Brief description of the findings of an engineering and medical study made in an asbestos textile plant.

14. McDonaldSon. Pneumoconiosis. Proceedings of the International Conference on Silicosis held at Johannesburg, Aug. 13–27, 1930. Detailed description of pathological findings and review of literature.
Part III. The nature and amount of dust encountered in asbestos plants.
Part III. The nature and amount of exposure to dust encountered in asbestos plants.
of asbestos dust on the lungs of asbestos workers. Bibliography of 122 references on the health of industry. Bibliography of 122 references.
Report of a medical examination of six workers.

15. Fulton, W. B., A. Dooley, J. L. Matthews, and R. L. Brotin. Asbestosis, Part II. The nature and amount of exposure to dust encountered in asbestos. Bulletin of Dept. Health, etc.
A 49-year-old man employed in the carhouse of an asbestos factory 9 years became disabled on account of dyspnea, weakness, and clubbing of fingers. Cough and profuse sweat and loss of weight, and clubbing of fingers. X-ray and clinical examination, complicated by tuberculosis pleurisy.
A fibrosis was found, enlarged 2 years making sensitive multi-zone increase.
A fibrosis was found, enlarged 2 years making sensitive. Kind of interstitate. Autopsy findings are presented.

14. Ellman, P. Pulmonary asbestosis: its clinical, radiological, and pathological features, and its associated risk of tuberculous infection. Jour. Ind. Hyg. 15: 165–183, 1933.

17. Robert, H. S. Pulmonary asbestosis. Report of a man with necropsy findings. Amer. Rev. Tuberc. 31: 223–231, 1935.
Autopsy reveals an engorgement of the lungs was confirmed to an extensive 277 lead, 1939. The internal organs were quite congested.
Pulmonary edema complicated. Alteration between the pathologic condition pulmonary X-rays. Examined and X-rays lead (two sections before at focus) the revealed from a machine-filter. By autopsy results fifty-five.
revealed from machine-filter. Pulmonary interstitial upper lobe of fifty.
Interstitial fibrotic areas of X-lobes. Another picture of upper lobe of lung in late-in-
arteold of tuberculosis/asbestosis evident. Interstitial lung. Interstitial fibroid palm.

22. Stillwell, Stuart. Pulmonary asbestosis. Brit. Med. Jour. 2: 619–621, 1924.
"The routine examination of a pulmonary asbestosis. Brit. Med. Jour.
initiation of a pneumoconiosis it might be regarded as a result of a mild irritation of a pneumoconiosis it might be regarded as a result of minute interstitial fibrosis.
tissue." The possibility that asbestos fibers have been at plant or intermediate may be contained. "The hypothesis advanced is that asbestos-cement contains a proportion of workers exposed to asbestos-cement of a group of employees exposed to asbestos.
survey of 211 persons exposed to asbestos dust.
Tuberculosis was absent.

23. McPherson, A. B. Asbestosis and Tuberculosis her Lungen. Zeischr. f. Tuberk. 72: 11–17, 1935.
Asbestosis completed by tuberculosis was found in a 33-year-old woman.
employed in an asbestos factory during a 15-year period.

25. Merewether, E. R. A. Pneumoconiosis on Asbestos. Tubercle 15: 69–81, 1933–1934; 170–190.
A comprehensive review of British studies of asbestosis, including pathology, industrial and medical historical facts, main features of the disease, asbestos bodies, correlation with dust exposure, risk of tuberculosis, preventive measures, and compensation.

26. König, E. C. Pulmonary asbestosis, report of a case. Minnesota Med. 12: 443–469, 1930.
A 28-year-old man exposed to asbestos dust in a mine 17 years previously. The X-ray showed a bronchial ulcer be died of heart block. Marked lung fibrosis was found on autopsy. Asbestos fibers and asbestos bodies were found on microscopic examination.

27. Moore, Clement. Clinical and radiological note on pneumatozoids due to asbestos. Silicosis—records of International Conference held at Johannesburg, Aug. 13–27, 1930. Results and Reports, Series F (Ind. Hyg.) No. 13, p. 599.
The X-ray shows "ground-glass" appearance distributed throughout in the hilar and peri-hilar areas which is most advanced cases considerably reduced transparency. Nonsilicose there is indifferent of the lungs.

28. Oliver, Thomas. Clinical aspects of pulmonary asbestosis. Brit. Med. Jour. 1927 (Vol. 2): 1026–1027.
Case histories of "two women who are the subjects of pulmonary asbestosis, one aged 48 and the other 28."

29. Lynch, K. M., and W. A. Smith. Pulmonary asbestosis. If Inhalation the report of a case. Amer. Rev. Tuberc. 24: 618–680, 1931.
White male, age 40, died of an acute one-sided of asbestos in a foam-felt 32 filter, after 20 years of exposure. Post mortem showed 293 title, in section of asbestos lungs. X-ray examination Knowledge layer (patchy filling of the lungs). Died on a month of time, another failure. The antopsy reports fibrosis, emphysema, and heart abscess were found.

