A   3987

NAVY DEPARTMENT
WASHINGTON (25)

SOSED-LD-2103   7/5

July 7, 1943

| | |
|---|---|
| From: | The Secretary of the Navy. |
| To: | Chief of Bureau of Ships. |
| Subject: | Joint Navy-Maritime Commission project with respect to Safety and Industrial Health in private shipyards having Navy Contracts;-- Failure of certain yards to cooperate. |
| References: | (a) Quarterly Report by Division of Shipyard Labor Relations, U.S. Maritime Commission, on U.S.Navy-U.S.Maritime Commission Accident Prevention Program, January 1, 1943 to March 31, 1943. |
| | (b) SecNav's ltr SOSED-LD-CEG 2/27 1907 dated 4 March 1943. |
| | (c) SecNav's ltr SOSED-LD-DS 901 4/22 dated 5 May 1943. |
| Enclosure: | (A) Copy of reference (a). |

1. Reference (a) indicates that in some cases shipyards in question are not complying with "Minimum Requirements for Safety and Industrial Health in Contract Shipyards", transmitted by reference (b), or are failing to report accidents, or both.

2. It is requested that action be taken through Supervisors of Shipbuilding to effect full cooperation in this essential program of all private shipyards having Navy contracts.

Forrestal

Acting

cc: U.S. Maritime Commission.

7070782

Enc. A