UNITED STATES MARITIME COMMISSION
REGIONAL CONSTRUCTION OFFICE
EAST COAST
JEFFERSON BUILDING  1015 CHESTNUT STREET
PHILADELPHIA 7, PA.

21 September 1945

From:        Dr. Philip Drinker
             Chief Health Consultant
             U. S. Maritime Commission

To:          Bureau of Ships
             Att: Admiral Mills

Reference (a)    Letter from BuShips to Bu M & S  24 February 1945
                 Section 768, Pa-4(768-G), Subject  Industrial Health
                 and Safety - Survey concerning Asbestosis

Enclosure (A)    2 copies of a Health Survey of Pipe Covering Operations
                 in Constructing Naval Vessels

1.           Enclosure (A) contains the results of the study
authorized by the Bureau of Ships in Reference (a) and is forwarded
for your consideration. As you will note from the data and conclusions,
only 3 men out of 1074 showed any lung changes. All three had worked
over twenty years at the trade. In our opinion this work as found in
our Navy yards is most unlikely to cause ill health and we believe it
would be well to publish a revision of this report in an appropriate
medical journal.

2.           We suggest, therefore, that you authorize us to rewrite
the report with names and identity of shipyards deleted <u>if you wish</u>, re-
submit it to you and to the Bureau of Medicine and Surgery for approval
and then publish it appropriately.

3.           We suggest also that copy of the conclusions, page 26,
of the present report be given to your own division of insurance and the
insurance division of the Maritime Commission.  Both are concerned with
possible damage suits from workers in shipyards.

                 9240389-A          PHILIP DRINKER

cc: Capt. Burton, Bureau of Medicine and Surgery
    Mr. Tracy, Maritime Commission

                P 2 - 4

762



GOVERNMENT
EXHIBIT
316

1151

FOR VICTORY
BUY
UNITED STATES
WAR
BONDS
AND
STAMPS