PROCEEDINGS of the

EIGHTH ANNUAL MEETING

of the

AMERICAN CONFERENCE OF GOVERNMENTAL

INDUSTRIAL HYGIENISTS

Chicago, Illinois—April 7-13, 1946

taken by Dr. Goldman's Committee, but rather to present the need and suggest that the Conference consider the question of setting up these procedures on the same basis as Dr. Goldman is following with the analytical methods.

DR. GOLDMAN: Of course, the subject has been discussed in our special seminar, and I think it was indicated there that if the Conference was amenable, the Committee would undertake that work also.

CHAIRMAN BREHM: Any other discussion? The chair will entertain a motion for the acceptance of the report of the Committee on Standard Methods.

MR. FLUCK: I so move.

... The motion was seconded by Mr. Wilson, put to a vote, and carried ...

CHAIRMAN BREHM: The motion is carried. Thank you, Dr. Goldman.

The last committee report we have this morning is that of the Committee on Threshold Limits by Dr. W. G. Fredrick, chairman of that Committee. Dr. Fredrick.

## Report of the Sub Committee on Threshold Limits

DR. FREDRICK: Considerable difficulty attends the fixing of satisfactory values for maximal allowable concentrations of chemicals in respirable atmospheres because of the lack of sufficient toxicological data and the lack of a uniform definition of the maximal allowable concentration concept. One concept is that the M.A.C. value should represent as accurately as possible that concentration at which a worker exposed for a sufficient period of time will just escape physiological or organic injury and occupational disease. A second concept is that the M.A.C. should represent some fraction of that concentration which will injure the worker in order to allow a margin of safety in the design of protective equipment and guard against possible synergistic effects in the case of multiple exposures. A third concept is that the M.A.C. should perform the functions of the former concepts and in addition provide a work environment free of objectionable but non-injurious concentrations of smokes, dusts, irritants and odors. Obviously all of these concepts cannot be fulfilled with the establishment of a single value. M.A.C. values in use at the present time represent examples of all of these concepts.

The committee feels that the establishment of dual lists or a single definition of the M.A.C. is not possible at the present time.

An extensive list of M.A.C. values is presented to the conference for use during 1946, with the definite understanding that it be subject to annual revision. Values have been compiled from the list reported by this sub-committee at the 5th annual meeting of the N.C.G.I.H. in 1942, from the list published by Warren Cook in Industrial Medicine, vol. 14, p. 936, 1945, and from published values of the Z-37 committee of the American Standards Association.

It will be noted that many of these values have been in general use by members of the conference for several years.

*Maximum Allowable Concentrations of Air Contaminants for 1946*

(These values are subject to annual revision)

Data for these values have been obtained primarily from the report of this Committee in 1942, the compilation by Warren Cook, Industrial Medicine, Vol. p. 936, 1945 and the values established by the American Standards Association Committee.

*Group I. Gases and Vapors*

| Substance | M.A.C. (ppm) |
|---|---|
| Acetaldehyde | 200 |
| Acetic acid | 10 |
| Acetone | 500 |
| Acrolein | ( |
| Acrylonitrile | 20 |
| Ammonia | 100 |
| Amyl acetate | 200 |
| iso-Amyl alcohol | 100 |
| Aniline | 5 |
| Arsine | |
| Benzene (Benzol) | 100 |
| Bromine | |
| 1, 3-Butadiene | 5000 |
| n-Butanol | 5 |
| 2, Butanone | 200 |
| n, Butyl acetate | 200 |
| Butyl cellosolve | 200 |
| Carbon dioxide | 5000 |
| Carbon disulfide | 20 |
| Carbon monoxide | 100 |
| Carbon tetrachloride | 50 |
| Cellosolve | 200 |
| Cellosolve acetate | 100 |
| Chlorine | |
| 2-Chlorobutadiene | 20 |
| Chloroform | 100 |
| 1-Chloro-1-nitropropane | 20 |
| Cyclo hexane | 400 |
| Cyclo hexanol | 100 |
| Cyclo hexanone | 100 |
| Cyclo hexene | 400 |
| o-Dichlorobenzene | 7 |
| Dichloro difluoro methane | 10,000 |
| 1, 1-Dichloro ethane | 100 |
| 1, 2-Dichloro ethane | 100 |
| 1, 2-Dichloro ethylene | 200 |
| Di chloro ethyl ether | 1 |
| Di chloro methane | 500 |
| Di chloromonofluromethane | 500 |
| 1, 1-Dichloro-1-nitro ethane | |
| Dichlorotetrafluoro ethane | 10,000 |
| Dimethylaniline | |
| Dimethylsulfate | |
| Dioxane | 5 |
| Ethyl acetate | 4 |
| Ethyl alcohol | 100 |
| Ethyl benzene | 2 |
| Ethyl bromide | 4 |
| Ethyl chloride | 50 |
| Ethylene chlorhydrin | |
| Ethylene dichloride—see 1, 2-Dichloroethane | |
| Ethylene oxide | 1 |
| Ethyl ether | 4 |
| Ethyl formate | 2 |
| Ethyl silicate | 1 |
| Freon—see dichloro difluro methane | |
| Formaldehyde | |
| Gasolene | 5 |
| Heptane | 5 |

