

EXHIBIT
CCF 742

NAVORDINST 5100.21
IN1
7 Jan 1958

DEPARTMENT OF THE NAVY
Bureau of Ordnance
Washington 25 D. C.

NAVORD INSTRUCTION 5100.21

From: Chief, Bureau of Ordnance
To:   Distribution List

Subj: Safety Handbook for Pipefitters

Ref:  (a) NAVORDINST 5100.13 of 10 Aug 1956, Subj:
          Industrial and General Safety and Industrial
          Hygiene Manual

1. Purpose. This Instruction promulgates a Safety Handbook for Pipefitters. This is one of the safety handbooks to be issued in accordance with Chapter 4, paragraph 5 of reference (a) as an aid in the safety indoctrination of employees so that accident prevention can be further improved in the Naval Ordnance Shore Establishment.

2. Background. A number of activities have suggested that the Bureau issue safety handbooks for trades rather than have each activity develop its own similar set of such handbooks. Smaller activities, in some cases, lack the facilities for the development of such handbooks. A set of the more common handbooks has been developed in loose-leaf format with the intent that stations desiring to use them can modify them to suit local conditions. This is one of a set of fifteen handbooks being issued at this time.

780606

2340  CCF997

SAFETY HANDBOOK

3. **Coverage.** The safety rules listed in this handbook are, of necessity, limited in number and are not intended to cover fully all applicable safety rules. This handbook does not supersede or replace any existing safety regulations but is provided as an additional safety indoctrination and refresher training aid.

4. **Action.** Prior to making distribution of this safety handbook, addressees are requested to review the handbook and make any pertinent additions and changes considered desirable, depending upon local conditions.

NAVORDINST 5100.21

Requests for additional copies of NAVORDINST 5100. should be submitted to either the General Supply Department, NSC Norfolk or the General Supply Depot, NSC Oakland.

F. S. WITHINGTON

G. P. ENRIGHT
By direction

DISTRIBUTION:
SNDL Part 2 (No. 27)

K2A(Charleston, Ft. Mifflin, Fallbrook - 3 copies; others 5 each); K2C(3 copies), K2D(5 copies), K3I2 copies), K5 (3 copies), K5B(10 copies), K5D(3 copies), K7IW.O. only 8 copies), K8(3 copies), K9(2 copies), K10(6 copies), K1 (3 copies), K13A(3 copies), K13C(5 copies), K16(3 cop les).

Copy to: (2 copies each unless otherwise indicated)
A2A(AO - CL), E8(Alexandria only), J30(Washington only)
K2A(Crane (Code EA3) only) (1 copy), K5A(Louisville
(Code Ad3) only) (1 copy), K12(Code RA)(1 copy).

ii

iii

SAFETY HANDBOOK

## FOREWORD

There are certain fundamentals in accident prevention. It must be observed if one is to have a safe operation. Regardless of what the assignment may be, there are safety factors that should be considered. Personnel should use this information off-the-job for safety as well as on the job. A good example is working in any work they do. Injuries after hours from ladders and scaffolds.

One of the benefits of a good safety program is a result of improper procedures. One of the benefits of a good safety program is obtained from the preservation of a smooth, efficient running operation. One feature of a good program is the shop stand-up meeting. These subjects should be considered in every section as topics for these conference type meetings.

iv

NAVORDINST 5100.21

## GENERAL TOPICS

**Reporting of Injuries.** (Reference NCPI 90.5) All injuries, no matter how insignificant, must be reported immediately to the Medical Department. Your experience may prevent a repeat exposure because, in safety work, we learn from the experience of others.

**Compensation Claim Procedures.** (Reference NCPI 90.5, Encl. 2) The Safety and/or Personnel Office can assist the injured in claim procedure. However, definite steps must be taken in progression to establish a bona-fide claim.

Obtain permission on a NAVEXOS 107 (Dispensary Permit) from your supervisor before going to the dispensary, Naval, or Public Health Hospital.

Complete a CA-1 (Employee's Notice of Injury and Original Claim for Compensation and Medical Treatment) with all details of HOW, WHEN, and WHERE the accident was experienced and include names of witnesses.

If the injury requires additional treatment a CA-2 (Official Superior's Report of Injury) should be completed.

