(synopsis attached)

MA 32

# THE OCCURRENCE OF ASBESTOSIS AMONG INSULATION WORKERS IN THE UNITED STATES

I. J. Selikoff, J. Churg, E. C. Hammond



Reprinted from Annals of The New York Academy of Sciences
Volume 132, Article 1, Pages 139-155
December 31, 1965

# THE OCCURRENCE OF ASBESTOSIS AMONG INSULATION WORKERS IN THE UNITED STATES*

I. J. Selikoff, J. Churg, E. C. Hammond

*Section on Environmental Health, The Mount Sinai Hospital, New York, N.Y.*

Information currently available concerning asbestosis has been derived largely from studies of employees of asbestos textile factories and should properly be referred to such individuals. It is inadequate to speak now of "asbestos workers." With the growth of asbestos utilization, including rapid multiplication of the number and variety of its applications, it would perhaps be more accurate to categorize workmen exposed to asbestos as "asbestos textile workers," "asbestos insulation workers," "asbestos miners," "asbestos mill workers," "asbestos-cement workers," etc. The different occupations vary widely in important respects; in intimacy, intensity and duration of exposure, in variety and grade of asbestos used, in working conditions, in concomitant exposure to other dusts or inhalants. The importance of this distinction and the parallel obligation to evaluate and study the experience of asbestos exposure in other trades, is emphasized by the fact that asbestos textile workers are now a minority of those exposed during the industrial use of asbestos.

There were good reasons for the early emphasis on asbestos textile workers. The first cases of asbestosis were in textile workers.[1-3] Following the republication of Cooke's case in 1927,[1] with its rapid confirmation by the report of another case by Seiler,[2] the Factory Department in Great Britain had to decide whether these were exceptional occurrences or represented a significant health risk in industry. Accordingly, an investigation into the problem was undertaken during 1928 and 1929.[4] The scope of the study had to be restricted. The textile industry was selected for study since only here was there pure or almost pure asbestos exposure. Since it was urgent to investigate the effect of this dust, limiting the investigation to this branch of the industry avoided the possible complications which might be introduced by the presence of other potentially fibrogenic dusts. Moreover, in other asbestos trades, there were varying portions of asbestos in the dust to which workers were exposed, which would have added another complicating factor. It was accepted that there were considerable numbers of workers exposed to mixed dusts whose risk would not be documented by study of the asbestos textile industry.

Subsequent surveys, similarly designed to study the risk of industrial asbestos exposure, were also largely confined to asbestos textile works[5-11]

*This study was supported by the Health Research Council of the City of New York.

(predecessor of the American Federation of Labor), as "The Salamanders' Association of Boiler and Pipe Felters."¹⁹ In 1910, the present union of insulation workers in this country was chartered by the A. F. of L., as the International Association of Heat and Frost Insulators and Asbestos Workers, with the amalgamation of the Salamanders' Association of New York and other independent locals through the country." The members of this union are insulation workers, primarily employed in the building trades doing construction insulation work but also employed as insulation workers in shipyards and powerhouse construction and repair. Much of their work is in the open air but it sometimes is, as aboard ship, in rather tight quarters with poor ventilation. The men generally work at all parts of the trade; few are specialists at one part of it or limit themselves to one material. Conditions of work vary from job to job and from company to company. Among the 1,117 men we have examined (see below), fewer than nine per cent of those with 20 years of work experience or more had worked for one employer primarily — even after four years of work experience less than half had remained with their original employer. Review of work practices with insulation workers from various parts of the United States and with knowledgeable officials of the union and insulation employers indicates that techniques, materials and practices are rather the same through the country. Similarly, data published concerning the work practices in other countries²⁰ suggest that asbestos exposure in insulation work is approximately the same the world over.

The asbestos exposure to which insulation workers are subject is limited and intermittent. Some of the materials used contain no asbestos. Seventy-five years ago, the magnesia pipe coverings had shredded rope as a binder, with no asbestos. Later, much work was undertaken with hair-felt, wool-felt, cork, rock-wool. In the past three decades, fibrous glass products have come into increasing use and these have been supplemented recently with foamed and expanded plastics for certain applications. Of the asbestos-containing products which are widely used by these men, magnesia block insulation was and remains perhaps the most important. This usually contains approximately 15 per cent asbestos. While asbestos cement has a varying asbestos content depending upon its manufacture, it also generally has 15–20 per cent or less of asbestos. Asbestos paper products such as air-cell have a higher asbestos content but are used in much smaller quantities.

We have studied the insulation materials with which these men worked in the past, in several ways. First, review of old trade and technical publications from the early part of the century to about 1930²¹ indicates that the major asbestos containing materials have remained about the same especially insofar as the amount and nature of the asbestos content is concerned. As expected from the [...]

In some described experiences in asbestos mills,¹⁵ asbestos-cement or factories producing a variety of asbestos products." Such had the advantage of having available for investigation sufficiently numbers of individuals to allow for statistical evaluation of the obvious made. There was the added advantage that in many of the factories were a considerable number of individuals with extended of exposure, allowing for analysis of the effect of prolonged exposure.

An important area of industrial asbestos exposure has been asbestos work. The first asbestos factory opened in Great Britain in 1871. Expansion of the asbestos textile industry beginning 10 years sequent upon the availability of high grade spinning asbestos from."¹⁶ Yet asbestos was used for heat insulation in 1866.¹⁷ Asbestos was introduced as a boiler covering about 1870 and other asbestos products were introduced in the next three decades. Commercial production of asbestos insulation materials was recorded at least in 1874.¹⁸ As in Great Britain, early studies concerning asbestosis in the States did not mention asbestos insulation workers. Neither Pancoast nor Hoffman¹⁹ characterized the asbestos trade in which the work referred to by them were engaged. The first official claim for asbestosis associated with asbestos in the U. S. was in 1927 and, again, one of the work was not stated."

