EXCERPT FROM

# REPORT OF PROCEEDINGS

of the

# TWENTY-FIRST

# CONVENTION

of the

# INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS



HELD AT

CHICAGO, ILLINOIS

SEPTEMBER 5-7, 1967

01 117 2337

PRESIDENT-EMERITUS SICKLES: The name of Albert Hutchinson has been placed in nomination.

PRESIDENT MULLIGAN: Mr. Chairman, is a second now in order?

PRESIDENT-EMERITUS SICKLES: Yes.

PRESIDENT MULLIGAN: I was going to nominate Brother Hutchinson, because I have nominated the last two presidents, but seeing that the delegate beat me to it—

DELEGATE COURTNEY: Mr. Chairman, I would like to withdraw my nomination to allow President Mulligan to make it.

(Applause.)

PRESIDENT MULLIGAN: Thank you for honoring old age.

(Laughter.)

Mr. Chairman, the first thing I want to say is that I, at this time, put in my resignation as International President. I think the job was too heavy for me. They put me in, and five hours after that I was in the hospital.

(Laughter.)

And I have been in and out of hospitals ever since.

But when I took the job, I told you I would only accept it until the next convention, and that I would nominate the man I thought was best qualified for the job.

The man that I find best qualified for the job—and he and I have differed many times—but the man that I find best qualified is Albert Hutchinson, the man we need to lead us in the next five years. I think he has got courage and guts, and he will tell you what is right and what is wrong, and he won't be a yes man.

I am afraid that some of our locals will have to be told things this time, and I think Hutch is the man who can do it.

So, with my resignation, I place the name of Albert Hutchinson in nomination for the office of President of this Organization for the coming term.

(Standing ovation.)

18

01 117 2338

PRESIDENT-EMERITUS SICKLES: And now, with apologies, I would like to have the representative of Local No. 14, Philadelphia, Brother Courtney, second the nomination.

DELEGATE COURTNEY: I second the nomination.

PRESIDENT-EMERITUS SICKLES: Thank you.

The name of Albert E. Hutchinson has been placed officially before this Convention for the office of General President for the ensuing term.

Are there any further nominations?

(No response.)

Are there any further nominations?

VICE PRESIDENT RIDER: I move the nominations be closed.

PRESIDENT-EMERITUS SICKLES: Do I hear a second?

(The motion was seconded by several delegates.)

Motion has been made and seconded that the nominations be closed.

All those in favor?

(Chorus of ayes.)

Opposed.

(No response.)

It is unanimous, and so ordered.

Now we have nomination for the Secretary-Treasurer.

DELEGATE COURTNEY, Mr. Chairman, I am the delegate from Local 14, Philadelphia, Pennsylvania.

Today it is my pleasure and special privilege to place in nomination for the office of General Secretary-Treasurer of this great International, the name of a man who possesses all of the necessary qualifications and proven abilities to serve the membership of this organization best.

At this time, on behalf of the delegation from Local No. 14, I deem it a great honor to place in nomination for the office of General Secretary-Treasurer the name of Andy Haas.

19

01  117  2339

Under Article XVIII, Section 10, the General Executive Board at its March, 1967 meeting interpreted this Article that a contractor could send one member—Mechanic (job foreman) on any one operation where he does not already maintain a shop. I, therefore, recommend that we add to Article XVIII, Section 10, beginning at the middle of line 11, after the word "employed" the following: "the employer is privileged to send the Mechanic—(job foreman) as outlined above, but cannot bring a Mechanic—(job foreman) into an area where he is already bound by collective bargaining agreement."

With reference to Article XXI, it is my recommendation that the Article as adopted and printed in the 1962 Constitution remain intact and the change, as passed by a five-to-four vote by the General Executive Board being polled on the question, be deleted.

I further recommend that Article XXI, Section 1, be amended to read "nomination for local office shall be for a period of three years,"—this should be popular, and, of course, if adopted, it would follow that this would not affect the current terms, it will be effective with the new term—and delete the language with reference to the Business Manager, Business Agent and any other full time officer whose term of office shall be for a minimum of two years or a maximum of three years—the rest of Article XXI, Section 1 to remain intact.

In Article XXIV, Section 6, because of the increased cost of printing, postage and the maintenance of the mailing list, the journal has been a losing proposition for the past several years, and I, therefore, recommend that the Journal Assessment be increased from $1 to $2 per year.

In dealing with the question of Health Hazards, I am sure that this subject is as important to all of our membership as any other problem, with the possible exception of jurisdiction, and while we have talked about Health Hazards for many years, we have never approached the problem in any way other than with conversation.

I now propose that an active Health Hazards Committee be appointed by the General President and I further recommend that this Convention authorize an assessment in the amount of 50¢ per month, per member, to be set up in a special fund

33

known as the Health Hazards and Legal Fund. This fund would be used primarily for the purpose of securing technical and engineering data that could be combined with the medical reports of Dr. Selikoff and the information could then be furnished to all of our local unions in such a form that they could present it to the various public school systems, and state agencies. The International, through the Health Hazards Committee, could furnish the information to the various national committees on air pollution, to Senate and Congressional members, etc.

I feel it is very important that we now take on the task of gathering the technical and engineering data to support our claim as to the amount of pollution which is being dumped on the unsuspecting public through the medium of the air conditioning systems where the ducts have been internally lined.

It is my thought that moneys accumulated in this special fund could be allotted to persons such as Dr. Selikoff in grants amounting to twenty-five to fifty thousand dollars and he, or they, in turn, would use this grant to hire an engineering firm to conduct tests on air pollution on buildings or projects selected by the General Office. This information could then be documented by the engineers who had gathered same as well as by persons such as Dr. Selikoff and this information, once assembled and showing that it was gathered by experts in their field, would be information that any and all would recognize as authentic and factual.

I believe that with the creation of such a fund that we can show much progress in the next few years by gathering information that will be acceptable to any and all concerned and I believe that we will have a good chance to secure legislation that would bar all insulation from being applied next to the air stream in all air conditioning systems. Our effort will be to stress the fact that the insulation being applied next to the air stream is a Health Hazard to the unsuspecting general public and the problem is not isolated to only the asbestos worker.

For the information of all delegates, the General Office did secure an Accidental Death and Medical Expense Policy in the amount of $10,000 Accidental Death and $1,000 Accidental Medical Expense for the members traveling in connection with this Convention.

34

01 117 2341

## WEDNESDAY, SEPTEMBER 6, 1967

PRESIDENT HUTCHINSON: Brothers, we will now call the meeting to order.

I have an announcement or two that might interest all of you before we get along in the game here, and that is the ball game tonight. There have been many questions about the buses. There will be buses provided, and they will be at the 8th Street entrance at 7:00 o'clock. So, after dinner, get yourselves ready for the ball game and be at the 8th Street entrance.

PRESIDENT-EMERITUS MULLIGAN: One thing about that ball game: I don't mind if the California delegates holler for California, but any other delegates outside of California will be for Chicago tonight.

(Laughter.)

PRESIDENT HUTCHINSON: I have another announcement. The delegates of Local No. 12, New York Conference, announce the opening of a hospitality room immediately following tonight's dinner in honor of Jack Novak, their Vice Presidential Candidate, in Room 2500.

PRESIDENT-EMERITUS MULLIGAN: I understand there are quite a few of those here, those hospitality rooms. That's the new name for a bar.

(Laughter.)

PRESIDENT HUTCHINSON: Now, if any of the delegates, when we are in session this morning, have any questions for Dr. Selikoff or any of the others who happen to be speaking, if you will go to the microphone and announce your name and Local, you will then be included in the record. Otherwise, it will be pretty hard for us to identify you from the floor.

I noticed in my first duties as President that the shoes I was trying to fill were quite large, and I started off by being a little more democratic than what I should have been, I suppose, because I have created a little problem by giving each of the three main committees a full copy of all of the resolutions,

61

01 117 2342

and each of them have been dealing with them very seriously, but none has accomplished very much until this morning. I think we are ironing it out now, and we are going to have a little session with the three Chairmen before they go back in, and I think we can clear the air and then start proceeding with some haste.

So, after this morning's session, we will go back to work on the committees and I believe that the little problems we have had up until now will be ironed out.

This morning we are privileged to have with us Dr. Selikoff. I have an introduction given to me here, and I am going to give it to you, because I am sure you would want to know his titles and the honors bestowed upon him by others.

He is a Professor of Environmental Medicine, Director of Environmental Science Laboratory, Mount Sinai School of Medicine, City University of New York; he is also Chairman of the Division of Environmental Sciences of the New York Academy of Sciences; he is a holder of a number of awards, including a Certificate of Merit of the American Medical Association, and possibly the highest honor in American medicine, the Lasker Award of the American Public Health Association.

But I think with all those titles and the many, many more that he has that we, in the Asbestos Workers organization, can lay those aside, because we recognize Dr. Selikoff as just that, a doctor, a most dedicated doctor, who has given us the benefit of his untiring efforts for the past five, six or seven years.

I am sure that when he addresses us this morning, he is going to indicate to you the effort that he has put into this thing.

So, I am going to let him carry it on from there.

But today, he is going to deal with many questions, and tomorrow he is going to answer what he is talking about today, so he is going to be in on two sessions. And if any of you delegates have a suggestion or a question that you would like to refer to him, if you would just jot that down and give it to his secretary, who is seated here, his secretary and nurse, who is seated next to him here, he will try to answer the question for you sometime during either today or tomorrow.

01 117 2343

Now, we are also privileged to have with us today, because of Dr. Selikoff being here, another doctor who is interested in hearing what Dr. Selikoff has to say. He is Dr. Kamer, Medical Consultant for the State of Washington. I haven't had the privilege of meeting him yet, but I understand he is in the room here.

We also have with us as a result of the interest in this problem from the Long Beach Naval Shipyards, G. S. Watkins, U.S. Senior Medical Officer, Long Beach Naval Shipyard, for the purpose of visiting with Dr. Selikoff and learning of this efforts in the asbestos workers' diseases.

We have Mr. Clifford Krieger, Safety Department Superintendent, and also one of your own who is now moved up into the position of supervision, Brother Charles Carmines. It's nice to have them with us also.

With this, I'd like to call on you now, Dr. Selikoff, to come up and give us the benefit of what you have found out over the last five years since your last report.

(Applause.)

