GOVERNMENT EXHIBIT 439



NAVAL SHIP ENGINEERING CENTER
CENTER BUILDING
PRINCE GEORGES CENTER
HYATTSVILLE, MARYLAND 20782

IN REPLY REFER TO
6101C:EC:an
9390
Ser 278
8 APR 1969

From: Commander, Naval Ship Engineering Center
To: Commander, Naval Ship Engineering Center, Philadelphia Division

Subj: Hazards of Asbestos

Encl: (1) Proposed Work Plan

1. The serious hazards of asbestos have recently received widespread publicity generating a high level of interest in its use by U.S. Navy as an insulating material. Although the Naval Shipyards have for many years been aware of the hazards associated with asbestos and have observed certain precautionary measures, it is evident that more stringent measures must be taken to insure personnel safety.

2. Although there are many varied uses of asbestos in the Navy the most important from a health viewpoint is for piping insulation, lagging and boiler insulation. The hazard exists wherever there is a possibility of dust generation including such operations as fabrication, installation, and especially during "rip-out".

3. In order to minimize the hazards associated with asbestos and therefore reduce the possibility of injury to personnel it is proposed to conduct the following studies:

　　a. Survey of Naval and private shipyards to determine uses of asbestos, alternates available and rationale for choice of material selected, safety precautions observed, and relative costs of materials and installation.

　　b. Survey of suppliers and manufacturers to determine materials available, materials under development, safety precautions observed during manufacture, health problems, safety precautions recommended, and material and installation costs.

　　c. Survey of governmental and private medical activities to determine investigations conducted on the hazards of asbestos, recommended precautionary measures, and hazards associated with other forms of insulation.

　　d. Determination of the feasibility of replacing asbestos with existing materials and development of new materials where replacement at the present time is not feasible.

　　e. Promulgation of information on precautionary measures by notices and Chapter 9390 and the revision of military standards and ships specifications to include alternate or new materials.

Details of the planned studies are included in enclosure (1).

6101C:EC:an
9390
Ser 278

4. Studies (a), (b), and (d) are to be conducted by NAVSECPHILADIV. Code 6101C personnel will render all possible assistance and will plan a visit in the very near future to discuss the program in detail. In study (a), the Survey of Shipyards, it is recommended that a cognizant individual of the Design Division of Philadelphia Naval Shipyard be made a member of the survey team to render technical assistance and direction. It is also recommended that personal visits be made in addition to correspondence in order to accomplish the work in the required time frame. Study (c), the Medical Survey, will primarily be conducted by BUMED. The results of their survey, however, should be coordinated with the other surveys and incorporated in the final recommendations. Study (e), the Promulgation of Information, will be conducted by NAVSECWASH.

5. The Commander, Naval Ship Systems Command, has approved the proposed plan and has directed that the work be completed in six months. Therefore, a completion date of 30 August 1969 is required for the work to be conducted by NAVSECPHILADIV. The only exception is the development of new materials contained in study (d), if required. Recommendations for the development of new material, if necessary, should be made. Detailed bi-weekly status reports, oral or written suitable for submission to higher authority will be required.

W. O. Riblett

 . RIBLETT
 . . . . ection

7. E. RIBLETT
 SS Direction

Copy to:
SHIPS 072C
    OOA
SEC 6000
    6100
    6101B, 6101E
    6105
    6153

2