73  Captain N. E. Rosenwinkel, MC, USN 6 Dec. 1968   6 Dec. 68

Mr. E. Cherobrier
NSEC-6101C02

Asbestos hazard to shipyard employees

The following information was furnished to Mr. Cherobrier for inclusion in a statement to be issued by Rear Admiral J. J. Stilwell, Shipyard Management Directorate:

The United States Navy is well aware of the hazards of asbestos to its employees engaged in ship construction and ship repair at naval shipyards. Hazard control measures implemented by the shipyard medical departments and safety divisions are in accordance with accepted standards of industrial hygiene practices in the United States. Stringent efforts are directed at keeping the concentration of air borne asbestos dust below the level recommended by the American Conference of Governmental Industrial Hygienists. An energetic periodic physical examination program insures the health of personnel exposed to this hazard.

For more than two years, the Naval Ship Systems Command and the Commander of the Boston Naval Shipyard have been cooperating with a prominent investigator in a study whose ultimate goal is to define safe working conditions with respect to air borne asbestos. Upon the development of further objective, well founded recommendations for the control of this hazard, the Naval Ship Systems Command, in cooperation with the Bureau of Medicine and Surgery, will take the necessary steps to implement them at naval shipyards and all naval activities.

6 December 1968
Assistant Chief for Research and Military Medical Specialties

B 300146
18

FILE M & S COPIES