

DEPARTMENT OF THE NAVY
BUREAU OF MEDICINE AND SURGERY
WASHINGTON, D.C. 20372

IN REPLY REFER TO

BUMEDINST 6260.14
732
7 Jun 1973

BUMED INSTRUCTION 6260.14

From: Chief, Bureau of Medicine and Surgery

Subj: Asbestos; measures for control of

1. **Purpose.** To provide airborne standards, industrial hygiene measures, and medical surveillance to prevent asbestos related diseases, in compliance with National Safety and Health Standards issued by the Secretary of Labor.

2. **General.** Asbestos is defined as a material which contains one or more of the minerals chrysotile, amosite, crocidolite, tremolite, anthophyllite, and actinolite.

3. **Permissible Exposure Concentration**

   a. The 8-hour time-weighted average airborne concentration of asbestos fibers to which personnel may be exposed shall not exceed five fibers, longer than 5 micrometers, per cubic centimeter of air, as determined by the method prescribed in paragraphs 6 and 7.

   b. Effective 1 July 1976, the 8-hour time-weighted average airborne concentrations of asbestos fibers to which an employee may be exposed shall not exceed two fibers, longer than 5 micrometers, per cubic centimeter of air.

   c. No employee shall be exposed at any time to airborne concentrations of asbestos in excess of 10 fibers, longer than 5 micrometers, per cubic centimeter of air.

4. **Industrial Hygiene Control Measures**

   a. Local exhaust control measures and dust collection systems shall be designed, constructed, installed and maintained in accordance with the American National Standard, Fundamentals Governing the Design and Operation of Local Exhaust Systems, ANSI Z9.2-1971, available from the American National Standards Institute, 1430 Broadway, New York, New York  10018.

   b. Asbestos emission from asbestos fabrication, installation, or removal operations shall be prevented by the collection in bag filters of woven cotton fabrics having air flow permeabilities not exceeding 30 cubic feet per minute per square foot of fabric for woven fabrics or 35 cubic feet per minute per square foot for felted fabrics.

BUMEDINST 6260.14
7 Jun 1973

Each square yard of felted fabric will weigh at least 14 ounces and be at least one-sixteenth inch thick throughout. No bypass devices are permitted. Provisions shall be made to empty the collection hoppers without creating visible emissions of particulate matters.

    c. All hand-operated and power-operated tools which may produce or release asbestos fibers in excess of the permissible exposure concentrations shall be provided with local exhaust ventilation systems.

    d. As practicable, asbestos shall be handled, mixed, applied, removed, cut, scored, or otherwise worked in a wet state sufficient to prevent the emission of airborne fibers in excess of the permissible exposure concentrations.

    e. Asbestos-free substitute materials shall be tested, under the technical management of NAVSEC, and, if acceptable to NAVSHIPS, shall be used in place of asbestos containing materials.

    f. No asbestos cement, mortar, coating, grout, plaster, or similar material containing asbestos shall be removed from bags, cartons, or other containers in which they are shipped, without being either wetted, or enclosed, or ventilated so as to prevent the release of airborne asbestos fibers in excess of the permissible exposure concentration.

    g. Employees engaged in the removal of asbestos insulation from pipes, structures or equipment shall be provided with personal protective equipment, as applicable, in paragraph 5.

    h. All external surfaces in places of employment shall be maintained free of accumulations of asbestos fibers.

    i. Asbestos waste, scrap, debris, bags, containers, equipment, and asbestos-contaminated clothing consigned for disposal, which may produce in any reasonably foreseeable use, handling, storage, processing, disposal, or transportation, airborne concentrations of asbestos fibers in excess of the permissible exposure concentration shall be collected and disposed of in sealed impermeable bags, or other closed, impermeable containers. Prior to placing in bags, asbestos wastes shall be wet down to reduce airborne concentrations.

5. <u>Personal Protective Equipment</u>

    a. Compliance with permissible exposure limits shall not be achieved by the use of respirators or shift rotation of personnel except:

        (1) during the removal of asbestos insulation materials aboard ship or in steam tunnels,

BUMEDINST 6260.14
7 Jun 1973

    f. At any fixed place of employment, change rooms shall be provided when exposure to the airborne concentration of asbestos fibers is in excess of the permissible exposure limit.

