

**DEPARTMENT OF THE NAVY**
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON, D.C. 20350-2000

IN REPLY REFER TO

OPNAVINST 5100.23F
N45
15 July 2002

OPNAV INSTRUCTION 5100.23F

From: Chief of Naval Operations

Subj: NAVY OCCUPATIONAL SAFETY AND HEALTH (NAVOSH) PROGRAM MANUAL

Ref: (a) SECNAVINST 5100.10H (NOTAL)
     (b) OPNAVINST 5100.8G
     (c) OPNAVINST 5100.19D (NOTAL)
     (d) SECNAVINST 5212.5D (NOTAL)

Encl: (1) Navy Occupational Safety and Health Program Manual

1. Purpose. To affirm the Navy Occupational Safety and Health (NAVOSH) Program for all Navy personnel and implement the following Department of Defense (DOD) instructions:

    a. DODI 6055.1 of 19 August 1998, Department of Defense Safety and Occupational Health (SOH) Program (NOTAL)

    b. DODI 6055.5 of 10 January 1989, Industrial Hygiene and Occupational Health (NOTAL)

    c. DODI 6055.7 of 3 October 2000, Accident Investigation, Reporting, and Record Keeping (NOTAL)

    d. DODI 6055.11 of 21 February 1995, Protection of DOD Personnel from Exposure to Radiofrequency Radiation and Military Exempt Lasers [to N454 for action] (NOTAL).

2. Cancellation. OPNAVINST 5100.23E and report control symbols OPNAV 5100-15, 5100-19, 5100-16, 5100-17, 5100-20, 5100-18, 5102-9 and 5102-12. This instruction takes precedence over the occupational injury and illness investigation, reporting, and recordkeeping requirements contained within OPNAVINST 5102.1C, Chapters 2, 3, 4, 7, and 9.

OPNAVINST 5100.23F
15 July 2002

3. <u>Discussion</u>. References (a) and (b) provide policy and outline responsibilities for the implementation of the total Navy Safety and Occupational Health Program. The Navy program encompasses <u>all</u> safety disciplines such as aviation safety, weapons/explosives safety, off-duty safety, traffic safety, and occupational safety and health. As the title implies, the NAVOSH program specifically addresses the maintenance of safe and healthful conditions in the workplace or the <u>occupational</u> environment. This instruction covers the implementation of the NAVOSH Program.

4. <u>Action</u>. All levels of command shall implement and manage the NAVOSH Program in compliance with the policies, procedures, actions, and guidance set forth by this instruction. Reference (c) is the implementing document for forces afloat. Reference (d) provides guidance on records disposition and shall be followed by shore and afloat commands. The policies, procedures, and actions prescribed here are published without the necessity for implementing instructions from the Echelon II commands, bureaus, and offices, except where specifically directed. However, commands having significant NAVOSH responsibilities should provide appropriate supplemental guidance.

5. <u>Reports and Forms</u>

   a. The following reports are required in this instruction and are approved in accordance with SECNAVINST 5214.2B.

      (1) OPNAV 5100-25, Exposure Monitoring Plan, chapter 8, page 8-4, paragraph 0803f(4) (see appendix 8-A)

      (2) OPNAV 5100-26, NAVOSH Deficiency Notice, chapter 9, page 9-3, paragraph 0903j (see appendix 9-B)

      (3) OPNAV 5100-27, Navy Employee Report of Unsafe or Unhealthful Working Condition, chapter 10, page 10-1, paragraph 1002b (see appendix 10-A)

      (4) OPNAV 5100-21, Navy Occupational Safety and Health (NAVOSH) Program Costs, chapter 13, page 13-1, paragraph 1303 (see appendix 13-A)

      (5) OPNAV 5100-28, Dispensary Permit, chapter 14, page 14-18, paragraph 1410 (see appendix 14-G)

      (6) OPNAV 5100-29, Safetygram, chapter 14, page 14-9, paragraph 1408a(9) (see appendix 14-B)

OPNAVINST 5100.23F
15 July 2002

      (7) 1146-DOL-XX, Annual Report of Navy Civilian Occupational Injuries and Illnesses, chapter 14, page 14-17, paragraph 1409a(3) (see appendix 14-F)

