V
383
.A52

# UNITED STATES NAVY SAFETY PRECAUTIONS

OPNAV 34P1

1953

## INSTRUCTIONS

**1. Forwarding of Recommended Revisions.** Recommendations for additional precautions, for deletions, and for revision of precautions herein published should be addressed to the Chief of Naval Operations (attention OP 342), through the regular chain of command.

**2. Distribution of Separate Chapters.** The loose-leaf format of this publication makes possible the distribution by commanding officers of individual chapters where they are most needed. However, because of the arrangement of these safety precautions, such separation is not recommended unless related chapters are included or unless the remainder of the chapters are available for the looking-up of cross references.

**3. Entering of Changes.** Changes shall be entered in this publication as soon as they are received and their entry recorded in the columns below.

**4. Changes for Chapters Distributed Separately.** If separate chapters or groups of chapters of Safety Precautions are issued or reprinted for use by subordinate organizations, it is the responsibility of the command concerned that a record be kept of such internal distribution and that changes be forwarded to all chapter holders.

### RECORD OF REVISIONS

| Change | | Entered | | Change | | Entered | |
|---|---|---|---|---|---|---|---|
| No. | Date | By whom | Date | No. | Date | By whom | Date |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

THE SECRETARY OF THE NAVY

WASHINGTON, D. C.

8 June 1953

The safety of its personnel and the preservation of its materials have always been a major concern of the Navy Department. Evidence of this is the provision in Article 0406 of *U. S. Navy Regulations*, that "Each Naval Technical Assistant shall prepare and issue to the Naval Establishment the safety precautions, and instructions pertaining thereto, which are necessary or appropriate in connection with matters under his technical control."

Although the foregoing requirement has been complied with faithfully, to date the specific precautions have remained uncodified in a Navy-wide sense and have been obtainable only through reference to a great number and variety of directives and publications. It was in an effort to overcome such dispersal of vital information that the Secretary of the Navy directed on [illegible] 1948 that the precautions be "codified and systematized with the view to their promulgation to the service in a single publication approved by the Secretary of the Navy." The present publication, a result of that directive, is hereby promulgated for the entire Naval Establishment, both military and civilian, afloat and ashore.

In recognition of the burden of responsibility which a commanding officer has for the personnel and material under his command, a governing article, 01104 Basic Rule of Responsibility, has been included to allow for adjustments to local conditions and unusual circumstances. The complete text of this article not only appears in Chapter 1, but is reprinted on the title page of each chapter of the book.

It will be observed that the publication is not divided into chapters on the basis of bureau cognizance. Rather its chapter titles are functional—that is, they describe work or duty performed, machinery and equipment operated, or materials involved. This arrangement was adopted because of (1) the widespread duplication of many of the precautions by several bureaus and (2) the overlapping of cognizance in several areas.

The application of these precautions in the Fleets and at shore establishments can be expected to reveal omissions as well as the need for modifications. *U. S. Navy Safety Precautions* is designed to accommodate such changes and additions, and recommendations are invited.

C. S. Thomas

C. S. Thomas
Acting Secretary of the Navy



*United States Navy Safety Precautions*, OPNAV 34P1, was prepared in the Office of the Chief of Naval Operations with the collaboration of the technical assistants in the various bureaus and offices of the Department of the Navy.

# Table of Contents



Chapter 1  INTRODUCTION

    Section 1  Basic Precepts
    Section 2  Safety Administration Ashore

Chapter 2  HOUSEKEEPING AND HYGIENE;
                MATERIALS HANDLING AND STORAGE

    Section 1  General Housekeeping
    Section 2  General Hygiene
    Section 3  Materials Handling and Storage
        Subsection A  Materials Handling
        Subsection B  Warehouse Storage
        Subsection C  Materials Handling Vehicles

Chapter 3  AVIATION

    Section 1  Introductory
    Section 2  Line Safety
    Section 3  Hanger and Shop Safety
    Section 4  Operative Equipment
    Section 5  Inflight Safety of Aircraft

Chapter 4  LAND TRANSPORTATION

    Section 1  Railroads
        Subsection A  Locomotive and Yard Safety
        Subsection B  Shop Safety
    Section 2  Motor Vehicles
        Subsection A  Administrative Rules
        Subsection B  Safety on the Road
        Subsection C  Garage Safety

