



BUMED-733-mh
6260
1 Feb 1961

From: Chief, Bureau of Medicine and Surgery
To:   Activities Submitting Occupational Health Reports (NavMed 576)

Subj: Occupational Health Hazards; Release No. 26

Ref:  (a) MANMED 23-21

Encl: (1) List of Occupational Health Hazards (July through September 1960)

1. The Quarterly Occupational Health Hazards Reports (NavMed 576) for July through September 1960, submitted in accordance with reference (a), have been reviewed by the Occupational Medicine and Dispensary Division (Code 73). Potential health hazards of special interest have been selected from these reports and are forwarded herewith as enclosure (1).

2. The compilation contained in enclosure (1) is intended as a ready reference to current problems, and in some instances will avoid duplication in the solution of these problems. It is also intended to aid Medical Department personnel in the recognition of potentially hazardous materials and processes. Further information regarding specific hazards noted in enclosure (1) may be obtained from the originating activity.

3. The information contained on the composition of materials is to be treated as manufacturer's "Discreet" proprietary information, in accordance with SecNav Instruction 5570.1A of 6 April 1957. It is to be used solely for the control of potentially toxic materials and is not to be released for any other purpose.

B. W. Hogan
B. W. HOGAN

Copies to:  (2 each)
NDS&RCS
INSNAVMEDACTS
Chiefs of Bureaus
CNO (OP2'1)
MSTS
CMC

GOVERNMENT EXHIBIT
402
PHIBAD-Bayonne, N. J.

Exhibit 24.B
Page 1045

OCCUPATIONAL HEALTH HAZARDS
Derived from Industrial Health Reports
July 1960 through September 1960

Release No. 26                                    For Official Use Only

I.  Chemical Health Hazards and their control

   A.  Inhalation Hazards Due to Vapors, Fumes, Mists, Gases and Dusts

      1.  Asbestos.  A study is being undertaken to determine the extent
of asbestos exposure in Pipe Coverers and Insulators working aboard ship. The
results of samples taken to date are as follows:

| Operation | Dust Count |
|---|---|
| Applying pipe insulation containing 10% asbestos | 1.8 million particles per cu. ft. |
| General atmosphere of engine room where insulation was being applied | 4.3 " " " " " |
| Sawing insulation blocks for catapult receivers | 14.1 " " " " " " |
| Installing insulation blocks | 5.0 " " " " " " |
| General atmosphere where blocks are being installed | 3.3 " " " " " |
| Breathing zone of Pipe Coverers installing insulation block | 6.2 " " " " " " |
| Sawing insulation blocks | 6.1 " " " " " " |
| General atmosphere near installation of lagging on pipes | 7.8 " " " " " " |
| Removing steam pipe insulation | 20 " " " " " " |
| Sample taken near insulation ripout | 17 " " " " " " |
| Same spot as above after ripout had stopped | 12 " " " " " " |

These samples indicate the possibility of excessive exposures to asbestos
dust. The study is being continued.                                    (4)

-59-                                    Enclosure (1)

Exhibit 24.B
Page 1046

2. **Beryllium.** There is a possibility that in the future it may be necessary to perform grinding and machining operations here on Beryllium alloys. A survey of the machine shop facilities was made, and it was found that the hygienic and safety standards mandatory for work with this toxic metal can not be met with the exisiting equipment. It was recommended that a segregated area be set up for such work and that all the points of operation on the machines where contaminant release may occur be enclosed and ventilated. The project is presently under study by the Engineering Group. (5)

3. **Bleach (Hypochlorite).** Exposures have occurred periodically from the mixing of "bowl cleaner" (sodium bisulfate) and "bleach" (hypochlorite). Many of these incidents, occurring chiefly to military personnel doing clean up work, resulted in extreme irritation that necessitated hospitalization. The medical department has requested that bleaches be placed under limited issue. (6)

4. **Carbon arc burning fumes.** A carbon arc is used for flame gouging defective castings in the Foundry. Carbon arc burning has been found to produce excessive fumes. The Management Engineering Office requested the Industrial Hygiene Division to comment on a proposed ventilation system for this process. The project was approved. (4)

5. **Carbon Tetrachloride.** Industrial Hygiene instructions, both written and oral, were issued to cover handling precautions necessary for the use of carbon tetrachloride in sampling for contamination in high pressure air systems. In the proposed usage, the air is to be bled through a Fischer Milligan gas washer containing carbon tetrachloride. The carbon tetrachloride is then to be analyzed in the Industrial Laboratory for oil content. The carbon tetrachloride is in a closed system in this process. It was recommended that the outlet from the Fischer Milligan gas washer be vented to the outside atmosphere by means of connecting rubber tubing, the discharge end of the tube to be located so that it would not be a source of exposure to other personnel.

In order to minimize the chance of accidental spillage of the solvent on board the submarine, it was recommended that the carbon tetrachloride be transported to and from the worksite in polyethylene bottles. (2)

6. **Confined Space Incident.** Several military personnel aboard ships in the Shipyard have reported to sick call due to exposure to paint and thinner vapors. The vapors included a mixture of methyl acetate, methylene chloride, and methyl alcohol. The men used approximately one and one-half gallons of this stripper in two hours in a small compartment without any exhaust ventilation. Working without any protective equipment, these men became intoxicated from the vapors. Information was provided regarding exhaust ventilation and personal protective devices necessary while using toxic solvents in confined spaces. (12)

7. **Confined Space Incident.** Recent experiences here as well as at Portsmouth Naval Shipyard have pointed to the severe potential hazard involved

-60-

when personnel enter previously inerted spaces, particularly reactor vessels aboard nuclear powered submarines. These spaces are inerted by displacement of air with an inert gas, usually argon, although nitrogen is occasionally used to satisfy certain technical requirements. Subsequently, personnel may enter these spaces before they have been thoroughly aerated to remove the inert gas and to replenish the previously displaced oxygen. Four such instances have occurred at this Shipyard and at Portsmouth. Serious results were avoided in these instances only because personnel happened to be under the observation of someone outside the space, who initiated rescue action.

It has been recommended that: (a) the inerting procedure provide for conspicuous labeling at the entrance of such spaces to indicate that the spaces have been inerted and to indicate that they subsequently have been tested for oxygen sufficiency to permit entry; and (b) that the appropriate Shipyard safety orders be brought to the attention of personnel preparing work procedures covering these tasks, and that specific reference to these orders be made in the work procedures.                                                           (2)

8. **Foam-in-Place Resin.** A Shipyard employee experienced severe and prolonged respiratory irritation after taking part in the insulation of a refrigeration space aboard a nuclear powered submarine. The material used for insulation was a foam-in-place resin. Ordinarily, when this material is poured in confined spaces, air-fed respirators are worn.

The pour is made on the swing shift and the compartment ventilated by local exhaust throughout the night so that exposure of other trades is minimized. In this particular instance, a local exhaust system consisting of one sucker and one blower had been set up to evacuate TDI vapors from the compartment. Respirators were not used, although they had been carried to the worksite.

