

**DEPARTMENT OF THE NAVY**
BUREAU OF MEDICINE AND SURGERY
WASHINGTON 25, D.C.

IN REPLY REFER TO

BUMED-733-mh
6260
1 May 1961



2059

455

From: Chief, Bureau of Medicine and Surgery
To:   Activities Submitting Occupational Health Reports (NavMed 576)

Subj: Occupational Health Hazards; Release No. 27

Ref:  (a) MANMED 23-21

Encl: (1) List of Occupational Health Hazards (October-December 1960)

1. The Quarterly Occupational Health Hazards Reports (NavMed 576) for October through December 1960, submitted in accordance with reference (a), have been reviewed by the Occupational Medicine and Dispensary Division (Code 73). Potential health hazards of special interest have been selected from these reports and are forwarded herewith as enclosure (1).

2. The compilation contained in enclosure (1) is intended as a ready reference to current problems, and in some instances will avoid duplication in the solution of these problems. It is also intended to aid Medical Department personnel in the recognition of potentially hazardous materials and processes. Further information regarding specific hazards noted in enclosure (1) may be obtained from the originating activity.

3. The information contained on the composition of materials is to be treated as manufacturer's "Discreet" proprietary information, in accordance with SecNav Instruction 5570.1A of 6 April 1957. It is to be used solely for the control of potentially toxic materials and is not to be released for any other purpose.

A. S. Chrisman

A. S. CHRISMAN
Acting

Copies to:  (2 each)
NDS&RCS
INSNAVMEDACTS
Chiefs of Bureaus
CMO (OP281)
MSTS
CMC

GOVERNMENT
EXHIBIT
403

Exhibit 24.B
Page 1083

OCCUPATIONAL HEALTH HAZARDS
Derived from Industrial Health Reports
October 1960 through December 1960

Release No. 27

For Official Use Only

I. Chemical Health Hazards and Their Control

A. Inhalation Hazards Due to Vapors, Fumes, Mists, Gases and Dusts

1. Asbestos Dust. Further samples have been taken to determine
the extent of exposure to asbestos dust by pipe coverers and insulators
working aboard ship. Results of the samples taken are as follows:

| Operation | Dust Count-mppcf |
|---|---|
| Installation of asbestos cloth | 5.5 |
| Installation and sawing insulation block | 20.0 |
| Installation of insulation block | 3.9 |
| Sawing insulation block | 27.0 |
| Installing block insulation | 11.7 |
| Mixing magnesia cement | 5.6 |
| Sweep-up after coating asbestos on boiler | 92.5 |
| Rip-out of pipe insulation | 6.8 |

In general, it is concluded that while cutting and installing
insulation block and when ripping out old insulation, the dust counts
usually exceed the safe concentration, assuming all the dust to be asbes-
tos. When installing asbestos cloth and prefabricated insulation, the dust
counts generally are within acceptable limits. It has been recommended
that pipe coverers and insulators performing dusty jobs be required to wear
dust respirators. In some cases, it may be feasible to wet down the insu-
lating material before the work is begun, to reduce dust formation.      (4)

2. Carbon Monoxide. An employee engaged in driving a pick-up
truck complained of headaches from fuel vapor escaping into the cab. It
was found that after a 15 minute operation of the engine with the cab doors
closed carbon monoxide concentration reached 40 ppm. and combustible vapors
100 ppm. The truck was returned to the transportation division for neces-
sary repairs to correct the above condition.      (6)

3. Carbon Monoxide. A patient sent to this dispensary from
another PRNC facility was diagnosed as having possible carbon monoxide poi-
soning. He was working in the closed cab of a "dock mule" that had recently
been in the shop for repair, during which time the exhaust system was changed.
At 0800 the patient reported to his own medical officer exhibiting headache,
vertigo and nausea. He was referred here at 1425 where a laboratory analysis
showed slight carboxyhemoglobinemia thus emphasizing the need for prompt lab-

-88-

Exhibit 24.B
Page 1084

(15)

oratory evaluation in such instances.

4. Epoxy Resin. Health precautions were requested for personnel assigned to grinding and power sanding fiberglass reinforced epoxy resin super-structure sections. The dust is non-toxic, chemically inert, of nuisance value only, but a mechanical irritant on the skin because of the needle like structure of the fiberglass.

(9)

5. "Gaco Primer". The application of Gaco primer and cement in connection with a hull dampening job aboard a ship was to be accomplished under de-humidified conditions. For this purpose two de-humidification units each with 500 cubic feet per minute capacity were installed in the area and appear to have been effective. A layer of vermiculite on the hull surface created a prominent dust problem during the initial stages of the job, when the vacu-blasting equipment failed to capture effectively the fine vermiculite particles generated during the process. This failure was due in part to the difficulty of holding the nozzle flat against the surface, leakage through the brush, and the inability to reach into confined corners. Air concentrations of xylene vapor during application of the primer were measured at 400 - 500 parts per million. Three air ejector type suckers attached to 3" hose and equipped with portable hoods were used to control air-borne dust and solvent vapor. All employees were required to wear air-line respirators.

(8)

6. Hydorgen Chloride from ——— Fire. A short in a temporary light aboard ship produced a fire in a molded rubber socket and caused charring of a piece of canvas. Four employees developed conjunctivitis of the eyes, headache and coughing from the inhalation of smoke. It was estimated that as a results of the thermal decomposition of these materials that a concentration of 16 ppm. of hydorgen chloride was produced. All employees were returned to duty after the compartment was ventilated; only temporary discomfort resulted from inhalation of the smoke.

(9)

7. Ozone, Photo-Lofting. A photo-lofting operation has been recently installed at this activity in place of the old type lofting operation. The photo-lofting involves the drawing of small scale lofting diagrams and their reproduction by a photographic process. These diagrams are then projected onto a frosted glass screen where they are traced by a German-made Telerex cutting machine which automatically burns the steel plate in the shape of the diagram. During a routine inspection of the cutting operation, which to date has been limited to trial and adjustment of the machine, an odor resembling ozone was noted. A sample was taken at the operator's station. 0.24 ppm. of ozone were found. This apparently is formed by the action of the projection light. There is also a bank of mercury vapor rectifiers which may contribute. With the acquisition of new apparatus and reagents, a refined ozone determination method developed by the University of Washington is being tested.

(4)

8. Penetone Inhibisol. Penetone Inhibisol brushed onto the surface of metal plates, wiped off with paper towels and discarded into an open waste basket gave rise to sufficient solvent vapor in air within a small dust-free enclosure to cause frequent headaches to the employee doing this work. A small

-89-

Exhibit 24.B
Page 1085

exhaust fan without a hood, located at the top center of the room did not adequately remove the vapor, and due to the rarity of this work and limited space in the room, installation of a hood was not warranted. It was recommended that the number of open containers of solvent in the room be reduced, that the basket containing the solvent soaked towels be covered and removed from the room, and that rubber gloves and chemical cartridge respirators be worn while using the solvent.                              (7)

9. **Saran Coating.** A request was received from the welding shop for toxicological evaluation of the possible "breakdown" products to be encountered when scarfing on saran coating ( a vinylidene chloride and acrylonitrile copolymer resin). Information was forwarded concerning the Threshold Limit Values for free chlorine and hydrogen chloride, the most logical suspects in thermal breakdown of the material in question. A recommendation was made for respiratory protection to be worn during all scarfing, welding, and burning operations on surfaces from which the protective coating had not been removed.                              (19)

10. **Teflon.** As a result of a medical admission to the Dispensary, an inspection was made of a plastics section. The workman had a fever (10.0°) and influenza-like symptoms. The white count was apparently not affected by his exposure. His recovery was complete in about 24 hours. Teflon was sprayed on various stowage parts which, after they were dried, were placed in an oven heated to 750° Fahrenheit for about 20 minutes, then removed and quenched in water. The work was being done in a room about twenty-five feet square with a spray paint booth in one corner. The oven was located about four feet from the paint booth opening. Smoke tube tests indicated that when the door was opened the convection currents set up by the heat were sufficient to spill the decomposition products into the general room atmosphere rather than into the ventilation provided by the booth. The oven was then placed in the entrance to the booth, and it was demonstrated that any decomposition products would be adequately removed by the ventilation provided. The supervisor will make this a standard work procedure.                              (1)

