REPRODUCED AT THE NATIONAL ARCHIVES



# NAVY
# SHIPMENT MARKING
# HANDBOOK

NOV 1 9 1943

N20,7¹ᵃ⁺
Sh64
942

# NAVY
# SHIPMENT MARKING
# HANDBOOK

## BUREAU OF SUPPLIES AND ACCOUNTS

---

[Excerpt from Bureau of Supplies and Accounts
Memoranda, art. 1823]



UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1942

REPRODUCED AT THE NATIONAL ARCHIVES

Navy Department,
Bureau of Supplies and Accounts,
*Washington, D. C., December 15, 1942.*

Instructions herein are issued for the information and guidance of all persons in the Naval Establishment.

W. B. Young,
*Paymaster General of the Navy.*

Approved:
Frank Knox,
*Secretary of the Navy.*

II

## TABLE OF CONTENTS

| | Paragraph |
|---|---|
| General instructions for marking Navy shipments, domestic and overseas | 1 |
| Definition of advance base | 2 |
| Purpose of marking | 3 |
| Shipping papers | 4 |
| Method of marking outside containers | 5 |
| Abbreviations | 6 |
| Method of marking inside containers | 7 |
| Outside markings | 8 |
| Preparation and disposition of shipping papers | 9 |
| Shipping papers to accompany shipment | 10 |
| Shipments to naval vessels | 11 |
| Shipment marking examples | 12 |

III

499946—42

## NAVY SHIPMENT MARKING HANDBOOK

**1. General instructions for marking Navy shipments, domestic and overseas.—**

(a) All Navy shipping activities will hereafter be governed by marking instructions contained herein, and all previous instructions, regardless of source, are hereby canceled. These instructions are intended to provide unified marking directions for all Navy shipping activities.

(b) No general marking instructions shall be issued, except in this publication. Requests for any modification of these instructions shall be made direct to the Bureau of Supplies and Accounts (Transportation Division) and receipt of any general marking instructions from other sources should promptly be reported to the Transportation Division. These instructions do not preclude a modified procedure in the case of individual shipments or movements when circumstances require; nor do they apply to shipments made on account of foreign governments when marking instructions are specified by such governments. Overseas shipments marked in accordance with these instructions shall be packed for ocean shipment in accordance with *Army-Navy General Specifications for Packaging, Packing, and Marking for Overseas Shipments* issued October 10, 1942, Navy Specification No. 39–P–16.

**2. Definition of advance base.—**

All bases outside the continental limits of the United States are to be treated as advance bases (Alnavsta, November 13, 1942). However, for purposes of these instructions, bases and activities listed in the Navy Shipping Guide and those located in or in waters contiguous to North, Central and South America shall not be considered as advance bases. Should such activities later fall within active combat areas, these instructions will be amended accordingly. Shipments to Alaskan bases other than those listed in Navy Shipping Guide shall be treated as advance base shipments.

**3. Purpose of marking.—**

Proper marking of packages containing Navy shipments is important to facilitate positive movement of the packages to their correct destination and consignee without confusion and delay, and to permit ready identification of contents either at transshipping activity or destination. It is not expected that any set of rules can possibly encompass the exact needs of every marking situation that will confront a shipping officer. Therefore, these two fundamental objectives, backed by experience and sound judgment on the part of the shipper, must serve as a guide in whatever deviation from the following instructions particular circumstances may require.

1

**4. Shipping papers.—**
    It is important that all personnel understand the purpose, preparation, and disposition of shipping papers. Because of the different manner in which Navy material is procured and shipped, shipping papers are not the same for all types of shipment.

**5. Method of marking outside containers.—**
    (a) Outside markings shall be stenciled, printed, or stamped clearly and legibly in quick drying, waterproof ink or paint (preferably black) in letters of appropriate size, depending upon the dimensions of the package. The use of writing ink or chalk is prohibited.
    (b) Such markings shall appear on one face of each package, except that on overseas shipments for advance bases and shipments for major assemblies such as Lions, Cubs, Acorns, etc., all such markings shall appear on one face and one end of each package *and* markings indicating *Contents* shall appear on all surfaces of each package.
    (c) When articles are shipped loose, in bales or bundles, or in packages too small to permit compliance with general marking instructions, such articles shall be marked either by painting or stenciling necessary markings on the article itself, otherwise by use of two or more cloth, metal, or waterproof shipping tags firmly attached to the package. Tags shall be shellacked after attachment to prevent obliteration of markings by salt water.
    (d) When tags are used for marking rods, shafting, bars, springs, and other articles of like character, which are shipped without packing, two tags must be securely attached to the article by wire, one of which must be concealed by being bound to the article with burlap or other covering and each end of the covering securely fastened.

