## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCT**
**LIABILITY LITIGATION (NO. VI)**          MDL Docket No. 875

This Document Relates to:

HELEN HUTCHISON, etc., et al.,
v.
A.W. CHESTERTON COMPANY, et al.

Northern District of California
Oakland Division
Docket No. C 07-02824 SBA
(CTO-281)

## DECLARATION OF LAWRENCE STILWELL BETTS IN
## OPPOSITION TO MOTION TO REMAND TO STATE COURT

### Exhibit 15

Part 1 of 3

939

NAVY DEPARTMENT, BUREAU OF MEDICINE AND SURGERY

# STATISTICS
## OF DISEASES AND INJURIES
### *in the* UNITED STATES NAVY · · · · 1939
FOR THE CALENDAR YEAR



## GENERAL SERVICES ADMINISTRATION
### National Archives and Records Service

To all to whom these presents shall come, Greeting:

By virtue of the authority vested in me by the Administrator of General Services, I certify on his behalf, under the seal of the National Archives of the United States, that the attached reproduction(s) is a true and correct copy of documents in his custody.

SIGNATURE

DATE 1-5-84

Nancy V. Menan
Chief, Library and Printed Archives Branch
National Archives and Records Service
8th & Pennsylvania Ave., NW
Room 200-B
Washington, DC 20408

GSA FORM 6791

UNITED STATES NAVY DEPARTMENT
BUREAU OF MEDICINE AND SURGERY

# ANNUAL REPORT OF THE
# SURGEON GENERAL, U. S. NAVY

CHIEF OF THE BUREAU OF MEDICINE AND SURGERY

### TO THE SECRETARY OF THE NAVY

CONCERNING

## STATISTICS OF DISEASES AND INJURIES
## IN THE UNITED STATES NAVY

FOR THE CALENDAR YEAR

### 1939



UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1941





## Table Of Contents, Continued

| | Page |
|---|---|
| Occupational distribution--Table 2 | 220 |
| Deaths--Table 3 | 221 |
| Invalidings from the services--Table 4 | 222 |
| Surgical operations--Table 5 | 225 |
|   Specified | 233 |
|   Grouped | 242 |
| Dental operations and treatments--Table 6 | 246 |
| Recruiting--Table 7 | 247 |
| Causative agents of accidental injuries and poisonings--- | |
|   Injury Table A | 248 |
| Character of injuries and poisonings--Injury Table B | 255 |
| Index | 258 |

iii

## TABLE OF CONTENTS

| | Page |
|---|---|
| | iv |
| Preface | 1 |
| Health of the Navy | 5 |
| Hygienic and sanitary conditions afloat and ashore | 28 |
| Methods of analyzing vital statistics | 28 |
| Turn-over of enlisted personnel | 29 |
| Strength of the Navy in 1939 | 31 |
| General morbidity and mortality | 32 |
| Officers of the Navy | 32 |
| Enlisted men of the Navy | 33 |
| Enlisted men of the Marine Corps | 33 |
| Midshipmen | 37 |
| Forces afloat | 39 |
| Forces ashore | 40 |
| Mortality | 43 |
| Morbidity and mortality by nomenclature classes | 54 |
| Communicable diseases | 57 |
|   Transmissible by oral and nasal discharges | 60 |
|   Tuberculosis | 63 |
|   Transmissible by insects and other arthropods | 67 |
|   Transmissible by intestinal discharges | 99 |
|   Caused by fungi and certain animal parasites | 101 |
|   Venereal diseases | 101 |
|   Other diseases of infective type | 106 |
| Diseases by systems | 107 |
|   Digestive system | 108 |
|   Ear, nose, and throat | 109 |
|   Eye and adnexa | 110 |
|   Genito-urinary (nonvenereal) | 111 |
|   Motor system | 112 |
|   Skin, hair, and nails | 115 |
|   Lymphatic system | 116 |
|   Nervous system | 118 |
|   Mind | 119 |
|   Respiratory system | 120 |
|   Circulatory system | 122 |
|   Ductless glands and spleen | 123 |
|   Blood | 125 |
|   Dental | 125 |
| Other diseases | 127 |
|   Tumors | 127 |
|   Herniae | 130 |
| Miscellaneous | 133 |
| Injuries and poisonings | 133 |
|   Accidental injuries and poisonings | 134 |
|   Naval and military hazards | 134 |
|   Motor vehicles | 135 |
|   Homicides and homicidal injuries | 135 |
|   Suicides and attempted suicides | 137 |
|   War casualties | 158 |
|   Drowning, all causes | 160 |
|   Nomenclature, revised | 161 |
| Statistical tables | |
|   Detailed statement of diseases and injuries--Table 1 | |
|   Primary disabilities with their complications and sequelae--Table 1A | 206 |
|   Summary and comparative figures--Table 1B | 210 |



Case 4:07-cv-02824-SBA    Document 36-47    Filed 09/22/2007    Page 5 of 44

## PREFACE

The Report of the Surgeon General, United States Navy, is now divided into three parts. The first part dealing with the general facts regarding the health of the Navy is published in the Annual Report of the Secretary of the Navy. The second part dealing with the activities of the Medical Department for the fiscal year 1940 is not published, but mimeographed copies of this part of the report are made for use by various Government departments. The statistics of diseases and injuries with the various statistical tables are here printed separately as a measure of convenience and economy. The statistical facts are for the calendar year 1939.

ROSS T. McINTIRE,
Surgeon General, United States Navy.

## HEALTH OF THE NAVY

The health condition in the Navy for the calendar year 1939 were good. There was a slight increase in the general admission rate over the preceding year and it is believed that this may have been due in part to the induction of large numbers of recruits during the last five months of the year.

**New admissions.**—There were 61,100 new admissions from all causes in 1939, giving a rate of 403.37 per 1,000, as compared with 393.70 for the preceding year, and 471.00, the median for the preceding 9-year period. The following table is a ten-year summary:

Admission rates, all disabilities, 1930–39*

| Year | Average strength | Admission rates per 1,000 | | | | Noneffective rate per 1,000, all causes |
| --- | --- | --- | --- | --- | --- | --- |
| | | All causes | Diseases | Injuries | Poisonings | |
| 1930 | | | | | | |
| 1931 | | | | | | |
| 1932 | | | | | | |
| 1933 | | | | | | |
| 1934 | | | | | | |
| 1935 | | | | | | |
| 1936 | | | | | | |
| 1937 | | | | | | |
| 1938 | | | | | | |
| 1939 | | | | | | |

*New admissions (IA only). "Food Poisoning" no longer reported hereunder.
**Beginning with 1930 "Food Poisoning" no longer reported hereunder.

**Sick days.**—There were 1,201,718 sick days from all causes in 1930, an average of 8.03 sick days per person and 19.67 per admission. There were 22.01 percent of all personnel constantly on the sick list throughout the year.

Sick days per person and per admission, 1930–39

| Year | Average number of sick days per person, per year | Average sick days per admission* | Average number of sick days per person in bed, total |
| --- | --- | --- | --- |
| 1930 | | | |
| 1931 | | | |
| 1932 | | | |
| 1933 | | | |
| 1934 | | | |
| 1935 | | | |
| 1936 | | | |
| 1937 | | | |
| 1938 | | | |
| 1939 | | | |

*Total sick days, all types of admissions IA, RA, ACD, etc., divided by number of new admissions IA.

**Deaths.**—There were 314 deaths from all causes in 1939, giving a rate of 2.10 per 1,000, as compared with 2.00 for the preceding year, and 2.56, the median for the preceding 9-year period. There were 50 deaths caused by suicidal causes, and 50 by motor-vehicle accidents, and 50 by deaths, 24 of which were the result of the ship disaster, drowning 24 of which were the result of the ship disaster, and poisonings with 0 deaths. Injuries with 127 deaths were responsible for 40.45, 57.04, and 1.51 percent, respectively, of all deaths. The following table is a 10-year summary:

## General

1,000 less than that of 1937 to 1938 and may reflect an additional breakdown of the old psychological attitude toward concealment of venereal disease and fear of punitive action. It is believed to further substantiate the above quotation.

### Injuries

There were 7,988 admissions for injuries, giving a rate of 49.38 per 1,000 as compared with 51.15 for 1938, and 61.76 the median for the preceding 9-year period. For each admission for injury in 1939 there were 7.3 admissions for disease, as compared with 6.4 in 1938.

**Accidental injuries and poisonings** (excludes suicides, homicides, and war casualties).—There were 7,597 admissions giving a rate of 40.17 per 1,000 in 1939 as compared with 10.36 for the preceding year, and 61.32 the median for the preceding 9-year period; 2,007 or 28.10 percent of the accidental injuries and poisonings were sustained by naval personnel while on leave or liberty.

**Motor vehicles** were responsible for 997, or 13.28 percent of all accidental injuries and poisonings; 844, or 86.39 percent of the admissions and 48 of the 49 deaths charged to "motor vehicles" were sustained while on leave or liberty.

**Poisonings.**—There were 29 admissions for poisonings in 1939, giving a rate of 0.19 per 1,000. With the revision of the Nomenclature placed in use on January 1, 1939, "food poisoning" is reported as a disease, entity under the terms "food infection," "food intoxication, botulism," and "food poisoning, bacterial."

**Drownings.**—There were 53 persons, including 3 suicides, drowned in 1939 with a rate of 0.35 per 1,000 for this cause, as compared with 0.24 for the preceding year and 0.31 the median for the preceding 9-year period. Distribution among personnel was as follows: officers of the Navy, 4; enlisted men of the Navy, 43; enlisted men of the Marine Corps, 6; and officers of the Marine Corps. Of the 50 non-suicidal drownings, 40 occurred within command and 10 while on leave or liberty.

**Suicides and homicides.**—There were 42 instances of suicide and attempted suicide reported in 1939, resulting in 32 deaths with a rate of 0.21 per 1,000 as compared with 0.21 for the preceding year and 0.20 the median for the preceding 9-year period. The deaths were distributed among personnel as follows: officers of the Navy, 6; enlisted men of the Navy, 17; and enlisted men of the Marine Corps, 9. There were 4 deaths from homicide for the year 1939, giving a rate of 0.03 per 1,000 as compared with 0.06 for the preceding year and 0.06 the median for the preceding 9-year period. The deaths were distributed among personnel as follows: enlisted men of the Navy, 1; and enlisted men of the Marine Corps, 1.

**Hospitalization.**—Of the total 1,201,718 sick days for the Navy in 1939, naval hospitals were charged with 873,433 or 72.68 percent which were incurred by 27,163 patients. These hospital sick days represent the equivalent of 1,760 patients constantly under treatment. In addition to 873,433 treatment days at naval hospitals there were 42,075 days for 2,042 patients on days of treatment; 3,846 days for 27 patients at the hospital ship U. S. S. Relief; 3,846 days for 27 hospital patients at the Naval Unit, Fitzsimons General Hospital, United States Army,

---

## Health Of The Navy

**Death rates, all disabilities, 1936-39**

| Year | Death rates per 1,000 | | |
|---|---|---|---|
| | All causes | Diseases | Injuries and Poisonings |
| 1936 | 3.31 | 1.41 | 1.90 |
| 1937 | 3.39 | 1.37 | 2.02 |
| 1938 | 3.39 | 1.43 | 1.96 |
| 1939 | 3.33 | 1.12 | 1.21 |

**Invalided from the service.**—There were 1,552 persons invalided from the service as the result of physical disability in 1939, giving a rate of 10.87 per 1,000 as compared with 10.59 for the preceding year, and 12.23, the median for the preceding 9-year period.

Diseases caused the invaliding of 115 officers of the Navy, 23 officers of the Marine Corps, 840 enlisted men of the Navy, 343 enlisted men of the Marine Corps, 99 midshipmen, and 17 nurses; injuries caused the invaliding of 10 officers of the Navy, no officers of the Marine Corps, 4 midshipmen, and no nurses. There were no invalidings as the result of poisonings. The disability respecting as listing prior to entry into the naval service in 535 cases, of which 517 were for disease and 18 for injury.

### Communicable Diseases

There were 16,873 admissions in 1939 for communicable diseases transmissible by oral and nasal discharges, giving a rate of 112.76 per 1,000 as compared with 100.55 for the preceding year and 140.59 the median for the preceding 9-year period.

There were admissions caused by the diseases of this class as follows: lobar pneumonia, 9; broncho pneumonia, 3; acute anterior poliomyelitis, 1; influenza, 1; septic sore throat, 1.

The admissions for certain individual diseases of this class were: Influenza, 696; Catarrhal fever, acute, 11,724; Tonsillitis, acute, 2,000; Bronchitis, acute, 519; Pharyngitis, acute, 332; Laryngitis, acute, 281; Rhinitis, acute, 28; Pneumonia, bronchial, 89; Chickenpox, 273; Measles, 81; German measles, 60; Poliomyelitis, anterior, 86; Scarlet fever, 16; Septic sore throat, 15; Poliomyelitis, anterior, 3; Cerebrospinal fever, meningococcic, 2; Diphtheria, 8; Encephalitis, lethargic, 3.

There were 13,347 admissions for **venereal diseases**, giving a rate of 85.87 per 1,000 for 1939 as compared with 77.45 for the preceding year, and 80.28 the median for the preceding 9-year period.

In the 1938 report (page 2) the following statement was made: "An increase in reporting was anticipated upon the removal of punitive measures.... As these measures were removed men for the contraction of venereal diseases... dated May 5, 1937, the year 1938 is the first full year in which the effects could be observed. It is believed that the incidence of venereal disease for 1938 represent a closer approximation to the true picture of venereal disease in the Navy than has previously been the case...." The 1939 to 1939 increase in venereal disease incidence is 6.13 per



# Health Of The Navy

Denver, Colorado, and 16,975 days for 155 insane patients at the Navy Unit, St. Elizabeths Hospital, Washington, D. C.

The following table is a 10 year summary of the number of Navy patients (active-duty) in naval hospitals during the year, the sick days incurred by them, and the average number of hospital sick days in the Navy per person and per Navy hospital patient:

## Hospital admissions and sick days, 1930-39

| Year | Hospital patients, active personnel | | Total sick days treated | Average number hospital sick days in the fiscal year | Per Navy hospital patient |
|------|-------------------------------------|--|-------------------------|------------------------------------------------------|---------------------------|
| | Admitted per year | Total treated | | | |
| 1930 | | | | | |
| 1931 | | | | | |
| 1932 | | | | | |
| 1933 | | | | | |
| 1934 | | | | | |
| 1935 | | | | | |
| 1936 | | | | | |
| 1937 | | | | | |
| 1938 | | | | | |
| 1939 | | | | | |

A total of 27,153 persons in the Navy (active-duty), 11,227 Veterans Administration patients, and 10,859 superannuary patients underwent treatment in naval hospitals, with 673,433, 378,350, and 226,876 sick days respectively, or a grand total of 49,239 persons treated in naval hospitals with 1,476,665 sick days.

*Recruits.*—The number of recruits finally accepted in the Navy and Marine Corps was 23,312, which constituted 25.0 percent of the average daily enlisted strength, as compared with 15.4 percent in 1938.

*Disasters.*—A catastrophe occurred on May 23, 1939 when the submarine U. S. S. Squalus sank off the Isle of Shoals (Portsmouth, N. H.). Twenty-three enlisted men and one officer lost their lives by drowning. The 32 members of the crew who were rescued by means of the Diving Bell suffered from exposure and were returned to duty after short periods on the sick list.

# HYGIENIC AND SANITARY CONDITIONS AFLOAT AND ASHORE

Comments by medical officers of ships as to hygienic conditions are of great value and contain many original and helpful suggestions. The paragraphs that follow were opinions of their opinions as expressed in annual sanitary reports received in the Bureau:

## EPIDEMIOLOGICAL FACTS

*Fleet Medical Officer, U. S. Fleet.*—The thorough care in the inspection of food and its preparation, the frequent cautions given in conferences and through Fleet Medical News in the subject the importance of thorough and complete sterilization of mess gear, and the addition of paper towels and facilities for messmen to wash their hands at frequent intervals, have greatly reduced the incidence of food poisoning.

During the calendar year 1939 food poisoning was reported as follows: U. S. S. Honolulu on March 12, affecting 48 men, the cause being traced to frankfurters; U. S. S. Richmond on April 29, affecting 231 men, the cause attributed to ham and cold cuts.



cases, all but 7 recovered within a period of 6 to 8 hours, the remaining 7 patients being returned to duty within 24 hours. Chicken salad proved to be the underlying cause of the outbreak. Investigation revealed that the galley temperature for 7 to 8 hours afterward was and still proving of the salad, vomitus, and stools revealed a predomination of *Aerobacter aerogenes*.

*Typhoid Fever.*—*Bacillus Pp ye.*—With the exception of a mid-inland area reinforced by the scouting force during, has been noted.

In Panama in January, no epidemic of any proportion has been noted during the calendar year.

During the passage from Panama to Guantanamo Bay and Gonaives the various ships held maneuvers and drills necessitating greatly with normal ventilation and developed during the month of January. Two to three cases were diagnosed as catarrhal fever but were made by the same origin. Several cases of pneumonia resulted and the course of the cases was short-lived, clearing rapidly after the opportunity for thorough ventilation of ships and relaxation of the men from the strain of maneuvers.

*U. S. S. Augusta.*—There are no epidemics on this ship. Asiatic cholera in this U. S. S. Augusta due to the boundaries adhered to by officers and crew for the precautions as to personnel.

*Infectious colitis, bacillary dysentery, and diseases.* No deaths occurred from any of food handlers revealed a large number lumbricoides was the chief offender. Men who appeared at the cularis and *Taenia saginata* were examined for intestinal parasites.

An examination of parasites among the crew of this ship, at sites, case of typhus fever (Exanthematous) occurred on this ship, at Tsingtao, China. Thorough isolation, disinfection, and removal of the patient to the [....] in Tsingtao, China, prevented this disease from landing the ship. The patient made an excellent recovery without sequelae.

There have been no diseases on board which could be traced to the food provided and cooked on this ship. Ice boxes and refrigerators have been kept in a good sanitary condition.

After arrival in the Manila area a considerable number of cases of otitis externa were noted. The condition was persistent and required daily care. Tincture of merthiolate was found to be effective in treating this condition.

*Dengue* appeared after this ship anchored in Manila and later at the Navy Yard, Cavite, P. I. It was not severe. Temperature rose to lumm. In some cases rash was noted in the cutaneous area. The pain gradually subsided by lysis, and recoveries in a few instances but subsided by lysis, the patient recovers in a temperature (typical relapses) were noted to health and strength with [....] condition but grades contain little information on the treatment of this disease other than that given for fever in general.

acquired malaria. They were treated successfully and placed on the malaria treatment.

In the inner harbor at Tsingtao, China, the flies from the abattoirs are windblown to the ships lying in the harbor. Screening, fly swatters, and efforts to keep food covered have been aided by these some success. In the outer harbor, ships are not annoyed by these pests due to the direction of the wind.

*U. S. S. Dobbin.*—On January 28, 1939, the ship left Norfolk, Va., for Boston, Mass., for trial runs. A few cases of every day seasickness which occurred just before sailing, were to make room in the sick bay Hospital, Portsmouth, Va. In order to make room in the sick bay should the outbreak increase, while the ship was at sea. Freezing weather and high winds were encountered and due to Norfolk, to epidemic proportions, continuing, was probably influenza and spread to epidemic proportions, continuing, was probably influenza and The symptoms indicated that the first few cases. A total of 77 admissions was so diagnosed after the first few cases.

