UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCT
LIABILITY LITIGATION (NO. VI)                MDL Docket No. 875

This Document Relates to:

HELEN HUTCHISON, etc., et al.,
v.
A.W. CHESTERTON COMPANY, et al.

Northern District of California
Oakland Division
Docket No. C 07-02824 SBA
(CTO-281)

[PROPOSED]
ORDER DENYING MOTION TO REMAND TO STATE COURT

Before the Court is the motion of plaintiffs Helen Hutchison and Michelle Stuart to remand the case of *Helen Hutchison, etc., et al. v. A.W. Chesterton Company, et al.* (N.D. Cal. No. C 07-02824 SBA) to the Superior Court of the State of California for the County of Alameda. Defendant Phelps Dodge Industries, Inc. (PDI) opposes plaintiffs' motion.

Pursuant to 28 U.S.C. § 1442(a)(1), PDI timely removed this case to the United States District Court for the Northern District of California. *See* notice of removal, filed 05/31/2007. The Judicial Panel on Multidistrict Litigation issued a conditional transfer order (CTO-281), which became final, transferring this case and others to the United States District Court for the Eastern District of Pennsylvania as part of MDL-875.

1

2

Pursuant to 28 U.S.C. § 1407(c), transfer of the *Hutchison* case to this Court was effective upon the filing of a copy of CTO-281 in this Court on July 13, 2007.

Having considered the respective arguments and evidence presented by plaintiffs and by PDI, the Court finds that PDI properly removed this case to federal court pursuant to 28 U.S.C. § 1442(a)(1). The transferor district court, and now this Court, have jurisdiction under § 1442(a)(1). Plaintiffs' motion to remand to state court is DENIED.

IT IS SO ORDERED.

                                THE HONORABLE JAMES T. GILES
                                United States District Judge

Date:_____

Submitted by:

Robert D. Eassa
    robert.eassa.service@filicebrown.com
Paul R. Johnson
    paul.johnson.service@filicebrown.com
Filice Brown Eassa & McLeod LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendant
Phelps Dodge Industries, Inc.