UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI) | MDL Docket No. 875 |

This Document Relates to:

HELEN HUTCHISON, etc., et al.,
v.
A.W. CHESTERTON COMPANY, et al.

Northern District of California
Oakland Division
Docket No. C 07-02824 SBA
(CTO-281)

**NOTICE OF FILING
OPPOSITION TO MOTION TO REMAND TO STATE COURT;
PROOF OF SERVICE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on September 21-22, 2007, defendant Phelps Dodge Industries, Inc. (PDI) electronically filed (and thereby served on counsel registered for e-filing) its brief in opposition to plaintiffs' motion to remand to state court, together with the opposition declarations of Lawrence Stilwell Betts, William J. Daniels, Paul R. Johnson, and Ben J. Lehman. As not all counsel appearing in this action have registered as e-filers, paper copies of these materials are enclosed, excluding declaration exhibits. The e-filed materials are accessible with PACER at the electronic case filing (ECF) web site of the United States District Court for the Northern District of California: https://ecf.cand.uscourts.gov

PDI is forwarding paper copies of the following documents to the chambers of the Honorable James T. Giles, United States District Judge:

- Docket sheet of the United States District Court for the Northern District of California for *Helen Hutchison, etc., et al. v. A.W. Chesterton Company, et al.* (N.D. Cal. No. C 07-02824 SBA)

- PDI's Notice of Removal [excluding exhibit materials]

- Plaintiffs' Notice of Motion and Motion to Remand to California Superior Court

- Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Remand to California Superior Court

- Declaration of Yvonne Huggins-McLean in Support of Plaintiffs' Motion to Remand to California Superior Court [including Exhibits A & B]

- (Proposed) Order Granting Plaintiffs' Motion to Remand to California Superior Court

- Proof of Service [re Plaintiffs' Motion to Remand to California Superior Court]

- Supplemental Declaration of Yvonne Huggins-McLean in Support of Plaintiffs' Motion to Remand to California Superior Court [docket no. 14]

- Supplemental Declaration of Yvonne Huggins-McLean in Support of Plaintiffs' Motion to Remand to California Superior Court [docket no. 15]

- Proof of Service [re supplemental declaration]

- PDI's Statement of Opposition to Motion to Remand to State Court

- Plaintiffs' Re-Notice of Motion and Motion to Remand to California Superior Court [docket no. 25]

- Plaintiffs' Re-Notice of Motion and Motion to Remand to California Superior Court [docket no. 26]

- Plaintiffs' Re-Notice of Motion and Motion to Remand to California Superior Court [docket no. 27]

- PDI's Further Statement of Opposition to Motion to Remand to State Court

- Order issued by the Honorable Saundra Brown Armstrong, United States District Judge, re MDL Transfer Order

- PDI's Brief in Opposition to Motion to Remand to State Court

- Declaration of Lawrence Stilwell Betts in Opposition to Motion to Remand to State Court

- Betts Exhibits, Volumes 1 through 4
  [copies of cover pages attached]

- Declaration of William J. Daniels in Opposition to Motion to Remand to State Court

- Declaration of Paul R. Johnson in Opposition to Motion to Remand to State Court [including Exhibits A, B, C, & D]

- Declaration of Admiral Ben J. Lehman in Opposition to Motion to Remand to State Court

- Lehman Exhibits, Volumes 1 through 4
  [copies of cover pages attached]

- [Proposed] Order Denying Motion to Remand to State Court [copy enclosed for counsel]

- This notice and attached proof of service

DATED: September 27, 2007

/s/ Paul R. Johnson

Submitted by:

Robert D. Eassa
    robert.eassa.service@filicebrown.com
Paul R. Johnson
    paul.johnson.service@filicebrown.com
Filice Brown Eassa & McLeod LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendant
Phelps Dodge Industries, Inc.

Attachments:
Copies of cover pages of chambers copies
of
Betts Exhibits, Volumes 1 through 4
and
Lehman Exhibits, Volumes 1 through 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCT
LIABILITY LITIGATION (NO. VI)          MDL Docket No. 875

This Document Relates to:

HELEN HUTCHISON, etc., et al.,
v.
A.W. CHESTERTON COMPANY, et al.

