NAVY DEPARTMENT
Bureau of Ships
(3-12-43)

All public vouchers for payment
under this contract should
include a reference to
NObs-883.

# CONTRACT NObs-883

## FOR

### INDUSTRIAL PLANT FACILITIES

#### BETWEEN

#### THE UNITED STATES OF AMERICA

#### AND

## PHELPS DODGE COPPER PRODUCTS CORPORATION

This negotiated contract made as of the 27th day of November, 1942, between the UNITED STATES OF AMERICA (hereinafter called the "Government"), represented by the Contracting Officer executing this contract, and PHELPS DODGE COPPER PRODUCTS CORPORATION (hereinafter called the "Contractor"), a corporation organized and existing under the laws of the State of Delaware, and having its principal place of business at 40 Wall Street, New York, New York,

WITNESSETH:

WHEREAS, the Secretary of the Navy (hereinafter called the "Secretary") has been authorized to provide, out of appropriations available to the Navy Department, the materials, supplies, equipment, land, buildings, facilities, utilities and appurtenances thereto which are necessary for the procurement, construction, repair or conversion of naval and other vessels or portions thereof to be used in connection with the national defense and the prosecution of the war; and

WHEREAS, the Secretary has determined that the national defense and successful prosecution of the war require that the items specified in Schedules 1 and 2 attached hereto (hereinafter called the "Facilities") be provided partly at the Contractor's plants at Nepperhan and Glenwood, Yonkers, New York, partly at the Contractor's plant in Bayway, Elizabeth, New Jersey, and partly at a plant at 48-70 McLean Avenue (except that portion of the premises known as 58-62 McLean Avenue) Yonkers, New York (hereinafter collectively called the "Plants") so as to enable the Contractor to perform contracts with the Government or others; and

WHEREAS, the necessary funds for the acquisition, construction, installation and completion of the Schedule 2 Facilities are available under the appropriation 17X0603, Increase and Replacement of Naval Vessels, Construction and Machinery; and

WHEREAS, a Letter of Intent dated November 27, 1942 has been addressed to the Contractor, by the terms of which the Contractor was authorized to institute the acquisition, construction and installation of items substantially as described in Schedule 2 attached hereto, and the execution of this contract was proposed, which Letter of Intent has been amended by letters dated December 9, 1942, and January 19, 1943; and

WHEREAS, the Contractor has accepted said Letter of Intent and amendments thereto and has commenced the acquisition, construction and installation of such items; and

WHEREAS, by agreement between the parties hereto certain changes have been made in the Facilities and the estimated cost thereof since the acceptance of said Letter of Intent and amendments:

Now, THEREFORE, in consideration of the premises and of the mutual covenants and agreements hereinafter contained, the parties hereto do mutually agree as follows:

ARTICLE 1. PRIMARY OBLIGATIONS

(a) The Contractor shall as soon as practicable:

(i) In addition to the plans, specifications, lists of machinery and equipment, and estimated costs already approved by the Department, obtain the approval of the Department of such additional detailed plans, specifications, lists of machinery and equipment, and estimated costs as the Department shall require for the Schedule 2 Facilities and the items specified in Schedule 3.

(ii) As the approvals required by subparagraph (i) of this paragraph are given, do or cause to be done, in accordance with the plans, specifications, lists of machinery and equipment, and estimated costs so approved, all things necessary to acquire, construct, install and complete the Schedule 2 Facilities and the items specified in Schedule 3 at the sites therefor specified in the Schedules hereto: Provided, however, That the Contractor shall be obligated to acquire, construct, install and complete the Schedule 2 Facilities only to the extent possible within the total estimated cost thereof stated in Article 6 hereof, as such sum may from time to time be revised under Article 4 hereof.

(b) As soon as any part of the Facilities is sufficiently completed to permit use, the Contractor shall diligently perform any and all work within the capability of the Contractor and the capacity of the Facilities and the items specified in Schedule 3 which shall from time to time be ordered by the Department, its prime contractors or subcontractors. The terms upon which such work, and all other Government work, shall be performed shall be fairly comparable to those obtainable for the performance of like work by other contractors in similar circumstances, and shall be agreed upon from time to time between the contracting parties: Provided, however, That the

Contractor's costs for any Government work shall not include reimbursement for any depreciation of the Facilities but may include proper portions of the sums paid by the Contractor for its use of the Facilities, and of the expenses of maintenance, insurance and repair of the Facilities which are to be borne by the Contractor without reimbursement under this contract.

(c) The Government shall as soon as practicable acquire the Schedule 1 Facilities, and furnish them to the Contractor for the purposes of this contract.

## ARTICLE 2.  SUBCONTRACTS AND ORDERS

Prior to the letting of each subcontract, the placing of each order for purchases, and the furnishing of each item to be supplied directly by the Contractor, the Contractor shall obtain from the Department its approval of such subcontract, order or item.  In addition to any other requirements imposed by the Department, every subcontract and order made by the Contractor in the performance hereof shall contain provisions which give effect to Articles 5, 9, 10 (b), 21, 24, 29, 30 and 33 hereof, insofar as said Articles are applicable.

## ARTICLE 3.  INSPECTION

All materials, supplies and equipment furnished and all work done in the performance of this contract shall be subject to such inspection and test both in process and upon completion, and at such places and at such times, as the Department may from time to time determine.  The Contractor shall at all times afford the Department proper facilities for such inspection.  The Department shall have the right to reject within a reasonable time, and to require correction or replacement of, such materials, supplies, equipment and work as it may determine to be defective.  The Contractor shall bear the cost, without reimbursement, of all such correction and replacement which the Department shall determine could have been avoided by reasonable diligence on the part of the Contractor or any subcontractor, and the Government shall reimburse the Contractor for the cost of all other such correction and replacement.

## ARTICLE 4.  CHANGES

The Department by order to the Contractor, or the Contractor with the prior approval of the Department, may at any time make changes or reductions in or additions to the Facilities and the estimated costs thereof, and the Contractor with the prior approval of the Department may at any time make changes in or additions to the items specified in Schedule 3 and the estimated costs thereof: *Provided, however*, That no such order by the Department shall reduce the estimated cost of any of the Schedule 2 Facilities below the cost or commitment theretofore incurred or made by the Contractor and approved by the Department with respect thereto; and that the total estimated cost of the Facilities as stated in Article 6 hereof shall not be increased without the prior approval of the Secretary or the Chief of the Bureau of Ships.

## ARTICLE 5.  TITLE TO FACILITIES

Title to each item of the Schedule 2 Facilities, whether or not completed or assembled, to all materials, supplies and equipment therefor, to all plans and specifications for the Facilities, the cost of which is to be paid by the Government under this contract, and to all replacements of the Facilities, shall vest in the Government (i) as payment is made therefor by the Government or by the Contractor, or upon delivery thereof to the Government or to the Contractor, whichever of said events shall first occur, or (ii) at such other time as the Department may determine.  Title to each item of the Schedule 1 Facilities and to the items specified in Schedule 3 shall remain in the Government and the Contractor, respectively.  Nothing contained in this Article shall relieve the Contractor of any of its duties or obligations under this contract or constitute any waiver of the Government's right to require fulfillment of all of the terms thereof.

## ARTICLE 6.  ESTIMATES

It is estimated that the total cost of acquiring, constructing, installing and completing the Schedule 2 Facilities (to be furnished by the Contractor, cost to be paid by the Government) will be approximately *Six Hundred Eighty-seven Thousand Dollars* ($687,000).  It is further estimated that the Facilities will be substantially completed within six (6) months from the date first above written.  The Contractor does not guarantee the correctness of these estimates.

