NAVY DEPARTMENT
Bureau of Ships
(3-12-43)

All public vouchers for payment under this contract should include a reference to NObs-1642.

# CONTRACT NObs-1642

## FOR

## INDUSTRIAL PLANT FACILITIES

### BETWEEN

### THE UNITED STATES OF AMERICA

### AND

## PHELPS DODGE COPPER PRODUCTS CORPORATION

This negotiated contract made as of the 30th day of March, 1944, between the UNITED STATES OF AMERICA (hereinafter called the "Government"), represented by the Contracting Officer executing this contract, and PHELPS DODGE COPPER PRODUCTS CORPORATION (hereinafter called the "Contractor"), a corporation organized and existing under the laws of the State of Delaware, and having its principal place of business at 40 Wall Street, New York, New York,

WITNESSETH:

WHEREAS, the Secretary of the Navy (hereinafter called the "Secretary") has been authorized to provide, out of appropriations available to the Navy Department, the materials, supplies, equipment, land, buildings, facilities, utilities and appurtenances thereto which are necessary for the procurement, construction, repair or conversion of naval and other vessels or portions thereof to be used in connection with the national defense and the prosecution of the war; and

WHEREAS, the Secretary has determined that the national defense and successful prosecution of the war require that the items specified in Schedule 2 attached hereto (hereinafter called the "Facilities") be provided partly at the Contractor's plants at Nepperhan and Glenwood, Yonkers, New York, and partly at the Contractor's plant in Bayway, Elizabeth, New Jersey (hereinafter collectively called the "Plants") so as to enable the Contractor to perform contracts with the Government or others; and

WHEREAS, the necessary funds for the acquisition, construction, installation and completion of the Schedule 2 Facilities are available under the appropriation 17X0603, Increase and Replacement of Naval Vessels, Construction and Machinery; and

Now, THEREFORE, in consideration of the premises and of the mutual covenants and agreements hereinafter contained, the parties hereto do mutually agree as follows:

### ARTICLE 1. PRIMARY OBLIGATIONS

(a) The Contractor shall as soon as practicable:

(i) In addition to the plans, specifications, lists of machinery and equipment, and estimated costs already approved by the Department, obtain the approval of the Department of such additional detailed plans, specifications, lists of machinery and equipment, and estimated costs as the Department shall require for the Schedule 2 Facilities and the items specified in Schedule 3.

(ii) As the approvals required by subparagraph (i) of this paragraph are given, do or cause to be done, in accordance with the plans, specifications, lists of machinery and equipment, and estimated costs so approved, all things necessary to acquire, construct, install and complete the Schedule 2 Facilities and the items specified in Schedule 3 at the sites therefor specified in the Schedules hereto: *Provided, however,* That the Contractor shall be obligated to acquire, construct, install and complete the Schedule 2 Facilities only to the extent possible within the total estimated cost thereof stated in Article 6 hereof, as such sum may from time to time be revised under Article 4 hereof.

(b) As soon as any part of the Facilities is sufficiently completed to permit use, the Contractor shall diligently perform any and all work within the capability of the Contractor and the capacity of the Facilities and the items specified in Schedule 3 which shall from time to time be ordered by the Department, its prime contractors or subcontractors. The terms upon which such work, and all other Government work, shall be performed shall be fairly comparable to those obtainable for the performance of like work by other contractors in similar circumstances, and shall be agreed upon from time to time between the contracting parties: *Provided, however,* That the Contractor's costs for any Government work shall not include reimbursement for any depreciation of the Facilities but may include proper portions of the sums paid by the Contractor for its use of the Facilities, and of the expenses of maintenance, insurance and repair of the Facilities which are to be borne by the Contractor without reimbursement under this contract.

(c) The Government shall as soon as practicable acquire the Schedule 1 Facilities, and furnish them to the Contractor for the purposes of this contract.

### ARTICLE 2. SUBCONTRACTS AND ORDERS

Prior to the letting of each subcontract, the placing of each order for purchases, and the furnishing of each item to be supplied directly by the Contractor, the Contractor shall obtain from the Department its approval of such subcontract, order or item. In addition to any other requirements imposed by the Department, every

2

subcontract and order made by the Contractor in the performance hereof shall contain provisions which give effect to Articles 5, 9, 10 (b), 21, 24, 29, 30 and 33 hereof, insofar as said Articles are applicable.

