8

of any of the Facilities so to be used or rented and shall be reimbursed by the Government for the costs of such compliance. In the event of any such use or rental, the Contractor shall not, during the period extending from the time of the removal of such Facilities from the Plants to the time of any reinstallation thereof in the Plants, comply with the provisions of Article 11 (a) hereof as to such Facilities, and, during the period beginning when the Contractor shall have first received notice, actual or constructive and whether or not in writing, that any of the Facilities are to be so used, or rented to any third party or parties, and ending upon the termination of such use or rental, the Contractor's right under Article 14 (a) hereof to purchase the Facilities so used or rented shall be suspended. Upon the termination of any such use or rental of any of the Facilities, the Contractor shall comply with all directions received from the Department with respect to the reinstallation of such Facilities in the Plants, and shall be reimbursed by the Government for the cost of such compliance.

(d) If at any time prior to the end of the Stand-by Period the Department shall determine to sell or otherwise dispose of any part of the Facilities as to which the Contractor's right to use shall have been terminated under Article 12 hereof, the Department shall notify the Contractor of such determination. Within fifteen (15) days after the receipt of any such notice the Contractor may request that a determination as to the fair value of such part of the Facilities be made in the same manner as is specified in Article 14 (a) hereof with respect to the determination of the fair value of all the Facilities, and such determination shall be so made. The Contractor shall have the right to purchase such part of the Facilities at a price equal to the fair value so determined, within the same period, in the same manner and upon the same conditions as are specified in Article 14 (a) hereof with respect to the purchase of all the Facilities. If the Contractor shall not make a request for such determination within such fifteen-day period, or if after having made such a request the Contractor shall not so purchase such part of the Facilities, (i) the right of the Contractor to purchase such part under this contract shall be suspended, and (ii) at any time during the period of one hundred twenty (120) days beginning upon the expiration of said fifteen-day period, or upon the expiration of the period during which the Contractor was entitled to purchase such part, as the case may be, the Government may sell, or contract to sell, such part to any third party or parties or make such other disposition with respect thereto as the Department may determine. If within such one-hundred-twenty-day period the Government shall so sell, contract to sell, or dispose of such part (i) the right of the Contractor to purchase such part under this contract shall terminate, and (ii) the Contractor shall comply with all directions received from the Department with respect to the removal and shipping of such part, and shall be reimbursed by the Government for the costs of such compliance. If the Government shall not within such one-hundred-twenty-day period so sell, contract to sell, or dispose of such part, or if the Department shall prior to the end of such period notify the Contractor that the Government will not then so sell, contract to sell, or otherwise dispose of such part, such part shall upon the termination of such period or upon the receipt by the Contractor of such notice, as the case may be, again become subject to the option of the Contractor to purchase under Article 14 (a) hereof. Upon the sale or other disposition of any part of the Facilities under this paragraph (d), such part shall cease to constitute a part of the Facilities, and the Acquisition Costs shall be revised to reflect the elimination of such part.

## ARTICLE 14.  OPTIONS AND REMOVAL

(a) Subject to the provisions of Articles 10 (b) and 13 hereof and of this paragraph, the Contractor may purchase all but not part of the Facilities, and for that purpose may from time to time request the Secretary to determine their then fair value. The Secretary, within ninety (90) days after the receipt of any such request, shall determine such fair value, and in making such determination shall give due regard to the original cost of the Facilities, the extent of their prior use, the amount of depreciation and obsolescence chargeable against the Facilities, the value of the Facilities to the Contractor, the replacement cost, and all other facts and circumstances which he may deem relevant. Upon the completion of any such determination, the Secretary shall notify the Contractor of the fair value so determined, and the Contractor for a period of thirty (30) days from the receipt of such notification shall have the right to purchase the Facilities for a sum equal to such fair value, by paying such sum to the Government or by giving notice to the Department of its election to purchase the same at such fair value and entering into a contract with the Government specifying the terms of such purchase: *Provided, however,* That the Contractor may exercise such right to purchase only if it shall at the same time elect to purchase the facilities covered by Contract NObs–883 between the parties hereto, pursuant to Article 14 (a) of such contract; and *Provided, further,* That prior to the expiration of the existing national emergency, the Contractor may exercise such right to purchase only if it shall satisfy the Department that it will insure, maintain and keep the Facilities available for national defense until the expiration of said national emergency. The right of the Contractor so to purchase the Facilities shall terminate either (i) upon the termination of any proceedings to purchase the Facilities under the provisions of this paragraph which shall be pending at the time of the termination or expiration of the Stand-by Period as to all of the Facilities, or (ii) upon the termination or expiration of the Stand-by Period as to all of the Facilities if no such proceedings shall then be pending.

