8

for a period of ninety (90) days to make payment to the Contractor of any sum due to it hereunder from the Government and provided the Contractor shall not be in default in the performance of any of the agreements to be performed by it hereunder.

(c) Anything in this contract to the contrary notwithstanding, the termination under this Article of all or any of the rights and obligations of the parties hereto under Article 10 hereof shall not terminate the rights and obligations of the parties hereto under Article 10 (b) hereof, or the rights and obligations of the parties hereto under Article 10 (c) and 10 (d) hereof with respect to payments to be made by the Contractor for any use of the Facilities prior to such termination.

**ARTICLE 13.    STAND-BY PERIOD**

(a) Notwithstanding the termination under Article 10 or Article 12 hereof of the Contractor's right to use all or any part of the Facilities, the Contractor shall continue to comply with Article 11 (a) hereof until the expiration of five (5) years from the date upon which such termination of the right to use shall have become effective as to all of the Facilities, which period is hereinafter called the "Stand-by Period," and for a period of two (2) years thereafter, which period is hereinafter called the "Disposal Period": *Provided, however,* That at any time, upon giving thirty (30) days' notice to the Contractor, the Department may terminate either or both of said periods in respect of all or any part of the Facilities, and that upon the sale, removal or other disposition of the Facilities or any part thereof under Article 13 (d) or Article 14 hereof both of said periods shall terminate as to the Facilities or such part thereof, as the case may be. Upon the expiration or termination of both of said periods as to the Facilities or any part thereof, the obligation of the Contractor to comply with Article 11 (a) hereof as to the Facilities or such part thereof, as the case may be, shall terminate.

(b) At any time and from time to time prior to the end of the Stand-by Period, the Government may use at the Plant, or rent to any third party or parties for use at the Plant, during any period or periods ending not later than the termination or expiration of the Stand-by Period, any of the Facilities as to which the Contractor's right to use shall have been terminated under Article 12 hereof and any of the items specified in Schedule 3 hereto: *Provided, however,* that the Government shall not so rent any of the Facilities unless the Department shall have first notified the Contractor of the intention so to do and given the Contractor an opportunity for a period of not to exceed thirty (30) days after the date of such notice to submit to the Department an offer to rent such Facilities. Should the Government so use, or rent to any third party or parties, any of the Facilities and any of the items specified in Schedule 3 hereto, the Government shall pay or cause to be paid to the Contractor, for the use of such items, such rentals as the Secretary shall deem to be fair and reasonable. During the period beginning when the Contractor shall have first received notice, actual or constructive and whether or not in writing, that any of the Facilities are to be so used, or rented to any third party or parties, and ending upon the termination of such use or rental, the Contractor's right under Article 14 (a) hereof to purchase the Facilities so used or rented shall be suspended.

(c) At any time and from time to time prior to the end of the Stand-by Period, the Government may use elsewhere than at the Plant, or rent to any third party or parties for use elsewhere than at the Plant, during any period or periods ending not later than the termination or expiration of the Stand-by Period, any of the Facilities as to which the Contractor's right to use shall have been terminated: *Provided, however,* That the Government shall not so rent any of the Facilities unless the Department shall have first notified the Contractor of the intention so to do and given the Contractor an opportunity for a period of not to exceed thirty (30) days after the date of such notice to submit to the Department an offer to rent such Facilities. The Contractor shall comply with all directions received from the Department with respect to the removal from the Plant and the shipping of any of the Facilities so to be used or rented and shall be reimbursed by the Government for the costs of such compliance. In the event of any such use or rental, the Contractor shall not, during the period extending from the time of the removal of such Facilities from the Plant to the time of any reinstallation thereof in the Plant, comply with the provisions of Article 11 (a) hereof as to such Facilities, and, during the period beginning when the Contractor shall have first received notice, actual or constructive and whether or not in writing, that any of the Facilities are to be so used, or rented to any third party or parties, and ending upon the termination of such use or rental, the Contractor's right under Article 14 (a) hereof to purchase the Facilities so used or rented shall be suspended. Upon the termination of any such use or rental of any of the Facilities, the Contractor shall comply with all directions received from the Department with respect to the reinstallation of such Facilities in the Plant, and shall be reimbursed by the Government for the cost of such compliance.

