## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCT**
**LIABILITY LITIGATION (NO. VI)**          MDL Docket No. 875

This Document Relates to:

HELEN HUTCHISON, etc., et al.,
v.
A.W. CHESTERTON COMPANY, et al.

Northern District of California
Oakland Division
Docket No. C 07-02824 SBA
(CTO-281)

---

### STIPULATION JOINTLY REQUESTING ORDER
### DISMISSING DEFENDANT PHELPS DODGE INDUSTRIES, INC., WITH
### PREJUDICE AND REMANDING CASE IN ITS ENTIRETY TO STATE COURT

Plaintiffs Helen Hutchison (individually and as successor-in-interest to the estate

of William Albert Hutchison, deceased) and Michelle Stuart and defendant Phelps Dodge

Industries, Inc. (PDI) submit this stipulation, jointly requesting that the Court issue an

order dismissing with prejudice plaintiffs' action against PDI and remanding this case in

its entirety to state court.

IT IS HEREBY STIPULATED by and between plaintiffs and PDI, through their

respective attorneys of record, as follows:

Plaintiffs initiated this action on January 8, 2007, by filing their complaint for

damages in the Superior Court of the State of California for the County of Alameda,

No. RG07305255.

1

Following service of summons on its agent for service of process, PDI timely removed this case to the United States District Court for the Northern District of California, asserting defenses under federal law to plaintiffs' action against PDI. No other defendant filed and served a notice of removal in this case, *Helen Hutchison, etc., et al. v. A.W. Chesterton Company, et al.* (N.D. Cal. No. C 07-02824 SBA), and no other defendant joined in PDI's notice of removal.

The Judicial Panel on Multidistrict Litigation issued a conditional transfer order (CTO-281), which became final, transferring this case and others to the United States District Court for the Eastern District of Pennsylvania as part of MDL-875.

Plaintiffs have filed a motion to remand the case to the Superior Court of the State of California for the County of Alameda. PDI has filed opposition to that motion, asserting the Court's removal jurisdiction under 28 U.S.C. § 1442(a)(1). No other defendant has filed and served opposition to plaintiffs' motion to remand. Plaintiffs' motion to remand is pending before the Court.

Plaintiffs and PDI jointly request that the Court dismiss with prejudice plaintiffs' action against PDI and remand this case in its entirety to state court. With the dismissal of plaintiffs' action against PDI, there will remain in this action no party that has invoked the jurisdiction of the Federal courts in this case.

Plaintiffs' willingness to stipulate to the dismissal with prejudice of their action against PDI is conditioned upon the remand of this case in its entirety to the Superior Court of the State of California for the County of Alameda, and PDI's willingness to stipulate to the remand of this case to state court is conditioned on the dismissal with prejudice of plaintiffs' action against it. If the Court orders the dismissal with prejudice

2

of plaintiffs' action against PDI and the remand of this case in its entirety to state court,

plaintiffs and PDI will waive any claims for costs and expenses as against each other.

IT IS SO STIPULATED.

DATED: April ___, 2008          Respectfully submitted,


_____
Richard A. Brody

Richard A. Brody
   Rick.Brody@bcoonlaw.com
Yvonne Huggins-McLean
   YvonneHugginsMcLean@bcoonlaw.com
Brent Coon & Associates
44 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 489-7420
Fax: (415) 489-7426


Attorneys for Plaintiffs
Helen Hutchison and Michelle Stuart


DATED: April ___, 2008          Respectfully submitted,


_____
Paul R. Johnson

Robert D. Eassa
   robert.eassa.service@filicebrown.com
Paul R. Johnson
   paul.johnson.service@filicebrown.com
Filice Brown Eassa & McLeod LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
Fax: (510) 839-7940


Attorneys for Defendant
Phelps Dodge Industries, Inc.

3