UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCT
LIABILITY LITIGATION (NO. VI)       MDL Docket No. 875

This Document Relates to:

HELEN HUTCHISON, etc., et al.,
v.
A.W. CHESTERTON COMPANY, et al.

Northern District of California
Oakland Division
Docket No. C 07-02824 SBA
(CTO-281)

[PROPOSED] ORDER
DISMISSING DEFENDANT PHELPS DODGE INDUSTRIES, INC., WITH
PREJUDICE AND REMANDING CASE IN ITS ENTIRETY TO STATE COURT

The Court has considered the stipulation of plaintiffs Helen Hutchison (individually and as successor-in-interest to the estate of William Albert Hutchison, deceased) and Michelle Stuart and defendant Phelps Dodge Industries, Inc. (PDI). Plaintiffs and PDI jointly request an order dismissing PDI with prejudice and remanding this case (*Helen Hutchison, etc., et al. v. A.W. Chesterton Company, et al.*, N.D. Cal. No. C 07-02824 SBA) in its entirety to state court. The stipulation of these parties is contingent on the Court's approval of both parts of this request.

As set forth in the stipulation, plaintiffs initiated this action by filing their complaint for damages in the Superior Court of the State of California for the County of Alameda, No. RG07305255. Asserting jurisdiction under 28 U.S.C. § 1442(a)(1), PDI

1

removed this case to the United States District Court for the Northern District of California. The Judicial Panel on Multidistrict Litigation issued a conditional transfer order (CTO-281), which became final, transferring this case and others to the United States District Court for the Eastern District of Pennsylvania as part of MDL-875. With the dismissal of plaintiffs' action against PDI, there will remain in this action no party that has invoked the jurisdiction of the Federal courts in this case.

Good cause appearing, IT IS ORDERED THAT:

1. Plaintiffs' action against defendant Phelps Dodge Industries, Inc., is hereby dismissed with prejudice.

2. This case is hereby ordered remanded in its entirety to the Superior Court of the State of California for the County of Alameda. The Superior Court shall have jurisdiction of the *Hutchison* case effective immediately. The parties shall provide any assistance required by the clerk to facilitate the remand with the expectation of processing the remand within _____ days.

IT IS SO ORDERED.

_____
THE HONORABLE JAMES T. GILES
United States District Judge

Date:_____