UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HELEN HUTCHISON, Individually, and as Successor-in-Interest to the Estate of WILLIAM ALBERT HUTCHISON, Deceased, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON, COMPANY; et al.,<br><br>Defendants. | Case No: C 07-2824 SBA<br><br>**ORDER REOPENING CASE AND SCHEDULING CASE MANAGEMENT CONFERENCE** |

Per the Conditional Remand Order issued by the MDL Panel on March 18, 2009 (and filed with this Court on April 13, 2009),

IT IS HEREBY ORDERED THAT the Clerk shall reopen the case.

IT IS FURTHER ORDERED THAT a Case Management Conference is scheduled in this action for **July 15, 2009 at 3:30 p.m.**  The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Dated: April 17, 2009

_____
Hon. Saundra Brown Armstrong
United States District Judge