UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HELEN HUTCHINSON, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>    Defendants. | Case No:  C 07-2824 SBA<br><br>**ORDER REMANDING ACTION** |

On May 31, 2007, Defendant removed the instant action from Alameda County Superior Court.  In their Joint Case Management Statement filed on July 14, 2009 (Docket 46), the parties jointly request the Court to remand this action to state court for further proceedings.  Accordingly,

IT IS HEREBY ORDERED THAT that the instant action is REMANDED to the Superior Court of Alameda, County of Alameda.

IT IS SO ORDERED.

Dated: July 15, 2009

                                                Hon. Saundra Brown Armstrong
                                                United States District Judge