29. Fairweath, H. K., T. C. Schley, and H. R. M. Landis. A twice-developed study of the effects of dust inhalation upon the lungs. Amer. Physicians 22: 67–195, 1912.





41. Stewart, M. J., N. Tattersall, and A. C. Haddow. On the occurrence of clumps of asbestosis bodies in the sputum of asbestos workers. Jour. Path. Bact. 32: 737-741. 1929.

A clump of asbestosis bodies was found in the sputum of a 37-year-old woman employee 11 years at an asbestos factory. She complained of cough, dyspnoea, and anorexia. "The radiograph showed diffuse fibrosis throughout the lower thirds of both lungs." Died of lobar pneumonia. On autopsy, "There was notable diffuse fibrosis of the greater (basal) portion of both lower lobes. The non-fibrosed tissue was somewhat emphysematous." Asbestosis bodies were most numerous in the densely fibrosed areas. No evidence of tuberculosis.

41a. Sundius, N., and A. Bygdén. Der Stickstoffgehalt eines Asbestkörperchens und die Beschaffenheit der sogenannten Asbestosiskörperchen. Archiv für Gewerbepathologie und Gewerbehygiene 8: 26-70. 1937.

Quantitative microchemical analysis of asbestosis bodies isolated from a human lung showed that the gel surrounding the asbestos fiber consisted largely of ferric oxide, phosphate, an organic substance whose chemical composition suggests that it is protein, and water. Chemical analysis and X-ray examination of cores of asbestosis bodies indicated that the chemical composition of the asbestos fiber remained unchanged.

OTHER PNEUMOCONIOSES

42. Curtis, A. J. R. The health of cement workers. Indust. Med. 6: 195-200. 1937.

Results of a medical survey of 201 men exposed to dust in a cement mill. Morbidity data for 21 plants.

43. Dreessen, W. C. Effects of certain silicate dusts on the lungs. Jour. Ind. Hyg. 15: 66-78. 1933.

"The silicate dusts of tremolite talc and slate induce a fine, diffuse, bilateral fibrosis of the lungs which is definitely demonstrable in the X-ray."

43a. Dreessen, W. C. Effect of inhaled marble dust as observed in Vermont marble finishers. Public Health Reports 49: 721-732. 1934.

"Although marble dust when inhaled in the concentrations here observed (less than 20 million particles per cubic foot) produces a mild bilateral, linear fibrosis in [15 percent of the 80 men X-rayed] no serious lung changes were noted and there was no disability due to the dust, even after many years of exposure."

44. Dreessen, W. C., and J. M. DallaValle. The effects of exposure to dust in two Georgia talc mills and mines. Public Health Reports 50: 131-143. 1935. Reprint 1669.

Engineering and medical study of the relation between dust exposure and occurrence of pneumoconiosis in 66 workers.

45. Dreessen, W. C., and R. R. Jones. Anthracosilicosis. Jour. Amer. Med. Assoc. 107: 1179-1185. 1936.

Results of a medical examination of 2,711 employed and 125 disabled anthracite miners.

46. Hoffman, F. L. Mortality from respiratory diseases in dusty trades (inorganic dusts). Bull. U. S. Bur. Lab. Stat. No. 231, pp. 176-180. 1918.

Gives brief summaries of the effects of exposure to inorganic dusts, compiled from occupational mortality data available in 1918.

47. Middleton, E. L. Industrial pulmonary disease due to the inhalation of dust. Lancet 231: 1-9, 59-64. 1936.

Part I deals with silicosis, Part II with silicatosis including asbestosis.

48. Russell, A. E., R. H. Britten, L. R. Thompson, and J. J. Bloomfield. The health of workers in dusty trades. II. Exposure to siliceous dust (granite industry). Public Health Bulletin No. 187. 1929.

An engineering, medical, and statistical study of the effects of exposure to granite dust on workers.

49. Sayers, R. R., F. V. Meriwether, A. J. Lanza, and W. W. Adams. Silicosis and tuberculosis among miners of the tri-state district of Oklahoma, Kansas, and Missouri. I. For the year ended June 30, 1928. Bureau of Mines, Technical Paper 545. 1933.

Results of medical and roentgenographic examinations of 7,722 men employed in lead and zinc mines.

50. Sayers, R. R. Silicosis. Public Health Reports 49: 595-602. 1934. Reprint 1620.

Discussion of the historical, medical, and engineering aspects of silicosis.

51. Sayers, R. R., J. J. Bloomfield, J. M. DallaValle, R. R. Jones, W. C. Dreessen, D. K. Brundage, and R. H. Britten. Anthraco-silicosis among hard coal miners. Public Health Bulletin No. 221. 1935.