| | |
|---|---:|
| Hexane | 500 |
| Hydrogen chloride | 10 |
| Hydrogen cyanide | 20 |
| Hydrogen fluoride | 3 |
| Hydrogen selenide | 0.1 |
| Hydrogen sulfide | 20 |
| Isophorone | 25 |
| Mesityl oxide | 50 |
| Methanol | 200 |
| Methyl acetate | 100 |
| Methyl bromide | 20 |
| Methyl butanone | 200 |
| Methyl cellosolve | 100 |
| Methyl cellosolve acetate | 100 |
| Methyl chloride | 200 |
| Methylcyclohexane | 500 |
| Methyl cyclo hexanol | 100 |
| Methyl cyclo hexanone | 100 |
| Methyl ethyl ketone | 200 |
| Methyl formate | 400 |
| Methyl iso-butyl ketone | 200 |
| Mono chloro benzene | 75 |
| Mono fluro trichloro methane | 10,000 |
| Mononitro toluene | 5 |
| Naphtha (coal tar) | 100-200 |
| Naphtha (petroleum) | 500 |
| Nitro benzene | 5 |
| Nitro ethane | 200 |
| Nitrogen oxides (other than nitrous oxide) | 25 |
| Nitroglycerine | 0.5 |
| Nitromethane | 200 |
| Octane | 500 |
| Ozone | 1 |
| Pentane | 5000 |
| Pentanone (methyl propanone) | 200 |
| Perchloroethylene—see tetrachloroethylene | |
| Phosgene | 1 |
| Phosphine | 1 |
| Phosphorus trichloride | 0.5 |
| iso-Propanol | 400 |
| Propyl acetate | 200 |
| iso-Propyl ether | 500 |
| Stibine | 10 |
| Stoddard solvent | 500 |
| Styrene monomer | 400 |
| Sulphur chloride | 1 |
| Sulphur dioxide | 10 |
| 1, 1, 2, 2,-Tetra chloroethane | 10 |
| Tetra chloro ethylene | 200 |
| Toluene | 200 |
| Toluidine | 5 |
| Trichloroethylene | 200 |
| Turpentine | 100 |
| Vinyl chloride | 500 |
| Xylene | 200 |

| Group II. Toxic Dusts, Fumes and Mists | Mg/M³ |
|---|---:|
| Barium peroxide (as Ba) | 0.5 |
| Cadmium | 0.1 |
| Chloro di phenyl | 1.0 |
| Chromic acid and chromates (as CrO₃) | 0.1 |
| Dinitro toluene | 1.5 |
| Fluorides (as F) | 2.5 |
| Iodine | 0.1 |
| Iron oxide fume | 15 |
| Lead | 0.15 |
| Magnesium oxide fume | 15 |
| Manganese | 6 |
| Mercury | 0.1 |
| Pentachloronaphthalene | 0.5 |
| Sulphuric acid | 0.5 |
| Tellurium | 0.01 |
| Tetryl | 1.5 |
| Trichloronaphthalene | 5 |
| Trinitrotoluene | 1.5 |
| Zinc oxide fume | 15 |

| Group III. Mineral Dusts | M.P.P.C.F.* |
|---|---:|
| Alundum | 50 |
| Asbestos | 5 |
| Carborundum | 50 |
| Portland cement | 50 |
| Mica (below 5% free silica) | 50 |
| Nuisance (no free silica) | 50 |
| Silica—High (above 50% free SiO₂) | 5 |
| Silica—Medium (5-50% free SiO₂) | 20 |
| Silica—Low (below 5%) | 50 |
| Slate—(below 5% free SiO₂) | 50 |
| Soapstone (below 5% free SiO₂) | 50 |
| Talc | 20 |
| Total dust (below 5% free SiO₂) | 50 |

Group IV. Radiations

| Material or Radiation | Radiant Energy |
|---|---|
| Radon or thoron gas | 10⁻¹⁰ Curies/M³ |
| X or Gamma Radiation | 0.1 Roentgen per 8 hr. day |

CHAIRMAN BREHM: Thank you, Dr. Fredrick. Is there any comment? If not, the chair will entertain a motion regarding that report.