If the injured chooses compensation in lie [lieu] of preferential, a CA-4 (Employee's Claim for Compensation on Account of Injury) should be initiated. If augmented compensation is desirable for dependents a CA-4s (Application for Augmented Compensation for Disability) should be completed at the same time.

1

SAFETY HANDBOOK

APPLICABLE SAFETY RULES

Electrical Appliances. (Reference OPNAV 34P1 Chapter 18) The Underwriters Laboratories approve electrical devices, so look for their seal of approval. Provide grounds for devices as required by current instructions. Never overload circuits. When in doubt call an electrician, particularly where there may be faulty service. People working in and around voltages should be acquainted with first aid in case of shock. Posters may be obtained from the Medical Department for training purposes. Remember that water is not conducive to good electrical working conditions and if combined with low or high voltage may prove disastrous.

Compressed Air. (Reference NAVORDINST 5100.13, page 9-5) Eye injuries are prevalent from the application of compressed air. Always remember to wear safety glasses with side shields. Air embolisms are possible from improper exposure to high pressure air. Use with respect, always. Improper storage facilities can prove disastrous if not controlled properly, particularly in the case of high pressure. The lines should be secured to prevent possible whipping when a break occurs. Air line respirators should have a filter in feed lines to prevent inhalation of foreign materials.

Acids. – Toxic Materials. It is the fumes from these substances that are dangerous. From an explosive and inhalation hazard each has hazardous qualities that can be dangerous. An industrial hygienist should determine their value. It is advantageous when working with acids to have copious amounts of water available.

Acids have tendencies to be explosive both in large and small amounts (i.e., batteries). Ventilation is a must

2

NAVODINST 5100.21

where carbon tetrachloride or methyl alcohol is used. These toxic substances are usually controlled by a Toxic Control Committee or are not allowed.

Hand Tools and Portable Tools. Inspect all tools for defects. If the tool is used for impact purposes check closely for metal fatigue. Report all defects to prevent additional exposure. Tag and indicate defects. Use the tool for the specific designed application only, and within its capacity. Get permission and instruction before using a new, strange device. Emphasis can not be too great in off-the-job, hobby work in the use of safe tools. When planning work consider what safety precautions are necessary. Use references before making plans and before giving a stand-up meeting on the subject.

Ladders. (Reference NAVORDINST 5100.13, page 9-10) Inspect the ladder for defects and note that the last date of inspection is current before checking out. Use a ladder for reaching an object only within the safe distances of reach. Never over-extend. Check the safety shoes for the proper design to meet the needs of the surface used for footing (i.e., spiked for soils, rubber for cement, etc.). Never carry material up a ladder. Use a hand line. Metal ladders should be used cautiously around electricity. Off-the-job ladders from this source have had serious results.

Lifting and Carrying Operations. Plan your work with consideration for making lifts. If it must be a manual lift allow for room to make lifts with your knees and not your back. In all cases use mechanical aids if feasible. If you must carry material manually keep it close to your body. Whenever possible use a mechanical lifting device to prevent possible injury. Injuries from improper lifting

3

## SAFETY HANDBOOK

are prevalent off-the-job and on-the-job. Using the proper method is a good preventive in any safety program.

Scaffolding. (Reference NAVODINST 5100.13, page B-16) Scaffolding can prove to be an accident preventive, if use properly. In many instances ladders are used where scaffolds should be installed. This consideration should be made in on-the-job plans. Materials left on scaffolds have proved to be accident makers. Toe boards help; but good housekeeping is also an excellent accident preventive. Use your safety manual and other reference materials when making plans for work or for stand-up meetings on this subject.

Wire Rope and Manila Lines. This gear should be included in periodic inspections. Do not take a chance. Inspect it yourself. This equipment will deteriorate quickly when exposed to the elements. It needs your care as an ounce of prevention. There are many good references on this subject such as the National Safety Council Safe Practices Pamphlets and Cards and OPNAV 34P1. Use them in planning your stand-up meetings on this subject. Falls caused by deteriorated lines have resulted in serious injuries. Week-end house painters, boat builders, and hobbyists in general should be cautioned on this exposure.