"¹⁹ in 1934 mentioned a case of asbestosis in an insulation worker, ²⁰ and in the annual report of the Inspector of Factories for the year 1936,²¹ "lagging," or insulation, was recognized as hazardous. Similarly, Hervieux in France attention in 1962 to the dangers of such end product use as insulation. The only large scale survey of asbestos insulation workers was done in the U. S. by Fleischer et al. in 1945. They found only three asbestosis and concluded that "asbestos pipe covering of naval is a relatively safe operation."²² Unfortunately, 95 per cent of those by them had worked for less than 10 years at the trade and, as evaluation of the risk of insulation workers limited to study with relatively short durations of exposure may be misleading.

*Asbestos Insulation in the United States*

tos, as a mixture of fiber and sodium silicate, was first used as an material in 1866 and as asbestos cement about 1870. Magnesia as a binder soon followed and air cell covering, made with asbestos paper, was introduced in 1898." These materials are with others.

Union of insulation workers in the United States was formed [...] in 1884 under a charter issued by the Knights of Labor

Selikoff *et al*.: Asbestosis Among Insulation Workers   113

TABLE 1
STUDY OF ASBESTOS INSULATION WORKERS IN THE UNITED STATES:
ADEQUACY OF SOURCE

| | | |
|---|---|---|
| Total U. S. Membership, | IAHFIAW, 1963 | 14,903 |
| Total NY-NJ Membership, | IAHFIAW, 1963 | 1,258 |
| Examined NY-NJ Membership, IAHFIAW, 1963 | | 1,117 |

Following insulation workers not studied:

1. Nonunion insulation workers.
2. Some maintenance insulation workers.
3. "Sprayed insulation" workers.
4. Insulation work as part of other trades.
5. Insulation workers in other unions.

From January 1, 1943 to December 31, 1962, 264 men died. At the start of this study on January 1, 1963, 1258 men were alive. We attempted to locate and examine every man alive on that date, whatever his employment status. For this purpose, invitation for examination was voluntary. The cooperation of the union and its membership was freely given. Union records were made available and were very valuable. The union is a stable one. Its members are well-paid, skilled craftsmen, with little turnover among these workmen. Accurate, detailed employment records, collected weekly, are maintained by the union and from these records it was possible to obtain the entire work history of each man. This data was used to supplement the work histories obtained from the men during their examinations (see below), and was utilized to provide employment data sufficient to establish onset of employment and duration of work experience for those men not examined. From the health and welfare records, information was available concerning every death among the members of these locals during the period covered by our study and, utilizing these records, death certificates were obtained, facilitating the location of hospital records, autopsy protocols, histological material, etc.

Of the 1258 men alive at the start of this study, 1086 were active working members of the union, 63 were retired (principally because of age), 31 were not working because of illness and 78 had withdrawn from the union and were no longer engaged as insulation workers, but were otherwise employed. (TABLE 2).

One thousand one hundred and seventeen of the 1258 living members (89.9 per cent) presented themselves for examination. This included 981 of the 1086 of the working members, 50 of the 63 retired members, 28

---

2   Annals New York Academy of Sciences

tos, chrysotile asbestos was largely used." This has been confirmed by types of magnesia block obtained during repair work. In later specimens obtained, crocidolite has also been found. Moreover, materials used in ship insulation, while containing the same amounts of asbestos as above, seem in 1931 to have significant amounts of amosite in addition to chrysotile, because of the lighter weight of the material." Marr" has recently brought shipyard insulation experience up to date, comparing it with the observations of Fleischer and colleagues," and concludes that "... insulation materials and work methods have remained essentially the same" since 1915.

Measurement of dust exposures of insulation workers have been but infrequently reported and have been hampered by the varied nature of the work. As in other asbestos work, peak counts are met which are excessively high but generally counts for asbestos fibers have been within the mppcf M.P.C. of the A.C.G.I.H." "Such counts as have been available, made during work engaged in by the men studied by us, have shown a range similar to that of published counts."

*Present Investigation*

We undertook to study the question whether asbestos exposure during insulation work in the U. S. was associated with the hazard of asbestosis and its complications. Our investigations have been concerned with the 632 members of the insulation workers union in the New York (Local 12)–New Jersey (Local 32) metropolitan area. The New York Local of the union is a direct lineal descendant of the Salamanders' Association, and is the oldest Union of insulation workers in the U. S. The 1522 men studied thus include all members of these Locals from 1942 to 1962. On December 31, 1942, there were 632 members and 830 men subsequently joined between 1942 and December 31, 1962. This includes every man who was a member of either of these locals at any time in this period, whether or not he remained in the trade as an insulation worker. It is believed that the experience of these men fairly represents a cross section of the experience of insulation workers during the history of this trade in the U. S. Records of the union indicate that these locals had 315 members in 1914 and that 938 members were admitted to these locals from 1915 to 1963. In the United States as a whole, the Insulation Workers Union in 1914 had 1487 members and 28,338 were admitted from 1915 to 1963. The adequacy of our sample can be gauged by reference to these figures (see TABLE 1). However, our data does not include information concerning nonunion insulation workers, maintenance insulation workers, insulation work as part of other trades or undertaken by insulation workers in other unions. The extent of men involved in insulation work in these areas is not known

Annals New York Academy of Sciences

Selikoff et al.: Asbestosis Among Insulation Workers  145

TABLE 2
ASBESTOS WORKERS UNION STATUS 1963-1964

| from et | Deceased | Retired | Ill | Withdrawn | Working members | Total alive |
|---|---|---|---|---|---|---|
| 49 | 25 | 22 | 8 | 1 | 5 | 36 |
| 49 | 79 | 35 | 17 | 10 | 43 | 105 |
| 39 | 107 | 6 | 5 | 22 | 185 | 218 |
| 29 | 39 | 0 | 2 | 7 | 75 | 84 |
| 19 | 9 | 0 | 2 | 24 | 385 | 411 |
| 9 | 5 | 0 | 0 | 11 | 393 | 404 |
| | 264 | 63 | 34 | 75 | 1086 | 1258 |