DR. SELIKOFF: Thank you, President Hutchinson, and my respects, deep respects, to President Emeritus Sickles, President Mulligan and Secretary Haas.

Also, before I begin, may I pay my respects to the other two members of my union who are here, Dr. Kamer and Dr. Watkins, and if you think you fellows have a strong union. . .

(Laughter.)

In his introduction, President Hutchinson mentioned some of the positions which I fill, but I'm here this morning only partly in those capacities and at least in equal part in the function I hold just as honored and perhaps even more important, that as Medical Consultant to the International Association of Heat and Frost Insulators and Asbestos Workers, because in that role, I'm attempting to fulfill perhaps the highest role of a physician, not simply in gathering knowledge about the ills of mankind, but the use of this knowledge, for the benefit of all.

This morning, thinking about coming here, I had thought of beginning by apologizing for the medical profession, apologizing in the sense of our having allowed the problems of which we will talk to have developed to this point, and in so doing

63

abdicating their public health responsibility which they accept when they take the Oath of Hippocrates.

After I had breakfast and felt a little better, I thought perhaps instead of apologizing, I might explain, and the explanations may be a little unusual, and I'll start off by talking about the Australian aborigines. It's a pretty long way, the other side of the world. But it gives some idea. You probably know that in their aboriginal state, they have no idea where babies come from. In fact, when a woman feels life, she usually blames it on the spirit of the bush that happened to be moving at the time she first feels life. It was pretty hard for her to connect two events that are nine months apart. And you say, "Well, that is because they are aborigines. And that's been going on for ten thousand or more years."

We can come much closer to home. Only 350 years ago there was a first great book written on mining diseases, a book called De Re Metallica, which, by the way, was translated by a President of the United States, Herbert Hoover. He was a mining engineer.

In this book, written by Agricola, there were women in the mountains of East Germany who have had nine husbands, and he said that is peculiar because these husbands all worked in the mines. But he had no idea why. He couldn't connect two events, working in the mines and death from silicosis two or three years later. That perhaps is the explanation.

This question of time, it's hard to connect events which are far separated, and that is what has happened with the dozens of diseases to which insulation workers are subjected.

They begin breathing in dust, and the diseases that they develop don't develop for 25 or 30 or 35 years, and probably that is why we doctors didn't understand it until recently.

For example, the first case of asbestosis was described in the medical literature in 1927 by a fellow by the name of Cook. And if I can paraphrase, I am sure that doctors in the midlands of England around that time probably said to him, "Look here, Cook, you know that isn't true. She probably had scarring from tuberculosis." Everybody had tuberculosis in those days. That is only 1927. You can see, until 1935, 1940, nobody ever even believed that this existed, and probably that is the reason why we are Johnny-come-latelies on the scene.

64

01 117 2345

But certainly we should wake up to the realities of the problem at this time. I think that the most important function I have had has been to alert the individuals in my profession to the problems which we face, and I would now like to discuss them.

By the way, for those of you who may be interested, about a year and a half ago, as a result of meetings we were able to get together with the assistance of the Academy of Sciences a rather large monograph of 750 pages, all about this disease, which was published. You can look at it later. And there are other papers here, and gradually now a good deal of information and, I hope, because of the availability of this information, a good deal of work will be done to solve these problems.

And I'm sure, absolutely sure, that they can be solved.

I had hoped that we would have a slide projector here this morning and perhaps we will before the morning is out, but without it, you perhaps will have to be a little more attentive to what I will say without the aid of a blackboard or aid of slides. And I'd like to tell you the data we have uncovered.

And before I do, I would like to pay my respects and give my thanks to those among you who have been my tutors and my mentors in all that I have learned in these last six years.

First, to George Rider, sitting here in the New York delegation, who first took me under his wing and told me what fiber glass was and what was happening in the trade.

And then to your International Officers, President Sickles who came repeatedly from Washington to tell me what was going on and tell me where to look and how to look. To President Hutchinson who time after time after time went through his files, dug up information, gave me all the data with regard to all the people I was concerned about, and recently Secretary Haas as well, who has done the same thing. But perhaps even more to the members and officers of Locals 12 and 32. And here my respects are not only scientific but personal. I have in mind a man who is no longer with us. I am sure many of you will remember Johnny Bogovich of Local 12 was at the time of your last convention here suffering from the disease associated with breathing in these dusts from which he soon died.

He never said an ugly word, never complained. He gave me every help to his dying day.

65

To another man who is fortunately well, but not here with us today, but one of nature's real gentlemen, Terry McConnell of Local 32.

And in Local 12 to Nicholas Lucich, Ed Kellner, Jack Novak.

Jack, by the way, for example, a few weeks ago, took me by the scruff of the neck and brought me down to the New York City Board of Education so I could speak to the engineers there about the problems inherent in lining ducts with fibrous glass.

In Local 32, Jim Mulhern, Ed Sanborn, Jim Grogan, Jim Dwyer, who did the same thing with me, forced me, took me out of my own work which I thought occupied my attention and took me to more important things, that is visiting with the New Jersey State Department of Health to see if we could keep glass out of the ducts of at least State buildings and thereby give a deep motivation to the rest of the community.

And last, of course, but not least, my righthand man,—or I should say my right-hand woman—Janet Kaffenburgh, who has been with me all through this in developing the information and data which I will now talk to you about.

We started by saying, well, what happens to men who are insulation workers that might be different from all other men? How are you fellows different?

What we did was to make a list of every single man who was a member of Local 12 or Local 32 on December 31, 1942. Now, you may say, well, that's like oxtail soup, going pretty far back for soup.

(Laughter.)

Well, the reason is what I told you before about this young woman in the Australian outlands, because what happens takes a long time, and it is not of interest, really, to know what happens to men today. It is what happens over a long period of time.

Unfortunately, you can't go back in time except by using a lot of detective work, and that's what we had to do. We made a list of every single man in these Locals on December 31, 1942, in order to see what happened to them.

66

01 117 2347

There were 632 members of these Locals. 890 men joined sometime between January 1st, '43 and December 31st, '62. But we were primarily concerned with fellows that had gone 20 years.

We knew what should happen to them. How do we know that? We have all kinds of statistical tables from the U.S. Bureau of Statistics, and so forth, saying how many men died of any kind of disease you can think of during 1943, '44, '45, '50, '55, '60 and so forth.

And with big computers—by the way, in this I had the valued assistance of my colleague, Dr. Cuyler Hammond, who is Director of Research of the American Cancer Society, and a brilliant man, a man, by the way, who developed all the information with regard to the hazards of cigarette smoking—I hate to mention the dirty word—

(Laughter.)

—and he has been working side by side with me in this research.

By the way, I am not really scared to mention it, because Mr. Noyes of Local 24, as he was coming into this room, said. "Gee, Doc, don't scare them." He said, "When you spoke to us down in Washington, you scared me, but" he said, "I was all right. In a day or two I was able to smoke again."

(Laughter.)

And there is a fellow—I don't remember what Local he is from—there is a fellow by the name of Hensley—does anybody know what Local?—he sent in a questionnaire in this recent survey that we had, giving me a lot of information and a lot of good suggestions, very intelligently done, and at the end of it, he says, "By the way," he said, "I might as well confess. I really prefer to breathe through a cigar rather than through a mask."

(Laughter.)

Well, with Dr. Hammond, we were able to construct tables about how much illness there should have been for these 632 men at Locals 12 and 32, from 1943 through 1962.

It is tough to do, but it can be done, because we have to take into consideration such things as a man's age, and each year, because after all, a man of 45 has a different risk of disease

67

than a man of 65, in any given year, and with human beings the way they are, and with the risk of lung cancer becoming so great in the last 20 years, the risk for a man of 45 has differed each year since 1943.

In other words, a man of 45 would have had a certain risk in '43, another man of 45 would have had a different risk in '44, another man of 45 would have still had a different risk in '46, and so forth, because the risk of these diseases is going up rapidly in the last 25 years.

So, it is a very complicated piece of work, but with computers it can be done.

We established what are called expected rates for this period of time. Before I am through, I think you are all going to be half-baked biostatisticians, but that's good.

We found that of the 632 men in these two Locals, there should have been, if their experience was the same as all other U.S. white males—not talking about women, not talking about anything else except white males living in the United States— there should have been 203 deaths. Actually, there were 255. 52 men died more than should have died.

With the assistance of these people I have mentioned, we got death certificates on each one of the people who died; we went to the hospitals, got the records out, got the slides out, got the x-rays out, and checked everything to see why 50 extra men died.

We got some surprises. It is true that some 12 died of asbestosis, scarred lungs, they just couldn't breathe any more. Nobody in the general population is supposed to die of that, so that accounted for 12 extra deaths.

But whereas there should have been had their experience been the same as everyone else's, should have been 6 deaths due to cancer of the lung, there were 45.

Whereas there should have been 9 deaths due to cancer of the stomach, cancer of the colon, there were 29.

And something else: There is a very rare disease—and you can break your teeth on this one—called mesothelioma. Nobody knows about it. I will tell you why nobody knows about it, because it is so rare that it is not even coded by the U.S. Bureau of Statistics. It is not separately coded in the Interna-

68

tional Classification of Causes of Death. It is very rare, so rare that at my hospital, from 1930 to 1960, we only saw three cases, and we have a huge hospital, very active.

We also did something else to see how rare it is in the general population today. We took the statistics of the American Cancer Society's study on smoking. Some of you, in fact, may have even enrolled in that. If you remember, in 1959, 60,000 volunteers of the American Cancer Society registered over 1,000,000 people and got a lot of information about them, what they smoke, how deep they smoke, what size stub of cigarette is left, what they eat, do they eat fried food, what kind of city do they live in, what kind of automobile do they drive, and so forth.

The American Cancer Society has been studying these people, seeing what has been happening to them ever since 1959, in order to see what, out of any paricular kind of disease, what is peculiar about the people. Can we discover something about the people? Is it people with short hair who develop ingrown toenails?

(Laughter.)

We just don't know. This was the way of finding it out.

In that series of over 1,000,000 people, there have now been 70,000 deaths, and of the 70,000 only 9 have been due to mesothelioma.