        (1) Two separate lockers or containers for each person, so separated or isolated to prevent contamination of street clothes by work clothes, shall be provided.

        (2) Laundering of asbestos contaminated clothing shall be done so as to prevent release of <u>airborne</u> <u>asbestos</u> <u>fibers</u> in excess of the permissible exposure concentration.

        (3) Anyone who gives asbestos contaminated clothing to another person for laundering shall inform such person of the requirements to prevent the release of asbestos in excess of the permissible exposure concentrations.

        (4) Asbestos contaminated clothing shall be transported in sealed impermeable bags or containers.

6. <u>Method of Measurement</u>. All determinations of airborne concentrations of asbestos fibers shall be made by the membrane filter method at 400-450 magnification, using phase contrast illumination, with sample mounted in high viscosity solution of membrane filter material.

7. <u>Monitoring</u>

    a. Sampling shall be of such frequency and pattern to represent with reasonable accuracy the level of exposure. Sampling shall not be at intervals greater than 6 months.

    b. Samples shall be collected from within the breathing zone of personnel, on membrane filters of 0.8 micrometer porosity mounted in an open-face filter holder. Samples shall be taken for the determination of the 8-hour time-weighted average airborne concentrations and of the ceiling concentrations of asbestos fibers.

    c. Measurement and monitoring shall be conducted under the supervision of an industrial hygienist.

8. <u>Caution Sign and Labels</u>

    a. Caution signs shall be provided and displayed at each location where airborne concentrations of asbestos fibers may exceed the permissible exposure concentration. Signs shall be posted at such a distance from such a location so that personnel may read the signs and take necessary steps before entering the area marked by the signs.

BUMEDINST 6260.14
7 Jun 1973

9. <u>Medical Examinations</u>

    a. Personnel in an occupation exposed to airborne concentrations of asbestos fibers shall receive, within 30 calendar days following first employment, a comprehensive medical examination, which shall include as a minimum, a chest roentgenogram (posterior-anterior 14 by 17 inches), a history to elicit symptomatology of respiratory disease, and pulmonary function tests to include forced vital capacity (FVC) and forced expiratory volume at 1 second (FEV 1.0). The same medical examination shall be conducted within 30 calendar days before or after the termination of employment.

    b. Personnel in an occupation exposed to airborne concentrations of asbestos fibers shall receive an annual examination to include, as a minimum, a chest roentgenogram (posterior-anterior 14 by 17 inches), a history to elicit symptomatology of respiratory disease, and pulmonary function tests to include forced vital capacity (FVC) and forced expiratory volume at 1 second (FEV 1.0). X-ray films of asbestos workers shall be specially identified to the consulting radiologist. All medical record jackets shall be marked "asbestos worker".

D. L. CUSTIS

Distribution:
(See next page)

6

BUMEDINST 6260.14
7 Jun 1973

    (2) during the time period necessary to commence industrial hygiene control measures, and

    (3) during emergencies.

  b. A respirator program shall be established as described in the requirements of the American National Standards, Practices for Respiratory Protection, ANSI Z-88.2-1969, available from the American National Standards Institute, 1430 Broadway, New York, New York 10018.

  c. Where a respirator is indicated by paragraph 5a, (1), (2), and (3), it shall be selected from those approved by the Bureau of Mines, Department of the Interior, or the National Institute for Occupational Safety and Health (NIOSH), Department of Health, Education and Welfare.

    (1) A reusable or single use air purifying respirator, or a respirator described in paragraph 5c (2) and (3) shall be used to reduce the concentrations of airborne asbestos fibers in the respirator below the permissible exposure concentration, when the ceiling or the 8-hour time-weighted average concentration of asbestos fibers are reasonably expected to exceed no more than 10 times the limit.

    (2) A full facepiece powered air purifying respirator, or a powered air purifying respirator, or a respirator described in paragraph 5c(3) shall be used to reduce the concentration of airborne asbestos fibers in the respirator below the permissible exposure concentration when the ceiling or the 8-hour time-weighted average concentration of asbestos fibers are reasonably expected to exceed 10 times, but not 100 times, the limit.