      (8) OPNAV 5102-11, Safety Investigation Report (SIR), chapter 14, page 14-2, paragraph 1402a (see appendix 14-A)

  b. The laser and radio frequency radiation (RFR) exposure reporting requirements are exempted from reports control by SECNAVINST 5214.2B.

  c. The following forms are available from the Navy supply system and may be requisitioned per CD ROM NAVSUP P600 (NLL):

| FORM | TITLE | STOCK NUMBER |
|---|---|---|
| DD 2215 (05/96) | Reference Audiogram | 0102-LF-100-2000 |
| DD 2216 (05/96) | Hearing Conservation Data | 0102-LF-105-2100 |
| DD 2272 (02/87) | DOD Occupational Safety and Health Protection Program | 0102-LF-002-2721 |
| DD 2521 (12/88) | Hazardous Material Warning Label | 0102-LF-012-0800 |
| DD 2522 (12/88) | Hazardous Chemical Warning Label | 0102-LF-012-1100 |
| OPNAV 5100/9(10/92) | Dispensary Permit | 0107-LF-015-8300 |
| OPNAV 5102/4(07/94) | SAFETYGRAM | 0107-LF-015-8400 |

  d. The following forms are available from the Federal Supply System through normal supply procurement procedures.

3

OPNAVINST 5100.23F
15 July 2002

| FORM | TITLE | STOCK NUMBER |
|---|---|---|
| SF 600 (5/84) | Chronological Record of Medical Care | 7540-00-634-4176 |
| SF 1164(11/77) | Claim for Reimbursement for Expenditures on Official Business | 7540-00-634-4356 |
| OF 1129(10/86) | Cashier Reimbursement Voucher | 7540-00-634-4319 |

    e.  OSHA Form 174, Material Safety Data Sheet, is available from the Occupational Safety and Health Administration, Office of Publications, Room S1212, 200 Constitution Ave., N.W., Washington, DC 20210, or from the General Services Administration (GSA) Business Service Centers in Boston, New York, Philadelphia, Atlanta, Chicago, Kansas City, Fort Worth, Denver, San Francisco, Los Angeles, Seattle, and from GSA Specification Sales, Bldg. 197, Washington, DC 20407.

    f.  The following forms are authorized for local reproduction.

| FORM | TITLE |
|---|---|
| OPNAV 5100/9 (10/92) | Dispensary Permit |
| OPNAV 5100/11 (11/92) | Navy Employee Report of Unsafe or Unhealthful Working Conditions |
| OPNAV 5100/12 (9/92) | NAVOSH Deficiency Notice |
| OPNAV 5100/13 (9/92) | NAVOSH Program Costs |
| OPNAV 5100/14 (10/91) | Exposure Monitoring Plan |
| OPNAV 5100/18 (12/98) | Hazard Abatement Project Request Form |
| OPNAV 5102/4 (10/92) | SAFETYGRAM |
| OPNAV 5102/8 (10/94) | Annual Report of Navy Civilian Occupational Injuries and Illnesses |

```
                                              OPNAVINST 5100.23F
                                              15 July 2002
```

| FORM | TITLE |
|---|---|
| OPNAV 5102/10 (2/98) | Advice to Witness |
| OPNAV 5102/11 (2/98) | Safety Investigation Report (SIR) Enclosure Advice to Witness (Promise of Confidentiality) |

    g.  The following forms are available from the Navy Environmental Health Center (NEHC), 620 John Paul Jones Circle, Suite 1100, Portsmouth, Virginia 23708-2103.

| FORM | TITLE |
|---|---|
| NEHC 5100/13 (6/97) | Industrial Hygiene Air Sample Survey Form |
| NEHC 5100/17 (6/97) | Industrial Hygiene Noise Survey Form |
| NEHC 5100/18 (6/97) | Industrial Hygiene Noise Dosimetry Form |

6. <u>Records Disposition</u>.  Apply appropriate records disposition standards of reference (d) to all records generated.  To the extent that any disposition standard in this instruction is inconsistent with reference (d), the requirements of reference (d) shall take precedence.

```
                         [signature]
                         R. D. Reilly, Jr.
                         By direction
```

Distribution:
SNDL Part 1 (Operating Forces of the Navy; Unified and Specified Commands; U.S. Elements of International Commands) (less 28, 29, 30, 31, 32, and 36) and Part 2 (less A6 and V)(Shore Activities of the U.S. Navy)