Chapter 5  SEAMANSHIP

    Section 1  Ships
        Subsection A  General
        Subsection B  Cargo Handling
        Subsection C  Handling of Flammables
    Section 2  Fire Prevention in Power Boats
        Subsection A  General
        Subsection B  Fueling Power Boats
    Section 3  Underwater Operations
        Subsection A  Submarines
        Subsection B  Diving

Chapter 6 POWER TRANSMISSION

Section 1 Mechanical Power Transmission Apparatus
Subsection A Main Propelling Machinery
Subsection B Pumps
Subsection C Guards
Section 2 Boilers (Fired Pressure Vessels)
Subsection A Marine Boilers
Subsection B Firerooms (Afloat and Ashore)
Subsection C Stationary Boilers
Section 3 Air Receivers and Compressors (Unfired Pressure Vessels)

Chapter 7 CONSTRUCTION SITE REQUIREMENTS

Section 1 Site Requirements, General
Section 2 Flammable Liquids and Fire Prevention

Chapter 8 DEMOLITION, CLEARING, AND EXCAVATION

Section 1 Demolition
Section 2 Blasting
Section 3 Clearing and Grading
Section 4 Excavation

Chapter 9 WEIGHT HANDLING AND CONSTRUCTION EQUIPMENT

Section 1 General
Subsection A Operating Rules
Subsection B Ropes, Sheaves, Chains, and Hooks
Section 2 Cranes and Derricks
Subsection A Cranes
Subsection B Derricks
Section 3 Hoists and Elevators
Section 4 Paving and Concreting
Subsection A Equipment
Subsection B Concrete Construction
Section 5 Steel Erection

Chapter 10 SCAFFOLDS AND PLATFORMS

Section 1 General Safety Requirements
Section 2 Pole Scaffolds
Section 3 Suspended Scaffolds
Section 4 Miscellaneous Types
Section 5 Illustrations





Chapter 11  WELDING AND CUTTING

Section 1  Welding, General
    Subsection A  Equipment
    Subsection B  Personnel Protection
Section 2  Operating Precautions
    Subsection A  Gas (Oxyacetylene) Welding
    Subsection B  Electric Arc Welding
Section 3  Welding in Confined Spaces
    Subsection A  Ventilating Standards
    Subsection B  Explosive and Toxic Materials


Chapter 12  WOODWORKING

Section 1  General
Section 2  Woodworking Machines
    Subsection A  Shop Safety
    Subsection B  Sawmills


Chapter 13  METAL WORKING

Section 1  Machine Shops
    Subsection A  The Shop
    Subsection B  Special Machinery
Section 2  Foundries
Section 3  Forges
Section 4  Metal Cleaning and Coating


Chapter 14  REFINISHING AND PROTECTION OF
            SURFACES

Section 1  General
Section 2  Painting
Section 3  Cleaners and Solvents
Section 4  Abrasive Blasting


Chapter 15  PIPING AND PLUMBING; SEWAGE AND
            WATER TREATMENT

Section 1  Piping and Plumbing
Section 2  Sewage and Water Treatment Plants


Chapter 16  PORTABLE TOOLS

Section 1  Hand Tools
Section 2  Portable Power Tools

Chapter 17 FUELS AND COMPRESSED GASES

Section 1 Hydrocarbon Fuels
- Subsection A General
- Subsection B Fire and Explosion
- Subsection C Health Hazards

Section 2 Gasoline
- Subsection A Characteristics
- Subsection B Stowage Spaces
- Subsection C Handling Portable Containers
- Subsection D Handling Bulk Gasoline
- Subsection E JP-4 Fuel
- Subsection F Shop Safety

Section 3 Coal
- Subsection A Handling Coal
- Subsection B Danger of Spontaneous Ignition

Section 4 Compressed Gases and Cylinders
- Subsection A General
- Subsection B Stowage and Handling
- Subsection C Gases Carried in Ships' Stores

Chapter 18 ELECTRICITY AND ELECTRONICS

Section 1 General

Section 2 Working with Electricity
- Subsection A Electrical Equipment
- Subsection B Electrical Circuits
- Subsection C Line Construction and Distribution