As a result of this incident, shop personnel were reinstructed as to hazards attendant upon the use of foam-in-place resins. Special emphasis was placed upon the fact that hazardous concentrations of TDI may be present in the atmosphere hours after initial pour, (undetectable to the senses). It was recommended that supervisors require employees to wear air-fed or organic vapor respirators during formulation, pouring, and during curing of these materials when it is necessary for them to remain at the worksite.          (2)

9. **Freon Refrigerant.** The Industrial Hygiene Division investigated the possible toxic hazards involved from escaping freon refrigerant. A small leak had developed in the air-conditioning system located in a relatively air-tight space, approximately 4,000 cubic feet in volume. Replacement of the damaged part could not be accomplished for at least thirty days, and it was desired to continue operation of the unit in view of the fact that delicate instruments in the Navy's supply system were being stored in this space. The Davis Halide Meter was adapted to indicate the relative concentration of freon in the atmosphere of the closed room. At least one reading was made daily to determine any radical increase in concentration of the refrigerant. At no time was the freon concentration in the room air greater than the MAC of 1,000 ppm. While the above indicated a safe concentration, entrance was permitted into the room for a period not exceeding

-61-                              Enclosure (1)

Exhibit 24.B
Page 1048

thirty minutes per day. This was sufficient to accomplish necessary duties. Since the greater hazard lies in the formation of phosgene and other chlorinated and fluorinated compounds, signs were posted prohibiting the use of matches, smoking, or any other operation involving unusual heat. The Refrigeration Repair Group was advised that the room would have to be completely aerated and retested before brazing of the new part was accomplished.     (13)

10. **Glue, Wellhold Waterproof.** Because of lack of ventilated areas for application of Wellhold waterproof glue (phenolformaledehyde type) in the carpenter shop, it was recommended that Wellhold glue be used for nonwaterproof jobs and "Elmer's glue" (resorcinol-formaldehyde type of the Borden Co.) for waterproof applications. The resorcinol-formaldehyde glue was observed to yield considerably less phenolic and aldehyde odor and vapor than the phenol-formaldehyde glue.     (6)

11. **Lead.** Wood decking on the flight deck of a carrier was removed. The deck underneath was coated with a thick greasy compound. Generally, this is removed by means of a jet of steam and a cleansing agent prior to working on the steel deck. However, in one area, it had only been scraped off leaving a thin layer. Welding and burning was taking place on this material. It was found to be a preservative grease containing lead. Analysis showed the lead content to be about four percent. It was recommended that Welders having occasion to weld or burn under similar conditions wear fume type respirators. Since the operation took place in the open air, no ventilation was required.     (4)

12. **Mercury.** An old chemistry laboratory was to be remodeled and used for office spaces. The wooden floors were over fifty years old and considerable mercury had accumulated in the cracks and crevices. Much of the old flooring had to be removed, and the mercury was recovered with a special mercury vacuum cleaner. The area was tested with a Kruger Mercury Vapor Detector before new flooring was installed.     (18)

13. **Paint-Stripping, Ammonia.** A survey was made of an O&R cleaning ship to determine concentrations of ammonia vapors resulting from paint stripping operations. All doors were open during the survey and samples were collected by use of a sequential sampler operating for a period of six hours on half hour sequences. Organic ammonia compounds were not sampled. A total of 228 samples were collected, and of this number, 75 exceeded the threshold limit, ranging from 0-750 ppm. The gases and mists are rapidly dissipated. Frequent periodic examinations do not show ill effects from these exposures.     (15)

14. **Paint-Stripping, Ammonia.** Atmospheric concentrations of ammonia in the air during paint stripping of aircraft were studied. The work is performed in a large shed which is closed on three sides. Several large exhaust fans are installed in the ceiling of the shed and one of the long walls in louvered while the opposite long side of the shed is completely open. The paint stripping compound, RS 8010-579-2612 G 600 is supplied by Harley Soap Company as their Harco 95-1-A. The stripper is applied to the surface

-62-                    Enclosure (1)    **Exhibit 24.B**

of the aircraft by spray nozzles, is allowed to remain in contact with the skin of the aircraft for a few minutes, and is then rinsed off. Several persons work at each aircraft during the application of paint stripper and paint remover. Under the wings and near some parts of the fuselage where there is very little air movement, concentration of ammonia ranged from 200 parts per million to a peak of 1000 parts per million, making it necessary for the operators to leave the area at frequent intervals to get some fresh air. In the areas where there was greater air movement, ammonia concentrations ranged from 85 to 150 parts per million. An industrial hygiene engineering study of the process revealed that some of the causes of excessive ammonia in work areas were:

_a_. Defective spray nozzles which produced atomization instead of a flat sheet spray.

_b_. Application of excessive quantities of paint stripper.

_c_. Spilling.

Measures are in progress to correct these discrepancies and to improve the habitability of the paint stripping shed.                          (5)

15.  Saran-Coated Surfaces. Burning on saran-coated surfaces produces both hydrogen chloride and chlorine gas. Several employees, burning and removing fittings in a saran coated tank complained of irritation of the upper respiratory system after a short period of exposure. They were wearing a variety of respirators, which were inadequate for acid fumes. Due to depth of the tank and movement of employees, it was difficult for them to wear air line respirators. Acid fume respirators were obtained and exhaust ventilation increased. Work progressed without further difficulty.              (3)

16.  Sulfur. A rented barge to be used for shipping missile mounts previously carried a load of powdered sulfur. To secure the tie lines, work-men welded metal cleats in the floor of the barge hold, which was covered with powdered sulfur. Sulfur fell down into the hold from hatch covers as workmen walked over them. Welding presented a noxious gas problem due to $SO_2$ evolved from the burning sulfur. Falling sulfur dust created an eye hazard. Ventilation and eye protection were provided.                   (18)

17.  Toluene-Diisocyanate (Lockfoam foam-in-place resin). A request was received for information concerning precautionary measures to be observed during the application of Lockfoam foam-in-place resin on certain deck areas of the Sargo's stern room. The principal hazard encountered with this material is the exposure to toluene diisocyanate vapors which may cause asthmatic-type symptoms. It was recommended that complete skin and eye pro-tection be supplied, that persons mixing and applying the resin use charcoal-type respirators, and that general ventilation set up. The application was completed without incident except for eye irritation in poorly ventilated areas. Vapor-proof goggles will be used during future jobs of this type.     (19)

18. __Xylene.__ Leaded rubber sheets were being cemented to the interior of fuel tanks aboard a ship. The compartment was well-ventilated, air being drawn through a 2-1/2 foot circular hole cut in the bottom of the tank near the keel. Samples taken during the fitting and application of the rubber sheets to the steel, which had been previously coated with adhesive, indicated concentrations of 10 ppm xylene. Samples taken during the application of neoprene adhesive were found to average 50 ppm. Ventilation was therefore found to be adequate and the hazard of xylene inhalation was found to be small.    (4)

### B. Ventilation and other Industrial Hygiene Control Measures

1. __Ventilation - Chromic Acid Mist.__ Slot exhaust ventilation systems for two newly installed acid plating tanks were evaluated and found to be inadequate. Measurements made with the Alnor velometer indicated insufficient air movement across the tank tops to effectively entrain contaminants. Although the fan capacity was adequate, insufficient slot velocity precluded vapor entrainment. To remedy the situation at a minimal expense, it was recommended that the slot design be modified by extending the slot duct closer to the tank edge and by decreasing the slot width to one inch at the opening.    (8)

2. __Ventilation - Dehumidification.__ In connection with a hull-damping job to be accomplished aboard a ship, preliminary steps to cope with moisture and solvent vapor problems are being planned. This operation entails the preparatory vacu blasting of the surfaces with subsequent applications of Gaco primer and cement which in accordance with Bureau of Ships specifications requires dehumidification throughout the entire procedure. It was suggested by the Bureau that the temperature in the work area be elevated to 120°F to prevent moisture condensation. In lieu of the proposed heaters however, permission was granted by the Bureau to use two dehumidification units which the Yard has available, each with a capacity of delivering 500 CFM. With these units, air from the working environment may be dehumidified and returned to the same area. It is planned to supplement the units with large charcoal-containing devices to absorb the solvents from the cement and primer. These solvents may present a hazard if they are absorbed by the dehumidification unit's silica gel. Details regarding the success obtained with these units will be submitted in a future report.    (8)

3. __Ventilation - Plexiglass Shop.__ This shop is engaged in the manufacture of molded rubber and plexiglass products, and repair of laminated fiberglass items such as radomes, flight helmets, retainers for flexible fuel cells, etc. The work requires the use of accelerators, solvents, synthetic resins, and fiber glass. Sawing and sanding of laminated fiber glass products produces air borne fiber glass and resin dust. An exhaust system having point of operation control for all dust-producing operations and lateral exhausted tables and hoods for plasticizers, etc., has been installed and placed in operation.    (14)

4. __Ventilation - Welding Flexible Duct System.__ An apprentice welder reported to the Dispensary with complaints suggesting exposure to metal

-64-                          Enclosure (1)

Exhibit 24.B
Page 1051

fume. He had been removing a shipboard ammunition stowage with an oxyacetylene torch. The members removed had been galvanized. Ventilation had been furnished with a "Bluebird" located on the Main Deck with two 3" ventilation ducts extending about 40' into the compartment where the welder was working. The "Bluebird" has a rated capacity of 1100 cfm at 3" water gauge static pressure. At the end of 40' of flexible tubing the ventilation furnished by this equipment is barely perceptible. The welder did not wear respiratory protection. Other workmen and the welder's supervisor stated that the air was pretty "thick" in the compartment.