11. **Tolylene Diisocyanate.** Investigation was made of an experimental application of polyurethane foamed-in-place plastic on a bulkhead by means of spraying. This is a new process which, if adopted, should facilitate that installation of insulation aboard ship. The spray painter wore a canvas air-fed hood, plastic gloves, and one piece coveralls. He appeared to have no complaints. The industrial hygienist doing the sampling wore an organic vapor respirator, but no eye protection. Considerable eye irritation was experienced. Two samples taken three to four feet behind the spray painter showed concentrations of 20 and 25.8 milligrams TDI per cubic meter of air. A sample taken three minutes after the application had ceased showed a concentration of 7.75 milligrams TDI per cubic meter. The threshold limit value for TDI is about 0.7 milligrams per cubic meter, or 0.1 parts per million. Ventilation for the operation consisted of two five-inch flexible tube exhaust ventilators. It is concluded that under the observed conditions, excessive amounts of TDI are emitted during this operation. It will be recommended that the applicators be provided with full-face air supplied respirators, and that unprotected personnel be excluded from the work area until thorough ventilation has taken place

-90-

Exhibit 24.1
Page 1086

12. <u>Trichloroethylene</u>. The Industrial Hygiene Division was requested to investigate a cleaning process aboard ship involving tricholorethylene. The question arose as to whether or not it was safe to weld in the vicinity. Investigation revealed that the tricholorethylene was brought aboard in a 55 gallon drum and was circulated through a closed system. No vapor could escape. Accordingly, approval was given for nearby welding operations. (4)

13. <u>Tri-Sodium Phosphate Mist</u>. An industrial health survey was made in an aluminum cleaning and anodizing area. Four tanks are located in a sheet metal shed about 14 feet high by 20 feet square. An air driven hoist on a monorail extended across the tank and into the open air over a loading platform. Rinse tanks are located adjacent to a heated tank containing a solution of tri-sodium phosphate and a tank containing a cold solution of chromic acid. Oil, grease, and loose aluminum oxide are removed in the rinse tank. The aluminum parts are then placed in the chromic acid tank to give it a firm protective coating of oxide (anodizing). It is then rinsed in a hot water tank to speed drying and removed to the loading area.

Three breathing zone air samples were taken by the tri-sodium phosphate tank. They varied from 2 to 30 milligrams per cubic meter, calculated as sodium hydroxide. Three general room atmosphere air samples varied from 0.2 to 1.7 milligrams per cubic meter. The threshold limit value, expressed as sodium hydroxide, is 2 milligrams per cubic meter.

Exposure time of the operator was intermittent and limited to the time necessary to lower and raise the load from the tank, one or two minutes, about three times per hour. It was therefore, recommended that he wear a mist type respirator while in the vicinity of the alkaline tank.

It was, also, noted that the chromic acid was inadequately rinsed from the aluminum. Additional rinsing was recommended to prevent unnecessary hazards to welders and sheet metal workers during handling and welding. (1)

14. <u>Shipboard Confined Space Incident</u>

A. <u>Nitrogen</u>. Inadvertent inboard venting of a ship's nitrogen bank into an occupied compartment presented a potentially catastrophic hazard. Men complained that they were becoming dizzy and experiencing difficulty breathing and even noticed trouble in lighting matches or keeping their cigarettes burning. This focused attention on the situation. Tests made one half hour after the men left the compartment showed an oxygen deficiency of 3 to 4%. (One hour after the incident the concentration of oxygen had reached normal proportions.) Investigation showed that this oxygen deficiency resulted from a compressor testing operation, when a valve was inadvertently left open, releasing an estimated 25,000 cubic feet of nitrogen into the compartment. Ventilation restored the oxygen concentration to normal without further incident. It was recommended that corrective measures be taken to prevent recurrence and that a process instruction be issued delineating the safe practices to be followed for these tests so that the nitrogen bank would not be vented within any compartment. (9)

-91-

Exhibit 24.B
Page 1087

B. **Lacquer Thinner**. Three sailors were scraping paint and painting the Gunnery Division head on a carrier undergoing repair in the Shipyard. The compartment was about 18 feet square and 8 feet high. It was separated for some distance down the middle by a sheet metal bulkhead extending from the deck to a foot or so below the overhead. No ventilation was provided to the space during the time of exposure.

One of the men obtained a gallon of lacquer thinner from a 55 gallon drum located on the Hangar Deck to wash out the brushes used for painting. This worked so well that he and the others washed their hands and arms with the thinner to remove the paint. He then started to wash the paint spots from the deck with the solvent. The vapor from this operation soon became unbearable to two of the men and they persuaded the third to join them in a "breather" in an adjacent compartment. While the two watched television, the third left to complete the cleanup. He poured the thinner over the deck and started scrubbing it with a long handled brush. He was later heard pounding on the bulkhead and was removed then from the exposure area. He became unconscious. He was hospitalized and recovered without incident except for slight urine retention.                          (1)

C. **Welding Fumes**. An employee became ill while working in a compartment in the lower levels of a ship undergoing conversion. It was determined that welding and burning fumes were being generated in the compartment directly above. The blower system was poorly arranged so that fumes were being drawn down to the lower compartment. Recommendations were made concerning the proper use of blowers and/or suction devices to provide safe ventilation in spaces aboard ship.                                (13)

D. **1,1,1 Trichloroethane**. An enlisted man attached to a ship undergoing repairs was found unconscious during a bilge cleaning operation. Investigation revealed that Gamlen 265 B (1,1,1-trichloroethane) was being used in large quantities in a poorly ventilated space near the bilges. The operating crew was under the mistaken impression that the material was a safe solvent, and that no harm would result from the operation. The toxic properties of chlorinated hydrocarbons were explained, and it was recommended that the precautions outlined in BUMEDINST 6200.5 be strictly adhered to.          (13)

E. **Xylene**. Investigation at the request of a cable repair ship ARC 3, of illness to two enlisted personnel of their crew disclosed that application had been made of approximately 4 gallons of synthetic rust inhibiting primer coating. Stock #8010-292-1127, (40-45% xylene) by roller to the wall of a large cable tank without benefit of mechanical ventilation or respiratory protection. After painting for 25 minutes the men left the tank unassisted and on reaching the deck, collapsed. Uneventful recovery was made after medical treatment. Air sampling showed xylene concentrations of 2300 parts per million near the bottom of the tank where they had been standing. It was recommended that ventilation and air supplied respirators be employed during future work in such tanks.                                      (9)

-92-

Exhibit 24.B
Page 1088

15. **Methyl Ethyl Ketone, Solvent Cleaning of Label Plates.** An investigation was made to evaluate procedure for cleaning and affixing label plates with an adhesive cement aboard ships. These label plates are cleaned with methyl ethyl ketone. Air tests revealed solvent vapor concentrations of 260 to 800 ppm. at the breathing zone of the operator, which is above the threshold limit value of 250 ppm. A back draft exhaust hood was constructed and mounted on a work table. An air-driven explosion proof blower which provides the source of exhaust ventilation is efficient in capturing the solvent vapors and expelling them outdoors.