**6. Abbreviations.—**
    Abbreviations may be used only when it is certain that their meaning will be understood clearly by all concerned.

**7. Method of marking inside containers.—**
    Inside packages, containers, or unpackaged items, not immediately identifiable, packed into an export container, shall be labeled or marked plainly. Material contained therein, not readily identifiable, unless plainly tagged by the manufacturer, shall always be tagged with a waterproof tag, not smaller than $3\frac{1}{2}$ inches by 2 inches, attached securely to each item and marked clearly by the shipper in paint or waterproof ink. Any neccessary instructions for assembling of material or warning as to handling, storage, and operation shall be packed with such material.

2

**8. Outside markings.—**

(a) The following markings shall appear on the outside face of each package in accordance with accompanying illustrations.

(1) Name and address of consignor: Unnecessary details such as street address shall be omitted.

(2) Name and address of consignee: Unnecessary details such as street address of established naval activities may be omitted.

(3) For overseas shipments only: Name and address of transshipping activity marked "FOR" ultimate consignee, either in the clear or in code, according to current instructions.

(4) Bureau emblem:

(a) Overseas shipments of material under the cognizance of the Bureau of Aeronautics, the Bureau of Medicine and Surgery, the Bureau of Ordnance, and the Bureau of Ships, shall have marked on the outside of each package the official emblem of such bureau. Official emblems of these bureaus are shown by accompanying illustrations. Stencils exactly like those illustrations should be prepared by shipping activities requiring them. When a stencil is not available and time does not permit the preparation of one, lettered abbreviations of such bureaus, e. g., BuAer, BuM&S, BuOrd, or BuShips, shall be used.

(b) No official emblems are provided for shipments of material under the cognizance of the Bureau of Supplies and Accounts or the Bureau of Yards and Docks.

(5) Brief description of contents:

(a) Exact Navy nomenclature will be used, and quantity will be shown. On shipments for advance bases and for major assemblies such as Lions, Cubs, Acorns, etc., these markings shall be stenciled on all surfaces of each package. (This provision is important, particularly on shipments for advance bases, where shipments may be unloaded under difficult circumstances.) Description on packages containing such shipments should be as complete and explicit as space will permit. During unloading in active combat areas it is often impossible to inspect lists of contents attached to the outside of containers, even when such lists remain attached, and there is no time to open packages to ascertain contents.

(b) Such marking must appear in sufficient detail to identify contents to transshipping activities and to consignee. The main item of equipment for which spare parts are intended shall be shown. In the case of standard items of subsistence, clothing, ammunition, and GSK items, it is not essential to show detailed description on each package or to enclose separate packing lists inside each package. Moreover, there may be cases when the nature of the contents of a package makes it undesirable to show such information on the outside of shipping container, e. g., alcoholic liquors, classified material, and small objects of great value subject to heavy pilferage. In some cases the multiplicity of articles in a container may make showing full description of the contents on the outside of the container impossible, and packing lists firmly attached to the outside of the package must be relied upon.

(c) In the exercise of his judgment, the shipping officer will be held responsible for full compliance with the spirit of these instructions to the end that transshipping and receiving activities may have all the information necessary for positive handling and immediate identification. On shipments to advance bases and into active combat areas, the needs of receiving activities must be the paramount consideration in the marking of packages.

(6) Gross weight, and, on overseas shipments, cubic measurement.

(7) Package number, including number of packages in total shipment, e. g., Pkg. 1 of 12, Pkg. 7 of 12, etc. On domestic carload shipments of standard items, such marking may, at the discretion of the shipper, be omitted.

(8) Bill of lading number: When a transshipping activity issues a new bill of lading, the new bill of lading number shall be shown on the package and the abbreviation "ex" placed before the bill of lading number covering inland movement.

3

(9) Such of the following items as may be available and applicable:

| | |
|---|---|
| Contract number | Manufacturer's serial number |
| Purchase order number | Bureau shipment order number |
| Item number | Requisition number, or other receiving activity reference |

Shipping officers must be alert to include such reference as may be helpful to the receiving activity in identifying and matching material with the request therefor, e. g., dispatch or file number. Some overseas shipments will move to the transshipping activity on commercial bills of lading, and in such cases, contractors shall be instructed by the purchasing activity to mark on the packages such of the foregoing items as may be applicable.