Particular attention was given to sterilization of mess gear and prompt isolation of non-Chamorro crew of the ship sporadically developed. Two living compartments adjacent to the sick bay were set aside for emergency isolation wards, and a result of the excellent cooperation from all departments very satisfactory conditions were maintained.

*U. S. S. Chaumont.*—During the year with a total of 90 U. S. S. day duty in Guam. It was noted that chickenpox, measles, and mumps in Guam, that the greater number of cases developing the subsequent to taking passage from Guam whether contacts originated in Guam, inasmuch as these cases did not develop within a maximum period of 4 months, it would appear desirable to have all Chamorros upon enlistment as mess-attendants pass through a definite period of quarantine prior to their assignment aboard ship.

The incidence of venereal disease was low in the crew of the Navy, attendants were given routine worm treatment, and results checked by laboratory examinations. Enlistments to be de-wormed prior to their to-boratory examinations, enlistments to be de-wormed prior to transfer to requesting that future bills of food poisoning examination for ova, para-this vessel and future bills of laboratory records.

sitis and amoeba be forwarded to me.

*U. S. S. Richmond.*—A sudden outbreak of food poisoning occurred on April 2, 1939. All mess were affected to a greater or lesser extent. The guts were ready for duty on the next day. The suspected food was cept it were being bored and sliced had been left at warm room temperature for 10 hours before serving.

By questioning the cooks, even those who had graduated from service cooking schools, it was found that only a few were completely ignorant of the fundamental causes and cures of food poisonings. Safety rules for the pre-vention of food poisoning have been posted in the galley and the cooks in the gallery will be held by the medical officer to instruct the cooks in the proper handling of food.

*Naval Academy, Annapolis, Md.*—Diseases of the respiratory tract—catarrhal fever, bronchitis, and influenza—increased with the pre-during the year, an increase of 90 cases occurred among midship-ceding year. A total of 460 of these cases occurred among midship-



Case 4:07-cv-02824-SBA    Document 36-47    Filed 09/22/2007    Page 9 of 44

## Hygiene And Sanitary Conditions

visited several times during the flood by a marine officer and hospital corpsman and many inoculations administered.

Naval Station.—Typhoid B occurred in the Naval station epidemic.—A moderate epidemic caused by a typical strain of *Eberthella typhosum*.—A moderate epidemic, affecting both service personnel and native population, occurred. It was difficult to estimate the number of cases because it was not reportable, but only mild diarrhea and did not report for treatment. Sixteen deaths occurred, all except one occurring in children under 2 years of age. During the height of the epidemic it was thought to be associated with carriers. Autopsies showed only the usual constitutional findings of the ileum and colon. Cases were isolated and handlers were examined for a carrier state. The epidemic subsided in the latter part of May.

From August to November 1939, 22 cases of amebic dysentery occurred, and 13 cases of bacillary dysentery, and 3 in the source of service personnel. Each case was investigated to determine the source of the infection and food. Infinitely traced. Most of the patients have been examined in the station and had eaten native vegetables that had been contaminated. There is ample opportunity for transmission of the disease. Warnings were issued to population and ships. Polluted swimming areas were closed. The epidemic subsided in the latter part of November.

Submarine Base, Coco Solo, Canal Zone.—Two cases of mumps and 10 cases of malaria occurred among personnel attached to this station, one case developed among the personnel. February, March, April, and May, the dry season during the months each developed in June, July, and August and December. The 4 cases of malaria mainly when the ships personnel, attached to submarines were in the area and the men were not using sufficient protection against mosquitoes. This area has since been remedied.

The area outside of the Naval reservation was in most instances the source of infection in these cases which occurred in the personnel attached to the Submarine Base, Coco Solo.

In addition to the 10 cases of malaria admitted during the year, there were 20 cases readmitted to the sick list, 11 malignant tertian, which were benign tertian. There were no recurrent cases among those from ships and stations, 7 of which indicate that 30 cases treated which indicate adequate treatment cases received.

Treatment used was a combination of quinine, quinine, and in some cases, plasmochin. In many cases due to the gastric irritation produced, and the patients receiving quinine and plasmochin it produced, and the patients receiving quinine and plasmochin alone seemed to respond well to treatment without the use of plasmochin.

U.S.S. Chicago.—There was a mild epidemic of influenza during the months of January and February 1939, while cruising in tropical waters. Reaction was probably caused from prolonged battle conditions. The monthly patients were handled successfully in tropical climate. Average duration of illness was three days. This epidemic was probably due to the shutting off of the ventilating system. Admission necessitated the shutting off of the ventilating system.

Chester.—The health of the crew was excellent during the year, the previous acute, increase almost 100 percent when the stations for catarrhal fever, one-half of which were reported compared with the previous year, one-half of which were reported during January, February, and March. A decrease of 75 percent in

## Health Of The Navy

men, an increase of 22 cases over the preceding year, and 143 among naval personnel, an increase of 10. As usual among the highest percentage of diseases of the respiratory tract of acute catarrhal fever among the attendants. There was a marked epidemic in June, July, and August 1939 mess-attendants epidemic.—During a brief time efforts were made to 6 mess-attendants epidemic.—During a brief time efforts were made to sick and subsided in 1 weeks. During this time there was made to product the midshipmen by segregating affected items in the early or most in-board ship and of the disease.

The incidence of these diseases among midshipmen closely follows that among the enlisted personnel. A decided increase in January and February and the same months in 1938 was apparently due to weather conditions.

Naval Hospital, Canacao, P. I.—During June, July, and August 1939 an intensive study of stools for amebiasis of District residents, personnel, dependents, food handlers, and personal annual increase in the ac- depression was gained that there was marked increase in the dry season during the latter part of the dry season symptoms tivity of this condition season. All cases with dysentery results found in a beginning of relatively mild, and E. histolytica cases found in a number of individuals who previously reported no intestinal symptoms pared with others who had. It is worthy of note that one liver abscess.

Malaria is endemic in the Cavite-Canacao area. Malaria is endemic in the Cavite-Canacao area. The num- developed an cases of malaria were contracted in the Cavite-Canacao area. Malaria is endemic in the Range area near Olongapo, and several cases among the men who have an Officer have developed cases period the effort to overcome these conditions, results can- made be expected unless funds are available for barracks and draining of the swamp near by. At present there are no sleeping quar- ters and dissemination to the Cavite area where some anopheles mos- quitoes are occasionally found.

Although no case that infantile paralysis is prevalent among there are indicated personnel, yet in 1939 two enlisted men were treated for poliomyelitis and several cases occurred among dependent children and civilians. During the fall months, we talk about a 3-day fever which leaves the legs weak for about 3 months. This is probably a form of polio- myelitis.

Naval Hospital, Parris Island, S. C.—The health of the duty per- sonnel has been generally excellent. A medical officer who has been on leave in Florida developed typhus fever, and although from the source is prevalent in endemic form in this section of the country the source of the infection was indeterminate.

Marine Detaching parts of August and September, the entire city of Tientsin was flooded to many extra hardships during this time while building elevated walk-ways, stringing telephone wires, and repairing govern- ment property, following the food all Marine amphibious. All Ameri- can Nationals in Tientsin typhoid fever, cholera, and smallpox were va- immunity against typhoid fever, cholera, and smallpox were va- that prophylaxis.—In Tientsin typhoid fever, cholera, and smallpox were va- valuable at the Post Dispensary. More than 300 Americans in Tientsin were received inoculations. All Americans in Tientsin were

admissions for gonococcus infections was noted in 1939 over 1938. This decrease is believed to be due to the higher character of new recruits and to the strenuous educational program carried out on board this vessel during the year.

**Typhus Fever. China.**—Four cases of typhus fever were admitted to the Regimental Hospital during the year, 3 from the Marine Corps and one from the Navy. The origin of these cases was not definitely determined. However, it is believed that the rat flea was probably the agent and that exposure occurred in rickshas, taxicabs, or movies. The bullets are practically never determined, were admitted to the Regimental Hospital and from the Fleet. These cases...

April... was directly traceable to a combination of circumstances resulting from very inclement weather encountered...at the Puget Sound Navy Yard and the prevalence of an epidemic of respiratory infections in the community immediately adjacent to the Navy Yard.

## GENERAL HYGIENIC CONSIDERATIONS AND SUGGESTIONS

**Force Medical Officer, Battle Force.**—Conserving the health of the Navy involves a program of prophylaxis—one in which illness and to the fact that prevention is more important and less costly than cure.

Without question the consideration paid to the Annual Physical Examination of officers in 1939 has focused attention on physical fitness as never before. But in this connection, it cannot be ignored that an appalling number of officers are seriously overweight and sometimes too frequently medical officers are serious and sometimes reflect...clinical study of the vessel and patients, and sometimes reflect...later to reveal symptoms often of considerable duration or intensity. This failure to obtain important clinical information is directly traceable to the system of promotion based on seniority, and medical recommendations cannot fail to be incomplete and unsatisfactory when vital information is withheld from the attending physician. In this respect military medicine is encountering a difficult problem, the solution of which is not in sight.

The prevalence of excessive coffee drinking, especially in officers' messes, is common knowledge. What is apparently not known by many is the effect of caffeine in the cardiovascular system when prolonged over-consumption occurs. Attention will be focused on this hazard in the forthcoming conference of medical officers.

**Force Medical Officer, Scouting Force.**—Attention is invited to the increased number of bunks in use on older as well as newer ships. This is a step in the right direction, as there is no doubt that bunks are much more comfortable than hammocks, and are conducive to better rest, which results in better physical condition. To secure the greatest benefit the bunks should be equipped with adequate mattresses. The old hammock mattress is entirely too thin and too small and should be rejected by a standard mattress, these mattresses should be properly disinfected of the ship. The ships should be equipped with sterilizers to properly disinfect mattresses before reissue.

**U. S. S. St. Louis.**—The medical officer believes that the complement of a vessel as a whole should be encouraged to take more physical exercise. this is to consist of active participation in a few setting-up exercises everyday. It is to be regretted that there is not more appro-

priate since available for games and exercise. While some of the crew are not sufficient physical exertion in the course of their work, it is to be remembered that the type of work performed exercises only a certain group of muscles and that most of the men have no opportunity to keep fit. As a consequence the vital organs, such as lungs, heart, liver, and kidneys, are lagging in their functions. It is believed that the average enlisted man ages too early in life. After service of twenty years, beginning at the age of eighteen, the man returning to civil occupation is unsuited for further serious application. He is the victim of circumstances unsuited for further serious application. He is the victim of confirmed lax habits. It is also noted that many men and some officers consume too much coffee. Through long established custom, they have become a slave...at the sight of the active alkaloid of caffeine principle of coffee, while a good heart and kidney stimulant when used in moderation, will render the heart muscle down from over-administration. She drinking of coffee at various stations of work brings up to be used as a rule, sooner or later the common cup turns up to be used to the detriment of the health of the crew in general. There are no facilities for washing or sterilizing these cups in the spaces where they are used.

## INSECT AND RODENT CONTROL

**Naval Reserve Aviation Base, Opa-Locka, Fla.**—The mosquitoes commonly found in Dade County, Florida, include Anopheles quinquefasciatus, Aedes taeniorhynchus, Psorophora columbiae; and—

Since Miami is the port of entry for a large number of people coming from South America by air, it is the policy of The United States Public Health Service to provide this protection. All passengers are examined, the planes are thoroughly sprayed by a competent crew, and through the cooperation of the local Health population...prophylaxis of repeated organisms are given the population...groups of workers who wish to be immunized.

Because of newspaper propaganda concerning unusual fever, the personnel of this Base received agglutination tests. In one specimen of blood there was an agglutination at 1:80; the remainder were negative. Further investigation revealed that this man had a history of influenza, definite and vague pains and a feeling of malaise about 1-1/2 years ago. A check-up 3 months later gave a negative agglutination.

**Base "A" L. P. Detachment, Fleet Marine Force, Bourne Field, St. Thomas, V.I.**—The health of the command in general has been very good. No cases of dengue fever occurred in the past year, although the command or among the dependents stationed in and about Charlotte Amalie. Dengue fever on this island during the past years has been cyclic in occurrence.

It is believed that the now completed spreading of the buildings and adequate control of mosquito breeding in and about Bourne Field will enable the medical department to cope with an outbreak of dengue fever... satisfactorily in the future. Endemic foci among the native population are present at all times.

Due to the vast amount of drainage work there has been no mosquito breeding in the area of the station. Drainage ditches in the



## Health Of The Navy

12

northern and eastern parts of the field have been greatly improved. All ditches are oiled and maintained under a strict schedule. Regular inspection of all cisterns and reservoirs revealed no evidence of mosquito breeding.

One case of malignant tertian malaria occurred among the enlisted Navy personnel attached to the Base at St. Thomas, the source of infection being traceable to the Island of Puerto Rico. No cases occurred among the native personnel, although malaria still exists on the Islands of St. John and St. Croix. However, of Naval personnel or the government is actively engaged in mosquito control work. The unnecessary exposure of Naval personnel or their families is not permitted.

Marine Barracks, Quantico, Va.—Malaria and mosquito control have been fairly satisfactory during the year. However, the extent of swamp in and adjacent to the reservation, the heavy growth of water chestnuts, and the general lack of civilian labor available have taxed facilities to maintain control of mosquito breeding. The utmost in cleaning lowland ditches and other control measures were instituted during the latter part of the year.

The chief breeding places for the Anopheles mosquito at Quantico are on the Chopawamsic Creek near the No. 1 Highway, both areas being per reaches of Quantico to the quarters and drill areas. Airplane dusting with relatively of one part Paris green in four parts Chopawamsic Creek areas. 200 men, was done at Yorktown, Va., Quantico, and Chopawamsic Creek areas.

Submarine Base, Coco Solo, C. Z.—Sanitation in regard to mosquito control has been carefully watched and carried out. The Public Works Department has been cooperative in reducing breeding places to a minimum. The areas which could not be drained were kept corpsmen made a weekly search of the Base for stagnant water, with Paris green. During the rainy season, two was and stagnant water. The location inspected a few days later to see that proper the Public Works Department had been administered. During the dry season no mosquito larvae were found.

Anopheline larvae were rarely found and Culex larvae were occasionally found during the rainy season. Due to the expansion of the Base with the addition of many new buildings, a few water holes were present. These were kept under close surveillance, and to keep their patrol were required to wear face nets, gloves.

Norfolk Navy Yard, Portsmouth, Va.—A continuous campaign against roaches, water-bugs, and other vermin from some of the living quarters of the Yard. This was accomplished by civil experts who instructed hospital corpsmen in the process of extermination. Experimental work was carried on in connection with the extermination of cockroaches porary value on account of the rapid turn-over of personnel, necessitating transfer of the experienced hospital corpsman.

## VENTILATION AND HEATING

U. S. S. Lexington.—The ship is heated by means of heater boxes located in the ventilation supply blowers. These boxes contain steam coils and heat the incoming air before it is distributed to the inboard and outlets. Each ventilation blower supplies air and heat to inboard and

---

outboard compartments, thus making it impossible to heat the outboard compartments, which are normally colder than those inboard, to a comfortable temperature without keeping the inboard compartments in a constantly unbearably warm. This condition in the outboard compartments to some extent by the use of electric heaters. The additional fault of showing partments, the fresh in heating and in cooling off, so that under even considerable winter conditions the ship practically always is the injection too warm or too cold.

Theoretically, the warm air is humidified by the injection of steam at the point of injection. Humidity controls are distributed throughout the ship for controlling the injection. Actually, however, the installation of this system has not functioned properly, the entire ship rapidly becomes saturated. This is so unpleasant that the extremely dry air of the saturated. The humidifier is not used is preferably recommended that the present fying system is never employed radiation with a more efficient system system to replace embodying local as well as central control, of the preferably installed in new construction.

Generally, ventilation has been very good. With a few exceptions natural ventilation and light are available to all living spaces and most office spaces. In addition, most compartments are furnished with adequate forced ventilation and

U. S. S. Minneapolis.—demand changes in the ventilation system. Under battle conditions gas defense must be gas-protective and during modern battle of all ventilating trucks except build up rapidly and after shutting off rooms. The heat and humidity are such as to seriously impair the efficiency about 30 minutes, the atmosphere is foul with sweating. Walking and the opening of quick-closing flatting. Conditions are the same in both battle dressing stations except that the acrid odor. In the forward station and most of the necessary to develop to the dressing stations, central station, purifying until parties stationed on the protective deck. and to repair to shut off all once contaminated with chemicals it may be necessary ventilation for an indefinite the period. Decreasing station for personnel should be located the most logical place. and showers,

U. S. S. Ranger.—A survey of the Pluto, at times, are required room was made by the flight surgeon. two or more hours before taking off. to occupy this compartment under condition BAKER, with all convenience apertures closed. The occupants of this room is often. The number of pluds varies between

Calculations for this survey were made considering 46 occupants in the ready room. A fairly accurate estimate of the room inlets in the 6,100 cubic feet. At present there are small blower all less room, each with a capacity of 384 cubic feet per minute. This provides cubic feet, man per hour which is considerably vides the minimum requirement. There are no recirculation. The efficiency than the four small fans present, provide only the carbon dioxide and oxygen content of the air, would not be noticeably altered for three 40 and 50.

for the personnel served. For a ship of this size, with an average strength of 1,654 in 1939, only six scuttlebutts are provided for the crew, located as follows:

| No. | Deck | Frame | Side | Approximate number of men served |
|---|---|---|---|---|
| 1 | Flight | 77 | Starboard | 400 |
| 2 | Main | 83 | " | 415 |
| 3 | Second | 88 | Port | 275 |
| 4 | Main | 16 | Starboard | 265 |
| 5 | Main | 100 | " | 270 |
| 6 | Hangar | 175 | " | |

Figures for the number of men served are only approximate, but give some idea of the problem in sanitation presented by our present system of supplying drinking water. One of the scuttlebutts, by the fact that the six main scuttlebutts are of the most insanitary type that can be designed. Each scuttlebutt is a large cooling tank surrounded by a number of fountain outlets of the vertical jet type, and with a waste cup surrounding the jet in such a way as to guard, and with a waste cup surrounding the jet in such a way as to make contaminated the living quarters, the large number of battle have been installed in the forward one-fourth of the spaces No provision has been made for the first drinking cups where frequently stations, and the ship's offices in the forward one-fourth of the spaces where until recently buckets and cans were provided for such a temporary ex- pedient, the engineering department of the U.S. sufficient employed all efforts to prevent their use. As a temporary ex- fractured and installed at a nominal cost, cheap in cost, within the ship's own force to manufacture and install, and no more inconvenient than the open bucket method formerly used, a responsible usable in all spaces and requires not not the answer to such an im- person, question of an adequate and sanitary supply of drinking water. The answer lies in the installation of small, rugged, lightweight, and mechanically cooled scuttlebutts meeting these requirements should be installed.

Small scuttlebutts in the firerooms and large engineering spaces, in large living spaces, in the vicinity of offices, pantries, and galleys. The present in- stallation includes not only the large heavy scuttlebutts, with their fresh and waste water lines, but also some 2,000 feet of piping to carry the water to the scuttlebutts and return. That piping varies from one platform) to the scuttlebutts and return. That piping lagging to pre- vent loss of cold in the compartments through which it passes. The ea- timated total weight of the lagged brine line without its contained brine is 7,700 pounds. In addition, about one-fifth of the circulating brine one of the main ice machines is required to keep the circulating brine cold. Properly designed, the combined weight of a large number of the suggested small scuttlebutts would be no more than the total weight of the inadequate devices now employed. Such installations would be a long step towards preventing serious epidemics of sufficient proportion to disable the ship.