Northern District of California
Oakland Division
Docket No. C 07-02824 SBA
(CTO-281)

**DECLARATION OF LAWRENCE STILWELL BETTS IN
OPPOSITION TO MOTION TO REMAND TO STATE COURT**

**EXHIBITS 1-8**

**(Betts Exhibits, Volume 1 of 4)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI) | MDL Docket No. 875 |

This Document Relates to:

HELEN HUTCHISON, etc., et al.,
v.
A.W. CHESTERTON COMPANY, et al.

Northern District of California
Oakland Division
Docket No. C 07-02824 SBA
(CTO-281)

**DECLARATION OF LAWRENCE STILWELL BETTS IN OPPOSITION TO MOTION TO REMAND TO STATE COURT**

**EXHIBITS 9-16**

**(Betts Exhibits, Volume 2 of 4)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCT
LIABILITY LITIGATION (NO. VI)      MDL Docket No. 875

This Document Relates to:

HELEN HUTCHISON, etc., et al.,
v.
A.W. CHESTERTON COMPANY, et al.

Northern District of California
Oakland Division
Docket No. C 07-02824 SBA
(CTO-281)

## DECLARATION OF LAWRENCE STILWELL BETTS IN OPPOSITION TO MOTION TO REMAND TO STATE COURT

### EXHIBITS 17-29

(Betts Exhibits, Volume 3 of 4)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCT
LIABILITY LITIGATION (NO. VI)          MDL Docket No. 875

This Document Relates to:

HELEN HUTCHISON, etc., et al.,
v.
A.W. CHESTERTON COMPANY, et al.

Northern District of California
Oakland Division
Docket No. C 07-02824 SBA
(CTO-281)

**DECLARATION OF LAWRENCE STILWELL BETTS IN
OPPOSITION TO MOTION TO REMAND TO STATE COURT**

**EXHIBITS 30-45**

**(Betts Exhibits, Volume 4 of 4)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCT
LIABILITY LITIGATION (NO. VI)              MDL Docket No. 875

This Document Relates to:

HELEN HUTCHISON, etc., et al.,
v.
A.W. CHESTERTON COMPANY, et al.

Northern District of California
Oakland Division
Docket No. C 07-02824 SBA
(CTO-281)

### DECLARATION OF ADMIRAL BEN J. LEHMAN IN OPPOSITION TO MOTION TO REMAND TO STATE COURT

**EXHIBITS 1-10**

**(Lehman Exhibits, Volume 1 of 4)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCT
LIABILITY LITIGATION (NO. VI)          MDL Docket No. 875

This Document Relates to:

HELEN HUTCHISON, etc., et al.,
v.
A.W. CHESTERTON COMPANY, et al.

Northern District of California
Oakland Division
Docket No. C 07-02824 SBA
(CTO-281)

**DECLARATION OF ADMIRAL BEN J. LEHMAN IN
OPPOSITION TO MOTION TO REMAND TO STATE COURT**

EXHIBITS 11-14

(Lehman Exhibits, Volume 2 of 4)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCT
LIABILITY LITIGATION (NO. VI)    MDL Docket No. 875

This Document Relates to:

HELEN HUTCHISON, etc., et al.,
v.
A.W. CHESTERTON COMPANY, et al.

Northern District of California
Oakland Division
Docket No. C 07-02824 SBA
(CTO-281)

**DECLARATION OF ADMIRAL BEN J. LEHMAN IN
OPPOSITION TO MOTION TO REMAND TO STATE COURT**

**EXHIBITS 15-30**

**(Lehman Exhibits, Volume 3 of 4)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCT
LIABILITY LITIGATION (NO. VI)               MDL Docket No. 875

This Document Relates to:

HELEN HUTCHISON, etc., et al.,
v.
A.W. CHESTERTON COMPANY, et al.

Northern District of California
Oakland Division
Docket No. C 07-02824 SBA
(CTO-281)

## DECLARATION OF ADMIRAL BEN J. LEHMAN IN OPPOSITION TO MOTION TO REMAND TO STATE COURT

**Copies of Exhibits 22-30 (Lehman Exhibits, Volume 4 of 4)**
lower resolution, but with sequential (e-filed pdf) page numbers,
cited in opposition brief at footnote 11 [corrected to read as follows]:

[11] Without limitation, as reflected in exemplar contract documents attached to Adm. Lehman's declaration as Exhibits 22-30, such officers included—with reference to the sequential (e-filed pdf) pages in each exhibit—*F. E. Baldwin* (Ex. 27 at 1; Ex. 28 at 1 [Contracting Officer], *Marshall J. Beverly* (Ex. 24 at 20; Ex. 25 at 23-24, 44, 46; Ex. 26 at 21 [for Paymaster General of the Navy]), *H. L. Brinser* (Ex. 24 at 21; Ex. 25 at 36, 42-43, 49-50; Ex. 26 at 25-26 [R.Adm., Office of Inspector of Naval Material]),
*F. C. Burgess* (Ex. 30 at 14 [Contracting Officer]), *W. J. Carter* (Ex. 25 at 21 [Acting Chief, Bureau of Supplies and Accounts]]), *M. W. Clark* (Ex. 23 at 12 [Purchasing Officer]), *W. P. Curtiss, Jr.* (Ex. 26 at 28 [for Bureau of Ships]), *M. W. Harris* (Ex. 29 at 1, 5̶ 4; Ex. 30 at 2 [Contracting Officer]), *C. G. Jaquette* (Ex. 25 at 31, 35, 38; Ex. 26 at 24 [Purchasing Officer]), *J. A. Kunkel* (Ex. 24 at 20; Ex 25 at 44, 46; Ex. 26 at 21 [War Production Board signing officer]), *R. P. Page III* (Ex. 25 at 26-27 [Purchasing Officer]), *H. P. Salembier* (Ex. 26 at 28 [for Inspector of Naval Material]), *E. M. Sauerwein* (Ex. 24 at 2̶2̶ 23; Ex. 25 at 52 [Purchasing Officer]), *F. Saphir* (Ex. 25 at 26 [for Inspector of Naval Material]), *Gerard C. Smith* (Ex. 25 at 21 [Purchasing Officer]) *R. C. Winter* (Ex. 24 at 22 [Purchasing Officer]), and *T. B. Woods* (Ex. 24 at 2̶2̶ 23 [for Inspector of Naval Material]), *W. B. Young* (Ex. 25 at 21, 23 [Paymaster General of the Navy]).

# PROOF OF SERVICE
*Helen Hutchinson, etc., et al. v. A.W. Chesterton Company, et al.*
United States District Court, Northern District of California, No. C 07-02824 SBA

I, Rosemary Pereda, declare that:

I am a citizen of the United States, over 18 years of age, and not a party to the within action. My business address is 1999 Harrison Street, 18th Floor, Oakland, CA 94612.

On September 27, 2007, I am serving the following documents:

- the within **NOTICE OF FILING OPPOSITION TO MOTION TO REMAND TO STATE COURT; PROOF OF SERVICE**
- **BRIEF IN OPPOSITION TO MOTION TO REMAND TO STATE COURT**
- **DECLARATION OF LAWRENCE STILWELL BETTS IN OPPOSITION TO MOTION TO REMAND TO STATE COURT** [excluding exhibits]
- **DECLARATION OF WILLIAM J. DANIELS IN OPPOSITION TO MOTION TO REMAND TO STATE COURT**
- **DECLARATION OF PAUL R. JOHNSON IN OPPOSITION TO MOTION TO REMAND TO STATE COURT** [excluding exhibits]
- **DECLARATION OF ADMIRAL BEN J. LEHMAN IN OPPOSITION TO MOTION TO REMAND TO STATE COURT** [excluding exhibits]
- **[PROPOSED] ORDER DENYING MOTION TO REMAND TO STATE COURT**

on all parties known to have appeared in this action, as addressed below, by causing true copies thereof to be distributed as follows:

PLEASE SEE ATTACHED SERVICE LIST
(with addresses re-formatted based on U.S. Postal Service guidelines)

by U.S. Mail, first-class postage prepaid:
    I am readily familiar with the firm's practice of processing correspondence for mailing. Under that practice, such correspondence is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed on September 27, 2007, at Oakland, California.