## ARTICLE 7.  DETERMINATION OF COSTS

(a) The Bureau of Supplies and Accounts of the Navy Department shall determine (i) the allowable costs of the acquisition, construction, installation and completion of the Schedule 2 Facilities and of all other items for which the Contractor is to be reimbursed under this contract, and (ii) the costs to the Government of the Schedule 1 Facilities.  The decisions of said Bureau shall be binding on the parties hereto, subject to written appeal by the Contractor within thirty (30) days to the Secretary or his duly authorized representative whose decision shall be final and conclusive upon the parties hereto.  In determining such allowable costs said Bureau shall, subject to the provisions of this Article, employ so far as applicable the accounting methods for determining costs as set forth in Treasury Department Regulations T. D. 5000, and insofar as such Regulations are not applicable, shall comply with sound accounting practice.  Such allowable costs shall not include any profit to the Contractor, except that, for the purposes of this contract such allowable costs shall be deemed to include any fixed prices (adjusted pursuant to any escalator clauses applicable thereto) approved by the Department and the amount of any fees approved by the Department in cases where a cost-plus-a-fixed-fee basis is used, in connection with materials, supplies or equipment furnished by the Contractor hereunder or work done or services performed by the Contractor hereunder.

(b) The Contractor shall, to the extent of its ability, take all trade discounts, rebates, allowances, credits, salvage values and commissions available to the Contractor, and if unable to take advantage of any such benefits it shall promptly notify the Department of the reason therefor. In determining the allowable costs of articles and materials of every kind required for the purpose of this contract, there shall be deducted from the gross costs thereof all such benefits which shall have accrued to the Contractor or would have so accrued except for the fault or neglect of the Contractor. Such benefits lost through no fault or neglect on the part of the Contractor shall not be deducted from gross costs.

(c) When the allowable costs of the acquisition, construction, installation and completion of the Schedule 2 Facilities and the costs to the Government of the Schedule 1 Facilities shall have been determined by the Bureau of Supplies and Accounts, it shall certify such costs (hereinafter referred to as the "Acquisition Costs") to the Chief of the Bureau of Ships and the Contractor: *Provided, however*, That should said Bureau at any time revise such costs, the Acquisition Costs shall be as increased or decreased in accordance with any order received by the Contractor and the Chief of the Bureau of Ships from said Bureau.

## ARTICLE 8. PAYMENTS AND REIMBURSEMENTS

(a) The Government shall pay to the Contractor as hereinafter provided in this Article the allowable costs of the acquisition, construction, installation, and completion of the Schedule 2 Facilities, but not in excess of the total estimated cost thereof as stated in Article 6 hereof or as revised under Article 4 hereof.

(b) The Government shall make an advance payment to the Contractor in the amount of *Two Hundred Thousand Dollars* ($200,000). Such advance payment, and each payment made to the Contractor under paragraph (c) of this Article, shall be made by a check payable to the Contractor for deposit in the New York Trust Company, 100 Broadway, New York, New York, or in such other bank or trust company as the Department may determine (the bank or trust company in which such deposit shall be made being hereinafter called the "Bank"), in a special trust account for the purpose of this contract. Upon receipt of each such check, the Contractor shall forthwith cause the same to be deposited in the Bank, together with written instructions that the sum so deposited shall be held and disposed of as provided below, and shall cause the Bank to advise the Chief of the Bureau of Ships and the Inspector of Naval Material, New York, New York, in writing of the receipt of such deposit and instructions. The sums so deposited shall be credited to a special trust account which shall be designated upon the books of the Bank so as to indicate clearly that the credit balance at any time therein is subject in all respects to the provisions of this contract and to the rights of the Government in respect of such account. Such credit balance shall be applied only to or on account of payments necessary to be made by or to the Contractor in connection with the acquisition, construction, installation and completion of the Schedule 2 Facilities, and withdrawals from such account shall be made only by checks signed by the Contractor and counter-signed by said Inspector of Naval Material, or by such other person as said Inspector of Naval Material or the Chief of the Bureau of Ships shall designate, who, as a condition precedent to the giving of such countersignature, shall be furnished by the Contractor with such evidence as he shall request to show that the amount to be with-drawn is to be applied in accordance with the provisions of this contract. To secure the Government's interest in such account, the Government shall have a lien on the credit balance at any time therein, which lien shall be superior to any other lien or claim in respect thereof; and any assignment or pledge of any right of the Contractor in respect of such account shall be and shall be made subject to such lien of the Government. All rights of the Contractor in respect of such account shall terminate, and the credit balance in such account shall belong, and be paid by the Bank, to the Government, either upon receipt by the Bank of notice from the Department of its election to terminate all rights of the Contractor in respect of such account, or in the event that any trustee in bankruptcy, receiver, liquidator, assignee for the benefit of creditors, or other custodian for the property of the Contractor or the Bank, or any substantial portion thereof, is appointed, or any attachment, levy of execution, or other proceeding *in rem* is instituted in respect of such account. Any interest earned on credit balances in such account shall be credited thereto and immediately thereafter paid to the Government by the Bank. Any inclusion of or reference to any right of the Contractor in respect of such account, made in any financial statement or report of the Contractor, shall clearly indicate that such right is subject to the provisions of this contract and to the rights of the Government in respect of such account.

(c) Once each month the Contractor shall submit to the Bureau of Supplies and Accounts certified bills for all materials, supplies, or equipment furnished or work done hereunder in connection with the acquisition, construction, installation and completion of the Schedule 2 Facilities, or advance payments made with the prior approval of the Department by the Contractor to subcontractors or vendors for any of the foregoing, which bills shall have been paid from the account provided for in paragraph (b) of this Article and shall not have been previously submitted; and the Contractor may also submit such bills at such other times as the payments made from said account for such purposes for which bills have not previously been submitted shall exceed *Twenty-Five Thousand Dollars* ($25,000). Promptly after receipt of each such submission of bills, the Government shall, subject to the provisions of paragraph (f) of this Article, pay to the Contractor, for deposit in the account provided for in paragraph (b) of this Article, such amount as said Bureau shall have determined to be allowable costs reimbursable to the Contractor under this contract in respect to the acquisition, construction, installation and completion of the Schedule 2 Facilities, and not previously paid.

(d) Once each month the Contractor shall submit to the Bureau of Supplies and Accounts certified bills for all materials, supplies, or equipment furnished or work done hereunder in connection with the acquisition, construction, installation and completion of the Schedule 2 Facilities, or advance payments made with the prior approval of the Department by the Contractor to subcontractors or vendors for any of the foregoing, which bills shall have been paid by the Contractor from sources other than the account provided for in paragraph (b) of this Article and shall not have been previously submitted; and the Contractor may also submit such bills at such other

4

times as the expenditures of the Contractor for such purposes for which bills have not previously been submitted shall exceed *Twenty-Five Thousand Dollars* ($25,000). Promptly after receipt of each such submission of bills, the Government shall, subject to the provisions of paragraph (*f*) of this Article, pay to the Contractor such amount as said Bureau shall have determined to be allowable costs reimbursable to the Contractor under this contract in respect of the acquisition, construction, installation and completion of the Schedule 2 Facilities, and not previously paid.

(*e*) Before the final payment for the acquisition, construction, installation and completion of the Schedule 2 Facilities shall be made either by the Government to the Contractor or from the account provided for in paragraph (*b*) of this Article, the Contractor shall deliver to the Department a release in form and substance satisfactory to the Department.