### ARTICLE 3. INSPECTION

All materials, supplies and equipment furnished and all work done in the performance of this contract shall be subject to such inspection and test both in process and upon completion, and at such places and at such times, as the Department may from time to time determine. The Contractor shall at all times afford the Department proper facilities for such inspection. The Department shall have the right to reject within a reasonable time, and to require correction or replacement of, such materials, supplies, equipment and work as it may determine to be defective. The Contractor shall bear the cost, without reimbursement, of all such correction and replacement which the Department shall determine could have been avoided by reasonable diligence on the part of the Contractor or any subcontractor, and the Government shall reimburse the Contractor for the cost of all other such correction and replacement.

### ARTICLE 4. CHANGES

The Department by order to the Contractor, or the Contractor with the prior approval of the Department, may at any time make changes or reductions in or additions to the Facilities and the estimated costs thereof, and the Contractor with the prior approval of the Department may at any time make changes in or additions to the items specified in Schedule 3 and the estimated costs thereof: *Provided, however,* That no such order by the Department shall reduce the estimated cost of any of the Schedule 2 Facilities below the cost or equipment theretofore incurred or made by the Contractor and approved by the Department with respect thereto; and that the total estimated cost of the Facilities as stated in Article 6 hereof shall not be increased without the prior approval of the Secretary or the Chief of the Bureau of Ships.

### ARTICLE 5. TITLE TO FACILITIES

Title to each item of the Schedule 2 Facilities, whether or not completed or assembled, to all materials, supplies and equipment therefor, to all plans and specifications for the Facilities, the cost of which is to be paid by the Government under this contract, and to all replacements of the Facilities, shall vest in the Government (i) as payment is made therefor by the Government or by the Contractor, or upon delivery thereof to the Government or to the Contractor, whichever of said events shall first occur, or (ii) at such other time as the Department may determine. Title to each item of the Schedule 1 Facilities and to the items specified in Schedule 3 shall remain in the Government and the Contractor, respectively. Nothing contained in this Article shall relieve the Contractor of any of its duties or obligations under this contract or constitute any waiver of the Government's right to require fulfillment of all of the terms thereof.

### ARTICLE 6. ESTIMATES

It is estimated that the total cost of acquiring, constructing, installing and completing the Schedule 2 Facilities (to be furnished by the Contractor, cost to be paid by the Government) will be approximately *One Hundred Fifty-three Thousand Six Hundred Dollars* ($153,600). It is further estimated that the Facilities will be substantially completed within six (6) months from the date first above written. The Contractor does not guarantee the correctness of these estimates.

### ARTICLE 7. DETERMINATION OF COSTS

(a) The Bureau of Supplies and Accounts of the Navy Department shall determine (i) the allowable costs of the acquisition, construction, installation and completion of the Schedule 2 Facilities and of all other items for which the Contractor is to be reimbursed under this contract, and (ii) the costs to the Government of the Schedule 1 Facilities. The decisions of said Bureau shall be binding on the parties hereto, subject to written appeal by the Contractor within thirty (30) days to the Secretary or his duly authorized representative whose decision shall be final and conclusive upon the parties hereto. In determining such allowable costs said Bureau shall, subject to the provisions of this Article, employ so far as applicable the accounting methods for determining costs as set forth in Treasury Department Regulations T. D. 5000, and insofar as such Regulations are not applicable, shall comply with sound accounting practice. Such allowable costs shall not include any profit to the Contractor, except that for the purposes of this contract such allowable costs shall be deemed to include any fixed prices (adjusted pursuant to any escalator clauses applicable thereto) approved by the Department and the amount of any fees approved by the Department in cases where a cost-plus-a-fixed-fee basis is used, in connection with materials, supplies or equipment furnished by the Contractor hereunder or work done or services performed by the Contractor hereunder.

(b) The Contractor shall, to the extent of its ability, take all trade discounts, rebates, allowances, credits, salvage values and commissions available to the Contractor, and if unable to take advantage of any such benefits it shall promptly notify the Department of the reason therefor. In determining the allowable costs of articles and materials of every kind required for the purpose of this contract, there shall be deducted from the gross costs thereof all such benefits which shall have accrued to the Contractor or would have so accrued except for the fault or neglect of the Contractor. Such benefits lost through no fault or neglect on the part of the Contractor shall not be deducted from gross costs.