(b) If the period specified in paragraph (a) of this Article for the exercise of the right of the Contractor to purchase shall terminate without said right having been exercised, (i) the Government may remove, but shall not be obligated to remove, the Facilities or any part thereof, and (ii) the Contractor may, and within forty-five (45) days after receipt of a notice from the Department to do so must, at its own expense remove all property owned by the Contractor from any realty or buildings included among the Facilities. If the Government shall not remove all the Facilities within one (1) year from the termination of the Contractor's right to purchase under paragraph (a) of this Article, the Contractor shall have the right at its own expense to remove any of the Facilities not so removed after giving the Department sixty (60) days' notice of its intention of so doing. The Contractor shall comply with all directions it may receive from the Department with respect to the removal and shipping of any Facilities to be removed by the Government under this paragraph, and with respect to the disposition to be made of any Facilities to be removed by the Contractor under this paragraph, and shall be reimbursed by the

9

Government for the costs of such compliance. The proceeds received by the Contractor from every sale or other disposition of the Facilities or parts thereof shall be paid by the Contractor to the Government.

### ARTICLE 15. NONREHABILITATION

The Government shall not be under any duty or obligation to restore or rehabilitate, or to pay the costs of the restoration or rehabilitation of, any part of the realty described in Schedule 7 (hereinafter called the "Land") or any other property of the Contractor affected by the removal of the Facilities or any part thereof under this contract or otherwise.

### ARTICLE 16. MARKING

Each item of the Facilities shall be marked by the Contractor to such extent, in such manner, and with such indicia of Government ownership as the Department shall require. Such marking shall be effected by the Contractor as promptly as possible after title to each item shall vest in the Government.

### ARTICLE 17. INVENTORY

The Contractor shall keep such running or other inventory of the Facilities as the Department may from time to time require.

### ARTICLE 18. PATENT INFRINGEMENT

(a) The Contractor shall hold and save the Government, its officers, agents, servants, and employees harmless from patent liability of every nature or kind, including costs and expenses, for or on account of all patented or unpatented inventions made or used in the performance of this contract, including the use or disposal thereof by or on behalf of the Government: Provided, however, That the foregoing shall not apply to inventions covered by applications for United States Letters Patent which, on the date of execution of this contract, are being maintained in secrecy under the provisions of the Acts approved October 6, 1917, and July 1, 1940, as amended (35 U. S. Code (1940 ed.) sec. 42); and Provided further, That this Article is not, and shall not be construed to be, applicable to any infringement of United States Letters Patent which results from the Contractor's compliance with specific written instructions furnished by the Government, or where infringement is occasioned by the use of an apparatus patent due to the fabrication, installation, or operation of apparatus in accordance with plans and specifications furnished to the Contractor by the Government.

(b) The Contractor shall promptly notify the Government of any and all claims of infringement relating to this contract that may be brought to the Contractor's attention; and in case of litigation on account thereof, the Contractor shall assist the Government at the latter's expense, save for services of the Contractor's employees, in furnishing such evidence as to the use of the patents and other matters of fact as may be required by the Government in such litigation.