(d) If at any time prior to the end of the Stand-by Period the Department shall determine to sell or otherwise dispose of any part of the Facilities as to which the Contractor's right to use shall have been terminated under Article 12 hereof, the Department shall notify the Contractor of such determination. Within fifteen (15) days after the receipt of any such notice the Contractor may request that a determination as to the fair value of such part of the Facilities be made in the same manner as is specified in Article 14 (a) hereof with respect to the determination of the fair value of all the Facilities, and such determination shall be so made. The Contractor shall have the right to purchase such part of the Facilities at a price equal to the fair value so determined, within the same period, in the same manner and upon the same conditions as are specified in Article 14 (a) hereof with respect to the purchase of all the Facilities. If the Contractor shall not make a request for such determination within such fifteen-day period, or if after having made such a request the Contractor shall not so purchase such part of the Facilities, (i) the right of the Contractor to purchase such part under this contract shall be suspended, and (ii) at any time during the period of one hundred twenty (120) days beginning upon the expiration of said fifteen-day period, or upon the expiration of the period during which the Contractor was entitled to purchase such part, as the case may be, the Government may sell, or contract to sell, such part to any third party or parties, or make such other disposition with respect thereto as the Department may determine. If within such one-hundred-twenty-day period the Government shall so sell, contract to sell, or dispose of such part (i) the right

of the Contractor to purchase such part under this contract shall terminate, and (ii) the Contractor shall comply with all directions received from the Department with respect to the removal and shipping of such part, and shall be reimbursed by the Government for the costs of such compliance. If the Government shall not within such one-hundred-twenty-day period so sell, contract to sell, or dispose of such part, or if the Department shall prior to the end of such period notify the Contractor that the Government will not then so sell, contract to sell, or otherwise dispose of such part, such part shall upon the termination of such period or upon the receipt by the Contractor of such notice, as the case may be, again become subject to the option of the Contractor to purchase under Article 14 (a) hereof. Upon the sale or other disposition of any part of the Facilities under this paragraph (d), such part shall cease to constitute a part of the Facilities, and the Acquisition Costs shall be revised to reflect the elimination of such part.

### ARTICLE 14. OPTIONS AND REMOVAL

(a) Subject to the provisions of Articles 10 (b) and 13 hereof and of this paragraph, the Contractor may purchase all but not part of the Facilities, and for that purpose may from time to time request the Secretary to determine their then fair value. The Secretary, within ninety (90) days after the receipt of any such request, shall determine such fair value, and in making such determination shall give due regard to the original cost of the Facilities, the extent of their prior use, the amount of depreciation and obsolescence chargeable against the Facilities, the value of the Facilities to the Contractor, the replacement cost, and all other facts and circumstances which he may deem relevant. Upon the completion of any such determination, the Secretary shall notify the Contractor of the fair value so determined, and the Contractor for a period of thirty (30) days from the receipt of such notification shall have the right to purchase the Facilities for a sum equal to such fair value, by paying such sum to the Government or by giving notice to the Department of its election to purchase the same at such fair value and entering into a contract with the Government specifying the terms of such purchase: *Provided, however,* That prior to the expiration of the existing national emergency, the Contractor may exercise such right to purchase only if it shall satisfy the Department that it will insure, maintain and keep the Facilities available for national defense until the expiration of said national emergency. The right of the Contractor so to purchase the Facilities shall terminate either (i) upon the termination of any proceedings to purchase the Facilities under the provisions of this paragraph which shall be pending at the time of the termination or expiration of the Stand-by Period as to all of the Facilities, or (ii) upon the termination or expiration of the Stand-by Period as to all of the Facilities if no such proceedings shall then be pending. If the right of the Government to temporary use and occupancy of the realty referred to in Schedule 8 hereto shall terminate without being renewed before all the items of the Facilities located on such realty shall have been removed therefrom or if the Department shall so elect during the period of sixty (60) days immediately preceding the final termination of such right (i) all rights of the Contractor in respect of such items under this contract shall thereupon terminate unless, and except to the extent that, the Government shall at that time extend such rights and (ii) the Contractor shall comply with all directions received from the Department with respect to the removal and disposition to be made of such items and shall be reimbursed by the Government for the costs of such compliance.