Medical and engineering study of incidence of pneumoconiosis in relation to dust exposure among 2,700 anthracite miners.

52. Thompson, L. R., D. K. Brundage, A. E. Russell, and J. J. Bloomfield. The health of workers in dusty trades. I. Health of workers in a Portland cement plant. Public Health Bulletin No. 176. 1928.

Includes an engineering study of dust conditions in a cement plant, records of respiratory ailments, and physical examinations of a large group of workers.

CANCER AND ASBESTOSIS

52a. Egbert, D. S., and A. J. Geiger. Pulmonary asbestosis and carcinoma. Amer. Rev. Tuberc. 34: 143-150. 1936.

A 41-year-old man employed 18 years as an asbestos weaver sought medical treatment for dyspnoea, cough, and "an insidious, gradually increasing pain of aching character throughout the back." Patient lost 40 pounds within a few months. Before death, X-ray and laboratory tests were made. Besides the characteristic pathological and histological signs of asbestosis, there was a large primary carcinoma (illustrated) in the lower lobe of the left lung.

53. Gloyne, S. R. Squamous carcinoma of lung occurring in asbestosis: two cases. Tubercle 17: 5-10. 1935.

Description of malignant lesions noted in two cases. The lesions were small and not recognized in life. They showed prickle cells, keratinization, and cell nests. The growths advanced along the bronchial mucosa by continuous fingerlike prolongations. The growths were in a portion of the lung where the asbestosis was quite advanced.

54. Gloyne, S. R. Oat cell carcinoma of lung occurring in asbestosis: case. Tubercle 18: 100-101. 1936.

Typical, extensive asbestosis was found on autopsy of a 59-year-old man employed 22½ years in the storage department of an asbestos factory. A neoplasm almost the size of a golf ball was found in the peripheral portion of the lower lobe of the left lung, continuous with the pleura. The growth

124.

55. Levene, K. M., and W. L. Noble.  Gasometric determination of lead in air as a submicrodetermination.  Amer. Jour. Cancer 24: 50-61.  1935.

was safe, phenic acidosis and fatty acid enteritis etc.  It gave contrast from a system at constant atmospheric pressure, destroying both disease as it progressed.  Phenis, Jour. Cancer 22: years and tracere in newborn and about 23 years.  As result of exposure to smallpox, and tracere filaments of lungs and pleura with mercurial poisoning, an antibone number controversies.  In addition to the effect of finroids, the antibone indexed formation of lesions to eliminate from one of the remedies of the pulmonary to the right inner tube, where ayptomain medicine of the living establishment was observed.  The description of the severe could not be specified, but it did not suppress the throat.

## MISCELLANEOUS

56. Briden, Rollo H., and J. B. Thompson.  A health study of lead distressed malo industrial workers.  Statistical analysis of survey, in the industries.  Public Health Bulletin No. 162.  1926.

Summary of anthropometric and physiological data obtained in physical examination, together with incidence of certain physical defects.

57. Cardieri, L. C., and D. E. Cummins.  Studies on experimental pneumono-koniosis.  VI.  Inhalation of asbestos dust; its effect upon primary tuberculous infection.  Jour. Ind. Hyg. 12: 25-41.  1941.

"Guinea-pigs have been exposed for eight hours daily for periods as long as two and one-third years (in an atmosphere containing approximately thirty-five million particles per cubic foot of asbestos dust (Canadian chrysotile).  In no instance has the final effect of inhalation as shown have elsewhere been exposed for shorter periods (550 days)."

58. Obrecsw, S. R.  The presence of the asbestos fibre in the tissue of asbestos workers.  Tubercle 10: 401-407.  1929.

59. Kehoe, R. A., and M. Dolan.  Silicosis and the metabolism of silica.  Chic. Med. Assoc. Jour. 31: 21-28.  1934.

Urinary silica content of 78 miners was 7.2 mg per 100 cc of 40 alchenid 1 mg per 100 cc (single specimens).  Associated procedure is described.

60. Miller, J. W., and R. R. Sayers.  The physiological response of peritoneal tissue to asbestos dust, intravital studies.  Public Health Reports 51: 1685-1908.  1930.  Reprint No. 1787.

26 deaths were classified according to the reaction produced on intraperitoneal injection and gained 496.

61. Miller, W. S.  The lung.  Charles C. Thomas, Springfield, Ill.  Baltimore.  1937.  pp. 85.

62. Nords, G. W., and R. M. Landis.  Diseases of the chest and the principles of physical diagnosis.  W. B. Saunders Co., Philadelphia.  6th edition.  1933.

63. Extracts from the annual report of the Chief Inspector of Factories and Workshops.  1923.  Chapter III—Health.  His Majesty's Stationery Office.  London.

O