... It was moved and seconded that the report be accepted. The motion was put to a vote and carried...

CHAIRMAN BREHM: The motion is carried. Thank you, Dr. Fredrick.

MR. BROWN: Mr. Chairman, in order to provide now for the consideration of the report of the Committee on Industrial Hygiene Codes, I move that that report now be taken from the table for consideration. The report was tabled pending presentation of the report of the Committee on Threshold Limits.

... Seconded by Mr. Wilson ...

CHAIRMAN BREHM: Is there any discussion?

DR. GREENBURG: I wonder if the limits set forth by the Committee on Codes were transmitted to that Committee from the Committee on Threshold Limits?

DR. FREDRICK: No, they were not. These committees were not in communication. I regret there seems to be some overlapping in the fields of activity.

MR. BLOOMFIELD: Mr. Chairman, I would like to make a suggestion for the sake of saving time and expediting the meeting, since we want to go into Executive Session soon to transact important business. I suggest that the Threshold Limits and Industrial Hygiene Code be omitted and we consider the report without those limits. Do you think that would be agreeable to Mr. Buxell and your Committee? There is an overlapping and I am not sure that both report limits are in agreement. That is my suggestion.

MR. BROWN: I personally agree, Mr. Bloomfield, but in order to consider that, I think the report ought to be brought back to the Conference. It can't actually be considered until it is before the Conference. At that time that point should be taken up.

CHAIRMAN BREHM: The motion to bring off the table is now before the meeting.

*Million particles per cubic foot of air, standard light field count.

... The motion was put to a vote, and carried ...

CHAIRMAN BREHM: The motion is carried.

MR. BLOOMFIELD: I would now like to make the suggestion which I made before we voted.

CHAIRMAN BREHM: All right. Does anyone have any other discussion?

MR. BROWN: May I speak on that point, Mr. Chairman? As a member of the Conference, and having nothing to do with this report, I have felt the need for such a code as is contemplated by the Conference. I would like to see the various elements which go into that report adopted by the Conference.

The individual units for the codes will probably be of great help to us individually by having them adopted by the Conference with the thought in mind that in the future they will all be combined in the form of a unified code.

As far as the report is concerned, various individuals have expressed a desire for a code at the earliest possible opportunity. This fact was kept in mind by the Committee in considering the material which it reported. It has in mind very definitely continuing the work which it is doing in an effort to arrive at a code at the earliest possible opportunity.

It would be of considerable help to the Committee in its deliberations to have expressions from the membership as to what units should be included in the code.

If this report isn't accepted by the Conference, as far as I am personally concerned, an expression as to the desires of the members as to units for such a code would prove of value.

If the Conference should desire to ask the Committee to reconsider its suggestion as to maximum allowable concentrations in the light of the report of the Committee on Threshold Limits, I think the Committee should do so.

CHAIRMAN BREHM: The report of the Committee on Threshold Limits has been approved by the Conference, which brings before us now the question of approving the report of the Committee on Industrial Hygiene Codes. Is that correct, Mr. Secretary-Treasurer?

MR. BLOOMFIELD: That is right. It ought to be disposed of one way or the other.

CHAIRMAN BREHM: The chair will entertain a motion to accept or reject at this time that report.

MR. MORSE: I make a motion we accept the report of the Committee on Industrial Hygiene Codes, deleting the section on maximum allowable concentrations pending the establishment by that Committee of allowable toxic limits.

... Seconded by Mr. Bloomfield ...

DR. GRAY: By adopting the report of the Committee on concentrations, have we adopted the minimum concentrations they suggested? If we have, we could adopt the other code by substituting for their toxic doses one that the Committee on Threshold Limits endorses. Do I make myself clear?

MR. BLOOMFIELD: Yes, you do, Dr. Gray, but I don't see any reason for two committees coming out with two sets of limits, even if they are consistent within themselves.

DR. GREENBURG: As a matter of fact, Mr. Chairman, the provision of a list of maximum allowable concentrations by the Committee on Codes is not pro[viding] the society with a code. It is just providing the [society] with a list of maximum allowable concentration[s;] a code is something quite different from that.