## VEHICLE EQUIPMENT LICENSING REQUIREMENTS     NAVODINST 5100.21

Only authorized trained operators may be assigned to vehicle equipment. Outlines for licensing are given in NCPI 190 and OP 2239. Material handling licensing should be outlined in the Station Safety Manual. Training and refresher training is a requirement for all vehicle operators. All material damage and physical injury must be reported immediately. Serious industrial injuries are reported to the Bureau as well as serious industrial accidents resulting in material damage. (NAVODINST 5100.13). Notify your supervisor of any change in your operating status whether on-duty or off-duty. Particularly in the area of personal physical conditions.

## SAFETY HANDBOOK

### PIPEFITTERS

The greatest exposure of this trade is that workers come in contact with materials under high pressure such as steam and air. Due to unusual exposure to such conditions at waterplant, sewerage plants, leading operations, etc., the worker must observe complete industrial hygiene practices for his own welfare. Many of the work assignments consist of manual application in close quarters, installation, storage, and materials handling. This should alert the worker to the proper techniques in lifting. Many times the worker finds himself on assignments that call for his own judgment. If the work is planned with the supervisor and the basic safety concepts are reviewed before going on the job they aid in preserving the worker's safety.

**Eye Safety.** Wear correct goggles for every job where there may be danger of impact, flying objects, harmful dust, gases, strong chemicals, or harmful light rays. Wash chemicals from the eyes with large quantities of clean running water, blinking the eyes repeatedly. Then get a doctor immediately. If dust or small particles get in your eyes, do not rub them. Get prompt first aid. Allow only a doctor or qualified nurse to remove anything from your eyes.

**Bench Work.** Keep your bench neat and orderly, and the floor free of slipping and stumbling hazards; don't let materials or debris accumulate to become a fire hazard or breed vermin. Use a brush to clean off the bench top. Tools should be placed where they cannot fall off the bench easily; have a place for each tool and keep it there. Protect the blades of sharp or pointed tools. Avoid using tools with mushroomed heads, cracked or broken handles.

or without handles. Use only wrenches of the right size; keep jaws sharp and in alignment; keep your vise in order.

Always use the proper tool for the job - never use makeshifts. Do not stand long material against the bench or the wall where the may fall easily. Guard against injury to others when handling long materials; place screens to protect them from flying objects.

Wear goggles as protection against flying particles; wear safety shoes when doing heavy work. See that the window and other sources of light at your bench give all possible illumination without glare. Wash your hands and face thoroughly before eating and before leaving the workplace for home.

**Pipecovering and Insulating.** Knives should be carried in a sheath, point down. When cutting materials, cut from you, never cut toward you. When twisting wire around piping, pull down sideways; never toward your face. Scissors should be carried in a sheath with points down, fastened to a hook or suspenders or around the neck so there is no danger of dropping when working overhead. When sewing, never sew toward you, always from you or sideways, as there is danger of injuring yourself if the thread breaks. When handling insulating materials on piping, always bend ends over so that hand lies smoothly against lagging. Never leave sharp ends of wire; always bend them over so sharp ends won't protrude. When



## SAFETY HANDBOOK

## NAVORDINST 5100.21

cutting wire from coil, hold end of wire firmly to prevent end striking you in your eyes or face. Buckets and material should be wired to piping or other fixed objects to keep them from being kicked or rolled off stings or gratings. Do not pile materials in passageways or fire lanes. Do not spread drop clothes over holes or unplaced floor plates or gratings where there would be danger of anyone stepping. Remove excess materials to proper containers. Observe good housekeeping at all times. When handling smooth, filler glass, or unbroken sections tight-fitting leather gloves must be worn to prevent injury to hands.

Cutting Oils and Compounds. You may be troubled with rash, pimples, or boils if you permit your skin to become plugged with dirt and oil. When quitting work at noon and at night, scrub your hands and arms thoroughly with soap, warm water, and a soft brush. After each washing rub lanolin or petroleum jelly or other ointment on your skin to prevent chapping. Keep a soft brush and a soft towel handy for your own use. Do not wipe your hands with waste; metal particles on your skin or in the waste may scratch you.