22 members January 1, 1943-December 31, 1962

i who were ill and 55 of the 75 members who had withdrawn from tion work (TABLE 3). TABLE 4 contains an analysis of the 1258 men ling to lapsed time from onset of their employment. It will be seen he very large majority of men in each lapsed time category was ned. This inclusiveness of the survey was very gratifying for two s. First, it will be seen from an analysis of TABLE 2 that a high pro- n of the older members, with long work experience and with longer ls of lapsed time from onset of employment are included among the ed," "ill," or "withdrawn" classifications. To have omitted these men i have led to inaccurate, selected data. It would certainly have made

TABLE 3
ASBESTOS WORKERS UNION N.Y.-N.J. 1943-1962

Status January 1, 1963 (1,522 members)

1. Deceased .................. 264
2. Alive .................... 1,258

| Status | No. | Examined | % Examined |
|---|---|---|---|
| died | 63 | 50 | 79.3 |
| | 34 | 28 | 82.4 |
| thdrawn | 75 | 55 | 76.4 |
| orking | 1,086 | 984 | 90.6 |
| | 1,258 | 1,117 | 89.9 |

Members Dec. 31, 1942  890 admitted Jan. 1, 1943 to Dec. 31, 1962. of men examined during survey 1963-1964.

TABLE 4
EXAMINATION OF ASBESTOS INSULATION WORKERS

| Onset of exposure Prior to examination (yrs.) | No. | Examined |
|---|---|---|
| 50+ | 36 | 28 |
| 45-49 | 41 | 39 |
| 40-44 | 64 | 54 |
| 35-39 | 92 | 83 |
| 30-34 | 126 | 111 |
| 25-29 | 18 | 16 |
| 20-24 | 66 | 61 |
| 15-19 | 186 | 174 (91.6%) |
| 10-14 | 225 | 205 |
| 5-9 | 184 | 154 |
| 0-4 | 220 | 192 (87.0%) |
| | 1,258 | 1,117 |

Analysis by group, according to onset of work exposure.

difficult the establishment of the effect of a long lapsed period from onset of exposure or the effect of a long duration of exposure.

Second, in addition to data concerning onset of employment, information was obtained detailing the actual number of years worked during the period from onset of employment. While in many cases the two periods more or less coincided, in some cases the number of years worked was significantly less than the elapsed time from onset of exposure. The com- parison of such data is of interest when attempting to separate the effect of actual work exposure from the effect of mere passage of time from the initial exposure with inhalation and retention of asbestos fibers.

Examination of each man included a detailed occupational history. Data were recorded concerning onset of employment, interruptions for whatever cause, number of employers, use of protective respirators, materials han- dled and employment in particularly suspect areas of insulation work such as shipyard work and powerhouse construction work. Health experience was noted, including previous illnesses and hospitalizations, as were cur- rent symptoms such as dyspnea, cough, sputum, hemoptysis, gastrointes- tinal complaints. Smoking habits were recorded in detail including age at onset, number of cigarettes smoked, and pipe and cigar smoking. If the individual was no longer working, the reason for this was ascertained. Physical examination was particularly directed to the chest, but included examination of the skin, nose and throat, finger clubbing and cyanosis. Chest expansion was measured, hemoglobin and urine were routinely

TABLE 5
X-RAY CHANGES IN ASBESTOS INSULATION WORKERS

| Onset of exposure (yrs.) | No. | % Normal | % Abnormal | Asbestosis (grade) | | |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 40+ | 121 | 5.8 | 94.2 | 35 | 51 | 28 |
| 30-39 | 194 | 12.9 | 87.1 | 102 | 49 | 18 |
| 20-29 | 77 | 27.2 | 72.8 | 35 | 17 | 4 |
| 10-19 | 379 | 55.9 | 44.1 | 150 | 9 | 0 |
| 0-9 | 346 | 89.6 | 10.4 | 36 | 0 | 0 |
| | 1,117 | 51.5 | 48.5 | 366 | 126 | 50 |

each of these cases, the reticular infiltration was minimal in extent and in none was there evidence of pleural calcification. In only four was pleural fibrosis seen. Of 379 men whose exposure had begun from 10 to 19 years before examination, more than half still had normal X-rays. Some abnormality was seen on X-ray in 167 of these cases but in only nine was the asbestosis greater than minimal. In 35 of these men there was some pleural fibrosis and in five, evidence of calcification.

On the other hand, among the 392 men with more than 20 years elapsed from onset of exposure, the very large majority had X-ray evidence of pulmonary asbestosis. Among the 77 whose exposure began from 20 to 29 years prior to examination, 66 showed abnormal films. Among 194 whose examination took place from 30 to 39 years following onset of exposure, almost 9 of 10 showed abnormal films while, of those with more than 40 years from onset of exposure only one in 20 showed no abnormality. Moreover, the asbestosis in these cases tended to be considerably more extensive and severe and pleural calcification and fibrosis were commonly seen.

Pulmonary asbestosis has been called a monosymptomatic disease, with dyspnea the essential complaint. Analysis of our data concerning this symptom among the men studied by us indicates that it was uncommonly seen in those men with less than 20 years from onset of exposure but was an important symptom after that. Thus, of 725 men with less than 20 years from onset of exposure, only one had significant dyspnea although 32 others complained of minimal dyspnea on exertion (TABLE 6). On the other hand, of the 392 men with more than 20 years from onset of exposure, 134 had dyspnea of some degree, 61 of them with disability of greater or lesser extent.

There was incomplete correlation between the roentgenographic findings (considered as parenchymal fibrosis) and dyspnea on exertion. Two cases were seen with no roentgenographic evidence of parenchymal fibrosis...

---

...tidal capacity was measured in all cases and in many, additional tests such as MEFR, TVC and MBC were also made. In many, sputum was examined for asbestos bodies and in almost half, blood in for special serological studies. In selected cases, extended pulmonary investigations were undertaken, including arterial gas exchange, compliance, pulmonary airway resistance, measurement of lung volumes and diffusion studies.