Well, in the first group of 255 deaths of Local 12 and Local 32, 4 died of mesothelioma; in other words, about 1 out of 90 or 1 out of 80, rather than 1 out of 10,000. And, at the same time, around 1963, '64 and '65, from other parts of the world, in areas around mines in England, Germany and elsewhere, reports of this peculiar disease called mesothelioma—peculiar, unfortunately, because it is incurable—began to filter in, that was occurring to people who were exposed to certain kinds of dust, asbestos, and others.

This indicated to us that there was something peculiar about people who work in the insulation trade. Many of them die when they shouldn't die, and they die of diseases that other people don't die of, at least not in such numbers.

Since 1963, when this first information was published, we have continued our researches. There were 370 men of this initial 632 alive on January 1st, '63, and we have watched

69

01 117 2350

this whole group of men since, and now we had a great deal more information, because I had examined almost all of these men, and I knew a great deal about them, everything from the day they started work to what they smoked to whether they worked a lot in powerhouses, whether they wore masks or not, whether they did a lot of shipyard work—by the way, that might be interesting, because shipyards sometimes use different kinds of asbestos, for example, different kinds of insulation. Much of what they use contains amosite rather than chrysotile.

Amosite is much better in its resistance to salt water, for example. We had all this information and by April 30th of this year, April 30, 1967, we reviewed our experiences, and this is what they are:

Knowing the ages of these men in 1963, there should have been 47 deaths by April 30th, 1967. There were twice as many, 94.

Twice as many members of Local 12 and Local 32 died as should have died in those 52 months.

Now, these are not numbers. These are human beings.

Again, when we analyzed the causes of death, once more there were over 10 deaths due to asbestosis. There should have been none.

Well, this is a hazard you people face, and a hazard, I hope we are going to be able to clear up. There is no reason under the sun that this can't be cleared up, none, because it depends upon how much dust, in large part,—there are individual reactions, not everybody reacts to the dust the same way; there are individual idiosyncrasies, but, basically, it is due to how much dust you fellows breathe in. And if we can't make the trade safer, we are crazy. If we can't keep dust out of the air, we don't deserve to call ourselves the proud United States of America.

So, there were these excess deaths due to asbestosis.

But again there should have been 3 deaths due to lung cancer. There were 27. 27 out of 94! This is fantastic!

There should have been no deaths due to this rare disease called mesothelioma. There were 10. That's 10 deaths of me-

70

01 117 2351

sothelioma out of 94 asbestos workers, whereas the American Cancer Society only saw 9 out of 70,000.

There were supposed to be 2 deaths due to cancer of the stomach or colon, and there were 10.

We also found something else, and this, again, gives us, I hope, a good opportunity to clear up and clean up this trade, but this is going to depend on you in large part. There were, among the 370 men, 87 who never smoked cigarettes regularly. And there were 273 who did.

We than analyzed what happened to these two groups of men separately. Of the 273 men who smoked cigarettes, there should have been 2.98 deaths due to cancer of the lung. You say, well, how could there be 2.98? That's the way the statisticians talk. There were 2.98, or 27.

Among the 87 men who did not smoke—and now we are using statistics based upon smoking habits in the population —there should have been between zero and 1 cancer of the lung. There were none.

In other words, from 1963, to the present time in 1967,— and that includes up to today, or up to yesterday, when I left New York—I have yet to see a lung cancer in an asbestos worker who didn't smoke cigarettes.

Also, by the way, I did not see a cancer of the lung in an asbestos worker who smoked cigars or an asbestos worker who smoked pipes, if he didn't smoke cigarettes at the same time.

If levity were in order at this time, I perhaps should say, "Put that in your pipe and smoke it."

(Laughter.)

But this information is of tremendous importance. It is almost like saying that, if you work in a dynamite factory, you shouldn't smoke. And cancer of the lung could be wiped out in your trade if you people wouldn't smoke cigarettes, period.

As bad as the dusts are, as dangerous as they might be, from our experiences so far—I am not saying it won't occur, because it might, yes, here and there, just as it can occur to anybody, because this is a random thing that can occur—but it can be wiped out as a problem.

71

01 117 2352

I think that you people in these next years are going to have to do some real hard thinking for yourselves and real hard thinking for your trade in general.

Now, tomorrow I will review in some detail much of the information that I have had the opportunity of putting together from this questionnaire which you people have had.

By the way, may I repay my respects to you in regard to this questionnaire. It has been the most successful questionnaire in American industrial history, bar none. It is remarkable.

When I reviewed our results—by the way, we already have some 15,000 answers. This just has never occurred. In most questionnaires you get 20 percent response, 30 percent, 40 percent, sometimes 50 percent. We have had, oh, 70 percent and we hope we will get even more. And the quality of the responses has also been remarkable.

From these questionnaires, we will put together a lot of information that I will be able to show you tomorrow, and I will be able to discuss with you with regard to solving some of these problems which I have mentioned.

One final remark for your own thinking, before tomorrow, with regard to fibrous glass: As you will notice, I have said nothing about it to this point, because I know nothing about it. Why? The old-timers among you will know that it really didn't come into use as a general substance until around 1945, '46, towards the end of the war.

If asbestos and silica and beryllium and other dangerous dusts don't show their effects for 25 or 30 years, how can we trust anyone who says that glass is not dangerous? We won't know for 5 or 10 years how dangerous it is, because, in general dusts do not exert a serious effect for that period of time. We won't know, so in your own thinking, with regard to the things for tomorrow, remember what we call the latent period before these dusts show their effect.

In conclusion, I would like to not merely repay my respects to the people I have mentioned here before, and who are with me, in part, on the dais, but to the entire membership of your Union, who have taught me so much, and especially to the members of Local 12 and Local 32.

72

01 117 2353

Thank you very much.

(Applause.)

PRESIDENT HUTCHINSON: Thank you very much, Doctor. As usual, I thing when you are addressing any group of our people, we find that they give the undivided attention that your message deserves, and we certainly appreciate your being here.

We are going to prevail upon you tomorrow to again address us, and we probably will have the slides then, and if we can sandwich this in during the time the Election Committee is counting the ballots, it won't be too much of a problem. We will have quite a little delay there, so we will have an opportunity then.

We can set that up and get into a little bit of that this morning, if you like. How long are the slides?

DR. SELIKOFF: Five or ten minutes.

PRESIDENT HUTCHINSON: Fine. We will set it up and go along with that.

I would also like to announce for you, for the benefit of those of you who don't know, I see Mrs. Selikoff is sitting in our audience over here, and we are awfully glad to have her with us.

(Applause.)

While we are getting the slides set up, I think that everyone realizes we do have much work before us, and as soon as we have heard from Dr. Selikoff on the slides, I think that we should consider going back to work in committee. So, think about this, and I will put a question to you right after we have the slides as shown by Dr. Selikoff.

Brothers, we have just had a change in the announcement that I made this morning with reference to the buses for the ball game. The buses for the ball game will be there at 6:30 rather than 7:00 o'clock as reported this morning. It is now 6:30. That will be the time for the buses. It is still the 8th Street entrance.

Now, if we can have your attention here just for a moment. President Mulligan wants to say a few words to you and he is going to remain seated.

73

01 117 2354

PRESIDENT EMERITUS MULLIGAN: No, no, that's all right.

I just want to get up here this morning and say to the delegates that I am past, you know, as far as the International is concerned, and I may never meet again with you. But the real thing is this morning. Now, we have the committees out and the committees are in session, and I think they are having a hard time getting together.

Now, I was on a committee, the toughest committee, for about 30 years. and I always seemed to be able to bring the committee in, and the floor saw fit to accept our recommendations. So, I don't understand why it is so hard today to bring them back.

But I want to tell you one thing. After tomorrow night, you are on your own; you are paying your own hotel bills.

(Laughter.)

If you think of that, I think you will start getting together. I don't know of any of you who would want to be so generous as to give your time and money to the Labor Movement.

(Laughter.)

You have often heard Labor guys like myself, now 40 years in it, you know, get carried away and say, "Oh, I would give my life to the Labor Movement."

The first time that check didn't come in, you would quit, wouldn't you?

(Laughter.)

So, you can give your life to the Labor Movement, and the Labor Movement has given you a good life. In return, you give them something. But let's get those committees in. Let's not say the young blood is stalled and can't reach a verdict. This is the young blood in action. Now, we want to see them in action.

If you can, we will give you 'til tomorrow night, and George Rider and I will take the Resolutions Committee and we will take the By-Laws Committee and we will bring it in in ten minutes, and we will pass it.

(Laughter.)

74

01 117 2355

So, either way. Let's get going. We have had a good convention up to now, and let's keep it that way.

(Applause.)

PRESIDENT HUTCHINSON: Brothers, if I might have your attention here while they are setting up, we might get a little bit of business taken care of.

I have a question that came from the floor here. It says, "Will the address of Dr. Selikoff be available in written form?"

Well, the answer is yes, it is being transcribed here, and it will be a part of the record. So, the minutes of these meetings will include Dr. Selikoff's remarks.

Are there any questions to the doctor from the floor while we are setting up these slides? Anybody have a question they would like to pose?

DELEGATE FROMDAHL: Van Fromdahl, Local 5. My question is, is there anything that you attribute the fact that cigarettes are so much worse than cigars or pipes, or why a cigar or pipe doesn't have an adverse effect on us?

PRESIDENT MULLIGAN: I can answer that question. There was always the saying that a pipe and cigar was an old gentleman's smoke, when he is in years gone by. And the cigarette, I would hate to tell you who they said smoked them. That is my answer. If Dr. Selikoff can give a better one than that, okay.

(Laughter.)

DR. SELIKOFF: Mr. Fromdahl, the answer is we don't really know, because this is true not only about asbestos workers, but true in the population, of the population in general. Perhaps President Mulligan is right. In the general population if you smoke cigars or pipes, your risk of developing lung cancer is very little, very little more than if you never smoked at all. Is it possible because many cigar smokers don't inhale? Is it possible because many pipe smokers don't smoke all the time? Is it possible that the smoke that you inhale is at a different temperature? Is it possible because cigarette tobacco is cured differently? Is it possible because different insecticides like arsenic are used in growing some types of cigarette tobacco and not pipe tobacco? We don't know. But for every-

75

01 117 2356

one in this country, the risk of cigarette smoking is very much greater than for pipe or cigar smoking, and not only cancer of the lung by the way, as you probably know, too, and I consider this much more important than cancer of the lung. Cancer of the lung is pretty rare as a disease except among asbestos workers. If you don't smoke, chances of dying of cancer of the lung are one in 400. If you do smoke cigarettes, it is 15 times as much. But still one out of 35. The risk of coronary death is much greater. If you don't smoke cigarettes, your risk of dying of a coronary is one out of 6. If you do smoke cigarettes, it is one out of 3. It is only twice as much. But it's twice something common.