    (3) A type "C" continuous flow or pressure-demand, supplied-air respirator shall be used to reduce the concentration of airborne asbestos fibers in the respirator below the permissible exposure limit when the ceiling or 8-hour time-weighted average airborne concentration of asbestos fibers are reasonably expected to exceed 100 times those limits.

  d. An employee shall not be assigned to tasks requiring the use of respirators if, based upon his most recent examination, an examining physician determines that the employee will be unable to function normally wearing a respirator, or that the safety or health of the employee or other employees will be impaired by his use of a respirator.

  e. Special clothing such as coveralls or similar whole body clothing, head coverings, gloves, and foot coverings shall be supplied for personnel exposed to airborne concentrations of asbestos fibers which exceed the ceiling level.

3

BUMEDINST 6260.14
7 Jun 1973

The caution signs shall conform to the requirements of 20 inch by 14 inch vertical format signs, as specified in 1910.145(d)(4) of the Occupational Safety and Health Standards, Federal Register, Vol. 36, No. 105, May 29, 1971. The signs shall display the following legend in the lower panel, with letter sizes and styles of a visibility at least equal to that specified in this subdivision.

| Legend | Notation |
|---|---|
| Asbestos | 1" Sans Serif, Gothic or Block. |
| Dust Hazard | 3/4" Sans Serif, Gothic or Block. |
| Avoid Breathing Dust | 1/4" Gothic. |
| Wear Assigned Protective Equipment | 1/4" Gothic. |
| Do Not Remain in Area Unless Your Work Requires It. | 1/4" Gothic. |
| Breathing Asbestos Dust May Be Hazardous To Your Health. | 14 point Gothic. |

Spacing between lines shall be at least equal to the height of the upper of any two lines.

   b. Caution labels shall be affixed to all raw materials, mixtures, scrap, waste, debris, and other products containing asbestos fibers, or to their containers, except that no label is required where asbestos fibers have been modified by a bonding agent, coating, binder, or other material so that during any reasonably foreseeable use, handling, storage, disposal, processing, or transportation, no airborne concentrations of asbestos fibers occur in excess of the permissible exposure concentration. The caution labels shall be printed in letters of sufficient size and contrast as to be readily visible and legible. The label shall state:

CAUTION

Contains Asbestos Fibers
Avoid Creating Dust

Breathing Asbestos Dust May Cause
Serious Bodily Harm

5

BUMEDINST 6260.14
7 Jun 1973

Distribution:
SNDL
A (less BUMED)
21 (Fleet Commanders in Chief)
24 (Type Commanders)
E5A (ROCMM)
FA6 (NAS)
FA7 (NAVSTA)
FA10 (SUBASE)
FA24 (NAVBASE)
FA25 (PWC)
FA28 (NAVBASE)
FA30 (LANTFLTWPNRAN)
FA32 (CBU)
FB7 (NAS)
FB10 (NAVSTA)
FB13 (SUBASE)
FB29 (NSD)
FB30 (NAVSHIPREPFAC)
FB41 (CBU)
FC7 (NAVSTA)
FF1 (Commandants)
FF5 (NAVSAFECEN)
FF34 (CBU)
FH (BUMED Commands)
FKA1 (SYSCOMHQ)
FKA6A2 (NAVWPNSCEN)
FKA6A3A (NAVSHIPRANDCEN)
FKA6A8 (NWL)
FKA6A9 (NOL)
FKA6A11 (NAVUSEACEN)
FKA6A15 (NUSC NPT)

FKL1 (NAVSHIPYD)
FKL2 (SUPSHIP)
FKL3 (NAVSHIPLO)
FKM8 (SUPANX)
FKM9 (NSC)
FKN1 (FACENGCOMDIV)
FKN2 (CBC)
FKN3 (OICC)
FKN5 (PWC)
FKP1A (NAD)
FKP1B (WPNSTA)
FKP1C (POMFPAC, POMFLANT)
FKP1J (NAVORDSTA)
FKR1B (NAVAIREWORKFAC)
FKR2B (NAVWPNENGSUPPACT)
FKR3E (NAVWPNEVALFAC)
FT1 (CNT)
FT6 (NAS)
FT18 (CBU)
FT31 (NTC, NAVDAMCONTRACEN)
FT62 (NAVTRAPUBCEN)
FT64 (NAVTRAEQUIPCEN)

Copy to:
A3 (CNO) (Op-09B18)

Stocked:
COMNAVDIST WASH DC
(Supply & Fiscal Dept. - Code 514.3)
Washington Navy Yard
Washington, D. C.  20374