Section 3 Electronic Safety

Chapter 19 RADIOLOGICAL SAFETY

Section 1 Standards and Administration
- Subsection A Introduction
- Subsection B Selection and Examination of Personnel
- Subsection C Maximum Permissible Exposure

Section 2 On-the-job Safety
- Subsection A General Working Precautions
- Subsection B Personnel Protection
- Subsection C Safety in Specified Areas
- Subsection D Monitoring and Decontamination

Section 3 Transportation of Radioactive Materials
- Subsection A Classification
- Subsection B Shipment by Rail, Freight, Express, or Bus
- Subsection C Transportation by Air
- Subsection D Postal Mailing




Chapter 20 ORDNANCE

Chapter 21 MEDICAL FACILITIES

Section 1 Medical Laboratories
Section 2 Hospitals and Dispensaries

Chapter 22 RESEARCH FACILITIES

Chapter 23 PHOTOGRAPHY

Section 1 The Photographic Laboratory
Section 2 Photographic Supplies
Section 3 Chemical Hazards
Section 4 Motion Pictures

Chapter 24 COMMISSARY, MESSING, AND EXCHANGE FACILITIES

Section 1 Commissary and Messing
Section 2 Exchange Facilities

Chapter 25 REFRIGERATION

Section 1 Personnel
Section 2 Equipment and Plant

# United States Navy
# SAFETY PRECAUTIONS

## Chapter I
## INTRODUCTION

***01104 BASIC RULE OF RESPONSIBILITY***

*Safety is a command function.* Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.

*Section 1 Basic Precepts*
Objectives, 01101
Purpose of Publication, 01102
Scope, 01103
Basic Rule of Responsibility, 01104
*Section 2 Safety Administration Ashore*
Organization, 01201
The Safety Officer, 01202
Department Heads and Supervisors, 02103
Safety Committees, 01204

Chapter I

INTRODUCTION

## Section I

## BASIC PRECEPTS

Objectives, 01101
Purpose of Publication, 01102
Scope, 01103
Basic Rule of Responsibility, 01104

### *01101 OBJECTIVES*

**1. Welfare of Personnel.** The Department of the Navy maintains a consistent policy of furthering the health and welfare of both military and civilian personnel. While it is recognized that risks are unavoidable during combat, it is emphasized in this volume that injuries, health impairment, and loss of life can be kept to a minimum through the use of safety precautions. Most accidents which occur in noncombat operations can be prevented if the full cooperation of personnel is gained and vigilance is exercised to eliminate unsafe conditions and unsafe acts.

**2. Safety Program.** In accordance with the Navy policy of conserving manpower and material, all naval activities shall conduct effective and continuous accident prevention programs. Operating procedures and work methods shall be adopted which do not expose personnel unnecessarily to injury or occupational health hazards. Instruction in appropriate safety precautions shall be given by all commands, and disciplinary action taken in case of willful violations.

### *01102 PURPOSE OF PUBLICATION*

Experience has shown that an aggressive and comprehensive program of safety engineering and industrial hygiene reduces the number of injuries and occupational diseases. An effective safety and health program includes the dissemination, in one central and authoritative publication for ready reference, of those safety precautions which will be instrumental in avoiding preventable accidents and in maintaining a work environment which is conducive to good health. It is with this purpose in mind that this publication is promulgated by the Secretary of the Navy for the indoctrination of personnel in the Navy, and others in Navy employment.

### *01103 SCOPE OF THIS PUBLICATION*

**1. Applicability.** The safety precautions contained in this publication are promulgated for the protection of military and civilian personnel in all parts of the Naval Establishment.

**2. Shipboard Safety.** In most instances the hazards involved and the applicable precautions for a given type of work are the same whether the work is done afloat or ashore. Precautions afloat are therefore not presented separately from precautions ashore except when they concern specific shipboard activities or conditions.

**3. Functional Organization.** Chapter 1 presents the precepts upon which a comprehensive safety program should be based and gives an outline of administrative procedures for shore installations. In chapter 2, sections 1 and 2 deal with conditions of housekeeping and industrial hygiene for ground, shop, and office safety. The third section of chapter 2 deals with general precautions necessary in warehouse storage and materials handling. Precautions intended for the storage and handling of specified materials connected with particular

Case 4:07-cv-02824-SBA Document 36-40 Filed 09/22/2007 Page 13 of 41

operations are included with other specific precautions in subsequent chapters. The titles of chapters 3 through 25 point out their functional or occupational application.