To prevent recurrence of similar conditions, a replacement program is underway to obtain ventilation equipment capable of furnishing adequate ventilation for shipboard welding. The water gauge static pressure of these new systems is 16" or more. This type of equipment is said to have a capability of furnishing 250 cfm or more at the end of 40' of 3" tubing.          (1)

5. **Ventilation - Welding Laboratory.** The exhaust hood for welding fume removal in the welding laboratory was evaluated. A ventilation hood is considered necessary for contemplated experimental work which will release, in addition to metal fumes, such toxic gases as ozone, ammonia, nitrogen dioxide, and chlorine. The velocity of air through the hood, ranges between 75 to 150 FPM (average velocity of 100 to 125 FPM). This is considered adequate for materials of moderate toxicity where excessive turbulence is not present in the hood. Demonstrations, including welding on manganese bronze (which produces copious fumes), showed good capture of contaminants released. The face area at the hood is limited, however, to approximately four square feet which somewhat restricts the welder. On opening the face area an additional two square feet, the face velocity dropped to generally 50 to 75 FPM and there was considerable escape of contaminants near the hood face. It was recommended that the existing face of the hood be provided with an additional hinged closure for reducing the face area by approximately one-half. This will give face velocities of 125 to 200 fpm. It was suggested that this hinged closure be made of safety glass so as not to restrict the viewing area.  (12)

6. **Ventilation - Devran.** Ventilation requirements needed while applying devran to a confined gasoline tank aboard the USS Springfield were followed and proved to be effective. All employees doing this work were provided with airline respirators, protective clothing, and protective creams as a precaution against the potential health hazard associated with the application of devran.          (8)

7. **Hydrazine, Treatment of Boiler Feed Water.** At the request of the Commanding Officer, Military Sea Transportation Service, Atlantic Area, an Industrial Hygiene investigation of hydrazine treatment of boiler feed water aboard USNS COMET (T-AK269) was made to evaluate potential health hazards of this proposed treatment process. Hydrazine is added to boiler water as a scavenging agent for oxygen. The toxicity and hazards associated with the storage and handling of hydrazine require that contact with skin, clothing, and inhalation of vapors should be avoided. Since the odor threshold of hydrazine of 3-4 p.p.m. is above the maximum allowable concentration of 1 p.p.m., the lack of odor is not an adequate indication of safe atmospheric concentration of

-65-

hycrazine vapor. The evaluation cf potential hazards includes attention to the by-product, ammonia, formed when hydrazine decomposes in superheated steam at a temperature of approximately 650°F. A report of this investigation, including recommendations for safe handling of hydrazine, was forwarded to MSTS, LANT.    (10)

8.  **Dust Collection; Ventilation.** Abrasive blasting in tanks aboard ship produces considerable dust. This is controlled by this activity by five American Wheelabrator dust collecting units. Each unit is powered by a 7-1/2 h.p. motor with a fan capacity of 10,000 cubic feet per minute. There are 4 fifteen inch openings for exhaust ventilation attachments. Fifteen inch plastic coated flexible tubes are attached to one or more of these openings. The intakes are then taken into a tank or confined space where the fine dust created by the blasting operations is removed. The dust is conducted by the air stream to the unit, located outside in the dry dock where the air is filtered through 240 ten foot long dust collecting bags. At the end of each shift, these bags are shaken down by an enclosed automatic shaker. Collected dust is dumped into barrels or boxes and taken to a disposal area. This method of ventilation and dust removal for abrasive blasting has increased the visibility for the blaster, and has increased productivity. It has eliminated dust from the dry dock and work area of other personnel.    (4)

C.  **Health Hazards Due to Contact with Skin**

1.  **Boraxo.** A welder reported to the Dispensary with a dermatitis on his forearms. He had been assigned to work in very cramped and oily spaces on a ship for a period of about 4-5 weeks. The dermatitis appeared only in the area covered by the ends of his shirt sleeves. He had been using Boraxo soap furnished by the Shipyard. The part of the shirt sleeve contacting the irritated area was tested for alkalinity. Apparently his shirt sleeves had contaminated with the Boraxo during washing up and had not been laundered with sufficient frequency. The workman was instructed to rinse thoroughly after washing with Boraxo and to prevent contamination of his clothing with this material. He has had no further complaints.    (1)

2.  **Cement (Lime).** A patient reported to the Dispensary complaining of dermatitis of his hands. He had been working with a lagging cement applied wet to heat exhange systems. The material contained calcium hydroxide and amosite. A portion (10gm. 100 ml distilled water) was filtered and had a pH of 11.4. His supervisor stated that the workman had been instructed to wear rubber gloves while mixing and applying the cement. The workman had not followed these instructions.    (1)

3.  **Cleaners, Industrial Skin.** Industrial hand cleaners have been tested with the following results: "Swich" (Industrial Cosmetics) is widely accepted and has proven effective for removal of epoxies but not of polyester resins. "Formula 214" (Industrial Cosmetics) would remove epoxies and polyesters. "Virbra-Clean", will remove most industrial soil except plastics and resins. "Go-Jo" is similar to Virbra-Clean but may contain mineral oils; "Loyal" contains kerosene and/or ammonia and was rejected. This station is

-66-                         Enclosure (1)

Exhibit 24.B
Page 1053

satisfied with Industrial Cosmetics products and will accept Fend, Ply, SBS and Vibra-Clean creams. The Supply Department has been informed that no further testing is considered necessary on this station.                    (6)

4. **Epoxy Resins.** Six cases of dermatitis arising from epoxy resins were investigated. The investigations revealed that the employees failed to adhere to the personal protective measures set up for these operations.    (11)

5. **Headset, Aircraft.** Twelve cases of dermatitis ranging from mild redness to heavy vesicular eruption have occurred recently in aircrew personnel wearing a new headset (RM 5965-676-0906-E212 replacing R5965-32402333-E212). The affected area was limited to the ears and the skin immediately around the ears. The cup for earphones is covered by a soft pliable rubber seal with a separate interior foam rubber insert; this insert cannot contact the skin in normal usage. Itching, redness and vesicular eruptions started after contact periods of from less than two minutes to eight hours or more. Others with equal exposure were unaffected. Patch testing of eleven individuals with portions of the rubber seal for 6-8 hours gave negative results (four of these were from the twelve dermatitis cases). Dermatitis cleared uneventfully within two to seven days with symptomatic treatment. Although there were no reactions to patch testing, the incidence of at least twelve cases, coinciding with and limited to the use of the new headset, coinciding with and limited to the area of contact of the earphone rubber seal, forces the conclusion that the rubber seal is the causative dermatitis agent. (

6. **Mineral Spirits.** A spray painter reported to the Dispensary with a dermatitis around his eyes. He stated that he had been in the habit of cleaning his spray point gun in the same compartment in which he had been painting. During this cleaning operation which required from 5-10 minutes, he removed his air fed hood. It was recommended that the necessary cleaning be done in a compartment free from paint mist and vapor.        (1)

7. **Cleaners, Waterless Hand.** The use of waterless hand cleaners was evaluated for removal of paint and tar stains from the skin where normal soap and barrier creams have been unsuccessful. Waterless hand cleaners have been restricted due to the presence of harmful ingredients in some. Evaluation of the SBS-30 indicated no harmful ingredients and a definite advantage in its application for paint stain removal. The clean up procedure is not a substitute to final washing with soap and water.                (12)

8. **Paralketone,** a preservative used for treating cables was responsible for contact dermatitis of the hands of a man. Man was instructed to use protective skin creams and gloves.                (20)

9. **Rubber.** A case of dermatitis to a rubber shop employee was tentatively traced to a rubber surfacing seam and repair cement and its accelerator (513C and 1693C respectively; Goodyear).        (6)

10. **Vinyl Coated Nylon Fabric.** Procurement specification for vinyl coated nylon fabric have been changed as a result of employees developing