The work area was approved for cleaning of label plates when cleaning is performed in the local exhaust hood with the air-driven blower operating at low speed and when other precautions indicated in applicable BUSHIPS Instructions are observed.                                                    (10)

B. **Ventilation and other Industrial Hygiene Control Measures**

1. **Cadmium Metal Spray, Ventilation.** In order to build up certain worn parts of jet engines to desired thickness it was found practical to flame spray pure cadmium on the metal surfaces. The work was placed on a turntable inside an exhausted booth and metalizing was done with a special metal-spray flame gun into which is fed a cadmium wire. The turntable speed was about 60 RPM. The average air flow through the face of the booth was 225 LFM. During the initial experimental run it became apparent that some of the metal spray was spilling out of the booth. The process operator was then furnished an approval type metal fume respirator and the amount of cadmium in his breathing zone was evaluated by means of an electrostatic precipitator operating at 13000 volts. The rate of exposure during this metalizing operation was 25 milligrams of cadmium fume per cubic meter of air in the breathing zone. This was grossly in excess of the threshold limit value of 0.1 mg/cu.m. for cadmium. Further study established the fact that the centrifugal action of the turntable was primarily responsible for the dispersal of the contaminant out of the booth. It was recommended that the booth be redesigned to make it deeper, and that its face be reduced in area to minimum practicable size thus creating a much greater capture velocity without interference with the deposition of the metal on the work. The wearing of the metal fume respirator is mandatory for the operator until it is determined that the contemplated design changes have eliminated the hazard.                                                    (5)

2. **Diesel-Powered Shovel Cab, Ventilation.** Exhaust gases from diesel powered contractor's shovel were removed to the out-of doors by means of an 8 inch flexible metal hose connected to the engine exhaust. Connection of the hose to the outlet on the top of the engine cab did not restrict the rotational movement of the equipment. Sufficient slack in the hose was provided and counterweighted out of the way of the swing of the cab so as to allow the maximum movement required.                                                    (9)

3. **Electrical Equipment Cleaning and Salvaging, Control Measures.** A Conference was held in the Planning Department, Design Division, to evaluate possible health hazards in a new procedure for cleaning and salvaging of electrical equipment aboard the CVA-64. Representatives of the U. S. Naval

-93-

Exhibit 24.B
Page 1089



Research Laboratory, the Safety Division and Industrial Hygiene Division were present. The procedure consists of immersing a unit in a tank containing the following mixture:

> 44.75% - 140° F. flashpoint aliphatic solvent
> 5.00% - diesel fuel oil
> 0.25% - polyethylene glycol 400 monooleate S 1006
> 50.00% - water

The above emulsion will be agitated ultrasonically. In the case of equipment which cannot be removed but must be cleaned in place, the solution will be sprayed on at 80 psi pressure. Following this procedure, the unit is rinsed in fresh water. Immediately after it is sprayed with "Spra-Dri" which consists mainly of n-butyl alcohol. The unit is then placed in an oven to dry at 150° F., or it is blown dry with warm air.

Recommendations made were as follows:

(1) Use of local exhaust ventilation when working in enclosed area;
(2) Use of neoprene gloves to avoid excessive skin contact;
(3) Use of respirator designed for organic vapors.

It was also recommended that the Industrial Hygiene Division be present for further evaluation when this procedure is put into use.                                   (10)

4. **Electroplating, Control Measures.** An inquiry concerning the necessity of local exhaust ventilation over alkaline cadmium and cyanide electroplating tanks was directed to the Industrial Health Division. Local exhaust ventilation is not necessary over these tanks, if acid solutions do not contact the cyanides. This can be prevented by placing running water rinse tanks before and after the cyanide tanks. Electroplaters should be instructed on the necessity of a water rinse, both before and after cyanide electroplating.                                                     (18)

5. **Epoxy-Polyamide Spray Paint, Control Measures in Spraying.** Serious consideration is being given to painting naval aircraft with epoxy-type paint. As a part of the development program an A3D aircraft was completely painted with a proprietary paint, the "Aero Cati-Coat," manufactured by the Sherwin-Williams Company. Because of the known irritant properties of the amines used in the epoxy formulations and because of the obnoxious odor and the toxicity of the volatile components of this paint stringent control measures were put into effect during the operation. The painters were furnished and required to wear the following protective equipment: coveralls, canvas or polyethylene hoods, chemical cartridge respirators, rubber gloves, and eye goggles. All exposed skin surfaces were covered with Kerodex No. 71 barrier skin cream. The paint area was isolated from the adjacent assembly areas by means of large canvas curtains to prevent the spread of the overspray. Ventilation was provided by means of overhead air supply and down-draft exhaust grilles in the deck. All non-essential personnel were removed from the paint area. The paint and the catalyst were mixed over the downdraft grille. Some of the valuable lessons

Exhibit 24.B
Page 1090



learned in this experiment are:

    **a.** The epoxy paint rapidly clogs the chemical cartridge of the respirator making it impossible to breathe freely. It appears that an air-fed respirators will have to be used in subsequent trial runs.

    **b.** An excessive amount of overspray was generated and the ventilation was not capable of controlling it. It appears that the method of paint application will have to be modified by either reducing the air pressure at gun or by using liquid rather than air pressure which will require procurement of new expensive equipment. The overhead air supply tends to promote the dispersion of the overspray mist and will have to be either eliminated or greatly reduced.

    **c.** The required process temperature of 70° F. can not practicably be maintained in the present paint area and for best results a new paint facility may have to be designed and erected.

    **d.** The personal protective measures were adequate and no dermatitis or sensitization have developed among the painters so far.     (5)

    6. **Foam-in Place Resin, Ventilation Control.** Assistance was given in setting up ventilation controls for a foam-in-place resin pour aboard a submarine under construction. The material was to be used to isulate the deck area in three adjacent compartments. Access to the compartments consisted of a single overhead hatch.

    Three six-inch exhaust lines were installed, one at the innermost section of each compartment. The lines were connected to a venturi and exhausted through a sleeve to the outside atmosphere. The arrangement provided an air flow of some 1500 c.f.m. entering at each of the three compartment hatches, resluting in a control velocity at the entrance of about 100 l.f.m.

    It was suggested that personnel begin the pour at the rear of each compartment and work backward toward the hatch. Although personnel making the pour are protected by air-fed respiratory equipment, such ventilation systems as that described above are necessary and in this instance effective in avoiding accidental exposure of personnel in other trades.     (2)

    7. **Gaco Primer (N-11) and Adhesive M-23, Control Measures.** In a dampening treatment of sonar spaces, it was revealed that adverse skin effects and an inhalation hazard can result from the toxic solvents and irritants used in the GACO Primer (N-11), and Adhesive (N-29), namely, xylene, toluene, and methyl ethyl ketone. Consequently, the use of a full face air line respirator and the approved cream stock #6850-244-4894, was recommended. Additional exhaust ventilation was proposed for these spaces by means of an adapter on the exhaust face to which several flexible ducts could be attached for ventilation of additional smaller spaces needed. This will also satisfy recommendations and help in drying requirements, particularly in areas where a normal air flow pattern is not likely to result without the use of the flexible duct arrangement. (12)

-95-

Exhibit 24.B
Page 1091

8. **Tellurium Bearing Lead, Cutting and Fitting Operations, Control Measures.** A minimum of dust was evolved by using electric skill saws equipped with rough cut blades. Wire brush cleaning of oxide covered surfaces presented a greater potential health hazard. Controls required are: Isolated location of operations, local exhaust ventilation of wire brush cleaning work, wearing of approved lead dust respirators, medical examinations including urinalysis for lead absorption of all personnel assigned to this operation.    (9)

9. **Tolylene Diisocyanates (TDI), Control Measures.** It is planned to use polyurethane, foamed-in-place plastic on two vessels under-going alteration and repair. One of the component chemicals in the system is tolylene diisocyanate. Tolylene diisocyanate is a poisonous chemical. It was, therefore, recommended that copies of all job orders involving its use include a copy of the hazards and necessary precautions as follows:

HAZARDS:

a. Vapor from this material is extremely toxic to inhale. It causes lung irritation with an asthma-like reaction. Vapors also cause severe eye irritation. The threshold limit value for eight-hour daily exposure is 0.1 parts per million parts of air. This is below the concentration producing an odor. If the odor is noticeable, the concentration is too high.

b. Direct contact caused sensitization and irritation of the skin. Eye contact can cause serious damage.