(10) Invoice number applicable to shipments from naval activities when invoice is prepared at the time the shipment goes forward. A copy of the invoice shall also be placed inside one package of each shipment, and the marking on the package should indicate such inclusion.

(11) Special markings such as TOPS, GLASS, ACID, EXPLOSIVES, KEEP DRY, HANDLE WITH CARE, FRAGILE, DELICATE INSTRUMENTS, and such other markings and special handling instructions or warnings as may be required by the Interstate Commerce Commission or other regulations.

(12) U. S. Navy: This may be omitted when the words "U. S. Navy" appear as part of the Bureau emblem.

(13) Port marks: When the transshipping activity considers it desirable in the case of vessels loading for more than one port of discharge, cargo may be port marked with colored paint or lined off in the holds with colored paint. This method may also be employed for separating cargo within a single vessel for two or more principal receiving activities.

## 9. Preparation and disposition of shipping papers.—

(a) *Bill of lading (inland)*.—

(1) The inland bill of lading is primarily a contract for the transportation of material. Material must be described on such bills of lading covering shipment via commercial carriers in accordance with the carriers' legally published freight classification. Bills of lading and all copies thereof must be plain, legible, and complete, and must show full reference to authority for shipments, i. e., bureau shipment order number, contract number, requisition number, etc. Since it occasionally happens that the transshipping activity or receiver may have nothing but the bill of lading available to identify or locate a shipment, it is necessary that when the freight classification description does not parallel Navy nomenclature, the latter must be shown parenthetically on bills of lading with freight classification description. For example, certain items of minesweeping gear cannot be identified from the freight classification, and the bill of lading in such cases should indicate that such items are particular parts of a minesweeping assembly.

(2) An original white copy and one yellow copy of the inland bill of lading shall be mailed directly to the consignee, except that in the case of air or combination express-air shipments, the original white bill of lading must accompany the shipment. On overseas shipments, the original white copy of the inland bill of lading and one yellow copy shall be forwarded by fastest available mail (accompanied by two copies of the invoice when prepared) to the trans-

4

shipping activity, and a yellow copy of the inland bill of lading shall be mailed direct to the ultimate consignee.

(b) *Bill of lading (ocean).*—

(1) Ocean bills of lading shall be prepared in the same manner and shall contain all of the information required on inland bills of lading.

(2) Two sets of ocean bills of lading shall be placed in the hands of the commanding officer or master of the ship before sailing, one copy to be retained by him, and one copy to be delivered to the consignee at destination immediately on arrival.

(3) Two sets of the ocean bills of lading will be mailed with a copy of the manifest to the Director, Naval Transportation Service, Washington, D. C., immediately after a vessel sails. This shall be done by the port director, when one is established, otherwise by the transshipping activity.

(c) *Copy of contract.*—A copy of the contract shall be placed in the hands of the transshipping and receiving activities, except advance bases, (see par. 2) at the earliest possible moment. Copies of such contracts are essential for proper identification, disposition, and accounting on shipments received under Navy contract.

(d) *Shipment order (N. S. A. Form 564).*—A shipment order is a formal request from one of the bureaus of the Navy Department to some naval activity to make a specific shipment of material to a designated consignee and destination. The issuing bureau, at the time of issue, shall see that all interested parties receive a copy of such shipment order. It is particularly important on overseas shipments that the transshipping activity, as well as the ultimate receiver, be furnished promptly with a copy of the shipment order.

(e) *Invoice.*—On overseas shipments, two copies of the invoice with the required copies of the bill of lading shall be mailed to the transshipping activity. The transshipping activity shall detach one copy and forward the other to the ultimate consignee with the ocean bill of lading.

**10. Shipping papers to accompany shipment.**—

(a) The papers listed in subpars. (b) to (e) must accompany shipments as directed. As hereinafter required certain documents must be placed inside the packages and others attached to the outside of the packages. In the latter case, this is to be accomplished by placing such documents inside a waterproof envelope beneath a plywood panel of appropriate size securely attached to an indented surface of the package, or by tacking waterproof envelopes to such indented surface of the package.