U.S.S. Augusta.—Water used by this ship is obtained from two

---

or four hours, even under conditions of an air-tight room. The thermal changes, however, are markedly increased, the discomfort to the body hours, and smoke, cause the pilot's body temperature to rise and this in time disturbs his metabolism, decreases his working power, and produces an early onset of muscular and psychic fatigue. Headache, dizziness, and even nausea may appear. The ill effects of the im- properly ventilated ready room on the pilots, who usually take to the air immediately on leaving the room, are not conducive to good flying and combat efficiency.

The S.S. Vincennes.—The ventilation and heating facilities are by no means good. This ship. The present humidifiers are not automatic and are never used, because the condensed steam causes the heaters to fill with water and overflow. The heaters are subjected to alternate hot and cold drafts, resulting in a high incidence of respiratory infections. Auscultation in the sick bay country is such that it is an impossibility due to the roaring noise produced by the ventilating system.

Medical Officer, Scouting Force.—In constructing modern ships, there is always hesitancy about adopting innovations that are not essentially part and parcel of the defensive mechanism that arm of the ship. However, authorities are realizing more and more that in addition to being structurally strong ship there must be a crew with ex- cellent health and high morale.

To accomplish this it is necessary to improve living conditions there is no radical readjustment of air conditioning there is no radical readjustment of air conditioning there is the necessity for improper ventilation and heating on any of our naval units. The objection to the additional weight of the mechanism is more theoretical than practical. The present methods of air streams, In addition, many ships are fitted with individual steam and electric heaters, which would not be necessary if a central heating and cooling system should be installed. The cooling system could be part of the present refrigerating system now in use on all ships.

Many complaints have been received regarding ventilation of berthing spaces, on the third deck, particularly in compartment oc- cupied by mess-attendants. These compartments have no ports and in some cases have only supply ventilation, with no exhaust outlets other than passageways. This is a condition that can and should be corrected by the installation of more and larger supply ducts and a sufficient num- ber of exhausts to insure a steady flow of fresh air through these com- partments.

## WATER

U.S.S. Lexington.—No restrictions are placed on the use of fresh water aboard this ship, source, storage, and preservation are fully satisfactory from a sanitary viewpoint. At the same time the supply of drinking water is completely inadequate, and is the weakest link in the sanitation chain.

The three small, sanitary scuttlebutts are provided in the officers' country, one in the sick bay, and one in the chief petty officers' quar- ters. These fountains are not available to the crew. They are ample

Case 4:07-cv-02824-SBA    Document 36-47    Filed 09/22/2007    Page 13 of 44

sources, by distillation and from municipal water plants of Shanghai, China. This is the only city on the Asiatic Coast from which water is taken and it is from water barges. At Shanghai, China, health-conditions ashore are unvestigated before water is taken on board. Because of the possibility of mixing distilled water with water from shore the water obtained from the shore points, no information is done concerning the diseases which could be traced by the water issued to the personnel.

At Olongapo, P. I., the source of the water supply is ungarded and runs freely into the city. The only water is chlorinated heavily by the ship's force when received into the ship's tanks. During the 3 weeks this ship lay in Dewey Dry Dock during overhaul, and after, no diseases developed as the result of water used in that ship.

Severe conditions of the most serious nature have resulted from men being splashed with Whangpoo River water. An opinion on the water of the Whangpoo River was requested from Dr. Jordan, Deputy Health Officer, City of Shanghai.

The following is the result in substance: The Whangpoo River is the dirtiest river in the world, into it is emptied the excrement of approximately 100,000 people who live along its margins, the refuse of factories, the flow from ships, large and small, ferry boats that go to and come from distant points and small villages. Bodies of Chinese which may fall from barges, rotting vegetable matter, and dead Chinese, the water which comes from SooChow Creek that have caused a great deal of disease. This flows into the Whangpoo and is carried up the Whangpoo at flood tide, then up and down again with the ebb. (This flows past the anchorage of the U. S. S. Augusta.)

Cholera, and typhoid bacilli have been found in the Whangpoo River together with the whole gamut of pathogenic bacilli. Dr. Jordan said, "The Whangpoo is so dirty it stinks. To think of cleaning anything with it is positively potty. Wood soon becomes impregnated with contents of the water and odor results."

## NAVY RATION

U. S. S. Lexington.—Due to the size of the ship the outstanding food problem is its distribution from the main galley in such a way that it reaches the men in a palatable form. The quality of food and its preparation are far above average, and are considered most satisfactory. The usual variety and abundance of food, and the active interest in these factors displayed by the Supply Department.

Galleys, pantries, food storerooms, and refrigerating rooms are kept in a satisfactory sanitary condition, and are frequently inspected for their upkeep is strictly enforced. One outbreak of food poisoning (Wardroom mess) occurred during the year.

Personal mess gear used by the crew is washed and sterilized in the scullery. Dishes pass through the sterilizing tank at a temperature of 210°F, from 3 to 5 minutes. When sterilization is complete the temperature of the dishes are listed out and stowed in the sterilizing racks on a moving belt. Each dish remains in the sterilizing tank at a temperature of... the sterilizing water is kept. The record is removed from the scullery, and a daily record kept. The record is removed from the scullery... initialled by a member of the Medical Department, and filed. The entire system is considered satisfactory...

sterilizer installed in the wardroom pantry. This sterilizer is over-aized, difficult to operate too small pantry, and utilizes a large amount of steam. It has not been entirely satisfactory in its operation and completely fills the pantry with steam and hot vapors, making it impossible for mess attendants to remain in the pantry while dishes are being sterilized. It is extremely questionable if it ever did a satisfactory job of sterilizing dishes. Its replacement with a simple, small, efficient sterilizer is urgently recommended.

The installation of a simple and efficient type of sterilizer in the officers' and chief petty officers' messes, with squadrons embarked, 150 officers, 100 chief petty officers, and 95 mess-attendants eat in these four messes. The situation should be remedied immediately by the installation of a simple but efficient type of sterilizing equipment.

The wardroom pantry is too small (or the load placed on it when squadrons are embarked). During the cruise the serving of wardroom officers in a sanitary fashion was a most difficult problem that occurred worthy of note that the only outbreak of food poisoning aboard occurred in this pantry.

Two plans have been offered to enlarge the wardroom pantry: (1) The pantry could be enlarged to starboard by including in it two rooms now used by officers, and (2) more pantry space could be built on now used by officers, and the space now taken up by two pantries side by side could be utilized by utilizing space now taken up by two officers' rooms. The second plan, of an auxiliary pantry, has an obvious advantage - one pantry can be secured and food on tables is wasted, it is believed that the family style service of food on tables is embarked. Both plans should be carefully considered before the ship embarked.

U. S. S. St. Louis.—The food supplied the crew is excellent in quality, preparation, and quantity. Messing is by the wardroom style, men pass by food on steam table in line at serving and port side messing was noticed to be slack, and the messing cooks. The food is hot when served. However, the men do not like this style of service, their chief complaint being that they have to wait in line too long and too much time is being thus wasted, it is believed that the men sits down immediately, selects what he likes, and has a few minutes to chat, which contributes much to his contentment.

## CLOTHING

U. S. S. Arizona.—The clothing in general has been satisfactory for duty both at the San Pedro and Bremerton areas. Men were required to get a full bag of winter clothing prior to the arrival of the ship at the Puget Sound Navy Yard. During the 3 months' stay at Navy Yard the weather was cold and rainy. Work clothing was warm enough and the rain clothing was adequate, However, the peacoat was entirely unsuited (for shore liberty in this damp climate. Coats rapidly became soaked through and did not dry out between wearings. It is believed that there should be some type of catarrhal clothing for men to wear on liberty. Many of the cases of catarrhal fever occurring in Bremerton were due to men becoming chilled and wet while on liberty.

U. S. S. Asheville.—Clothing is of regulation issue, it is well adapted to climate ordinarily encountered in the ship's itinerary. The white coat of the officers' white uniforms, with its "choker collar" is unsuited to summer conditions in the Philippines and the South China coast. They are extremely uncomfortable to the skin and contribute to skin diseases.

cover-alls with a hood protecting head and face have been provided for fire-fighting personnel.

Regulation clothing has proved satisfactory on this Base. Present issues present a much better appearance than previous issues, but there have been some complaints that the new clothing is not giving the wear desired. The issue of clothing worn by officers and men is satisfactory.

U. S. S. Augusta.—The regulation uniform and the clothing worn by the enlisted man in Tsingtao is the regulation issue. In cold weather it is necessary for the enlisted men and among the Southern Philippine Islands, officers have at times worn white shirts, instead of the regulation white coat. The regulation white uniform, 1,875 enlisted men Okayand Marine Corps are doing duty in stations extending from Philippine Islands, Manila, P. I. When they cruise among these as far as the Equator. Regulation white uniform in the region approximately 4° north latitude, 120° longitude, or near the Sulu Archipelago. Then the crew on board days when the temperature was around 90° F, but the variety of clothing ship wore regulation white.

It is believed that some form of clothing shirt, trousers, and white hat. It is believed that some form of clothing proper for a tropical temperature would be worth considering. The question of a hat suited to tropical climate is one which has arisen for many years. To be able to circulate between the head and the hat. Two holes, 1/4 inch in diameter are cut to allow air to circulate between the crown to allow circulation of air, and be sufficiently wide to shade sewing, as in the crown below the band, approximately 2-1/2 or 3 inches. A white sweat band can be added to the same cloth should be stiffened by design—ing band can be given outside with the underside of the brim suggestion is that a green eyeshade, as well as the variety of cloth of light green or green color. To be useful, the brim should be turned down.

Naval Air Station, San Diego, Calif.—The regular issue of clothing is of good quality, however, usually fits poorly; the collar is too large and stands too far from the neck for proper protection; various hues are unsightly when the crew is paraded; the length of the peacoats ranges from a few inches below the waistline. It can be understood why the bluejacket dislikes below the waistline.

Marine Corps Base, San Diego, Calif.—In October the Green Garrison Cap, "Service Uniform," was made available at this Base and it was noted that a class of recruits was issued the clothing. The ensuing lacrimation and photophobia due to the range schedule of affected individuals. It was noted that these recruits were mostly from the southwest and were living above rent eye in nearly all cases was a preexisting pterygium while wearing above type cap. The common green uniform was issued on the range after voted by intense sunlight, due to underwear and conditions and was effective in preventing the deteriorating the above conditions.

U. S. S. Lexington.—Regular issue clothing has been satisfactory for general use. However, more adequate clothing should be provided for flight deck crews. Except under tropical conditions and during the summer the flight deck is bitterly cold, with a wind velocity across the deck up to 40 knots during flight operations. It has been found that while the ship was operating in the low 50's, F, to a high of 65's F, and on the bridge varied the deck ranged from 10 to 30 knots. A large number of men are required to remain on the windward deck continuously for several hours, while bulky clothing interferes seriously with the performance of their duties as plane handlers and summer crews, at the same time increasing the danger of fatigue with aircraft on deck. As a consequence, men assigned to the light-weight jerseys, with no protection for the legs except their usual clothing.

It is recommended that the following additional clothing be made available to men assigned to flight deck stations: (1) A lightweight, lined, one-piece, windproof, with snug wrists, and ankles, with an integral hood; (2) warm, light-weight gloves, preferably with zipper closure, (3) Moccasin type, lined short top boots, preferably with zipper closure.

U. S. S. Minneapolis.—The uniform, particularly that of officers and chief petty officers, is not adapted to the torrid weather experienced in summer cruising. The wearing of light-fitting collars and long trousers interfere with the dissipation of body heat, thus disturbing the general dissipation of body heat, thus disturbing the general dissipation inherent in tropical weather.

U. S. S. Pike.—Experience indicates that the oilskin type of rain-clothes is unsatisfactorily necessary on small ships, such as submarines. It is particularly necessary to keep out water even in a heavy fog, and suitable raincoats be furnished because of the oilskin type be used mostly when it is raining. It is recommended in place of the oilskin type be used often required to stand their watches at that a full length raincoat with rubberized material replace those of oilskin type. The collar and that pockets of the flap type closely around the neck to prevent should be capable of at this point. It is also recommended that south-waters of rubberized material replace those of oilskin.

Naval Air Station, San Diego, Calif., U. S. Navy Standard.
U. S. S. Salt Lake City.—The clothing is of good quality; there have been several complaints on the durability of the thread used in sewing the dress whites, which after one or two washings breaks and ravels at the seams; otherwise the texture and additional type of clothing are satisfactory. It is recommended that, such as shorts and pith uniform for enlisted men. There have been no admissions helmet be adopted for tropical wear. There have been no admissions to the sick list during the year attributable to insufficient clothing.

U. S. S. Saratoga.—In the sanitary report for 1938, the medical officer then attached to this ship criticized the present style of peacoat. The present medical officer concurs in his recommendation. There is a real necessity for a suitable uniform for flight deck personnel actually engaged in flight operations. The Air Department carriers for more adequate clothing crews and flight deck personnel actually engaged in flight operations. The Air Department carriers for personnel engaged in flight deck operations. Suitable asbestos fully appreciate that a real necessity exists for personnel engaged in flight deck operations.

lous action of the light.

## INDUSTRIAL MEDICINE

**Navy Yard, Charleston, S.C.**—In order that claims for industrial injury may be confined to those receiving such injuries in their employment in the navy yard, all applicants for employment, receive a physical examination, including X-ray examination, periodical examinations are made, where the nature of the hazardous occupation. In addition, continuance of examination, periodical examinations are made of the employees engaged in the hazardous occupation. In such work. This would be of assistance to the government by reason of the considerable additional cost that would be occupied in the event that an employee should be injured. It is believed that an injured employee who is able to continue at work, but it is believed that an injured employee will prevent any serious industrial compensation claims to be filed against the Government, as a means of protection to injuries recommended that as a condition of employment all Civil Service applicants who show a positive serological reaction shall not receive treatment until lesions, shall be required to have a serological test, with the provision that such applicants who show a positive serological reaction shall be required to have a serological test, and treatment until negative serological test. Lesions that develop—for control or the disease is pronounced cured.

To prevent the spread of serological employment, it is also recommended that non-infectious infection occurs subsequent to employment, large private tests be made compulsory. As serological tests prior to employment that the absence of serological tests of industrial corporations, it is necessary thereafter. If it is found that employees have and at syphilitic disease, medical treatment is compulsory. Medical are pronounced non-infectious by the men could be obtained from private treatment for Civil Service, and such treatment could be obtained by physicians signed by licensed practitioners, salary in order that a non-infectious employee could be performed. The employees in the Yard dispensary in order that a employment procedure may be followed.

**Navy Yard, Bremerton, Wash.**—The average employee of this Navy Yard is safety-minded, and a general spirit of cooperation with regard to accident prevention continues. The study, emphasis being placed on education of the men through indoctrination that approximately 90 percent "a continuous medical study attributable to the supervisors. Analysis of representative periods directly attributable to careless employees in 1929 lost-time accidents among proximately 90 percent. The record of 18 lost-time accidents among 4,022 employees in 1929 is considered very satisfactory.

During the past year the following safety measures have been undertaken: (a) a new type of face shield has been obtained for buffing and polishing work which is a great improvement over goggles; (b) new double lenses for helmets have been materially improved work; (c) all tablet dispensers have been installed in all shops and offices have been materially improved work; (d) a more satisfactory tint in which "hot work" is carried on; (e) an investigation has shown that men on the machine tool work wearing corrective eye spectacles have only one-eighth the number of imbedded particle eye injuries as compared to men wearing no spectacles. Or-

dinary cup goggles are unsuitable for most types of machine tool work due to restricted vision. Suitable type of spectacle goggle without side pieces has been proposed to the Navy Department. Safely Engineered for use on these types of machine tool work has been approved for use on these types of machine tool work has been found to be unsatisfactory, particularly due to failure of exposed stitching in this glove. It has been proposed that a more suitable type of Yard employees was the present Navy specification welding glove has been found to be un-

The number of eye injuries among all 1938–'23 for 1938 and 467 for more than double for the same period. Outstanding injuries have been increased out of proportion to the standing causes of injuries to the eye, foreign bodies, and fitting goggles and failure to use goggles, injury, injury officer, and supervisors. It is grafi-of the injuries have increased out of proportion to the part of the medical department, the resulting lying to note that there were no lost-time eye injuries among ular Yard force and only one case known in all types of injuries among

Statistics show that except the Emergency Relief. Navy Yard employees. This opinion is supported by the increase of injuries among classes is out of proportion to the increased personnel and it is be- crease is out of proportion to the increased personnel that lieved to be due to the fact that the shop superintendents insist that employees receiving any slight or insignificant injury, no matter how they may, report to the Dispensary for medical attention. This opinion is supported by the increase in the actual number of "injuries resulting in Loss of Time," from 22 during 1938 to 18 during 1939.

**New York, N. Y.—Welding:** There are approximately 450 electric welders and 112 gas welders carried on the rolls. It is well recognized that such a study would require on the part of the New York Department of Labor, that a joint health study necessary for the medical officer of the Yard, be continued research contemplated electric, gas, and tack welders, be continued research contemplated with inadequate measures of protective measures or the medical officer of the Yard. The projected examinations, and X-ray studies the funds and bulk of the research staff to be supplied by the New York State Division of Industrial Hygiene.

It was believed that such a study would yield results of great bene- fit to the men engaged in the welders and that the findings would be significant and all concurred in the view that a large-scale upon the present methods of control and to certain possible fu- ployees Compensation Commission and all concurred in the view that a large-scale health study of welders was required to settle definitely certain ques- tions relative to hazards of the occupation.

**Lead and Lead Compounds:** There is little hazard incident to brush painting cost for the hulls of ships. Zinc, titanium and lithopone paints are largely used for other applications. No cases of lead poisoning have zinc base in varnish and turpentine. The essential in metallic primer come to the attention of the Medical Department during the period un-

## Health Of The Navy

22

der consideration, Metallic lead is handled in the molten state as a component of Babbitt metal in the Inside Machine Shop; the Babbitt metal contains lead, antimony, and some copper. The melting kettles are equipped with a metal hood connected to an air exhaust system with suitable suction in an pipe hood and conduit to remove fumes which form on the surface of the molten metal. In addition, a respirator is provided for protection against the inhalation of lead which may be injurious to the operating personnel.

Lacquer painting with spray technique is conducted with lacquers made up of a celluloid base with certain volatile solvents. The fast and some slow drying operations.

The Ordnance Machine Shop, Electrical Shop, and Sheet Metal Shop are equipped with hoods connected with exhaust. The spray curtain is the Ordnance Machine and Sheet Metal Shop a water spray curtain is also provided for more effective removal of fumes. The spray room of the paint shop is not equipped with a hood, dependence being placed upon an exhaust blower for removal of contaminated air. No cases of volatile solvent poisoning were reported during the calendar year.

It is recommended that all spray painters be given an annual examination for evidence of toxic effects of volatile solvents.