*Rosemary Pereda*
Rosemary Pereda

1

## Service List
*Helen Hutchinson, etc., et al. v. A.W. Chesterton Company, et al.*

| | |
|---|---|
| Cheryl L. White<br>Richard A. Brody<br>Audrey A. Smith<br>Yvonne Huggins-McLean<br>Brent Coon & Associates<br>44 Montgomery Street<br>Suite 800<br>San Francisco, CA 94104<br>Tel. (415) 489-7420<br>Fax (415) 489-7426<br>Email: cwhite@bcoonlaw.com | Attorneys for Plaintiffs<br>Helen Hutchison and Michelle Stuart |
| Alan J. Zapala<br>Herr & Zapala, llp<br>152 N. Third Street<br>Suite 500<br>San Jose, CA 95112<br>Tel. (408) 287-7788<br>Fax (408) 516-9540 | Attorneys for Defendant<br>Allied Packing & Supply, Inc. |
| Berry & Berry<br>P.O. Box 16070<br>Oakland, CA 94610 | |
| Kenneth J. McCarthy<br>Gregory D. Pike<br>Knox Ricksen LLP<br>1300 Clay Street<br>Suite 500<br>Oakland, CA 94612-1427<br>Tel. (510) 285-2500<br>Fax (510) 285-2505<br>Email: kjm@knoxricksen.com | Attorneys for Defendant<br>Allis-Chalmers Corporation Product<br>Liability Trust |
| John. R. Brydon<br>James C. Parker<br>Natalie Nuttall<br>Brydon Hugo & Parker<br>135 Main Street<br>20th Floor<br>San Francisco, CA 94105<br>Tel. (415) 808-0300<br>Fax (415) 808-0333 | Attorneys for Defendant<br>Amchem Products, Inc. |

SERVICE LIST                                                1

| | |
|---|---|
| Michael T. McCall<br>Walsworth, Franklin, Bevins & McCall, LLP<br>601 Montgomery Street<br>Ninth Floor<br>San Francisco, CA 94111-2612<br>Tel. (415) 781-7072<br>Fax (415) 391-6258 | Attorneys for Defendant<br>Ametek, Inc. |
| William M. Hake<br>Prindle, Decker & Amaro LLP<br>369 Pine Street<br>Suite 800<br>San Francisco, CA 94104<br>Tel. (415) 788-8354 | Attorneys for Defendant<br>A.W. Chesterton Company |
| Cooley Manion Jones LLP<br>21 Custom House Street<br>Boston, MA 02110-3536<br>Tel. (617) 737-3100 | |
| Frank D. Pond<br>Kevin D. Jamison<br>Pond North LLP<br>350 South Grand Avenue<br>Suite 2850<br>Los Angeles, CA 90071<br>Tel. (213) 617-6170<br>Fax (213) 623-3594<br>Email: fpond@pondnorth.com | Attorneys for Defendant<br>CBS Corporation |
| Raymond L. Gill<br>Patrice N. Harper<br>Kirkpatrick & Lockhart<br>    Preston Gates Ellis LLP<br>55 Second Street<br>Suite 1700<br>San Francisco, CA 94105-3493<br>Tel. (415) 882-8200<br>Fax (415) 882-8220 | Attorneys for Defendant<br>Crane Co. |

SERVICE LIST     2

| | |
|---|---|
| Shawn M. Ridley<br>Beth C. Hopwood<br>Howard Rome Martini & Ridley LLP<br>1775 Woodside Road<br>Suite 200<br>Redwood City, CA 94061-3436<br>Tel. (650) 365-7715 | Attorneys for Defendants<br>Eaton Electrical, Inc., and<br>Eaton Corporation |
| David M. Glaspy<br>James O. Hartman·<br>Law Offices of Glaspy & Glaspy, Inc.<br>One Walnut Creek Center<br>100 Pringle Avenue<br>Suite 750<br>Walnut Creek, CA 94596<br>Tel. (925) 947-1300<br>Fax (925) 947-1594 | Attorneys for Defendant<br>Garlock Sealing Technologies, LLC |
| Charles Sheldon<br>Marc Brainich<br>Derek S. Johnson<br>Sedgwick, Detert, Moran & Arnold LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Tel. (415) 781-7900<br>Fax (415) 781-2635 | Attorneys for Defendant<br>General Electric Company |
| Eugene C. Blackard, Jr.<br>Archer Norris<br>2033 North Main Street<br>Suite 800<br>Walnut Creek, CA 94596-3728<br>Tel. (925) 930-6600<br>Fax (925) 930-6620 | Attorney for Defendant<br>Graybar Electrical Company, Inc. |
| Michael A. Vasquez<br>Kelli A. Herzog<br>Vasquez & Estrada<br>Courthouse Square<br>1000 Fourth Street<br>Suite 700<br>San Rafael, CA 94901<br>Tel. (415) 453-0555<br>Fax (415) 453-0549 | Attorneys for Defendant<br>Hill Brothers Chemical Company |