(*f*) The total of the payments to be made by the Government to the Contractor pursuant to paragraphs (*b*), (*c*), and (*d*) of this Article shall not exceed the total estimated cost of the acquisition, construction, installation and completion of the Schedule 2 Facilities as stated in Article 6 hereof or as revised pursuant to Article 4 hereof. If the total of such payments shall exceed the allowable cost of the acquisition, construction, installation and completion of the Schedule 2 Facilities as determined by the Bureau of Supplies and Accounts, the Contractor shall, as soon as such allowable cost shall have been determined by said Bureau, pay to the Government the amount of the excess diminished by the amount of any credit balance then in the account provided for in paragraph (*b*) of this Article.

(*g*) Once in each month or at the end of each calendar quarter, the Contractor shall submit to the Bureau of Supplies and Accounts certified bills in respect of all other items for which the Contractor shall be entitled to reimbursement under this contract, and for which bills have not previously been submitted. Promptly after receipt of each such submission of bills the Government shall, within the limits of the appropriations available therefor, pay to the Contractor such amount as said Bureau shall have determined to be allowable costs reimbursable to the Contractor under this contract on account of such items and not previously paid.

(*h*) When any payment is to be made hereunder, the Bureau of Supplies and Accounts, as a condition precedent to approving such payment, may, in its discretion, require that affidavits satisfactory to it be furnished by the Contractor that no liens or rights *in rem* of any kind lie upon or have attached against the Facilities, or materials or equipment therefor, or any part thereof, either for or on account of any work done upon or about the Facilities or any materials or equipment furnished therefor or in connection therewith, or any other cause or thing, or any claims or demands of any kind, except the claims of the Department. The Contractor agrees, and this contract is upon the express condition, that no liens or rights *in rem* shall so lie or attach.

## ARTICLE 9.   SUSPENSION OR TERMINATION

(*a*) At any time or times prior to completion of the Facilities and of the items specified in Schedule 3, the Department may by notice to the Contractor suspend or terminate the right and obligation of the Contractor to proceed with the acquisition, construction, installation and completion of all or any part of the Schedule 2 Facilities and the obligation of the Contractor so to proceed with the items specified in Schedule 3.

(*b*) At any time during the period of six (6) months following the giving of any such notice of suspension, the Department may by notice to the Contractor reinstate or terminate the suspended right and obligations. Unless so reinstated or terminated, such suspended right and obligations shall terminate upon the expiration of such period.

(*c*) Upon the Contractor's receipt of any such notice of suspension and during the period of such suspension, and also upon its receipt of any such notice of termination, the Contractor shall promptly stop all acquisition and work in connection with the items designated in such notice, except as otherwise directed by the Department, and furnish to the Department such information with respect to all outstanding orders and subcontracts thereon and take such action with respect to such orders and subcontracts, and all parts of the Facilities, as may be directed by the Department. The Contractor shall be reimbursed by the Government for the costs incurred by the Contractor in the performance of its obligations under this paragraph, including costs necessarily incurred in the pending or terminating any approved subcontracts and purchase orders made hereunder.

(*d*) Upon the Contractor's receipt of any such notice of termination, or upon the expiration of a suspension period of six (6) consecutive months under paragraph (*b*) of this Article, Article 13 hereof shall become applicable to the items designated in the notice of termination or suspension, to the same extent as if such termination were the termination of a period of use.

(*e*) The Department may also, by notice to the Contractor, at any time or times suspend or terminate the Government's obligation hereunder to acquire and furnish any of the Schedule 1 Facilities.

## ARTICLE 10.   USE OF FACILITIES AND PAYMENT THEREFOR

(*a*) The Contractor shall have the right to use each part of the Facilities as soon as it becomes sufficiently completed to permit use, and may use any or all of the Facilities in the performance of work other than Government work: *Provided, however*, That the Contractor shall at all times give such priority to Government work as the Department shall from time to time require.

(*b*) If the Department shall at any time determine and notify the Contractor that the prosecution of the war effort requires the use of any of the Facilities otherwise than for the purposes of this contract: (i) such Facilities shall not thereafter be subject to the Contractor's option to purchase provided in Article 14 hereof; and (ii) the Contractor shall take such action as the Department may direct with respect to the assignment of any orders or subcontracts relating to the acquisition, construction, or installation of such Facilities, and with respect to

the removal and shipping of any such Facilities theretofore acquired, constructed or installed by the Contractor or furnished to the Contractor by the Government. When such an assignment or removal shall have been effected with respect to any items of the Facilities, such item shall cease to constitute a part of the Facilities, and the Acquisition Costs shall be revised to reflect the elimination of such item. The Contractor shall be reimbursed by the Government for the costs incurred by the Contractor in complying with any direction given by the Department under this paragraph.

(c) For the right to use the Schedule 2 Facilities the Contractor shall pay to the Government on or before the 15th day of January, April, July and October of each year (the first payment to be due on or before January 15, 1944, and to cover all periods of use up to and including December 31, 1943) an amount equal to two and three hundred seventy-five thousandths percent (2.375%) of the Acquisition Costs of such Facilities. The amounts so payable shall, prior to the certification of such Acquisition Costs, be computed on the basis of the total estimated cost of the Schedule 2 Facilities as set forth in Article 6 hereof, but after the certification of such Acquisition Costs such amounts shall be recomputed and the first payment to be made after such certification shall be increased or decreased, as the case may be, in such manner as to adjust previous payments to the basis of such Acquisition Costs. Not later than the first day of November of the year 1944 or of any subsequent year during which the Contractor shall have the right to use the Facilities, either party may request the other to negotiate for a new basis of payment for the right to use the Schedule 2 Facilities, to become effective as of the first day of January next succeeding. In such event the parties shall with all convenient speed proceed to negotiate for such new basis, and, if they shall not agree thereon, either party, by notice given not earlier than the first day of December and not later than the fifteenth day of December, may terminate the right of the Contractor to use the Facilities as of the end of the then current calendar year.

(d) For the right to use the Schedule 1 Facilities the Contractor shall pay to the Government or as directed by the Government on or before the 15th day of January, April, July and October of each year an additional amount equal to the amount which the Government shall be required to pay for the use and occupancy of such Schedule 1 Facilities for the quarter-annual period ending, in each case, on the last day of the immediately preceding calendar quarter: *Provided, however,* That the Contractor shall not be obligated to make any payments under this paragraph with respect to the period prior to October 1, 1943, or the Stand-by Period or Disposal Period provided in Article 13 hereof. On or before the last day of December, March, June and September of each year the Department shall give notice to the Contractor of the amount due under this paragraph for the current calendar quarter, but in the event that notice is not given for any quarter, the Contractor shall be obligated to pay the amount specified in the last such notice received. The amount which the Government shall be required to pay for the use and occupancy of such Schedule 1 Facilities shall be deemed for the purposes hereof to include all amounts, if any, which the Government shall be required to pay for the restoration or rehabilitation of the premises described in Schedule 3 amortized over a five-year period. Accordingly, the amounts payable as hereinabove in this paragraph provided shall include, in respect of each month during which the Contractor shall have had the right to use the Schedule 2 Facilities, one-sixtieth of the total amount of the cost of such restoration and rehabilitation. Such amounts shall be computed and paid as nearly currently as practicable, but nothing herein contained shall require the Contractor to make payments on account thereof before such amounts shall have been determined and notice thereof given to the Contractor.

(e) The Contractor shall accompany each payment so made with such information, records, and verifications as the Department may require in order to determine the correctness of each such payment.