(c) When the allowable costs of the acquisition, construction, installation and completion of the Schedule 2 Facilities and the costs to the Government of the Schedule 1 Facilities shall have been determined by the Bureau of Supplies and Accounts, it shall certify such costs (hereinafter referred to as the "Acquisition Costs") to the Chief of the Bureau of Ships and the Contractor: *Provided, however,* That should said Bureau at any time revise such costs, the Acquisition Costs shall be as increaesd or decreased in accordance with any order received by the Contractor and the Chief of the Bureau of Ships from said Bureau.

3

### ARTICLE 8. PAYMENTS AND REIMBURSEMENTS

(a) The Government shall pay to the Contractor as hereinafter provided in this Article the allowable costs of the acquisition, construction, installation and completion of the Schedule 2 Facilities, but not in excess of the total estimated cost thereof as stated in Article 6 hereof or as revised under Article 4 hereof.

(b) Once in each month or at the end of each calendar quarter, the Contractor shall submit to the Bureau of Supplies and Accounts certified bills for all materials, supplies, or equipment furnished or work done hereunder in connection with the acquisition, construction, installation and completion of the Schedule 2 Facilities, or advance payments made with the prior approval of the Department by the Contractor to subcontractors or vendors for any of the foregoing and not previously submitted; and the Contractor may also submit such bills at such other times as the payments made for such purposes for which bills have not previously been submitted shall exceed *Twenty-five Thousand Dollars* ($25,000). Promptly after receipt of each such submission of bills, the Government shall, subject to the provisions of paragraphs (e) and (h) of this Article, pay to the Contractor such amount as said Bureau shall have determined to be allowable costs reimbursable to the Contractor under this contract in respect of the acquisition, construction, installation and completion of the Schedule 2 Facilities, and not previously paid.

(c) Once in each month or at the end of each calendar quarter, the Contractor shall submit to the Bureau of Supplies and Accounts certified bills in respect of all items other than items relating to the acquisition, construction, installation and completion of the Schedule 2 Facilities for which the Contractor shall be entitled to reimbursement under this contract, and for which bills have not previously been submitted. Promptly after receipt of each such submission of bills the Government shall, within the limits of the appropriations available therefor, pay to the Contractor such amount as said Bureau shall have determined to be allowable costs reimbursable to the Contractor under this contract on account of such items and not previously paid.

(d) The Government shall upon receipt of a properly certified invoice or invoices, make an advance payment or advance payments to the Contractor in the aggregate amount of ($50,000.) Such additional sums may be advanced at the request of the Contractor as the Finance Section, Office of Procurement and Material, Navy Department (hereinafter called the "Finance Section") may approve as necessary or appropriate. The Contractor shall repay the amount of all advance payments made under this paragraph either directly to the Government or in the manner set forth in paragraph (h) of this Article.

(e) All advance payments and, unless otherwise directed by the Finance Section, all other payments under paragraph (b) of this Article, shall be made by check payable to the Contractor and marked for deposit only in a Navy Controlled Account with New York Trust Company, New York, New York, or with such other bank or banks as may be selected by the Contractor and approved by the Finance Section (such bank or banks being hereinafter referred to as "the Bank"). No part of the funds in the Navy Controlled Account shall be mingled with other funds of the Contractor prior to withdrawal thereof from such accounts as hereinafter provided. The funds in the Navy Controlled Account shall be used by the Contractor solely for the purpose of making payments necessary for the acquisition, construction, installation and completion of the Schedule 2 Facilities, or to reimburse the Contractor for expenditures made for such purposes. Each withdrawal shall be made only by check of the Contractor countersigned on behalf of the Government by the Inspector of Naval Material, New York, New York, or by such other person or persons as he or the Chief of the Bureau of Ships may designate in writing, who, as a condition precedent to the giving of such countersignature, shall be furnished by the Contractor with such evidence as he shall request to show that the amount to be withdrawn is to be applied in accordance with the provisions of this contract. Any interest earned on credit balances in said account shall be immediately paid to the Government by the Bank, and any other interest earned in respect of such advances shall be repaid by the Contractor to the Government. Any inclusion of or reference to any right of the Contractor in respect to said account made in any financial statement or report of the Contractor shall clearly indicate that such right is subject to the provisions of this contract and to the rights of the Government in respect of said account.