### ARTICLE 19. RECORDATION AND FILING

The Contractor shall take all necessary steps, as may be required by the Department, to put on public record evidence of such interest in the realty and personalty involved in this contract as the Government may have hereunder, and to give third parties notice of such interest. The Contractor shall for purposes of recordation and filing duly execute and acknowledge copies of this contract, or summaries thereof, in such form and manner as the Department may require, with the Schedules in the original form or in such summarized form and with such description of the property therein referred to as the Department may require. Recordation and filing will be effected by the Department or its authorized representative, the costs thereof to be paid by the Contractor and reimbursed to it by the Government. After the Contractor shall have purchased all the Facilities and paid the Government in full therefor, or after all the Facilities shall have been removed from the Land under Articles 10 (b), 13 (d) or 14 hereof, and provided there be no default in the performance of any of the Contractor's obligations under this contract, the Government will execute, acknowledge and deliver to the Contractor such releases or other instruments as may reasonably be required to clear the Contractor's record title to its property and to evidence the termination of whatever interest the Government may have had therein. From time to time, at the request of the Contractor and within the discretion of the Chief of the Bureau of Ships, the Government may execute, acknowledge and deliver such releases or other instruments with respect to any portion or portions of the Contractor's property.

### ARTICLE 20. FAILURE OF GOVERNMENT TO INSIST ON COMPLIANCE

The failure of the Government to insist, in any one or more instances, upon performance of any of the terms, covenants or conditions of this contract shall not be construed as a waiver or relinquishment of the Government's right to the future performance of any such term, covenant or condition, and the Contractor's obligation in respect of such future performance shall continue in full force and effect.

### ARTICLE 21. RECORDS

(a) The Contractor shall keep adequate records and books of account showing the actual cost of all items of labor, material, equipment, supplies, services and other expenditures of whatever nature in connection with performance of this contract. The method of accounting employed by the Contractor shall be subject to the approval of the Department, but no material change will be made therein if the same conforms to good accounting practice and is sufficient for the purposes of this contract.

(b) The Department shall at all times be afforded proper facilities for inspecting the records and books of account pertaining to this contract, and shall at all reasonable times have access thereto for such purposes. All information obtained from said records and books of account shall be treated as confidential.

(c) The Contractor shall preserve all records and books of account pertaining to this contract: *Provided, however*, That if the Contractor, at any time after six (6) years next following the date upon which the final payment to be made by the Government under this contract for the Schedule 2 Facilities becomes due, desires to dispose of said records and books of account, it shall so notify the Department, which shall in writing either authorize their destruction or notify the Contractor to deliver them to the Government for such disposal as it may desire to make thereof. The Contractor shall promptly comply with such notice.

(d) Should the Contractor enter into any subcontract incidental to the performance of this contract, and such subcontract is on any basis other than a fixed price basis, or involves a fixed price that may be adjusted by an escalator clause contained therein, or is on a fixed price basis and is for an amount in excess of $100,000, the foregoing provisions of this Article shall be applicable to, and included in, such subcontract.

### ARTICLE 22. TRANSFER OF CONTRACT AND ASSIGNMENT OF CONTRACTOR'S CLAIMS

(a) Neither this contract, nor any interest herein, except as otherwise provided in this Article, shall be transferred by the Contractor.

(b) Claims for monies due or to become due to the Contractor from the Government arising or to arise out of this contract may be assigned to any bank, trust company or other financing institution, including any Federal lending agency. Any such assignment shall cover all amounts payable under this contract and not already paid, except advance payments, if any, provided for by this contract. Such claims shall not be subject to further assignment, and shall not be assigned to more than one such institution, except that any such assignment may be made to one such institution as agent or trustee for two or more such institutions participating in the financing of this contract. In the event of any such assignment, the assignee thereof shall file written notice of the assignment together with a true copy of the instrument of assignment, with (i) the General Accounting Office of the Government, (ii) the Chief of the Bureau of Ships, (iii) the surety or sureties upon the bond or bonds, if any, in connection with this contract, and (iv) the disbursing officer then designated to make payments on behalf of the Government under this contract.