(b) If the period specified in paragraph (a) of this Article for the exercise of the right of the Contractor to purchase shall terminate without said right having been exercised, (i) the Government may remove, but shall not be obligated to remove, the Facilities or any part thereof, and (ii) the Contractor may, and within forty-five (45) days after receipt of a notice from the Department to do so must, at its own expense remove all property owned by the Contractor from any realty or buildings included among the Facilities. The Contractor shall comply with all directions it may receive from the Department with respect to the removal and shipping of any Facilities to be removed under this paragraph, and shall be reimbursed by the Government for the costs of such compliance. The proceeds received by the Contractor from every sale or other disposition of the Facilities or parts thereof shall be paid by the Contractor to the Government.

### ARTICLE 15. NONREHABILITATION

The Government shall not be under any duty or obligation to restore or rehabilitate, or to pay the costs of the restoration or rehabilitation of, any part of any property of the Contractor affected by the removal of the Facilities or any part thereof under this contract or otherwise.

### ARTICLE 16. MARKING

Each item of the Facilities shall be marked by the Contractor to such extent, in such manner, and with such indicia of Government ownership as the Department shall require. Such marking shall be effected by the Contractor as promptly as possible after title to each item shall vest in the Government.

### ARTICLE 17. INVENTORY

The Contractor shall keep such running or other inventory of the Facilities as the Department may from time to time require.

### ARTICLE 18. PATENT INFRINGEMENT

(a) The Contractor shall hold and save the Government, its officers, agents, servants, and employees harmless from patent liability of every nature or kind, including costs and expenses, for or on account of all patented or unpatented inventions made or used in the performance of this contract, including the use or disposal thereof by or on behalf of the Government: *Provided, however,* That the foregoing shall not apply to inventions covered by applications for United States Letters Patent which, on the date of execution of this contract, are being maintained in secrecy under the provisions of the Acts approved October 6, 1917, and July 1, 1940, as amended (35 U. S. Code (1940 ed.) sec. 42); and *Provided further,* That this Article is not, and shall not be construed to be,

applicable to any infringement of United States Letters Patent which results from the Contractor's compliance with specific written instructions furnished by the Government, or where infringement is occasioned by the use of an apparatus patent due to the fabrication, installation, or operation of apparatus in accordance with plans and specifications furnished to the Contractor by the Government.

(b) The Contractor shall promptly notify the Government of any and all claims of infringement relating to this contract that may be brought to the Contractor's attention; and in case of litigation on account thereof, the Contractor shall assist the Government at the latter's expense, save for services of the Contractor's employees, in furnishing such evidence as to the use of the patents and other matters of fact as may be required by the Government in such litigation.

### ARTICLE 19. RECORDATION AND FILING

The Contractor shall take all necessary steps, as may be required by the Department, to put on public record evidence of such interest in the realty and personalty involved in this contract as the Government may have hereunder, and to give third parties notice of such interest. The Contractor shall for purposes of recordation and filing duty execute and acknowledge copies of this contract, or summaries thereof, in such form and manner as the Department may require, with the Schedules in the original form or in such summarized form and with such description of the property therein referred to as the Department may require.

### ARTICLE 20. FAILURE OF GOVERNMENT TO INSIST ON COMPLIANCE

The failure of the Government to insist, in any one or more instances, upon performance of any of the terms, covenants or conditions of this contract shall not be construed as a waiver or relinquishment of the Government's right to the future performance of any such term, covenant or condition, and the Contractor's obligation in respect of such future performance shall continue in full force and effect.