It seems to me that if we desire maximum all[owable] limits, we get those from the existing commit[tee set] up for that purpose.

MR. BLOOMFIELD: As Mr. Brown told you, [we are] now working on a code which will be submitted [to the] Committee on Codes. Our Division has alread[y pre]pared a rough draft of a very extensive code a[nd ad]just allowable limits.

CHAIRMAN BREHM: The motion has been ma[de and] seconded to the effect that the Committee re[port on] Industrial Hygiene Codes be adopted with the [excep]tion that its recommendation on maximum al[lowable] limits be deleted—pending the submission of s[uch al]lowable limits by the Committee on Threshold [Limits.]

MR. WITHERIDGE: As a member of the Com[mittee] on Codes, I wonder if the motion might be mod[ified to] state, instead of "pending" the submission of a [list,] that the list prepared by the Threshold Comm[ittee be] "substituted" for the original list?

MR. MORSE: As another member of that Com[mittee,] I think that is what I said, did I not?.

CHAIRMAN BREHM: Well, Gentlemen, I th[ink the] motion can be brought to a vote.

... The motion was put to a vote, and carrie[d ...]

CHAIRMAN BREHM: The motion is carrie[d. That] disposes of our committee reports for the m[orning.] We will now go into our second Executive Ses[sion.]

... The meeting recessed at twelve o'clock .[..]

# 1947 M. A. C. VALUES

The following maximum allowable concentration values were a part of the report submitted by the Committee on Threshold Limits and accepted by the American Conference of Governmental Industrial Hygienists at the 1947 meeting. These values are revised annually.

## GASES AND VAPORS

| Substance | M. A. C. (ppm) |
|---|---|
| Acetaldehyde | 200 |
| Acetic acids | 10 |
| Acetic anhydride | 5 |
| Acetone | 500 |
| Acrolein | 0.5 |
| Acrylonitrile | 20 |
| Ammonia | 100 |
| Amyl acetate | 200 |
| iso-Amyl alcohol | 100 |
| Aniline | 5 |
| Arsine | 0.05 |
| Benzene (benzol) | 50 |
| Bromine | 1 |
| 1,3-Butadiene | 1,000 |
| n-Butanol | 50 |
| 2,Butanone | 200 |
| n,Butyl acetate | 200 |
| Butyl "cellosolve" | 200 |
| Carbon dioxide | 5,000 |
| Carbon disulfide | 20 |
| Carbon monoxide | 100 |
| Carbon tetrachloride | 50 |
| "Cellosolve" | 200 |
| "Cellosolve" acetate | 100 |
| Chlorine | 2 |
| 2-Chlorobutadiene | 25 |
| Chloroform | 100 |
| 1-Chloro-1-nitropropane | 20 |
| Cyclohexane | 400 |
| Cyclohexanol | 100 |
| Cyclohexanone | 100 |
| Cyclohexene | 400 |
| Cyclopropane (propene) | 400 |
| o-Dichlorobenzene | 50 |
| Dichlorodifluoromethane | 1,000 |
| 1,1-Dichloroethane | 100 |
| 1,2-Dichloroethane (ethylene dichloride) | 75 |
| 1,2-Dichloroethylene | 200 |
| Dichloroethyl ether | 15 |
| Dichloromethane | 500 |
| Dichloromonofluormethane | 1,000 |
| 1,1-Dichloro-1-nitroethane | 10 |
| Dichlorotetrafluoroethane | 1,000 |
| Dimethylaniline | 5 |
| Dimethylsulfate | 1 |
| Dioxane | 100 |
| Ethyl acetate | 400 |
| Ethyl alcohol | 1,000 |
| Ethyl benzene | 200 |
| Ethyl bromide | 200 |
| Ethyl chloride | 1,000 |
| Ethylene chlorhydrin | 5 |
| Ethylene oxide | 100 |
| Ethyl ether | 400 |
| Ethyl formate | 100 |
| Ethyl silicate | 100 |
| Formaldehyde | 10 |
| Gasolene | 500 |
| Heptane | 500 |
| Hexane | 500 |
| Hydrogen chloride | 10 |
| Hydrogen cyanide | 20 |
| Hydrogen fluoride | 3 |
| Hydrogen selenide | 0.1 |
| Hydrogen sulfide | 20 |
| Isophorone | 25 |
| Mesityl oxide | 50 |
| Methanol | 200 |
| Methyl acetate | 200 |
| Methyl bromide | 20 |
| Methyl butanone | 100 |
| Methyl "cellosolve" | 25 |
| Methyl "cellosolve" acetate | 25 |
| Methyl chloride | 100 |
| Methylcyclohexane | 500 |
| Methyl cyclohexanol | 100 |
| Methyl cyclohexanone | 100 |
| Methyl formate | 100 |
| Methyl iso-butyl ketone | 100 |
| Monochlorobenzene | 75 |
| Monofluortrichloromethane | 1,000 |
| Mononitrotoluene | 5 |
| Naphtha (coal tar) | 200 |
| Naphtha (petroleum) | 500 |
| Nickel carbonyl | 1 |
| Nitrobenzene | 1 |
| Nitroethane | 100 |
| Nitrogen oxides (other than nitrous oxide) | 25 |
| Nitroglycerine | 0.5 |
| Nitromethane | 100 |
| 2-Nitropropane | 50 |
| Octane | 500 |
| Ozone | 1 |
| Pentane | 1,000 |
| Pentanone (methyl propanone) | 200 |
| Phosgene | 1 |
| Phosphine | 0.05 |
| Phosphorus trichloride | 0.5 |
| iso-Propanol | 400 |
| Propyl acetate | 200 |
| iso-Propyl ether | 400 |
| Stibine | 0.1 |
| Stoddard solvent | 500 |
| Styrene monomer | 200 |
| Sulfur chloride | 1 |
| Sulfur dioxide | 10 |
| 1,1,2,2-Tetrachloroethane | 5 |
| Tetrachloroethylene | 100 |
| Toluene | 200 |
| Toluidine | 5 |
| Trichloroethylene | 150 |
| Turpentine | 100 |
| Vinyl chloride (chloroethane) | 500 |
| Xylene | 200 |