Propane Gas. Leaks in propane gas lines are dangerous. Misuse of the equipment to which this gas is supplied is equally dangerous, as explosion, fire, or asphyxiation can readily occur. In order to prevent this be alert constantly for any hazards due to leaks, faulty equipment, or malpractice. All shops and areas using propane gas must instruct and train their personnel in the precautions and safe practices to follow. This gas is 1-1/2 to 2 times as heavy as air and thus tends to seek low levels and will, for instance, progress through a system of trenches if allowed to escape in a shop. Therefore, use proper precautions against fire in handling this gas.

8

Refrigeration and Hydraulic. Be sure that you understand how to use ammonia masks. Check the date on which the mask was inspected at frequent intervals. Gas mask canisters which are one year old or which have been used for a total period of one hour must be immediately replaced. Do not work around ammonia fumes without a mask and without a second person nearby. Wear rubber gloves and approved goggles before handling sodium dichromate or caustic. In the event that any of this material comes in contact with the skin, flush freely with water. Do not make any adjustments unless you are sure that there will be no danger to yourself, your fellow employees, or the equipment.

Silver Brazing. Only those employees who have passed a qualification test are permitted to do silver brazing. Be sure there is good ventilation. Wear eye protection. Filler lens, either pink or green, will give protection against glare and help you do a better job.



Handle compressed gas cylinders carefully. Cylinders shall not be dropped, struck or allowed to strike each other violently. Fuel gas cylinders shall be stored, transported and used in an upright position only. Cylinders shall be capped at all times when not in use. Do not permit oil or grease to come in contact with oxygen cylinders, valves, regulators, or fittings. Oxygen shall not be drawn from cylinders after

9

## SAFETY HANDBOOK

the internal pressure has been reduced to 25 p.s.i. (gage). Do not use acetylene at pressures in excess of 15 p.s.i. (gage). Do not use oxygen or any fuel gas from a cylinder without an approved pressure reducing regulator. Torches and hoses shall be disconnected from cylinders when not in use and cylinders shall be capped. Gas torches and hoses must never be left unattended in confined spaces. When leaving a compartment, tank, or other confined space immediately remove the torch and hose to a well ventilated area.

**Machinery and Equipment. General Precautions.** Only authorized and qualified employees are permitted to operate machines and equipment. Be sure all guards are in place and properly adjusted before starting machine. Keep tools, machines, and working space as clean as possible. Don't let stock or scrap accumulate. Clean metal borings, chips, and scrap material from the machine and put it in the proper containers. Do not handle scrap with your bare hands. Do not use an air hose to clean the machine; use a brush. Clamp material securely in machine before starting the machine. Do not attempt to oil, adjust, or clean any part of a machine while it is running. Do not distract the attention of others engaged in exacting operations.

Always remove chuck wrenches from chucks immediately after you use them. If left in the chuck they will fly out when the machine is started. Loose clothing, rings, watches, and neckties should not be worn around moving machinery. Do not lean over the work so that your clothing may be caught in moving parts. Stop the machine before attempting to pick up tools or other objects lying near or in the path of moving parts. Always shut off the power before attempting to remove stock or jammed pieces of material from a machine.

10

## NAVOSHDINST 5100.21

**Pipe Threading Machine.** Wear eye protection when operating a pipe threading machine. Tighten pipe securely in the chuck and remove chuck wrench before starting the machine.

Do not run your fingers or hand over the pipe threads. Use a brush to remove chips. If you are not familiar with the machine get instructions from your supervisor before attempting to operate it.

**Power Hack Saws.** All work shall be properly secured before starting the blade. Keep stock in piles and keep work area as neat as possible. Be sure all belts and pulley are guarded. Foot protection should be worn when operating this equipment. Keep coolant off the floor. When handling heavy materials use a hoisting device.

**Caustic Solutions.** Lye and caustic soda will cause severe burns to the eyes and skin; therefore, close-fitting rubber framed goggles or face shield and rubber gloves shall be worn. Rubber aprons and rubber boots should also be worn when handling caustic solutions in quantity. To avoid violent spattering when making solutions, add caustic slowly to the solution and stir constantly. In case you are accidently splashed flush the affected parts thoroughly with water, then report to the dispensary.

**Acid.** Use same protective equipment as for caustic solutions. Lower material slowly into acid to avoid splashing. Be particularly careful when dipping hot material. When mixing acid solutions always pour the acid into the water. Never pour water into acid. Pour slowly and stir constantly. Thoroughly flush out acid containers as soon as they are emptied. When dipping curved pipe or coils do not submerge both ends on the pipe at the same time.