X-ray studies were perhaps the most important part of the examination. In use, a standard posteroanterior film was taken but, in addition, overpenetration film utilizing a slightly more penetrating kilovoltage was also exposed. Our experience indicates that this maneuver, invaluable in X-ray examinations in this disease. The standard technique required since over-penetration may well result in the loss of fine fibrosis and, indeed, in individuals with relatively brief work exposure, it is sometimes advantageous to take a third posteroanterior with a slightly under-penetrating technique if such minimal fibrosis is suspected. However, in the men with longer work experience, increased penetration may be required. First, these men do a good deal of manual work and are often heavily muscled. Second, pleural fibrosis is common and such fibrosis usually coexists, both decreasing radiopenetrability. Third, such increased penetration is often required to demonstrate fibrosis, especially when it coexists with extensive pleural thickening located in such areas as the posterior diaphragmatic sulcus, behind the heart, in the mediastinal pleura, etc.

Other films in both anterior oblique positions were also routinely taken in our cases. While this has obvious applicability in a disease with such marked preponderance as asbestosis, we have found it particularly valuable for the demonstration of pleural calcification.

### Results

Among the asbestos insulation workers examined by us, evidence of pulmonary asbestosis was present in almost half the men examined. In this instance, radiological change has been used as the sole criteria (TABLE 5). It is understood, of course, that evaluation of the presence and extent of asbestosis limited only to X-ray findings tends to result in underestimation of the incidence of asbestosis, but few instances of disabling disease were overlooked. Analysis of our data indicates that radiologically evidence of pulmonary asbestosis varied directly with the duration of exposure. In workers with relatively short periods of exposure, a significantly lower incidence of pulmonary asbestosis and thus, when present, radiologically of minimal extent...

...men whose exposure had begun less than ten years before examination...

Selikoff et al.: Asbestosis Among Insulation Workers    119

case did we fail to find typical pulmonary asbestosis, with fibrosis and asbestos bodies present. However, our material is inadequate to evaluate early changes since in only one case was there a history of less than 15 years from onset of exposure. In 15 cases, the pulmonary fibrosis was Grade I, in 16, Grade II and in 14, Grade III. We have the impression that the asbestosis suffered by these asbestos insulation workers is less severe than that occurring in workers exposed in factories. We have had the opportunity of examining lung tissue from 11 men working in a factory making asbestos insulation material (none of the brands actually utilized by the members of the Asbestos Workers Union). Although the data are limited and conclusions perhaps unwarranted, analysis of the findings suggests that the pulmonary fibrosis among these men was significantly greater

TABLE 8
PULMONARY FIBROSIS ON HISTOLOGICAL EXAMINATION

| | No. | Fibrosis (grade) | | | |
|---|---|---|---|---|---|
| | | 0 | 1 | 2 | 3 |
| 1. Asbestos insulation building trades workers | | | | | |
| a. Less 15 years from onset | 1 | 0 | 1 | 0 | 0 |
| b. Over 15 years from onset | 44 | 0 | 14 | 16 | 14 |
| | 45 | 0 | 15 | 16 | 14 |
| 2. Asbestos insulation factory workers | | | | | |
| a. Less 15 years from onset | 5 | 0 | 0 | 2 | 3 |
| b. Over 15 years from onset | 6 | 0 | 0 | 2 | 4 |
| | 11 | 0 | 0 | 4 | 7 |

than among the Building Trades Union Insulation Workers. TABLE 8 summarizes these pathological studies.

Mortality experience in this group of men will be separately reported. It may be remarked here, however, that the incidence of lung cancer and mesothelioma of the pleura and peritoneum was found to be considerably beyond that expected.¹⁴ In addition, the incidence of carcinoma of the stomach and colon was also found to be elevated.

In the roentgenological survey, because of the known increased risk of lung cancer among workmen exposed to asbestos, particular attention was paid to this finding among the men examined. In 10 men, lung cancer was found, and in one, pleural mesothelioma. In each, histological verification was obtained. In six cases, thoracotomy was undertaken. Three men are currently alive following apparently successful removal of neoplasm

---

118    Annals New York Academy of Sciences

TABLE 6
DYSPNEA AMONG ASBESTOS INSULATION WORKERS

| onset of exp. (yrs.) | No. | % Normal | % Dyspnea | Dyspnea (degree) | | | |
|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 40+ | 121 | 52.1 | 47.9 | 26 | 17 | 16 |
| 30-39 | 191 | 70.6 | 29.4 | 35 | 14 | 8 |
| 20-29 | 77 | 76.6 | 23.4 | 12 | 3 | 3 |
| 10-19 | 319 | 92.6 | 7.4 | 27 | 1 | 0 |
| 0-9 | 316 | 98.6 | 1.4 | 5 | 0 | 0 |
| | 1,117 | | | 103 | 35 | 27 |

complaints of significant dyspnea, but discrepancy of this extent was [table 7].

On the other hand, of 99 cases with more than 20 years from onset of exposure and with evidence of moderate or extensive parenchymal fibrosis, moderate or severe dyspnea was present in little more than one of five. Thus, significant disability, may be present with relatively little to be seen on X-ray and, conversely, X-ray changes may be extensive with little functional difficulty. Similar incomplete correlation has been recorded between the results of pulmonary function studies and roentgenographic changes.¹⁵

We have been able to obtain lung tissue for examination from 45 asbestos insulation workers, primarily from the 307 men who died from 1942 to [date], although in a few cases operative specimens were available. In no

TABLE 7
CORRELATION OF DYSPNEA AND ROENTGENOLOGIC EVIDENCE OF PULMONARY FIBROSIS AMONG 392 ASBESTOS INSULATION WORKERS WITH AT LEAST 20 YEARS FROM ONSET OF EXPOSURE

| Grade of parenchymal fibrosis | No. | Per cent Grade 2-3 dyspnea | Years from onset of exposure | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 35+ | | | | 20-34 | | | |
| | | | Grade of dyspnea | | | | Grade of dyspnea | | | |
| | | | 0 | 1 | 2-3 | | 0 | 1 | 2-3 | |
| 0 | 53 | 2% | 15 | 0 | 1 | | 31 | 5 | 1 | |
| 1 | 240 | 11% | 75 | 20 | 27 | | 86 | 28 | 4 | |
| 2 | 77 | 21% | 27 | 8 | 16 | | 14 | 8 | 4 | |
| 3 | 22 | 27% | 4 | 5 | 6 | | 3 | 3 | 1 | |
| | 392 | | 121 | 33 | 50 | | 134 | 44 | 10 | |

Schikoff et al.: Asbestosis Among Insulation Workers   151

among these men showed this neoplasm. The cases studied by Stone[?] were weighted in another direction, since they were individuals "applying for compensation." Wegelius[?] studied 126 cases of 476 men at work and detail of employment are not given in this report. It is likely that the group contained few men with prolonged experience since the industry being studied was in existence for "about 20 years."