So that and there again we really don't know. Maybe many things, for example, when you smoke cigarettes you inhale such chemicals as polycyclic hydrocarbons. These are known when you paint them on the back side of a mouth to cause cancer of the skin of the mouth. Is it because when you inhale cigarette smoke you are inhaling these polycyclic hydrocarbons? I don't know.

One of the peculiar things about cigarettes is that the smoke has a lot of carbon monoxide, very large amounts. You can get as much as 10 percent carbon monoxide. The same carbon monoxide found in automobile exhausts, but much more, because you don't put your face in the tail pipe of a car, unless you want to commit suicide. But you do inhale the smoke of a cigarette directly. Maybe because you want to commit suicide. This is so bad that it upset the whole police department of Paris.

Let me tell you a little story. They were going to test how much carbon monoxide traffic policemen have in Paris as a result of standing on the busy street corners.

They tested their blood for carbon monoxide before and after four hours of traffic duty. And they found in about two-thirds of the traffic policemen that the level of carbon monoxide in the blood went down after standing in traffic in the midst of Paris. And you know what it was when they analyzed it? That the traffic policemen who smoked cigarettes had to stop smoking when they went on duty, so their carbon monoxide went down even though they had to stand in the midst of traffic.

Now, we have very little information with regard to the effect of carbon monoxide. This may play a role. We don't

76

01 117 2357

really know, but what we do know is if you fellows like to smoke cigars, your wives might not like the smell, but, heck, you are going to be healthier.

DELEGATE FROMDAHL: Thank you.

(Applause.)

PRESIDENT HUTCHINSON: Van, I don't know whether you got your question answered or not, but I do know that Dr. Selikoff put the court reporter to the test. If he could spell some of those words that he was just saying, we have got a good man here.

I am going to be anxious to read that portion of the transcript.

I have an announcement. Local No. 4, Buffalo, is inviting all the delegates and their wives to drop in their room after the afternoon session, after the afternoon business session and prior to the evening's dinner in Room 2426 for some plain old booze. The room is 2426.

(Whereupon some slides were shown.)

DR. SELIKOFF: This slide that you see up here is not a slide of a man who worked with asbestos or any of the insulation ducts. But it will show, as will the next two, why our profession missed the boat for so long. This is a slide of a man who crushed rock. This man crushed rock on a railroad and got old-fashioned silicosis. This is a slide of silicosis. You see in the center the heart, and all the white dots are the silicotic nodules. Believe it or not, despite the almost total covering of the X-ray with the silicotic nodules, the man wasn't short of breath at all. And in the X-ray of silicosis, the X-ray findings are usually very much worse in the man also because the intervening lung is good. Between the nodules, the lung is functioning well, and so there is plenty of good lung to breathe with.

Next slide, please. This is of a man who was a mustard mixer. You say why did he get silicosis? They have to use the pneumatic hammer to grind the millstone to grind the mustard seed with. Silicosis is an occupational hazard of mustard mixers. He worked for Heinz.

You can see the large conglomerate nodules, and he wasn't short of breath because he had plenty of good lung left to

77

01 117 2358

breathe with. Of course, if it gets worse than this, they have trouble, too.

Next slide, please. There are two slides of a coal worker. This is what is called coal workers pneumoconiosis. As you can see, the lungs are shot through with large nodules which contain a great deal of coal, very little silica. He wasn't short of breath at all even though the X-rays looked terrible.

When it gets worse, even these people get short of breath when they get complicated coal workers pneumoconiosis.

We doctors had experience with this type of X-ray for 30 years. When they came upon an asbestos workers's X-ray, they weren't impressed because this is what it looks like. Next slide.

You see very little, a little bit of fine weblike white lines, because the scarring is different. It's diffuse, it's fine, it's not dense and nodular, and it doesn't show well on X-rays. By the way, this is pretty bad asbestosis. Black, by the way, is normal; the white little lines in the bottom of the X-ray are the scarring areas.

My colleagues weren't impressed with this, especially many of the people that they met who had this kind of an X-ray and had no real history of asbestosis. Why? A man gets sick, he often leaves a heavy trade. He may become a building superintendent. He may become an office clerk, anything to get a little lighter work because he can't do heavy work any more.

When he would come into the hospital they said, "What work do you do?" He would say, "I'm an office clerk." They wouldn't be impressed by the X-ray, but that darn 30, 40-year period intervening was the cause.

Next slide. This is a section through a lung of asbestosis, and you can see there are many air spaces. All those tiny little cysts of air. They don't show on the X-ray.

Next slide, please. Here is another section of another kind with scarring. The dense bottom of the lung is scarring, but the rest of the lung looks pretty good. These black little dots, that is just carbon from living in cities or smoking cigarettes and doesn't do any harm.

(Laughter.)

78

Next slide, please. Therefore, you can see why the medical profession missed the boat. These numbers are what I was talking to you about, and I show them to you to give you another reason why we weren't so smart.

Out of the 1522 men in the top line who are members of Locals 12 and 32 during that period of time, when we came on the scene in 1962 there were only a thousand men who were working. There were 62 retired, 34 ill, and 75 had gone to other jobs.

Well, if you look only at the men who are working, you are looking at the men who are all right. If you were to look at the 100 men who were retired or ill, then you would have seen what would have happened over the 20 or 30 years. But generally, doctors who are doing surveys like this in the plant, they go in the factory on the job, examine the men. Well, heck, those men are well. Fellows who are sick never come on the job to be examined. The fellows who are dead can't come. That is why over the years in 1950 and 1960 when a few surveys were done by inexperienced people, they said everything is all right.

My respects to Captain Watkins here today, and I'm sure this is not his responsibility at all, but the Navy in 1945 and 1946 commissioned a study to be done of insulation workers in all Navy shipyards, and it was done by some excellent men. Captain Fleischer with the assistance of Professor Drinker of Harvard.

They studied a thousand insulation workers in 1945 and '46. They published an article saying everything is fine because all the men they examined had been in the trade only four or five years, just during the war, and they didn't see the men who had been in the trade for 20, 25, 30, 35 years.

Now we know this. Now Captain Fleischer wouldn't make the mistake and I wouldn't, but it took a long, hard time to get this information.

Next slide, please. This is all the statistics I was talking about; it just shows all the numbers.

Next slide. And this is all the statistics of the expected rates.

Next slide, please. These are the statistics of the observed and expected that I mentioned to you. For each of the 5-year

79

periods from '43 to the end of '62, as you can see in the first
line, this is the total death rate; 203 expected, 255 observed.
Lung cancer, 6.6 expected, 45 observed. Cancer of colon and
so forth—

Next slide, please. This was the study of the American
Cancer Society for the first three years.

Next slide, please. This is one of the things I was talking
about. It completely covers the lung and, therefore, we can't
operate on it. By far prevention is much better than the cure.
Bear this slide in mind as hard as it is to look at, and I'll go
over it with you. Bear it in mind, when you think about
fiberglass.

I examined 346 men who worked for less than 10 years
in the New York and New Jersey locals. This is a record of
the percentage of men who had some abnormality of some
kind or other on the X-rays. Of the 346 men with less than 10
percent in the trade, only one out of 10 had anything at all
wrong with his X-ray. And even those had only minimal
changes, the tiniest of changes. Even the men with 10 to 19
years in the trade showed very little. Most of them had per-
fectly normal X-rays.

And those that were abnormal, the abnormalities were
minimal. But after 20, 30 years and 40 years in the trade, the
picture was different. Very few had normal X-rays. And when
abnormalities were present, they tended to be quite severe in
many cases.

So remember, anything less than 20 years doesn't count. We
still don't know.

Next slide, please. This is shortness of breath, and it shows
the same things in less than 20, 30, 40 years there is no short-
ness of breath of any real significance. After that time it be-
gins to appear. The same as I said about pneumoconiosis in
coal workers' disease, as in beryliosis, as in common cancer of
the lung, aluminosis of the lung, and so forth.

Next slide, please. This is more recent information from '43
to '67. It is combined from '43 all the way through.

There should have been 251 deaths; there were 349.

Next slide, please. This shows the causes of death expected
and observed. For example, there should have been 47 alto-

80

gether. There were 94. There should have been 8 cancer; there were 49. There should have been 2.3 cancers of the lung; there were 27.

There should have been less than one cancer of the stomach; there were 3, and so forth. There should have been 28 coronaries; there only were 22. That is surprising because you said these fellows smoked and you also said a minute or two ago, if they smoked they are liable to get more coronaries.

Unfortunately, the lung cancer deaths occurred so fast that they didn't live long enough to die of coronaries.

Next slide, please. It's the same thing as I am showing you.

Next slide, please. This fearsome table with all these numbers is a record of the smoking habits of the members of Local 12 and Local 32. As you can see out of 370 older men in these locals—the youngsters I didn't pay much attention to; nothing happens to kids—among the older men, 370 men, 48 never smoked anything; 39 smoked only pipes; 101 were ex-cigarette smokers, and the rest give you the number of cigarettes the men smoked per day.

Next slide, these are the overall death rates for the smoking. Of men who never smoked regularly, there were 7 deaths expected; 9 were observed. The same thing here, those who smoked pipe and cigar, 7 were expected, and 7 occurred.

Now you know why I and President Muligan didn't know the answer to this pipe and cigar bit. All I know is if you smoke a pipe or a cigar only, nothing happens. Why, I can't tell you. But with the history of regular cigarette smoking, the story is different. 32 deaths were expected and 78 occurred. And by the way, the number went up with the number of cigarettes smoked per day. If you smoked 10 to 19 a day, it was 1.8 times as much. 20 to 29 a day, 2.1 times as much, and over 40 a day, almost four times as much.

Next slide. These are the lung cancer deaths among the people who never smoked regularly. There were 48 men. We expected 0.05 for the statistician. None occurred.

Pipe and cigar smoking, we expected 0.1. None occurred.

And out of 2.98, 24 lung cancers besides 3 mesotheliomas occurred. That is the last slide. Thank you.