**4. Bureau Cognizance.** Navy personnel will note that *United States Navy Safety Precautions* cuts across the lines of Bureau cognizance set up by *U. S. Navy Regulations* and applies equally to all activities. When necessary in local and emergency situations, instructions or notices from bureaus, offices, or the officer in command may be issued to supplement and augment these precautions, but not to cancel them.

**5. Conflicting Regulations.** If precautions and instructions promulgated by the various Bureaus and Offices of the Navy are found to be in conflict with this publication, notice of such variance should be sent through the chain of command to the Office of the Chief of Naval Operations, with copies to appropriate bureaus, offices, and type commanders. Until the conflict has been resolved and any necessary official change has been issued, it shall be at the discretion of the commanding officer to determine, on a common-sense basis, the measures which will achieve maximum safety.

**6. Supplementary Information.** It is recognized that the forces afloat will not have in their possession some of the supplementary publications referred to in this volume. In such cases, official Navy publications which are applicable and available shall be consulted for further details. In instances where needed information cannot be found, a direct request for it should be made through administrative channels.

**7. Excerpts.** Excerpts from this publication may be used for posting, for inclusion in the written safety rules of the individual installations, or for training purposes. Such quotations must be kept in context so that the intended meaning of the original text is not distorted.

**8. Classified Data.** Because of the unrestricted distribution of this publication, no mention is made of classified information, equipment, or materials.

## 01104 BASIC RULE OF RESPONSIBILITY

*Safety is a command function.* Responsibility for the safety of personnel is vested in the commanding officer. Since these safety precautions are designed to cover usual conditions in naval activities, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.

**1. Commanding Officer.** The commanding officer shall require that personnel under his jurisdiction be instructed and drilled in applicable safety precautions; he shall require that adequate warning signs be posted in dangerous areas; and he shall satisfy himself that such precautions are being observed.

a. DELEGATION OF AUTHORITY. While the commanding officer cannot delegate the responsibility for the safety of personnel under his jurisdiction, he may delegate his authority to the executive officer and other subordinates to ensure that all prescribed precautions are understood and strictly enforced.

b. SUPPLEMENTAL PRECAUTIONS. In any circumstances where safety precautions appear to be needed but have not been provided, or where existing safety precautions are judged to be inadequate, the commanding officer shall issue new precautions or supplement prevailing ones in the manner and degree that he deems necessary for the protection of personnel. He shall report the omission to the Chief of Naval Operations through the chain of command so that corrections may be made to this volume.

**2. Supervisory Personnel.** It is the responsibility of supervisory personnel to see that safety precautions are strictly observed in their own work areas. They shall be under orders from, and responsible to, the commanding officer.

**3. Operating Personnel.** Each individual concerned shall strictly observe all safety precautions applicable to his work or duty.

a. REPORTING UNSAFE CONDITIONS. Each individual concerned shall report any unsafe condition, or any equipment or material which he considers to be unsafe.

b. WARNING OTHERS. Each individual concerned shall warn others whom he believes to be endangered by known hazards or by failure to observe safety precautions.

c. PERSONAL PROTECTIVE EQUIPMENT. Each individual concerned shall wear or use protective clothing or equipment of the type approved for the safe performance of his work or duty.

d. REPORT OF INJURY OR ILL HEALTH. All personnel shall report to their supervisors any injury or evidence of impaired health occurring in the course of work or duty.

e. EMERGENCY CONDITIONS. In the event of an unforeseen hazardous occurrence each individual concerned is expected to exercise such reasonable caution as is appropriate to the situation.

REPRODUCED AT GOVERNMENT EXPENSE

Section 2

## SAFETY ADMINISTRATION ASHORE

Organization, 01201
The Safety Officer, 01202
Department Heads and Supervisors, 01203
Safety Committees, 01204

### 01201 ORGANIZATION

Each shore activity shall establish a safety organization in order to develop, organize, and direct a comprehensive accident prevention program that provides for the integration and application of safety precautions and safety engineering techniques in all operations.

### 01202 THE SAFETY OFFICER

**1. Definition.** The term safety officer or safety engineer as used herein means the head of the safety department, division, branch, or section, whichever is applicable.