-67-

dermatitis from it.  Difficulty was experienced only from one brand which was found to have slight coating of powder on one surface of the fabric, presumably used for blotting the inked marking insignia.  Two of the three employees treated gave a positive patch test to this powder.  One employee developed a generalized dermatitis condition and had to be removed from contact with this particular fabric.  He was later assigned to the use of a similar fabric which did not have a powdered surface, and he did not develop skin trouble of any kind while working under the same conditions as before.                (9)

II.  Noise, Illumination, Heat, Actinic Rays, and Other Environmental Physical Agents Which May Effect Employee Health and/or Efficiency

   A.  Noise

      1.  Fire Alarm, sound level study.  Sound level measurements were made to determine the warning properties of a fire alarm system in a military barracks.  Results indicated that the alarm would not be heard in certain areas of the building.  An additional alarm signal was installed to give complete coverage.                                                                          (13)

      2.  Blueprint Folding Machine.  Overall sound levels were measured at a motor driven blueprint folding machine in the Planning Department, Design Division, Reproduction Branch with the following results:

| | | |
|---|---|---|
| Background | - | 84 db |
| Operator's side of machine | - | 90 db |
| Far side of machine | - | 90 db |
| 6' away from machine | - | 89 db |

Since the noise is predominantly in the lower frequencies, it is felt that it constitutes more of an annoyance rather than a health hazard.  The proposed installation of a plastic guard enclosing the major portion of moving parts should help to attenuate the noise.                                              (4)

      3.  Generator Test Shop, Noise.  Noise levels were studied in a shop where aircraft generators and inverters are tested.  The spectrum contains strong pure tone components.  The average spectrum is as follows:

| Octave Bands CPS | Sound Pressure Levels db |
|---|---|
| 20-75 | 89 |
| 75-150 | 91 |
| 150-300 | 87 |
| 300-600 | 87 |
| 600-1200 | 90 |
| 1200-2400 | 92 |
| 2400-4800 | 95 |
| 4800-10,000 | 87 |

-68-                              Enclosure (1)

Exhibit 24.B
Page 1055

Control of noise at the source is not economically feasible in this shop at this time. The shop was decleared a hazardous noise area and ear protection made mandatory.                                                                                              (5)

4.  **Noise Suppressor, Aircraft.** In line with current policy of BUWEPS, the station undertook to evaluate the possible utilization of all the aircraft sound mufflers on hand. The Koppers muffler stood the test well, but attenuation was very poor; actual intensification of the noise was experienced at great distance because of the 90° shift of the field of noise. The Curtiss-Wright mufflers (both, unmodified and modified) disintegrated rapidly under afterburner conditions but gave substantially better attenuation. Considering that the afterburner was brought to 6" distance from the muffler and that estimated nozzle temperature is 1500°, the sintering and disintegration of the internal structures of the muffler is understandable. It was recommended that further tests be conducted keeping a reasonable distance between afterburner and muffler and shielding the sides of the gap.                                                      (6)

5.  **Noise Suppressor, Aircraft.** Evaluation of effectiveness of a Curtiss-Wright noise suppressor used with a F9U aircraft revealed that substantial noise reduction, up to 25 db at the angle of maximum noise propagation at 250 feet, is obtained when the system is properly coupled. The suppressor did not appear capable of enduring the 15 seconds afterburner test due to buckling of the front grate assembly. The suppressor is structurally able to withstand the tests at military power.                                                               (5)

6.  **Noise Suppressor, Aircraft.** Evaluation of the General Sound Control Noise Suppressor using a J-57-2-8 engine and watercooling revealed that the suppressor is structurally inadequate for use with afterburning engines. The copious clouds of steam and hot water released by the suppressor during the afterburner tests are potential burn hazard and they also seriously affect the engine performance. During the tests as much as 3000 pounds of thrust loss was attributed to this cause. During full power (non afterburner) runs, the radiant heat from the suppressor body was so great that it was impossible for the operator to approach the engine trimming stations. Acoustical performance of the suppressor was somewhat less than that specified but was comparable to the performance of other suppressors tests.                       (5)

7.  **Noise Suppressor, Aircraft.** Evaluation of the Maxim Company jet noise suppressors on J-34 engines on P2V aircraft indicates that substantial noise reduction is being attained. For this type engine the use of this suppressor may permit bringing the aircraft test stands nearer to the hangars thus saving man-hours and towing costs.                                                        (5)

8.  **Noise Suppressor, Aircraft.** A limited project in May 1960 (not included in the Quarterly Report Narrative) was set up for comparative sound attenuation of three types of "Portable sound suppressors". Testing was done with a J-57 engine on a test stand in an isolated area. A separate data sheet was made on each (Curtiss-Wright, Industrial Acoustics and Maxim) suppressor. Test results indicated that these sound suppressors alone are of some value

-69-                                    Enclosure (1)

Exhibit 24.B
Page 1056

for community noise, but that substantial sound fences or enclosure of the
entire aircraft would be necessary to give any significant attenuation in the
immediate vicinity of the aircraft or areas forward of the suppressor. Variation
in the attitude of aircraft as power is applied and extensions of the tail
assembly past the exhaust exit prevent exact mating and flush alignment of the
exhaust and the suppressor intake. Resulting resistance causes excessive heat-
ting of the tailpipe making engine trim impossible and limiting severely military
power turn-up. A recent modification (September 1960) of the Industrial
Acoustics Corp. sound suppressor was intended to improve sound attenuation
for test stand usage, but no attempt was made to eliminate the problems asso-
ciated with turn-up of the engine in the aircraft. The practical application
of present portable sound suppressors is questionable.                    (16)

    9.  Ventilation System Noise.  Excessive noise was reported from a
dental shop where a new exhaust ventilation system had been installed.  Frequency
analysis indicated that at no time was the noise a hearing hazard.  It was
however a considerable nuisance and recommendations were made to attenuate the
noise through acoustic lining of the ductwork.                            (6)

    10.  Pneumatic Blowers, Noise Reduction.  A copper pipe connecting
the turbine exhaust to the blower exhaust was installed in a pneumatic blower.
Noise evaluations were made of the operation of the same blower with and with-
out the modification.  Installation of the modification resulted in the
reduction in the overall level of ten decibels  from 92 to 82.  Octave band
analysis indicated little or no reduction until the 600 to 1200 cps band.
From there on up, the reduction ranged from 5 to 13 decibels.  This modification
has been submitted as a Beneficial Suggestion which has been approved by the
Industrial Hygiene Division.                                              (4)

    11.  Sandblasting Machine Muffler.  Sandblast machines during operation
periodically release compressed air through a pipe fitting.  The noise level
generated by this sudden release peaks at about 120 decibels depending on the
machine variations.  The noise level then diminishes over a period of 11 seconds.
The operator is exposed to the noise from several of these machines.  A commer-
cially available muffler was purchased for trial.  With the muffler installed,
the noise generated by the escaping air cannot be heard or measured above
the usual background noises.  Since background noise in drydocks is of the order
of 85 to 90 decibels, the muffler affords a reduction of at least 30 decibels.
The time required for escape of the air with the muffler is about 14 seconds,
three seconds longer than without the muffler.  The time difference is of no
practical significance for production purposes.  The muffler costs less than
$10 and can be installed in minutes using standard pipe fittings.  It was
recommended that these mufflers be installed on all sandblasting machines.  (4)

    B.  Illumination

    1.  Office Ventilation and Lighting.  The Industrial Hygiene division
investigated complaints of inadequate ventilation and lighting in a large office.
A study revealed the following:

                          -70-              Enclosure (1)

Exhibit 24.B
Page 1057

<u>Existing Conditions</u>

| | |
|---|---|
| Room size | 30,000 sq. ft. |
| Ceiling | 9.5 ft. |
| Volume | 285,000 cu. ft. |
| Total fresh air intake | 38,000 CFM |
| Air Changes | 7 per hour |
| No. of employees | 185 |
| Area per person | 1,540 cu. ft. |
| Relative humidity | 45-55% |
| Temperature | 75-90 degrees |
| Oxygen | 20% |
| Carbon Dioxide | .03% |
| Air movement | 0.30 FPM |
| Light | 15-50 ft. candles |

<u>Recommendations were:</u>

    a.  Ample hassock type floor fans be used to promote air movement.