PRECAUTIONS:

a. Personnel assigned to this work require medical clearance prior to actual work and periodic medical examinations.

b. Use of adequate ventilation and air supplied respiratory protection. Vapors must not be inhaled.

c. Prevent all skin contact. Wear rubber gloves, chemical goggles and cotton coveralls when mixing and applying polyurethane plastic. In case of skin contact wash immediately with soap and water. If splashed in eyes, flood with water and report to the Dispensary immediately.

d. Good housekeeping is essential in areas where these materials are used. Avoid spills; store contaminated materials in closed containers. If spilled, flood area with water.

e. Containers which have contained isocyanates should be handled with caution. Recap and dispose of all containers.

f. Any person working with isocyanates who becomes ill should immediately report to the Dispensary.    (1)

-96-

Exhibit 24.B
Page 1092

C. Health Hazards Due to Contact with Skin

1. Ammonium Hydroxide. A blueprint operator reported to the Dispensary with dermatitis on the finger tips of his left hand. He stated that he wore a rubber glove on this hand while washing down blue print rolls with a cloth saturated with 27% ammonium hydroxide. He had been in the habit of doing this each morning prior to start of work. It was suggested that the gloves might have pin point holes in them allowing ammonia to get through. He now washes the rolls with warm water and finds it adequate for the purpose. (1)

2. Clothing Improperly Laundered. The Paint Shop submitted a cotton tank suit to the Industrial Hygiene Branch for evaluation of residual materials alleged to have caused skin irritation. Supposedly these coveralls had just returned from an outside contract laundry. The suit was found to be heavily contaminated with oil and showed some evidence of residual impregnation with Devran (epoxy resin). A subsequent followup revealed that there are 40 or 50 tank suits contaminated with Devran and the Production Laboratory has been consulted for a suitable solvent for removal. No suitable and/or economical means of removal of Devran has been found to date. Additional followup of the efficiency of the outside contract laundry is being performed by the Safety Engineering Division. Plastic tank suits are being considered for all spray operations involving plastics. (10)

3. Devran. Employee spraying Devran developed dermatitis of the wrist area of the right arm. This was the only skin area affected, apparently due to the reason that short wrist gloves were worn rather than gauntlet gloves which exposed this skin surface to the coating spray. The use of protective cream was recommended for exposed skin surfaces and in addition, gauntlet gloves shall be provided so that they can be secured to the sleeves of the coveralls. (9)

4. Epoxy Resins. a. A workman reported to the Dispensary with a dermatitis around his eyes and on his face. He had been working with epoxy resins for approximately three months. Small amounts of the resin (Epocast) were mixed several times per day to make small castings around electrical plugs. The work was being done in an unventilated area. No protective clothing was worn.

Future work will be done in a well ventilated area using protective clothing consisting of rubber gloves, apron and eye protection. (1)

b. Several cases of skin inflammation and irritation were discovered in a shop using epoxy resins. One employee used the material for about 30 minutes. He noticed a strong odor during the mixing and applying process. The work was done without protective clothing or exhaust ventilation. The following morning the employee had severe swelling of the face and eyes. He noticed no irritation on his hands. The condition cleared in 2-3 days without treatment. The same employee was working near an epoxy grinding operation for about 20 minutes and noticed a slight stinging of hands and face. The dust from grinding was slightly noticeable. He developed skin irritation and reported

-97-

Exhibit 24.B
Page 1093

to the dispensary for treatment. This is a classical illustration of the fact that epoxy resins and the amine hardeners are sensitizing agents. If an employee becomes sensitized, even a slight exposure to the materials or their vapors will cause dermatitis. (3)

5. **Oil, Grease, and Fuel.** **a.** This aircraft mechanic in the preservation of engines, using oils and greases, developed contact dermatitis of the hands. Ply #2 protective skin cream, SBS #30 waterless skin cream, and Plyothol, applied as a corrective measure after exposure, were used with very good results. (20)

**b.** Two aircraft mechanics developed contact dermatitis of the hands while being exposed to Mil C-8188B oil and JP4 fuel. They were given protective skin creams and gloves. (20)

**c.** Aircraft mechanic exposed to synthetic lubricating oil, Mil #7808, contacted dermatitis of the hands and arms while working in an engine hydraulic shop. He was instructed to use protective skin creams and gloves. (20)

6. **Trichloroethylene.** A mechanic in the Ordnance Shop using trichloroethylene by hand to clean ordnance parts, developed contact dermatitis of the hands. Protective skin creams and gloves were recommended. (20)

7. **Varsol.** An aircraft mechanic engaged in the cleaning of electrical equipment with Varsol, developed contact dermatitis of the fingers. He was instructed to use protective skin creams and gloves. (20)

8. Twenty-eight new cases of dermatitis (in addition to the twelve reported last quarter) have occurred in military personnel wearing a new head-set (RM 5965-676-0906-E 212). As a result of a report to ASO, placement of this headset into the supply system has been stopped until a solution is developed. Limited attempts have been made locally to mold lightweight plastic covers to fit over and cover the rubber cover of the ear cups; some have been covered with chamois to prevent skin contact with the rubber. (16)

II. **Noise, Illumination, Heat, Actinic Rays, and Other Environmental Physical Agents which May Effect Employee Health and/or Efficiency**

A. **Noise**

1. **Jet Engine Test Cells.** Following complaints voiced by tenant activities, an extensive survey was conducted to determine the extent of noise hazardous areas resulting from the operation of jet engine test cells. The attenuating devices had been blown from the exhaust stacks. The survey covered six large hangars occupied by tenant activities and five additional buildings and outside spaces. Approximately 1000 acoustical measurements were made. It was recommended that effective attenuating devices be installed in the stacks and that additional acoustical treatment be applied to the control rooms. (14)

-98-

Exhibit 24.B
Page 1094

2. **Mess Hall.** Sound level measurements were made in the General Dining Hall of the Naval Station. The results indicated that trauma would not result from the levels found. However, the levels were sufficient to cause some speech interference. Consideration is being given to the installation of sound absorbing materials in this area.            (13)

3. **Muffler, Pneumatic Bilge Pump.** Pneumatic bilge pumps used extensively aboard ship produced noise levels (wide band noise) in excess of 110 decibels in significant octave band frequencies. Installation of a muffler, commercially available from the pump manufacturer, reduced this value to 92 decibels in the same octave band frequencies. It was recommended that commerical type mufflers be procured and installed on all pumps of this type. (9)

4. **Pneumatic Drill.** Overall noise level of a large pneumatic drill was reduced from 110 to 89 decibels by connecting a 3 inch flexible metal hose to the exhaust outlet and extending it to an out-of-doors location. This simple control measure did not disrupt work operations and lowered the noise level to such an extent that employees could work the whole shift in this area without wearing ear plugs.            (9)

5. **Pneumatic Grinders.** In connection with a compensation case, noise level measurements were made of pneumatic grinders. The noise levels ranged from 92 to 96 decibels overall, generally being 2 to 4 decibels higher while grinding than when running free. Two types of grinders were tested, the Thor and the Buckeye. Octave band analysis indicate that the noise peak occurs in the 2400 to 4800 cycles per second range. It is concluded that operation of a pneumatic grinder is a hearing hazard.            (4)

6. **Test Cells.** Burned out sound baffles of the older type test cells, responsible for excessive sound pressure levels of 100 to 110 decibels at distances of 300 to 500 feet away, have been replaced with soundstream absorbing units in the exhaust stacks. The units were combined in steel plate enclosed assemblies and inserted in the stacks.            (20)

7. **Ventilation System.** In the process of checking the efficiency of a backdraft exhaust hood which was constructed to remove solvent vapors, it was observed that a high noise prevailed. An air driven blower which provides the source of exhaust ventilation in the hood, when run at high speed, produced noise sound pressure levels of 100 to 105 decibels at the operator's position. This high frequency, high intensity noise constituted a potential occupational hearing hazard. It was determined that this hazard could be eliminated by running the blower at low speed, at which speed the operator was exposed to a safe noise sound pressure level of 52 to 54 decibels. The face velocity at the hood of 125 to 150 l.f.m. with the blower operating at low speed, was adequate in exhausting methyl ethyl ketone vapors outdoors.            (10)

B. **Illumination**

1. Complaints of inadequate lighting in a shop stores led to a request for an illumination survey by the Industrial Hygiene Division. Visual tasks involved in the work of this area include reading sketches and hard pencil

-99-

Exhibit 24.B
Page 1095

printing on glossy paper, reading duplicated material, performing filing, writing, etc. The Illuminating Engineering Society recommended foot-candle levels for this type of work range from 30 to 100. The foot candle levels in this area ranged from a low of 8 to a high of 55, with the average being in the vicinity of 20 to 25.