(b) *Packing lists.*—Except for standard articles of subsistence, clothing, ammunition, etc., indicated in par. 8(a) (5) (b) and except for packages where full description of the contents is printed or stenciled on the outside, separate packing lists shall be prepared for each package and a copy thereof placed inside such package. In addition, on overseas shipments, a copy of such packing lists shall be attached to the outside of each package. When it is impossible to prepare separate packing lists for each package, the invoice or similar documents shall indicate the number of the package into which individual items are packed.

(c) *Copy of invoice.*—An invoice is prepared on all shipments from Navy activities. On domestic shipments a copy of such invoice shall be included inside one package of each shipment, and the marking on the outside of the package shall indicate such enclosure. On overseas shipments, a copy of the invoice shall also be attached to the outside of one package. On an

individual package when the copy of the invoice will serve as a packing list, it will not be necessary to provide a separate packing list.

(d) *Material inspection report* (*I. N. M. Form 8*).—This form is prepared on shipments from Navy contractors. On both domestic and overseas shipments, a copy of such form shall be firmly attached to the outside of one package of each shipment. On individual packages when this form will serve as a packing list, a separate packing list need not be attached to the outside of the container.

(e) *Special assembly instructions or warnings.*—When such instructions are necessary, shipping activities shall see that they accompany the shipment and that they are conspicuously indicated.

**11. Shipments to naval vessels.—**

Current instructions provide that shipments for vessels shall be made to a transshipping activity within the continental limits of the United States, marked in the clear, with the name of the vessel for which intended. For naval vessels known to be in overhaul, shipments are consigned in the usual manner direct to the overhaul yards (when located within the continental limits of the United States), marked in the clear with the name of the vessel for which intended.

**12. Shipment marking examples.—**

(a) *Marking methods.—*

(1) The following pages show examples of the marking methods to be used for the various types of shipments where rectangular containers are used.

(2) For barrels, cylinders, drums and similar containers the same types of markings are to be placed on the ends or heads of such containers.

(3) For bundles or individual items when shipping tags are used (see pars. 5 (c), and 7), the tags are to have markings similar to the "tag" example. The space available on the tags does not permit the use of the symbols.

(b) *Lettering.—*

(1) The lettering necessary to convey needful information is to be limited to the essentials. Standard abbreviations are to be used if space does not permit complete spelling.

(2) Stencils used by the Navy Department are cut by standard commercial stencil machines, which cut figures and letters, alike in height and pitch, in sizes of ½ inch, ⅝ inch, 1 inch, and 1¼ inches. The 1¼ inch size cuts characters which when stenciled on a container can be seen 30 feet.

(3) In general the size of the characters must conform to the space available for stenciling. Large characters will be avoided if their use would obscure the legibility of the markings. Lettering and figures will be at least 1 inch from the container edges. Lettering combinations will be grouped as shown by the examples.

6

(c) *Bureau symbols.*—

(1) The symbols shown in the examples are the trademarks of the respective bureaus. The applicable symbol is to be stenciled on the lower right hand corner of every container carrying material under the cognizance of the shipping bureau.

(2) The symbols are made in two sizes. The largest size is 7 inches in diameter and is to be used on all containers having a space length of 33 inches or more. For smaller covers a 3½ inch diameter is provided.

(3) The stencils are made so their outer edges align with the outer edges of the cover to enable stenciling the symbol in the correct position.

(d) *Inspection mark.*—This mark (symbol), stenciled or stamped on a container or article, indicates that the contents have been examined by a naval inspector of machinery. It is to be stenciled on containers, etc., when required as shown on the examples, 1 inch after the address of the manufacturer, agent, etc., with its extreme upper portion, 1 inch from the edge of the container.

(e) *Abbreviations.*—The abbreviations used in the examples are to be interpreted as follows:

| | | | |
|---|---|---|---|
| ASA | Aviation supply annex. | REQ | Requisition. |
| B/L | Bill of lading. | SO | Shipment order. |
| DOVE–54 ROSE–48 | These letters and figures are coded symbols relating to shipping and vary for every shipment. They are issued to shippers as required by other activities. | USS VA WT LBS CU | United States ship. Virginia. Weight. Pounds. Cubic feet (given in two parts, a whole number indicating the total number of cubic feet and a fractional part denoting the twelfth parts of a cubic foot). |
| INV | Invoice. | | |
| MK | Mark. | | |
| MOD | Model. | | |
| NSD | Naval supply depot. | | |
| PC | Patrol craft. | | |
| PKG | Package. | | |