Industrial Protection Against X-ray and Radium. (a) X-ray protection.—The Pipefitter Shop is equipped with one portable x-ray machine of 220 kilovolts and 25 milliamperes capacity. The metallurgist was initiated approximately years ago. It is employed chiefly for the detection of flaws in pipe-welded joints for high steam pressure installation. The maximum number of exposures approximates a total of 31 minutes a day. (1) Engineering Control.—The machine is contained in an enclosure 20 feet by 20 feet, bounded by a shield 6-1/2 feet high, 10 feet from the tube in all directions and lined with sheet lead 2mm. thickness on three sides. (2) Medical Control: Four men of the metallurgical personnel operate this x-ray and radium installation is a much slower rate of exposure. One of the earliest effects of radiation exposure is a destructive action on the white and red cells of the blood, more marked on the white cells in the early stages. A procedure has been established for a quarterly blood examination of operating personnel and for possible radiation injury.

(b) Radium Protection.—The use of radium was initiated 4 to 5 years ago for the detection of flaws in castings constructed for high pressure steam installation. The amount of radium employed is a capsule containing 275 mgms. The radium is the source of the radiation, the tests being conducted in the Inside Machine Shop. This is in use for an average of 150 to 200 hours a month. The field from the capsule that high speed film was exposed at a distance of 12 feet from the capsule. It is therefore concluded that employees are not subject to harmful radiation at that distance. Protective measures appear adequate.

It is suggested that a thorough physical examination of a radium or x-ray worker shall be made before he is employed and at any time that the blood count shows suggestive changes or the worker complains of an obscure ailment. The question arises and was recently discussed with the Chairman of the Advisory Committee on X-ray Protection of the Bureau of Standards. He suggested that personnel within the distance of the lead barrier would be subject to secondary radiation. While the casual

## Hygienic And Sanitary Conditions Afloat And Ashore

23

workers would probably not receive a damaging exposure, the question of such a possibility demands consideration. The absolute necessity for further careful evaluation can be definitely determined by actual measurements of scattered radiation by means of the portable ionization chamber. It is recommended that the advisability of such tests be considered.

Precautions Relative to Pickling of Metals: (a) Pickling Ways, No. 1.—There are two sets of pickling tanks in this area, one for flat steel and one for piping. The acid employed is dilute sulphuric. The question at issue is whether at any stage of operation personnel are subjected to contact with arsenic, present as an impurity of the metal, with nascent hydrogen in the bath. Such a possibility appears extremely remote in view of the fact that the possibility of rising accumulation of arsenical compounds which might result in an enclosed space, however, it is advisable that the operating personnel be examined semi-annually for possible evidence of arsenic absorption instead of the quarterly.

(b) Coppersmith Shop.—Both sulphuric and muriatic acids are used in the vats of this enclosed space connected with the coppersmith shop. The possibility of arsenical exposure is provided and appears adequate. For this space a semi-annual medical examination of operating personnel is advisable.

Occupational Dust Hazards: (a) The Steel and Brass Foundries.—The chief hazard is considered silicosis due to the inhalation of silica dust, the extent of the hazard being dependent upon the concentration, size of the particles, percentage of free silica, and the duration of exposure. Whether or not a serious condition exists in these foundries can be determined by actual counts of dust particles in concentration under the various working conditions and the estimation of free silica in the sand used. It has recently been reported by the New York State Department that silicosis plant concentration does not exceed 15 million parts per cubic foot.

(b) Casting Cleaning Shop.—The conditions in this shop appear to be particularly unfavorable with local exhaust ventilation in controlling dust concentrations is undetermined. The casting cleaning shop, however, is not provided with any mechanical ventilation, dependence being placed mainly on roof cowls, which, it is believed, are inadequate.

Certain of the grinding and chipping operations should be conducted under hoods with localized suction ventilation. The present foundry buildings are wheels are not equipped with suction ventilation. It is suggested that consideration be given to a systematic engineering survey of both foundries and the casting cleaning shop to include dust counts and the measures necessary to reduce silicosis hazards.

There are 33 employees in the iron foundry, 64 in the brass foundry, and 22 in the casting cleaning shop; it would be desirable to carry out a medical survey, including X-ray of chests, of all personnel in order to determine the incidence of silicosis. For the present, however, it is suggested that such a study be limited to employees in the casting cleaning shop where the worst conditions prevail.

All candidates for employment for foundry operations should be given an X-ray examination of the lungs in order to screen out cases in



any state of silicosis.

(c) Sandblasters.— The present practice of an annual X-ray examination of the chest, or oftener if so indicated, will be continued. The possible hazard incident to dust from artificial abrasives such as carborundum, aluminum, and emery should be considered. The dust from these materials does not contain free silica and therefore will not produce silicosis. However, if the material is injected into the lungs, it may produce an X-ray appearance similar to that of early silicosis. This picture changes very slightly as length of exposure increases. There is clinical evidence, however, that workers exposed to heavy concentration of abrasive dust are susceptible to diseases of the chest other than those not exposed. Authorities in this field advise that an effort should be made to keep the dust count below 20 million particles per cubic foot. The dust is approximately 10 percent abrasive and 90 percent metallic. Although respirators, or ventilated hoods, etc., are provided for individual use, it is impracticable to wear such a device constantly.

The buffing and polishing wheels in the Sheet Metal Shop are not equipped with localized exhaust. This is recommended as a safety precaution.

Abrasive grinding wheels in the tool room of the Shipfitter Shop are provided with either individual exhaust or are kept constantly wet which reduces to a marked degree the quantity of escaping dust.

(d) Asbestosis.— Asbestosis is an industrial disease of the lungs incident to the inhalation of asbestos dust for prolonged periods, and is distinct from silicosis. The development of the disease depends upon the concentration of the dust, the size of the dust particles, and the length of exposure. The worker in the Pipe Covering and Insulating Shop, are exposed to the inhalation of asbestos dust incident to the cutting of asbestos insulating felt in the fabrication of covers for flanges, valve bonnets, and high temperature steam turbines. The material fails under the name of 85 percent magnesia.

A medical survey of the employees in this Shop, was conducted recently with the object of ascertaining whether asbestosis in any stage could be detected. The history of exposure varied from 1 to 17 years, 8 men reporting 10 years or over. Present and past disability attributable to asbestosis was denied by all the men and X-ray of the chest were essentially negative in all cases. However, it was not considered that the negative findings precluded the future development of asbestosis by continued exposure to present occupational conditions. The following recommendations, made jointly by the medical officer of the Yard and the safety engineer was approved: Install an exhaust blower over work table in the Pipe Covering and Insulating Shop to remove asbestos dust at its source as a protective measure against the breathing of asbestos dust.

Norfolk Navy Yard, Portsmouth, Va.— Considerable work has been accomplished in industrial medicine. The medical officer, safety engineer, and H. C. Safety Supervisor work in close consultation. In this manner the medical and technical aspects of each industrial problem is properly coordinated. The Bureau of Medicine and Surgery and the Navy Department Safety Engineer have been consulted on several occasions and have given valuable suggestions, literature and data with regard to industrial medicine to be used for reference purposes. Special attention is given to the working conditions in hazardous occupations such as sand-blasting, asbestos pipe-covering, arsenic and fiberglass insulating of Vanadium, etc., are checked fre...

blasting are of various types. A special study is being attempted with regard to types of masks, helmets, and respirators with the idea of recommending the standard use of one type as possible.

An extensive study of a new insulating material, fiber-glass, now employed by the Navy, has recently been carried out by the department. Representatives of the manufacturer of this product have been interviewed including in reports of clinical and laboratory investigations have been reviewed. The representatives claim that no harmful effects from the material have been noted among their employees over a period of 9 years, and that only minor skin irritation has been experienced at the end of each working day. The evidence submitted is not entirely convincing, and the period of time since the introduction of the product is too short to warrant any definite conclusions at present. Until further information is available the following precautions are in effect. The employee must wear hood, respirator, and gloves at all times; the clothing must be loose and cover the arms and neck; goggles must be worn if there is excessive circulation in the product, and showers are required before lunch and at the close of the day.

At present the Norfolk Navy Yard has no instruments for making dust counts. The acquisition of at least one of the new and recently improved instruments would be a great advancement in the field of industrial hygiene in this Navy Yard and would afford an opportunity for considerable research.

The hazards to civil employees consequent to industrial activity is a problem and requires continual, intense, effort and, and new programs are developing. Safety devices and rules should maintain a high standard. This aspect should be studied, developed, and mastered. It requires cooperation in safety engineering and intensive study of industrial health problems.

Naval Torpedo Station, Newport, R.I.— The number of infections following injuries remains low among civil employees at this station. This is due no doubt to the cooperation of all concerned where they are free from contamination. In the dispensary, where they are treated properly, a follow-up system is also used whereby cases must report for daily observation, and redressings until discharged. Many cases of colds, grippe, and bronchitis have developed among the civilian employees during the fall and winter months. By treating these cases early, times daily with antiseptic sprays, cough mixtures, and cold capsules, and the prompt checking out of cases with elevated temperatures, an appreciable decline in lost-time incidents has been noted. The increasing medical attention to accidents, and the decline in sick leave of the employees. By comparative classification we find that in 1935 there were about 4,962 injuries among 2,463 employees and in 1939 about 3,500 injuries among 3,692 employees.

A general physical examination of all workers for explosive materials, including a complete blood analysis and urinalysis, has been done monthly since October, 1939. An effort is being made to prevent occupational poisonings, with particular reference to tetryl and fulminate of mercury. To date no cases of poisoning have been completed. Sani-blasters are examined routinely each month, and routine chest X-rays are done every three months, oftener if thought necessary.

## Statistical Methods

21

such that men must be admitted to the sick list for comparatively trivial causes, and they usually must be carried as sick until fit for duty in every respect. With large numbers of men in close contact with one another, as on board ship, it is sometimes advisable to place men on the sick list with common colds or other acute infections of the respiratory type with a view to limiting as much as possible the spread of virulent micro-organisms, although the man, if employed in civil pursuits, probably would not consider, themselves too sick to work.

In civil life treatment for special conditions not requiring rest in bed can often be attended to out of working hours without loss of time chargeable to sickness; whereas in the Navy it is often necessary to admit a man to the sick list or even to transfer him to hospital for such minor conditions as refraction, treatment of ear conditions, dental work, etc.

The fact that any man may be deserving of a pension or other compensation for disability incurred in line of duty makes it important that all essential information regarding any disease condition, or injury which may possibly have a bearing upon future disability shall be recorded, in order that the interests of the Government and of the affected individual may both be protected. Therefore, admission to the sick list is not infrequently necessary for close observation and careful study in cases which otherwise might not be regarded as of noteworthy importance.

The bureau of Medicine and Surgery desires uniformly complete and accurate recording of disability not, because it considers that ships and stations should be judged at in competition with each other on the basis of morbidity records, but because a chief principle on preventive medicine is that accurate knowledge of when, where, and under what circumstances cases of disease are occurring is essential to the study of what preventive measures are required and when, where, and how they may be applied.

---

## METHODS OF ANALYZING VITAL STATISTICS

The general plan followed in studying the vital statistics of the Navy each year is to separate the causes of disability into classes, the constituent titles of which have as many relationships in common, from the medical and epidemiological viewpoint, as is practicable to indicate by classification. The classification of the United States Navy nomenclature of diseases and injuries has been arranged with this in view.

In the United States Navy classification the epidemiological viewpoint is given first consideration with regard to nomenclature titles covering conditions that may be regarded as preventable from a practical standpoint. Communicable diseases have been grouped accordingly, and noncommunicable diseases have been grouped together insofar as practicable. Accidental injuries are primarily classed in one large group. Poisonings form another class. Other causes of disability for which neither avoidance nor practicable methods of prevention are recognized are classified, principally from the anatomical viewpoint, on a regional or system basis.

The classes of the Navy nomenclature are listed on page 18, with other information at the beginning of the general statistical tables, which include the detailed statement of diseases and injuries for the calendar year 1936. The detailed statement covers every title in the nomenclature under which admissions to the sick list were recorded during the year, with certain curtailment indicated by key letter.

Median rates are used frequently in this report. In a series of rates the median of the series is that rate which has an equal number of larger and an equal number of smaller rates. Thus it is said that the middle rate of the series when the series is arranged according to size. If there are an even number of rates the median is half way between the two middle rates.

The noneffective rate indicates loss of time due to sickness. Along with deaths and invalidings from the service, the noneffective ratio is the final expression of the effect of sickness in terms of loss of man power. It is the average number of noneffectives per given number of strength during the year, or other period of study. The noneffective ratio per 1,000 average strength would represent the average number out of each 1,000 constantly on the sick list during the period, or the number of sick days per 1,000 man-days. It is obtained as follows:

$$\frac{\text{Number of sick days during period}}{\text{Number of man days during period}} \times 1{,}000$$

For a period of a year this would be:

$$\frac{\text{Number of sick days per year}}{\text{Average strength} \times 365 \text{ (or 366)}} \times 1{,}000$$

For percent of noneffectives multiply by 100 instead of 1,000; for noneffective ratio per 100,000 multiply by 100,000, etc.

Morbidity statistics are based on all recorded admissions to the sick list. The practice of recording admissions is discussed under the title General Morbidity and Mortality, on page thirty. On board ship and often at naval stations, living conditions for the crew are

## 28

## Health Of The Navy

### TURN-OVER OF ENLISTED PERSONNEL.

Turn-over is constantly taking place both within the service and between the service and the population at large. Replacement of men transferred from one activity to another results in turn-over which affects an organization, and replacement of men discharged from the service, through expiration of enlistment or for any other reason, with men from civil life constitutes turn-over which affects the service at large.

A high rate of turn-over is one of the prominent causes of high morbidity rates. Small turn-over both within the service as a whole and within individual units, by inducing more stability of personnel and assists in the progressive development and training of the fleet, reduces accident hazards, and leads to fewer losses from all preventable causes.

The rate of turn-over as shown in this report is the ratio of original enlistments during the calendar year to the average daily enlisted strength of the Navy during the same period of time, expressed as percentage. Although the rate of turn-over might be depressed as percentage, the important considerations are total strength from year to year and the numbers of new, untrained men taken into the service. Reenlistments are not included. The following table permits comparison of the figures for the past 25 years.

#### Percentage of new enlistments, by years, 1915-39

| Year | Average enlisted strength Navy and Marine Corps | Percent who first enlisted during the year shown | | Percent who first enlisted during the year shown | | |
|---|---|---|---|---|---|---|
| | | Navy | Marine Corps | Navy | Marine Corps | Combined |

Men found physically unfit for the service after enlistment.—The following table shows the number of men discharged upon approved recommendation of boards of medical survey within 6 and between 6 and 12 months from the time of original enlistment for disabilities existing prior to entry.

## 29

## Enlisted Turn-over

### Invalidings from the service for disabilities existing prior to entry, 1930 - 1939

| Year | Navy, Exclusive of Marine Corps | | | | | Marine Corps | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Accepted for enlistment | Percent of all enlisted | Invalided from service within 6 months after enlistment | Percent | Invalided from service 6 to 12 months after enlist | Accepted for enlistment | Percent of all enlisted | Invalided from service within 6 months after enlistment | Percent | Invalided from service 6 to 12 months after enlist |

### STRENGTH OF THE NAVY IN 1939

The average daily strength was as follows:

| | |
|---|---|
| Officers of the Navy and Marine Corps | 13,282 |
| Enlisted men of the Navy | 114,527 |
| Enlisted men of the Marine Corps | 19,561 |
| Midshipmen at Naval Academy | 2,206 |
| Members of the Navy Nurse Corps | 438 |
| Prisons, 8 | 212 |
| **Total** | **149,616** |

The percentage of the active personnel according to quinquennial age groups as of July 1, 1939, are given below. These percentages when applied to the average strength during the year, as shown above, indicate the following distribution:

#### Age distribution, average strength, Navy and Marine Corps, 1939

| Age group | Officers and Marine | Percent | Enlisted men, Navy | Percent | Enlisted men, Marine | Percent | Enlisted men, Navy and Marine |
|---|---|---|---|---|---|---|---|
| All ages | 14,381 | 100.00 | 114,527 | 100.00 | 19,561 | 100.00 | 16,591 |

## 30

Morbidity And Mortality

## GENERAL MORBIDITY AND MORTALITY

Admissions and deaths from disease, injuries, and poisonings are presented on a preceding page in connection with the introductory summary of health conditions in 1939 as compared with those of the 9 preceding years.

Instructions regarding the vital statistics of the Navy require that admission be recorded in all cases where sufficient disability to require relief from regular duties continues for 24 hours or longer. The instructions also require that all persons infected with a venereal disease, even if not disabled sufficiently to require relief from the performance of regular duties, shall be admitted for record and immediately discharged. Admission rates are based on the statistics collected under these instructions.

## GENERAL MORBIDITY AND MORTALITY FOR OFFICERS

Admission rates for officers should not be compared directly with those for enlisted men without remembering that in many cases where it would be necessary to admit an enlisted man to the sick list in order that he might receive proper care, admission in the case of an officer may be unnecessary. An officer when ill is not likely to be admitted to the sick list unless his illness requires that he be entirely relieved from the performance of his duties. Lower admission rates do not necessarily mean greater freedom from common infectious diseases and other conditions that usually lead to high admission rates.

Admissions and deaths, by age groups, for officers of the Navy and Marine Corps in 1939 were as follows:

Admissions, officers, Navy and Marine, all causes, by age group, 1939

| Age group | Number in group | All diseases | | Injuries | | Poisonings | | All causes | |
|---|---|---|---|---|---|---|---|---|---|
| | | New admissions | Rate per 1,000 | New admissions | Rate per 1,000 | New admissions | Rate per 1,000 | New admissions | Rate per 1,000 |
| 18 to 19 | | | | | | | | | |
| 20 to 24 | | | | | | | | | |
| 25 to 29 | | | | | | | | | |
| 30 to 34 | | | | | | | | | |
| 35 to 39 | | | | | | | | | |
| 40 to 44 | | | | | | | | | |
| 45 to 49 | | | | | | | | | |
| 50 to 54 | | | | | | | | | |
| 55 to 59 | | | | | | | | | |
| 60 to 64 | | | | | | | | | |
| 65 and over | | | | | | | | | |
| All ages | 13,969 | 3,331 | 215.71 | 385 | 28.99 | 1 | 0.08 | 3,823 | 273.78 |

## 31

Officers

Deaths, officers, Navy and Marine, all causes, by age group, 1939

| Age group | Number in group | All diseases | | Injuries | | Poisonings | | All causes | |
|---|---|---|---|---|---|---|---|---|---|
| | | Deaths | Rate per 100,000 | Deaths | Rate per 100,000 | Deaths | Rate per 100,000 | Deaths | Rate per 100,000 |
| 18 to 19 | | | | | | | | | |
| 20 to 24 | | | | | | | | | |
| 25 to 29 | | | | | | | | | |
| 30 to 34 | | | | | | | | | |
| 35 to 39 | | | | | | | | | |
| 40 to 44 | | | | | | | | | |
| 45 to 49 | | | | | | | | | |
| 50 to 54 | | | | | | | | | |
| 55 to 59 | | | | | | | | | |
| 60 to 64 | | | | | | | | | |
| 65 and over | | | | | | | | | |
| All ages | 13,969 | 34 | 255.99 | 30 | 225.87 | 1 | 7.53 | 65 | 465.38 |

In table 2, page 220, admissions and admission rates for officers are listed separately for the several classes of the United States Navy nomenclature of diseases and injuries.