SERVICE LIST                3

| | |
|---|---|
| David T. Biderman<br>Brien F. McMahon<br>Perkins Coie LLP<br>Four Embarcadero Center<br>Suite 2400<br>San Francisco, CA 94111<br>Tel. (415) 344-7000<br>Fax (415) 344-7288<br>Email: dbiderman@perkinscoie.com | Attorneys for Defendant<br>Honeywell International Inc. |
| Henry D. Rome<br>Vanthara Meak<br>Howard Rome Martini & Ridley LLP<br>1775 Woodside Road<br>Suite 200<br>Redwood City, CA 94061-3436<br>Tel. (650) 365-7715 | Attorneys for Defendant<br>IMO Industries Inc. |
| Lisa L. Oberg<br>Camille K. Fong<br>McKenna Long & Aldridge LLP<br>101 California Street<br>41st Floor<br>San Francisco, CA 94111<br>Tel. (415) 267-4000<br>Fax (415) 267-4198<br>Email: loberg@mckennalong.com | Attorneys for Defendants<br>ITT Corporation (fka ITT Industries, Inc.)<br>and<br>Metalclad Insulation Corporation |
| Jeffrey J. Fadeff<br>Michele M. Betti<br>Bassi, Martini, Edlin & Blum LLP<br>351 California Street<br>Suite 200<br>San Francisco, CA 94104<br>Tel. (415) 397-9006<br>Fax (415) 397-1339 | Attorneys for Defendant<br>J.T. Thorpe & Son, Inc. |
| Mark S. Kannett<br>Constance R. Fraenkel<br>Becherer, Kannett & Schweitzer<br>2200 Powell Street<br>Suite 805<br>Emeryville, CA 94608<br>Tel. (510) 658-3600<br>Fax (510) 658-1151<br>Email: mkannett@bkscal.com | Attorneys for Defendant<br>M. Slayen & Associates, Inc. |

| | |
|---|---|
| Deleted: John E. Dittoe<br>Cheryl B. Kahn<br>Reed Smith LLP<br>P.O. Box 2084<br>Oakland, CA 94604-2084<br>Tel. (510) 763-2000<br>Fax (510) 273-8832<br>Email: jdittoe@reedsmith.com<br>Email: ckahn@reedsmith.com | Attorneys for Defendant<br>Motorola, Inc.<br><br>*Removed from service list per counsel's letter of 09/26/2007 that matter resolved as to Motorola, Inc.* |
| Stephen C. Lewis<br>Brett S. Henrikson<br>Barg, Coffin, Lewis & Trapp, LLP<br>One Market, Steuart Tower<br>Suite 2700<br>San Francisco, CA 94105-1475<br>Tel. (415) 228-5400 | Attorneys for Defendant<br>Occidental Petroleum Corporation |
| Eric R. Haas<br>Anthony M. Blalock<br>Burnham Brown, PLC<br>P.O. Box 119<br>Oakland, CA 94604<br>Tel. (510) 444- 6800<br>Fax (510) 835-6666 | Attorneys for Defendant<br>Plant Insulation Company |
| Stephen J. Foley<br>T. Eric Sun<br>Lori A. Cataldo<br>Foley & Mansfield PLLP<br>1111 Broadway, 10th Floor<br>Oakland, CA 94607<br>Tel. (510) 590-9500<br>Fax (510) 590-9595 | Attorneys for Defendant<br>Plastics Engineering Company |
| Michael T. McCall<br>Walsworth, Franklin, Bevins & McCall, LLP<br>601 Montgomery Street<br>Ninth Floor<br>San Francisco, CA 94111-2612<br>Tel. (415) 781-7072<br>Fax (415) 391-6258 | Attorneys for Defendant<br>Quintec Industries, Inc. |

| | |
|---|---|
| Eric R. Haas<br>Ulla M. Pajala<br>Burnham Brown, PLC<br>P.O. Box 119<br>Oakland, CA 94604<br>Tel. (510) 444- 6800<br>Fax (510) 835-6666 | Attorneys for Defendant<br>Raytheon Company |
| Michael L. Fox<br>Angela Florentino-Rios<br>Sedgwick, Detert, Morgan & Arnold LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Tel. (415) 781-7900<br>Fax (415) 781-2635 | Attorneys for Defendant<br>RCA Corporation |
| John. R. Brydon<br>James C. Parker<br>Natalie Nuttall<br>Brydon Hugo & Parker<br>135 Main Street<br>20th Floor<br>San Francisco, CA 94105<br>Tel. (415) 808-0300<br>Fax (415) 808-0333 | Attorneys for Defendant<br>Union Carbide Corporation |