## ARTICLE 11. MAINTENANCE, INSURANCE, AND RISKS OF LOSS AND LIABILITY

(a) From the date first above written and until the termination under Article 13 hereof of the Contractor's obligations under this paragraph (a), the Contractor shall, unless otherwise directed by the Department:

(i) Protect, preserve, maintain and repair all the Facilities and other Government-owned property at the sites of the Facilities, so as to insure their full availability and usefulness at all times, and also as may be directed by the Department. The Government shall reimburse the Contractor for the costs incurred in complying with this subparagraph for the period prior to the Contractor's use of any part of the Facilities; for each period beginning upon the expiration of any six (6) consecutive calendar months after the completion of the Facilities during which the Contractor shall have had the right to use the Facilities but shall have made no use thereof and ending when the Contractor shall have again made any use of the Facilities; and for each period after the Contractor's use of any part of the Facilities in which the Contractor shall have had the right to use none or only a part of the Facilities, except that as to each such last mentioned period the Contractor shall not be so reimbursed for any costs attributable to Facilities which the Contractor shall have then had the right to use. The Contractor is hereby expressly made responsible for any loss of or damage to the Facilities resulting from failure to comply with the provisions of this subparagraph to the extent that such loss or damage is found by the Department to constitute a risk not of the type customarily covered by insurance.

(ii) Comply with all directions received from the Department as to measures to be taken with respect to the Facilities for the purpose of protecting them from the risks of loss from fire and other hazards, and of minimizing the risk of injuries to third persons and damage to their property. The Government shall reimburse the Contractor for the costs incurred in complying with this subparagraph. The Contractor is hereby expressly made responsible for any loss of or damage to the Facilities resulting from failure to comply with the provisions of this subparagraph to the extent that such loss or damage is found by the Department to constitute a risk not of the type customarily covered by insurance.

6

(iii) Whenever any item of the Facilities or part thereof shall require rebuilding, replacement or repair the cost of which would be chargeable under generally accepted accounting practice to capital account, immediately so notify the Department and effect such rebuilding, replacement, repair or disposition of such item or part as may be authorized or directed by the Department. The Government shall reimburse the Contractor for the costs incurred in complying with this sub-paragraph in all cases in which the rebuilding, replacement or repair shall have been attributable to a risk assumed by the Government under this contract. If, after such notice, the Department shall not authorize or direct such rebuilding, replacement or repair, the Acquisition Costs shall be revised by the Bureau of Supplies and Accounts so as to reflect any resulting loss of use. The Contractor shall not be required to give such notice if the Contractor shall estimate the cost of such rebuilding, replacement or repair at *Two Hundred Fifty Dollars* ($250), or less, and shall elect to rebuild, replace or repair such item at its own expense.

(iv) Procure and maintain the insurance required by the subsequent provisions of this Article, and all other insurance which the Department may from time to time require. All insurance required under this Article or by the Department shall be in such form, in such amounts, for such periods of time, with such insurers and made payable in such manner as the Department may from time to time require, and the policies or certificates of insurance shall be deposited with the Office of Procurement and Material (Insurance Division) of the Navy Department, or as the Department may otherwise direct. The Government shall reimburse the Contractor for the costs incurred in complying with this subparagraph for the periods and to the extent specified in subparagraph (i) of this paragraph (a) with respect to those incurred thereunder.

(b) The Department has requested that, until the expiration of the period of six (6) months following the receipt by the Contractor of notice of the determination by the Department under paragraph (a) of Article 12 hereof that the Facilities are no longer required for the prosecution of the war or other public use, the Contractor not carry, or incur the expense of, any insurance against any form of loss of or damage to the Facilities. The Government therefore assumes the risk of loss of and damage to the Facilities occurring prior to the expiration of such six-months period, whether or not caused by the negligence of the Contractor, its agents, servants or employees, to the extent that such loss or damage is not compensated for by insurance or otherwise. Notwithstanding such assumption of risk, the Contractor shall be responsible for any loss or damage for which the Contractor is expressly made responsible under any other provision of this contract, or with respect to which the Contractor has failed to insure as required by this contract or by the Department. After the expiration of such six-months period the Contractor shall bear the risk of loss of and damage to such of the Facilities as the Contractor shall then have the right to use, except to the extent that the Department shall authorize or direct the assumption by the Government of such risk, and the Contractor shall procure and thereafter maintain insurance against loss of and damage to such Facilities.

(c) The Contractor shall procure and thereafter maintain with respect to the Facilities workmen's compensation, employers' liability and bodily injury liability insurance, and such other liability insurance with respect to the Facilities as the Department may from time to time require. The Government shall indemnify the Contractor against liabilities (including expenses incidental thereto) to third persons for death, bodily injury and loss of and damage to property, not compensated for by insurance or otherwise and arising out of the acquisition, construction or installation of the Facilities, the use of the Facilities in the performance of work to be paid for, directly or indirectly, by the Government or the maintenance of the Facilities when the Contractor is to be reimbursed under this contract for the costs of such maintenance, whether or not such liabilities are caused by the negligence of the Contractor, its agents, servants or employees, provided such liabilities are represented by final judgments or by settlements approved in writing by the Department. The Government shall not, however, indemnify the Contractor against any liabilities for which the Contractor is expressly made responsible under any other provision of this contract, or with respect to which the Contractor has failed to insure as required by the Department. The Contractor shall promptly notify the Department of each suit or action filed, and each claim made, against which the Contractor is indemnified by the Department under this paragraph. The Contractor shall furnish the Department with copies of all papers received with respect to each such suit, action or claim, and if requested by the Department, shall authorize representatives of the Government to settle, or direct or take charge of the defense of, such suit, action or claim. In the absence of such request, the Contractor shall diligently proceed with such defense. The Contractor shall bear the liabilities to third parties arising from the use of the Facilities by the Contractor in the performance of work other than work to be paid for, directly or indirectly, by the Government or the maintenance of the Facilities in connection with such use, except to the extent that the Department shall authorize or direct the assumption by the Government of such liabilities.

(d) The cost of any insurance with respect to the Facilities obtained by the Contractor but not required under this Article or by the Department shall not constitute an item of cost or be taken into account in determining the fixed price to be paid by the Government under any contract with the Government, and no reimbursement in respect thereof shall be made to the Contractor by the Government under this or any other contract. The Contractor promptly pay to the Government the amount of all unearned premiums on insurance policies obtained under this contract or the Letter of Intent and amendments thereto in respect thereof which shall have been canceled, but only to the extent that such unearned premiums shall be refunded to the Contractor and shall have been taken into account in determining the price stipulated in any fixed price contract between the Government and the Contractor or shall have been paid to the Contractor as an item of cost under any contract between the Contractor and the Government.

7

## ARTICLE 12. PERIOD OF USE

(a) The rights and obligations of the parties hereto under Article 10 hereof shall become effective at the time therein provided, and shall continue for six (6) months after the Contractor shall have received notice from the Department of its determination that the Facilities are no longer required either for the prosecution of the war or for other public use. Upon the expiration of said six-months period, said rights and obligations shall terminate unless the Department shall, not less than ninety (90) days prior to the expiration of said six-months period, receive notice from the Contractor of its election to extend such rights and obligations for a period of not less than one (1) year nor more than five (5) years from the date of the expiration of such six-months period, as the Contractor may specify in its said notice. In the event of such an extension, all such rights and obligations shall continue for the period so specified and shall terminate at the end of such period, subject to the right of the Contractor to extend such rights and obligations for further periods of not less than one (1) year nor more than five (5) years each, by giving notice to the Department at least ninety (90) days before the termination of each successive period and specifying the period for which it elects to extend the same.