(f) The Contractor shall secure from each bank in which any Navy Controlled Account is established an agreement substantially as follows:

(Letterhead of depositary bank)                                                (Date)

Office of Procurement and Material
Finance Section
Navy Department
Washington, D. C.

Dear Sirs:

"In consideration of your making an advance payment to Phelps Dodge Copper Products Corporation pursuant to the provisions of contract NObs-1642, or the Letter of Intent providing therefor, receipt of a copy of the advance payment provisions of which is hereby acknowledged, and the depositing of such advance payment, in whole or in part, in an account with the undersigned to be designated "Phelps Dodge Copper Products Corporation, Navy Controlled Account Number NObs-1642", the undersigned hereby agrees to grant to the Finance Section, Office of Procurement and Material, Navy Department or its duly authorized representatives, access to the books and records maintained by the undersigned with respect to such account at all reasonable times and for all reasonable purposes, including (but without limiting the generality thereof) the inspection or copying of such books and records and any and all memoranda, checks, correspondence or documents appertaining thereto, and agrees to preserve said books and records for a period of six (6) years after the closing of said account. The undersigned further agrees to be bound by the provisions of said contract relating to the deposit and withdrawal of funds in the Navy Controlled Account, but shall not be responsible for the application of funds withdrawn from said account unless previously notified by the Finance Section or its duly authorized representative to suspend withdrawals therefrom by the Contractor.

4

"The undersigned further agrees that it will promptly notify both the Finance Section and the Contractor of the service of any legal papers upon it with respect to said account.

"The undersigned further agrees that the Government shall have a lien upon the credit balance in said account to secure the repayment of all advance payments made to the Contractor, which lien shall be superior to any lien or claim of the undersigned upon such account by virtue of assignment to it of said contract or otherwise. In the event of the appointment of a receiver, liquidator, or custodian for the property, or any substantial portion thereof, of the Contractor, or any depositary bank, or the institution with respect to the Contractor or such bank of any proceedings under the National Bankruptcy Act, or the service of any writ of attachment, levy of execution or the commencement of other garnishment proceedings against the Navy Controlled Account, the undersigned will, if it has knowledge of such event, promptly notify the Finance Section thereof.

.................................................................... Bank

By ........................................................................ "

(g) The credit balance in the Navy Controlled Account, or any part thereof, shall become the sole property of, and may be withdrawn by, the Government at any time or from time to time upon receipt by the Bank of notice from the Finance Section to such effect. Such withdrawal shall be made by check payable to the Treasurer of the United States and may be signed solely by the person authorized to countersign checks as provided herein, and the amount so withdrawn shall be applied in liquidation *pro tanto* of all advance payments then outstanding hereunder. The Contractor at any time may return to the Government such part of the unliquidated balance of advance payments in the Navy Controlled Account as shall be, in the opinion of the Contractor, in excess of requirements, and all such amounts so returned shall be applied in liquidation *pro tanto* of all advance payments then outstanding hereunder.

(h) When the sum of all payments made to the Contractor under paragraph (b) of this Article plus the unliquidated amount of advance payments made to the Contractor under paragraph (d) of this Article is equal to the total estimated cost of the Schedule 2 Facilities as stated in Article 6 hereof, as revised from time to time under Article 4 hereof, the Government shall withhold further payments due to the Contractor under paragraph (b) of this Article and apply the amounts thereof against the Contractor's obligation to repay the said advance payments until such advance payments have been fully liquidated. If and when the total amount of advance payments made under this contract has been liquidated as set forth above or by the repayment thereof to the Government, or otherwise, and, unless otherwise directed by the Finance Section, upon the completion of the acquisition, construction and installation of the Schedule 2 Facilities, the remaining funds, if any, in such Navy Controlled Account shall, upon notification in writing to the Bank by the disbursing officer charged with the duty of making payments under this contract, be free and clear of any claim of the Government whatsoever and may be withdrawn by the Contractor without countersignature or other restriction. If, upon completion of the acquisition, construction and installation of the Schedule 2 Facilities, or upon the suspension or termination of the Contractor's right to proceed with the acquisition, construction, installation and completion of the Facilities, the advance payments made to the Contractor under paragraph (d) of this Article have not been fully liquidated, the balance thereof shall be deducted from any payments otherwise due to the Contractor, or at the option of the Government, the deficiency shall be paid by the Contractor to the Government.