(c) Payments to an assignee of any claims arising under this contract shall not be subject to reduction or set-off for any indebtedness of the Contractor to the Government arising independently of this contract.

(d) In no event shall copies of or any information contained in any plans, specifications or other similar documents marked "Secret", "Confidential", or "Restricted", and annexed or attached to this contract or concerning the subject matter hereof, be communicated, transmitted, disclosed or furnished to any assignee of any claim arising under this contract or to any other party not otherwise entitled to receive the same except with the prior consent of the Chief of the Bureau of Ships.

### ARTICLE 23. COVENANT AGAINST CONTINGENT FEES

The Contractor warrants that it has not employed any person to solicit or secure this contract upon any agreement for a commission, percentage, brokerage or contingent fee. Breach of this warranty shall give the Government the right to annul this contract, or, in its discretion, to deduct from the payments due and payable hereunder the amount of such commission, percentage, brokerage or contingent fee. This warranty shall not apply to commissions payable by the Contractor upon contracts or sales secured or made through bona fide established commercial or selling agencies maintained by the Contractor for the purpose of securing business.

### ARTICLE 24. OFFICIALS NOT TO BENEFIT

No Member of or Delegate to Congress, or Resident Commissioner, shall be admitted to any share or part of this contract or to any benefit that may arise therefrom, but this provision shall not be construed to extend to this contract if made with a corporation for its general benefit.

### ARTICLE 25. DISPUTES

Except as otherwise specifically provided in this contract, all disputes concerning questions of fact arising under this contract shall be decided by the Chief of the Bureau of Ships or his duly authorized representative, subject to written appeal by the Contractor within thirty (30) days to the Secretary or his duly authorized representative whose decision will be final and conclusive upon the parties hereto. In the meantime the Contractor shall diligently proceed with performance.

### ARTICLE 26. DEFINITION OF "DEPARTMENT"

"Department" as used in this contract shall mean the Secretary, the Chief of the Bureau of Ships, the Inspector of Naval Material, New York, New York, and such other duly authorized representative or representatives as the Secretary or the Chief of the Bureau of Ships may designate from time to time.

### ARTICLE 27. CONVICT LABOR

The Contractor shall not employ, in the performance of any work under this contract, any person undergoing sentence of imprisonment at hard labor.

### ARTICLE 28. NONDISCRIMINATION IN EMPLOYMENT

The Contractor hereby agrees that, in performing the work required by this contract, it will not discriminate against any employee or applicant for employment because of race, creed, color, or national origin. The Contractor hereby agrees that a provision identical with paragraph (a) above will be included in all of its subcontracts. For the purposes of this Article, subcontracts shall be deemed to include all purchase orders and agreements to perform all or any part of the work, or to make or furnish any article, required for the performance of this contract, except purchase orders or agreements for the furnishing of standard commercial articles or raw materials.

### ARTICLE 29. OVERTIME COMPENSATION FOR LABORERS AND MECHANICS

This contract is subject to the provisions of Section 303 of the Second Supplemental National Defense Appropriation Act, 1941, approved September 9, 1940 (40 U. S. Code (1940 ed.) sec. 325a).

### ARTICLE 30. FACILITIES TO REMAIN PERSONALTY

No part or item of the Facilities shall be or become a fixture by reason of affixation to any realty not owned by the Government.

### ARTICLE 31. CONTRACTOR'S AGREEMENTS CONCERNING THE LAND

(a) At all times while this contract shall be in effect, the Contractor shall permit the Government and all third parties renting any of the Facilities to have such access to the Facilities, across any property of the Contractor or otherwise, as the Government may require in order fully to exercise and fulfill all its rights and obligations under this contract and to protect both its interests hereunder and the interests of all or any of such third parties.