### ARTICLE 21. RECORDS

(a) The Contractor shall keep adequate records and books of account showing the actual cost of all items of labor, material, equipment, supplies, services and other expenditures of whatever nature in connection with performance of this contract. The method of accounting employed by the Contractor shall be subject to the approval of the Department, but no material change will be made therein if the same conforms to good accounting practice and is sufficient for the purposes of this contract.

(b) The Department shall at all times be afforded proper facilities for inspecting the records and books of account pertaining to this contract, and shall at all reasonable times have access thereto for such purposes. All information obtained from said records and books of account shall be treated as confidential.

(c) The Contractor shall preserve all records and books of account pertaining to this contract: *Provided, however,* That if the Contractor, at any time after six (6) years next following the date upon which the final payment to be made by the Government under this contract for the Schedule 2 Facilities becomes due, desires to dispose of said records and books of account, it shall so notify the Department, which shall in writing either authorize their destruction or notify the Contractor to deliver them to the Government for such disposal as it may desire to make thereof. The Contractor shall promptly comply with such notice.

(d) Should the Contractor enter into any subcontract incidental to the performance of this contract, and such subcontract is on any basis other than a fixed price basis, or involves a fixed price that may be adjusted by an escalator clause contained therein, or is on a fixed price basis and is for an amount in excess of $100,000, the foregoing provisions of this Article shall be applicable to, and included in, such subcontract.

### ARTICLE 22. TRANSFER OF CONTRACT AND ASSIGNMENT OF CONTRACTOR'S CLAIMS

(a) Neither this contract, nor any interest herein, except as otherwise provided in this Article, shall be transferred by the Contractor.

(b) Claims for monies due or to become due to the Contractor from the Government arising or to arise out of this contract may be assigned to any bank, trust company or other financing institution, including any Federal lending agency. Any such assignment shall cover all amounts payable under this contract and not already paid, except advance payments, if any, provided for by this contract. Such claims shall not be subject to further assignment, and shall not be assigned to more than one such institution, except that any such assignment may be made to one such institution as agent or trustee for two or more such institutions participating in the financing of this contract. In the event of any such assignment, the assignee thereof shall file written notice of the assignment together with a true copy of the instrument of assignment, with (i) the General Accounting Office of the Government, (ii) the Chief of the Bureau of Ships, (iii) the surety or sureties upon the bond or bonds, if any, in connection with this contract, and (iv) the disbursing officer then designated to make payments on behalf of the Government under this contract.

(c) Payments to an assignee of any claims arising under this contract shall not be subject to reduction or set-off for any indebtedness of the Contractor to the Government arising independently of this contract.

(d) In no event shall copies of or any information contained in any plans, specifications or other similar documents marked "Secret", "Confidential", or "Restricted", and annexed or attached to this contract or concerning the subject matter hereof, be communicated, transmitted, disclosed or furnished to any assignee of any claim arising under this contract or to any other party not otherwise entitled to receive the same except with the prior consent of the Chief of the Bureau of Ships.

ARTICLE 23. COVENANT AGAINST CONTINGENT FEES

The Contractor warrants that it has not employed any person to solicit or secure this contract upon any agreement for a commission, percentage, brokerage or contingent fee. Breach of this warranty shall give the Government the right to annul this contract, or, in its discretion, to deduct from the payments due and payable hereunder the amount of such commission, percentage, brokerage or contingent fee. This warranty shall not apply to commissions payable by the Contractor upon contracts or sales secured or made through bona fide established commercial or selling agencies maintained by the Contractor for the purpose of securing business.

ARTICLE 24. OFFICIALS NOT TO BENEFIT

No Member of or Delegate to Congress, or Resident Commissioner, shall be admitted to any share or part of this contract or to any benefit that may arise therefrom, but this provision shall not be construed to extend to this contract if made with a corporation for its general benefit.

ARTICLE 25. DISPUTES

Except as otherwise specifically provided in this contract, all disputes concerning questions of fact arising under this contract shall be decided by the Chief of the Bureau of Ships or his duly authorized representative, subject to written appeal by the Contractor within thirty (30) days to the Secretary or his duly authorized representative whose decision will be final and conclusive upon the parties hereto. In the meantime the Contractor shall diligently proceed with performance.