## TOXIC DUSTS, FUMES, AND MISTS

| Substance | Mg/M³ |
|---|---|
| Antimony | 0.1 |
| Arsenic | 0.1 |
| Barium | 0.5 |
| Cadmium | 0.1 |
| Chlorodiphenyl | 1 |
| Chromic acid and chromates (as $CrO_3$) | 0.1 |
| Cyanide as CN | 5 |
| 1,2-Dichloropropane (propylene dichloride) (ppm) | 75 |
| Dinitrotoluene | 1.5 |
| Fluorides | 2.5 |
| Iodine | 0.1 |
| Iron oxide fume | 15 |
| Lead | 0.15 |
| Magnesium oxide fume | 15 |
| Manganese | 6 |
| Mercury | 0.1 |
| Pentachloronaphthalene | 0.5 |
| Pentachlorophenol | 0.5 |
| Phosphorus (yellow) | 0.1 |
| Phosphorus pentachloride | 1 |
| Phosphorus pentasulfide | 1 |
| Selenium, compounds as selenium | 0.1 |
| Sulfuric acid | 0.5 |
| Tellurium | 0.1 |
| Tetryl | 1.5 |
| Trichloronaphthalene | 5 |
| Trinitrotoluene | 1.5 |
| Zinc oxide fumes | 15 |

## MINERAL DUSTS

| Substance | M. P. P. C. F. |
|---|---|
| Alundum | 50 |
| Asbestos | 5 |

## M. A. C. VALUES—

| | |
|---|---|
| Carborundum | 50 |
| Dust (nuisance, no free silica) | 50 |
| Mica (below 5 percent free silica) | 50 |
| Portland cement | 50 |
| Silica—high (above 50 percent free $SiO_2$) | 5 |
| Silica—medium (5 to 50 percent free $SiO_2$) | 20 |
| Silica—low (below 5 percent free $SiO_2$) | 50 |
| Slate (below 5 percent free $SiO_2$) | 50 |
| Soapstone (below 5 percent free $SiO_2$) | 50 |
| Talc | 20 |
| Total dust (below 5 percent free $SiO_2$) | 50 |

## RADIATIONS

| Material or radiation | Radiant energy |
|---|---|
| Gamma radiation | 0.1 roentgen per day |
| Radon | $10^{-1}$ curies per cubic meter |
| Thoron | $10^{-6}$ curies per cubic meter |
| X-ray | 0.1 roentgen per day |

*ppm = parts per million.
*Mg/M³ = milligrams per cubic meter.
*M. P. P. C. F. = million particles per cubic foot of air, standard light field count.