11

## SAFETY HANDBOOK

**Lead.** When pouring or working with hot lead wear an apron, glasses, and eye protection. If a lead pot is used in a confined area, make sure good ventilation has been provided. Do not leave molten lead unattended. Use only approved ladles when handling molten lead. Be sure no moisture or water gets into the molten lead. Wash hands thoroughly after handling lead, particularly before eating. This precaution also applies when using a lead base paint or white lead pipe sealer.

**Wrenches.** Inspect wrenches for sprung, cracked, or battered jaws. Do not use a wrench that does not fit the nut or bolt head properly. Keep wrenches free from oil ... When using an adjustable wrench, place the ... the wrench on the side facing you and apply pressure ... the wrench. Brace yourself to avoid losing ... e should the wrench slip or the nut turn sud... ni use a wrench as a hammer. Do not ham... wrench. If it becomes necessary to tap a ... a rawhide or other soft hammer. Do not ... h of pipe to extend a wrench handle for addi... age, get a longer wrench. Do not use a shim... rong sized wrench fit.



**Asbestos.** Asbestos dust is injurious if inhaled. Wear an approved dust respirator for protection against this hazard.

**Hack Saws.** Tighten blade firmly to prevent buckling. Apply pressure on the forward stroke only. Pull the saw back lightly to protect the teeth. Secure all material before attempting to make a cut. Keep both hands on the saw to steady it and prevent chattering. Wear your safety goggles when using a hack saw overhead.

12

## NAVORDINST 5100.21

Use the following table to determine the proper blade for the job:

| Use | Teeth to Inch |
| --- | --- |
| Soft solid metal | 14 |
| Tool steel, iron pipe, hard metal | 18 |
| Drill rod, sheetmetal, tubing | 24 |
| Thin metal and tubing | 32 |

Pneumatic tools shall be used only by employees familiar with and properly instructed in their use. Hose shall not be laid over ladders, steps, scaffolds, or passageways in such a manner as to create a tripping hazard. Air pressure shall be shut off at the manifold and pressure released from the line before disconnecting the tool from the line. When using pneumatic tools keep the exhaust turned away from your face. Eye protection shall be worn at all times when operating power hand tools. Do not use portable power tools in an area where flammable vapors may be present. Contact your supervisor if in doubt. As with

13

## SAFETY HANDBOOK

all revolving tools, loose clothing that may catch in the machine should not be worn.

**Portable Electric Tools.** Use only equipment that is in good condition. Take good care of it. Be sure that the tool is properly grounded. Do not overstrain the tool, thus overloading the motor. Never use a portable electric tool in the presence of flammable vapors or gases, unless it is designed for such use.

Report the following unsafe conditions: defective or broken insulation on cord, improper or poorly made connections to terminals, broken or otherwise defective plug, and loose or broken switch.

**Sharpening Hand Tools.** When necessary to use a grinding wheel be sure the guards are in place and always protect your eyes with goggles. When using a grindstone, it should always be turned away from your body. Hold the tool to be sharpened firmly with one hand and use the fingers on the other to guide the blade.

Dirty oil stones may cause the tool to slip and result in cut fingers. Clean the stones by placing them in a pan and heating it; wipe the stones dry and clean while hot. Do not try to sharpen tools on dry oil alone. Oil stones mounted in boxes are usually more stable.

**Mounting Grinding Wheels on Spindles.** Inspect the wheel for flaws and make the "ring test." Clean the bearing surfaces of wheel, flanges, and spindle so that the clamping pressure will be evenly distributed. Check the speed of the spindle to make sure that it is not running too fast for the type and size of wheel. Make sure that the hole in the wheel bushing is the right size for the

14

spindle (neither too small nor too large). Use flanges that are recessed and large enough to clamp the wheel well toward its circumference. Use compression washers between the flanges and wheel that are large as the flanges (if rubber, use washers 0.125-inch thick; if blotting paper, 0.025-inch thick).