In the study by Horai in Japan,[?] of the 329 men surveyed, only 10 had more than 20 years of work experience. As mentioned, in the study undertaken by Fleischer et al.,[?] only 51 of the 1074 men examined had more than 10 years of work experience and in this study, too, it was the men at work who were examined. Frost[?] et al. studied 31 of 31 asbestos insulation workers in Copenhagen with more than 20 years of asbestos exposure, but this survey was limited to currently active men who represented a residual of approximately one-third of an original cohort of "about 100." Even the study by Doll[?] is not comparable. The 105 consecutive autopsies reviewed by him were "coroners' necropsies." These are not necessarily consecutive cases since these necropsies are ordered by the coroner when, in his opinion, there may be a question of asbestosis being a contributory cause of death. There were 18 cases of lung cancer found in this group of men, 15 among 75 cases with asbestosis and three among 30 cases without asbestosis. However, this series excludes those individuals whose death did not, in the opinion of the coroner, include the possibility of asbestosis being a contributory cause. In the second part of this study, Doll traced all men who had worked in one particular factory for at least 20 years. Of 113 such men there were 39 deaths, 11 due to lung cancer, all with asbestosis, while 0.8 was expected. However, these men included only those who had worked in heavily exposed areas and may in this regard be considered as a select group.

With reference to comparison with findings in other surveys, primarily of asbestos textile workers, it appears evident that asbestosis is an important risk among insulation workers exposed to asbestos. This is particularly true of those men who have at least 20 years from onset of exposure. This risk includes lung cancer and mesothelioma associated with the pulmonary asbestosis. It might be added, parenthetically, that other neoplasms were also found during the survey. Scleral jaundice led to the provisional diagnosis of abdominal neoplasm in one case, later confirmed at laparotomy to be a carcinoma of the pancreas. Marked hypochromic anemia in another led to hospitalization during which an inoperable carcinoma of the stomach was found. Other carcinomas present in men appearing for examination included carcinoma of the tongue, carcinoma of the nasopharynx, carcinoma of the colon, and carcinoma of the bladder.

Scattered case reports have previously been recorded of neoplasms among insulation workers, including both lung...

---

Annals New York Academy of Sciences

...ificant pulmonary asbestosis, positive findings insofar as lung and pleural mesothelioma were concerned occurred among the 392 ...e 20 years from first exposure group (TABLE 9). The importance ...ng the men with longer work experience in a survey of workers ...asbestos is well illustrated by these findings. Similarly, the importance of including all members of an original cohort is also demonstrated. TABLE 9 provides an analysis of the occurrence of lung cancer to status of the individuals examined. Of the 1086 working 981 were examined and among these, seven were found to have ...(0.7 per cent). There were 172 men no longer actively at work, ...ired, ill or having withdrawn from the group to work at other ...e hundred and thirty-three were examined and four were found ...ng cancer (three percent).

TABLE 9
CANCER FOUND DURING EXAMINATION OF 1,117 ASBESTOS INSULATION WORKERS

| ...from ...t of ...ure | Number examined | Working members | | Others | |
|---|---|---|---|---|---|
| | | Number | Cancer | Number | Cancer |
| | 121 | 45 | 1 | 76 | 2 |
| 39 | 194 | 168 | 3 | 26 | 2 |
| 29 | 77 | 72 | 3 | 5 | 0 |
| 19 | 379 | 362 | 0 | 17 | 0 |
| 9 | 346 | 337 | 0 | 9 | 0 |
| | 1,117 | 984 | 7 | 133 | 4* |

*...des one instance of pleural mesothelioma.

...be seen from TABLE 9 that we found no cancer of the lung among ...examined whose work had begun less than 20 years before the ...amination.

...it difficult to compare the results of this investigation with ...reported surveys of workers exposed to asbestos. In many instances, the conditions of the studies do not allow for such comparisons. ...ther's study," 363 men were analyzed but only 133 were X-rayed ...work, except one, on the day of examination. Only 21 or 5.8 ...20 years or more of work experience. The 126 men studied ...were "selected at random" and were at work at the time of ...n Smith," has drawn attention to the dangers of drawing con-...on men at work, pointing out that examination of 323 Joachimsthal failed to reveal any lung cancer, yet 43 of 89 post mortems...

he pleura and peritoneum. A lung cancer has also been reported man in a factory making asbestos insulation. However, these hile interesting and valuable, could not establish an association the two conditions. It is possible that additional lung cancers and ums have occurred and may even have been reported but such not state the nature of the asbestos exposure and such instances cluded among cancers in "asbestos workers." perience that the lapsed period from onset of exposure is gener- aged before the appearance of lung cancers in asbestos insulation coincides with the general experience of long "latent periods" in . Indeed, in the infrequent cases in which very short periods ed from onset of exposure, it might well be that the lung cancer coincidental. Such long latent periods would correspond to simi- nged periods associated with lung cancer in chromate workers," ancers, arsenical lung cancers" and the increased incidence of er among regular cigarette smokers." In Doll's series," a long ed was noted in all cases.

ms have also been reported among individuals indirectly exposed os insulation work, as carpenters," steam fitters," and other rade workers."