(Applause.)

81

PRESIDENT HUTCHINSON: Since we are going to have Dr. Selikoff with us tomorrow, and I don't know just what time tomorrow, we are going to have to prevail upon him to bear with us, we will refrain from asking any further questions now, and any of you that has some, save them for him and tomorrow we can refer them to him.

We are scheduled today to have lunch for the delegates in the Boulevard Room at 12:00 noon! It is twenty-five minutes to twelve now. I will schedule calls for us to go back into session from two to 4:30. So I would with no objection like to take the reports of the committees that are now ready to report between now and the time we break for lunch, and then have the committees go back to work at 1:00 or 1:30, if possible reporting back to the convention as a whole by 3:00 o'clock. And I believe that before the three committees, the Secretary-Treasurer's report, Constitution and Bylaws and the Resolutions Committee will go back into session, if the three Chairmen will sit down with me for a few moments, I think we can clear up some of the questions.

If there are no objections, this is what we will do. Hearing none, so ordered.

Are any of the committees now ready to report?

I think Vice President Detlefs on Finance and Audit is ready to report.

Vice President Detlefs.

(Applause.)

VICE PRESIDENT DETLEFS: Dr. Selikoff got me so scared I started to perspire and I almost laid down a cigarette I had in my hand.

Well, Mr. Chairman and Brother Delegates, the following is our report:

To the Officers and Delegates of the Twenty-First Convention of the International Association of Heat and Frost Insulators and Asbestos Workers, greetings:

We, your Finance and Audit Committee, after checking over the audits as prepared by Goldberg & Latter, Certified Public Accountants, and submitted by the General Secretary-Treasurer, find as follows:

82

01  117  2363

# THURSDAY, SEPTEMBER 7, 1967

PRESIDENT HUTCHINSON: The meeting will now come to order.

Brothers, when we recessed yesterday, we were hearing the report of the Resolutions Committee. In order to put things in a proper perspective this morning, I am going to break in on that committee and call on the Committee on General Secretary-Treasurer's Report in order to get a couple of items that were referred by that committee to the Resolutions Committee and the Constitution and Bylaws Committee.

I understand that the Committee on General Secretary-Treasurer's Report is now ready to report.

Brother Kelly will make the report.

CHAIRMAN KELLY: Mr. Chairman, Brothers:

To the Officers and Delegates of the Twenty-First Convention of the International Association of Heat and Frost Insulators and Asbestos Workers, greetings:

We, the Committee on the General Secretary-Treasurer's Report, concur in the General Secretary-Treasurer's Report, with the following exceptions:

Number one. International Vice Presidents, which matter was referred to the Resolutions Committee;

Number two. Raising the special assessments for the health and welfare pension fund to cover the International staff and convention fund;

Number three. It is the recommendation of this Committee that the section relating to Article XXI, Section 1, remain as printed in our last Constitution and Bylaws, thus emphasizing local autonomy relating to this matter.

We recommend that Article XXIV, Section 6, relating to the increase in the cost of the printing of the Journal be raised from $1 to $1.50 per year.

Number four. We concur there is a need for a health hazards and legal fund, but recommend that this Convention au-

115

01 117 2364

thorize an assessment in the amount of 25 cents per month per member, to be set aside in a special fund known as the Health Hazards and Legal Fund, not to exceed a period of five years.

Number five. It is the feeling of this Committee that the recommendation in the Secretary-Treasurer's Report authorizing the purchase of an automobile for President-Emeritus C. W. Sickles should be authorized.

For the information of all general delegates, the General Office did secure an additional death and medical expense policy in the amount of $10,000 accidental death and $1,000 accidental medical expense for the members traveling in connection with this Convention.

Mr. Chairman, this concludes the Secretary-Treasurer's Report Committee's Report, and I so move the adoption of this report.

PRESIDENT HUTCHINSON: You have heard the report of the Committee on General Secretary-Treasurer's Report. It has been properly moved for adoption. Do I have a second?

(The motion was seconded by several delegates.)

On the question.

(The question was called for.)

The question has been called for.

All those in favor, vote the usual sign.

(Chorus of ayes.)

Those opposed?

(No response.)

The ayes have it, and so ordered.

Those sections that were referred will, of course, go to the proper committees for further consideration.

I now dismiss the Committee on the Secretary-Treasurer's Report with a vote of thanks of the Convention.

(Applause.)

116

01 117 2365

PRESIDENT HUTCHINSON: That hand is well deserved. And I'm not going to dismiss this Committee at the moment inasmuch as there may be some conflict of interest as yet to be worked out with the Constitution and Bylaws Committee.

We will hold the dismissing of this Committee.

A VOICE: I would like to question the Chair on the feasibility of cataloguing the resolutions at future conventions and copies of same being distributed to the delegates before the convention convenes.

PRESIDENT HUTCHINSON: There has been a favorable action taken to do just this.

Is Dr. Selikoff in the room this morning?

Is the Chairman on Constitution and Bylaws in the room?

Brothers, an announcement. Will the Constitution and Bylaws Committee reassemble in Room 412 for the purpose of clearing the air on one or two items. Go right now.

Dr. Selikoff is going to be on here for a few minutes.

Brothers, while the Constitution and Bylaws Committee is putting some final touches on their report, we are going to again call on Dr. Selikoff this morning to further his report of yesterday. So, Dr. Selikoff, if you are ready, we are ready.

DR. SELIKOFF: President Hutchinson, delegates to the convention, I think that a minute might be spent to pick up where we left off yesterday. I think you remember that we were talking about teaching our aborigines something, a question of time, and perhaps the first three slides will point out how we perhaps have to teach some of our aborigines in this country.

The first slide is a perfectly normal X-ray. There is the heart in the center and clear black air-filled lungs on either side. As you will notice the date, it's 1951. It's a man by the name of Bob Kerr, who was a patient of mine and he did have a little shortness of breath. I examined him and I couldn't find a thing wrong with him. He was a truck driver at the time. He was a machinist, but out of work and he was driving a truck.

Next slide, please. In this one it is 1966, fifteen years later, and as you will notice now there is a lot of white stuff in both lungs. Now he is working at his trade as a machinist.

133

01 117 2366

Next slide, please. Now, these are three slides in a row and you will notice the first one in 1951 shows nothing, the second one around 1956 or 57 begins to show the white stuff and the last one is full of white stuff. And all this time this man worked only as a machinist or truck driver.

When I saw this I said, "Bob, there is something you are not telling me. There is something peculiar about your lungs. Something is happening to them. All this white stuff. Do you work with something you didn't tell me about?"

He said no. His wife, Edith, was sitting at the side of the room. She said, "Bob, don't you remember in 1937 you worked for three months at World Asbestos. You took a job as a weaver, and for three months you breathed in the stuff at the World Asbestos Corporation."

And it's been laying in his lungs all this time. Some of my aboriginal knowledge was wiped out at that point. I was one of those that began to realize these problems.

In light of these films, I think we can understand the mistake made in St. Louis in Local No. 1. My apologies to the present delegates from Local No. 1, but I must recall some ancient history to you.

In 1940 or '41, in perfectly good faith, the Local's attorney, worried about glass being dangerous, contacted a doctor who this lawyer had confidence in, a pathologist in St. Louis, and said, "Look into this question for us."

And he did. And in 1942 he published a paper saying glass is fine, there is nothing wrong with glass. What did he do? He went to Toledo and went to what is now the Fiberglas Corporation. At that time it was the company that later became Libbey-Owens-Ford. He asked all the men questions, he X-rayed a few and saw nothing, and he spoke to two doctors in town and they said nobody ever comes to them about their eyes. He said, "Look, I spoke to all these people, found no trouble."

This doctor meant well, but he was an aborigine. He didn't know that things took a long time. And the fiberglass companies, ever since, when anybody writes them about fiberglass, they say this has been investigated by the doctors and the doctors found it safe, and they even give you the name of the paper if you have any doubts about it. And they tell us,

01 117 236

too, that LeRoy Gardner, who was a brilliant pathologist also did a great deal of research on this problem and published a lot of material showing it was safe.

I was curious about this because I know a good deal about it, and I had never seen a paper by LeRoy Gardner on this. I never saw this. So, I tracked it down and from the dusty shelves in the Academy of Medicine Library in New York—nobody had ever gotten this pamphlet out before in over 20 years—this was a pamphlet which was not a scientific paper at all. This was an annual report of the Director to the Board of Trustees at Trudeau Sanitarium, in which it, among other things, was studying this.

Yet the glass companies tell us that LeRoy Gardner found this safe. These things aren't so.

Let me tell you why I am concerned about it.

You fellows working with glass know how to protect yourselves, and I hope in the next few years we will learn a good deal about how to protect you even more. When glass is on the inside of a duct, we have found, when we did some work at the Morristown Memorial Hospital in New Jersey, with the assistance of the State Department, that the air coming through such ducts contains 2,000,000 particles per cubic foot. I don't know if it's dangerous yet and I won't know for 10 years. I don't know even if those 10 years are going to tell us the story.

The glass companies tell me, "Well, the particles, the fibers are too thick to get into the human lung."

By the way, let me give you an idea about size. There are 2.2 centimeters to an inch. There are 10 milimeters to a centimeter, 2.2 centimeters to an inch, 1,000 microns for every millimeter. That makes 22,000 microns per inch. Well, they tell me it's 20 microns. It's pretty thin. You can't see the stuff. That might be good, maybe it can't get into the human lung, but they are making it thinner and thinner because the thinner it is, the lighter it is, with the same insulation properties.

Now, what was breathed in 10 years ago will not tell us anything. It takes research. Chemists find, if you add a little titanium and other things to the fiber, it makes the fibers stronger. Nobody ever researches what the additions and subtractions do to the human tissues.

135

01 117 2368

In order to keep the fibers from breaking, they coat it with oils. Some oils are harmful to human tissue. So that, I don't think that foreign materials of this type belong in the human lung, and yet when they put this glass on the inside of a duct in a school building with 6-year-olds and 8-year-olds, and glass is put into the lungs of these children, they are going to live with it.

If you fellows of age 50 or 60 breathe it in, nothing is going to happen to you by the time you are 85 or 90.

But children live a long time. We should determine that foreign materials do not belong in the human lungs. We certainly should not have anything entering the lungs that we can prevent.