**2. Authority.** The shore safety program shall be under the supervision of the safety superintendent or safety engineer or under the person designated as safety officer by the commanding officer. The safety engineer or safety officer shall be vested with the authority to take immediate steps to stop any operation or hazardous practice where there is impending danger of serious injury, death, or serious damage to equipment or material. Report of such action shall be made immediately to the department head or supervisor concerned and to the commanding officer.

**3. Duties.** The safety officer (superintendent or engineer) is responsible for advising and assisting the commanding officer in the administration of an effective accident prevention program. The duties of the safety officer or engineer are as follows:

a. SAFETY PROGRAM. He shall act in an advisory capacity to department heads and supervisors. He shall represent the commanding officer at management conferences and meetings on matters of accident prevention. He shall prepare and submit for approval, policies and procedures and correlate them with the minimum safety and health standards of the Navy.

b. CONSTRUCTION, MACHINERY, AND PROCESSES. He shall consult with the public works officer on safety matters pertaining to plans for public works, new construction, and alterations, and with the plant engineer for procurement and installation of machinery.

c. EVALUATION OF SAFETY. He shall conduct job analyses, review new projects, and make inspections to determine and correct unsafe work practices and unsafe conditions *before they cause accidents.* He shall correlate safety work with that of the industrial hygienist and medical officer in the control of occupational health hazards. He shall see that such equipment as boilers, elevators, weight-lifting equipment, railroad rolling stock, and x-ray equipment is inspected on a regular schedule by a fully qualified person.

d. PERSONAL PROTECTIVE EQUIPMENT. He shall exercise control of specifications for the procurement of protective clothing, safety equipment and devices, guards, etc., and instruct personnel in their application and use.

e. ASSIGNMENT OF PERSONNEL. He shall cooperate with the medical officer, personnel officer, and department heads to assure proper selection and placement of employees from the safety standpoint.

f. TRAINING PROGRAM. He shall cooperate with the training officer in presenting a course in accident prevention or, in the absence of a training officer, set up a safety training program.



g. MOTOR VEHICLE PROGRAM. He shall organize a complete program for motor-vehicle accident prevention and motor-vehicle operator education. He shall assist and maintain liaison with other officers charged with portions of the over-all motor vehicle program.

h. SAFETY EDUCATION MATERIAL. He shall provide adequate bulletin boards, obtain posters, safety publications, and other educational materials such as films, books, and visual aids. He shall furnish supervisors with suitable technical material to be used in shop safety meetings, and shall maintain an adequate industrial and motor vehicle safety library.

i. PROMOTION OF INTEREST. He shall initiate and encourage activities that will stimulate and maintain interest in safety, such as slogan contests, and news releases.

j. POSTING. He shall cooperate with the operating departments of the activity in the selection and placement of conspicuous warning signs at danger points.

k. REPORTS AND INVESTIGATIONS

*(1) Investigations.* He shall verify supervisors' reports of accidents and whenever necessary, conduct additional investigations to determine causes.

*(2) Reports.* He shall maintain records of accidents in accordance with procedures prescribed in NCPI 190; he shall review all reports of accidents, prepare summaries and analyses, and forward them to the Commanding Officer and other key personnel.

*(3) Corrective Action.* He shall review corrective action proposed by supervisors and wherever necessary, make additional recommendations to eliminate safety hazards. He shall determine that the recommended corrective measures are put into effect.

## 01203 DEPARTMENT HEADS AND SUPERVISORS

Supervisory personnel are responsible for the following duties:

1. They shall enforce safety regulations.
2. They shall instruct and drill employees in safe practices and shall provide and enforce the use of personal protective equipment.
3. They shall carry out recommendations submitted by proper authority for the correction of unsafe conditions and work methods and shall caution operating personnel regarding hazards beyond their control.
4. They shall conduct regularly scheduled safety inspections within their departments.
5. They shall investigate and analyze the capabilities of employees to see that they are assigned to jobs within their physical and psychological capacities.
6. They shall ensure proper completion and submission of accident and compensation reports in accordance with Navy Civilian Personnel Instructions 90 and 190, and forward them to the safety officer.
7. They shall analyze accidents within their jurisdiction and apply or recommend corrective action to prevent recurrence.
8. They shall hold department safety meetings.
9. They shall seek advice and assistance from the safety engineer or safety officer in their administration of the accident prevention program.