    b.  Exhaust ventilation duct be installed near the deck to promote air circulation at the floor level.

    c.  Improved lighting be accomplished by:

        (1) Painting walls and ceiling light colors.
        (2) Light color floor pattern.
        (3) Cleaning light fixtures.

    d.  Several changes be made in office arrangements such as: placing files toward the center of the room and desks near the outside walls.  (3)

    C.  <u>Heat</u>

      1.  <u>Crane Cab</u>.  A temperature and humidity study revealed extremely high temperatures in an overhead crane cab.  Recommendations included air conditioning of crane cab or remote control operation at floor level.  (12)

      2.  <u>Strip-Heater</u>.  A heat stress survey made at work site locations where strip heaters are used for preheating metal plate indicated that year around control measures are required for the prevention of heat stress.  Heavy work (chipping) could not be performed in any of these locations without intermittent rest periods.  Radiant heat was also a factor.  Recommendations for control included use of fiberglass or asbestos insulated covers over heating elements, circulating fresh cool air to keep temperature below 90°F., dry bulb, and advising that employees replace water and salt lost through perspiration.  (9)

      3.  <u>IBM Machine Room</u>.  A recent move has located most of the IBM machines in a basement area.  Complaints were received of excessive heat.  In-

Enclosure (1)

Exhibit 24.B
Page 1058

vestigation showed an air temperature of 76°F., dry bulb, and good air movement. It was felt that the complaints originated from the radiant heat emanating from the IBM machines. A globe thermometer has been constructed and this condition will be evaluated in the near future.    (·)

### D.  Nonionizing Radiation

1.  Radar.  Microwave exposures were investigated near a TACAN tower near an open aircraft repair area (no hazard was found) and in a Radar training room where combined continuous wave and pulsed waves were delivered resulting in multiple reflections within the room and transmission through plasterwalls in excess of current limits.  It was recommended that the unit be operated on dummy load and that live antenna work be restricted to a minimum.    (6)

2.  Radar, NE51 Neon Bulbs.  It has been noted that several Naval activities are using the NE51 neon bulbs as an indicator for excessive microwave radiation intensities.  A supply of these bulbs was obtained and tests were run to determine their actual effectiveness.  The results of the tests are as follows:  At a frequency of 142.74 megacycles, it took approximately 20 milliwatts per square centimeter to fire the bulb when held by the base with the fingers.  When the bulb was freely suspended by a nonconducting string, it required over 1 watt per square centimeter to cause it to light. At a frequency of 1,100 megacycles, the bulb, when freely suspended, did not ionize until power had been increased to a point where exposed skin felt warm.  When finger held by the base, the bulb ionized at approximately one-half this power.  In all cases, the bulb did not light until after a safe level of radio frequency had been exceeded.  The physical size of the NE51 bulb would indicate that at certain frequencies, the bulb would ionize at a lower level of RF power.  Further tests will be made when instruments are available to determine power levels.  Such an instrument has been ordered. However, it does appear that the use of the NE51 is completely satisfactory as an RF "dosimeter".  Its efficiency appears to be dependent on frequency, and upon the manner of suspension.    (4)

3.  Ultraviolet, Laundry.  Potential ultraviolet exposure was found in a laundry where black lights were used for the identification of "invisible ink" markings.  With 40 Watt bulbs at 1' distance, an estimated Flux of 3 microwatt may result which is in excess of the permissible limit of 0.5 microwatt per square centimeter.  Shields have been recommended.    (6)

4.  Flash burns from welding operations.  Eight unrelated incidents of flash burn after short exposure to arc welding (ultra-violet) were reported. An educational campaign is contemplated for all employees exposed to welding operations to impress upon them the necessity for eye protection even for short periods of exposure to arc welding.    (19)

### III.  Ionizing Radiation

1.  Alpha Particles.  Anticipated exposures to thoron will occur during grinding, cutting and welding of thoriated magnesium castings containing 3% thorium.  This metal constitutes parts of the new J-7J engine and precautions

Exhibit 24.B
Page 1059

Enclosure (1)

will be taken to minimize exposures.                                              (6)

2. **Budd Iriditron radiographic unit** used in metallurgy has had three occasions where the control linkage hood has separated from the radioactive radiographer who discovered the failure received 0.8 R before realizing the accident. This exposure in one day necessitated his being removed from additional exposures for the rest of the month. The radiographers who recovered the source were monitored by Industrial Hygiene personnel. They wore wrist badges and dosimeter pencils that indicated an insignificant exposure was received by them in the pill recovery.                         (12)

3. **Cesium 137.** An encapsulated cesium 137 (2 curies) was dropped in the bilges of a submarine at about 0545. The source was being used for radiographic work near the forward engineroom bulkhead. While transferring the "pill" from the holder to the position of use, the workman slipped and dropped it into the water covering the bilge (about 3-4"). The area is very restricted due to numerous pipes and other interferences. The workman had not followed instructions regarding suspending a catch cloth under the transfer space. Whether or not such a cloth would have prevented the occurrence is not known.
After the source was dropped the workman attempted to recover it. After he had received about 40 milliroentgens exposure on his pocket dosimeter he decided that further attempts at recovery with the tools at hand would give him an overexposure. He called the Duty Officer and took all proper precautions including installing warning signs and roping off the area. Shop 67 was called in to make the recovery at about 0640 and the capsule was recovered at about 0720. The film badge of the man making the recovery indicated an exposure of 70 milliroentgens. The AN/PDR 27 used to pinpoint the source was inadequate for the purpose as it read off scale (500 mr/hr) when brought to a usable position.
It was suggested that drop cloths made of light materials and having grommets installed along edges be manufactured to enable the workmen to install the required catch cloths more readily in work areas.          (1)

4. **Cesium-137 Response of Film Badges and Pocket Dosimeters.** Experiments were conducted to determine the response of Dupont Type SX-222 films and pocket dosimeters of the IM-9 type to a Cesium-137 source of known strength. The films were exposed in standard holders, stock number 6665-299-9825. The dosimeters were found to read about 25% low as compared with the calculated dosage. An unusual feature of the dose-density curve is that the open-window and closed-window curves are identical, possibly as the result of the intensifying effect of the cadmium shield.                                        (19)

5. **Cobalt 60.** A 10.5 curie Cobalt 60 source was received at the Materials X-ray Laboratory during this quarter. This source obtained for radiography purposes was purchased from the Budd Manufacturing Co., Phoenixville, Pa. as a replacement for a leaky Radium 226 source which was surveyed. With the cobalt in its most exposed position readings of 20-25 mr/hr were recorded exterior to the concrete structure housing the isotope. Semi-annual wipe testing for source leakage will be conducted.                                       (8)

6. <u>Gamma Evaluation Devices</u>. A comparison was made of the readings obtained when film badges (Dupont 508), pocket dosimeter (IM-9's), and a survey meter of the AN/PDR-27 series were used to determine gamma dosage in the lower level of a reactor compartment. Film badges and pocket dosimeter were exposed simultaneously in locations that had been checked with the survey meter immediately prior to exposure. Poor correlation was obtained among the various readings, indicating a need for further study of this problem. (19)

7. <u>Gamma Radiation Exposure of Crane Operator Study</u>. A radiological survey of the waterfront area below the recently relocated Radiac Facility was conducted, while the UDM-1A was operating in the "open" and "Unattenuated" position. This survey was accomplished in compliance with BuShips Notice 9673 Ser 915-10, requesting that a survey be made of the area exterior to the building housing the Radiac Calibrator Set. Because of their altitude, in respect to the fifth floor location of the UDM-1A, particular emphasis was placed on determining the radiation exposure to outside crane operators working in the vicinity of the piers. The maximum intensity exposures to the crane cab operator were found to be 0.6 to 1.0 mr/hr when the crane moved in front of the main beam, at a distance of approximately seventy feet from the source. This exposure is of short duration however, as it only occurs when the crane is in transit from one pier to another. At the usual working location of the cranes along the piers readings to 0.1 mr/hr were measured. At the ground level along the waterfront the highest intensity was found to be 0.1 mr/hr. The results of this survey indicated that shielding of the UDM-1A was adequately placed and calculated to obtain effective attenuation of the UDM-1A radiation beam.