It was found that the foot candle levels are somewhat low, but the intensity is not the important factor. Uneven distribution and excessive variations in foot candle levels exist. The walls and ceilings are dirty and dingy, requiring excessive adjustment of the eyes in looking up from the work area to the general room area or vice versa. Employees are required to work in their own shadow because of the placement of the existing light fixtures. Glare was present. It was recommended that illumination intensity be raised to approve standards, the location of the fixtures be changed to avoid shadow formation, and that the walls and ceilings of the area be cleaned and repainted.                                                    (4)

2. A request was received from the Outside Machine Shop for an illumination survey to be made in the Hydraulic Section. The readings obtained indicated that the lighting did not meet the illumination standards recommended in BUDOCKSINST 11000.12A. A recommendation was made for the addition of fluorescent fixtures to replace or supplement the incandescent lamps already in use.                                                    (19)

3. Radar. Additional data has been obtained on the use of "glow bulbs" for the field measurements of microwave power density parameters. The most recent experiments have been performed with G.E. neon bulbs, Navy Stock No. GF6240-223-9100 to which was attached a length of antenna equal to 1/2 wave length of the frequency being checked or any multiple thereof. Additional trials are to be made with the use of "broadband" antennas. Preliminary results are very promising and indicate that if the bulb glows, the power density being measured is at or over the tentatively established threshold exposure level of 0.01 watts/$cm^2$.                                                    (19)

C. Heat

1. Recommendations have been made to provide circulating fans in the flow room to supplement the supply and exhaust ventilating system in the area. The crowded condition of the room resulting from the installation of numerous test benches interferes with air movement in area occupied by the bench operators. (6

2. Complaints were received from men working aboard a ship. The complaints alleged extreme discomfort from high ambient temperature and humidity. The employees involved (mostly welders) threatened not to return to work the following day unless something was done to alleviate the condition. Subsequent temperature and relative humidity readings were obtained and effective temperature indices determined with the results as follows:

-100-

Exhibit 24.B
Page 1096

| LOCATION | DRYBULB TEMP. | REL. HUMIDITY | EFF. TEMP. |
|----------|---------------|---------------|------------|
| Out of doors | 85.1°F | 50% | 76°F |
| Aboard ship | 102.2°F | 47% | 86°F |

The complaints were received just prior to the beginning of the afternoon shift. It was recommended that a portable blower be placed in the compartment in question to furnish a minimum air movement of 100 fpm. No further complaints were received. (13)

D. Nonionizing Radiation

1. Correction: cf Item II D. 2; page 72 of "Occupational Health Hazards, Release No. 26" of 1 Feb 1961. The next to last sentence of the above paragraph should be changed to read: "However, it does appear that the use of the NE51 is NOT completed satisfactory as an RF Dosimeter." The "not" was inadvertently omitted.

2. Microwave Detecting Instruments. An evaluation of two microwave detection instruments was made in the Shipyard by the Electronics Engineering Radar Test Section. Two commercial instruments were calibrated and used for establishing safe working areas on ships undergoing overhaul and repair. The Sperry Radiation Monitor Model B86B1 was found to be slightly less accurate than the Ramcor Densiometer, Model No. 1200. However, the Sperry instrument was found to be easier to use and it was less directional than the Densiometer. Copies of the report will be mailed to interested Navy Industrial Hygienists. (1)

3. Microwave Instrument. A survey of areas in shops engaged in the overhaul and repair of radar equipment was conducted to evaluate the potential hazards due to microwaves and to determine the effectiveness of absorption screens. A Sperry Microwave Electronics Company's "Radiation Monitor", Model B 86B1, instrument was used for the purpose. It was concluded that under current shop practices no microwave hazard exists. The screens are effective in absorbing the energy. Dummy loads are used to the fullest extent possible. (14)

4. Goggles, Wire-Screen. Wire screen goggles for eye protection (anti-cataract) in radio-frequency (radar microwave) fields are not in the Navy Standard Stock Supply System. Among suppliers, both folding and non-folding types are available from Willson Products Division of Ray-O-Vac Co. and Mine Safety Appliances Co. Wire mesh goggles do not give complete protection to eye tissues in intense radio-frequency fields, but are meant for short periods of use in field energy levels near ( only slightly above) the tentative tolerance level of 0.01 watts per square centimeter, as adopted by BuMed Notice 6260 of 1 Apr 1958 (Microwave health hazards). (15)

III. Ionizing Radiation

1. A.E.C. Inspection. An A.E.C. field inspection of the Shipyard was held to determine licensee's compliance with regulations for use of licensed

-101-

Exhibit 24.B
Page 1097

radioactive sources. This inspection emphasized the importance of the Indus-
trial Hygiene Division having the following:

    a. Copies of all current A.E.C. By-product Material Licenses
issued to the activity.

    b. Inventory of radioactive sources indicating license number
and person designated as responsible.

    c. Labelling of sources involving curiage and date of assay.

    d. List of the exposure devices used and maximum licensed
strength of radioisotope allowable for each device.    (9)

    2. **Dosimeters.** An evaluation study was made to compare the quality
of DM-9-B, C,D/PD dosimeters. Seventy-five (25 of each type) dosimeters were
chosen at random from several hundred which were available at the Radiac
Calibration Facility for issue after routine quarterly maintenance and
calibration check. The dosimeters selected were then examined, submitted to
physical tests and calibration checks over a commonly encountered range of energies.
Results showed all three types have certain distinct and favorable mechanical
features, however, in accuracy and reliability of measurements the DM-9D/PD was
found to be superior. Since many failed to meet specification requirements, it
was recommended that all dosimeters be screended to eliminate and replace
defective units.    (9)

    3. **Leak Testing, Sealed Sources**. During the quarter, a routine
program for leak testing of shipyard sealed sources was instituted. This
program revealed that two sealed radium capsules used by the Electronics Shop
of approximately one milligram Ra 226 each were possibly contaminated. Very
high alpha contamination was found in a safe where these sources were stored.
Action was taken to prevent any further spread of contamination in the Radiac
Facility until suitable facilities can be obtained for further investigation
as to the cause of contamination of the sources and possible decontamination
of the safe can be carried out.    (19)

    4. **Radar Equipment, Potential X-ray Exposure.** Investigation was
made of the possibility of potential x-ray exposure in the electronics shop,
Radar Section, during operation of radar equipment with tube voltages above
15 KV. The equipment tested included the AN/SPS-10, AN/SPS-5 and SS-2 (BPS-1)
radar sets. Readings were taken in close proximity to the transmitter receivers
and modulators with the cases either open or removed. The highest reading
obtained was in the order of 1 mr/hr at close contact. In view of the low
radiation intensities and the infrequency of exposure, it is felt that the
hazards negligible. Additional surveys are planned as other types of radar
equipment become available for testing.    (19)

    5. **Radioactive Dials**. An inspection was made in an area where
radioactive dials were to be removed from approximately one thousand ship
telephones. Personnel protective precautions recommended by the Industrial
Hygiene Division were observed in this procedure. The radioactive dials and
the rubber gloves used in this work were placed in a polyethylene bag which