REPRODUCED AT THE NATIONAL ARCHIVES

## T Y P E   A   S H I P M E N T

```
FROM:    NSD
         NORFOLK, VA.




TO:      OFFICER-IN-CHARGE
         NAVY OVERSEAS FREIGHT TERMINAL
         PIER 50-B
         SAN FRANCISCO, CALIFORNIA.


FOR:     DOVE - 54
```



```
PKG. 1 of 2
B/L - 763498
S.O.- 134528    1-DEPTH CHARGE PROJECTOR
INV.- 183793    MK. 6 - MOD I
WT. - 62 LBS.   WITH SPARES
CU. - 6.5
```

T O   B E   U S E D   F O R   C O D E D   O V E R S E A S   S H I P M E N T S

9

REPRODUCED AT THE NATIONAL ARCHIVES

REPRODUCED AT THE NATIONAL ARCHIVES

## T Y P E   B   S H I P M E N T

```
FROM:   NSD
        NORFOLK, VA.



TO:     SUPPLY OFFICER
        NAVY YARD
        MARE ISLAND, CALIFORNIA


FOR:    U.S.S. PROMETHEUS
```



```
PKG.- 22 of 24
B/L - 325462
REQ.- A-3918
S.O.- 134528    P. C. SPARES
INV.- 183795
WT. - 200 LBS.
CU. - 6.5
```

TO BE USED FOR ANY MOVEMENT OF MATERIAL TO ANY VESSEL KNOWN TO BE IN
OVERHAUL YARD

11

# T Y P E   C   S H I P M E N T

FROM:   NMSD
        BROOKLYN, NEW YORK


TO: PORT TRANSPORTATION OFFICER
        PORT OF EMBARKATION
        ARMY BASE
        BROOKLYN, NEW YORK


FOR:    ROSE — 48



PKG.— 1 of 1
B/L.— 221673
REQ.— 1898
S.O.— 134528    DRUGS — BIOLOGICAL
INV.— 183793
WT. — 185 LBS.
CU. — 6.5


TO BE USED FOR OVERSEAS TRANSSHIPMENT OF MATERIAL BY ARMY CONTROLLED
                            CARRIERS

13

# T Y P E  D  S H I P M E N T

FROM:  CLEVELAND DIESEL DIVISION
       GENERAL MOTORS CORPORATION
       CLEVELAND, OHIO.



TO:   SUPPLY OFFICER
      NAVY YARD
      BOSTON, MASSACHUSETTS.



PKG.— 2 OF 5
REQ.— 18135
CONT.—NXs—59682   DIESEL SPARES
WT. — 200 LBS.    MOD 8—268A
CU. — 7.8

TO BE USED FOR THE NON—SECRET MOVEMENT OF CONTRACTURAL MATERIAL FROM
MANUFACTURER, AGENT OR WAREHOUSE, ETC., TO NAVAL ACTIVITIES

15

REPRODUCED AT THE NATIONAL ARCHIVES

## T Y P E  E  S H I P M E N T

```
FROM:    A.S.A.
         NORFOLK, VA.


TO:      OFFICER-IN-CHARGE
         NAVY OVERSEAS FREIGHT TERMINAL
         PIER 48-B
         SAN FRANCISCO, CALIFORNIA


FOR:     SUPPLY OFFICER
         NAVAL AIR STATION
         PEARL HARBOR, T. H.
```



```
PKG. — 2 OF 5
B/L. — 222845
REQ. — 1978          TBF
S.O. — 134528    PROPELLER SPARES
INV. — 32798
WT.  — 190 LBS.
CU.  — 6.5
```

TO BE USED FOR THE NON-SECRET MOVEMENT OF MATERIAL

17

T Y P E   A   T A G   S H I P M E N T

```
FROM:   NSD
        NORFOLK, VA.

TO:     OFFICER-IN-CHARGE
        NAVY OVERSEAS FREIGHT TERMINAL
        PIER 50-B                          O        FRONT
        SAN FRANCISCO, CALIFORNIA


FOR:    DOVE - 54
```

```
BOX  - 1 OF 2
S.O. - 134528
INV. - 183795
B/L. - 355721
WT.  - 62 LBS
CU.  - 6.5                                  O        BACK

DEPTH CHARGE PROJECTOR
MARK 6 - MOD I WITH SPARES
                        BUORD
                        U.S. NAVY
```

19