Average age at time of death, all officers.—In 1939 there were 65 deaths among active officers of the Navy and Marine Corps and 111 among retired officers. Fifty-eight deaths occurred among active officers of the Navy, and the average age at time of death was 40.5 years. There were 7 active Marine officers who died during the year, and the average age at time of death was 41.3 years. Of retired officers, 87 were officers of the Navy and 24 were officers of the Marine Corps. The average age at time of death was 63.3 and 53.8 respectively.



Morbidity And Mortality
## 32

### GENERAL MORBIDITY AND MORTALITY FOR ENLISTED MEN, NAVY

Admissions and deaths, by age groups, for enlisted men of the Navy in 1939 were as follows:

Admissions, enlisted men, Navy, all causes, by age group, 1939

Deaths, enlisted men, Navy, all causes, 1939

### GENERAL MORBIDITY AND MORTALITY FOR ENLISTED MEN, MARINE CORPS

Admissions and deaths, by age groups, for enlisted men of the Marine Corps in 1939 were as follows:

Admissions, enlisted men, Marine Corps, all causes, by age group, 1939

---

Midshipmen--Forces Afloat
## 33

Deaths, enlisted men, Marine Corps, all causes, by age group, 1939

### MORBIDITY AND MORTALITY FOR MIDSHIPMEN

The admission rate from all causes was 668.97 per 1,000, as compared with 780.75 per 1,000, the rate for the previous year, and 780.77, the median for the preceding 9 years.

The admission rate for wounds and injuries was 98.73 per 1,000, as compared with 121.60 per 1,000 for 1938 and 119.24 per 1,000, the median for the 9-year period 1930-38.

Seven midshipmen died during the year, making the death rate 3.17 per 1,000. The median rate for the preceding 9 years is 0.81. The primary causes of death were: Injuries, multiple, extreme, 4; embolism, pulmonary artery, 1; adenocarcinoma, colon, 1; and leukemia, acute, 1.

Admissions and admission rates for midshipmen are shown according to the various classes of the Navy Nomenclature of Diseases and Injuries in Statistical Table 2, page 220.

### MORBIDITY FOR FORCES AFLOAT

The admission rates from all causes, all ships in commission, was 386.97 per 1,000 in 1939, as compared with 370.83 per 1,000 in 1938, and 407.11, the median for the previous 9 years. The admission rate from injuries and poisonings afloat was 47.65 per 1,000 for 1939 and 52.80 per 1,000 for 1938. There were 18 drownings reported in the Annual Sanitary Reports received from ships as compared with 38 in 1938.

Table of data compiled from the Annual Sanitary Reports submitted by ships is given on page 34.

### MORBIDITY FOR FORCES ASHORE

Table of data compiled from the Annual Sanitary Reports submitted by Shore Stations is given on page 36.

Morbidity And Mortality







## MORTALITY

Death, leading causes, Navy and Marine Corps, 1933-39-Annual rates per 100,000

Deaths, leading causes, Navy and Marine Corps, 1935-39, annual rates per 100,000.

| Causen | 1935 | 1936 | 1937 | 1938 | 1939 |
|---|---|---|---|---|---|
| Drowning (accidental) | 24.52 | 31.35 | 30.11 | 22.00 | 33.42 |
| Motor vehicle (accidental) | 37.66 | 45.01 | 50.43 | 38.79 | 32.75 |
| Suicide | 31.53 | 23.31 | 25.59 | 20.80 | 21.30 |
| Diseases of the heart (all types)* | 28.02 | 24.02 | 21.83 | 21.70 | 20.05 |
| Tumors (all types) | 7.88 | 8.84 | 17.31 | 7.90 | 10.09 |
| Influenza and Pneumonia (all types) | 22.77 | 29.74 | 18.00 | 12.93 | 6.09 |
| Tuberculosis (all types) | 12.26 | 12.80 | 7.53 | 10.77 | 7.35 |
| Appendicitis (acute and chronic) | 6.13 | 12.00 | 3.01 | 2.87 | 5.35 |
| Ulcer, peptic | 4.38 | 0.80 | 5.27 | 1.44 | 4.01 |
| Homicide | 7.88 | 4.82 | 2.26 | 5.75 | 2.07 |
| Hemorrhage, cerebral (all types) | 2.63 | 4.82 | 3.01 | 1.44 | 1.34 |
| Obstruction, intestinal (all types) | 0 | 3.22 | 0 | 1.44 | 0.07 |
| All other accidental | 48.17 | 42.60 | 57.96 | 69.08 | 34.76 |

* Includes coronary diseases

Deaths, Navy and Marine Corps, 1939

Deaths, Navy and Marine Corps, 1939

| Cause | Number of deaths | Percent of total deaths | Annual rate per 100,000 | Median rate, 1930-39 |
|---|---|---|---|---|
| All diseases | 127 | 40.45 | 84.88 | 141.70 |
| Motor-vehicle accidents exclusive of suicide | 49 | 15.01 | 32.75 | 40.38 |
| Drowning (accidental) | 50 | 15.92 | 33.42 | 27.24 |
| Suicide | 32 | 10.19 | 21.39 | 25.72 |
| Homicide | 4 | 1.27 | 2.07 | 5.55 |
| Poisonings (exclusive of suicide) | 1 | 0.32 | 0.67 | 2.71 |
| Other accidental injuries | 51 | 16.24 | 34.09 | 99.84 |
| Total | 314 | 100.00 | 209.87 | 289.70 |

## MORBIDITY ANALYSIS BY NOMENCLATURE CLASSES

The following table indicates the relative standing of the several classes of diseases and injuries during the year 1939 with regard to frequency of occurrence and amount of disability as expressed by numbers of sick days. For comparison, weighted averages of corresponding data for the years 1930-38 are presented:

Comparative standing, nomenclature classes, for new admissions and sick days, entire Navy, 1939 and 1930 - 1938

| Cause of Morbidity | Order of frequency | | Percent of total admissions | | Standing based on sick days | | Percent of total sick days | | Admission rate per 1,000 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1939 | 1930-1938 | 1939 | 1930-1938 | 1939 | 1930-1938 | 1939 | 1930-1938 | 1939 | 1930-1938 |
| Communicable diseases transmissible by oral and nasal discharges | 1 | 1 | 27.62 | 28.38 | 4 | 4 | 9.41 | 10.88 | 112.77 | 140.59 |
| Venereal diseases | 2 | 2 | 21.03 | 20.01 | 2 | 1 | 13.02 | 15.09 | 85.87 | 90.28 |
| Wounds and injuries | 3 | 3 | 12.09 | 12.35 | 1 | 2 | 14.46 | 13.11 | 49.38 | 61.78 |
| Diseases of digestive system | 4 | 4 | 9.71 | 9.29 | 3 | 3 | 11.27 | 11.05 | 39.65 | 45.44 |
| Other diseases of infective type | 5 | 6 | 5.96 | 5.11 | 11 | 11 | 3.26 | 3.17 | 24.34 | 90.28 |
| Diseases of ear, nose, and throat | 6 | 5 | 4.65 | 6.64 | 5 | 5 | 6.34 | 7.73 | 18.98 | 32.24 |
| Miscellaneous diseases and conditions | 7 | 7 | 3.52 | 2.51 | 7 | 9 | 5.47 | 3.44 | 14.36 | 12.11 |
| Parasitic diseases (fungi and certain animal parasites) | 8 | 8 | 2.68 | 2.45 | 14 | 13 | 2.33 | 2.29 | 10.95 | 10.93 |
| Diseases of genito-urinary system (nonvenereal) | 9 | 10 | 2.14 | 1.63 | 8 | 8 | 4.55 | 3.81 | 8.76 | 7.77 |
| Diseases of skin, hair, and nails | 10 | 9 | 1.61 | 1.67 | 16 | 14 | 2.14 | 2.14 | 6.57 | 7.94 |
| Diseases of eye and adnexa | 11 | 13 | 1.44 | 1.25 | 17 | 17 | 1.78 | 1.75 | 5.87 | 6.38 |
| Diseases of motor system | 12 | 11 | 1.38 | 1.46 | 9 | 7 | 3.79 | 4.29 | 5.65 | 7.32 |
| Herniae | 13 | 16 | 0.94 | 0.76 | 13 | 15 | 2.77 | 2.03 | 3.85 | 3.70 |
| Dental diseases and conditions | 14 | 12 | 0.92 | 1.29 | 19 | 18 | 1.14 | 1.72 | 3.77 | 6.68 |
| Diseases of circulatory system | 15 | 17 | 0.92 | 0.75 | 10 | 12 | 3.37 | 2.58 | 3.76 | 3.56 |
| Diseases of lymphatic system | 16 | 14 | 0.69 | 0.95 | 21 | 20 | 0.58 | 1.30 | 2.83 | 4.98 |
| Diseases of mind | 17 | 19 | 0.69 | 0.48 | 6 | 6 | 5.49 | 4.61 | 2.83 | 2.24 |
| Diseases of respiratory system | 18 | 18 | 0.52 | 0.53 | 18 | 16 | 1.72 | 1.98 | 2.13 | 2.45 |
| Communicable diseases transmissible by insects and other arrhropods | 19 | 15 | 0.46 | 0.91 | 23 | 21 | 0.44 | 0.82 | 1.87 | 2.93 |
| Diseases of nervous system | 20 | 20 | 0.41 | 0.39 | 15 | 19 | 2.21 | 1.55 | 1.67 | 1.90 |
| Tuberculosis (all forms) | 21 | 23 | 0.25 | 0.31 | 12 | 10 | 2.98 | 3.24 | 1.00 | 1.63 |
| Diseases of blood | 22 | 25 | 0.16 | 0.04 | 22 | 25 | 0.45 | 0.13 | 0.66 | 0.18 |
| Diseases of ductless glands and spleen (endocrines) | 23 | 24 | 0.12 | 0.11 | 20 | 22 | 0.73 | 0.60 | 0.49 | 0.54 |
| Poisonings | 24 | 21 | 0.05 | 0.38 | 24 | 24 | 0.20 | 0.24 | 0.19 | 1.85 |
| Communicable diseases transmissible by intestinal discharges | 25 | 22 | 0.05 | 0.34 | 25 | 23 | 0.07 | 0.35 | 0.19 | 0.81 |

## By Oral And Nasal Discharges

# COMMUNICABLE DISEASES

In the classification of the United States Navy Nomenclature of Diseases and Injuries, communicable diseases are grouped as follows:

Communicable Diseases transmissible by oral and nasal discharges:

Group A. Diseases classed as communicable in standard health department practice.

Group B. Common infectious diseases of the respiratory type, such as common colds, catarrhal acute bronchitis, etc.

Communicable diseases transmissible by intestinal discharges.

Communicable diseases transmissible by insects and other arthropods.

Tuberculosis (all forms).

Venereal diseases.

Diseases caused by fungi and certain animal parasites.

Other diseases of infective type.

For various reasons, certain important and dangerous, although unrelated infections are grouped together in the last-mentioned class—other diseases of infective type—along with such common conditions as coccal infections, rheumatic fever, unclassified dysentery, focal infection, cellulitis, etc. These common infections are represented in this class, and for this reason the standing of this class ranks high as fifth place in order of admissions recorded among all classes.

Tetanus, which from an epidemiological viewpoint is not communicable, is placed in this class; and also those diseases which are rare in this class but always occur among naval personnel, while others rarely occur among naval personnel. These include anthrax, leprosy, undulant fever, rabies, and yaws.

## COMMUNICABLE DISEASES TRANSMISSIBLE BY ORAL AND NASAL DISCHARGES

The communicable diseases which are spread by the direct and indirect transfer of infectious secretions or discharges from the mouth or nose, constituting the various infections included in the category of colds, are responsible for the most difficult and serious public health problem. These so-called minor infections are of more importance from the standpoint of health of the Navy than diseases such as the serious, scarlet fever, and diphtheria.

In 1939 there were 10,673 original admissions for this class, representing disease acquired in the naval service, 8 admissions for disease reported as complications of other diseases, 209 remaining from the previous year, and 121 readmissions. The rate for original admissions (A) was 113.77 per 1,000, a 12 percent increase over the rate for 1938. The median rate for the preceding 9 years is 16.59. The respiratory disorders previously reported in other classes are now reported in Class VIII and accounted for 25 percent of its increase when compared with 1938. These diagnoses are laryngitis, acute; pharyngitis, acute; rhinitis, acute, formerly of Class V; and tracheitis, acute, formerly of Class XVIII.

This class of disease was responsible for 113,569 sick days. The noneffective ratio per 1,000, or the daily average number of patients under treatment, was 2.1, as compared with 2.0, the ratio for 1938, and 2.1, the median for the preceding 9 years.

There were 16 deaths from diseases in the class as follows: Pneumonia, lobar, 9; pneumonia, broncho, 3; and 1 each from in-

---

## Analysis Of Morbidity

Communicable diseases transmissible by oral and nasal discharges, the class which includes the non-infectious disease of charges, the respiratory type—catarrhal fever, acute bronchitis, acute tonsillitis, etc.—again occupied first place for the year among all classes of diseases and injuries, accounting for 28 percent of total admissions. There was a 12 percent increase in the admission rate for influenza and over 1938.

A division of several diagnoses to Class VIII previously accounted for in Class V contributed materially to this increase. With the exception of the year 1930, Class VIII has shown an increase each year to numbers. In 1938, the class occupied fourth place in causing sick days, accounting for 9.41 percent of total sick days in 1939 as compared with 9.06 percent in 1938.

Venereal disease (Class XXVI), with an admission rate of 85.87 per 1,000, occupied second place according to number of admissions and number of sick days. These diseases are discussed in detail under the section on venereal diseases, but it may be noted here that the venereal disease admission rate showed an 11 percent decrease when compared with the rate for 1938 but a 5 percent decrease when compared with the median rate for the preceding 9 years. The greatest percentage increase over the rate for 1938 was noted among Naval personnel serving in the sixth, twelfth, and fourth Naval Districts, Naval Transportation Service, and the 4th Marines, Shanghai, China.

Wounds and injuries, as last year, stood third on the list according to admissions and in first place as to sick days, causing 12 percent of total admissions and 14.5 percent of total sick days.

The relative standing of various single causes of morbidity,—in the following table diseases (injuries and poisonings not included) which were responsible for 1 percent or more of the total admissions for disease are listed in the order of frequency of admissions, in disease, and in the order of standing in regard to number of sick days is also indicated.

Morbidity, leading causes and relative standing, 1939



| Disease | Order of frequency | Percent of total admissions | Standing based on sick days | Percent based on sick days | Annual rate per 1,000 |
|---|---|---|---|---|---|
|  |  | 21.34 |  | 2 |  | 76.38 |
| Catarrhal fever, acute | 1 | 14.52 | 1 | 7.28 | 37.11 |
| General infection | 2 | 4.23 | 5 | 1.63 | 11.11 |
| Gonococcus infection | 3 | 3.63 | 4 | 1.56 | 10.29 |
| Catarrh | 4 | 2.87 | 10 | 0.99 | 12.42 |
| Influenza | 5 | 2.48 | 6 | 1.40 | 10.20 |
| Appendicitis, acute | 6 | 1.78 | 3 | 2.30 | 7.16 |
| Bronchitis, acute | 7 | 1.48 | 9 | 1.09 | 6.88 |
| Tonsillitis, acute | 8 | 1.49 | 12 | 0.48 | 5.82 |
| Syphilis | 9 | 1.46 | 7 | 1.30 | 5.33 |
| Tonsillitis, chronic | 10 | 1.38 | 8 | 0.64 | 3.49 |
| Mumps | 11 | 1.22 | 11 | 0.49 | 3.23 |
| Scabies | 12 | 1.16 | 14 | 0.22 | 3.13 |
| Furuncle | 13 | 1.10 | 13 | 0.35 |  |
| Hemorrhoids | 14 | 1.00 |  | 1.16 | 3.12 |

fluenza; angina, Vincent's; septic sore throat; and acute anterior poliomyelitis.

The following table shows the relative standing of disease within this class:

### Diseases of Class VIII, relative standing, 1939

| Disease | New admissions | Admission rate per 100,000 | Per cent of total admissions for diseases |
|---|---|---|---|

When compared with the admission rate for 1938 and the 8-year median rate, 1930-38, percentage increases and decreases were recorded for diseases in the class as follows:

### Disease of Class VIII, increase or decrease, 1939

| Disease | New admission rate per 100,000, 1939 | Per cent above or below 1938 admission rate | Per cent above or below 9-year median rate 1930-1938 |
|---|---|---|---|

The title "Catarrhal fever" is used for the reporting of common colds. The combined admission rate for the common infections of the respiratory tract—acute catarrhal fever, acute tonsillitis, acute bronchitis, and influenza—was 101.58 per 1,000 in 1939, as compared with 89.84 in 1938 and 120.03, the 9-year median.

### Diseases of Class VIII, new admissions, entire Navy, 1939

| Disease | 0-2 months | 3-5 months | 6-11 months | 1 year | 2 years | 3 years and over | Total |
|---|---|---|---|---|---|---|---|

47

By Oral And Nasal Discharges

Diseases of Class VIII, admissions, classified personnel, 1939

Communicable Diseases

46

Diseases of Class VIII, new admissions, by months, 1939.



## TONSILLITIS, ACUTE

There were 2,269 new admissions during the year, making the attack rate 15.17 per 1,000 as compared with 21.81 per 1,000 for 1938 and the 9-year median rate.

Acute tonsillitis was responsible for 19,959 sick days for all cases treated. An average of 35 men per 100,000 effective ratio for the sick list as compared with 42, the median noneffective ratio for the preceding 9 years.

Complications.—Chronic tonsillitis complicated acute tonsillitis in 490 instances, or 22.4 percent of all cases of acute tonsillitis. Peritonsillar abscess in 19 instances was a complication of acute tonsillitis in 33 cases; acute otitis media, 7; rheumatic fever, 6; and 1 case each of atelectasis, pneumonia, lymphadenitis, cervical; pneumonia, lobar, type unspecified; pneumonitis, acute; poisoning, therapeutic, acute, sulfanilamide; and psychosis, intoxication, drug, sulfanilamide.

## BRONCHITIS, ACUTE

A total of 619 primary and 10 secondary cases of acute bronchitis were reported in 1939. Based on a total of 520, the attack rate was 3.54 per 1,000, a decrease when compared with the preceding 9-year median, 45.5. There were 5,836 sick days for all cases treated during the year, or an average of 11 men per 100,000, constantly on the sick list, as compared with 19 per 100,000, the median noneffective ratio for the year.

Complications.—Broncho-pneumonia complicated acute bronchitis in 8 instances; chronic bronchitis in 2; serofibrinous and suppurative pleurisy in 6 instances, acute otitis media and suppurative pleurisy in 1.

## CATARRHAL FEVER, ACUTE

Acute catarrhal fever was responsible for 11,724 new admissions in 1939, making the admission rate 78.36 per 1,000, as compared with 62.24 in 1938, 91.65 in 1937, and 94.02 in 1936. The admission rate in 1939 was 14.5 percent less than the 9-year median rate, 91.65.

A total of 59,124 sick days was recorded for acute catarrhal fever, or an average of 106 men per 100,000 constantly on the sick list. The median noneffective ratio for the preceding 9 years is 130. Including all cases treated during the year, the average number of sick days per case was 4.9.