(b) The rights and obligations of the parties hereto under Article 10 hereof, which may terminate as provided in paragraph (a) of this Article, may also be terminated either prior to or after any extension thereof under such paragraph (a):

    (i) As to all or any part of the Facilities, if the Secretary shall determine that it is in the public interest to terminate the same and shall notify the Contractor to that effect, or

    (ii) As to all but not part of the Facilities, if the Contractor shall give to the Secretary sixty (60) days' notice of the Contractor's election to terminate the same, which notice, however, may only be given after the end of the existing national emergency, or after the Government shall have failed for a period of ninety (90) days to make payment to the Contractor of any sum due to it hereunder from the Government and provided the Contractor shall not be in default in the performance of any of the agreements to be performed by it hereunder.

(c) Anything in this contract to the contrary notwithstanding, the termination under this Article of all or any of the rights and obligations of the parties hereto under Article 10 hereof shall not terminate the rights and obligations of the parties hereto under Article 10 (b) hereof, or the rights and obligations of the parties hereto under Article 10 (c) and 10 (d) hereof with respect to payments to be made by the Contractor for any use of the Facilities prior to such termination.

## ARTICLE 13. STAND-BY PERIOD

(a) Notwithstanding the termination under Article 10 or Article 12 hereof of the Contractor's right to use all or any part of the Facilities, the Contractor shall continue to comply with Article 11 (a) hereof until the expiration of five (5) years from the date upon which such termination of the right to use shall have become effective as to all of the Facilities, which period is hereinafter called the "Stand-by Period," and for a period of two (2) years thereafter, which period is hereinafter called the "Disposal Period": Provided, however, That at any time, upon giving thirty (30) days' notice to the Contractor, the Department may terminate either or both of said periods in respect of all or any part of the Facilities, and that upon the sale, removal or other disposition of the Facilities or any part thereof under Article 13 (d) or Article 14 hereof both of said periods shall terminate as to the Facilities or such part thereof, as the case may be. Upon the expiration or termination of both of said periods as to the Facilities or any part thereof, the obligation of the Contractor to comply with Article 11 (a) hereof as to the Facilities or such part thereof, as the case may be, shall terminate.

(b) Notwithstanding anything to the contrary herein stated, at any time prior to the end of the Stand-by Period, the Contractor may at its own expense remove from their operating positions and store in other parts of the Plants or, subject to the approval of the Department, at any other location, any of the Schedule 2 Facilities as to which the Contractor's right to use shall have been terminated: Provided, however, That if after such removal the Government, its prime contractors or subcontractors shall place additional supply orders with the Contractor which the Contractor cannot, in the opinion of the Department, handle expeditiously and efficiently without the use of the items so removed, then the Contractor shall, at its own expense and upon the direction of the Department, reinstall the Facilities theretofore removed by it.

(c) At any time and from time to time prior to the end of the Stand-by Period, the Government may use elsewhere than at the Plants, or rent to any third party or parties for use elsewhere than at the Plants, during any period or periods ending not later than the termination or expiration of the Stand-by Period, any of the Facilities as to which the Contractor's right to use shall have been terminated: Provided, however, That the Government shall not so rent any of the Facilities unless the Department shall have first notified the Contractor of the intention so to do and given the Contractor an opportunity for a period of not to exceed thirty (30) days after the date of such notice to submit to the Department an offer to rent such Facilities. The Contractor shall comply with all directions received from the Department with respect to the removal from the Plants and the shipping of any of the Facilities so to be used or rented and shall be reimbursed by the Government for the costs of such compliance. In the event of any such use or rental, the Contractor shall not, during the period extending from the time of the removal of such Facilities from the Plants to the time of any reinstallation thereof in the Plants, comply with the provisions of Article 11 (a) hereof as to such Facilities, and, during the period beginning when the Contractor shall have first received notice, actual or constructive and whether or not in writing, that any of the Facilities are to be so used, or rented to any third party or parties, and ending upon the termination of such use or rental, the Contractor's right under Article 14 (a) hereof to purchase the Facilities so used or rented shall be suspended. Upon the termination of any such use or rental of any of the Facilities, the Contractor shall comply with all directions received from the Department with respect to the reinstallation of such Facilities in the Plants, and shall be reimbursed by the Government for the cost of such compliance.

8

(d) If at any time prior to the end of the Stand-by Period the Department shall determine to sell or otherwise dispose of any part of the Facilities as to which the Contractor's right to use shall have been terminated under Article 12 hereof, the Department shall notify the Contractor of such determination. Within fifteen (15) days after the receipt of any such notice the Contractor may request that a determination as to the fair value of such part of the Facilities be made in the same manner as is specified in Article 14 (a) hereof with respect to the determination of the fair value of all the Facilities, and such determination shall be so made. The Contractor shall have the right to purchase such part of the Facilities at a price equal to the fair value so determined, within the same period, in the same manner and upon the same conditions as are specified in Article 14 (a) hereof with respect to the purchase of all the Facilities. If the Contractor shall not make a request for such determination within such fifteen-day period, or if after having made such a request the Contractor shall not so purchase such part of the Facilities, (i) the right of the Contractor to purchase such part under this contract shall be suspended, and (ii) at any time during the period of one hundred twenty (120) days beginning upon the expiration of said fifteen-day period, or upon the expiration of the period during which the Contractor was entitled to purchase such part, as the case may be, the Government may sell, or contract to sell, such part to any third party or parties, or make such other disposition with respect thereto as the Department may determine. If within such one-hundred-twenty-day period the Government shall so sell, contract to sell, or dispose of such part (i) the right of the Contractor to purchase such part under this contract shall terminate, and (ii) the Contractor shall comply with all directions received from the Department with respect to the removal and shipping of such part, and shall be reimbursed by the Government for the costs of such compliance. If the Government shall not within such one-hundred-twenty-day period so sell, contract to sell, or dispose of such part, or if the Department shall prior to the end of such period notify the Contractor that the Government will not then so sell, contract to sell, or otherwise dispose of such part, such part shall upon the expiration of such period or upon the receipt by the Contractor of such notice, as the case may be, again become subject to the option of the Contractor to purchase under Article 14 (a) hereof. Upon the sale or other disposition of any part of the Facilities under this paragraph (d), such part shall cease to constitute a part of the Facilities, and the Acquisition Costs shall be revised to reflect the elimination of such part.

ARTICLE 14.   OPTIONS AND REMOVAL

(a) Subject to the provisions of Articles 10 (b) and 13 hereof and of this paragraph, the Contractor may purchase all but not part of the Facilities, and for that purpose may from time to time request the Secretary to determine their then fair value. The Secretary, within ninety (90) days after the receipt of any such request, shall determine such fair value, and in making such determination shall give due regard to the original cost of the Facilities, the extent of their prior use, the amount of depreciation and obsolescence chargeable against the Facilities, the value of the Facilities to the Contractor, the replacement cost, and all other facts and circumstances which he may deem relevant. Upon the completion of any such determination, the Secretary shall notify the Contractor of the fair value so determined, and the Contractor for a period of thirty (30) days from the receipt of such notification shall have the right to purchase the Facilities for a sum equal to such fair value, by paying such sum to the Government or by giving notice to the Department of its election to purchase the same at such fair value and entering into a contract with the Government specifying the terms of such purchase: *Provided, however,* That prior to the expiration of the existing national emergency, the Contractor may exercise such right to purchase only if it shall satisfy the Department that it will insure, maintain and keep the Facilities available for national defense until the expiration of said national emergency. The right of the Contractor so to purchase the Facilities shall terminate either (i) upon the termination of any proceedings to purchase the Facilities under the provisions of this paragraph which shall be pending at the time of the termination or expiration of the Stand-by Period as to all of the Facilities, or (ii) upon the termination or expiration of the Stand-by Period as to all of the Facilities if no such proceedings shall then be pending. If the right of the Government to temporary use and occupancy of the realty referred to in Schedule 8 hereto shall terminate without being renewed before all the items of the Facilities located on such realty shall have been removed therefrom or if the Department shall so elect during the period of sixty (60) days immediately preceding the final termination of such right (i) all rights of the Contractor in respect of such items under this contract shall thereupon terminate unless, and except to the extent that, the Government shall at that time extend such rights and (ii) the Contractor shall comply with all directions received from the Department with respect to the removal and disposition to be made of such items and shall be reimbursed by the Government for the costs of such compliance.