(i) The Government shall have a first lien upon the credit balance in the Navy Controlled Account, superior to any lien or right of the Bank or any other person, which lien shall secure the performance of the Contractor's obligations under this contract. In the event of the appointment of a receiver, liquidator, or custodian for the property or any substantial portion thereof, of the Contractor, or any depositary bank, or the institution with respect to the Contractor or such bank of any proceedings under the National Bankruptcy Act, or the service of any writ of attachment, levy of execution or the commencement of other garnishment proceedings against the Navy Controlled Account, the Contractor shall promptly notify the Finance Section of such event.

(j) The Contractor shall furnish to the Finance Section such financial information concerning the operation of the Contractor's business as the Finance Section may request. The Contractor shall, at all times, afford to the Navy Department or its duly authorized representatives proper facilities for the inspection and audit of the Contractor's accounts.

(k) When any payment is to be made hereunder, the Bureau of Supplies and Accounts, as a condition precedent to approving such payment, may, in its discretion, require that affidavits satisfactory to it be furnished by the Contractor that no liens or rights *in rem* of any kind lie upon or have attached against the Facilities, or materials or equipment therefor, or any part thereof, either for or on account of any work done upon or about the Facilities, or any materials or equipment furnished therefor or in connection therewith, or any other cause or thing, or any claims or demands of any kind, except the claims of the Department. The Contractor agrees, and this contract is upon the express condition, that no liens or rights *in rem* shall so lie or attach.

(l) Before the final payment for the acquisition, construction, installation and completion of the Schedule 2 Facilities shall be made the Contractor shall deliver to the Department a release in form and substance satisfactory to the Department.

## ARTICLE 9. SUSPENSION OR TERMINATION

(a) At any time or times prior to completion of the Facilities and of the items specified in Schedule 3, the Department may by notice to the Contractor suspend or terminate the right and obligation of the Contractor to proceed with the acquisition, construction, installation and completion of all or any part of the Schedule 2 Facilities and the obligation of the Contractor so to proceed with the items specified in Schedule 3.

(b) At any time during the period of six (6) months following the giving of any such notice of suspension, the Department may by notice to the Contractor reinstate or terminate the suspended right and obligations. Unless so reinstated or terminated, such suspended right and obligations shall terminate upon the expiration of such period.

(c) Upon the Contractor's receipt of any such notice of suspension and during the period of such suspension, and also upon its receipt of any such notice of termination, the Contractor shall promptly stop all acquisition and work in connection with the items designated in such notice, except as otherwise directed by the Department, and furnish to the Department such information with respect to all outstanding orders and subcontracts therefor, and take such action with respect to such orders and subcontracts, and all parts of the Facilities, as may be directed by the Department. The Contractor shall be reimbursed by the Government for the costs incurred by the Contractor in the performance of its obligations under this paragraph, including costs necessarily incurred in suspending or terminating any approved subcontracts and purchase orders made hereunder.

(d) Upon the Contractor's receipt of any such notice of termination, or upon the expiration of a suspension period of six (6) consecutive months under paragraph (b) of this Article, Article 13 hereof shall become applicable to the items designated in the notice of termination or suspension, to the same extent as if such termination were the termination of a period of use.

(e) The Department may also, by notice to the Contractor, at any time or times suspend or terminate the Government's obligation hereunder to acquire and furnish any of the Schedule 1 Facilities.

### ARTICLE 10. USE OF FACILITIES AND PAYMENT THEREFOR

(a) The Contractor shall have the right to use each part of the Facilities as soon as it becomes sufficiently completed to permit use, and may use any or all of the Facilities in the performance of work other than Government work: *Provided, however,* That the Contractor shall at all times give such priority to Government work as the Department shall from time to time require.

(b) If the Department shall at any time determine and notify the Contractor that the prosecution of the war effort requires the use of any of the Facilities otherwise than for the purposes of this contract: (i) such Facilities shall not thereafter be subject to the Contractor's option to purchase provided in Article 14 hereof; and (ii) the Contractor shall take such action as the Department may direct with respect to the assignment of any orders or subcontracts relating to the acquisition, construction, or installation of such Facilities, and with respect to the removal and shipping of any such Facilities theretofore acquired, constructed or installed by the Contractor or furnished to the Contractor by the Government. When such an assignment or removal shall have been effected with respect to any items of the Facilities, such item shall cease to constitute a part of the Facilities, and the Acquisition Costs shall be revised to reflect the elimination of such item. The Contractor shall be reimbursed by the Government for the costs incurred by the Contractor in complying with any direction given by the Department under this paragraph.