(b) In the event that the Contractor shall, at any time while this contract is in effect, lease, sublease, sell, assign, mortgage or otherwise transfer or encumber any right, title or interest of the Contractor in or in respect of the Land, or any part thereof, or in any realty adjacent thereto, the Contractor shall include in the agreement for and in the instrument or instruments effecting such lease, sublease, sale, assignment, mortgage or other transfer or encumbrance, such terms and provisions as may reasonably be required by the Department to preserve and protect the rights of the Government under this contract.

### ARTICLE 32. RENEGOTIATION

(a) This contract shall be deemed to contain all the provisions required by subsection (b) of the Renegotiation Act, as amended by Section 701 of the Revenue Act of 1943 (Public Law 235, 78th Congress), enacted February 25, 1944.

(b) In compliance with said subsection (b) of the Renegotiation Act, the Contractor shall insert in the subcontracts specified in said subsection (b) either the provisions of this section or the provisions required by said subsection (b).

### ARTICLE 33. NOTICES

No notice, order, determination, requirement, consent or approval under this contract shall be of any effect unless in writing.

### ARTICLE 34. SCHEDULES

The Schedules attached hereto and all matters contained therein are hereby made a part of, and incorporated in, this contract.

### ARTICLE 35. ALTERATIONS

The following alterations were made in the printed text of this contract before it was executed by the parties hereto:

1. The fourth and fifth paragraphs of the recitals were deleted.

2. The text of Article 8 was deleted, and the following substituted therefor:

(a) The Government shall pay to the Contractor as hereinafter provided in this Article the allowable costs of the acquisition, construction, installation and completion of the Schedule 2 Facilities, but not in excess of the total estimated cost thereof as stated in Article 6 hereof or as revised under Article 4 hereof.

(b) Once in each month or at the end of each calendar quarter, the Contractor shall submit to the Bureau of Supplies and Accounts certified bills for all materials, supplies, or equipment furnished or work done hereunder in connection with the acquisition, construction, installation and completion of the Schedule 2 Facilities, or advance payments made with the prior approval of the Department by the Contractor to subcontractors or vendors for any of the foregoing and not previously submitted; and the Contractor may also submit such bills at such other times as the payments made for such purposes for which bills have not previously been submitted shall exceed *Twenty-five Thousand Dollars* ($25,000). Promptly after receipt of each such submission of bills, the Government shall, subject to the provisions of paragraphs (e) and (h) of this Article, pay to the Contractor such amount as said Bureau shall have determined to be allowable costs reimbursable to the Contractor under this contract in respect of the acquisition, construction, installation and completion of the Schedule 2 Facilities, and not previously paid.

(c) Once in each month or at the end of each calendar quarter, the Contractor shall submit to the Bureau of Supplies and Accounts certified bills in respect of all items other than items relating to the acquisition, construction, installation and completion of the Schedule 2 Facilities for which the Contractor shall be entitled to reimbursement under this contract, and for which bills have not previously been submitted. Promptly after receipt of each such submission of bills the Government shall, within the limits of the appropriations available therefor, pay to the Contractor such amount as said Bureau shall have determined to be allowable costs reimbursable to the Contractor under this contract on account of such items and not previously paid.

(d) The Government shall upon receipt of a properly certified invoice or invoices, make an advance payment or advance payments to the Contractor in the aggregate amount of *Fifty Thousand Dollars* ($50,000). Such additional sums may be advanced at the request of the Contractor as the Finance Section, Office of Procurement

12

and Material, Navy Department (hereinafter called the "Finance Section") may approve as necessary or appropriate. The Contractor shall repay the amount of all advance payments made under this paragraph either directly to the Government or in the manner set forth in paragraph (h) of this Article.