ARTICLE 26. DEFINITION OF "DEPARTMENT"

"Department" as used in this contract shall mean the Secretary, the Chief of the Bureau of Ships, the Inspector of Naval Material, New York, New York, and such other duly authorized representative or representatives as the Secretary or the Chief of the Bureau of Ships may designate from time to time.

ARTICLE 27. LETTER OF INTENT TERMINATED

All authority of the Contractor to act under the aforementioned Letter of Intent and amendment thereto is hereby terminated. Work commenced and contracts entered into with the approval of the Department, under the authority of said Letter of Intent and amendment thereto, shall be deemed to have been authorized hereunder and shall be carried out under the terms and conditions hereof; all payments made by the Government pursuant to said Letter of Intent and amendment thereto shall be deemed to have been made hereunder; and all rights and obligations of the parties hereto under said Letter of Intent and amendment thereto are hereby superseded by the provisions of this contract.

ARTICLE 28. CONVICT LABOR

The Contractor shall not employ, in the performance of any work under this contract, any person undergoing sentence of imprisonment at hard labor.

ARTICLE 29. NONDISCRIMINATION IN EMPLOYMENT

The Contractor hereby agrees that, in performing the work required by this contract, it will not discriminate against any employee or applicant for employment because of race, creed, color, or national origin. The Contractor hereby agrees that a provision identical with paragraph (a) above will be included in all of its subcontracts. For the purposes of this Article, subcontracts shall be deemed to include all purchase orders and agreements to perform all or any part of the work, or to make or furnish any article, required for the performance of this contract, except purchase orders or agreements for the furnishing of standard commercial articles or raw materials.

ARTICLE 30. OVERTIME COMPENSATION FOR LABORERS AND MECHANICS

This contract is subject to the provisions of Section 303 of the Second Supplemental National Defense Appropriation Act, 1941, approved September 9, 1940 (40 U. S. Code (1940 ed.) sec. 325a).

ARTICLE 31. FACILITIES TO REMAIN PERSONALTY

No part or item of the Facilities shall be or become a fixture by reason of affixation to any realty not owned by the Government.

ARTICLE 32. GOVERNMENT'S RIGHT OF ACCESS

At all times while this contract shall be in effect, the Contractor shall permit the Government and all third parties renting any of the Facilities to have such access to the Facilities, across any property of the Contractor or otherwise, as the Government may require in order fully to exercize and fulfill all its rights and obligations under this contract and to protect both its interests hereunder and the interests of all or any of such third parties.

ARTICLE 33. RENEGOTIATION

(a) This contract shall be deemed to contain all the provisions required by subsection (b) of the Renegotiation Act, as amended by Section 701 of the Revenue Act of 1943 (Public Law 235, 78th Congress), enacted February 25, 1944.

(b) In compliance with said subsection (b) of the Renegotiation Act, the Contractor shall insert in the subcontracts specified in said subsection (b) either the provisions of this Article or the provisions required by said subsection (b).

12

**ARTICLE 34. NOTICES**

No notice, order, determination, requirement, consent or approval under this contract shall be of any effect unless in writing.

**ARTICLE 35. SCHEDULES**

The Schedules attached hereto and all matters contained therein are hereby made a part of, and incorporated in, this contract.

**ARTICLE 36. ALTERATIONS**

The following alterations were made in the printed text of this contract before it was executed by the parties hereto:

NONE

13

IN WITNESS WHEREOF, the parties hereto have duly executed this contract this 22 day of June 1944.

                                                            THE UNITED STATES OF AMERICA,

Two witnesses as to Contractor:        By s/W. L. TURNEY
                                                          *Contracting Officer, Bureau of Ships, Navy Department.*

s/ALEXANDER J. CRAIG              PHELPS DODGE COPPER PRODUCTS CORPORATION,
                                                                                     *Contractor,*

s/MARIE S. LANG                      By s/WYLIE BROWN
                                                                *President.*

I, GEORGE E. PIERSON, certify that I am the Asst. Sec'y. of the corporation named as Contractor herein; that WYLIE BROWN who signed this contract on behalf of the Contractor was then President of said corporation; and that this contract was duly signed for and in behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

                                                                                   s/GEORGE E. PIERSON

                                                                                                                   [CORPORATE SEAL]

14

## SCHEDULES

**NOTE:** Schedules 3, 4, 5, 6, and 7 have been omitted from this contract, and the references thereto shall be of no force or effect.