**Machinery Guards.** The importance of guards may be realized easily. Picture yourself slipping, throwing out your hand to catch yourself, and finding it resting on a guard covering some piece of moving machinery. Think what might have happened to your hand if someone had left that guard out of place. Do not remove any guard unless for repairing, oiling, or adjusting the machine; always stop the machine first; and always replace the guard when the work is done. Before starting work at any machine make sure that all guards are securely in place. If you notice that a guard has been carelessly left off any machine, notify your supervisor. If you find that any guard is broken or furnishes inadequate protection, notify your supervisor.

**Thawing Frozen Pipes Inside Buildings.** Never use an open flame to thaw frozen pipes inside of a building. Even though the flame may not cause a fire, its sudden local heat on metal may cause the pipe or pipe fittings to break and flood the premises with water. Hot water is the safest method to use.

**Acid and Caustic Pipe Lines, Opening Flanged Joints.** Wear goggles and rubber gloves. Shut off all valves controlling the contents of the pipe. Drain the pipe. Put a shield cut from a piece of shield lead over the flange. Keep your face well above the level of the pipe. Remove two lower bolts first then loosen the others slightly

15

# SAFETY HANDBOOK

until the acid or caustic drips. If flanges stick part them by driving a wedge (40-penny spike sharpened) through the shield and into the joint.

Babbiting, Melting and Pouring Suggestions. Wear a safety mask protecting both your eyes and face. Wear close-fitting clothing, long sleeves tied and laced.



collar buttoned close, shoes in good repair tightly laced, and trousers coming well down over the shoe tops. Make sure the babbitt, melting pot, ladle, and the mold or machine part into which the molten babbit is to be poured are perfectly dry. To insure this, preheat them thoroughly. Inspect all babbitt pigs for blow holes that might contain moisture. Avoid inhaling the fumes from the melting lead pot or the ladle. Insert the ladle into the lead pot edgewise so that splashing may be avoided.

Barricades and Warning Signs. Before starting any job on a public street or other thoroughfare, always place adequate barricades and warning signs. Barricades should completely encircle the street opening or other workplace. Place proper red warning flags or other to protect the workmen from traffic and also position warning signs announcing danger to the public. If traffic is heavy, station a flagman with the proper red warning flag who will give additional warnings to all approaching traffic. At night use bright red lanterns to replace the daytime danger flags and signs. All lanterns near any

16

NAVOIDINST 5100.21

open trench or other excavation must be securely anchored to prevent their falling into the excavation.

Trenches. Do not jump into a trench; all on the shoulder and slide in. If trench is more than 3 feet deep, use a ladder. When getting out of a trench, look all ways for traffic danger. Keep a safe distance from fellow workers, to avoid danger of striking them with tools. Keep the shoulders of the trench free from tools, materials, stones, and loose earth. If possible, keep the soil bank between you and traffic. If the walls of a trench contain glass, wire, and other sharp objects, remove them carefully and promptly. Trenches must be braced whenever soil is encountered. Keep the soil bank far enough from the edge of trench to avoid excess weight and cave-ins.

Manholes. Use a proper tool to remove and replace the manhole cover. Place traffic guards around the man-hole. Display DANGER signs and bright red warning flags; at night, red lighted lanterns. Have a helper guard the opening at all times. Treat the manhole for gas by an approved method. If dangerous gases are present or if there is a deficiency of oxygen, ventilate the manhole. Use either wind sails, remove adjacent manhole covers, or use forced ventilation. The last method is best. Make

17

665639

SAFETY HANDBOOK

sure that air delivered to the manhole is not contaminated by motor vehicle exhaust gases. After ventilation, again test the manhole. If the air content is questionable, enter it only under specific orders of your supervisor after putting on respirator protection and a lifeline. Have a helper stationed at the manhole entrance holding the life-line in his hands.

Handling Pipe, Truck and Trench. Stand on one side when pipe is being unloaded from a truck lowered into a trench. Before operations are begun carefully inspect the ropes to be used, for defects that might cause falls of materials and injury to persons. Bad burns are caused by allowing the rope to slide through the hands. Wear gloves, and take great care to avoid strains. Always block the pipe to prevent it from rolling. When carrying pipe with others, make sure that all workmen understand the signals for lifting and lowering. These are done best with good teamwork. Take great care in handling threaded pipe — the threads are always sharp and cut the flesh easily.

18