## Summary

stigation involving 1522 asbestos insulation workers in the New Jersey metropolitan area has been conducted. Among 392 in- examined more than 20 years from onset of exposure, radiologi- ce of asbestosis was found in 339. In half of these, the asbes- moderate or extensive. In individuals with less than 20 years r, radiological evidence of asbestosis was less frequent and when such less likely to be extensive.

tic complications of asbestos exposure were studied among 307 e deaths in this group of men. Lung cancer was found to be at times as common as expected and cancer of the gastrointes- three times as common as expected. There were 10 instances of ma of the pleura or peritoneum.

1258 men alive at the start of this survey, 1117 were examined ects of the lung or pleura were found during this survey of the bers, all among the 392 men with more than 20 years from posure. No cancers were found in those men, the onset of whose ure was less than 20 years.

conclude that asbestosis and its complications are significant ong insulation workers in the United States at this time

## Acknowledgments

The executive officers of the International Association of Heat and Frost Insulators and Asbestos Workers, Washington, D.C., and the officers and membership of the New York and Newark, N.J., locals of this union gave valuable cooperation in the investigation. We are indebted to our Adminis- trative Assistant, Janet Kaffenburgh, for the successful management of the many details necessary to the completion of this study.

## References

1. MEREWETHER, H. M. 1907. *In* Report of the Departmental Committee on Compen- sation for Industrial Disease. Minutes of Evidence, Appendices and Index : cd 3495, cd 3496. Wyman and Sons. London, England.
2. AUBOURG, M. 1906. Note sur l'Hygiène et la Sécurité des ouvriers dans les Filatures et Tissages d'Amiante. Bull. l'Inspect. Trav. : 126.
3. COOKE, W. E. 1924. Fibrosis of the lungs due to the inhalation of asbestos dust. Brit. Med. J. 2: 147.
4. COOKE, W. E. 1927. Pulmonary asbestosis. Brit. Med. J. 2: 1024–1025.
5. SEILER, H. E. 1928. A case of pneumoconiosis. Result of the inhalation of asbestos dust. Brit. Med. J. 2: 982.
6. MEREWETHER, E. R. A. & C. V. PRICE. 1930. Report on effects of asbestos dust on the lungs and dust suppression in the asbestos industry. Part I. Occur- rence of pulmonary fibrosis and other pulmonary affections in asbestos workers. Part II. Processes giving rise to dust and methods for its sup- pression. H.M.S.O. London, England.
7. WOOD, W. B. & S. R. GLOYNE. 1934. Pulmonary asbestosis. A review of one hundred cases. Lancet 2: 1383–1385.
8. LANZA, A. J., W. J. MCCONNELL & J. W. FEHNEL. 1935. Effects of the in- halation of asbestos dust on the lungs of asbestos workers. Pub. Health Rep. 50: 1–12.
9. MCPHEETERS, S. B. 1936. A survey of a group of employees exposed to asbestos dust. J. Indust. Hyg. 18: 229-239.
10. DREESSEN, W. C., J. M. DALLAVALLE, T. I. EDWARDS, J. W. MILLER, H. F. EASON & M. F. TRICE. 1938. A study of asbestosis in the asbestos textile industry. Public Health Bull. No. 241, U.S.G.P.O. Washington, D.C.
11. HORAI, Z. & M. UESHIMA. 1961. Studies on asbestosis. J. Nara Med. Assoc. 12 (6): 1148–1163.
12. WEGELIUS, C. 1947. Changes in the lungs in 126 cases of asbestosis observed in Finland. Acta Radiolog. 28: 139–152.
13. SMITH, K. W. 1955. Pulmonary disability in asbestos workers. AMA Arch. Indust. Health. 12: 198–203.
14. CLAESSENS, J. 1950. Recherches sur l'asbestose pulmonaire en Belgique Arch. Belg. Med. Soc. 8: 557–565.
15. FULTON, W. B., A. DOOLEY, J. L. MATTHEWS & R. L. HOUTZ. 1935. Asbestos Part III. The effects of exposure to dust encountered in asbestos fabricat- ing plants on the health of a group of workers. Department of Labor and Industry, Bureau of Industrial Standards, Commonwealth of Pennsyl- vania. Harrisburg, Pa. Spec. No. 42
16. THE ASBESTOS FACT BOOK. 1953 3rd Ed. "Asbestos" Philadelphia, Penn
17. CIRKEL, F. 1905 Asbestos Its occurrence, exploitation and uses Ottawa, Canada
18. BOWLES, O. 1937 Asbestos U.S. Dept of Interior, Bureau of Mines, Bull. 403;9. U S Government Printing office Washington, D.C.
19. PRODUCT MANUAL "Asbestos" 1963 C. W. Trainer Manufacturing Co. Boston, Mass

46. WAGNER, J. C., C. A. SLEGGS & P. MARCHAND. 1960. Diffuse pleural mesothelioma and asbestos exposure in the North Western Cape Province. Brit. J. Indust. Med. 17: 260-271.
47. SLEGGS, C. A., P. MARCHAND & J. C. WAGNER. 1961. Pleural mesotheliomas in South Africa. S. Afr. Med. J. 35: 28-34.
48. WYSS, A. 1953. Pleurakrebs bei lungenasbestose, in vivo morphologisch gesichert. Medzn. (Stuttgart) 3: 93-94.
49. Case Records of the Massachussetts General Hospital. 1963. Case 62. New Eng. J. Med. 269: 747-754.
50. EISENSTADT, H. B. 1962. Pleural asbestosis. Am. Pract. 13: 573-578.
51. FRENKEL, M. & H. DE JAGER. 1961. Mesothelioma peritonei en asbestosis pulmonum. Jaarb Kankeronderzockbestr. Nederl. 11: 99-106.
52. KEAL, E. E. 1960. Asbestosis and abdominal neoplasms. Lancet 2: 1211-1216.
53. CURETON, R. J. R. 1948. Squamous cell carcinoma occurring in asbestosis of the lung. Brit. J. Cancer 2: 249-253.
54. PEHL, E. 1935. Lungentumoren als Berufskrankung in Chromatbetrieben. Deutsch. Med. Wochenschr. 61: 1199-1202.
55. MORGAN, J. E. 1958. Some observations on the incidence of respiratory cancer in nickel workers. Indust. Med. 15: 224.
56. ROBSON, A. O. & A. M. JELLIFFE. 1963. Medicinal arsenic poisoning and lung cancer. Brit. Med. J. 2: 207-209.
57. DAVIES, D. F. & H. SEIDMAN. 1961. The incidence and epidemiology of bronchogenic cancer. Proc. Fourth Nat. Cancer Conf.: 291-296. Lippincott. Philadelphia, Pa.
58. BRESLOW, L., L. HOAGLIN, G. RASMUSSEN & H. K. ABRAMS. 1954. Occupation and cigarette smoking as factors in lung cancer. Am. J. Public Health 44: 171-181.
59. THOMSON, J. G. 1962. Mesothelioma of the pleura or peritoneum and limited basal asbestosis. S. Afr. Med. J. 36: 759-760.