Since you people are so close to the problem, I am counting on your support in my public health measures to keep the stuff out of the lungs of the general, unsuspecting population who don't even know that they are being subjected to this problem.

In approaching this problem, again let's not make the mistake of the aborigines in St. Louis. The research has to be properly done, has to be well documented, has to be carefully analyzed.

The second thing that we accomplished yesterday was, I think, I hope, that we have come to some awareness that a problem exists. This is rather new. You wouldn't think so, looking at the statistics I showed you yesterday, but it is rather new.

Two years ago, when your International Officials got me invited to the meeting of the Contractors Association in New York, after I told them a few things, some of them came over to me and said, "We are awfully surprised to see you as you were." They thought I had horns on. They thought my only job in life was to see that men should get unfair compensation for diseases which they knew didn't exist.

But after we discussed this, they began to have some appreciation. It's been slow in coming.

For example, a year and a half ago, I spoke to some of the Johns-Manville people and suggested that the problem was a joint one, and they might even like to meet with some of your officials, and I offered my laboratory as a neutral ring.

136

01 117 2369

Everything was arranged and the people were supposed to come, and a week before they called and cancelled and said they had something to do that was perhaps more important.

I don't think they would cancel that now. Three months ago one of their top people, Carlin Dell, Sr. Vice President of Johns-Manville International, came to my house, which I never thought would happen five years ago. He wanted, besides my wife's good dinner, he wanted simply a frank talk with me to get the low-down on this problem. And he now understands that there is a problem.

So that, although it's taken time, there is now an awareness of the problem and with that awareness the rest will follow.

I would like to take a few minutes now—I hope I have these few minutes. I hope you are not in the middle of an election right at the moment—to review some of the remarkable data that I have begun to collect, and the answers to the questionnaires that you people have been sending in. Beside it being a remarkable survey, the most successful that I know of in American industrial medical history; qualitatively, too, it's been remarkable and it would be a good thing for any industrial engineer who would like to sit down with these questionnaires for a month or two and analyze them and get some idea from the people who actually run the jobs, and not from books and not get Ph.D. degrees from universities.

Could I have the next slide, please? I have made a list of the major headings which will encompass the basic replies that we have had and there are 10 major areas, and the first one was, and probably is, the most important one, the development of safer materials.

I have seen this answer in hundreds of different forms. For example, Tom Hutchinson of Local 79 really stated the principle. He said, "If working as an insulator is a health hazard, then I believe all insulation materials should be researched. If the material is safe, none of the other precautions are really necessary."

Bob McCaffrey in Local 40 again put the principle. He said, "I don't think the asbestos worker can do a thing about this until the materials are changed for the better."

Don Ratcliff, Local 44, said, "With all of the technical knowledge and science in the world today, if enough effort

137

were put forth, these materials could be manufactured to be less hazardous."

LeRoy Daehmers, Local 49, mentioned that the material should be treated so that when manufactured, so that when they were cut, there would be less dust.

And Herman Hubert, Local 60, stated that all insulation manufacturers, not the contractors, the manufacturers, should include dust suppressive agents in the material, and these scientists know what such agents can be, to eliminate dust.

And many specific measures were recommended.

For example, it was pointed out that facing should be put on both sides of glass block, and other kinds of work. Many people said that, including Don Green. And a good idea, for example, was from Ken Lapriore. He made the point that when they manufacture insulation block, they should be scored at the factory so that actually a minimum of cutting would be necessary at the job site.

I know there are a lot of problems in these things. The basic principle is correct. The development of safer materials.

There have even been suggestions, just to show you how the range of thinking is, there have been suggestions that you fellows ought to give all the work to the carpenters.

(Laughter.)

The answer is to make this a safe trade.

Now, in light of these suggestions and in line with what we have said, we have had two meetings recently, and this is interesting, and it shows again the awareness and the improvement. We have had two meetings recently with the top scientists at Johns-Manville, in their research laboratory at Mansville, New Jersey, to lay out a joint research program. We have some equipment that they don't have and some scientists that they don't have and they have some equipment and scientists that we don't have.

A joint program of development of safer materials. There are a lot of ways, a lot of angles to this, the problem being to develop materials that would maintain the insulation properties and the useful industrial properties that they now have while changing their injurious properties to human beings.

138

01 117 2371

For example, there are ways of coating fibers. There are ways of flash exposure of fibers to very high heats which changes and seals their surfaces so that, when the surfaces come into contact with human beings, they would not injure them.

These things have to be explored. There are many ways of testing all these approaches. And a large program of development of safer materials has been begun and I hope will be developed as rapidly as possible.

In line with this action, the second group of suggestions was made that as new materials come into being, these should be tested not 20 years later, not by looking at the men and seeing what happens to them 30 years later, but at the time they are introduced.

Now, you know with our Food and Drug Act, if a manufacturer wants to put a new preservative in a candy bar or in a box of corn flakes, he has to go through tests with laboratories and he has to have toxicological examinations of his new preservative.

If you are going to take it into your digestive tract through your mouth, you have to go through all these tests. But if you are going to breathe it into your lungs, nobody has thought about the necessity of proving such materials safe. Each year there are many new materials introduced.

For example, the question was raised whether these new foam and paste agents might be safe. Polyurethane in sheet form when placed in the abdomen of a mouse will cause tumors. We don't know if this will be so in humans. These things should be researched out before you fellows work with them for 10 or 15 years.

This is the beginning of a whole new era of chemical insulation materials. I think the principle is correct. These things should be researched beforehand so we are not faced 20 years later with these problems.

The next heading was the improvement of working practices, and here I think Elmer Robertson of Local 80 gave a very fair general statement that better exhaust and better ventilation systems are required, particularly in shop work. Too many men work in small shops, and when there are many men working in small areas, this causes a good deal of dust.

139

01 117 237

The work area should be cleaned during breaks and after work.

Many people have mentioned the use of special containers for mixing cement. Here I think our Canadian friends did a good service. They have brought down an invention that one of their contractors invented. We did some tests with this invention which is a plastic container. It has a spigot on it and you introduce the water into it and the mixing was done in the container. We did dust counts before and after this, and there was no dust in the air. It showed that the problem could be attacked, given the awareness that the problem exists and the will to work it out.

Local 118 was one of many who pointed out that wherever possible the insulation material should be wet down before application.

Many people talked about being careful when you have something in close space.

In general, many comments were made about pressure on the men to work as fast as possible, and that this produced poor workmanship, and that, indeed, here haste not only made waste, but made a lot of dust. The use of special oil sprays or other wetting agents, the problems of working in hot spaces— how very often the heat is not turned off, and you fellows have to go into hot spaces and breathe, of course, much faster —all of this added up to one thing, that urgently an industrial hygiene program and a great deal of research were needed.

Here the question comes up as to who the devil is going to do it. You know it is always the other fellow. Let him do it.

I don't know the answer to this. The insulation contractor says, "Well, gee, I can't do this. I don't have a research staff to do this. The manufacturer should do it."

And each manufacturer says, "Let the other manufacturer do it." Or they say, "Well, it is the men's concern. They are the ones that are getting sick. Let them do it."

Well, it is not. It is the problem of everyone, the contractor, the manufacturer, and the men. And I am sure that with some good sense and a lot of hard work and, well, as some of the guys said, a little arm-twisting from time to time, that a good engineering program utilizing the services of some of the university engineering departments—for example, Harvard has

140

01 117 2373

an excellent industrial engineering department—this can be surmounted, and should be done.

The next large heading was the provision of an adequate ventilation. Person after person after person said this. Mr. Granger of Local 21 mentioned that suction fans pulling dust away should be used on many, many occasions where they are not now being used. Bill McGalin, Local 51, pointed out that it helps a good deal to completely encase all parts of the saws, including the blade, when they are cutting down dust, and also that vacuums should be attached to the saw.

I was on a job once that Harry Roche took me to. I saw that you fellows were pretty smart. You really didn't need a vacuum. When you were cutting block, you had the wind to your back, and all the electricians and plumbers downwind were getting the dust.

(Laughter.)

With regard to this ventilation, I might say that the problem has not been solved even where it has looked at carefully. For example, the Navy has had a great deal of concern with this when in ships old insulation is ripped out, and they know darn well that this is one of the most dangerous of jobs, and they pay a lot of attention to it.

To the present, there has been no good first-rate, effective exhaust system designed to work in such areas, but I am assured that when industrial hygiene research programs are established, that the Navy yards will work hand in glove with the researchers in helping develop this.

I might say there is some background in this, that you people aren't the only ones who have been affected by changes in industrial advances with regard to the use of power tools.

Some of the men said that unless better exhaust systems and ventilation systems are worked out, they should take all the power tools off the market.

Well, I don't think that is going to happen, but it is a problem, because, for example, from 1900 to 1930, everybody in Great Britain thought that there was going to be no more trouble in coal mining, because nobody was getting sick any more in the coal mines there, they weren't getting any bad pneumoconiosis—you notice I don't say anything about America, because this has been one of our national disgraces

141

—if you think your industry is bad, one of our national disgraces in this country has been the neglect of the coal miners. Following the studies of the Public Health Service, nobody looked at those men to see what was happening.

But in Britain they did and they were comfortable until about 1933 or '35, because they were getting no disease. Then they noticed they were getting it again, because of the use of the power drills and power jack hammers and machine-cutting in the mines.

So that as machine tools are put in, much more dust is created. This is a general rule in all dusty trades.

So, those of you who have pointed out that if your employers want you to use power tools, hand in glove with that, simultaneously, there should be concern with regard to adequate ventilation, have been right on the point.

The next area that was discussed was the question of masks. May I have the next slide, please. As you will see from this slide, about half the people who answered the question—20 percent didn't answer—but of those who did answer the question, half thought the masks were good, and half thought that they were not good.

Next slide, please. Is this the one about smoking? Does it say on top "Relation to smoking"?

(The delegates answered "yes".)

We had an idea that men would wear masks if they didn't smoke, and they wouldn't wear masks if they did smoke, because, you know, you just can't get a smoke easily when you are wearing a mask.

We had the computer look over the responses for us to see whether this was true, and it wasn't true at all. Men didn't wear masks whether they smoked or didn't smoke, just didn't wear masks.

We then asked the question, if you remember, what was wrong about the mask? Is this the slide with the whole list of things?

(The delegates answered "yes".)