## 01204 SAFETY COMMITTEES

Safety committees are vital to the success of an accident prevention program. Where feasible, the following general procedures are suggested.

1. **General Safety Policy Committee.** A committee consisting of the commanding officer, medical officer, department heads, safety officer or safety engineer, and other appropriate personnel should be formed to correlate and implement the safety program.

2. **Department Safety Committee.** Department safety committees or shop committees of working personnel should be appointed by the department head or supervisor to provide an opportunity for free discussion of accident problems and to establish ways and means for the prevention of accidents. The membership of these committees should be rotated 50 percent each quarter.

REPRODUCED AT GOVERNMENT EXPENSE

## INDEX

Administration, ashore, 01201–01204
Authority, delegation of, 01104.1a
Authority, safety officer, 01202.2

Basic rule of responsibility, 01104
Bureau cognizance, 01103.4

Classified data, 01103.8
Commanding officer, responsibility for safety, 01104.1
Committees, accident prevention, 01204
Conflicting regulations, 01103.5

Delegation of authority, 01104.1a
Department heads, responsibility of, 01203

Education, safety, responsibility for, 01202, 3h, 1; 01203.2
Emergency conditions, 01104.3e
Enforcing safety precautions, 01101.2; 01203.1.3
Evaluation of safety conditions, 01202.3c
Exemption from *Safety Precautions*, 01103.7

Instruction, 01202.3a.l; 01203.2
Investigations, of accident causes, 01202.3k1; 01203.5.6

Motor vehicle safety program, 10202.3g

Objectives, *Safety Precautions*, 01101; 01102
Operating personnel, responsibility, 01104.3
Organization, *Safety Precautions*, 01103.3
shore safety, 01201–01204

Personnel, assignment of, 01202.3e
Posting of safety precautions, 01202.3j
Program, Navy safety, 01101.2
Protective equipment, procurement of, 01202.3d; 01203.2
responsibility for wearing, 01104.3c

Regulations, conflicting, 01103.5
Reports, of accidents, NCPI, 01202.3k
of injury or ill health, 01104.3d
unsafe conditions, 01104.3a
Responsibility, basic rule of, 01104
commanding officer, 01104
department heads, 01203

Safety committee, general policy, 01204
Safety officer, definition of, 01202.1
duties, 01202.3
Safety program, ashore, 01201–01204
Supervisors, responsibility of, 01104.2
Supplementary safety [illegible]
Supplementary information, *Safety Precautions*, 01103.6

Training program, 01202.3f
Warning others of unsafe conditions, 01104.3b

Welfare principle, 01101.1

United States Navy
SAFETY PRECAUTIONS

# Chapter 2

# HOUSEKEEPING AND HYGIENE; MATERIALS HANDLING AND STORAGE

***01104 BASIC RULE OF RESPONSIBILITY***

*Safety is a command function.* **Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.**



United States Navy

SAFETY PRECAUTIONS

# Chapter 3

# AVIATION

**01104 BASIC RULE OF RESPONSIBILITY**

*Safety is a command function.* Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.

United States Navy
SAFETY PRECAUTIONS

# Chapter 4
# LAND TRANSPORTATION

**01104 BASIC RULE OF RESPONSIBILITY**

*Safety is a command function.* Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.



United States Navy
SAFETY PRECAUTIONS

# Chapter 5
# SEAMANSHIP

**01104 *BASIC RULE OF RESPONSIBILITY***

***Safety is a command function.*** **Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.**

United States Navy
SAFETY PRECAUTIONS

# Chapter 6
# POWER TRANSMISSION

**01104 *BASIC RULE OF RESPONSIBILITY***

*Safety is a command function.* Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.

United States Navy
SAFETY PRECAUTIONS

# Chapter 7
# CONSTRUCTION SITE






**01104  BASIC RULE OF RESPONSIBILITY**

*Safety is a command function.* Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.



United States Navy
SAFETY PRECAUTIONS

# Chapter 8

# DEMOLITION, CLEARING, AND EXCAVATION

**01104 *BASIC RULE OF RESPONSIBILITY***

***Safety is a command function.*** **Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.**

United States Navy
SAFETY PRECAUTIONS

# Chapter 9

# WEIGHT HANDLING AND CONSTRUCTION EQUIPMENT

**01104 BASIC RULE OF RESPONSIBILITY**

*Safety is a command function.* Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.