Previously a study had been made within the building containing the UDM-1A, to determine levels of radiation reaching the office areas with the source operating at full potential. Particular attention was given to personnel working one floor down from the UDM-1A location. All intensities found at this level were within allowable limits, ranging from 0.02 to 0.4 mr/hr. In areas adjacent to the source background readings were obtained. (8)

8. <u>Iridium 192</u>. One incident involving the use of a 68 curie radiographic source of Iridium 192 resulted in an exposure of 3 rem to one employee. Investigation disclosed no certain explanation. Employee did recall a sharp bend in the source tube prevented the source from being extended and evidently during repositioning of the equipment the source must have momentarily moved from the housed position. (9)

9. <u>Neutron Test Source</u>. A neutron test source removed from the USS SARGO by the ship's force was received by the Shipyard for storage and ultimate disposal. The radiation levels were considerably lower than had been indicated in the procedural manual, and no difficulties were experienced in the handling, transport, and storage of the source. (19)

10. <u>Telephone JackBox Radioactive Markers</u>. An inspection was made of radioactive material in a Supply Department storage cage. Tests with radiac set AN/PDR-27 revealed gamma activity of 10 to 15 mr/hr. established by the Atomic Energy Commission for radiation levels in unrestricted areas. However,

Enclosure (1)

Exhibit 24.B
Page 1061

markers containing radium continuously liberate radioactive radon gas which can
permeate the floor area. The concentration of radon gas can exceed permissible
limits and as such constitutes a potential health hazard from internal radiation.
    It was recommended that until such time as these jack boxes are disposed
of, a window exhaust fan be installed in the radioactive material storage cage
and operated continuously to expel radon gas outdoors.                    (10)

    11.  **Wipe Tests and Decontamination.**  During the past quarter a total
of four hundred thirty seven radiac sets were wipe tested. Of this number
twenty two were AN/PDR 18B sets which had been field changed and showed no
presence of contamination. Four 18B's were not field changed and required
decontamination only at the window area. Activity counts of the removed sources
ranged from 2584 to 7644 counts per minute. Window wipe counts ranged from a
background count to 341 CPM. The remaining instruments consisted mostly of
AN/PDR-27's and 18's. Exterior wipes of this latter group revealed no activity
above background.
    Semi-annual wipe testing of a metal safe containing radioactive isotopes
located at the Radiography Lab were performed. Wipes of the 473 millicurie
Cobalt 60 source and two radium 226 sources showed no significant activity
above background. Activity up to 1500 counts per minute were measured on wipes
from the second one milligram radium source while 3131 counts per minute were
found on sections of the safe interior. The contaminated radium source is no
longer needed and will be surveyed.
    Semi-annual wipe tests of eleven radioactive isotopes and their respective
shielded containers from the Damage Control School, Newport, R.I., were conducted.
The eleven tested sources consisted of five Cesium 137 ranging from 7 to 70
millicuries, five Cobalt 60 and one Radium 226. No significant counts above
the background count were found with the exception of the radium. Although a
wipe of the radium source revealed little activity, 11,000 counts per minute
were measured on a wipe from the radium pig indicating contamination. It was
recommended to the Command that the source and source container be surveyed.  (8)

    12.  **Radiation levels during criticality of USS SARGO.**  The radiation
levels aboard the SARGO and in adjacent dockside areas were determined during
recent dock trials. Additional data was collected during sea trials. The
meters used included an AN/PDR-27 for gamma radiation, a Nuclear Chicago Model
2112 neutron meter with probe intact for fast neutrons, and the same meter
with paraffin and cadmium removed from the probe for slow neutrons. On the
basis of the findings, safe stay times were determined for locations of interest
at various power levels. Contrary to expectation, the fast neutron dose exceeded
the gamma dose in several locations, indicating the need for careful monitoring
of neutron exposure. The slow neutron radiation level was found to be negligible
compared to the other types of exposure.                                 (19)

    13.  **Radioactive Material Storage.**  The storage of radioactive materials
in the Supply Department was monitored. These items consist of radio tubes,
clocks, compasses, alidades, tachometers, etc. The detected levels of activity
were below 7.5 mr/hr at one meter. This is the maximum allowable in storage non-
radioactive work areas and safe for continued unrestricted work in this area. (12)

Exhibit 24.B
Page 1062

14. **Radioactive Waste**. The storage area for radioactive waste material awaiting disposal developed an accumulation of radon gas. In order to prevent a build-up of radioactive gas in excess of the maximum allowable concentrations, louvered vents were installed in the building to permit natural ventilation and dilution of the gaseous decay products. (12)

15. **Radiac Repair Facility**. The RADIAC repair facility was moved to a new building, partially underground. A radiological health survey indicated about 4 mr/hr in the vicinity of two, one-milligram radium sources. These sources are used for low range calibration. The roof of the building is on the same level as a seldom used parking area. One area of the roof, in the beam of the 110-curie as 137 source reads 30-70 mr per hour when the source is open. Considering the time the source is open, overexposure is highly unlikely. It was recommended, however, the potential hazard eliminated by shielding, or an adequate warning sign be placed in the area. Recommendations were also made to construct a shield to be used during source use. (3)

16. **Radon Breath Sampling**. During the routine series of tests for Radon in the exhaled breath of employees exposed to radium salts two individuals exhibited Radon values in excess of one micro-micro curie per liter. These employees were removed from further exposure and were retested. The retests, performed at the Massachusetts Institute of Technology, were well within the threshold limit value. It appears that the original samples were either contaminated inadvertently or that the vacuum in the sampling flasks was partially lost prior to the tests. (5)

17. **Radon**. Radon content of the room air in a granite building where radium capsules are stored showed a maximum concentration of $2.5 \times 10^{-9}$ microcuries per ml. Normal background of the outside atmosphere was $10^{-10}$ microcuries/ml. The possibility of radon leakage from the capsules was investigated air samples and wipe tests of the capsules were negative for leakage. Computations of the amount of radon emitted from the natural radium content of granite under "closed room" conditions indicated that radon concentrations of this level could develop from the granite walls. Under normal occupancy conditions, with the ventilating fan operating, the radon content of the air would only be slightly above normal background of the outside atmosphere. The present maximum permissible standard of $3 \times 10^{-8}$ mc/ml for radon was not exceeded under any condition. (9)

18. **X-ray, Helicopter Blades**. This activity is currently X-raying a very large quantity of helicopter rotor blades. To ensure the structural integrity of the blades it is necessary to X-ray every lineal inch of the whole 20 foot length. 18 men are employed in this project and the work is done on three shifts. A portable 125 KV machine is used. The tube is mounted on a movable frame so that it can be easily positioned for each shot. The operation is set up in an abandoned building remote from inhabited areas. Warning signs are posted on all approaches to the X-ray area. The control panel is set up back of a wall reinforced with lead panels. The

-76-                                    Enclosure (1)

Exhibit 24.B
Page 1063

operators position the tube and the film for each shot and then retire be-
hind the radiation shield. When it is found that all the personnel are
shielded then the exposure is made. With practice it is possible to conduct
the work in this manner quickly and efficiently. The average exposure is
1.5 to 2 minutes. During the 40 days the project has been in operation the
personnel exposures to X-rays were well within the permissible limits specified
by the Bureau of Medicine and Surgery.                                   (5)

19. _X-ray, Helicopter Blades_. An emergency project requiring the
X-ray of helicopter blades was assigned to the Aeronautical Engineering Group.
Approximately 7,200 X-rays have been taken of 200 blades. The techniques used
was 125 KV at 5 MA for 12 seconds, and 105 KV at 5 MA for 12 seconds. The X-
ray machines were set up in a large hangar space with the tubes pointed at
approximately 30° toward an open end of the hangar, (door open). A tolerance
which was easily met was established at a maximum of 0.5 mr/hr. A shield
containing 0.25" lead was constructed and placed for the protection of as-
signed personnel. 0.5 mr/hr isodose lines were established and roped off
and red blinker signals strategically placed around the boundary to warn
personnel while X-rays were being taken. Film badges worn by assigned per-
sonnel have indicated no exposure.                                       (14)