-102-

Exhibit 24.B
Page 1098

was then sealed and placed in a five gallon metal can used for storage of radioactive wastes. No radioactive contamination was found on the telephones after removal of the radioactive dials. Monitoring of the work area and work table with radiac set AN/PDR-27 revealed a few spots in near contact with the open window probe tube of the radiac set to have radiation levels up to 0.4 mr/hr. Wipe tests did not reveal any removable radioactive material. Decontamination of these few spots and disposal of waste will be supervised by the Industrial Hygiene Division.                                      (10)

6. <u>Radiography</u>. High levels of scatter radiation, 12 mr/hr at 15 feet, were developed by an x-ray unit being used for fluoroscopic inspection of polyethylene sheet stock. Recommendations for controlling unnecessary exposure to ionizing radiation were the use of a cone for limiting the useful beam and installation of a 2½ mm aluminum filter for eliminating soft x-rays.                                      (9)

7. <u>Radiography</u>. A survey showed that shielding provided in a building previously approved for industrial x-ray inspection was not adequate for radiographic inspection using 60 curies of iridium 192 without posting an occupied section of the shop as a radioaction area. The size of the source at this location has been limited to 10 curies until additional shielding is provided to reduce gamma radiation levels in the occupied area of the shop.                                      (9)

8. <u>Shipment Regulations, Radioactive Materials</u>. The Shipyard Transportation Shop has been alerted to the regulations which pertain to the off-station shipment of radioactive materials by Navy vehicles. As set forth in BuOrd Pamphlet #2239, Explosive Driver's Handbook, regulations for shipping "red" I.C.C. label material include:

   a. Driver shall have identification of radioactive material being transported.

   b. Material shall be properly packaged and carry appropriate I.C.C. label, properly filled out.

   c. Vehicles carrying any quantity of "red" label material shall be placarded with signs "Dangerous-Radioactive Material".

   Regulations for shipping "blue" I.C.C. label require only proper labelling and packaging; placarding of vehicle and special security procedures are not required. The Industrial Hygiene Division provides information for proper shielding, packaging and labelling of all radioactive material. A special form with this information is submitted to the Supply Department of each shipment.                                      (9)

9. <u>Thallium 204</u>. a. An Ordnance Supply Office Field Notice, #4400 of 30 November 1960, indicated the possiblity that Remote Transmitters AX 1220-382-3169 and Dials Z 1220-381-5238, stocked in the supply system, may contain 1 mc of thallium 204. The supply system turned up the presence of

-103-

Exhibit 24.B
Page 1099

four of the former. However, a survey failed to indicate the presence of
any radioactivity and/or contamination. (13)

    <u>b</u>. An Ordnance Supply Office Field Notice 4400, dated 30 Nov
1960, directed the remote transmitter AX 1220-382-3169 and its dials be
checked for possible radioactive material. Several hundred such dials were
produced with one millicurie each of thallium 204 as an illuminating medium.
None of this equipment at this activity was found to contain any radioactive
material. (3)

    10. <u>X-Ray Exposure</u>. A technician operating an X-ray spectrometer
at 48 KV received an exposure to a portion of the hand because of failure of
a microswitch on the interlock and failure to observe a warning light. The
interlock system on this and similar machines has been redesigned to give more
positive security, and training has been repeated. (2)

IV. <u>Substitution of Toxic Solvents by Less Toxic Materials</u>

    1. <u>Mineral Oil and Methyl Chloroform for Carbon Tetrachloride</u>. A
mixture of mineral oil and methyl chloroform was substituted for carbon
tetrachloride transparentizing solution. This is used to make paper translucent
for duplicating purposes. (4)

    2. <u>Ultra-Sonic Cleaning Machine for Trichloroethylene</u>. In the
spray cleaning of fuel accessory parts, an ultra-sonic cleaning machine
replaced the use of trichloroethylene. (14)

    3. <u>Stoddard Solvent for Aviation Gasoline in Metal Cleaning</u>.
Inspection of several fleet aircraft maintenance hangars revealed a wide spread
practice of using aviation gasoline in open containers for cleaning engine
parts. The use of gasoline for cleaning purposes is expressly forbidden by
several naval directives. It was recommended that Stoddard Solvent be used
in place of gasoline. The dangers of misuse of aircraft fuels were made
a subject of an article in the station newspaper. (5)

    4. <u>Fiber Glass Pad for Asbestos</u>. The Value Engineering Branch
has been looking for a substitute for amestic (asbestos material) in order to
reduce the present high cost of insulation practices and to reduce the health
hazard of asbestos work. The H.I. Thompson Fibreglass Company of Los Angeles,
in conjunction with the Owens-Corning Company, has developed a fibreglass pad
which withstands the temperature requirement and also reduces the final cost
of the job. According to the manufacturers, fibreglass is made of finely pul-
verized ingredients, including sand, lime and metallic oxides. A mixture of
silicates results after processing with no free silica present. They state
that glass fibers are inert, non-toxic, non-allergic, and cause no lung
hazard. The new fibreglass contains long smooth fibers which are claimed to
be less irritating to the skin. Tentative heat tests have been conducted
with fibreglass insulation to 1100 degrees F before any change in physical
characteristics. Some fibreglass pads will be installed on a destroyer
in the near future for further evaluation. (3)

-104-

Exhibit 24.B
Page 1100

V.  Notes

A.  General

1.  Dynamic System for Producing Known Vapor Concentrations.  The Industrial Hygiene Division has recently completed construction and calibration of a dynamic system for producing known vapor concentrations.  The system was patterned after that developed at Eastman Kodak and described in the article "A Dynamic Apparatus for Preparing Air-Vapor Mixtures of Known Concentrations" by R. F. Scherberger, Glenn P. Happ, Franklin A. Miller and David W. Fassett, M.D. which appeared in the American Industrial Hygiene Association Journal, Vol. 19 Number 6, December 1958.                                         (2)

2.  "Envirec" Instrument.  Construction and calibration of an "Envirec" designed after an instrument developed at the U. S. Department of Public Health Occupational Health Field Headquarters In Cincinnati has been completed.  The instrument is described in an article entitled "The Envirec- An Instrument for Continuous Recordings of Environmental Air, Wet Bulb and Globe Temperatures, and Air Velocity," by Andrew D. Hosey and Alfred C. Mendenhall, Jr., which appeared in the American Industrial Hygiene Association Journal, Volume 20, April 1959.          (2)

3.  Quantitative Determination of TDI.  Experiments were performed in the Industrial Hygiene Laboratory for the development of the technique for the quantitative determination of tolylene 2, 4 diisocyanate.  The method employs sodium nitrite and ethylene glycol monoethyl ether as a sampling medium, which after reaction with the diisocyanate is read on a colorimeter. More and more use is being made of the foam-in-place plastics and an obvious need exists for a reliable field method to evaluate such operations in the shipyard.                                                          (19)

4.  Potassium Chromate Disposal.  Recommendations were made for safe disposal of shield tank water containing 2000 parts per million of potassium chromate.  This water was discharged into the river at a slow rate during the outgoing tide.  Analyses of river water samples, collected during the disposal operation, showed that the chromate concentration was below the detectable limits of 0.1 parts per million in all samples.  These results confirmed preliminary calculations.                                         (9)

5.  Respirators, Difficulty of Wearing with other Face Protective Equipment.  Further evidence of the problem caused by the incompatibility of various types of safety equipment was noted.  A welder was carbon-arcing bronze propellers in a dry dock.  He wore a dust respirator and suffered a severe case of metal fume fever.  It was pointed out that the dust respirator was not effective against metal fumes, but it was found that it was the only respirator available in the Shipyard which could be worn under a welder's helmet.  It was then recommended that a small air-line respirator be worn.  It was found that this one would fit to a certain extent.  The problem of developing safety equipment which can be worn with other types of safety equipment is certainly worthy of further investigation.                                              (4)