Complications.—Complications or sequelae of 11,725 cases admitted during the year were reported as follows: Otitis media, acute, 14; pneumonia, acute, 9; pneumonia, broncho, 9; sinusitis, maxillary, 9; bronchitis, acute, 8; sinusitis, ethmoidal, 4; pneumonia, lobar, Type 1, 3; sinusitis, frontal, 2; and 1 each of anemia, secondary, unknown cause, otitis externa; nephritis, acute; otitis, acute; laryngitis, acute; peritonsillar, acute, multiple; bronchitis, chronic; pleurisy; fibrinous; acute; poisoning, therapeutic, acute, quinine; poisoning, therapeutic, acute, sulfanilamide; and poisoning, therapeutic, antidotpyrine.

## ANGINA, VINCENT'S

There were 484 new admissions in 1939, making a rate of 3.22 per

1,000 as compared with 2.89 per 1,000 in 1938. The median rate for the preceding 9 years... 9.0 men per 100,000 constantly on the sick list. The 4,306 sick days... median noneffective ratio for the preceding 9 years is 13.

Complications.—In 1939 there were 48 cases of Vincent's angina, of which were complicated by peritonsillar abscess.

Deaths.—There was 1 death from angina, Vincent's complicated by septicemia, staphylococcic.

## INFLUENZA

There were 655 new admissions for influenza in 1939, making the rate 4.39 per 1,000, as compared with 14.16 in 1938, 10.2 in 1937, and 2.11 per 1,000 for 1936. The admission rate for 1939 showed a 28 percent increase over the median rate for the preceding 9 years, 3.64. Influenza was responsible for 3,444 sick days, an average of 6 men per 100,000 constantly on the sick list, as compared with 9 the median noneffective ratio for the preceding 9 years.

Complications.—Broncho-pneumonia complicated influenza in 3 instances; and cardiac disorder, functional; otitis media, acute; meibomo-globinuria; lobar pneumonia, type unspecified, 1 each.

Deaths.—Influenza was the primary cause of 1 death. A seaman, 23 years of age, was admitted to the sick list on board the U. S. S. Louisville, and transferred to the U. S. S. Relief. There was a history of rheumatic fever in 1938 and autopsy revealed congestion of all organs and myocardial degeneration.

## LOBAR PNEUMONIA

There were 119 original admissions and 9 cases admitted as contributory disability in 1939. Based on a total of 128, the attack rate was 0.86 per 1,000, as compared with 1.3 the median rate for the preceding 9 years.

The 9 contributory cases of lobar pneumonia complicated other diseases as follows: Catarrhal fever, acute, 5; and 1 case each of anemia, splenic; influenza; acute tonsillitis; and acute rheumatic fever.

Complications.—Complications and sequelae of reported during the year were empyema, 3; pleurisy, suppurative, 2; and 1 case of pleurisy, serofibrinous. men... per 100,000 constantly on the sick list. The median noneffective ratio for the preceding 9 years is 12.6.

Deaths.—Lobar pneumonia was recorded as the primary cause of 9 deaths and as the secondary cause of 1 death. The resulting rate... per 100,000 and a case fatality rate of 7.8 percent for new admissions. The corresponding median death rate for the preceding 9 years is 17.0.

## BRONCHO-PNEUMONIA

In 1939 there were 78 new admissions for broncho-pneumonia and 22 in which the disease was a complication or sequela of some other condition. Based on a total of 100, the attack rate was 0.67 per 1,000 as compared with 1.25, the median rate for the preceding 9 years.

The 22 contributory cases of broncho-pneumonia complicated other diseases as follows: Acute catarrhal fever, 9; acute bronchitis, 6; influenza, 3; simple fracture; and 1 each of measles and septicemia.

Broncho-pneumonia was responsible for 2,529 sick days, or a daily

## 50   Communicable Diseases

average of 4.8 men constantly on the sick list as compared with 11.3, the median noneffective ratio for the preceding 9 years.

Complications.—Complications were reported at the rate of broncho-pneumonia admitted during 1939 were reported as follows: 1 case each of asthma, phlebitis, left and poisoning, therapeutic, acute; sulfapyridine.

Deaths.—Broncho-pneumonia was recorded as the primary cause of 3 deaths and as the secondary cause of 3 deaths, making a total of 6 deaths, or 4.01 per 100,000. The corresponding median rate for the preceding 9 years is 11.9. The case fatality ratio for all causes of broncho-pneumonia admitted was 6.0 percent; for primary cases 3.0 percent; and for secondary cases 10.6 percent.

### LARYNGITIS, ACUTE

In 1939 there were 92 new admissions for acute laryngitis, making the admission rate 61 per 100,000 as compared with 97 per 100,000 in 1938 and 83, the median rate for the preceding 9 years.

There were 709 sick days recorded, or an average of 1.3 men per 100,000 constantly on the sick list. The median noneffective ratio for the preceding 9 year was 2.08.

Complications.—Complications and sequelae of the 94 cases of acute laryngitis admitted during the year were as follows: Acute catarrhal fever and laryngitis, 1.
This disease was previously included in Class V.

### PHARYNGITIS, ACUTE

There were 332 original admissions for acute pharyngitis during the year 1939, making the admission rate 2.20 per 1,000 as compared with 3.18 per 1,000 in 1938, and 3.10 per 1,000, the median rate for the preceding 9 years.

There were 2,250 sick days for this disease, or a daily average of 4.1 men per 100,000 constantly on the sick list. The median noneffective ratio for the preceding 9 years is 4.7.

Complications.—Complications and sequelae of the 332 cases of acute pharyngitis admitted during 1939 were as follows: Otitis media, acute, 2; and 1 case each of acute bronchitis; chronic pharyngitis; and acute pneumonitis.
This disease was previously included in Class V.

### RHINITIS, ACUTE

In 1939 there were 25 new admissions for acute rhinitis, making the admission rate 16.7 per 100,000 as compared with 10.77 per 100,000 in 1938 and 27, the median rate for the preceding 9 years.

There were 259 sick days recorded, or an average of 0.47 men per 100,000 constantly on the sick list as compared with 5.2, the median noneffective ratio for the preceding 9 years.

Poisoning, therapeutic, acute, coryza tablets, was reported as the complication in 1 case of acute rhinitis.
This disease was previously included in Class V.

### SEPTIC SORE THROAT

There were 15 new admissions and 1 death for septic sore throat in 1939, making the admission rate 10.0 per 100,000 as compared with, 7.18 per 100,000 in 1938, and 7, the median rate for the preceding 9

## 61   By Oral And Nasal Discharges

years is 0.33.

Complications.—Complications were reported in 3 of the 16 cases of septic sore throat, as follows: Effort syndrome; granulocytopenia, malignant; and septicemia, streptococcic.

Deaths.—There was 1 death from septic sore throat complicated by septicemia, streptococcic.
This disease was previously included in Class V.

### MUMPS

There were 275 new admissions for mumps in 1939, making the admission rate 1.82 per 1,000 as compared with 3.45, the median rate for the preceding 9 years. Of the 275 new admissions, forces afloat reported 141; shore stations in the United States, 108; foreign stations, 16; and naval hospitals, 8.

Mumps was responsible for 5,276 sick days, or a daily average of 9.7 men per 100,000 constantly on the sick list. The median non-effective ratio for the preceding 9 years is 18.

Complications.—Complications and sequelae of mumps recorded in 10 instances, and atrophy, testicle, in 1.

### MEASLES

There were 91 new admissions for measles recorded in 1939, making the admission rate 61.0 per 100,000, as compared with 110 in 1938 and 129, the median rate for the preceding 9 years.

Forty-three of the 91 admissions for measles were reported from forces afloat; 41 from shore stations in the United States; 5 from naval hospitals; and 2 from foreign stations.

A total of 1,685 sick days were recorded for measles, a daily average of 3.1 men per 100,000 constantly on the sick list. The median noneffective ratio for the preceding 9 years is 6.1.

Complications.—Complications and sequelae of the 91 cases of measles admitted during the year were reported as follows: 1 case each of broncho-pneumonia; circular muscle; acute laryngitis; otitis media, acute; pneumonia, broncho; sinusitis, frontal; and acute tonsillitis.

### GERMAN MEASLES

In 1939 there were 60 new admissions for German measles, making the admission rate 40 per 100,000, as compared with 57 per 100,000 in 1938 and 21, the median rate for the preceding 9 years.

The forces afloat reported 27 of the admissions recorded during the year; naval stations in the United States, 19; and foreign stations, 14.

A total of 832 sick days recorded for this disease, or a daily noneffective ratio of 1.10 per 100,000, as compared with 6.9, the median noneffective ratio for the preceding 9 years.

### SCARLET FEVER

There were 18 new admissions for scarlet fever, making the admission rate 12 per 100,000, as compared with 46, the median rate for the preceding 9 years.

The Naval Training Station, Great Lakes, Ill., reported 4 cases and the Naval Training Station, Norfolk, Va., reported 2 cases during

## Communicable Diseases

Scarlet fever was responsible for 610 sick days, a daily average of 1.12 per 100,000 constantly on the sick list, as compared with 4.7, the median noneffective ratio for the preceding 9 years.

### DIPHTHERIA

In 1939 there were 8 admissions recorded for diphtheria, making the admission rate 4.0 per 100,000, as compared with 5.7 in 1938 and 6, the median rate for the preceding 9 years.

No deaths or complications were recorded for this disease during the year.

### CHICKENPOX

There were 62 new admissions for chickenpox, making the admission rate 41.4 per 100,000 in 1939 as compared with 31.6 per 100,000 in 1938 and 50, the median rate for the preceding 9 years. Chickenpox was responsible for 1,166 sick days, or a daily average of 2 men per 100,000 constantly on the sick list. The median non-effective ratio for the preceding 9 years is 2.8.

### SMALLPOX

No case of this disease was reported during 1939.

The number of individuals vaccinated in the Navy during the 15 years, 1925-39, is shown in the following table:

Smallpox vaccinations, entire Navy, 1925-39

| Year | Primary vaccinations | Revaccinations | Total | Year | Primary vaccinations | Revaccinations | Total |
|---|---|---|---|---|---|---|---|
| 1925 | | | | 1933 | | | |
| 1926 | | | | 1934 | | | |
| 1927 | | | | 1935 | | | |
| 1928 | | | | 1936 | | | |
| 1929 | | | | 1937 | | | |
| 1930 | | | | 1938 | | | |
| 1931 | | | | 1939 | | | |
| 1932 | | | | | | | |

### CEREBROSPINAL FEVER, MENINGOCOCCIC

There were 2 admissions and no deaths recorded for this disease in 1939. The admission rate was 1.34 per 100,000, as compared with 5.0 per 100,000 in 1938, and 18, the median rate for the preceding 9 years.

A fireman, 3 cl., 19 years of age, with 1 year and 7 months' service, was admitted to the sick list on the U. S. S. Saratoga with cerebrospinal fever, meningococcic, on August 14 and transferred the same day to the Naval Hospital, San Diego, Calif. He was returned to duty on September 29.

An apprentice seaman, 18 years of age, with 1 month's service, was admitted to the sick list at the Naval Training Station, Great Lakes, Ill., with cerebrospinal fever, meningococcic, on October 20 and transferred the same day to the Naval Hospital. He remained on the sick list until December 28.

There were 110 sick days, or a daily noneffective ratio of 0.21 per

By Oral And Nasal Discharges

100,000, as compared with 3.8, the median noneffective ratio for the preceding 9 years.

### ENCEPHALITIS, LETHARGIC

There were 3 new admissions, 1 readmission, and 4 cases remaining from the previous year. Of the 8 cases treated, 4 were invalided from the service. The rate for new admissions was 1.34 per 100,000, as compared with 5.03 per 100,000 for 1938 and 3.22, the median rate for the preceding 9 years.

A machinist's mate, 2 cl., 25 years of age, with 16 years' service, was admitted to the sick list on board the U. S. S. Boise January 6, 1939, and was transferred to duty after 86 days on the sick list. The patient was discharged to duty after 86 days on the sick list.

On July 24, an Aviation Cadet, U. S. N. R., 24 years of age, was admitted to the sick list at the Fleet Air Base, Pearl Harbor, T. H., and transferred the same day to the Naval Hospital, Pearl Harbor, T. H. He was discharged to duty on August 14.

A mess-attendant, 1 cl., 37 years of age, with 18 years' service, was admitted to the sick list at the Naval Air Station, Pearl Harbor, T. H., and remained under treatment for 43 days.

A total of 904 sick days was recorded for encephalitis, lethargic, or a daily average of 1.66 men per 100,000 constantly on the sick list.

### POLIOMYELITIS, ANTERIOR, ACUTE

There were 8 admissions, 3 readmissions, and 1 case remaining from the service. Of the 12 cases treated, 1 died and 3 were invalided from the service. The rate for new admissions was 5.35 per 100,000, as compared with 1.4 per 100,000 in 1938 and 3.75, the median rate for this disease, a daily noneffective ratio of 1.13 per 100,000.

There was 1 death, a fireman, 1 cl., 23 years of age, with 2 years and 9 months' service. He was admitted to the sick list with "wound, lacerated" on board the U. S. S. Robin on June 11, and transferred to the Naval Hospital, San Diego, Calif., the same day. The diagnosis was changed to an intercurrent poliomyelitis, anterior, acute, on July 9. The patient showed rapid signs of ascending bulbar paralysis with involvement of muscles of deglutition and died the following day.

A seaman, 1 cl., 25 years of age, with 5 years and 4 months' service, was admitted to the sick list on board the U. S. S. Black Hawk on January 16 and transferred to the Naval Hospital, Canacao, P. I., where the diagnosis of acute anterior poliomyelitis was made and treatment instituted. He remained on the sick list for 172 days.

A gunner's mate, 3 cl., 25 years of age, with 7 years' service was admitted to the sick list on board the U. S. S. Perkins on August 15, with diagnosis undetermined and transferred to the Naval Hospital, San Diego, Calif., the same day. Diagnosis was established as acute anterior poliomyelitis and he was discharged to duty after 137 days on the sick list.

An officer, 28 years of age, with 10 years and 2 months' service, was admitted to the sick list on August 25 with acute anterior poliomyelitis and transferred from the Fleet Air Detachment, Naval Air Station, San Diego, Calif. to the Naval Hospital, San Diego, Calif. He

was returned to duty after 98 days on the sick list.

On October 30, 1939, a fireman, 21 years of age, with 2 years' service, was admitted to the sick list on board the U. S. S. Rigel and transferred to the Naval Hospital, San Diego, Calif. The patient was kept under treatment 84 days.

A chief cook, U. S. Marine Corps, 24 years of age, with 5 years and 8 months' service, was transferred from the Marine Corps Base, San Diego, Calif., to the Naval Hospital on October 20 with acute anterior poliomyelitis. He remained on the sick list for 22 days.

A molder, 2 cl., 27 years of age, with 4 years and 3 months' service, was admitted to the sick list on board the U. S. S. Vestal on February 2, 1939. He was transferred to the Naval Hospital, San Diego, Calif., on April 7 and continued under treatment until he was invalided from the service with acute anterior poliomyelitis on November 16, 1939.

On November 28, a machinist's mate, 2 cl., 24 years of age, with 5 years and 3 months' service, was admitted to the sick list on board the U. S. California and transferred to the Naval Hospital, San Diego, Calif., the same day. The patient was discharged to duty after 33 days on the sick list.

Complications.—Complications and sequelae of acute anterior poliomyelitis were reported as follows: Poliomyelitis, anterior, chronic, 2; atrophy, muscle, arm and leg, 1; and paralysis, thoracic nerve, 1.

## TUBERCULOSIS

Tuberculosis is treated as a separate class in the United States Navy Nomenclature of Diseases and Injuries. Data for six of the seven forms of the disease are given in the following table. No admissions were recorded during the year for tuberculosis, skin.

**Tuberculosis, Class XI, all forms, admissions and sick days, 1939**

| Disease | New admissions | Admission rate per 100,000 | Percent of class admissions | Sick days per case | Percent of class sick days |
|---|---|---|---|---|---|
| Tuberculosis, pulmonary, chronic, active ..... | 136 | 90.90 | 90.67 | 146.4 | 95.07 |
| Tuberculosis, unclassified ..... | 10 | 6.68 | 6.67 | 155.1 | 2.81 |
| Tuberculosis, pulmonary, chronic, arrested ..... | 1 | .67 | .67 | 391 | 2.44 |
| Tuberculosis, pulmonary, acute general ..... | 1 | .67 | .67 | 15.0 | .01 |
| Tuberculosis, pulmonary, acute general ..... | 1 | .67 | .67 | 20.0 | .04 |
| Tuberculosis, general military ..... | | | | | |
| Total for entire class ..... | 150 | 100.28 | 100.00 | 126.3 | 100.00 |

The admission rate for all forms of tuberculosis was 100 per 100,000 as compared with 87 in 1938 and 103, the preceding 9-year median.

In addition to 150 original admissions, representing disease acquired in the naval service in 1939, there were 6 cases in which the disability was reported as existing prior to enlistment, 14 instances in which patients were admitted as a complication of some other condition, 1 readmission, and 81 cases remaining from the previous year.

**Tuberculosis, Class XI, all forms, classified personnel admissions by age group, 1939**

| Age group | Officers, Navy and Marine | | | Enlisted men, Navy | | | Enlisted men, Marine | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number in group | New admissions | Rate per 1,000 | Number in group | New admissions | Rate per 1,000 | Number in group | New admissions | Rate per 1,000 |
| 15 to 19 | 0 | 0 | 0 | 11,910 | 3 | .25 | 2,803 | 2 | 0.72 |
| 20 to 24 | 2,100 | 0 | 0 | 30,090 | 60 | .60 | 5,300 | 6 | .07 |
| 25 to 29 | 2,520 | 0 | 0 | 19,080 | 26 | .47 | 2,915 | 2 | .07 |
| 30 to 34 | 2,506 | 0 | .40 | 11,390 | 18 | .28 | 1,175 | 1 | .33 |
| 35 to 39 | 1,881 | 1 | .53 | 6,120 | 11 | | 538 | 0 | .13 |
| 40 to 44 | 1,407 | 1 | .71 | | 7 | | 291 | 0 | |
| 45 to 49 | 1,007 | 1 | .99 | | 1 | | 138 | 0 | |
| 50 to 54 | 422 | | | | | | 52 | 0 | |
| 55 to 59 | 183 | | | | | | | 0 | |
| 60 and over | | | | | | | | 0 | |
| All ages | 13,283 | 5 | 0.00 | 114,837 | 129 | 1.13 | 18,061 | 18 | 0.03 |

## Tuberculosis — 57

Tuberculosis (all forms) was responsible for 35,770 sick days, or a daily average of 85 per 100,000 patients on the sick list as compared with 87, the median noneffective ratio for the preceding 9 years.

*Deaths.*—There were 11 deaths from all forms of tuberculosis in 1939, as compared with 10.77, the death rate for the preceding 9 years. Mortality rates of 7.35 per 100,000 in 1939 and 16.1, the median for the preceding 9 years. Mortality rates based upon these figures are not representative, as very few patients die while in the Naval Service. It is not practicable to follow up the cases after discharge from the service.

Length of service prior to date of first admission to the sick list under the diagnosis of tuberculosis (for each of the 150 original admissions in 1939 is given in the table on page 56.

### TUBERCULOSIS, PULMONARY, CHRONIC, ACTIVE

This disease caused 90.07 percent of total admissions and 92.07 percent of total sick days charged to tuberculosis (all forms). In addition to the 136 new admissions for chronic pulmonary tuberculosis shown in the above table, 1 case was recorded where the disease was reported as a complication of some other disease or condition and 3 cases where the disease existed prior to entry into the service.