(b) If the period specified in paragraph (a) of this Article for the exercise of the right of the Contractor to purchase shall terminate without said right having been exercised, (i) the Government may remove, but shall not be obligated to remove, the Facilities or any part thereof, and (ii) the Contractor may, and within forty-five (45) days after receipt of a notice from the Department to do so must, at its own expense remove all property owned by the Contractor from any realty or buildings included among the Facilities. If the Government shall not remove all the Facilities within one (1) year from the termination of the Contractor's right to purchase under paragraph (a) of this Article, the Contractor shall have the right at its own expense to remove any of the Facilities not so removed after giving the Department sixty (60) days' notice of its intention of so doing. The Contractor shall comply with all directions it may receive from the Department with respect to the removal and shipping of any Facilities to be removed by the Government under this paragraph, and with respect to the disposition to be made of any Facilities to be removed by the Contractor under this paragraph, and shall be reimbursed by the Government for the costs of such compliance. The proceeds received by the Contractor from every sale or other disposition of the Facilities or parts thereof shall be paid by the Contractor to the Government.

ARTICLE 15.   NONREHABILITATION

The Government shall not be under any duty or obligation to restore or rehabilitate, or to pay the costs of the restoration or rehabilitation of, any part of the realty described in Schedule 7 (hereinafter called the "Land")

or any other property of the Contractor affected by the removal of the Facilities or any part thereof under this contract or otherwise.

## ARTICLE 16. MARKING

Each item of the Facilities shall be marked by the Contractor to such extent, in such manner, and with such indicia of Government ownership as the Department shall require. Such marking shall be effected by the Contractor as promptly as possible after title to each item shall vest in the Government.

## ARTICLE 17. INVENTORY

The Contractor shall keep such running or other inventory of the Facilities as the Department may from time to time require.

## ARTICLE 18. PATENT INFRINGEMENT

(a) The Contractor shall hold and save the Government, its officers, agents, servants, and employees harmless from patent liability of every nature or kind, including costs and expenses, for or on account of all patented or unpatented inventions made or used in the performance of this contract, including the use or disposal thereof by or on behalf of the Government: *Provided, however,* That the foregoing shall not apply to inventions covered by applications for United States Letters Patent which, on the date of execution of this contract, are being maintained in secrecy under the provisions of the Acts approved October 6, 1917, and July 1, 1940, as amended (35 U. S. Code (1940 ed.) sec. 42); and *Provided further,* That this Article is not, and shall not be construed to be, applicable to any infringement of United States Letters Patent which results from the Contractor's compliance with specific written instructions furnished by the Government, or where infringement is occasioned by the use of an apparatus patent due to the fabrication, installation, or operation of apparatus in accordance with plans and specifications furnished to the Contractor by the Government.

(b) The Contractor shall promptly notify the Government of any and all claims of infringement relating to this contract that may be brought to the Contractor's attention; and in case of litigation on account thereof, the Contractor shall assist the Government at the latter's expense, save for services of the Contractor's employees, in furnishing such evidence as to the use of the patents and other matters of fact as may be required by the Government in such litigation.

## ARTICLE 19. RECORDATION AND FILING

The Contractor shall take all necessary steps, as may be required by the Department, to put on public record evidence of such interest in the realty and personally involved in this contract as the Government may have hereunder, and to give third parties notice of such interest. The Contractor shall for purposes of recordation and filing duly execute and acknowledge copies of this contract, or summaries thereof, in such form and manner as the Department may require, with the Schedules in the original form or in such summarized form and with such description of the property therein referred to as the Department may require. Recordation and filing will be effected by the Department or its authorized representative, the costs thereof to be paid by the Contractor and reimbursed to it by the Government. After the Contractor shall have purchased all the Facilities and paid the Government in full therefor, or after all the Facilities shall have been removed from the Land under Articles 10 (b), 13 (d) or 14 hereof, and provided there be no default in the performance of any of the Contractor's obligations under this contract, the Government will execute, acknowledge and deliver to the Contractor such releases or other instruments as may reasonably be required to clear the Contractor's record title to its property and to evidence the termination of whatever interest the Government may have had therein. From time to time, at the request of the Contractor and within the discretion of the Chief of the Bureau of Ships, the Government may execute, acknowledge and deliver such releases or other instruments with respect to any portion or portions of the Contractor's property.

## ARTICLE 20. FAILURE OF GOVERNMENT TO INSIST ON COMPLIANCE

The failure of the Government to insist, in any one or more instances, upon performance of any of the terms, covenants or conditions of this contract shall not be construed as a waiver or relinquishment of the Government's right to the future performance of any such term, covenant or condition, and the Contractor's obligation in respect of such future performance shall continue in full force and effect.

## ARTICLE 21. RECORDS

(a) The Contractor shall keep adequate records and books of account showing the actual cost of all items of labor, material, equipment, supplies, services and other expenditures of whatever nature in connection with performance of this contract. The method of accounting employed by the Contractor shall be subject to the approval of the Department, but no material change will be made therein if the same conforms to good accounting practice and is sufficient for the purposes of this contract.

(b) The Department shall at all times be afforded proper facilities for inspecting the records and books of account pertaining to this contract, and shall at all reasonable times have access thereto for such purposes. All information obtained from said records and books of account shall be treated as confidential.

(c) The Contractor shall preserve all records and books of account pertaining to this contract: *Provided, however,* That if the Contractor, at any time after six (6) years next following the date upon which the final payment to be made by the Government under this contract for the Schedule 2 Facilities becomes due, desires to

dispose of said records and books of account, it shall so notify the Department, which shall in writing either authorize their destruction or notify the Contractor to deliver them to the Government for such disposal as it may desire to make thereof. The Contractor shall promptly comply with such notice.

(d) Should the Contractor enter into any subcontract incidental to the performance of this contract, and such subcontract is on any basis other than a fixed price basis, or involves a fixed price basis that may be adjusted by an escalator clause contained therein, or is on a fixed price basis and is for an amount in excess of $100,000, the foregoing provisions of this Article shall be applicable to, and included in, such subcontract.

## ARTICLE 22. TRANSFER OF CONTRACT AND ASSIGNMENT OF CONTRACTOR'S CLAIMS

(a) Neither this contract, nor any interest herein, except as otherwise provided in this Article, shall be transferred by the Contractor.

(b) Claims for monies due or to become due to the Contractor from the Government arising or to arise out of this contract may be assigned to any bank, trust company or other financing institution, including any Federal lending agency. Any such assignment shall cover all amounts payable under this contract and not already paid, except advance payments, if any, provided for by this contract. Such claims shall not be subject to further assignment, and shall not be assigned to more than one such institution, except that any such assignment may be made to one such institution as agent or trustee for two or more such institutions participating in the financing of this contract. In the event of any such assignment, the assignee thereof shall file written notice of the assignment together with a true copy of the instrument of assignment, with (i) the General Accounting Office of the Government, (ii) the Chief of the Bureau of Ships, (iii) the surety or sureties upon the bond or bonds, if any, in connection with this contract, and (iv) the disbursing officer then designated to make payments on behalf of the Government under this contract.

(c) Payments to an assignee of any claims arising under this contract shall not be subject to reduction or set-off for any indebtedness of the Contractor to the Government arising independently of this contract.