(c) For the right to use the Facilities the Contractor shall pay to the Government on or before the 15th day of January, April, July and October of each year an amount equal to three and three tenths percent (3.3%) of the Acquisition Costs of the Facilities. The payment to be made under this paragraph for each calendar quarter ending prior to the certification of the Acquisition Costs shall be at the rate equal to the above percentage of the cost, as determined by the Department, of such of the Facilities as the Department shall determine to have been used productively during such calendar quarter, prorated on the basis of actual time of use as to any item of the Facilities not used throughout such calendar quarter. After the last calendar quarter ending prior to the certification of the Acquisition Costs, no amount shall accrue for payment under this paragraph in respect of any calendar quarter during which the Contractor shall make no use of the Facilities. At any time before or after the certification of the Acquisition Costs either party may request the other to negotiate for a new basis of payment for the right to use the Facilities, to become effective as of the beginning of the next calendar quarter. In such event the parties shall with all convenient speed proceed to negotiate for such new basis, and, if they shall not agree thereon within fifteen (15) days after the receipt of the request, either party by notice given not earlier than the sixtieth day and not later than the seventy-fifth day of any calendar quarter, may terminate the right of the Contractor to use the Facilities as of the end of such calendar quarter.

(d) The Contractor shall accompany each payment so made with such information, records, and verifications as the Department may require in order to determine the correctness of each such payment.

### ARTICLE 11. MAINTENANCE, INSURANCE, AND RISKS OF LOSS AND LIABILITY

(a) From the date first above written and until the termination under Article 13 hereof of the Contractor's obligations under this paragraph (a), the Contractor shall, unless otherwise directed by the Department:

    (i) Protect, preserve, maintain and repair all the Facilities and other Government-owned property at the sites of the Facilities, so as to insure their full availability and usefulness at all times, and also as may be directed by the Department. The Government shall reimburse the Contractor for the costs incurred in complying with this subparagraph for the period prior to the Contractor's use of any part of the Facilities; for each period beginning upon the expiration of any six (6) consecutive calendar months after the completion of the Facilities during which the Contractor shall have had the right to use the Facilities but shall have made no use thereof and ending when the Contractor shall have again made any use of the Facilities; and for each period after the Contractor's use of any part of the Facilities in which the Contractor shall have had the right to use none or only a part of the Facilities, except that as to each such last mentioned period the Contractor shall not be so reimbursed for any costs attributable to Facilities which the Contractor shall

have then had the right to use. The Contractor is hereby expressly made responsible for any loss of or damage to the Facilities resulting from failure to comply with the provisions of this subparagraph to the extent that such loss or damage is found by the Department to constitute a risk not of the type customarily covered by insurance.

(ii) Comply with all directions received from the Department as to measures to be taken with respect to the Facilities for the purpose of protecting them from the risks of loss from fire and other hazards, and of minimizing the risk of injuries to third persons and damage to their property. The Government shall reimburse the Contractor for the costs incurred in complying with this subparagraph. The Contractor is hereby expressly made responsible for any loss of or damage to the Facilities resulting from failure to comply with the provisions of this subparagraph to the extent that such loss or damage is found by the Department to constitute a risk not of the type customarily covered by insurance.

(iii) Whenever any item of the Facilities or part thereof shall require rebuilding, replacement or repair the cost of which would be chargeable under generally accepted accounting practice to capital account, immediately so notify the Department and effect such rebuilding, replacement, repair or disposition of such item or part as may be authorized or directed by the Department. The Government shall reimburse the Contractor for the costs incurred in complying with this subparagraph in all cases in which the rebuilding, replacement or repair shall have been attributable to a risk assumed by the Government under this contract. If, after such notice, the Department shall not authorize or direct such rebuilding, replacement or repair, the Acquisition Costs shall be revised by the Bureau of Supplies and Accounts so as to reflect any resulting loss of use. The Contractor shall not be required to give such notice if the Contractor shall estimate the cost of such rebuilding, replacement or repair at *Two Hundred Fifty Dollars* ($250), or less, and shall elect to rebuild, replace or repair such item at its own expense.