(e) All advance payments and, unless otherwise directed by the Finance Section, all other payments under paragraph (b) of this Article, shall be made by check payable to the Contractor and marked for deposit only in a Navy Controlled Account with New York Trust Company, New York, New York, or with such other bank or banks as may be selected by the Contractor and approved by the Finance Section (such bank or banks being hereinafter referred to as "the Bank"). No part of the funds in the Navy Controlled Account shall be mingled with other funds of the Contractor prior to withdrawal thereof from such accounts as hereinafter provided. The funds in the Navy Controlled Account shall be used by the Contractor solely for the purpose of making payments necessary for the acquisition, construction, installation and completion of the Schedule 2 Facilities, or to reimburse the Contractor for expenditures made for such purposes. Each withdrawal shall be made only by check of the Contractor countersigned on behalf of the Government by the Inspector of Naval Material, New York, New York, or by such other person or persons as he or the Chief of the Bureau of Ships may designate in writing, who, as a condition precedent to the giving of such countersignature, shall be furnished by the Contractor with such evidence as he shall request to show that the amount to be withdrawn is to be applied in accordance with the provisions of this contract. Any interest earned on credit balances in said account shall be immediately paid to the Government by the Bank, and any other interest earned in respect of such advances shall be repaid by the Contractor to the Government. Any inclusion of or reference to any right of the Contractor in respect of said account made in any financial statement or report of the Contractor shall clearly indicate that such right is subject to the provisions of this contract and to the rights of the Government in respect of said account.

(f) The Contractor shall secure from each bank in which any Navy Controlled Account is established an agreement substantially as follows:

(Letterhead of depositary bank)                                    (Date)

Office of Procurement and Material
Finance Section
Navy Department
Washington, D. C.

Dear Sirs:

"In consideration of your making an advance payment to Phelps Dodge Copper Products Corporation pursuant to the provisions of contract NObs-1642, or the Letter of Intent providing therefor, receipt of a copy of the advance payment provisions of which is hereby acknowledged, and the depositing of such advance payment, in whole or in part, in an account with the undersigned to be designated "Phelps Dodge Copper Products Corporation, Navy Controlled Account Number NObs-1642", the undersigned hereby agrees to grant to the Finance Section, Office of Procurement and Material, Navy Department or its duly authorized representatives, access to the books and records maintained by the undersigned with respect to such account at all reasonable times and for all reasonable purposes, including (but without limiting the generality thereof) the inspection or copying of such books and records and any and all memoranda, checks, correspondence or documents appertaining thereto, and agrees to preserve said books and records for a period of six (6) years after the closing of said account. The undersigned further agrees to be bound by the provisions of said contract relating to the deposit and withdrawal of funds in the Navy Controlled Account, but shall not be responsible for the application of funds withdrawn from said account unless previously notified by the Finance Section or its duly authorized representative to suspend withdrawals therefrom by the Contractor.

"The undersigned further agrees that it will promptly notify both the Finance Section and the Contractor of the service of any legal papers upon it with respect to said account.

"The undersigned further agrees that the Government shall have a lien upon the credit balance in said account to secure the repayment of all advance payments made to the Contractor, which lien shall be superior to any lien or claim of the undersigned upon such account by virtue of assignment to it of said contract or otherwise. In the event of the appointment of a receiver, liquidator, or custodian for the property, or any substantial portion thereof, of the Contractor, or any depositary bank, or the institution with respect to the Contractor or such bank of any proceedings under the National Bankruptcy Act, or the service of any writ of attachment, levy of execution or the commencement of other garnishment proceedings against the Navy Controlled Account, the undersigned will, if it has knowledge of such event, promptly notify the Finance Section thereof.

.................................................... Bank

By ....................................................."

(g) The credit balance in the Navy Controlled Account, or any part thereof, shall become the sole property of, and may be withdrawn by, the Government at any time or from time to time upon receipt by the Bank of notice from the Finance Section to such effect. Such withdrawal shall be made by check payable to the Treasurer of the United States and may be signed solely by the person authorized to countersign checks as provided herein, and the amount so withdrawn shall be applied in liquidation *pro tanto* of all advance payments then outstanding hereunder. The Contractor at any time may return to the Government such part of the unliquidated balance of advance payments in the Navy Controlled Account as shall be, in the opinion of the Contractor, in excess of requirements, and all such amounts so returned shall be applied in liquidation *pro tanto* of all advance payments then outstanding hereunder.