SCHEDULE 1 FACILITIES (to be furnished by Government)

Use and occupancy interest in realty described in Schedule 8.

SCHEDULE 2 FACILITIES (to be furnished by Contractor, cost to be paid by Government)

| Item | Estimated Cost |
|---|---|
| Larmuth strander, 7 wire, 12″ | $8,000 |
| Larmuth strander, 7 wire, 21″ | 20,000 |
| Larmuth stranders, 12 wire, 6″ (3) | 12,130 |
| Larmuth strander, 12 wire, 12″ | 11,000 |
| Strander, 72 wire, 12″ | 41,000 |
| Twisting machine, 2 wire | 4,000 |
| Planetary cabler, 37 wire, 30″ | 60,000 |
| Intermediate wire drawing machines (2) | 38,500 |
| Vertical asbestos roving heads (10) | 20,000 |
| Intermediate asbestos and varnished cambric machine | 10,000 |
| Asbestos roving machines (2) | 14,000 |
| Bull asbestos machine | 12,000 |
| New type asbestos machines (2) | 8,000 |
| Asbestos polishing and taping machines (2) | 8,000 |
| Vertical varnished cambric heads (12) | 27,500 |
| Vinylite tubers (3) | 65,000 |
| Vinylite warming mills, 60″ (3) | 45,000 |
| Vinylite stripping machine | 7,000 |
| Vinylite chopper | 2,000 |
| Saturating and vulcanizing oven | 20,000 |
| 16 carrier cotton braiders (60) | 19,500 |
| 24 carrier wire braiders (12) | 12,000 |
| 48 carrier butt wire braiders (6) | 30,000 |
| Cotton winding spindles (24) | 2,400 |
| Wire winding heads (18) | 9,000 |
| Vertical repair machines (5) | 8,000 |
| Horizontal repair machines (2) | 4,000 |
| Paint machines (2) | 6,000 |
| Saturating machines (2) | 12,500 |
| Rereeling and measuring machine | 5,000 |
| Baling machine | 750 |
| Complement of production reels and spools | 50,000 |
| Durable testing and inspection equipment | 50,000 |
| Durable machine shop equipment | 15,000 |
| Weight handling equipment including cranes, conveyors, hoists and industrial trucks | 70,000 |
| Durable shops furniture and equipment | 50,000 |
| Durable office furniture and mechanical equipment | 7,500 |
| Transformers and control equipment | 15,000 |
| Power wiring and conduit | 40,000 |
| Process boiler and heating equipment | 15,000 |
| Building adaptations and lockers | 75,000 |
| Equipment installation and freight expense | 120,000 |
| Reserve for contingencies | 105,220 |
| Total Estimated Cost | $1,155,000 |

Anything in the contract to the contrary notwithstanding, the contractor shall not acquire as Facilities hereunder any portable power-driven, loose and hand, small, expendible, or easily lost, stolen or broken tools accessories or equipment.

SCHEDULE 8

The realty included among the Facilities, and which is to serve as the site for the Facilities is the premises and building thereon located at the junction of Central Avenue and Bronx River Parkway, in the City of White Plains, County of Westchester, State of New York, owned by the said County of Westchester, and known as the Westchester County Center.

Temporary use and occupancy of the above-described realty is to be secured by the Government by virtue of a Petition in Condemnation and Order for Possession, filed in the District Court of the United States for the Southern District of New York, pursuant to the authority of the Act of Congress approved March 27, 1942 (Public Law 507, 77th Congress) and the Acts approved February 6, 1942 (Public Law 440, 77th Congress) and February 7, 1942 (Public Law 441, 77th Congress).