[earlier references, partially legible:]
... ERNST, H. K., T. G. MILLER & H. H. LANDIS. 1918. A roentgenologic study of the effects of dust inhalation upon the lungs. Am. J. Roent. 5: 138
... HOFFMAN, F. L. 1918. Mortality from respiratory diseases in dusty trades (inorganic dusts). Bull of the U.S. Bureau of Labor Statistics Number 231. Industrial Accidents and Hygiene Series. No. 17: 4-8. Washington.
... DREESEN, W. A. J. 1936 Asbestosis. J. A. M. A. 106: 368-369.
... MERIWETHER, E. R. A. P. 1934 Pneumoconiosis: Part III. Pulmonary asbestosis. Brit. J. Radiol. 7 (N.S.): 261-296.
... L. C. W. & H. BRINNERS. 1939. Asbestlose bei Isolieren. Arztl. Wochenschr. 4: 361-363.
... GLOYNE, S. R. & P. L. ADRIAN. 1936. Asbestosis with pleural calcification among insulation workers. Danish Med. Bull. 3: 202-204.
... ATHINESS, E. 1938. Silicosis and a few of the other pneumoconioses: observations on certain aspects of the problem with emphasis on the role of radiology. Caldwell Lecture, 1937. Am. J. Roentgen. 80: 1-41.
... Report Chief Inspector of Factories for the Year 1956. Chap. 15: 141-145. H. M. S. O. London, England.
... BRISTOL, J. 1962 Certains aspects de l'asbestose. Cah. Med. Interprof. 2: 42
... SMITH, W. E., F. J. VORWALD, R. L. GAGE & P. DRINKER. 1946. A health survey of pipe covering operations in constructing naval vessels. J. Indust. Hyg. 28: 9-16
Asbestos Worker. 1949. Washington, D.C. 13(8).
Asbestos Worker. 1948. Washington, D.C. 11(3).
Classified Collection on Asbestos. New York Public Library. New York, N. Y.
... STEWART, W. T. 1964. Asbestos exposure during naval vessel overhaul. Am. Indust. Hyg. Assoc. J. 25: 264-268.
... WELL, F. I. 1964. Occupational Health Program, N. J. State Department. Personal communication.
... GREEN, G. J. 1965. The occurrence of pleural calcification among asbestos insulation workers. This Annal.
... MERRE, A. M. E., R. A. BADER, & I. J. SELIKOFF. 1961. Pulmonary function in asbestosis of the lung. An alveolar-capillary block syndrome. Am. J. Med.: 235-242
... MANCUSO, T. F., E. C., I. J. SELIKOFF & J. CHURG. 1965. Neoplasia among insulation workers in the United States with special reference to intraabdominal neoplasia. This Annal.
... SELIKOFF, I. J., J. CHURG & E. C. HAMMOND. 1964. Asbestos exposure and neoplasia. J. A. M. A. 188: 22-26.
... CHURG, J., I. J. CHURG & E. C. HAMMOND. 1965. Relation between asbestos exposure and mesothelioma. New Eng. J. Med. 272: 560-565.
... SMITH, W. E. 1953. An evaluation of claims for occupational factors in cancer of the lungs. Acta Union Intern. Contr. Canc. 9: 50-58
... MANCUSO, T. F. 1960. Clinical studies in asbestosis. Am. Rev. Tuberc. 41: 12-21.
... DOLL, R. 1955. Mortality from lung cancer in asbestos workers. Brit. J. Indust. Med. 12: 81-66.
... BOHME, H. H. & A. ANSELM. 1912. Bronchogenic carcinoma in association with pulmonary asbestosis. Am. J. Path. 18: 127-131.
... HUESPER, W. C. HAAS & A. ANSELM. 1954. Asbestosis associated with bronchogenic carcinoma. Arch. Ind. Med. H. 833-844.
... LYNCH, J. F., H. TISKEL & R. F. SMITH. 1962. Asbestosis and carcinoma of the lung. Cancer 15: 1181-1187.

BIOLOGICAL EFFECTS OF ASBESTOS　　　　　　　　　　　　　　　　　　　　SESSION 1, PAPER 9

### RHEUMATOID FACTOR IN SERUM OF INDIVIDUALS EXPOSED TO ASBESTOS
by
B. Pernis and E. C. Vigliani, University of Milan, Milan, Italy, and
I. J. Selikoff, The Mount Sinai Hospital, New York, N. Y.