As you go through, there are all kinds of things wrong with masks. This information is tremendously valuable. Not many

142

01  117  2375

people have asked the fellows what is wrong about them or what is good about them or bad about them. We now know for the first time in American history what 13,000 or 14,000 men tho have to wear masks, who realize their importance, have actually thought about this, and, in a moment or two, I will tell you the usefulness of this information.

Next slide, please. This was an analysis, if you can make it out. It is a correlation. We wanted to know who thought the masks were good and who thought they were lousy. And we thought, well, let's analyze it by whether or not they wear the masks. We found the ones who thought the masks were good were the fellows who didn't wear them.

(Laughter.)

With this information, two weeks ago I had a session with three wonderful gentlemen at the Bureau of Mines who are responsible for masks in the United States, Earl Hayes, Dr. Hayes, Dr. Schub and Frank Minnick, three marvelous, excellent people. We went over this information, and some other things, too, some of the problems that we found in our research with masks. For example, some of the masks that have been approved by the Bureau of Mines and that have been issued to you men, when you get to breathing through them, you pick up particles that may actually enter your lungs, because the filters are made out of material that shouldn't be in the human lungs.

(Laughter.)

Well, we went over this material, and at the end of this month there is a meeting scheduled between the Bureau of Mines and the mask manufacturers to discuss changing these filters, and also to begin a large-scale research program with the development of better masks not only for your trade but also for all dusty trades in this country.

May I have the next slide, please? This slide shows the last five conditions that you people thought warranted a good deal of attention. The first was the importance of cooperation between the Union and the contractors. The first group of people felt that it was necessary to educate the Union before you could think of educating the contractors. For example, Ken Murphy in Local 123 said let every union know the hazards of this not by some letter, but by some means of photography, and it would be nice to send a letter to all unions to explain

143

01 117 2376

the hazards of the asbestos worker for the purpose of ac-
knowledging this fact to the employer.

After you train yourself, then you should teach the contrac-
tors. For example, Harry Field in Local 129 stated that when
they approached the Allied Chemical Company, the company
stated, when it was a question about X-rays, that it was not
their concern, because all of you fellows had years in the trade
before you had come to them, and people like that have to be
taken in their original state.

Tom Dillon mentioned it was necessary to contact all con-
tractors by letter in regard to handling and installing materi-
als properly, raising as little dust as possible, providing equip-
ment, et cetera, and some even went so far as Charlie Brown,
Local 21, and said that sometimes it might be even necessary
to enforce such safety procedures by putting it into working
agreements.

Many people stated that not only was it necessary for the
contractors to supply better material, but some people went
all the way back and said that the architects should be edu-
cated, when they make their plans, to give you fellows more
space to work in. And that is not a bad idea. But I don't know
how to teach architects.

(Laughter.)

It was pointed out that the International should work as
closely with the manufacturer in addition to the contractors,
and that it would be valuable to have joint union-contractor
safety committees.

With regard to safety practices, scaffolding, ladders, light-
ing, et cetera, were mentioned.

The eighth was the question of health and welfare plans,
and many statements were made here, and some went beyond
this, but related to it, like Walter Hanna of Local 93, who
made significant comments with regard to the importance of
compensation.

Now, with regard to health and welfare, I think that you
people ought to give a great deal of thought to this, and not
perhaps the way you think that I mean. It is all well and good
to have annual examinations, or in some cases even more fre-
quent than annual examinations. It is all well and good to
have doctors examine you. If any disease is troublesome and

144

present, it should be taken care of in good time. But you are walking a tightrope. I am speaking very frankly to you. It is very important in the future as the contractors get their wind up, and as the insurance companies begin to pressure the contractors, that every step be taken in good time in advance to avoid victimization, because this is a hazard for you.

I can tell you a tiny bit of what we have done in New York and New Jersey. We have made sure that the examinations not be paid for by the contractors. In fact, in New York and in New Jersey nobody pays for them, which is all right. But where they have to be paid for at all, I would suggest that health and welfare plans, et cetera, undertake the cost, and no information go to the contractors, because if a doctor finds a little tiny scar on the X-ray, which I know probably does not mean a thing in most cases, and if a contractor reads an X-ray report saying that in the lower lung field fibrotic linear scars were present, he is not going to hire that man if he can get away with it.

This is very important, because the contractor, even in the best of good spirit, doesn't know and might take the wrong tracks. We don't even tell the union officials in Local 12 or Local 32 what we find when we examine a man. Nick Lucich hasn't any idea at all whether or not there was anything present when I examined Ed Kellner's lung. Only Ed Kellner knows. There is no reason why anyone else should know. If Ed wants me to write to his doctor to give his personal physician the information, that's fine. But nobody else except the man is supposed to know.

And I would suggest that you people think about this carefully, and that your International discuss this among yourselves and get the best possible legal advice of what to do in good time.

I am raising this as, not a medical problem, but a human problem, and something that is very important.

Finally, with regard to shorter work weeks, I don't think we are going to do this. I don't think you fellows are strong enough, or the contractors educated enough, to do this. But if you speak to me as an industrial physician with knowledge of occupational medicine, and if you ask me what is the fastest way of cutting the dust inhalation in half, I would say have

145

01 117 2378

the men work half time, get paid for full time, but work half time.

(Laughter and applause.)

You fellows laugh, but let me tell you, this was a problem that the Caisson Workers faced. I have been working with Local 123 in New York of the Subway, Tunnel Caisson Free and Compressed Air Workers, the fellows who drill the tunnels, working under compressed air and on caissons. That's hazardous.

They have a rule that if a man is under pressure for two hours, he is off for four hours and gets paid for six. And it is safe and it is right. And everybody recognizes it.

There are many other instances of hazardous working conditions. I just point this out to you. I am not optimistic about it. But, by the same token, it is not a bad idea.

For example, if you fellows could have significant increase in pay, work fewer hours, some even said that retire earlier—those must be the fellows, I think, from Local 60 in Florida—

(Laughter.)

With regard to personal hygiene facilities, many people mentioned better working conditions, including better washing facilities, and even mentioned vacuuming clothes before going home, an opportunity to change clothes before going home. This is not being a sissy.

By the way, I think one of the reasons some people haven't worn masks and protective devices in the past is they didn't want to appear as a sissy, and sometimes they felt the Super wouldn't like it, or the bosses wouldn't like it.

Well, that's just too bad. You are not being a sissy. You are being smart. I don't particularly care whether the boss does like it. If he keeps you well, his compensation rate goes down.

But with regard to personal hygiene, there is even another reason. May we have the next slide, please. Remember, I mentioned this peculiar, rare, almost unknown disease called mesothelioma, which occurs only with asbestos? Well, a couple of years ago, Molly Newhouse and Hilda Thompson, in London, two very good doctors, reviewed all the cases of mesothelioma, and this was in a big hospital called the London Hospital.

146

01 117 2379

There were 76 cases. And of the 76 cases, I think there was what, 34—I don't remember the slide—around 34 cases, when they investigated them then—that is, they went to every house or every man who ever had mesothelioma and who was in the hospital, and when they went to visit the houses and the people, sure enough, 34 percent worked with asbestos, almost half the cases.

Not on this slide, but other data they found was that 11 lived within a half mile of the big plants, a big asbestos company in London.

But they also found that 9 people had contact with asbestos only by virtue of the fact that somebody in the family worked in the trade and came home, as they put it, with the white stuff all over their clothes, and the wife had to wash the clothes and be exposed to asbestos that way.

So, it is not a bad idea to consider the possibility of better hygiene practices.

May I have the lights now, please.

I think from review of these data, it is apparent that much can and much will be done to make this trade a healthy and a safe one. No question about this. This could be a healthy, prosperous and safe trade. But it will take a good deal of cooperation, a good deal of hard work, a good deal of persistence.

And in this work I can assure you that I and the scientists associated with me will be happy to do everything we possibly can.

Thank you very much.

(Applause.)

PRESIDENT HUTCHINSON: Thank you very much, Dr. Selikoff. I know that you are going to stay around with us this evening—I hope you are going to stay around with us this evening—and attend the banquet we have provided for all the members, guests, and so forth.

We want to introduce you from the head table tonight, too, so be ready for that.

Now, are there any questions of Dr. Selikoff before we get on to something else?

147

01 117 2380

A DELEGATE: I would like to ask Dr. Selikoff if there is any possibility of getting copies of these slides?

DR. SELIKOFF: Yes, you can have copies of any of these slides. If you get in touch with Mrs. Kaffenburgh, I am sure she will be able to arrange for any of these materials.

A DELEGATE: Mr. Chairman, was there a tape made of this speech today?

PRESIDENT HUTCHINSON: There wasn't a tape made of it, but there was a record. The reporter does have a complete record. This will be made available to all local unions.

DELEGATE TUTEN: I would like to ask a question. We have had talk in the Miami Local about x-rays of the chest, and we talked to Dr. Tate, through our Chairman, Bobby Lopez, and he advised us that if we do this, we would be in a position with respect to the lawyers and so forth petitioning the courts to bring these in against us in case we have a compensation case.

During this past negotiation, our contractors had a letter with them that their insurance carriers are beginning to require them to see that we take these examinations. They want to see what is in our lungs and so forth before we can go to work for them.

I would like to ask the good doctor if he can give me a little encouragement as to what I can do or how we should go about this.

I am sure Bobby is interested in it. He is here with us today.

DR. SELIKOFF: I am sorry that I am not a lawyer, but a doctor, but I think I did point out, and what you have said emphasizes it, that this will be an increasing problem, and I think, too, what you just said points up something else which is very disheartening, but which we have to change, and that is, instead of the insurance companies getting after the contractor to make safer conditions, to get after the contractors to x-ray the men and not employ you. I think this is bad.

But, by the same token, you fellows have to defend yourselves. That's one of the reasons, I think, you have a union, isn't it?

148

PRESIDENT HUTCHINSON: This is it.

DR. SELIKOFF: If the contractors want you to take x-rays so you should be healthier and work safer and they shouldn't have compensation costs, fine, but not to take x-rays to help them lower their compensation costs. That's not the purpose of it.

Moreover, about bringing this stuff into compensation courts, part of the answer is making sure you have good compensation laws, because in New York and New Jersey, they don't requisition my files, because if they got me into court with my x-rays—by the way, the x-rays without a doctor don't have much value, because they are only a piece of paper. It is the interpretation of the x-rays. Courts hold this way all the time. Otherwise, you can't introduce the x-rays.