United States Navy
SAFETY PRECAUTIONS

# Chapter 10
# SCAFFOLDS AND PLATFORMS

*01104 BASIC RULE OF RESPONSIBILITY*

*Safety is a command function.* Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.

United States Navy
SAFETY PRECAUTIONS

# Chapter 11

# WELDING AND CUTTING

**01104 BASIC RULE OF RESPONSIBILITY**

*Safety is a command function.* Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.

United States Navy
SAFETY PRECAUTIONS

# Chapter 12
# WOODWORKING

**01104 *BASIC RULE OF RESPONSIBILITY***

*Safety is a command function.* Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.

United States Navy
SAFETY PRECAUTIONS

# Chapter 13
# METAL WORKING

**01104 *BASIC RULE OF RESPONSIBILITY***

*Safety is a command function.* Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.





United States Navy
SAFETY PRECAUTIONS

# Chapter 14

# REFINISHING AND PROTECTION OF SURFACES

**01104 BASIC RULE OF RESPONSIBILITY**

*Safety is a command function.* Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.



United States Navy
SAFETY PRECAUTIONS

# Chapter 15

# PIPING AND PLUMBING; SEWAGE AND WATER TREATMENT

**01104 *BASIC RULE OF RESPONSIBILITY***

***Safety is a command function.*** **Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.**

United States Navy
SAFETY PRECAUTIONS

# Chapter 16

# PORTABLE TOOLS

**01104 *BASIC RULE OF RESPONSIBILITY***

***Safety is a command function.*** **Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.**

United States Navy
SAFETY PRECAUTIONS

# Chapter 17

# FUELS AND COMPRESSED GASES

**01104 *BASIC RULE OF RESPONSIBILITY***

*Safety is a command function.* Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.





United States Navy
SAFETY PRECAUTIONS

# Chapter 18

# ELECTRICITY AND ELECTRONICS

**01104 *BASIC RULE OF RESPONSIBILITY***

*Safety is a command function.* Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.

United States Navy
SAFETY PRECAUTIONS

## Chapter 19

# RADIOLOGICAL SAFETY

***01104 BASIC RULE OF RESPONSIBILITY***

*Safety is a command function.* **Responsibility for the s of personnel is vested in the commanding officer. Bec these safety precautions apply only to usual conditions, manding officers or others in authority may find it nece to issue special precautions to their commands to cover conditions and unusual circumstances. In addition to the ing of appropriate precautions, careful instruction an doctrination of all personnel are necessary to ensure effi compliance with these precautions.**






United States Navy
SAFETY PRECAUTIONS

# Chapter 20
# ORDNANCE

**_01104 BASIC RULE OF RESPONSIBILITY_**

**_Safety is a command function._ Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.**

United States Navy
SAFETY PRECAUTIONS

# Chapter 21

# MEDICAL FACILITIES

**01104 *BASIC RULE OF RESPONSIBILITY***

*Safety is a command function.* Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.





United States Navy
SAFETY PRECAUTIONS

# Chapter 22
# RESEARCH FACILITIES

**01104 *BASIC RULE OF RESPONSIBILITY***

*Safety is a command function.* Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.

United States Navy
SAFETY PRECAUTIONS

# Chapter 23
# PHOTOGRAPHY

*01104 BASIC RULE OF RESPONSIBILITY*

*Safety is a command function.* Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.

United States Navy
SAFETY PRECAUTIONS

## Chapter 24

# COMMISSARY, MESSING, AND EXCHANGE FACILITIES

**01104 BASIC RULE OF RESPONSIBILITY**

*Safety is a command function.* Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.

United States Navy
SAFETY PRECAUTIONS

# Chapter 25
# REFRIGERATION

**01104 *BASIC RULE OF RESPONSIBILITY***

***Safety is a command function.*** **Responsibility for the safety of personnel is vested in the commanding officer. Because these safety precautions apply only to usual conditions, commanding officers or others in authority may find it necessary to issue special precautions to their commands to cover local conditions and unusual circumstances. In addition to the posting of appropriate precautions, careful instruction and indoctrination of all personnel are necessary to ensure effective compliance with these precautions.**