20. _X-ray, Helicopter Blades_. A special project requiring X-ray
of all the helicopter blades on HUK/HSS is nearing completion. These heli-
copters were grounded until all blades were checked by X-ray. Because of
the urgency of the project, a second shift was added and a second industrial
X-ray unit set up in a temporary location.
    The area was so located that it was practicable to rope off and mark an
area not to exceed 1 mr/hr as measured by an ionization chamber (Cutie Pie).
All technical personnel wore film badges and at least one on each shift wore
pocket dosimeters. Other personnel were required to remain outside the de-
signated area during use of the X-ray unit. Potential hazards were discussed
with personnel concerned and precautions planned prior to starting the pro-
ject. None of the group has received as much as 0.03 roentgen/month during
this crash program.                                                     (16)

21. _X-ray, Quartz Crystal Testing_. The chief radiation hazard
associated with use of the X-ray machines in the crystal section, used for
quartz crystal testing, is one of possible skin injury, e.g., finger burns
from repeated exposure to the narrow slit-beam emitted. Secondary radiation,
or whole body radiation, is of a very low level during normal operations.
The machines operate at low energy giving x-radiation of relatively low pen-
etrating power. Previous inspections of these x-ray machines revealed that
metal shields, installed on the machines by the manufacturer for purpose of
absorbing the slitbeam which may inadvertently miss the radiation measuring
tube target, have either been removed or reduced in size beyond their use-
fulness as a safeguard. This condition was reported again to the shop after
inspection of the facility on 2 August 1960. Successful tests were then made
using film badges and radiation detecting devices to prove the contention
that the slit-beam does occasionally miss the target and that a shield is a
necessary safeguard accessory. In addition, the shop's made a suggestion that

-77-

a one inch aluminum plate extension to the bottom of the hand shield will insure the x-ray beam cut-off before the operator changes the crystals being tested. On the one machine in continuous operation (Phillips) both of these features have been introduced. It was recommended that the slit-beam protective shield be replaced on all operating machines and hand shields modified as described above. (12)

22. X-ray Exposure From Radar Equipment. Certain units of an AN/SPS-37 radar set were checked for X-ray emission during power operation. The meters used included an AN/PRD-27 J and a Nuclear Chicago Model 2586 Cutie-Pie. No readings were obtained with the cabinets securely closed, but readings as high as 100-200 mr/hr were obtained on both meters in the immediate vicinity of the power amplifier with the cabinet doors open. The AN/PDR-27 J gave a reading of 100 mr/hr near the radar modulator and 50 mr/hr at the high voltage rectifier, both units being checked in the open condition. No readings were obtained with the Cutie-Pie on these units. Subsequent experiments have led to the conclusion that these results are probably erroneous. The Cutie-Pie has been found to respond in an R-F field, and the AN/PDR-27 J gives readings when in the vicinity of certain types of radar equipment. It is planned to resurvey the AN/SPS-37 equipment with a Cutie-Pie that has been shielded against R-F radiation. (19)

IV.    Substitution of Toxic Solvents by Less Toxic Materials

None

V.    Notes

A.    General

1. Cholinesterase Inhibitants. Approximately eight chemists in the Material Laboratory will be working with extremely toxic organic phosphorus compounds which are powerful cholinesterase inhibitors. A thorough evaluation of the procedures to be used has been made, and adequate ventilation and other personnel control measures have been established for the areas in which these toxic chemicals will be used. One of the necessary medical control measures will be periodic cholinesterase determinations on exposed employees. Base line cholinesterase activity levels have already been determined for three employees, and as a matter of interest they are as follows:

Cholinesterase Activity ( $\Delta$ pH/hr.)

| Employee | Plasma | Red Cell |
|----------|--------|----------|
| A | 1.63 | 0.92 |
| B | 1.53 | 0.94 |
| C | 1.21 | 0.86 |

(10)

2. Parachute Harness Cleaning. The "Occupational Health Hazard Release #24" described an operation of cleaning parachute harness using

-78-                    Enclosure (1)

Exhibit 24.B
Page 1065

toluene which required ventilation. Cleaning of this type nylon web equipment has been done satisfactorily at this activity for a number of years, using a washing machine, detergents, and hot water. (15)

3. _Phenol Formaldehyde_. Phenol formaldehyde casting resin and hardener (dilute hydrochloric acid) are strong irritants to the skin and eyes. General workroom ventilation normally is adequate for casting. Mixing operations where performed in confined locations should be provided with 250 c.f.m. exhaust ventilation. During weighing and mixing, employees in the near vicinity should wear cartridge respirators, rubber gloves and acid goggles. (9)

4. _SCUBA_. Air compressors for filling compressed air tanks for SCUBA divers must produce a clean air, free of oil mist and carbon monoxide, as prescribed in "Standards for Compressed Gases" by the U.S. Navy Experimental Diving Unit, Washington, D.C. The Cornelius Company, 550 39th Avenue, N.E., Minneapolis 21, Minn. states that their 4 cfm Model 3800202, electrically driven compressor produces air of good quality for filling SCUBA air tanks. (1

5. _Diving near sonar equipment_. Inspection was made of diving operations. Emphasis was on the potential hazard involved in diving near high powered SONAR equipment such as that installed aboard the USS JOHN S. McCAIN, in which the established minimum safe distance is 300 yards. The purity of the diving air supply was also evaluated and appropriated recommendations made for assuring a pure air supply. (19)

6. _Radiation Control Manual_. A "Radiation Control Manual for Naval Nuclear Propulsion Plants" was written jointly by the Industrial Hygiene Division and the Nuclear Power Division. This manual details the responsibilities of all shops and codes concerned. (2)

7. _Fire Department Radioactive Material Program_. A program has been started for providing the fire department with complete up-to-date information on all radioactive materials used in the shipyard. This includes inventory of all sources, type of shielding, weight of unit and dangers that may be encountered in case of fire. Data sheets have been prepared listing this information in tabulated form. A training program will be given to fire fighters as a continuation of this program. (9)

8. _Pump, Air-Sampling, Low-Rate_. A new low-rate air sampling pump (American Instrument Co.) was appraised for possible use with indicating tubes filled with impregnated gels (NBS-CO tubes, etc.). There are no literature references relative to such uses of this pump. (18)

9. _Ultraviolet Lamps_. Union Carbin Corporation, American Speedlight Corp. and General Electric Co. furnished excellent replies to correspondence requesting information relative to use of ultraviolet lamps in the plate making and microfilm processes of the printing industry. The information was required in connection with the survey made at Defense Printing Service. (1

-79-                    Enclosure (1)

Exhibit 24.B
Page 1066

11. **Cadmium Plating.** Following the cadmium plating of small parts in a rotating plastic drum, employees were removing parts into a bucket prior to rinsing and carrying the bucket by hand to a rinse tank. The drum was handled by a hoist on a mono-rail. This procedure, due to splashing and drainage of the perforated "Bridge" used for introducing the parts into the bucket contaminated a relatively large area and the assigned employee with the solution. Under the new procdure the drum, after a short drainage period, is transported on the monorail to the adjacent rinse tank for rinsing prior to removal of the parts. A metal through bridging the space between the tanks drains back into the plating tank, thus preventing cyanide solution from dripping on the deck.   (14)

12. **Protective Creams, Flammability.** Incidents of flammability of certain hand creams have been reported from fleet activities. This is a standard hand cream carried in Naval stocks as "Ink remover" (Spec. PH-0031; Stock No. GF 8520-527-9942) and is presumable composed of an alkaline oxidant and a detergent. It is claimed that exothermic reactions are produced with fuels or oily residues resulting in actual deflagration. Specimens have been requested for tests.   (6)

B. **Industrial Hygiene Services Provided Other Military Activities**

1. Mr. Oscar Sobol, Senior Industrial Hygienist of the Medical Department of Alameda Air Station, was detailed for one month to Naval Air Station, Atsugi, Japan to conduct a noise abatement study. Upon completion of this assignment, he visited the Naval Air Station, Kaneohe, Hawaii and PMU 6. At Kaneohe assistance was given to the Aircraft Maintenance Department in their use of jet noise suppressors. At PMU 6 assistance was given in calibrating the Soundscope, and a Tape Recorder and Standard Tapes for calibrating purposes were prepared.   (5)