-105-

Exhibit 24.B
Page 1101



6. <u>Incandescent Light Bulbs</u>. An illumination comparison was made of a 50 watt, heavy duty, G.E. incandescent lamp <u>vs.</u> a 25 watt, standard, G. E. incandescent at the same distance. It was found that the 25 watt bulb delivered 53 footcandles whereas the 50 watt bulb delivered 46 footcandles. The reason for this apparent discrepancy is the fact that the heavy duty lamp is of heavier glass and is frosted.                                                    (19)

7. <u>Calcium Hypochlorite: Fire Hazard of</u>. A shipboard fire was reported to the MSTS Safety Superintendent. He requested the cooperation of the Industrial Hygienist in attempts to simulate the reported conditions. It was reported that a fire had started in a mop bucket when dry calcium hypochlorite had been added to bleach the mop. A sample of detergent, Stock No. GF7930-282-9699 and calcium hypochlorite were brought to the laboratory. After a number of experimental conditions were explored it was found that the pure detergent covered with hypochlorite and heated very gently would ignite with explosive violence. Without the added heat the explosion might be delayed for as much as a half hour.                                                    (1)

8. <u>Substitution Recommendation Made</u>. A letter was originated by this Division for transmittal to the Bureau of Ships, suggesting substitution of less toxic 1,1,1 trichloroethane or trichloroethylene for carbon tetrachloride in Bureau of Ships instruction concerning testing of oxygen and nitrogen systems for the presence of contaminants and the degreasing of spare parts used in submarine oxygen systems. It was also suggested that consideration be given to the above substitution in formulating other processes requiring the use of a chlorinated hydrocarbon solvent.                                                    (2)

9. <u>Industrial Chemical Data Sheets</u>. Data sheets were prepared for the Industrial Chemicals Manual on the following materials: linoleum adhesive, fire resistant hydraulic fluid, Dow Corning 807 resin, phenolic enamel primer, phenolic resin enamel, epoxy resin hardener, epoxy resin, and isopropyl alcohol. (4)

10. <u>Directives on Industrial Health Programs</u>. <u>a</u>. Instruction on the establishment of a Chemical Control Committee and Uniform Labeling have been issued. Instructions on Hearing Conservation and the Industrial Hygiene Program are in process.                                                    (1)

<u>b</u>. A shipyard instruction was issued on the Hearing Conservation Program which includes two enclosures outlining jobs and/or areas for which the wearing of ear protective devices is mandatory.                                                    (19)

11. The following investigations were carried out this quarter in connection with the photodosimetry program:

(1) Experiment was done to determine how often the developer and fixer must be changed. Films were exposed to Ra 226 and Cs 137 at various dosages. Then a graph of density vs. dosage was plotted at the beginning of the month, when the solutions were freshly made. Then after normal usage for a month, another graph of density vs. dosage was plotted at the end of the month.

-106-

Exhibit 24.B
Page 1102

Results indicated no effects on the density of the films after a month of normal use. Therefore the solutions have been changed at the outset of each month. Uniformity of solution is compared month to month by checking those solutions with calibrated films. Generally there is no significant deviation from the main calibration curve.

(2) Films were stored under various temperature conditions in order to note effects on the film density. The films were placed in film badges, sealed in cans, and stored under each condition for thirty days. The films were exposed in a room at ordinary temperatures, in a refrigerator, in a dark room, in an air-conditioned room, in outside sunlight, and in an oven (100°F).

Results indicated there are no effects on the density of the films, both Dupont 508 and Dupont 510 films. This experiment is currently being extended to find out effects of other environmental conditions, e.g. humidity and sunlight.

(3) Experiments were done to determine the effect of x-rays on Dupont 508 and 510 films at various KVP's (kilo volt peak) and dosages.

Films were exposed by usage of the medical x-ray machine at 50 MA (milliampere). Films were exposed at 30, 40, 50, 60, 70, 80, and 90 KVP. Then a graph of the density on the film vs. dosage were plotted. The curves indicated that at equal dosages, variations in KVP have very little effect on the density of the films.                                                          (19)

12. The Industrial Hygiene Division has prepared a table for converting disintegration per minute (dpm) of radioactivity to micromicrocuries (mmc). The table covers 1 through 1,000 dpm.                              (13)

B.  Industrial Hygiene Services Provided Other Military Activities

1. Survey was made of a medical x-ray installation, therapeutic and diagnostic, at the U. S. Naval Hospital, Portsmouth, N.H. by the Shipyard Medical Department Industrial Hygiene Division. Recommendations submitted for controlling exposures to ionizing radiation were: provide cones and 1 mm aluminum filters for portable x-ray units; install electrical interlocks on the door to the therapeutic room; and provide a rack for storage of film badges and dosimeters in a radiation-free area.                                        (9)

2. Complete industrial hygiene surveys were conducted at the following activities, 4 MD:

        a. Naval Air Material Center, Naval Base, Philadelphia, Pa.
        b. Naval Supply Depot, Philadelphia, Pa.

A resurvey was conducted at the Naval Air Turbine Test Station, Trenton, New Jersey. A reevaluation of the potential mercury hazard was made. The

-107-

Exhibit 24.B
Page 1103

 

atmospheric mercury concentrations are now well within the hygienic standards. Physical examination and urinary mercury were done on each employee working in the areas where the atmospheric concentration exceeded the hygienic standards. These examinations were negative for evidence of mercury intoxication and/or absorption. (11)

3. A proposed exhaust ventilation system for a typewriter repair and cleaning area was reviewed for the Maritime Commission. (18)

4. A noise survey was conducted at the Naval Ammunition Depot, Charleston, S.C. (13)

5. The Naval Supply School, Athens, Georgia, has been added to the list of Sixth Naval District activities now being provided with regular monthly photodosimetry services by the Industrial Hygiene Division. (13)

6. Twenty-four Production Department employees, trained earlier as Radiation Monitors, were given a two hour refresher course in the use of radiation detection instruments and the health physics aspects of decontamination. Instructors were Industrial Hygienist personnel of the Industrial Hygiene Division of the Medical Department. (13)

7. Max S. Gabis, Assistant Industrial Hygienist, presented a series of lectures on Toxicology to several groups of hospital corpsmen attached to the Medical Department. (13)

8. Personnel of the Medical Department Industrial Hygiene Division have been granted a license by the Atomic Energy Commission to perform leak tests on radioactive sealed sources. (13)

C. <u>Education Services and Other Notes About Navy Industrial Hygienists</u>

1. The Industrial Hygiene Division of the Medical Department provided an exhibit for the Navy Day Observance. This display enabled the Division to demonstrate to Shipyard employees and their families   as well as the general public, how employees are protected and what measures are taken to insure a safe working environment. (9)

2. Mr. J. B. McElhiney, Head, Industrial Hygiene Division of the Medical Department presented:  lectures on Industrial Hygiene and Laboratory Safety to 30 Safety and Fire Protection Officers employed by the Veterans Administration. (1)

<u>b</u>. A series of lectures on Industrial Hygiene to Hospital Corpsmen of the Shipyard Medical Department. (1)

3. A radiological pre-fire course was given to fire fighters by personnel of the Industrial Hygiene Division of the Shipyard Medical Department. Instruction for the six session course was based on Radiological Data Sheets which indicated location, size, and shielding of all radioactive sources stored

-108-

Exhibit 24.B
Page 1104

or used in the Shipyard.  A basic discussion of the hazards of radiation effects of fire on source shielding and possibility of contamination by capsule rupture were discussed.  A refresher course in the use of survey instruments and photodosimetry devices was included.                                              (9)

4.  Lectures on the various aspects of the Industrial Health Program were presented by Medical Officers and Industrial Hygienists of the Shipyard Medical Department to twenty-one Medical Officers from allied Nations who came to the Shipyard from the U. S. Naval Medical School, Bethesda, Md. on a visit.                                                                                    (10)

5.  Mr. Dan Bessmer, Head, Industrial Hygiene Division of the Medical Department of the Shipyard gave a lecture on proper degreaser operation to twenty Production Department personnel.                                             (4)

6.  Mr. William T. Marr, Head of the Industrial Hygiene Division of the Shipyard Medical Department, who is a Lt. Col. in the USAF Reserve, was on two weeks duty with the Air Force.  His tour was at Oak Ridge where he attended a Navy Reserve Research Seminar in Nuclear Physics.                        (3)

7.  Mr. Robert E. Earhart of the Industrial Hygiene Division of the Shipyard Medical Department, was the guest speaker at the December meeting of the American Society of Safety Engineers, Hawaii Section.  His subject was, "Industrial Hygiene - Its Scope, Function and Newer Developments".                (19)

8.  Mr. Alfredo Salazar a Navy Civil Service Industrial Hygienist since 1948, resigned in November 1960 to accept a position as Industrial Hygiene Engineer with the Standard Oil Company, Indiana, with offices located in Chicago.