### COMMUNICABLE DISEASES TRANSMISSIBLE BY INSECTS AND OTHER ARTHROPODS

The admission rate was 187 per 100,000 as compared with 174 per 100,000 in 1938, and 288, the median for the preceding 9 years. Admissions in 1939 were recorded for 9 of the 17 diseases included in this class as follows:

*Diseases of Class X, admissions and sick days, 1939*

| Disease | New admissions | Admission rate per 100,000 | Sick days per case |
|---|---|---|---|
| Dengue | 129 | 86 | 7.2 |
| Malaria, benign tertian | 86 | 57 | 14.5 |
| Malaria, malignant tertian | 33 | 22 | 16.9 |
| Typhus fever | 12 | 8 | 32.0 |
| Malaria, quartan | 8 | 5 | 11.4 |
| Sandfly fever | 7 | 5 | 10.7 |
| Rocky Mountain spotted fever | 2 | 1 | 25.5 |
| Tsutsugamushi | 2 | 1 | 26.5 |
| Malaria, benign, malignant tertian, mixed | 1 | 0.67 | 59.0 |
| Total for entire class | 280 | 187 | 14.2 |

---

## Communicable Diseases — 56

*Tuberculosis, Class XI, all forms, new admissions, 1939*



| Diagnosis | Total |
|---|---|
| Tuberculosis, acute | 1 |
| Tuberculosis, pulmonary, pneumonic | 1 |
| Tuberculosis, pulmonary, acute general miliary | 1 |
| Tuberculosis, pulmonary, chronic, active | 136 |
| Tuberculosis, pulmonary, chronic, arrested | 1 |
| Tuberculosis, general | 1 |
| Tuberculosis, miliary | 2 |
| Tuberculosis of: Bladder and kidney | 1 |
| Cervical lymph glands | 1 |
| Epididymis | 1 |
| Kidney | 1 |
| Meninges | 1 |
| Scrotum | 1 |
| Vertebrae, thoracic | 1 |
| Total | 150 |



## 58

### Communicable Diseases

**Diseases of Class X, classified personnel, admissions by two groups, 1939**

| Age group | Officers, Navy and Marine — Number in force | ad-per 1,000 | Enlisted, Navy — Number | ad-per 1,000 | Enlisted Army, Navy — Number | ad-per 1,000 | Related diseases, Marine — Number | ad-per 1,000 |
|---|---|---|---|---|---|---|---|---|
| 15 to 19 | 0 | 0 | 1,120 | 0.70 | 1,019 | 1.08 | 40 | 1.48 |
| 20 to 24 | 0 | 0 | 2,303 | 0.70 | 50,179 | 1.76 | 46 | 3.74 |
| 25 to 29 | 0 | 0 | 2,261 | 0.70 | 22,293 | 1.56 | 9 | 2.70 |
| 30 to 34 | 4 | 0.07 | 2,153 | 0.70 | 14,860 | 1.94 | 2 | 2.13 |
| 35 to 39 | 6 | 0.03 | 1,863 | 0.29 | 8,325 | 1.53 | 0 | 1.56 |
| 40 to 44 | 4 | 0.03 | 1,051 | 0.29 | 4,003 | 1.10 | 0 | 1.48 |
| 45 to 49 | 2 | | 512 | | 1,942 | 12.24 | 0 | 0.75 |
| 50 to 54 | 0 | | 18 | | 221 | | 0 | |
| 55 and over | 0 | | 2 | | 25 | | 0 | |
| All ages | 15,282 | 21 | 1.54 | 114,327 | 173 | 1.51 | 18,601 | 86 | 4.54 |

### MALARIA

In addition to the 128 original admissions recorded for malaria, there were 18 admissions reported as complications of some other disease or condition, 35 readmissions, 11 admissions in which the disease existed prior to enlistment, and 17 cases remaining from the previous year.

A total of 3,673 sick days were charged to malaria in 1939. The noneffective ratio was 7 per 100,000, as compared with 15, the median for the preceding 9 years.

*Distribution of malaria.*—There were 45 cases of malaria, or 35.2 percent of new admissions, reported from stations or forces serving outside of the continental limits of the United States as follows: Canal Zone, 24; China, 12; Philippines, 6; Fleet Marine Force, 2; Asiatic Fleet Marine Force, Virgin Islands, 1. The forces afloat reported 53 cases, or 41.4 percent of new admissions, and shore stations in the United States reported 30, or 23.4 percent.

*Frequency of relapses.*—To determine the number of relapses in cases of malaria originating in 1939, the notification cards for all cases reported during the year were handled in such a manner that relapses occurring up to June 30, 1940, would be noted. That is, the subsequent history of a patient admitted the last day of the year would be covered for 6 months. For cases admitted earlier in the year, correspondingly longer periods elapsed during which, if relapses occurred, they would be included in the study.

The following table shows new cases of malaria for the calendar year. The number of these in which one, two, or more relapses occurred, respectively, before June 30, 1939, are indicated, and likewise the number of patients subsequently reinfected during the period covered by the study.

**Malaria, admissions 1939, with relapses through June 30, 1940**

| Type | New admissions | New admissions with one or more relapse — Cases | Percent | First relapse — Cases | Percent | Second relapse — Cases | Percent |
|---|---|---|---|---|---|---|---|
| Benign tertian | 86 | 8 | 9.30 | 6 | 6.98 | 2 | 6.98 |
| Malignant tertian | 4 | 0 | | 0 | | 0 | |
| Mixed, benign and malignant | 2 | 0 | | 0 | | 0 | |
| Quartan | 1 | 0 | | 0 | | 0 | |

## 59

### By Intestinal Discharges

**Malaria, relapses of 1939 admissions, time of occurrence**

| Time interval | Benign tertian — Number | Percent | Malignant tertian — Number | Percent |
|---|---|---|---|---|
| Less than 1 month | 2 | 1.10 | 1 | 3.03 |
| 1 month | 2 | 1.16 | 1 | 3.03 |
| 2 months | 1 | 1.10 | 1 | 3.03 |
| 3 months | 1 | | | |
| 4 months | 1 | 1.10 | 1 | 3.03 |
| 5 months | 1 | 1.16 | 1 | 3.03 |
| 6 months | 0 | | | |
| 7 months | 0 | | | |
| 8 months | 0 | | | |
| 9 months | 0 | | | |
| 10 months | 0 | | | |
| 11 months | 0 | | | |
| 12 months | 0 | | | |

### DENGUE

There were 129 new admissions for dengue in 1939, making the admission rate 66.2 per 100,000 as compared with 44.5 per 100,000 in 1938 and 92, the median for the preceding 9 years. Dengue was responsible for 972 sick days, or a daily average of 1.8 per 100,000 on the sick list, as compared with 1.9, the median noneffective ratio for the preceding year.

Of the 129 new admissions, 39 occurred among personnel serving in Guam; 34 in the Philippines, and 1 in China. Of the 56 cases reported by forces afloat, 42 cases were charged to ships of the Asiatic Fleet; 6 cases were station ship at Guam (U. S. S. Gold Star); 3 cases to U. S. S. Langley and 1 case each to the U. S. S. McCall, U. S. S. Cincinnati, and U. S. S. Cimarron.

### TYPHUS FEVER

In 1939 there were 12 new admissions for typhus fever, making the rate 6.0 per 100,000. The median rate for the preceding 9 years is 2.08.

The total number of sick days was 448, or an average of 0.9 per 100,000 constantly on the sick list. The median noneffective ratio for the preceding 9 years is 0.26.

Of the 12 admissions for typhus fever, 5 were charged to ships of the Asiatic Fleet; 3 to forces in China; 3 to the Marine Barracks and Naval Hospital, Parris Island, S. C.; and 1 to the Naval Radio Station, Wailupe, Hawaii.

### TULAREMIA

There were 2 admissions for tularemia in 1939, no admissions in 1938, 1 in 1937, and 3 in 1936, the first year in which cases were reported in the Navy following the addition of the diagnostic title to the Navy Nomenclature.

One of the two patients admitted was discharged to duty after 19 days on the sick list and the other was charged with 32 sick days in 1939 and remained on the sick list at the end of the year.

61

By Intestinal Discharges

80   Communicable Diseases

## COMMUNICABLE DISEASES TRANSMISSIBLE BY INTESTINAL DISCHARGES

### Diseases of Class IX, admissions and sick days, 1939

| Disease | New admissions | Admission rate per 100,000 | Sick days per case |
|---|---|---|---|
| Dysentery, bacillary .............. | 19 | 13 | 17.2 |
| Paratyphoid fever "A" ............ | 5 | 3 | 42.2 |
| Paratyphoid fever "B" ............ | 3 | 2 | 38.0 |
| Typhoid fever .................... | 1 | 0.67 | 66.0 |
| Total for entire class ........... | 28 | 19 | 28.7 |

## TYPHOID AND PARATYPHOID FEVER

There was 1 admission for typhoid fever and 8 admissions for paratyphoid fever. The combined rate for original admissions was 6.02 per 100,000, as compared with 12 the median rate for the preceding 9 years. Cases of typhoid and paratyphoid fever occurred during the year, as follows:

### TYPHOID FEVER, 1939

| Race | Place of original admission | Date of admission | Probable place of infection | Severity of case | Date of complete or of parthenogenetic | Disposition |
|---|---|---|---|---|---|---|
| Private | U. S. S., Texas | Mar. 1, 1939 | Lancaster, Pa., Virginia, P. R. | Severe | Not reported | Charges in convalescent |

### PARATYPHOID FEVER -- "A", 1939

| | | | | | | |
|---|---|---|---|---|---|---|
| Private | U. S. S., Cuba | Feb. 6, 1939 | Unknown | Mild | Course of at each station where case was conducted in 1937 | Duty, February 27, 1939 |
| Lieutenant | Dunnekena's Mess, 2 cl. | Feb. 22, 1939 | Unknown | Mild | Course of at 5 of 11 patient care station conducted in 1937 | Duty, April 27, 1939 |
| Seaman, 2 cl. | U. S. S., Cuba | May 11, 1939 | Pensacola, Fla. | Moderately severe | 1937 | Duty, May 7, 1939 |
| Private | Aviation Cadet, USNA | May 17, 1939 | Cuangbun, China | Typhoid severe | 1937 parthenogenesis completed in 1937 | Duty, January 7, 1939 |

### PARATYPHOID FEVER -- "B", 1939

| | | | | | | |
|---|---|---|---|---|---|---|
| Apprentice seaman | Naval Training Station, May 25, 1939 | Cuangbun, Fla. Christian reservoir | Moderately severe | 1937 completed in 1939 and 1939 | Duty, August 24, 1939 |
| Apprentice seaman | Naval Training Station, Dec. 1, 1939 | Pensacola reservoir, Ohio Christian reservoir | Moderately severe | Convalescent parthenogenesis | Duty, December 1, 1939 |
| Private 1 cl. | Naval Air Station, Cuangbun, | Aug. 9, 1939 | Cuangbun, Ohio | Mild | Course of at each station where case was conducted in 1939 and 1939 | Duty, October 9, 1939 |

63

## Fungi And Animal Parasites

typhoid fever is endemic. A course of three inoculations of paratyphoid "A" vaccine is administered to those already protected with straight "B" typhoid vaccine.

Figures for 1,119,003 separate inoculations given between January 1, 1925 and December 31, 1939 are now available. There were 457,497 complete courses given, but numerous incomplete courses were given, probably in instances where recruits and others discharged for various reasons before typhoid prophylaxis was completed. There were 114 cases of typhoid fever during the 15-year period.

### Typhoid prophylaxis, entire Navy, 1925–1939

No deaths resulted from antityphoid inoculations during the year 1939. Deaths were reported in previous years as follows: 1918, two; 1923, one; and 1925, one.

### Diseases of Class IX, classified personnel, admissions by age group, 1939

## DISEASES CAUSED BY FUNGI AND CERTAIN ANIMAL PARASITES

This class includes infections and infestations by intestinal parasites as well as mycosis and animal parasites of the skin.

62

## Communicable Diseases

### Typhoid and paratyphoid fevers, admissions and deaths, 1900–1939

Inoculation of all persons in the Navy and Marine Corps under 46 years of age is required as soon as practicable after entry into the service and repeated 4 years later in the case of officers, and upon reenlistment or extension of enlistment in the case of enlisted men unless they have been immunized within the previous 4 years. A complete course completed the two courses required by regulations.

# 64

## Communicable Diseases

The relative standing of the diseases for which admissions or sick days were recorded is shown in the following table:

**Diseases of Class XXII, admissions and sick days, 1939**

| Disease | New admissions 1939 | Admission rate per 1,000 | Sick days | Sick days per case |
|---|---|---|---|---|
| Scabies ........................ | 672 | 4.49 | | 6.0 |
| Fungus infection, skin ........ | 635 | 4.24 | | 25.0 |
| Amebiasis ..................... | 84 | | | 10.2 |
| Dysentery, amebic ............. | 45 | | | 21.4 |
| Ascariasis .................... | 6 | | | 1.1 |
| Hookworm disease .............. | 4 | | | 9.0 |
| Trichuriasis ................... | 2 | | | 3.4 |
| Filariasis ... intestinal ...... | 1 | | | 6.0 |
| Oxyuriasis .................... | 1 | | | 7.0 |
| Dracontiasis .................. | 2 | | | 9.0 |
| Taeniasis ..................... | 2 | | | 10.0 |
| Abscess, liver ................ | | | | 33.0 |
| Pediculosis, pubic ............ | | 0.01 | | 3.0 |
| Pityriasis versicolor ......... | | 0.01 | | 24.0 |
| Trichinosis ................... | | | | |
| Tungiasis ..................... | | | | |
| Aspergillosis ................. | | | | |
| **Total for entire class** ... | 1,529 | | 1,306 | 10.8 |

**Diseases of Class XXII, classified personnel, admissions by age group, 1939**

| Age group | Citizens, Navy and Marine | | | Enlisted men, Navy | | | Enlisted men, Marine | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number in group | New adm. | Rate per 1,000 | Number in group | New adm. | Rate per 1,000 | Number in group | New adm. | Rate per 1,000 |
| 16–19 .............. | | | | 11,810 | 114 | 11.04 | | | 8.11 |
| 20–21 .............. | 2,000 | 0 | | 50,110 | 602 | 9.21 | 35 | | 22.64 |
| 22–23 .............. | 2,225 | 0 | | 22,100 | 281 | 9.01 | 39 | | 20.24 |
| 24–25 .............. | 2,358 | 0 | | 10,780 | 171 | 0.94 | 13 | | 10.79 |
| 26–27 .............. | 1,404 | 0 | | 11,875 | 71 | 5.24 | 5 | | 7.48 |
| 28–29 .............. | | 0 | | 833 | 55 | 5.55 | 3 | | 9.58 |
| 30–34 .............. | 440 | 0 | | | | | 1 | | 10.33 |
| 35–39 .............. | | | | | | | 0 | | |
| 40–44 .............. | | | | | | | 0 | | |
| 45–49 .............. | | | | | | | 0 | | |
| 50–54 .............. | | | | | | | 0 | | |
| 55–59 .............. | | | | | | | 0 | | |
| 60–64 .............. | | | | | | | 0 | | |
| **All ages** ....... | 15,882 | 42 | 4.77 | 114,507 | 1,380 | 10.83 | 15,981 | 311 | 18.41 |

# 65

## Fungi And Animal Parasites

### FUNGUS INFECTION, SKIN

There were 635 new admissions recorded for this diagnosis, making the admission rate 4.24 per 1,000 as compared with 4.5 in 1938 and 4.3 in 1937, the rates recorded in trichophytosis in addition, there were 10 admissions recorded as having existed prior to entering the service, 59 readmissions, and 44 cases remaining from the previous year.

There were 16,798 sick days for 1939, or a noneffective ratio of 30.8 per 100,000.

Fungus infection, skin, includes admissions for trichophytosis and epidermophytosis.

The following parts of the body were affected in 411 of the admissions during the year:

```
Feet ...........................  237
Hands ..........................   42
Feet and hands .................   41
Multiple .......................   37
Toes ...........................   25
Face ...........................   17
Inguinal .......................   12
```

The remaining 224 admissions for this disease were scattered over the rest of the body, no one part of the body being affected in more than 6 instances.

### SCABIES

There were 672 new admissions reported for this disease in 1939, making the admission rate 4.49 per 1,000 as compared with 4.90 per 1,000 in 1938 and 4.03 in 1937. In addition to the 672 new admissions, there were 27 readmissions, 13 admissions in which the disease existed prior to enlistment, and 5 cases remaining from the previous year.

There were 4,729 sick days charged to scabies, or a noneffective ratio of 8.7 per 100,000.

### AMEBIC DYSENTERY

In 1939 there were 84 new admissions for amebic dysentery, with a rate of 56.1 per 100,000 as compared with 41.7 per 100,000 in 1938 and 55, the median rate for the preceding 9 years. The total number of sick days was 2,661, or an average of 3.8 per 100,000 constantly on the sick list. The median noneffective ratio for the preceding 9 years is 4.9.

Of the 84 new admissions for amebic dysentery, 28 were reported from the Philippines; 8 from Guam; 3 from the expeditionary forces in China, 6 from shore stations in the United States; and 40 from forces afloat. Seventy-five percent of the cases reported by forces afloat, were on board ships of the Asiatic Fleet, the greatest number on any one ship being 5.

### HOOKWORM DISEASE

There were 45 new admissions for this disease making the rate 30.1 per 100,000 as compared with 27, the median rate for the pre-

## 66 Communicable Diseases

ceding 9 years.

In addition to the 45 original admissions, there were 758 admissions in which the disease existed prior to enlistment, making the rate for all cases admitted 522.69 per 100,000. Two cases were readmitted on the sick list from the previous year and 2 cases were readmitted to the sick list during the year.

## 67 Venereal, Incidence

### VENEREAL DISEASES

Venereal diseases occupied second place among all causes of morbidity and contributed the second largest number of sick days of any group. Since 1925 (except for the year 1936) these diseases as a group occupied second among all causes of diseases and injuries. These diseases were responsible for 21.03 percent of admissions for all causes and 13.02 percent of total sick days.

The venereal disease admission rate for 1939 was 85.87 per 1,000, 10.87 percent greater than that for 1938 and 4.09 percent less than the median rate for the 9-year period 1930-38. There were 1,957 new admissions for gonococcus infections, 8,569 for gonococcus infections (includes 1 admission for gonococcus abscess, perineural); 1,250 for syphilis; 66 for syphilis, sero-positive only; 315 for lympho-granuloma, venereum; 3 for verruca acuminata, venereal; and 2 for balanopasthitis, venereal, or a total of 12,847 cases admitted during the year.

Since 1925, infections acquired prior to enlistment have not been included in the admission rate. In 1939 there was 1 case of chancroidal infection, 46 cases of gonococcus infection, 17 cases of syphilis, and 16 cases of syphilis, sero-positive only, reported as existing prior to enlistment. These figures together would increase the total venereal rate by 0.89 per 1,000.

There were 156,506 sick days reported for these diseases. The noneffective ratio, or the daily average number of persons on the sick list, was 2.87 per 1,000. This is 13.34 percent less than the median rate for the preceding 9 years (4.18).