(d) In no event shall copies of or any information contained in any plans, specifications or other simila. documents marked "Secret", "Confidential", or "Restricted", and annexed or attached to this contract or concerning the subject matter hereof, be communicated, transmitted, disclosed or furnished to any assignee of any claim arising under this contract or to any other party not otherwise entitled to receive the same except with the prior consent of the Chief of the Bureau of Ships.

## ARTICLE 23. COVENANT AGAINST CONTINGENT FEES

The Contractor warrants that it has not employed any person to solicit or secure this contract upon any agreement for a commission, percentage, brokerage or contingent fee. Breach of this warranty shall give the Government the right to annul this contract, or, in its discretion, to deduct from the payments due and payable hereunder the amount of such commission, percentage, brokerage or contingent fee. This warranty shall not apply to commissions payable by the Contractor upon contracts or sales secured or made through bona fide established commercial or selling agencies maintained by the Contractor for the purpose of securing business.

## ARTICLE 24. OFFICIALS NOT TO BENEFIT

No Member of or Delegate to Congress, or Resident Commissioner, shall be admitted to any share or part of this contract or to any benefit that may arise therefrom, but this provision shall not be construed to extend to this contract if made with a corporation for its general benefit.

## ARTICLE 25. DISPUTES

Except as otherwise specifically provided in this contract, all disputes concerning questions of fact arising under this contract shall be decided by the Chief of the Bureau of Ships or his duly authorized representative, subject to written appeal by the Contractor within thirty (30) days to the Secretary or his duly authorized representative whose decision will be final and conclusive upon the parties hereto. In the meantime the Contractor shall diligently proceed with performance.

## ARTICLE 26. DEFINITION OF "DEPARTMENT"

"Department" as used in this contract shall mean the Secretary, the Chief of the Bureau of Ships, the Inspector of Naval Material, New York, New York, and such other duly authorized representative or representatives as the Secretary or the Chief of the Bureau of Ships may designate from time to time.

## ARTICLE 27. LETTER OF INTENT TERMINATED

All authority of the Contractor to act under the aforementioned Letter of Intent and amendments thereto is hereby terminated. Work commenced and contracts entered into with the approval of the Department, under the authority of said Letter of Intent and amendments thereto, shall be deemed to have been authorized hereunder and shall be carried out under the terms and conditions hereof; all payments made by the Government pursuant to said Letter of Intent and amendments thereto shall be deemed to have been made hereunder; and all rights and obligations of the parties hereto under said Letter of Intent and amendments thereto are hereby superseded by the provisions of this contract.

## ARTICLE 28. CONVICT LABOR

The Contractor shall not employ, in the performance of any work under this contract, any person undergoing sentence of imprisonment at hard labor.

11

## ARTICLE 29.  NONDISCRIMINATION IN EMPLOYMENT

The Contractor hereby agrees that, in performing the work required by this contract, it will not discriminate against any employee or applicant for employment because of race, creed, color, or national origin.  The Contractor hereby agrees that a provision identical with paragraph (a) above will be included in all of its subcontracts. For the purposes of this Article, subcontracts shall be deemed to include all purchase orders and agreements to perform all or any part of the work, or to make or furnish any article, required for the performance of this contract, except purchase orders or agreements for the furnishing of standard commercial articles or raw materials.

## ARTICLE 30.  OVERTIME COMPENSATION FOR LABORERS AND MECHANICS

This contract is subject to the provisions of Section 303 of the Second Supplemental National Defense Appropriation Act, 1941, approved September 9, 1940 (40 U. S. Code (1940 ed.) sec. 325a).

## ARTICLE 31.  FACILITIES TO REMAIN PERSONALTY

No part or item of the Facilities shall be or become a fixture by reason of affixation to any realty not owned by the Government.

## ARTICLE 32.  CONTRACTOR'S AGREEMENTS CONCERNING THE LAND

(a)  At all times while this contract shall be in effect, the Contractor shall permit the Government and all third parties renting any of the Facilities to have such access to the Facilities, across any property of the Contractor or otherwise, as the Government may require in order fully to exercise and fulfill all its rights and obligations under this contract and to protect both its interests hereunder and the interests of all or any of such third parties.

(b)  In the event that the Contractor shall, at any time while this contract is in effect, lease, sublease, sell, assign, mortgage or otherwise transfer or encumber any right, title or interest of the Contractor in or in respect of the Land, or any part thereof, or in any realty adjacent thereto, the Contractor shall include in the agreement for and in the instrument or instruments effecting such lease, sublease, sale, assignment, mortgage or other transfer or encumbrance, such terms and provisions as may reasonably be required by the Department to preserve and protect the rights of the Government under this contract.

## ARTICLE 33.  RENEGOTIATION

(a)  In the event that the Contractor shall itself furnish any materials, supplies or equipment under this contract or do any work under this contract, the compensation therefor shall, upon the written request of the Secretary at such period or periods when in the judgment of the Secretary the profits accruing under this contract can be determined with reasonable certainty, be renegotiated to eliminate therefrom such amount as is found as a result of such renegotiation to represent excessive profits.

(b)  Any profits found as a result of such renegotiation to be excessive and not eliminated through reductions in the contract price hereunder or otherwise shall, as the Secretary may direct, (i) be retained by the Government from amounts otherwise due the Contractor, or (ii) be repaid by the Contractor to the Government, if such excessive profits have been paid to the Contractor.

(c)  The Contractor shall require the insertion of the following provisions in each subcontract described in paragraph (f) (2) (ii) of this Article and in each subcontract for an amount in excess of $100,000 described in paragraph (f) (2) (i) of this Article, directly entered into by the Contractor under this contract:

(1)  Upon the written request of the Secretary of the Navy at such period or periods when in the judgment of the Secretary the profits accruing under this contract can be determined with reasonable certainty, the contract price shall be renegotiated by the Secretary of the Navy and ---------------------------------
(Subcontractor)
to eliminate therefrom such amount as is found as a result of such renegotiation to represent excessive profits.

(2)  Any profits found as a result of such renegotiation to be excessive and not eliminated through reductions in the contract price hereunder or otherwise, shall, as the Secretary of the Navy may direct, (i) be retained by --------------------------------------- for the Government, or (ii) be repaid by
(Contractor)
--------------------------------------- to the Government, if such excessive profits have been paid to
(Subcontractor)
-----------------------------------
(Subcontractor)

(3)  ----------------------------------- is hereby relieved from any liability to ---------------------------------
(Contractor)                                                                 (Subcontractor)
on account of any amount retained or repaid pursuant to paragraph (2) above.

(4)  ----------------------------------- shall, upon the direction of the Secretary of the Navy, require the
(Subcontractor)
insertion in any subcontract made hereunder, of contract provisions conforming substantially to the provisions of this Article.

(5)  Any renegotiation under this Article shall be conducted pursuant to the provisions of Section 403 of the Sixth Supplemental National Defense Appropriation Act, 1942, as amended.

The Contractor shall also require the insertion of the definitions which are contained in paragraph (f) of this Article in each such subcontract.

(d)  Any profits under any subcontract hereunder which are found as the result of renegotiation to be excessive and which the Contractor is directed by the Secretary to withhold from payments otherwise due the subcontractor

12

and actually unpaid at the time of receipt of such direction, shall, as the Secretary may direct, (i) be retained by the Government from amounts otherwise due the Contractor, or (ii) be repaid by the Contractor to the Government.

(e) Any renegotiation under this Article shall be conducted pursuant to the provisions of Section 403 of the Sixth Supplemental National Defense Appropriation Act, 1942, as amended.