(iv) Procure and maintain the insurance required by the subsequent provisions of this Article, and all other insurance which the Department may from time to time require. All insurance required under this Article or by the Department shall be in such form, in such amounts, for such periods of time, with such insurers and made payable in such manner as the Department may from time to time require, and the policies or certificates of insurance shall be deposited with the Office of Procurement and Material (Insurance Division) of the Navy Department, or as the Department may otherwise direct. The Government shall reimburse the Contractor for the costs incurred in complying with this subparagraph for the periods and to the extent specified in subparagraph (i) of this paragraph (*a*) with respect to the costs incurred thereunder.

(*b*) The Department has requested that, until the expiration of the period of six (6) months following the receipt by the Contractor of notice of the determination by the Department under paragraph (*a*) of Article 12 hereof that the Facilities are no longer required for the prosecution of the war or other public use, the Contractor not carry, or incur the expense of, any insurance against any form of loss of or damage to the Facilities. The Government therefore assumes the risk of loss of and damage to the Facilities occurring prior to the expiration of such six-months period, whether or not caused by the negligence of the Contractor, its agents, servants or employees, to the extent that such loss or damage is not compensated for by insurance or otherwise. Notwithstanding such assumption of risk, the Contractor shall be responsible for any loss or damage for which the Contractor is expressly made responsible under any other provision of this contract, or with respect to which the Contractor has failed to insure as required by this contract or by the Department. After the expiration of such six-months period the Contractor shall bear the risk of loss of and damage to such of the Facilities as the Contractor shall then have the right to use, except to the extent that the Department shall authorize or direct the assumption by the Government of such risk, and the Contractor shall procure and thereafter maintain insurance against loss of and damage to such Facilities.

(*c*) The Contractor shall procure and thereafter maintain with respect to the Facilities workmen's compensation, employers' liability and bodily injury liability insurance, and such other liability insurance with respect to the Facilities as the Department may from time to time require. The Government shall indemnify the Contractor against liabilities (including expenses incidental thereto) to third persons for death, bodily injury and loss of and damage to property, not compensated for by insurance or otherwise and arising out of the acquisition, construction or installation of the Facilities, the use of the Facilities in the performance of work to be paid for, directly or indirectly, by the Government or the maintenance of the Facilities when the Contractor is to be reimbursed under this contract for the costs of such maintenance, whether or not such liabilities are caused by the negligence of the Contractor, its agents, servants or employees, provided such liabilities are represented by final judgments or by settlements approved in writing by the Department. The Government shall not, however, indemnify the Contractor against any liabilities for which the Contractor is expressly made responsible under any other provision of this contract, or with respect to which the Contractor has failed to insure as required by the Department. The Contractor shall promptly notify the Department of each suit or action filed, and each claim made, against which the Contractor is indemnified by the Department under this paragraph. The Contractor shall furnish the Department with copies of all papers received with respect to each such suit, action or claim, and if requested by the Department, shall authorize representatives of the Government to settle, or direct or take charge of the defense of, such suit, action or claim. In the absence of such request, the Contractor shall diligently proceed with such defense. The Contractor shall bear the liabilities to third parties arising from the use of the Facilities by the Contractor in the performance of work other than work to be paid for, directly or indirectly, by the Government or the maintenance of the Facilities in connection with such use, except to the extent that the Department shall authorize or direct the assumption by the Government of such liabilities.

(d) The cost of any insurance with respect to the Facilities obtained by the Contractor but not required under this Article or by the Department shall not constitute an item of cost or be taken into account in determining the fixed price to be paid by the Government under any contract with the Government, and no reimbursement in respect thereof shall be made to the Contractor by the Government under this or any other contract. The Contractor shall promptly pay to the Government the amount of all unearned premiums on insurance policies obtained under this contract or the Letter of Intent and amendments thereto in respect thereof which shall have been canceled, but only to the extent that such unearned premiums shall be refunded to the Contractor and shall have been taken into account in determining the price stipulated in any fixed price contract between the Government and the Contractor or shall have been paid to the Contractor as an item of cost under any contract between the Contractor and the Government.