(h) When the sum of all payments made to the Contractor under paragraph (b) of this article plus the

unliquidated amount of advance payments made to the Contractor under paragraph (d) of this Article is equal to the total estimated cost of the Schedule 2 Facilities as stated in Article 6 hereof, as revised from time to time under Article 4 hereof, the Government shall withhold further payments due to the Contractor under paragraph (b) of this Article and apply the amounts thereof against the Contractor's obligation to repay the said advance payments until such advance payments have been fully liquidated. If and when the total amount of advance payments made under this contract has been liquidated as set forth above or by the repayment thereof to the Government, or otherwise, and, unless otherwise directed by the Finance Section, upon the completion of the acquisition, construction and installation of the Schedule 2 Facilities, the remaining funds, if any, in such Navy Controlled Account shall, upon notification in writing to the Bank by the disbursing officer charged with the duty of making payments under this contract, be free and clear of any claim of the Government whatsoever and may be withdrawn by the Contractor without countersignature or other restriction. If, upon completion of the acquisition, construction and installation of the Schedule 2 Facilities, or upon the suspension or termination of the Contractor's right to proceed with the acquisition, construction, installation and completion of the Facilities, the advance payments made to the Contractor under paragraph (d) of this Article have not been fully liquidated, the balance thereof shall be deducted from any payments otherwise due to the Contractor, or at the option of the Government, the deficiency shall be paid by the Contractor to the Government.

(i) The Government shall have a first lien upon the credit balance in the Navy Controlled Account, superior to any lien or right of the Bank or any other person, which lien shall secure the performance of the Contractor's obligations under this contract. In the event of the appointment of a receiver, liquidator, or custodian for the property or any substantial portion thereof, of the Contractor, or any depositary bank, or the institution with respect to the Contractor or such bank of any proceedings under the National Bankruptcy Act, or the service of any writ of attachment, levy of execution or the commencement of other garnishment proceedings against the Navy Controlled Account, the Contractor shall promptly notify the Finance Section of such event.

(j) The Contractor shall furnish to the Finance Section such financial information concerning the operation of the Contractor's business as the Finance Section may request. The Contractor shall, at all times, afford to the Navy Department or its duly authorized representatives proper facilities for the inspection and audit of the Contractor's accounts.

(k) When any payment is to be made hereunder, the Bureau of Supplies and Accounts, as a condition precedent to approving such payment, may, in its discretion, require that affidavits satisfactory to it be furnished by the Contractor that no liens or rights *in rem* of any kind lie upon or have attached against the Facilities, or materials or equipment therefor, or any part thereof, either for or on account of any work done upon or about the Facilities, or any materials or equipment furnished therefor or in connection therewith, or any other cause or thing, or any claims or demands of any kind, except the claims of the Department. The Contractor agrees, and this contract is upon the express condition, that no liens or rights *in rem* shall so lie or attach.

(l) Before the final payment for the acquisition, construction, installation and completion of the Schedule 2 Facilities shall be made the Contractor shall deliver to the Department a release in form and substance satisfactory to the Department.

3. All of Article 10 (c) after the first sentence was deleted, and the following substituted therefor:

The payment to be made under this paragraph for each calendar quarter ending prior to the certification of the Acquisition Costs shall be at the rate equal to the above percentage of the cost, as determined by the Department, of such of the Facilities as the Department shall determine to have been used productively during such calendar quarter, prorated on the basis of actual time of use as to any item of the Facilities not used throughout such calendar quarter. After the last calendar quarter ending prior to the certification of the Acquisition Costs, no amount shall accrue for payment under this paragraph in respect of any calendar quarter during which the Contractor shall make no use of the Facilities. At any time before or after the certification of the Acquisition Costs either party may request the other to negotiate for a new basis of payment for the right to use the Facilities, to become effective as of the beginning of the next calendar quarter. In such event the parties shall with all convenient speed proceed to negotiate for such new basis, and, if they shall not agree thereon within fifteen (15) days after the receipt of the request, either party by notice given not earlier than the sixtieth day and not later than the seventy-fifth day of any calendar quarter, may terminate the right of the Contractor to use the Facilities as of the end of such calendar quarter.