(Abstract not received)

SESSION 1, PAPER 10

### OBSERVATIONS ON THE PATHOGENESIS OF ASBESTOSIS
by
E. C. Vigliani and B. Pernis
University of Milan, Milan, Italy

(Abstract not received)

SESSION 2, PAPER 1

### ASBESTOSIS IN GREAT BRITAIN
by
J. C. McVittie
Ministry of Pensions and National Insurance, London, England

A whole new literature relating to asbestos appeared in Great Britain between 1927 and 1932. The Report by Merewether and Price in 1930 was outstanding and established the occupational origin of asbestosis. It was made clear that the principal safeguard against the ill effects of asbestos dust on the lungs was to be found in improved ventilation and dust suppression. Asbestosis became a compensatable disease. Initial and periodical examination of workers in certain scheduled processes were instituted and specific instructions were issued regarding exhaust ventilation, dust prevention, etc. Case finding arises in two ways: from the statutory periodical medical examinations and from applications for compensation under the Workmen's Compensation Acts and from applications for benefit under the Industrial Injuries Act which superseded the Workmen's Compensation Acts in 1948. This is probably the only source of information about the prevalence of asbestosis in the country. Tables give the number of cases diagnosed each year since 1931 and a special breakdown of 248 cases diagnosed between 1955 and 1963. These show that 169 of these 248 cases entered the industry after 1931. show the numbers resulting from periodical medical examinations and from applications. The ical, radiological and pathological features of the disease are described and diagnostic criteria cated. The effects of asbestosis, e.g. disablement, morbidity, liability to other pulmonary and eural disease, and mortality are discussed. Against this background the value of periodical examinations is examined.

####

SESSION 2, PAPER 2

### ASBESTOSIS AMONG INSULATION WORKERS IN THE UNITED STATES
by
I. J. Selikoff, J. Churg, and E. C. Hammond
The Mount Sinai Hospital, New York, N. Y.

Large scale studies of asbestosis in the past have been restricted to workers employed in asbestos textile factories. This was true both of the important basic investigations of Merewether in Great Britain (363 employees) and of Dreessen and his colleagues in the United States (541 employees).

There have been scattered reports of pulmonary asbestosis and its complications in workers exposed to asbestos in industries other than textile. However, the absence of satisfactory epidemiological data has made it difficult to assess the risk of such exposure. Yet such assessment is important since it is likely that asbestos textile workers now represent only a minority of those exposed to asbestos in industry.

Investigations reported here were concerned with 1,522 members of the International Association of Heat & Frost Insulators and Asbestos Workers, in the New York-New Jersey Metropolitan area, a union of insulation workers. This study included every individual who was a member of this union December 31, 1942 or who joined by December 31, 1962.

264 men were dead on January 1, 1963; 43 have died since. Each death has been studied. 1,258 were alive; 1,117 were examined (89.7%), including 131 of 169 no longer working in the trade and 946 of the 1,006 working members. Clinical, radiological and pulmonary function examinations were made.

1. **Prevalence of asbestosis:** Correlation of radiological abnormality with lapsed time from onset of exposure.

-5-

BIOLOGICAL EFFECTS OF ASBESTOS

SESSION 2, PAPER 2
(continued)

| Time lapsed from onset of Exposure | Number Examined | RADIOLOGICAL ABNORMALITY (Asbestosis) (Grade) | | | |
|---|---|---|---|---|---|
| | | 0 | 1 | 2 | 3 |
| 40+ (years) | 121 | 7 (5.8%) | 35 | 51 (94.2%) | 28 |
| 30-39 " | 194 | 25 (12.9%) | 102 | 49 (87.1%) | 18 |
| 20-29 " | 77 | 21 (27.2) | 35 | 17 (72.8%) | 4 |
| 10-19 " | 379 | 212 (55.9%) | 158 | 9 (44.1%) | 0 |
| 0-9 " | 346 | 310 (89.6%) | 36 | 0 (10.4%) | 0 |
| | 1,117 | | | | |

2. Analysis of 307 consecutive deaths among asbestos insulation workers January 1, 1943 - August 31, 1964.

| | | |
|---|---|---|
| Carcinoma of lung* | 53 | |
| Mesothelioma* | 9 | |
| G. I. Carcinoma* | 35 | |
| Other neoplasms* | 27 | 124 |
| Asbestosis | 17 | |
| All other causes | 166 | |

*To be further reported by Dr. Hammond.

3. Presence of pulmonary asbestosis on histological examination of lung parenchyma of 39 consecutive insulation workers.

| | PULMONARY FIBROSIS | | | | |
|---|---|---|---|---|---|
| | No. | 0 | 1 | 2 | 3 |
| 1. With lung CA/ pleural mesothelioma | 16 | 0 | 3 | 4 | 9 |
| 2. All other | 23 | 0 | 10 | 7 | 6 |
| | 39 | 0 | 13 | 11 | 15 |

It is concluded that pulmonary asbestosis is a significant risk of insulation workers in the United States at this time.

Addendum: Adequacy of sample- Total U.S. Membership, IAHFIAW, 1963 -------- 14,803
Total N.Y. - N.J. Membership, IAHFIAW, 1963 -- 1,258
Examined 1,117

However, these data do not include the following insulation workers.
1. Non-union insulation workers.
2. Maintainence insulation workers.
3. "Sprayed insulation" workers.
4. Insulation work as part of other trades (oil-burner and boiler repair, railroad, sheet-metal, laborers, etc.)
5. Insulation workers in other unions (longshoremen, shipbuilding).

#####

SESSION 2, PAPER 3

MORTALITY RATES AMONG ASBESTOS PRODUCTS WORKERS IN THE UNITED STATES
by
P. Enterline
U. S. Public Health Service, Washington, D.C.

(Abstract not received)

SESSION 2, PAPER 4

SECULAR CHANGES IN ASBESTOSIS IN AN ASBESTOS FACTORY
by
W. J. Smither
The Cape Asbestos Company, Ltd., London, England

A factory in the east end of London has been manufacturing asbestos products for over 50 years. Since 1930 workers from this factory have been the subject of many independent studies by various clinicians and researchers. The clinical findings reported in four previous publications are compared with a series of 26 new cases presented for the first time in this paper. One of these was diagnosed 12 years after the last exposure. Changes in type and length of exposure, in signs and symptoms, in diagnostic techniques and in evaluation of pensionable disability are noted over the years since the disease became subject to compensation.

There has been a steady increase in the average number of years of exposure required to produce certifiable disability from 7 years to 17 years.

As some signs and symptoms considered characteristic by earlier writers have become less common, others have gained prominence. Search for the classical xray picture has given place to attempts to