But if they get me in court, all they end up with is a good deal of more compensaion to be paid, so they don't call me.

So, you be sure you have your people have a good look at your compensation laws so that if they ever do bring x-rays into court, they would have to pay for it and pay heavily, because they would have to pay the man for any trouble that he has.

These are all aspects of this problem, and there may be aspects I don't even know about.

By the way, I think that Dr. Kamer is here. He is from the state of Washington. He is the top man there with regard to compensation claims for this.

In Washington many of the compensation boards are very sympathetic to the problems that you men have to face.

But you have to present your case well so that you are not victimized. And this is going to require a good deal of work on your part this next year or two.

DELEGATE NEUMANN: Dennis Neumann from Minneapolis.

Does this take a special type of chest x-ray, or is the normal x-ray capable of showing signs of these diseases?

DR. SELIKOFF: 95 percent of what can be wrong will be seen on an ordinary x-ray. There are some little niceties, like

149

01 117 2382

in all trades there are tricks to this, but, basically, a good x-ray will show almost everything.

My advice to you people is for you to get good doctors in your own areas. Now, I am perfectly willing to help you all I can. You can send me all the films you want, and I will read them for you and so forth. But that's not the answer. Get good doctors in your area, even if they are not expert at this time in this field, give them your work, give them the opportunity of examining your people, and you will be surprised. If they are good doctors, in a little while they will learn a great deal about this, and they will be highly skilled and highly competent, and with an ordinary x-ray, they will be able to pick up everything that is important in this field.

I have suggested to Mr. Hutchinson that it would even be feasible, if you people will select good physicians in your own areas and your own cities, that one day a conference can be called, and we would be happy at my laboratory to act as hosts at this conference, for all the physicians working with asbestos workers, and we can come together for a day or two and review all the problems, tell them everything they have learned so they can go back and have five years experience at their fingertips like nothing, and this can be done, but you need good doctors in your own areas.

DELEGATE KARIS: Mr. Chairman, George Karis, Local 12.

In line with what the good doctor is saying, I would like to see if I am correct in assuming—I believe I heard this before from the doctor—that many x-ray technicians and many doctors are not as adept in defining a lung x-ray from an asbestos worker as should be.

Is this true, Doctor?

DR. SELIKOFF: Yes, George, it is absolutely so. I think I showed you some slides yesterday afternoon showing what most doctors are accustomed to looking at when they are talking about silicosis or pneumoconiosis, big things as big as my fist, whereas the scars of an asbestos worker's lung are very fine and tend to be underread.

That's why I ask that you get good doctors, and after they have examined a fair number of you men, they will know how to interpret them. Don't get 50 doctors when you have a local of 50 men, because each man will only be able to see one doc-

150

tor. Get one or two good men so they will know what the score is, and they will be very adept at it.

DELEGATE HOUSTON: Houston, San Francisco.

Are you aware, or have you been in contact with, Drs. Cooper and Tabershaw and the research program going on now at the University of California at Berkeley?

DR. SELIKOFF: Clark Cooper is an old and good friend of mine. Irving Tabershaw is another very good and old friend of mine. When Clark was in Washington at the Division of Occupational Health, I spoke to him in 1963 and told him that when he retires, as he was going to do in '63 or '64, when he gets out to San Francisco I would make contact for him with your local out there. I spoke to Carl Sickles and to Al Hutchinson, and we saw to it that when Clark got out there you had a very capable and skilled physician out there, and the research program they are doing with your group is an outgrowth in part from what I had to do with and in great part from what your officials had to do. They are extraordinarily remarkable physicians who will do a good deal of research for you.

PRESIDENT HUTCHINSON: Are there any more questions for the doctor?

(No response.)

Brothers, I would like to say here and at this time that I think that many of the things that the doctor has related to you in his discussion of the past two days have lent much weight to the recommendation that I had in my report creating a Health Hazards and Legal Fund. I say Health Hazards and Legal Fund because this was dealt with just a moment ago in that we are going to need some awful competent legal advice which we can get—all we have to do is turn Sherman and Dunn loose on it—but we are going to have to get some money to get into this program to get the information that is necessary to funnel this thing through the proper committees of Congress, the proper committees of school boards, and through the various other areas where we have to have this exposure.

So, in my report, I asked for 50 cents per month per member contribution to take care of this.

The committees have dealt with it, and they will be reporting on it further to you, but this is what we plan to do.

01 117 2384

We have talked about this thing for 35 years. We know the problem. It is going to continue to be as great a problem until such time as we spend a little money and tackle it from that direction.

I think then we can start making progress. Otherwise, your Health Hazards Committee will be back five years from now telling you just about the same thing we told you today, that the problem still exists and we have done very little about it, except talk.

President Sickles would like to have a word on this.

PRESIDENT EMERITUS SICKLES: Mr. Chairman, I just can't help but impose on your time for a few moments, because I want to make a confession. Some few years ago— Brother Rider could tell you when, or the doctor—I had a call from New York. Vice President Rider said that he had a man, a doctor,—the name was immaterial—but that he wanted to see me and have a talk in behalf of the organization on the question of asbestosis, silicosis, or whatever lung disease might have been in their minds at the time, and he wanted to do something for the asbestos workers in this line, and George wanted me to come up and give the doctor my blessings.

Well, I was apprehensive. I thought and remembered the old proverb, "Beware of the Greek bearing gifts." Of course, the doctor isn't a Greek. But I thought there were others maybe practicing the same method and looking for a fast buck. I'm being frank.

But I did go because I had the necessity of making other trips to New York on other business, and I met and had lunch with the good doctor and with Vice President Rider, and I couldn't convince myself that I was right. I felt that the man was sincere and was dedicated, and he didn't ask for a buck.

So I said, "What can we lose?" We joined hands. I did very little. I did some communications with our locals, helped the doctor set up meetings, happened to be in New York City Local 12's office while he was examining a given number of men that came in on Saturdays to be examined, and while I was there the nurse said, "Come on, get in line. Strip to the waist. You are no better than the rest." And I did.

That was on a Saturday, the night of which Brother Hoff passed away. I had to get busy and do certain things. I was in

152

the hotel in Boston on the Monday morning following. There was a phone call and I was being paged. It was Dr. Selikoff. I said, "My God, I'd better get in with John. I must be dead, too. He just examined me."

Well, the results, I will tell you, because at my age I might as well tell the truth. I have the scars. And you know how long it has been since I did any pipe covering. A lot of people didn't think I did much, anyway, while I was working, and maybe that's true, because I was too busy being a parttime business agent when I was working, and my mind was on other things than the job.

I make a confession to that, too, now, now that you have been so generous with me with my pension facilities and transportation mode and all that goes with it.

But I want you to know that this man is a dedicated man. He is interested only in the human lives, and he was heaven-sent to the asbestos workers. And every asbestos worker here and in the future, and those in the past and their families, can be thankful that there was sent to this earth and to the asbestos worker Dr. Selikoff. Thank God for him.

(Applause.)

PRESIDENT HUTCHINSON: Carl, I think you just said it. With that, we have a tremendous amount of business before the Convention, so we will call on the Constitution and Bylaws Committee if they are ready with their report.

Brothers, while we are waiting to find out if the Constitution and Bylaws Committee is ready or not, are they still in session? Brother Quinn just reported they were ready for a break to come on down.

During this lull, I'll read a telegram here to Mr. Andrew T. Haas.

"Congratulations and best wishes from your home local No. 14. It couldn't happen to a better guy. Officers and members of Local 14, Philadelphia."

(Applause.)

While we still have this little lull, do we have Mr. Marvin Gibbons representing the IDCNA? Is he available?

01 117 2386

know the case I am talking about without mentioning the name. It's our position and has been our position that, when we do have a person who is incapacitated for one reason or another, and God knows it could happen to any of us, that it behooves us to try as Business Agents and Officers of the Local to protect this individual in whatever way we can and keep him off this type of work that would show him up as not being fully qualified.

And certainly if the man can't do the job, if he is in an area where he is going to do work that wouldn't be considered as acceptable, then we are going to have to find him a new shop. But this was why this was done.

DELEGATE LEWIS: I thank you for hearing me out. This is one isolated case out of many. I'd just like to tell you all that, if you are ever out Los Angeles way, we welcome you with open arms. Thank you very much.

PRESIDENT HUTCHINSON: Thank you, Bill.

Do we have anything else under New Business from the floor?

DELEGATE KELLNER: I am Ed Kellner, Secretary of Local 12, New York.

I asked the President for his indulgence for a minute, to give us the final total increase in per capita tax. I am sure many of us have meetings before which we will have to give the information that we have. I wonder if you have this information.

PRESIDENT HUTCHINSON: I hope that I can relate from memory what these are. My notes, I don't have them with me. I passed them on down to the office. If my memory serves me right on the resolutions that were accepted, there will be a 50 cent per month per member per capita tax increase. The initiation fee, the maximum fee was increased from $200 to $300. There will be a $10 renewal fee on withdrawal cards. The Journal is 50 cents a year increase from $1.00 to $1.50 and we set up a new Health Hazard Committee in the amount of 25 cents per month per member, which will mean a total increase of 75¢ per month on the $2.00 you were already paying.

Brothers, if I might get your thoughts, this can be under New Business, too. You know, yesterday I mentioned my

216

01 117 2387

It has been nice seeing you all.

(Whereupon, at 4:30 o'clock p.m., the meeting was adjourned sine die.)

STATE OF ILLINOIS
COUNTY OF COOK
SS:

WE, ROBERT P, KUTZMER, JAMES P, DOLAN and ALICE C. NELSON, do hereby certify that in the course of our occupation we were employed by the International Association of Heat and Frost Insulators and Asbestos Workers, AFL-CIO, as reporters of the foregoing cause, to attend and did attend a Convention of the International Association of Heat and Frost Insulators and Asbestos Workers, AFL-CIO, at Chicago, Illinois, from September 5th through September 7th, 1967.

We further certify that the foregoing is a true and correct copy of the proceedings of said Convention as appears from the stenographic notes taken and transcribed by us.

ROBERT P. KUTZMER
JAMES P. DOLAN
ALICE C. NELSON

226

01 117 2388