2. Mr. Erni Storlazzi, Senior Industrial Hygienist of the Shipyard Medical Department served as a member of the On Site Survey Team that made a inspection of Portsmouth Naval Shipyard.
A survey of the radiation hazards at the U. S. Naval Air Station, South Weymouth, was started. Badges were posted in the vicinity of radar units and are being worn by personnel working in these areas.   (6)

3. The Industrial Hygiene Division of the Weapons Plant Medical Department provided industrial hygiene surveys to the following PRNC and SRNC activities:

U. S. Naval Research Laboratory, Washington, D. C.
David Taylor Model Basin, Carderock, Maryland
U. S. Naval Engineering Experiment Sta., Annapolis, Md. (Thermo-Electric Lab.)
Defense Printing Service, CNO, Washington, D. C.
U. S. Naval Propellant Plant, Indian Head, Maryland

A study was made of engine room lighting and ventilation of the crew's berthing space on a YTB. Recommendations to improve deficiencies were

-00-

Enclosure (1)

**Exhibit 24.B**
**Page 1067**

developed from the following references:

(1)  BuShips Design Data Sheet on Ventilation, DDS 3801-1-C, Page 13, Section 7 of 27 July 1950

(2)  BUIED P-5010-3, Ch. 3, Ventilation & Thermal Stress Ashore & Afloat, Section 3-14, paragraphs 6a and 6e, and Section 3-31, paragraph 6 Aug. 1950.

(3)  BuShips Standard Electrical Drawing 9SC4953-L, Part 2, Sheet 22 of 39, and Part 1, Sheet 7 of 39 22 May 1951.                                    (10)

A study was made of mercury vapor atmospheric contamination and sound pressure levels in certain locations of the Experimental Diving Unit and Deep Sea Diving School.                                                                        (18)

4.  The Industrial Hygienist conducted a comprehensive survey of the Naval Training Device Center, Port Washington, N.Y. and its Mineola Annex at the request of the Commanding Officer of this activity.                     (10)

5.  The Industrial Hygienist of the Naval Shipyard Medical Department made an industrial noise survey for the Stockton Annex, NSC, Oakland.     (1)

6.  The Industrial Hygienist conducted the annual survey of the U. S. Naval Underwater Ordnance Station, Newport, R.I.                                (20)

7.  The Industrial Hygiene Division of the NAS Medical Department provided annual industrial hygiene survey service to the U.S. Naval Training Center, San Diego and the U.S. Marine Corps Base, Camp Pendleton.          (6)

C.  Education Services and Other Notes About Navy Industrial Hygienists

1.  Mr. Jack McElhiney delivered a lecture on noise, noise control, and ear protection to 60 members of the San Francisco Federal Safety Council on 9 September 1960.  The lecture included a simulated audiogram, with the cooperation of the Belltone and Maico representatives, and a moving picture from the Research Center, Subcommittee of Noise, Los Angeles, California.
Mr. McElhiney used an interesting visual aid in another lecture to demonstrate the difference between exhaust and supplied air ventilation.  Dry ice was placed in a large Pyrex glass container, hot water poured over it to furnish vapor to make it visible, and the gas and fog blown and pumped out of the container alternately.  Pumping the fog out (suction) was demonstrated to be much faster than attempts to remove it by blowing.  In order to protect the ventilation motor from the water vapor it was necessary to install water trap in the suction line.  The demonstration has the advantage of having a visible fog level and satisfactorily shows some of the reasons for using exhaust ventilation rather than blowers for ventilation.                       (1)

2.  Mr. Oscar Sobol prepared a paper entitled "Thermal Stress in the Work Environment" for the State of California Health Department's "Industrial Hygiene Training Manual".  During his trip to Hawaii and Japan on a special

Enclosure (1)

Exhibit 24.B
Page 106B

assignment, he was a guest speaker of the Federal Safety Council at Honolulu, Hawaii; his subject, "Non-Industrial Noise in the Community and Its Importance". (5)

3. A copy of the paper "Two Unique Ventilating Systems for Control of Methanol Vapor from Duplicating Operations" presented by Mr. Dan Bessemer, Senior Industrial Hygienist, at the 1958 National Industrial Health Conference in Atlantic City, was requested by North American Aviation, Inc., Downey, California. (4)

4. A lecture on medical aspects and control of microwave radiation hazards was given by Mr. Irvin Allen to personnel aboard the USS GEARING (DD-710). (13)

5. Courses of instruction on industrial hygiene for Flight Surgeons and AVT's, given by CDR. R. E. Mebelung, MSC, USNR, were recently completed at the School of Aviation Medicine. (15)

6. During the first three quarters of 1960, the Radiological Health Branch of the Industrial Hygiene Division has participated extensively in the indoctrination and training of Shipyard employees. The following breakdown is presented to indicate the area covered, the group of employees to whom presented, the number of sessions, and time spent per session:

| Material Presented | Group Representing | No. of Sessions | Time/ Session |
|---|---|---|---|
| 1. Basic Radiological Health | All New Employees, Office Workers & Trades Personnel | 60 | 35 Min |
| 2. Basic Radiological Health, Management Responsibilities, Supervisory Responsibilities | First Line Supervisors | 3 | 75 Min |
| . Basic Radiological Health | New Apprentices | 1 | 35 Min |
| . Basic Radiological Health | New Cooperative Study Trainees | 1 | 35 Min |
| . Basic Radiological Health | Enlisted Personnel Assigned for Welder Training | 2 | 60 Min |
| Medical Aspects and biological effects of radiation | Student Officer Personnel | 2 | 120 Min |

-82-                              Enclosure (1)

Exhibit 24.B
Page 1069

| Material Presented | Group Representing | No of Sessions | Time/Session |
|---|---|---|---|
| 7. Biological Effects of Radiation | Radiation Monitor Trainees of Code 301R | 1 | 120 Min |
| 8. Radiological Health | Metals Inspectors (radiography) | 4 | 60 Min |

The material presented to all new employees, cooperative study trainees and apprentices is basic in nature and is not intended to completely prepare them from work in radiation areas. They are presented with the idea that a well informed Shipyard employee is the best public relations representative for the Navy. (9)

7. A presentation concerning the health physics services provided by the Industrial Hygiene Division during construction or repair of nuclear powered vessels was given to officers in training for service on such ships. (2)

8. Three members of the Industrial Hygiene Division attended a three-day seminar on Special Weapons Accidents being conducted by a team from Field Headquarters, Defense Atomic Support Agency. (19)

9. Mr. Harry F. Roegner has satisfactorily completed the training program qualifying him as an Industrial Hygienist, GS-9. His promotion to this grade and series has been recommended. Mr. Roegner is now attending the U.S. Public Health Service, Industrial Hygiene Engineering School at Cincinnati, Ohio. (4)

10. One Physical Science Technician, GS-5, was hired to assist in the radiological environmental survey program and three Physical Science Technicians, GS-5, were selected for supervisory monitoring positions. Upon completion of training, the supervisory monitors will be upgraded to GS-6. (19)

-83-    Enclosure (1)

Exhibit 24.B
Page 1070

Release No. 26                                    For Official Use Only

\* Number in parenthesis listed throughout this Report refer to the following stations:

      (1)  NSY San Francisco, California
      (2)  NSY Mare Island, California
      (3)  NSY Long Beach, California
      (4)  NSY Puget Sound, Bremerton, Washington
      (5)  NAS Alameda, California
      (6)  NAS San Diego, California
      (8)  NSY Boston, Massachusetts
      (9)  NSY Portsmouth, New Hampshire
   (10)  NSY New York, New York
   (11)  NSY Philadelphia, Pennsylvania
   (12)  NSY Norfolk, Virginia
   (13)  NSY Charleston, South Carolina
   (14)  NAS Norfolk, Virginia
   (15)  NAS Pensacola, Florida
   (16)  NAS Jacksonville, Florida
   (17)  NAS Corpus Christi, Texas
   (18)  NWP Washington, D. C.
   (19)  NSY #128, Pearl Harbor, Hawaii
   (20)  NAS Quonset Point, Rhode Island
   (21)  NAD Crane, Indiana
   (22)  NSC Oakland, California
   (23)  NOD China Lake, California

Enclosure (1)
Exhibit 24.B
Page 1071