Mr. Salazar began his career as a Civil Service Industrial Hygienist as assistant in the Industrial Hygiene Division at the Boston Naval Shipyard shortly after completing his Masters Degree at Harvard University. In 1955 he moved to the NAS, San Diego, as the Senior Industrial Hygienist.

Mr. Harry Utes, the assistant Industrial Hygienist in the NAS Medical Department, has been moved up to the Senior Industrial Hygienist in the NAS Medical Department.                                                        (6)

9.  A talk on the health physics required during the construction of repair of nuclear-powered vessels was given to officers in training for service on such ships.                                                                 (2)

-109-

Exhibit 24.B
Page 1105

# INDEX TO "OCCUPATIONAL HEALTH HAZARDS"
### Release No. 27

Adhesive M-29, hazards in application, p. 95, item 7
"Aero Cati-Coat," p. 94, item 5
Amosite (asbestos), fiberglass as substitute for, p. 104, item 4
Ammonium hydroxide, dermatitis from, p. 97, item 1
Asbestos dust, inhalation hazards, p. 88, item 1

Cadmium metal spray, ventilation, p. 93, item 1
Calcium hypochlorite, fire hazard of, p. 106, item 7
Carbon monoxide, p. 88, items 2, 3
Carbon tetrachloride, p. 104, item 1; p. 106, item 8
Confined space incident
 from lacquer thinner, p. 92, item B
 from 1, 1, 1 trichloroethane, p. 92, item D
 from venting of nitrogen bank, p. 91, item 14
 from welding fumes, p. 92, item 14 C
 from xylene, p. 92, E

Devran, residues in laundered clothes, p. 97, item 2
Devran, skin irritation from, p. 97, item 3
Diesel-powered shovel cab, ventilation, p. 93, item 2
Dynamic system for producing known vapor concentrations, p. 105, item 1

Electrical equipment cleaning and salvaging, control measures, p. 93,
 item 3
Electroplating, control measures, p. 94, item 4
"Envirec" instrument, construction of, p. 105, item 2
"Epocast" (epoxy resin), p. 97, item 4
Epoxy-polyamide spray paint, control measures in spraying, p. 94, item 5
Epoxy resins, dermatitis from, p. 97, item 4
Epoxy resins, skin irritation from, p. 89, item 4
Ethylene glycol monoethyl ether, in determination of tolylene
 diisocyanate, p. 105, item 3

Fiberglass, as substitute for asbestos, p. 104, item 4
Fiberglass, skin irritation from, p. 89, item 4
Foam-in place resin, ventilation control, p. 95, item 6

Exhibit 24.B
Page 1106

"Gaco Primer," hazards in application, p. 89, item 5
Gaco Primer (N-11), hazards in use, p. 95, item 7
Gamlen 265 B, inhalation hazards, p. 92, item D

Headsets, dermatitis from, p. 98, item 8
Heat, excessive, p. 100, item C
Hydrogen chloride, from fire, p. 89, item 6

Illumination problems, p. 99, item 1
Incandescent light bulbs, illumination study, p. 106, item 6
Industrial chemical data sheets, p. 106, item 9
Industrial health programs, directives on, p. 106, item 10
Industrial hygiene surveys, p. 107, item B

JP4 fuel, contact dermatitis from, p. 98, item 5b

Kerodex No. 71, protective cream, p. 94, item 5

Lacquer thinner, inhalation hazard, p. 92, item B

Methyl chloroform SEE 1, 1, 1-Trichloroethane
Methyl ethyl ketone, vapor concentration, p. 93, item 15
Mil #7808 lubricating oil, dermatitis from, p. 98, item 5c
Mil-C-8188B oil, dermatitis from, p. 98, item 5b

Nitrogen bank, hazard from improper venting, p. 91, item B
Noise, from
    jet engine test cells, p. 98, item 1
    mess halls, p. 99, item 2
    pneumatic bilge pump, p. 99, item 3
    pneumatic drills, p. 99, item 4
    pneumatic grinders, p. 99, item 5
    test cells, p. 99, item 6
    ventilation system, p. 99, item 7

Oil, grease and fuel, contact dermatitis from, p. 98, item 5
Ozone, from photo-lofting operation, p. 89, item 7

Penetone Inhibisol, p. 89, item 8
Photodosimetry program, investigation of, p. 106, item 11

-111-

Exhibit 24.B
Page 1107



Potassium chromate, disposal of, p. 105, item 4

Radar, "glow bulbs" for measurements, p. 100, item 3
Radiation, ionizing, AEC inspection, p. 101, item III
Radiation, ionizing, from
    dosimeters, p. 102, item 2
    iridium 192, p. 103, item 7
    radar sets, p. 102, item 4
    radioactive dials, p. 102, item 5
    radium capsule leaks, p. 102, item 3
    remote transmitters, p. 103, item 9
    Thallium 204, p. 103, item 9
    X-ray spectrometer, p. 104, item 10
    x-ray unit, p. 103, items 6, 7
Radiation, nonionizing, from goggles, wire-screen, p. 101, item 4
Radiation, nonionizing, from microwave detection instruments,
    p. 101, items 2, 3
Radioactive materials, shipment regulations, p. 103, item 8
Respirators, p. 105, item 5

Saran coating, toxicity of pyrolysis products, p. 90, item 9
Sodium nitrite, in determination of tolylene diisocyanate, p. 105, item 3
Stoddard Solvent, as substitute for aviation gas in metal cleaning,
    p. 104, item 3

Teflon, inhalation hazards, p. 90, item 10
Tellurium bearing lead, control measures in cutting and fitting
    operations, p. 96, item 8
Tolylene diisocyanates, control measures, p. 96, item 9
Tolylene diisocyanate, inhalation hazards, p. 90, item 11
Tolylene 2,4 diisocyanate, quantitative determination of, p. 105, item 3
1,1,1-Trichloroethane, as substitute for carbon tetrachloride, p. 104,
    item 1; p. 106, item 8
1,1,1 Trichloroethane, inhalation hazards, p. 92, item D
Trichloroethylene, p. 104, item 2
Trichloroethylene and nearby welding operation, p. 91, item 12
Trichloroethylene, dermatitis from, p. 98, item 6
Tri-sodium phosphate mist, exposure to, p. 91, item 13

Ultra-sonic cleaning machine as substitute for trichloroethylene,
    p. 104, item 2

Exhibit 24.B
Page 1108

Vapor concentrations, dynamic system of production, p. 105, item 1
Varsol, dermatitis from, p. 98, item 7
Ventilation,
    adhesive M-29, control measures, p. 95, item 7
    cadmium metal spray, p. 93, item 1
    diesel-powered shovel cab, p. 93, item 2
    electrical equipment cleaning and salvaging, p. 93, item 3
    electroplating operation, p. 94, item 4
    epoxy-polyamide paint spraying, p. 94, item 5
    foam-in place resin application, p. 95, item 6
    Gaco Primer (N-11) application, p. 95, item 7
Vermiculite dust, from vacu-blasting process, p. 89, item 5

Welding fumes, ventilation, p. 92, item C

Xylene, inhalation hazard, p. 92, item E
Xylene, vapors during application of Gaco primer, p. 89, item 5

-113-

Exhibit 26.5
Page 1109