### Venereal disease incidence, 1900-1939

| Year | Average strength | Total venereal admissions | Admissions per 1,000 | Non-effective ratio per 1,000 |
|---|---|---|---|---|

## Communicable Diseases

The following table shows the noneffective ratios per 100,000 caused by chancroidal infections, gonococcus infections, syphilis, sero-positive only, in 1939, in comparison with 1938 and the median for the preceding 9 years.

Venereal diseases, noneffective ratios per 100,000 total personnel

| Disease | 1939 | 1938 | Percent increase or decrease as compared with— | |
|---|---|---|---|---|
| | | | 1938 | Median 1930-38 |
| Chancroidal Infections | 28.92 | 25.12 | +7.17 | -20.68 |
| Gonococcus Infections | 193.68 | 174.54 | +10.97 | -23.91 |
| Syphilis | 52.70 | 73.00 | -27.81 | -58.07 |
| Syphilis, sero-positive only | 1.77 | * | * | * |

* No rate available for comparison.

---

### CHANCROIDAL INFECTIONS

Of the 2,221 new cases of chancroidal infections reported during the year, 1,957 were original admissions, 263 were admitted as contributory disabilities, and 1 was reported as existing prior to enlistment. In addition, 29 persons remained on the sick list from 1938, and 108 were readmitted during the year. These figures do not include cases first recorded as chancroidal infections and later found to be syphilis unless there was a chancroid.

The admission rate per 1,000, based on 1,957 original admissions, was 13.08, which is 34.59 percent greater than the rate for 1938, and 6.69 percent greater than the median rate for the preceding 9 years. Of the 1,957 original admissions for chancroidal infections, 73.48 percent were for record only with no sick days, 2.40 percent had 3 sick days or less, and 24.12 percent had more than 3 sick days.

There were 14,703 sick days recorded for chancroidal infections resulting in 6.3 sick days per admission.

Complications.—283 chancroidal lymphadenitis; 1 burn, chemical, penis; and 7 poisonings, therapeutic, acute, sulfanilamide.

### GONOCOCCUS INFECTIONS

Of the 9,649 new cases of gonococcus infections reported during the year, 8,569 were original admissions, 1,034 were admitted as contributory disabilities, and 4 were reported as existing prior to enlistment. In addition, 249 persons remained on the sick list from 1938 and 1,366 cases were readmitted during the year.

The admission rate per 1,000, based on 8,569 original admissions, was 57.27. This is 9.16 percent greater than the rate for 1938, and 2.21 percent greater than the median rate for the preceding 9 years. Of the 8,569 original admissions, 66.27 percent were for record only with no sick days, 3.49 percent had 3 or less sick days, and 30.24 had more than 3 sick days. There were 105,692 sick days recorded, giving 9.5 sick days per case.

Complications.—Complications of gonococcus infection, urethra were: 3, balanoposthitis; 4, incontinence, urine; 5, paraphimosis; 1, phimosis; 4, stricture, urethra; 1, gonococcus infection, conjunctiva; 89, gonococcus infection, joint; 16, gonococcus infection, lymph node; 1, gonococcus infection, bladder; 1, gonococcus infection, testicle; 1, gonococcus infection, tendon sheath; 1, gonococcus infection, epididymis; 132 gonococcus infection, prostate; 1, gonococcus abscess, Cowper's gland; 6, gonococcus infection, seminal vesicles; 20, gonococcus abscess, periurethral; 1, bubo, venereal, gonococci; 1, spur, bone, calcaneus; 105, poisoning, therapeutic, acute, sulfanilamide; 3, poisoning, therapeutic, acute, sulfapyridine; 1, poisoning, therapeutic, chronic, sulfanilamide.

One case of opacity, cornea, was reported as a complication of gonococcus infection, conjunctiva; 1 case of ankylosis, shoulder, as a complication of gonococcus infection, joint; 1 case of no disease (observation other than mental) and 2 cases of poisoning, therapeutic, acute, sulfanilamide, as complications of gonococcus infection, epididymis.

### SYPHILIS

Of the 1,947 new cases of syphilis reported during the year, 1,330



## Venereal, Incidence

### LYMPHOGRANULOMA, VENEREUM

There were 308 cases of lymphogranuloma, venereum, treated during the year 1939, 315 original admissions, 38 readmissions, and 17 cases remaining from the previous year. The annual rate per 1,000 for original admissions was 2.11, as compared with 1.87 for 1938. There were 6,046 sick days, or 16.4 sick days per case. No complications were reported for cases of this disease treated during the year.

### BALANOPOSTHITIS, VENEREAL

There were 5 cases of balanoposthitis, venereal treated during the year 1939, 2 original admissions and 3 admitted contributory disability. The rate for original admissions was 1.34 per 100,000. There were 90 sick days, or 18.0 sick days per case.

Admission ratio, syphilis to gonococcus infections, entire Navy, 1914-39

| Year | Syphilis to gono-coccus infections | Year | Syphilis to gono-coccus infections |
|---|---|---|---|
| 1914 | | 1927 | |
| 1915 | | 1928 | |
| 1916 | | 1929 | |
| 1917 | | 1930 | |
| 1918 | | 1931 | |
| 1919 | | 1932 | |
| 1920 | | 1933 | |
| 1921 | | 1934 | |
| 1922 | | 1935 | |
| 1923 | | 1936 | |
| 1924 | | 1937 | |
| 1925 | | 1938 | |
| 1926 | | 1939 | |

---

## Communicable Diseases

were original admissions and 17 were reported as existing prior to enlistment. In addition, 100 persons remained on the sick list from 1938 and 234 persons admitted during the year. Individuals who acquired syphilitic infection in previous years and who were under treatment ... admissions. Of the ... sick list are not included in the above figures. During the year 1939 there were 7,010 persons treated for syphilis with arsenical compounds, and 5,466 persons treated with heavy metal compounds.

The admission rate for original admissions was 12.00 per 1,000 ...

...

### SYPHILIS, SERO-POSITIVE ONLY

Of the 82 new cases of syphilis, sero-positive only, reported, during the year, 65 were original admissions, 10 were reported as existing prior to enlistment, and 7 were readmitted to the sick list. The admission rate for original admissions was 0.14 per 1,000.

Of the 66 original admissions, 63 percent were for record only with no sick days, 3 sick days or less, and 34.86 percent had more than 3 sick days. There were 986 sick days recorded for syphilis, sero-positive only, or 10.0 sick days per case.

...

### VERRUCA ACUMINATA, VENEREAL

There were 9 cases of verruca acuminata, venereal, treated during the year 1939, 8 original admissions and 1 admission contributory disability. The rate for original admissions was 5.35 per 100,000 as compared with 6.31 per 100,000, the rate for 1938. There were 205 sick days, or 22.8 sick days per case. No complications were reported for cases of this disease treated during the year.

73

Venereal, Incidence

Communicable Disease

Venereal disease, classified personnel, admissions by age group, 1939 and 1930–38

## Communicable Diseases

The following table shows the percentage increase or decrease in the admission rate for each of the diseases, by age group, among the enlisted men of the Navy and of the Marine Corps, as compared with the median rate for the preceding 9 years:

**Venereal diseases, enlisted personnel: Increase or decrease, by age group, 1939**

Percent increase (+) or decrease (−) in 1939 compared with the median rate, 1930–38

| Age group | Navy | | | | Marine Corps | | | |
|---|---|---|---|---|---|---|---|---|
| | Chancroidal ulcerations | Gonococcus infections | Syphilis | | Chancroidal ulcerations | Gonococcus infections | Syphilis | |
| 16 to 19 | | | | | | | | |
| 20 to 24 | | | | | | | | |
| 25 to 29 | | | | | | | | |
| 30 to 34 | | | | | | | | |
| 35 to 39 | | | | | | | | |
| 40 to 44 | | | | | | | | |
| 45 to 49 | | | | | | | | |
| 50 to 54 | | | | | | | | |
| 55 to 59 | | | | | | | | |
| 60 and over | | | | | | | | |
| All ages | | | | | | | | |

**Ratio of syphilis to gonococcus infections, enlisted personnel, by age group, 1939, and 1930–38**

| Age group | Navy | | Marine Corps | |
|---|---|---|---|---|
| | Syphilis to gonococcus infections 1939 | Syphilis to gonococcus infections 1930–38 | Syphilis to gonococcus infections 1939 | Syphilis to gonococcus infections 1930–38 |
| 16 to 19 | | | | |
| 20 to 24 | | | | |
| 25 to 29 | | | | |
| 30 to 34 | | | | |
| 35 to 39 | | | | |
| 40 to 44 | | | | |
| 45 to 49 | | | | |
| 50 to 54 | | | | |
| 55 to 59 | | | | |
| 60 and over | | | | |
| All ages | | | | |

## Venereal, Incidence

# COMMENTS OF MEDICAL OFFICERS TAKEN FROM ANNUAL SANITARY REPORTS

## ASIATIC FLEET

Fleet Medical Officer, Asiatic Fleet.—A review of the venereal disease statistics of the Asiatic Station for the past five years reveals the following admission rates per thousand: 1935, 100.36; 1936, 221.60; 1937, 2...86; 1088, 248.84; 1939, 350.26. The rate per 1,000 in 1939 represents a slight increase over 1938 and includes 1.16 admissions for gonorrhea, 1.066 chancroidal infections, 401 syphilis, and 155 lymphogranuloma venereum.

The statistics for the Navy over a 5-year period indicates that the higher admission rate is due to the absence of concealment following cancellation of punitive measures. Even with the increase in the number of admissions the sick days resulting therefrom have been reduced due to early and adequate therapeutic measures. Therefore, it does not seem advisable to change the existing regulations.

With 3,401 admissions for all other diseases, including injuries and poisonings, it is clearly evident that about 50 percent of our damage is due to diseases that are preventable. These diseases are being persistently and continually attacked while seeking solutions for this very serious problem. Nevertheless, a glance at the above rate is sufficient to bring home the truth that all our efforts have ended in unsatisfactory results, and that we have not yet reached an adequate solution for this problem.

Segregation, medical inspection of individuals, and sick with an infectious disease and isolation of healthy-appearing carriers, is the method of control in many infectious disease. This method can be enforced in civilian communities, when cholera or poliomyelitis is prevalent, but this procedure has proved unsuccessful and not favored in the control of venereal diseases because public opinion and concepts of our field of public health have not advanced to that stage. If we cannot control the source of the infection ashore there remains only the methods designed to reduce the number of diseases and to reduce the number of infections after exposure has occurred.

1. **Method of reducing the number of exposures.**
   (a) Education in matters of sexual hygiene.
   (b) Repression of commercialized prostitution.
   (c) Reduction of alcoholic consumption.
   (d) Isolation of infectious cases.
   (e) Provision of recreational facilities and social life.

2. **Method of reducing the number of infections:**
   (A) DIRECT:
   (a) Mechanical preventatives made of rubber.
   (b) Use of soap and water immediately after exposure.
   (c) Chemical prophylaxis immediately after use of soap and water.
   (B) INDIRECT:
   (a) Well directed concentrated action by Commanding Officers, Division Officers, and Medical Officers to impress the personnel with the grave dangers associated with exposure without immediate and proper prophylaxis.

77

Venereal, Control

## UNITED STATES FLEET

Fleet Medical Officer, United States Fleet.—At the beginning of the calendar year 1939 the annual rate for the entire Fleet was 11 per 1,000. This rate was considered satisfactory when the rate of the Fleet operated in approximately the same, varying only a few points from month to month. An increase was noted following the cruise to the Caribbean as a result of visits made to highly infectious tropical countries. In spite of the fact that the rate for the first quarter of 1939 (63.4 per 1,000), the rate for the Fleet as a whole was 85.5 and it remained in the lower sixties for the remainder of the year.

The venereal situation has been frequently brought to the attention of the Fleet medical officers through Fleet Medical News Letters.

Recent reports show that the rate in the Atlantic Squadron and Scouting Force is still quite high when compared with those of the Battle Force and the Base Force. No doubt the highly infectious nature of the ports visited by the two Forces is responsible for the discrepancy. That vigilance of the medical officers and the provision of the measures adopted to control of this menace on board their ships is constantly shown by the fact that decided improvement in the incidence of the venereal diseases has been seen in the past 4 years. There is still room for improvement, however, and the Fleet Medical Officer is alive and alert at all conferences and in the Fleet Medical News Letters, stressing the necessity of carrying on the campaign against this menace by educational as well as prophylactic means. It is well known that every case of venereal disease traced to either delayed or improper application of prophylactic measures. Medical officers are constantly urged to instruct and educate their crews in the necessity for prompt and proper application of these measures.

With the increase in the number of ships recently commissioned and the increase in personnel, it is imperative that strict supervision be maintained.

At the last conference of medical officers the question of reporting contacts of probable infection to the local or state health authorities was discussed. The Fleet Medical Officer made inquiry on this subject from the Chief Health Officer at Los Angeles and was informed that such reports would be welcomed. This matter will probably be put in effect soon. The medical profession in civilian communities is taking a keen interest in the control of venereal disease by obtaining free laboratory service where cause, by rendering free laboratory service whenever possible for diagnostic purposes, and by other means of arrive access. Their work will no doubt contribute a great step forward was taken in the enactment of a law requiring premarital physical examination before the State of California a great step forward was taken in the enactment of a law requiring premarital physical examination and laboratory tests for syphilis.

This law, which became effective on September 19, 1939, and unquestionably it will prove its worth in the improvement of public health.

Prophylactic stations are maintained on a 24-hour basis of service in the principal Fleet Bases at Long Beach, San Pedro, and San Diego, California. Temporary stations are recently established in the Pacific Electric Building, Los Angeles, California. Temporary stations are established at all liberty ports, domestic and foreign, the location and access

238084—41—6

---

76

Communicable Diseases

In the first category, repression of commercialized prostitution, reduction of alcoholic communities, and isolation of infectious cases are not within control of military organizations in civilian communities.

Local communities, state authorities, and the United States Public Health Service swing into action where an epidemic exists. The cases are reported, isolated, and treated in the most modern way. Every city and community, in establishing and maintaining adequate measures for preventing the spread of the diseases and facilities are being maintained in order that the public health facilities are being maintained in order that the public health may be better. Changing concepts of the field of public health may sometime in the near future make it possible to act on the control of venereal disease, poliomyelitis, and that we now act on when dealing with cholera. Success has been the reward for many other communicable diseases, and has resulted in the lowest this plan in the Scandinavian Countries and has resulted in the lowest venereal rate in the world.

Recent legislation in the United States, Venereal Disease Act of Congress, May, 1938, may be the beginning of a successful campaign. Legislation by several states, California, Illinois, Kentucky, and others require that individuals be free of syphilis before marriage. This law should be an incentive for those who now offer, and cause selves of the prophylactic measures which we now offer, and cause those seriously suspect that the effects that venereal diseases may have on their future.

On the Asiatic Station there is little control over the civilian sources of infection and disease. Even with well-directed concentrated and are advised to use every means possible to immediate and proper care of the seriousness of exposure with oriental centers of venereal use of prophylactic and venereal officers, the admission rate will continue high as long as we have contact with oriental centers of venereal disease.

U. S. S. Augusta.—An attempt to curb the incidence of venereal infection is always under consideration and methods are given to the medical and division officers, and the men are informed relative to the cause, symptoms, and after effects, and receive special instruction regarding methods of prevention. The prevention of venereal diseases and has is greatly interested in helping to stem the tide of this type of infection. Recently a newly arrived draft was addressed by the Division Officer tain, the Executive Officer, Medical Officer, and alcohol. The Medical relative to the subject of venereal disease and alcohol. The Medical forts to prevent a newly arrived draft of men from becoming infected, 9 of them appeared in the sick bay for prophylactic treatment and condoms are provided by the ship's welfare fund.



78   Communicable Diseases

cessibility of which are brought to the attention of all liberty parties.

## BATTLE FORCE

Force Medical Officer, Battle Force.—Among the measures now employed in several states to combat the venereal disease menace is the compulsory premarital physical examination. In 1939, California passed such a law which became effective September 19. The Navy can render valued assistance in this movement if the source of infection and name of contacts (when ascertained) are reported to the health authorities of communities in which the disease was acquired.

U.S.S. Lexington.—Health talks are given to men when they report aboard ship for duty, emphasizing the nature and effects of venereal diseases and their prevention. Division health talks are given twice weekly. In addition, prophylactic packages are supplied free of charge.

In spite of all prophylactic measures the venereal disease rate increased during the period from October 2 to November 13, 1939, while the ship was at the Puget Sound Navy Yard, Bremerton, Washington. Six new cases of syphilis and 18 new cases of gonorrhea were admitted. Of the 24 cases, 15 admitted no prophylaxis, 3 had used condoms (one admitting the condom broke), and 6 had used various preventive measures of their own invention. Not one of the 24 had taken the recommended chemical prophylaxis, supervised or otherwise. During the year venereal disease of any kind was developed among 273 men who reported exposure and took prophylaxis aboard ship.

In a previous visit of this ship to Bremerton a similar increase in venereal diseases was noted, 33 admissions occurring between September 5 and December 3, 1938.

Admission rates per 1,000, U. S. S. Lexington

| Year | Syphilis | Gonorrhea | Chancroid | Total |
|---|---|---|---|---|
| 1935 | 13.95 | 87.89 | 1.37 | 103.21 |
| 1936 | 9.46 | 62.41 | 1.38 | 73.26 |
| 1937 | 9.45 | 67.33 | 1.38 | 78.16 |
| 1938 | 7.59 | 73.01 | 6.21 | 86.80 |
| 1939 | 7.25 | 58.64 | 1.20 | 67.09 |

During the past year 97 new cases of gonorrhea, giving a rate of 58.64 per 1,000, were diagnosed and treated. This is a 20 percent decrease when compared with the rate for 1938, and the lowest admission rate recorded in the past 6 years. This decrease is surprising due to the fact that the ship was on the winter cruise from January 3 until May 12, with restricted liberty during this time. There were only 4 admissions during February, March, and May. There was a marked increase in the venereal rate in January, when Panama was visited; in April, when Norfolk, Va., was visited; and in June, when the ship was at anchor in Long Beach, Calif. The reaction of the venereal disease admission rate to this ship's movements is shown in the following

79

Venereal Incidence

| Ship's movements | Total admissions | Annual rate per 1,000 | Liberty ports |
|---|---|---|---|
| January 3, January 13-18, January 22-29 | 12 | 86 | San Pedro, Calif., Canal Zone, Guantanamo Bay, Cuba |
| February 4-13, February 27-28 | 2 | 12 | Gonaives, Haiti, Culebra, V. I. |
| March 1-2, March 4-8, March 12-31, | 4 | 22 | Culebra, V. I., Bridgetown, Barbados, Guantanamo Bay, Cuba |
| April 1-8, April 12-19, April 27-30 | 13 | 76 | Guantanamo Bay, Cuba, Norfolk, Va., Canal Zone |
| May 1-2, May 11-31 | 2 | 13 | Canal Zone, San Pedro-San Diego area |
| June | 16 | 130 | San Pedro-San Diego area |
| July 2-17, July 18-21 | 13 | 102 | San Francisco, Calif., San Pedro-San Diego area |
| August | 5 | 40 | San Pedro-San Diego area |
| September | 13 | 117 | San Pedro-San Diego area |
| October 5-31 | 14 | 119 | Puget Sound Navy Yard, Bremerton, Washington |
| November 1-13, November 17-30 | 14 | 131 | Puget Sound Navy Yard, Bremerton, Washington, San Pedro-San Diego area |
| December | 6 | 74 | San Pedro-San Diego area |