(f) For the purpose of this Article.

(1) the terms "Secretary of the Navy" and "Secretary" shall be deemed to include any authorized representative of the Secretary of the Navy, and

(2) the term "subcontract" means (i) any purchase order or agreement to perform all or any part of the work or to make or furnish any article, required for the performance of any other contract or subcontract, unless exempted from the provisions of Section 403, as amended, under subsection (i) thereof, or (ii) any contract or arrangement (other than a contract or arrangement between two contracting parties, one of which parties is found by the Secretary of the Navy to be a bona fide executive officer, partner, or full-time employee of the other contracting party), (A) any amount payable under which is contingent upon the procurement of a contract or contracts with the Navy Department or of a subcontract or subcontracts thereunder, or determined with reference to the amount of such a contract or subcontract or such contracts or subcontracts, or (B) under which any part of the services performed or to be performed consists of the soliciting, attempting to procure, or procuring a contract or contracts with the Navy Department or a subcontract or subcontracts thereunder. The term "article," as used in this definition, includes any material, part, assembly, machinery, equipment, or other personal property.

## ARTICLE 34. NOTICES

No notice, order, determination, requirement, consent or approval under this contract shall be of any effect unless in writing.

## ARTICLE 35. SCHEDULES

The Schedules attached hereto and all matters contained therein are hereby made a part of, and incorporated in, this contract.

## ARTICLE 36. ALTERATIONS

The following alterations were made in the printed text of this contract before it was executed by the parties hereto:

---
---
---
---
---
---
---
---
---
---
---
---
---
---
---

18

IN WITNESS WHEREOF, the parties hereto have duly executed this contract this 8th day of December
1943.

THE UNITED STATES OF AMERICA,

By _____

Contracting Officer, Bureau of Ships, Navy Department.

PHELPS DODGE COPPER PRODUCTS CORPORATION,

Contractor,

By _____

Wylie Brown                    President.

[Witnesses to Contractor:]

_____, certify that I am the   Assistant Treasurer
_____ Company herein; that     Wylie Brown                    President of
_____ that this contract was duly signed for and in behalf of said corporation by authority of
_____ body and is within the scope of its corporate powers.

_____
Geo. E. Pierson

[CORPORATE SEAL]



13

IN WITNESS WHEREOF, the parties hereto have duly executed this contract this 8 day of December 1943.

THE UNITED STATES OF AMERICA,

Two witnesses as to Contractor:                    By _____
                                                        Contracting Officer, Bureau of Ships, Navy Department.

(Signed) Alexander J. Craig                    PHELPS DODGE COPPER PRODUCTS CORPORATION,
(Typewritten) Alexander J. Craig                                                        Contractor.


(Signed) Greta Gustafson                    By _____(Signed) Wylie Brown_____
(Typewritten) Greta Gustafson                        (Typewritten) Wylie Brown                President.


I,    George E. Pierson         , certify that I am the    Assistant Treasurer
of the corporation named as Contractor herein; that     Wylie Brown
who signed this contract on behalf of the Contractor was then                                President of
said corporation; and that this contract was duly signed for and in behalf of said corporation by authority of
its governing body and is within the scope of its corporate powers.


                                        (Signed) George E. Pierson
                                        (Typewritten) George E. Pierson


                                                        [CORPORATE SEAL]

                                                        (Seal affixed)

14

## SCHEDULES

**NOTE:** Schedules 3, 4, 5 and 6 have been omitted from this contract, and the references thereto shall be of no force or effect.

**SCHEDULE 1 FACILITIES (to be furnished by Government)**

*Item*

Use and occupancy interest in realty described in Schedule 8.

**SCHEDULE 2 FACILITIES (to be furnished by Contractor, cost to be paid by Government)**

| Item | Estimated Cost |
|---|---|
| High Speed Stranders—7 wire (8) | $44,508.05 |
| High Speed Strander—21 wire (1) | 17,685.98 |
| Stripper (1) | 6,763.75 |
| Planetary Stranding Section—21 wire (1) | 16,646.19 |
| Synthetic Tubers (4) | 71,846.65 |
| Horizontal Roving Machines (4) | |
| Vertical Taping Heads (6) | |
| Vertical Asbestos Machines (9) | |
| Special Asbestos Machines (3) | |
| High Speed Braiders—24 Carrier (22) | 55,285.86 |
| Heavy Metal Braiders (6) | 33,074.42 |
| Wire Winders (16) | 25,899.56 |
| Double Rubber Mill (1) | 7,677.71 |
| Repair Machines (10) | 22,669.49 |
| Tinning Machines (8) | 13,703.08 |
| Annealing Furnace (1) | 20,980.03 |
| Normal Complement of Reels and Spools | 35,447.25 |
| Painting Machines (2) | 31,551.39 |
| Oven (1) | 3,206.34 |
| Test Equipment | 4,346.65 |
| Boiler for Process Heating (1) | 23,714.40 |
| Hoist, Handling Equipment, and Industrial Trucks | 9,733.63 |
| Transformers | 72,383.18 |
| Synthetic Tuber—No. 2 (1) | 5,074.55 |
| Copper Wire Buncher Machines (2) | 16,600.00 |
| Warming Mill (1) | 8,300.00 |
| Taping Head (1) | 20,750.00 |
| Textile Braiders (5) | 1,245.00 |
| Wiring and Lighting | 1,452.50 |
| Lockers and Washrooms | 26,651.81 |
| Installation and Freight | 7,883.69 |
| Reserve for Contingencies | 72,028.92 |
| | 19,889.58 |
| Total Estimated Cost | $687,000.00 |

**Anything in the contract to the contrary notwithstanding, the contractor shall not acquire as Facilities hereunder any portable power-driven, loose and hand, small, expendible, or easily lost, stolen or broken tools, accessories or equipment.**

**SCHEDULE 7**

The Land, which is to serve as the site for part of the Facilities is as follows:

*A*—The plant of Phelps Dodge Copper Products Corporation, located at Bayway and South Front Streets, in the Bayway Section, City of Elizabeth, County of Union, State of New Jersey.

*B*—The plant of Habirshaw Cable and Wire Division of Phelps Dodge Copper Products Corporation, located at the foot of Point Street, in the Glenwood Section, City of Yonkers, County of Westchester, State of New York.

*C*—The plant of Phelps Dodge Copper Products Corporation, located at the foot of Main Street, in the Nepperhan Section, City of Yonkers, County of Westchester, State of New York.

The Contractor warrants that the above is an accurate description of the Land which is to serve as the site for the Facilities, and that said Land is owned by it in fee simple free and clear of all encumbrances.

**SCHEDULE 8**

The realty included among the Facilities, and which is to serve as the site for the remainder of the Facilities is as follows:

The land and building thereon known as 48-70 McLean Avenue, City of Yonkers, County of Westchester, State of New York, owned by The Franklin Savings Bank in the City of New York, a banking corporation organized and existing under the laws of the State of New York, excepting that portion of the said

15

premises known as 58–62 McLean Avenue, consisting of approximately 3,500 square feet in the building on said premises, which is now leased to Trubor Tool Co., Inc., by the said The Franklin Savings Bank in the City of New York.

Temporary use and occupancy of the above-described realty has been secured by the Government by virtue of a Petition in Condemnation and Order for Possession, filed January 8, 1943, in the District Court of the United States for the Southern District of New York, pursuant to the authority of the Act of Congress approved March 27, 1942 (Public Law 507, 77th Congress) and the Acts approved February 6, 1942 (Public Law 440, 77th Congress) and February 7, 1942 (Public Law 441, 77th Congress).

531510  U. S. GOVERNMENT PRINTING OFFICE