**ARTICLE 12. PERIOD OF USE**

(a) The rights and obligations of the parties hereto under Article 10 hereof shall become effective at the time therein provided, and shall continue for six (6) months after the Contractor shall have received notice from the Department of its determination that the Facilities are no longer required either for the prosecution of the war or for other public use. Upon the expiration of said six-months period, said rights and obligations shall terminate unless the Department shall, not less than ninety (90) days prior to the expiration of said six-months period, receive notice from the Contractor of its election to extend such rights and obligations for a period of not less than one (1) year nor more than five (5) years from the date of the expiration of such six-months period, as the Contractor may specify in its said notice. In the event of such an extension, all such rights and obligations shall continue for the period so specified and shall terminate at the end of such period, subject to the right of the Contractor to extend such rights and obligations for further periods of not less than one (1) year nor more than five (5) years each, by giving notice to the Department at least ninety (90) days before the termination of each successive period and specifying the period for which it elects to extend the same.

(b) The rights and obligations of the parties hereto under Article 10 hereof, which may terminate as provided in paragraph (a) of this Article, may also be terminated either prior to or after any extension thereof under such paragraph (a):

> (i) As to all or any part of the Facilities, if the Secretary shall determine that it is in the public interest to terminate the same and shall notify the Contractor to that effect, or
>
> (ii) As to all but not part of the Facilities, if the Contractor shall give to the Secretary sixty (60) days' notice of the Contractor's election to terminate the same, which notice, however, may only be given after the end of the existing national emergency, or after the Government shall have failed for a period of ninety (90) days to make payment to the Contractor of any sum due to it hereunder from the Government and provided the Contractor shall not be in default in the performance of any of the agreements to be performed by it hereunder.

(c) Anything in this contract to the contrary notwithstanding, the termination under this Article of all or any of the rights and obligations of the parties hereto under Article 10 hereof shall not terminate the rights and obligations of the parties hereto under Article 10 (b) hereof, or the rights and obligations of the parties hereto under Article 10 (c) hereof with respect to payments to be made by the Contractor for any use of the Facilities prior to such termination.

**ARTICLE 13. STAND-BY PERIOD**

(a) Notwithstanding the termination under Article 10 or Article 12 hereof of the Contractor's right to use all or any part of the Facilities, the Contractor shall continue to comply with Article 11 (a) hereof until the expiration of five (5) years from the date upon which such termination of the right to use shall have become effective as to all of the Facilities, which period is hereinafter called the "Stand-by Period," and for a period of two (2) years thereafter, which period is hereinafter called the "Disposal Period": *Provided, however,* That at any time, upon giving thirty (30) days' notice to the Contractor, the Department may terminate either or both of said periods in respect of all or any part of the Facilities, and that upon the sale, removal or other disposition of the Facilities or any part thereof under Article 13 (d) or Article 14 hereof both of said periods shall terminate as to the Facilities or such part thereof, as the case may be. Upon the expiration or termination of both of said periods as to the Facilities or any part thereof, the obligation of the Contractor to comply with Article 11 (a) hereof as to the Facilities or such part thereof, as the case may be, shall terminate.

(b) Notwithstanding anything to the contrary herein stated, if the Contractor shall make no use of the Facilities for any period of three (3) consecutive calendar months, the Contractor may notify the Department to remove the Facilities, and the Government shall remove the Facilities from the Plants within sixty (60) days after the receipt of such notice, without expense to the Contractor. Upon any such removal, any obligation of the Contractor under Article 13 (a) shall terminate with respect to the Facilities so removed. Upon giving such notice, any right of the Contractor under Article 14 (a) shall terminate with respect to the Facilities covered thereby.

(c) At any time and from time to time prior to the end of the Stand-by Period, the Government may use elsewhere than at the Plants, or rent to any third party or parties for use elsewhere than at the Plants, during any period or periods ending not later than the termination or expiration of the Stand-by Period, any of the Facilities as to which the Contractor's right to use shall have been terminated: *Provided, however,* That the Government shall not so rent any of the Facilities unless the Department shall have first notified the Contractor of the intention so to do and given the Contractor an opportunity for a period of not to exceed thirty (30) days after the date of such notice to submit to the Department an offer to rent such Facilities. The Contractor shall comply with all directions received from the Department with respect to the removal from the Plants and the shipping