4. The text of Article 13 (b) was deleted, and the following substituted therefor:

Notwithstanding anything to the contrary herein stated, if the Contractor shall make no use of the Facilities for any period of three (3) consecutive calendar months, the Contractor may notify the Department to remove the Facilities, and the Government shall remove the Facilities from the Plants within sixty (60) days after the receipt of such notice, without expense to the Contractor. Upon any such removal, any obligation of the Contractor under Article 13 (a) shall terminate with respect to the Facilities so removed. Upon giving such notice, any right of the Contractor under Article 14 (a) shall terminate with respect to the Facilities covered thereby.

5. Article 27 was deleted in its entirety.

6. Articles 28 through 36, inclusive, were renumbered as Articles 27 through 35, respectively.

14

IN WITNESS WHEREOF, the parties hereto have duly executed this contract this 27th day of April 1944.

THE UNITED STATES OF AMERICA,

Two witnesses as to Contractor:

By s/N. W. GOKEY,
*Contracting Officer, Bureau of Ships, Navy Department.*

s/ALEXANDER J. CRAIG

PHELPS DODGE COPPER PRODUCTS CORPORATION,
*Contractor,*

s/JOHN T. ALLECHAN

By s/WYLIE BROWN,
*President.*

I, GEO. E. PIERSON, certify that I am the Asst. Secretary of the corporation named as Contractor herein; that WYLIE BROWN who signed this contract on behalf of the Contractor was then President of said corporation; and that this contract was duly signed for and in behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

s/GEO. E. PIERSON,
*Asst. Secretary.*

[CORPORATE SEAL]

15

## SCHEDULES

**NOTES:** Schedules 1, 3, 4, 5 and 6 have been omitted from this contract, and the references thereto shall be of no force or effect.

**SCHEDULE 2 FACILITIES** (to be furnished by Contractor, cost to be paid by Government)

| Item | Estimated Cost |
|---|---|
| 6″—7 Wire Larmuth type stranders (2) | $7,500 |
| 12″—7 Wire Larmuth type strander | 7,000 |
| 12″—12 Wire Larmuth type strander | 10,000 |
| 61 Wire rigid frame strander | 35,000 |
| Accessories and fixtures including tanks, melting pots, heating units, recording controls, pumps, motors, agitators, special heating and closing dies, wiring, piping and miscellaneous attachments | 68,175 |
| Installation and freight | 12,000 |
| Reserve for contingencies | 13,925 |
| Total Estimated Cost | $153,600 |

Anything in the contract to the contrary notwithstanding, the contractor shall not acquire as Facilities hereunder any portable power-driven, loose and hand, small, expendable, or easily lost, stolen or broken tools, accessories or equipment.

**SCHEDULE 7**

The Land, which is to serve as the site for part of the Facilities is as follows:

A—The plant of Phelps Dodge Copper Products Corporation, located at Bayway and South Front Streets, in the Bayway Section, City of Elizabeth, County of Union, State of New Jersey.

B—The plant of Habirshaw Cable and Wire Division of Phelps Dodge Copper Products Corporation, located at the foot of Point Street, in the Glenwood Section, City of Yonkers, County of Westchester, State of New York.

C—The plant of Phelps Dodge Copper Products Corporation, located at the foot of Main Street, in the Nepperhan Section, City of Yonkers, County of Westchester, State of New York.

The Contractor warrants that the above is an accurate description of the Land which is to serve as the site for the Facilities, and that said Land is owned by it in fee simple free and clear of all encumbrances.

U. S. GOVERNMENT PRINTING OFFICE    580947